**Attachment To Civil Cover Sheet**

**Section I(a): Attorneys for Plaintiffs**

Byron M. Forrest
Nicholas V. Cressey
S. Eliza James
Forrest Cressey & James, LLC
One Canal Place
365 Canal Street, Suite 1475
New Orleans, Louisiana 70130

Barry S. Neuman
Adrian Snead
C. Allen Foster
Erik Bolog
Whiteford Taylor Preston, LLP
1800 M Street, NW
Suite 450N
Washington, DC 20036

**Section I(a): Attorneys for Defendants**

Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.

BRADLEY MURCHISON KELLY & SHEA LLC

David R. Taggart
Louisiana Bar Roll No. 12626
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141

Michael C. Mims
Louisiana Bar Roll No. 33991
1100 Poydras St., Suite 2700
New Orleans, Louisiana 70163
Telephone: (504) 596-6300
Fax: (504) 596-6301


BEVERIDGE & DIAMOND, P.C.

James B. Slaughter (*pro hac vice* to be submitted)
1350 I Street, N.W., Suite 700
Washington, DC 20005

## Attachment To Civil Cover Sheet

(202) 789-6000

Megan R. Brillault (*pro hac vice* to be submitted)
Michael G. Murphy (*pro hac vice* to be submitted)
John H. Paul (*pro hac vice* to be submitted)
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400

Parish of Jefferson

William P. Connick
Michael S. Futrell
Matthew D. Moghis
Connick & Connick, LLC
3421 N. Causeway Blvd., Suite 401
Metairie, Louisiana 70002
Telephone:  (504) 681-6663

## Section VIII: Related Cases

1. *Ictech-Bendeck v. Progressive Waste Solutions of LA, Inc.*, Case No. 18-7889 c/w 18-8071, 18-8218, 18-9312 (E.D. La.)
   **The Honorable Judge Susie Morgan**

2. *Seth H. Schaumburg v. Parish of Jefferson*
   24th Judicial District Court for the Parish of Jefferson, State of Louisiana
   Filed: 07/26/2018
   **No. 786-052**
   **The Honorable Stephen D. Enright, Jr., Div. "N"**