

**JON A. GEGENHEIMER**

# JEFFERSON PARISH CLERK OF COURT

*24th Judicial District Court Civil Records Division – FAX Filing*

P.O. BOX 10 ● GRETNA LA 70054-0010 ● (504) 364-2971



# FACSIMILE FILING RECEIPT OF TRANSMISSION

**To:** MICHAEL MIMS / ATTORNEY
FAX # 504-596-6301
Email: MMIMS@BRADLEYFIRM.COM

January 17 , 20 19

**From:** s/ Rachel A. Ponce , *Deputy Clerk of Court*
24th JDC FAX Filing ● (504) 364-2971

**Re:**   **Case #:** 790-369   **Div.:** J
**Case Title:** FREDERICK  ADDISON, Et Al vs LOUISIANA REGIONAL LANDFILL COMPANY, Et Al

**Total Number of Pages:** 345

**Document Type:** SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO REQUEST FOR EXPEDITED DISCOVERY / EXHIBIT A / AFFIDAVIT / EXHIBIT 1 / AFFIDAVITS / EXHIBITS 1-4

**Receipt is hereby acknowledged of the above described document, which was filed at** 03:23 ☐ A.M. ☒ P.M. **on** January 16 , 20 19.

**Per La. R.S. 13:850 as amended by Act 109 of the 2016 Regular Legislative Session, filer shall deliver the original pleading within 7 days, exclusive of legal holidays, after the clerk of court has received the transmission, with funds in the amounts listed below. The original pleading and/or other documents submitted must be IDENTICAL to that which was faxed.**

***NOTE: Per La. R.S. 13:850, these fees are incurred at the time the clerk receives the fax transmission. They are due and payable regardless of further activity in matter.***

☒ Check or money order payable to "Jefferson Parish Clerk of Court": $ $800.00
☐ Check or money order payable to "East Baton Rouge Sheriff": $_____
☐ Check or money order payable to "Jefferson Parish Sheriff": $_____
☐ Check or money order payable to "Orleans Parish Civil Sheriff": $_____
☐ Check or money order payable to "Louisiana Secretary of State": $_____
☐ Check or money order payable to _____ : $_____
☐ Check or money order payable to _____ : $_____
☐ Send the La. Civil Case Reporting form required per La. R.S. 13:4688.
☐ Other:

# ***PLEASE ENCLOSE A COPY OF THIS ACKNOWLEDGMENT WHEN ORIGINAL PLEADING IS SUBMITTED.***

Received: Jan 16 2019 15:23:05 Pages: 345  JobID:401d4ade1ab1a47

*24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596*

# BradleyMurchison
# Kelly & Shea llc

Shreveport  |  New Orleans  |  Baton Rouge

bradleyfirm.com

**Michael C. Mims**
*Partner*
New Orleans Office
direct: (504) 596-6136
mmims@bradleyfirm.com

January 16, 2019

*VIA FACSIMILE ONLY 504.364.3780*
Hon. Jon Gegenheimer
CLERK OF COURT
24TH JDC, PARISH OF JEFFERSON
P.O. Box 10
Gretna, Louisiana 70054

RE:   *Frederick Addison, et al v. Louisiana Regional Landfill Company, et al.*
        24th JDC, Parish of Jefferson, Case No. 790-369, Div. "J"
        Our File:  12534-180394

Dear Sir/Madam:

        Attached please find a copy of Defendant Waste Connections Us, Inc.'s Supplemental
Memorandum In Opposition To Plaintiffs' Request For Expedited Discovery which I am
presenting for fax filing. Please send me a return facsimile with the amount to cover the cost of
filing same and I will promptly remit along with the original and three (3) copies of the notice.

        Should you have any questions, please feel free to contact me.

                                        Yours truly,

                                        Michael C. Mims

MCM/kze
Enclosure

cc:   Byron M. Forrest



24TH JUDICIAL DISTRICT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 790-369                                                    DIVISION "J"

FREDERICK ADDISON, et. al.

VERSUS

LOUISIANA REGIONAL LANDFILL COMPANY, et. al.

**DEFENDANT WASTE CONNECTIONS US, INC.'S**
**SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO**
**PLAINTIFFS' REQUEST FOR EXPEDITED DISCOVERY**

Defendant Waste Connections US, Inc. ("Waste Connections") submits this supplemental memorandum in opposition to Plaintiffs' Request for Expedited Discovery For The Purpose Of Entering And Inspecting The Subject Landfill And Motion For Expedited Hearing, filed on December 20, 2018. Waste Connections filed an opposition to Plaintiffs' motion for expedited briefing and hearing on their expedited discovery request on December 28, 2017, responding only to Plaintiffs' request for expedited briefing and an expedited hearing. Because the hearing is currently set for January 24, 2019, Waste Connections submits this supplemental memorandum to respond to the merits of Plaintiffs' motion for expedited discovery. Jefferson Parish has requested a continuance of the January 24th hearing on the expedited discovery motion. Waste Connections joins in and supports that request to allow sufficient time for all affected parties to be served with Plaintiffs' Petition and expedited discovery motion, and the Court to rule on the pending exceptions.

**I.    INTRODUCTION**

This case is the fifth in a sequence of mass or class actions seeking damages for alleged odors emanating from the Jefferson Parish Landfill, located in Waggaman, Louisiana ("Jefferson Parish Landfill" or the "Landfill"). Plaintiffs assert duplicative nuisance claims to the four putative class actions currently pending in the United States District Court for the Eastern District of Louisiana, all of which were filed in July or August 2018. Barely one week after filing their Petition, and before all parties were served with the Petition (several parties still have not been served), the *Addison* Plaintiffs filed this motion seeking broad, highly intrusive discovery

1

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 15:23   FAX 504 596 6301 Bradley Murchison - N.O.                    ☑002/345



on an expedited basis to enter, inspect, and conduct on-site sampling of the Landfill. Plaintiffs'

request is premature and baseless. Waste Connections and Jefferson Parish filed declinatory

exceptions of lis pendens, requesting under Louisiana Code of Civil Procedure Articles 531 and

532 that this action be stayed or dismissed until the four putative class actions are resolved.

Defendants' exceptions are well-founded and, if granted, would moot Plaintiffs' request and

preclude their right to any discovery at this time. Moreover, Plaintiffs do not meet the high bar

for undertaking extraordinary, pre-answer discovery. The air emissions and environmental

conditions at the Landfill are well documented and publicly available, and the actions being

taken at the Landfill are ordinary and routine maintenance that will not have a material impact on

the emissions profile; there is no reason for expedited discovery, much less by Plaintiffs who

waited to file suit over five months after the prior Jefferson Parish cases made headlines.

The *Addison* Plaintiffs' discovery motion should not be heard at this time, or should be

denied, because their action is likely to be stayed or dismissed. On January 15, Waste

Connections filed a memorandum in support of its December 28, 2018 declinatory exception of

lis pendens. Louisiana law plainly provides that the *Addison* lawsuit should not proceed because

it is largely identical to four prior lawsuits targeting alleged odors from Jefferson Parish Landfill.

La. Code Civ. Proc. arts. 531, 532. The *Addison* Plaintiffs' premature discovery gambit in no

way differentiates their lawsuit or provides a basis to oppose the application of lis pendens to this

action.

The motion for expedited discovery should also be denied on the merits because there is

no exigency or other need for expedited discovery of this well-studied landfill. The Landfill is

subject to intensive environmental compliance monitoring and reporting requirements, as well as

inspections by governmental agencies, yielding significant public data on the facility. Plaintiffs'

motion ignores this data, which defeats the need for the extraordinary and expensive remedy of

pre-answer discovery. The Louisiana Department of Environmental Quality ("LDEQ") has

inspected the Landfill on a regular basis for many years and intensified its inspections starting in

October of 2018, recording substantial data on the leachate and landfill gas collection systems

and recording on-site hydrogen sulfide concentrations and odor observations. Under federal

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596



regulations implemented through the Landfill's Clean Air Act Title V permit, the Landfill also must collect monitoring data at least quarterly.

The affidavit of Dr. Paul Chrostowksi offered by Plaintiffs is largely a partisan effort to paint the Landfill in a bad light and does not justify a massive and burdensome pre-answer discovery effort. Dr. Chrostowski disregards the existence of numerous other likely sources of odor in the area, lists a myriad of chemicals that he claims are characteristic of landfill gas but omits the fact that those same chemicals are produced by a multitude of activities in urban environments, and misrepresents sampling data to wrongly imply that a public health risk exists. Plaintiffs also fail to provide any sampling data that characterizes the nature of alleged exposures at any of their homes so as to establish a basis for seeking to sample emissions from the Landfill. The Court should deny Plaintiffs' motion for expedited discovery, or in the alternative, stay their motion until after this Court renders a decision on Defendants' declinatory exceptions of lis pendens.

## II.     PROCEDURAL AND FACTUAL BACKGROUND

### A.     Plaintiffs' lawsuit is a copycat of existing nuisance actions filed five months ago.

As detailed fully in Waste Connections' January 15th memorandum in support of its exception of lis pendens, in July and August 2018, four putative class actions were filed in the 24th Judicial District Court for the Parish of Jefferson on behalf of persons "domiciled of and/or within the Parish of Jefferson" relating to alleged odors emanating from the Jefferson Parish Landfill. *See Ictech-Bendeck v. Progressive Waste Solutions,* No. 2:18-cv-07889 (E.D. La.) (filed in 24th JDC July 25, 2018); *Thompson v. Louisiana Regional Landfill Company,* No. 2:18-cv-08071 (E.D. La.) (filed in 24th JDC July 30, 2018); *Bernard v. Progressive Waste Solutions of LA, Inc.,* 2:18-cv-08218 (E.D. La.) (filed in 24th JDC Aug. 10, 2018); *Landry-Boudreaux v. Progressive Waste Solutions of LA, Inc.,* 2:18-cv-09312 (E.D. La.) (filed in 24th JDC Aug. 27, 2018). Together, the four putative class actions seek damages for diminution of property value and personal injuries against defendants Jefferson Parish, Louisiana Regional Landfill Company ("LRLC") f/k/a IESI LA Landfill Corporation, Waste Connections Bayou, Inc. f/k/a/ Progressive

0322



Waste Solutions of LA, Inc., Waste Connections US, Inc. (collectively the "Waste Connections Defendants"), and Aptim Corporation.

Defendants removed all four putative class actions to federal court pursuant to the Class Action Fairness Act ("CAFA") and Plaintiffs in all four putative class actions subsequently moved to remand the cases to state court. Judge Morgan of the Eastern District held a hearing on the motions on October 31, 2018, and the parties are awaiting the court's decision.

The *Addison* Plaintiffs commenced their duplicative action on December 13, 2018, also seeking damages for alleged odors emanating from the Landfill. Plaintiffs are 86 residents of Jefferson Parish, and therefore are also putative members of the proposed class in the four pending actions. Plaintiffs assert their claims against the same group of defendants that are named in the four putative class actions, the Waste Connections Defendants, Aptim Corporation and the Parish of Jefferson, and have also named unidentified insurance companies of the various Defendants.

**B.     LDEQ, the Louisiana Department of Health, and Defendants have compiled large amounts of data regarding the Landfill and there is no exigency for invasive on-site sampling.**

Contrary to Plaintiffs' representations, site-specific data, including sampling data on the concentrations of odorous compounds in air emissions at the Landfill and agency inspection reports, are regularly prepared and are publicly available. Plaintiffs' proposed discovery would add little to this trove of data and there certainly is no need for such an effort now. Indeed, Plaintiffs simply propose a fishing expedition, which if allowable at all, can wait.

First, the Landfill is subject to air emission regulations under the federal Clean Air Act, including New Source Performance Standard ("NSPS") regulations. Under these regulations, the Landfill must perform quarterly surface emission monitoring ("SEM"). SEM provides a picture of the effectiveness of landfill gas controls that are designed to prevent or minimize fugitive emissions to the atmosphere from the landfill surface. *See* Affidavit of James J. Walsh, P.E. (Jan. 15, 2019) ("Walsh Aff."), ¶¶ 23-25. Chrostowski's affidavit, which advocates for immediate access to the site to conduct intrusive sampling activities, does not even mention these highly relevant NSPS requirements, let alone acknowledge the reliable and regularly-produced data already generated for the Jefferson Parish Landfill in compliance with those requirements.

4



In addition, throughout 2018, numerous inspections and assessments of the Landfill, including its landfill gas and leachate collection systems, were conducted by the LDEQ, as well as by the owner and the operator of the Landfill. LDEQ regularly inspects the Landfill to ensure compliance with the applicable environmental regulations and permit requirements. Beginning on October 1, 2018, LDEQ visited and inspected the Landfill on a near-daily basis, and continues to inspect the Landfill regularly. During their inspections, LDEQ staff prepare reports summarizing the conditions observed at the Landfill and record on-site hydrogen sulfide concentrations and odor data, using measurement instruments and personal observations. *See* LDEQ, Field Interview Forms, Site Assessment Checklists, and Monitoring Report Forms (Dec. 4, 5, & 10, 2018), attached hereto as exhibit A. All of LDEQ's inspection reports for the Landfill are publicly available on its Electronic Document Management System ("EDMS"), and large amounts of additional data are available through Louisiana Public Records Act requests. *See* LDEQ, EDMS, http://edms.deq.louisiana.gov/app/doc/querydef.aspx (documents regarding the Landfill are available by searching for Agency Interest (AI) No. 6961). In addition to not mentioning this substantial source of ongoing third-party inspection data, Plaintiffs also omit the fact that LDEQ has not found evidence of nuisance-level odors or other elevated landfill gas emissions at the Landfill or at its perimeter.

Jefferson Parish and the Waste Connections Defendants also separately retained environmental consultants to assess the Landfill's operations. Prior to the commencement of any of the current Landfill litigation, in the Spring of 2018, Jefferson Parish hired Carlson Environmental Consultants ("CEC") to assess the Landfill's leachate and landfill gas collection systems to determine the condition and operation of the system. CEC issued a final report of its assessment on August 15, 2018, which is available to the public. *See* LDEQ, EDMS, Doc. ID No. 11281709.[1] Waste Connections hired SCS Engineers ("SCS") to conduct a site inspection of the Landfill in the Fall of 2018 to identify potential odor sources and concentrations at the Landfill and at other potential offsite sources, and to determine the status and condition of the Landfill's leachate and landfill gas collection systems with regard to their potential to produce

---

[1] A copy of CEC's report is available to the public at: http://edms.deq.louisiana.gov/app/doc/querydef.aspx



fugitive odorous emissions. Between September 14 and 15, 2018, SCS collected 26 air samples onsite and 16 air samples offsite. Waste Connections provided copies of SCS's report to LDEQ and the media in order to provide the public access to the report and all of the underlying data. SCS Engineers, *Jefferson Parish Landfill Site Evaluation with Respect to Odors* (Oct. 24, 2018).[2]

## III.   ARGUMENT

Expedited discovery is not warranted here because dispositive exceptions to the Petition have been filed and Plaintiffs have not shown that any credible exigency exists. As Plaintiffs admit, no reported decisions exist indicating that a Louisiana state court has ever granted expedited discovery. Pls. Mem. at 5. Although federal courts may grant expedited discovery upon a showing of good cause, "expedited discovery is not the norm." *Crutchfield v. City of New Orleans*, No. 17-08562, 2017 WL 4812408 (E.D. La. Oct. 25, 2017) (no good cause for expedited discovery where motion to dismiss attacking sufficiency of complaint pending). To establish good cause, courts look at the reasonableness of the request in light of all the surrounding circumstances and consider "(1) whether a preliminary injunction is pending; (2) the breadth of the discovery requests; (3) the purpose for requesting the expedited discovery; (4) the burden on the defendants to comply with the requests; and (5) how far in advance of the typical discovery process the request was made." *In re Fannie Mae Derivative Litig.*, 227 F.R.D. 142, 143 (D.D.C. 2005) (requests were unreasonable and simply "a thinly veiled attempt to circumvent the normal litigation process."). Plaintiffs, as the party seeking expedited discovery, bear the burden of showing that "the need for expedited discovery outweighs the prejudice to the [Defendants]." *BKGTH Prods., LLC v. Does 1-20*, No. 13-5310, 2013 WL 5507297, at *5 (E.D. La. Sept. 30, 2013) (internal quotation marks omitted).

The federal court decisions cited by Plaintiffs actually support denial of the motion. In several of the cases cited by Plaintiffs, expedited discovery was denied. *See Greenthal v. Joyce*, No. 4:16-cv-41, 2016 WL 362312 (S.D. Tex. Jan 29, 2016) (expedited discovery seeking information related to proposed merger not warranted where court simultaneously denied TRO and preliminary injunction); *Magnolia Fleet, LLC v. Grey*, No. 18-8363, 2018 WL 5619995

---

[2] The SCS report is available to the public on The Advocate's website: https://www.theadvocate.com/pdf_c36caea0-de12-11e8-9513-b3e21a4eedf7.html.

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0325
01/16/2019 WED 15:27   FAX 504 596 6301 Bradley Murchison - N.O.                 ☒007/345



(E.D. La. Oct. 30, 2018) (motion for early medical examination requested by defendants denied because discovery had not commenced and no surgery was scheduled). Cases granting expedited discovery involved very different facts, such as a plaintiff seeking a preliminary injunction to protect trade secrets, *FMC Corp. v. Varo Int'l, Inc.*, 677 F.2d 500 (5th Cir. 1982), a plaintiff seeking information to determine the identity of "doe" defendants, *BKGTH Prods.*, 2013 WL 5507297, or a defendant seeking expedited discovery after answering the complaint and where the parties had already conducted their Rule 26(f) conference, *Tribal Casino Gaming, Enter. v. W.G. Yates & Sons Constr. Co.*, No. 1:16cv30, 2016 WL 3450829 (W.D.N.C. June 16, 2016).

A.   **Plaintiffs' motion for expedited discovery is premature and the Court should rule on Defendants' exceptions first.**

Expedited discovery is inappropriate where dispositive motions will moot the need for the discovery. *See BioD, LLC v. Amnio Tech., LLC*, 2013 WL 11826541, at * 1 (D. Ariz. Nov. 18, 2013) ("Premature discovery in this case might be a total waste in light of the fact that all of the defendants have moved to dismiss or to terminate these proceedings in favor of arbitration."); *Wilcox Indus. Corp. v. Hansen*, 279 F.R.D. 64, 71 (D.N.H. 2012) (pendency of a motion to dismiss weighs in favor of denying expedited discovery request). Similarly, courts disfavor expedited discovery when the request is made too far in advance and where no preliminary injunction is being sought. *See Wilcox*, 279 F.R.D. at 71 (denying expedited discovery motion filed simultaneously with the complaint in part because it "could not have been filed any further in advance of the typical discovery process").

Here, Defendants Waste Connections and Jefferson Parish have filed pending exceptions of lis pendens, seeking to stay or dismiss this action because Plaintiffs commenced this action despite the existence of four nearly identical putative class action suits pending before the Eastern District of Louisiana. As detailed in Waste Connections' January 15th memorandum in support of its exception of lis pendens, the *Addison* Plaintiffs are putative members of the proposed classes in the putative class actions and asserted claims based on the same occurrence – alleged odors emanating from the Jefferson Parish Landfill – against the same group of defendants. Whether or not these cases remain in federal court, they plainly subsume the late-filed, opportunistic *Addison* action, and under Louisiana lis pendens law are likely to be



dismissed or stayed. Therefore, allowing discovery to proceed at this time would be a "total waste" if this case is to be dismissed or stayed. *BioD*, 2013 WL 11826541, at *1; *see also Engelbrecht v. Fox*, No. 12-1150, 2012 WL 13015022, at *2 (C.D. Cal. Aug. 8, 2012) (expedited discovery disfavored because of burden on the defendant to respond to discovery where defendant intends to file motion to dismiss).

The burdens on Defendants of the discovery sought here are vast and strongly support denial of the motion. The expansive sampling and monitoring sought by Plaintiffs will require teams of scientists, engineers and lab technicians and could cost hundreds of thousands of dollars, a burden that a public entity like Jefferson Parish and its contractors should not suffer.

Moreover, Plaintiffs filed this discovery request only one week after commencing the action. Defendants, several of whom still have not been served with the Petition, would be unduly prejudiced by having to respond to Plaintiffs' expedited discovery requests, given the early stage of this action, particularly in light of the pending dispositive motions and the fact that Plaintiffs do not seek any preliminary injunctive relief. *See Wilcox*, 279 F.R.D. at 69-70 (expedited discovery to support *potential* prospective preliminary injunction motion denied). For these reasons, Plaintiffs' motion for expedited discovery is premature at best, and the Court should first decide Defendants' pending exceptions.

**B.    No Exigency Exists to Warrant Expedited Discovery.**

The circumstances presented here do not necessitate expedited discovery. Plaintiffs' purported need for expedited discovery is that evidence is allegedly being lost because, according to Plaintiffs, ongoing work at the Landfill will "completely alter" existing conditions. Plaintiffs also claim that no systematic or comprehensive sampling has been conducted that would show what contaminants Plaintiffs have been exposed to. Pls. Mem. at 7. Plaintiffs and their expert, however, ignore highly relevant, publicly-available data and make incorrect, misleading, and hyperbolic assertions of fact that fall far short of the clear showing needed for this extraordinary relief.

8



**1.    Extensive and publicly available odor and emissions data make expedited discovery unnecessary.**

To manufacture exigency and attempt to secure expedited discovery, Plaintiffs wrongly claim that "virtually no air quality data has been collected in the past on any systematic or comprehensive basis. . . ." Pls. Mem. at 7. This gross misstatement underscores why Plaintiffs' motion should be denied. Since April 2018, LDEQ has routinely inspected the Landfill and collected data for on-site odors and hydrogen sulfide concentrations. These data are posted on LDEQ's website and are available to the public. *See, e.g.,* LDEQ, Field Interview Forms, Site Assessment Checklists, and Monitoring Report Forms.[3] For example, in December 2018 alone, LDEQ performed six separate site visits and sampled concentrations of hydrogen sulfide, described by Plaintiffs' expert as "a signature constituent of [landfill gas]," Aff. of Paul C. Chrostowski ¶ 13 (12/19/18), during each investigation using reliable real-time monitoring equipment. Neither Plaintiffs, nor their expert, Dr. Chrostowski, mention these inspection reports or sampling data. Plaintiffs address only LDEQ's *offsite* sampling events (which they mischaracterize, as discussed further below).

Plaintiffs also ignore quarterly air emission monitoring data that must be collected pursuant to the Landfill's Title V permit. Plaintiffs contend that applicable rules "do not even require the Parish to collect or maintain . . . source specific emissions data." Pls. Mem. at 4. But in fact, the Landfill is subject to New Source Performance Standards for Municipal Solid Waste Landfills, 40 C.F.R. Part 60, Subpart WWW (the "NSPS"). These rules require landfills, such as the Jefferson Parish Landfill, to conduct quarterly Surface Emission Monitoring ("SEM") to determine the presence and level of any fugitive emissions of the major constituent of landfill gas (methane) over the landfill surface and around the perimeter of the landfill.[4] Walsh Aff. ¶¶ 20 – 26.

Compliance with the NSPS indicates that a landfill is adequately controlling and preventing the fugitive release of landfill gas, thereby avoiding odor nuisances and potential

---

[3]  Available at http://edms.deq.louisiana.gov/app/doc/querydef.aspx (AI No. 6961).

[4]  NSPS SEM focuses on methane, which is the largest constituent of landfill gas. As a result, SEM readings that show methane is in compliance with NSPS requirements necessarily confirm that all other lesser landfill gas constituents are controlled as well.



adverse health effects off-site. Consistent with NSPS requirements, SEM monitoring is performed at the Jefferson Parish Landfill quarterly. The Landfill's semi-annual compliance reports under its Title V permit, which provide the results of quarterly SEM, demonstrate that the Landfill is in substantial compliance with the NSPS, and therefore is providing adequate control of fugitive emissions, and avoiding odor nuisances and potential adverse health effects. Walsh Aff. ¶¶ 25, 27, and 29.

Many years' worth of the Landfill's NSPS compliance reports are publicly available and may be accessed through LDEQ's website. Like the LDEQ's on-site investigations and hydrogen sulfide measurements, the existence of the NSPS compliance reports undermines Plaintiffs' claims that expedited discovery is necessary to compensate for "missing" data.

2.  **Plaintiffs' assertions of a public health risk are based on the faulty premise that the Landfill is the only possible source of odors.**

Plaintiffs try to bolster their motion with incorrect and inflammatory suggestions that air emissions from Jefferson Parish Landfill are a threat to public health. This distraction provides no support for expedited discovery because (i) any public health threat (and there is none) would be addressed by LDEQ, not private Plaintiffs seeking discovery; and (ii) Plaintiffs and their expert wholly overlook ample evidence that Jefferson Parish has little if any responsibility for odors and air emissions in the area. Existing data demonstrate that not only is Jefferson Parish not the likely source of alleged noxious odors but that multiple potential sources exist, including two active landfills adjacent to the Jefferson Parish Landfill. The suite of chemicals Plaintiffs seek to sample are widely known to arise from other common urban sources. Furthermore, Plaintiffs have not attempted to demonstrate which of the chemicals, if any, they were exposed to at their residences.

a.  **Plaintiffs ignore other potential odor sources to justify their expedited discovery request.**

Expedited discovery is also inappropriate because it will generate little to no useful data. All available evidence suggests that Plaintiffs' purported exposures originate from other industrial sources, not the Jefferson Parish Landfill. As outlined in the SCS Report, during SCS's on-site and off-site odor and hydrogen sulfide survey, SCS identified at least fourteen additional potential sources of odors in the area and detected industrial odors or elevated hydrogen sulfide

10



readings at twelve locations. Exhibit 4 (SCS Report), attached to the Affidavit of Thomas J. Rappolt, Q.E.P. (Jan 15, 2019) ("Rappolt Aff.") at 12. In particular, SCS recorded highly elevated hydrogen sulfide levels and detected landfill gas odors likely originating from the Highway 90 C&D Landfill, which is adjacent to the Jefferson Parish Landfill. *Id.* As SCS explained in the report, C&D Landfills are common sources of hydrogen sulfide emissions because crushed wallboard is a strong source of hydrogen sulfide, and the Highway 90 C&D Landfill reportedly does not have a landfill gas collection and control system. Rappolt Aff. ¶¶ 28, 30; *Id.* Ex. 4 at 23. By contrast, SCS determined that hydrogen sulfide readings and odor observations at the Jefferson Parish Landfill were too weak to be detected off-site. *Id.* Ex. 4 at 21.

Furthermore, as outlined in the SCS report, elevated hydrogen sulfide levels detected during air monitoring conducted by LDEQ in April 2018 could not be the result of emissions from the Landfill because a much more substantial source is responsible. Rappolt Aff ¶¶ 27, 28; *Id.* Ex. 4 at 22-23. In addition, the emissions profile taken during that odor event showed a "non-detect" of two constituents – d-limonene and ethyl acetate – that are common markers of emissions from municipal waste facilities such as Jefferson Parish Landfill, but are not found in air emissions from construction and demolition landfills. *Id.* Ex. 4 at 22-23. The lack of these two compounds in LDEQ's samples indicates that Jefferson Parish Landfill emissions were not contributing to the odor event detected by LDEQ. *Id.*

Plaintiffs further ignore the SCS Report's analysis of recent odor complaints against the Jefferson Parish Landfill. SCS determined that over 80% of the odor complaints against the Landfill occurred at places and times when wind direction eliminated Jefferson Parish Landfill as a potential odor source. Rappolt Aff ¶ 27; *Id.* Ex. 4 at 22.

The SCS Report's findings are further supported by the locations of the Plaintiffs' homes. Specifically, Plaintiffs' residences are scattered throughout Waggaman, Kenner, River Ridge, Harahan, and Avondale at distances ranging from approximately one to five miles from the Jefferson Parish Landfill. Apart from the significant distances between the Landfill and Plaintiffs' homes, many of Plaintiffs' residences are significantly closer to the other known or suspected sources of odor than to the Jefferson Parish Landfill. Rappolt Aff ¶ 29.

11



In addition, a report by the Louisiana Department of Health based on LDEQ air monitoring, likewise identified multiple potential sources of industrial odors. Specifically, the report identifies seven potential sources of odors, including the two active landfills located adjacent to the Jefferson Parish Landfill. Louisiana Department of Health Report (Oct. 25, 2018) at 2.[5] Plaintiffs simply do not address the impact of these multiple other sources of odors in their expedited discovery request.

### b.    Plaintiffs mischaracterize on-site testing data to incorrectly suggest an exigency.

In the absence of reliable data connecting odor at their residences to emissions from the Jefferson Parish Landfill, Plaintiffs have deceptively sought to link ordinary hydrogen sulfide readings at the facility with elevated hydrogen sulfide readings off-site, and further make a baseless, provocative insinuation that a health risk exists to the Landfill workers and the public. Specifically, Plaintiffs' expert states that "Jefferson Parish's own consultant has documented releases of gases on the Landfill site that contain hydrogen sulfide at concentrations exceeding 2000 parts per million" and that exposure to hydrogen sulfide at this concentration is "highly toxic and potentially lethal." Chrostowski Aff. ¶ 16. Dr. Chrostowski then notes in that same paragraph that LDEQ has detected hydrogen sulfide concentrations in the surrounding community at concentrations as high as 170 parts per billion (ppb), which is "high enough to trigger concern" for the protection of human health. *Id.*

The 2000 parts per million (ppm) hydrogen sulfide measurement was, in fact, taken *inside* the landfill gas piping system at the Jefferson Parish Landfill, and it does not represent the level of hydrogen sulfide in fugitive emissions (*i.e.* emissions at the Landfill's surface). Rappolt Aff. ¶¶ 35-38. Contrary to Chrostowski's statement, that level of hydrogen sulfide was not in a "release" to the atmosphere. Rappolt Aff. ¶¶ 36-38. A high hydrogen sulfide measurement inside the gas piping system is hardly surprising and does not indicate in any way that the Landfill is contributing to elevated off-site concentrations or that the emissions pose a public health risk. In fact, the opposite is true. High hydrogen sulfide readings *within* the landfill gas piping system

---

[5] Available at http://ldh.la.gov/assets/oph/Center-EH/HealthConsultRiverRidgeHarahanOdors.pdf.

indicate that the gas collection system is working properly to capture landfill gas. Walsh Aff. ¶ 37.

Furthermore, there is no basis to extrapolate elevated off-site hydrogen sulfide readings from high measurements within the landfill gas system. On the contrary, the average contemporaneous measurements of surface hydrogen sulfide levels in this portion of the landfill, as reported in the CEC Report that also noted the in-system 2000 ppm concentration, ranged from 0.25 ppm to 1.07 ppm. Rappolt Aff. ¶ 37. To generate the elevated 120 ppb hydrogen sulfide reading detected by LDEQ's April 2018 monitoring at distances from the Landfill, the Landfill would need to generate an on-site hydrogen sulfide concentration of at least 180,000 ppb over a very large area of any of the phases of the Landfill. Rappolt Aff. ¶ 27; *Id.* Ex. 4 at 22. Sampling by SCS and CEC (or subsequent sampling by LDEQ during its site inspections) did not detect hydrogen sulfide at the Landfill in concentrations anywhere near these levels. Rappolt Aff. ¶ 27; *Id.* Ex. 4 at 22. This indicates that some other, much more substantial source of emissions, is responsible.

Nor are the elevated hydrogen sulfide levels inside the gas collection system a purported public health risk—contrary to Dr. Chrostowski's claim. Specifically, Dr. Chrostowski states that "[e]xposure to hydrogen sulfide gas at these concentrations is highly toxic and potentially lethal." Chrostowski Aff. ¶ 16. As explained above, high hydrogen sulfide readings *inside* a gas collection system are a sign the landfill is operating properly and are not probative of exposure risks of hydrogen sulfide levels in fugitive emissions. In fact, the maximum ground surface hydrogen sulfide concentration of 8.5 ppm recorded in the CEC report is well below regulatory worker exposure limits, much less the concentrations necessary to induce death as suggested by Plaintiffs' expert. *See* Rappolt Aff. ¶ 39.

Plaintiffs' attempt to link off-site odors to the hydrogen sulfide readings in the gas collection system shows a fundamental misunderstanding of landfill operations and militates against allowing expedited discovery at the landfill. Reliable and publicly available hydrogen sulfide measurements demonstrate that fugitive emissions are low, another emission source is responsible for off-site odors, and there is no health risk that requires immediate attention, let alone expedited discovery.

13



**3.    Plaintiffs have not provided any evidence of their exposure, underscoring that their expedited discovery request is a fishing expedition and not a targeted need.**

Despite Plaintiffs' expert's admission that "the best possible evidence to determine whether such exposures and harm have occurred would be actual air samples taken on a regular basis at each of petitioners' homes," Chrostowski Aff. ¶ 19, Plaintiffs have not provided any reason why this "best possible evidence" has not been collected. Instead, Plaintiffs are seeking to take samples of the Landfill's emissions now without knowing which chemicals (if any) they have been exposed to at their residences. Plaintiffs' failure to gather any exposure data from Plaintiffs' homes before taking samples onsite at the Landfill undermines any notion that there is a specific evidentiary need that must be addressed on an emergency basis.

To support their argument for an intrusive on-site investigation, Plaintiffs misleadingly seek to connect purportedly elevated off-site measurements of certain chemicals with landfill gas emissions. Specifically, Plaintiffs' expert states that "air sampling and analysis conducted by the DEQ to date indicates that certain toxic chemicals typically found in [landfill gas] have been detected in the surrounding neighborhoods at levels exceeding EPA's chronic screening levels." Chrostowski Aff. ¶ 12. The LDEQ sampling detected various levels of acrolein, 1,2-dichlorethane, benzene, carbon tetrachloride, naphthalene, and hydrogen sulfide. The clear intention of Dr. Chrostowski's statement is to tie these LDEQ measurements to emissions from the Jefferson Parish Landfill.

As a preliminary matter, the "EPA chronic screening levels" Dr. Chrostowksi refers to are thresholds used for risk assessment and decision-making at CERCLA Superfund sites. Rappolt ¶ 55-56. These screening levels are calculated without any site-specific information, and EPA has made clear that these generic screening data are not intended to be applied outside of the design of environmental remediation at Superfund sites.[6] Furthermore, Plaintiffs' expert omits that these constituents are typical of measured urban air pollutants and originate from many common activities found in urban areas and population centers. Specifically, Mr. Rappolt's affidavit outlines in Table 1 the many common sources of the constituents measured by LDEQ.

---

[6] The Louisiana Department of Health's review of LDEQ monitoring data found that the volatile organic compound ("VOCs") measurements "revealed typical background levels" and "do not pose a public health concern." *See* LDOH Report at 15.



*See* Rappolt Aff. ¶ 32. Acrolein, for one example, is found in pesticides, automobile exhaust, and emissions from cooking and manufacturing in addition to other sources. *Id.* Many of the other chemicals that Chrostowski cites are also found in common sources such as vehicle and commercial exhaust, industrial processes, and natural sources. Rappolt Aff. ¶ 33. Therefore, LDEQ's detection of these constituents is not probative of their origination from the Jefferson Parish Landfill and should not serve as grounds for expedited discovery.

At a minimum, in light of the many potential odor sources in the area apart from the Jefferson Parish Landfill, Plaintiffs should understand whether detected compounds and relative concentrations at Plaintiffs' homes are even consistent with an emissions profile for a municipal solid waste landfill, as opposed to one of the many other potential sources of odor in the area. Rappolt Aff. ¶¶ 19-23. Furthermore, Plaintiffs should have at least a preliminary understanding of whether any of the individual Plaintiffs have been exposed to any industrial emissions or odors *at all*, if they wish to impose this burden on Defendants and seek discovery outside of the normal process. *BKGTH Prods., LLC*, 2013 WL 5507297, at *5 (the party seeking expedited discovery bears the burden of showing that the need for discovery outweighs the prejudice to Defendants); *United Biologics, LLC v. Am. Acad. of Allergy,* No. SA-14-CV-35, 2014 WL 12637937 (W.D. Tex. March 20, 2014) (simply assisting plaintiffs in developing the facts necessary to state a viable claim is not an appropriate purpose of expedited discovery).

### 4. Plaintiffs' Proposed Dispersion Modeling Cannot Accurately Determine Off-Site Exposures.

Another claimed purpose for Plaintiffs' seeking expedited discovery is to allow them to analyze the nature and composition of gaseous emissions at the Landfill today in order to extrapolate historical off-site exposures. As a threshold matter, that work could be done in the normal course of discovery. Moreover, using air dispersion models to try and determine historical off-site exposure based on contemporary emissions monitoring will not provide accurate or reliable scientific data.

Specifically, Plaintiffs' expert proposes to conduct a health risk assessment based on an atmospheric dispersion model – that is designed to simulate the atmospheric transport and dispersion of potential air emissions and determine reasonable worst-case downwind

15

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 15:33  FAX 504 596 6301 Bradley Murchison – N.O.                    ☑016/345



concentration values – in order assess actual chemical exposure. Chrostowski Aff. at ¶ 21. However, air dispersion modeling, as proposed by Dr. Chrostowski, is unable to provide an accurate simulation of existing or past downwind concentrations of emissions and cannot accurately represent emissions from sources that are variable over time. *See* Rappolt Aff. ¶¶ 41 – 44. Furthermore, studies by EPA and state regulators have demonstrated that air dispersion models are subject to inherent inaccuracies, and can significantly over-predict concentrations of compounds.  Rappolt Aff. ¶ 43. These inaccuracies are acceptable when using the models for planning and permitting purposes and in other limited highly controlled circumstances, but are often inappropriate for investigative purposes that require a high bar of precision.

Moreover, no significant relationship exists between landfill gas emissions that are measured today and landfill gas emissions from months or years ago (or into the future) because landfill gas composition, and the direction and concentration of any fugitive emissions, is variable and changes over time. It follows that the hurried on-site emissions measurements Plaintiffs request are no more probative of historical exposures than on-site measurements taken in the ordinary course of this lawsuit if Defendants' exceptions are denied and formal discovery begins. Walsh Aff. ¶ 42.

Because the data Plaintiffs seek to obtain will not provide reliable results regarding Plaintiffs' historical exposure due to the inherent errors in air dispersion modeling, Plaintiffs need to take immediate on-site measurements does not "outweigh[] the prejudice to the [Defendants]." *BKGTH Prods.*, 2013 WL 5507297, at *5.

### 5.   Ongoing routine work at the Landfill does not justify expedited discovery.

Plaintiffs' hyperbolic claim that "evidence is effectively being destroyed on an ongoing basis" due to purported alterations at the Landfill, Pls. Mem. at 9, is inaccurate and does not support Plaintiffs' request to obtain expedited discovery. *See Hopscotch Adoptions, Inc. v. Kachadurian*, No. 09-2101, 2009 WL 4782160 at *2 (E.D. Cal. Dec. 7, 2009) (mere speculation that evidence may be destroyed is insufficient to support request for expedited discovery). On the contrary, no significant modifications to the existing landfill gas or leachate collection processes at the Jefferson Parish Landfill have been made. Instead, the Landfill is engaging in ordinary and



routine maintenance that will not have a material impact on the emissions profile (but are intended to improve the efficiency of the leachate and landfill gas collection systems).

The actions being undertaken at the Landfill are operational measures necessary to comply with federal regulatory requirements and ensure the good working order of the facility. Walsh Aff. ¶¶ 31 – 34. For instance, the Landfill is installing seven new gas wells to extend the gas collection system into recently closed areas, which is relatively small and routine for a large landfill like this one that has over 200 gas extraction wells. The Landfill is also replacing certain leachate pumps and increasing the diameter of a leachate collection line around the perimeter of the facility. All of these actions are normal and expected measures attendant to the operation of any large municipal solid waste facility. *Id.*

Furthermore, there are no extraordinary measures related to landfill gas collection being undertaken or proposed at the Landfill because emissions readings at the Landfill do not indicate any significant regulatory compliance concerns. Walsh Aff. ¶ 34. Therefore, the maintenance occurring at the Landfill will have no material impact on the facility's emissions profile. *Id.* In short, maintenance and operational actions have been occurring throughout the life of the Landfill and there is nothing at all unique about this moment in time to justify Plaintiffs' request for immediate Landfill access and testing data. Plaintiffs' purported urgency is either purposely overblown to manufacture exigency or demonstrates a fundamental misunderstanding of landfill operation and maintenance.

### 6. Plaintiffs' proposed "On-Site Inspection and Sampling Plan" is technically flawed and would disrupt Landfill operations.

Finally, Plaintiffs' proposed inspection plan would unnecessarily interrupt landfill operations, would impose large costs on Defendants, and is unreliable. Dr. Chrostowki's inspection and sampling plan demonstrates a lack of familiarity with landfill operations and established requirements for forensic emissions analysis. Dr. Chrostowski's investigation plan lacks basic indicia of a reliable health risk assessment:

- The proposed plan does not set forth any methods or details explaining how field measurements will be recorded. A detailed explanation of measurement methods is necessary to define error and bias in collected data and to legitimize the data collection effort.

17



- Dr. Chrostowski primarily seeks landfill gas samples from Phase IVa of the facility. This approach would generate data that is not representative of the landfill gas profile at the Landfill.
- The field measurement plan provides no explanation of how Dr. Chrostowski will convert on-site concentration measurements of chemicals into representative and applicable emissions rates. Without reliable flow or surface flux measurements, Plaintiffs' expert will need to rely on generic factors in his health risk assessment calculation.
- Dr. Chrostowski does not provide a statistically determined grid pattern to perform surface concentration measurements. Instead, he purports to take measurements at or near specific well locations.
- Dr. Chrostowski seeks testing data from the landfill flare. Sampling for chemical constituents from an open flare (such as the one at the Landfill) is very difficult and unlikely to achieve reliable results.

*See* Rappolt Aff. ¶¶ 48 – 54. Each of these serious flaws in Plaintiffs' expert's proposed sampling plan increases the risk of error and decreases the reliability of the study's conclusions. *See Semitool, Inc. v. Tokyo Electron America, Inc.* 208 F.R.D. 273, 178 (N.D. Cal. April 19, 2002) (expedited discovery request denied because of an expected "lack of any substantial incremental benefit" from the requested material).

The unreliable information Plaintiffs' investigation would yield is greatly outweighed by the substantial intrusion and disruption of the Landfill's operation. Walsh Aff. ¶ 43. First, well before Plaintiffs' expert and team may access the facility, the Landfill would need to secure liability waivers from all personnel. *Id.* The Landfill would need a precise investigation plan so that appropriate personnel can be available and those areas of the Landfill can be secured and prepared for visitors. *Id.* The Landfill would need to arrange robust safety training for each individual seeking access to the facility. Landfill staff would need to take time away from their operational duties to escort Plaintiffs' expert and his team throughout the landfill. *Id.* Likewise, the Landfill would need to retain its own team to duplicate each of the measurements and observations taken by Plaintiffs' expert. *Id.*

## IV.    CONCLUSION

This action should be stayed or dismissed in the first instance and there is no need to address the merits of Plaintiffs' motion. In any event, there is no factual or legal basis to compel Jefferson Parish Landfill to undergo an expedited, poorly constructed sampling and monitoring program. Plaintiffs have made no effort to gather the most important data – what gases are impacting them at their homes – and they have ignored the ample public data on air emissions at

18



the Landfill. Plaintiffs have attempted to create a false sense of emergency over the alleged potential loss of data and (non-existent) public health risks from the Landfill's alleged fugitive air emissions. None of these concerns are valid and at the least, the two public entities involved, LDEQ and Jefferson Parish, have been proactive in addressing conditions at the Landfill. There is no need for Plaintiffs to bypass the normal discovery procedures that will allow them to negotiate access to the Landfill, as needed. Plaintiffs' motion for expedited discovery should be denied.

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA LLC

By: _____

David R. Taggart
(Louisiana Bar Roll No. 12626)
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141

Michael C. Mims
(Louisiana Bar Roll No. 33991)
John B. Stanton
(Louisiana Bar Roll No. 36036)
1100 Poydras St., Suite 2700
New Orleans, Louisiana 70163
Telephone: (504) 596-6300
Fax: (504) 596-6301

BEVERIDGE & DIAMOND, P.C.

James B. Slaughter (*pro hac vice* to be submitted)
1350 I Street, N.W., Suite 700
Washington, DC 20005
(202) 789-6000

Michael G. Murphy (*pro hac vice* to be submitted)
Megan R. Brillault (*pro hac vice* to be submitted)
John H. Paul (*pro hac vice* to be submitted)
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400

Counsel for Defendant Waste Connections US, Inc.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was served on all counsel

of record by PDF email, facsimile, and/or by United States Mail, properly addressed and with

adequate postage affixed thereon on this the __16__ day of January, 2019.

Barry S. Neuman
Whiteford, Taylor & Preston LLP
1800 M Street NW, Suite 450N
Washington, DC 20036

Byron M. Forrest
Nicholas V. Cressy
S. Eliza James
Forrest, Cressy & James, LLC
One Canal Place
365 Canal St. Ste 1475
New Orleans LA, 70130

Matthew D. Moghis
William P. Connick
Michael S. Futrell
Connick and Connick, LLC
3421 North Causeway Boulevard Suite 408
Metairie, LA 70002

_____
OF COUNSEL

INS20190053

## LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
### FIELD INTERVIEW FORM

AGENCY INTEREST #: 6961   INSPECTION DATE: 12/4/18   TIME OF ARRIVAL: 11:50 am

ALTERNATE ID #: 0297 R1M7   DEPARTURE DATE: 12/4/18   TIME OF DEPARTURE: 1:20 pm
(ID Type/Number)

FACILITY NAME: Jefferson Parish Sanitary Landfill   PHONE #: (504) 436-0152

LOCATION: 5800 Highway 90 W   Avondale

PARISH: Jefferson

RECEIVING STREAM (BASIN/SUBSEGMENT): 02 0501

MAILING ADDRESS: 834 S. Clearview Pkwy   Harahan   LA   70123
(Street/P.O. Box)        (City)        (State)    (Zip)

FACILITY REPRESENTATIVE: Mark Klynn   TITLE: Environmental Quality Specialist

FACILITY REPRESENTATIVE PHONE NUMBER:

NAME, TITLE, ADDRESS and TELEPHONE of RESPONSIBLE OFFICIAL (if different from above):

Michael Lockwood

INSPECTION TYPE: assessment   PROGRAM INVOLVED:  AIR ☐ WASTE ☑ WATER ☐  OTHER:

INSPECTOR'S OBSERVATIONS: (e.g. AREAS AND EQUIPMENT INSPECTED, PROBLEMS, DEFICIENCIES, REMARKS, VERBAL COMMITMENTS FROM FACILITY REPRESENTATIVES)

An assessment was conducted of investigate operations and maintenance activities at the leachate and gas collection system. According to the Jefferson Parish MET Station, wind was 11mph out of the WNW at 11:55 and 16mph out of the WNE at 1:04pm. A max 11.5 reading on the Jerome meter was .0440pm downwind of Riser 215 at 12:50 where a landfill leachate/leachate odor was noted.
Odors were also noted near the NE corner of Phase I by elegas plant, downwind of sc  (working) BAC (system)
(Center)                                                            HC (center)
near Riser 205 and downwind at the River Birch leachate pond and gas plant. Leachate is being pumped out of risers via inner tubes that are emptied into a hose, goes into manholes.

### AREAS OF CONCERN:

| REGULATION | EXPLANATION | CORRECTED? |
|---|---|---|
| | | YES ☐  NO ☐ |
| | | YES ☐  NO ☐ |

PHOTOS TAKEN:  YES ☑  NO ☐   SAMPLES TAKEN: YES ☐  NO ☑ (Attach Chain-of-Custody)

RECEIVED BY SIGNATURE:

PRINT NAME: Mark Klynn
(NOTE: SIGNATURE DOES NOT INDICATE AGREEMENT WITH INSPECTOR'S NOTES)

INSPECTOR(S): Jeff Parham   CROSS REFERENCE:

ATTACHMENTS:

REVIEWER: Jill Herrmann

NOTE: The information contained on this form reflects only the preliminary observations of the inspector(s). It should not be interpreted as a final determination by the Department of Environmental Quality or any of its officers or personnel as to any matter, including, but not limited to, a determination of compliance or lack thereof by the facility operator with any requirements of statutes regulations or permits.  Each day of non-compliance constitutes a separate violation of the regulations and/or the Louisiana Environmental Quality Act.

REVISED: 12/06/2011

PAGE 1 OF

EXHIBIT
A

tabbies

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:3 ID:25596

01/16/2019 WED 15:37  FAX 504 596 6301 Bradley Murchison - N.O.   ☑022/345

IN520190053

## Jefferson Parish Sanitary Landfill
### Site Assessment Checklist

AI No. __6961__   Alternate ID No. __0297 RIM 7__

Assessment Date: __12/4/18__   Time of Arrival: __11:50 am__   Time of Departure __1:20 pm__

Site Name: __Jefferson Parish Sanitary Landfill__   Ph #: __504-436-0152__

Physical Location: __5800 Hwy 90 West__

__Avondale__ (City)   __LA__ (State)   Parish: __Jefferson__

Facility Representative/Title: __Mark Klym / Environmental Quality Specialist__

LDEQ Lead Inspector: __Jeff Parhan__

Other Inspectors: _____

## ASSESSMENT INFORMATION

| General Information | | |
|---|---|---|
| 1. Wind direction: NNE, Wind Speed: 11 mph, Time begin: 11:55 am | | |
| Wind direction: NE, Wind Speed: 16 mph, Time end: 1:07 pm | | |
| 2. Are landfill odors present? | ☑ Yes ☐ No | |
| If yes, describe the odors. Municipal waste, sewerage, LFees, sweet Chemical, Chemical, LFees/sewage | | |
| Where are the odors noticeable? (Describe location) NE corner of Phase I, Down wind of work area Lf, near RISER 205, Down wind of RB ktchn leachate pond, Downwind of RB Gas Plant, near riser 215 | | |
| 3. Was the MultiRAE Meter Used? | ☑ Yes ☐ No | |
| If yes what was the H₂S concentration? 0.0 ppm | | |
| 4. Was the Jerome Meter used? | ☑ Yes ☐ No | |
| If yes, what was the H₂S Concentration? 0.44 ppm max - see monitoring sheet form for additional readings | | |
| 5. Was a Summa Canister sample collected? | ☐ Yes ☑ No | |
| If yes, what time was the sample collected? N/A | | |
| If yes, describe sample location. N/A | | |
| 6. Were any odors observed coming from offsite? | ☑ Yes ☐ No | |
| If yes, what was the wind direction and the potential source of the odors? NE - River Birch Leachate Ponds and Gas Plant | | |

| LANDFILL GAS COLLECTION SYSTEM | | |
|---|---|---|
| 7. What is the total number of landfill gas collection wells? | 222 | |
| 8. How many of the landfill gas collection wells are not in service? | 0 | |
| 9. Is a vacuum being pulled on all of the landfill gas collection wells? | ☑ Yes ☐ No | |
| How much vacuum is being pulled on the gas skid? | - 30.9 inches H₂O | |
| How much vacuum is being pulled on the Flare? | - 36 inches H₂O | |
| 10. Is landfill gas being sent to Cornerstone Chemical? | ☑ Yes ☐ No | |
| 11. Is landfill gas being sent to the Jefferson Parish landfill flare? | ☑ Yes ☐ No | |
| 12. Was the JP landfill Flare in use during the inspection? | ☑ Yes ☐ No | |

| LEACHATE COLLECTION SYSTEM | | |
|---|---|---|
| 13. What is the total number of leachate risers for Phases I, II, IIIA, and IIIB? | 70 | |
| How many have pumps that are not in service? | 26 | |
| 14. What is the total number of leachate risers for Phase IV A? | 7 | |
| How many have pumps that are not in service? | 1 | |
| What repairs are being done on the leachate risers? Pumping our leachate and installing pia/S | | |
| 15. What is the total length of force main that has been welded? 23,000 welded 21,475 buried. Switches working Switch line 4/16=217375 | | |
| 16. What is the status on Lift Station #2 replacement? | Complete | |
| 17. Totalizer reading at Lift Station #2 (leachate sent to the Bridge City POTW) 4651 8466 gallons. | | |
| 18. Is the leachate pond being used to store leachate? | ☐ Yes ☑ No | |

**Additional Comments:**

According to Mr. Klym, all of the new 10" force main has been welded and buried and they expect to have it on line by the end of this week.

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 15:38  FAX 504 596 6301 Bradley Murchison - N.O.  ☑023/345

INCIDENT LOG NUMBER _____

# LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
## MONITORING REPORT FORM

FACILITY NAME: Jefferson Parish Landfill      DATE: 12/4/18

INCIDENT DESCRIPTION: _____

INCIDENT LOCATION:
Jefferson Parish Landfill- 5800 Hwy 90 W., Avondale

| EQUIPMENT USED: | SERIAL NUMBER: | FIELD MONITORING TEAM: |
|---|---|---|
| 1. MultiRAE gas monitor | S/N: M01CA08507 | 1. Jeff Parham |
| 2. Jerome H2S meter | S/N: 631-2058 | 2. |
| 3. | | 3. |
| 4. | | 4. |
| 5. | | 5. |

NOTE: RECORD BACKGROUND READINGS IN TABLE BELOW FOR EACH UNIT PARAMETER PRIOR TO INITIATING MONITORING ACTIVITIES, WHEN EQUIPMENT CHANGE OCCURS OR WHEN THERE IS A SIGNIFICANT CHANGE IN BACKGROUND READINGS DUE TO HUMIDITY, BATTERY STRENGTH OR OTHER CONDITIONS.

| TIME | LOCATION | PARAMETER | PARAMETER | PARAMETER | PARAMETER | PARAMETER | PARAMETER | OBSERVATIONS DURING MONITORING | INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 12:14 | NE corner of Phase I NW corner of Phase IIIA | .001 | 0 | | | | | Sewage odor | JP |
| 12:19 | Downwind of working Face | .003 | 0 | | | | | fresh garbage | JP |
| 12:30 | SSW (downwind) of Leachate Riser 205 | .03 | 0 | | | | | garbage/LF gas | JP |
| 12:37 | Downwind of RB Leachate pond | .007 | 0 | | | | | Sweet chemical | JP |
| 12:40 | Downwind of River Birch Gas Plant | .000 | 0 | | | | | chemical | JP |
| 12:52 | 215 | .044 | 0 | | | | | garbage/LF gas | JP |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

N/A – Not Applicable      UNITS:  PPM – Parts Per Million      PPB – Parts Per Billion

REMARKS/SUMMARY: _____

11/19/18

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

# ATTACHMENT

Facility Name:  Jefferson Parish Landfill                                    AI:  6961
City:  Avondale              Parish:  Jefferson      Photographer:  Jeff Parham
Date:  12/4/2018     Reason:  Landfill Assessment    Other ID #:



Photo #:  1  of  1    Time:  12:49 pm
Description: Workers pumping the leachate out of riser 13 S into a tote

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0343

01/16/2019 WED 15:41  FAX 504 596 6301 Bradley Murchison - N.O.

@025/345

INS20190054

## LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
### FIELD INTERVIEW FORM

AGENCY INTEREST#: 6961          INSPECTION DATE: 12|5|18          TIME OF ARRIVAL: 9:00 AM

ALTERNATE ID#: D291RM7   DEPARTURE DATE: 12|5|18          TIME OF DEPARTURE: 10:20 AM
(Type/Number)

FACILITY NAME: Jefferson Parish Sanitary Landfill          PHONE #: 504, 436-0152

LOCATION: 5800 Hwy. 90 W          Avondale, LA

PARISH: Jefferson

RECEIVING STREAM (BASIN/SUBSEGMENT): 020501

MAILING ADDRESS: 839 S. Clearview Pkwy          New Orleans          LA          70123
          (Street/P.O. Box)          (City)          (State)          (Zip)

FACILITY REPRESENTATIVE: Michael DeSoto          TITLE: Env. Quality Specialist

FACILITY REPRESENTATIVE PHONE NUMBER:

NAME, TITLE, ADDRESS and TELEPHONE of RESPONSIBLE OFFICIAL (If different from above):
Michael Lockwood

INSPECTION TYPE: Assessment          PROGRAM INVOLVED:   AIR ☐ WASTE ☑ WATER ☑ OTHER:

INSPECTOR'S OBSERVATIONS: (e.g. AREAS AND EQUIPMENT INSPECTED, PROBLEMS, DEFICIENCIES, REMARKS, VERBAL COMMITMENTS FROM FACILITY REPRESENTATIVES)

• Winds ENE at 9 mph upon arrival / NNE at 13 mph upon departure.
• Landfill-type odor on South Access Road between Phase IIIA & Phase II (Jerome: .001 ppm H₂S).
• Garbage odor on South Access Road by Phase IVA (Jerome: .005 ppm H₂S).
• MultiRae was 0 ppm throughout site visit
• Flare in use, vacuum being pulled.

### AREAS OF CONCERN:

| REGULATION | EXPLANATION | CORRECTED? |
|---|---|---|
|  |  | YES ☐   NO ☐ |
|  |  |  |
|  |  | YES ☐   NO ☐ |
|  |  |  |

PHOTOS TAKEN:          YES ☐ NO ☑          SAMPLES TAKEN: YES ☐ NO ☑ (Attach Chain-of-Custody)

RECEIVED BY SIGNATURE: Michael A. DeSoto

PRINT NAME: Michael DeSoto
(NOTE:  SIGNATURE DOES NOT INDICATE AGREEMENT WITH INSPECTOR'S NOTES)

INSPECTOR(S): Jessica Banks, Jessica Banks          CROSS REFERENCE:
Jon Holowka          ATTACHMENTS:

REVIEWER: Kelly Harmann

NOTE: The information contained on this form reflects only the preliminary observations of the inspector(s). It should not be interpreted as a final determination by the Department of Environmental Quality or any of its officers or personnel as to any matter, including, but not limited to, a determination of compliance or lack thereof by the facility operator with any requirements of statutes regulations or permits. Each day of non-compliance constitutes a separate violation of the regulations and/or the Louisiana Environmental Quality Act.

REVISED: 12/06/2011          PAGE 1 OF 1

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 15:41   FAX 504 596 6301 Bradley Murchison - N.O.          ☑026/345

IN S2019 00 54

## Jefferson Parish Sanitary Landfill
## Site Assessment Checklist

AI No.  6961                                    Alternate ID No.  0297RM7
Assessment Date:  12|5|18                        Time of Arrival:  9 AM    Time of Departure  10:20 AM
Site Name:  Jefferson Parish Sanitary Landfill                              Ph #:  504-436-0152
Physical Location:  5800 Hwy 90 West

          Avondale                              LA      Parish:  Jefferson
          (City)                               (State)

Facility Representative/Title:  Michael DeSoto / Environmental Quality Specialist
LDEQ Lead Inspector:  Jessica Barbe
Other Inspectors:  Josh Holeutka

## ASSESSMENT INFORMATION

### General Information

| | | | |
|---|---|---|---|
| 1. | Wind direction: ENE   Wind Speed: 9 mph   Time begin: 9 AM | | |
| | Wind direction: NNE   Wind Speed: 13 mph   Time end: 10 AM | | |
| 2. | Are landfill odors present? | | ☑ Yes ☐ No |
| | If yes, describe the odors.  see below | | |
| | Where are odors noticeable? (Describe location)  see below | | |
| 3. | Was the MultiRAE Meter Used? | | ☑ Yes ☐ No |
| | If yes what was the H2S concentration?  0.0  ppm | | |
| 4. | Was the Jerome Meter used? | | ☑ Yes ☐ No |
| | If yes, what was the H2S Concentration? .007 ppm & .005 ppm *see below | | |
| 5. | Was a Summa Canister sample collected? | | ☐ Yes ☑ No |
| | If yes, what time was the sample collected? | | |
| | If yes, describe sample location. | | |
| 6. | Were any odors observed coming from offsite? | | ☐ Yes ☑ No |
| | If yes, what was the wind direction and the potential source of the odors? | | |

### LANDFILL GAS COLLECTION SYSTEM

| | | | |
|---|---|---|---|
| 7. | What is the total number of landfill gas collection wells? | 222 | |
| 8. | How many of the landfill gas collection wells are not in service? | 0 | |
| 9. | Is a vacuum being pulled on all of the landfill gas collection wells? | | ☑ Yes ☐ No |
| | How much vacuum is being pulled on the gas skid? | -20.9 inches H2O | |
| | How much vacuum is being pulled on the Flare? | -50 inches H2O | |
| 10. | Is landfill gas being sent to Cornerstone Chemical? | | ☑ Yes ☐ No |
| 11. | Is landfill gas being sent to the Jefferson Parish landfill flare? | | ☑ Yes ☐ No |
| 12. | Was the JP landfill Flare in use during the inspection? | | ☑ Yes ☐ No |

### LEACHATE COLLECTION SYSTEM

| | | | |
|---|---|---|---|
| 13. | What is the total number of leachate risers for Phases I, II, IIIA, and IIIB? | 70 | |
| | How many have pumps that are not in service? | 20 | |
| 14. | What is the total number of leachate risers for Phase IV A? | 12 | Integrated but not hooked to force main. |
| | How many have pumps that are not in service? | | |
| | What repairs are being done on the leachate risers?  Cleaning silt, Checking for electrical issues | | |
| 15. | What is the total length of force main that has been welded? | more than 21,800-23,000 ft welded, 21,800 ft buried | |
| 16. | What is the status on Lift Station #2 replacement? | Completed, in service | |
| 17. | Totalizer reading at Lift Station #2 (leachate sent to the Bridge City POTW)? 4,627,000 gallons. | | |
| 18. | Is the leachate pond being used to store leachate? | | ☐ Yes ☑ No |

### Additional Comments:

- Landfill odor detected on South Access Road, between Phase IIIA & Phase II at 9:23 AM.
  - MultiRae: 0 ppm H2S
  - Jerome: .007 ppm H2S

- Garbage odor detected on South Access Road by Phase IV A at 9:52 AM.
  - MultiRae: 0 ppm H2S
  - Jerome: .005 ppm H2S

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 15:42  FAX 504 596 6301 Bradley Murchison - N.O.          ☑027/345

INCIDENT LOG NUMBER _____

# LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
## MONITORING REPORT FORM

FACILITY NAME: Jefferson Parish Landfill _____

DATE: 12|5|18 _____

INCIDENT DESCRIPTION: _____

INCIDENT LOCATION: _____
Jefferson Parish Landfill- 5800 Hwy 90 W., Avondale

| EQUIPMENT USED: | SERIAL NUMBER: | FIELD MONITORING TEAM: |
|---|---|---|
| 1  MultiRAE gas monitor | S/N: M01CA08507 | 1 Jessica Bambe |
| 2  Jerome H2S meter | S/N: 631-2058 | 2 Jodi Hoburka |
| 3 _____ | _____ | 3 _____ |
| 4 _____ | _____ | 4 _____ |
| 5 _____ | _____ | 5 _____ |

NOTE: RECORD BACKGROUND READINGS IN TABLE BELOW FOR EACH UNIT PARAMETER PRIOR TO
INITIATING MONITORING ACTIVITIES, WHEN EQUIPMENT CHANGE OCCURS OR WHEN THERE IS A SIGNIFICANT
CHANGE IN BACKGROUND READINGS DUE TO HUMIDITY, BATTERY STRENGTH OR OTHER CONDITIONS.

| TIME | LOCATION OF MONITORING POINT | PARAMETER H2S ppm | PARAMETER LEL %LEL | PARAMETER O2 %Vol | PARAMETER CO ppm | PARAMETER | PARAMETER | OBSERVATIONS DURING MONITORING | INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 923 | On South Access Rd, btw Phase IIIA & Phase II | .007 | 0 | | | | | landfill odor | JB |
| 952 | On South Access Rd, by Phase IIA | .005 | 0 | | | | | garbage odor | JB |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

N/A – Not Applicable      UNITS:   PPM – Parts Per Million      PPB – Parts Per Billion

REMARKS/SUMMARY: _____

11/19/18

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

INS20190057

**Jefferson Parish Sanitary Landfill**
**Site Assessment Checklist**

AI No. __6961__                                             Alternate ID No. __P-0297 RIM7__
Assessment Date: __12/10/2018__                  Time of Arrival: __1:45 PM__   Time of Departure: __2:45 PM.__
Site Name: __Jefferson Parish Sanitary Landfill__                     Ph #: __504-436-0152__
Physical Location: __5800 Hwy 90 West__

            Avondale                                    LA      Parish:      Jefferson
            (City)                                       (State)

Facility Representative/Title: __Mike DeSoto__
LDEQ Lead Inspector: __Tyler Williams__
Other Inspectors: ____

## ASSESSMENT INFORMATION

**General Information**

| | | |
|---|---|---|
| 1. Wind direction: __N__ , Wind Speed: __10__ mph , Time begin: __1:50 PM__ | | |
|    Wind direction: __N__ , Wind Speed: __15__ mph , Time end: __2:40 PM__ | | |
| 2. Are landfill odors present? | ☒ Yes ☐ No | |
|    If yes, describe the odors. __General landfill and landfill gas odors__ | | |
|    Where are the odors noticeable? (Describe location) __Corner of North Access Rd and Rd between__ | | |
| phases IV A & III A (downwind of working face); South Access Rd (downwind of working face). | | |
| 3. Was the MultiRAE Meter Used? | ☒ Yes ☐ No | |
|    If yes what was the $H_2S$ concentration? __0.000__ ppm | | |
| 4. Was the Jerome Meter used? | ☒ Yes ☐ No | |
|    If yes, what was the $H_2S$ Concentration? __0.096__ ppm | | |
| 5. Was a Summa Canister sample collected? | ☐ Yes ☒ No | |
|    If yes, what time was the sample collected? __NA__ | | |
|    If yes, describe sample location. __NA__ | | |
| | | |
| 6. Were any odors observed coming from offsite? | ☐ Yes ☒ No | |
| | | |
|    If yes, what was the wind direction and the potential source of the odors? __NA__ | | |
| | | |

**LANDFILL GAS COLLECTION SYSTEM**

| | | |
|---|---|---|
| 7. What is the total number of landfill gas collection wells? | 222 | |
| 8. How many of the landfill gas collection wells are not in service? | 0 | All operational |
| 9. Is a vacuum being pulled on all of the landfill gas collection wells? | | ☒ Yes ☐ No |
|    How much vacuum is being pulled on the gas skid? | - 32.2 inches $H_2O$ | |
|    How much vacuum is being pulled on the Flare? | - 37 inches $H_2O$ | |
| 10. Is landfill gas being sent to Cornerstone Chemical? | | ☒ Yes ☐ No |
| 11. Is landfill gas being sent to the Jefferson Parish landfill flare? | | ☒ Yes ☐ No |
| 12. Was the JP landfill Flare in use during the inspection? | | ☒ Yes ☐ No |

**LEACHATE COLLECTION SYSTEM**

| | | |
|---|---|---|
| 13. What is the total number of leachate risers for Phases I, II, IIIA, and IIIB? | 70 | |
|    How many have pumps that are not in service? | 26 | 44 operational |
| 14. What is the total number of leachate risers for Phase IV A? | 7 | |
|    How many have pumps that are not in service? | 1 | 6 operational |
|    What repairs are being done on the leachate risers? __General operation and maintenance__ | | |
| 15. What is the total length of force main that has been welded? | 23,000 | Note 1 |
| 16. What is the status on Lift Station #2 replacement? | | Completed |
| 17. Totalizer reading at Lift Station #2 (leachate sent to the Bridge City POTW) 46,738,088 gallons. | | |
| 18. Is the leachate pond being used to store leachate? | | ☐ Yes ☒ No |

**Additional Comments:**
14) All risers energized, only 1 is not hooked to force main
Note 1: 21,475 linear feet buried

2:07 PM – Corner of North Access Rd and Road between phases IV A & III A (downwind of working face); Jerome reading of 0.002, landfill odor

2:11 PM – Corner of North Access Rd and Northernmost Rd; Jerome reading of 0.001, very faint odor

2:16 PM – South Access Rd by Cell 22 (working face); Jerome reading of 0.096, general landfill gas odor

2:19 PM – North of working face; Jerome reading of 0.002

24th JDC Civil   Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 15:45   FAX 504 596 6301 Bradley Murchison - N.O.        ☒029/345



INCIDENT LOG NUMBER ___INS20190057___

## LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
## MONITORING REPORT FORM

FACILITY NAME: Jefferson Parish Landfill

DATE:
____12/10/2018____

INCIDENT DESCRIPTION:
_____
_____

INCIDENT LOCATION:
Jefferson Parish Landfill- 5800 Hwy 90 W., Avondale

| EQUIPMENT USED: | SERIAL NUMBER: |
|---|---|
| 1  MultiRAE gas monitor | S/N: M01CA08507 |
| 2  Jerome H2S meter | S/N: 631-2058 |
| 3 | |
| 4 | |
| 5 | |

FIELD MONITORING TEAM:
1  Tyler Williams
2  _____
3  _____
4  _____
5  _____

NOTE: RECORD BACKGROUND READINGS IN TABLE BELOW FOR EACH UNIT PARAMETER PRIOR TO INITIATING MONITORING ACTIVITIES, WHEN EQUIPMENT CHANGE OCCURS OR WHEN THERE IS A SIGNIFICANT CHANGE IN BACKGROUND READINGS DUE TO HUMIDITY, BATTERY STRENGTH OR OTHER CONDITIONS.

| TIME 24:00 | LOCATION DESCRIPTION OF EACH MONITORING POINT (AND GPS IF AVAILABLE) | PARAMETER Jerome meter H2S ppm | PARAMETER MultiRae VOC ppm | PARAMETER Units | PARAMETER Units | PARAMETER Units | OBSERVATIONS DURING MONITORING | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 2:07 PM | Corner of N Access Rd and Rd between III A & IV A | 0.002 | 0.00 | | | | Landfill Odor | |
| 2:11 PM | Corner of N Access Rd and Northernmost Rd | 0.001 | 0.00 | | | | Very Faint Landfill Odor | |
| 2:16 PM | S Access Rd (downwind of Cell 22, downwind) | 0.096 | 0.00 | | | | Landfill Gas Odor | |
| 2:19 PM | North of Working Face (upwind) | 0.002 | 0.00 | | | | Very Faint Landfill Odor | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

N/A – Not Applicable      UNITS:  PPM – Parts Per Million      PPB – Parts Per Billion

REMARKS/SUMMARY:

12/14/18

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 15:46   FAX 504 596 6301 Bradley Murchison - N.O.   ☑030/345

## LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
### FIELD INTERVIEW FORM

AGENCY INTEREST #: 6961   INSPECTION DATE: 12/10/2018  TIME OF ARRIVAL: 1:40 PM

ALTERNATE ID#: _____ DEPARTURE DATE: 12/10/2018 TIME OF DEPARTURE: 2:45 PM
(ID Type/Number)

FACILITY NAME: Jefferson Parish Sanitary Landfill   PH#: 504 436-0152

LOCATION: 5800 Hwy 90 W. Avondale   PARISH NAME: Jefferson
                                    BNL

RECEIVING STREAM (BASIN/SUBSEGMENT): _____

MAILING ADDRESS: 834 S. Clearview Parkway   Harahan   LA   70123
                (Street/P.O. Box)              (City)    (State)   (ZIP)

FACILITY REPRESENTATIVE: Mike DeSoto   TITLE: Environmental specialist

FACILITY REPRESENTATIVE PHONE NUMBER: SAME AS ABOVE

NAME, TITLE, ADDRESS and TELEPHONE of RESPONSIBLE OFFICIAL (if different from above):
Mr. Mike Lockwood, PP Environmental Affairs

INSPECTION TYPE: Site Access  PROGRAM INVOLVED: AIR  WASTE  WATER  OTHER Multi-Media

INSPECTOR'S OBSERVATIONS: (e.g. AREAS AND EQUIPMENT INSPECTED, PROBLEMS, DEFICIENCIES, REMARKS, VERBAL COMMITMENTS FROM FACILITY REPRESENTATIVES)

A site visit was conducted to investigate the operations and maintenance of the
gas collection system. The wind data collected from JP weather station:
At arrival (1:50PM): 10 mph N   At departure (2:40PM): 15 mph N
Information for checklist was received from and tour of facility was conducted by
Mike DeSoto of JP Landfill
Jerome meter and MultiRae were used during tour; Jerome max: 0.096  taken
at Cell 22 along South Access Rd, downwind of working face.
Faint odor detected near corner of N access and access between N and S rds

### AREAS OF CONCERN:

| REGULATION | EXPLANATION | CORRECTED? |
|---|---|---|
| _____ | _____ | YES   NO |
| _____ | _____ | |
| _____ | _____ | YES   NO |

PHOTOS TAKEN: ☐ YES  ☑ NO    SAMPLES TAKEN: ☐ YES  ☑ NO  (Attach Chain-of-custody)

RECEIVED BY: SIGNATURE: Michael A. DeSoto

PRINT NAME: Michael DeSoto
(NOTE: SIGNATURE DOES NOT NECESSARILY INDICATE AGREEMENT WITH INSPECTOR'S STATED OBSERVATIONS)

INSPECTOR(S): Tyler Williams  John Williams   CROSS REFERENCE: _____

                                              ATTACHMENTS: _____

REVIEWER: _____

NOTE: The information contained on this form reflects only the preliminary observations of the inspector(s). It should not be interpreted as a final determination by the Department of Environmental Quality or any of its officers or personnel as to any matter, including, but not limited to, a determination of compliance or lack thereof by the facility operator with any requirements of statutes, regulations or permits. Each day of non-compliance constitutes a separate violation of the regulations and/or the Louisiana Environmental Quality Act.

REVISED: 02/03/2003   PAGE 1 OF 1

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 15:47  FAX 504 596 6301 Bradley Murchison - N.O.   [031/345]

24TH JUDICIAL DISTRICT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 790-369                                                DIVISION "J"

FREDERICK ADDISON, et. al.

VERSUS

LOUISIANA REGIONAL LANDFILL COMPANY, et. al.

FILED:_____        _____
                                                      DEPUTY CLERK

SWORN AFFIDAVIT OF JAMES J. WALSH, P.E.

**JAMES J. WALSH, P.E., BCEE** being first duly sworn deposes and says:

1.      I have been retained by Waste Connections US, Inc., a Defendant in the above referenced case, and its attorneys, Beveridge and Diamond, PC, as an expert on landfill development and construction, landfill gas collection and control system design and engineering, and on regulatory compliance of air emissions from municipal solid waste (MSW) landfills.

2.      The opinions and declarations conveyed in this document are my own, based on my knowledge, my review of relevant documents and information, and my understanding of the relevant facts.

3.      This affidavit is submitted in opposition to the plaintiffs' motion for expedited discovery, and in response to the Sworn Affidavit of Paul C. Chrostowski, Ph.D., QEP, dated December 19, 2018 (Chrostowski Aff.), submitted by the plaintiffs in support of their application to the court to conduct an on-site investigation and sampling at the Jefferson Parish Landfill.

### Professional Background

4.      I have a B.S. degree in Civil Engineering from the University of Notre Dame. I am a registered professional engineer (P.E.) in 10 states. I am a Board Certified Environmental Engineer (BCEE) by the American Academy of Environmental Engineers and Scientists (AAEES). I received the Distinguished Service Award in Landfill Gas Management in 1997 from the Solid Waste Association of North America (SWANA).

5.      I have over 44 years of full-time practice experience in landfill and landfill gas engineering, and on regulatory compliance of air emissions from MSW landfills.

6.      I am currently President and Chief Executive Officer for Stearns, Conrad, and Schmidt, Consulting Engineers, Inc. (d/b/a SCS Engineers). SCS is a nationally recognized consulting firm in the environmental and solid waste industries. The primary practice of SCS since its founding in 1970 has been solid waste engineering primarily on MSW sanitary landfills. SCS has received many industrial recognition awards for research achievements and technology innovations. These honors have come from organizations such as SWANA, the National Waste & Recycling Association (NWRA), the U.S. Environmental Protection Agency's (U.S. EPA's) Landfill Methane Outreach Program (LMOP), the American Society of Civil Engineers (ASCE), the National Society of Professional Engineers (NSPE), and other professional and industry-specific associations. Many of SCS's practitioners have received service awards and recognition from professional organizations.

7.      I am a Past Chair of the SWANA Landfill Gas Division, the leading professional association for the landfill gas industry. I have been active in landfill gas professional activities

0351

through SWANA and NWRA for the past 30 years. I regularly attend all industry conferences run by these and similar organizations, and have given dozens of landfill and landfill gas related presentations at these conferences. I am well published on the subject with over a dozen such articles.

8.     I am a recognized national expert on air compliance issues for MSW landfills, particularly under the New Source Performance Standards (NSPS) for MSW landfills. These rules were developed by the U.S. EPA under authority of the Clean Air Act. The purpose of these rules is to control air emissions and resulting air pollution that if uncontrolled may endanger public health or welfare. I actively participated in the U.S. EPA's initial development of the NSPS rules. From the time the first draft rule was released on May 30, 1991 to final rule promulgation on March 12, 1996, I participated in the preparation and submittal of comments on behalf of my firm SCS, and on behalf of professional associations including SWANA and NWRA. I also met directly with the U.S. EPA authors of the rule on multiple occasions during this period, providing comments and working with EPA to improve the rule. Since that time, I have worked on the application of these rules at over a hundred MSW landfills and helped achieve and demonstrate NSPS regulatory compliance at these sites.

9.     I am a nationally recognized expert on the design and application of landfill gas collection and control systems to achieve fugitive emission and odor control, and to achieve related regulatory compliance. I have been accepted as an expert on these subjects in multiple courts of law when testifying in such cases.

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

10.     Over the last 44 years I have personally visited and worked on hundreds of MSW landfills in most states across the country. Aside from landfill gas engineering and compliance, my services at landfills have included: landfill design, permitting, groundwater monitoring, landfill liner and cover systems, operational assessments, leachate management, stormwater control, and virtually any technical aspect associated with landfills.

11.     My curriculum vitae (CV) is attached as an exhibit to this affidavit.

**The Jefferson Parish Landfill and its Control Technologies**

12.     The Jefferson Parish landfill's design and construction incorporate several components and technologies to collect and control leachate and gases associated with the disposal of waste. The landfill is constructed in cells, where waste is placed until it reaches pre-determined volume limits. Each cell is built on a system of liner materials that prevent water and gas from flowing through the waste into underlying soils. The liner system is designed and shaped to collect leachate, which is liquid that is present in the waste mass. Leachate is collected in pipes and pumped out of the landfill into a system of header pipes, after which it is conveyed in closed piping to a wastewater treatment plant.

13.     Waste is covered with earth or other approved materials every day after it is placed in a cell. Once the cell achieves its pre-determined maximum volume, the cell is permanently covered with a system of layers of recompacted clay and drainage soils to minimize the intrusion of water and the escape of landfill gas. Most landfill gas is generated within closed cells. Gases generated by decomposing waste are collected by wells drilled vertically into the waste. Those wells are connected by a joined system of header piping, and the collected landfill gas is conveyed

4

in closed piping either to a facility that processes the landfill gas into productive energy for commercial use, or to a flare that combusts the landfill gas, destroying malodorous and other components of concern and achieving standards under NSPS.

14.    In September 2018, I visited the Jefferson Parish landfill and observed waste disposal at the landfill's working face, and other ongoing operations and environmental controls at current and previously active phases of the landfill. I observed the landfill gas collection and control system including wells, headers, blowers, flares, and the energy plant. I observed the leachate collection, storage, treatment, and disposal systems. I observed the planned next landfill phase then under development. I observed filled and completed areas covered by daily and final covers.

15.    During these inspections, I personally surveyed each of the above components and areas of the landfill property for the presence and levels of odors, and for the potential sources of such odors on-site. I also toured areas surrounding the landfill, observing any detectable odors and potential odor sources. Such sources that I observed included other landfills, industrial and shipping facilities, water bodies, and a nearby wastewater treatment plant, among others.

### Analytical Flaws in the Chrostowski Affidavit

16.    Chrostowski's proposal to conduct a sampling plan to characterize past landfill gas (LFG) emissions and past alleged impacts on the plaintiffs' homes is not supported by facts or science. In addition, Chrostowski misrepresents emissions concentration readings at the Jefferson Parish Landfill and omits mention of the significant distances between the Landfill and the plaintiffs' properties.

17.   Throughout his affidavit, Chrostowski also makes sweeping, generalized statements regarding landfill gas, irresponsibly linking it to hazard exposure and "toxicity" without important and necessary context. *See, e.g.*, Chrostowski Aff. ¶ 5 ("LFG typical [*sic.*] includes potential toxicants"; "Toxic constituents may be found in LFG condensate and landfill leachate"). While Chrostowski acknowledges that toxicity is a function of dose and exposure, he misleads the reader by (i) failing to consider voluminous data that is already available concerning the landfill's emissions and compliance with regulatory standards, (ii) relying on a concentration reading taken from within the landfill gas collection system that is not representative of concentrations in ambient air outside the system – even at the landfill itself, and (iii) failing to acknowledge that the plaintiffs' properties are not proximate to the landfill (between one and five miles from the landfill). It is simply inappropriate to suggest that trace gases inside the landfill or gas collection systems are toxic. The presence and levels of such gases inside the landfill or its gas systems are irrelevant.

18.   Chrostowski also mischaracterizes routine maintenance and repair at the Jefferson Parish Landfill to create an appearance of exigency. Ongoing work at the landfill is consistent with normal and routine work to maintain compliance with applicable laws, and will not "completely alter" conditions at the landfill as Plaintiffs assert.

19.   These and other serious flaws in the Chrostowski affidavit are addressed in the following sections.

6

**A. Chrostowski ignores that the Jefferson Parish Landfill is in substantial compliance with federal emission standards.**

20.    Chrostowski's broad proposals for a health impact assessment ignore existing regulatory programs designed to protect human health and the environment, existing data, and the lack of any known connection between the Jefferson Parish Landfill and any alleged health impacts. Jefferson Parish Landfill is subject to the U.S. EPA's "New Source Performance Standards for Municipal Solid Waste Landfills" (40 C.F.R. Part 60, Subparts WWW and Cc), which is the primary air emission rule for landfills of a certain size and emission potential.

21.    These regulations were promulgated under authority of the federal Clean Air Act, and were subsequently adopted and enforced by the Louisiana Department of Environmental Quality (LDEQ), and Jefferson Parish Landfill is in substantial compliance with these requirements. Despite their relevance to the issues raised in his affidavit, Chrostowksi does not discuss or even acknowledge NSPS generally, or Subparts WWW and Cc specifically.

22.    Under NSPS, landfill owners/operators must estimate their landfill gas generation potential using a U.S. EPA model called LandGEM, to determine whether NSPS applies to a given landfill. LandGEM is usually conservatively high in its generic emission calculation and provides only a gross estimation of gas generation from a given landfill. As a result, LandGEM is sufficient for purposes of determining NSPS applicability but is not used to determine compliance or noncompliance with NSPS requirements. In other words, a model like LandGEM cannot be used to accurately calculate fugitive emission volumes from a landfill. However, Chrostowski's affidavit appends tables based on LandGem and asserts to the Court that the tables' gas generation

7

and emission figures are reliable estimates of actual conditions at the Jefferson Parish Landfill. This is not correct.

23.    Instead of LandGem, other methods are used to determine emissions under NSPS. While the NSPS regulations do not dictate the particular design (e.g., well layout and depth) or operation (e.g., induced vacuum and gas flow) of an NSPS required Landfill Gas Collection and Control System (GCCS), they do establish performance standards for such systems (*see* 40 CFR § 60.759), and among other standards require a quarterly performance test known as Surface Emission Monitoring (SEM) to determine the actual presence and concentration of any fugitive emission anywhere over the landfill surface. *See* 40 C.F.R. § 60.755. SEM is performed by passing monitoring equipment at a specified height (usually 5 to 10 centimeters) above the landfill surface in a grid pattern, and recording concentrations of methane; upwind and downwind ambient methane concentrations are also sampled and recorded. *Id.* SEM is the best way to confirm that the gas system is performing as intended and controlling fugitive emissions of landfill gas. SEM is the only prescribed method to determine regulatory compliance with regard to fugitive emission control under NSPS (*see* 40 C.F.R. § 60.755(c)), and is more comprehensive and reliable than the program suggested by Chrostowski.

24.    SEM focuses on methane alone because it is the largest single constituent in landfill gas. Monitoring of trace gases is not needed. If methane is adequately controlled, so too are the trace constituents, including compounds that cause odors.

25.    The Jefferson Parish Landfill is of sufficient size and emission potential that it is captured under the NSPS regulations for MSW landfills. A comprehensive GCCS is installed.

8

SEM monitoring is performed quarterly. Review of publicly available semi-annual NSPS compliance reports shows that Jefferson Parish Landfill is in substantial compliance with all aspects of NSPS including SEM monitoring, thus providing adequate control of fugitive emissions.

26.     Chrostowski presents no discussion of this already available source of data stretching back many years, and yet argues that a lack of data warrants immediate access to conduct highly intrusive sampling and additional data collection at the landfill. His assertion of lacking data is incorrect, and does not support the plaintiffs' request for immediate access for sampling.

**B. *Compliance with federal emission standards strongly indicates that the Jefferson Parish Landfill is not emitting significant amounts of the trace chemicals identified by Chrostowski.***

27.     According to the plaintiffs' motion papers, some Jefferson Parish officials who are not directly involved in maintenance or operations of the landfill have speculated that the Jefferson Parish Landfill is a source of odors and have stated that it is providing inadequate control of fugitive emissions. Those statements are inaccurate. Among other issues, based on the SCS investigation and review of relevant information, the landfill is collecting landfill gas within acceptable ranges, despite Plaintiffs' misleading and inaccurate estimates. Compliance with NSPS at Jefferson Parish Landfill is proof that the site adequately controls fugitive emissions.

28.     U.S. EPA has determined, as published in its air emission guidance known as AP-42, that MSW landfills with GCCS adequately control fugitive emissions if they collect 60 - 85% of generated gases, and an average of 75%.[1] Since the Jefferson Parish Landfill demonstrates

---

[1] EPA, *Compilation of Air Pollutant Emissions Factors (AP-42)*, (5th Ed., Jan. 1995) ("AP-42"), available at https://www.epa.gov/air-emissions-factors-and-quantification/ap-42-compilation-air-emissions-factors.

compliance with NSPS through its SEM program, the Landfill is operating in that acceptable range. U.S. EPA has concluded that much of the balance of any uncollected gas is oxidized and otherwise treated and stabilized as it moves through a landfill's cover – and thus is not available for fugitive emission from the landfill's surface.

29.     As part of the Clean Air Act, the NSPS landfill gas regulations are focused on preventing air quality degradation by controlling fugitive emissions. In our experience, compliance with NSPS also provides for adequate control and prevention of odor nuisance and health effects off site, since compliance involves a thorough system of containment, collection, and control of landfill gas.

30.     NSPS requires only testing for the major constituents of landfill gas – namely methane, carbon dioxide, nitrogen and oxygen. No laboratory testing for specific trace constituents of landfill gas is needed or appropriate at Jefferson Parish Landfill or any landfill. Methane is the largest constituent in landfill gas, the best surrogate for all trace compounds, and the best indicator in any test for the presence of any component of potential fugitive emissions.

### C. Ongoing routine work being carried out at the Jefferson Parish Landfill does not create an urgency for testing as Chrostowski alleges.

31.     Chrostowski suggests that current work at the Jefferson Parish Landfill will eliminate any potential assessment of past operating conditions. He states:

> "If conditions at the Landfill remained constant over time, source emissions data collected at any time would be sufficiently representative of past conditions to provide a reliable basis on which to model past exposure levels in the community. But Landfill conditions are not static; they are changing and may change significantly in the not too distant future, largely because Jefferson Parish is taking measures that are intended to remedy the uncontrolled release of LFG. The more

10

time that elapses, the less reliable a foundation on-site source emissions data will provide to calculate exposure levels experienced by petitioners in the past."

Chrostowski Aff. ¶ 22.

32.     Plaintiffs also state that current work at the landfill will result in a complete alteration of its components. However, no significant modifications to the existing landfill gas extraction system have been made and only routine maintenance is planned at this time, consistent with what is needed and routinely provided every year to meet the expansion and maintenance requirements of any such landfill gas or leachate system. The Landfill is adding seven new gas wells to extend the gas collection system into recently closed areas, and has replaced a leachate line around the perimeter of the landfill with a larger-diameter line. The Landfill is also replacing leachate pumps and doing other similar repair and replacement work.

33.     In order to ensure compliance with NSPS standards, work is routinely done at closed and active areas at a landfill. These measures include: modifications to pressures in the gas collection system, abandonment of old gas wells, installation of new gas wells, replacement and improved operation of gas well down-hole liquid pumps, replacement of leachate system pumps, installation of leachate collection and transmission lines, and maintenance of cover systems.

34.     The measures under way at the Landfill will not radically change the emissions profile at the Landfill. Rather, they are designed and intended to maintain compliant conditions. This is what is happening at the Jefferson Parish Landfill. For instance, the imminent addition of seven new gas wells is relatively small and routine for any gas system of this size (with over 200 gas extraction wells across the Landfill). The new installation and repairs planned at the Landfill

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

are *de minimis* and will have no material impact on gas collection or potential fugitive emissions. No non-routine measures relating to landfill gas control are being implemented or proposed because no emissions readings at the landfill indicate significant NSPS compliance concerns. Thus there is no urgency to any testing as proposed by Chrostowski.

### D. Because the Carlson report was conducted to maximize gas collection for energy sales rather than to assess environmental compliance, its findings are an inappropriate basis for any conclusions regarding the health or environmental effects of the Jefferson Parish Landfill.

35.    Chrostowski makes an egregious error in paragraph 16 of his Affidavit, by associating a ~150 ppb H2S level in the community with a ~2,000 ppm H2S measurement from inside the Jefferson Parish Landfill gas collection system. Chrostowski incorrectly refers to the 2,000 ppm measurement as a "release" though it is not a measurement of gas released from the system. The 2,000 ppm value was inside the gas collection system before treatment and is thus irrelevant to any potential fugitive emission into the community.

36.    Chrostowski relies heavily on the Carlson report[2], which describes perceived deficiencies in the landfill gas collection system. It is important to note the purpose of the Carlson report. It was not to determine if the site complied with NSPS or if the site provided adequate fugitive emission control. It was not to opine on any potential for off-site nuisance odor or health effects. In fact, it made no reports or conclusions on those matters at all. The report's purpose was to find and recommend ways to collect maximum possible quantities of methane in landfill gas, so as to maximize the revenue derived from sale of such gas to a third-party landfill gas to energy

---

[2] Carlson Environmental Consultants, PC, Landfill Gas System Assessment for the Jefferson Parish Landfill (August 15, 2018) ("Carlson report")

developer and user. Carlson Environmental Consultants Report, §1.b at 2. The issues noted by the Carlson report, and recommendations on gas and leachate collection optimization, were made without consideration for environmental compliance. They were primarily to maximize methane collection volumes because of the revenue implications associated with increased gas recovery.

37.     As noted above, the Carlson report cites a value of 2,000 ppm H2S at Jefferson Parish Landfill. We note that (and some other high readings) was measured by Carlson using detection tubes on gas samples inside the gas collection piping. First, field readings from detector tubes (like the Drager tubes used by Carlson) are inherently inaccurate and trend much higher than actual, as could be confirmed by sampling and subsequent laboratory analysis. Second, we note that gas concentrations inside the landfill or its gas collection system are totally unregulated and, in fact, totally irrelevant to any potential for off-site odor nuisance or health impact. What is relevant is the fugitive emission from the landfill surface. In a properly functioning landfill gas collection system, high concentrations of hydrogen sulfide from inside the landfill will be present in the gas collection system so it can be collected, treated, and disposed of properly – not left uncollected with a potential for fugitive emission.

**E.   *Chrostowski ignores other potential sources of odor and existing data regarding the Jefferson Parish Landfill.***

38.     Chrostowski's entire analysis is premised on the Jefferson Parish Landfill as the only source of odors or other emissions affecting the community, despite public acknowledgments that there are many other potential sources, including two other adjacent landfills. A defensible,

13



scientific effort to address odors in a community must start with an objective consideration of all potential sources, a fundamental step that Chrostowski ignores.

39.   As described in detail in the affidavit of Thomas Rappolt (submitted with this affidavit), the chemicals Chrostowski names as "typical" landfill gases come from numerous other sources, and are commonly found in urban air. These chemicals can come from many industrial sources, and do not point specifically to landfill gas. Landfill gas does not have a unique fingerprint of compounds. There is no way to assign a given compound, or set of compounds, found far from this Landfill uniquely back to this Landfill.

40.   Chrostowski omits important data from his summary of existing information, and from his assertion that inadequate information is available. For example, he offers Paragraph 9 as a reliable list of relevant information, but he omits LDEQ's frequent on-site observations and sampling at the Jefferson Parish Landfill, and he omits the site's semi-annual compliance reports under the Clean Air Act's NSPS program, all of which are available on LDEQ's EDMS system.

41.   Chrostowski is critical of the SCS report by misrepresenting its purpose, scope, methodology, data, and conclusions. SCS principals James Walsh and Thomas Rappolt visited and inspected the Jefferson Parish Landfill; Chrostowski did not. SCS spent considerable time walking and driving over all parts of the Landfill, observing for odors, which we found scant presence and levels of; Chrostowski did not. SCS tested for the presence of hydrogen sulfide gas (H2S) with a Jerome meter which yields good accuracy of test results; Chrostowski relies on Draeger tube readings from a third-party (Carlson) report, which yields index-level, imprecise, and typically exaggerated levels. SCS drove the area for miles around the site, observing other potential odor

14

sources, and levels of odors coming from them. Chrostowski did not. In fact, Chrostowski seems

unaware of these other sources, and focuses exclusively on the Landfill.

### F.   *Chrostowski's proposed testing plan is incapable of providing comprehensive and accurate results.*

42.    Landfill gas composition is variable and changes over time, particularly in the air

surrounding the landfill and at the trace gas level. Results from a single round of such gas testing

on one day as is proposed by Chrostowski may be materially different on the next day. The

composition of LFG changes as waste decomposes, more recently filled areas begin to produce

gas, and waste in older areas matures and produces less gas. As a result, the composition of LFG

as it exists now is likely to be different from the LFG that existed months and years ago. This also

applies to future gas composition. Therefore, it is wrong to suggest that the on-site testing proposed

by Chrostowski would characterize past landfill gas emissions.

43.    Plaintiffs' investigation would be a substantial intrusion and disruption of the

Landfill's operation.  Plaintiffs' expert and team would need to provide the Landfill with liability

waivers from all personnel. The Landfill would need a precise investigation plan so that

appropriate personnel can be available and those areas of the Landfill can be secured and prepared

for visitors. Safety training would be necessary for each person. Landfill staff would need to escort

Plaintiff's expert and his team throughout the landfill and the Landfill would need to retain its own

team to duplicate each of the measurements and observations taken by Plaintiffs' expert.

15

Dated: January 15, 2019

James J. Walsh, P.E., BCEE
President and Chief Executive Officer
SCS ENGINEERS

SWORN TO AND SUBSCRIBED
BEFORE ME ON JANUARY 15, 2019

NOTARY PUBLIC

ANDREA BAUSCH
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
09-08-2023
Recorded in
Hamilton County

16

0365



**Exhibit 1**

**Curriculum Vitae of James J. Walsh, P.E., BCEE**

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 15:57   FAX 504 596 6301 Bradley Murchison - N.O.   ☑048/345

**SCS ENGINEERS**

# JAMES J. WALSH, P.E., BCEE

## Education

BS – University of Notre Dame, Civil Engineering, 1974

## Professional Licenses, Certifications, and Awards

Professional Engineer – Ohio, Kentucky, Indiana, Michigan, Illinois, Pennsylvania, New York, Alabama, Georgia, Tennessee, and Virginia

American Academy of Environmental Engineers & Scientists (AAEES) - Board Certified Environmental Engineer (BCEE), Solid Waste Management Specialty

Annual Award for Distinguished Service in Landfill Gas – SWANA 1997

## Professional Affiliations

Environmental Research & Education Foundation (EREF)

- Elected Member, Board of Directors
- Appointed Member, Research Projects Committee
- Appointed Member, Scholarship Committee

Detachable Container Association (DCA)

- Elected Member

Solid Waste Association of North America (SWANA)

- Past Elected Member, International Board
- Past Director, Landfill Gas Division
- Past Chairman, Landfill Gas Division, Energy Recovery Feasibility Committee
- Past President, Ohio Buckeye Chapter
- Past Local Chairman, Cincinnati Convention Committee
- Past Chairman, Landfill Division, Policies, Rules, and Regulations Committee
- Current Member, Landfill Gas Division
- Current Member, Landfill Division

American Society of Civil Engineers (ASCE)

- Past President, Cincinnati Section
- Past Vice Chairman, Landfill Subcommittee
- Member, Environmental Division, Solid Waste Management Committee
- Co-Author, ASCE Landfill Design and Operation Manual

Greater Cincinnati Chamber of Commerce

- Past Chairman, Solid Waste Subcommittee
- Past Chairman, Environment and Energy Committee

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

**SCS ENGINEERS**

American Public Works Association (APWA)

- Member, Institute for Solid Waste

Engineers and Scientists of Cincinnati (ESC)

- Past President
- Past Chairman, Annual Engineer-for-a-Day Event

National Waste & Recycling Association (NWRA formerly NSWMA)

Air and Waste Management Association (A&WMA)

Technical Association of Pulp and Paper Industry (TAPPI)

## Professional Experience

Since joining SCS in 1974, Mr. Walsh has worked almost exclusively in the area of solid waste management, primarily sanitary landfills and landfill gas (LFG). He regularly serves as a Project Director and Reviewing Principal for SCS landfill and LFG projects. His project experience, coupled with his involvement in professional and industrial associations, has earned Mr. Walsh an international reputation in these specialty fields.

### Practice Areas Have Included:

**Leadership in Landfill Engineering.** Over 40 years of professional experience on landfill projects. He served as Project Manager and primary author of the U.S. EPA landfill manual. He served as Project Manager and Chief Investigator on several U.S. EPA landfill R&D efforts relating to leachate, gas, and liner/cap performance. He has been engaged on over 100 landfill design and permitting projects, including sites with double composite liner systems. He has managed or directed several successful greenfield and landfill expansion permits with individual design capacities in excess of 25 million tons of solid waste.

**Leadership in Landfill Gas.** Over 40 years of professional experience on landfill gas (LFG) projects. Past Director of the leading LFG professional organization, the SWANA Landfill Gas Division. Received the top award in landfill gas practice, the SWANA Landfill Gas Distinguished Service Award, in 1997. He has served as Principal Investigator multiple landfill gas R&D projects for U.S. EPA, U.S. DOE, and Gas Research Institute. He has authored numerous publications and technical support documents in LFG. He has presented dozens of times on LFG at environmental conferences. He has been engaged as chief design engineer, Principal Investigator, or Project Manager on over 300 landfill gas projects over the years. Landfill gas related subjects have included gas migration and control, energy recovery, odor management, and compliance with air and solid waste rules including CAA, NSPS, Title V, NSR, PSD, NESHAP, and Subtitle D.

**Leadership on Landfill Fire and Elevated Temperature Landfills.** Principal investigator or chief engineer on over thirty dedicated landfill fire and elevated temperature landfill projects. He has provided guidance to landfill operators to avoid landfill fires. He has investigated landfill fires in-situ, and developed management and mitigation programs to address landfill fires and related events when they do occur. He has presented at environmental conferences on the subject of landfill fires. He served on the Ohio EPA Committee formed to address landfill fires and elevated temperature landfills in the state, and assisted in the development of the Ohio EPA Guidance Document on the subject.

---

24TH JUDICIAL DISTRICT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 790-369                                                          DIVISION "J"

FREDERICK ADDISON, et. al.

VERSUS

LOUISIANA REGIONAL LANDFILL COMPANY, et. al.

FILED:_____----        _____
                                                  DEPUTY CLERK

SWORN AFFIDAVIT OF THOMAS J. RAPPOLT, QEP


**THOMAS J. RAPPOLT, QEP,** being first duly sworn deposes and says:

1.      I have been retained by Waste Connections US, Inc., a Defendant in the above referenced case, and its attorneys, Beveridge and Diamond, PC, to assess and respond to certain aspects of the affidavit of Paul Chrostowski, submitted in support of Plaintiffs' motion for expedited discovery.

2.      The opinions and declarations conveyed in this document are my own, based on my knowledge, my review of relevant documents and other information, and my understanding of the relevant facts.

3.      This affidavit is in response to the "Sworn Affidavit of Paul C. Chrostowski, Ph.D., QEP" for the above-referenced case. (Chrostowski Aff.)

1

### Professional Background

4.      I have over 41 years of experience in air toxic pollutant risk assessment, odor assessment, dispersion measurements, air pollutant and meteorological monitoring, atmospheric dispersion modeling, and air quality permitting.

5.      I am currently a Vice President and a Business Unit Director for Stearns, Conrad, and Schmidt, Consulting Engineers, Inc. (SCS). SCS is a nationally recognized consulting firm in the environmental and solid waste industries. SCS has received many industrial recognition awards for research achievements and technology innovations. These honors have come from organizations such as the Solid Waste Association of North America (SWANA), National Waste & Recycling Association (NWRA), United States Environmental Protection Agency's (USEPA's) Landfill Methane Outreach Program (LMOP), American Society of Civil Engineers (ASCE), National Society of Professional Engineers (NSPE), Refrigerating Engineers & Technicians Association (RETA), and other industry-specific associations. Many of SCS's practitioners have received service awards and recognition from professional organizations.

6.      The business unit that I lead at SCS specializes in conducting dispersion modeling, air toxics health risk assessments, industrial odor studies, risk management plans and process safety management, as well as the permitting of facilities, including landfills, relative to potential air emissions. My business unit within SCS employs nearly 40 scientists and engineers.

7.      I am SCS's National Expert on Odor and Tracer Studies.

8.      I have a B.S. degree in Physics from Moravian College, Bethlehem, PA, and a M.S. degree in Meteorology from the Pennsylvania State University, State College, PA.

2

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 15:59   FAX 504 596 6301 Bradley Murchison - N.O.   052/345



9.     I am a registered Qualified Environmental Professional (QEP) (no.: 4960066) certified by the Institute of Professional Environmental Practice (IPEP) which is part of the American Board of Industrial Hygiene (ABIH). IPEP is accredited by the Council of Engineering and Scientific Specialty Boards (CESB).  I am a Regional Coordinator for IPEP and administer QEP exams.

10.     I am an active member of the San Diego Air Pollution Control District Hearing Board. I have been appointed to the Board for over 20 years and have served as Chair-Person for 11 years.

11.     One of my professional specialties is in the area of atmospheric transport and dispersion of emitted pollutants and the validation and application of models that simulate such events. During the course of my career, I have contributed in developing gaseous tracer methods to directly measure atmospheric dispersion and these methods are used to validate dispersion models used by regulatory agencies.

12.     My resume is attached as Exhibit 3 to this Affidavit.

### Experience with Landfills and the Jefferson Parish Landfill

13.     Over the last ten years I have personally visited dozens of landfills and waste handling facilities and conducted numerous studies regarding odor impact assessments, odor complaint analyses, health risk assessments, tracer studies, source characterizations, permitting and compliance programs, and other studies. This experience has provided me with a broad understanding of how landfills and waste processing facilities operate and how they are managed,

3

particularly with respect to operations that have the potential to generate odors and other air emissions.

14.     I have visited the Jefferson Parish Landfill, located in Waggaman, Louisiana ("Landfill") and inspected and witnessed ongoing operations, and inspected closed phases of the landfill. During visits, I have toured the facility and inspected landfill gas collection well heads, flares, leachate collection and storage systems, the active working face, final covered areas, solid waste staging areas, and construction and excavation areas. During these inspections, I have personally surveyed each of the above components for the presence of odors and sources of odor emissions. The site visits also included surveying the adjacent neighborhood and broader surrounding community for the presence of odors as well as scoping the terrain, topography, population density, vegetation diversity, and other potential sources of air pollutants and odors.

### Summary of Control Technologies at the Jefferson Parish Landfill

15.     As explained in the affidavit of James Walsh, the Jefferson Parish Landfill's design and construction incorporate several components and technologies to collect and control leachate and gases associated with the disposal of waste. As is typical, the Landfill is constructed in phases called cells, where waste is placed until it reaches pre-determined volume limits. Each cell is built on a system of liner materials that prevent water and gas from flowing through the waste into underlying soils. The liner system is designed and shaped to collect leachate, which is liquid that is present in the waste mass. Leachate is collected in pipes and pumped out of the Landfill into a system of header pipes, after which it is conveyed in closed piping to a wastewater treatment plant.

4

16.     Waste is covered with earth or other approved materials every day after it is placed in a cell. Once the cell achieves its pre-determined maximum volume, the cell is permanently covered with a system of layers of recompacted clay and drainage soils to minimize the intrusion of water and the escape of landfill gas.

17.     Most landfill gas is generated within closed cells. Gases generated by decomposing waste are collected by wells drilled vertically into the waste. Those wells are connected by a joined system of header piping, and the collected landfill gas is conveyed either to a facility that condenses and separates methane from the rest of the landfill gas for commercial use, or to a flare that destroys the landfill gases.

**Flaws in Chrostowski's Analysis**

18.     I have reviewed the Chrostowski affidavit, in which he asserts there is an immediate need to conduct intrusive and extensive on-site sampling and data collection at the Jefferson Parish Landfill. Chrostowski neglects to acknowledge that much of the data collection that Plaintiffs seek has already been accomplished at the Jefferson Parish Landfill and is available to Plaintiffs through public disclosure. As a general observation, Chrostowski overuses and relies on the descriptor "toxic" throughout his affidavit, neglecting to recognize that toxicity has an intrinsic dependence on time-integrated exposure to a known concentration. Not all chemicals labeled as "toxic" are harmful under conditions that limit exposure below specified levels. These exposure limits vary for various chemicals. More specifically, Chrostowski offers no scientific basis or foundation to justify the proposed sampling program, let alone on an expedited basis. Moreover, the affidavit raises serious concerns about the depth of Chrostowski's understanding about how municipal solid

5



waste landfills like the Jefferson Parish Landfill operate, and how they are managed, monitored and regulated.

**A.** ***There is no sampling data characterizing the nature of the exposure at any of the Plaintiffs' homes to justify Chrostowski's assertion that there is an immediate need to implement an on-site sampling data collection program at the Jefferson Parish Landfill.***

19.     Citing an awareness of community complaints of odors "suspected" to emanate from the Jefferson Parish Landfill, generalized concerns over health effects, and a belief that conditions are the Landfill are not static, Chrostowski asserts an immediate need to gain access to the Jefferson Parish Landfill to conduct the on-site inspection and sampling plan described in his affidavit. Chrostowski Aff., ¶¶ 18-22.

20.     Chrostowski's assertion is factually and scientifically flawed for numerous reasons, which are addressed below and in the subsequent sections of my affidavit.

21.     Chrostowski refers to odors "suspected" to emanate from the Jefferson Parish Landfill, but he later acknowledges that "the best possible evidence to determine whether such exposures and harm have occurred would be actual air samples taken on a regular basis at each of petitioners' homes." Chrostowski Aff., ¶ 19.

22.     Chrostowski offers no data or other factual information regarding two threshold questions:

    a.   What is the actual nature of exposure at the alleged points of harm: plaintiffs' homes?

    b.   Are detected compounds at petitioners' homes and relative concentrations consistent with an emissions profile for a municipal solid waste landfill, as opposed to another type of source?

6

23.     These threshold questions have not been answered because apparently no sampling data (even preliminary data) exists with respect to conditions at any of the plaintiffs' homes.

**B. *Chrostowski assumes, without justification, that the Jefferson Parish Landfill is the only possible source of odor and ignores evidence of other sources of odor, including two active landfills adjacent to the Jefferson Parish Landfill.***

24.     Chrostowski's entire analysis is premised on the Jefferson Parish Landfill as the only source of odors or other emissions affecting the community, despite public acknowledgments that there are many other potential sources, including two other adjacent landfills.

25.     Chrostowski claims that the SCS Engineers report, which contradicts many of the assumptions and conclusions in Chrostowski's affidavit, is of "little value" and ignores the detailed meteorological/odor complaint analysis described on page 21 and Appendix C of that report. *See* Chrostowski Aff., ¶ 17; SCS Engineers, *Jefferson Parish Landfill Site Evaluations with respect to Odors* (October 24, 2018) ("SCS Report"), a copy of which is appended as Exhibit 4 to this affidavit.

26.     Chrostowski has mischaracterized the SCS report and failed to acknowledge key conclusions that are supported by existing data.  The SCS Report is based on work conducted by Jim Walsh and myself that focused on gauging (i) potential odor sources and odor concentrations at the Landfill and in nearby regions; and (ii) the status and condition of the Landfill's gas collection and leachate systems with regard to producing fugitive odorous emissions.

27.     As summarized in the SCS Report, the data and analysis in that report demonstrate that:

7

a.  Over 80% of the complaints levied against the Jefferson Parish Landfill in the River Ridge, Harahan, Elmwood, Waggaman, and other adjacent communities were made at places and times when winds did not line up the Landfill as the source.

b.  The concentrations of hydrogen sulfide (H2S) measured at the Landfill with a National Institute of Standards and Technology (NIST) traceable instrument were insignificant and not detectable at off-site locations while H2S readings associated with operations at other landfill facilities to the west and east of the Jefferson Parish Landfill either did or could result in significant offsite odors.

c.  Sampling data independently gathered by the Louisiana Department of Environmental Quality ("LDEQ") in April 2018 did not indicate the presence of tracer compounds that are associated with emissions from a municipal solid waste facility like the Jefferson Parish Landfill.   Such tracer compounds are included in Chrostowski's list of chemical compounds. *See* Chrostowski Aff. Ex. 2.

d.  Potential on-site emissions of H2S at the Jefferson Parish Landfill were too low to be the source of downwind H2S levels measured by LDEQ during the April 2018 Mobile Air Monitoring Lab ("MAML") survey – a much more substantial source is responsible. In order to be responsible for the MAML H2S levels of 120 ppb, the Landfill would need to generate on-site surface H2S concentrations of at least 180,000 ppb over a large area (comparable to about 1/3 the size of the current operating phase, Phase IVa). Sampling at the Landfill by SCS and CEC did not detect H2S at any concentrations near those levels.  Observations by SCS did not

8

detect significant odors in any notable and sizable areas, thus prompting direct H2S measurements.

28.     In addition, there are other known and suspected sources of odors in the area, many of which are closer to communities where odor complaints have been made.  Chrostowski ignores odor observations and H2S measurements made of numerous other sources in the region (Avondale, Ama, Waggaman, Harahan, River Ridge, and Elmwood) as presented in the SCS report. (Pages 12-18).  In one instance, a concentration of 72 ppbv was measured downwind of the Rt. 90 C&D Landfill in conjunction with a personal observation of nuisance odors.

29.     The existence of other potential sources is of key importance and it is ignored by Chrostowski.  Based on the addresses provided for the Plaintiffs in the petition, their homes are scattered throughout Waggaman, Kenner, River Ridge, Harahan and Avondale, to the north, northeast, east, and southeast of the Jefferson Parish Landfill, and at distances ranging from approximately one to five miles from the Jefferson Parish Landfill.  Many of their homes are closer to other known or suspected sources of odor than to the Jefferson Parish Landfill.

30.     These other potential sources include the barge cleaning and loading on the Mississippi River,  the ADM grain processing plant, Cornerstone Chemical Facility, Metals USA Plant, sewer excavation activities in River Ridge, waste water treatment facilities near Harahan, petroleum storage and transfer facilities (IMTT and others), and numerous other industrial businesses in the region.  In addition, there are two other active landfills in the region (adjacent to the Jefferson Parish Landfill), one of which is an active construction and demolition debris (C&D) landfill that I understand does not have a landfill gas control system.

9

31.    Despite all of this data demonstrating that the Jefferson Parish Landfill is likely not the source of the odor complaints, and the lack of scientifically collected and analyzed data at the individual plaintiff's homes, Chrostowski fails to offer any credible scientific basis to subject the Jefferson Parish Landfill to immediate intrusive on-site investigation and sampling.  In fact there is no evidence that suggests that Chrostowski has even visited the region and experienced it first hand.

### C.   *Chemicals that Chrostowski attributes to landfill gas are widely known to arise from numerous other common urban sources.*

32.    Chrostowski contends that comprehensive sampling should be done for a suite of chemicals that he asserts are typical of landfill gas. *See* Chrostowski Aff., ¶¶ 5, 11–12. Chrostowski's labeling of these chemicals as "typical" of landfill gas is highly misleading.  Many of the chemicals found in landfill gas are common to measured urban air pollutants and come from many regular activities found in urban areas and population centers. Table 1 lists chemicals identified by Chrostowski and provides the common sources of such compounds often found in urban air.  An expanded version of Table 1 is provided in Exhibit 1 to this affidavit, providing references for these sources.

Table 1: Chemicals Identified by Chrostowski as "Typically" Found in Landfill Gas

| Chemical | Known Major Sources |
|---|---|
| Acrolein | Acrolein is found in pesticides, automobile exhaust, cigarette smoke, structural and vegetation fires, emissions from cooking, and manufacturing can result in pyrolysis of acrolein.  It is also a product of the photo-oxidation of hydrocarbon pollutants in the air (i.e., vehicle exhaust) such as propylene and 1,3-butadiene. |

| Chemical | Known Major Sources |
|---|---|
| 1,2-dichlorethane (Ethylene Dichloride) | Ethylene Dichloride is used in the production of vinyl chloride as well as other chemicals. It is used in solvents in closed systems for various extraction and cleaning purposes in organic synthesis. It is also added to gasoline to prevent lead emissions in auto exhaust. It is also used as an ingredient in rubber and plastic products, and as a wetting and penetrating agent. It was formerly used in ore processing, as a grain fumigant, as a metal degreaser, and in textile and PVC cleaning. |
| Benzene | Benzene is found in emissions from burning coal and oil, motor vehicle exhaust, and evaporation from gasoline service stations and in industrial solvents. These sources contribute to elevated levels of benzene in the ambient air, which may subsequently be breathed by the public. Tobacco smoke contains benzene and accounts for nearly half the national exposure to benzene. |
| Naphthalene | Naphthalene is released to the air from the burning of coal and oil and from the use of mothballs. Coal tar production, wood preserving, and other industries release small amounts. Cigarette smoke contains naphthalene. |
| Hydrogen Sulfide | Most hydrogen sulfide in the air comes from natural sources. It is produced when bacteria break down plant and animal material, often in stagnant waters with low oxygen content such as bayous, bogs and swamps. Volcanoes, hot springs and underwater thermal vents also release hydrogen sulfide. Industrial sources of hydrogen sulfide include petroleum and natural gas extraction and refining, pulp and paper manufacturing, rayon textile production, chemical manufacturing and waste disposal. Bacteria change calcium sulfate, the major component of wallboard, into hydrogen sulfide. If construction and demolition debris contains large quantities of wallboard, large amounts of hydrogen sulfide can be formed. Production is greatest when the wallboard is finely crushed and when there is little oxygen, such as when the debris is buried and soaked with water. |
| Chloroform | Chloroform may be released to the air from a large number of sources related to its manufacture and use, as well as its formation in the chlorination of drinking water, wastewater, and swimming pools. Pulp and paper mills, hazardous waste sites, and sanitary landfills are also sources of chloroform air emissions. Human exposure to chloroform may occur through drinking water, where chloroform is formed as a result of the chlorination of naturally occurring organic materials found in raw water supplies. Chloroform may also be found in some foods and beverages, largely from the use of tap water during production processes. |
| Carbon Tetrachloride | Carbon tetrachloride is a common contaminant of indoor air; the sources of exposure appear to be building materials or products, such as cleaning agents, used in the home. It can be emitted from landfills from disposed products that contain Carbon Tetrachloride. |

11



33.    Table 2 provides a list of chemical classes that Chrostowski claims are found in landfill gas, and identifies major sources of these classes.

Table 2:  Sources of Chemical Classes of Air Toxic Pollutants

| Chemical Class | Known Major Sources |
|---|---|
| Volatile Organic Chemicals (VOC) | VOCs are released from burning fuel such as gasoline, wood, coal, or natural gas. They are also released from many consumer products such as cigarettes, solvents, paints and thinners, adhesives, hobby and craft supplies, dry cleaning fluids, glues, wood preservatives, cleaners and disinfectants, moth repellants, air fresheners, building materials and furnishings, copy machines and printers, and pesticides. |
| Reduced Sulfur Compounds (TRS) | Typical sources that produce TRS compounds include packing plants, leather tanneries, municipal and industrial sewage treatment plants, livestock waste control facilities, composting operations, animal rendering plants, sugar beet processing plants, and oil and natural gas extraction sites. |
| Reduced Nitrogen Compounds | Nitrogen oxides are produced in combustion processes, partly from nitrogen compounds in the fuel, but mostly by direct combination of atmospheric oxygen and nitrogen in flames. Nitrogen oxides are produced naturally by lightning, and also, to a small extent, by microbial processes in soils. Fossil fuel combustion, mineral fertilizers and livestock manure's all provide major sources of reduced nitrogen emissions. |
| Carboxylic Acids | This family of acids are very widespread in the atmosphere from a variety of industrial and natural sources.  These sources include biomass burning, biofuels, charcoal combustion, vehicular exhaust (diesel and gasoline), food cooking. |
| Carbonyl Compounds (Aldehydes and Ketones) | Primary sources include natural emissions from vegetation, which contribute to the background levels of carbonyl compounds, and anthropogenic sources, such as emissions from motor vehicles and industrial facilities. Carbonyl compounds are also formed via atmospheric oxidation of hydrocarbons, especially during photochemical smog episodes. |

| Metals | Heavy metals are naturally occurring elements that are found throughout the earth's crust, but most environmental contamination and human exposure result from anthropogenic activities such as mining and smelting operations, industrial production and use, and domestic and agricultural use of metals and metal-containing compounds. Natural phenomena such as weathering and volcanic eruptions have also been reported to significantly contribute to heavy metal pollution. Industrial sources include metal processing in refineries, coal burning in power plants, petroleum combustion, nuclear power stations and high tension lines, plastics, textiles, microelectronics, wood preservation and paper processing plants. |
|---|---|
| Terpenes | Biogenic volatile organic compounds are emitted naturally from trees and other plants. Forests are dominated by terpene-emitting tree species. Anthropogenic terpene emissions occur due to drying, machining and tooling of wood and wood products. Some insecticides uses terpenes as an ingredient. Solvent usage can result in certain terpene emissions. |
| Siloxanes | Some of the more common products that include siloxane compounds in their ingredients lists are toothpastes, deodorants, food products (usually fast-foods or processed foods as a preservative or as a low-calorie alternative), cosmetics products in general such as foundations, powders, blushes and eyeshadows to name a few, medical products, packaging and biogas. |
| Polycyclic Aromatic Hydrocarbons (PAH's) | PAHs are a class of chemicals that occur naturally in coal, crude oil, and gasoline. They also are produced when coal, oil, gas, wood, garbage, and tobacco are burned. PAHs generated from these sources can bind to or form small particles in the air. High-temperature cooking will form PAHs in meat and in other foods. Naphthalene is a PAH that is produced commercially in the United States to make other chemicals and mothballs. Cigarette smoke contains many PAHs |
| Polychlorinated Dibenzodioxins and Furans | Dioxins and furans are not made for any specific purpose; however, they are created when products like herbicides are made. They are also created in the pulp and paper industry, from a process that bleaches the wood pulp. In addition, they can be produced when products are burned. Cement kilns and incineration processes can produce dioxins and furans. |
| Semi-volatile Organic Compounds (SVOC) | SVOCs are released from burning fuel such as gasoline, diesel fuel, wood, coal, or natural gas. They are also released from many consumer products such as cigarettes, solvents, paints and thinners, adhesives, glues, wood preservatives, cleaners and disinfectants, Building materials and furnishings, copy machines and printers, pesticides. SVOCs can occur as gases and particulates/aerosols. |



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 16:05 FAX 504 596 6301 Bradley Murchison - N.O.

Z069/345

34.     Trace amounts of many of these chemicals and chemical classes may be found in a sample of landfill gas, but they are not the major constituents of landfill gas. Neither are they unique to landfill gas. Additionally, many of these chemicals are only detectable to humans at high concentrations. With regard to landfill emission, H2S, some other sulfur-bearing compounds, and ethyl acetate are usually present in air that is the source of MSW landfill odor complaints. Chrostowski's analysis of hydrogen sulfide concentrations is critically flawed.

35.     In paragraph 16 of his affidavit, referring to it as a "release," Chrostowski cites a single sample result of 2,000 ppm for H2S (hydrogen sulfide) collected at the Jefferson Parish Landfill to imply the landfill is the source of H2S measurements in the community. Chrostowski Aff., ¶ 16 (citing Carlson Environmental Consultants, PC (CEC), *Landfill Gas System Assessment for the Jefferson Parish Landfill* (August 15, 2018) ("CEC Report")).     More specifically, Chrostowski claims that "Jefferson Parish's own consultant has documented releases of gases on the Landfill site that contain hydrogen sulfide at concentrations exceeding 2000 parts per million. Exposure to hydrogen sulfide gas at these concentrations is highly toxic and potentially and potentially lethal . . . ." This statement is extraordinarily misleading and deceptive.

36.     The source of the data, the CEC Report, clearly shows this sample was collected from inside the landfill gas collection system, and did not in any way reflect conditions in ambient air at the landfill surface at the time the sample was collected. In other words, a one-time observed hydrogen sulfide concentration found inside the landfill gas piping system at Jefferson Parish Landfill cannot be used to estimate a fugitive source emission rate for H2S.

14

37.     The CEC Report itself refutes the false narrative Chrostowski is advancing in his

affidavit. The report shows that contemporaneous measurements of the Landfill's *surface* H2S

concentrations were orders of magnitude lower – indicating that the landfill gas collection and

control system was working and doing what it was designed to do—collect landfill gas before it

reaches the surface.  In fact, the CEC Report shows that surface H2S concentrations in this portion

of the Landfill averaged 0.25 ppm to 1.07 ppm, a sharp contrast to the 2,000 ppm reading collected

from inside the system, and far below concentrations that could cause offsite nuisance odors.

38.     Not even the highest surface reading of H2S came remotely close to 2,000 ppm.

Per the CEC Report (page 23):

> CEC additionally used the TVA-1000B to help scan areas of Phase IVA for methane
> emissions that were suspected to contain hydrogen sulfide (H2S) emissions and a possible
> contributor to site odors (see Exhibit 6A).  All methane emission locations that were flagged
> with 200 PPMV or greater had a follow-up scan for H2S performed using a Jerome H2S
> Detector.  CEC noted H2S readings of up to 8.5 PPMV at the ground surface around some
> soil cracks, well pipe penetrations, and survey risers.  As noted previously, these cracks
> should be sealed of with clayey soils or a wet bentonite to prevent emissions.
>
> CEC took Drager Tube samples for H2S concentration in several 500-series landfill gas wells
> in Phase IVA (i.e., 500, 501, 502, 511, 512, 516, 519, 524, and HW-04) and observed H2S
> concentrations in excess of 2000 PPMV (the max of the sample tubes CEC used) in some of
> the wells.  CEC also took Drager H2S samples at the blower inlet to the LFG processing
> plant and observed readings ranging from 525 to 1050 PPMV at that location.  While it is
> not uncommon for landfill gas to contain H2S, elevated levels of H2S can pose safety
> concerns for workers and contribute to objectionable odors.

39.     Chrostowski also implies that there is exposure risk to workers at the Landfill and

the community at large, pointing to the 2,000 ppmv sample of H2S.  Chrostowksi's assertion is

directly contradicted by the existing data.  As indicated in the CEC Report, the maximum ground

surface concentration of H2S released to the atmosphere was 8.5 ppmv, and even those were taken

15

5065/345 

at locations near operating penetrations of the landfill cover. <u>The 2,000 ppmv sample from the landfill gas collection system was not released to the atmosphere.</u>   According to OSHA (https://www.osha.gov/SLTC/hydrogensulfide/hazards.html), worker exposure limits for H2S are 10 ppm or higher. Such levels were not exceeded by even the maximum single point reading of 8.5 ppmv surface concentration.

| Worker Exposure Limits |
| --- |
| NIOSH REL (10-min. ceiling): 10 ppm |
| OSHA PELs:<br>General Industry Ceiling Limit: 20 ppm<br>General Industry Peak Limit: 50 ppm (up to 10 minutes if no other exposure during shift)<br>Construction 8-hour Limit: 10 ppm<br>Shipyard 8-hour limit: 10 ppm |
| NIOSH IDLH: 100 ppm |
| **IDLH:** immediately dangerous to life and health (level that interferes with the ability to escape) (NIOSH)<br><br>**PEL:** permissible exposure limit (enforceable) (OSHA)<br><br>**ppm:** parts per million<br><br>**REL:** recommended exposure limit (NIOSH) |

Thus, the highest onsite surface reading from among numerous measurements of outdoor surface H2S was substantially lower than worker safety standards, and posed no concerns for residents living elsewhere.

    40.    Lastly, it should be noted that different sample collection methods were used to obtain these subsurface and surface measurements. The subsurface measurements used Drager Tubes to determine in-well concentration values. Drager tubes are very much prone to error and

16

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 16:07  FAX 504 596 6301 Bradley Murchison - N.O.
☑066/345

bias.[1]  At this concentration, the measurement is only accurate to within plus or minus 200 ppmv.

The surface measurements used a Jerome 631-X handheld H2S meter which is more reliable, with

a relative standard deviation in calibration of less than 5%.[2]

### D. Chrostowski's proposed use of the air dispersion modeling tool is inappropriate.

41.     Chrostowski asserts in his affidavit the need to expeditiously collect air pollutant

emissions data from the Jefferson Parish Landfill in order to support and conduct a health risk

assessment, including an exposure assessment.  He proposes to use this assessment as evidence in

the subject lawsuit and to be the basis for evaluating injury and damages caused by the Jefferson

Parish Landfill to the Plaintiffs. Chrostowski Aff., ¶¶ 3, 4.  In relation to determining "historic

exposure levels," Chrostowski states that "modeling" could be used to calculate "exposure levels

at specific locations, at specific times." Chrostowski Aff., ¶ 22.  Chrostowski notably does not

specify which model should be used. Further, models can produce wildly inaccurate and unreliable

results if the goal is to determine actual concentration levels at a distance from a suspected source.

42.     Atmospheric dispersion models such as the American Meteorological Society/U.S.

EPA Regulatory Model (AERMOD) are used to simulate the atmospheric transport and dispersion

of potential air emissions in order to determine conservative-worst-case downwind concentration

---

[1] Drager Safety AG&Co KGaA (Drager), *Drager Tube/CMS Handbook: Soil, Water, and Air Investigations as well as Technical Gas Analysis*, 17th Edition, at p. 197 (2015) ("Drager"), available at https://www.draeger.com/Library/Content/tubes-ca-9092086-en.pdf.

[2] *See* Arizona Instruments LLC (AZI-AMETEK), *Jerome 631-X Hydrogen Sulfide Analyzer Operation Manual* (September 2014) at p. 27, available at https://www.azic.com/wp-content/uploads/2017/09/700-0037-F_MANUAL_631-X.pdf.

17

values that are eventually used to assess chemical exposure. For example, LDEQ requires the use of AERMOD to calculate the atmospheric dispersion and transport of air toxics emissions when doing air related Health Risk Assessments on Louisiana based sources. However, AERMOD is a steady-state Gaussian plume model which assumes that emissions, meteorology, and other model inputs are constant throughout the model domain over the model time step.[3] In other words, the AERMOD model has critical limitations in terms of its ability to provide an accurate simulation of real-world plume dynamics and projected downwind concentrations in fluctuating weather conditions and changing source conditions. These models have limited ability to represent emissions from sources that can change abruptly or are variable.

43.    The AERMOD model has been studied extensively by EPA and many state/local air regulatory agencies. These studies have shown that AERMOD has inherent inaccuracies and bias. These inaccuracies are published in many documents and are acknowledged by EPA. Not accounting for inaccuracies in emission and meteorological data fed into the model, AERMOD algorithms are known to have demonstrated predicted concentration errors of 20 to 70 percent for a particular time and location.[4] For example, the Indiana Department of Environmental Management (IDEM) extensively studied the AERMOD model and showed that "direct

---

[3] See U.S. EPA, *Guideline on Air Quality Models*, 40 CFR Part 51, Appendix W, § 4.2.2.1 (AERMOD).

[4] *Id.*, § 4.1(e).

18

comparisons of predicted and observed SO2 levels indicate that AERMOD significantly over-predicts by more than a factor of two [i.e., by more than 100%]".[5]

44.      Regulatory agencies prefer air dispersion models like AERMOD as an analysis tool used for permitting and air quality planning since it helps to provide conservative and high-biased exposure assessments from *proposed* emitting facilities.  This affords regulatory decision makers with data that they know over-estimates the projected impacts and thus provides a safe margin of error in approving projects that emit pollutants.  However, it is an error to use the same models and methods to estimate accurate concentrations of the past to prosecute a lawsuit, since there is known error and bias in the exposure assessment.  For this reason, air dispersion models are not used as an enforcement tool by regulatory agencies.  Such enforcement relies on direct exposure measurements and inspector observations.

### E. Chrostowski ignores the existence of state and federal regulatory programs intended to protect human health and the environment.

45.      Chrostowski states that LDEQ has inadequately characterized the landfill gas from the Landfill and that LDEQ has minimal data or other information on fugitive emissions from the landfill.  Chrostowski Aff, ¶¶ 8–10.  Based on this statement, Chrostowski appears to lack a complete understanding of the regulatory regime governing landfills.

46.      The Louisiana Legislature recognizes that the safety and welfare of citizens "require efficient and reasonable regulation of solid waste disposal practices as well as a

---

[5] IDEM, *An Assessment of the American Meteorological Society/U.S. EPA Regulatory Model's (AERMOD's) Accuracy: A Case Study – Revised* (January 2016), at p. ix, available at https://www.in.gov/idem/airquality/files/modeling_aermod_case_study.pdf.

19

coordinated, statewide resource recovery and management program." 33 La. Admin. Code Pt VII, § 101(A). A landfill, as defined by the State of Louisiana, is "a facility for the disposal of solid waste, other than landfarm(s) or surface impoundment(s), that disposes of solid waste by placing it on or into the land surface and usually also compacting and covering with suitable cover material to a depth and at a frequency sufficient to control disease vectors and odors and in a manner that protects human health and the environment." 33 La. Admin. Code Pt VII, § 115 (definition of "Landfill"). As discussed in the affidavit of James J. Walsh, Jefferson Parish is in general compliance with Title 33, Environmental Quality, Part VII – Solid Waste.

    47.    Under this Louisiana State Regulatory program, Jefferson Parish needs to comply with Federal regulations (which are incorporated in Louisiana's program by reference) which are administered though New Source Performance Standards (NSPS). The sole purpose of these NSPS is to prevent and minimize emission of landfill gases. Chrostowski does not mention the NSPS program, nor any of the substantial data showing that Jefferson Parish Landfill has consistently demonstrated compliance with NSPS requirements. Chrostowski alleges the need to comply with other, inapplicable Title 33 requirements intended for other types of sources that would involve a detailed analysis of potential air toxics emissions. See Chrostowski Aff ¶ 23. The State of Louisiana has already determined there is no need for such an analysis under its Federally Enforceable Title V air permitting requirements and Title 33 Part III regulations. Allowing Chrostowski to collect site specific data on air toxics emissions and ceasing ongoing maintenance processes at the Jeffferson Parish Landfill would usurp and conflict with the permit compliance process that is ongoing at Jefferson Parish Landfill.

***F. Chrostowski's "on-site inspection and sampling plan" is severely flawed and rife with analytical errors.***

48.      In paragraph 23 of the Chrostowski Affidavit, an "on-site inspection and sampling plan" is presented for the purpose of collecting data to support his analysis.  The bullet points describing the desired field activities are inadequate to define a historical profile of emission of odor causing compounds and/or representative level of air toxic chemical emissions from a landfill.  There are no methods or details provided in Chrostowski's affidavit regarding how field measurements will be carried out.  Such methods are needed to define and minimize error and bias in collected data as well as to legitimize his data collection effort.[6]  Chrostowski proposes to generate data to support a forensic analysis of historical chemical exposure that is impossible to do with the existing models, emission factors, and other data available to him.  Chrostowski Aff, ¶ 23.  It is my opinion that this proposed effort would only generate data that would be misleading and inaccurate and will not support any justifiable conclusion as to past conditions at off-site residences.  No such procedure is accepted industry practice or approved and peer reviewed by industry regulators and professionals.  Allowing this collection of data at the Jefferson Parish

---

[6] U.S. EPA, *Guidance for Evaluating Landfill Gas Emission from Closed or Abandoned Facilities*, EPA-600/R-05/123a (September 2005), available at https://tinyurl.com/yaqdyk7k.

Landfill will disrupt existing operations and seriously interfere with ongoing operations that are purposed to protect the local population.

49.    Chrostowski states that he needs to collect landfill gas samples from primarily Phase IVa and downplays the need to collect data from the other phases of the landfill. Chrostowski Aff, ¶ 23.  This approach is biased and goes against the objective principals of the Scientific Method.  This indicates that Chrostowski's plan is aimed at generating data that is not representative of the Jefferson Parish Landfill, but skewed toward only one aspect of the overall landfill operation.

50.    Chrostowski's proposed field measurement plan does not elaborate on methods by which he will translate surface and subsurface concentration measurements of chemicals into representative and applicable emission *rates*. Without accurate flow or surface flux measurements, generating an emission rate from a surface concentration using generic factors introduces even more inaccuracies into a health risk assessment calculation.

51.    Chrostowski does not provide a statistically determined grid pattern from which surface concentration measurements will be performed.  He states that measurements will be taken at or near specific well locations.   Such an approach adds error to the health risk assessment and can arguably skew the results.

52.    Chrostowski makes no mention of how he will use the wealth of existing data generated by an ongoing Federal and State required New Source Performance Standards (NSPS) compliance effort at Jefferson Parish.  In fact, it appears that he is unaware of its existence and therefore does not even consider it.

22

53. Chrostowski suggests sampling the flare at Jefferson Parish for dioxins/furans, polycyclic aromatic hydrocarbons, hydrogen chloride, and nitrogen oxides. Sampling for chemical constituents from an open flare (such are the flare at Jefferson Parish) is very difficult and almost impossible to achieve meaningful results due to the open flame configuration of such a flare.

54. Overall, the proposed investigation and sampling plan demonstrates a dangerous lack of understanding of how modern landfill systems are constructed and how they function, undermining any confidence in his statements.

G. **Chrostowski applies the Regional Screening Levels (RSLs) for Air Toxics inappropriately and misleadingly.**

55. In paragraphs 11 and 12 of his affidavit, Chrostowski proposes to use Regional Screening Levels (RSLs) in reference to human health risk.

56. According to the USEPA, the screening levels that Chrostowski relies on are "to screen chemicals at Superfund sites." "The purpose of [EPA's risk screening level] website is to provide a screening level calculation tool to assist risk assessors, remedial project managers, and others involved with risk assessment and decision-making at CERCLA [i.e., Superfund] sites in developing or refining screening levels." U.S. EPA, *Regional Screening Levels (RSLs)*, available at https://www.epa.gov/risk/regional-screening-levels-rsls.

57. Also, according to the EPA, "screening levels (SLs) ... are developed using risk assessment guidance from the EPA Superfund program and can be used for Superfund sites. ... SLs are considered by the Agency to be protective for humans (including sensitive groups) over a lifetime; however, SLs are not always applicable to a particular site .... The SLs contained in

23

0391



the SL table are generic; they are calculated without site-specific information. They may be re-calculated using site-specific data." U.S. EPA, *Regional Screening Levels Frequent Questions*, available at https://www.epa.gov/risk/regional-screening-levels-frequent-questions#FQ1.

58.     Since the Jefferson Parish Landfill is not a Superfund site, the RSLs are neither applicable nor appropriate for use in this context. Moreover, EPA is clear that the RSLs are generic screening data that are not intended to be applied to situations other than the design of environmental remediation at Superfund sites.

24

Dated: January 16, 2019



Thomas J. Rappolt, QEP
Vice President and Office Director
SCS ENGINEERS

SWORN TO AND SUBSCRIBED
BEFORE ME ON JANUARY 15, 2019

NOTARY PUBLIC

DOUGLAS DESJARDINS
COMM. #2140088
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Commission Expires  Jan 15, 2020

25



**Exhibit 1**

**Table of Chemicals Identified by Chrostowski as**
**"Typically" Found in Landfill Gas with References**

| Chemical | Known Major Sources | Reference |
|---|---|---|
| Acrolein | Acrolein is found in pesticides, automobile exhaust, cigarette smoke, structural and vegetation fires, emissions from cooking, and manufacturing can result in pyrolysis of acrolein. It is also a product of the photo-oxidation of hydrocarbon pollutants in the air (i.e., vehicle exhaust) such as propylene and 1,3-butadiene . | **Agency for Toxic Substances and Disease Registry (ATSDR).** Toxicological Profile for Acrolein. Public Health Service, U.S. Department of Health and Human Services, Atlanta, GA. 2007. |
| 1,2-dichlorethane (Ethylene Dichloride) | Ethylene Dichloride is used in the production of vinyl chloride as well as other chemicals. It is used in solvents in closed systems for various extraction and cleaning purposes in organic synthesis. It is also added to gasoline to prevent lead emissions in auto exhaust. It is also used as an ingredient in rubber and plastic products, and as a wetting and penetrating agent. It was formerly used in ore processing, as a grain fumigant, as a metal degreaser, and in textile and PVC cleaning. | **U.S. Environmental Protection Agency. Integrated Risk Information System (IRIS) on** 1,2-Dichloroethane. National Center for Environmental Assessment, Office of Research and Development, Washington, DC. 1999. |
| Benzene | Benzene is found in emissions from burning coal and oil, motor vehicle exhaust, and evaporation from gasoline service stations and in industrial solvents. These sources contribute to elevated levels of benzene in the ambient air, which may subsequently be breathed by the public. Tobacco smoke contains benzene and accounts for nearly half the national exposure to benzene. | **Agency for Toxic Substances and Disease Registry (ATSDR).** Toxicological Profile for Benzene. U.S. Public Health Service, U.S. Department of Health and Human Services, Atlanta, GA. 2007.<br><br>**U.S. Environmental Protection Agency.** Integrated Risk Information System (IRIS) on Benzene. National Center for Environmental Assessment, Office of Research and Development, Washington, DC. 2009. |
| Naphthalene | Naphthalene is released to the air from the burning of coal and oil and from the use of mothballs. Coal tar production, wood preserving, and other industries release small amounts. Cigarette smoke contains naphthalene. | **Agency for Toxic Substances and Disease Registry (ATSDR).** Toxicological Profile for Naphthalene (Update). Public Health Service, U.S. Department of Health and Human Services, Atlanta, GA. 1995. |

26

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:3 ID:25596

01/16/2019 WED 16:12  FAX 504 596 6301 Bradley Murchison - N.O.
☑076/345



| Chemical | Known Major Sources | Reference |
|---|---|---|
| Hydrogen Sulfide | Most hydrogen sulfide in the air comes from natural sources. It is produced when bacteria break down plant and animal material, often in stagnant waters with low oxygen content such as bayous, bogs and swamps. Volcanoes, hot springs and underwater thermal vents also release hydrogen sulfide. Industrial sources of hydrogen sulfide include petroleum and natural gas extraction and refining, pulp and paper manufacturing, rayon textile production, chemical manufacturing and waste disposal. Bacteria change calcium sulfate, the major component of wallboard, into hydrogen sulfide. If construction and demolition debris contains large quantities of wallboard, large amounts of hydrogen sulfide can be formed. Production is greatest when the wallboard is finely crushed and when there is little oxygen, such as when the debris is buried and soaked with water. | Toxicological Profile for Hydrogen Sulfide and Carbonyl Sulfide produced by the Agency for Toxic **Substances and Disease Registry**, U.S. Department of Health and Human Services, Public Health Service in Atlanta, GA. **Exposure Guideline Levels for Selected Airborne Chemicals, Volume 9**. Committee on Acute Exposure Guideline Levels; Committee on Toxicology; National Research Council (2010) |
| Chloroform | Chloroform may be released to the air from a large number of sources related to its manufacture and use, as well as its formation in the chlorination of drinking water, wastewater, and swimming pools. Pulp and paper mills, hazardous waste sites, and sanitary landfills are also sources of chloroform air emissions. Human exposure to chloroform may occur through drinking water, where chloroform is formed as a result of the chlorination of naturally occurring organic materials found in raw water supplies. Chloroform may also be found in some foods and beverages, largely from the use of tap water during production processes. | **Agency for Toxic Substances and Disease Registry (ATSDR).** Toxicological Profile for Chloroform. Public Health Service, U.S. Department of Health and Human Services, Atlanta, GA. 1997. |
| Carbon Tetrachloride | Carbon tetrachloride is a common contaminant of indoor air; the sources of exposure appear to be building materials or products, such as cleaning agents, used in the home. It can be emitted from landfills from disposed products that contain Carbon Tetrachloride. | **Agency for Toxic Substances and Disease Registry (ATSDR).** Toxicological Profile for Carbon tetrachloride (Update). Public Health Service, U.S. Department of Health and Human Services, Atlanta, GA. 1994. |

27



# Exhibit 2

# References

1.  Documents used as references in this affidavit include:

    a.  USEPA, "Guideline on Air Quality Models", 40 CFR 51 Appendix W, https://www.gpo.gov/fdsys/, July 1, 2018.

    b.  IDEM, An Assessment of the American Meteorological Society/U.S. EPA Regulatory Model's (AERMOD's) Accuracy: A Case Study – Revised (January 2016), at p. ix, available at https://www.in.gov/idem/airquality/files/modeling_aermod_case_study.pdf.

    c.  Carlson Environmental Consultants, PC (CEC), "Landfill Gas System Assessment for the Jefferson Parish Landfill", Monroe, NC, August 15, 2018.

    d.  Drager Safety AG&Co KGaA (Drager), *Drager Tube/CMS Handbook: Soil, Water, and Air Investigations as well as Technical Gas Analysis*, 17th Edition, at p. 197 (2015), available at https://www.draeger.com/Library/Content/tubes-ca-9092086-en.pdf.

    e.  Arizona Instruments LLC (AZI-AMETEK), "Jerome 631-X Hydrogen Sulfide Analyzer Operation Manual" (September 2014) at p. 27, available at https://www.azic.com/wp-content/uploads/2017/09/700-0037-F_MANUAL_631-X.pdf.

    f.  Louisiana Department of Environmental Quality, Mobile Air Monitoring Lab (MAML), "April 27, 2018 River Ridge and Harahan, LA." Surveillance and monitoring report for operation from April 27 to May 2, 2018.

    g.  SCS Engineers (SCS), "Jefferson Parish Landfill Site Evaluations with respect to Odors", Project No.:24218246.00, 5963 La Place Ct., STE 207, Carlsbad, CA 92008, October 24, 2018.

    h.  LAC Title 33, Part VII

    i.  State of Louisiana, DEQ, Office of Environmental Compliance, June 22, 2018 – Letter from Celena J. Cage, Administrator to Michael Yenni, Parish President entitled: "Compliance Order, Enforcement Tracking No. SE-C-18-00372."

    j.  U.S. EPA, *Guidance for Evaluating Landfill Gas Emission from Closed or Abandoned Facilities*, EPA-600/R-05/123a (September 2005), available at https://tinyurl.com/yaqdyk7k.

28

**Exhibit 3**

**Resume of Thomas J. Rappolt, QEP**

29

SCS ENGINEERS

# THOMAS J. RAPPOLT, Q.E.P.

## Education

M.S. Meteorology - Pennsylvania State University – 1984
B.S. Physics - Moravian College - 1974

## Professional Experience

Mr. Rappolt has over 37 years of program management and technical experience in air quality compliance and pollutant dispersion and air measurement programs. He is considered an expert in atmospheric dispersion and transport of airborne pollutants and odor causing compounds, particularly in the area of complex terrain, overwater/coastal meteorological regimes, and inter/intra building processes. During Mr. Rappolt's career, he has designed and implemented over 80 atmospheric monitoring networks and comprehensive field measurement programs involving toxic chemicals, volatile and semi-volatile organic compounds, metals, odorous compounds, criteria pollutants, and other targeted compounds. Many of these measurement studies required support monitoring of meteorological parameters, including upper atmospheric data using an array of direct probe and remote sensing devices. In addition, Mr. Rappolt has utilized satellite imagery to track plume behavior in complex terrain situations during fire and severe weather conditions that are responsible for unusual pollutant episodes. Mr. Rappolt has served as an expert witness in the area of meteorology, atmospheric dispersion, and odor impacts on numerous legal cases, hearing boards, and programs which have regulatory significance.

Mr. Rappolt has applied his technical knowledge of pollutant movement and formation in the atmosphere to help assess and mitigate industrial odor issues. Mr. Rappolt has developed a method to assess the potential worst case "odor footprint" for industrial facilities and how to interpret compliance to nuisance regulations. This method, which incorporates onsite monitoring, modeling and surveys has been very effective in isolating mitigations to resolve Industrial and landfill facility odor issues. In addition to assessment of long term odor footprints, Mr. Rappolt has recently completed a validation study of the CALPUFF model to use to investigate specific odor episodes from landfills. This study involved using a series of tracer gases to tag odor plumes and comparing the dispersion of these tracer chemicals with project modeled results of the same event. Adjustments were implemented to the CALPUFF model to enhance its accuracy in modeling landfill emissions. Meteorological support for this modeling was based upon satellite telemetry measurements of local winds with re-enforcement from several local point monitoring stations.

Mr. Rappolt has been active in participating with State and Local regulators regarding the formulation of Greenhouse Gas (GHG) regulations. As a stakeholder representative, Mr. Rappolt is a member of several early action committees for the California Air Resources Board (CARB) regarding the implementation of AB32. In this capacity, Mr. Rappolt has provided testimony before the Air Resources Board regarding the severity of impacts these regulations could have on California businesses and citizens.

In addition to his technical contribution to numerous programs and projects, Mr. Rappolt is a proven manager of major air quality and environmental compliance groups. He has assumed this responsibility throughout his working career as an officer for four separate nationally recognized environmental consulting firms in addition to his founding of Tracer ES&T, Inc. Mr. Rappolt has organized and directed cumulative groups numbering more than 50 technical personnel responsible for millions of dollars of air quality, risk management, safety compliance, and air related research programs. He has served as an industry representative on the Board of the Bi-National Air Quality Alliance. Mr. Rappolt is an appointed active member of the San Diego County Air Pollution Control District Hearing Board and served as Chair of that board for over 10 years. As a past member of the California Air Resources Board's Community Health Modeling Working Group Mr. Rappolt assisted the ARB develop models and protocols to assess urban cumulative impacts. Mr. Rappolt has also served on rule making committees as a stakeholder relative to AB32 initiatives.

Mr. Rappolt has authored and co-authored numerous publications and text chapters on atmospheric dispersion and model validation.

**Exhibit 4**

**SCS Report**

0399
01/16/2019 WED 16:15   FAX 504 596 6301 Bradley Murchison - N.O.
⊠081/345

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Jefferson Parish Landfill
# Site Evaluation with Respect to Odors

Expert Consultant Report by James Walsh, P.E. and Thomas Rappolt, Q.E.P.

Beveridge and Diamond, PC
Megan R. Brillault
477 Madison Avenue, 15th Floor
New York, NY 10022-5802
(212) 702-5414

**SCS ENGINEERS**

24218246.00 | October 9, 2018

5963 La Place Court, Suite 207
Carlsbad, CA 92008
760-744-9611

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

## Table of Contents

| Section | Page |
|---|---|

| 1.0 | BACKGROUND | 1 |
| 2.0 | DATA AND DOCUMENTS REVIEWED | 4 |
| 3.0 | SITE OBSERVATIONS | 7 |
| | 3.1 General Site Survey and Observations | 7 |
| | 3.2 Landfill Gas System | 7 |
| | 3.3 Leachate Handling System | 8 |
| | 3.4 Odor and $H_2S$ Survey of Landfill Phase Borders | 10 |
| | 3.5 Landfill Working Face | 11 |
| | 3.6 Cell Construction for Phase 4a | 11 |
| | 3.7 Regional Odor Source Survey (9-14-2018) | 11 |
| 4.0 | FINDINGS AND CONCLUSIONS | 21 |
| 5.0 | OTHER SUGGESTED TASKS THAT SUPPORT THE ABOVE FINDINGS | 24 |

Appendices

Appendix A     Survey and Sampling Logs
Appendix B     Calibration and Operation of the Jerome 631-X
Appendix C     Odor Complaint Analysis
Appendix D     Screening Modeling of $H_2S$

## Figures

| Figure 1. | Onsite Odor and $H_2S$ Survey Sample Points | 2 |
| Figure 2. | Offsite Regional Odor Survey Path and Sample Points (Not to Scale) | 3 |
| Figure 3. | Sites 1 and 2 | 13 |
| Figure 4. | Site 3 | 14 |
| Figure 5. | Sites 4 and 5 | 15 |
| Figure 6. | Site 6 | 16 |
| Figure 7. | Sites 7, 8, and 9 | 17 |
| Figure 8. | Sites 10 through 13 | 18 |
| Figure 9. | Site 14 | 19 |

## Tables

| Table 1. | Jefferson Parish Landfill Site Odor Survey Data (9-13-2018) | 10 |
| Table 2. | Regional Odor Survey of Jefferson Parish (9-14-2018 – see Figure 2) | 12 |
| Table 3. | Source Receptor Location for the Regional Survey Conducted on 9-14-2018 | 20 |

Jefferson Parish Landfill (10/9/2018)                              www.scsengineers.com

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# 1.0    BACKGROUND

Stearns, Conrad and Schmidt, Consulting Engineers, Inc. dba SCS Engineers (SCS) was contracted to conduct a preliminary site inspection of the Jefferson Parish Landfill (located in the vicinity of State Route 90, Live Oak Road, and S. Kenner Avenue in Jefferson Parish, LA). This inspection focused on gauging the:

- potential odor sources and odor concentrations at the landfill and in nearby regions; and
- status and condition of the landfill's gas collection and leachate systems with regard to producing fugitive odorous emissions.

This initial survey encompassed conducting odor observations via personal sensory perception and spot sampling for hydrogen sulfide ($H_2S$) concentrations using a calibrated hand-held Jerome 631-X $H_2S$ sampler unit (serial number 2832 with sensor number 16-7-21-V2AS). Odor survey work was conducted in all significant subcomponent areas of the Landfill including, but not limited to, the following:

- borders of covered areas (1, 2, 3a, and 3b);
- working face and cell construction area (Phase 4a);
- leachate storage and processing area;
- truck lanes;
- storage area;
- intermediate and daily cover areas; and
- sludge and liquids receiving and process areas including drainage ditches and canals.

Figure 1 outlines the sample points for the onsite odor survey.

The odor survey activities also conducted at or near off-site locations included:

- Other nearby industrial facilities and activities that are potentially a source of odor (the Cornerstone, Evonik, and Kemira facilities complex, ADM grain operations, numerous dredging and barge cleaning operations along the local Mississippi River banks, several waste water treatment facilities, and other industrial facilities.

- River Birch Landfill operations (just west of the Jefferson Parish Landfill) and the Construction and Demolition (C&D) Landfill (just east of Jefferson Parish Landfill).

- Nearby areas that could be a natural source of odors (bogs, lakes, farmland, etc.).

- Some of the adjacent neighborhoods that record frequent complaints to obtain a snap-shot of potential odors experienced locally including sources in Elmwood, Harahan and River Ridge.

Figure 2 provides a view of the offsite regional survey path with points of sampling where odors were observed.

---

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Prior to conducting these field surveys, SCS discussed with local Waste Connections personnel their understanding of the occurrence of local odor events and surveyed their opinions of the major sources of odor in the region.

In addition to the odor survey work, SCS conducted a general, visual inspection of the landfill leachate management system and the landfill gas collection system as well as reviewed records regarding the performance of these systems during the recent past (last 12 months).

The preliminary survey included a two-day site visit to the region to collect data, perform the system inspections, and conduct the interviews. This information contributed to this position report that outlines our preliminary findings and impressions of the odor sources in the region (on-site and off-site), the status of the landfill gas collection and leachate systems with regard to odor management, and other potential significant sources of odor in the region.

This report also details recommended next steps in order to build a file of technical information that Waste Connections could use in their defense in the subject cases.

The preliminary inspection was conducted by James Walsh, President and CEO of SCS Engineers who is an expert in landfill gas systems and landfill operations along with Thomas Rappolt who is SCS's national expert on odor assessment studies.

Figure 1.    Onsite Odor and $H_2S$ Survey Sample Points



Privileged and Confidential Attorney-Client Communication or Attorney Work Product



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Figure 2. Offsite Regional Odor Survey Path and Sample Points (Not to Scale)



Jefferson Parish Landfill (10/9/2018)     www.scsengineers.com

3

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0404

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



## 2.0   DATA AND DOCUMENTS REVIEWED

In the course of the evaluation, the following data and documents were reviewed and considered in forming opinions.

Plaintiff Documents:

1. 24th Judicial District Parish of Jefferson for the Parish of Jefferson, State of Louisiana (no. 786-541), Larry Bernard, Sr. and Mona Bernard vs. Progressive Waste Solutions of LA, Inc., Waste Connections, US, Inc., IESA LA Landfill Corporation, Louisiana Regional Landfill Company, Inc., APTIM Corporation, and Parish of Jefferson, Class Action Petition for Damages, 08/10/2018.

2. 24th Judicial District Parish of Jefferson for the Parish of Jefferson, State of Louisiana (no. 785-955), Elias Jorge "George" Ictech-Bendeck vs. Progressive Waste Solutions of LA, Inc., Waste Connections, US, Inc., IESA LA Landfill Corporation, Louisiana Regional Landfill Company, Inc., APTIM Corporation, and  Parish of Jefferson, Class Action Petition for Damages, 07/25/2018.

3. 24th Judicial District Parish of Jefferson for the Parish of Jefferson, State of Louisiana (no. 787-081), Nicole M. Landry-Boudreaux vs. Progressive Waste Solutions of LA, Inc., Waste Connections, US, Inc., IESA LA Landfill Corporation, Louisiana Regional Landfill Company, Inc., APTIM Corporation, and Parish of Jefferson, Class Action Petition for Damages, 08/27/2018.

4. 24th Judicial District Parish of Jefferson for the Parish of Jefferson, State of Louisiana (no. 786-137), Savannah Thompson vs. Progressive Waste Solutions of LA, Inc., Waste Connections, US, Inc., IESA LA Landfill Corporation, Louisiana Regional Landfill Company, Inc., APTIM Corporation, and Parish of Jefferson, Class Action Petition for Damages, 07/30/2018.

Waste Connections Provided Documents:

5. Jefferson Parish Dept. of Environmental Affairs, "Contract to provide Services to Operate, Manage, and Maintain the Jefferson Parish Sanitary Landfill Site – additional Service Requested", Letter to Jeff Palutis (IESI) from Joseph Buller, Jr. PE (Jefferson Parish). Dec. 2, 2013.

6. Waste Connections, Inc. (WC), "May 8, 2018 Meeting", Letter to Mr. Keith Conley, COO Jefferson Parish from Mr. Rob Nielsen (WC), May 30, 2018.

7. Carlson Environmental Consultants, PC (Carlson), "Preliminary Landfill Gas System Assessment Findings, Jefferson Parish Landfill – Waggaman, LA", Letter to Keith Conley, COO Jefferson Parish from Kristofer L. Carlson, PE, May 31, 2018.

8. Jefferson Parish Incident report, June 2, 2018.

9. State of Louisiana, Dept of Environmental Quality, "Compliance Order, Enforcement Tracking No. SE-C-18-00372, Agency Interest no. 6961", Letter to Jefferson Parish Government (c/o Michael S. Yenni, Parish President) from Mr. Lourdes Iturralde, Assist. Sec, Office of Environmental Compliance. June 22, 2018.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

10. Waste Connections, Inc. (WC), "Contract to Provide Services to Operate, Mange, and Maintain the Jefferson Parish Sanitary Landfill Site, dated May 17, 2012 (the "Agreement"), by and between the Parish of Jefferson (the "Parish") and the Louisiana Regional Landfill Company, f/k/a IESI LA Landfill Corporation ("LRLC")", Letter to Mr. Keith Conley (Jefferson Parish) from Robert Nielson, III, July 20, 2018.

11. Jefferson Parish Resolution No. 131828, July 25, 2018.

12. State of Louisiana, Dept of Environmental Quality, "Approval of Minor Modification to Solid Waste Permit, IESI LA Corp – Jefferson Parish Sanitary Landfill, D-051-0090/P-0297R1M7, Jefferson Parish" Letter to Mr. Joseph (Rick) Buller, Jr. (Jefferson Parish) from Estuardo Silva, April 6, 2016.

13. Louisiana Dept of Environmental Quality, Mobil Air Monitoring Lab (MAML), "April 27, 2018 River Ridge and Harahan, LA." Surveillance and monitoring report for operation from April 27 to May 2, 2018.

14. Permit Modification no. 7 Application, Jefferson Parish Sanitary Landfill, Solid Waste Permit, Facility No. D-051-0090, Agency Interest No. 6961, Permit No. p-0297R1, Vol 1 of 1, March 2016. Sigma Engineers and Constructors, Inc.

15. Odor Complaint Data Maintained by Waste Connections at the Jefferson Parish Landfill, January through December 2017.

16. Odor Complaint Data Maintained by Waste Connections at the Jefferson Parish Landfill, January through September 2018.

17. Weather Data collected at the Jefferson Parish Sanitary Landfill – 2017.

18. Weather Data Collected at the Jefferson Parish Sanitary Landfill – January through Sept 14, 2018.

19. 30 CAD Drawings from 2011 RFP (Piping diagrams. Well placements, well design crossections, slope contours, etc.).

20. 8 Cad Files that include aerial views of the Jefferson Parish Landfill in 2018.

21. Excel Spreadsheet of daily municipal solid waste and special waste tonnage deliveries from 9-20-2016 and through 9-2-2018.

22. 48 files of monthly, quarterly and annual wastewater discharge reports from 9-2017 to 9-2018.

SCS obtained data sources:

23. Weather Underground, historical meteorological data for New Orleans International Airport (MSY), April through September 2018, www.wunderground.com.

24. Davoli, E., Gangai, M. L., Morselli, L., and Tonelli, D., "Characterization of Odorants Emissions from Landfills by SPME and GC/MS", Chemosphere 51 (2003) 357-368, www.elsevier.com/locate/chemosphere.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

25. Sue Lee, Qiyong Xu, Matthew Booth, Timothy G. Townsend, Paul Chadik, Gabriel Bitton, "Reduced Sulfur Compounds in Gas from Construction and Demolition Debris Landfills", Waste Management 26 (2006) 526–533, www.elsevier.com/locate/wasman.

26. Paola Pierucci, Elena Porazzi, Mercedes Pardo Martinez, Fabrizio Adani, Cesare Carati, Federico Maria Rubino, Antonio Colombi, Enrico Calcaterra, Emilio Benfenati, "Volatile Organic Compounds Produced During the Aerobic Biological Processing of Municipal Solid Waste in a Pilot Plant", Chemosphere 59 (2005) 423–430, www.elsevier.com/locate/chemosphere.

27. Carlson Environmental Consultants, PC (Carlson), "Landfill Gas System Assessment for the Jefferson Parish Landfill", Monroe, NC, August 15, 2018.

28. 3M Occupational Health and Environmental Safety Division, "2010 Respirator Selection Guide", 3M Corporation, 2010.

Some of these documents are referenced or cited in the text contained in the following sections of this report. Citations are made according to the accompanying number listed by each of the above documents.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 16:25   FAX 504 596 6301 Bradley Murchison – N.O.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# 3.0    SITE OBSERVATIONS

## 3.1    GENERAL SITE SURVEY AND OBSERVATIONS

Upon arriving at the Jefferson Parish Landfill, and after an initial on-site meeting, the SCS team was escorted on a detailed site tour of the landfill operations. This tour was lead by Mr. Brett O'Conner of Waste Connections. The entire waste site was viewed by the team initially by driving along all site access roads. At various locations, the team exited the vehicle and proceeded via foot to inspect some specific aspects of the facility. This initial view of Jefferson Parish Landfill provided the basis for a more methodic odor survey of the facility conducted later that day. SCS's initial observations from this tour were that the Jefferson Parish Landfill was well maintained and organized and certain sections were undergoing construction and modification. All final covered areas were planted and maintained and no debris was evident in the final covered areas. The storm water runoff and leachate pond was empty due to the effort to replace the liner and all leachate was legally being channeled to the local Publically Owned Treatment Works (POTW) in a completely contained system. Active construction was witnessed in the Phase 4a zone in preparation of a bottom liner for that cell. In addition, at the northern portions of Phase 4a, where it overlaps Phase 3b, the active working face was in progress. Aggressive methods were in practice to minimize the exposed area of newly deposited solid waste and to rapidly cover the waste to minimize any odor or fugitive debris. An active odor control system was operational. During the initial tour, minimal gaseous and/or sulfurous odors were briefly observed along a section the western border of Phase 3a adjacent to a leachate pond situated on the River Birch landfill. Slight trashy and sweet odors were detected near the working face (as expected), but not a sulfur or rotten egg-like smell that normally is associated with landfill gas. The extent of the working face odors were observed as minimal and were not detectable at downwind locations near the facility border. Requested documents were provided by Waste Connections following the site visit.

## 3.2    LANDFILL GAS SYSTEM

The Jefferson Parish Landfill is owned by Jefferson Parish. It has been developed in each of 5 existing and separate waste disposal areas designated as Phases 1, 2, 3a, 3b, and 4a. Phase 4b is an area permitted for waste disposal but not yet developed or having any waste disposed to date. The entire landfill property is 346 acres, of which 324 acres is designated and permitted for waste disposal. The site was opened to waste receipt in Phase 1 in 1982, and its current solid waste permit expires in 2024. To date, the site has received about 13 million tons of waste.

Waste disposal operations at this landfill are currently contracted by Jefferson Parish to IESI, a subsidiary of Waste Connections. The responsibilities of Waste Connections to date are limited to current landfill operations in Phase 4a. The existing gas collection and control system (GCCS) throughout the site is contract operated from Jefferson Parish to APTIM. The existing leachate management system is operated by an internal workforce of Jefferson Parish Landfill.

The GCCS is fully installed and operational in closed landfill Phases 1, 2, 3a, and 3b. A GCCS has not yet been installed in new and currently operational Phase 4a. Gas collection in that GCCS is primarily through a total of 220 vertical wells and a few horizontal collectors. Gas from those collection points is the conveyed through above ground laterals and underground headers to two central collection stations. The primary and at present exclusive active gas collection station now is a facility owned and operated by a landfill gas developer who sells the gas to a third party for energy use. That developer is known as Renovar Inc. That plant is located in the northeast part of the landfill property. A blower/flare facility owned and operated by Jefferson Parish is located in the southwest corner of the property. No

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

flow is currently going to that location. It is meant as backup for collection and disposal of collected gas if the landfill gas developer Renovar cannot use all of the collected landfill gas. At present, Renovar is able to use all of the collected gas, so the blower/flare facility sits idle awaiting such need.

Landfill gas at the site is subject to federal and state air regulations known as the New Source Performance Standards (NSPS) for municipal solid waste landfills. Those regulations require the installation and operation of a comprehensive GCCS to reduce and control fugitive emissions of landfill gas that could cause degradation of area-wide air quality or contribute to local off-site odor nuisance. These regulations have certain operating requirements for individual gas collection points, for controlling surface emissions, and either for the treatment and disposal of collected gas in an on-site combustion device or for transport off-site for third-party energy use as is the case here.

Although there have been a few Compliance Orders that addressed a need for adjusted and improved GCCS operation to fully comply with the NSPS regulations at this site, the site appears to be in substantial compliance with the NSPS regulations over the past few years and at this point in time. That by itself is an indication that the Jefferson Parish Landfill is adequately controlling fugitive emissions at the landfill from gas sources, and thus adequately controlling odor from this source.

The above is based on monthly monitoring of wellheads and quarterly surface emission monitoring (SEM) done for NSPS compliance by APTIM. In addition, Carlson Environmental Consultants, PC (CEC) did extensive field monitoring and analysis work on the GCCS in May 2018, as part of its analysis under contract assignment to Jefferson Parish. CEC found liquid accumulations in many gas wells and overall determined that the gas system was not optimized for collecting the maximum possible quantity of gas. But their wellhead monitoring and SEM monitoring at the site demonstrated substantial compliance with NSPS requirements. Where exceedances were found in wellhead readings or SEM results, the results were deemed to be correctable, by APTIM adjusting the GCCS in a manner that gets wellhead or surface emission readings back to target, and thus achieves overall NSPS compliance.[7,24]

As described previously, the authors of this report inspected the site on September 13 and 14, 2018. Among other tasks, they observed on-site and off-site odors and their likely sources. Only slight odors of landfill gas fugitive emissions were detected on-site. Those slight odors were likely traceable to fugitive emissions from the landfill surface, uncollected or uncollectable by the site's GCCS. This odor level was observed to be average to better than average for most landfills, and consistent with an adequately operated GCCS. Even an optimized and perfectly designed and operated GCCS cannot collect all fugitive emissions, as is recognized by U.S. EPA and their NSPS-related guidance publication known as AP-42.

SCS is confident that the fugitive landfill gas emissions detected on-site on September 13 and 14, 2018 did not rise to a level of detectability off-site, much less to that of an off-site nuisance level. Although odor potential can vary day to day depending upon weather conditions, it is unlikely that such fugitive emissions from Jefferson Parish Landfill could ever rise to a level of odor nuisance off-site under the current conditions of GCCS operation at this site.

## 3.3    LEACHATE HANDLING SYSTEM

Leachate collection systems have been installed in all phases of the Jefferson Parish Landfill. The system consists of underdrain piping installed atop clay and plastic liners in each of the landfill phases. These underdrains then connect to side slopes risers. Pumps are installed down-hole in these risers to pump collected leachate to the surface. That collected leachate is then conveyed through underground lateral piping to an existing leachate pond in the southwest corner of the landfill property. After aeration and settling of solids in that pond, the leachate is conveyed to a nearby sewer connector.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Leachate is then conveyed through conventional existing sewer lines to the publicly owned treatment works (POTW) several miles away.

At the time of our site visit on September 13 and 14, 2018 the pond was being re-constructed and was not in use. In the interim, collected leachate is conveyed through subsurface piping direct to the sewer and thence to the POTW. The leachate does not come above ground or is otherwise exposed to atmosphere at all. With the leachate totally contained, there is no opportunity for release of leachate odors from its collection system into the air.

It is well known that the Jefferson Parish Landfill is more saturated than most landfills. First, local precipitation averages in excess of 60 inches per year, and much that falls on the site then infiltrates into the waste, as is the case at any landfill. Second, this site has received liquid wastes for many years. Liquid waste receipts continue to this day, although quantities of such received at present are significantly reduced from prior years. Liquid wastes received at the landfill must be and have been solidified before application to the landfill's working face. Despite that, liquid waste receipts have also contributed to the higher than average liquid quantities in this landfill.

This higher liquid content has manifested itself in the gas extraction wells. As described previously, these liquids are accumulating in virtually all gas wells, reducing the available slotted length for gas inflow in gas extraction wells or in some cases covering them completely. Many of the gas wells have pumps installed down-hole to remove those liquids. But many of these pumps were found to be disabled or under-performing at the time of the CEC field monitoring of May 2018. And again, not all gas wells have such pumps.

This has reduced the opportunity for optimum gas collection for the energy plant and revenue for the developer, although environmental compliance and odor control is still achieved under the NSPS regulations, as cited previously.

The leachate collection system has similar issues. Although pumps have been installed in all leachate risers, many were found to be disabled or under-performing in the CEC monitoring round of May 2018. Like the gas system, work is backlogged to pump liquids and get the leachate system operating better, and ideally to optimum conditions. Any and all liquid that accumulates above 1-foot of depth in the leachate collection system should be continuously pumped out.

Despite the above, leachate is not believed to be contributing any detectable odor on or off site. At many sites with excess liquid buildup in the waste mass, the excess liquids create leachate springs known as "break-outs" on the side slopes of the landfill. There is no evidence of such breakouts on any of the phases of the Jefferson Parish Landfill. Such breakouts are often a primary source of landfill odors attributable to leachate. But again, there is no evidence of that at Jefferson Parish Landfill.

Leachate conveyance system including on-site-treatment and collection ponds exposed to the atmosphere can also be a source of landfill odor. But the leachate system at Jefferson Parish Landfill is totally enclosed and the leachate treatment pond is not being used at this time. Instead, leachate is directly conveyed subsurface and in enclosed piping from the bottom of each landfill phase into the local sewer system. In summary, SCS is of the opinion that leachate at the Jefferson Parish Landfill is not currently a source of landfill-related odor.

---

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

## 3.4    ODOR AND H₂S SURVEY OF LANDFILL PHASE BORDERS

As outlined in the Background section of this report, a methodical survey of onsite odor sources was conducted on the Jefferson Parish Landfill. As shown in Figure 1, odors were surveyed at all border and access road locations and sampled for $H_2S$ at 25 discrete locations throughout the landfill facility. Along the path of this survey, SCS personnel scanned for any detectable odors and measured for the ambient $H_2S$ concentration using a calibrated Jerome 631-X $H_2S$ analyzer. The complete log of this sampling and survey work is found in Appendix A (9-13-2018). Record of calibration for this analyzer is provided in Appendix B. As noted, odors having a sulfur component were detected at locations 3, 17b, 18, and 19. Concentration measurements of $H_2S$ at these locations were 3ppb, 8ppb, 14ppb, and 11ppb respectively. Slight odors having a wet soil or sewage character were detected near locations 17, 10b, and 21 with no $H_2S$ detected. It should be noted that all odors were very transient and considered minor. The most significant was at site 18 near the gas separation plant in operation on the River Birch Landfill just adjacent to the Jefferson Parish Landfill's western border (see Figure 1) near Phase 3b. Wind observations associated with the detection of odors at sampling site 18 were variable and primarily from the north (the general direction of the River Birch gas plant from the sampling point). No odors were detected off site from the Jefferson Parish Landfill. Table 1 provides a summary of the data collected during this site survey.

Table 1.    Jefferson Parish Landfill Site Odor Survey Data (9-13-2018)

| Location | Time | Estimated WS (m/s) | Estimated WD (Compass) | H₂S (PPB) | Comment |
|---|---|---|---|---|---|
| 1 | 1328 | 0 | SSE | 0 | No Odor – light winds |
| 2 | 1330 | 0 | SSE | 0 | No Odor – light winds |
| 3 | 1333 | 1-2 | S | 3 | Slight Odor – sulfur |
| 4 | 1335 | 1-2 | S | 0 | No Odor |
| 5 | 1338 | 1-2 | S | 0 | No Odor |
| 6 | 1340 | 1-2 | S | 0 | No Odor |
| 7 | 1343 | 1-2 | S | 0 | No Odor |
| 8 | 1345 | 1-2 | S | 0 | No Odor |
| 9 | 1347 | 1 | S | 0 | No Odor |
| 10 | 1350 | 1 | S | 1 | No Odor |
| 11 | 1450 | 0 | NA | 0 | No Odor |
| 12 | 1455 | 0 | NA | 0 | No Odor |
| 13 | 1500 | 0 | NA | 0 | No Odor |
| 14 | 1502 | 0 | NA | 0 | No Odor |
| 15 | 1504 | 0-1 | S | 0 | No Odor |
| 16 | 1506 | 0-1 | S | 0 | No Odor |
| 17 | 1507 | 0-1 | NA | 0 | Intermittent Odors |
| 17b | 1508 | 0 | N (DRIFTING) | 8 | Sulfur Gas Odor |
| 18 | 1510 | 0 | N (DRIFTING) | 14 | Distinct LFG |
| 19 | 1512 | 0 | NA | 11 | LFG Odor |
| 10b | 1518 | 0 | NA | 0 | Wet Soil Odor |
| 20 | 1520 | 0 | NA | 0 | No Odor |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

| Location | Time | Estimated WS (m/s) | Estimated WD (Compass) | H2S (PPB) | Comment |
|---|---|---|---|---|---|
| 21 | 1523 | 0 | NA | 0 | Light Sewage Odor |
| 22 | 1528 | 0 | NA | 0 | No Odor |
| 23 | 1530 | 0 | NA | 0 | No Odor |
| 24 | 1534 | 2 | S | 0 | No Odor |

## 3.5    LANDFILL WORKING FACE

The working face was active in receiving and placing municipal solid waste during the entire 2 day visit. Deliveries were consistent with stated historical waste handling on a daily basis which averages about 1,000 to 1,200 tons per day (40 to 80 truck trips per day) [21]. As previously stated the working face was kept at a minimum area (approximately 40 meters by 80 meters) and aggressively covered with at least one foot of soil to minimize odors and fugitive debris. An active misting and deodorizing system was operational at all times waste was being received. The misting system was not a masking agent but a true deodorizer agent. The deodorizer agent was delivered via an elevated hose system with periodic mister valves positioned about one per 5-8 feet at an elevation of about 10 feet above ground and crosswind to the incident wind direction. It appeared to be effective as the working face odors were minimal and no raw material odors were detected at downwind border locations. The active ingredient or the system manufacturer was not known or readily available at the time of the site tour.

In addition, it was noted that liquid wastes are far reduced from that of the past. Bulking agents absorb excess liquids and have the further benefit of reducing odor potential. Although the CEC report states that fly ash is a bulking agent and a known cause of hydrogen sulfide (H2S) generation with its resulting high odor potential [27], it is understood from Waste Connections personnel that this is incorrect - that fly ash has never been used as a bulking agent at Jefferson Parish Landfill, at least by IESI/ Waste Connections. Instead, bulking agents have been carefully selected to preclude any potential for odor generation on its own.

## 3.6    CELL CONSTRUCTION FOR PHASE 4A

As can be seen in Figure 1, the Phase 4a placement cell was under construction during the site visit. Significant challenges to this cell construction were cited during the tour. The soil removal process is slow due to the wet and spongy characteristic of the bottom soil needed to be removed and stockpiled to make way for a liner to support future waste placement activities. Other than a slight wet soil odor, no significant odors were detected in this area of the Jefferson Parish Landfill, including the adjacent area where excavated soils were being stockpiled. No H2S was detected in this area.

## 3.7    REGIONAL ODOR SOURCE SURVEY (9-14-2018)

As depicted in the previously mentioned Figure 2, SCS conducted a regional odor survey of potential sources in the facility of the Jefferson Parish Landfill. Table 2 provides a summary of these observations. In this survey, significant odors were detected in the morning hours along Highway 90. The location of these odorous plumes were situated just west of the Highway 90 entrance driveway to the C&D Landfill as sample locations 1 and 2 on Figure 2. Readings of 58 and 72 PPB were recorded along highway 90 at these locations respectively. Significant sulfur – rotten egg odors were experienced. Light winds from the northeast and east-northeast were prevalent during this observation which would suggest a plume trajectory originating from the C&D facility. Almost an hour later, odors were still present at this location, though at lower levels associated with higher wind speeds.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Table 2.     Regional Odor Survey of Jefferson Parish (9-14-2018 – see Figure 2)

| Location | Time | Estimated WS (m/s) | Estimated WD (Compass) | H₂S (PPB) | Comment |
|----------|------|--------------------|------------------------|-----------|---------|
| 1  | 0850 | 1-2 | NE  | 58 | LFG Rotten Eggs |
| 2  | 0852 | 1-2 | ENE | 72 | LFG Sulfur |
| 1  | 0945 | 2-3 | NNE | 2  | Light LFG Odor |
| 2  | 0947 | 2-3 | NNE | 2  | Light Sulfur |
| 3  | 1020 | 2-3 | NNE | 0  | Corn Flake – Grain Odor |
| 4  | 1030 | 2-3 | ENE | 2  | Sulfur and Ammonia |
| 5  | 1033 | 2-3 | ENE | 2  | Sulfur and Ammonia |
| 6  | 1045 | 2-3 | ENE | 0  | Light Diesel Odor |
| 7  | 1050 | 2-3 | ENE | 0  | Wet Soil and Garbage |
| 8  | 1052 | 2-3 | N   | 0  | Light Odor – Green Waste |
| 9  | 1055 | 1-2 | N   | NA | Stale Hard Odor |
| 10 | 1115 | 1-2 | N   | NA | NA |
| 11 | 1120 | 2-3 | N   | NA | Sour Sewage Smell – Distinct |
| 12 | 1135 | 2-3 | N   | NA | Wet Soil Odor |
| 13 | 1140 | 2-3 | NE  | NA | Wet Soil Odor |
| 14 | 1150 | 2-3 | NE  | NA | No Odor |

Other sources of odor were observed throughout the observation route though the region. In some instances there were positive readings of H₂S and other times no H₂S detected with a variety of odors being sensed. There is no question that there are a wide variety of sources of industrial odors in the region that can be detected during generally prevalent weather conditions, not to mention under extremely light and stable air flow when odors are more common. Table 3 provides the intended source where odor observations were made during this survey. These 14 sources are not the only additional sources in the region in addition to the landfills, but are just a sampling of sources that noted a positive odors response.

See Figures 3 through 9 for detailed sampling locations downwind of various sources in the region.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Figure 3.    Sites 1 and 2



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0414

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 16:34  FAX 504 596 6301 Bradley Murchison - N.O.

096/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Figure 4.    Site 3



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0415

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Figure 5.    Sites 4 and 5



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0416

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Figure 6.    Site 6



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



Figure 7.     Sites 7, 8, and 9



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0418

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Figure 8.    Sites 10 through 13



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0419

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Figure 9.    Site 14



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Table 3.     Source Receptor Location for the Regional Survey Conducted on 9-14-2018

| Receptor Location Number | Description of Intended Source/Receptor Location |
|---|---|
| 1 | C&D Landfill/Highway 90 (NNE, NE and ENE winds), Avondale, LA |
| 2 | C&D Landfill /Highway 90 (NNE, NE and ENE winds), Avondale, LA |
| 3 | ADM Grain Processing Plant/ River Rd. near Ama, LA |
| 4 | Cornerstone Chemical, Evonik, and Kemira facilities/Alice Rd., Waggaman, LA |
| 5 | Cornerstone Chemical,  Evonik, and Kemira facilities/Alice Rd., Waggaman, LA |
| 6 | Soil Processing Facility/River Road on Levy near Jeffer Drive in Waggaman, LA |
| 7 | Waste Bin Container Yard/Litigue St., Waggaman, LA |
| 8 | Carpenter and Peterson Facility/Litigue St. and Foundry Rd in Waggaman, LA |
| 9 | Metals USA Plant/Foundry Rd. and Modern Farms Rd. in Waggaman, LA |
| 10 | Barging near Levi/Riverside Dr and Imperial Woods Dr., Harahan, LA |
| 11 | Sewer Excavation Near Colonial Country Club/Colonial Club Drive, Harahan, LA |
| 12 | River Activity/Orchard Rd and River Lane, River Ridge, LA |
| 13 | River Activity/East & West Henfer Ave., River Ridge, LA |
| 14 | WWTP near Rt 3139, Elmwood, LA |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

## 4.0   FINDINGS AND CONCLUSIONS

The findings and conclusions from this study are presented below:

- Odor complaint correlation with concurrent wind measurements suggests that the numerous sources in the region contribute to odor detection by the public.

  - Odor complaints within five miles of the Landfill that occurred between July 28 and September 7, 2018 [16] were evaluated for correlation to the wind directions measured at the nearby New Orleans International Airport [23]. Each odor event location was first mapped using Google Earth and then categorized according to the direction (N, NNE, NE, ENE, E, etc.) from the Landfill to the odor event. Next, the direction from the Landfill to each odor event was compared to the wind direction measured at the New Orleans International Airport just before and just after the odor event start time based on hourly measurements. Of the 157 odor events with valid data (e.g., complaint log recorded the event start date, start time, and address), only 29 events (18.5%) correlated to the airport wind direction measured just before the start of the odor event and only 4 events (2.5%) correlated to the airport wind direction measured just after the start of the odor event. This indicates that over 80% of the odor observations were most likely from other sources.

- Observed odors and measured concentrations of H2S at the Jefferson Parish Landfill are minimal and not detectable at off site locations.

  - Based upon our inspection of the Jefferson Parish Landfill, SCS observed minimal concentrations of $H_2S$ at only selected areas of the landfill. Any odors detected near the landfill borders (near small segments of the western border of Phases 3b and 3a) were transient, not sustainable and considered insignificant. These observations and accompanying $H_2S$ measurements support our finding that any generated odors at the Jefferson Parish Landfill are not detectable at offsite locations where the general public has access. Our observations support the allegation that the gas plant on the River Birch Landfill could be producing significant emissions of $H_2S$ and the C&D landfill just east of the Jefferson Parish Landfill is a confirmed generator of $H_2S$ emissions [25] as its plume was measure on Rt. 90 the morning of 9-14-2018.

- Results of the Mobile Air Monitoring Lab (MAML) report dated April 27 2018, River Ridge and Harahan, LA corroborates the finding that the Jefferson Parish Landfill was not the source of odors detected on April 28th and 29th, 2018.

  - In general, the MAML report [13] provides very useful and accurate information resulting from detailed air monitoring conducted in the River Ridge, Harahan, and Westwego, LA regions. While SCS has some reservation on the accuracy of the data collected by the Louisiana Department of Environmental Quality (LDEQ), in general, the measurements were collected according to documented methods and practices with ample quality assurance to back the validity of the data. During the six days (April 27 through May 2, 2018) of nearly continuous monitoring of numerous chemical species, the region experienced an odor event during the late hours of April 28 that extended into the early hours of April 29. During this event, hourly averages of methane and $H_2S$ concentrations were shown to increase by a factor of about 3 and 6, respectively. Methane was seen to increase from an hourly average of 2.56 ppmC to 7.54 ppmC. At the same time, hourly averages of $H_2S$ were seen to increase from 1.9 ppb to 12.0

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

ppb. During this approximate five hour episode, three instantaneous grab samples were collected and analyzed by a certified contracted analytical laboratory for speciated volatile sulfur compounds (ASTM method 5504-12) and volatile organic compounds (EPA Method TO-15). Those grab samples indicated instantaneous $H_2S$ concentrations ranging from 100 ppb to 120 ppb, which were below the Louisiana Ambient Air Standard (LAAS) but not below the established odor threshold of $H_2S$ of 0.5 ppb. [28]

—  Wind measurements made by the MAML indicated wind direction averages were from the sector defined by 226 degrees clockwise through 246 degrees which placed the Jefferson Parish Landfill as one of the possible alleged sources of the pollutants measured (SCS cannot verify the method that the LDEQ used to align the meteorological sensors correctly during their monitoring exercises).

—  SCS contends that the elevated $H_2S$ levels measured that evening could not be attributed to the Jefferson Parish Landfill due to the fact that the corresponding TO-15 data shows a non-detect of d-limonene and ethyl acetate in all samples. D-limonene and ethyl acetate are common markers of gaseous emissions from municipal waste but not found in C&D landfills. [24, 26] This is due to the absence of food and other organic wastes in C&D landfills. If the $H_2S$ concentrations measured in the samples collected during the odor event on April 28-29 contained d-limonene and/or ethyl acetate, it may then suggest that Jefferson Parish emissions could have contributed. But the absence of these markers indicates the absence of any influence of Jefferson Parish Landfill emissions on the odor event experienced that evening.

•  **Potential Jefferson Parish Landfill emissions do not support downwind instantaneous and hourly impacts of $H_2S$ of the ranges measured by the Louisiana Department of Environmental Quality via the MAML Study – a much more substantial source is responsible.**

—  SCS conducted screening level dispersion modeling using the United States Environmental Protection Agency's (EPA's) SCREEN3 model to gauge a hypothetical surface concentration from an area source located at the Jefferson Parish Landfill that could generate a downwind hourly $H_2S$ concentration of 12 ppb or an instantaneous concentration of 120 ppb in River Ridge or Harahan, LA (approximately 2-3 miles away). This modeling revealed that it would take an area source having the dimensions of 40m by 80m with an average surface $H_2S$ concentration over 10,000 ppm to generate such downwind impacts. Additional modeling revealed that it would take a theoretical point source located at Phase 4a with a diameter of 320 meters and an average surface $H_2S$ concentration of approximately 180 ppm to generate such hourly downwind impacts. For the instantaneous concentration, it would require an even higher surface $H_2S$ average concentration.

—  The surveys conducted by SCS on September 13, 2018 and those conducted by CEC do not indicate that there are sources of this magnitude (size and concentration) at the Jefferson Parish Landfill. The CEC report indicates some small isolated cracks in the cover at isolated locations and next to well heads penetrations in phases 3b and 4a had $H_2S$ reading on the order of 50 PPM, but in no way do these isolated fugitive sources add up to an area of the size used in this analysis at this concentration. The CEC report indicates that the surface air concentrations in the region where there were cracks and well head fugitive sources was about 200ppb – which if modeled, would

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0423

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

not generate the observed downwind concentrations. The SCS survey could not replicate the $H_2S$ concentrations cited in the CEC report. SCS suggests that another substantial source of $H_2S$ exists in the region. The C&D Landfill has the potential to generate these types of surface concentrations due to the nature of waste generally deposited in a C&D facility (plaster board). [25] This theory is further supported by the $H_2S$ measurements collected on the morning of September 14, 2018 on Highway 90 that directly measured a significant $H_2S$ plume coming from the direction of the C&D Landfill.

- Landfill Performance Observations

  - The landfill gas management system at Jefferson Parish Landfill has challenges with liquid accumulations, deferred maintenance, and deferred improvements. It is by no means optimized for maximum collection of fugitive landfill gas emissions. However, it appears to be in substantial compliance most of the time with the NSPS regulations. At the time of the SCS visit on September 13 and 14, 2018 it appears to collect enough landfill gas so as to manage the risk of landfill gas causing an odor nuisance off-site.

  - The leachate management system also has its challenges - with excess liquid buildup, deferred maintenance, and deferred improvements. But there appears to be no leachate breakouts or spring-like releases of leachate on the landfill side slopes. The leachate system at this time is entirely contained and not exposed to atmosphere. It seems unlikely that leachate or the leachate management system could be the cause of an odor nuisance off-site.

  - The landfill's working face is well operated and odors well managed. It seems unlikely that the working face could be the cause of any off-site odor nuisance.

  - IESI/Waste Connections is responsible only for working face operations in Phase 4a, and thus only for odors from the current working face in that phase. It is not responsible for odors from other existing Phases 1, 2, 3a, or 3b. It is not responsible for leachate or gas related odors from anywhere within the Jefferson Parish Landfill.

  - At the time of the site inspection of September 13 and 14, 2018 by SCS, on-site odors were small to non-existent, and far better than most landfills. It is recognized that these were just two days, and that odor conditions can worsen under different conditions such as changing weather. But with what SCS observed and detected on the landfill that day, it seems unlikely any odor from Jefferson Parish Landfill could rise to the level of an off-site odor nuisance.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# 5.0 OTHER SUGGESTED TASKS THAT SUPPORT THE ABOVE FINDINGS

Based upon the observations made during the site inspection, document review, and findings, SCS is recommending the following tasks that could be conducted to provide further substantiation of our opinions and conclusions.

- **Detailed Odor Emission Profile of the Jefferson Parish Sanitary Landfill.**

  – In this effort, SCS would conduct isolation sampling of surface odor emissions over each sub-area of the Landfill complex. Source samples would be collected and odor emissions determined for each aspect of the landfill operation. This could include, well heads, leachate ponds, piping systems, working face, daily cover areas, final cover areas, construction and excavation areas, etc. This data would be substantial and defensible according to ASTM and EPA standards and applicable to support detailed modeling of odorous emissions from the landfill complex or any sub-zone.

- **Conduct CALPUFF and AERMOD modeling of Odor Emission of the Jefferson Parish Landfill.**

  – The US EPA AERMOD model would be used to determine the worst case odor footprint of the Jefferson Parish Landfill. SCS is confident that based upon the odors survey conducted, impacts of odors would be minimal to non-existent. This exercise will prove that statement based upon a multi-year history of possible meteorological data. Detailed episode modeling could be performed using the CALPUFF model and supporting meteorological models to investigate certain odor episodes allegedly documented through odor complaint data and from the previous AERMOD modeling exercise.

- **Conduct Continuous Tracer Studies.**

  – SCS has the unique capability to tag the emissions of the Jefferson Parish Landfill with an inert tracer gas over a period of time. As this is done, when complaints are registered, a technician could be called to collect air samples at the location of complaints or where odors are detected in the adjacent neighborhoods. These samples can be analyzed for the specific tracer that is used at the Jefferson Parish landfill. If no tracer is present, then it is clear the Landfill is not the issue. Note, this approach does present some risks where plumes from adjacent landfills overlap with potential plumes from Jefferson Parish Landfill.

- **Conduct a Detailed Analysis of Historical Odor Complaint Data.**

  – While this report provides a short analysis of only a portion of the odor complaint data levied against the Jefferson Parish Landfill, it would be of interest to conduct a comprehensive analysis of the all the complaint data. Statistics would be drawn from this analysis in the validity of the complaint with regard to simultaneous and independently collected wind data. SCS believes that a significant portion of the complaints are baseless and having these statistics would strengthen Waste Connections argument that they are not generating the detected odors in the adjacent communities.

---

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



Privileged and Confidential Attorney-Client Communication or Attorney Work Product



- **Develop a Landfill Gas Generation and Collection Model for Jefferson Parish Landfill.**

  - CEC already has a gas generation model in their report. SCS can provide a more accurate modeling of landfill gas production using the LandGEM model algorithm with our own values for $L_o$ and $k$. These parameters can be defined based on our large proprietary database of landfill gas recovery versus modeling results. SCS would also like to obtain historical data for actual gas volumes collected for at least for the past five years, and determine the percentage (%) of total gas generation. The delta between generation and actual collection is the amount of gas available for fugitive emissions. It is important to demonstrate that Jefferson Parish Landfill collects gas in accordance with U.S. EPA's efficiency guidelines.

- **Collect and Evaluate Data on Special and Liquid Waste Receipts, their Quantities, their Sources, their Chemistry, and their Associated Bulking Agent Applied for the Past 5 Years.**

  - This will help SCS evaluate if any special or liquid wastes, or the way they were bulked or otherwise handled and treated may have caused a significant odor problem. SCS would like to further debunk the CEC claim that fly ash added as a bulking agent may have created an $H_2S$ odor problem. This study may help in debunking other claims about problematic special wastes, liquid wastes, or bulking agents.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Appendix A

# Survey and Sample Logs

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9-13-2018

# SCS ENGINEERS — Odor Study Field Survey Log

Project: Jefferson Parish Landfill  
Samples taken by: T. Ruggiero

| ObsID | Date | Time | Location | WS(units) | WD | Temp | Comments |
|---|---|---|---|---|---|---|---|
| 1 | 9-13 | 1528 | 1 | 0 w/y | SSE | | No odor - 0 PPB (very light winds) |
| 2 | 9-13 | 1530 | 2 | 0 w/y | SSE | | No odor - 0 PPB (very light winds) |
| 3 | 9-13 | 1533 | 3 | 1-2w/y | S | | 3 PPB slight odor |
| 4 | 9-13 | 1535 | 4 | 1-2w/y | S | | 0 PPB no odor |
| 5 | 9-13 | 1538 | 5 | 1-2 | S | | 0 PPB no odor |
| 6 | 9-13 | 1540 | 6 | 1-2 | S | | 0 PPB no odor |
| 7 | 9-13 | 1543 | 7 | 1-2 | S | | 0 PPB no odor |
| 8 | 9-13 | 1545 | 8 | 1-2 | S | | 0 PPB no odor |
| 9 | 9-13 | 1551 | 9 | 1- | S | | 0 PPB - no 9 SLF7L. |
| 10 | 9-13 | 1350 | 10 | 1 | S | | 1 PPB - no odor |
| 11 | 9-13 | 1450 | 11 | 0 | I | | 0 PPB - no odor |
| 12 | 9-13 | 1455 | 12 | 0 | I | | 0 PPB - no odor |
| 13 | 9-13 | 1500 | 13 | 0 | I | | 0 PPB - no odor |
| 14 | 9-13 | 1502 | 14 | 0 | I | | 0 PPB - no odor |
| 15 | 9-13 | 1504 | 15 | 0-1 | S | | 0 PPB - no odor |
| 16 | 9-13 | 1506 | 16 | 0-1 | S | | 0 PPB - no odor |
| 17 | 9-13 | 1507 | 17 | 0-1 | ? | | 0 PPB - Some interval 345 odor |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil  Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0428

01/16/2019 WED 16:54  FAX 504 596 6301 Bradley Murchison - N.O.

Ø110/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9-13-2018

# SCS ENGINEERS

## Odor Study Field Survey Log

Project: Jefferson Parish LF

Samples taken by: T. Rappaport

| Obs ID | Date | Time | Location | WS(units) | WD | Temp | Comments |
|---|---|---|---|---|---|---|---|
| 17b | 9-13 | 1508 | 17b | 0 | Diff winds | | 8 PPB - gassy sulfur - LFG |
| 18 | 9-13 | 1510 | 18 | 0 | Diff winds | | 14 PPB - Distinct LFG odor |
| 19 | 9-13 | 1512 | 19 | 0 | w/o | | 11 PPB - LFG odor Dist winds from N. |
| 10b | 9-13 | 1518 | 10b | 0 | w/o | | 0 PPB - some wet soil smell |
| 20 | 9-13 | 1520 | 20 | 0 | 1 | | 0 PPB - no odor |
| 21 | 9-13 | 1523 | 21 | 1 | 1 | | 0 PPb - Sewage smell - light w/ow Pumps. |
| 22 | 9-13 | 1528 | 22 | 1 | 1 | | 0 PPB - no odor |
| 23 | 9-13 | 1630 | 23 | 1 | 1 | | 0 PPB - no odor |
| 24 | 9-13 | 1657 | 24 | 2 | S | | 0 PPB - no odor |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0429

Z111/345   01/16/2019 WED 16:55   FAX 504 596 6301 Bradley Murchison - N.O.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

## SCS ENGINEERS — Odor Study Field Survey Log

Project: D-15-N0214 2018   Samples taken by: T. Rapport

| Obs ID | Date | Time | Location | WS(units) | WD | Temp | Comments |
|---|---|---|---|---|---|---|---|
| 1 | 9-14 | 0850 | 1 | 1-2 | NE | | 58 PPB - Distinct. Odor Rather good? |
| 2 | 9-14 | 0852 | 2 | 1-2 | ENE | | 72 PPB - Distinct Odor sulfury smell |
| 3.3 | 9-14 | 0945 | 1 | 2-3 | WNE | | 2 PPB - Lighter odor |
| 3.4 | 9-14 | 0947 | 2 | 2-3 | WNW | | 2 PPB - still sulfury/water |
| 5 | 9-14 | 1020 | 3 | 2-3 | NNW | | 0 PPB - Odor Flake/Grain Smell |
| 6 | 9-14 | 1030 | 4 | 2-3 | ENE | | 2 PPB - Sulfur smell/ammonia |
| 7 | 9-14 | 1033 | 5 | 2-3 | ENE | | 2 PPD - Sulfur smell/ammonia |
| 8 | 9-14 | 1045 | 6 | 2-3 | ENE | | 0 PPB - Diesel Smell. |
| 9 | 9-14 | 1050 | 7 | 2.5 | ENE | | Latimer St. - slight wet soil/garbage |
| 10 | 9-14 | 1052 | 8 | 2-3 | N | | Carpenter & Paper Sac Light Odor |
| 11 | 9-14 | 1055 | 9 | 1-2 | N | | Foundry & Working Farms - Stock |
| 12 | 9-14 | 1115 | 10 | 1-2 | N | | |
| 13 | 9-14 | 1120 | 11 | 2-3 | N | | River Rd & Golf Course - Distinct sour smell |
| 14 | 9-14 | 1135 | 12 | 2-3 | N | | Orchard Rd. Est. - slight wet soil smell. |
| 15 | 9-14 | 1140 | 13 | 2-3 | NE | | Heifer - poor River - slight wet soil smell. |
| 16 | 9-14 | 1150 | 14 | 2-3 | NE | | 3139 next to WWTP - no odor |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil   Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 16:56   FAX 504 596 6301 Bradley Murchison - N.O.   ☑112/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



# Appendix B

# Calibration and Operation of the Jerome 631-X

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# ARIZONA INSTRUMENT LLC
3375 N. Delaware St., Chandler, AZ 85225
(800) 528-7411 • (602) 470-1414
www.azic.com • customerservice@azic.com



## *Certification of Instrument Calibration*

SCS Engineers
5963 La Place Court
Carlsbad, CA 92008

RMA #   2501340

This is to certify that the Jerome **X631 0002** Gold Film Hydrogen Sulfide Analyzer, Serial Number **2832**, with Sensor Number **16-7-21-V2AS**, was calibrated with standard units traceable to NIST.

Calibration Status as Received:   **In Calibration**

|  |  | **Actual** | · | **Calibration Gas** |  | **Allowable Range** |
|---|---|---|---|---|---|---|
| **Incoming:** | Range 1 | 0.483 | ppm H2S | 0.500 | ppm H2S | +/- 6% |
|  | RSD % | 2.12 |  |  |  | <5% |
| **Outgoing:** | Range 1 | 0.502 | ppm H2S | 0.500 | ppm H2S | +/- 6% |
|  | RSD % | 1.79 |  |  |  | <5% |

Calibration Status as Left:   **In Calibration**

Estimated Uncertainty of Calibration System: 2.8%

Calibration Date: 05-Oct-2017      Recalibration Date: 04-Oct-2018

Temperature °F: 74.10·      % Relative Humidity: 34.60

Approved By: *Cheryl Hradek*                    Date Approved: 06-Oct-2017
Title: Cheryl Hradek - Quality Control

Equipment Used:
**H2S Calibration Standard: CC-57152  NIST#: 1385481**
**Calibration Date: 17-Aug-2016  Calibration Date Due: 18-Aug-2019**

**Mass Flow Controller B: 124604  NIST#: 152971**
**Calibration Date: 28-Nov-2016  Calibration Date Due: 28-Nov-2017**

**Mass Flow Controller D: 124602  NIST#: 151792**
**Calibration Date: 08-Nov-2016  Calibration Date Due: 08-Nov-2017**

**Digital Multimeter: 66961028  NIST#: 7000660**
**Calibration Date: 28-Mar-2017  Calibration Date Due: 28-Mar-2018**

**Flowmeter: US10H44183 NIST#: 1813; 1817; 1796**
**Calibration Date: 08-Nov-2016  Calibration Date Due: 09-Nov-2017**

Calibration Procedure Used: 730-0032

Arizona Instrument certifies that the above listed instrument meets or exceeds all published specifications and has been calibrated using standards whose accuracy are traceable to the NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY within the limitations of the Institute's calibration services, or have been derived from accepted values of natural physical constants, or have been derived by the ratio type of self-calibration techniques.
Disclaimer: Any unauthorized adjustments, removal or breaking of QC seals, or other customer modifications on your Jerome Analyzer WILL VOID this factory calibration . Because any of the above sets could affect the calibration and readings of the instrument, their certification will no longer be valid and, further, Arizona Instrument LLC WILL NOT be responsible for any liabilities created as a result of using the instrument after such adjustments, seal removal, or modifications.
As long as a functional test is within range, according to the procedure outlined in the Operator's Manual, the instrument is performing correctly.

This document shall not be reproduced, except in full, without the written approval of Arizona Instrument.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Appendix C

## Odor Complaint Analysis

---

Jefferson Parish Landfill (10/9/2018)                          www.scsengineers.com

C-1

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Joyce Lee

COMPLAINANT'S ADDRESS: 521 Bengal Rd. River Ridge

DATE AND TIME OF COMPLAINT: 7-28-18       6:59 AM

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY: Very strong

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: South

WIND SPEED: 5 MPH

TERMPERATURE: 90°

HUMIDITY: 51%

WEATHER CONDITIONS: Mostly Cloudy

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill

**Odor Control**

**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Shanon Jobert*

COMPLAINANT'S ADDRESS: *Colonial*

DATE AND TIME OF COMPLAINT: *7/28/18 4ᵖᵐ   Call @ 7:45 Am*

COMPLAINANT'S DESCRIPTION OF ODOR: *Cant explain*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *horrible*

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

*We spoke for 1/2 hour. Her concerns about her health, when will it be fixed, frustrations*

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *Calm*

WIND SPEED: *0 MPH*

TERMPERATURE: *78°*

HUMIDITY: *93%*

WEATHER CONDITIONS: *Fair*

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | R READIN | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill

## Odor Control
### Odor Complaint Report

#### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME: _Dawn_

COMPLAINANT'S NAME: _Donna Falgoust_

COMPLAINANT'S ADDRESS: _94 Donelon Dr. Harahan_

DATE AND TIME OF COMPLAINT: _7/28/18   2:45 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Blue_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Smoke_

#### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Smells like someone is burning something. Totally different than before_

#### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _SE_

WIND SPEED: _9 MPH_

TERMPERATURE: _90°_

HUMIDITY: _59%_

WEATHER CONDITIONS: _Mostly Cloudy_

#### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

#### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

#### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:00  FAX 504 596 6301 Bradley Murchison - N.O.   ☒118/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill

## Odor Control
### Odor Complaint Report

**ODOR COMPLAINT GENERAL INFORMATION**

INSPECTOR'S NAME: _Bret Seest_

COMPLAINANT'S NAME: _Roman_

COMPLAINANT'S ADDRESS: _7301 O'Neil Dr. Harahan_

DATE AND TIME OF COMPLAINT: _7/28/18  3:04 pm_

COMPLAINANT'S DESCRIPTION OF ODOR: _Smoke_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Strong_

**SUMMARY OF COMPLAINT (FROM COMPLAINANT)**

_Neighborhood filled with smoke._

**WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)**

WIND DIRECTION: _SE_

WIND SPEED: _9 MPH_

TERMPERATURE: _92°_

HUMIDITY: _59%_

WEATHER CONDITIONS: _Mostly Cloudy_

**INSPECTION AND RESPONSE**

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | R READIN | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)**

_Call Harahan PD. They confirmed heavy smoke in area. Fire Dept is investigating_

**DAILY COVER CONDITIONS AND DOCUMENTATION**

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Control**
**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Leon Bradley   504-428-4511_

COMPLAINANT'S ADDRESS: _613 Upland Ave. River Ridge_

DATE AND TIME OF COMPLAINT: _7-28-18      8:30PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Pretty Strong_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _North_

WIND SPEED: _6 MPH_

TERMPERATURE: _81°_

HUMIDITY: _91%_

WEATHER CONDITIONS: _T-Storm_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | R READIN | DESCRIPTION OF ODO |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfil**
**Odor Control**
**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Faye Giglio 504-739-7870

COMPLAINANT'S ADDRESS: 9504 Robin Ln. River Ridge

DATE AND TIME OF COMPLAINT: 7-29-18   6:01 PM

COMPLAINANT'S DESCRIPTION OF ODOR: greasy - roof tar

COMPLAINANT'S DESCRIPTION OF INTENSITY: 8 out of 10

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: West

WIND SPEED: 6 MPH

TERMPERATURE: 85°

HUMIDITY: 72%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

**ODOR COMPLAINT GENERAL INFORMATION**

INSPECTOR'S NAME:
COMPLAINANT'S NAME: Enola Richard 504-737-7108
COMPLAINANT'S ADDRESS: 1504 Sheringham Dr. Harahan
DATE AND TIME OF COMPLAINT: 7-29-18 8:40 PM
COMPLAINANT'S DESCRIPTION OF ODOR:
COMPLAINANT'S DESCRIPTION OF INTENSITY:

**SUMMARY OF COMPLAINT (FROM COMPLAINANT)**

**WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)**

WIND DIRECTION: SW
WIND SPEED: 5 MPH
TERMPERATURE: 80°
HUMIDITY: 90%
WEATHER CONDITIONS: Cloudy

**INSPECTION AND RESPONSE**

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | IR READIN | DESCRIPTION OF ODO |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)**

**DAILY COVER CONDITIONS AND DOCUMENTATION**

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



01/16/2019 WED 17:04 FAX 504 596 6301 Bradley Murchison - N.O. ☑122/345

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Odor Control**

**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Brittany Price   504-231-9008

COMPLAINANT'S ADDRESS: 370 Helios Dr.   Waggaman

DATE AND TIME OF COMPLAINT: 7-29-18   3:34 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Chemical

COMPLAINANT'S DESCRIPTION OF INTENSITY: 4 out of 10

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: NNE

WIND SPEED: 3 MPH

TERMPERATURE: 93°

HUMIDITY: 56%

WEATHER CONDITIONS: Thunder

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | R READIN | DESCRIPTION OF ODO |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:05  FAX 504 596 6301 Bradley Murchison - N.O.   Ø123/345

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Control**

### Odor Complaint Report

#### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Glenn Washington 504-259-4252_

COMPLAINANT'S ADDRESS: _9548 Lindenloop Rd Waggaman_

DATE AND TIME OF COMPLAINT: _1-29-18_     _6:08PM_

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY:

#### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

#### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _West_

WIND SPEED: _6 MPH_

TERMPERATURE: _85°_

HUMIDITY: _72%_

WEATHER CONDITIONS: _Mostly Cloudy_

#### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | JR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

#### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

#### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:05  FAX 504 596 6301 Bradley Murchison - N.O.



**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Control**

**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Arlee Culotta* 504-439-4473

COMPLAINANT'S ADDRESS: 99 Park Ave., Harahan

DATE AND TIME OF COMPLAINT: 1-29-18    2:40 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Rotten Eggs - Sewer

COMPLAINANT'S DESCRIPTION OF INTENSITY: 5 out of 10

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: Calm

WIND SPEED: 0 MPH

TERMPERATURE: 92°

HUMIDITY: 58%

WEATHER CONDITIONS: Thunder in the Vicinity

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | JR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

The following phone number called on
July 30, 2018. I called them back and
asked them to return my call. They didn't

504- 336-4419

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0444

01/16/2019 WED 17:07   FAX 504 596 6301 Bradley Murchison - N.O.

☑126/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME:               *Nicole Leitch   504-554-1931*

COMPLAINANT'S ADDRESS:            *110 W. Imperial Dr.  Harahan*

DATE AND TIME OF COMPLAINT:       *1-30-18          1'46 AM*

COMPLAINANT'S DESCRIPTION OF ODOR:   *Sulphur - Gassey*

COMPLAINANT'S DESCRIPTION OF INTENSITY:   *1 out of 10*

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION:        *Calm*

WIND SPEED:            *0 MPH*

TERMPERATURE:          *79°*

HUMIDITY:              *94 %*

WEATHER CONDITIONS:    *Mostly Cloudy*

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | R READIN | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Doug Martin_   _504-251-7754_

COMPLAINANT'S ADDRESS: _316 Larkspur Ln_   _Waggaman_

DATE AND TIME OF COMPLAINT: _7-30-18-8:30_   _7:50 AM first noticed_

COMPLAINANT'S DESCRIPTION OF ODOR: _gassy_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _6 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_getting stronger_

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _Calm_

WIND SPEED: _0 MPH_

TERMPERATURE: _83°_

HUMIDITY: _85%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | IR READIN | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill

**Odor Control**

**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Meghan Lainve 337-277-8666

COMPLAINANT'S ADDRESS: 216 Ravan Ave. Harahan

DATE AND TIME OF COMPLAINT: July 30, 2018   10:09AM

COMPLAINANT'S DESCRIPTION OF ODOR: Chemical, sulphur

COMPLAINANT'S DESCRIPTION OF INTENSITY: 8

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Smells like a Chemical sulphur like. smelling both inside and outside.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: ESE

WIND SPEED: 0 mph

TERMPERATURE: 75.7°

HUMIDITY: 92%

WEATHER CONDITIONS:

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | R READIN | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME: _____

COMPLAINANT'S NAME: Shannon Aymami (504) 300-6644

COMPLAINANT'S ADDRESS: 500 Stratford Harahan

DATE AND TIME OF COMPLAINT: July 30, 2018   7.07 Am

COMPLAINANT'S DESCRIPTION OF ODOR: Rot. Stench. Possible:

COMPLAINANT'S DESCRIPTION OF INTENSITY: 10- Strong, the worse.

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Not the 1st time she smelled it. Didn't have contact info before. So strong. Smells like a combination of tar but hot really tar. Rotten. Consumes the air. Overwhelming stench. Possibly a sulphur smell Seep into your house. Smell it at different times.

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SSW

WIND SPEED: 0mph

TERMPERATURE: 76.5

HUMIDITY: 93%

WEATHER CONDITIONS: _____

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Peggy Lee - 985-507-8403

COMPLAINANT'S ADDRESS: 6752 W. Magnolia Blvd. Harahan

DATE AND TIME OF COMPLAINT: July 30, 2018   7:11Am

COMPLAINANT'S DESCRIPTION OF ODOR: Rotten eggs

COMPLAINANT'S DESCRIPTION OF INTENSITY: 5 inside home   7-8 outside

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

The smell woke her up at 7am. It smells like rotten eggs w/gas, and is making her sick.

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SSW

WIND SPEED: 0mph

TERMPERATURE: 76.5°

HUMIDITY: 93°

WEATHER CONDITIONS:

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0449

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
**Odor Control**
**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Katherine Walker 504-231-7642

COMPLAINANT'S ADDRESS: 161 Magnolia Blvd Naichan

DATE AND TIME OF COMPLAINT: 7-30-18          8:00 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Sweet disgusting smell

COMPLAINANT'S DESCRIPTION OF INTENSITY: 7 out of 10

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: Calm

WIND SPEED: 0 MPH

TERMPERATURE: 83°

HUMIDITY: 85%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | IR READIN | DESCRIPTION OF ODO |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**

**Odor Control**

**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Nicole Leitch        504-554-1931_

COMPLAINANT'S ADDRESS: _110 W. Imperial        Harahan_

DATE AND TIME OF COMPLAINT: _7-30-18        9:53 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sulphur-Petroleum_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _4 out of 10_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
|  |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _VAR_

WIND SPEED: _3 MPH_

TERMPERATURE: _88°_

HUMIDITY: _72%_

WEATHER CONDITIONS: _Mostly Cloudy_

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | R READIN | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
|  |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME:  Enola Richard   504-737-7108

COMPLAINANT'S ADDRESS:  7504 Sheringham  Harahan

DATE AND TIME OF COMPLAINT:  7-30-18                    8:30 AM

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY:

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION:  Calm

WIND SPEED:  0 MPH

TERMPERATURE:  83°

HUMIDITY:  85%

WEATHER CONDITIONS:  Mostly Cloudy

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | R READIN | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:13  FAX 504 596 6301 Bradley Murchison - N.O.                    ☑134/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

## Jefferson Parish Landfill
### Odor Control
#### Odor Complaint Report

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Brittany Price 504-231-9008_

COMPLAINANT'S ADDRESS: _370 Heliah Dr. Waggaman_

DATE AND TIME OF COMPLAINT: _7-30-18            7:30 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _4 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_She has been smelling this for over a year._

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _Calm_

WIND SPEED: _0 MPH_

TERMPERATURE: _83°_

HUMIDITY: _85%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | IR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0453



**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Ellen Sciortino  504-289-7541

COMPLAINANT'S ADDRESS: 1305 O'Neil Dr Harahan

DATE AND TIME OF COMPLAINT: 1-30-18  11:04AM

COMPLAINANT'S DESCRIPTION OF ODOR: Sulphur - Rotten Eggs

COMPLAINANT'S DESCRIPTION OF INTENSITY: 10 out of 10

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: North

WIND SPEED: 6 MPH

TERMPERATURE: 88°

HUMIDITY: 75%

WEATHER CONDITIONS: Light Rain

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | IR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Control**
**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Himanshu Chsahawala_ 318-507-837

COMPLAINANT'S ADDRESS: _2100 Saw Mill Rd apt. 1203 R.R._

DATE AND TIME OF COMPLAINT: _7-30-18          8:00 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sulphur_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _4 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Have been smelling it since mid June_

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _Calm_

WIND SPEED: _0 MPH_

TERMPERATURE: _83°_

HUMIDITY: _85%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | R READIN | DESCRIPTION OF ODO |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Ashlee Culotta  504-439-4473*

COMPLAINANT'S ADDRESS: *99 Park Ave      Harahan*

DATE AND TIME OF COMPLAINT: *1-30-18      6:30 AM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Rotten Eggs - Sewer*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *7 out of 10*

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

*Headaches, stopped up nose*

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *Calm*

WIND SPEED: *0 MPH*

TERMPERATURE: *79°*

HUMIDITY: *90%*

WEATHER CONDITIONS: *Mostly Cloudy*

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | IR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
**Odor Control**
**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Teresa Bologna_   _757-676-5313_

COMPLAINANT'S ADDRESS: _306 East Ave_   _Harahan_

DATE AND TIME OF COMPLAINT: _7-30-18_   _3:15 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sulphur_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Pretty strong_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Strong enough to make her nauseous_

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _Calm_

WIND SPEED: _0 MPH_

TERMPERATURE: _78°_

HUMIDITY: _93%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | R READIN | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0457



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Jenny Nimmus_ _881-5281_

COMPLAINANT'S ADDRESS: _9313 Pinecrest   River Ridge_

DATE AND TIME OF COMPLAINT: _1-30-18  8:00AM   7:15AM odor started at about_

COMPLAINANT'S DESCRIPTION OF ODOR: _Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _9 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_burns eyes + nose. Started at about 7:15 AM + keeps getting stronger._

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _Calm_

WIND SPEED: _0 MPH_

TERMPERATURE: _19°_

HUMIDITY: _90%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | R READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Gina Battaglia (504) 450-1390

COMPLAINANT'S ADDRESS: 3912 Lake Villa Dr. Metairie

DATE AND TIME OF COMPLAINT: July 30, 2018 @ 6:10 PM

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

There is a Toxic odor in the air.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SSW

WIND SPEED: 7 MPH

TERMPERATURE: 88°

HUMIDITY: 72%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0459

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0459

141/345   01/16/2019 WED 17:19   FAX 504 596 6301 Bradley Murchison - N.O.



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Michael Paradelas (504) 912-3575

COMPLAINANT'S ADDRESS: 600 Gulf Dr. Gretna

DATE AND TIME OF COMPLAINT: July 30, 2018 @ 10PM

COMPLAINANT'S DESCRIPTION OF ODOR: Noxious, chemical-like.

COMPLAINANT'S DESCRIPTION OF INTENSITY:

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Noxios Odor. Chemical like smell in Old Gretna. Faintly detected inside his house. More obvious outside.

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: WNW

WIND SPEED: 9 MPH

TERMPERATURE: 81°

HUMIDITY: 85%

WEATHER CONDITIONS: Cloudy

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:20  FAX 504 596 6301 Bradley Murchison - N.O.   ☑142/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Sylvia_ _(504)220-0813_

COMPLAINANT'S ADDRESS: _3716 Lake Villa Dr. Metairie_

DATE AND TIME OF COMPLAINT: _July 30, 2018 @ 6.34 Pm_

COMPLAINANT'S DESCRIPTION OF ODOR: _Awful odor._

COMPLAINANT'S DESCRIPTION OF INTENSITY:

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Smelling the awful odor._

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _SSE_

WIND SPEED: _6 MPH_

TERMPERATURE: _87°_

HUMIDITY: _72%_

WEATHER CONDITIONS: _Mostly Cloudy_

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0461

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Michelle Dummet (504)451-4309

COMPLAINANT'S ADDRESS: 4008 Lake Villa DR Metairie

DATE AND TIME OF COMPLAINT: July 30, 2018 @ 5:50PM

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

She smelled an odor the entire way home it started around Little Farms, on transcontinental and West Napoleon in Metairie.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SSW

WIND SPEED: 7 MPH

TERMPERATURE: 88°

HUMIDITY: 72%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *David Thomas   504-416-5486*

COMPLAINANT'S ADDRESS: *4501 South Shore Dr. Metairie*

DATE AND TIME OF COMPLAINT: *7-30-18        9:00 PM*

COMPLAINANT'S DESCRIPTION OF ODOR: *sewer*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *very intense*

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

*Believes it's coming from the sewer plant*

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *NNW*

WIND SPEED: *5 MPH*

TERMPERATURE: *84°*

HUMIDITY: *85%*

WEATHER CONDITIONS: *Mostly Cloudy*

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | R READIN | DESCRIPTION OF ODO |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0463

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:22  FAX 504 596 6301 Bradley Murchison - N.O.

145/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Byron Farbe 504-669-0761_

COMPLAINANT'S ADDRESS: _111 Rebel Ave. River Ridge_

DATE AND TIME OF COMPLAINT: _7-30-18     5:23 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sewer_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _8 out of 10_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _SSW_

WIND SPEED: _7 MPH_

TERMPERATURE: _88°_

HUMIDITY: _72%_

WEATHER CONDITIONS: _Mostly Cloudy_

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:23 FAX 504 596 6301 Bradley Murchison - N.O.     ☑146/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Jill Koenig   504-657-3655

COMPLAINANT'S ADDRESS: 315 Buttercup Dr Waggaman

DATE AND TIME OF COMPLAINT: 1-30-18   5:25 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Sewer

COMPLAINANT'S DESCRIPTION OF INTENSITY:

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

The smell was coming into her house without opening the door.

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SSW

WIND SPEED: 7 MPH

TERMPERATURE: 88°

HUMIDITY: 72%

WEATHER CONDITIONS: Mostly Cloudy

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Burt Brupbacher 504-669-6435

COMPLAINANT'S ADDRESS: 122 Suave Rd River Ridge

DATE AND TIME OF COMPLAINT: 1-30-18          5:32 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Bad Eggs - Rotten Seafood

COMPLAINANT'S DESCRIPTION OF INTENSITY: Worst ever

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SSW

WIND SPEED: 7 MPH

TERMPERATURE: 88°

HUMIDITY: 72%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:25  FAX 504 596 6301 Bradley Murchison - N.O.          ☑148/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Leslie Hunter   504-314 0461

COMPLAINANT'S ADDRESS: 1612 Sandra Ave   Metairie

DATE AND TIME OF COMPLAINT: 7-30-18   5:45PM

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY: horrible

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SSW

WIND SPEED: 7 MPH

TERMPERATURE: 88°

HUMIDITY: 72%

WEATHER CONDITIONS: Mostly Cloudy

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:25  FAX 504 596 6301 Bradley Murchison - N.O.   [149/345

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Faye Giglio    504-739-1810_

COMPLAINANT'S ADDRESS: _9508 Robin Ln. River Ridge_

DATE AND TIME OF COMPLAINT: _1-30-19        5:33 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Oily tar_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _8_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
|  |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _SSW_

WIND SPEED: _7 MPH_

TERMPERATURE: _88°_

HUMIDITY: _72%_

WEATHER CONDITIONS: _Mostly Cloudy_

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
|  |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Patrice Stanford   504-559-6171_

COMPLAINANT'S ADDRESS: _11 Judith St  Waggaman_

DATE AND TIME OF COMPLAINT: _7-30-18    7:34 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sour_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _horrible_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
|  |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _SSE_

WIND SPEED: _8 MPH_

TERMPERATURE: _85°_

HUMIDITY: _82%_

WEATHER CONDITIONS: _Mostly Cloudy_

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
|  |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
**Odor Control**
**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Trinica Gardner 504-451-7517_

COMPLAINANT'S ADDRESS: _5 Megehee Ct. Waggaman_

DATE AND TIME OF COMPLAINT: _7-30-18        9:30 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Smoke from fireworks_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Real Potent_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_now she smells it when she turns on the water Every night_

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _NNW_

WIND SPEED: _7 MPH_

TERMPERATURE: _84°_

HUMIDITY: _82%_

WEATHER CONDITIONS: _Thunder in the Vicinity_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Miranda Thompson  504-415-6114_

COMPLAINANT'S ADDRESS: _384 Jeffer Dr.  Waggaman_

DATE AND TIME OF COMPLAINT: _1-30-18      8:30 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Burning trash_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Very strong_

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Her mother has COPD + whenever they smell the odor, she has to get on a breathing machine._

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _NNW_

WIND SPEED: _5 MPH_

TERMPERATURE: _84°_

HUMIDITY: _85%_

WEATHER CONDITIONS: _Mostly Cloudy_

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:29  FAX 504 596 6301 Bradley Murchison - N.O.                                                   ☑153/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Lesli Hunter  504-888-6108_

COMPLAINANT'S ADDRESS: _1612 Sandra Ave  Metairie_

DATE AND TIME OF COMPLAINT: _7-30-18        5:41 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sulphur_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Extremely strong_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

_Odor was coming into the house_

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _SSE_

WIND SPEED: _8 MPH_

TERMPERATURE: _85°_

HUMIDITY: _82%_

WEATHER CONDITIONS: _Mostly Cloudy_

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
|  |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:29  FAX 504 596 6301 Bradley Murchison - N.O.          ☑154/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Donna Shay (504) 908-7564

COMPLAINANT'S ADDRESS: 104 Tallulah River Ridge

DATE AND TIME OF COMPLAINT: July 31, 2018 @ 10:03 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Methane, garbage

COMPLAINANT'S DESCRIPTION OF INTENSITY: 10

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Horrible, very strong, inside of her house right now. Methane, garbage, horrible.

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: West

WIND SPEED: 3 MPH

TERMPERATURE: 82°

HUMIDITY: 85%

WEATHER CONDITIONS: Mostly Cloudy

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Lauren Gibbs. 504-416-9212_

COMPLAINANT'S ADDRESS: _292 Midion, Dr. River Ridge._

DATE AND TIME OF COMPLAINT: _July 31, 2018 @ 6:27 Am_

COMPLAINANT'S DESCRIPTION OF ODOR: _Rotten_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _5 outside. 2-3 inside house._

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Same smell that it has been. Rotten._

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _SW_

WIND SPEED: _5 MPH_

TERMPERATURE: _79°_

HUMIDITY: _97%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Christin Zelenka (504)717-9123

COMPLAINANT'S ADDRESS: 632 Celeste Ave River Ridge

DATE AND TIME OF COMPLAINT: July 31, 2018 @ 6:41 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Sulphur

COMPLAINANT'S DESCRIPTION OF INTENSITY: 8

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Same odor. Chemical smell for months. Sulphur. Meets you right as you step out the door.

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SW

WIND SPEED: 5 MPH

TERMPERATURE: 79°

HUMIDITY: 91%

WEATHER CONDITIONS: Mostly Cloudy

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:32   FAX 504 596 6301 Bradley Murchison - N.O.   ☑157/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Leslie Aueydan (504) 214-8639

COMPLAINANT'S ADDRESS: 33 Tribune St. Metairie.

DATE AND TIME OF COMPLAINT: July 31, 2018 @ 10:59 Am

COMPLAINANT'S DESCRIPTION OF ODOR: Rancid

COMPLAINANT'S DESCRIPTION OF INTENSITY: Very Strong

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

The same rancid smell is very strong since around 8 Am this morning.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SW

WIND SPEED: 5 MPH

TERMPERATURE: 79°

HUMIDITY: 91%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Control

**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Shannon Aymami 504-300-6644_

COMPLAINANT'S ADDRESS: _500 Stratford Harahan_

DATE AND TIME OF COMPLAINT: _7-31-18     7:53AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _9 out of 10_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _SW_

WIND SPEED: _3 MPH_

TERMPERATURE: _83°_

HUMIDITY: _88%_

WEATHER CONDITIONS: _Mostly Cloudy_

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | IR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0477

01/16/2019 WED 17:34  FAX 504 596 6301 Bradley Murchison - N.O.

[2]159/345

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Control

Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Ynette Benedetto 504-319.8523_

COMPLAINANT'S ADDRESS: _155 Magnolia   Harahan_

DATE AND TIME OF COMPLAINT: _7-31-18    8:05AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Strong_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _SW_

WIND SPEED: _3 MPH_

TERMPERATURE: _83°_

HUMIDITY: _88%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | IR READIN | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0478



### Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
### Odor Control
### Odor Complaint Report

**ODOR COMPLAINT GENERAL INFORMATION**

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Kim Schwell 504-261-1034_

COMPLAINANT'S ADDRESS: _512 Gordon ave Harahan_

DATE AND TIME OF COMPLAINT: _1-31-18    5:00 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Rotten egg - chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _10 out of 10_

**SUMMARY OF COMPLAINT (FROM COMPLAINANT)**

**WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)**

WIND DIRECTION: _SSW_

WIND SPEED: _3 MPH_

TERMPERATURE: _80°_

HUMIDITY: _90%_

WEATHER CONDITIONS: _Mostly Cloudy_

**INSPECTION AND RESPONSE**

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | IR READIN | DESCRIPTION OF ODO |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)**

**DAILY COVER CONDITIONS AND DOCUMENTATION**

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**

**Odor Control**

**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _David Thomas    504-416-5486_

COMPLAINANT'S ADDRESS: (work) _4921 Bloomfield St. Jefferson_

DATE AND TIME OF COMPLAINT: _7-31-18        8:09 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _sewer_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Very intense_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _SW_

WIND SPEED: _3 MPH_

TERMPERATURE: _83°_

HUMIDITY: _88%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | R READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:36  FAX 504 596 6301 Bradley Murchison - N.O.    ☑162/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfll**
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
| --- |

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Erin Sciortino 504-289-7547

COMPLAINANT'S ADDRESS: 1305 O'Neil Dr- Harahan

DATE AND TIME OF COMPLAINT: 7-31-18        8:33 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Chemical - Oil - Sulphur

COMPLAINANT'S DESCRIPTION OF INTENSITY: Very strong

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
| --- |
|  |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
| --- |

WIND DIRECTION: WSW

WIND SPEED: 8 MPH

TERMPERATURE: 86°

HUMIDITY: 79%

WEATHER CONDITIONS: Fair

| INSPECTION AND RESPONSE |
| --- |

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
| --- |
|  |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
| --- |

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Ronald, Forrester 504-376-4536

COMPLAINANT'S ADDRESS: 20 Nelis Dr. Waggaman

DATE AND TIME OF COMPLAINT: 1-31-18  5:30 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Methane

COMPLAINANT'S DESCRIPTION OF INTENSITY: Really strong  9 out of 10

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Has lived in Waggaman for 20 years + hasn't smelled anything that strong before.

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: West

WIND SPEED: 5 MPH

TERMPERATURE: 79°

HUMIDITY: 94%

WEATHER CONDITIONS: Mostly Cloudy

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:38 FAX 504 596 6301 Bradley Murchison - N.O.   [164/345]

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Van Hoang   504-884-0035

COMPLAINANT'S ADDRESS: 24 Idlewood Pl. River Ridge

DATE AND TIME OF COMPLAINT: 7-31-18   5:30 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Burnt tires

COMPLAINANT'S DESCRIPTION OF INTENSITY: 10 - horrible this morning!

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: West

WIND SPEED: 5 MPH

TERMPERATURE: 79°

HUMIDITY: 94%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Jeff_    Judy Roman 504-458-9153

COMPLAINANT'S ADDRESS: _message_    7301 O'Neil Dr. Harahan

DATE AND TIME OF COMPLAINT: _7-31-08_    _8:11 AM_

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Stinks!_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _SW_

WIND SPEED: _3 MPH_

TERMPERATURE: _83°_

HUMIDITY: _88%_

WEATHER CONDITIONS: _Mostly Cloudy_

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:39  FAX 504 596 6301 Bradley Murchison - N.O.  ☑166/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:
COMPLAINANT'S NAME: Carlene Rogers 504-481-9553
COMPLAINANT'S ADDRESS: 85 Doescher  Harahan
DATE AND TIME OF COMPLAINT: 7-31-18      8:45 AM
COMPLAINANT'S DESCRIPTION OF ODOR: Rotten Eggs - Sulphur
COMPLAINANT'S DESCRIPTION OF INTENSITY: Really bad

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Worst its ever been

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: South
WIND SPEED: 3 MPH
TERMPERATURE: 82°
HUMIDITY: 85%
WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0485

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Byron Farbe 504-669-0767

COMPLAINANT'S ADDRESS: 111 Rebel Ave. River Ridge

DATE AND TIME OF COMPLAINT: 1-31-18 5:30 AM

COMPLAINANT'S DESCRIPTION OF ODOR: busted sewer line

COMPLAINANT'S DESCRIPTION OF INTENSITY: 10 - really bad

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Usually drinks his coffee on the patio but had to go back inside.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: West

WIND SPEED: 5 MPH

TERMPERATURE: 79°

HUMIDITY: 94%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Kelly Raymond 504-305-1077_

COMPLAINANT'S ADDRESS: _9 4 O'Clock Ln. Waggaman_

DATE AND TIME OF COMPLAINT: _1-31-18        6:00 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Petroleum + rotten garbage_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Pretty potent_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _West_

WIND SPEED: _5 MPH_

TERMPERATURE: _79°_

HUMIDITY: _94%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Faye Diglio  504-139-1870*

COMPLAINANT'S ADDRESS: *9508 Robin Ln. River Ridge*

DATE AND TIME OF COMPLAINT: *7-31-18    5:33 AM*

COMPLAINANT'S DESCRIPTION OF ODOR: *oily tar*

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *West*

WIND SPEED: *5 MPH*

TERMPERATURE: *79°*

HUMIDITY: *94%*

WEATHER CONDITIONS: *Mostly Cloudy*

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0488

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Melinda Hill 504-669-5141

COMPLAINANT'S ADDRESS: 30 Judith St - Waggaman

DATE AND TIME OF COMPLAINT: 1-31-18   5:40 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Oil

COMPLAINANT'S DESCRIPTION OF INTENSITY: 7 out of 10

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: West

WIND SPEED: 5 MPH

TERMPERATURE: 79°

HUMIDITY: 94%

WEATHER CONDITIONS: Mostly Cloudy

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Enola Richard  504-737-7108

COMPLAINANT'S ADDRESS: 7504 Sheringham  Harahan

DATE AND TIME OF COMPLAINT: 1-31-18          1:50 PM

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY:

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

Odor is getting progressively worse. Causing sinus problems.

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION:  Calm

WIND SPEED:  0 MPH

TERMPERATURE:  19°

HUMIDITY:  88%

WEATHER CONDITIONS:  Cloudy

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:44  FAX 504 596 6301 Bradley Murchison - N.O.                    172/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME: _____ 504 535 6234-

COMPLAINANT'S NAME: Herman Becker   504 431-7986

COMPLAINANT'S ADDRESS: 10141 Chenebut Rd  Waggaman

DATE AND TIME OF COMPLAINT: 1-31-18   2:10 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Sour - trash

COMPLAINANT'S DESCRIPTION OF INTENSITY: 6 out of 10

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: Calm

WIND SPEED: 0 MPH

TERMPERATURE: 19°

HUMIDITY: 83%

WEATHER CONDITIONS: Cloudy

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Kelley Vernon-Shaw 455-6943 504

COMPLAINANT'S ADDRESS: 9604 Charlotte Dr River Ridge

DATE AND TIME OF COMPLAINT: 7-31-18

COMPLAINANT'S DESCRIPTION OF ODOR: Poison toxic chemical

COMPLAINANT'S DESCRIPTION OF INTENSITY: 10 out of 10

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

Eyes Burn - She was very upset!

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: SW

WIND SPEED: 1mph

TERMPERATURE: 84.6°

HUMIDITY: 85%

WEATHER CONDITIONS:

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:46  FAX 504 596 6301 Bradley Murchison - N.O.  ☒174/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Greg Hicks  504-491-7394

COMPLAINANT'S ADDRESS: 10013 Joel Ave.  River Ridge

DATE AND TIME OF COMPLAINT: 1-31-18  2:35 PM

COMPLAINANT'S DESCRIPTION OF ODOR: H2S - Rotten Eggs - Chemical

COMPLAINANT'S DESCRIPTION OF INTENSITY: 5 out of 10

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

Odor was in his house this morning. They smell it every day + have been for over a year.

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: Calm

WIND SPEED: 0 MPH

TERMPERATURE: 82°

HUMIDITY: 82%

WEATHER CONDITIONS: Mostly Cloudy

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME: _____

COMPLAINANT'S NAME: _Katherine Waller   504-231-7642_

COMPLAINANT'S ADDRESS: _167 Magnolia Blvd  Harahan_

DATE AND TIME OF COMPLAINT: _7-31-18      5:22 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sweet & disgusting_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _____

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

| | |
|---|---|
| 6 out of 10 | 7-31  8 AM - Home |
| 4 out of 10 | 7-31  3 PM - River Rd + Modern Farms - Wagga |
| 7 out of 10 | 7-31  5:15 PM - 10411 Jeff Hwy - River Ridge |

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

| | | | |
|---|---|---|---|
| WIND DIRECTION: | 8:00 AM - SW | 3:00 PM - SW | 5:15 PM - Calm |
| WIND SPEED: | 3 MPH | 6 MPH | 0 MPH |
| TERMPERATURE: | 83° | 76° | 83° |
| HUMIDITY: | 88% | 91% | 79% |
| WEATHER CONDITIONS: | Mostly Cloudy | Light Rain w/ Thunder | Mostly Cloudy |

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:47  FAX 504 596 6301 Bradley Murchison - N.O.    ☑176/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill

**Odor Control**

**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Voice     Greg Hicks

COMPLAINANT'S ADDRESS: mail    Joel Ave + Sauve Rd, River Ridge

DATE AND TIME OF COMPLAINT: 1-31-18

COMPLAINANT'S DESCRIPTION OF ODOR: Noxious odor

COMPLAINANT'S DESCRIPTION OF INTENSITY:

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: Average — SW

WIND SPEED: 1 mph

TERMPERATURE: 84.6°

HUMIDITY: 86%

WEATHER CONDITIONS:

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0495

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Voice* _Donna Buckholdt_

COMPLAINANT'S ADDRESS: *mail* _41 Richelle St. Waggaman_

DATE AND TIME OF COMPLAINT: _1-31-18 (+ 1-30-18)_

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Pretty intense_

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _Average    SW_

WIND SPEED: _1 mph_

TERMPERATURE: _84.6°_

HUMIDITY: _85%_

WEATHER CONDITIONS:

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:49   FAX 504 596 6301 Bradley Murchison - N.O.

[178/345]

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Sue Ralatt_ CL 504-881 7344

COMPLAINANT'S ADDRESS: _MARK TWAIN APTS_

DATE AND TIME OF COMPLAINT: _7/31/18 @ 2:20 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Smells Like a Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Scale 1-10   RIGHT NOW   10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Live on 701 MIRIDA DR. but getting out of AT The APARTMENTS. STRONG smell in AIR_

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _Calm_

WIND SPEED: _O MPH_

TEMPERATURE: _82°_

HUMIDITY: _82%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Lloyd Gravell_  504-431-8031

COMPLAINANT'S ADDRESS: _10101 Reynoldo Waggaman_

DATE AND TIME OF COMPLAINT: _7-31-18_  _4:51 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sewer_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _6 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Called back 20 minutes later and said that the smell got worse- to an 8 out of 10._

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _Calm_

WIND SPEED: _0 MPH_

TERMPERATURE: _83°_

HUMIDITY: _79%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:51  FAX 504 596 6301 Bradley Murchison - N.O.  ☑180/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Van Hoang    504-884-0025_

COMPLAINANT'S ADDRESS: _24 Idlewood Pl, River Ridge_

DATE AND TIME OF COMPLAINT: _1-31-18    5:41 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sewer_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _7 out of 10_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
|  |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _West_

WIND SPEED: _3 MPH_

TERMPERATURE: _82°_

HUMIDITY: _85%_

WEATHER CONDITIONS: _Mostly Cloudy_

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
|  |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:52  FAX 504 596 6301 Bradley Murchison - N.O.  6499

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Donna Buchholz 504-431-1121_

COMPLAINANT'S ADDRESS: _41 Richelle St. Waggaman_

DATE AND TIME OF COMPLAINT: _7-31-18    6:52 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _landfill_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Very strong_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

_She said they used to smell it every now & then, now they smell it all the time._

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _SSE_

WIND SPEED: _5 MPH_

TERMPERATURE: _82°_

HUMIDITY: _85%_

WEATHER CONDITIONS: _Mostly Cloudy_

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Pam Patai (504) 615-1801

COMPLAINANT'S ADDRESS: 500 Ave I Marrero

DATE AND TIME OF COMPLAINT: 8/1/18 @ 12:51PM

COMPLAINANT'S DESCRIPTION OF ODOR: Chemical

COMPLAINANT'S DESCRIPTION OF INTENSITY: 7

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

Some odor coming from the tank farm on 4th St. Smelling since this morning and yesterday evening. Some type of chemical.

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: North

WIND SPEED: 10 MPH

TERMPERATURE: 85°

HUMIDITY: 72%

WEATHER CONDITIONS: Mostly Cloudy

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Aaron Bradley 504-428-4511

COMPLAINANT'S ADDRESS: 612 Upland River Ridge

DATE AND TIME OF COMPLAINT: 8-2-18    8:00 PM - 8-1-18

COMPLAINANT'S DESCRIPTION OF ODOR: Rotten Eggs

COMPLAINANT'S DESCRIPTION OF INTENSITY: Pretty strong

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

Eyes + throat were burning.

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: SSE

WIND SPEED: 9 MPH

TERMPERATURE: 82°

HUMIDITY: 82%

WEATHER CONDITIONS: Mostly Cloudy

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Venlisha Sanders 504-481-9910

COMPLAINANT'S ADDRESS: 621 Sweet Olive Ln. Waggaman

DATE AND TIME OF COMPLAINT: 8-2-18 6:00 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Rotten Eggs

COMPLAINANT'S DESCRIPTION OF INTENSITY: Loud smell

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: Calm

WIND SPEED: 0 MPH

TERMPERATURE: 75°

HUMIDITY: 100%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: George Peterson

COMPLAINANT'S ADDRESS: 233 Modern Farms Rd. Waggaman

DATE AND TIME OF COMPLAINT: 8/2/18 @ 7:23 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Smoke & Rotten Garbage

COMPLAINANT'S DESCRIPTION OF INTENSITY: 7-8

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Says the odor smells like a mixture of smoke and rotten garbage. Yesterday around the same time it smelled like mold and mildew. Its nasty.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: NE

WIND SPEED: 3 MPH

TERMPERATURE: 81°

HUMIDITY: 88%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION: 8-2-18   7:35 A.M.

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

Found H2S behind the C&D site along Live Oak Blvd. Drove through the neighborhood & found no evidence of the odor.

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: Call came in during working hours.

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Jessica Joups    504-400-8091_

COMPLAINANT'S ADDRESS: _533 Modern Farms Rd Waggaman_

DATE AND TIME OF COMPLAINT: _8-2-18        8:20 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sewer/dump_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _7 out of 10_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _NE_

WIND SPEED: _3 MPH_

TERMPERATURE: _81°_

HUMIDITY: _88%_

WEATHER CONDITIONS: _Mostly Cloudy_

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:56  FAX 504 596 6301 Bradley Murchison - N.O.                     Ø187/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
| --- |

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Louvenia Williams  504-231-334_

COMPLAINANT'S ADDRESS: _631 Bengal Rd  River Ridge_

DATE AND TIME OF COMPLAINT: _1;50PM  8-2-18  about a week ago_

COMPLAINANT'S DESCRIPTION OF ODOR: _Gas leak_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _4 out of 10_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
| --- |

_She said that it smelled like a smell like from when she was back in school in biology class & an odor was let loose. She said she smells it all the time. I asked her if she smells it right now. She said no._

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
| --- |

WIND DIRECTION: _____

WIND SPEED: _____

TERMPERATURE: _____

HUMIDITY: _____

WEATHER CONDITIONS: _____

| INSPECTION AND RESPONSE |
| --- |

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
| --- |
|  |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
| --- |

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Jessie Mc Gee          504-464-0670

COMPLAINANT'S ADDRESS: 11401 Jefferson Hwy apt B. River Ridge

DATE AND TIME OF COMPLAINT: 8-3-18 8:10 AM          7-9-18

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY: very bad smell

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

She called on 8-3-18 to report an odor from 7-9-18.

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: Average 7/9/18      ESE

WIND SPEED: 1 mph

TERMPERATURE: 83.8°

HUMIDITY: 77%

WEATHER CONDITIONS:

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Jeff Huck_   _504-416-1953_

COMPLAINANT'S ADDRESS: _200 Toilet_   _Harvey_

DATE AND TIME OF COMPLAINT: _8-3-18_   _5:23 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Creosote_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Pungent_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

_burns nose + throat_

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _East_

WIND SPEED: _0mph_

TERMPERATURE: _74.8°_

HUMIDITY: _92%_

WEATHER CONDITIONS:

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:59  FAX 504 596 6301 Bradley Murchison - N.O.  ☑190/345

Jefferson Parish Landfill
Odor Control

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

## Odor Complaint Report

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Jodi Schwing          504-737-7996

COMPLAINANT'S ADDRESS: 239 Wilton   River Ridge

DATE AND TIME OF COMPLAINT: 8-10-18        11:03 AM

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY: Pungent

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Comes into her home.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: WNW

WIND SPEED: 0 MPH

TERMPERATURE: 76.8°

HUMIDITY: 94%

WEATHER CONDITIONS: Partly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 17:59  FAX 504 596 6301 Bradley Murchison - N.O.

2191/345

Jefferson Parish Landfill
Odor Control
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Gerard Bailey   504-606-8534

COMPLAINANT'S ADDRESS: 37 Manor Ln Waggaman

DATE AND TIME OF COMPLAINT: 8-10-18   5:26 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Petroleum/Chemical

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Smells comes and goes - has given him a headache

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: WNW

WIND SPEED: 2 MPH

TERMPERATURE: 81.7°

HUMIDITY: 78%

WEATHER CONDITIONS: Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

## Odor Complaint Report

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Nicole Leitch  504-554-1931*

COMPLAINANT'S ADDRESS: *11012 Imperial    Harahan*

DATE AND TIME OF COMPLAINT: *8-10-18        5:31 PM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Sulphur/Chemical/Gassy*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *5 out of 10*

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *NW*

WIND SPEED: *2 MPH*

TERMPERATURE: *80.8°*

HUMIDITY: *80%*

WEATHER CONDITIONS: *Cloudy*

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



0511
1110

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Michelle Dummet 504-451-4309

COMPLAINANT'S ADDRESS: 4008 Lake Villa Metairie

DATE AND TIME OF COMPLAINT: 8-10-18      8:52 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Natural gas + egg

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Reporting an odor on Clearview + W. Esplanade.
Her sister + daughter also smell it.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: West

WIND SPEED: 0 mPH

TERMPERATURE: 77.4°

HUMIDITY: 89%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0512

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Jenny Zimmer 504-881-5281_

COMPLAINANT'S ADDRESS: _9213 Rosecrest Ln River Ridge_

DATE AND TIME OF COMPLAINT: _8-10-18        10:32 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Very Strong_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _WNW_

WIND SPEED: _0 MPH_

TERMPERATURE: _76.8°_

HUMIDITY: _94%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Keanette Battle   504-957-6931_

COMPLAINANT'S ADDRESS: _124 Moss Ln. River Ridge_

DATE AND TIME OF COMPLAINT: _8-11-18    6:39 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Chemical/Sulphur_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Bad - pungent_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Headaches, wakes her up at night, worries about their health._

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _NNE_

WIND SPEED: _0 MPH_

TERMPERATURE: _83.3°_

HUMIDITY: _72%_

WEATHER CONDITIONS:

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 18:03 FAX 504 596 6301 Bradley Murchison - N.O.                [196/345]

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Control

Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Annalee Corpora 314-440-7572*

COMPLAINANT'S ADDRESS: *110 Berkley      Harahan*

DATE AND TIME OF COMPLAINT: *8-11-18     10:08 PM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Foul + poisonous*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *So bad*

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

*She can't even let her dog out.*

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *ENE*

WIND SPEED: *0 MPH*

TERMPERATURE: *78.3°*

HUMIDITY: *83%*

WEATHER CONDITIONS: *Fair*

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 18:04 FAX 504 596 6301 Bradley Murchison - N.O.

Ⓩ197/345

### Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

### Odor Complaint Report

#### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Martha Karr    504-289-8241*

COMPLAINANT'S ADDRESS: *252 Gruner Rd. Metairie*

DATE AND TIME OF COMPLAINT: *8-11-18    9:35 PM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Noxious odor*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *Heavy*

#### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

#### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *WNW*

WIND SPEED: *0 MPH*

TERMPERATURE: *78.8°*

HUMIDITY: *81 %*

WEATHER CONDITIONS: *Fair*

#### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

#### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

#### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Jory_

COMPLAINANT'S ADDRESS: _612 Dodge Ave   Jefferson_

DATE AND TIME OF COMPLAINT: _8-11-18     9:59 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Noxious fumes_

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _East_

WIND SPEED: _0 MPH_

TERMPERATURE: _78.4°_

HUMIDITY: _83%_

WEATHER CONDITIONS: _Fair_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Karen Lay    504-453-4865_

COMPLAINANT'S ADDRESS: _9403 Arboreal Ct. River Rd._

DATE AND TIME OF COMPLAINT: _8-11-18    1:57 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Burnt Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Very strong - 10_

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _SSW_

WIND SPEED: _2 MPH_

TERMPERATURE: _80.8°_

HUMIDITY: _78%_

WEATHER CONDITIONS: _Mostly Cloudy_

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Maurene Catalano   504-858-2230*

COMPLAINANT'S ADDRESS: *7608 Wilson St. Harahan*

DATE AND TIME OF COMPLAINT: *8-1-12    9:46PM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Chemical / Sewer*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *Very strong, 10 out of 10*

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *SW*

WIND SPEED: *0 MPH*

TERMPERATURE: *78.6°*

HUMIDITY: *82%*

WEATHER CONDITIONS: *Fair*

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Angela Adams 504-481-7496_

COMPLAINANT'S ADDRESS: _10016 Suzanne Dr. River Ridge_

DATE AND TIME OF COMPLAINT: _8-11-18      6:20 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Noxious odor_

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Inside home_

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _West_

WIND SPEED: _0 MPH_

TERMPERATURE: _74.5°_

HUMIDITY: _97%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**

Privileged and Confidential Attorney Client Communication or Attorney Work Product

**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Brett Champagne 504-305-9152

COMPLAINANT'S ADDRESS: 15 Colonial Club  Harahan

DATE AND TIME OF COMPLAINT: 8-11-18     9:00 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Sewer

COMPLAINANT'S DESCRIPTION OF INTENSITY: Pretty strong

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Causes him headaches

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: WNW

WIND SPEED: 2 MPH

TERMPERATURE: 83.8°

HUMIDITY: 83%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0521

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Jefferson Parish Landfill
Odor Control
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Kelly Montagnino* 504-258-168?

COMPLAINANT'S ADDRESS: *98 Woodscher Dr. Harahan*

DATE AND TIME OF COMPLAINT: *8-11-18    5:21 PM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Sewer + Sulphur*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *10 out of 10*

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: *South East*

WIND SPEED: *1 MPH*

TERMPERATURE: *83.7°*

HUMIDITY: *73%*

WEATHER CONDITIONS: *Mostly Cloudy*

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0522

Jefferson Parish Landfill
Odor Control
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Lisa Karlin*   504-905-1540

COMPLAINANT'S ADDRESS: *282 Orchard Rd.  River Ridge*

DATE AND TIME OF COMPLAINT: 8-11-18   1:37 PM

COMPLAINANT'S DESCRIPTION OF ODOR: *Rotten Egg / Sulphur*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *Strong*

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: *SW*

WIND SPEED: *1 MPH*

TERMPERATURE: *81.5 °*

HUMIDITY: *77.%*

WEATHER CONDITIONS: *Mostly Cloudy*

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 18:10  FAX 504 596 6301 Bradley Murchison - N.O.

Ø205/345

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Dan Wagner    504-301-5060_

COMPLAINANT'S ADDRESS: _9008 Ormond Pl  River Ridge_

DATE AND TIME OF COMPLAINT: _8-11-18        8:16 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _burnt fuel_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Bad_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _West_

WIND SPEED: _2 MPH_

TERMPERATURE: _80.1°_

HUMIDITY: _79 %_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 18:11  FAX 504 596 6301 Bradley Murchison - N.O.    ☑206/345

Jefferson Parish Landfill
Odor Control
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Alejandro Tefel 985-381-1843*

COMPLAINANT'S ADDRESS: *250 Orchard Rd. River Ridge*

DATE AND TIME OF COMPLAINT: *8-11-18    8:00 PM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Foul odor*

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

*Inside & outside of his house.*

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *SSW*

WIND SPEED: *2 MPH*

TERMPERATURE: *80.8°*

HUMIDITY: *78%*

WEATHER CONDITIONS: *Mostly Cloudy*

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 18:12  FAX 504 596 6301 Bradley Murchison - N.O.

☑207/345

Jefferson Parish Landfill
Odor Control
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Jenny Nimmer

COMPLAINANT'S ADDRESS: 9213 Rosecrest Ln. River Ridge

DATE AND TIME OF COMPLAINT: 8-11-18     7:50 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Chemical

COMPLAINANT'S DESCRIPTION OF INTENSITY: Horrible - 10 out of 10

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

The smell is so bad, she can't sit outside.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SW

WIND SPEED: 3 MPH

TERMPERATURE: 81°

HUMIDITY: 78 %

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0526

**Jefferson Parish Landfill**
Odor Control
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Nicole Leitch_     504-554-1931

COMPLAINANT'S ADDRESS: _110 W. Imperial   Harahan_

DATE AND TIME OF COMPLAINT: _8-11-18_     _8:27 AM_

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY: _8 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)



### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _NNW_

WIND SPEED: _4 MPH_

TERMPERATURE: _80.6°_

HUMIDITY: _90%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)



### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 18:14  FAX 504 596 6301 Bradley Murchison - N.O.

209/345

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Jessica Toups  504-400-8091

COMPLAINANT'S ADDRESS: 533 Modern Farms Rd. Waggaman

DATE AND TIME OF COMPLAINT: 9-11-18    10:33 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Garbage funk

COMPLAINANT'S DESCRIPTION OF INTENSITY: 8 out of 10

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: West

WIND SPEED: 0 MPH

TERMPERATURE: 77.4°

HUMIDITY: 85%

WEATHER CONDITIONS: Fair

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0528

Jefferson Parish Landfill
Odor Control
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Kurt Beder_        504-481-0498

COMPLAINANT'S ADDRESS: _1512 Bullard ave  Metairie_

DATE AND TIME OF COMPLAINT: _8-12-18_        5:30 AM

COMPLAINANT'S DESCRIPTION OF ODOR: _Petroleum - chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _11-12 on a Scale of 1-10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

He is having sinus problems + nose bleeds. He has been smelling this for years + is tired of it. He asked me — to write him a letter confirming our conversation

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) Called back.

WIND DIRECTION: _WNW_        Smell is more intense @ a SW

WIND SPEED: _0 MPH_        wind @ 2mph. On a humid

TERMPERATURE: _15.4°_        day, its even worse. If anybody

HUMIDITY: _96%_        is concerned about rectifying the

WEATHER CONDITIONS: _Mostly Cloudy_        problem, he would appreciate a

### INSPECTION AND RESPONSE air quality meter set up

DATE AND TIME OF COMPLAINT INVESTIGATION: in the area to measure VOCs.
Lets resolve this problem ✱

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0529

6250
01/16/2019 WED 18:15  FAX 504 596 6301 Bradley Murchison - N.O.

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Complaint Report

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Kurt Beder   504-481-0498_

COMPLAINANT'S ADDRESS: _1512 Bullard Ave. Metairie_

DATE AND TIME OF COMPLAINT: _8-12-18     5:30 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Petroleum - Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _11-12 on a scale of 1-10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_He is having sinus problems + nose bleeds. He has been smelling this for years + is tired of it._

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _WNW_

WIND SPEED: _0 MPH_

TERMPERATURE: _15.4°_

HUMIDITY: _96%_

WEATHER CONDITIONS: _Mostly Cloudy_    _Jona Stone_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Connie Johnson  504-737-5944

COMPLAINANT'S ADDRESS: 10405 Alan St.  River Ridge

DATE AND TIME OF COMPLAINT: 8-12-18   5:32 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Methane

COMPLAINANT'S DESCRIPTION OF INTENSITY: Strong, bad

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Husband has sinus infect that won't go away on antibiodics

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: WNW

WIND SPEED: 0 MPH

TERMPERATURE: 75.4°

HUMIDITY: 96 %

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0531
01/16/2019 WED 18:17  FAX 504 596 6301 Bradley Murchison - N.O.
24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Complaint Report

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Barbara Bones    504-579-4258_

COMPLAINANT'S ADDRESS: _1079 Colonial Club Dr. Harahan_

DATE AND TIME OF COMPLAINT: _8-12-18       12:06 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Petro / Chemical / Oil / Petro_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _10 out of 10_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _NW_

WIND SPEED: _1 MPH_

TERMPERATURE: _77.7°_

HUMIDITY: _84%_

WEATHER CONDITIONS: _Fair_

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0532

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Control

Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Glenn Washington 504-259-4252_

COMPLAINANT'S ADDRESS: _9548 Linden Loop Waggaman_

DATE AND TIME OF COMPLAINT: _8-12-18      6:47 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Garbage/Gas_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _6 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _ENE_

WIND SPEED: _0 MPH_

TERMPERATURE: _75°_

HUMIDITY: _96%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Arlee Culotta_   _504-439-4473_

COMPLAINANT'S ADDRESS: _99 Park Ave._   _Harahan_

DATE AND TIME OF COMPLAINT: _8-12-18_   _1:19 PM_

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY: _So bad_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_The smell is so bad, they have to leave their house._

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _NNE_

WIND SPEED: _2 MPH_

TERMPERATURE: _98.2°_

HUMIDITY: _50%_

WEATHER CONDITIONS: _Partly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0534

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME: _504-431-8031_
COMPLAINANT'S NAME: _Lloyd Brasell 504-259-1552_
COMPLAINANT'S ADDRESS: _1010 Reynoldsdr. Waggaman_
DATE AND TIME OF COMPLAINT: _8-12-18    6:12PM_
COMPLAINANT'S DESCRIPTION OF ODOR: _Rotten garbage + smoke_
COMPLAINANT'S DESCRIPTION OF INTENSITY: _10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Odor is penetrating into the house._

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _ESE_
WIND SPEED: _0 MPH_
TERMPERATURE: _82.9°_
HUMIDITY: _72%_
WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Monya Ward 504-613-7070

COMPLAINANT'S ADDRESS: 208 Butler Dr. Avondale

DATE AND TIME OF COMPLAINT: 8-12-18 4:30 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Chemical

COMPLAINANT'S DESCRIPTION OF INTENSITY: Strong

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: West

WIND SPEED: 3 MPH

TERMPERATURE: 91°

HUMIDITY: 52%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Monya Ward_     504-637-7070

COMPLAINANT'S ADDRESS: _208 Butler Dr. Avondale_

DATE AND TIME OF COMPLAINT: _8-13-18_     _5:30AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Very strong_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_She walks her dog 3 miles every morning. The odor was so strong this morning, they didn't even walk 1 mile._

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _Calm_

WIND SPEED: _0 MPH_

TERMPERATURE: _78°_

HUMIDITY: _96%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



0537

Jefferson Parish Landfill

Odor Control

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Jodi Schwing    504-737-7196*

COMPLAINANT'S ADDRESS: *239 Wilton    River Ridge*

DATE AND TIME OF COMPLAINT: *8-14-18    12:19 AM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Pungent*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *9 out of 10 (outside) 7 out of 10 (inside)*

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

*Odor woke her up.*

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *SW*

WIND SPEED: *2 MPH*

TERMPERATURE: *80.8°*

HUMIDITY: *79%*

WEATHER CONDITIONS: *Partly Cloudy*

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Alejandro Tefel 985-381-1843_

COMPLAINANT'S ADDRESS: _250 Orchard Rd. River Ridge_

DATE AND TIME OF COMPLAINT: _8-14-18    12:41 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Foul odor_

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _WSW_

WIND SPEED: _1 MPH_

TERMPERATURE: _79.9°_

HUMIDITY: _81%_

WEATHER CONDITIONS: _Partly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Becky Perez    504-462-7976

COMPLAINANT'S ADDRESS: 8616 South Down Dr. River Ridge

DATE AND TIME OF COMPLAINT: 8-14-18   2:07 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Chemical - burnt

COMPLAINANT'S DESCRIPTION OF INTENSITY: So, so, so bad

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Leaves a film in your mouth - like grease + gives her a headache.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: ENE

WIND SPEED: 0 MPH

TERMPERATURE: 78.8°

HUMIDITY: 83%

WEATHER CONDITIONS: Partly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0540

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Jeff Thorne  480-703-6257

COMPLAINANT'S ADDRESS: 12 Imperial Woods  Harahan

DATE AND TIME OF COMPLAINT: 8-14-18  2:30 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Rotten eggs / sewer

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Sunday his 5 year daughter was complaining of the smell. He is concerned for their health.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: East

WIND SPEED: 0 MPH

TEMPERATURE: 78.3°

HUMIDITY: 84%

WEATHER CONDITIONS: Fair

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Rhonda Quinot  504-390-7140*

COMPLAINANT'S ADDRESS: *3721 Roman St. Metairie*

DATE AND TIME OF COMPLAINT: *8-14-18   11:30AM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Eggs or Something Burning*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *Worse in evening & at night*

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

*Grandson is having more severe problems with asthma & it started when they joined the swimming pool in Harahan. Smell is worse late evening, night, & early morning.*

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *ENE*

WIND SPEED: *2 MPH*

TERMPERATURE: *93.9°*

HUMIDITY: *57%*

WEATHER CONDITIONS: *Mostly Cloudy*

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0542

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Henrietta Martin 504-905-9380_

COMPLAINANT'S ADDRESS: _164 Shambling Ct. Avondale_

DATE AND TIME OF COMPLAINT: _8-14-18        5:30 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Natural Gas_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Horrible_

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Causing headaches, nausea, coughing_

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _WSW_

WIND SPEED: _0 MPH_

TERMPERATURE: _77°_

HUMIDITY: _87%_

WEATHER CONDITIONS: _Mostly Cloudy_

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0543

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Complaint Report

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Judy Roman 504-458-9153

COMPLAINANT'S ADDRESS: 1301 O'Neil Dr. Harahan

DATE AND TIME OF COMPLAINT: 5-14-18 5:50 P.M

COMPLAINANT'S DESCRIPTION OF ODOR: Smoke

COMPLAINANT'S DESCRIPTION OF INTENSITY: Bad

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SSE

WIND SPEED: 3 MPH

TERMPERATURE: 88.9°

HUMIDITY: 63%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0544

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME: _63° Call Back no answer_
_callback_ _518 - 662 - 0823_

COMPLAINANT'S NAME: _Dan Barcomb_

COMPLAINANT'S ADDRESS: _110 Sedgefield Harahan_

DATE AND TIME OF COMPLAINT: _5.58 Am 8/9/18_

COMPLAINANT'S DESCRIPTION OF ODOR: _Methane smell_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _2/10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _West_

WIND SPEED: _0 MPH_

TERMPERATURE: _76.5°_

HUMIDITY: _89%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0545

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:      504 - 415 - 1467

COMPLAINANT'S NAME:      George Peterson

COMPLAINANT'S ADDRESS:      233 Modern Farms    Waggaman

DATE AND TIME OF COMPLAINT:      6 am    8-14-18

COMPLAINANT'S DESCRIPTION OF ODOR:      whatever / I don't know what

COMPLAINANT'S DESCRIPTION OF INTENSITY:      Burnt Popcorn / smoke / landfill odor

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION:      West

WIND SPEED:      0 MPH

TERMPERATURE:      76.5°

HUMIDITY:      89%

WEATHER CONDITIONS:      Mostly Cloudy

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Complaint Report
Privileged and Confidential Attorney-Client Communication or Attorney Work Product

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Lisa Karlin   504-905-1540*

COMPLAINANT'S ADDRESS: *282 Orchard Rd.   River Ridge*

DATE AND TIME OF COMPLAINT: *8-14-18      6:11 PM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Burnt Petroleum*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *7 out of 10*

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *WSW*

WIND SPEED: *0 MPH*

TERMPERATURE: *76.5°*

HUMIDITY: *89%*

WEATHER CONDITIONS: *Mostly Cloudy*

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME: 504- 613-7070 Dawn

COMPLAINANT'S NAME: Monya Ward

COMPLAINANT'S ADDRESS: 208 Butler Dr. Avondal

DATE AND TIME OF COMPLAINT: 6:23 Am  8/14/18

COMPLAINANT'S DESCRIPTION OF ODOR: Chemical / foul

COMPLAINANT'S DESCRIPTION OF INTENSITY:

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Its been happening but the media is only talking about River Ridge and Waggaman. She wanted to make sure it was known they smell it in Avondale also

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SSW

WIND SPEED: O MPH

TERMPERATURE: 76.5°

HUMIDITY: 89%

WEATHER CONDITIONS: Cloudy

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0548

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Control

**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME: 

COMPLAINANT'S NAME:  *Voicemail*   *Yvette Veeder*   *504-888-7351*

COMPLAINANT'S ADDRESS:  *1512 Bullard Ave. Metairie*

DATE AND TIME OF COMPLAINT:  *8-14-18*   *6:56PM*

COMPLAINANT'S DESCRIPTION OF ODOR:  *that smell*

COMPLAINANT'S DESCRIPTION OF INTENSITY: 

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION:  *WNW*

WIND SPEED:  *0 MPH*

TERMPERATURE:  *77°*

HUMIDITY:  *89%*

WEATHER CONDITIONS:  *Mostly Cloudy*

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION: 

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: 

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 18:32  FAX 504 596 6301 Bradley Murchison - N.O.

☑231/345

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Complaint Report

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Martin Palmer    504-478-9393

COMPLAINANT'S ADDRESS: 312 Blossom Ct    Waggaman

DATE AND TIME OF COMPLAINT: 8-14-18    9:15 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Rotten Eggs

COMPLAINANT'S DESCRIPTION OF INTENSITY: Bad

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: ESE

WIND SPEED: 0 MPH

TERMPERATURE: 86.2°

HUMIDITY: 68%

WEATHER CONDITIONS: Partly Cloudy

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Bert Brubacher        504-669-6435

COMPLAINANT'S ADDRESS: 316 Florida St.  River Ridge

DATE AND TIME OF COMPLAINT: 8-14-18        9:38 PM

COMPLAINANT'S DESCRIPTION OF ODOR: dumpster / gasoline / gas

COMPLAINANT'S DESCRIPTION OF INTENSITY: Overpowering

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Causing a headache

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SW

WIND SPEED: O MPH

TERMPERATURE: 81.7°

HUMIDITY: 75%

WEATHER CONDITIONS: Partly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Vincent Caminita 504-738-5533

COMPLAINANT'S ADDRESS: 141 Phyllis Ct. River Ridge

DATE AND TIME OF COMPLAINT: 8-14-18    10:00 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Strong Chemical

COMPLAINANT'S DESCRIPTION OF INTENSITY: Very strong

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Water smelled like eggs. His wife had trouble breathing.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: NNW

WIND SPEED: 2 MPH

TERMPERATURE: 91.6°

HUMIDITY: 59%

WEATHER CONDITIONS: Partly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0552

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Leslie Hunter_ 504-888-6108

COMPLAINANT'S ADDRESS: 1612 Sandra    Metairie

DATE AND TIME OF COMPLAINT: 8-15-18    12:00 AM (midnight)

COMPLAINANT'S DESCRIPTION OF ODOR: Rotten Eggs

COMPLAINANT'S DESCRIPTION OF INTENSITY: Pretty strong

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Odor coming into her house

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: West

WIND SPEED: 1 MPH

TERMPERATURE: 81°

HUMIDITY: 78%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Yvette Veeder  504-888-7351_

COMPLAINANT'S ADDRESS: _1512 Bullard Ave. Metairie_

DATE AND TIME OF COMPLAINT: _8-15-18  5:54PM_

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Very Strong_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _West_

WIND SPEED: _2 MPH_

TERMPERATURE: _86.4°_

HUMIDITY: _69%_

WEATHER CONDITIONS:

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill

Odor Control

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Douglas Martin   504-251-7704_

COMPLAINANT'S ADDRESS: _36 Larkspur Ln.   Waggaman_

DATE AND TIME OF COMPLAINT: _8-15-18    5:56 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Gassy - Sour_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Loud - Stinky_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _West_

WIND SPEED: _2 MPH_

TERMPERATURE: _86.4°_

HUMIDITY: _69%_

WEATHER CONDITIONS:

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Connie Johnson_      _504-737-5944_

COMPLAINANT'S ADDRESS: _10405 Alan St.  River Ridge_

DATE AND TIME OF COMPLAINT: _8-15-18_      _6:00 PM_

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _SSW_

WIND SPEED: _2 MPH_

TERMPERATURE: _86°_

HUMIDITY: _69%_

WEATHER CONDITIONS:

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Complaint
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Vicki Settet*          *504-400-8086*

COMPLAINANT'S ADDRESS: *336 Stewart Ave River Ridge*

DATE AND TIME OF COMPLAINT: *8-15-18        6:03 PM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Chemical*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *Extremely strong*

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *South*

WIND SPEED: *2 MPH*

TERMPERATURE: *86°*

HUMIDITY: *69%*

WEATHER CONDITIONS:

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 18:38  FAX 504 596 6301 Bradley Murchison - N.O.          ☑239/345

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Van Hoang     504 - 884 - 0025_

COMPLAINANT'S ADDRESS: _24 Idlewood Pl. River Ridge_

DATE AND TIME OF COMPLAINT: _8 -15 -16     6:14 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sewer_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _9 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _West_

WIND SPEED: _2 MPH_

TERMPERATURE: _85.5°_

HUMIDITY: _70%_

WEATHER CONDITIONS:

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Michelle Dummet 504-451-4309_

COMPLAINANT'S ADDRESS: _4008 Lake Villa Dr. Metairie_

DATE AND TIME OF COMPLAINT: _8-15-18    8:01 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Massive burn smell_

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_In Metairie on Veterans / Causeway area._

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _NNE_

WIND SPEED: _1 MPH_

TERMPERATURE: _83.1°_

HUMIDITY: _77%_

WEATHER CONDITIONS:

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0559
01/16/2019 WED 18:40  FAX 504 596 6301 Bradley Murchison - N.O.    ☒241/345

Jefferson Parish Landfill
Odor Control
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Voicemail_    Yvette Veeder    504-888-7351

COMPLAINANT'S ADDRESS: 1512 Bullard ave. Metairie

DATE AND TIME OF COMPLAINT: 8-15-18    10:28 PM

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY: Really strong

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Smell is seeping into her house

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: East

WIND SPEED: 1 MPH

TERMPERATURE: 81°

HUMIDITY: 83%

WEATHER CONDITIONS:

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0560

01/16/2019 WED 18:40  FAX 504 596 6301 Bradley Murchison - N.O.

☑242/345

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Alejandro Tefel 985-381-1843_

COMPLAINANT'S ADDRESS: _250 Orchard Rd. River Ridge_

DATE AND TIME OF COMPLAINT: _8-15-18    11:41 AM started at 10:30 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Foul odor_

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _East_

WIND SPEED: _1 MPH_

TERMPERATURE: _81°_

HUMIDITY: _83%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

1950

01/16/2019 WED 18:41  FAX 504 596 6301 Bradley Murchison - N.O.

☑243/345

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Jenny Mimmer  504-881-5281_

COMPLAINANT'S ADDRESS: _9213 Rosecrest Ln. River Ridge_

DATE AND TIME OF COMPLAINT: _8-15-18      10:35 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _ESE_

WIND SPEED: _0 MPH_

TERMPERATURE: _81°_

HUMIDITY: _83%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0562

Jefferson Parish Landfill
Odor Complaint Report
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Lloyd Brazell  504-259-7552*

COMPLAINANT'S ADDRESS: *10101 Reynolds dr  Waggaman*

DATE AND TIME OF COMPLAINT: *8-16-18   12:00AM - 2:00 AM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Dump / chemical / smoke*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *10 out of 10*

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

*Odor infiltrated the house.*

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: *SSE  - 12:04 AM*

WIND SPEED: *5 MPH*

TERMPERATURE: *82°*

HUMIDITY: *85 %*

WEATHER CONDITIONS: *Partly Cloudy*

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Venlisha Sanders  504-481-9910_

COMPLAINANT'S ADDRESS: _621 Sweet Olive   Waggaman_

DATE AND TIME OF COMPLAINT: _8-16-18    6:15 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Rotten eggs, foul_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Strong - 9 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _Calm_

WIND SPEED: _0 MPH_

TERMPERATURE: _81°_

HUMIDITY: _91%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attomey-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Jefferson Parish Landfill
Odor Control

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Byron Farbe   504-464-0211_

COMPLAINANT'S ADDRESS: _430 Hollandey St. Kenner_

DATE AND TIME OF COMPLAINT: _8-16-18         6:30 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Broken sewer line_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _10 out of 10, Bad_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)



### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _Calm_

WIND SPEED: _0 MPH_

TERMPERATURE: _80°_

HUMIDITY: _94%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)



### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Complaint Report

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Gerard Bailey   504-606-8534_

COMPLAINANT'S ADDRESS: _37 Manor Ln   Waggaman_

DATE AND TIME OF COMPLAINT: _8-16-18   11:15 AM_

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Grain Dust - coming off of river - He was trying to cut grass._

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _North_

WIND SPEED: _6 MPH_

TERMPERATURE: _88°_

HUMIDITY: _73%_

WEATHER CONDITIONS: _Thunder_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Danielle Bradley 504-353-2299_

COMPLAINANT'S ADDRESS: (Apt. 20) _525 Richard Ave. River Ridge_

DATE AND TIME OF COMPLAINT: _8-16-18      12:55 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _10 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _Calm_

WIND SPEED: _0 MPH_

TERMPERATURE: _88°_

HUMIDITY: _72%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Cornell Burdis   504-301-5335_

COMPLAINANT'S ADDRESS: _309 Rotunda Dr.  Avondale._

DATE AND TIME OF COMPLAINT: _8-16-18   12:49 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Gaseous  real toxic_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _10 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Smells it every morning between 4:00 AM + 7:00 AM_

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _4:00 AM - SSE_

WIND SPEED: _5 MPH_

TERMPERATURE: _81°_

HUMIDITY: _94%_

WEATHER CONDITIONS: _Partly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Jefferson Parish Landfill
Odor Complaint Report
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Lloyd Braswell_   504-431-8037  504-259-7552

COMPLAINANT'S ADDRESS: _10101 Reynolds Dr. Waggaman_

DATE AND TIME OF COMPLAINT: _8-17-18      8:14 AM_

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY: _10 because it infiltrated into his home_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

8-16-18- 9:00 PM- smoke
10:00 PM- smoke, dump, + chemical
11:30 PM- odor was gone outside

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

| | | |
|---|---|---|
| WIND DIRECTION: | 9:00 PM - South | 10:00PM - South |
| WIND SPEED: | 3 MPH | 6 MPH |
| TERMPERATURE: | 83° | 83° |
| HUMIDITY: | 83% | 85% |
| WEATHER CONDITIONS: | Mostly Cloudy | Partly Cloudy |

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Judy Roman   504-458-9153

COMPLAINANT'S ADDRESS: 7301 O'Neil Dr.  Harahan

DATE AND TIME OF COMPLAINT: 8-11-18   8:26 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Sewer gas

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Smells in her home and in St. Rita Church at
7100 Jefferson Hwy. in Harahan.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SW

WIND SPEED: 6 MPH

TERMPERATURE: 86°

HUMIDITY: 79%

WEATHER CONDITIONS: Mostly Cloudly

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 18:49  FAX 504 596 6301 Bradley Murchison - N.O.    ☑252/345

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Alejandro Jelel 985-381-1843

COMPLAINANT'S ADDRESS: 250 Orchard Rd, River Ridge

DATE AND TIME OF COMPLAINT: 8-17-18   3:34 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Foul odor

COMPLAINANT'S DESCRIPTION OF INTENSITY: Not as strong as usual

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Started around 3:30 PM

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: West

WIND SPEED: 10 MPH

TERMPERATURE: 81°

HUMIDITY: 88 %

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Laura Peren* 504-452-1715

COMPLAINANT'S ADDRESS: *8725 Hermitage Pl. River Ridge*

DATE AND TIME OF COMPLAINT: *8-11-18   3:50 PM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Sour - Heavy*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *Bad*

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

*When the odor was present, it gave her a headache.
When the odor went away, so did the headache.*

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *SW*

WIND SPEED: *8 MPH*

TERMPERATURE: *86°*

HUMIDITY: *72%*

WEATHER CONDITIONS: *Thunder in the Vicinity*

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _John Bruna  504-468-1482_

COMPLAINANT'S ADDRESS: _809 Maryland Ave. Metairie_

DATE AND TIME OF COMPLAINT: _8-17-18      5:21 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Landfill_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Really, really, really bad_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _SSW_

WIND SPEED: _10 MPH_

TERMPERATURE: _81°_

HUMIDITY: _74%_

WEATHER CONDITIONS: _Mostly Cloudy_

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 18:51  FAX 504 596 6301 Bradley Murchison - N.O.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**

**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Donna Shay  504-908-7564_

COMPLAINANT'S ADDRESS: _104 Jullulah  River Ridge_

DATE AND TIME OF COMPLAINT: _8-17-18      7:30 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sulphur_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Horrible_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_They went outside to go in their hot tub and had to go back inside - Couldn't use the hot tub._

_called back at 8:00 PM - Smell is so much worse_

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _SSE_

WIND SPEED: _5 MPH_

TERMPERATURE: _81°_

HUMIDITY: _85 %_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0574

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Sharon Simmons 504-782-1567*

COMPLAINANT'S ADDRESS: *504 George St. Avondale*

DATE AND TIME OF COMPLAINT: *8-17-18      9:14 PM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Something burning*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *Very strong*

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

*It's burning her eyes + throat. The smell is so strong she thought her house was on fire.*

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *South*

WIND SPEED: *3 MPH*

TERMPERATURE: *81°*

HUMIDITY: *91%*

WEATHER CONDITIONS: *Mostly Cloudy*

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Jefferson Parish Landfill
Odor Control
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Lloyd Braxell 504-259-7552_

COMPLAINANT'S ADDRESS: _10101 Reynolds Dr. Waggaman_

DATE AND TIME OF COMPLAINT: _8-18-18_   _8-17-18 7-18:30PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Smoke/dump/chemicals_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _10 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Odor was inside of his home_

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _Calm_

WIND SPEED: _0 MPH_

TERMPERATURE: _81°_

HUMIDITY: _91%_

WEATHER CONDITIONS: _Fair_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0576

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Jenny Mimmer 504-439-4473

COMPLAINANT'S ADDRESS: 9213 Rosecrest Ln. River Ridge

DATE AND TIME OF COMPLAINT: 9-5-18        6:30 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Petroleum

COMPLAINANT'S DESCRIPTION OF INTENSITY: 8 out of 10

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Eyes + lips were burning

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: East

WIND SPEED: 2 MPH

TERMPERATURE: 84.9°

HUMIDITY: 73%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 18:54 FAX 504 596 6301 Bradley Murchison - N.O.                    ☒259/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Sanitation
Odor Control
Odor Complaint Report

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Kai Taylor    504-237-0361

COMPLAINANT'S ADDRESS: 9916 St. Paul Ave. River Ridge

DATE AND TIME OF COMPLAINT: 9-5-18    5:50 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Petroleum / Chemical

COMPLAINANT'S DESCRIPTION OF INTENSITY: 10

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: East

WIND SPEED: 0 MPH

TERMPERATURE: 72.9°

HUMIDITY: 90%

WEATHER CONDITIONS: Mostly Cloudy

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 18:55  FAX 504 596 6301 Bradley Murchison - N.O.    Ø260/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Sanitation
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Susan Morere        504-909-1464_

COMPLAINANT'S ADDRESS: _175 Park Ave.   Harahan_

DATE AND TIME OF COMPLAINT: _9-5-18              10:09 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Noxious - rancid_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _8 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Her daughter is having a reaction to the odor._

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _NE_

WIND SPEED: _3 MPH_

TERMPERATURE: _87.8°_

HUMIDITY: _66%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Control

**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Becky Perez   504-462-7976

COMPLAINANT'S ADDRESS: 8686 Southdown Ln. River Ridge

DATE AND TIME OF COMPLAINT: 9-5-18   10:00AM

COMPLAINANT'S DESCRIPTION OF ODOR: Gas / Chemical

COMPLAINANT'S DESCRIPTION OF INTENSITY: 10

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Had to take her child out of the house.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: East

WIND SPEED: 3 MPH

TERMPERATURE: 82°

HUMIDITY: 85%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 18:56  FAX 504 596 6301 Bradley Murchison - N.O.   ☑262/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Barbara Bivins_   504-579-4258

COMPLAINANT'S ADDRESS: _1079 Colonial Club Dr. Harahan_

DATE AND TIME OF COMPLAINT: _9-5-18        7:23 AM_

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Horrendous_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _WNW_

WIND SPEED: _3 MPH_

TERMPERATURE: _72.9°_

HUMIDITY: _92%_

WEATHER CONDITIONS: _Mostly Cloudy_

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Lisa Karlin 905-7540

COMPLAINANT'S ADDRESS: 282 Orchid River Ridge

DATE AND TIME OF COMPLAINT: Sept. 5, 2018 @ 10:38 Am

COMPLAINANT'S DESCRIPTION OF ODOR: Sulphur

COMPLAINANT'S DESCRIPTION OF INTENSITY: 8 outside, 2-3 inside.

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: SW

WIND SPEED: 3 MPH

TERMPERATURE: 72.5°

HUMIDITY: 91%

WEATHER CONDITIONS: Mostly Cloudy

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Cheryl Ruest 912-4576

COMPLAINANT'S ADDRESS: 209 Wagner Dr. River Ridge

DATE AND TIME OF COMPLAINT: Sept. 5, 2018 @ 10:40 am

COMPLAINANT'S DESCRIPTION OF ODOR: Chemical

COMPLAINANT'S DESCRIPTION OF INTENSITY: 5

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Stinks. Chemical like.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SW

WIND SPEED: 3 PMH

TERMPERATURE: 72.5°

HUMIDITY: 91%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _tested_    Angela Adams   504-481-7496

COMPLAINANT'S ADDRESS:   10016 Suzanne Dr. River Ridge

DATE AND TIME OF COMPLAINT:   9-5-18    6:38 AM

COMPLAINANT'S DESCRIPTION OF ODOR:   Noxious / chemical / toxic

COMPLAINANT'S DESCRIPTION OF INTENSITY:   BAD

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

Awoken by odor inside home at 6:00 AM + still present

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION:   South

WIND SPEED:   3 MPH

TERMPERATURE:   72.3°

HUMIDITY:   91%

WEATHER CONDITIONS:   Mostly Cloudy

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 18:59 FAX 504 596 6301 Bradley Murchison - N.O.

⊠266/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Erin Lyons_   248 760-7478

COMPLAINANT'S ADDRESS: _1913 Oak Creek, amwood New Orleans_

DATE AND TIME OF COMPLAINT: _9-5-18_   _1:42 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _She couldn't describe_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Very strong_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _WSW_

WIND SPEED: _5 MPH_

TERMPERATURE: _73.6°_

HUMIDITY: _92%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

_She lives in Jefferson Parish_

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:00 FAX 504 596 6301 Bradley Murchison - N.O.   267/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Nicole Leitch   504-554-1931_

COMPLAINANT'S ADDRESS: _110 W. Imperial    Harahan_

DATE AND TIME OF COMPLAINT: _9-5-18        8:03 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Petroleum_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _5 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _South_

WIND SPEED: _5 MPH_

TERMPERATURE: _75°_

HUMIDITY: _89%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:01  FAX 504 596 6301 Bradley Murchison - N.O.                    ☑268/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *texted* Judy Roman 504-458-9153

COMPLAINANT'S ADDRESS: 1301 O'Neal Dr. Harahan

DATE AND TIME OF COMPLAINT: 9-5-18    8:13 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Sour garbage

COMPLAINANT'S DESCRIPTION OF INTENSITY: 3 out of 10

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Her throat is burning.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: West

WIND SPEED: 3 MPH

TERMPERATURE: 76.3°

HUMIDITY: 84%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:01 FAX 504 596 6301 Bradley Murchison - N.O.    269/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Mary Johnson    504-432-8130

COMPLAINANT'S ADDRESS: 614 Hickory Ave  Harahan

DATE AND TIME OF COMPLAINT: 9-5-18    8:45 AM

COMPLAINANT'S DESCRIPTION OF ODOR: H2S

COMPLAINANT'S DESCRIPTION OF INTENSITY: 4 out of 10 but getting stronger

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SW

WIND SPEED: 5 MPH

TERMPERATURE: 188°

HUMIDITY: 79%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:02  FAX 504 596 6301 Bradley Murchison - N.O.    ☒270/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
**Odor Control**
**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Margie Gilbert   504-559-5674

COMPLAINANT'S ADDRESS: 854 S. Clearview  River Ridge

DATE AND TIME OF COMPLAINT: 9-5-18        7:29 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Chemical

COMPLAINANT'S DESCRIPTION OF INTENSITY: Horrible - horrendous

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

Strongest she's ever smelled it. She went to take her dog out for a walk but had to just let him do his business + went back inside.

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: West

WIND SPEED: 5 MPH

TERMPERATURE: 76°

HUMIDITY: 91%

WEATHER CONDITIONS: Mostly Cloudy

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0589

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Jeanne Nicholson    504-536-0581_

COMPLAINANT'S ADDRESS: _111 Elaine Ave.   Harahan_

DATE AND TIME OF COMPLAINT: _9-5-18         9:12 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sulphur + chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _3 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _ESE_

WIND SPEED: _5 MPH_

TERMPERATURE: _79°_

HUMIDITY: _90%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:04  FAX 504 596 6301 Bradley Murchison - N.O.    ☒272/345

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Control**
Odor Complaint Report

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Byron Farbe   504-464-0211_

COMPLAINANT'S ADDRESS: _111 Rebel Ave   River Ridge_

DATE AND TIME OF COMPLAINT: _9-5-18       8:08 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sewer line - busted_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _terrible_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

_Can no longer drink his coffee outside on his patio_

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _WNW_

WIND SPEED: _5 MPH_

TERMPERATURE: _76.3°_

HUMIDITY: _84 %_

WEATHER CONDITIONS: _Mostly Cloudy_

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Sherry Witter_    504-123-3138

COMPLAINANT'S ADDRESS: _153 Lee Ct_    _River Ridge_

DATE AND TIME OF COMPLAINT: _9-5-18_    _9:28 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sulphur_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Very strong_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Odor was inside of her home + in a corner of her patio_

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _NW_

WIND SPEED: _3 MPH_

TERMPERATURE: _82°_

HUMIDITY: _73 %_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Sanitary Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Amy Vaughn  985-710-3095_

COMPLAINANT'S ADDRESS: _1509 Windsor   Harahan_

DATE AND TIME OF COMPLAINT: _9-5-18        7:10 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _8 out of 10_

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Odor was on Jefferson Hwy. (on her way to work)_

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _West_

WIND SPEED: _3 MPH_

TERMPERATURE: _72.3°_

HUMIDITY: _92%_

WEATHER CONDITIONS: _Mostly Cloudy_

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0593

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill

Odor Control

Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Patricia France 504-329-0734

COMPLAINANT'S ADDRESS: 19 Idlewood Pl   River Ridge

DATE AND TIME OF COMPLAINT: 9-5-18   6:55AM

COMPLAINANT'S DESCRIPTION OF ODOR: Rotten egg / sulphur

COMPLAINANT'S DESCRIPTION OF INTENSITY: 10 - bad - horrible

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: South

WIND SPEED: 3 MPH

TERMPERATURE: 72.3°

HUMIDITY: 91%

WEATHER CONDITIONS: Mostly Cloudy

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:07   FAX 504 596 6301 Bradley Murchison - N.O.

[276/345]

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**

## Odor Control
### Odor Complaint Report

#### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Justin Hendricks  614-915-1164

COMPLAINANT'S ADDRESS: 23 Idlewood Pl  River Ridge

DATE AND TIME OF COMPLAINT: 9-5-18    9:39 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Sulphur

COMPLAINANT'S DESCRIPTION OF INTENSITY: 8 out of 10

#### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Odor was in his home as well as outside

#### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: West

WIND SPEED: 3 MPH

TERMPERATURE: 83.3°

HUMIDITY: 70%

WEATHER CONDITIONS: Mostly Cloudy

#### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

#### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

#### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:07  FAX 504 596 6301 Bradley Murchison - N.O.

☑271/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
## Odor Control
## Odor Complaint Report

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Kristen Jelinka    504-717-9123_

COMPLAINANT'S ADDRESS: _632 Celiste Ave.   River Ridge_

DATE AND TIME OF COMPLAINT: _9-5-18        6:15 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sulphur_

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _WNW_

WIND SPEED: _0 MPH_

TERMPERATURE: _73.7°_

HUMIDITY: _90%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Cheryl Cuevegan  504-329-6465

COMPLAINANT'S ADDRESS: 10128 Lucy Ct. River Ridge

DATE AND TIME OF COMPLAINT: 9-5-18   5:42 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Petroleum

COMPLAINANT'S DESCRIPTION OF INTENSITY: 6 out of 10

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: Calm

WIND SPEED: 0 MPH

TERMPERATURE: 72.9°

HUMIDITY: 90%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:09  FAX 504 596 6301 Bradley Murchison - N.O.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Sanitary Landfill

**Odor Control**

**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Alejandro Sekel 985-381-1843_

COMPLAINANT'S ADDRESS: _250 Orchard Rd. River Ridge_

DATE AND TIME OF COMPLAINT: _9-5-18          1:22 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Foul odor_

COMPLAINANT'S DESCRIPTION OF INTENSITY:

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

"_Started around 4:00 AM. It's not the landfill!_"

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _ENE_

WIND SPEED: _10 MPH_

TERMPERATURE: _93.7°_

HUMIDITY: _58%_

WEATHER CONDITIONS: _Mostly Cloudy_

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
|  |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:10  FAX 504 596 6301 Bradley Murchison - N.O.

Ø280/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Control
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Arlee Culotta    504-439-4473

COMPLAINANT'S ADDRESS: 99 Park Ave. Harahan

DATE AND TIME OF COMPLAINT: 9-5-18    11:29 AM

COMPLAINANT'S DESCRIPTION OF ODOR: Rotten Eggs

COMPLAINANT'S DESCRIPTION OF INTENSITY: Really Bad

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Inside of her home. 7:45 AM

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: West

WIND SPEED: 8 MPH

TERMPERATURE: 88.2°

HUMIDITY: 66%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

01/16/2019 WED 19:10  FAX 504 596 6301 Bradley Murchison - N.O.

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**

**Odor Control**

**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Lloyd Brasell   504-259-7552*

COMPLAINANT'S ADDRESS: *1010 Reynolds Waggaman*

DATE AND TIME OF COMPLAINT: *9-5-18   9:30 PM - 12:00 AM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Methane + Sewerage*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *10*

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *West*

WIND SPEED: *7 MPH*

TERMPERATURE: *81°*

HUMIDITY: *83%*

WEATHER CONDITIONS: *Partly Cloudy*

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0600

01/16/2019 WED 19:11  FAX 504 596 6301 Bradley Murchison - N.O.

☑282/345

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Control

**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Jolie Weicks

COMPLAINANT'S ADDRESS: 10117 Lucy Ct. River Ridge

DATE AND TIME OF COMPLAINT: 9-6-18    5:24 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Rotten Eggs

COMPLAINANT'S DESCRIPTION OF INTENSITY: 8 out of 10

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

Odor was in her car + it wakes her up at night.
She was out of the country for a week + wasn't sick
at all, now that she's back, she's sick again.

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: ESE

WIND SPEED: 4 MPH

TERMPERATURE: 83.7°

HUMIDITY: 74%

WEATHER CONDITIONS: Mostly Cloudy

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:12  FAX 504 596 6301 Bradley Murchison - N.O.    Ø283/345

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Control**
**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Herman Becker   504-535-6234

COMPLAINANT'S ADDRESS: 101 Chenevert   Waggaman

DATE AND TIME OF COMPLAINT: 9-6-18   8:16 PM

COMPLAINANT'S DESCRIPTION OF ODOR: landfill

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

He said that it smelled like we dumped the landfill in his driveway.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: ESE

WIND SPEED: 0 MPH

TERMPERATURE: 79.3°

HUMIDITY: 86%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:13  FAX 504 596 6301 Bradley Murchison - N.O.   284/345

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Complaint Report

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Judy Roman 504-458-9153

COMPLAINANT'S ADDRESS: 7301 O'Nealan. Harahan

DATE AND TIME OF COMPLAINT: 9-6-18    2:51 PM

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY: 5 out of 10

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Odor is at Save-A-Lot
6525 Airline Hwy.
Metairie - Across from LaSalle Park

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: East

WIND SPEED: 3 MPH

TERMPERATURE: 82.6°

HUMIDITY: 80 %

WEATHER CONDITIONS: Mostly Cloudy

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

## Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
### Odor Complaint Report

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Becky Perry_

COMPLAINANT'S ADDRESS: _8616 Southdown Ln - River Ridge_

DATE AND TIME OF COMPLAINT: _9-6-18_          _2:28 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Gas / Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _7 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _NE_

WIND SPEED: _0 MPH_

TERMPERATURE: _82.8°_

HUMIDITY: _82%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Control

**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Linda Bernard  504-388-2230_

COMPLAINANT'S ADDRESS: _367 Orchard Rd. River Ridge_

DATE AND TIME OF COMPLAINT: _9-6-18           2:21 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _the landfill - rotten eggs + chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Odor started at around 1:00 PM. Smell is so strong she can't get out of her house._

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _SSW_

WIND SPEED: _2 MPH_

TERMPERATURE: _84.2°_

HUMIDITY: _79%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION: _____

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:15  FAX 504 596 6301 Bradley Murchison - N.O.       ☒287/345

Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Control

**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Lisa Karlin   504-905-7540_

COMPLAINANT'S ADDRESS: _282 Orchard Rd. River Ridge_

DATE AND TIME OF COMPLAINT: _9-6-18        2:00 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Sulphur_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _6 or 7 out of 10_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _West_

WIND SPEED: _1 MPH_

TERMPERATURE: _83.1°_

HUMIDITY: _81%_

WEATHER CONDITIONS: _Mostly Cloudy_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Control

**Odor Complaint Report**

### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Yvette Beter   504-736-6878

COMPLAINANT'S ADDRESS: 4901 Jefferson Hwy Ste A Jefferson

DATE AND TIME OF COMPLAINT: 9-6-18   1:53 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Foul Odor

COMPLAINANT'S DESCRIPTION OF INTENSITY: Really strong

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: SW

WIND SPEED: 2 MPH

TERMPERATURE: 83.5°

HUMIDITY: 81%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

Her work address

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:16   FAX 504 596 6301 Bradley Murchison - N.O.   Ø289/345

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Control

**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Kim Schwall_ _504-738-8375_

COMPLAINANT'S ADDRESS: _572 Gordon Ave. Harahan_

DATE AND TIME OF COMPLAINT: _9-6-18_ _1:46 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Strong_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

_Odor came into her house._

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _West_

WIND SPEED: _1 MPH_

TERMPERATURE: _83.1°_

HUMIDITY: _83%_

WEATHER CONDITIONS: _Mostly_

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:17  FAX 504 596 6301 Bradley Murchison - N.O.

2290/345

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Katherine Walker 504-231-7642

COMPLAINANT'S ADDRESS: 167 Magnolia Blvd Harahan

DATE AND TIME OF COMPLAINT: 9-6-18   1:35 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Sweet, disgusting smell

COMPLAINANT'S DESCRIPTION OF INTENSITY: 3 out of 10

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: West

WIND SPEED: 1 MPH

TERMPERATURE: 82.4°

HUMIDITY: 85%

WEATHER CONDITIONS: Mostly Cloudy

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Control
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Nicole Leitch 504-554-1931_

COMPLAINANT'S ADDRESS: _110 W. Imperial Harahan_

DATE AND TIME OF COMPLAINT: _9-6-18     1:10 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Petroleum_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _8 out of 10_

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _ENE_

WIND SPEED: _2 MPH_

TERMPERATURE: _82°_

HUMIDITY: _84%_

WEATHER CONDITIONS: _Thunder_

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:18  FAX 504 596 6301 Bradley Murchison - N.O.     ☑292/345

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Control
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _225-273-0271_

COMPLAINANT'S ADDRESS:

DATE AND TIME OF COMPLAINT: _9-7-18_    _6:09 PM_

COMPLAINANT'S DESCRIPTION OF ODOR:

COMPLAINANT'S DESCRIPTION OF INTENSITY:

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _West_

WIND SPEED: _1 mph_

TEMPERATURE: _87.3°_

HUMIDITY: _107 %_

WEATHER CONDITIONS:

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

_They called but didn't leave a message. I called_
_them back on 9-8-18 at 10:25 AM & left a voice mail._
_They didn't call back._

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Control**

**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Jenny Nimmmer   504-881-5281_

COMPLAINANT'S ADDRESS: _9213 Rosecrest Ln. River Ridge_

DATE AND TIME OF COMPLAINT: _9-1-18     5:44 PM + 6:58 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Chemical_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _So bad!_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|
| _Can't even go sit outside._ |

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _SW    5:44PM_        _ESE        6:59 PM_

WIND SPEED: _2mph_              _0mph_

TERMPERATURE: _87.4°_             _84.7°_

HUMIDITY: _67%_               _70%_

WEATHER CONDITIONS: 

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION: 

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Jessica Joups  504-400-8091

COMPLAINANT'S ADDRESS: 533 Modern Farms Rd Waggaman

DATE AND TIME OF COMPLAINT: 9-1-18    6:13 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Gassy dump smell

COMPLAINANT'S DESCRIPTION OF INTENSITY: 9 out of 10

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: WNW

WIND SPEED: 0mph

TERMPERATURE: 86.2

HUMIDITY: 69%

WEATHER CONDITIONS:

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Control

**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Michelle Dummet 504-451-4309

COMPLAINANT'S ADDRESS: ~~texted~~ 4008 Lake Villa Dr. Metairie

DATE AND TIME OF COMPLAINT: 9-7-18   4:50 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Eggy / Chemical

COMPLAINANT'S DESCRIPTION OF INTENSITY: Medium to Strong

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Odor is at Little Farms.

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: West

WIND SPEED: 3mph

TEMPERATURE: 90.1°

HUMIDITY: 66%

WEATHER CONDITIONS:

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0614

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Control**

**Odor Complaint Report**

| ODOR COMPLAINT GENERAL INFORMATION |
|---|

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Tiera Cumming_   504-919-5559

COMPLAINANT'S ADDRESS: _2403 Onion_   _Metairie_

DATE AND TIME OF COMPLAINT: _9-7-18_   _3:34 AM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Something burning / gas_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Strong_

| SUMMARY OF COMPLAINT (FROM COMPLAINANT) |
|---|

_Has a burning nose, running nose, headache on the entire left side of her head & face. Odor woke her up._

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
|---|

WIND DIRECTION: _WSW_

WIND SPEED: _0 mph_

TERMPERATURE: _76.7°_

HUMIDITY: _92%_

WEATHER CONDITIONS:

| INSPECTION AND RESPONSE |
|---|

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR) |
|---|
| |

| DAILY COVER CONDITIONS AND DOCUMENTATION |
|---|

TIME OF LAST COVER INSPECTION: _____

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:22  FAX 504 596 6301 Bradley Murchison - N.O.

[297/345]

### Jefferson Parish Landfill
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
#### Odor Control
#### Odor Complaint Report

#### ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: *Gerard Bailey* 504-606-8534

COMPLAINANT'S ADDRESS: *37 Manor Ln. Waggaman*

DATE AND TIME OF COMPLAINT: *9-7-18    4:46 PM*

COMPLAINANT'S DESCRIPTION OF ODOR: *Garbage / Methane*

COMPLAINANT'S DESCRIPTION OF INTENSITY: *7 or 8 out of 10*

#### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

*Has given him a headache.*

#### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: *SSE*

WIND SPEED: *4 mph*

TERMPERATURE: *90.5°*

HUMIDITY: *65%*

WEATHER CONDITIONS:

#### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

#### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

#### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
Odor Control

**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: Shirley Colvin 504-737-4170

COMPLAINANT'S ADDRESS: 41 Henderrey Ct. River Ridge

DATE AND TIME OF COMPLAINT: 9-7-18   5.08 PM

COMPLAINANT'S DESCRIPTION OF ODOR: Chemical / Acrid / Nasty / H2S

COMPLAINANT'S DESCRIPTION OF INTENSITY: 6 or 7 out of 10

## SUMMARY OF COMPLAINT (FROM COMPLAINANT)

Can't sit outside.

## WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: west

WIND SPEED: 4mph

TERMPERATURE: 89.4°

HUMIDITY: 107%

WEATHER CONDITIONS:

## INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

## DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
Privileged and Confidential Attorney-Client Communication or Attorney Work Product
**Odor Control**
**Odor Complaint Report**

## ODOR COMPLAINT GENERAL INFORMATION

INSPECTOR'S NAME:

COMPLAINANT'S NAME: _Derrick Friedman 504-453-4202_

COMPLAINANT'S ADDRESS: _212 Douglas Dr. River Ridge_

DATE AND TIME OF COMPLAINT: _9-7-18        5:39 PM_

COMPLAINANT'S DESCRIPTION OF ODOR: _Bologna_

COMPLAINANT'S DESCRIPTION OF INTENSITY: _Moderate_

### SUMMARY OF COMPLAINT (FROM COMPLAINANT)

### WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR)

WIND DIRECTION: _WNW_

WIND SPEED: _1 mph_

TERMPERATURE: _87.8_

HUMIDITY: _100%_

WEATHER CONDITIONS:

### INSPECTION AND RESPONSE

DATE AND TIME OF COMPLAINT INVESTIGATION:

| NASAL RANGER READING LOCATION | TIME | NR READING | DESCRIPTION OF ODOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### GENERAL COMPMENTS AND OBERSAVTIONS (INSPECTOR)

### DAILY COVER CONDITIONS AND DOCUMENTATION

TIME OF LAST COVER INSPECTION:

ATTACH DAILY COVER INSPECTION FORM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:24   FAX 504 596 6301 Bradley Murchison - N.O.   ☑300/345

New Orleans International, LA History | Weather Underground      https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

(/)

| Search Locations | Log in (/l) | ⚙ |

★ (/member/favorites)    Popular   San Francisco, CA     Manhattan, NY     Atlanta, GA
     cities   61 ° F Fair      73 ° F Cloudy      90 ° F Partly Cloudy

Elev 3ft 29.99 °N, 90.26 °W

# New Orleans International, LA ★ 🏠

☁ **91° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ⌄

HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

| Daily | Weekly | Monthly |

| July | 28 | 2018 | View |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 2:35 PM

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:25  FAX 504 596 6301 Bradley Murchison - N.O.  ☒301/345

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS'

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations



| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|
| 12:53 AM | 80 ° F | 75 ° F | 85 % | WSW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 AM | 78 ° F | 76 ° F | 93 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 AM | 80 ° F | 76 ° F | 87 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 AM | 78 ° F | 76 ° F | 93 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 AM | 78 ° F | 76 ° F | 93 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 AM | 77 ° F | 76 ° F | 96 % | W | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 AM | 77 ° F | 76 ° F | 96 % | WNW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 AM | 83 ° F | 78 ° F | 85 % | NW | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 8:53 AM | 87 ° F | 77 ° F | 72 % | NNW | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:53 AM | 88 ° F | 77 ° F | 70 % | NW | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:53 AM | 90 ° F | 77 ° F | 65 % | NNW | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:53 AM | 92 ° F | 77 ° F | 62 % | VAR | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 12:53 PM | 93 ° F | 75 ° F | 56 % | N | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 1:53 PM | 95 ° F | 74 ° F | 50 % | NW | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:03 PM | 95 ° F | 75 ° F | 52 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:19 PM | 95 ° F | 75 ° F | 52 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 PM | 92 ° F | 76 ° F | 59 % | SE | 9 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 PM | 93 ° F | 77 ° F | 59 % | S | 10 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 PM | 93 ° F | 76 ° F | 57 % | SSW | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 PM | 92 ° F | 74 ° F | 55 % | S | 10 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 PM | 90 ° F | 73 ° F | 57 % | S | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:14 PM | 90 ° F | 74 ° F | 59 % | SW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:22 PM | 88 ° F | 75 ° F | 65 % | SW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:43 PM | 85 ° F | 77 ° F | 77 % | W | 12 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 PM | 85 ° F | 78 ° F | 80 % | WNW | 16 mph | 22 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:01 PM | 85 ° F | 77 ° F | 77 % | N | 15 mph | 29 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:08 PM | 85 ° F | 77 ° F | 77 % | N | 15 mph | 23 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:30 PM | 81 ° F | 78 ° F | 91 % | N | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 PM | 81 ° F | 78 ° F | 91 % | NE | 6 mph | 0 mph | 30.0 in | 0.1 in | 0.0 in |
| 9:41 PM | 81 ° F | 75 ° F | 82 % | SE | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:53 PM | 81 ° F | 76 ° F | 85 % | ENE | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:04 PM | 82 ° F | 77 ° F | 85 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:53 PM | 82 ° F | 77 ° F | 85 % | E | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:53 PM | 81 ° F | 76 ° F | 85 % | E | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 2:35 PM

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS'

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

(/)

| Search Locations | Log in (/login) | ✱ |

★ (/member/favorites)

| San Francisco, CA | Manhattan, NY | Atlanta, GA |
| Light Rain | 72 ° F Cloudy | 90 ° F Partly Cloudy |

Elev 3ft **29.99 °N**, **90.26 °W**

# New Orleans International, LA ★ 🏠

☁ **91° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ⌄

**HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)**

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

| **Daily** | Weekly | Monthly |

| July | 29 | 2018 | View |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 2:36 PM

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:26  FAX 504 596 6301 Bradley Murchison - N.O.                    @303/345

New Orleans International, LA History | Weather Underground    https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|
| 12:53 AM | 80 ° F | 74 ° F | 81 % | E | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 AM | 80 ° F | 75 ° F | 85 % | S | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 AM | 77 ° F | 77 ° F | 100 % | WNW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 AM | 78 ° F | 77 ° F | 96 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 AM | 77 ° F | 76 ° F | 96 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 AM | 78 ° F | 77 ° F | 96 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 AM | 78 ° F | 77 ° F | 96 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.1 in |
| 7:53 AM | 80 ° F | 78 ° F | 94 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 AM | 83 ° F | 79 ° F | 88 % | VAR | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 AM | 83 ° F | 78 ° F | 85 % | N | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 AM | 86 ° F | 78 ° F | 77 % | VAR | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 AM | 88 ° F | 78 ° F | 72 % | NNE | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 12:53 PM | 88 ° F | 76 ° F | 67 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 PM | 91 ° F | 76 ° F | 61 % | VAR | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:34 PM | 92 ° F | 75 ° F | 58 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 PM | 92 ° F | 76 ° F | 59 % | N | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:03 PM | 93 ° F | 75 ° F | 56 % | NW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:22 PM | 93 ° F | 75 ° F | 56 % | NNE | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 PM | 90 ° F | 77 ° F | 65 % | SSE | 10 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:24 PM | 88 ° F | 75 ° F | 65 % | VAR | 5 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 4:53 PM | 87 ° F | 75 ° F | 67 % | S | 10 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 5:53 PM | 85 ° F | 75 ° F | 72 % | W | 6 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 6:53 PM | 84 ° F | 75 ° F | 74 % | NW | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 PM | 83 ° F | 77 ° F | 82 % | N | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 PM | 80 ° F | 77 ° F | 90 % | SW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 PM | 82 ° F | 75 ° F | 79 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 PM | 82 ° F | 76 ° F | 82 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 PM | 80 ° F | 76 ° F | 87 % | WSW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

    9/18/2018, 2:36 PM

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

_(/)_

| Search Locations | Log in (/l) | ⚙ |

★ (/member/favorites)

Popular        San Francisco, CA              Manhattan, NY                          Atlanta, GA
               61 ° F Fair                    72 ° F Cloudy                          90 ° F Partly Cloudy

Elev 3ft 29.99 °N, 90.26 °W

# New Orleans International, LA ★ 🏠

🌦 **91° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ⌄

**HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)**

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

| Daily | Weekly | Monthly |

| July | 30 | 2018 | View |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 2:37 PM

0623

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:27  FAX 504 596 6301 Bradley Murchison - N.O.          ☑305/345

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|
| 12:53 AM | 80 ° F | 77 ° F | 90 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 AM | 79 ° F | 77 ° F | 94 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 AM | 78 ° F | 76 ° F | 93 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 AM | 78 ° F | 76 ° F | 93 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 AM | 77 ° F | 76 ° F | 96 % | CALM | 0 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 5:53 AM | 78 ° F | 76 ° F | 93 % | SSW | 5 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 6:53 AM | 79 ° F | 76 ° F | 90 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 AM | 83 ° F | 78 ° F | 85 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 AM | 88 ° F | 77 ° F | 70 % | NW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 AM | 88 ° F | 78 ° F | 72 % | VAR | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:32 AM | 89 ° F | 78 ° F | 70 % | WNW | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 AM | 88 ° F | 79 ° F | 75 % | N | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 AM | 88 ° F | 77 ° F | 70 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 12:53 PM | 89 ° F | 73 ° F | 59 % | WNW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:03 PM | 89 ° F | 72 ° F | 57 % | WNW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:24 PM | 90 ° F | 76 ° F | 63 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:37 PM | 87 ° F | 75 ° F | 67 % | SSE | 16 mph | 23 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 PM | 79 ° F | 75 ° F | 88 % | SE | 12 mph | 0 mph | 30.0 in | 0.1 in | 0.0 in |
| 2:25 PM | 80 ° F | 78 ° F | 94 % | CALM | 0 mph | 0 mph | 30.0 in | 0.3 in | 0.0 in |
| 2:43 PM | 81 ° F | 76 ° F | 85 % | CALM | 0 mph | 0 mph | 30.0 in | 0.3 in | 0.0 in |
| 2:53 PM | 81 ° F | 77 ° F | 88 % | W | 3 mph | 0 mph | 30.0 in | 0.3 in | 0.0 in |
| 3:53 PM | 83 ° F | 75 ° F | 77 % | SSE | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 PM | 84 ° F | 76 ° F | 76 % | SW | 6 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 5:53 PM | 88 ° F | 78 ° F | 72 % | SSW | 7 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 6:53 PM | 87 ° F | 77 ° F | 72 % | SSE | 6 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 7:53 PM | 85 ° F | 79 ° F | 82 % | SSE | 8 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 8:53 PM | 84 ° F | 79 ° F | 85 % | NNW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:33 PM | 84 ° F | 78 ° F | 82 % | NNW | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:44 PM | 84 ° F | 77 ° F | 79 % | NW | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 PM | 81 ° F | 76 ° F | 85 % | WNW | 9 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:27 PM | 79 ° F | 76 ° F | 90 % | SSW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:31 PM | 79 ° F | 75 ° F | 88 % | SSE | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 PM | 81 ° F | 76 ° F | 85 % | SSE | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:15 PM | 82 ° F | 76 ° F | 82 % | ESE | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 PM | 81 ° F | 77 ° F | 88 % | NNE | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 2:37 PM

New Orleans International, LA History | Weather Underground            https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

(/)

| Search Locations | Log in (/l |  | ⚙ |

★ (/member/favorites)

| Popular | San Francisco, CA | Manhattan, NY | Atlanta, GA |
| | 61 ° F Fair | 72 ° F Cloudy | 90 ° F Partly Cloudy |

Elev 3ft 29.99 °N, 90.26 °W

# New Orleans International, LA ★ 🏠

☁ **91° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ∨

### HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

| Daily | Weekly | Monthly |

| July | 31 | 2018 | View |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

1 of 5                                                                                                        9/18/2018, 2:39 PM

[307/345]

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS`

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|
| 12:53 AM | 81 ° F | 77 ° F | 88 % | SSE | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 AM | 81 ° F | 78 ° F | 91 % | S | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 AM | 80 ° F | 77 ° F | 90 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 AM | 79 ° F | 78 ° F | 97 % | WSW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 AM | 80 ° F | 77 ° F | 90 % | SSW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 AM | 79 ° F | 77 ° F | 94 % | W | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 AM | 79 ° F | 78 ° F | 97 % | SW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.3 in |
| 7:53 AM | 83 ° F | 79 ° F | 88 % | SW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 AM | 86 ° F | 79 ° F | 79 % | WSW | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 AM | 88 ° F | 78 ° F | 72 % | WSW | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 AM | 90 ° F | 77 ° F | 65 % | NW | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:08 AM | 88 ° F | 77 ° F | 70 % | SW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 AM | 80 ° F | 76 ° F | 87 % | S | 20 mph | 39 mph | 30.0 in | 0.0 in | 0.0 in |
| 12:08 PM | 76 ° F | 75 ° F | 97 % | WSW | 14 mph | 26 mph | 30.0 in | 0.1 in | 0.0 in |
| 12:53 PM | 76 ° F | 75 ° F | 97 % | SW | 6 mph | 0 mph | 30.0 in | 0.3 in | 0.0 in |
| 1:26 PM | 78 ° F | 75 ° F | 90 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 PM | 79 ° F | 75 ° F | 88 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 PM | 82 ° F | 76 ° F | 82 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 PM | 82 ° F | 77 ° F | 85 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 PM | 83 ° F | 76 ° F | 79 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 PM | 82 ° F | 77 ° F | 85 % | W | 3 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 6:53 PM | 82 ° F | 77 ° F | 85 % | SSE | 5 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 7:53 PM | 82 ° F | 77 ° F | 85 % | S | 3 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 8:14 PM | 81 ° F | 78 ° F | 91 % | S | 5 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 8:53 PM | 80 ° F | 76 ° F | 87 % | ENE | 10 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 PM | 79 ° F | 74 ° F | 84 % | ENE | 9 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 PM | 80 ° F | 74 ° F | 81 % | E | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 PM | 80 ° F | 74 ° F | 81 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 2:39 PM

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

(/)

| Search Locations | Log in (/l) | ⚙ |

★ (/member/favorites)

| Popular | San Francisco, CA 61 ° Fair | Manhattan, NY 73 ° F Cloudy | Atlanta, GA 89 ° F Partly Cloudy | ▼ |

Elev 3ft 29.99 °N, 90.26 °W

# New Orleans International, LA ★ 🏠

### 🌡 91° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH) | CHANGE ∨

### HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

|  Daily  |  Weekly  |  Monthly  |

| August | 1 | 2018 | View |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 2:44 PM

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0627

01/16/2019 WED 19:29   FAX 504 596 6301 Bradley Murchison - N.O.

309/345

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS⸱⸱⸱

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|
| 12:53 AM | 79 ° F | 73 ° F | 82 % | E | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 AM | 78 ° F | 73 ° F | 84 % | ESE | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 AM | 76 ° F | 75 ° F | 97 % | W | 3 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 3:53 AM | 77 ° F | 74 ° F | 90 % | CALM | 0 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 4:53 AM | 78 ° F | 75 ° F | 90 % | CALM | 0 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 5:53 AM | 79 ° F | 74 ° F | 84 % | ENE | 3 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 6:45 AM | 79 ° F | 74 ° F | 84 % | NE | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 AM | 79 ° F | 73 ° F | 82 % | NNE | 6 mph | 0 mph | 29.9 in | 0.0 in | 0.3 in |
| 7:05 AM | 79 ° F | 73 ° F | 82 % | N | 6 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 7:53 AM | 78 ° F | 75 ° F | 90 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 AM | 82 ° F | 74 ° F | 76 % | NW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 AM | 82 ° F | 76 ° F | 82 % | NNE | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 AM | 85 ° F | 76 ° F | 74 % | NNW | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 AM | 85 ° F | 76 ° F | 74 % | N | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 12:53 PM | 85 ° F | 75 ° F | 72 % | N | 10 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 PM | 87 ° F | 74 ° F | 65 % | VAR | 6 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 2:53 PM | 88 ° F | 74 ° F | 63 % | VAR | 7 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 3:53 PM | 88 ° F | 70 ° F | 55 % | NE | 9 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 4:53 PM | 88 ° F | 72 ° F | 59 % | E | 12 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 5:53 PM | 87 ° F | 71 ° F | 59 % | ENE | 7 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 6:53 PM | 84 ° F | 75 ° F | 74 % | SSE | 9 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 7:53 PM | 82 ° F | 76 ° F | 82 % | SSE | 9 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 8:53 PM | 81 ° F | 76 ° F | 85 % | SSE | 9 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 9:53 PM | 81 ° F | 77 ° F | 88 % | SSE | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:48 PM | 81 ° F | 73 ° F | 79 % | N | 7 mph | 17 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 PM | 80 ° F | 74 ° F | 81 % | VAR | 7 mph | 17 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:14 PM | 79 ° F | 74 ° F | 84 % | N | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 PM | 77 ° F | 73 ° F | 88 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

New Orleans International, LA History | Weather Underground        https://www.wunderground.com/history/daily/us/la/new-orleans/KMS`···

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

(/)

Search Locations                                                          Log in (/l@g...)

★ (/member/favorites)
Popular

Elev 3ft **29.99** °N, **90.26** °W

# New Orleans International, LA ★ 🏠

### ⚗ **91° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ∨

#### HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

|  Daily  |  Weekly  |  Monthly  |
|---------|----------|-----------|

| August | 2 | 2018 | View |
|--------|---|------|------|

Privileged and Confidential Attorney-Client Communication or Attorney Work Product
9/18/2018, 2:45 PM

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0629

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations



| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|
| 12:53 AM | 76 ° F | 74 ° F | 94 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 AM | 74 ° F | 73 ° F | 97 % | CALM | 0 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 3:26 AM | 76 ° F | 75 ° F | 97 % | CALM | 0 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 3:53 AM | 75 ° F | 74 ° F | 96 % | CALM | 0 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 4:53 AM | 76 ° F | 75 ° F | 97 % | CALM | 0 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 5:53 AM | 75 ° F | 75 ° F | 100 % | CALM | 0 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 6:53 AM | 77 ° F | 76 ° F | 96 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 AM | 81 ° F | 77 ° F | 88 % | NE | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 AM | 84 ° F | 77 ° F | 79 % | NNE | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:14 AM | 83 ° F | 76 ° F | 79 % | N | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:27 AM | 83 ° F | 76 ° F | 79 % | N | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 AM | 82 ° F | 76 ° F | 82 % | N | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:35 AM | 83 ° F | 76 ° F | 79 % | N | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 AM | 85 ° F | 76 ° F | 74 % | NNE | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 AM | 88 ° F | 74 ° F | 65 % | NNE | 9 mph | 17 mph | 30.0 in | 0.0 in | 0.0 in |
| 12:53 PM | 88 ° F | 73 ° F | 61 % | NE | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 PM | 89 ° F | 73 ° F | 59 % | N | 10 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 PM | 91 ° F | 72 ° F | 53 % | NNE | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:48 PM | 91 ° F | 72 ° F | 52 % | NE | 9 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 3:53 PM | 91 ° F | 72 ° F | 53 % | NNE | 8 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 4:03 PM | 90 ° F | 73 ° F | 57 % | VAR | 5 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 4:53 PM | 87 ° F | 73 ° F | 63 % | SSE | 9 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:09 PM | 86 ° F | 73 ° F | 65 % | ENE | 14 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:19 PM | 80 ° F | 76 ° F | 87 % | ENE | 20 mph | 30 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 PM | 79 ° F | 70 ° F | 74 % | ESE | 6 mph | 0 mph | 30.0 in | 0.9 in | 0.0 in |
| 6:53 PM | 83 ° F | 75 ° F | 77 % | SSE | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 PM | 83 ° F | 76 ° F | 79 % | SSE | 9 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 PM | 82 ° F | 76 ° F | 82 % | SE | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 PM | 82 ° F | 76 ° F | 82 % | E | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 PM | 81 ° F | 76 ° F | 85 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 PM | 80 ° F | 77 ° F | 90 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

(/)

| Search Locations | Log in (/lo..) | ⚙ |

★ (/member/favorites)   Popular   San Francisco, CA 66 ° F Fair   Manhattan, NY 73 ° F Cloudy   Atlanta, GA 89 ° F Partly Cloudy ▼

Elev 3ft 29.99 °N, 90.26 °W

# New Orleans International, LA ★ 🏠

🌡 91° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH) | CHANGE ⌄

HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

| Daily | Weekly | Monthly |

| August | 10 | 2018 | View |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0631

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|
| 12:53 AM | 79 ° F | 76 ° F | 90 % | WSW | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 1:53 AM | 78 ° F | 76 ° F | 93 % | SW | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 2:53 AM | 79 ° F | 77 ° F | 94 % | SSW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 AM | 78 ° F | 77 ° F | 96 % | SW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 AM | 78 ° F | 77 ° F | 96 % | W | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 AM | 78 ° F | 77 ° F | 96 % | SW | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 6:53 AM | 79 ° F | 77 ° F | 94 % | SW | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 7:53 AM | 82 ° F | 79 ° F | 90 % | WSW | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 8:53 AM | 86 ° F | 79 ° F | 79 % | W | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:39 AM | 85 ° F | 78 ° F | 80 % | WNW | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:53 AM | 85 ° F | 78 ° F | 80 % | WNW | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:28 AM | 87 ° F | 78 ° F | 74 % | W | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:53 AM | 85 ° F | 77 ° F | 77 % | W | 9 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:32 AM | 88 ° F | 79 ° F | 75 % | W | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:37 AM | 89 ° F | 80 ° F | 75 % | SW | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:53 AM | 87 ° F | 78 ° F | 74 % | SW | 9 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 12:53 PM | 81 ° F | 77 ° F | 88 % | ESE | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 1:24 PM | 82 ° F | 77 ° F | 85 % | S | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 1:53 PM | 83 ° F | 77 ° F | 82 % | SSW | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:23 PM | 78 ° F | 74 ° F | 87 % | NW | 12 mph | 23 mph | 30.1 in | 0.0 in | 0.0 in |
| 2:36 PM | 78 ° F | 74 ° F | 87 % | WNW | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 PM | 79 ° F | 74 ° F | 84 % | W | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:06 PM | 79 ° F | 75 ° F | 88 % | WSW | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 PM | 81 ° F | 77 ° F | 88 % | W | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 PM | 83 ° F | 77 ° F | 82 % | W | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:02 PM | 82 ° F | 77 ° F | 85 % | W | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:17 PM | 82 ° F | 77 ° F | 85 % | WNW | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 PM | 82 ° F | 77 ° F | 85 % | NW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 PM | 81 ° F | 78 ° F | 91 % | W | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 PM | 80 ° F | 77 ° F | 90 % | SSW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:28 PM | 79 ° F | 78 ° F | 97 % | S | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 PM | 79 ° F | 78 ° F | 97 % | S | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 PM | 79 ° F | 77 ° F | 94 % | VAR | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 PM | 78 ° F | 77 ° F | 96 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:43 PM | 78 ° F | 77 ° F | 96 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 PM | 79 ° F | 77 ° F | 94 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:04 PM

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS`

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

_()_

| Search Locations | Log in (/l⊕) |

★ (/member/favorites)

| San Francisco, CA 66 ° F Fair | Manhattan, NY 73 ° F Cloudy | Atlanta, GA 90 ° F Fair | ▼ |

Elev 3ft **29.99** °N, **90.26** °W

# New Orleans International, LA ★ 🏠

☀ **93° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ∨

HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

| Daily | Weekly | Monthly |

| August | 11 | 2018 | View |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:05 PM

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0633

01/16/2019 WED 19:33 FAX 504 596 6301 Bradley Murchison - N.O.

315/345

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|
| 12:53 AM | 77 ° F | 76 ° F | 96 % | SSW | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 AM | 77 ° F | 76 ° F | 96 % | SSW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 AM | 79 ° F | 79 ° F | 100 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 8:53 AM | 83 ° F | 80 ° F | 91 % | WNW | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:53 AM | 86 ° F | 80 ° F | 82 % | W | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:53 AM | 86 ° F | 79 ° F | 79 % | NNW | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:53 AM | 87 ° F | 78 ° F | 74 % | NNW | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 12:53 PM | 88 ° F | 79 ° F | 75 % | N | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:06 PM | 90 ° F | 77 ° F | 65 % | VAR | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:17 PM | 91 ° F | 76 ° F | 61 % | NW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:34 PM | 91 ° F | 77 ° F | 63 % | NNW | 12 mph | 17 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 PM | 84 ° F | 75 ° F | 74 % | NNW | 12 mph | 25 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 PM | 78 ° F | 76 ° F | 93 % | NW | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 3:01 PM | 79 ° F | 75 ° F | 88 % | NW | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 PM | 79 ° F | 76 ° F | 90 % | W | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 PM | 82 ° F | 76 ° F | 82 % | WNW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 PM | 83 ° F | 75 ° F | 77 % | WNW | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 PM | 81 ° F | 76 ° F | 85 % | WSW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 PM | 80 ° F | 77 ° F | 90 % | SW | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 PM | 79 ° F | 76 ° F | 90 % | WSW | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 PM | 78 ° F | 76 ° F | 93 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 PM | 79 ° F | 76 ° F | 90 % | WSW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 PM | 78 ° F | 76 ° F | 93 % | SW | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |

About (/about/our-company)

Contact (/about/contact-us)

Jobs (https://careers.weather.com/search/?q=&locationsearch=san+francisco?utm_source=careersite&utm_campaign=wunderground)

Feedback (http://help.wunderground.com/)

Our Apps (/download)

Weather API (/weather/api)

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:05 PM

0634

New Orleans International, LA History | Weather Underground                    https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

(/)

| Search Locations | Log in (/l@) |

★ (/member/favorites)

| Popular | San Francisco, CA | Manhattan, NY | Atlanta, GA |
| | 66 °F Fair | 73 °F Cloudy | 90 °F Fair |

Elev 3ft **29.99** °N, **90.26** °W

# New Orleans International, LA ★ 🏠

🌡 **93° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ∨

### HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

| Daily | Weekly | Monthly |

| August | 12 | 2018 | View |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:06 PM

0635

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS···

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|
| 12:53 AM | 78 ° F | 76 ° F | 93 % | WSW | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 1:53 AM | 77 ° F | 75 ° F | 94 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 2:53 AM | 77 ° F | 75 ° F | 94 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 AM | 77 ° F | 76 ° F | 96 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 AM | 76 ° F | 76 ° F | 100 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 AM | 76 ° F | 76 ° F | 100 % | SW | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 6:53 AM | 75 ° F | 75 ° F | 100 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 7:53 AM | 79 ° F | 77 ° F | 94 % | WNW | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 8:53 AM | 83 ° F | 78 ° F | 85 % | NW | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:53 AM | 86 ° F | 78 ° F | 77 % | NNW | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:53 AM | 88 ° F | 77 ° F | 70 % | VAR | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:53 AM | 89 ° F | 75 ° F | 63 % | VAR | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 12:53 PM | 90 ° F | 76 ° F | 63 % | WNW | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 1:53 PM | 92 ° F | 76 ° F | 59 % | VAR | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 2:53 PM | 93 ° F | 75 ° F | 56 % | VAR | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 PM | 93 ° F | 76 ° F | 57 % | W | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 PM | 93 ° F | 76 ° F | 57 % | VAR | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 PM | 93 ° F | 74 ° F | 54 % | W | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 PM | 92 ° F | 75 ° F | 58 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 PM | 88 ° F | 77 ° F | 70 % | SSW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 PM | 86 ° F | 79 ° F | 79 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:53 PM | 87 ° F | 76 ° F | 69 % | E | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:53 PM | 86 ° F | 76 ° F | 72 % | E | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:53 PM | 86 ° F | 76 ° F | 72 % | NNE | 12 mph | 16 mph | 30.1 in | 0.0 in | 0.0 in |

About (/about/our-company)

Contact (/about/contact-us)

Jobs (https://careers.weather.com/search/?q=&locationsearch=san+francsico?utm_source=careersite&utm_campaign=wunderground)

Feedback (http://help.wunderground.com/)

Our Apps (/download)

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:06 PM

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

(/)

| Search Locations | Log in (/l⚙) | ⚙ |

★ (/member/favorites)

| Popular San Francisco, CA | Manhattan, NY | Atlanta, GA |
| 66 ° F Fair | 73 ° F Cloudy | 90 ° F Fair | ▼

Elev 3ft **29.99 °N, 90.26 °W**

# New Orleans International, LA ★ 🏠

☀ **93° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ∨

HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

| Daily | Weekly | Monthly |

| August | 13 | 2018 | View |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:07 PM

0637

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|
| 12:45 AM | 83 ° F | 75 ° F | 77 % | NNW | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 12:53 AM | 83 ° F | 75 ° F | 77 % | N | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 1:53 AM | 82 ° F | 75 ° F | 79 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 2:53 AM | 82 ° F | 73 ° F | 74 % | NNE | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 3:53 AM | 80 ° F | 75 ° F | 85 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 4:53 AM | 77 ° F | 76 ° F | 96 % | W | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 5:53 AM | 78 ° F | 77 ° F | 96 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 6:53 AM | 80 ° F | 73 ° F | 79 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 7:53 AM | 84 ° F | 74 ° F | 72 % | NNE | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 8:53 AM | 85 ° F | 75 ° F | 72 % | NE | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:53 AM | 88 ° F | 74 ° F | 63 % | VAR | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:53 AM | 89 ° F | 72 ° F | 57 % | VAR | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:53 AM | 90 ° F | 72 ° F | 55 % | NW | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 12:53 PM | 91 ° F | 72 ° F | 53 % | NW | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 1:53 PM | 90 ° F | 74 ° F | 59 % | NNW | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 2:53 PM | 93 ° F | 73 ° F | 52 % | VAR | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 PM | 94 ° F | 72 ° F | 49 % | N | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 PM | 94 ° F | 69 ° F | 44 % | NNW | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 PM | 93 ° F | 68 ° F | 44 % | NNW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 PM | 90 ° F | 72 ° F | 55 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 PM | 90 ° F | 71 ° F | 54 % | NNE | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 PM | 84 ° F | 74 ° F | 72 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 PM | 81 ° F | 77 ° F | 88 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 PM | 83 ° F | 77 ° F | 82 % | SSW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 PM | 81 ° F | 77 ° F | 88 % | SW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |

About (/about/our-company)

Contact (/about/contact-us)

Jobs (https://careers.weather.com/search/?q=&locationsearch=san+francsico?utm_source=careersite&utm_campaign=wunderground)

Feedback (http://help.wunderground.com/)

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:07 PM

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

(/)                                                                                    Log in (/l🔆)          ✱

Search Locations

★ (/member/favorites)

| Popular | San Francisco, CA | Manhattan, NY | Atlanta, GA |
| United | 56 ° F Fair | 73 ° F Cloudy | 90 ° F Fair | ▼

Elev 3ft **29.99** °N, **90.26** °W

# New Orleans International, LA ★ 🏠

⚙ **93° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ⌄

HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

|  Daily  |  Weekly  |  Monthly  |

| August | 14 | 2018 | View |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:08 PM

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS***

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|
| 12:53 AM | 81 ° F | 77 ° F | 88 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 AM | 79 ° F | 77 ° F | 94 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 AM | 78 ° F | 77 ° F | 96 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 AM | 77 ° F | 77 ° F | 100 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 AM | 77 ° F | 76 ° F | 96 % | W | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 AM | 77 ° F | 76 ° F | 96 % | W | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 AM | 77 ° F | 77 ° F | 100 % | WNW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 AM | 82 ° F | 79 ° F | 90 % | NW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 AM | 87 ° F | 78 ° F | 74 % | N | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 AM | 88 ° F | 75 ° F | 65 % | NNW | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:53 AM | 90 ° F | 75 ° F | 61 % | VAR | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:53 AM | 91 ° F | 74 ° F | 57 % | NNW | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 12:53 PM | 92 ° F | 75 ° F | 58 % | N | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 PM | 94 ° F | 72 ° F | 49 % | NW | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 PM | 94 ° F | 72 ° F | 49 % | NW | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 PM | 94 ° F | 68 ° F | 43 % | NW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 PM | 95 ° F | 65 ° F | 37 % | VAR | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 PM | 95 ° F | 66 ° F | 38 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 PM | 86 ° F | 77 ° F | 74 % | SSW | 12 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 PM | 84 ° F | 76 ° F | 76 % | S | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 PM | 83 ° F | 76 ° F | 79 % | S | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 PM | 82 ° F | 77 ° F | 85 % | SSW | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 PM | 81 ° F | 76 ° F | 85 % | S | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 PM | 80 ° F | 77 ° F | 90 % | SW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:08 PM

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

(/)

Search Locations                                                    Log in (/l@@)     ⚙

★ (/member/favorites)    Popular        San Francisco, CA     Manhattan, NY        Atlanta, GA ▼
                         (/mem...        66 ° F Fair          73 ° F Cloudy        90 ° F Fair

Elev 3ft 29.99 °N, 90.26 °W

# New Orleans International, LA ★ 🏠

🌫 93° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE
/2018-9-18?CM_VEN=LOCALWX_PWSDASH) | CHANGE ∨

HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

|  Daily  |  Weekly  |  Monthly  |

| August | 15 | 2018 | View |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:10 PM

New Orleans International, LA History | Weather Underground     https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|
| 12:53 AM | 79 ° F | 76 ° F | 90 % | W | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 AM | 79 ° F | 77 ° F | 94 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 AM | 81 ° F | 77 ° F | 88 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 AM | 78 ° F | 77 ° F | 96 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 AM | 79 ° F | 77 ° F | 94 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 AM | 79 ° F | 77 ° F | 94 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 AM | 77 ° F | 77 ° F | 100 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 AM | 82 ° F | 79 ° F | 90 % | W | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 AM | 87 ° F | 78 ° F | 74 % | NNW | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:53 AM | 89 ° F | 78 ° F | 70 % | WNW | 9 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 AM | 91 ° F | 77 ° F | 63 % | N | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:53 AM | 92 ° F | 75 ° F | 58 % | VAR | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 12:53 PM | 93 ° F | 75 ° F | 56 % | NNW | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 PM | 94 ° F | 74 ° F | 52 % | VAR | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 PM | 96 ° F | 71 ° F | 44 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:09 PM | 90 ° F | 78 ° F | 68 % | SE | 13 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 PM | 90 ° F | 78 ° F | 68 % | S | 12 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 PM | 85 ° F | 76 ° F | 74 % | S | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 PM | 84 ° F | 77 ° F | 79 % | S | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 PM | 84 ° F | 78 ° F | 82 % | SSW | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 PM | 83 ° F | 78 ° F | 85 % | S | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 PM | 83 ° F | 78 ° F | 85 % | S | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 PM | 82 ° F | 78 ° F | 88 % | SW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 PM | 83 ° F | 77 ° F | 82 % | S | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 PM | 82 ° F | 77 ° F | 85 % | SSE | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |

About (/about/our-company)

Contact (/about/contact-us)

Jobs (https://careers.weather.com/search/?q=&locationsearch=san+francsico?utm_source=careersite&utm_campaign=wunderground)

Feedback (http://help.wunderground.com/)

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:10 PM

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

(/)

Search Locations                                          Log in (/l

★ (member favorites)          Manhattan, NY          Atlanta, GA
                              73 ° F Cloudy          90 ° F Fair

Elev 3ft **29.99** °N, **90.26** °W

# New Orleans International, LA ★ 🏠

**☰ 93° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ⌄

HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

| Daily | Weekly | Monthly |

| August | 16 | 2018 |     View

Privileged and Confidential Attorney-Client Communication or Attorney Work Product
9/18/2018, 3:12 PM

New Orleans International, LA History | Weather Underground        https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|
| 12:53 AM | 83 ° F | 78 ° F | 85 % | SSE | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 AM | 83 ° F | 79 ° F | 88 % | SSE | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 AM | 80 ° F | 78 ° F | 94 % | S | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 AM | 81 ° F | 79 ° F | 94 % | SSE | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 AM | 81 ° F | 78 ° F | 91 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 AM | 81 ° F | 78 ° F | 91 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 6:53 AM | 80 ° F | 78 ° F | 94 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 7:53 AM | 85 ° F | 79 ° F | 82 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 8:53 AM | 85 ° F | 79 ° F | 82 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:53 AM | 90 ° F | 76 ° F | 63 % | VAR | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:14 AM | 89 ° F | 77 ° F | 67 % | NNW | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:53 AM | 88 ° F | 78 ° F | 72 % | N | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:53 AM | 82 ° F | 75 ° F | 79 % | SSW | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 12:10 PM | 85 ° F | 80 ° F | 85 % | S | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 12:53 PM | 88 ° F | 78 ° F | 72 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 1:53 PM | 91 ° F | 79 ° F | 68 % | SSE | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 2:26 PM | 85 ° F | 78 ° F | 80 % | SSE | 7 mph | 0 mph | 30.1 in | 0.1 in | 0.0 in |
| 2:53 PM | 86 ° F | 81 ° F | 85 % | S | 6 mph | 0 mph | 30.1 in | 0.2 in | 0.0 in |
| 3:04 PM | 88 ° F | 80 ° F | 77 % | S | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 3:20 PM | 88 ° F | 79 ° F | 75 % | SSE | 10 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 3:27 PM | 89 ° F | 79 ° F | 72 % | SSE | 9 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 3:34 PM | 89 ° F | 79 ° F | 72 % | S | 13 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 3:53 PM | 89 ° F | 78 ° F | 70 % | SSE | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 4:03 PM | 89 ° F | 78 ° F | 70 % | SSE | 9 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 4:53 PM | 88 ° F | 77 ° F | 70 % | S | 10 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 5:53 PM | 87 ° F | 78 ° F | 74 % | S | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 6:25 PM | 87 ° F | 78 ° F | 74 % | S | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 6:46 PM | 86 ° F | 78 ° F | 77 % | S | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 6:53 PM | 86 ° F | 78 ° F | 77 % | S | 10 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 7:17 PM | 85 ° F | 78 ° F | 80 % | SSW | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 7:41 PM | 84 ° F | 77 ° F | 79 % | S | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 7:53 PM | 84 ° F | 78 ° F | 82 % | SSE | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 8:01 PM | 84 ° F | 78 ° F | 82 % | S | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 8:53 PM | 83 ° F | 77 ° F | 82 % | S | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:53 PM | 83 ° F | 78 ° F | 85 % | S | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:53 PM | 83 ° F | 78 ° F | 85 % | S | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:53 PM | 82 ° F | 78 ° F | 88 % | S | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMSY

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

(/)

Search Locations                                                    Log in (/l)

★ (/member/favorites)

| Poway, United States (/weather) | San Francisco, CA 66 ° F Fair | Manhattan, NY 73 ° F Cloudy | Atlanta, GA 90 ° F Fair | ▼ |

Elev 3ft 29.99 °N, 90.26 °W

# New Orleans International, LA ★ 🏠

☀ **93° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ⌄

HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

| Daily | Weekly | Monthly |

| August | 17 | 2018 | View |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:13 PM

New Orleans International, LA History | Weather Underground            https://www.wunderground.com/history/daily/us/la/new-orleans/KMS⁻⁻⁻

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|
| 12:53 AM | 82 ° F | 79 ° F | 90 % | SSW | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 1:53 AM | 82 ° F | 79 ° F | 90 % | S | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 2:53 AM | 82 ° F | 79 ° F | 90 % | S | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 3:53 AM | 79 ° F | 78 ° F | 97 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 4:31 AM | 81 ° F | 80 ° F | 97 % | S | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 4:53 AM | 80 ° F | 78 ° F | 94 % | SW | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 5:53 AM | 79 ° F | 76 ° F | 90 % | VAR | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 6:06 AM | 80 ° F | 77 ° F | 90 % | SSW | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 6:17 AM | 78 ° F | 77 ° F | 96 % | S | 18 mph | 0 mph | 30.1 in | 0.1 in | 0.0 in |
| 6:20 AM | 78 ° F | 75 ° F | 90 % | VAR | 5 mph | 0 mph | 30.1 in | 0.1 in | 0.0 in |
| 6:53 AM | 78 ° F | 77 ° F | 96 % | N | 3 mph | 0 mph | 30.1 in | 0.7 in | 0.9 in |
| 7:05 AM | 78 ° F | 77 ° F | 96 % | NE | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 7:53 AM | 82 ° F | 78 ° F | 88 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 8:53 AM | 86 ° F | 79 ° F | 79 % | SW | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:53 AM | 87 ° F | 79 ° F | 77 % | SSE | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:53 AM | 83 ° F | 79 ° F | 88 % | NE | 5 mph | 0 mph | 30.1 in | 0.2 in | 0.0 in |
| 11:36 AM | 81 ° F | 75 ° F | 82 % | E | 15 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:53 AM | 80 ° F | 76 ° F | 87 % | ESE | 10 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 12:16 PM | 81 ° F | 76 ° F | 85 % | ESE | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 12:53 PM | 82 ° F | 76 ° F | 82 % | SE | 10 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 1:53 PM | 86 ° F | 77 ° F | 74 % | SSE | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 2:05 PM | 87 ° F | 78 ° F | 74 % | SW | 14 mph | 18 mph | 30.1 in | 0.0 in | 0.0 in |
| 2:28 PM | 81 ° F | 77 ° F | 88 % | W | 10 mph | 21 mph | 30.1 in | 0.0 in | 0.0 in |
| 2:53 PM | 82 ° F | 76 ° F | 82 % | WSW | 10 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 3:32 PM | 84 ° F | 74 ° F | 72 % | SW | 10 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 3:44 PM | 84 ° F | 75 ° F | 74 % | SW | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 3:53 PM | 86 ° F | 76 ° F | 72 % | SW | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 4:07 PM | 86 ° F | 77 ° F | 74 % | WSW | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 4:53 PM | 87 ° F | 78 ° F | 74 % | SSW | 10 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 5:53 PM | 82 ° F | 75 ° F | 79 % | SSW | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 6:53 PM | 81 ° F | 76 ° F | 85 % | S | 8 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 7:53 PM | 81 ° F | 76 ° F | 85 % | SSE | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 8:53 PM | 81 ° F | 78 ° F | 91 % | S | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:53 PM | 81 ° F | 78 ° F | 91 % | S | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:53 PM | 81 ° F | 78 ° F | 91 % | CALM | 0 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:53 PM | 81 ° F | 78 ° F | 91 % | S | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:13 PM

New Orleans International, LA History | Weather Underground       https://www.wunderground.com/history/daily/us/la/new-orleans/KMS\`\`\`

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

(/)

| Search Locations | Log in (/l) | ⚙ |

★ (/member/favorites)

| Popular | San Francisco, CA 58 ° F Fair | Manhattan, NY 74 ° F Mostly Cloudy | Atlanta, GA 89 ° F Fair | ▼ |

Elev 3ft 29.99 °N, 90.26 °W

# New Orleans International, LA ★ 🏠

**🌡 91° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ∨

HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

| Daily | Weekly | Monthly |

| September | 5 | 2018 | View |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

1 of 5

9/18/2018, 3:45 PM

0647

01/16/2019 WED 19:40  FAX 504 596 6301 Bradley Murchison - N.O.

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

329/345

New Orleans International, LA History | Weather Underground                https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|
| 12:53 AM | 79 ° F | 73 ° F | 82 % | NNE | 7 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 1:43 AM | 78 ° F | 73 ° F | 84 % | NNW | 7 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 1:51 AM | 79 ° F | 73 ° F | 83 % | NNW | 6 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 1:53 AM | 78 ° F | 73 ° F | 84 % | NNW | 5 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 2:53 AM | 78 ° F | 73 ° F | 84 % | CALM | 0 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 3:53 AM | 75 ° F | 74 ° F | 96 % | SSW | 5 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 4:53 AM | 74 ° F | 73 ° F | 97 % | CALM | 0 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 5:53 AM | 73 ° F | 73 ° F | 100 % | SW | 3 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 6:53 AM | 73 ° F | 73 ° F | 100 % | SW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 AM | 76 ° F | 74 ° F | 94 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 AM | 80 ° F | 73 ° F | 79 % | SW | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 AM | 82 ° F | 73 ° F | 74 % | VAR | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 AM | 85 ° F | 74 ° F | 69 % | SW | 9 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 AM | 86 ° F | 75 ° F | 70 % | WSW | 10 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 12:53 PM | 89 ° F | 76 ° F | 65 % | W | 10 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 PM | 87 ° F | 73 ° F | 63 % | NW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 PM | 90 ° F | 74 ° F | 59 % | S | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 PM | 90 ° F | 74 ° F | 59 % | WSW | 7 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 4:53 PM | 88 ° F | 77 ° F | 70 % | SE | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:12 PM | 87 ° F | 76 ° F | 69 % | SSE | 9 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 PM | 84 ° F | 79 ° F | 85 % | S | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 PM | 85 ° F | 77 ° F | 77 % | SSE | 8 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 PM | 83 ° F | 78 ° F | 85 % | S | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 PM | 83 ° F | 78 ° F | 85 % | S | 9 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 PM | 83 ° F | 79 ° F | 88 % | S | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 PM | 81 ° F | 79 ° F | 94 % | S | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 PM | 81 ° F | 79 ° F | 94 % | S | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:45 PM

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

(/)

| Search Locations | Log in (/l...) | ✸ |

★ (/member/favorites)

| Popular | San Francisco, CA 55 ° F Fair | Manhattan, NY 74 ° F Mostly Cloudy | Atlanta, GA 88 ° F Fair | ▼ |

Elev 3ft **29.99** °N, **90.26** °W

# New Orleans International, LA ★ 🏠

⛅ **91° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ∨

### HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

| Daily | Weekly | Monthly |

| September | 6 | 2018 | View |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:47 PM

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0649
01/16/2019 WED 19:41  FAX 504 596 6301 Bradley Murchison - N.O.
[331/345]

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations



| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|---|---|---|---|---|---|---|---|---|---|
| 12:53 AM | 80 ° F | 79 ° F | 96 % | S | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 AM | 80 ° F | 79 ° F | 96 % | S | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:36 AM | 80 ° F | 79 ° F | 96 % | S | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 AM | 80 ° F | 79 ° F | 96 % | S | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 AM | 80 ° F | 79 ° F | 96 % | S | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 AM | 80 ° F | 79 ° F | 96 % | S | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 AM | 79 ° F | 79 ° F | 100 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 AM | 79 ° F | 79 ° F | 100 % | SE | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 AM | 81 ° F | 81 ° F | 100 % | SSE | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 8:04 AM | 82 ° F | 81 ° F | 97 % | S | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 8:53 AM | 81 ° F | 79 ° F | 94 % | S | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:18 AM | 81 ° F | 77 ° F | 88 % | SSE | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:34 AM | 81 ° F | 77 ° F | 88 % | ESE | 6 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:48 AM | 81 ° F | 75 ° F | 84 % | ESE | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:53 AM | 82 ° F | 76 ° F | 82 % | ESE | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:16 AM | 85 ° F | 78 ° F | 80 % | E | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:26 AM | 87 ° F | 79 ° F | 77 % | SE | 7 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:46 AM | 82 ° F | 77 ° F | 85 % | WSW | 14 mph | 18 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:53 AM | 81 ° F | 76 ° F | 85 % | SW | 13 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:09 AM | 79 ° F | 76 ° F | 90 % | VAR | 5 mph | 0 mph | 30.1 in | 0.1 in | 0.0 in |
| 11:24 AM | 78 ° F | 77 ° F | 96 % | S | 12 mph | 0 mph | 30.1 in | 0.1 in | 0.0 in |
| 11:53 AM | 79 ° F | 78 ° F | 97 % | E | 3 mph | 0 mph | 30.1 in | 0.2 in | 0.0 in |
| 12:20 PM | 80 ° F | 76 ° F | 87 % | WNW | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 12:53 PM | 79 ° F | 77 ° F | 94 % | NW | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 1:53 PM | 80 ° F | 77 ° F | 90 % | WSW | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 2:53 PM | 82 ° F | 77 ° F | 85 % | S | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 PM | 83 ° F | 79 ° F | 88 % | SSE | 12 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 PM | 84 ° F | 77 ° F | 79 % | S | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 PM | 84 ° F | 76 ° F | 76 % | SSE | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 PM | 82 ° F | 77 ° F | 85 % | SSE | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 7:53 PM | 81 ° F | 78 ° F | 91 % | S | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 PM | 80 ° F | 77 ° F | 90 % | S | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 PM | 80 ° F | 76 ° F | 87 % | SE | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:53 PM | 80 ° F | 78 ° F | 94 % | SE | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:53 PM | 80 ° F | 78 ° F | 94 % | SE | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:47 PM

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS...

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

(/)

Search Locations                                                      Log in (/login)

★ (/member/favorites)

| Popup | San Francisco, CA | Manhattan, NY | Atlanta, GA |
| | 59 °F Fair | 74 ° F Mostly Cloudy | 88 ° F Fair |

Elev 3ft **29.99** °N, **90.26** °W

# New Orleans International, LA ★ 🏠

🌡 **91° NEW ORLEANS INTERNATIONAL STATION (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE /2018-9-18?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ⌄

HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)

- TODAY (/WEATHER/US/CA/LITTLEROCK)
- HOURLY (/HOURLY/US/CA/LITTLEROCK)
- 10-DAY (/FORECAST/US/CA/LITTLEROCK)
- CALENDAR (/CALENDAR/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9)
- HISTORY (/HISTORY/DAILY/US/LA/NEW-ORLEANS/KMSY/DATE/2018-9-18)
- WUNDERMAP (/WUNDERMAP?LAT=29.99333382&LON=-90.25777435)

| Daily | Weekly | Monthly |

| September | 7 | 2018 | View |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

New Orleans International, LA History | Weather Underground          https://www.wunderground.com/history/daily/us/la/new-orleans/KMS···

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum |
|------|------|------|------|------|------|------|------|------|------|
| 12:53 AM | 79 ° F | 78 ° F | 97 % | SE | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 AM | 79 ° F | 77 ° F | 94 % | SSE | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 AM | 78 ° F | 77 ° F | 96 % | SSE | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 AM | 78 ° F | 77 ° F | 96 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 AM | 77 ° F | 77 ° F | 100 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 AM | 77 ° F | 77 ° F | 100 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 6:53 AM | 77 ° F | 77 ° F | 100 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.2 in |
| 7:53 AM | 79 ° F | 79 ° F | 100 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 AM | 83 ° F | 77 ° F | 82 % | E | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:12 AM | 83 ° F | 77 ° F | 82 % | NNE | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 9:53 AM | 83 ° F | 77 ° F | 82 % | NNE | 3 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 10:53 AM | 85 ° F | 77 ° F | 77 % | NE | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:07 AM | 85 ° F | 77 ° F | 77 % | VAR | 5 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:43 AM | 81 ° F | 78 ° F | 91 % | E | 14 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 11:53 AM | 80 ° F | 76 ° F | 87 % | ESE | 13 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 12:04 PM | 80 ° F | 76 ° F | 87 % | ESE | 12 mph | 0 mph | 30.1 in | 0.0 in | 0.0 in |
| 12:40 PM | 82 ° F | 74 ° F | 76 % | ESE | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 12:53 PM | 83 ° F | 75 ° F | 77 % | ESE | 14 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:07 PM | 80 ° F | 74 ° F | 81 % | SE | 16 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 1:53 PM | 81 ° F | 75 ° F | 82 % | SE | 7 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 2:53 PM | 83 ° F | 75 ° F | 77 % | SSE | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 3:53 PM | 85 ° F | 77 ° F | 77 % | SSW | 6 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 4:53 PM | 86 ° F | 77 ° F | 74 % | VAR | 5 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 5:53 PM | 86 ° F | 76 ° F | 72 % | WNW | 5 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 6:53 PM | 85 ° F | 75 ° F | 72 % | CALM | 0 mph | 0 mph | 29.9 in | 0.0 in | 0.0 in |
| 7:53 PM | 83 ° F | 77 ° F | 82 % | NNE | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 8:53 PM | 81 ° F | 77 ° F | 88 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 9:53 PM | 81 ° F | 78 ° F | 91 % | NNW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 10:53 PM | 80 ° F | 77 ° F | 90 % | NW | 3 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |
| 11:53 PM | 79 ° F | 77 ° F | 94 % | CALM | 0 mph | 0 mph | 30.0 in | 0.0 in | 0.0 in |

About (/about/our-company)

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

9/18/2018, 3:48 PM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communications or Attorney Work Product

Jefferson Parish Landfill
Odor Complaint Analysis
July 28 to September 7, 2018

| Event ID | Event Start Date | Event Start Time | Event Address | Event City | Event Log Wind Direction | Event Log Wind Speed (mph) | Airport * Time Before Event Start | Airport * WD Before Event Start | Airport * WS Before Event Start | Airport * Time After Event Start | Airport * WD After Event Start | Airport * WS After Event Start | Required WD from Landfill to Event | Required WD Equals Airport WD Before Event Start | Required WD Equals Airport WD After Event Start |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 7/28/2018 | 2:45 PM | 94 Dormelon Dr | Harahan | SE | 9 | 2:19 PM | CALM | 0 mph | 2:53 PM | SE | 9 mph | W | No | No |
| 5 | 7/28/2018 | 3:04 PM | 7301 Hickory Dr | Harahan | SE | 9 | 2:53 PM | SE | 9 mph | 3:53 PM | S | 10 mph | W | No | No |
| 1 | 7/28/2018 | 6:59 PM | 521 Bengal Rd | River Ridge | N | 9 | 6:53 PM | S | 5 mph | 7:14 PM | N | 3 mph | SSW | No | No |
| 5 | 7/28/2018 | 8:30 PM | 612 Upland Ave | River Ridge | N | 6 | 8:08 PM | N | 15 mph | 8:30 PM | N | 6 mph | WSW | No | No |
| 10 | 7/28/2018 | 2:40 PM | 99 Park Ave | Harahan | CALM | 0 | 2:34 PM | CALM | 0 mph | 2:53 PM | N | 6 mph | WSW | No | No |
| 8 | 7/29/2018 | 3:24 PM | 370 Helis Dr | Waggaman | NNE | 3 | 3:22 PM | NNE | 3 mph | 3:53 PM | SSE | 10 mph | SW | No | No |
| 6 | 7/29/2018 | 6:01 PM | 9508 Robin Ln | River Ridge | W | 6 | 5:53 PM | W | 6 mph | 6:53 PM | NNW | 8 mph | SW | No | No |
| 9 | 7/29/2018 | 6:08 PM | 9549 Linden Loop | Waggaman | W | 6 | 5:53 PM | W | 6 mph | 6:53 PM | NNW | 8 mph | S | No | No |
| 7 | 7/29/2018 | 8:40 PM | 7504 Sheringham Dr | Harahan | SW | 5 | 7:53 PM | N | 3 mph | 8:53 PM | SW | 5 mph | W | No | No |
| 12 | 7/29/2018 | 1:46 AM | 110 W Imperial Dr | Harahan | CALM | 0 | 12:53 AM | CALM | 0 mph | 1:53 AM | CALM | 0 mph | W | No | No |
| 24 | 7/30/2018 | 3:15 AM | 306 East Ave | Harahan | CALM | 0 | 2:53 AM | CALM | 0 mph | 3:53 AM | CALM | 0 mph | WSW | No | No |
| 23 | 7/30/2018 | 6:01 AM | 26 Ravan Ave | Harahan | EEE | 0 | 5:53 AM | SSW | 5 mph | 6:53 AM | CALM | 0 mph | WSW | No | No |
| 18 | 7/30/2018 | 6:30 AM | 99 Park Ave | Harahan | CALM | 0 | 5:53 AM | SSW | 5 mph | 6:53 AM | CALM | 0 mph | WSW | No | No |
| 16 | 7/30/2018 | 7:07 AM | 505 Stratford | River Ridge | SSW | 0 | 6:53 AM | SSW | 5 mph | 7:53 AM | W | 3 mph | SW | No | No |
| 25 | 7/30/2018 | 7:11 AM | 6752 W Magnolia Blvd | Harahan | W | 0 | 6:53 AM | SSW | 5 mph | 7:53 AM | CALM | 0 mph | W | No | No |
| 25 | 7/30/2018 | 7:15 AM | 9213 Rosecrest | River Ridge | CALM | 0 | 6:53 AM | SSW | 5 mph | 7:53 AM | CALM | 0 mph | SW | No | No |
| 20 | 7/30/2018 | 7:30 AM | 370 Helis Dr | | CALM | 0 | 6:53 AM | CALM | | 7:53 AM | CALM | 0 mph | | No | No |
| 13 | 7/30/2018 | 7:59 AM | 24 AMann84pur Ln | Waggaman | CALM | 0 | 6:53 AM | CALM | 0 mph | 7:53 AM | CALM | 0 mph | SSW | No | No |
| 17 | 7/30/2018 | 8:00 AM | 167 Magnolia Blvd | Harahan | CALM | 0 | 7:53 AM | SW | 0 mph | 8:53 AM | NW | 3 mph | WSW | No | No |
| 32 | 7/30/2018 | 8:00 AM | 1100 Stew Mill Rd. #1239 | River Ridge | SSW | 7 | 7:53 AM | SW | 6 mph | 8:53 AM | NW | 3 mph | SSW | No | No |
| 19 | 7/30/2018 | 8:30 AM | 7504 Sheringham Dr | Harahan | CALM | 0 | 7:53 AM | SW | 6 mph | 8:53 AM | VAR | 3 mph | W | No | No |
| 18 | 7/30/2018 | 9:53 AM | 110 W Imperial Dr | Harahan | VARY | 3 | 8:53 AM | NW | 3 mph | 9:53 AM | CALM | 0 mph | W | No | No |
| 21 | 7/30/2018 | 11:04 AM | 7805 O'Neil Dr | Harahan | N | 6 | 10:53 AM | N | 6 mph | 11:53 AM | CALM | 0 mph | SW | No | No |
| 38 | 7/30/2018 | 5:23 PM | 11 Rebel Ave | River Ridge | SSW | 7 | 4:53 PM | SW | 6 mph | 5:53 PM | SSW | 7 mph | SSW or SW | Yes | No |
| 32 | 7/30/2018 | 5:25 PM | 373 Buttercup Dr | Waggaman | SSW | 7 | 4:53 PM | SW | 6 mph | 5:53 PM | SSW | 7 mph | SSW | No | No |
| 35 | 7/30/2018 | 5:32 PM | 125 Saxes Rd (assumed Sauve) | River Ridge | SSW | 7 | 4:53 PM | SW | 6 mph | 5:53 PM | SSW | 7 mph | SW | No | Yes |
| 36 | 7/30/2018 | 6:59 PM | 9508 Robin Ln | River Ridge | SSW | 5 | 4:53 PM | SW | 6 mph | 5:53 PM | SSW | 7 mph | SW | No | Yes |
| 38 | 7/30/2018 | 7:34 PM | 11 Judith St | Waggaman | SSE | 8 | 6:53 PM | SSE | 6 mph | 7:53 PM | SSE | 8 mph | SSW | No | No |
| 37 | 7/30/2018 | 8:30 PM | 384 Jeffer Dr | Waggaman | SSE | 7 | 7:53 PM | SSE | 8 mph | 8:53 PM | NNW | 5 mph | SSW | No | No |
| 49 | 7/30/2018 | 9:30 PM | 5 Vejphere Ct | Waggaman | NNW | 7 | 8:53 PM | NNW | 5 mph | 9:33 PM | NNW | 7 mph | SW | No | No |
| 50 | 7/31/2018 | 5:20 AM | 572 Gordon Ave | River Ridge | W | 5 | 4:53 AM | SW | 3 mph | 5:53 AM | W | 5 mph | WSW | No | No |
| 53 | 7/31/2018 | 5:30 AM | 104 Helis Dr | River Ridge | W | 5 | 4:53 AM | SW | 3 mph | 5:53 AM | W | 5 mph | SW | No | Yes |
| 53 | 7/31/2018 | 5:30 AM | 111 Rebel Ave | River Ridge | W | 5 | 4:53 AM | SSW | 3 mph | 5:53 AM | W | 5 mph | SSW or SW | Yes | Yes |
| 55 | 7/31/2018 | 5:33 AM | 9508 Robin Ln | River Ridge | W | 5 | 4:53 AM | SSW | 3 mph | 5:53 AM | W | 5 mph | SW | No | No |
| 56 | 7/31/2018 | 5:40 AM | 88th St | Waggaman | W | 5 | 4:53 AM | SW | 3 mph | 5:53 AM | W | 5 mph | SSW | No | No |
| 54 | 7/31/2018 | 6:00 AM | 9 4 O'Clock Ln | Waggaman | W | 5 | 5:53 AM | W | 5 mph | 6:53 AM | SW | 5 mph | SSW | Yes | No |
| 65 | 7/31/2018 | 6:03 AM | 79 Tullah Square (assumed Tullich) | River Ridge | SW | 3 | 5:53 AM | W | 5 mph | 6:53 AM | SW | 5 mph | SW | No | Yes |
| 44 | 7/31/2018 | 6:27 AM | 190 Midway Dr | River Ridge | SW | 3 | 5:53 AM | W | 5 mph | 6:53 AM | SW | 5 mph | SSW or SW | Yes | Yes |
| 42 | 7/31/2018 | 6:41 AM | 632 Celeste Ave | River Ridge | SW | 5 | 5:53 AM | W | 5 mph | 6:53 AM | SW | 5 mph | SW | No | Yes |
| 44 | 7/31/2018 | 7:53 AM | 505 Stratford | Harahan | SW | 3 | 6:53 AM | SW | 5 mph | 7:53 AM | SW | 3 mph | WSW | No | No |
| 51 | 7/31/2018 | 8:00 AM | 167 Magnolia Blvd | Harahan | SW | 3 | 7:53 AM | SW | 3 mph | 8:53 AM | WSW | 8 mph | WSW | No | No |

Page 1 of 5

Privileged and Confidential Attorney-Client Communications or Attorney Work Product

10/9/2018 2:55 PM

24th JDC Civil  Fax Filed:01/16/2019 15:23:05  Case:790369 Div:J ID:25596

01/16/2019 WED 19:44  FAX 504 596 6301 Bradley Murchison - N.O.

[336/345]

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Complaint Analysis
July 28 to September 7, 2018

| Event ID | Event Start Date | Event Start Time | Event Address | Event City | Event Log Wind Direction | Event Log Wind Speed (mph) | Airport* Time Before Event Start | Airport* Before Event Start | Airport* WS Before Event Start | Airport* Time After Event Start | Airport* WD After Event Start | Airport* WS After Event Start | Required WD from Landfill to Event | Required WD Equals Airport WD Before Start | Required WD Equals Airport WD After Start |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | 7/31/2018 | 8:05 AM | 155 Magnolia | Harahan | SW | 3 | 7:53 AM | SW | 3 mph | 8:53 AM | WSW | 8 mph | WSW | No | No |
| 47 | 7/31/2018 | 8:09 AM | 4417 Brockenbrau St | Jefferson | SW | 3 | 7:53 AM | SW | 3 mph | 8:53 AM | WSW | 8 mph | WSW | No | No |
| 51 | 7/31/2018 | 8:11 AM | 7301 O'Neil Dr | Harahan | SW | 3 | 7:53 AM | SW | 3 mph | 8:53 AM | WSW | 8 mph | W | No | No |
| 48 | 7/31/2018 | 8:38 AM | 7305 O'Neil Dr | Harahan | WSW | 8 | 7:53 AM | SW | 3 mph | 8:53 AM | WSW | 8 mph | W | No | Yes |
| 52 | 7/31/2018 | 8:45 AM | 85 Doescher Dr | Harahan | S | 3 | 7:55 AM | SW | 3 mph | 8:53 AM | WSW | 8 mph | WSW or W | No | No |
| 57 | 7/31/2018 | 1:50 PM | 7504 Sheringham Dr | Harahan | CALM | 0 | 1:26 PM | CALM | 0 mph | 1:53 PM | CALM | 0 mph | W | No | No |
| 58 | 7/31/2018 | 2:10 PM | 10141 Chenevert Rd | Waggaman | CALM | 0 | 1:53 PM | CALM | 0 mph | 2:53 PM | CALM | 0 mph | SSE or S | No | No |
| 60 | 7/31/2018 | 2:15 PM | 10012 Joel Ave | River Ridge | CALM | 0 | 1:53 PM | CALM | 0 mph | 2:53 PM | CALM | 0 mph | SW | No | No |
| 62 | 7/31/2018 | 3:02 PM | 187 Magnolia Blvd | Harahan | CALM | 6 | 2:53 PM | CALM | 0 mph | 3:53 PM | WSW | 0 mph | WSW | No | No |
| 68 | 7/31/2018 | 4:51 PM | 10001 Reynolds | Waggaman | CALM | 0 | 3:53 PM | CALM | 0 mph | 4:53 PM | CALM | 0 mph | S | No | No |
| 63 | 7/31/2018 | 5:15 PM | 167 Magnolia Blvd | Harahan | CALM | 0 | 4:53 PM | CALM | 0 mph | 5:53 PM | W | 3 mph | WSW | No | No |
| 69 | 7/31/2018 | 5:47 PM | 24 Idlewood Pl | River Ridge | SW | 3 | 4:53 PM | CALM | 0 mph | 5:53 PM | W | 3 mph | SW | No | No |
| 70 | 7/31/2018 | 6:52 PM | 41 Richmbe | Waggaman | SSE | 5 | 5:53 PM | W | 3 mph | 6:53 PM | SSE | 5 mph | SSW | No | No |
| 72 | 8/1/2018 | 8:00 PM | 612 Upland Ave | River Ridge | SSE | 5 | 7:53 PM | SSE | 5 mph | 8:53 PM | SSE | 5 mph | SSW | No | No |
| 73 | 8/2/2018 | 6:20 AM | 621 Soniat Dr | Waggaman | CALM | 3 | 5:53 AM | CALM | 0 mph | 6:53 AM | CALM | 0 mph | SSW | No | No |
| 74 | 8/2/2018 | 7:23 AM | 233 Modern Farms Rd | Waggaman | NE | 3 | 6:53 AM | CALM | 0 mph | 7:53 AM | NE | 3 mph | SSW | No | No |
| 75 | 8/2/2018 | 8:20 AM | 533 Modern Farms Rd | Waggaman | NE | 3 | 7:53 AM | NE | 3 mph | 8:53 AM | NNE | 3 mph | WSW | No | No |
| 80 | 8/10/2018 | 5:26 PM | 37 Manor Ln | Waggaman | WNW | 2 | 4:53 PM | E | 6 mph | 5:53 PM | SSE | 9 mph | WSW | No | No |
| 81 | 8/10/2018 | 5:31 PM | 110 W Imperial Dr | Harahan | WNW | 2 | 5:17 PM | 7 mph | 7 mph | 5:53 PM | NW | 5 mph | W | No | No |
| 82 | 8/10/2018 | 10:32 PM | 213 Rosecrest Ln | River Ridge | WNW | 0 | 9:53 PM | VAR | 5 mph | 10:53 PM | CALM | 0 mph | SW | No | No |
| 78 | 8/10/2018 | 11:59 PM | 28 Dibon | River Ridge | W | 0 | 10:53 PM | CALM | 0 mph | 11:43 PM | CALM | 0 mph | SW | No | No |
| 90 | 8/11/2018 | 6:20 AM | 10016 Suzanne Dr | River Ridge | W | 0 | 1:53 AM | CALM | 0 mph | 7:53 AM | CALM | 0 mph | W | No | No |
| 97 | 8/11/2018 | 8:27 AM | 110 W Imperial Dr | Harahan | NNW | 4 | 7:53 AM | CALM | 0 mph | 8:53 AM | WNW | 6 mph | W | No | No |
| 91 | 8/11/2018 | 8:53 AM | 15 Colonial Club | Harahan | WNW | 2 | 8:53 AM | WNW | 6 mph | 9:53 AM | W | 8 mph | W | No | No |
| 92 | 8/11/2018 | 5:22 PM | 98 Doescher Dr | Harahan | SE | 1 | 4:55 PM | WNW | 5 mph | 5:53 PM | WNW | 7 mph | WSW or W | No | No |
| 93 | 8/11/2018 | 7:39 PM | 124 Moss Ln | River Ridge | NNE | 0 | 5:53 PM | WNW | 5 mph | 6:53 PM | WSW | 5 mph | SW | No | No |
| 96 | 8/11/2018 | 7:50 PM | 9213 Rosecrest Ln | River Ridge | SW | 3 | 7:53 PM | WSW | 5 mph | 7:53 PM | WSW | 6 mph | SW | No | No |
| 88 | 8/11/2018 | 7:57 PM | 8403 Arborea LC | River Ridge | SSW | 2 | 7:53 PM | SW | 8 mph | 8:53 PM | WSW | 8 mph | SW | Yes | No |
| 95 | 8/11/2018 | 8:00 PM | 250 Orchard Rd | River Ridge | SSW | 2 | 7:53 PM | SW | 8 mph | 8:53 PM | WSW | 6 mph | SW | Yes | No |
| 94 | 8/11/2018 | 9:08 PM | 9208 Ormond Pl | River Ridge | SW | 0 | 8:53 PM | SW | 8 mph | 9:53 PM | WSW | 6 mph | SW | Yes | Yes |
| 89 | 8/11/2018 | 9:46 PM | 1908 Wilson St | Harahan | SW | 0 | 8:53 PM | SW | 8 mph | 9:53 PM | CALM | 0 mph | VAR | Yes | No |
| 98 | 8/11/2018 | 10:08 PM | 110 Berkley | Harahan | ENE | 0 | 9:53 PM | SW | 6 mph | 10:53 PM | WSW | 5 mph | WSW | No | No |
| 102 | 8/11/2018 | 10:33 PM | 538 Modern Farms Rd | Waggaman | W | 1 | 9:53 PM | CALM | 6 mph | 10:53 PM | WSW | 5 mph | WSW | No | No |
| 99 | 8/12/2018 | 12:06 AM | 1079 Colonial Club Dr | Harahan | WNW | 0 | 11:59 PM | SW | 6 mph | 12:53 AM | SW | 3 mph | SSW | No | No |
| 101 | 8/12/2018 | 5:32 AM | 10045 Alan St | River Ridge | WNW | 0 | 4:53 AM | CALM | 0 mph | 5:53 AM | SW | 3 mph | SSW | No | No |
| 103 | 8/12/2018 | 6:04 AM | 9548 Linden Loop | Waggaman | ENE | 0 | 4:53 AM | CALM | 3 mph | 5:53 AM | SW | 3 mph | S | No | No |
| 104 | 8/12/2018 | 11:19 PM | 97 Park Ln | Harahan | NNE | 2 | 11:59 PM | WNW | 8 mph | 12:53 AM | CALM | 0 mph | WWW | No | No |
| 105 | 8/12/2018 | 4:30 PM | 208 Butler Dr | River Ridge | W | 3 | 3:53 PM | W | 7 mph | 4:53 PM | VAR | 5 mph | WWW | No | No |
| 106 | 8/12/2018 | 5:12 PM | 10001 Reynolds Dr | Waggaman | ESE | 0 | 5:53 PM | W | 5 mph | 6:53 PM | CALM | 0 mph | S | No | No |
| 107 | 8/13/2018 | 5:30 AM | 208 Butler Dr | Avondale | CALM | 0 | 4:53 AM | W | 5 mph | 5:53 AM | CALM | 0 mph | WNW | No | No |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

10/9/2018 2:53 PM

24th JDC Civil  Fax Filed:01/16/2019 15:23:05  Case:790369 Div:J ID:25596

0655

01/16/2019 WED 19:45 FAX 504 596 6301 Bradley Murchison - N.O.

[2]337/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Complaint Analysis
July 28 to September 7, 2018

| Event ID | Event Start Date | Event Start Time | Event Address | Event City | Event Log Wind Direction | Event Log Wind Speed (mph) | Airport* Time Before Event Start | Airport* WD Before Event Start | Airport* WS Before Event Start | Airport* Time After Event Start | Airport* WD After Event Start | Airport* WS After Event Start | Required WD from Landfill to Event | Required WD Equals Airport WD Before Start | Required WD Equals Airport WD After Start |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | 8/14/2018 | 12:19 AM | 283 Dilton | River Ridge | SW | 2 | 11:53 PM | SSW | 5 mph | 11:53 AM | CALM | 0 mph | SW | Yes | No |
| 109 | 8/14/2018 | 12:47 AM | 250 Orchard Rd | River Ridge | WSW | 1 | 11:53 PM | W | 0 mph | 12:53 AM | CALM | 0 mph | WSW | No | No |
| 110 | 8/14/2018 | 2:07 AM | 8615 Southdown Ln | River Ridge | ENE | 0 | 1:53 AM | CALM | 0 mph | 2:53 AM | CALM | 0 mph | W | No | No |
| 111 | 8/14/2018 | 2:30 AM | 12 Imperial Woods | Harahan | E | 0 | 1:53 AM | CALM | 0 mph | 2:53 AM | CALM | 0 mph | W | No | No |
| 113 | 8/14/2018 | 4:30 AM | 104 Gramling Ct | Avondale | W | 0 | 4:53 AM | W | 3 mph | 5:53 AM | CALM | 0 mph | WNW | No | No |
| 115 | 8/14/2018 | 5:58 AM | 1110 Sedgefield | Harahan | W | 0 | 5:53 AM | W | 3 mph | 6:53 AM | WNW | 5 mph | W | No | Yes |
| 116 | 8/14/2018 | 6:00 AM | 233 Modern Farms Rd | Waggaman | W | 0 | 5:53 AM | W | 3 mph | 6:53 AM | WNW | 5 mph | W | No | Yes |
| 118 | 8/14/2018 | 6:23 AM | 208 Butler Dr | Avondale | SSW | 0 | 5:53 AM | W | 3 mph | 6:53 AM | WNW | 5 mph | WNW | No | No |
| 114 | 8/14/2018 | 5:50 PM | 7301 O'Neil Dr | Harahan | SSE | 3 | 4:53 PM | VAR | 5 mph | 5:53 PM | CALM | 0 mph | W | No | No |
| 117 | 8/14/2018 | 6:11 PM | 282 Orchard Rd | River Ridge | CALM | 0 | 5:53 PM | CALM | 0 mph | 6:53 PM | SSW | 12 mph | SW | No | No |
| 119 | 8/14/2018 | 6:56 PM | 1512 Bullard Ave | Metairie | WNW | 0 | 6:53 PM | S | 7 mph | 7:53 PM | SSW | 5 mph | SSW or SW | No | No |
| 120 | 8/14/2018 | 9:15 PM | 313 Blossom Ct | Waggaman | ESE | 0 | 8:53 PM | S | 7 mph | 9:53 PM | SSW | 5 mph | SSW | No | No |
| 121 | 8/14/2018 | 9:28 PM | 218 Forest St | River Ridge | SW | 0 | 8:53 PM | S | 7 mph | 9:53 PM | SSW | 5 mph | SW | No | No |
| 122 | 8/14/2018 | 10:00 PM | 141 Phyllis Ct | River Ridge | NNW | 2 | 9:53 PM | S | 7 mph | 10:53 PM | S | 6 mph | SSW | No | No |
| 124 | 8/15/2018 | 9:54 PM | 1512 Bullard Ave | Metairie | W | 2 | 9:53 PM | S | 7 mph | 9:53 PM | SSW | 6 mph | SSW | No | No |
| 125 | 8/25/2018 | 5:56 PM | 36 Larkspur Ln | Waggaman | W | 2 | 5:53 PM | S | 7 mph | 6:53 PM | SSW | 6 mph | SW | No | No |
| 126 | 8/25/2018 | 6:00 PM | 10405 Alex St | River Ridge | SSW | 2 | 5:53 PM | S | 7 mph | 6:53 PM | SSW | 6 mph | SSW | No | No |
| 127 | 8/25/2018 | 6:03 PM | 336 Stewart Ave | River Ridge | S | 5 | 5:53 PM | S | 7 mph | 6:53 PM | SSW | 6 mph | SSW | No | No |
| 128 | 8/15/2018 | 6:14 PM | 4 Idlewood Pl | River Ridge | W | 2 | 5:53 PM | SW | 8 mph | 6:53 PM | SSW | 6 mph | SSW | No | No |
| 130 | 8/15/2018 | 10:28 PM | 1512 Bullard Ave | Metairie | E | 1 | 9:53 PM | S | 7 mph | 10:53 PM | S | 6 mph | SSW | No | No |
| 131 | 8/15/2018 | 10:30 PM | 250 Orchard Rd | River Ridge | ESE | 0 | 9:53 PM | SW | 8 mph | 10:53 PM | S | 6 mph | SW | No | No |
| 132 | 8/15/2018 | 10:35 PM | 9213 Rosecrest Ln | Waggaman | ESE | 5 | 9:53 PM | SSE | 3 mph | 10:53 PM | S | 6 mph | S | No | Yes |
| 133 | 8/15/2018 | 12:00 AM | 10101 Reynolds Dr | Waggaman | SSE | 5 | 11:53 PM | SSE | 5 mph | 12:53 AM | CALM | 0 mph | WNW | No | No |
| 138 | 8/16/2018 | 4:00 AM | 309 Rotunda Dr | Avondale | SSE | 5 | 3:53 AM | SSE | 4 mph | 4:53 AM | CALM | 0 mph | WNW | No | No |
| 135 | 8/16/2018 | 6:15 AM | 601 Sweet Olive Ln | Kenner | CALM | 0 | 5:53 AM | S | 3 mph | 6:53 AM | CALM | 0 mph | S | No | No |
| 136 | 8/16/2018 | 6:30 AM | 410 Hellmuese St | Waggaman | CALM | 0 | 5:53 AM | S | 3 mph | 6:53 AM | CALM | 0 mph | WSW | No | No |
| 137 | 8/16/2018 | 11:15 AM | 37 Manor Ln | Waggaman | N | 6 | 10:53 AM | N | 6 mph | 11:53 AM | S | 8 mph | WSW | No | No |
| 137 | 8/16/2018 | 12:55 PM | 525 Richard Ave, #20 | River Ridge | CALM | 0 | 12:53 PM | CALM | 0 mph | 1:53 PM | SSE | 6 mph | S | No | No |
| 139 | 8/16/2018 | 9:00 PM | 10101 Reynolds Dr | Waggaman | S | 3 | 8:53 PM | S | 3 mph | 9:53 PM | SSE | 6 mph | S | Yes | No |
| 140 | 8/16/2018 | 10:00 PM | 10101 Reynolds Dr | Waggaman | S | 6 | 9:53 PM | S | 6 mph | 10:53 PM | SSE | 6 mph | S | Yes | No |
| 141 | 8/17/2018 | 8:26 AM | 7301 O'Neil Dr | Harahan | SW | 6 | 7:58 AM | S | 0 mph | 8:53 AM | S | 3 mph | SW | Yes | No |
| 142 | 8/17/2018 | 2:50 PM | 250 O'Neil Dr | Harahan | W | 10 | 2:28 PM | N | 10 mph | 2:53 PM | WSW | 10 mph | SW | No | No |
| 143 | 8/17/2018 | 3:50 PM | 8725 Hermitage Pl | River Ridge | SSW | 10 | 3:44 PM | SW | 7 mph | 3:53 PM | SW | 8 mph | SW | Yes | No |
| 144 | 8/17/2018 | 5:21 PM | 809 Maryland Ave | Metairie | SSW | 10 | 4:53 PM | SSW | 16 mph | 5:53 PM | SSW | 8 mph | SSW | Yes | No |
| 147 | 8/17/2018 | 7:00 PM | 10101 Reynolds Dr | Waggaman | CALM | 0 | 6:53 PM | S | 8 mph | 7:53 PM | SSE | 8 mph | S | No | No |
| 145 | 8/17/2018 | 7:30 PM | 104 Tallulah | River Ridge | SSE | 5 | 6:53 PM | S | 8 mph | 7:53 PM | SSE | 5 mph | SSW | No | No |
| 146 | 8/17/2018 | 9:44 PM | 336 Stewart St | River Ridge | S | 3 | 8:53 PM | S | 3 mph | 9:53 PM | WNW | 5 mph | WNW | No | No |
| 151 | 9/5/2018 | 5:42 AM | 7331 O'Neil Dr | Harahan | CALM | 0 | 4:53 AM | CALM | 0 mph | 5:53 AM | SW | 3 mph | SW | No | No |
| 155 | 9/5/2018 | 6:00 AM | 10015 Suzanne Dr | River Ridge | W | 10 | 5:53 AM | SW | 9 mph | 6:53 AM | SW | 3 mph | SW | No | No |
| 167 | 9/5/2018 | 6:15 AM | 532 Celeste Ave | Waggaman | CALM | 0 | 5:53 AM | SW | 9 mph | 6:53 AM | SW | 3 mph | S | No | No |
| 148 | 9/5/2018 | 6:30 AM | 9213 Rosecrest Ln | River Ridge | E | 2 | 5:53 AM | SW | 9 mph | 6:53 AM | SW | 3 mph | SSW | No | Yes |
| 153 | 9/5/2018 | 6:38 AM | 282 Orchid (assumed Orchard) | River Ridge | SW | 3 | 5:53 AM | SW | 9 mph | 6:53 AM | SW | 3 mph | SW | No | Yes |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

10/9/2018 2:53 PM

Case:790369 Div:J ID:25596

24th JDC Civil Fax Filed:01/16/2019 15:23:05

0956

01/16/2019 WED 19:46   FAX 504 596 6301 Bradley Murchison - N.O.

[338]/345

**Jefferson Parish Landfill**
**Odor Complaint Analysis**
**July 28 to September 7, 2018**

| Event ID | Event Start Date | Event Start Time | Event Address | Event City | Event Log Wind Direction | Event Log Wind Speed (mph) | Airport* Time Before Event Start | Airport* WD Before Event Start | Airport* WS Before Event Start | Airport* Time After Event Start | Airport* WD After Event Start | Airport* WS After Event Start | Required WD from Landfill to Event | Required WD Airport WD Airport Before Event | Required WD Equals Airport WD After Event Start |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 154 | 9/5/2018 | 6:42 AM | 209 Wagner Dr | River Ridge | SW | 3 | 5:53 AM | SW | 3 mph | 6:53 AM | SW | 3 mph | SW | Yes | No |
| 155 | 9/5/2018 | 6:55 AM | 19 Idlewood Pl | River Ridge | S | 5 | 6:53 AM | SW | 3 mph | 7:53 AM | CALM | 0 mph | SW | Yes | No |
| 152 | 9/5/2018 | 7:22 AM | 1079 Colonial Club Dr | Harahan | WSW | 3 | 6:53 AM | SW | 3 mph | 7:53 AM | CALM | 0 mph | WSW | No | No |
| 160 | 9/5/2018 | 7:29 AM | 854 S Clearview (assumed Pkwy) | River Ridge | W | 5 | 6:53 AM | SW | 3 mph | 7:53 AM | CALM | 0 mph | WSW | No | No |
| 156 | 9/5/2018 | 7:42 AM | 1915 Oak Creek | Elmwood | WSW | 5 | 6:53 AM | SW | 3 mph | 7:53 AM | CALM | 0 mph | SW | Yes | No |
| 170 | 9/5/2018 | 7:45 AM | 99 Park Ave | Harahan | W | 8 | 6:53 AM | SW | 3 mph | 7:53 AM | CALM | 0 mph | WSW | No | No |
| 157 | 9/5/2018 | 8:03 AM | 110 W Imperial Dr | Harahan | S | 5 | 7:53 AM | CALM | 0 mph | 8:53 AM | SW | 6 mph | W | No | No |
| 153 | 9/5/2018 | 8:08 AM | 111 Hebel Ave | River Ridge | WNW | 3 | 7:53 AM | CALM | 0 mph | 8:53 AM | SW | 6 mph | SSW or SW | Yes | Yes |
| 158 | 9/5/2018 | 8:13 AM | 7301 O'Neil Dr | Harahan | W | 3 | 7:53 AM | CALM | 0 mph | 8:53 AM | SW | 6 mph | WSW | No | No |
| 159 | 9/5/2018 | 8:45 AM | 574 Hickory Ave | Harahan | SW | 5 | 7:53 AM | CALM | 0 mph | 8:53 AM | SW | 6 mph | WSW | No | No |
| 161 | 9/5/2018 | 9:12 AM | 117 Elaine Ave | Harahan | ESE | 5 | 8:53 AM | SW | 6 mph | 9:53 AM | VAR | 7 mph | W | No | No |
| 163 | 9/5/2018 | 9:28 AM | 153 Lee Ct | River Ridge | NW | 3 | 8:53 AM | SW | 6 mph | 9:53 AM | VAR | 7 mph | WSW | No | No |
| 166 | 9/5/2018 | 9:39 AM | 23 Idlewood Pl | River Ridge | W | 3 | 8:53 AM | SW | 6 mph | 9:53 AM | VAR | 7 mph | SW | Yes | No |
| 151 | 9/5/2018 | 10:00 AM | 8615 Southdown Ln | River Ridge | E | 5 | 9:53 AM | VAR | 7 mph | 10:53 AM | WSW | 9 mph | WSW | No | No |
| 150 | 9/5/2018 | 10:09 AM | 175 Park Ave | Harahan | NE | 3 | 9:53 AM | VAR | 7 mph | 10:53 AM | SW | 8 mph | WSW | No | No |
| 171 | 9/5/2018 | 9:30 PM | 10001 Reynolds Dr | Waggaman | S | 7 | 8:53 PM | S | 9 mph | 9:53 PM | S | 7 mph | S | Yes | Yes |
| 176 | 9/6/2018 | 1:00 PM | 367 Orchard Rd | River Ridge | SSW | 7 | 12:53 PM | NW | 3 mph | 1:53 PM | NW | 5 mph | SW | No | No |
| 181 | 9/6/2018 | 1:10 PM | 110 W Imperial Dr | Harahan | ENE | 2 | 12:53 PM | NW | 3 mph | 1:53 PM | WSW | 5 mph | W | No | No |
| 180 | 9/6/2018 | 1:46 PM | 167 Magnolia Blvd | Harahan | W | 4 | 12:53 PM | NW | 3 mph | 1:53 PM | WSW | 5 mph | WSW | No | No |
| 179 | 9/6/2018 | 1:53 PM | 572 Gordon Ave | Harahan | W | 1 | 12:53 PM | NW | 3 mph | 1:53 PM | WSW | 5 mph | WSW | No | No |
| 178 | 9/6/2018 | 1:53 PM | 4901 Jefferson Hwy, #A | Jefferson | SW | 2 | 12:53 PM | NW | 3 mph | 1:53 PM | WSW | 5 mph | SW | No | No |
| 177 | 9/6/2018 | 2:00 PM | 282 Orchard Rd | River Ridge | W | 5 | 1:53 PM | WSW | 5 mph | 2:53 PM | S | 6 mph | SW | No | No |
| 175 | 9/6/2018 | 2:28 PM | 8615 Southdown Ln | River Ridge | NE | 0 | 1:53 PM | WSW | 5 mph | 2:53 PM | WSW | 6 mph | WSW | Yes | No |
| 172 | 9/6/2018 | 5:24 PM | 10017 Lucy Ct | River Ridge | ESE | 4 | 4:53 PM | S | 7 mph | 5:53 PM | SSE | 5 mph | SW | No | No |
| 173 | 9/6/2018 | 8:16 PM | 101 Cheramie | Waggaman | ESE | 4 | 7:53 PM | S | 7 mph | 8:53 PM | S | 3 mph | S | Yes | No |
| 188 | 9/7/2018 | 4:46 PM | 57 Manor Ln | Waggaman | SSE | 4 | 3:53 PM | SW | 5 mph | 4:53 PM | VAR | 5 mph | SW | No | No |
| 189 | 9/7/2018 | 5:08 PM | 41 Hennessey Ct | River Ridge | W | 4 | 4:53 PM | VAR | 5 mph | 5:53 PM | WNW | 5 mph | WSW | No | No |
| 190 | 9/7/2018 | 5:39 PM | 212 Douglas Dr | River Ridge | WNW | 1 | 4:53 PM | VAR | 5 mph | 5:53 PM | WNW | 5 mph | WSW | No | No |
| 183 | 9/7/2018 | 5:44 PM | 9213 Rosecrest Ln | River Ridge | ESE | 2 | 4:53 PM | VAR | 5 mph | 5:53 PM | WNW | 5 mph | SW | No | No |
| 185 | 9/7/2018 | 6:13 PM | 533 Modern Farms Rd | Waggaman | WNW | 0 | 5:53 PM | WNW | 5 mph | 6:53 PM | CALM | 0 mph | WSW | No | No |
| 184 | 9/7/2018 | 6:58 PM | 9213 Rosecrest Ln | River Ridge | ESE | 0 | 5:53 PM | WNW | 5 mph | 6:53 PM | CALM | 0 mph | SW | No | No |

| | | | | | | | | | | | | | Matches: | 29 | 4 |
| | | | | | | | | | | | | | Total Events: | 157 | 157 |
| | | | | | | | | | | | | | %: | 18.5% | 2.5% |

* Airport = New Orleans International Airport, WD = Wind direction, WS = Wind speed.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



10/9/2018 2:53 PM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0657

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
Odor Complaint Analysis
July 28 to September 7, 2018

Note: The following odor events were not analyzed due to either the lack of valid information or were located more than five miles away from the landfill.

| Event ID | Event Start Date | Event Start Time | Event Address | Event City | Event Log Wind Direction | Event Log Wind Speed (mph) | Airport WD Before Event Start | Airport Time Before Event Start | Airport WS Before Event Start | Airport WD After Event Start | Airport Time After Event Start | Airport WS After Event Start | Required WD from Landfill to Event | Required WD Equals Airport WD Before Start | Required WD Equals Airport WD After Start |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 7/28/2018 | 4:00 AM | Colonial | n/a | CALM | 0 | | | | | | | | | |
| 11 | 7/30/2018 | | | n/a | | | | | | | | | | | |
| 26 | 7/30/2018 | 6:10 PM | 3912 Lake Villa Dr | Metairie | SSW | 7 | | | | | | | | | |
| 27 | 7/30/2018 | 10:00 PM | 605 Gulf Dr | Gretna | WNW | 9 | | | | | | | | | |
| 28 | 7/30/2018 | 6:34 PM | 3716 Lake Villa Dr | Metairie | SSE | 5 | | | | | | | | | |
| 29 | 7/30/2018 | 5:50 PM | 4208 Lake Villa Dr | Metairie | SSW | 7 | | | | | | | | | |
| 30 | 7/30/2018 | 9:00 PM | 4501 South Sierra Dr | Metairie | NNW | 5 | | | | | | | | | |
| 34 | 7/30/2018 | 5:45 PM | 1612 Sandra Ave | Metairie | SSW | 7 | | | | | | | | | |
| 39 | 7/30/2018 | 5:41 PM | 1612 Sandra Ave | Metairie | SSE | 8 | | | | | | | | | |
| 43 | 7/31/2018 | 5:00 AM | 33 Tribune St | Metairie | SW | 5 | | | | | | | | | |
| 59 | 7/31/2018 | | 904 Charlotte Dr | River Ridge | SW | | | | | | | | | | |
| 64 | 7/31/2018 | | At Zion Ave & Sauve Rd | River Ridge | | | | | | | | | | | |
| 65 | 7/30/2018 | | 41 Richelle St | Waggaman | | | | | | | | | | | |
| 66 | 7/31/2018 | | 41 Richelle St | Waggaman | | | | | | | | | | | |
| 67 | 7/31/2018 | 2:20 PM | At Mark Twain Apts | n/a | CALM | 0 | | | | | | | | | |
| 71 | 8/1/2018 | 12:51 PM | 500 Ave | Marrero | N | 10 | | | | | | | | | |
| 76 | 8/2/2018 | | 637 Bengal Rd | River Ridge | N/A | N/A | | | | | | | | | |
| 77 | 7/9/2018 | | 1490 Jefferson Hwy #B | River Ridge | N/A | N/A | | | | | | | | | |
| 78 | 8/3/2018 | 5:23 AM | 200 Pallet (assumed Drive) | Harvey | E | 0 | | | | | | | | | |
| 82 | 8/10/2018 | 8:52 PM | At Clearview and W Esplanade | Metairie | WNW | 0 | | | | | | | | | |
| 86 | 8/11/2018 | 9:35 PM | 252 Gruner Rd | Metairie | WNW | 0 | | | | | | | | | |
| 87 | 8/11/2018 | 9:59 PM | 612 Dodge Ave | Jefferson | E | 0 | | | | | | | | | |
| 100 | 8/12/2018 | | | | | | | | | | | | | | |
| 112 | 8/14/2018 | 11:30 AM | 3721 Roman St | Metairie | ENE | 2 | | | | | | | | | |
| 113 | 8/14/2018 | 12:00 AM | 1612 Sandra Ave | Metairie | W | 1 | | | | | | | | | |
| 129 | 8/15/2018 | 8:01 PM | At Veterans / Causeway | Metairie | NNE | 1 | | | | | | | | | |
| 149 | 9/5/2018 | 5:50 AM | 9916 St Paul Ave | River Ridge | W | 0 | | | | | | | | | |
| 164 | 9/5/2018 | 7:10 AM | At Jefferson Hwy | Harahan | W | 3 | | | | | | | | | |
| 169 | 9/5/2018 | 4:20 AM | 250 Orchard Rd | River Ridge | ENE | 10 | | | | | | | | | |
| 174 | 9/6/2018 | 2:51 PM | A16525 Aline Hwy | Metairie | E | 3 | | | | | | | | | |
| 182 | 9/7/2018 | 6:09 PM | | Metairie | E | | | | | | | | | | |
| 186 | 9/7/2018 | 4:50 PM | At Little Farms | Metairie | W | 1 | | | | | | | | | |
| 187 | 9/7/2018 | 8:34 AM | 240 1/2 Orion | Metairie | WSW | 3 | | | | | | | | | |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

10/9/2018 2:53 PM

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

8590

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Appendix D

# Screening Modeling of H2S

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

SCREEN.OUT

10/04/18
14:24:34

```
 ***   SCREEN3 MODEL RUN   ***
 *** VERSION DATED 13043 ***

NOLA

SIMPLE TERRAIN INPUTS:
    SOURCE TYPE                 =        AREA
    EMISSION RATE (G/(S-M**2))  =    1.000000
    SOURCE HEIGHT (M)           =      0.0000
    LENGTH OF LARGER SIDE (M)   =     80.0000
    LENGTH OF SMALLER SIDE (M)  =     40.0000
    RECEPTOR HEIGHT (M)         =      0.0000
    URBAN/RURAL OPTION          =       URBAN
THE REGULATORY (DEFAULT) MIXING HEIGHT OPTION WAS SELECTED.
THE REGULATORY (DEFAULT) ANEMOMETER HEIGHT OF 10.0 METERS WAS ENTERED.

   MODEL ESTIMATES DIRECTION TO MAX CONCENTRATION

BUOY. FLUX =   0.000 M**4/S**3;  MOM. FLUX =    0.000 M**4/S**2.

*** FULL METEOROLOGY ***

************************************
*** SCREEN DISCRETE DISTANCES ***
************************************

*** TERRAIN HEIGHT OF   0. M ABOVE STACK BASE USED FOR FOLLOWING DISTANCES ***
```

| DIST (M) | CONC (UG/M**3) | STAB | U10M (M/S) | USTK (M/S) | MIX HT (M) | PLUME HT (M) | MAX DIR (DEG) |
|----------|----------------|------|------------|------------|------------|--------------|---------------|
| 2725.    | 0.5071E+05     | 6    | 1.0        | 1.0        | 10000.0    | 0.00         | 1.            |
| 4450.    | 0.2694E+05     | 6    | 1.0        | 1.0        | 10000.0    | 0.00         | 3.            |

```
     *******************************************
     *** SUMMARY OF SCREEN MODEL RESULTS ***
     *******************************************
```

| CALCULATION PROCEDURE | MAX CONC (UG/M**3) | DIST TO MAX (M) | TERRAIN HT (M) |
|-----------------------|--------------------|-----------------|-----------------|
| SIMPLE TERRAIN        | 0.5071E+05         | 2725.           | 0.              |

```
*****************************************************
** REMEMBER TO INCLUDE BACKGROUND CONCENTRATIONS **
*****************************************************
```

Page 1

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

```
                              SCREEN.OUT
                                                        10/08/18
                                                        09:54:28
   ***  SCREEN3 MODEL RUN  ***
   *** VERSION DATED 13043 ***

NOLA POINT SOURCE

SIMPLE TERRAIN INPUTS:
        SOURCE TYPE          =          POINT
        EMISSION RATE (G/S)   =       1.000000
        STACK HEIGHT (M)      =          0.0000
        STK INSIDE DIAM (M)   =        320.0000
        STK EXIT VELOCITY (M/S)=         0.0001
        STK GAS EXIT TEMP (K)  =        293.0000
        AMBIENT AIR TEMP (K)   =        293.0000
        RECEPTOR HEIGHT (M)   =          0.0000
        URBAN/RURAL OPTION     =          URBAN
        BUILDING HEIGHT (M)   =          0.0000
        MIN HORIZ BLDG DIM (M) =         0.0000
        MAX HORIZ BLDG DIM (M) =         0.0000

THE REGULATORY (DEFAULT) MIXING HEIGHT OPTION WAS SELECTED.
THE REGULATORY (DEFAULT) ANEMOMETER HEIGHT OF 10.0 METERS WAS ENTERED.


BUOY. FLUX =    0.000 M**4/S**3;  MOM. FLUX =    0.000 M**4/S**2.

*** FULL METEOROLOGY ***

***********************************
*** SCREEN DISCRETE DISTANCES ***
***********************************

*** TERRAIN HEIGHT OF   0. M ABOVE STACK BASE USED FOR FOLLOWING DISTANCES ***

   DIST    CONC                U10M  USTK   MIX HT  PLUME  SIGMA  SIGMA
   (M)    (UG/M**3)   STAB   (M/S) (M/S)    (M)    HT (M)  Y (M)  Z (M)  DWASH
  ------- ----------  ----   ----- -----  -------  ------  ------ ------ -----
   4525.   8.264       5      1.0   1.0   10000.0   0.07   296.93 129.72   NO

DWASH=   MEANS NO CALC MADE (CONC = 0.0)
DWASH=NO MEANS NO BUILDING DOWNWASH USED
DWASH=HS MEANS HUBER-SNYDER DOWNWASH USED
DWASH=SS MEANS SCHULMAN-SCIRE DOWNWASH USED
DWASH=NA MEANS DOWNWASH NOT APPLICABLE, X<3*LB

        ********************************************
        *** SUMMARY OF SCREEN MODEL RESULTS ***
        ********************************************

   CALCULATION           MAX CONC      DIST TO    TERRAIN
   PROCEDURE             (UG/M**3)     MAX (M)    HT (M)
  --------------        -----------   ---------   -------
   SIMPLE TERRAIN          8.264        4525.        0.


*********************************************************
** REMEMBER TO INCLUDE BACKGROUND CONCENTRATIONS **
*********************************************************
```

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 19:51  FAX 504 596 6301 Bradley Murchison - N.O.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

**Jefferson Parish Landfill**
**SCREEN3 Modeling - Run #1**
**Area Source 80 m x 40 m**

| SCREEN3 Parameter | Input Data |
|---|---|
| Title | NOLA |
| Source Type | Area |
| Emission Rate (g/s-m2) | 1 |
| Source Height (m) | 0 |
| Larger Side (m) | 80 |
| Smaller Side (m) | 40 |
| Receptor Height (m) | 0 |
| Dispersion Mode | Urban |
| Range of Directions | Yes |
| Meteorology | Full |

| H2S Grab Sample Location | Distance from Release (m) | Grab H2S Conc. (ppb) | Grab H2S Conc. (ug/m3) | SCREEN3 Receptor at 1 g/s-m2 (ug/m3) | SCREEN3 Receptor X/Q (s/m3) | Required Emission Rate (g/s-m2) | Area (m2) | Estimated Vertical Velocity (m/s) | Volume Flow Rate (m3/s) | Required Emission Rate (g/s) | Required Source Conc. (g/s) | H2S MW (g/mole) | Molar Constant at 25 C (l/mole) | Required Source Conc. (ppmv) | Required Source Conc. (ppbv) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8909 River Rd, Westwego (Waggaman) | 2725 | 100 | 140 | 5.07E+04 | 1.98E-05 | 2.76E-05 | 3200 | 1.00E-04 | 3.20E-01 | 8.83E+00 | 2.76E+01 | 34.08 | 24.47 | 19823 | 1.98E+07 |
| 9220 Jefferson Hwy (KAML site) | 4450 | 120 | 168 | 2.69E+04 | 8.42E-06 | 6.24E-03 | 3200 | 1.00E-04 | 3.20E-01 | 2.00E+01 | 6.24E+01 | 34.08 | 24.47 | 44776 | 4.48E+07 |

10/9/2018 2:14 PM

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0662

01/16/2019 WED 19:51 FAX 504 596 6301 Bradley Murchison - N.O.

⧅344/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Jefferson Parish Landfill
SCREEN3 Modeling - Run #2
Point Source 320 m Diameter

| SCREEN3 Parameter | Input Data |
|---|---|
| Title | NOLA |
| Source Type | Point |
| Emission Rate (g/s) | 1 |
| Stack Height (m) | 0 |
| Inside Diameter (m) | 320 (= 80,425 m2 or ~400m x 200m) |
| Stack Exit Velocity (m/s) | 0.0001 |
| Stack Exit Temperature (K) | 293 |
| Ambient Air Temperature (K) | 293 |
| Receptor Height (m) | 0 |
| Dispersion Mode | Urban |
| Meteorology | Full |

| Sampling Location | Distance from Release (m) | MAML H2S Conc. (ppb) | MAML H2S Conc. (ug/m3) | SCREEN3 Receptor at 1 g/s (ug/m3) | SCREEN3 Receptor X/Q (s/m3) | Required Emission Rate (g/s) | Area (m2) | Estimated Vertical Velocity (m/s) | Volume Flow Rate (m3/s) | Required Source Conc. (g/m3) | H2S MW (g/mole) | Molar Constant at 25 C (l/mole) | Required Source Conc. (ppmv) | Required Source Conc. (ppbv) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9220 Jefferson Hwy (MAML) | 4525 | 12 | 16.8 | 8.26E+00 | 8.26E-06 | 2.03E+00 | 80425 | 1.00E-04 | 8.04 | 2.53E-01 | 34.08 | 24.47 | 181 | 1.81E+05 |
| 9220 Jefferson Hwy (MAML) | 4525 | 120 | 168 | 8.26E+00 | 8.26E-06 | 2.03E+01 | 80425 | 1.00E-04 | 8.04 | 2.53E+00 | 34.08 | 24.47 | 1815 | 1.81E+06 |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

10/9/2018 10:50 AM

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0960
01/16/2019 WED 19:52 FAX 504 596 6301 Bradley Murchison - N.O.

☑ 345/345

# BRADLEY MURCHISON
# KELLY & SHEA LLC

Shreveport | New Orleans | Baton Rouge

bradleyfirm.com

**Michael C. Mims**
*Partner*
New Orleans Office
direct: (504) 596-6136
mmims@bradleyfirm.com

January 18, 2019

***VIA FACSIMILE ONLY 504.364.3780***
Hon. Jon Gegenheimer
CLERK OF COURT
24TH JDC, PARISH OF JEFFERSON
P.O. Box 10
Gretna, Louisiana 70054

RE:   *Frederick Addison, et al v. Louisiana Regional Landfill Company, et al.*
24th JDC, Parish of Jefferson, Case No. 790-369, Div. "J"
Our File:  12534-180394

Dear Sir/Madam:

Attached please find the following which I am presenting for fax filing:

- Ex Parte Motion for Admission of Co-Counsel Pro Hac Vice and Order for Megan R. Brillaut;
- Ex Parte Motion for Admission of Co-Counsel Pro Hac Vice and Order for John H. Paul;
- Ex Parte Motion for Admission of Co-Counsel Pro Hac Vice and Order for James B. Slaughter; and
- Ex Parte Motion for Admission of Co-Counsel Pro Hac Vice and Order for Michael G. Murphy;

Please send me a return facsimile with the amount to cover the cost of filing same and I will promptly remit along with the original and three (3) copies of the notice.

Should you have any questions, please feel free to contact me.

Yours truly,

Michael C. Mims

MCM/kze
Enclosure

cc:   Byron M. Forrest

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 790-369                                                    DIVISION "J"

FREDERICK ADDISON, et. al.,

VERSUS

LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), et. al.

**EX PARTE MOTION**
**FOR ADMISSION OF CO-COUNSEL PRO HAC VICE**

Defendant, Waste Connections US, Inc. ("WCUS") through undersigned counsel, moves

the Court to admit *pro hac vice* Megan R. Brillault, a member in good standing of the State of

New York and District of Columbia Bar, to serve as co-counsel of record in the above-captioned

matter.  Ms. Brillault's admission is requested on an expedited basis because only one week after

Plaintiffs commenced this action, on December 20, 2018, Plaintiffs filed a motion seeking

expedited discovery and an expedited briefing and hearing schedule.  On December 28, 2018,

WCUS filed an opposition to Plaintiffs' request for expedited briefing and hearing, and

simultaneously filed an exception of lis pendens.  On January 7, 2019, the Court granted

Plaintiffs' request for an expedited hearing on their motion and scheduled a hearing on Plaintiffs'

motion and WCUS's exception, set for January 24, 2019.  Given these extraordinary

circumstances that were not within WCUS's control, WCUS respectfully requests that the Court

grant Ms. Brillault's admission *pro hac vice* at or before the January 24th hearing.

In accordance with Rule XVII, Section 13A3(ii), mover has attached hereto the letter

approving Ms. Brillault's *pro hac vice* application as well as proof of service on all parties.

(SIGNATURE BLOCK ON FOLLOWING PAGE)

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA LLC

By: _____

David R. Taggart
Louisiana Bar Roll No. 12626

Michael C. Mims
Louisiana Bar Roll No. 33991

401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141
Attorneys for Waste Connections US, Inc.

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the above and foregoing pleading has
been forwarded to counsel for all parties to this proceeding by placing same in the United States
Mail, postage prepaid and properly addressed, or via E-Mail or Facsimile, this 18th day of
January, 2019.

_____

2



# LOUISIANA ATTORNEY DISCIPLINARY BOARD

## OFFICE OF THE DISCIPLINARY COUNSEL
4000 S. Sherwood Forest Blvd.
Suite 607
Baton Rouge, Louisiana  70816
(225) 293-3900 • 1-800-326-8022 • FAX (225) 293-3300

December 20, 2018

Megan R. Brillault, Esq.
Beveridge & Diamond, P.C.
477 Madison Avenue – 15th Floor
New York, NY  10022

Re:  18-PHV-661
     Seth H. Schaumburg
     vs. Parish of Jefferson
     Docket # 786-052 – Div N

Dear Ms. Brillault:

The Louisiana Office of Disciplinary Counsel has received your application for *pro hac vice* admission in the State of Louisiana in connection with the matter of *Seth H. Schaumburg vs. Parish of Jefferson* pending before the *24th Judicial District Court* in the *Jefferson*. A review of your application indicates that you are supported by your sponsoring attorney *David R. Taggart,* who is currently licensed and in good standing with the Louisiana State Bar. In all respects it appears that your application is in appropriate format. The Office of Disciplinary Counsel currently possesses no information upon which to base an opposition to your application.

By copy of this correspondence to the presiding District Court Judge and your sponsoring attorney, we are advising them of our approval of your application.

Very truly yours,

CHARLES B. PLATTSMIER
Chief Disciplinary Counsel

CBP/pab
cc:  Honorable Stephen Enright
     David R. Taggart, Esq.

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 790-369                                                   DIVISION "J"

FREDERICK ADDISON, et. al.,

VERSUS

LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), et. al.

**<u>ORDER</u>**

Considering the above and foregoing Motion;

IT IS ORDERED that Megan R. Brillault, duly licensed practitioner in the State of New

York and District of Columbia, be admitted *pro hac vice* as co-counsel for Defendant Waste

Connections US, Inc., in this matter.

Gretna, Louisiana, this _____ day of January, 2019.


_____
DISTRICT JUDGE


**DEFENDANTS WILL SERVE THE FOLLOWING PARTIES VI LA. C.C.P. ART. 1313
AS FOLLOWS:**

Byron M. Forrest
Nicholas V. Cressy
S. Eliza James
*Forrest Cressy & James, LLC*
One Canal Place
365 Canal Street, Suite 1475
New Orleans, LA 70130

Barry S. Neuman
Erik Bolog
C. Allen Foster
Adrian Snead
*Whiteford Taylor Preston, LLP*
1800 M Street, NW
Suite 450N
Washington, DC 20036

*[Continued on next page]*

Aptim Corporation
Through its Agent for Service
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Jefferson Parish
Parish Attorney
1221 Elmwood Park Blvd., Suite 701
Jefferson, LA 70123

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 790-369 DIVISION "J"

FREDERICK ADDISON, et. al.,

VERSUS

LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), et. al.

**EX PARTE MOTION**
**FOR ADMISSION OF CO-COUNSEL PRO HAC VICE**

Defendant Waste Connections US, Inc. ("WCUS"), through undersigned counsel, moves the Court to admit *pro hac vice* James B. Slaughter, a member in good standing of the State of Virginia and District of Columbia Bar, to serve as co-counsel of record in the above-captioned matter. Mr. Slaughter's admission is requested on an expedited basis because only one week after Plaintiffs commenced this action, on December 20, 2018, Plaintiffs filed a motion seeking expedited discovery and an expedited briefing and hearing schedule.  On December 28, 2018, WCUS filed an opposition to Plaintiffs' request for expedited briefing and hearing, and simultaneously filed an exception of lis pendens.   On January 7, 2019, the Court granted Plaintiffs' request for an expedited hearing on their motion and scheduled a hearing on Plaintiffs' motion and WCUS's exception, set for January 24, 2019. Given these extraordinary circumstances that were not within WCUS's control, WCUS respectfully requests that the Court grant Mr. Slaughter's admission *pro hac vice* at or before the January 24th hearing.

In accordance with Rule XVII, Section 13A3(ii), mover has attached hereto the letter approving Mr. Slaughter's *pro hac vice* application as well as proof of service on all parties.

(SIGNATURE BLOCK ON FOLLOWING PAGE)

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA LLC

By: _____

David R. Taggart
Louisiana Bar Roll No. 12626

Michael C. Mims
Louisiana Bar Roll No. 33991

401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141
Attorneys for Waste Connections US, Inc.

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the above and foregoing pleading has been forwarded to counsel for all parties to this proceeding by placing same in the United States Mail, postage prepaid and properly addressed, or via E-Mail or Facsimile, this 18th day of January, 2019.

_____

2



# LOUISIANA ATTORNEY DISCIPLINARY BOARD

## OFFICE OF THE DISCIPLINARY COUNSEL
4000 S. Sherwood Forest Blvd.
Suite 607
Baton Rouge, Louisiana 70816
(225) 293-3900 • 1-800-326-8022 • FAX (225) 293-3300

December 20, 2018

James B. Slaughter, Esq.
Beveridge & Diamond, P.C.
1350 I Street, NW – Suite 700
Washington, DC 20005

        Re:    18-PHV-660
                  Seth H. Schaumburg
                  vs. Parish of Jefferson
                  Docket # 786-052 – Div N

Dear Mr. Slaughter:

    The Louisiana Office of Disciplinary Counsel has received your application for *pro hac vice* admission in the State of Louisiana in connection with the matter of *Seth H. Schaumburg vs. Parish of Jefferson* pending before the *24th Judicial District Court* in the *Jefferson*. A review of your application indicates that you are supported by your sponsoring attorney *David R. Taggart,* who is currently licensed and in good standing with the Louisiana State Bar. In all respects it appears that your application is in appropriate format. The Office of Disciplinary Counsel currently possesses no information upon which to base an opposition to your application.

    By copy of this correspondence to the presiding District Court Judge and your sponsoring attorney, we are advising them of our approval of your application.

                  Very truly yours,

                  CHARLES B. PLATTSMIER
                  Chief Disciplinary Counsel

CBP/pab
cc:    Honorable Stephen Enright
       David R. Taggart, Esq.

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 790-369                                                    DIVISION "J"

FREDERICK ADDISON, et. al.,

VERSUS

LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), et. al.

**ORDER**

Considering the above and foregoing Motion;

IT IS ORDERED that James B. Slaughter, duly licensed practitioner in the State of Virginia and District of Columbia, be admitted *pro hac vice* as co-counsel for the Defendant Waste Connections US, Inc. in this matter.

Gretna, LOUISIANA, this _____ day of January, 2019.


_____
DISTRICT JUDGE


**DEFENDANTS WILL SERVE THE FOLLOWING PARTIES VI LA. C.C.P. ART. 1313 AS FOLLOWS:**

Byron M. Forrest
Nicholas V. Cressy
S. Eliza James
*Forrest Cressy & James, LLC*
One Canal Place
365 Canal Street, Suite 1475
New Orleans, LA 70130

Barry S. Neuman
Erik Bolog
C. Allen Foster
Adrian Snead
*Whiteford Taylor Preston, LLP*
1800 M Street, NW
Suite 450N
Washington, DC 20036

*[Continued on next page]*

Aptim Corporation
Through its Agent for Service
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Jefferson Parish
Parish Attorney
1221 Elmwood Park Blvd., Suite 701
Jefferson, LA 70123

2

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 790-369                                                                      DIVISION "J"

FREDERICK ADDISON, et. al.,

VERSUS

LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), et. al.

**EX PARTE MOTION**
**FOR ADMISSION OF CO-COUNSEL PRO HAC VICE**

Defendant Waste Connections US, Inc. ("WCUS"), through undersigned counsel, moves

the Court to admit *pro hac vice* Michael G. Murphy, a member in good standing of the States of

New York, New Jersey, and District of Columbia Bar, to serve as co-counsel of record in the

above-captioned matter. Mr. Murphy's admission is requested on an expedited basis because

only one week after Plaintiffs commenced this action, on December 20, 2018, Plaintiffs filed a

motion seeking expedited discovery and an expedited briefing and hearing schedule.   On

December 28, 2018, WCUS filed an opposition to Plaintiffs' request for expedited briefing and

hearing, and simultaneously filed an exception of lis pendens.   On January 7, 2019, the Court

granted Plaintiffs' request for an expedited hearing on their motion and scheduled a hearing on

Plaintiffs' motion and WCUS's exception, set for January 24, 2019. Given these extraordinary

circumstances that were not within WCUS's control, WCUS respectfully requests that the Court

grant Mr. Murphy's admission *pro hac vice* at or before the January 24th hearing.

In accordance with Rule XVII, Section 13A3(ii), mover has attached hereto the letter

approving Mr. Murphy's *pro hac vice* application as well as proof of service on all parties.

(SIGNATURE BLOCK ON FOLLOWING PAGE)

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA LLC

By: _____

David R. Taggart
Louisiana Bar Roll No. 12626

Michael C. Mims
Louisiana Bar Roll No. 33991

401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141

Attorneys for Waste Connections US, Inc.

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the above and foregoing pleading has been forwarded to counsel for all parties to this proceeding by placing same in the United States Mail, postage prepaid and properly addressed, or via E-Mail or Facsimile, this 18th day of January, 2019.

_____

2



# LOUISIANA ATTORNEY DISCIPLINARY BOARD

### OFFICE OF THE DISCIPLINARY COUNSEL
4000 S. Sherwood Forest Blvd.
Suite 607
Baton Rouge, Louisiana  70816
(225) 293-3900 • 1-800-326-8022 • FAX (225) 293-3300

December 20, 2018

Michael G. Murphy, Esq.
Beveridge & Diamond, P.C.
477 Madison Avenue – 15th Floor
New York, NY  10022

Re: 18-PHV-658
Seth H. Schaumburg
vs. Parish of Jefferson
Docket # 786-052 – Div N

Dear Mr. Murphy:

The Louisiana Office of Disciplinary Counsel has received your application for *pro hac vice* admission in the State of Louisiana in connection with the matter of *Seth H. Schaumburg vs. Parish of Jefferson* pending before the *24th Judicial District Court* in the *Jefferson*.  A review of your application indicates that you are supported by your sponsoring attorney *David R. Taggart,* who is currently licensed and in good standing with the Louisiana State Bar.  In all respects it appears that your application is in appropriate format.  The Office of Disciplinary Counsel currently possesses no information upon which to base an opposition to your application.

By copy of this correspondence to the presiding District Court Judge and your sponsoring attorney, we are advising them of our approval of your application.

Very truly yours,

CHARLES B. PLATTSMIER
Chief Disciplinary Counsel

CBP/pab
cc: Honorable Stephen Enright
David R. Taggart, Esq.

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 790-369                                                             DIVISION "J"

FREDERICK ADDISON, et. al.,

VERSUS

LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), et. al.

**ORDER**

Considering the above and foregoing Motion;

IT IS ORDERED that Michael G. Murphy, duly licensed practitioner in the States of
New York, New Jersey, and District of Columbia, be admitted *pro hac vice* as co-counsel for
Defendant Waste Connections US, Inc., in this matter.

Gretna, LOUISIANA, this _____ day of January, 2019.


_____
DISTRICT JUDGE


**DEFENDANTS WILL SERVE THE FOLLOWING PARTIES VI LA. C.C.P. ART. 1313
AS FOLLOWS:**

Byron M. Forrest
Nicholas V. Cressy
S. Eliza James
*Forrest Cressy & James, LLC*
One Canal Place
365 Canal Street, Suite 1475
New Orleans, LA 70130

Barry S. Neuman
Erik Bolog
C. Allen Foster
Adrian Snead
*Whiteford Taylor Preston, LLP*
1800 M Street, NW
Suite 450N
Washington, DC 20036

*[Continued on next page]*

Aptim Corporation
Through its Agent for Service
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Jefferson Parish
Parish Attorney
1221 Elmwood Park Blvd., Suite 701
Jefferson, LA 70123

2

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 790-369                                                   DIVISION "J"

FREDERICK ADDISON, et. al.,

VERSUS

LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), et. al.

**EX PARTE MOTION**
**FOR ADMISSION OF CO-COUNSEL PRO HAC VICE**

Defendant Waste Connections US, Inc. ("WCUS"), through undersigned counsel, moves

the Court to admit *pro hac vice* John H. Paul, a member in good standing of the State of New

York and District of Columbia Bars, to serve as co-counsel of record in the above-captioned

matter. Mr. Paul's admission is requested on an expedited basis because only one week after

Plaintiffs commenced this action, on December 20, 2018, Plaintiffs filed a motion seeking

expedited discovery and an expedited briefing and hearing schedule.  On December 28, 2018,

WCUS filed an opposition to Plaintiffs' request for expedited briefing and hearing, and

simultaneously filed an exception of lis pendens.   On January 7, 2019, the Court granted

Plaintiffs' request for an expedited hearing on their motion and scheduled a hearing on Plaintiffs'

motion and WCUS's exception, set for January 24, 2019. Given these extraordinary

circumstances that were not within WCUS's control, WCUS respectfully requests that the Court

grant Mr. Paul's admission *pro hac vice* at or before the January 24th hearing.

In accordance with Rule XVII, Section 13A3(ii), mover has attached hereto the letter

approving Mr. Paul's *pro hac vice* application as well as proof of service on all parties.

(SIGNATURE BLOCK ON FOLLOWING PAGE)

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA LLC

By: _____

David R. Taggart
Louisiana Bar Roll No. 12626

Michael C. Mims
Louisiana Bar Roll No. 33991

401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141

Attorneys for Waste Connections US, Inc.

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the above and foregoing pleading has been forwarded to counsel for all parties to this proceeding by placing same in the United States Mail, postage prepaid and properly addressed, or via E-Mail or Facsimile, this 18th day of January, 2019.

_____



# LOUISIANA ATTORNEY DISCIPLINARY BOARD

### OFFICE OF THE DISCIPLINARY COUNSEL
4000 S. Sherwood Forest Blvd.
Suite 607
Baton Rouge, Louisiana  70816
(225) 293-3900 • 1-800-326-8022 • FAX (225) 293-3300

December 20, 2018

John Henry Paul, Esq.
Beveridge & Diamond, P.C.
477 Madison Avenue – 15th Floor
New York, NY  10022

        Re:   18-PHV-659
                Seth H. Schaumburg
                vs. Parish of Jefferson
                Docket # 786-052 – Div N

Dear Mr. Paul:

The Louisiana Office of Disciplinary Counsel has received your application for *pro hac vice* admission in the State of Louisiana in connection with the matter of *Seth H. Schaumburg vs. Parish of Jefferson* pending before the *24th Judicial District Court* in the *Jefferson*. A review of your application indicates that you are supported by your sponsoring attorney *David R. Taggart*, who is currently licensed and in good standing with the Louisiana State Bar. In all respects it appears that your application is in appropriate format. The Office of Disciplinary Counsel currently possesses no information upon which to base an opposition to your application.

By copy of this correspondence to the presiding District Court Judge and your sponsoring attorney, we are advising them of our approval of your application.

        Very truly yours,

        CHARLES B. PLATTSMIER
        Chief Disciplinary Counsel

CBP/pab
cc:    Honorable Stephen Enright
       David R. Taggart, Esq.

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 790-369                                              DIVISION "J"

FREDERICK ADDISON, et. al.,

VERSUS

LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), et. al.

**<u>ORDER</u>**

Considering the above and foregoing Motion;

IT IS ORDERED that John H. Paul, duly licensed practitioner in the State of New York

and District of Columbia, be admitted *pro hac vice* as co-counsel for Defendant Waste

Connections US, Inc., in this matter.

Gretna, LOUISIANA, this _____ day of January, 2019.


_____
DISTRICT JUDGE


**DEFENDANTS WILL SERVE THE FOLLOWING PARTIES VI LA. C.C.P. ART. 1313
AS FOLLOWS:**

Byron M. Forrest
Nicholas V. Cressy
S. Eliza James
*Forrest Cressy & James, LLC*
One Canal Place
365 Canal Street, Suite 1475
New Orleans, LA 70130

Barry S. Neuman
Erik Bolog
C. Allen Foster
Adrian Snead
*Whiteford Taylor Preston, LLP*
1800 M Street, NW
Suite 450N
Washington, DC 20036

*[Continued on next page]*

Aptim Corporation
Through its Agent for Service
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Jefferson Parish
Parish Attorney
1221 Elmwood Park Blvd., Suite 701
Jefferson, LA 70123

# BRADLEY MURCHISON
# KELLY & SHEA LLC

Shreveport | New Orleans | Baton Rouge

bradleyfirm.com

**Michael C. Mims**
*Partner*
New Orleans Office
direct: (504) 596-6136
mmims@bradleyfirm.com

January 22, 2019

***VIA FACSIMILE ONLY 504.364.3780***
Hon. Jon Gegenheimer
CLERK OF COURT
24TH JDC, PARISH OF JEFFERSON
P.O. Box 10
Gretna, Louisiana 70054

RE:     *Frederick Addison, et al v. Louisiana Regional Landfill Company, et al.*
        24th JDC, Parish of Jefferson, Case No. 790-369, Div. "J"
        Our File: 12534-180394

Dear Sir/Madam:

Attached please find a copy of Defendant Waste Connections Us, Inc.'s Combined Reply Memorandum in Support of Its Declinatory Exception of Lis Pendens and Motion to Stay and Response to Plaintiffs' "Objection to Untimely Filing" which I am presenting for fax filing. Please send me a return facsimile with the amount to cover the cost of filing same and I will promptly remit along with the original and three (3) copies of the notice.

Should you have any questions, please feel free to contact me.

Yours truly,

Michael C. Mims

MCM/kze
Enclosure

cc:     Byron M. Forrest

24TH JUDICIAL DISTRICT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 790-369                                                                        DIVISION "J"

FREDERICK ADDISON, et. al.

VERSUS

LOUISIANA REGIONAL LANDFILL COMPANY, et. al.

**DEFENDANT WASTE CONNECTIONS US, INC.'S COMBINED
REPLY MEMORANDUM IN SUPPORT OF ITS DECLINATORY
EXCEPTION OF LIS PENDENS AND MOTION TO STAY AND
RESPONSE TO PLAINTIFFS' "OBJECTION TO UNTIMELY FILING"**

The *Addison* Plaintiffs' January 16 Opposition essentially acknowledges that Defendant

Waste Connections U.S., Inc. ("Waste Connections") has established the requirements for the

exception of lis pendens and falls back on an argument that application of the doctrine would be

"unfair." To the contrary, unrebutted Louisiana law establishes that the proper and just result –

both for the Defendants and for the many putative class members of the prior filed suits – is to

stay the *Addison* action.

Plaintiffs do not contest that (i) they filed this action in state court while four duplicative

putative class action suits were pending in federal court, (ii) their suit is based on the same

transaction or occurrence as the putative class action suits, or (iii) the same Defendants are

named in all five actions. Instead, Plaintiffs only challenge whether there is an identity of

plaintiffs among the cases. Specifically, Plaintiffs claim that because they have not alleged they

are members of any putative class (even though they have explicitly left open the option of

joining the class if certified), there is no identity of parties between the *Addison* Plaintiffs and the

class actions. This spurious argument contradicts the pleadings and misapprehends the basic

tenets of lis pendens and class action law, which in no way require that late-filing plaintiffs self-

identify as class members. Plaintiffs' remaining arguments regarding fairness and purported

constitutional violations are unsupported rhetoric that lack any merit. The Court should exercise

its discretion under Louisiana Code of Civil Procedure Articles 531 and 532 and grant the

1

exception of lis pendens staying this matter at least until the question of class certification is determined in the federal class actions that Plaintiffs have simply mimicked.

## I.   ARGUMENT

### A.   Plaintiffs cannot avoid a stay of their duplicative action merely because they "do not allege they are members of any class."

Plaintiffs incorrectly argue that the exception of lis pendens does not apply because they have not affirmatively claimed to be members of the putative class proposed in the federal cases. This appears to be an attack on the "same parties" element of the lis pendens exception. Class action law, however, does not allow a late-filing plaintiff to disavow a class at this stage of the litigation. Whether Plaintiffs explicitly *claim* to be members of the putative class has no bearing on whether they actually *are* members of the putative class.

The exception of lis pendens bars putative class members from filing duplicative law suits during the pendency of an earlier-filed class action. *Aisola v. La. Citizens Prop. Ins. Corp.*, 14-1708 (La. 10/14/15); 180 So. 3d 266, 270 (reversing trial court's denial of lis pendens based on "same parties" element where plaintiffs in individual suit against defendant were also members of similar putative class action). This is so because the earlier-filed class action would be res judicata of the identical claims raised by the plaintiffs in their individual suits. *Id.* at 271 ("The purpose and intent of class action procedure is to adjudicate and obtain res judicata effect on all common issues applicable not only to the representatives who bring the action, but to all others who are 'similarly situated'. . . .").

Furthermore, under both federal and state class action law, an individual falling within the definition of the proposed class is a putative member of that class, until: (i) the class is certified pursuant to Federal Rules of Civil Procedure 23(b)(3), or the state equivalent, La. Code Civ. Proc. art. 591(B)(3), and the individual then opts out of the class action; or (ii) class certification is denied. *See Duckworth v. La. Farm Bureau Mut. Ins. Co.*, 2011-2835 (La. 11/2/12), 125 So. 3d 1057, 1070 ("The decision to request exclusion or to 'opt out' is made, not at the time of filing a class action petition, but after the class is certified, notice is issued, and a timely election form is submitted."); *Quinn v. La. Citizens Prop. Ins. Corp.*, 2012-0152 (La. 11/2/12), 118 So. 3d 1011, 1016 ("when a class action is certified in Louisiana, all persons who

2

fall within the class definition are class members. The only avenue for requesting exclusion from a class once it is certified is by the timely submission of an election form."); *Lee-Bolton v. Koppers Inc.*, 848 F. Supp. 2d 1342, 1350 (N.D. Fla. 2011) ("[P]otential class members in a putative class action cannot validly opt out of becoming class members until after they receive the required notice under Rule 23.").

The *Addison* Plaintiffs do not dispute that they fall within the class definition in the federal cases. *See, e.g.*, Affidavit of David R. Taggart, dated Jan. 15, 2019 (submitted with Waste Connections Memorandum in Support of Declinatory Exceptions of Lis Pendens) ("Taggart Aff.") Ex. B at VII(a) ("[P]ersons domiciled of and/or within the Parish of Jefferson . . . who sustained legally cognizable damages . . . as a result of the Defendant(s)' acts that caused the emission of noxious odors and gases."). The *Addison* Plaintiffs are putative members of the proposed class action and an identity of the parties exists because none of the federal cases have reached the class certification stage. Allowing individual lawsuits, like *Addison*, to proceed while a class action is pending and certification status has not been determined, would result in the "needless multiplicity of actions [which] . . . Federal Rule of Civil Procedure 23 . . . w[as] designed to avoid." *Crown, Cork & Seal Co., Inc. v. Parker*, 462 U.S. 345, 351 (1983). Accordingly, the *Addison* Plaintiffs should be barred from prosecuting their individual lawsuits until class certification is granted and Plaintiffs timely opt out of the class action, or certification is denied. *See Duckworth*, 2011-2835, 125 So.3d at 1070; *accord Harris v. La. Citizens Prop. Ins. Co.*, 14-120 (La. App. 5 Cir. 10/29/14); 164 So. 3d 216, 222 ("because class certification was denied in *Buxton* and the *Buxton* suit may only remain between the named parties, there no longer exists an identity of parties between the named plaintiffs in the *Buxton* suit and plaintiff in the instant individual suit.").

Plaintiffs seek to distinguish *Holmes v. La. Citizens Prop. Ins. Co.*, 14-598, (La. App. 5th Cir. 2/25/15); 168 So.3d 792, and other lis pendens decisions barring putative class members from maintaining individual lawsuits prior to a ruling on class certification by arguing that they "do not *allege* they are members of any class that might be certified in other litigation." Pls. Opp. at 5 (emphasis added). But alleging (or, in Plaintiffs' case, not alleging) to be a member of a putative class has no legal significance prior to a determination on class certification. Nothing in

3

*Holmes* suggests that the lis pendens exception would have been denied but for the plaintiff's allegation that she was a member of the putative class. The plaintiff's admission simply mooted any need to examine the issue further. Here, as noted above, the *Addison* Plaintiffs are expressly within the defined putative class and their individual duplicative lawsuit should be stayed under La. Code Civ. Proc. art 532, or in the event the federal class actions are remanded prior to the Court's ruling on this exception, dismissed pursuant to La. Code Civ. Proc. art. 531.

> **B.      Louisiana law does not recognize a "continuing harm" exception to lis pendens, which in any event is an allegation in the prior cases.**

Plaintiffs seem to suggest that the Court should craft a new "continuing harm" exception to the well-established statutory doctrine of lis pendens. No authority supports this notion, which would eviscerate the doctrine. Plaintiffs simply state that because they allege a continuing tort it would be "unfair" for them to wait for a ruling on class certification in the identical federal cases before proceeding in this duplicative matter. The argument is meritless.

The nature of the purported harm is not an element of the lis pendens exception. Rather, "an exception of lis pendens should be sustained if a final judgment in the first suit would be res judicata in the subsequently filed suit." *Aisola*, 14-1708, 180 So. 3d at 269 (internal quotation marks omitted). The exception is not dependent upon the damages alleged or the relief sought, but on whether the cases are between the same parties and involve the same transaction or occurrence.[1] *Brooks Well Servicing, Inc. v. Cudd Pressure Control, Inc.*, 36,723 (La. App. 2 Cir. 6/27/03); 850 So. 2d 1027, 1031.

Furthermore, Plaintiffs' colorful and unsupported allegations of continuing harm are belied by their own inaction. The *Addison* Plaintiffs stood on the sidelines for almost five months while nuisance lawsuits against Defendants piled up in the face of extensive media coverage about odors allegedly originating from the Jefferson Parish Landfill. Despite their claims of continuing harm, Plaintiffs have not sought a preliminary injunction against the Landfill. Meanwhile, plaintiffs in pending state and federal class actions filed against Defendants months ago are actively pursuing the same injunctive relief sought by the *Addison* Plaintiffs.

---

[1] The *Addison* Plaintiffs unsuccessfully attempt to differentiate their case because, in addition to allegations of odors, they also allege that toxic chemicals are being emitted from the Landfill causing physical harm. Pls. Opp. at 2, n.3. However, the federal class actions are not limited to allegations of odors, but similarly include allegations of noxious gases emanating from the Landfill resulting in physical harm. *See, e.g.*, Taggart Aff. Ex. E at V, VI.

4

Finally, Plaintiffs' generic claims about "fairness" actually counsel in *favor* of granting Defendants' exception. First, it would be fundamentally unfair for Defendants to defend against over 80 state Plaintiffs' duplicative tort claims while simultaneously defending against four identical putative class actions in federal court before class action status is determined. Simultaneous discovery and motions practice regarding class certification and an identical mass tort will generate inconsistent rulings, duplicate discovery, waste judicial and the parties' resources, and result in the "needless multiplicity of actions" class actions were designed to avoid. Second, if the class is certified, the *Addison* Plaintiffs may decide they want to take advantage of the streamlined class action process and avoid the resource-intensive nature (and intrusive discovery) of an individual lawsuit. Indeed, they have admittedly left this option open. *See* Pls. Opp. at 5 ("plaintiffs may or may not choose to join" the class if certified).

### C.   The Lis Pendens Exception is Not Unconstitutional

Plaintiffs argue in passing that application of the lis pendens exception would violate their "constitutional right to access the courts of this state." Pls. Opp. at 6. Plaintiffs' argument contains no analysis and appears to rest entirely on a two-paragraph summary of *Christus Health Sw. La. v. All About You Home Healthcare, Inc.*, Pls. Opp. at 6, an unpublished workers' compensation decision that does not discuss, cite, or otherwise relate in any way to La. Code Civ. Proc. arts. 531, 532 or the doctrine of lis pendens.

*Christus Health* is completely dissimilar to the *Addison* lawsuit and in no way suggests that applying lis pendens is unconstitutional. In *Christus Health*, 10 days before trial, defendants in a workers' compensation reimbursement action requested an indefinite stay while awaiting a decision in a class action pending before the same court. Critically, the *Christus Health* decision was not decided on res judicata grounds, much less under the law of lis pendens. Instead, *Christus Health* merely affirmed the trial court's decision not to exercise its inherent power to continue or stay a case. Furthermore, the defendant in the pending class action matter was not even a defendant the *Christus Health* case. In sum, *Christus Health* has nothing to do with lis pendens and is little more than an unpublished opinion dismissing defendants' meritless last-ditch effort to avoid trial.

5

Even separate from *Christus Health,* Plaintiffs' purported "access to the courts" constitutional argument is illogical on its face. Specifically, the defenses of res judicata and lis pendens rely on the very fact that Plaintiffs are accessing the courts and their claims are being addressed in the putative class actions. The class action process is designed to ensure plaintiffs' due process rights are protected, "automatically provid[ing] the right of notice and opt-out to individuals who do not want their monetary claims decided in a class action." *Allison v. Citgo Petroleum Corp.*, 151 F.3d 402, 413 (5th Cir. 1998) (citing Fed. R. Civ. P. 23(b)). All of Plaintiffs' arguments lack merit and cannot invalidate a lis pendens statute supported by decades of published case law staying or dismissing duplicative suits.

### D.   Defendants' supplemental memorandum was timely filed.

Waste Connections filed its supplemental memorandum in a timely manner consistent with Louisiana law and the procedural posture of the case. Plaintiffs are not prejudiced by this filing over a week in advance of the hearing and the Court should reject Plaintiffs' tortured reading of the Louisiana rules that ignores the sequence of filings here.

Waste Connections was served with the *Addison* Petition on December 17, 2018. On December 20, 2018, Plaintiffs filed their motion for expedited discovery. That motion requested a hearing date of January 24, 2019, and proposed an expedited briefing schedule, which included a proposed deadline for Defendants' opposition of January 7, 2019.[2] Based on the motion's request for expedited consideration, as well as the extraordinary relief prayed for, Waste Connections filed an immediate response on December 28, 2018. Furthermore, to avoid any risk of waiving its defenses,[3] Waste Connections filed its exception of lis pendens and incorporated memorandum prior to filing its response to Plaintiffs' discovery motion, which it also filed on December 28. In that filing, Waste Connections stated it would supplement the exception with additional briefing on or before January 16, 2019, the deadline for filing responsive pleadings.[4] Plaintiffs did not object to Waste Connections' statement.

---

[2] Only after Waste Connections filed its initial opposition to the expedited discovery motion did Plaintiffs inform the parties and the Court that they mistakenly included the January 7 proposed opposition deadline.

[3] *See* La. Code of Civ. Proc. art. 928.

[4] Waste Connections was served on December 17, 2018. The service was made pursuant to the long arm statute, thereby affording Waste Connections 30 days within which to file responsive pleadings. *See* La. Rev. Stat. Ann. § 13:3205. Thus, Waste Connections' deadline for filing responsive pleadings was January 16, 2019.

Louisiana law allowed Waste Connections until January 16 to file responsive pleadings. Nonetheless, Plaintiffs seem to argue that on top of the pleadings that Waste Connections was already forced to prepare over the holidays, Waste Connections also should have scrambled to provide Plaintiffs with a more substantial memorandum of authorities in support of its exception of lis pendens. The Court should disregard Plaintiffs' gamesmanship.

Furthermore, Plaintiffs have not suffered any prejudice. The exception filed on December 28 included an incorporated memorandum, citing to "both the relevant facts and applicable law" as required by Rule 9.9(b) of the Uniform District Court Rules. Specifically, that incorporated memorandum detailed that the Petition was nearly identical to four previously filed actions pending in the Eastern District of Louisiana, and that a dismissal or stay was warranted under the governing authorities. The incorporated memorandum discussed La. Code Civ. Proc. arts. 531 and 532, as well as the Louisiana Supreme Court's opinion in *Aisola* and related case law. The exception and incorporated memorandum were served on Plaintiffs' counsel by e-mail on December 28, 2018, in compliance with Rule 9.9(b) of the Uniform District Court Rules.[5]

Plaintiffs had ample opportunity to prepare a timely response. In fact, Plaintiffs did file such a response on January 16, 2019. Plaintiffs will also be afforded an opportunity to elaborate on their position at oral argument on January 24, 2019.

The Court should reject Plaintiffs' objection to Waste Connections' January 15 memorandum. The brief was filed prior to the deadline for filing responsive pleadings and Plaintiffs' own accelerated discovery filings over the holidays compelled Defendants to file their initial exception brief on December 28, and Plaintiffs have suffered no prejudice from Waste Connections' supplemental filing on January 15.

## II.   CONCLUSION

Plaintiffs' lawsuit is duplicative of four federal class actions arising from the same facts, alleging the same causes of action, against the same defendants. Because Plaintiffs are also members of the putative class in these federal cases and the time for opting out of the proposed

---

[5] Additionally, although the Uniform District Court Rules require the original exception and memorandum to be furnished to the Court and opposing counsel at least 15 days before the hearing, the rules do not speak to whether a party may file an additional memorandum nine days prior to the hearing. The rules certainly contemplate that the exceptor will have the last word, as they allow for a reply brief to be filed as late as two days before the hearing. *See* Rule 9.9(d) of the Uniform District Court Rules.

classes has not yet started, their individual lawsuit must be stayed under the doctrine of lis

pendens. Plaintiffs' arguments regarding continuing harm, purported unfairness, and alleged

constitutional violations have no support in the facts or the law. The court should grant

defendants' exception of lis pendens and stay this lawsuit until class certification in the federal

cases.

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA LLC

By: _____

David R. Taggart
(Louisiana Bar Roll No. 12626)
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141

Michael C. Mims
(Louisiana Bar Roll No. 33991)
John B. Stanton
(Louisiana Bar Roll No. 36036)
1100 Poydras St., Suite 2700
New Orleans, Louisiana 70163
Telephone: (504) 596-6300
Fax: (504) 596-6301

BEVERIDGE & DIAMOND, P.C.

James B. Slaughter (*pro hac vice* pending)
1350 I Street, N.W., Suite 700
Washington, DC 20005
(202) 789-6000

Michael G. Murphy (*pro hac vice* pending)
Megan R. Brillault (*pro hac vice* pending)
John H. Paul (*pro hac vice* pending)
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400

Counsel for Defendant Waste Connections US, Inc.

8

**CONNICK AND CONNICK, L.L.C.**
**ATTORNEYS AT LAW**

WILLIAM PETER CONNICK
MICHAEL S. FUTRELL
MICHAEL F. NOLAN

3421 NORTH CAUSEWAY BOULEVARD SUITE 408
METAIRIE, LOUISIANA 70002

OF COUNSEL,

PAUL D. CONNICK, JR.

ELIZABETH O. CLINTON
MICHAEL J. MONISTERE
MATTHEW D. MOGHIS
ELIZABETH A. ZAVALA
LAURA M. BLOUIN
NOAH R. BORER

TELEPHONE: (504) 838-8777
FACSIMILE: (504) 838-9903
WEBSITE: www.connicklaw.com

DIRECT DIAL: (504) 681-6658
EMAIL: moghis@connicklaw.com

January 22, 2019

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
P.O. Box 10
Gretna, Louisiana 70054-0010
Phone:   (504) 364-3998
Fax:     (504) 364-3780

> Re:   *Addison, et al. v. Jefferson Parish, et al.*
> Court:   24th JDC, Case No. 790-369, Division "J"
> File No.:   81.182829

Dear Sir/Madam,

Attached is Jefferson Parish's Memorandum in Reply to Plaintiffs' Opposition to Declinatory Exception of Lis Pendens, which I ask that you fax file in connection with the above-referenced matter.  Please advise as to the costs associated with this request so that a check to cover same can be forwarded with the originals.

Thanking you in advance for your cooperation, I remain

Sincerely,

CONNICK AND CONNICK, LLC

MATTHEW D. MOGHIS

MDM/js
Attachment
cc:   Barry Neuman (bneuman@wtplaw.com)
Byron Forrest  (byron@fcjlaw.com)
Eliza James (eliza@fcjlaw.com)
Nicholas Cressy (nicholas@fcjlaw.com)
Michael Mims (mmims@bradleyfirm.com)
David Taggart (dtaggart@bradleyfirm.com)
Jim Slaughter (jslaughter@bradleyfirm.com)
William Barousse (wbarousse@glllaw.com)

24TH JUDICIAL DISTRICT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 790-369                                                          DIVISION "J"

FREDERICK ADDISON, et. al.

VERSUS

LOUISIANA REGIONAL LANDFILL COMPANY, et. al.

FILED: _____        _____
                                                          DEPUTY CLERK

**MEMORANDUM IN REPLY TO PLAINTIFFS' OPPOSITION TO DECLINATORY EXCEPTION OF LIS PENDENS**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Jefferson Parish, who submits this Memorandum in Reply to Plaintiff's Opposition to Declinatory Exception of Lis Pendens, and sets forth as follows:

Despite Plaintiffs continued assertions of what *they* believe is "fundamentally unfair," "unjust," and what "cannot be assumed," the *law* on this matter is clear.[1] Plaintiffs' position is essentially that because they chose to file over 80 individual claims rather than proceed as a class, they should be allowed to circumvent procedural and discovery rules. Plaintiffs do not dispute that this lawsuit arises from the *exact same* transaction or occurrence as the multiple previously-filed lawsuits. Defendants have a right to protection from "a series of vexatious suits by the same Plaintiff[s] against the same Defendant[s] in the same transaction or occurrence in different forms."[2] Louisiana law is clear that these Plaintiffs are considered the same as putative class member Plaintiffs in the multiple previously-filed lawsuits.[3]

There is no legal support for Plaintiffs' position. In fact, the strategy being employed by Plaintiffs in this case is specifically identified in *all* of the previously-filed lawsuits in which all *Plaintiffs in those cases acknowledge that separate individual lawsuits should*

---

[1] Petitioners' Opposition to Waste Connections US, Inc. and Jefferson Parish's Declinatory Exceptions of Lis Pendens and Memorandum in Support, at Page 3.
[2] *Southwestern Elec. Power Co. v. Amax, Inc.* 621 So.2d 615 (La. 1993)
[3] *Aisola v. Louisiana Citizens Property Ins. Corp.,* 2014-1708 (La. 10/14/15), 180 So.3d 266; *Elfer v. Murphy Oil USA, Inc.,* 2002-0020 (La. 3/15/02), 811 So.2d 892; *Harris v. Louisiana Citizens Prop. Ins. Co.,* 14-120 (La. App. 5 Cir. 10/29/14), 164 So.3d 216.

1 of 3

<u>not be allowed at this time</u>. *Plaintiffs* in the Ictech-Bendeck, Thompson, Landry-Boudreaux, and Bernard lawsuits all set forth:

> "The prosecution of separate actions by individual members of the class would create a risk of inconsistent and/or varying adjudications with respect to the individual members of the class, which would establish incompatible standards of conduct for the party(ies) opposing the class, or adjudications with respect to individual members of the class, which would, as a practical matter, be dispositive of the interests of the other members not parties to the adjudication or substantially impair or impede their ability to protect their interests."[4]

> "Individual litigation by each of the class members, besides being unduly burdensome to the Plaintiffs, <u>would also be unduly burdensome and expensive to the court system, as well as to the Defendants</u>."[5]

Not only do Plaintiffs here essentially conceded Lis Pendens applies, all Defendants *and* Plaintiffs in every other case involving the Jefferson Parish Landfill agree that this case should be, at a minimum, stayed pending the outcome of the previously filed lawsuits in accordance with Louisiana Code of Civil Procedure article 532. Should those cases be remanded back to State Court, Defendants submit that this action should be dismissed entirely in accordance with Louisiana Code of Civil Procedure article 531.

Despite Plaintiffs belief of what they should or should not be allowed to do, the law governing this exact scenario is clear. Plaintiffs rudimentary maneuver to proceed individually rather than as a class does not allow them to circumvent the protections afforded Defendants under Articles 531 and 532.

**WHEREFORE**, Defendant, Jefferson Parish, respectfully request this Court sustain the Declinatory Exception of Lis Pendens.

*(Signature block on next page).*

---

[4] "Exhibits B," "C," "D," and "E" of Waste Connections US, Inc.'s Memorandum in Support of Declinatory Exception of Lis Pendens, filed January 15, 2019. "Exhibit B" (Elias Ictech-Bendeck Petition), at Paragraph VII, 6; "Exhibit C" (Thompson Petition), at Paragraph IV, 6; "Exhibit D" (Larry Bernard Petition), at Paragraph VII (b), 6; and "Exhibit E" (Landry-Boudreaux Petition), at Paragraph X.
[5] "Exhibit B" (Elias Ictech-Bendeck Petition), at Paragraph VII; "Exhibit D" (Larry Bernard Petition), at Paragraph VII (b); and "Exhibit E" (Landry-Boudreaux Petition), at Paragraph X.

Respectfully submitted,

CONNICK AND CONNICK, LLC

_____

WILLIAM P. CONNICK, LA. BAR No. 14158
MICHAEL S. FUTRELL, LA BAR. No. 20819
MATTHEW D. MOGHIS, LA BAR. No. 33994
3421 N. Causeway Blvd., Suite 408
Metairie, Louisiana 70002
Telephone:   (504) 681-6658
Facsimile:   (504) 838-9903
E-mail:      *moghis@connicklaw.com*

*Counsel for Defendant, Jefferson Parish*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

( )   Hand Delivery            ( )   Prepaid U.S. Mail
(X)   Email                    ( )   Facsimile

New Orleans, Louisiana this 22nd day of January, 2019.

_____

MATTHEW D. MOGHIS

**24th JUDICIAL DISTRICT COUR FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

**SUIT NO.: 790-369**                                         **DIVISION: "J"**

**FREDERICK ADDISON, et al.,**

**VERSUS**

**LOUISIANA REGIONAL LANDFILL COMPANY, et al.**


**FILED: _____**                    _____

                                                                **DEPUTY CLERK**


**PETITIONERS' REPLY MEMORANDUM IN SUPPORT OF THEIR REQUEST FOR EXPEDITED DISCOVERY**


This memorandum is submitted on behalf of the petitioners in further support of their request for expedited discovery, and in reply to the arguments raised by the defendants, Waste Connections US, Inc. ("Waste Connections") and Jefferson Parish (the "Parish") in opposition to petitioners' request.

### I.    INTRODUCTION

In opposing this request for discovery, Waste Connections argues that petitioners and their expert, Dr. Chrostowski, have ignored available data concerning the Jefferson Parish Landfill; disregarded the possibility of other pollution sources; and misrepresented the available data to "wrongly imply that a public health risk exists."   Waste Connections Mem. at 3.  None of this is true.[1]  The available information (which Dr. Chrostowski did not ignore) does not come close to providing the comprehensive "source emissions" data that is required to conduct a responsible analysis of the full range of risks posed by the Landfill gases.  As a scientific matter, it is simply irresponsible for Waste Connections to claim that enough data has been collected to characterize and quantify the hazards posed by the negligent manner in which the Landfill has been designed, operated and maintained.

---

[1]  Waste Connections is so intent on discrediting Dr. Chrostowski that their own expert, Mr. Walsh, falsely asserts that Dr. Chrostowski relied on and appended tables based on an air dispersion model known as "LandGEM,"  Mr. Walsh spends nearly a page critiquing the relative accuracy of LandGEM compared to other methods.  Walsh Aff. ¶¶ 22-23. Dr Chrostowski neither mentioned, relied on, nor appended any LandGEM tables. On the other hand, *Mr. Walsh* has recommended to Waste Connections that further investigation be conducted using LandGEM. See Chrostowski Reply Aff. ¶24.

As Dr. Chrostowski explained in his initial Affidavit sworn to December 19, 2018: (1) *no* data have been collected by the Parish or the State – either on the Landfill site itself or in the community – concerning many hazardous chemicals typically found in landfill gas; and (2) the limited sampling that has been conducted by the LADEQ in the community indicates the presence of some carcinogens and other hazardous chemicals at levels that exceed EPA screening thresholds. Exceedance of these thresholds means that a potential risk exists and further action – whether investigation, remediation, or both – is warranted.  Any responsible analysis of the Landfill's risks requires the type of source characterization that no one – not the defendants, and not the government agencies charged with protecting public health – has ever conducted, but which the petitioners are now prepared to conduct.  The defendants fault petitioners for not being able to prove definitively (at the outset of the case) the full extent of the harm caused by the Landfill gases – but they seek to prevent petitioners from collecting the very information that would help determine those facts.

In the meantime, the persistent complaints of community residents, including petitioners, about the adverse symptoms and impacts caused by odors they are experiencing are consistent with reported health impacts of odors as documented by authorities such as the federal Agency for Toxic Substance and Disease Registry ("ATSDR").   *See* Initial Chrostowski Aff. ¶ 17.  Although Waste Connections may refuse to accept it, [2] Parish and State officials identify the Landfill as the source or likely source of these odors.

Waste Connections downplays petitioners' need for immediate site access on the grounds that the millions of dollars in on-site remediation work now being undertaken simply consists of "routine maintenance."  This characterization surely will come as news to the DEQ, the Parish and the Parish's consultants.  Between April 2018 and October 2018, the community has registered more than 1,800 complaints with state authorities about noxious odors.  In April 2018 and again in June 2018, the LDEQ served the Parish with compliance orders on account of the Landfill's waste which, according to the Louisiana Department of Health, are "known to cause the odor."  http://www.jeffparish.net/modules/showdocument.aspx?documentid=19148         (last        visited

---

[2] Waste Connections is waging a campaign to have the DEQ to stop blaming the Landfill.  *See* https://www.waste360.com/nuisances/waste-connections-disputes-inaccuracies-jefferson-parish-landfill-suit.

1/22/19), LDOH Report at 4.  It is not "routine" when the LDEQ has been conducting nearly daily on-site visits to the Landfill since October 2018.  After conducting its own assessment of the Landfill, the Parish's consultant, Carson Environmental Consulting ("Carson" or "CEC"), was so concerned about the dysfunctional state of the Landfill's gas collection systems and hydrogen sulfide levels that it made the following recommendation: "Jefferson Parish should immediately take steps to train and equip employees and third-party contractors." Carson Report at 2, Executive Summary ¶ 1 (**emphasis in original**).  *See also* Carson Report at 28 ("The Parish should immediately conduct safety training and develop safety procedures for workers operating in an environment with potentially elevated H2S emissions."). [3]  There is nothing "routine" about the numerous problems documented by Carlson; the numerous public meetings and press conferences that the Parish has instituted concerning the progress of the remediation, or the fact that the Parish has devoted an entire portion of its website to posting weekly updates concerning the progress of its efforts.  See http://www.jeffparish.net/index.aspx?page=3652 (last visited 1/22/19).  And there is nothing routine about the extensive remediation measures that are now being undertaken. Chrostowski Reply Affidavit sworn to Jan. 22, 2019 ("Chrostowski Reply Aff."), ¶¶ 17-19.

The very fact that Waste Connections would pretend that this is all business-as-usual underscores the need for petitioners to access the Landfill site and conduct their own analysis as soon as possible

## II.     ARGUMENT

### A. The Standards for Expedited Discovery are Met[4]

There is no question that this Court has the authority to grant expedited discovery.  *See* Petitioners' opening memorandum at 5-6.  As defendants acknowledge, the fundamental issue to be resolved is whether the need for expedited discovery outweighs the prejudice to the defendants. *BKGTH Prods., LLC v. Does* 1-20, No. 13-5310, 2013 WL 5507297, at *5 (E.D. La. Sept. 30, 2013).  Petitioners plainly have carried their burden on that question.

---

[3]  Notably, neither Carson nor any of the Parish's other consultants have submitted any affidavits challenging Dr. Chrostowski.
[4]  Defendants' contentions that the requested discovery should be denied because of their *lis pendens* objections is separately addressed in petitioners' papers filed in opposition to those objections, and will not be repeated here.

3

There would be no "prejudice" to defendants if the motion is granted because petitioners plainly would be entitled to the requested discovery at some later date.  Defendants cannot show how they would be prejudiced if petitioners were allowed to conduct the requested discovery now rather than later.[5]  In any event, defendants' assertions that the requested discovery would impose "vast" burdens on them (Waste Connections Mem. at 8), and that petitioners seek to conduct "prolonged monitoring" on the Landfill site (Parish Opp. at 3) are simply untrue.  Petitioners envision requiring  on-site access for several days, not weeks or months.  In contrast, as Waste Connections emphasizes for other reasons, the LDEQ has been inspecting the site nearly every day for many months; and consultants for both the Parish and Waste Connections have conducted their own site investigations.  Defendants do not and cannot explain why a limited site inspection of limited duration by petitioners' consultants would cause "vast" and unacceptable burdens given the substantial attention that has already been visited upon the Landfill by other stakeholders.

Petitioners have not proposed to conduct "generic and broad" discovery on the Landfill (Parish Opp. at 3), but instead have sought to narrowly focus the scope of their activities to minimize interference with Landfill operations.[6] Defendants cannot complain simultaneously that petitioners' proposed investigation is too broad and disruptive, while also asserting that the proposed investigation is too narrow to produce meaningful data.  *See, e.g.,* Rappolt Aff. ¶ 49. Moreover, petitioners' team of consultants are all highly experienced in the field of environmental investigation, including at municipal landfills.[7]

In contrast to the minimal or non-existent burdens that would be imposed on the defendants, the petitioners have demonstrated a reasonable likelihood that they would be prejudiced if they are denied the requested expedited discovery.  As noted, the defendants' ongoing remediation efforts cannot legitimately be described as "routine."  Presumably those efforts are designed to achieve rather dramatic improvements. They certainly involve measures that have the

---

[5] It is difficult to understand Waste Connections' assertion that defendants would be prejudiced by the requested expedited discovery because petitioners have not sought preliminary injunctive relief.  That certainly is not a prerequisite to expedited discovery.  In any event, the point of the motion for expedited discovery is to help assure that petitioners can collect data concerning the Landfill *before* it is remediated.

[6]  For example, defendants criticize Dr. Chrostowski for focusing at this state on Phase IVa of the Landfill site, but petitioners have proposed this limitation precisely to limit the scope of their initial investigation to the extent possible. Petitioners would be pleased to expand their initial data collection to other areas of the Landfill.

[7]  Petitioners have assembled a team of highly experienced experts, including Dr. Chrostowski, who in the aggregate provide world-class expertise in the fields of environmental risk assessment; air modeling; landfill sampling and analysis; and landfill design and operation. Apart from Dr. Chrostowski, these consultants include the firms of RTP Environmental Associates, Inc.; Integral Consultants, Inc. and Ramboll USA Corp.

potential to substantially change the characterization of the Landfill gases – and hence the characterization of the chemicals to which petitioners have been subjected over the past year and longer.  *See* Chrostowski Reply Aff. , ¶¶ 17-19..  It is therefore very important for petitioners to be able to obtain the requested discovery now rather than later.[8]

Fundamentally, the defendants' opposition amounts to an assertion that because all the other stakeholders in this matter have conducted their own (insufficient) inquiries, the plaintiffs – who are the most directly and severely impacted stakeholders – should simply accept the assurances of Waste Connnections and have no need to conduct their own investigation.

**B. Currently Available Public Data are Not a Substitute for Comprehensive Source Emissions Data Concerning Landfill Gas That is the Starting Point for a Legitimate Scientific Analysis of the Full Public Health Risks Posed by the Landfill**

Waste Connections says that the public record contains a "trove" of data that Dr. Chrostowski has ignored and which makes plaintiffs' requested discovery unnecessary.  In fact, Dr. Chrostowski is well aware of the information cited by Waste Connections.  But for the reasons he explains at length in his Reply Affidavit, that information does not come close to providing the comprehensive "source emissions" data that he has described as being necessary for a scientific assessment of the Landfill's risks.

**1. The LDEQ Site Inspections Are Not Source Characterizations**

Waste Connections refers to information concerning hydrogen sulfide and odor that LDEQ personnel have recorded during their on-site visits to the Landfill.  Waste Connections cannot credibly contend that these reports constitute a comprehensive emissions source characterization. As Dr. Chrostowski states,, landfill gases typically are comprised of hundreds if not thousands of chemical compounds. Measuring hydrogen sulfide concentrations alone does not provide a comprehensive characterization of the Landfill gases that would allow a risk assessment. (Chrostowski Initial Aff. ¶¶  5 and 15; Reply Aff. ¶2d and 3.).

As for "odor," it is simply false for Waste Connections to assert that the LDEQ has collected odor "data" during its site visits. The site inspection reports cited by Waste Connections

---

[8] *SemitTool, Inc. v. Tokyo Electron America, Inc.,* 208 F.R.D. 273 (N.D.Cal. 2002), cited by defendants, in fact supports petitioners. There, the Court granted a motion for expedited discovery against the defendants – even where no allegation that evidence would be lost was made and denied expedited discovery against a non-party.

contains the purely subjective impressions of LDEQ staff as to whether they could detect an odor on a particular occasion and, if so, whether or not the odor seemed to be "strong," "weak," and the like.  This subjective information may be interesting, but it is not "data."  There are scientific methods for measuring, quantifying and reporting "odor strength," and the data derived from those methods can be used to model the resulting odor strength that will be experienced throughout the surround area as the gases are released from the Landfill and travel through the air.  Chrostowski Aff. ¶¶ 17-18 and Reply Aff. ¶ 11.   Dr. Chrostowski's proposed sampling plan includes the collection and analysis of objective odor strength data in a scientifically sound manner – as opposed to simply sniffing around the site and recording subjective, non-replicable impressions.

In short, the limited hydrogen sulfide measurements and odor descriptions collected by the LDEQ are not remotely comparable to the comprehensive sampling effort that Dr. Chrostowski has outlined.

2. **New Source Performance Standards Are Irrelevant**

Waste Connections also relies on the fact that the Landfill is subject to federal New Source Performance Standards ("NSPS") that are implemented through a "Title V" permit.  Again, Dr. Chrostowski is fully aware of these requirements, but they simply do not provide the comprehensive source characterization he describes and that would be needed to support an assessment of the risks posed by the Landfill to petitioners.

As Waste Connections itself acknowledges, NSPS only address "fugitive releases" of landfill gas. Mem. at 9. Fugitive emissions are those that escape from various points across the Landfill surface.   But there are other significant sources of emissions from the Landfill that are not regulated by NSPA. First, there are the gases that are released directly from the Landfill pipes and other gas collection components because of leaks.  At the Jefferson Parish Landfill, these leaks are likely a significant component of total gas emissions given the gas collections' state of disrepair. Chrostowski Reply Aff. ¶ 16.  In addition, the Landfill operates a primitive flare to burn off some of the gases. This flare is not regulated by NSPS and is a potential source of harmful toxic pollutants including dioxins.  *Id*.

6

In addition, NSPS requirements only limit the **total annual** amount of emissions emitted from the Landfill.  *Id.*   Total annual emissions provide no information about actual exposures experienced at any particular location at any given point in time or over any particular interval of time.  It therefore provides no useful information for assessing actual risks posed to the community. Chrostowski Reply Aff. ¶ 15.

Finally, the quarterly air emissions monitoring collected at the Landfill under its Title V permit is conducted only for one chemical compound – methane.  But measuring methane alone – especially measuring only *fugitive* emissions of methane -- hardly comprises the comprehensive source characterization that Dr. Chrostowski explains is needed.  *Id.*

3.   **Dr. Chrostowski Does Not Start From the Premise that the Landfill is the Only Potential Source of Public Health Risk; To the Contrary, the Effort to Obtain Comprehensive Landfill Gas Data is Designed to Help Differentiate the Full Extent of the Risks Posed by the Landfill**

According to Waste Connections, petitioners' motion is based on a "distraction" – namely, an "incorrect and inflammatory suggestions that air emissions from Jefferson Parish Landfill are a threat to public health." Mem. at 10. Waste Connections claims that Dr. Chrostowski has simply ignored the fact that there are other sources of air pollution in the area, and oddly chides him for describing the Landfill as a "suspected" source.  E.g., Rappolt Aff. ¶ 28; Walsh Aff. ¶ 37.  [cite].

To recap the facts:  Before petitioners filed this action, the Parish held a press conference at which it acknowledged that unacceptable levels of odors were being experienced in the community due to the negligent state of the landfill.  At the same press conference, an official of the Louisiana Department of Health ("LDOH") advised community residents to leave the area when they experienced the odors.  Subsequently, the LDEQ Commissioner advised the Parish that there was "no doubt" in his mind that the Landfill is the main cause of these problems. https://www.nola.com/environment/2018/12/jefferson-parish-landfill-idd-as-source-of-river-ridge-harahan-stench-state-says.html (last visited 1/22/19).

Waste Connections plainly disagrees with these statements – and has mounted an effort to have the LDEQ to retract its focus on the Landfill as the source of the problems. https://www.waste360.com/nuisances/waste-connections-disputes-inaccuracies-jefferson-parish-landfill-suitCommissioner (last visited 1/21/19). But given the statements of Parish and state

officials, to characterize petitioners' allegations as "incorrect" and "inflammatory" is itself an inaccurate distraction.

Moreover, LDEQ's limited air sampling in the community shows the presence of some toxic and carcinogenic compounds, typically found in landfill gas, to be present in the community at concentrations that exceed EPA screening levels.  This provides further corroboration of the need for more robust sampling and analyses of Landfill gas at its source.  Chrostwoski Initial Aff., ¶¶ 11-12. Waste Connections falsely asserts that EPA has "made clear" that these screening levels are only applicable to Superfund cleanups and are not to be applied for purposes of assessing risk in non-Superfund situations. Mem. at 16. Waste Connections provides no evidence for that assertion, because it is untrue.  EPA's Superfund screening levels are in fact used by many regulatory agencies, including EPA, to screen for risk in numerous non-Superfund contexts. Chrostwoski Reply Aff. ¶ 5. EPA's written Guidance actually states: "Users within and outside the [Superfund] program should use the tables or calculator results at their own discretion and they should take care to understand the assumptions incorporated in these results and to apply the SLs appropriately."  https://www.epa.gov/risk/regional-screening-levels-rsls-users-guide#intro  (last visited 1/17/19).

Waste Connections apparently seeks to put petitioners in an impossible box.  It argues that other sources besides the Landfill's gases may be the source of whatever chemical compounds the residents are being exposed to.  In the next breath, Waste Connections seeks to prevent petitioners from collecting the very source emissions data concerning the Landfill gas that would help correlate the Landfill emissions with community exposure.

In this regard, it is perverse for Waste Connections to criticize petitioners for not conducting comprehensive ambient air sampling in the affected neighborhoods to determine the full suite of chemicals to which they are being exposed.  (Mem. at 14).  It is unfortunate that neither the government regulatory authorities charged with protecting human health and the environment nor any of the defendants have conducted those investigations given the persistent community complaints.  But the absence of real-time empirical data on community exposure levels does not negate the need for comprehensive source emissions data concerning the identity and concentrations of pollutants that are emitted from the Landfill.  A serious scientific investigation

8

into the full array of public health risks posed by this Landfill must include comprehensive data concerning the contents of the Landfill gas.  Chrostowski Reply Aff. ¶¶ 2-3, 22; Initial Aff. ¶¶ 5-11.

Petitioners are ready, willing and able to collect this important information, at their own cost.  Defendants cannot offer any good reason to prevent petitioners from doing so.

4. **The SCS Report Confirms the Need for More Robust Source Emissions Characterization**

Contrary to Waste Connections' contention, Dr. Chrostowski is fully conversant with the report prepared by its consultant, SCS, and that report does not refute the need for petitioners' expedited discovery.  Chrostowski Initial Aff. ¶ 17; Reply Aff. ¶¶ 12-13.  Among other things, the field measurements of hydrogen sulfide gas collected by SCS are highly unreliable given the instruments and analytical methods it used to sample and analyze for that compound.  *Id.*Indeed, SCS has not explained why its on-site measurements of hydrogen sulfide are so much lower than those obtained by the Parish's consultant, CEC.  *Id.*.  The disparity in the readings obtained by those two consultants is yet another reason why the petitioners need to conduct their own on-site sampling.  More important, as discussed previously, sampling and analyzing just for one compound (hydrogen sulfide) is not a substitute for source characterization given the numerous toxic compounds that landfill gas contains.  Indeed, for decades, SCS (including specifically Mr. Walsh, who co-authored the SCS report and has submitted an Affidavit in this case) has advocated and engaged in the practice of analyzing for a range of toxic chemicals to assess the risks of landfill gas.  Chrostowski Reply Aff. ¶ 13.

5. **Petitioners Have Not Mischaracterized On-Site Testing Data**

Waste Connections asserts that Dr. Chrostowski has seriously misinterpreted on-site data collected by Carson, and that petitioners therefore make a "baseless, provocative insinuation that a health risk exists to the Landfill workers and the public."  Mem. at 12.  Again, petitioners respectfully refer the Court to the report of the Parish's own consultant, Carson.  After conducting an analysis of the Landfill operations and site conditions, Carson was concerned enough about the on-site health risks posed by hydrogen sulfide concentrations to recommend immediate safety training and equipment for on-site workers.  *See* page 3,*supra*.  And again, the LDEQ

9

Commissioner has opined that the Landfill is the source of odors that petitioners and others have complained about.  Petitioners' allegations may be provocative to Waste Connections, but they are hardly baseless.

In fact, Dr. Chrostowski has not exaggerated the conditions revealed by the Carson report. As Dr. Chrostowski explains, on-site ambient air concentrations of hydrogen sulfide measured by CEC are profoundly high. Moreover, the dangerously high concentration of hydrogen sulfide gas measured in the Landfill piping itself *is* of relevance precisely because those pipes have been found to be in such a state of disrepair and leaks – *i.e.,* "releases" – of gases from those pipes have been documented.  Chrostowski Reply Aff. ¶¶ 6-8.

### C. Waste Connections' Criticism of Modeling That Petitioners Have Not Yet Undertaken Does not Provide a Basis to Deny the Requested Discovery

Petitioners' experts have not conducted any modeling and have not even decided on the model they will use after they have collected the required on-site Landfill gas data.  Yet Waste Connections' experts purport to know that any air dispersion modeling that petitioners may choose to conduct "will not provide accurate or reliable scientific data."

First, the notion that air dispersion modeling *necessarily* yields inaccurate or unreliable results is belied by the fact that Waste Connections relies on air dispersion modeling conducted by its own expert, SCS, as a primary basis to oppose petitioners' motion.  Chrostwoski Reply Aff. ¶ 23.   Indeed, the model used by SCS was a "screening" model that is even less refined than the "AERMOD" model that Mr. Rappolt discusses and criticizes at length in his Affidavit.  *Id.*

Further, while Waste Connections' experts criticize at length the reliability and accuracy of the "AERMOD" model,[9] the fact is that there are other more refined and widely used models. *Id.*  Petitioners' team of modeling experts have not yet decided on whether to use AERMOD or a more sophisticated model or exactly how the modeling will be conducted.  Waste Connections' misguided, uninformed and predetermined criticisms about modeling that petitioners have not yet even conducted cannot legitimately provide a basis for denying their request for expedited discovery.

### D. Waste Connections' Nitpicking Over Details of Dr. Chrostowski's Preliminary Sampling Plan Does Not Provide a Basis to Deny Petitioners Motion

---

[9] See Rappolt Aff., ¶¶ 41-44.

Waste Connections criticizes Dr. Chrostowski's preliminary proposed sampling plan for lack of various details such as a failure to "set forth any methods or details explaining how filed measurements will be recorded." Mem. at 17.  It is hard to fathom why the absence of these types of details at this stage provides a reason to deny petitioners' motion. *See generally*, Chrostowski Reply Aff. ¶¶ 25-18.  Petitioners have engaged highly reputable and experienced environmental consulting firms for this effort. Indeed, the firm that will conduct the on-site sampling for petitioners, RTP Environmental Associates, Inc., has worked with Waste Connections' lawyers on other projects. Likewise, the firm that has been engaged to spearhead the air dispersion modeling efforts for petitioners, Integral Consulting, Inc., has been engaged as an expert consultant on other matters by the defendant Aptim Corp, which operates the Landfill's gas collection system.

Waste Connections' complaint that petitioners have not yet articulated how they "will convert on-site concentration measurements of chemicals into representative and applicable emissions rates" is likewise irrelevant to this motion.  Again, petitioners have engaged the services of a highly reputable firm to conduct the air dispersion modeling – Integral Consultants, Inc. Indeed, the defendant Aptim Corp. (which operates the Landfill gas collection system) has engaged Integral as a consultant in the past, and the individual who will lead the modeling effort has been engaged as an expert in other matters by Waste Connections' counsel.  Defendants may choose to criticize petitioners' methods and results after they have been completed, but Waste Connections' pre-determined assertion that petitioners' efforts will be unreliable or inaccurate cannot be credited and provides no basis to deny petitioners the requested discovery.

### E.  The Parish's Procedural Arguments Should be Rejected

The Parish has raised certain procedural objections to petitioners' motion, which are briefly discussed in order:

### 1.  Petitioners Have Adhered to Applicable Discovery Rules

The Parish's contention that petitioners have not complied with La. C.C.P. art. 1461 ignores the fact that this is a motion for expedited discovery.  It also ignores the fact that prior to filing the motion, counsel for Waste Connections informed undersigned counsel that Waste

Connections would oppose any request for expedited entry on to the Landfill site for purposes of inspection and sampling.  Moreover, as the Parish's filings make clear, it also opposes the request.

The Parish's invocation of Rule 10.1 of the Rules for Civil Proceedings in District Court is also misplaced.  First, that rule explicitly applies to a "motion to compel discovery."  That term plainly refers to an effort to compel a party to provide responses or more adequate responses to previously served discovery requests, with the prospect of sanctions.  Petitioners here do not seek to compel responses to previously served discovery requests.

Further, as petitioners filed their motion before any counsel entered an appearance in the case, any requirement to "meet and confer" would be inapplicable. In this regard, the Court should note that on the same date the petition was filed, as a courtesy undersigned counsel went out of their way to research who the counsel of record were for defendants in the previously filed class action cases, and sent a courtesy copy of the petition by email to each of those law firms – on the *assumption* that those firms would also be representing defendants in this case. Undersigned counsel also asked each of those counsel whether, assuming they would be representing defendants in this case, they would agree to waive service on behalf of their respective clients. **Only Waste Connections' counsel contacted petitioners' counsel in response to that inquiry.**  In subsequent conversations, he indicated that Waste Connections' would oppose the filing of any motion for expedited discovery.  In contrast, counsel for the Parish did not respond or communicate at all with undersigned counsel. Given this radio silence from the Parish's counsel, petitioners' counsel was under no obligation to assume they would be representing the Parish in this case or to meet and confer with them.  In any event, it is plain that such a meet and confer session would have been fruitless given the Parish's active opposition to petitioners' motion.

The Parish's argument that not all of the affected parties have been notified of petitioners' request, and that granting petitioners' motion would somehow work a hardship on the other defendants, is also erroneous.  The only other named defendants in this case are Aptim Corp. and several corporate subsidiaries of Waste Connections.[10]  Aptim Corp. is the entity that operates the Landfill's gas collection systems under contract with the Parish and therefore is subject to the

---

[10]   All those Waste Connections subsidiaries are represented in the other cases by the law firms that represent Waste Connections in this case.  Those law firms presumably will represent the subsidiaries once they are served in this case.

Parish's direction and control. As Waste Connections has managed to file extensive opposition papers to petitioners' motion, its subsidiaries plainly are not adversely affected.

## 2.  Petitioners Have Identified the Proposed Discovery With Sufficient Specificity

It is difficult to understand the Parish's claim that petitioners have not identified "what information they are seeking."  Dr. Chrostowski has provided a preliminary plan that identifies what petitioners want to sample and where.  The plan is by definition subject to some modification because unlike defendants, petitioners have never actually been on the site. The logistics of the site visit and related issues of course will be a matter of discussion and planning with the defendants. None of this is reason to deny petitioners' request.

Furthermore, as noted above, the assertion that granting petitioners access to the site for a few days would impose huge burdens on the Parish and other defendants must be evaluated against the fact that, as the defendants emphasize, the LDEQ has been inspecting and sampling at the site nearly every day, and the Parish's own consultants have spent many days on-site conducting their own investigations and sampling.  The petitioners are at least equal stakeholders in this matter. The notion that allowing *their* consultants on-site for a few days would be too burdensome to bear is repugnant.

### CONCLUSION

For all the foregoing reasons and those set forth in petitioners' initial motion papers, their motion for expedited access to the Landfill should be granted.

Respectfully submitted,

**FORREST CRESSEY & JAMES, LLC**

*/s/ S. Eliza James*
_____
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
One Canal Place
365 Canal Street, Suite 1475
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884

13

Email: eliza@fcjlaw.com

Barry S. Neuman (Admitted *Pro Hac Vice*)
**WHITEFORD   TAYLOR   PRESTON,
LLP**
1800 M Street, NW
Suite 450N
Washington, DC 20036
Tele: (202) 659.6800


**OF COUNSEL:**
C. Allen Foster
Erik Bolog
Adrian Snead
**WHITEFORD   TAYLOR   PRESTON,
LLP**
1800 M Street, NW
Suite 450N
Washington, DC 20036
Tele: (202) 659.6800

<u>**CERTIFICATE OF SERVICE**</u>

I, S. Eliza James, hereby certify that the foregoing pleading was served on the following counsel of record and unrepresented parties via e-mail and/or by U.S. mail properly addressed and postage pre-paid on this 22 day of January, 2019. Per local rule, a copy of this pleading was also faxed to chambers.

*/s/ S. Eliza James*

_____

JEFFERSON PARISH
Through its attorneys of record:
William P. Connick
Michael S. Futrell
Matthew D. Moghis
Connick and Connick, LLC
3421 N. Causeway Blvd.
Suite 408
Metairie, Louisiana 70002

WASTE CONNECTIONS, U.S.
Through its attorneys of record:
David R. Taggart
Michael C. Mimms
Bradley Murchison
Kelly & Shae, LLC
1100 Poydras Street
Suite 2700
New Orleans, Louisiana 70163

James B. Slaughter
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005

14

William Barousse
701 Poydras Street
Suite 4800
New Orleans, LA 70139

APTIM CORP.
Through its Agent for Service
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

LOUISIANA REGIONAL LANDFILL COMPANY
Through its Agent for Service
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802
WASTE CONNECTIONS BAYOU, INC.
Through its Agent for Service
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

15

**24ᵗʰ JUDICIAL DISTRICT COUR FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

**SUIT NO.: 790-369**                                      **DIVISION: "J"**

**FREDERICK ADDISON, et al.,**

**VERSUS**

**LOUISIANA REGIONAL LANDFILL COMPANY, et al.**

FILED: _____                    _____

                                                                **DEPUTY CLERK**

**SWORN REPLY AFFIDAVIT OF PAUL C. CHROSTOWSKI, Ph.D, QEP IN FURTHER
SUPPORT OF PLAINTFFS' MOTION FOR EXPEDITED DISCOVERY**

**PAUL C. CHROSTOWSKI**, Ph.D., QEP, being first duly sworn, deposes and says:

  1.  I submit this affidavit in reply to the papers filed by defendants Waste Connections

U.S. Inc. ("Waste Connections") and Jefferson Parish in opposition to petitioners' request for

expedited discovery, including the affidavits of James J. Walsh and Thomas J. Rappolt, insofar as

the defendants claim to address the scientific and technical issues that I discussed in my previously

submitted Affidavit dated December 19, 2018, which I submitted in support of petitioners' request

for expedited access to the Jefferson Parish Landfill (the "Landfill").

A.    **Introduction**

2.     My December 19th Affidavit can be distilled to the following key points:

a.     Landfill gases ("LFG") typically generate hundreds if not thousands of potentially harmful (i.e., toxic, odorous, flammable) compounds. In order to determine the full array of risks to human health and the environment that these emissions may cause, one needs a comprehensive understanding of the identity and concentrations of the numerous pollutants that are emitted from the Landfill. The identification and quantification of sources of contamination is a fundamental principle of environmental health risk assessment[1].   Waste Connections' own experts have underscored the importance of source characterization in the context of litigation regarding emissions from landfills[2].

b.     With source characterization in hand, one can then attempt to model what will happen to these compounds as they travel through the air to a specific receptor, such as a community home or resident, including predicting concentrations of specific chemicals (alone or in combination) to which the receptor is exposed, and how often.

c.     As the Parish continues to modify the design, operation maintenance of the Landfill's gas collection and leachate collection systems, conditions that were previously representative of source emissions over the past year continue to change – and hence, as time

---

[1] ATSDR 2005.  Public Health Assessment Guidance Manual, CDC, Atlanta GA; EPA 1989. Risk Assessment Guidance for Superfund.  EPA/540/1089/002.
[2] SCS 2016.  "Evaluating impacts from landfill gas in a litigation setting".  SWANA webinar, January 2016.

2

passes, the ability to collect source emissions data that would be most relevant to understand exposures to neighboring residents over the past year, are increasingly compromised.[3]

d.      The limited publicly available data – including the information cited by defendants -- do not constitute comprehensive source emissions characterization of the Landfill's gases that permits an analysis of the risks to community posed by the Landfill.   Neither the regulatory authorities nor the defendants have even attempted to measure many of the toxic compounds that likely are present in the Landfill's gases.   Nor have they collected comprehensive air sampling in the community to identify and quantify the myriad of hazardous compounds that residents living near the Landfill have been exposed to.

e.      On the other hand, the limited sampling that has been conducted to date established cause for concern, and for further investigation concerning the array of potential public health risks posed by the Landfill to plaintiffs and the surrounding communities in general.  The source testing that I have proposed is a necessary prerequisite for making those determinations...

3.      The arguments asserted by the defendants either miss or avoid this last point altogether.   No source characterization has been conducted.   The on-site concentrations of

---

[3] According to Waste Connections, I stated in my earlier Affidavit that "source emissions data collected at any time would be sufficiently representative of past conditions."  I actually said: "*If conditions at the Landfill remained constant over time,* source emissions data collected at any time would be sufficiently representative of past conditions to provide a reliable basis on which to model past exposure levels in the community." (emphasis added). I then went on to explain why, especially but not only in light of the Parish' current efforts to address problems in Landfill design and operation, conditions at the site are *not* static, and hence the need for immediate access.

3

hydrogen sulfide that were measured, and the subjective, "personal" observations of whether odor was detected, is not source characterization.

**B.    Describing the Pollutants Emitted from the Landfill as "Toxic" is Accurate**

4.      Waste Connections' experts criticize my use of the word "toxic" to describe components of LFG in an apparent attempt to downplay the hazard of this material (Rappolt Aff. ¶18, Walsh Aff. ¶17).  It is incontrovertible that LFG gas contains toxic substances.  In a published article as early as 1988 Mr. Walsh himself stated: "The presence of specific volatile organic compounds (VOC) in LFG, many of which are considered to be carcinogenic and toxic has been documented by Lytwynshyn et al. (1982), Shen (1980), and Vogt & Walsh (1984)."[4] In a review of the state-of-the-science in 1993, Reinhart stated: "Because of their high vapor pressures and low solubilities, many toxic volatile organic compounds are observed in landfill gas".  Reinhart goes on to cite a study by the California Air Resources Board that concluded the "emission rate of hazardous chemicals was estimated to be 35 kg per million kg of refuse".  Toxicity is defined as "The ability of a chemical to cause a deleterious effect when the organism is exposed to the chemical"[5].  All the chemicals in my Table 2 and indeed, most common organic constituents of LFG are generally recognized by the environmental health community to have this property.

**C.    My Reliance on EPA Screening Levels to Corroborate the Existence of Health Risks is Scientifically Sound**

---

[4] Both Walsh and Vogt in addition to co-author ET. Conrad are listed as employees of SCS.
[5] Hodgson, E., Mailman, R.B. & Chambers, J.E., eds. *Dictionary of Toxicology*.  Macmillan 2000.

5.      Defendants assert that my use of EPA's risk-based screening levels ("RSLs") is inappropriate and misleading basically because they are not site-specific and the Landfill is not a Superfund site (Rappolt Aff. ¶ 55-58).   Mr. Rappolt apparently does not understand the concept or appropriate uses of RSLs. Although the RSLs were originally developed to apply to Superfund sites, over several decades they have become recognized as authoritative toxicological screening levels for a first tier evaluation of exposure to toxic chemicals across regulatory and public health agencies, and for purposes other than Superfund For example, the U.S. Department of Energy (DOE) operates a risk assessment information system that includes the exact same values as the RSLs. Arguably more importantly, the RSLs are based on toxicity data and exposure factors that have been extensively vetted by peer review and decades of use in the risk assessment community. EPA has used this identical toxicological and exposure information to derive screening levels for use in risk assessment for hazardous air pollutants (HAP-SLs) [6].  Just as one example, EPA uses a reference concentration of 0.002 mg/m3 for hydrogen sulfide in its hazardous air pollutant risk assessment guidance as well as in its derivation of the residential RSLs.  In plain English, EPA considers hydrogen sulfide to be equally toxic regardless of whether the RSL thresholds are exceeded in the context of a Superfund investigation or an air quality regulatory analysis.  This is not surprising since the basis of this calculation is from EPA's Integrated Risk Information System which is a published peer-reviewed source considered authoritative by risk assessors worldwide. Mr. Rappolt has presented no argument that I have mischaracterized the toxicity of hydrogen

---

[6] EPA 2018. Dose-response assessment for assessing health risks associated with exposure to hazardous air pollutants. Table 1 (chronic).

sulfide or any other of the compounds that exceed RSL.   Regardless of how EPA or other regulatory program uses this toxicological information, the fact remains that hydrogen sulfide is a highly toxic substance[7] (as are other numerous compounds that have not been investigated in the Landfill's gas), and there is unquestionably need for further measurement and analysis.

**D.**     **I Have Not Mischaracterized   the Profoundly High Concentrations of Hydrogen Sulfide Concentrations Reported by CEC**

6.     As to hydrogen sulfide, and contrary to Waste Connections' claim, I am not unaware of the site-specific data collected by Carsons Environmental Consultants ("CEC"), the Parish's consultant, or the on-site walk-throughs conducted by the LDEQ.   Indeed, I referred to the CEC report specifically in my previous Affidavit.   And I noted there what Waste Connections has pointed out – that CEC did collect on-site measurements for hydrogen sulfide levels.   Waste Connections notes that the concentrations I referred to in my affidavit were contained inside the landfill gas collection system.   That is true, but irrelevant.   First, such dangerously high concentrations, even in the gas collection infrastructure, are of profound concern given the failure of that infrastructure to contain the gases and prevent their release into the ambient air.   Second, the fact is that ambient air concentrations measured on site were certainly harmful concentrations – in places as much as 5,600 ppb, 8,500 ppb and 13,600 ppb[8].    These values exceed the

---

[7] See Guidotti, T.G. 2010. Hydrogen Sulfide: Advances in Understanding Human Toxicity.  Int Jour Toxicology DOI:10.1177/109158180384882. "Hydrogen sulfide is an important and frequently lethal occupational and environmental hazard that has a unique and consistent pattern of toxicity"

[8] CEC Report, Ex. 6A; Jefferson Parish Landfill September 4, 2018 Progress Report.

toxicological benchmarks set by the American Conference of Governmental Industrial Hygienists for workplace exposure; the benchmarks set by the U.S. Environmental Protection Agency (EPA) for emergency community exposure; standards set by the Texas Commission on Environmental Quality for exposure downwind of oil and gas operations; the minimal risk levels set by the Agency for Toxic Substances and Disease Registry (ATSDR) for community exposure; the World Health Organization intermediate benchmark; the California Office of Environmental Health Hazard Assessment benchmarks; and EPA's risk screening value for residential exposure. In short, these values are sufficiently high to indicate not only the need for further investigation, but also an immediate occupational and public health concern. In fact, these concentrations were of sufficient concern to lead Carson Environmental to recommend that the Parish "immediately" initiate safety training for employees who work on the Landfill site. See CEC Report, Executive Summary and Conclusions.

7.     Defendants argue that my characterization of a 2,000 ppm measurement of hydrogen sulfide at the landfill as a "release" is inappropriate (Rappolt Aff. ¶¶35-39; Walsh Aff. ¶35 ). Recognizing the severe implications of a finding of 2,000 ppm (2,000,000 ppb) [9] of hydrogen sulfide, Mr. Walsh attempts to minimize its effect by stating that it is not a release. It is indisputable that hydrogen sulfide is released from waste material by the action of sulfur reducing bacteria and that it is further released into landfill gas (or soil gas, leachate, etc.) once a sufficient concentration has been reached in the waste material. As the LFG escapes into the atmosphere, it

---

[9] 1 ppm = 1,000 ppb. I use ppb in this affidavit for consistency with Louisiana state regulatory usage as well as consistency with existing toxicity benchmarks.

7

.

carries the hydrogen sulfide along with it.  One of the main problems with this Landfill has been the low rate of landfill gas capture and the large number of leaks from the system[10]. CEC detected hydrogen sulfide (at concentrations up to 8,500 ppb) outside of the gas collection itself in every location that they looked in Phase IVA.  CEC states: "The landfill is generating significant quantities of H2S gas which could create safety risks without proper training, may contribute to odor problems, and may cause potential issues with the beneficial use of the landfill gas"[11]. DEQ found hydrogen sulfide at 13,600 ppb outside of well 20N and at 5,600 ppb outside of a pit area. DEQ also found hydrogen sulfide in the landfill gas system at a concentration of 3,000,000 ppb, higher than that detected by CEC.  Thus, defendants do not argue and cannot argue that there are extremely high concentrations of hydrogen sulfide in the landfill gas and that dangerous concentrations have escaped into the environment.

8.      Apparently recognizing the profound importance of the on-site concentrations of hydrogen sulfide detected by CEC, Waste Connections' experts cast aspersions on CEC's use of Drager tubes as unreliable (Rappolt Aff. 40: Walsh Aff. 37).  It should be noted that the measurements recorded by CEC were certainly within the reliable range for Drager tubes. SCS, on the other hand, measured for on-site hydrogen sulfide concentrations using a Jerome meter. In fact, both the Drager tube and Jerome meter are hand-held field instruments designed for a first level screening.  Both have error rates and limitations which are well known to practitioners in the field of environmental chemistry. I have discussed some of the problems with SCS's use of the

---

[10] CEC report.  Jefferson Parish Landfill Progress reports August 6, 2018 through January 14, 2019.
[11] CEC report p. 24.

Jerome meter above in Paragraph _8. Neither method can take the place of sampling and analysis by an independent chemical laboratory using standard methods and a high degree of quality assurance.

10.     In any event, measuring only for hydrogen sulfide would not be considered "source characterization" of landfill gas by anyone knowledgeable in the field of risk assessment or the operation of municipal solid waste landfills.

**E.     LDEQ Did Not Collect Odor "Data"**

11.     As to odor, Waste Connections incorrectly claims that employees of LDEQ collected odor "data" during their walk-throughs of the Landfill.  Again, no knowledgeable scientist working in the field of risk assessment would describe the information collected by those employees as "data." The field logs in question contain no quantitative analysis of odor strength[12], which is an objective measure of the strength of an odor that can be used to model and predict the strength of odor in specific community locations.  Rather, the DEQ employees' logs contain purely subjective and nearly meaningless notes – in many cases simply indicating whether or not odors were detected, and in some cases subjectively characterizing the odor as "faint," "very faint" and

---

[12] Odor is a quantifiable property characterized by numerical descriptors such as dilution threshold, recognition threshold, intensity, hedonic tone, and the slope of the dose-response relationship.  None of these were reported by SCS or DEQ.

9

the like.  This is not the sort of quantitative data concerning odor strength that can and should be collected and analyzed in a laboratory as part of a scientific "source characterization."

**F.**    **The SCS Engineers Report Does Not Negate the Need for Expedited Discovery**

12.    Waste Connections also relies on data collected by its own consultant, SCS Engineers ("SCS"), a report whose insufficiency is also discussed in my earlier Affidavit.  This report raises more questions than it answers.  Waste Connections asserts that SCS "collected" samples, but this was not the case.   SCS used a hand-held field meter to measure H2S concentrations over an extremely short period of time.  This meter is not as reliable as the use of standard sampling and analytical methods and does not represent an appropriate averaging time for use in potential exposure assessment.  Further, the reporting of data in the SCS raises additional questions.  SCS reported concentrations of "0" ppb.  The attainment of a zero concentration for any analytical parameter is a scientific impossibility.  SCS also reports concentrations of 2 ppb.  Both "0" and 2 ppb are below the lower operating range of the instrument SCS used,[13] and these results are therefore suspect.  One might also ask why SCS found only very low levels of H2S at the Landfill ("0" to 14 ppb) in contrast to CEC, who found very high levels of H2S (45-8,500 ppb) at the Landfill  and DEQ who found  concentrations of 5,600 ppb and 13,600 ppb .  This difference in itself is sufficient to trigger the need for an independent investigation using standard sample collection and analytical techniques

---

[13] Arizona Instrument Company.  User Manual Jerome 631-X Hydrogen Sulfide Analyzer.  September 2017.

**13.**     Arguably the most important problem with the SCS survey is that SCS did not characterize the source and did not look for most of the constituents of landfill gas. This is not only contrary to standard practice, but also to the methods that SCS has employed elsewhere for decades[14]. The measurement of VOCs in landfill gas is not a novel concept. VOCs measured in LFG at other sites elsewhere by SCS include benzene, toluene, chloromethane, methylene chloride, xylenes, benzene, vinyl chloride, alkanes, chlorinated solvents, and refrigerants to characterize LFG sources.[15]  Measurement of VOCs at landfills is considered to be a routine practice. For example, in a recent project of mine at another municipal landfill, the LFG was found to contain 32 potentially toxic l VOC compounds (other than methane or hydrogen sulfide). These chemicals were measured in LFG gas samples by an independent testing laboratory using EPA's TO-15 method, the exact same method I have proposed for the Jefferson Parish Landfill.  In that case, the LFG was sufficiently characterized that a hypothesis linking LFG to off-site vapor phase intrusion could be tested.

**G.**   **New Source Performance Standards Do Not Obviate the Need for Expedited Discovery**

**14.**     Defendants also point out that the Landfill is subject to federal New Source Performance Standards ("NSPS") under the Clean Air Act, through a "Title V" permit.   Mr. Rappolt opines that I am "unaware" of these requirements.  It is remarkable not only that Mr.

---

[14] Walsh, J.J. et al. 1988.  Control of volatile organic compound emissions at a landfill site in New York: A community perspective.  Waste Management & Research 6:23-34.  The author of this article is the same individual who conducted the JPL survey for Waste Connections.  The chemicals measured in this article (including human carcinogens benzene and vinyl chloride) are included in Exhibit 2 to my affidavit.

[15] SCS 2016, op. cit.

11

Rappolt erroneously claims to know my mind, but that he considers the NSPS requirements (which contains no LFG analysis) as something that could take the place of source characterization.

15.     First, the Title V permit limits only the total annual amount of various pollutants that the Landfill may emit over the course of a year. The permit contains no source characterization or actual landfill gas emission rates. The NSPS requirements are virtually useless for purposes of determining the actual risks posed by Landfill gas emissions, because those standards provide no information about specific concentrations to which residents may have been exposed during any particular time period. Moreover, the permit only includes a limited subset of the hazardous constituents of landfill gases that can be emitted from the Landfill. .

16.     Waste Connections refers to quarterly surface emissions monitoring at the Landfill site that is conducted pursuant to the Title V permit. Not only is this monitoring only conducted for methane, but it is limited to "fugitive emissions." The term "fugitive emissions means gas that may be escaping from the surface face of the Landfill. But fugitive emissions are only one source of gas emitted by the Landfill. For example, landfill gases have been escaping from the physical equipment designed to capture and contain Landfill gases. In addition, as discussed in my earlier Affidavit, the Landfill has been using a flare to burn off LFG, which have the potential to contain very harmful compounds such as dioxins and furans but are not covered by the Title V permit.

12

**H. Expedited Source Characterization is Necessary in Light of the Extensive Remediation Work Now Being Conducted at the Landfill**

17.     Waste Connections asserts that immediate access to the Landfill for expedited source characterization is not needed because  remedial actions currently being taken at the Landfill will not change source conditions since they constitute only "routine" maintenance designed to "maintain compliant conditions" (Walsh Aff ¶32, 34).  This assertion could not be further from the truth.  It is incontrovertible that as of the spring of 2018, the Landfill's gas management system was operating "below average" compared to over 100 similar landfills[16]. CEC identified some nine significant deficiencies including poor wellhead conditions, broken and bent isolation valves of all types, leaning or bent gas wells, only a few pumps in operation ,use of inappropriate pipe material, inoperable compressor stations, no maintenance to final cover systems in Phase IIIA or Phase IIIB, holes in the soil cover system and geosynthetic cap, and less than 50% of leachate pumps in operation or ready to operate[17].  CEC then detailed a series of 27 findings and recommendations designed to improve the operation of the Landfill [18].  The Parish's efforts to correct these documented problems are reported in weekly progress reports published on its website. [19] According to Waste Connections, the LADEQ has conducted site visits on a near-daily basis.  This is not indicative of a "routine" condition.

---

[16] CEC report p. 13.  I note that Waste Connections' scientific assertions, including its characterizations of the CEC report, are not supported by any affidavits by CEC itself.
[17] CEC report pp 13-14.
[18] CEC report pp. 15-24.
[19] http://www.jeffparish.net/index.aspx?page=3652

13

18.     In August 2018, the Parish identified some 54 additional issues or actions that had been taken or were planned to be taken to address problems with the Landfill.  These included a significant renovation of the leachate collection system (replacing a lift station and 3900 ft of pipe), ordering 22 new pneumatic pumps, installing some 23,000 linear feet (4.4 miles) of 10-inch HPDE pipe, sealing various leaks in the gas collection system, increasing vacuum and tuning the collection system, repairing the odor neutralizing system, adding additional soil to cover, installing some purchased a $100,000 tarping system, stopped taking industrial waste, performed extensive repairs to the flare system and restarted the flare, changed out Blower #1, and completed lateral repairs in Phases I, II, and IVA.  Mitigation measures are still continuing.  As of January 14, 2019, two wells were being raised to accommodate additional garbage, seven new gas extraction wells were being installed in Phase IVA, piping is being installed in Phase IVA, leachate pumps in other Phases are being repaired and re-sealed, and auxiliary vacuum lines were installed.  As of this date, 66 of 77 leachate pumps were operational and the site was too wet for additional construction.  The Parish is planning to install 22,000 cubic yards of clay soil in January 29.

19.     Even this cursory recitation of mitigation measures being taken at the landfill shows that the work is far from "routine".  Many, if not most, of these activities can impact the nature and extent of landfill gas emissions.  For example, it is obvious that the leachate collection system is still only partially effective.  Leachate is a source of LFG constituents.  As the leachate collection improves, the nature and extent of the landfill gas will change.  Much of the work that has been and continues to be performed at the Landfill concerns vacuum enhancement.  The vacuum enhancements (including use of the flare) can introduce atmospheric oxygen into the Landfill thus

14

diluting the landfill gas with oxygen.  In addition to dilution, the introduction of oxygen from the air through enhanced vacuum can alter the reduction-oxidation status of micro-organisms(especially terminal electron acceptors)  in the landfill and result in changes in the identity and amount of the chemicals that are produced by microbial activity.  Enhanced vacuum can also remove potentially toxic materials from the landfill; as the vacuum (and leachate collection) effectiveness improves, more potentially hazardous chemicals will be removed from the landfill compared to its current state and its state last year when some of these activities were just getting underway.

## I.   Defendants' Assertion That I Have Predetermined the Outcome is Baseless

20.      Defendants have attempted to complicate and obscure the matter at hand by raising numerous irrelevant and extraneous red herrings regarding my Affidavit.  My sole purpose is to explain why I believe, based on the currently available information, that the petitioners' request for expedited discovery to conduct emissions source characterization  is well-grounded in science.  The collection of this information is a necessary prerequisite and is consistent with generally accepted guidelines for conducting exposure assessments, published by both the federal Agency for Toxic Substances and Disease Registry (ATSDR)[20]  and the EPA[21]. Thus, Mr Rappolt' s criticism that I improperly assume the answers to certain "threshold questions"[22] in order to justify

---

[20] ATSDR 2018.  Framework for assessing health impacts of multiple chemicals and other stressors.  US Public Health Service/ATSDR February 2018.
[21] EPA 1992.  Guidelines for Exposure Assessment.  EPA/600/Z-92/001.  May 1992. Risk Assessment Forum
[22] Those questions are:  (1) the actual exposures experienced by plaintiffs and (2) whether the compounds detected at petitioners' homes and relative concentrations are consistent with the profile of the Landfill's gases.  Rappolt Aff. ¶22.

15

the proposed discovery has it exactly backwards:   only by fully characterizing the Landfill gas can one determine its contribution to the chemical compounds that people are exposed to at specific locations in the community.

21.     Defendants have accused me of being "partisan" because I am focusing on the Landfill, yet they ignore the bias exhibited in their own experts' advocacy of alternative sources. For example, Mr. Rappolt states without any substantiation that "The existence of other potential sources is of key importance and it is ignored by Chrostowski" (Rappolt Aff ¶ 29).  A large portion of the SCS Report is devoted to alternative sources.  Over 20% of Mr Rappolt' s Affidavit( (pp 9-14) is a discussion of alternative sources.  Mr. Walsh (Aff ¶38-41) also devotes a considerable effort to alternative sources.  Rather than testing the LFG at the Landfill, Waste Connections' experts are focusing on a "Some other guy did it" strategy.  But defendants' experts have not conducted any source characterization of any of these alternative sources any more than they have conducted a source characterization of the Landfill gases.  Indeed, SCS has not employed the very techniques that it has promoted in the published literature.

22.     Defendants erroneously claim that I can only justify the requested source characterization by pre-determining that the Landfill is the problem.   In this and many other respects, the defendants' claims read my mind are without any basis and completely wrong.   As a risk assessment scientist, I have no current opinion regarding the relative contributions of the Landfill as opposed to other potential sources.  But I do know that the Landfill source characterization that plaintiffs seek through expedited discovery will help shed light on exactly that question. Collection of that information is the first step in a classic application of the scientific

16

method, and is based on peer-reviewed, published, and generally relied upon scientific techniques. In contrast, without even knowing the composition of the Landfill gas, Waste Connections' experts have taken the position that no source characterization is required.

**J.**      **Defendants' Criticism of Air Modeling Not Yet Conducted and Details Concerning the Specific Methods to Be Used by Petitioners' Experts are Baseless**

23.      Waste Connections' dissertation on the science and technology of air dispersion modeling (Rappolt 41-44) is truly irrelevant to the question of whether Landfill gas source characterization should be conducted First, Mr. Rappolt focuses largely on a model called "AERMOD" that was not mentioned at all in my affidavit. SCS thus has put itself in the paradoxical position of proposing to perform modeling at the Landfill using AERMOD[23] while at the same time attacking it (Rappolt ¶42).Mr. Rappolt's dissertation seems to have been triggered by his incorrect belief that (1) petitioners will use AERMOD and (2) I supposedly intend that air modeling will be the "basis for evaluating injury and damages caused by the Jefferson Parish Landfill." (Rappolt Aff. ¶41). Again, Mr. Rappolt's attempt to read my mind and to characterize how petitioners will utilize the Landfill source data is not only unsubstantiated but wrong, and it certainly has no relevance to my opinion regarding the need for expedited source sampling and analysis. Refined air dispersion models other than AERMOD exist and plaintiffs have not decided on the selection or even necessity for use of a refined air dispersion model. I should also point out that in its own report, SCS attempted to draw conclusions regarding exposure to hydrogen sulfide

---

[23] SCS report Page 24.

17

from the Landfill based on the use of a screening level model using hypothetical scenarios ("SCREEN3") that is not nearly as sophisticated or reliable as AERMOD.

24.     In a similar vein, Mr Walsh (¶ 22-23) gives us a tutorial on a LFG emission model known as LandGEM.  He claims that my previous Affidavit appends tables based on LandGem and asserts  that the tables' gas generation and emission figures are "reliable estimates of actual conditions at the Jefferson Parish Landfill".   *In fact, I made absolutely no mention of LandGEM in my affidavit and did not append any tables either referring to LandGEM or containing any information from LandGEM.*   Mr Walsh (¶23) then goes on to instruct us about other methods he claims are preferable to LandGEM.  However, Mr Walsh has proposed to Waste Connections that SCS conduct LandGEM modeling at the site[24].   This is another example of SCS attacking statements and positions they erroneously attribute to me and which SCS itself has advocated.

25.     Mr Rappolt also argues (Aff. ¶ 57-58) that I should be using site-specific information rather than generic screening levels.  My use of screening levels is intended to help evaluate whether additional investigation is required, not to assess exposure or risk.  This is a typical use of screening levels in occupational and environmental health practice.

26.     Finally, Mr. Rappolt (Aff. ¶ 48-54) opines on many things that he thinks I should or should not do in my sampling program.  Again, I question the relevance of these arguments to the issue of whether source characterization through expedited discovery is warranted.  For example, Mr. Rappolt's observation that I have not provided details concerning how the field work

---

[24] SCS Report Section 5, Page 25

18

will be carried out is simply irrelevant to the need for source characterization, and that level of detail is unnecessary. Defendants will have ample opportunity to critique Plaintiff's detailed field methods (and air any air modeling) after it is conducted and as the case proceeds. Mr. Rappolt further opines that petitioners' efforts would "only generate data that is misleading and inaccurate" (Rappolt Aff. ¶ 48) even before anyone has seen the data or is aware of the exact methods we will use to interpret it. Mr. Rappolt engages in further mind reading in ¶49 when he asserts that I intend to limit data collection to Phase IVa of the Landfill. I have proposed limiting the initial source characterization screening to Phase IVa of the Landfill in order to limit the scope of the requested expedited discovery to the extent reasonably possible and justifiable as a scientific matter. But whether and to what extent petitioners may need additional and broader data concerning the Landfill during the normal discovery process remains to be evaluated by myself and petitioners' full team of experts. He also alleges that my initial focus on Phase IVA is biased, although he does not state what that bias may be. My focus on this phase of the landfill was purely based on the CEC report and the Jefferson Parish weekly progress reports.

27.     Mr. Rappolt also alleges that it will be "very difficult and almost impossible" to measure emissions from the flare. It is true that many aspects of environmental sampling and analysis present challenges in the field, and it is particularly difficult to measure emissions from the primitive, open flare system that is being operated at the Landfill. This is why Plaintiff's technical team consists of highly trained and experienced professionals who will rely on proven methods, standard operating procedures, quality assurance project plans, independently accredited laboratories, and published precedent for conducting field work and overcoming these

19

challenges.[25] Again, plaintiffs are not asking the Court to rule on the difficulty of dealing with these technical challenges.  Nor are Plaintiffs asking the Court to approve details of a sampling plan, or the details of how plaintiffs' team of experts will interpret these data.  And I my opinion, these issues are not relevant to the need or appropriateness of granting petitioners' request for immediate access to the Landfill. ,

28.     In short, none of the information pointed to by defendants contradicts my opinion that no source characterization of Landfill gases has been conducted and that it is important to gain access to and measurements from the site as soon as possible in order to be able to fully assess the human health risks posed by the Landfill gases over the past year.

---

[25] Aside from myself, petitioners' team of experts for this project include:  RTP Environmental Associates, Inc; Ramboll US Corp; and Integral Consulting, Inc.  The team includes highly experienced experts in the field of air dispersion modeling; risk assessment; the conduct of sampling and analysis at landfill sites; and landfill design, operation and maintenance.

Paul C. Chrostowski, Ph.D., QEP

The foregoing Affidavit was acknowledged, sworn to and subscribed to before me, the undersigned notary, by Paul. C. Chrostowski, Ph.D., QEP, this 22d day of December, 2019.

Notary Public

My commission expires: September 24, 2022

BRIANA CARROLL
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires September 24, 2022

21

# 24th Judicial District Court
# Parish of Jefferson - State of Louisiana

**FREDERICK ADDISON, BARBARA ADDISION, PERRY ANDRAS, SHEILA BASKIN, WILLIE FAY BROOKS, ERIC BROWN, RAMONA BYRD, EDWARD CLOUDET, MONICA COLEMAN-LESTRICK, MONICA COLEMAN, CHARLES LESTRICK III, DORIS COLLINS, LULA DARDEN, DEMONTE DETEIGE, VINCENT EATON, KIMBERLY ENGEL, ADELAINE FITZPATRICK, CARLA FORD, GERALD FORD, VERNA MAE GABRIEL, MERLENE GRANT, ETHEL GREEN, WENDY GREMILLION, ADELYN S GREMILLION, BRAXTON C GREMILLION, SCOTT GREMILLION, REGINA PIERRE GRIFFIN, REGINA PIERRE, GLENDA BUILBEAU, ALBERTINE HARGRAVE, JOWE HERNANDEZ, MILES HERNANDEZ, LUCIANNA HERNANDEZ, LIZ HERNANDEZ, KIMBERLY HIMEL, CORY HIMEL, ADA JACKSON, BRIDGETT JOHNSON, MARGARITE JOHNSON, MELODIE JONES, RITA JONES, JESSE KOEHL, ELIZABETH LALA, LUCINDA LIGHTELL, ELIZABETH LOWE, JOHN LOWE, GARY MEYER, RHONDA MEYER, ALEXANDER MITCHELL, REGINA MITCHELL, JOSEPH PETE JR, TERRY PEETE, JOSEPH PETE III, AUGUST PEETE, ANDREA PICKNEY, WARREN PICKNEY, PEARL PINKLEY, CAROLYN POLK, GERALD POLK, GLENDA PRIMUS, JULIANE RAYBURN, KIAN RILEY, KAREN ROSS, JARED ROSS, TYRENE ROSS, JERMAINE ROSS, TONY ROSS, ALETHA SCOTT, DAVID SCOTT, CARI SERPAS, GRACE SERPAS, CHASE SERPAS, STEVEN SERPAS, JOHN THOMPSON, CHANDRA TIGLER, OBRAINA TIGLER, OSCAR TIGLER, GLORIA TOLODANO, ROY TOLODANO, MELVIN URSIN, SANTANA UTHAISANG, KIRK WELLS, ADDYSON WELLS, JOSEPH WELLS, REBECCA WELLS, KEVIN WOOD, MARY WOOD**
 **Versus**
**LOUISIANA REGIONAL LANDFILL COMPANY, IESI LA LANDFILL CORPORATION, WASTE CONNECTIONS BAYOU INC, PROGRESSIVE WASTE SOLUTIONS OF LA INC, WASTE CONNECTIONS US INC, APTIM CORP, PARISH OF JEFFERSON, ABC CORP, DEF CORP, GHI CORP, JKL CORP, MNO CORP**
**Judge: Stephen C. Grefer**

| | |
|---|---|
| **Case Number:** | **790-369** |
| **Division:** | **J** |
| **Date:** | **01/24/2019** |
| **Court Reporter:** | **Rosa Manale** |

Plaintiffs: FREDERICK ADDISON

Defendants: WASTE CONNECTIONS US INC, PARISH OF JEFFERSON

Plaintiff attorneys: NICHOLAS V. CRESSY, BYRON FORREST, BARRY NEUMAN for FREDERICK ADDISON

Defendant attorneys: MICHAEL C. MIMS, MEGAN BRILLAULT for WASTE CONNECTIONS US INC; MATTHEW MOGHIS for PARISH OF JEFFERSON

Motions taken up:

Imaged 01/24/2019 14:51 - Signed: Deputy Clerk of Court /s/ Jessica F. Matherne

By D 5  Against P 1  DECLINATORY EXCEPTION OF LIS PENDENS  --- GRANTED, COURT ORDER THE STAY OF THE PROCEEDINGS, JUDGMENT TO BE SUBMITTED BY ATTORNEY MICHAEL MIMS.

By D 5  Against P 1  OPPOSITION TO PETITIONERS MOTION FOR EXPEDITED BRIEFING AND HEARING  --- MOOT, JUDGMENT TO BE SUBMITTED BY ATTORNEY MICHAEL MIMS.

By P 1  Against D 1, D 2, D 3, D 4, D 5, D 6, D 7, D 8, D 9, D 10, D 11, D 12  MOTION FOR EXPEDITED DISCOVERY FOR THE PURPOSE OF ENTERING AND INSPECTING THE SUBJECT LANDFILL  --- MOOT, JUDGMENT TO BE SUBMITTED BY ATTORNEY MICHAEL MIMS.

/s/ Jessica F. Matherne, Deputy Clerk

**Motion Hearing**

Imaged 01/24/2019 14:51 - Signed: Deputy Clerk of Court /s/ Jessica F. Matherne

# 24th Judicial District Court
# Parish of Jefferson - State of Louisiana

| | | |
|---|---|---|
| **FREDERICK ADDISON, BARBARA ADDISION,** | **Case Number:** | **790-369** |
| **PERRY ANDRAS, SHEILA BASKIN, WILLIE FAY** | **Division:** | **J** |
| **BROOKS, ERIC BROWN, RAMONA BYRD,** | **Date:** | **01/24/2019** |
| **EDWARD CLOUDET, MONICA COLEMAN-** | **Court Reporter:** | **Rosa Manale** |

**FREDERICK ADDISON, BARBARA ADDISION, PERRY ANDRAS, SHEILA BASKIN, WILLIE FAY BROOKS, ERIC BROWN, RAMONA BYRD, EDWARD CLOUDET, MONICA COLEMAN-LESTRICK, MONICA COLEMAN, CHARLES LESTRICK III, DORIS COLLINS, LULA DARDEN, DEMONTE DETEIGE, VINCENT EATON, KIMBERLY ENGEL, ADELAINE FITZPATRICK, CARLA FORD, GERALD FORD, VERNA MAE GABRIEL, MERLENE GRANT, ETHEL GREEN, WENDY GREMILLION, ADELYN S GREMILLION, BRAXTON C GREMILLION, SCOTT GREMILLION, REGINA PIERRE GRIFFIN, REGINA PIERRE, GLENDA BUILBEAU, ALBERTINE HARGRAVE, JOWE HERNANDEZ, MILES HERNANDEZ, LUCIANNA HERNANDEZ, LIZ HERNANDEZ, KIMBERLY HIMEL, CORY HIMEL, ADA JACKSON, BRIDGETT JOHNSON, MARGARITE JOHNSON, MELODIE JONES, RITA JONES, JESSE KOEHL, ELIZABETH LALA, LUCINDA LIGHTELL, ELIZABETH LOWE, JOHN LOWE, GARY MEYER, RHONDA MEYER, ALEXANDER MITCHELL, REGINA MITCHELL, JOSEPH PETE JR, TERRY PEETE, JOSEPH PETE III, AUGUST PEETE, ANDREA PICKNEY, WARREN PICKNEY, PEARL PINKLEY, CAROLYN POLK, GERALD POLK, GLENDA PRIMUS, JULIANE RAYBURN, KIAN RILEY, KAREN ROSS, JARED ROSS, TYRENE ROSS, JERMAINE ROSS, TONY ROSS, ALETHA SCOTT, DAVID SCOTT, CARI SERPAS, GRACE SERPAS, CHASE SERPAS, STEVEN SERPAS, JOHN THOMPSON, CHANDRA TIGLER, OBRAINA TIGLER, OSCAR TIGLER, GLORIA TOLODANO, ROY TOLODANO, MELVIN URSIN, SANTANA UTHAISANG, KIRK WELLS, ADDYSON WELLS, JOSEPH WELLS, REBECCA WELLS, KEVIN WOOD, MARY WOOD**
 **Versus**
**LOUISIANA REGIONAL LANDFILL COMPANY, IESI LA LANDFILL CORPORATION, WASTE CONNECTIONS BAYOU INC, PROGRESSIVE WASTE SOLUTIONS OF LA INC, WASTE CONNECTIONS US INC, APTIM CORP, PARISH OF JEFFERSON, ABC CORP, DEF CORP, GHI CORP, JKL CORP, MNO CORP**
**Judge: Stephen C. Grefer**

Plaintiffs: FREDERICK ADDISON

Defendants: WASTE CONNECTIONS US INC, PARISH OF JEFFERSON

Plaintiff attorneys: NICHOLAS V. CRESSY, BYRON FORREST, BARRY NEUMAN for FREDERICK ADDISON

Defendant attorneys: MICHAEL C. MIMS, MEGAN BRILLAULT for WASTE CONNECTIONS US INC; MATTHEW MOGHIS for PARISH OF JEFFERSON

Motions taken up:

Imaged 01/24/2019 14:51 - Signed: Deputy Clerk of Court /s/ Jessica F. Matherne

By D 5  Against P 1  DECLINATORY EXCEPTION OF LIS PENDENS  --- GRANTED, COURT ORDER THE STAY OF THE PROCEEDINGS, JUDGMENT TO BE SUBMITTED BY ATTORNEY MICHAEL MIMS.

By D 5  Against P 1  OPPOSITION TO PETITIONERS MOTION FOR EXPEDITED BRIEFING AND HEARING  --- MOOT, JUDGMENT TO BE SUBMITTED BY ATTORNEY MICHAEL MIMS.

By P 1  Against D 1, D 2, D 3, D 4, D 5, D 6, D 7, D 8, D 9, D 10, D 11, D 12  MOTION FOR EXPEDITED DISCOVERY FOR THE PURPOSE OF ENTERING AND INSPECTING THE SUBJECT LANDFILL  --- MOOT, JUDGMENT TO BE SUBMITTED BY ATTORNEY MICHAEL MIMS.

/s/ Jessica F. Matherne, Deputy Clerk

**FILED**

FEB – 6 2019

J. Mathine

**DEPUTY CLERK**

DS
034

**24TH JUDICIAL DISTRICT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

NO. 790-369                                                                DIVISION "J"

**FREDERICK ADDISON, et. al.**

**VERSUS**

**LOUISIANA REGIONAL LANDFILL COMPANY, et. al.**

**JUDGMENT**

This cause came before the Court for hearing on Thursday, January 24, 2019 on the Declinatory Exceptions of Lis Pendens filed by defendants Waste Connections U.S., Inc. and Jefferson Parish, and the Request For Expedited Discovery For The Purpose Of Entering And Inspecting The Subject Landfill And Motion For Expedited Hearing filed by Plaintiffs, where the following were present:

> Michael Mims and Megan Brillault, counsel for Waste Connections U.S., Inc.;
>
> Peter Connick, Michael Futrell, and Matthew Moghis, counsel for Jefferson Parish; and
>
> Barry Neuman, Byron Forrest, Nicholas Cressy, and S. Eliza James, counsel for Plaintiffs.

The Court, having considered the pleadings, memoranda and exhibits filed by the parties, and the argument of counsel, and for the reasons orally assigned, does hereby:

**ORDER, ADJUDGE AND DECREE** that the Declinatory Exceptions of Lis Pendens filed by defendants Waste Connections U.S., Inc. and Jefferson Parish are hereby **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the above captioned action is hereby **STAYED** until such time as the Eastern District of Louisiana orders a remand of any one of the Related Class Actions, which are defined as *Ictech-Bendeck v. Progressive Waste Solutions,* No. 2:18-cv-07889 (E.D. La.), *Thompson v. Louisiana Regional Landfill Company,* No. 2:18-cv-08071 (E.D. La.), *Bernard v. Progressive Waste Solutions of LA, Inc.,* 2:18-cv-08218 (E.D. La.), *Landry-Boudreaux v. Progressive Waste Solutions of LA, Inc.,* 2:18-cv-09312 (E.D. La.), or until such time as the Eastern District of Louisiana rules on class

0738

certification in any one of the Related Class Actions, after which time the parties may seek appropriate relief from this Court consistent with the reasons orally assigned herein.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Request For Expedited Discovery For The Purpose Of Entering And Inspecting The Subject Landfill And Motion For Expedited Hearing filed by Plaintiffs is hereby **DENIED** as moot.

**JUDGMENT RENDERED, READ AND SIGNED** on this _6_ day of ___February___, 2019.

_____
Honorable Stephen C. Grefer, Division "J"

## RULE 9.5 CERTIFICATE

I certify that I circulated this proposed judgment to counsel for all parties by e-mail on January 28, 2019, and I have allowed at least five (5) working days before presentation to the Court. Counsel for Jefferson Parish indicated that it had no objection to this proposed judgment. Counsel for Plaintiffs requested that this proposed judgment be revised to add the sentence: "The Court finds that the holding of *Aisola v. Louisiana Citizens Property Ins. Corp.*, 180 So.3d 266 (La. 10/14/15) is binding authority on this Court and mandates that the exception of Lis Pendens be and hereby is sustained." Counsel for Waste Connections U.S., Inc. and counsel for Jefferson Parish both object to this revision, as it does not fully and accurately reflect the reasons orally assigned by the Court.

Certified this 4th day of February 2019.

_____
MICHAEL C. MIMS
Counsel for Waste Connections U.S., Inc.

# B̈RADLEYMURCHISON
# KELLY & SHEA LLC

Shreveport | New Orleans | Baton Rouge

bradleyfirm.com

**Michael C. Mims**
*Partner*
New Orleans Office
direct: (504) 596-6136
mmims@bradleyfirm.com

February 4, 2019

Hon. Jon Gegenheimer
CLERK OF COURT
24TH JDC, PARISH OF JEFFERSON
P.O. Box 10
Gretna, Louisiana 70054

> RE: *Frederick Addison, et al v. Louisiana Regional Landfill Company, et al.*
> 24th JDC, Parish of Jefferson, Case No. 790-369, Div. "J"
> Our File: 12534-180394

Dear Sir/Madam:

Enclosed please find the original and three (3) copies of the Judgment on the Declinatory Exception of Lis Pendens filed by Waste Connections U.S., Inc. and Jefferson Parish. Please forward to the judge for signature, file the original into the record and return three (3) certified copies to me in the enclosed self addressed stamped envelope.

Further, it is my understanding that there is enough money on the docket to cover all of the costs incurred with this filing.

Should you have any questions, please feel free to contact me.

Yours truly,

Michael C. Mims

MCM/kze
Enclosure

cc:  Byron M. Forrest



(305) NOTICE OF SIGNING JUDGMENT IN COMPLIANCE WITH ARTICLE
1913 OF THE LOUISIANA CODE OF CIVIL PROCEDURE: ON EXCEPTION     190207-4933-9
AND DISCOVERY HEARING ON 1/24/19;

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

FREDERICK ADDISON, BARBARA ADDISION, PERRY
ANDRAS, SHEILA BASKIN, WILLIE FAY BROOKS, ERIC
BROWN, RAMONA BYRD, EDWARD CLOUDET,
MONICA COLEMAN-LESTRICK, MONICA COLEMAN,
CHARLES LESTRICK III, DORIS COLLINS, LULA
DARDEN, DEMONTE DETEIGE, VINCENT EATON,
KIMBERLY ENGEL, ADELAINE FITZPATRICK, CARLA
FORD, GERALD FORD, VERNA MAE GABRIEL,
MERLENE GRANT, ETHEL GREEN, WENDY
GREMILLION, ADELYN S GREMILLION, BRAXTON C
GREMILLION, SCOTT GREMILLION, REGINA PIERRE
GRIFFIN, REGINA PIERRE, GLENDA BUILBEAU,
ALBERTINE HARGRAVE, JOWE HERNANDEZ, MILES
HERNANDEZ, LUCIANNA HERNANDEZ, LIZ
HERNANDEZ, KIMBERLY HIMEL, CORY HIMEL, ADA
JACKSON, BRIDGETT JOHNSON, MARGARITE
JOHNSON, MELODIE JONES, RITA JONES, JESSE
KOEHL, ELIZABETH LALA, LUCINDA LIGHTELL,
ELIZABETH LOWE, JOHN LOWE, GARY MEYER,            Case: 790-369     Div: "J"
RHONDA MEYER, ALEXANDER MITCHELL, REGINA         D 5  WASTE CONNECTIONS
MITCHELL, JOSEPH PETE JR, TERRY PEETE, JOSEPH    US INC
PETE III, AUGUST PEETE, ANDREA PICKNEY,
WARREN PICKNEY, PEARL PINKLEY, CAROLYN
POLK, GERALD POLK, GLENDA PRIMUS, JULIANE
RAYBURN, KIAN RILEY, KAREN ROSS, JARED ROSS,
TYRENE ROSS, JERMAINE ROSS, TONY ROSS,
ALETHA SCOTT, DAVID SCOTT, CARI SERPAS,
GRACE SERPAS, CHASE SERPAS, STEVEN SERPAS,
JOHN THOMPSON, CHANDRA TIGLER, OBRAINA
TIGLER, OSCAR TIGLER, GLORIA TOLODANO, ROY
TOLODANO, MELVIN URSIN, SANTANA UTHAISANG,
KIRK WELLS, ADDYSON WELLS, JOSEPH WELLS,
REBECCA WELLS, KEVIN WOOD, MARY WOOD
    versus
LOUISIANA REGIONAL LANDFILL COMPANY, IESI LA
LANDFILL CORPORATION, WASTE CONNECTIONS
BAYOU INC, PROGRESSIVE WASTE SOLUTIONS OF
LA INC, WASTE CONNECTIONS US INC, APTIM CORP,
PARISH OF JEFFERSON, ABC CORP, DEF CORP, GHI
CORP, JKL CORP, MNO CORP

To: NICHOLAS V. CRESSY
ONE CANAL PLACE OFFICE TOWER
365 CANAL STREET SUITE 1475
NEW ORLEANS LA 70130

PARISH OF JEFFERSON

You are hereby notified that a judgment was signed on the 6th day of February, 2019, in the
above entitled and numbered cause, and the attached is a true copy of said judgment.

Issued by the Clerk Of Court on the 7th day of February, 2019.

Mailed by the Clerk Of Court on the 7th day of February, 2019.

## **__JUDGMENT ON EXCEPTION AND DISCOVERY HEARING ON 1/24/19***__**

<div align="right">

Imaged 02/07/2019 10:51 - Signed: Deputy Clerk of Court /s/ Jessica F. Matherne

</div>

<div align="center">

/s/ Jessica F. Matherne
Jessica F. Matherne, Deputy Clerk of Court for
Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

</div>

Jon A. Gegenheimer, Clerk Of Court

Imaged 02/07/2019 10:51 - Signed: Deputy Clerk of Court /s/ Jessica F. Matherne

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

0742



(305) NOTICE OF SIGNING JUDGMENT IN COMPLIANCE WITH ARTICLE
1913 OF THE LOUISIANA CODE OF CIVIL PROCEDURE: ON EXCEPTION     190207-4934-7
AND DISCOVERY HEARING ON 1/24/19;

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

FREDERICK ADDISON, BARBARA ADDISION, PERRY
ANDRAS, SHEILA BASKIN, WILLIE FAY BROOKS, ERIC
BROWN, RAMONA BYRD, EDWARD CLOUDET,
MONICA COLEMAN-LESTRICK, MONICA COLEMAN,
CHARLES LESTRICK III, DORIS COLLINS, LULA
DARDEN, DEMONTE DETEIGE, VINCENT EATON,
KIMBERLY ENGEL, ADELAINE FITZPATRICK, CARLA
FORD, GERALD FORD, VERNA MAE GABRIEL,
MERLENE GRANT, ETHEL GREEN, WENDY
GREMILLION, ADELYN S GREMILLION, BRAXTON C
GREMILLION, SCOTT GREMILLION, REGINA PIERRE
GRIFFIN, REGINA PIERRE, GLENDA BUILBEAU,
ALBERTINE HARGRAVE, JOWE HERNANDEZ, MILES
HERNANDEZ, LUCIANNA HERNANDEZ, LIZ
HERNANDEZ, KIMBERLY HIMEL, CORY HIMEL, ADA
JACKSON, BRIDGETT JOHNSON, MARGARITE
JOHNSON, MELODIE JONES, RITA JONES, JESSE
KOEHL, ELIZABETH LALA, LUCINDA LIGHTELL,
ELIZABETH LOWE, JOHN LOWE, GARY MEYER,
RHONDA MEYER, ALEXANDER MITCHELL, REGINA
MITCHELL, JOSEPH PETE JR, TERRY PEETE, JOSEPH
PETE III, AUGUST PEETE, ANDREA PICKNEY,
WARREN PICKNEY, PEARL PINKLEY, CAROLYN
POLK, GERALD POLK, GLENDA PRIMUS, JULIANE
RAYBURN, KIAN RILEY, KAREN ROSS, JARED ROSS,
TYRENE ROSS, JERMAINE ROSS, TONY ROSS,
ALETHA SCOTT, DAVID SCOTT, CARI SERPAS,
GRACE SERPAS, CHASE SERPAS, STEVEN SERPAS,
JOHN THOMPSON, CHANDRA TIGLER, OBRAINA
TIGLER, OSCAR TIGLER, GLORIA TOLODANO, ROY
TOLODANO, MELVIN URSIN, SANTANA UTHAISANG,
KIRK WELLS, ADDYSON WELLS, JOSEPH WELLS,
REBECCA WELLS, KEVIN WOOD, MARY WOOD
         versus
LOUISIANA REGIONAL LANDFILL COMPANY, IESI LA
LANDFILL CORPORATION, WASTE CONNECTIONS
BAYOU INC, PROGRESSIVE WASTE SOLUTIONS OF
LA INC, WASTE CONNECTIONS US INC, APTIM CORP,
PARISH OF JEFFERSON, ABC CORP, DEF CORP, GHI
CORP, JKL CORP, MNO CORP

Case: 790-369     Div: "J"
D 5  WASTE CONNECTIONS
US INC

To: WILLIAM P. CONNICK
3421 N CAUSEWAY BLVD   STE 408
METAIRIE LA 70002

PARISH OF JEFFERSON

You are hereby notified that a judgment was signed on the 6th day of February, 2019, in the
above entitled and numbered cause, and the attached is a true copy of said judgment.

Issued by the Clerk Of Court on the 7th day of February, 2019.

Mailed by the Clerk Of Court on the 7th day of February, 2019.

## **\*\*\*\* JUDGMENT ON EXCEPTION AND DISCOVERY HEARING ON 1/24/19\*\*\***

<div align="right">

Imaged 02/07/2019 10:51 - Signed: Deputy Clerk of Court /s/ Jessica F. Matherne

</div>

<div align="center">

/s/ Jessica F. Matherne
Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

</div>

Jessica F. Matherne, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

Imaged 02/07/2019 10:51 - Signed: Deputy Clerk of Court /s/ Jessica F. Matherne

(305) NOTICE OF SIGNING JUDGMENT IN COMPLIANCE WITH ARTICLE
1913 OF THE LOUISIANA CODE OF CIVIL PROCEDURE: ON EXCEPTION     190207-4935-4
AND DISCOVERY HEARING ON 1/24/19;

<div align="center">
24TH JUDICIAL DISTRICT COURT<br>
PARISH OF JEFFERSON<br>
STATE OF LOUISIANA
</div>

FREDERICK ADDISON, BARBARA ADDISION, PERRY
ANDRAS, SHEILA BASKIN, WILLIE FAY BROOKS, ERIC
BROWN, RAMONA BYRD, EDWARD CLOUDET,
MONICA COLEMAN-LESTRICK, MONICA COLEMAN,
CHARLES LESTRICK III, DORIS COLLINS, LULA
DARDEN, DEMONTE DETEIGE, VINCENT EATON,
KIMBERLY ENGEL, ADELAINE FITZPATRICK, CARLA
FORD, GERALD FORD, VERNA MAE GABRIEL,
MERLENE GRANT, ETHEL GREEN, WENDY
GREMILLION, ADELYN S GREMILLION, BRAXTON C
GREMILLION, SCOTT GREMILLION, REGINA PIERRE
GRIFFIN, REGINA PIERRE, GLENDA BUILBEAU,
ALBERTINE HARGRAVE, JOWE HERNANDEZ, MILES
HERNANDEZ, LUCIANNA HERNANDEZ, LIZ
HERNANDEZ, KIMBERLY HIMEL, CORY HIMEL, ADA
JACKSON, BRIDGETT JOHNSON, MARGARITE
JOHNSON, MELODIE JONES, RITA JONES, JESSE
KOEHL, ELIZABETH LALA, LUCINDA LIGHTELL,
ELIZABETH LOWE, JOHN LOWE, GARY MEYER,          Case: 790-369    Div: "J"
RHONDA MEYER, ALEXANDER MITCHELL, REGINA        D 5  WASTE CONNECTIONS
MITCHELL, JOSEPH PETE JR, TERRY PEETE, JOSEPH   US INC
PETE III, AUGUST PEETE, ANDREA PICKNEY,
WARREN PICKNEY, PEARL PINKLEY, CAROLYN
POLK, GERALD POLK, GLENDA PRIMUS, JULIANE
RAYBURN, KIAN RILEY, KAREN ROSS, JARED ROSS,
TYRENE ROSS, JERMAINE ROSS, TONY ROSS,
ALETHA SCOTT, DAVID SCOTT, CARI SERPAS,
GRACE SERPAS, CHASE SERPAS, STEVEN SERPAS,
JOHN THOMPSON, CHANDRA TIGLER, OBRAINA
TIGLER, OSCAR TIGLER, GLORIA TOLODANO, ROY
TOLODANO, MELVIN URSIN, SANTANA UTHAISANG,
KIRK WELLS, ADDYSON WELLS, JOSEPH WELLS,
REBECCA WELLS, KEVIN WOOD, MARY WOOD
               versus
LOUISIANA REGIONAL LANDFILL COMPANY, IESI LA
LANDFILL CORPORATION, WASTE CONNECTIONS
BAYOU INC, PROGRESSIVE WASTE SOLUTIONS OF
LA INC, WASTE CONNECTIONS US INC, APTIM CORP,
PARISH OF JEFFERSON, ABC CORP, DEF CORP, GHI
CORP, JKL CORP, MNO CORP

To: MICHAEL C. MIMS
1100 POYDRAS ST SUITE 2700
NEW ORLEANS LA 70163

PARISH OF JEFFERSON

You are hereby notified that a judgment was signed on the 6th day of February, 2019, in the
above entitled and numbered cause, and the attached is a true copy of said judgment.

Issued by the Clerk Of Court on the 7th day of February, 2019.

Mailed by the Clerk Of Court on the 7th day of February, 2019.

## **\*\*\*\* JUDGMENT ON EXCEPTION AND DISCOVERY HEARING ON 1/24/19\*\*\***

*Imaged 02/07/2019 10:51 - Signed: Deputy Clerk of Court /s/ Jessica F. Matherne*

<div align="center">
/s/ Jessica F. Matherne<br>
Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053
</div>

Jessica F. Matherne, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

Imaged 02/07/2019 10:51 - Signed: Deputy Clerk of Court /s/ Jessica F. Matherne

**24th JUDICIAL DISTRICT COUR FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

**SUIT NO.: 790-369**                                              **DIVISION: "J"**

**FREDERICK ADDISON, et al.,**

**VERSUS**

**LOUISIANA REGIONAL LANDFILL COMPANY, et al.**


**FILED: _____**                    **_____**
                                                                                              **DEPUTY CLERK**


**NOTICE OF INTENT TO APPLY FOR SUPERVISORY WRIT**

NOW INTO COURT, comes Plaintiffs, who pursuant to Rule 4-2 of the Uniform Rules of

the Louisiana Courts of Appeal, does hereby provide notice of their intent to apply to the Court of

Appeal for the Fifth Circuit for a supervisory writ relating to this Court's January 24, 2019 ruling

on Defendant Waste Connection, US Inc.'s exception of Lis Pendens. Plaintiffs request a

reasonable return date within the delays allowed by law.

Respectfully submitted,


**FORREST CRESSEY & JAMES, LLC**

/s/ S. Eliza James
_____
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
One Canal Place
365 Canal Street, Suite 1475
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: eliza@fcjlaw.com

Barry S. Neuman (Admitted P*ro Hac Vice*)
**WHITEFORD   TAYLOR   PRESTON,
LLP**
1800 M Street, NW
Suite 450N
Washington, DC 20036
Tele: (202) 659.6800


**OF COUNSEL:**
C. Allen Foster
Erik Bolog

Adrian Snead
**WHITEFORD   TAYLOR   PRESTON, LLP**
1800 M Street, NW
Suite 450N
Washington, DC 20036
Tele: (202) 659.6800

## CERTIFICATE OF SERVICE

I, S. Eliza James, hereby certify that the foregoing Notice was served on the following parties via fax on this 19 day of February, 2019.

/s/ S. Eliza James

_____

JEFFERSON PARISH
Through its attorneys of record:
William P. Connick
Michael S. Futrell
Matthew D. Moghis
Connick and Connick, LLC
3421 N. Causeway Blvd.
Suite 408
Metairie, Louisiana 70002
Fax: 504- 838-9901

WASTE CONNECTIONS, U.S.
Through its attorneys of record:
David R. Taggart
Michael C. Mimms
Bradley Murchison
Kelly & Shae, LLC
1100 Poydras Street
Suite 2700
New Orleans, Louisiana 70163
Fax: 504- 596-6301

James B. Slaughter
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005
Fax: 202-789-6000

William Barousse
701 Poydras Street
Suite 4800
New Orleans, LA 70139
Fax: 504-561-1011

APTIM CORP.

Through its Agent for Service
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

LOUISIANA REGIONAL LANDFILL COMPANY
Through its Agent for Service
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

WASTE CONNECTIONS BAYOU, INC.
Through its Agent for Service
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

**24th JUDICIAL DISTRICT COUR FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

**SUIT NO.: 790-369**                                    **DIVISION: "J"**

**FREDERICK ADDISON, et al.,**

**VERSUS**

**LOUISIANA REGIONAL LANDFILL COMPANY, et al.**


**FILED: _____**                    _____

                                                            **DEPUTY CLERK**


**NOTICE OF INTENT TO APPLY FOR SUPERVISORY WRIT**

Considering the foregoing Notice of Intent to Apply for Supervisory Writ:

**IT IS HEREBY ORDERED** that Plaintiffs Frederick Addison, *et. al.,* be and hereby is granted the return date of _____, 2019 within which to file a supervisory writ relating to this Court's January 24, 2019 order ruling on Defendant Waste Connection, US's exception of *lis pendens*.

Gretna, Louisiana this _____ day of _____, 2019.




_____

**JUDGE- DIVISION "J"**


**PLEASE SERVE ALL PARTIES OF RECORD**
**WITH A SIGNED COPY OF THIS ORDER**
**VIA U.S. MAIL.**

**24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

**SUIT NO.: 790-369**                                              **DIVISION: "J"**

**FREDERICK ADDISON, et. al.,**

**VERSUS**

**LOUISIANA REGIONAL LANDFILL COMPANY et. al.**

**FILED: _____                _____**
                                                                **DEPUTY CLERK**

## *EX PARTE* MOTION FOR ADMISSION OF ADRIAN SNEAD, ESQ AS CO-COUNSEL *PRO HAC VICE*

**PETITIONERS**, through undersigned counsel, respectfully moves this Honorable Court for an order admitting Adrian Snead, Esq. a member in good standing of the State of New York and District of Columbia Bar Associations, to serve as co-counsel of record in the above-captioned matter.

In accordance with Rule XVII, Section 13A3(i), mover attaches Mr. Sneads' *Pro Hac Vice* letter of approval from the Louisiana Attorney Disciplinary Board as exhibit "A". Undersigned counsel further verifies that a trial date has not been selected in this matter, and that counsel has received no notice of any hearing scheduled within thirty days of the filing of this Motion.

**WHEREFORE**, Petitioners pray that this Honorable Court enter an order enrolling Adrian Snead as co-counsel *pro hac vice* in the above-captioned matter.

RESPECTFULLY SUBMITTED:

*/s/ S. Eliza James*
_____
**Forrest Cressy & James, LLC**
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
One Canal Place Office Tower
365 Canal Street, Suite 1475
New Orleans, Louisiana 70130
Telephone: 210-414-1723
Facsimile: 504-322-3884
eliza@fcjlaw.com

Barry S. Neuman (Admitted P*ro Hac Vice*)
**WHITEFORD   TAYLOR   PRESTON, LLP**

1800 M Street, NW
Suite 450N
Washington, DC 20036
Tele: (202) 659.6800

**OF COUNSEL:**
C. Allen Foster
Erik Bolog
Adrian Snead
**WHITEFORD    TAYLOR    PRESTON,
LLP**
1800 M Street, NW
Suite 450N
Washington, DC 20036
Tele: (202) 659.6800

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of February, 2019, a copy of the above and foregoing

Motion was served on the following parties by depositing a copy of same in the United States mail,

postage prepaid and properly addressed or by e-mail.

*/s/ S. Eliza James*
_____
**S. Eliza James**

JEFFERSON PARISH
Through its attorneys of record:
William P. Connick
Michael S. Futrell
Matthew D. Moghis
Connick and Connick, LLC
3421 N. Causeway Blvd.
Suite 408
Metairie, Louisiana 70002
Fax: 504- 838-9901

WASTE CONNECTIONS, U.S.
Through its attorneys of record:
David R. Taggart
Michael C. Mimms
Bradley Murchison
Kelly & Shae, LLC
1100 Poydras Street
Suite 2700
New Orleans, Louisiana 70163
Fax: 504- 596-6301

James B. Slaughter
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005
Fax: 202-789-6000

William Barousse
701 Poydras Street

2

Suite 4800
New Orleans, LA 70139
Fax: 504-561-1011

APTIM CORP.
Through its Agent for Service
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

LOUISIANA REGIONAL LANDFILL COMPANY
Through its Agent for Service
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

WASTE CONNECTIONS BAYOU, INC.
Through its Agent for Service
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

**24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

SUIT NO.: 790-369                                                DIVISION: "J"

**FREDERICK ADDISON, et. al.,**

**VERSUS**

**LOUISIANA REGIONAL LANDFILL COMPANY, et. al.**

FILED: _____          _____
                                                              **DEPUTY CLERK**

**O R D E R**

Based on the foregoing *Ex Parte* Motion:

**IT IS HEREBY ORDERED** that Adrian Snead, Esq., duly licensed practitioner in the

State of New York and District of Columbia, be admitted as *pro hac vice* co-counsel in this matter.

Gretna, Louisiana, this _____ day of _____, 2019.


_____
                                                    **J U D G E- DIV. "J"**

**PLEASE SERVE A COPY OF THIS SIGNED**
**ORDER ON ALL PARTIES OR COUNSEL OF RECORD**
**VIA U.S. MAIL.**

4



# LOUISIANA ATTORNEY DISCIPLINARY BOARD

### OFFICE OF THE DISCIPLINARY COUNSEL
4000 S. Sherwood Forest Blvd.
Suite 607
Baton Rouge, Louisiana  70816
(225) 293-3900 • 1-800-326-8022 • FAX (225) 293-3300

January 17, 2019

Adrian Frank Joseph Lee Snead, Esq.
Whiteford, Taylor & Preston, LLP
800 M. Street, NW
Suite #450 N
Washington, DC  20036

> Re:   19-PHV-052
>         Frederick Addison, et al
>         vs. Louisiana Regional Landfill Company, et al
>         Docket # 790-369 – Div J

Dear Mr. Snead:

The Louisiana Office of Disciplinary Counsel has received your application for *pro hac vice* admission in the State of Louisiana in connection with the matter of *Frederick Addison, et al vs. Louisiana Regional Landfill Company, et al* pending before the *24th Judicial District Court* in *Jefferson Parish.*  A review of your application indicates that you are supported by your sponsoring attorney *Sara Eliza James,* who is currently licensed and in good standing with the Louisiana State Bar.  In all respects it appears that your application is in appropriate format.  The Office of Disciplinary Counsel currently possesses no information upon which to base an opposition to your application.

By copy of this correspondence to the presiding District Court Judge and your sponsoring attorney, we are advising them of our approval of your application.

Very truly yours,

**Exhibit A**

CHARLES B. PLATTSMIER
Chief Disciplinary Counsel

CBP/pab
cc:   Honorable Stephen Grefer
       Sara Eliza James, Esq.

24th JUDICIAL DISTRICT COUR FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

SUIT NO.: 790-369                                        DIVISION: "J"

FREDERICK ADDISON, et al.,

VERSUS

LOUISIANA REGIONAL LANDFILL COMPANY, et al.


FILED: _____          _____
                                                    DEPUTY CLERK

## MOTION TO EXTEND THE RETURN DATE PURSUANT TO UNIFORM RULES OF APPEAL RULE 4-3

NOW INTO COURT, comes Plaintiffs, who pursuant to Rule 4-3 of the Uniform Rules of the Louisiana Courts of Appeal, request that this Court extend the return date of March 7, 2019 for two weeks, or until March 21, 2019 for the reasons more specifically stated below:

1.

On February 19, 2019 Plaintiffs filed a Notice of Intent to Seek a Supervisory Writ of the Court's January 24, 2019 ruling granting Defendant Waste Connection, US, Inc's exception of *lis pendes*.

2.

On February 20, 2019 this Court granted the Motion and set a return date of March 7, 2019.

3.

However, appellate counsel is in the midst of trial in *Wye Oak Technology, Inc. v. Republic of Iraq and the Ministry of Defense of the Republic of Iraq* before the Hon. Royce C. Lamberth, United States District Court for the District of Columbia.  For complicated scheduling reasons, the case is to be completed before his Honor on March 6–8, 2019.  His Honor is currently sitting by designation in the Western District of Texas in San Antonio, Texas, and counsel must travel to complete the trial in San Antonio.

Plaintiffs aver that due to this scheduling conflict, counsel is requesting a two week extension of

the return date, making the Application for Supervisory Writ returnable to the Louisiana Fifth

Circuit Court of Appeal by or before March 21, 2019.

<div align="center">4.</div>

Plaintiffs aver that they have requested no other continuances of this matter.

<div align="center">5.</div>

Uniform Rule 4-3 states:

> Upon proper showing, the trial court or the appellate court may extend the time
> for filing the application upon the filing of a motion for extension of return date
> by the applicant, filed within the original or an extended return date period.

<div align="center">6.</div>

Plaintiffs aver that this Motion is timely pursuant to the Rule, as the original return date

has not expired.

**WHEREFORE,** Plaintiffs pray that this Motion is good and sufficient and that the court

extend the return date for good cause, making the Application for Supervisory Writ returnable to

the Louisiana Fifth Circuit Court of Appeal on or before March 21, 2019.

Respectfully submitted,

**FORREST CRESSEY & JAMES, LLC**

/s/ S. Eliza James

Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
One Canal Place
365 Canal Street, Suite 1475
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884

Email: eliza@fcjlaw.com

/s/ Adrian Snead
_____
Barry S. Neuman (Admitted *Pro Hac Vice*)
Adrian Snead (Admitted *Pro Hac Vice*)
**WHITEFORD TAYLOR PRESTON, LLP**
1800 M Street, NW
Suite 450N
Washington, DC 20036
Tele: (202) 659.6800

**OF COUNSEL:**
C. Allen Foster
Erik Bolog
**WHITEFORD TAYLOR PRESTON, LLP**
1800 M Street, NW
Suite 450N
Washington, DC 20036
Tele: (202) 659.6800

## CERTIFICATE OF SERVICE

I S. Eliza James, hereby certify that the foregoing Notice was served on the following parties via email on this 26 day of February, 2019.

/s/ S. Eliza James
_____

JEFFERSON PARISH
Through its attorneys of record:
William P. Connick
Michael S. Futrell
Matthew D. Moghis
Connick and Connick, LLC
3421 N. Causeway Blvd.
Suite 408
Metairie, Louisiana 70002
Fax: 504- 838-9901

WASTE CONNECTIONS, U.S.
Through its attorneys of record:
David R. Taggart
Michael C. Mimms
Bradley Murchison
Kelly & Shae, LLC
1100 Poydras Street

Suite 2700
New Orleans, Louisiana 70163
Fax: 504- 596-6301

James B. Slaughter
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005
Fax: 202-789-6000

William Barousse
701 Poydras Street
Suite 4800
New Orleans, LA 70139
Fax: 504-561-1011

APTIM CORP.
Through its Agent for Service
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

LOUISIANA REGIONAL LANDFILL COMPANY
Through its Agent for Service
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

WASTE CONNECTIONS BAYOU, INC.
Through its Agent for Service
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

**24th JUDICIAL DISTRICT COUR FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

**SUIT NO.: 790-369**                                   **DIVISION: "J"**

**FREDERICK ADDISON, et al.,**

**VERSUS**

**LOUISIANA REGIONAL LANDFILL COMPANY, et al.**

**FILED: _____**                        **_____**
                                                         **DEPUTY CLERK**

                                          **Order**

      Considering the foregoing Motion to Extend the Return Date Pursuant to Uniform Rules of Appeal Rule 4-3:

      **IT IS HEREBY ORDERED** that Plaintiffs Frederick Addison, *et. al.,* be and hereby is granted a two week extension of the return date making the Application for Supervisory Writ returnable to the Fifth District Court of Appeals on or before March 21, 2019.

      Gretna, Louisiana this _____ day of _____, 2019.

                                          **_____**
                                          **JUDGE- DIVISION "J"**

**PLEASE SERVE ALL PARTIES OF RECORD**
**WITH A SIGNED COPY OF THIS ORDER**
**VIA U.S. MAIL.**