UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**         **c/w 18-8071,**         **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**     Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**     Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**     Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

### ORDER

On September 23, 2019, the parties submitted to the Court a joint proposed case management order. In a status conference before the Court on September 25, 2019, the parties and the Court discussed disagreements between the parties regarding certain aspects of the proposed case management order.[1] The Court gave the parties direction on how to resolve some of those disagreements during the status conference.

With respect to the production of documents, listed in Part B.1 of the September 23, 2019, proposed case management order, the Court ordered counsel for Defendants to

---

[1] R. Doc. 75.

1

provide the Court and Plaintiffs' counsel a letter setting out the documents and information Defendants seek from Plaintiffs during this initial phase of the litigation. Further, the Court ordered Plaintiffs' counsel to respond and set out any objections to Defendants' requests. Defendants' counsel submitted their letter on September 27, 2019, and Plaintiffs' counsel responded on October 1, 2019.

The Court has ordered the parties to submit a revised proposed case management order by **October 14, 2019, at 12:00 p.m**.[2] To assist the parties in revising the proposed case management order, the Court instructs the parties as follows with respect to the documents to be produced by Plaintiffs:

1. The request made in subparagraph (a) of Defendants' September 27, 2019, letter is to be revised to exclude information or documents regarding sampling or monitoring conducted by Plaintiffs' non-testifying experts. Defendants may request the information and documents by interrogatories and requests for production, subject to Plaintiffs' right to object to the production, and Defendants' right to seek to compel the discovery.

2. The request made in subparagraph (b) of Defendants' September 27, 2019, letter is to be revised to read as follows: "all non-privileged documents in the custody or control of any Plaintiff concerning personal or property damages;"[3]

**New Orleans, Louisiana, this 8th day of October, 2019.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

---

[2] *Id.*
[3] Plaintiffs are required to produce the documents but are not required to identify which documents they contend support their claims.