MINUTE ENTRY
MORGAN, J.
January 23, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>    Plaintiff | CIVIL ACTION |
| | |
| VERSUS | NO.  18-7889<br>        c/w 18-8071,<br>        18-8218, 18-9312 |
| | |
| WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>    Defendants | SECTION: "E" (5) |

*Related Case:*

| | |
|---|---|
| FREDERICK ADDISON, ET AL.,<br>    Plaintiffs | CIVIL ACTION |
| | |
| VERSUS | NO.  19-11133<br>        c/w 19-14512 |
| | |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,<br>    Defendants | SECTION: "E"(5) |

*Applies to: All Cases*

## MINUTE ENTRY

A telephone status conference was held on January 23, 2020, at 9:30 a.m. in the

chambers of Judge Susie Morgan.

Present:    Larry Centola, counsel for Plaintiff, Elias Jorge Ictech-
            Bendeck;

1

Pearl Robertson and Kacie Gray, counsel for Consolidated Plaintiff, Savannah Thompson;

Jennifer Avallone, counsel for Consolidated Plaintiffs, Larry Bernard, Sr. and Mona Bernard;

Dwayne Smith, counsel for Consolidated Plaintiff, Nicole M. Landry-Boudreaux;

Eric Rowe, Erik Bolog, Sara James, and Masten Childers, counsel for All Addison Plaintiffs;

David Taggart, Michael Mims and Megan Brillault, counsel for Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;

William Barousse and John DiGiglia, counsel for Defendant, Aptim Corp.;

Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

The parties discussed issues involving the plaintiff data sheets. The Court clarified that, because the Court is treating the answers provided on the plaintiff data sheets as discovery responses, the answers provided on the plaintiff data sheets must be typed. The parties will submit a revised proposed order regarding the plaintiff data sheets by **January 29, 2020**.

**New Orleans, Louisiana, this 24th day of January, 2020.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:038)