# EXPERT REBUTTAL REPORT OF NESTOR D. SOLER

# RESPONSES TO REBUTTAL REPORTS

## AVONDALE, LOUISIANA – JEFFERSON PARISH

_(signature)_

Nestor D. Soler PE (NJ)
Principal, Ramboll US Consulting, Inc.
June 16, 2021

CASE: _Frederick Addison et al. v. Louisiana Regional Landfill Co., et al.,_ Civ. Action No.19-1113 and 19-14512, and _Elias Jorge ("George") Ichtech-Bendek et al. v.Waste Connections Bayou, Inc.,_ Civ. Action No. 18-7889, E.D.La.)

RAMBOLL

EXHIBIT
141

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

# CONTENTS

| | | |
|---|---|---|
| **1.** | **INTRODUCTION** | **1** |
| 1.1 | Background | 1 |
| 1.2 | Scope | 2 |
| 1.3 | Limitations | 2 |
| **2.** | **SUMMARY OF OPINIONS** | **3** |
| **3.** | **GENERAL OVERVIEW OF REBUTTAL OPINIONS** | **6** |
| 3.1 | Leachate Saturation within JP Landfill Areas | 6 |
| 3.2 | Radius of Influence (ROI) and Zones of Capture | 9 |
| 3.3 | LFG Collection Efficiencies | 10 |
| 3.4 | Selection of the LandGEM Model | 11 |
| 3.5 | Selection of Generation Model Parameters | 14 |
| 3.6 | Migration of LFG in the Subsurface Media and Emissions | 15 |
| 3.7 | Attenuation Analysis by Soil Covers | 17 |
| 3.7.1 | Soil Covers in Phase IVA | 17 |
| 3.7.2 | Evaluation of $H_2S$ Attenuation by Soil Covers in Phase IVA | 22 |
| **4.** | **RESPONSES TO STUTZ REPORT** | **26** |
| **5.** | **RESPONSES TO KLINE REPORT** | **33** |
| **6.** | **RESPONSES TO HOFFNAGLE REPORT** | **40** |
| **7.** | **RESPONSES TO ABICHOU REPORT** | **49** |
| **8.** | **REFERENCES** | **64** |

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

## ATTACHED FIGURES

**Figure 1:**   Typical LFG Extraction Well

**Figure 2:**   Typical Dual LFG-Leachate Extraction Well

**Figure 3:**   Schematic of a Zone of LFG Capture – Dry Landfills

**Figure 4:**   Schematic of a Zone of LFG Capture – Wet Landfills

**Figure 5:**   Typical Cross-Section of Capture Zones – Dry Landfills

**Figure 6:**   Typical Cross-Section of Capture Zones – Wet Landfills

**Figure 7:**   Schematic Representation of Liquid Levels in LFG Extraction Wells

## APPENDICES

**APPENDIX A:**  Photos – Cover System in Phase IVA

**APPENDIX B:**  Inventory of Issues Related to LFG Extraction Systems and Emissions

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

# 1.   INTRODUCTION

### 1.1   Background

At the request of Whiteford, Taylor & Preston, LLP (WTP), Nestor Soler from Ramboll US Consulting, Inc. (Ramboll) prepared an expert report titled "Evaluation of Jefferson Parish Landfill Gas Emissions, Avondale, Louisiana – Jefferson Parish," dated January 28, 2021[1], **(Soler Report).**

The "Soler Report" primarily addressed the following matters: (a) operational conditions of the gas extraction system at the Site; (b) generation of landfill gas and, in particular, hydrogen sulfide ($H_2S$) emissions from the biodegradation of solid waste at the Jefferson Parish Landfill ("JP Landfill", "Site", or "JPL Site"); (c) $H_2S$ emissions from biodegradation of solid waste within the different areas, or Phases, where waste was disposed at the JPL; and (d) $H_2S$ emissions resulting from solid waste biodegradation and from liquid waste solidification processes, which were evaluated by Dr. Jaana Pietari in a separate expert report titled "Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill," dated January 29, 2021[2]. The $H_2S$ emissions in these reports were provided to Mr. James Lape to evaluate through air quality modeling the frequency, duration, and concentrations of exposures in surrounding residential areas.

On April 30, 2021 the following expert reports were submitted on behalf of the defendant in response to reports submitted by Dr. Jaana Pietari, Mr. James Lape, Dr. Susan S. Schiffman, and Mr. Nestor Soler:

- Stutz, Matthew K. (2021), *Expert Report Jefferson Parish Landfill, Jefferson Parish, Louisiana*. Weaver Consultants Group. April 30, 2021.

- Kline, Barry A. (2021), Expert Report of Barry A. Kline, P.E., TRC. April 30, 2021.

- Hoffnagle, Gale F. (2021), Expert Report of Gale F Hoffnagle, CCM, QEP. TRC. April 30, 2021

- Abichou, Tarek (2021), Expert Report of Tarek Abichou, PHD. P.E. Measurement-Based Estimates of H2S Surface Emissions at the Jefferson Parish Landfill. Florida State University. April 30, 2021.

- Dalton, Pamela (2021), Expert Report of Pamela Dalton, PhD, MPH. Monell Chemical Senses Center. April 30, 2021.

- Kind, John (2021), Expert Report of John Kind, Ph.D, CIH, CSP. CTEH. April 30, 2021.

- Marshall, Jeffrey D. (2021), Expert Report of Jeffery D. Marshall, PE. SCS Engineers. April 30, 2021.

---

[1]   Soler, 2021. Evaluation of Jefferson Parish Landfill Gas Emissions, Avondale, Louisiana – Jefferson Parish. January 28.

[2]   Pietari, J., 2021.  Expert Report of Jaana Pietari, Ph.D., MBA, PE., Hydrogen Sulfide Generation from Spent Lime Avondale, Louisiana – Jefferson Parish. Ramboll US Consulting, Inc. January 29.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

- Vetrano, Karen M. (2021), Expert Report of Karen M. Vetrano, PhD. TRC. April 30, 2021.

- Yocke, Mark A. (2021), Expert Report of Mark A. Yocke, Ph.D. Exponent. April 30, 2021.

- Zannetti, Paolo (2021), *Jefferson Parish Landfill Litigation Expert Report.* EnviroComp Consulting, Inc. April 30, 2021.

## 1.2     Scope

WTP retained me, Nestor Soler of Ramboll, on behalf of the plaintiffs to review and respond to the reports submitted by Defendants' experts insofar as they provided opinions concerning my initial report.

The following defense expert reports are addressed in this document: Stutz, Matthew K. (2021), Kline, Barry A. (2021), Hoffnagle, Gale F. (2021), and Abichou, Tarek (2021). During the preparation of this report, I was assisted by engineers and scientists who work at Ramboll and have relevant knowledge and expertise relating to the technical matters in question. The scientists and engineers provided assistance in screening, reviewing, and evaluating the information provided in the rebuttal reports and in certain case documents. Their technical assistance was also directed toward specific engineering evaluations, which I needed to confirm relevant information. As such, I carefully reviewed, and assume responsibility for, all the technical information that they processed and provided to me. Finally, I attest that all technical observations, opinions, and conclusions provided in this report are mine.

## 1.3     Limitations

Assumptions made during my evaluation are outlined throughout the report. I have assumed that the information supplied to me accurately documents the facts and circumstances in relation to the technical matters that this report addresses. In my opinion, the documents and information that I relied on are the type of information that an expert in my field would reasonably rely on to offer professional opinions. Should additional documents be discovered or produced, and the information contained in these documents bear upon any of my technical opinions, I will prepare a supplemental expert report to add and/or amend my opinions, if so required.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

# 2.    SUMMARY OF OPINIONS

This report presents my consideration of the rebuttal reports prepared by Matthew K. Stutz **(Stutz Report)**, Barry A. Kline **(Kline Report)**, Gale F. Hoffnagle **(Hoffnagle Report)**, and Tarek Abichou **(Abichou Report)**. Also provided here are my responses to the issues and opinions provided in these reports, and my reaffirmation of the main conclusions from my January 28, 2021 report.  As presented in this report, I have no disagreement with some of the points made by these reports, and I note cases where my initial report may require additional clarifications. However, as will be clear from the sections addressing these reports, I dispute many of the opinions offered, and reaffirm the conclusions and opinions of my initial report.

**Stutz Report**

Mr. Matthew K. Stutz of Weaver Consultants Group, LLC (WCG) analyzed the opinions of the January 28, 2021 Report prepared by Nestor Soler of Ramboll and presented the results of his work in a report dated April 30, 2021 (Stutz Report). In his report, Mr. Stutz discusses the issues outlined below, calling into question some of my opinions.  Specifically, Mr. Stutz discusses the following issues:

- The cover system as a means of reducing emissions (barrier and attenuation) and landfill gas (LFG) outside the capture zones flowing towards LFG extraction wells

- No use of available surface measurements of $H_2S$ or methane to validate emission rates

- Use of low collection efficiencies

- Selection of k as 0.11 and leachate saturation within the landfill

- Basis for using radius of influence (ROI) as twice the depth of liquid in the gas well

- No significant change in emissions during the relevant time period

I reviewed the Stutz Report and identified serious issues with his arguments. **Section 4** of this report examines points made by Mr. Matthew K. Stutz and provides specific responses. I dispute many opinions offered in the Stutz Report and reaffirm the conclusions originally presented in my January 28, 2021 report.

**Kline Report**

In a report dated April 30, 2021, Mr. Barry Kline presented his evaluation of the performance of the LFG extraction system (referred to as Gas Collection and Control System-GCCS) that APTIM operated and maintained at the JPL Site, and his review of my initial report relative to the design, operation and maintenance, and capture efficiency of the LFG extraction system (Kline Report).

I reviewed the Kline Report and identified a number of key issues wherein Mr. Kline understated the requirements and best practices for efficiently operating and maintaining the LFG extraction system at the JPL Site. In his report, Mr. Kline offers the following claims and rebuttal opinions in an effort to refute my initial report:

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

- Because of quarterly Surface Emission Monitoring (SEM) results, the LFG extraction system was properly designed

- Because of quarterly SEM results, the LFG extraction system was efficiently operated and maintained

- The method used by Soler to determine collection efficiency in an operating LFG extraction system is not valid and is unreliable because it does not consider the barrier effect of landfill caps and synthetic membranes

- The estimated collection efficiencies for all phases of the landfill are based on the cylinder method and therefore are grossly understated and inaccurate

In addition to critiquing my initial report, Mr. Kline rendered a series of opinions regarding the operation and performance of the LFG extraction system, as well as collection efficiencies, using SEM data. Specifically, Mr. Kline relies on SEM data to support his opinion that the LFG extraction system at the JPL Site have been acceptably designed, constructed, operated, and maintained in accordance with regulatory and industry standards.

**Section 5** of this report examines points and opinions made in the Kline Report and provides specific responses.  My responses demonstrate that most of Mr. Kline's opinions are not supported by the case documents and data. As indicated in this report, I have no disagreement with some of the points made by Mr. Kline. Nevertheless, based on the additional explanations offered in this report, nothing presented by Mr. Kline changes the main opinions and conclusions previously presented in my initial report, and I reaffirm those opinions.

## Hoffnagle Report

In a report dated April 30, 2021, Mr. Gale F. Hoffnagle offered opinions on $H_2S$ emissions from capped, closed, or covered areas at the JPL Site (Hoffnagle Report). Additionally, in his report, Mr. Hoffnagle presented opinions opposing many of my opinions, and those of James Lape, and Dr. Schiffman reports.

With respect to my opinions, Mr. Hoffnagle discussed my use of the USEPA LandGEM model, the Golder version of the LandGEM model, the methodology used for estimating $H_2S$ emissions, and the selection of model input parameters.

**Section 6** of this report examines points and opinions offered in the Hoffnagle Report and provides specific responses. In my opinion, nothing presented by Mr. Hoffnagle affects the validity of my initial opinions.

Based on my evaluation of Mr. Hoffnagle's rebuttal points, the opinions presented in my January 28, 2021 report continue to be valid for this case.

## Abichou Report

In a report titled "Measurements-Based Estimates on $H_2S$ Surface Emissions at the Jefferson Parish Landfill," dated April 30, 2021, Dr. Tarek Abichou presents his

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

estimate of H₂S emissions based on chamber tests that were performed by others in June 2019 at Phase IVA. In addition, in Section 6 of his Report, Abichou offers comments on opinions offered by me and Dr. Pietari in reference to H₂S emissions.

In the Abichou Report, the sampling methodology and results with reference to measurement-based estimates of surface emissions are examined and evaluated. Dr. Abichou critiques the choice to use the USEPA LandGEM model, the input data used to run this model, and the assigned collection efficiencies. **Section 3** and **Section 7** of this report examine specific points and opinions made by Dr. Abichou and provide specific responses. As discussed below, I disagree with many of the opinions offered in the Abichou Report and reaffirm the conclusions and opinions presented in my January 28, 2021 report.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

# 3.   GENERAL OVERVIEW OF REBUTTAL OPINIONS

The opinions from the different defense experts revolve around certain similar topics, such as: (a) leachate saturation within the waste media; (b) the evaluation of ROIs and zones of capture; (c) the use of zones of capture to determine collection efficiencies; (d) the selection of the LandGEM model to estimate gas emissions; (e) the selection of generation model parameters (i.e., k and Lo); (f) migration of LFG in the Subsurface Media and emissions; and (g) attenuation of $H_2S$ by soil covers.

In reviewing the defense experts' opinions, I determined that it was important to first address these general topics and explain some aspects of landfill engineering and environmental control systems that are central to an understanding of the JPL Site.  An LFG collection system is only one of the many environmental control systems that landfills must implement to minimize the migration and emission of gases. Since its performance is highly dependent upon the performance of other control measures and systems –such as physical containment (liners and soil covers) and leachate control systems– a review of the LFG collection system cannot meaningfully be undertaken without a review of its interrelated systems.

## 3.1   Leachate Saturation within JP Landfill Areas

As presented in this section, I reiterate that leachate levels in LFG wells represent the degree of leachate saturation within the waste media.

Leachate levels at the LFG wells have been measured by various consultants at the JPL Site since 2009. These consultants included Shaw Environmental, CB&I, CEC, and APTIM. Using data from leachate levels, measured at LFG wells, and landfill configuration and construction, Ramboll calculated the degree of saturation for the waste media at each of the measured LFG wells. Tables 5-3 through 5-12 in my initial report summarize the degree of saturation for each of the landfill phases over time. The degree of saturation is defined as a percentage of the total thickness of the waste media that, based on leachate level measurements, is saturated with leachate. Results from these measurements are outlined below:

- From March to December 2009, Shaw Environmental measured leachate levels at 134 LFG wells in landfill Phases I, II, and IIIA[3]. The average degree of saturation estimated for these three phases was approximately 51%, meaning that 51% of the thickness of the waste media was saturated with leachate (Refer to Table 5.3 of the Soler Report).

- In June 2012, Shaw Environmental measured leachate levels at 174 LFG wells in Phases I, II, IIIA, and IIIB[4]. The average degree of saturation estimated for these phases was approximately 53%, indicating that 53% of the thickness of the waste media was saturated with leachate (Refer to Table 5.4 of the Soler Report).

---

[3]   Shaw Environmental & Infrastructure, Inc. (Shaw), 2009. *Jefferson Parish Leachate Levels*. March – December. APTIM-0168049

[4]   Shaw Environmental & Infrastructure, Inc. (Shaw), 2012. *Jefferson Parish Leachate Levels*. June. APTIM-0130544.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

- In February 2016, CB&I measured leachate levels at 139 LFG wells in Phases I, II, IIIA, and IIIB[5]. The average degree of saturation estimated for these phases was approximately 52% (Refer to Table 5.5 of the Soler Report).

- In March 2016, CB&I measured leachate levels at 200 LFG wells in Phases I, II, IIIA, and IIIB[6]. The average degree of saturation estimated for these phases was approximately 43% (Refer to Table 5.6 of the Soler Report).

- In July 2016, CB&I measured leachate levels at 200 LFG wells in Phases I, II, IIIA, and IIIB[7]. The average degree of saturation estimated for these phases was approximately 44% (Refer to Table 5.7 of the Soler Report).

- In May 2018, CEC measured leachate levels at 49 LFG wells in Phases I, II, IIIA, IIIB, and IVA[8]. The average degree of saturation estimated for these phases was approximately 41% (Refer to Table 5.8 of the Soler Report).

- Throughout 2018, APTIM measured leachate levels at 200 LFG wells in Phases I, II, IIIA, and IIIB[9]. The average degree of saturation estimated for these phases was approximately 42% (Refer to Table 5.9 of the Soler Report).

- From January to June 2018, APTIM measured leachate levels at 116 LFG wells Phases in I, II, and IIIA[10]. The average degree of saturation estimated for these phases was approximately 57% (Refer to Table 5.10 of the Soler Report).

- From July to December 2018, APTIM measured leachate levels at 216 LFG wells in Phases I, II, IIIA, IIIB, and IVA[11]. The average degree of saturation estimated for these phases was approximately 42% (Refer to Table 5.11 of the Soler Report).

- During the first quarter of 2019, APTIM measured leachate levels at 230 LFG wells in Phases I, II, IIIA, IIIB, and IVA[12]. The average degree of saturation estimated for these phases was approximately 42% (Refer to Table 5.12 of the Soler Report).

Since 2009, more than 1,600 leachate level measurements have been made in more than 240 LFG wells to determine the level of leachate saturation in the waste media. My initial report, which considered the APTIM 2018 and 2019 leachate level measurements, found that Phases I, II, IIIA, IIIB, and IVA were saturated with leachate, approximately 59%, 51%, 34%, 34% and 51%, respectively.

Mr. Stutz states that leachate levels in a gas well do not indicate the height of pooled leachate from the bottom of the landfill, and that the wells serve as temporary collection points for the leachate as it moves downwards. For the JPL Site, this

---

[5]   CB&I, 2016a. Jefferson Parish Leachate Levels. February. APTIM-0130902
[6]   CB&I, 2016b. *Jefferson Parish Leachate Levels*. March 11. APTIM-0019757.
[7]   CB&I, 2016c. *Jefferson Parish Leachate Levels*. July 25. APTIM-0019756.
[8]   Carlson Environmental Consultants (CEC), 2018. Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana. August 15
[9]   Carlson Environmental Consultants (CEC), 2018. Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana. August 15
[10]   APTIM, 2018a. *2018 (1st half) liquid level report*. January – June.
[11]   APTIM, 2018b. *Jefferson Parish Landfill Liquid Levels, 2nd Semi-Annual 2018*. July - December.
[12]   APTIM, 2019. *Jefferson Parish Landfill Liquid Levels, 1st Quarter 2019*. January – March.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

assumption is incorrect and disregards the high leachate level measurements taken at hundreds of LFG wells since 2009, as outlined above.

**Figure 1** attached to this report depicts a typical LFG extraction well that penetrates both the waste layers and interim soil covers. LFG extraction wells are constructed with a solid pipe in the upper portion of the landfill media followed by a well screen (e.g., perforated or slotted pipes). The well screen extends to the bottom of the well, which typically maintains a separation of more than 10 feet from the bottom liner of the landfill. The well screen is placed within the borehole and surrounded by permeable sand or rock, which hydraulically connects all waste layers between the interim soil covers. There are more than 240 LFG extraction wells at the JPL Site that have breached and are therefore hydraulically connected the interim cover layers or any other confining layer with the waste layers. Because of this hydraulic connectivity, it is abundantly clear that leachate measured in the gas wells is representative of saturated leachate mound elevations generated within the landfill media. The LFG well is then similar to a groundwater monitoring well with a screen that penetrates different hydraulic units and measures groundwater levels.  Because vertical extraction wells cannot achieve LFG collection below leachate levels, high leachate levels have minimized the extraction of landfill gas, which has dramatically impacted LFG collection efficiencies.

It should be noted that all phases of the Jefferson Parish Landfill have individual leachate collection systems, consisting of perforated pipes located above the bottom of the landfill. Collected leachate is then removed from landfill cells by pumps and transported to the Jefferson Parish Bridge City Wastewater Treatment Plant. At the JPL Site, leachate is pumped from numerous risers within or around each waste mound into a common header system and then routed via pipeline to the treatment plant. The leachate collection system was designed to avoid liquid accumulation above the bottom of the landfill. However, as previously indicated in my initial report, during the period between 2016 and 2019, numerous inspection reports indicated that leachate pumps were not operating for long periods of time, clearly revealing deficiencies in leachate collection that allowed significant leachate mounds to be generated in all of the landfill phases. Consultants working at the JPL Site for the Parish have also documented this condition and recommended rehabilitating both the leachate and the LFG extraction system, as extensively documented in my initial report.

Because of high leachate levels, numerous pneumatic pumps have been installed within the LFG wells to extract leachate. It is clear that these pneumatic pumps were not part of the original leachate collection system; they were subsequently installed to vertically withdraw leachate that is saturated within the landfill media. **Figure 2** illustrates a typical dual LFG and leachate extraction well under pumping conditions. As shown in this figure, the extraction of leachate within the LFG well improves LFG extraction as more well screen is available for the additional unsaturated zone that is created by the leachate pumps. In conclusion, I reiterate that leachate levels in LFG wells represent the level of leachate saturation within the waste media.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

## 3.2        Radius of Influence (ROI) and Zones of Capture

As presented in this section, contrary to the opinions offered by some defense experts, I reiterate that the ROIs and zones of capture at the JPL Site have been drastically reduced by the presence of high leachate levels, which are defined as the level of saturation in my initial report.

Ideally, LFG collection systems should be designed and operated around a simple principle: the rate at which LFG is extracted should match, as closely as possible, the rate at which LFG is generated.

The ROI refers to the horizontal area, extending outward from a vertical LFG extraction well, within which the induced vacuum pressure is greater than zero. **Figure 3** attached to this report shows a schematic for a zone of LFG capture, which could also be simply defined as a radius of horizontal influence created by an LFG extraction well in a dry landfill.

The ROI for an extraction well is largely a function of the unsaturated coefficient of gas permeability in the media. Given a constant vacuum pressure applied at the wellhead, the radius of influence reaches greater distances where there is higher LFG permeability in the landfill. With a larger ROI, more waste volume contributes to the LFG flow, flow which can then be evacuated through the extraction well. In general, the magnitude and extent of the ROI depends on: (a) the properties of the landfill media, such as permeability to allow LFG flow and the water content of the media; (b) the degree of waste biodegradation and LFG generation; (c) well configuration (depth, diameter, screen length, etc.); and (d) vacuum pressure applied at the wellhead. As (a) and (b) are site-specific factors that are not constant over space and time, establishing a reliable ROI for specific LFG wells would require site-specific field testing.

In designing an LFG collection system, imposed vacuum pressure at the wellheads, and the well depth, play an essential role in the operation, performance, and efficiency of the system. Each one of these parameters needs to be carefully adjusted and calibrated in relation to the entire system. For example, vacuum pressures cannot be so high that they will draw air into the landfill, thereby creating risks of landfill fires. The ROI, therefore, becomes one of the most important parameters to consider when designing an LFG collection system.

According to Golder, the "*vertical wells at Phase IV were designed to achieve a theoretical radius of influence (ROI) of 100 feet […] consistent with the existing GCCS designed for Phases IIIA and IIIB*" "*with a target design LFG extraction vacuum of about 12 inches of water column*."[13] The LFG extraction wells were designed to a minimum and maximum depth of approximately 28 feet and 64 feet, respectively.

With the presence of high leachate levels, the zone of capture and ROIs are drastically reduced, as illustrated in **Figure 4** attached to this report.  **Figure 4** is a schematic of

---

[13]    Golder Associates, 2017. *Landfill Gas Collection and Control Plan, Jefferson Parish Sanitary Landfill, Phase IVA.* January.

a zone of LFG capture created by an LFG extraction well when inundated with leachate. The blocked screen cannot recover gas due to the high level of liquid; therefore, the zone of gas capture and radius of influence are significantly reduced.

As presented in my initial report, CEC, a consulting firm working in the JPL Site prepared the collection wellfield layout showing the capture zone areas for two conditions: (1) assuming that the landfill was dry; and (2) reflecting actual measured leachate levels, which partly saturated the landfill, impeding the collection of LFG. Although the analysis made some simplistic assumptions regarding the extent of the ROI, it was helpful in demonstrating the impact of the high leachate levels on LFG collection coverage. Comparing **Figure 3** and **Figure 4**, it is evident that the reduction of horizontal ROIs between dry and wet conditions is definitely less severe than the reduction in volume for the zones of capture between dry and wet conditions.  It should be noted that collection efficiencies were estimated using the areal extent of the capture zone and not using the volumes of the capture zones within the waste media.

**Figure 5,** attached to this report, shows two cross-sections of zones of capture with their respective layouts. Unlike what exists at the JPL Site, a landfill gas collection system that is properly designed, constructed, operated, and maintained will ensure that the vertical extraction wells are spaced such that the aggregate radius of influence or capture zone for all individual wells will provide complete coverage of the landfill surface (i.e., that no LFG escapes to the ambient air through the landfill surface). Since the capture zones are modeled as roughly vertical cylinders, the ROIs need to overlap in order to achieve complete coverage, as conceptually shown on the left of Figure 5. The LFG extraction system at JPL Site does not conform to this standard, as shown on the right of **Figure 5**. It should be noted that **Figure 5** shows the zones of capture under dry conditions. **Figure 6,** attached to this report, illustrates the zone of capture coverage under wet conditions.

In conclusion, I reiterate that the ROIs and zones of capture at the JPL Site have been drastically reduced by the presence of high leachate levels, which are defined as the level of saturation in my initial report.

### 3.3    LFG Collection Efficiencies

Contrary to opinions offered in some Rebuttal Reports, I reaffirm that the method used to estimate collection efficiencies at the JPL Site is reasonable given the saturated conditions of the landfill.

Collection efficiencies, including ROIs and landfill gas generation, could be more accurately determined by performing site-specific field tests for the LFG wellfield, such as those established in Tier 3 of NSPS Rules (Method 2E)[14]. Field tests generally involve the installation of recovery wells and LFG monitoring probes. LFG probes can be located and constructed in such a manner that they can be incorporated later into

---

[14]    EPA - 450/3-90-011a, Air Emissions from Municipal Solid Waste Landfills - Background Information for Proposed Standards and Guidelines, March 1991 USEPA

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

an actual LFG collection system. Generally, field tests are divided into three main parts: (a) static testing; (b) short-term step-up testing; and (c) long-term testing. During the initial phase, baseline pressure gradients are defined. A short-term test is then performed to determine the maximum vacuum that can be applied to the wells without allowing air to infiltrate into the landfill. Long-term testing is used to define the maximum sustained vacuum that can be induced to the landfill media. Field test results are then used to design LFG collection systems by defining LFG well spacing, allowable vacuum rates, and well configuration (depth, diameter, and screen length) for each landfill area.  These field tests are also used to estimate gas generation rates, including k and Lo, if first-order kinetic models are used.  There are other field tests that can also be used to determine LFG collection efficiencies.

Collection efficiencies could have been assumed from default values established by guidance documents for conventional landfills if the landfill was not partly saturated with leachate. Mr. Stutz suggests that other methods could have been used, such as flux chamber testing, infrared laser measurements, and air dispersion modeling.  I agree that the coverage from the ROIs and zones of capture, which defines the areal coverage of the LFG extraction system, is just one factor in estimating collection efficiencies.  However, because the LFG zones of capture were significantly impacted due to high leachate levels, the CEC method of using ROIs to determine collection efficiency was definitely the best method available. Once again, the JPL Site is not a conventional landfill but a wet landfill where conventional methods may not be applicable or reliable.

In conclusion, I reaffirm that the method used to estimate collection efficiencies at the JPL Site, extensively explained in my initial report, is reasonable given the saturated conditions of the landfill.

## 3.4        Selection of the LandGEM Model

As explained in this section and in my initial report, I reaffirm that the selection of the LandGEM model to estimate gas generation at the JPL Site was appropriate.

One of the difficulties in predicting LFG generation rates is defining how fast the MSW biodegrades and how much of it biodegrades.  MSW consists of many constituents, encompassing a broad range of biodegradability.  To better estimate the overall biodegrability of MSW, the biodegradable organics are subdivided into different categories.  For the purpose of estimating LFG generation rates, some methods subdivide MSW into rapidly decomposable, moderately decomposable, and slowly decomposable materials.  Rapidly Biodegradable Materials mainly includes food waste and portions of yard waste.  Moderately Biodegradable Materials mainly consists of paper and wood.  Slowly Biodegradable Materials mainly includes textiles, metal, and plastic. Other inert wastes are considered Non-Biodegradable Materials (NBM).

The prediction of LFG generation rates over time is complex due to the heterogeneity of the waste media and due to the many environmental, biochemical, and physical parameters that enhance or inhibit biodegradation.  Some models attempt to predict LFG generation rates by a complex sum of mathematical functions that are believed to represent the individual kinetics of the physicochemical processes occurring during the

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

decomposition of waste.  These models are seldom applied in practice because specific information on the heterogeneous nature of the waste media cannot be easily measured or characterized.  In practice, the prediction of LFG rates has been simplified by the use of models where LFG generation rates are given as a simple empirical function with an overall kinetic parameter that affects the time of biodegradation of the waste placed in a landfill over time.

Specifically, biodegradation processes can be described as kinetic equations involving the mass which is being degraded as follows:

$$\frac{dM_r}{dt} = -k \, M_r^{\,n}$$

here $t$ is time; $k$ is a constant having units of inverse time (e.g. 1/year), commonly referred to as the kinetic constant; $M_r$ is the remaining mass of after time t; and n is the exponent that defines the order of the model.

• If n equals zero, the model is then called a "zero order kinetic model."  Although zero order kinetic models have been used to evaluate gas generation rates, the assumption that the generation remains constant without considerations of waste age or type has fundamental complications when evaluating actual gas rates.

• If n equals one, then the model is referred to as a "first order kinetic model."  Most of the commonly used equations to estimate the generation of LFG take the form of the first-order kinetic models; this approach assumes that the heterotrophic anaerobic organisms in landfills should behave in the same way as in models describing the growth kinetics of bacterial populations.

• If n equals two, the model is referred to as a "second order kinetic model."  There are only a few second order kinetic models that have been proposed for estimating gas generation rates.  These models attempt to describe complex reactions during the biodegradation of the waste and are rarely used for practical applications.

As many of the experts indicate, determination of input parameters such as k and Lo ideally would be based on extensive site-specific information, which was not available for the JPL Site.  Specifically, the selection of gas generation input parameters, ROIs, and gas generation rates can be adjusted after the performance of pilot field tests (also known as vacuum or LFG pump tests) or during the operation of the landfill collection system.  In fact, the USEPA recommends that landfill operators implement a gas recovery test, specified as Method 2E (Tier 3 of the NSPS rules) if more detailed site-specific emission estimates are sought.

The Golder Model is tailored to account for variability in the waste stream composition, conditions of the landfill, and biodegradability over time on an annual basis.  This model, like many other multiphase models, allows for a more detailed analysis if the necessary input data has been obtained from site-specific studies and testing.  At the JPL Site, this information does not exist, so implementing the model with unknown input data would result in additional uncertainty.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

As indicated in my initial report, there are many models available to estimate gas generation, varying in their levels of sophistication and in the degree of site-specific information that is required. For applications such as the Golder Model, which require more site-specific information than was available for the JPL Site.  Absence of such information requires that additional assumptions be made, which may lead to more inaccurate results than those obtained from less complex models.

The LandGEM model was used not only because it is the selected USEPA model, which has been extensively used and accepted in the US and incorporated in USEPA regulations to define levels of compliance regarding the NSPS rules, but also because site-specific measurements or testing was not available for actual waste composition and site-specific landfill gas generation. In practice, variation of the initial estimates using models can be adjusted after the performance of pilot field tests (also known as vacuum or LFG pump tests) or during the operation of the landfill gas collection system.  However, no site-specific information was available to adjust the LandGEM model or any other model.

In addition, the LandGEM model was specifically used by other consultants for the JPL Site to estimate the amount of LFG not being collected by the site LFG extraction system, and to rehabilitate or redesign the LFG extraction system for all phases of the landfill.

The LandGEM model and other first-order kinetic models have been extensively used worldwide to estimate landfill emissions.  Specifically, there are currently more than 1,000 landfill projects registered under the protocols established by the United Nations Framework Convention on Climate Change (UNFCCC)[15].  In these projects, most, if not all, reductions of greenhouse gas emissions are associated with reducing LFG emissions from MSW landfills.  In these MSW landfills, LFG collection systems are designed, built, and operated under a strict methodology developed and/or approved by the United Nations.  During the design and approval phase of the projects, project developers and consultants have to predict the amount of methane emissions that will be avoided (carbon credits) by the collection and destruction of methane gas. In these projects, most, if not all, reductions of gas emissions are estimated using first-order kinetic models, such as and including the LandGEM model.  LFG generation and collection predictions are formally made and reported in a Project Design Document which is subjected to significant review by third-party independent and certified consultants before the project is approved by the UNFCCC.  After approval, the methane recovered by the LFG collection systems is monitored following strict quality assurance and quality control protocols defined by the UNFCCC.  After operating the LFG collection and control systems for a specified period, landfill owners obtain emission credit certificates that are proportional to the amount of methane recovered and controlled.

---

[15]   https://cdm.unfccc.int/about/index.html
      https://www.cdmpipeline.org

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

In addition, the US Army Corps of Engineers in its publication titled "Landfill Off-Gas Collection and Treatment Systems,"[16] recommends the use of the LandGEM model to estimate emissions from MSW landfills.

In conclusion, I reaffirm that the selection of the LandGEM model to estimate gas generation at the JPL Site was reasonable and appropriate.

### 3.5      Selection of Generation Model Parameters

In this section and in my initial report, I reaffirm that the generation parameters used in the LandGEM model runs to estimate gas generation are valid and reasonable.

The LandGEM model provides a range of default values for $L_0$ and k for conventional, arid (i.e., dry) and wet landfills and allows for user-defined site-specific values. According to the EPA[17], default values are defined "*based on requirements for municipal solid waste landfills laid out by the Clean Air Act (CAA)*" and "*based on emission factors in the U.S. Environmental Protection Agency's (EPA's) Compilation of Air Pollutant Emission Factors (AP-42).*" The AP-42 values are based on data collected from thousands of landfills across the United States[18].

As indicated in Section 5 of my initial report, based on USEPA's extensive compilation and evaluation of landfill emission factors from hundreds of landfills across the US, the LandGEM model provides a range of default values for $L_0$ and k for conventional, arid (i.e., dry), and wet landfills.  In their estimates of LFG generation, neither Golder nor CEC considered that the JPL Site is not a conventional landfill, but a landfill partly saturated with leachate where the time of biodegradation is significantly faster, as indicated in the USEPA guidance documents for wet landfills[19].

The USEPA[20] investigated landfill gas collection from wet landfill cells to estimate first-order gas generation model parameters. Its evaluation included a literature review regarding landfill gas generation and modeling, identification of case studies, and statistical comparisons of predicted and actual gas collection. The EPA determined that wet cells produce more gas at a faster rate than conventional landfills and defined k and $L_0$ values for three full-scale wet landfills where waste was placed over many years: (a) 0.21 $yr^{-1}$ for a landfill with leachate recirculation; (b) 0.11 $yr^{-1}$ for a landfill where wetting occurred due to groundwater inflow from an unconfined aquifer; and (c) 0.12 $yr^{-1}$ for a landfill with leachate recirculation and a sandy soil cover. The EPA also estimated mean and 95% confidence k and $L_0$ values for a set of landfills with short-term waste placement and long-term gas collection data using mixed-effects

---

[16]   USACE 2008, "Landfill Off-Gas Collection and Treatment Systems," Engineering and Design Manual, EM 1110-1-4016, May 2008.

[17]   USEPA, 2005a. *Landfill Gas Emission Model (LandGEM) Version 3.02 User's Guide*. May

[18]   USEPA, 1997. *Emission Factor Documentation for AP-42 Section 2.4 Municipal Solid Waste Landfills Revised*. August

[19]   USEPA, 2005b. *First-Order Kinetic Gas Generation Model Parameters for Wet Landfills*. June

[20]   USEPA, 2005b. *First-Order Kinetic Gas Generation Model Parameters for Wet Landfills*. June

model regression followed by bootstrap analysis. The mean and 95% confidence interval k value were 0.28 $yr^{-1}$.

Substantial leachate saturation problems have historically been recognized and documented at the JPL Site, as discussed above and in my initial report. Considering that the JPL Site is significantly saturated with liquids, where leachate levels above the landfill's bottom liner are between 34% and 59% of the landfill height, the JPL Site was considered analogous to the full-scale wet landfill studied by the EPA, where wetting occurred due to groundwater inflow from an unconfined aquifer. Therefore, I concluded that a k value of 0.11 $yr^{-1}$ is appropriate to use as an input for the LandGEM model used to calculate LFG generation at the JPL Site. I have also concluded that for purposes of modeling LFG at the Jefferson Parish Landfill using LandGEM, it is appropriate to apply the $L_o$ value that the EPA has recommended for wet landfills, which is 96 $m^3$/Mg. I reaffirm that the generation parameters used in the LandGEM model runs to estimate gas generation are valid and reasonable.

### 3.6    Migration of LFG in the Subsurface Media and Emissions

LFG is generated, transported within the waste media, and captured by a collection system or emitted to the atmosphere by different means which are site-specific.  The characterization and quantification of area and point source emissions at the JPL Site depend on these factors, which I explain below.

LFG generated within a containment system can migrate vertically to the atmosphere or laterally to preferential pathways and surrounding subsurface media.  Numerous studies have been performed to determine the mechanisms that result in gas generation and transport in landfills. In general, LFG can be transported by advection, diffusion, or displacement. Depending on subsurface conditions of the landfill and surrounding soil media, LFG will tend to find preferential migration pathways. As LFG is generated by microbial activity and as pressure increases, it seeks areas that offer less resistance to movement in an upward and/or outward direction.

In general, for LFG to migrate either vertically or horizontally, it needs to build up enough pressure to overcome the barometric pressure, capillary pressure of the landfill media and soil covers, and, if below leachate levels, the hydrostatic pressure imposed by leachate saturated landfill media.  LFG will migrate horizontally until it finds an area of less resistance where it can migrate vertically.  This could be the case for the capped areas in Phase IIIB and IVA, where LFG generated in these areas could migrate horizontally to the active area in Phase IVA, where LFG could be easily emitted vertically.

Saturated conditions within a landfill may result from either the placement of waste below the groundwater table (i.e., groundwater levels above the base of the landfill) or from accumulation of leachate above the landfill liner system (e.g., the leachate generation rate exceeds the leachate extraction rate).  In landfills, the generation and movement of leachate and gases are intimately related to one another so that one process cannot be separated from the other. Because typical gas systems, such as vertical LFG wells, can only collect gases from the unsaturated portion of the landfill, if

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

leachate is not extracted from most of the waste media, it will be almost impossible for the wells to efficiently collect landfill gases.

It is generally assumed that LFG migrates vertically from the generation source. However, below water-saturated soils, landfill gas needs to build up enough pressure to overcome the capillary and hydrostatic pressure of the upper wet soil media.  If the capillary pressure and hydrostatic pressures are greater than those exerted by the lateral soils surrounding the landfill unit or by preferential pathways, landfill gas will migrate horizontally and be emitted along conveyance pipelines, leachate risers, and condensate risers, among other point sources.  Under these conditions, the horizontal permeability is greater than the vertical permeability of the soils, and landfill gas can migrate a considerable distance and at different depths until the gas reaches equilibrium or until it discharges to the atmosphere.

As previously discussed, landfill gases generated within the waste media and not captured by the LFG extraction system are considered fugitive emissions. Given the deficient conditions of the LFG extraction system, which was documented by numerous inspection reports and violation notices issued by LDEQ, many potential point sources of gas emission have been identified at the JPL Site. These include:

- Gas emissions from the liquid waste solidification process areas;

- Point source gas emissions from defective LFG extraction wells and conveyance pipelines;

- Point source gas emissions from leachate and condensate risers; and

- Gas emissions from leachate evaporation.

Point source gas emissions (e.g., from damaged or missing LFG collection system well heads, open manholes or risers, conveyance lines) and emissions from leachate evaporation unquestionably occurred and contributed to total JPL emissions. However, I did not reach a conclusion concerning the quantity of emissions from these sources, due primarily to the lack of continuity of these emissions over time and locations.  As a consequence of not being able to reliably characterize and quantify these emissions, I decided to consider all LFG emissions as area sources.  In a way, I used area sources as a surrogate for emissions that are actually occurring as point sources and area sources.  As the estimate of total LFG to be emitted remains constant, mass balance is conserved with the representation of emissions only occurring as area sources.  This assumption has little or no impact in evaluating receptors located a significant distance from the assumed emission sources.  Further, variations in the extent of area where it is assumed that LFG is emitted will not significantly affect the evaluation of receptors located far away, as LFG estimated to be emitted remains constant, and mass balance is preserved.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

### 3.7      Attenuation Analysis by Soil Covers[21] [22]

### 3.7.1   Soil Covers in Phase IVA

Some defense experts stated that soil covers in Phase IVA allegedly mostly consisted of clay.  In this section, I present a brief summary of site documentation which indicates the type and conditions of the soil covers that were used in Phase IVA.

Phase IVA has been the active landfill area since 2013.  From October 2016 until July 2018, solidification activities, including the stabilization of liquid waste and sludge using spent lime, were performed in this area.  According to the 2019 Solid Waste Permit Application, permitted daily covers included either clean silty or sandy clay soils placed with a minimum thickness of 6 inches, portable synthetic daily cover (PSDC), spray-applied alternative daily cover systems, or tarp systems.  Permitted interim covers, required on operating areas not receiving waste for a period of 60 days or longer, included silty clays compacted to a minimum thickness of two feet.  Areas receiving waste within 60 days are permitted to be covered by one foot of clean silty or sandy clay soils.

A review of inspection reports, notices of violations, and other landfill documentation reveals serious operational deficiencies in complying with the requirements established for permitted covers in Phase IVA.  The following list provides a description of some of these deficiencies:

- December 14, 2017. Ref: solidification pit cover[23]

    In an email dated December 14, 2017, from Landfill Engineer Joseph (Rick) Buller to Rickie Falgoust (landfill Manger), Dawn Thibodaux, Laura Eschette, and Richard Mayer; Rick Buller writes "*The attached photo of the solidification pit cover taken on Dec. 8 shows a broken or missing hatch on one of the covers. This needs to be replaced. The pit must be completely covered every night. If the cover is missing a hatch, missing the skirt, or otherwise damaged such that the pit is not completely contained, then the cover needs to be replaced. This had apparently been the condition for several days.*"

- April 19, 2018. Ref: Notice of Potential Liquidated Damages for Inadequate Daily Cover Jefferson Parish Sanitary Landfill[24]

    On April 19, 2018, Rick Buller, wrote a letter to Rickie Falgoust indicating that Jefferson Parish's inspection of daily cover at the Jefferson Parish Landfill on April 18, 2018 noted an area of approximately ¼ acre without daily cover. In addition, there were "*insufficient tarps available for deployment and soil stockpiles were not positioned to be pushed over the working face completely.*" The justification for the deficiency stated "*all tarps were damaged in fire a few nights ago. New tarps need to be made…There was not enough*

---

[21]   McBride, M B., 1994. Environmental Chemistry of Soil. Oxford University Press.

[22]   Sposito, G.S., 1989. The Chemistry of Soils. Oxford University Press.

[23]    WC_JPLF_00267680

[24]    WC_JPLF_00268181

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

> *mulch to properly cover both the tipping area and half of the working face to be satisfactory."*

- April 27, 2018. Ref: Compliance Order Enforcement Tracking No. SE-C-18-00372 Agency Interest No. 6961[25] & 20180507 LDEQ Cover Inspection Report Doc 11116044[26].

  On or about April 27, 2018 and April 30, 2018, the LDEQ conducted inspections at the Jefferson Parish Landfill and noted insufficient daily cover for the entire open working face and, therefore, in violation of Part II, Section 521.E.4.a of the Solid Waste Permit Application and LAC 33:VII.711.B.2.a, in violation of Conditions 7 & 8 of Standard Permit P-0297R1, LAC 33:VII.711.B.2.f and LAC 33:VII.901.A. Prior to being uncovered for the day, there were areas of exposed waste without tarps near the tipping area, in addition to a portion of the working face that had exposed waste without adequate cover.

- May 14-18, 2018. Ref: Landfill Gas Assessment for the Jefferson Parish Landfill. Prepared by CEC, August 2018[27].

  During CEC's weeklong assessment from May 14 through 18, 2018, "*holes in the soil cover system, holes in the final geosynthetic system cap, cut and capped HDPE lines without burial, and various other repairs and partially completed projects were observed.*"

- June 22, 2018. Ref: Email: daily cover Friday 6-22-18[28]

  Rick Buller sent an email to Brett O'Connor stating that "*the daily cover today was good on the working face- half soil/ half tarps. Some of the tarps are tearing and need to be replaced, but still OK for now.*" He then proceeded to state that the crew neglected to scrap all garbage into the working face and spread C&D over the tipping area before spraying. Per his email, it appeared that the C&D was not covered overnight, but rather there was a mixture of garbage and C&D. Additional issues referenced in the email included: "*the haul road wasn't cleared of spilled garbage, both on the road and alongside,*" and "*the lower level working face from Wednesday was covered in the dark. In the day-light, some uncovered garbage can be seen along the edges.*"

  Buller went on to state that "*a material like the Quick Spray meets the intention and minimum criteria of the regulations, but only when it's applied properly and in sufficient quantity for the area. And if the tipping area has a lot of garbage, then it is really an extension of the working face. I don't think today's cover met the intentions of the regulations.*"

---

[25]   LDEQ Compliance Order, 2018. Enforcement Tracking No. SE-C-18-00372. June 22.

[26]   LDEQ Cover Inspection Report, 2018. Doc 11116044. May 7.

[27]   Carlson Environmental Consultants (CEC), 2018. *Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana*. August 15.

[28]   WC_JPLF_00270123

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

- <u>July 29, 2018</u>. Ref: JPSLF Daily Cover Photos[29]

  Photos show daily cover in Phase IVA consisting of sandy soils with rocks and debris in one area and tarps partially covering another area (**Appendix A** of this report).

- <u>August 1, 2018</u>. Ref: JPSLF Daily Cover Photos[30]

  Photos show daily cover in Phase IVA consisting of wet cohesive soils with some debris in one area and tarps partially covering another small area (**Appendix A** of this report).

- <u>August 3, 2018</u>. Ref: JPSLF Daily Cover Photos[31]

  Photos show daily cover in Phase IVA consisting of wet cohesive soils in one area and tarps partially covering another small area (**Appendix A** of this report).

- <u>August 6, 2018</u>. Ref: Progress/ Status Report – Jefferson Parish Landfill Repairs / Improvements[32]

  The August 6, 2018 Progress/ Status Report identified "*3 areas where gas was seeping through desiccated soil cover in active areas of Ph 4A. This may be a source of odors on-site. Areas marked with stakes. Louisiana Regional Landfill Company (LRLC) hauling soil to areas and will spread and compact.*"

- <u>October 10, 2018</u>. Ref: DEQ Cover Compliance Inspection Report[33]

  On October 10, 2018, the LDEQ performed a Partial Compliance Evaluation inspection at the Jefferson Parish Landfill. The working face and tipping area were observed prior to being uncovered for the day. The inspectors noted that the area near the top of the working face was not adequately covered, and there was "exposed waste observed between the sloped area and the roadway in the cell". Therefore, the facility failed to comply with LAC 33: VII.711.B.2.a as required by Part II, 521.E.4.a of the Solid Waste Permit Application, in violation of Condition 8 of Standard Permit P-02971R1 and LAC 33:VII.711.B.2.f.

  In this report, photos show exposed waste and deficient tarp coverage leaving a portion of the working phase exposed (**Appendix A** of this report).

- <u>October 10, 2018</u>.  Ref: Letter from LDEQ - Notice of Potential Penalty Re Compliance Order SE-C-18-00372[34]

---

[29]   JP_JPLF_0014453

[30]   JP_JPLF_0014472

[31]   JP_JPLF_0014475

[32]   Progress/ Status Report- Jefferson Parish Landfill Repairs/ Improvements, 2018. August 6.

[33]   JP_JPLF_0013356

[34]   JP_JPLF_0013524

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

On October 10, 2018, the LDEQ performed an inspection of the Jefferson Parish Landfill and noted the insufficient daily cover. "*Exposed wastes were observed in the working face in areas where tarps were in place but were not overlapped completely or not pulled completely to the top of the slope of the working face leaving wastes exposed.*"

- <u>October 15, 2018.</u>  Progress/ Status Report – Jefferson Parish Landfill Repairs / Improvements[35]

  From LRLC Daily Activities: "*Daily cover was monitored at closing by Jefferson Parish inspectors. There was a problem with insufficient cover on the night of Oct. 9, which was brought to the attention of the contractor, and addressed by LRLC within 24 hours.*"

- <u>November 11, 2018</u>. Ref: JPSLF Daily Cover Photos 11-11-2018[36]

  Photos show daily cover consisting of wet and dry cohesive soils with trace debris not uniformly placed, affecting surface runoff drainage that creates ponding. (**Appendix A** of this report).

- <u>November 26, 2018.</u> Ref: Progress/ Status Report – Jefferson Parish Landfill Repairs / Improvements[37]

  From PPM Consultant Team Activities section: "*Recommended waste connections staff to cover exposed garbage with on-site available clayey soil.*"

- <u>December 3, 2018</u>. Ref: Phase 4A Intermediate Cover Thickness Verification Jefferson Parish Landfill[38]

  On December 3, 2018, Matt Crockett from the Louisiana Regional Landfill Company (LFLC) informed Mike Lockwood, Jefferson Parish Department of Environmental Affairs, that LRLC performed an intermediate cover thickness verification in Phase IVA (Cells 20, 21, and 22). One probe was installed per acre, resulting in 44 locations investigated. The results showed that 30 locations had less than the required interim cover thickness (24 in), and the cover material consisted of gray/brown/black clay. It was estimated that an additional 22,000 cubic yards of soil cover material was required.

- <u>December 10, 2018. Ref:</u> Progress/ Status Report – Jefferson Parish Landfill Repairs / Improvements[39]

  The December 10, 2018 Progress/ Status Report Landfill Operations section, states "*additional cover for the 3B area will be installed in early January 2019. An estimated 22,000 cubic yards of clayey soil will be utilized from onsite*

---

[35]  Progress/ Status Report- Jefferson Parish Landfill Repairs/ Improvements, 2018. October 15.

[36]  WC_JPLF_00252551

[37]  Progress/ Status Report- Jefferson Parish Landfill Repairs/ Improvements, 2018. November 26.

[38]  WC_JPLF_00278210

[39]  Progress/ Status Report- Jefferson Parish Landfill Repairs/ Improvements, 2018. December 10.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

> borrow pits. The clay cap installation will address erosional surfaces and prevent potential leachate breakout."

- <u>March 11, 2019</u>. Ref: Consolidated Compliance Order & Notice of Potential Penalty Enforcement Tracking No. MM-CN-19-00026 Agency Interest No. 6961[40]

  On March 11, 2019, the Jefferson Parish Government sent a consolidated compliance order and notice of potential penalty, which noted that on February 21, 2019, there was insufficient daily cover on the entire working face in accordance with Part II, Section 521.E.4.a of the Solid Waste Permit Application and LAC 33:VII.711.B.2.a, in violation of Conditions 7 & 8 of Standard Permit P-0297R1, LAC 33:VII.711.B.2.f and LAC 33:VII.901.A. The notice also stated that "*prior to being uncovered for the day, exposed waste was observed in the northwest corner of the working face that was not covered with tarps.*"

- <u>March 21, 2019</u>. Ref: JPSLF Daily Cover Photos[41]

  Photos show daily cover with a tarp that is not fully covering waste in the active area (**Appendix A** of this report).

- <u>April 8, 2019</u>. Ref: Progress/ Status Report – Jefferson Parish Landfill Repairs / Improvements[42]

  The April 8, 2019 Progress/ Status Report stated that "*PPM helped to coordinate repairs to the cover around gas extraction wells in Phase 1 & 2.*"

- <u>September 12, 2019</u>. Ref: Interim Cover Thickness Investigation Cells 20 -22[43]

  Mr. Johnny Cortez, Operator for Waste Connections, stated that the crew worked until approximately 10:00 p.m. the night before and had difficulties placing the cover due to heavy rainfall.

- <u>December 2, 2020</u>. Joseph Buller, Deposition- December 2, 2020[44]

  On December 2, 2020, Rick Buller who was a former landfill engineer at the Jefferson Parish Landfill, was deposed and questioned about landfill daily cover procedures. In his deposition, Buller stated "*daily cover is a six-inches thick layer of soil. So it's not a – it's not a permanent cover, if you will. It is a measure just for temporary controls.*" When asked about seeps occurring in the interim cover of Phase IVA, Buller responded by saying, "*after a certain number of days, without additional waste being deposited on the daily cover, the 12-inch layer of interim soil cover needs to be applied. But what happened, sometimes if we get a dry period, that soil can start to dry out,*

---

[40]   WC_JPLF_00277986

[41]   JP_JPLF_0013793

[42]   Progress/ Status Report- Jefferson Parish Landfill Repairs/ Improvements, 2019. April 8.

[43]   JP_JPLF_0012996.pdf

[44]   Deposition of Joseph "Rick" Buller, Jr, Ictech-Bendick v Progressive Waste, December 02, 2020.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

*then little cracks can appear and eventually the gas can start seeping through it.*" He stated that this was occurring at Phase IVA.

Buller was asked about an email dated July 15, 2018 (WC_JPLF_00271080) sent by Buller to Mr. Falgoust in which Buller stated that the daily landfill cover was deficient. In the email chain, Mr. Falgoust stated that <u>sand and limestone</u> were used for daily cover. However, Buller explains in his deposition that sand and limestone are too porous and allow gases and odors to "*percolate through it.*" He adds that clay is the preferred material since it will prevent the escape of gases, if applied properly. In the email Buller also addressed the alternate daily cover spray approved by the LDEQ that was occasionally used. Buller explained that the spray, "*a material that mixes with water and is sprayed through a hose and applies a thin but impermeable seal over the garbage.*" He confirmed that proper training was required in order to obtain proper coverage.

Based on the above documentation, not only clays but also sandy soils and soils with waste have been used as daily and interim covers in Phase IVA.  It is clear that the placement of these materials often was deficient or incomplete, and that, therefore, LFG emissions could not have been contained, as claimed by Mr. Stutz and Dr. Abichou.  As evidenced in some photographs in **Appendix A**, fat clays when used in Phase IVA appear very cohesive and with a high-water content.  Because of the low permeability and moisture content of fat clays, LFG would not likely flow through these materials and would most likely migrate laterally via the path of least resistance and escape through cracks, openings, or erosional rills to the atmosphere.

### 3.7.2    Evaluation of $H_2S$ Attenuation by Soil Covers in Phase IVA

It is stated in some of the defense reports that $H_2S$ emissions were attenuated by soil covers and that this attenuation was not considered in my initial report.  As explained in this section, $H_2S$ emissions were not likely to be attenuated by the daily and interim daily soil covers that were used in Phase IVA.

The Abichou Report and the Stutz Report state that I did not consider the soil's capacity to attenuate $H_2S$. As is well known, the mechanisms for $H_2S$ removal or attenuation in landfill cover soils could include physical, chemical, and biological processes.  As discussed below, however, I did consider this factor but believe attenuation of $H_2S$ emissions in Phase IVA was negligible because of the type, conditions, and placement of daily and interim daily covers which was explained in previous section.

Based on observation of the areas that I was able to make during my visit to the site, the materials being used for cover appeared to be largely sandy soils with some silt materials. This is consistent with testimony[45], that indicates sand and limestone were used as cover materials for some portions of the site at certain times. This condition is further documented in previous sections and **Appendix A** of this report.

---

[45]    Deposition of Joseph "Rick" Buller, Jr, Ictech-Bendick v Progressive Waste, December 02, 2020.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

According to Stutz, the permitted daily cover is either a minimum of 6 inches of silty/clayey soils or an approved alternative daily cover. Stutz reports that the clay soils used as cover are fat clays, which is a high plasticity clay that has low permeability when wet and is subject to cracking when dry. As it appears that both sands and fat clays were used in portions of Phase IVA, our response addresses potential H$_2$S attenuation by sand and the unique conditions created by the use of fat clays.

Comment: The Abichou Report states that "*various cover materials have been proposed to control H$_2$S emissions, such as the use of compost, wood chips, fine waste materials (construction and demolition fines, commercial and industrial fines, and crushed concrete), fly ash, bottom ash (wood ash, coal ash, and municipal solid waste incinerator ash), quicklime, hydrated lime, calcium carbonate materials and waste steel (Plaza et al., 2007; Xu et al., 2010a; Xu et al., 2010B; Solan et al., 2010)*." Further he indicates that "*the capacity of H$_2$S removal with cover materials can vary with physiochemical properties of the materials.*"

Response: The cover materials Abichou listed are not typically used as landfill cover and are not consistent with the daily or interim cover used at the site at Phase IVA, which consists not only of clay materials, but also of sandy soil with some silt materials. While the efficacy of the materials Abichou references in controlling H$_2$S emissions has not been independently evaluated, it is not appropriate to consider cover materials that are not used at the site. It is correct that potential H$_2$S removal can vary with physiochemical properties. Therefore, it is necessary to evaluate cover materials with physiochemical properties similar to those actually in use at the site and not materials identified in the literature as apparently "proposed to control" H$_2$S emissions. Because interim cover applied to Phase IVA consisted of sandy soils, it was determined that the attenuation of H$_2$S emissions would be negligible.

Comment: The Abichou Report cites a study by Smith et al. (1973) that he indicates "*reported very high sorption of hydrogen sulfide by six air-dried and moist soils in a laboratory study*." He also cites Smith et al. (1993) and seems to suggest that under natural conditions sulfide oxidation to sulfate would occur, which due to leaching and plant uptake, "*will more likely than not, make gas sorption sites available for additional adsorption.*"

Response: References for the Smith et al. (1973) and Smith et al. (1993) studies are not provided in the Abichou Report. Therefore, it is not possible to evaluate materials and methods used in the studies and determine whether the physiochemical properties of the soils tested bear any resemblance to the interim cover materials used at the site within the Phase IVA area. Further, it is not possible to determine whether the Smith et al. (1993) study actually evaluated sulfide oxidation to sulfate and whether this would result in additional sorption.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

In addition, the term "sorption" is necessarily general, as it can include non-specific and specific adsorption reactions[46], which vary in strength and reversibility. The type of sorption that occurs (i.e., specific or non-specific) is highly dependent on soil mineral types (clay mineralogy, presence of metal oxides), soil organic matter content, pH and redox conditions. Hydrogen sulfide is readily soluble in water and will dissociate in soil environments to HS- or $S^{2-}$ anions depending on pH[47]. In general, the sorption mechanism for such anions in sandy soils with low organic matter content is reasonably expected to be limited, non-specific (i.e., weak) and reversible.

Comment: Dr. Abichou indicates that it "*has been widely reported that $H_2S$ reacts with trace metals (MOx) in the soils to form black sulfide compounds (MSx)*" and "*soil removal of $H_2S$ was greatly enhanced when alkaline materials such as agricultural lime or hydrated lime were incorporated into the soil system.*" He further states that "*the addition of alkaline materials provides additional metals, and perhaps more importantly, increases the pH of the soil water solution, which in turn drives the reaction of dissolved $H_2S$ to $S^{2-}$, and finally to the metal sulfide mineral.*"

Response:  As there is no indication that agricultural lime or hydrated lime was incorporated into the daily landfill cover materials at the Phase IVA area, it is inaccurate and inappropriate to compare $H_2S$ reactions in limed soil environments —which in addition to increasing pH, typically result in higher calcium and magnesium contents in soils— to the un-limed conditions that exist at the site. While the addition of alkaline materials would provide additional cations for reaction with sulfide, this is not the current condition at the site. For un-limed sandy soil materials like those that are reportedly being used for daily cover at the site, the availability of cations for reaction with sulfide would be minimal.

Comment: Dr. Abichou makes several statements regarding biological degradation of $H_2S$ that warrant a response as summarized below.  Specifically, Dr. Abichou states that "*Instead of being removed by trace metals, $H_2S$ can be utilized by various microorganisms growing on compost or organic soils as an electron donor.*"

Response:  The daily cover used at the site is reportedly not compost nor organic soils. As the biological activity of microorganisms in compost and organic soils is expected to be substantially higher than in sandy materials, biological utilization of $H_2S$ in these media are not comparable.

Comment:  Dr. Abichou references a study that characterized the capacity of different materials to attenuate $H_2S$ from LFG generated from municipal solid waste landfills. The cover materials consisted of Florida Red Clay (a clayey soil common in North Florida), wood mulch, and compost. He then described the theoretical attenuation capacities of a two-foot-thick cover of each of the materials.

---

[46]   Sposito, G.S., 1989. The Chemistry of Soils. Oxford University Press.

[47]   McBride, M B., 1994. Environmental Chemistry of Soil. Oxford University Press.

Response: The materials Dr. Abichou describes would reasonably be expected to have substantially higher biological activity than the sandy materials that are reportedly used for daily cover at the site. Therefore, the comparison of the $H_2S$ attenuating capacity of these materials to potential $H_2S$ attenuation at the site is not meaningful.

Comment: Dr. Abichou describes evidence for the removal of $H_2S$ by landfill cover materials based on a study that he indicates is unpublished.

Response: As there is no way to verify the findings of this unpublished study, the $H_2S$ removal claims made by Abichou are unsubstantiated and cannot be evaluated.

Comment:  Dr. Abichou states that he was involved with a field scale study to evaluate $H_2S$ attenuation in a landfill which consisted of three separate test pads containing 1) six inches of daily cover, 2) six inches of daily cover overlain with one foot of mulch, and 3) 18 inches of soil. Landfill gas was continuously introduced under each test pad through a gas distribution layer. The $H_2S$ removal efficiencies of these materials were then reported.

Response:  Based on a review of the study, soil texture (silty loam) and certain physical properties (e.g., water content and saturated hydraulic conductivity) were determined for the materials used. However, crucial material characteristics and property information, such as the organic matter content of the soil, pH, and redox conditions, which are necessary to evaluate potential $H_2S$ removal, are not available. Therefore, the results of this study cannot be used as a basis for evaluating site-specific $H_2S$ emissions.

Comment:  Stutz Report indicates that the ability of landfill cover soils to reduce levels of $H_2S$ in landfill gas is widely accepted within the landfill engineering and regulatory communities and cites three studies as evidence. Stutz goes on to state that the clayey soils used for cover at the site are similar to those analyzed in the studies.

Response:  Stutz Report indicates that fat clays are used at the site. Based on a review of the studies Stutz references, however, there is no indication that the clays being evaluated included fat clays. As fat clays have certain unique properties, comparison of site covers to clays used in the referenced studies would not be meaningful. As Stutz indicates, "*given that soil covers are fat clays, exposed to temperature changes, direct sunlight, wind and stormwater, surficial cracks and/or erosional rills are common.*" He further states that "*given that interim and interim compacted covers have low permeability, entrained liquids in the waste can travel along buried soil covers and appear where a buried layer of daily or interim cover intercepts the slope of the active phase, as leachate seeps or breakouts.*" It is expected that because of the low permeability of fat clays, $H_2S$ would also travel via the path of least resistance and escape through cracks, openings, or erosional rills to the atmosphere and would not be attenuated.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

# 4.    RESPONSES TO STUTZ REPORT

i.    Stutz Opinion

*"Opinion 1: Soler failed to account for the effects of cover systems in his estimate of a JPLF emission rate, making that estimate unreliable. Principally, he failed to discount his estimated emission rate based on the containment and reduction of H2S by the landfill cover soils. This is a significant error that causes Soler to overestimate H2S emissions from the JPLF…*

*…In addition, cover soils create a barrier to contain the landfill gas which in turn induces landfill gas within the waste to pursue paths of least resistance—which in most cases will be toward a landfill gas extraction well. So even where landfill gas is near but outside a well's ROI, its preferential path may be to that well where the cover system is effectively acting to confine it…"* (Page ix of Stutz Report)

Soler Response

As explained below, I disagree with Mr. Stutz's conclusion that I have overestimated H2S emissions from Phase IVA.

Mr. Stutz states that the daily, interim, and final covers consist of soils that attenuate concentrations of H2S and that this attenuation was not considered in my initial report. It should be noted that LFG monitored and sampled from the gas wells has already travelled through the daily and interim covers and, therefore, the measured concentration of H2S from the gas wells already accounts for the attenuation effects of these covers.

The reduction in concentration through the interim or final cover does occur but at a level that is less significant than Mr. Stutz states. The significance of attenuation processes in Phase IVA is further discussed in **Section 3** of this report.

Contrary to Mr. Stutz's opinion, LFG generated outside the defined zone of capture for the LFG wells (areas defined by the ROIs) will not flow towards and be extracted by the LFG wells. If this were true, the zone of capture would, by definition, be larger, and there would not be a need to make sure that the zones of capture for all LFG wells overlap when designing an LFG extraction well field. LFG generated outside the well field's zone of capture is not collected by the LFG extraction system and flows outside the landfill through the path of least hydraulic resistance, which could be around or through defective covers or around conduits that transport LFG or leachate from the landfill to off-site areas.

ii.    Stutz Opinion

*"Opinion 2: Soler's failure to use any of the available surface measurements of H2S or methane—including measurements taken by Ramboll US Consulting, Inc. ("Ramboll") at the JPLF—to validate his emission rate estimates undermines the reliability of those estimates…*

26

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

*…The available surface emissions data strongly suggest that the JPLF did not have widespread excessive fugitive emissions."* (Page ix of Stutz Report)

Soler Response

I disagree with Mr. Stutz's opinion that not using surface measurements collected by Ramboll undermines the reliability of my emission estimates.

$H_2S$ measurements made during ground surface scanning and ambient air sampling were both considered, but these were not directly used because the measurements were taken in November of 2019, which was not during the time period when odor complaints were made.  Nevertheless, $H_2S$ measurements made inside the LFG wells were used because concentrations of LFG parameters within the landfill media are not expected to significantly change over time.

According to case documentation available to Ramboll, $H_2S$ concentrations have been measured by various landfill contractors at different times at Phase 4A, as summarized in my initial report.

It should be noted that surface $H_2S$ concentrations in the active area were not measured during Ramboll's field work due to safety concerns. Nonetheless, available information on $H_2S$ concentrations at Phase 4A, measured by JPL consultants during and after the solidification process, indicates that there were elevated fugitive emissions of $H_2S$ in this area.

iii.    Stutz Opinion

*"Opinion 3: Soler significantly underestimates the collection efficiency of the JPLF GCCS at 8% to 28%. Collection efficiency is an estimated percentage of how much of the total landfill gas generated is collected by the GCCS. Three environmental consultants—including CEC, on whom Soler relies heavily for other analyses—have separately estimated the collection efficiency of the JPLF at ranges from 37% to 60%—significantly higher than Soler's estimate…*

*.. Application of a method adopted by EPA and widely used in the solid waste management industry—the Solid Waste Industry of Climate Solutions ("SWICS") method for estimating landfill GCCS collection efficiency—results in an estimated collection efficiency of 85% to 88%. This is based on a conservative application of the SWICS' mid-range collection efficiency and on my own analysis of site-specific JPLF conditions. This estimate is much higher and more reliable than Soler's estimate of 8% to 28%."* (Page x of Stutz Report)

Soler Response

I disagree with Mr. Stutz's statement that I have underestimated the collection efficiencies at the JPL Site.

The collection efficiencies estimated by JPL Site consultants, including CEC and Golder, do not take into account the considerable number of LFG extractions wells that were impaired due to high leachate levels and were therefore severely compromised in their

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

ability to withdraw LFG. The 2017 Golder report provides three different collection efficiencies for Phase 3A, 3B, and 4A combined: baseline collection efficiency; LandGEM Model (AP-42 Defaults) Estimated Collection Efficiency; and LandGEM Model (Clean Air Act Defaults). The baseline collection efficiency range was approximately 60-69%, the LandGEM Model (AP-42 Defaults) range was approximately 48-58%, and the LandGEM Model (Clean Air Act Defaults) range was approximately 22-29%.  In the 2018 CEC Report, Exhibit 13 states the following collection efficiencies for each phase area: Phase I and II combined at 75%, Phase IIIA at 88%, Phase IIIB at 43%, Phase IVA at 19%, and Phase IVB at 10% (CEC 2018)[48]. According to a River Birch Report dated May 22, 2019, "*The Parish captures only 37.5% of the entire landfill's gas.*"

As explained in **Section 3** of this report, the zone of capture for wells affected by high leachate levels is significantly reduced, which considerably decreases collection efficiency.

In addition to high leachate levels, the LFG collection efficiency in active landfill areas is further reduced because sufficient LFG collection wells cannot be installed uniformly through the active area.  This is the case in the Phase 4A area where the solidification process that generated significant $H_2S$ emissions took place.

USEPA methods for estimating collection efficiencies are applicable for conventional landfills, which are not saturated by leachate mounds, as further explained in **Section 3** of this report.

iv.    Stutz Opinion

*"Opinion 4: Soler's estimation of landfill gas generation using LandGEM—and in particular his assumption regarding the appropriate decay rate constant (k = 0.11)—is premised on a fundamental misunderstanding of basic landfill engineering and fluid dynamics that significantly undermines the reliability of his landfill gas generation estimates. Soler assumes that the JPLF waste is so saturated with liquids that it is analogous to a landfill EPA studied that had been inundated with water from an underground aquifer—and for which EPA determined a LandGEM decay rate constant of k = 0.11 was appropriate.*

*Soler's assumption that the JPLF waste is highly saturated depends on the incorrect assumption that the depth of leachate above the landfill's bottom liner is indicated by the CEC May 2018 measurements of liquid height within various JPLF gas wells. Liquids in gas extraction wells are not the result of leachate pooling up from the bottom of the landfill, as was represented in the Soler report, but rather they are a temporary collection point as liquids move downwards."* (Page x of Stutz Report)

Soler Response

As explained below and in **Section 3** of this report, I disagree that selecting a decay rate of 0.11/year significantly undermines the reliability of my LFG generation estimates. It remains my opinion that selecting this decay rate provides a reasonable

---

[48]    Carlson Environmental Consultants (CEC), 2018. *Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana*. August 15

input to the LandGem model for purposes of estimating landfill gas emissions at the JP Landfill.

Leachate or liquid levels have been measured inside the gas wells by Shaw Environmental, CB&I, CEC, and APTIM between 2009 and 2019. Specifically, Shaw Environmental measured leachate levels in 2009 and 2012, CB&I in 2016, CEC in 2018, and APTIM in 2018 and 2019.

LFG wells are constructed with a solid pipe in the upper portion of the landfill media followed by a well screen (e.g., perforated or slotted pipes).  The upper solid pipe is placed within a borehole which is sealed with bentonite or other sealing materials to avoid water or air infiltration.  The length of this solid pipe ranges from approximately 10 to 15 feet.  The well screen extends to the bottom of the well, which typically maintains a separation of more than 10 feet from the bottom liner of the landfill.  The well screen is placed within the borehole and surrounded by permeable sand or rock, which hydraulically connects all waste layers between interim soil covers.

At the JPL Site, the length of the LFG wells ranges from approximately 12 feet to 60 feet, with the screens penetrating the landfill media ranging from approximately 5 feet to 43 feet. There are approximately 244 LFG wells at the JPL Site that have breached and are therefore hydraulically connected to the interim cover layers or any other confining layer within the landfill media. As explained in **Section 3** of this report, leachate measured in the gas wells is representative of saturated leachate mound elevations that are generated within the landfill media.

The fact that during the period between 2016 and 2018, numerous inspection reports indicated that leachate pumps were not operating for long periods of time clearly reveals that deficiencies in leachate collection has allowed the generation of a significant leachate mound in all landfill phases. If this was not the case, JPL Site consultants would not have installed numerous pneumatic pumps to extract leachate, reduce its levels, and allow gas extraction from the LFG gas wells. As further discussed in **Section 3** of this report, leachate levels measured at the LFG wells are not perched leachate or leachate flowing downwards within the well screen but a measure of leachate saturation within the landfill.  My interpretation of one of Mr. Stutz's cross sections is provided in **Figure 7** of this report.

Because of the degree of leachate saturation within the landfill media, Ramboll used USEPA guidance for wet landfills (USEPA 2005b)[49] to estimate the time decay rate constant k.  As explained in the Soler Repot and in **Section 3** of this report, a k value of 0.11 yr-1 was considered appropriate as an input for the LandGEM model used to estimate LFG generation at the JPL Site.  This value is much lower than 0.7 yr-1, the specified value in the LandGEM model for "Inventory Wet" landfill and lower than other k values reported in the USEPA guidance document.

---

[49]   USEPA, 2005b. *First-Order Kinetic Gas Generation Model Parameters for Wet Landfills*. June.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

    v.    <u>Stutz Opinion</u>

> *"Opinion 5: Soler adopts an assumption that the ROI of a gas well is equal to twice the depth of liquid in the gas well, from an August 15, 2018 report by CEC titled Landfill Gas System Assessment for the Jefferson Parish Landfill (CEC 2018). His adoption of this assumption without any independent analysis makes his analysis of this issue unreliable. Soler does not explain the reasoning behind this assumption, much less cite any studies or other authorities supporting the validity of this approach to estimating an ROI. Indeed, it appears that Soler misinterprets CEC's methodology and assumes that CEC's ROI estimates are equal to twice the unblocked length of perforated pipe, when the ROIs shown on CEC Exhibit 12B are expressly equal to twice the blocked length of perforated pipe...*
>
> *...Soler's approach also does not consider that landfill gas generated outside his estimated ROIs may nonetheless: Be captured by vacuum from unblocked perforated pipe of the same gas well; or Migrate to—and be captured by another gas well."* (Page x of Stutz Report)

<u>Soler Response</u>

I disagree with Mr. Stutz's opinion that I misinterpret CEC's methodology to define the impact of leachate levels on the ROIs.

I agree that CEC used a simplified method to evaluate ROIs at the JPL Site.  To better define ROIs, there are site-specific testing procedures, such as Tier 3 methodology specified in the US Code of Federal Regulations, Subtitle D, which is also used to directly estimate LFG emissions.  The Tier 3 method (Method 2E) involves extracting gas from one or more LFG wells and measuring pressure response in an array of monitoring probes, completed at various depths and distances from the extraction wells.

Other consultants, such as CEC, that have worked many years at the JFL Site never performed such tests and relied on a simplified method as the basis for rehabilitating / redesigning the underperforming LFG extraction system.  The assumption that the LFG well ROI could be approximated to twice the length of the well screen when site-specific field testing is not available is the result of engineering judgment based on experience; it is a value used by CEC and endorsed by Ramboll, given the configuration of the LFG wells and the operation of the LFG extraction system.

It should be noted that the explanation included with the map in Exhibit 12B of the 2018 CEC report on how the ROIs were estimated and mapped is not correct.  Exhibit 12B notes that "*the ROI shown is 2 x the liquid height measured in each well, which represents the amount to perforated pipe blocked.*"  Ramboll found that the zone of capture mapped in Exhibit 12B corresponds to approximately the length of the LFG well that is not blocked by liquids, as this is the only portion of the LFG extraction well able to capture gas. Therefore, as described in the text of the CEC report, the map corresponds to the ROI that is reduced due to water impacts, which is related to the portion of the LFG well that is not saturated with leachate.

As previously indicated, by definition, LFG generated outside the defined zones of capture in the LFG well field will not flow towards the LFG well. I emphasize that LFG generated outside the zone of capture of the well field is not collected simply because these areas are not influenced by the vacuum pressure exerted by the blowers.  LFG outside the capture zones flows outside the landfill through the path of least hydraulic resistance, which could be around covers, through defective cover, or around conduits that transport LFG or leachate from the landfill to off-site areas.

vi.    <u>Stutz Opinion</u>

*"Opinion 6: Even if the ROI of a gas well could be reliably determined by simply doubling the gas well liquid depth —or doubling the available area of unblocked perforated pipe—Soler's application of this approach relies on multiple compounding flawed and/or unreasonable assumptions and data…"* (Page xi of Stutz Report)

<u>Soler Response</u>

I disagree that CEC's approach relies on multiple compounding flawed and/or unreasonable assumptions and data.

As previously explained, the ROI of a well in Exhibit 12B of the 2018 report represents the reduced ROI due to the impact of water blocking the screen of the wells. Because of this, numerous leachate pneumatic pumps have been installed at LFG extraction wells. As indicated in Table 4-1 of my initial report, in 2018, according to the May 2018 CEC Report, 38 pneumatic pumps were reported across all phase areas. At the time of inspection, 27 were operational. CEC recommended that between 30 to 50 new pneumatic low-drawdown well pumps be installed. In the May 2019 CEC Report, 74 LFG wells were identified with pneumatic pumps.

Numerous pneumatic pumps were installed between 2018 and 2019 because reliable leachate elevation data had been collected prior to their installation.  In addition, leachate accumulates within and saturates the landfill media following hydraulic principles that do not favor the creation of perched leachate conditions at different waste layers, especially when more than 240 LFG wells have penetrated the landfill and hydraulically connected different potential independent hydraulic units created by waste and soil cover layers.

vii.    <u>Stutz Opinion</u>

*"Opinion 7: Based on my analysis of the GCCS and available landfill gas composition data, JPLF emissions have likely not changed significantly during the relevant time period.*

*In light of the JPLF's phased approach to waste filling, installation of GCCS components, and the placement of final, daily, interim, and interim compacted covers at the JPLF, there does not seem to be a point in time from 2015–2020 where the coverage of the GCCS would have resulted in a significant change in landfill gas emissions.*

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

*Based on the data available, it appears that concentrations of the main component of landfill gas, methane, has not changed over time, outside of normal slight variability, and as such there do not appear to be any noticeable changes to the landfill gas composition including H2S concentrations at the JPLF."* (Page xii of Stutz Report)

Soler Response

It is not clear what is meant by "*emissions have likely not changed significantly during the relevant time period.*"  In accordance with the first-order biodegradation model, LFG generated mainly from solid waste varies over time in accordance with the age of waste placement and the amount of new waste.

More importantly, during the solidification activities that took place in Phase IVA, $H_2S$ emissions changed significantly due to the mixing of liquid waste and spent lime.  In fact, in the December 18, 2019 CEC Operating Permit Renewal and Modification Application[50], it is stated that:

*"During recent investigations, JPSL became aware that elevated levels of hydrogen sulfide (H2S) were present in the site's landfill gas. This is common at landfills that accept sulfur bearing waste (certain sludges, wallboard, gypsum, etc.). When combusted, all total reduced sulfur (TRS), of which by far the predominant component in landfill gas is H2S, is converted to sulfur dioxide (S02). Preliminary information collected through sampling of landfill gas using colorimetric tubes suggested site-wide TRS concentrations are on the order of 2,000 to 3,000 parts per million by volume (ppmv). This is high enough to cause the potential to emit (PTE) for the site's flare to exceed 250 tons per year (TPY) of 502, which would render the site a major source for New Source Review (NSR) purposes."* … *"Fugitive emission rates for the landfill were recalculated and updated using AP-42 approaches and current site-specific information, which include a conservative, site-wide estimate for H2S concentration in landfill gas of 3,000 ppm."* … *"this application is considered a major modification due to solely to calculated increases in potential hydrogen sulfide (H2S) and sulfur dioxide (S02) emissions. SO2 is created when combusting landfill gas that contains sulfur, in this case H2S."*

In this application, the change in $H_2S$ emissions from the previous application is reported as 165.63 tons/year.  With lower $H_2S$ emission estimates, changes in $H_2S$ emissions have also been extensively documented by JPL Site consultants and in Dr. Pietari's expert report titled "Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill," dated January 29, 2021.

---

[50]   Carlson Environmental Consultants (CEC), 2019b. *Part 70 Operating Permit Renewal and Modification Application, Jefferson Parish Sanitary Landfill, Jefferson Parish, LA*. December 18.

# 5.    RESPONSES TO KLINE REPORT

i.    <u>Kline Opinion</u>

> *"Rebuttal Opinion No. 1: Soler's opinion that the GCCS at JPLF is "inefficiently" and "not properly" designed is not supported by actual data, including that collected during quarterly SEM events."*  (Page 3 of Kline Report)

> *"Rebuttal Opinion No. 2: Soler's opinion that the GCCS at JPLF is, or has, "inefficiently operated", "not been effectively operated and maintained", had "deficiencies", had "improper …maintenance, had "problems", etc., is disproven by actual data, including that collected during quarterly SEM events."* (Page 3 of Kline Report)

<u>Soler Response</u>

I disagree with Mr. Kline's opinion regarding the design, function, and performance of the LFG extraction system. Apparently, so does the LDEQ and several consultants hired by the Parish who recommended extensive an expensive repairs and revisions to that system.

As stated in my January 28, 2021 report, CEC's maps (Exhibits 12A and 12B) depicting the individual ROIs of the wells within each landfill phase clearly indicate inadequate coverage of the landfill gas collection system (CEC 2018)[51]. As indicated in CEC well maps, because of high leachate levels, the effective radius of influence for the gas extraction wells is significantly lower than the design criterion of 100-foot radius.

While it may have been suitable for a dry landfill, the design of the LFG extraction system was not sufficient to withdraw LFG being generated within a landfill that is saturated with leachate.  According to Golder in 2017[52], the "*vertical wells at Phase IV were designed to achieve a theoretical radius of influence (ROI) of 100 feet […] consistent with the existing GCCS designed for Phases IIIA and IIIB*" … "*with a target design LFG extraction vacuum of about 12 inches of water column.*"  As noted in my initial report, even if the landfill media had not been saturated with leachate, the LFG extraction system design would not have achieved 100% capture of LFG as the design ROIs of adjoining wells would not overlap.

In 2017, Golder recommended that, before installing its proposed new wells, the following remedial actions should be taken: (a) installation of horizontal gas collectors in close proximity to the location of the surface emission exceedance; (b) dewatering of wells with submerged sections of perforated pipe in order to increase LFG flow and improve LFG quality; and (c) improvements to the gas control system to manage condensate. These recommendations show that at least since 2017, it has been apparent that the LFG extraction system was deficient due to high levels of liquids

---

[51]   Carlson Environmental Consultants (CEC), 2018. *Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana*. August 15.

[52]   Golder Associates, 2017. *Landfill Gas Collection and Control Plan, Jefferson Parish Sanitary Landfill, Phase IVA*. January

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

within the landfill phases, and that a proper design of the LFG extraction system required the inclusion of pneumatic pumps to withdraw leachate at the LFG extraction wells.

In the 2018 CEC landfill gas system assessment, CEC concluded that the overall wellfield condition was considered to be below average with notable issues, including old and poorly maintained wellheads, broken valves, bent and leaning gas wells, inoperable gas well pumps and air compressors, unsuitable piping materials, and holes in the cap system. As stated in my initial report, of the 118 gas wells inspected by CEC (which represent 52% of the total), 77% either were not equipped with a pneumatic pump or had an inoperable pump. CEC's assessment also concluded that due to the presence of leachate, the gas extraction system had lost LFG capture capacity and, further, that the elevated leachate levels had reduced the ability of the existing gas control system by 25 to 50%. The 2018 CEC assessment clearly identified the inadequacy of the landfill gas collection system due to significant deficiencies in leachate collection in the landfill, which impeded any effective collection of LFG that was being generated.

In addition, during a 2019 CEC field inspection, CEC found that "*several gas wells in Phase IVA were experiencing reduced system vacuum and had positive gas pressure*." CEC concluded that it was "*evident that the LFG collection system in Phase IVA was underperforming and may require additional collectors and other modifications to effectively control the H2S emissions*."  As a result, CEC proposed a staged rehabilitation/redesign of the gas and leachate system.  For Stage 1, CEC indicated that the existing LFG collection system in Phase IIIB and IVA required additional improvements due to low system vacuum, potentially damaged or ineffective buried gas header piping, leaning gas wells, and header/lateral piping that was undersized for the potential gas flows. Proposed improvements consisted of installing approximately 46 new vertical gas wells, 10 new shallow vertical gas wells, 12 replacement vertical gas wells, over 9,000 linear feet of gas headers, 10,000 linear feet of gas laterals, and over 5,000 linear feet of horizontal gas collectors and toe drains, along with additional phase upgrades/improvements (CEC, 2020b)[53].

Irrespective of the SEM results from APTIM quarterly monitoring, in an assessment dated May 22, 2019, River Birch states that surface emission monitoring performed in Phase IVA found more than 30 locations that exceeded LDEQ limits of 500 ppm, including one reading of 10,000 ppm. River Birch also identified serious problems with the operation of the LFG and leachate systems at the JPL Site, based on its own assessments and those performed by CEC.  These issues, which were presented in my initial report, are summarized as follows:

- The LFG extraction system captures only 37.5% of the entire landfill's gas.

---

[53] Carlson Environmental Consultants (CEC), 2020b. Siteplan- 2020 Constructed. November.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

- Of all LFG extraction wells at the landfill, 43% fail to meet LDEQ requirements for oxygen content (i.e., less than 5%) and/or pressure (i.e., maintain continuous negative pressure).

- 38% of the gas wells on the entire landfill have oxygen levels exceeding 5%.

- 50% of the vertical wells in Phase IVA lack sufficient vacuum to collect gas. In particular, 11 of the LFG extraction wells have positive pressure due to the lack of vacuum.  It is assumed that wells under positive pressure had conveyance lines blocked or wellhead valves that were closed or malfunctioning.  It is recognized that LFG wells under positive pressure with no blocked lines may bring some flow to the collection system by advection.  However, the zone of capture and the gas flow collected are minimal and most likely negligible.

- 13% of the leachate risers at the landfill were not working.

- 17% of the pump air regulators and 53% of the pump liquid discharge hoses and valves must be replaced.

- In 41% of the LFG extraction wells, more than 50% of the vertical well perforations (screens) are blocked by liquids, inhibiting gas collection. In addition, 20% of the vertical well screens are completely blocked by liquids, preventing LFG extraction.

- 63% of the gas well pumps should be changed due to air leaks in the pumps and liquid in the well.

It should be noted that this assessment was performed in 2019 by firms that have been working at the site.  It is implied in their assessments that conditions prior to 2019 were similar if not worse.

Mr. Kline insists that the SEM data is sufficient to demonstrate the LFG extraction system was efficiently designed, operated, and maintained.  SEM events are just one criterion for evaluating soil cover performance and cannot be used to directly identify the issues found by River Birch. There are several limitations of SEM data for evaluating LFG collection efficiency and emissions.  Some of these limitations are listed below:

- SEM use portable instruments to measure gas concentrations within a few inches of the surface of the landfill at discrete locations.  SEM data provide a one-time account at discrete locations of landfill emissions.

- SEM results are affected by meteorologic conditions at the time of sampling. ATSDR[54] states that "*even moderate surface winds of 5 mph to 10 mph will greatly dilute the gas sample taken at 4 inches from the surface.*"

- SEM is generally used to locate "hot spots," places in the landfill where relatively high concentrations of gas are detected (point sources).

---

[54]   ATSDR – Landfill Primer – Chapter 4: Monitoring of Landfill Gas

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

- While SEM data may be used in air dispersion models that estimate the level of contamination in ambient air, it should not be used to quantify LFG emissions at the landfill surface.

In summary, the field assessment performed by Golder, CEC, and River Birch reveal that the landfill gas and leachate management systems at the JPL Site were inefficiently operated and maintained, requiring significant infrastructure improvements to correct LFG extraction deficiencies.

This is further reinforced by numerous LDEQ field inspections, field monitoring, and maintenance and operation reports dating back to 2013, as well as by notice of violations issued by LDEQ. **Appendix B** of this report presents a timeline with referenced documentation where deficiencies in the operation and maintenance of the LF extraction system and leachate collection system were noted. The operational issues related to the gas wells included, but are not limited to, pressure exceedances, oxygen exceedances, high leachate levels, limited gas flow, gas odors, $H_2S$ detections, distressed vegetation around wells, damaged or missing components (e.g., liner boot, pump, clamps, seals), and surface emission monitoring exceedances. Additionally, there were also operational issues related to the leachate collection and landfill gas condensate management system, which included, but are not limited to, drainage issues on the condensate sumps, leachate and landfill gas leaks in conveyance lines and/or risers, plugged conveyance lines, detection of LFG odors and $H_2S$, damaged or missing components (e.g., gauges, pumps, riser seals, valves, transducers, flanges), and positive pressures at the LFG extraction wells.

Between 2015 and 2019, there were numerous LFG wells in all Phase areas with positive pressure. It is assumed that wells under positive pressure had conveyance lines blocked or wellhead valves that were closed or malfunctioning.  It is recognized that LFG wells under positive pressure with no blocked lines may bring some flow to the collection system by advection.  However, the zone of capture and the gas flow collected are minimal and most likely negligible. In any case, wells with positive pressure significantly decrease collection efficiency. In addition, wells under positive pressure had an increased risk of becoming a point source for gas emissions, if the wellhead or associated lines are breached, as documented in field reports.

In summary, Mr. Kline based his opinion solely on SEM data results, disregarding the limitations of SEM and excluding all other criteria to verify performance of the LFG extraction system.

ii.   Kline Opinion

"…*The comment is related to applying excessive vacuum to a well and inducing atmospheric air infiltration. Soler fails to acknowledge that this condition, as it relates to alleged fugitive emissions [sic] the surface of the landfill, would actually create an inward pressure gradient from ambient air toward the well (inducing flow toward the well) and therefore would prevent the escape of LFG to the atmosphere"…* (Page 29 of Kline Report)

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

Soler Response

As further explained below, I agree that applying excessive vacuum to a well would create inward pressure, thereby avoiding emissions within the zone of capture. However, it should be noted that I did not consider emissions from the zones of capture created by applying excessive vacuum to a well. Therefore, Mr. Kline's comment is of no practical consequence with regards to my analysis.

The zone of capture is the extent of the area where vacuum is applied and where there is an inward gradient towards the well, whether from the landfill media or from atmospheric air.  It is implied that excessive vacuum was applied to the wells in an attempt to extend the zone of capture from the landfill media, a desired condition. The attempt, however, was not successful due to high leachate levels. It should be noted that in estimating collection efficiencies and emissions did not consider any areas within the well zone of capture (whether or not created by excessive vacuum and significant oxygen infiltration), and did not consider the reduction of the zones of capture around LFG wells found with positive pressure.

Additionally, applying excessive vacuum to a well and inducing atmospheric air infiltration into the landfill media further indicates the poor operation and performance of the LFG extraction system.

iii.    Kline Opinion

*"Rebuttal Opinion No. 3: Soler's use of the so-called "cylinder" method for determining the collection efficiency of an operating GCCS is not scientifically valid and is unreliable at the JPLF due to the failure to consider significant actual data to the contrary, failure to consider the barrier-effect of landfill caps and synthetic membranes and the adoption of several scientifically unsupportable assumptions with this method."* (Page 3 of Kline Report)

Soler Response

As further explained below, I do not agree with Mr. Kline's opinion regarding the inaccuracy of the "*cylinder*" method used in my initial report.

It does not require extensive knowledge of hydrodynamics or other scientific fields to understand that LFG generated outside of the capture zone will not be collected by the LFG extraction system and will therefore be emitted into the atmosphere.

If one has a map that details where LFG is collected and where it is not within the landfill media, an efficiency of collection can be reasonably assigned (e.g., percent efficiency of LFG collection estimated by dividing the volume of landfill media where LFG is collected into the total volume of the landfill). For example, if the landfill has no LFG collection wells or other means to control LFG, the efficiency of collection would be 0%.  On the other hand, if the landfill has LFG collection wells with overlapping zones of capture, the efficiency of collection would be maximized to near 100%.  I recognize that some assumptions must be made regarding the aerial uniformity of gas generation, the homogeneity of the media, and the extent of the capture zones where

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

gas is extracted without inducing air infiltration.  Other assumptions that reflect hydrodynamic principles and the actual performance of the LFG collection wells are also made.  For example, it is assumed that the vacuum exerted on LFG collection wells causes the formation of concentric, "cylindrical isobars," around the collection well and that gas within the zone where pressure is less than zero (i.e., the zone subject to vacuum pressure within the landfill media) radially flows into the well. As with radial groundwater flow, the assumption of cylindrical isobars around an LFG extraction well is supported by hydrodynamic theories and field tests, and, therefore, is considered reasonable.

Consultants working in the JPL Site prepared the collection wellfield layout showing the capture zone areas for two conditions; (1) assuming that the landfill was dry; and (2) reflecting actual measured leachate levels, which partly saturated the landfill, impeding the collection of LFG.  These consultants did not perform vacuum tests to estimate site-specific ROIs and gas generation, such as the tests included in the Tier 3 methodology specified in the US Code of Federal Regulations, Subtitle D.  As previously stated, Ramboll relied on site-specific knowledge from consultants that have worked extensively at the JPL Site.

It is recognized that landfill caps minimize the vertical emission of gases by creating a barrier that impedes the flow of gas that is not being collected by the LFG wells. However, caps are not impermeable, and their structural integrity is often reduced by landfill settlements.  Additionally, gas that is not collected by the LFG extraction system will find preferential pathways to flow out of the landfill, this could be laterally towards areas that are not capped, areas where the cap is deficient, or through conduits and risers that convey leachate and LFG outside the landfill.  In the case of the JPL Site, gas emissions were frequently detected from defective LFG extraction wells and the conveyance pipeline, from leachate and condensate risers, and from leachate evaporation.  All these are in addition to the gas emissions from the liquid waste solidification process.

iv.   Kline Opinion

"*Rebuttal Opinion No. 4: Soler's LFG collection efficiency estimates of only 8% for Phase I, 8% for Phase II, 20% for Phase IIIA, and 28% for Phase IIIB are based on the use of the cylinder method and, as described in Rebuttal Opinion No. 3, are grossly understated and are not accurate.*" (Page 3 of Kline Report)

Soler Response

As previously explained, the cylinder method used and collection efficiencies calculated in my initial report are accurate, therefore, in my opinion, Mr. Kline is incorrect.

The estimated collection efficiencies are fully explained in Section 6 of my January 28, 2021 report and further explained in **Section 3** of this report. In my opinion, the SEM data cannot be used to estimate collection efficiencies.  For example, in 2019, River Birch found methane emissions in Phase IVA that exceeded LDEQ limits in more than 30 locations, and in some locations by more than 1,000%. Nonetheless, this SEM was not be considered reliable for estimating collection efficiencies.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

     v.     <u>Kline Opinion</u>

> *"Rebuttal Opinion No. 5: Soler's estimated collection efficiency for Phase IVA, ranging from 6.6% to 17.3%, are based on the use of the cylinder method and, as described in Rebuttal Opinion No. 3, are grossly understated and not accurate."* (Page 3 of Kline Report)

<u>Soler Response</u>

As previously stated, I do not agree with Mr. Kline's opinion on the methodologies used in my initial report.

In reference to the "cylinder method," my answer has been provided above.  The method used to determine Phase IVA efficiencies was also presented in Section 6 of my initial report and further explained in **Section 3** of this report.  Specifically, during the relevant period between 2016 to 2018, most of Phase IVA was in the active landfill area where collection wells were installed progressively over time.  In addition, in 2019, River Birch found that 50% of the vertical wells installed in Phase IVA lacked sufficient vacuum to collect gas and that 11 of the LFG collection wells had positive pressure due to the lack of vacuum, which results in negligible zones of capture and LFG flow, or no flow at all if the LFG conveyance lines or wellhead valves are blocked.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

# 6.    RESPONSES TO HOFFNAGLE REPORT

i.    Hoffnagle Opinion

*"Opposing Opinion 1: Mr. Soler's use of LandGEM to estimate H2S emissions is not reliable, not designed for the purpose used and is based on incorrect assumptions that are not factually supportable."*  (Page 5 of Hoffnagle Report)

Soler Response

I do not agree with Mr. Hoffnagle's statement that the LandGEM is not reliable to estimate $H_2S$ emissions in my initial report.

**Section 3** of this report further explains the basis for my disagreement. Section 5 of my initial report t provides a comprehensive review of the different methods used for estimating LFG generation from solid waste.  As stated in my initial report, "*the prediction of LFG generation rates over time is complex due to the heterogeneity of the waste media and the many environmental, biochemical, and physical parameters that enhance or inhibit biodegradation. Some models attempt to predict LFG generation rates by a complex sum of mathematical functions that are believed to represent the individual kinetics of the physicochemical processes occurring during the decomposition of waste. These models are seldom applied in practice because specific information on the heterogeneous nature of the waste media cannot be easily measured or characterized. In practice, the prediction of LFG rates has been simplified by the use of models where LFG generation rates are given as a simple empirical function of an overall kinetic parameter. Specifically, biodegradation processes can be described as kinetic equations involving the mass that is being degraded" (emphasis added).*

Golder used a proprietary LFG generation model, which is similar to the USEPA LandGEM model, especially with respect to the use of the first order decay equation, which requires the input of the time biodegradation coefficient (k) and methane potential (Lo).  The Golder Model accounts for variability in waste composition (e.g., rapidly, moderately, and slowly biodegradable materials), conditions of the landfill, and time-dependent annual waste biodegradability.  In its 2017 report, Golder estimated LFG generation for Phase IIIA, IIIB, and IVA taking into account the variability in the waste stream (i.e., residential, sludge, municipal, and industrial waste)[55].  In 2019, CEC estimated LFG generation using LandGEM with AP-42 default k and Lo values for conventional landfills for all site phases[56].  Ramboll also estimated LFG generation for each of the landfill phases using similar input data and found that for the period between 2015 and 2019, the Golder estimated LFG generation rates were not more than 20% lower than those estimated by CEC and Ramboll.

[55]   Golder Associates, 2017. *Landfill Gas Collection and Control Plan, Jefferson Parish Sanitary Landfill, Phase IVA*. January

[56]   Carlson Environmental Consultants (CEC), 2019a. *High BTU Landfill Gas Utilization Plan for the Jefferson Parish Landfill, Jefferson Parish, Louisiana*. May 7.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

The LandGEM model was used not only because it is the selected USEPA model, which has been extensively used and accepted in the US and incorporated in USEPA regulations to define levels of compliance regarding the NSPS rules, but also because site-specific measurements or testing was not available on actual waste composition and site-specific landfill gas generation.  In practice, variation of the initial estimates using models can be adjusted after the performance of pilot field tests (also known as vacuum or LFG pump tests) or during the operation of the landfill gas collection system.  In fact, the USEPA recommends that landfill operators implement a gas recovery test, specified as Method 2E, if site-specific LFG production rates are sought[57].  However, no site-specific information was available to better define zones of capture or LFG generation rates.

In addition, the LandGEM model was specifically used by other consultants for the JPL Site as the basis to estimate the amount of LFG not being collected by the site LFG extraction system, and to rehabilitate or redesign the LFG extraction system for all phases of the landfill.  As indicated in Section 5 of my initial report, based on USEPA's extensive compilation and evaluation of landfill emission factors from hundreds of landfills across the US, the LandGEM model provides a range of default values for $L_o$ and k for conventional, arid (i.e., dry), and wet landfills.  In their estimates of LFG generation, neither Golder nor CEC considered that the JPL Site is not a conventional landfill, but a landfill partly saturated with leachate where the time of biodegradation is significantly faster, as indicated in the USEPA guidance documents for wet landfills (USEPA 2005b)[58].

Mr. Hoffnagle states that the USEPA LandGEM assumes that methane is continuously generating from the waste for an indefinite period of time.  This statement is not accurate as first-order decay models, including LandGEM and Golder's, have a decay constant (k) which is indicative of the time needed to achieve most of the gas generation, and a methane potential (Lo, which defines the total volume of methane that could be produced from a unit mass of waste). Mathematically, the solution to the first-order kinetic equation is an exponential equation which does not end in zero but in values that are always considered negligible for any purpose. Therefore, the LandGEM model is similar to the Golder model with respect to the time of gas generation.  It should be noted that if Lo is constant, running any first-order kinetic model with a k value of 0.11 will result in faster biodegradation and LFG generation than running the model with a k value of 0.05.  Further, as Lo is constant, the area under a curve of LFG generation will be the same for both cases over time, meaning that the total gas generated over time is the same for both model runs.  Therefore, using a high k value does not result in more LFG being generated, but in LFG that is generated faster.  Using a k value of 0.11 reflects the wet conditions of a landfill (as per USEPA's guidance document), which simply reflects the simple and widely known fact that any biodegradable waste degrades faster in the presence of water.

---

[57]   EPA - 450/3-90-011a, Air Emissions from Municipal Solid Waste Landfills - Background Information for Proposed Standards and Guidelines, March 1991 USEPA

[58]   USEPA, 2005b. *First-Order Kinetic Gas Generation Model Parameters for Wet Landfills*. June

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

ii.   <u>Hoffnagle Opinion</u>

"*Opposing Opinion 2: Mr. Soler failed to use the Golder version of LandGEM which produces a much more accurate estimate of gas generated from landfills. Instead, Mr. Soler used the over-simplified USEPA version of LandGEM which predicts excessively high rates of landfill gas generation.*"  (Page 5 of Hoffnagle Report)

<u>Soler Response</u>

I do not agree with Mr. Hoffnagle's opinion that the Golder version of LandGEM produces a much more accurate estimate of gas generated from landfills. The response to this opinion is provided above and in other sections of this report.

As part of the basis of Mr. Hoffnagle's opinion, he indicates that: "*the Golder Model compensates for the LandGEM assumption that any organic waste placed in the landfill is indefinitely available to continue producing landfill gas, which is generally accepted in the scientific community as an incorrect assumption… Mr. Soler attempts to estimate the rate of landfill gas generation using the over-simplified USEPA version of LandGEM, despite the fact that the USEPA version of LandGEM assumes landfill gas is continuously being generated from the waste for an indefinite period of time,*"

As indicated in my previous responses, these statements are incorrect.  In fact, the Golder Model could be run for 60 or more years and zero generation would not be achieved, as indicated in Golder's Table, included in its 2017 report (pdf page 34 of 82).  For the year 2060, Golder estimates a gas generation of 864 scfm in a curve that decays exponentially. Using Ramboll's application of the LandGEM model for wet landfills (k=0.11) for the year 2060, LFG gas generation is 296.5 scfm, which is approximately 34% lower than the LFG generation estimated by Golder (**Figure 6-1**).



**Figure 6-1**. Total LFG Generation at JPL Site between 1990 and 2060- Golder vs Ramboll

iii.   <u>Hoffnagle Opinion</u>

42

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

"*Opposing Opinion 3: Mr. Soler failed to provide defendants with his methodology or calculations for converting the landfill gas generation rates estimated by the over-simplified USEPA version of LandGEM to H2S emissions.*" (Page 5 of Hoffnagle Report)

<u>Soler Response</u>

As I further demonstrate below, Mr. Hoffnagle incorrectly states that I failed to provide my methodology or calculations used in my initial report.

It is stated by Mr. Hoffnagle that "*Mr. Soler doesn't provide us with his methodology for converting the landfill gas generation rates estimated by the over-simplified USEPA version of LandGEM to an* H₂S *emission generation rate and, in fact, he doesn't provide any calculations for that conversion…*"   It should be noted that all estimations and calculations included in Sections 5, 6, and 7 of my initial report were provided to WTP and consequently to all parties on February 26, 2021, including inputs to and outputs from LandGEM model runs.  Documents in response to the defendant's request for calculations and inputs from the Soler Expert Report in Sections 5, 6, and 7 were submitted as follows:

| Table ID | |
|---|---|
| **Table 5-3**: Shaw Environmental: March - December 2009 | Information used to prepare Table 5-3 was obtained from the following source: *Shaw Environmental & Infrastructure, Inc. (Shaw), 2009. Jefferson Parish Leachate Levels. March – December. APTIM-0168049.* The requested calculations are provided in the attached **Folders 5-3 through 5-13**. |
| **Table 5-4**: Shaw Environmental: June 2012 | Information used to prepare Table 5-4 was obtained from the following source: *Shaw Environmental & Infrastructure, Inc. (Shaw), 2012. Jefferson Parish Leachate Levels. June. APTIM-0130544.* The requested calculations are provided in the attached **Folders 5-3 through 5-13.** |
| **Table 5-5**: CB&I: February 2016 | Information used to prepare Table 5-5 was obtained from the following source: *CB&I, 2016a. Jefferson Parish Leachate Levels. February. APTIM-0130902.* The requested calculations are provided in the attached **Folders 5-3 through 5-13**. |
| **Table 5-6**: CB&I: March 2016 | Information used to prepare Table 5-6 was obtained from the following source: *CB&I, 2016d. Jefferson Parish Leachate Levels. March 11. APTIM-0019757.* The requested calculations are provided in the attached **Folders 5-3 through 5-13**. |
| **Table 5-7**: CB&I: July 2016 | Information used to prepare Table 5-7 was obtained from the following source: *CB&I, 2016i. Jefferson Parish Leachate Levels. July 25. APTIM-0019756.*The requested calculations are provided in the attached **Folders 5-3 through 5-13**. |
| **Table 5-8**:  CEC Data: May 14-18, 2018 | Information used to prepare Table 5-8 was obtained from the following source: *Carlson Environmental Consultants (CEC), 2018. Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana. August 15. Exhibit 2.*  The requested calculations are provided in the attached **Folders 5-3 through 5-13**. |

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

| Table ID | |
|---|---|
| **Table 5-9**:  APTIM Data: Various Dates in 2018 | Information used to prepare Table 5-9 was obtained from the following source: *Carlson Environmental Consultants (CEC), 2018. Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana. August 15. Exhibit 3.* The requested calculations are provided in the attached **Folders 5-3 through 5-13**. |
| **Table 5-10**: APTIM Data: January 2018 - June 2018 | Information used to prepare Table 5-10 was obtained from the following source: *APTIM, 2018a. 2018 (1st half) liquid level report. January – June.* The requested calculations are provided in the attached **Folders 5-3 through 5-13**. |
| **Table 5-11**: APTIM Data: July 2018 - December 2018 | Information used to prepare Table 5-11 was obtained from the following source: *APTIM, 2018b. Jefferson Parish Landfill Liquid Levels, 2nd Semi-Annual 2018. July - December.* The requested calculations are provided in the attached **Folders 5-3 through 5-13.** |
| **Table 5-12**: APTIM Data: 2019 Q1 | Information used to prepare Table 5-12 was obtained from the following source: *APTIM, 2019. Jefferson Parish Landfill Liquid Levels, 1st Quarter 2019. January – March.* The requested calculations are provided in the attached **Folder 5-3s through 5-13**. |
| **Table 5-13**: Summary of APTIM Data 2018-2019 | The information provided in this table is an average of the data provided in Tables 5-9 through 5-12. |
| **Table 5-14**: Average H$_2$S Concentrations for Waste-In-Place | Information used to prepare Table 5-14 was obtained from monitoring and sampling data collected by Ramboll during November 2019 field activities. The requested calculations are provided in the attached **Folder 5-14**. |
| **Table 5-15**: H$_2$S Generation from Solid Waste (m3/year**m3/year**) | Information used to prepare Table 5-15 was obtained from running the LandGEM model as explained in the Soler Report. The inputs and outputs are provided in **Folder 5-15**. |
| **Table 6-1**: Estimated Collection Efficiencies | Information used to prepare Table 6-1 was obtained from the following source: *Carlson Environmental Consultants (CEC), 2018. Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana. August 15. Exhibits 12A & 12B.* The requested calculations are provided in the attached **Folder 6-1**. |
| **Table 7-1**: Average Efficiency of LFG Collection per Phase | The requested calculations are provided in the attached **Folders 7-1 and 7-2**. |
| **Table 7-2**: Summary of Annual H$_2$S Generation and Emission Estimates per Landfill Phase Over Time | The requested calculations are provided in the attached **Folders 7-1 and 7-2**. |

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

iv.   Hoffnagle Opinion

*"Opposing Opinion No. 4: Mr. Soler's selection of a K value and Lo value for his modeling using the over-Simplified USEPA version of LandGEM is wrong and leads to excessive rates of landfill gas generation."* (Page 6 of Hoffnagle Report)

Soler Response

As explained below and in **Section 3** of this report, my selection of k and Lo do not lead to wrong and excessive rates of landfill gas generation.

Mr. Hoffnagle states that the landfill cannot be considered a wet landfill. Leachate or liquid levels have been measured inside the gas wells by Shaw Environmental, CB&I, CEC, and APTIM between 2009 and 2019. Specifically, Shaw Environmental measured leachate levels in 2009 and 2012, CB&I in 2016, CEC in 2018, and APTIM in 2018 and 2019. As previously indicated, at the JPL Site, the length of the LFG well screens penetrating the landfill media ranges from 5 feet to 43 feet. There are 244 LFG wells at the JPL Site that have penetrated the landfill media and are therefore hydraulically connected to the interim cover layers or any other confining layer within the waste mounds. As explained in **Section 3** of this report, leachate measured in the gas wells is representative of saturated leachate mound elevations generated within the landfill media.

An additional explanation is offered in Section 5.2.2 of my initial report. Specifically, Ramboll reviewed several rounds of leachate (liquid) measurements taken by various consultants hired by the Parish between 2009 and 2016.  Our analysis and conclusions were summarized in several tables (Tables 5-3 through 5-13) which indicate that the landfill has been partly saturated for an extended period of time.

As stated in Table 4-1 of my initial report, in 2018, according to the May 2018 CEC Report, 38 pneumatic pumps were reported across all phase areas. At the time of inspection, 27 were operational. CEC recommended that between 30 to 50 new pneumatic low-drawdown well pumps be installed. In the May 2019 CEC Report, 74 LFG wells were identified with pneumatic pumps.

Numerous pneumatic pumps were installed between 2018 and 2019 because reliable leachate elevation data had been collected prior to their installation, which indicated that the landfill was partly saturated with leachate.  In addition, leachate accumulates within and saturates the landfill media following hydraulic principles that do not favor the creation of perched leachate conditions at different waste layers, especially when more than 240 LFG wells have penetrated the landfill and are hydraulically connected to different potential independent hydraulic units created by waste and soil cover layers.  Lower leachate levels may have been measured in 2019 because, by this time, numerous pneumatic pumps had been installed to reduce high leachate levels within the landfill media.

Mr. Hoffnagle states that EPA study "*First Oder Kinetic Gas Generation Model Parameters for Wet Landfills", (EPA – 600/R-05/072, June 2005)… focused on landfills*

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

*where the landfill was kept wet with either water or leachate recirculation systems, i.e. bioreactors, which has never occurred at the JPLF.*"

As demonstrated by numerous leachate levels collected over time at the JPL Site landfill, the JP landfill has been kept wet due to the lack of an efficient leachate collection system, a condition extensively documented.

In reference to the selection of k as 0.11, my initial report clearly states that the USEPA investigated LFG collection from wet landfill cells to estimate first-order gas generation model parameters and emission factors. My evaluation included a literature review regarding landfill gas generation and modeling, identification of case studies, and statistical comparisons of predicted and actual gas collection. The EPA determined that wet cells produce more gas at a faster rate than conventional landfills and defined k and Lo values for three full-scale wet landfills where waste was placed over many years: (a) 0.21/year for a landfill with leachate recirculation; (b) 0.11/year for a landfill where wetting occurred due to groundwater inflow from an unconfined aquifer; and (c) 0.12/year for a landfill with leachate recirculation and a sandy soil cover. The EPA also estimated mean and 95% confidence k and Lo values for a set of landfills with short-term waste placement and long-term gas collection data, using mixed-effects model regression followed by bootstrap analysis. The mean and 95% confidence interval k value were 0.28/year.

Considering that the JPL Site is significantly saturated with liquids, where leachate levels above the landfill's bottom liner are between 34% and 59% of the landfill height, the JPL Site is analogous to the full-scale wet landfill studied by the EPA, where wetting occurred due to groundwater inflow from an unconfined aquifer. Therefore, I concluded that a k value of 0.11/year was appropriate as an input value for the LandGEM model used to calculate LFG generation at the JPL Site.

Mr. Hoffnagle adds that "*…the EPA document makes two other recommendations about running LandGEM for wet landfills, which Mr. Soler elected not to use despite his claim that JPLF is a wet landfill. In that document, EPA recommends a lag time (not generating any methane until the lag time has passed) of 1.5 years and changing the time steps from 1 year to 0.1 years. However, Mr. Soler chose not to implement these recommendations by EPA for his analysis, despite his assuming the JPLF is a wet landfill…*"

I used the last version of the LandGEM model which uses 0.1 year-steps.  In reference to the 1.5 year lag, I did not consider it appropriate for the JP landfill because it is a well-established landfill that has been in operation for many years.

v.    Hoffnagle Opinion

"*Opposing Opinion 5: Mr. Soler has evidence collected by Ramboll of minor H2S emissions from the JPLF, but he has not used these data. His method of estimating H2S emissions is wrong and leads to excessively high rates of H2S emissions*" (Page 3 of Hoffnagle Report)

Soler Response

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

I disagree with Mr. Hoffnagle.

In explaining this opinion, Mr. Hoffnagle states that *"Mr. Soler uses Ramboll's gas well measurement data to specify the H2S concentration for each extraction well by averaging the results of only the wells with less than 5% oxygen…"*

With the introduction of oxygen to the landfill media from forced high vacuum pressures, methane and other gases such as $H_2S$ are oxidized and will not be detected because infiltrated oxygen disrupts the anaerobic microbial degradation that generates methane and hydrogen sulfide within the waste media around LFG wells. For example, if high vacuum pressures were exerted and oxygen were introduced to all LFG wells, methane and hydrogen sulfide would not be detected at the wells, and one could wrongly assume that there is no methane or hydrogen sulfide in the landfill as a result. Therefore, it was determined that gas monitoring results from LFG wells with excess oxygen levels would not be reliable.  To derive the average $H_2S$ concentration within a Phase, we only included $H_2S$ measurements taken from wells in that Phase where oxygen concentrations were measured at less than 5%.

Mr. Hoffnagle adds that "*it is not the concentration of H2S in the gas wells that is important for the determination of H2S emissions but, instead, it is the rate and concentration of H2S coming through the closed landfill caps and the surface of the active face of the landfill, the so-called fugitive emissions, is the determining factor for H2S emissions.*"

LandGEM is not only used to estimate LFG or methane generation but also to estimate the generation of 46 gases, including hydrogen sulfide. Concentration of gases are input into the model, and generation of these gases are calculated by LandGEM. Depending on the amount of gas being captured by the LFG extraction system, fugitive emissions can be estimated.

It is worth noting that on December 18, 2019, CEC submitted a Title V Operating Permit and Modification[59] application to LDEQ on behalf of Jefferson Parish Sanitary Landfill.  In this application, it is stated that

"*During recent investigations, JPSL became aware that elevated levels of hydrogen sulfide (H2S) were present in the site's landfill gas. This is common at landfills that accept sulfur bearing waste (certain sludges, wallboard, gypsum, etc). When combusted, all total reduced sulfur (TRS), of which by far the predominant component in landfill gas is H2S, is converted to sulfur dioxide (S02). Preliminary information collected through sampling of landfill gas using colorimetric tubes suggested site-wide TRS concentrations are on the order of 2,000 to 3,000 parts per million by volume (ppmv). This is high enough to cause the potential to emit (PTE) for the site's flare to exceed 250 tons per year (TPY) of 502, which would render the site a major source for New Source Review (NSR) purposes…*"  "…*Fugitive emission rates for the landfill were recalculated and updated using AP-42 approaches and current site-specific*

---

[59] Title V Part 70 Operating Permit Modification (Title V), 2016. *Jefferson Parish Sanitary Landfill, Avondale, Jefferson Parish, Louisiana. Permit No. 1340-00140-V7*. July 15

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

*information, which include a conservative, site-wide estimate for H2S concentration in landfill gas of 3,000 ppm."*

From the calculations included in Title V Operating Permit and Modification application, it is clear that concentrations of landfill gases with the waste media are used to estimate the generation of a specific landfill gas, such as $H_2S$.  As seen in Section C of this application, Air Emission Calculations, CEC estimated the annual generation of LFG and hydrogen sulfide of (166.63 tons) using the LandGEM model with a k value of 0.04/year and a Lo value of 100 m3/Mg.

Mr. Hoffnagle also refers to measurements made by Ramboll during the week of November 4, 2019.  It should be noted that these measurements were made in November 2019, a time that is not representative of the relevant period for this case. Moreover, even if the time were considered relevant for this case, these measurements were made above the ground surface; they were ambient samples subject to meteorological conditions such as wind and dilution by atmospheric air. These measurements, as with any other surface emission monitoring, cannot be used to reliably estimate emissions.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

# 7.    RESPONSES TO ABICHOU REPORT

i.    Abichou Opinion - Flux chambers test

*"In this report I provide estimates of H2S emissions-based results from measurements campaigns performed by others at the site. One set of data consists of chambers measurements (vertical velocity and chamber concentration). I used this data to calculate **directly-measured H2S emissions flux (mass/area/time)** …*

*…I first used the set of "chamber tests" that were performed from June 11th to the 13th, 2019 at different areas of the landfill (The report entitled "Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill —Supplemental Data Report 24218246.07 | July 10, 2019)."* (Page v of Abichou Report)

Soler Response

I disagree with Mr. Abichou's use of vertical velocity and chamber concentration measurements in June 2019 for the following reasons:

- As summarized in the Abichou Report "*The two direct methods typically used to estimate surface emissions from landfills are the static and dynamic chamber techniques. […] Unlike methane, hydrogen sulfide is reactive and its reactivity is first order; therefore, the static chamber technique is not suitable for measuring surface emissions of H2S. The dynamic chamber technique is the more suitable for such a reactive gas and is used to measure H2S surface emissions.*"

   While SCS's July 2019 Report (SCS 2019b) [60] does not provide details on how the chamber testing was performed, it is implied that it was performed as detailed in SCS's May 2019 Report (SCS 2019a)[61], as the section on sampling methods for the July 2019 report references SCS' May 2019 Report.  SCS indicates that a "*static vented flux chamber (i.e., an isolation chamber used as a "sampling hood") in the field testing*" (SCS 2019a), instead of the <u>dynamic</u> flux chamber, which as noted in the Abichou Report is the more suitable for a reactive gas like hydrogen sulfide.

- The field test documentation does not provide any record or evidence of a tight seal being formed between the chamber and the surrounding environment.  The absence of a seal would result in the intrusion of atmospheric air into the chamber and thereby the dilution of the sample contained in the chamber.  To create a seal at the circumference of the chamber, USEPA guidelines[62] recommend that the chambers are driven at least 1 inch into the ground surface (avoiding uneven terrain or hard objects on the ground) and, to further ensure a tight, leak-proof seal of the chamber to the ground, it is common practice to place a small amount of distilled water into the trough at the top of the chamber base prior to placing

---

[60]  Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill – Supplemental Data Report, SCS Engineers, July 10, 2019 (WC_JPLF_00210732)

[61]  Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill – Data Report, SCS Engineers, May 31, 2019 (WC_JPLF_00210878)

[62]  Measurement of Gaseous Emission Rates from Land Surfaces Using an Emission Isolation Flux Chamber User's Guide, USEPA, February 1986.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

and securely clamping the chamber top to the base.   Instead, SCS describes the placement of the chambers as "*sampling hoods were laid out at identified sampling locations and sealed to the ground as best as possible*" (SCS 2019a)[63].

- According to Section 3 of the May 2019 Report (SCS 2019a), the chambers "*[…] were allowed at least 30 minutes for air to equilibrate within the sample hood […]*" and each chamber was allowed "*[…] to purge and equilibrate for an extended period of time prior to sampling […].*"  However, the field forms (SCS 2019b)[64] do not include any records of the equilibration process described by SCS or the purging of the chamber with an inert gas (e.g., nitrogen).  Purging with an inert gas serves to displace atmospheric air that is trapped in the chamber during placement and that would dilute concentrations of the target gas flowing into the chamber.  Equilibration is monitored by measuring concentrations in the chamber over time, concentrations of either the inert gas (to ensure it is removed from the chamber) and/or the target gas (to ensure it has displaced the inert gas). Purging is necessary to ensure that the gas is the chamber is representative and not diluted.  Typically, purging is a 30-minute process and the equilibration is dependent on various factors, including site conditions and chamber configuration.  As shown in SCS' field log presented in Figure 2 of the Abichou Report and reproduced below as **Figure 7-1**, as if scripted for all tests, only one or two $H_2S$ measurements were made within the chamber (i.e., hood) and, except for three tests, each test spans less than 25 minutes, neither of which is sufficient to demonstrate that concentrations in the chamber have equilibrated.

- Neither the May 2019 (SCS 2019a) nor the June 2019 Report (SCS 2019b) describes any quality control/quality assurance (QA/QC) and decontamination measures that were implemented to ensure the representativeness of chamber tests (e.g., prevent potential cross-contamination resulting from reuse of the chamber between locations, dilution of samples within the chamber due to atmospheric air intrusion, dilution of samples with atmospheric air initially "trapped" in the chamber).  Typical QA/QC measures include introducing calibration or inert gases in the chamber to compare measured and actual concentrations or performing duplicate tests to ensure the repeatability and/ or the reproducibility of the results.

---

[63]  Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill – Data Report, SCS Engineers, May 31, 2019 (WC_JPLF_00210878)

[64]  Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill – Supplemental Data Report, SCS Engineers, July 10, 2019 (WC_JPLF_00210732)

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL



**Figure 7-1**. SCS' Field Logs for Chamber J-IVA-D2 and J-IVA-D2-2 (Figure 2 - Abichou Report)

The Abichou Report used the velocity and H₂S concentration data collected by SCS in an effort to define H₂S fluxes and establish correlations between calculated fluxes and ambient air concentration, but the data collected by SCS is at best questionable.

ii.   <u>Abichou Opinion - Flux chambers provide an overestimate of emissions and are the most valuable</u>

*"I first used the set of "chamber tests" that were performed from June 11th to the 13th, 2019 at different areas of the landfill (The report entitled "Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill —Supplemental Data Report [sic] 24218246.07 1 July 10, 2019). These measurements were performed in locations where relatively higher ambient air H2S concentrations were observed, such as the interim cover area of Phase IVA. That means that the chambers were placed in areas where higher H2S emissions were expected based on the higher ambient H2S concentrations. Therefore, the chamber-measured H2S emissions can be considered as an overestimate of overall surface emissions because they are representative of the areas that were deemed to have high emissions."* (Page v of Abichou Report)

*"In my opinion, the H2S fluxes obtained from the flux chambers are the most valuable data in terms of providing an estimate of emissions form the surface of Phase IVA."* (Page 9 of Abichou Report)

<u>Soler Response</u>

As explained in the previous response and below, I disagree with the Abichou Report's conclusions that "*flux chambers are the most valuable data*" and that "*the chamber-measured H2S emissions can be considered as an overestimate of overall surface emissions.*"

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

I agree that field testing can be an important tool in understanding landfill dynamics and defining emission estimates.  However, though potentially useful, flux chamber data, like other emissions monitoring data —such as surface emissions monitoring with a handheld instrument— have inherent limitations (ASTDR, 2001)[65] and if not implemented properly can lead to erroneous interpretations (refer to prior response). Specifically, these tests have the following inherent limitations:

- The effect of changing meteorological conditions on LFG emissions are unaccounted for unless testing is performed at a given location under different atmospheric conditions. Meteorological factors that affect LFG emission rates include, but are not limited to, atmospheric pressure and precipitation.  Studies have demonstrated an inverse correlation between atmospheric pressure and LFG emission rate (McBain et al., 2005[66]; Reinhart et al., 1992[67]).  In other words, higher atmospheric pressures will result in lower LFG emission rates, and lower atmospheric pressures will result in higher LFG emission rates.  During or immediately following rain events, emission rates across the landfill surface are affected by water filling the pore space within the soil cover system.  However, these changes in the surface soil micro-climatic conditions will not affect the rates of LFG generation. thereby causing an increase in LFG emissions through preferential pathways (e.g., areas containing soils with larger pores, uncapped or partially capped areas, and conduits or pipelines) to compensate for the limited LFG transport through the water-filled pore spaces.

- The effect of temporal variations is ignored unless tests are repeated at a given location over time and over different seasons; otherwise, the data only provide a snapshot of landfill emissions. Since landfill emissions will exhibit significant seasonal variations, the measured emission rates from one study might not be representative of emissions over the longer term (ASTDR, 2001). The $H_2S$ surface screening and chamber testing relied upon in Abichou Report were collected in a span of three consecutive days, thereby disregarding temporal variations. In fact, at the one location where multiple ambient air measurements were made (i.e., J-4A-D2), SCS reported that these concentrations increased by an order of magnitude each of the three days they were measured (i.e., 240 ppb on June 11, 7,400 ppb on June 12, and 21,000 ppb on June 13).  Further, SCS noted that "*[…] measured flow rates were highly variable relative to the time the flow rate was measured*," (SCS 2019b) indicating that significant temporal variability was observed within the sampling day. Repeating tests at various locations over time would allow the estimation of emission rates with a known confidence limit.

- The spatial variability in emissions is ignored unless multiple tests are performed throughout the landfill, which would allow estimation of emission rates with a

---

[65] Agency for Toxic Substances and Disease Registry (ATSDR). 2001. Landfill Gas Primer - An Overview for Environmental Health Professionals.  November

[66] McBain M, Warland J, McBride R, et al. 2005. Micrometeorological measurements of N2O and CH4 emissions from a municipal solid waste landfill. Waste Management & Research 23: 409–419.

[67] Reinhart, D. R.; Cooper, C. D.; Walker, B.; Rash, F. "Flux chamber design and operation for the measurement of municipal solid waste landfill gas emission rates," J. Air Waste Manage. Assoc. 42:1067 (1992).

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

known confidence limit.  This is particularly important due to the historical placement of sulfate-rich wastes in certain portions of the landfill. USEPA guidelines (USEPA 1986) recommend that the number of tests (n) to be sampled per landfill area is dependent upon the landfill size and is governed by the following equation:

$$n = 6 + 0.15 * sqrt \text{ (area of the landfill area in m}^2)$$

Based on this recommendation and a waste disposal area in Phase IVA of 20 acres (as of 2017 and significantly larger since), a minimum of 49 chamber tests (excluding duplicate or repeated tests) are required for a reasonable estimate of flux per sampling event.  At the JPL Site, a total of 13 flux chamber tests were performed in Phase IVA, with an additional 2 conducted in each of Phases I, II, IIIa and IIb, for a total of 21 tests.  The quantity of tests conducted is not sufficient to provide a reasonable estimate of the flux emissions from the JPL Site.

Further, it appears that the tests were generally performed in the central portion of each landfill phase, but there is no rationale provided for the selection of the test locations.  The presence and/or operation of LFG extraction wells in the sampling area is critical information to be taken into consideration for selection of chamber test locations. The likely presence of a gas extraction well in the vicinity of chamber test locations could bias the test results and this could result in an overall underestimation of the LFG emissions, irrespective of whether or not the extraction system is under operation at the time of testing. No location information pertaining to the existing gas extraction wells were included in either the May or the June 2019 Reports (SCS 2019a and 2019b).  The criteria for test location selection could have included the March 2019 $H_2S$ surface scan (see response below on this matter), waste placement history (i.e., types and quantities of wastes), surface soil observations (e.g., presence of cracks, damage, stressed vegetation, discoloration), presence of gas extraction wells and consideration of the landfill size.  Evidence of spatial variation is provided by SCS flux chamber test results at locations J-4A-D2 and J-4A-D2A, which are located approximately 84 feet apart but have reported vertical velocities that differ by an order of magnitude.  Thus, the chamber testing relied upon in the Abichou Report appears to disregard spatial variations in emissions.

- Other potential sources of emissions (e.g., waste handling, transportation, composting) or in the case of the JPL Site, liquid waste and sludge solidification, are not considered. The chamber testing relied upon in the Abichou Report only targeted surface emissions from the landfill, and therefore, did not characterize the overall emissions from the landfill.

The Abichou Report asserts that since the flux chamber tests "*were performed in locations where relatively higher ambient air H2S concentrations were observed,*" "*the chambers were placed in areas where higher H2S emissions were expected*" and "*[t]herefore, the chamber-measured H2S emissions can be considered as an overestimate of overall surface emissions.*"  This rationale disregards various facts:

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

- It would appear that the results of the March 2019 $H_2S$ surface scan would have informed the selection of locations for flux chamber testing performed in June 2019.  While SCS indicates that "*[s]ampling locations were predetermined prior to going into the field based upon the data provided in the May 2019 Report*" (SCS 2019b), the information provided in the SCS reports (SCS 2019a and SCS 2019b) does not support that statement.  As shown in **Figure 7-2a and 7-2b** below, SCS mapped the results of the $H_2S$ surface scan in Phase IVA, which clearly identified an area of reported ambient $H_2S$ concentrations in excess of 10,000 ppb. SCS also mapped the locations of the flux chamber testing, which appear to be based on a gridded pattern of three rows and five columns.  As shown in **Figure 7-3**, which overlays the two preceding figures, of the 13 chamber tests performed in Phase IVa only one is within the area mapped by SCS as resulting in ambient $H_2S$ concentrations in excess of 10,000 ppb.  In fact, as shown in **Figure 7-3**, location J-4A-D2 where the Abichou Report determined the maximum chamber-based $H_2S$ flux (1.38 E-06 Mg $H_2S$ /m$^2$/Month), is located well outside the area mapped by SCS as resulting in ambient $H_2S$ concentrations in excess of 100 ppb. Thus, contrary to the Abichou Report, this indicates that the chamber test locations were not selected in locations where relatively higher ambient air $H_2S$ concentrations were observed.



**Figure 7-2a**.  Locations of June 2019 $H_2S$ Surface Scans and Vertical Velocity Measurements - yellow pins and hollow red circles (Figure 1 - SCS 2019b)

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL



**Figure 7-2b**.  Phase IVA H$_2$S Iso-concentrations from the March 2019 H$_2$S Surface Scan (Figure 2 - SCS 2019a)



**Figure 7-3**.  Phase IVa June 2019 Vertical Velocity Measurement Locations (solid yellow and hollow orange circles) Relative to March 2019 Surface Scan Results (adapted from SCS 2019a and SCS 2019b)

- It should be noted that even if the results of the March 2019 H$_2$S surface scan would have informed the selection of locations for flux chamber testing performed in June 2019, the H$_2$S surface scans were only made at approximately 40 locations

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

per landfill phase (SCS 2019a). As shown in Figure 1 of SCS May Report (SCS 2019a) and reproduced below as **Figure 7-4**, for each landfill phase an $H_2S$ surface scan grid was established, and measurements were made at or near each grid intersection point and at the terminus of each grid line along the perimeter. The grid was arbitrarily designed to accommodate the grid spacing (approximately 320 feet by 320 feet and refined to 160 feet by 160 feet in some areas of Phase IVA, and up to about 450 feet by 450 feet in other phases of the landfill). Importantly, the surface scan did not include any locations off the predefined grid that would normally be added based on field measurements or observations of releases (e.g., surface cracks, stressed vegetation, discoloration of soils), and that would have identified areas where higher $H_2S$ emissions would be expected. Additionally, the location of LFG extraction wells in relation to the chamber test locations and their operational information (i.e. whether the LFG was actively extracted or not) during the time of chamber testing was neither recorded nor reported. Therefore, in my opinion, it is incorrect to claim that the $H_2S$ emissions obtained from chamber tests overestimate overall surface emissions.



**Figure 7-4**. Odor Surface Scan Sampling Locations (Figure 1 - SCS 2019a)

- While ambient air measurements were made on three different dates at location J-4A-D2 (June 11, 12 and 13, 2019), vertical velocity measurements were only taken on the first day, when $H_2S$ ambient air concentrations were lowest (i.e., 240 ppb). $H_2S$ measurements and odor sampling in the chamber were not performed when $H_2S$ ambient air concentrations were highest (i.e., 21,000 ppb). It should be noted that this was the highest $H_2S$ ambient air concentration measured in June 2019. SCS did not provide a rationale for not performing the flux chamber testing at the location where the highest ambient air $H_2S$ concentrations were observed. Therefore, contrary to statements made in the Abichou Report, the chamber test

56

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

locations were not selected in locations where relatively higher ambient air $H_2S$ concentrations were observed.

- The Abichou Report repeatedly states that the maximum chamber-based $H_2S$ flux that he determined (1.38 E-06 Mg $H_2S$ /m²/Month) was the result of conducting the chamber test right on top of the soil crack at location J-4A-D2.  However, there is no mention of a soil crack at that location anywhere in the body of the SCS report or the field associated sampling form included in its Appendix D.  In fact, there is no mention of soil cracks or fissures, or a surface soil description for any of the sampling locations anywhere in the SCS report, which suggest that Dr. Abichou's statements are incorrect.  However, given the historical evidence of cracks and cover deficiencies of the landfill cover system in Phase IVA with evidence of landfill gas releases such as hissing, elevated $H_2S$ ambient concentrations, and visual signs previously identified and that I have personally observed at the Site, it seems that the chamber-based $H_2S$ flux determined by Dr. Abichou significantly underestimates the maximum $H_2S$ flux.

- While flux chamber tests could be a useful tool for defining emissions from a landfill, they can only be used to define emissions of LFG being released to the atmosphere through the landfill cover system.  As acknowledged in the Abichou Report "*[c]hambers-based estimates do not account for other types of emissions*" (Abichou, 2020). These could include point source emissions from other landfill control systems not designed for LFG capture (e.g., from manholes, open risers or vents of the leachate collection system, or releases from faulty or damaged LFG control system equipment, as has been repeatedly observed and reported at the JPL Site).

- While certain modeling efforts could possibly overestimate emissions, emissions by field measurement will be significantly underestimated if the field measurements are not robust and comprehensive, as is the case for the field testing activities at the JPL Site.

For these reasons and because landfill point source emissions are difficult to characterize and quantify without extensive and representative field measurements, I believe that a mass balance approach that considers landfill gas generation and capture is more appropriate method and provides a more accurate estimate of LFG emissions for this case.

iii.    <u>Abichou Opinion</u> – Flux Calculations and Emission Estimates

"*To extend the use of the chamber data collected in June 11-13, 2019, a correlation was developed between the measured chamber flux emissions (Mg/m2/Month) and the measured ambient H2S concentration (ppb) near the chamber location. Hypothetically, above ground ambient concentrations (obtained directly above the surface of the landfill) should be directly correlated to the amount of fugitive emission flux.*"

"*…The same approach was used on the data (chamber fluxes and surface concentrations) collected from June 11th -13th 2019, to correlate surface H2S*"

*emission fluxes (Mg/m2/Month) to above-ground ambient air H2S concentrations (ppb). That means, I developed a relationship between measured ambient H2S concentration and surface emissions. By doing so, we can obtain an estimate of H2S emission flux for each measured ambient air concentration. The following is the correlation or the relationship. Note that the correlation has an R[2] of 0.69.*

*Surface Emission Flux (Mg/m2/Month) = 6.0E-12 x (Ambient Concentration, ppb)[1.2586]*

*This correlation provides a way of basing our H2S emissions estimates on measured quantities. The correlation, obtained using the June 2019 data, was then used with the aboveground concentration data collected during other events reported in different monitoring reports (November 2019, March 2019, and May 2018) to estimate an H2S surface emission flux estimate (in Mg/m2/Month) for each data point with an above ground H2S concentration during each of the monitoring events, in ppb or ppm."*
(Page vi of Abichou Report)

<u>Soler Response</u>

I agree that, hypothetically, ambient $H_2S$ concentrations could be correlated to the fugitive $H_2S$ emission flux.  However, I disagree with the validity of the correlation established in the Abichou Report between the $H_2S$ flux obtained from chamber test results and the ambient air $H_2S$ concentrations that were measured in June 2019 and its use in estimating $H_2S$ emission flux for each historically measured ambient air concentration. Specifically:

- The Abichou Report attempts to establish a relationship between the $H_2S$ flux obtained from chamber test results and ambient air $H_2S$ concentrations, disregarding fundamental environmental factors such as wind speed.  The June 2019 SCS chamber testing was performed over three days when wind speeds ranged from over 2 to almost 18 mph, averaging about 9.1 mph (SCS 2019a).  Similarly, the March 2019 SCS $H_2S$ screening and sampling was performed over five days when wind speeds ranged from 4 to 14 miles per hour (mph), averaging about 7.8 mph (SCS 2019a).  The National Weather Service defines these wind speeds as a gentle breeze that results in leaves and small twigs in constant motion, blows up dry leaves from the ground, and extends flags.  As acknowledged by SCS (SCS 2019b), these wind conditions would make identification of the origin of $H_2S$ measurements a challenge, as these readings could be the result of an advective transport from upwind areas, the areas being tested or a combination of both.  Further, these wind conditions would alter the ambient readings used by Abichou to establish a correlation with the flux chamber results that he would then use to estimate historical $H_2S$ emissions.  Thus, given the wind conditions experienced during both the March and June 2019 sampling events, measured ambient concentrations at a specific location are not representative of the emissions at that location and cannot be used to establish a reasonable correlation with the flux chamber results.

- As previously indicated the vertical velocity testing at J-4a-D2 (where the Abichou Report determined the maximum chamber-based $H_2S$ flux): (a) ignored that this test location is located well outside the area presenting higher ambient air $H_2S$ concentrations, as mapped by SCS in March 2019 (SCS 2019a); (b) should have

been conducted when significantly higher ambient air concentrations at this location (i.e., 21,000 ppb on June 13 or even 7,400 ppb on June 12) and not when $H_2S$ ambient air concentrations were lowest (i.e., 240 ppb on June 11); and (c) contrary to the Abichou Report, were not performed right on top of one of the many soil cracks observed by others and, therefore, do not represent maximum vertical velocities.

- USEPA guidance indicates that a correction factor should be applied to compensate for measured emission rates for chamber air temperature variations.  Neither the June 2019 Report nor the Abichou Report discusses temperature measurements in the chamber or the application of correction factors.

- As clearly stated by Mr. Abichou "*all of the estimated fluxes are associated with surface emissions. They do not reflect other emissions from other sources.*" Therefore, the flux chamber results underestimate emissions.

iv.   <u>Abichou Opinion</u> – collection efficiencies

"*The assigned gas collection efficiencies (by Soler) to the different phases of the JPL landfills are significantly lower than industry standards. The* **extremely low values** *of collection efficiencies assigned by Soler are not defendable, using the standard practice. For instance, the US EPA greenhouse reporting rule for MSW landfills (40 CFR 98, Subpart HH, Table HH-3) assigns default collections efficiencies as a function of landfill cover. In the absence of site-specific data, such defaults should be used. The landfill Phases with a geomembrane should have a collection efficiency of more than 90%. Phase IVA should have been assigned a collection efficiency from 60 to 75% once the gas collection system was installed with an average of 65%. The assigned collection efficiencies used in the Soler Report of 0 to 16% for Phase IVA is too low. The 0 to 16% collection efficiency has resulted in an additional 400% of over estimation of H2S emissions in Phase IVA.*" (Page x of Abichou Report)

<u>Soler Response</u>

I do not agree with Mr. Abichou's opinion on the Phase IVA collection efficiencies. I agree that in the absence of site-specific data, default collection efficiencies provided in guidance documents are generally used for conventional landfills.  However, as extensively explained my initial report and in **Section 3** of this report, the LFG extraction system has been significantly impacted by high leachate levels drastically reducing collection efficiencies, and therefore cannot be considered a conventional landfill.

As with any engineered system, if an LFG extraction and leachate collection system are properly designed, constructed, operated and maintained (including necessary enhancements and expansions of the system) actual collection efficiencies may not differ significantly from the default collection efficiencies.  Unfortunately, this has not been the case at the JPL Site, where LFG extraction wells are significantly affected by high leachate levels, which in turn have blocked well screens thereby impeding the extraction of LFG.  The impact of leachate on LFG capture zones was evaluated by CEC

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

(CEC 2018)[68] for each of the landfill phases at the site, based on measured leachate levels at the LFG wells.  The evaluation and assignment of collection efficiencies for each of the landfill phases were based on actual leachate level measurements as presented in my initial report and further explained in Section 3 of this report.

Further, it should be noted that other consultants working at the site, who were not specifically evaluating the impact of leachate levels, have estimated collection efficiencies that are much lower than the default collection efficiencies referenced in the Abichou Report.  As indicated in Section 3 of this report, the LFG zones of capture were significantly impacted due to high leachate levels, and therefore, the CEC method of using ROIs to determine collection efficiency was definitely the most relevant.

In conclusion, I reaffirm that the method used to estimate collection efficiencies at the JPL Site, extensively explain in my initial report, is reasonable given the saturated conditions of the landfill.

vi.   Abichou Opinion

*"The first overestimation was caused by the use of LandGEM as a means to estimate methane generation and LFG generation (twice the volume of generated methane) from the disposed waste mass. LandGEM relies on assigning a methane generation constant k (yr-1) and a methane generation potential of waste Lo (m3 CH4/Mg of waste). Calibration of LandGEM and especially of these two input parameters is crucial to LandGEM output. These two constants are typically calibrated with extensive field data (consisting of historic gas collection data for multiple years from the landfill) to obtain site specific values (representative of the site) of k and Lo.  In the absence of such field calibration data, default values of k and Lo are typically used.  In the Soler Report, a k value of 0.11yr-1 instead of the default value of 0.04 yr-1 or 0.05 yr-1 (for conventional landfill) was selected. The high moisture content of the waste was used to defend the selection of 0.11 yr-1. I disagree with that. In the absence of field-calibrated data, default values of k and Lo are typically used, especially in the absence of site-specific gas collection data."*  (Page ix of Abichou Report)

Soler Response

As explained below and in **Section 3** of this report, I disagree with the Abichou Report's conclusion that my initial report overestimated emissions by not using the LandGEM default k and Lo values.  For estimating emissions, I did not use default generation parameters for conventional landfills.  I used conservative parameters for wet landfills.

I agree that assigning more accurate k and Lo values to the USEPA LandGEM model requires extensive field data.  As previously indicated, vacuum tests, such as those

---

[68]   Carlson Environmental Consultants (CEC), 2018. *Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana*. August 15.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

specified in Tier 3 of the NSPS rules, can be used to find gas generation rates as well as determine k and Lo values.

In the absence of such site-specific data, default values for k and Lo are used for conventional landfills where leachate is properly collected and its accumulation in the waste media is prevented or minimized.  As comprehensively demonstrated in this report and in my initial report, the landfill is partly saturated with leachate and, therefore, is considered a wet landfill.  In the USEPA guidance document "*First-Order Kinetic Gas Generation Model Parameters for Wet Landfills*" dated June 2005, higher k values for wet landfills are recommended based on data collected from wet landfills.  It should be noted that k values as high as 0.28/year were found in the USEPA studies (USEPA 2005b)[69].  The selection of a lower k value (i.e., 0.11/year) is explained in my January 28, 2021 report.

vii.   <u>Abichou Opinion</u>

*"The Soler Report assumes that all "not collected H2S" becomes fugitive emissions. The Soler Report also suggests that H2S concentration in the landfill gas leaving the soil cover to the atmosphere (surface of landfill) is the same as the H2S concentration of the landfill gas inside the landfill (below the soil cover). This approach does not account for role of soil cover as a gas barrier. This barrier mechanism plays an essential part in reducing landfill emissions. The Soler Report does not consider the soil capacity to attenuate H2S. Landfill covers are essential components for controlling gas emission from a landfill. The mechanisms for H2S removal or attenuation in landfill cover soils include: Physical sorption, Chemical reaction, and Biological degradation. Several laboratory and field studies reported different levels of H2S attenuation depending on cover thickness, soil type, and moisture content. Clayey soils in general and soils with high iron and magnesium content are reported to have higher H2S attenuation capacities"* (*P*age x of Abichou Report)

<u>Soler Response</u>

As further explained below, I disagree with the Abichou Report statement that I inaccurately assume that $H_2S$ concentrations in landfill gas leaving the soil cover are the same as the $H_2S$ concentrations contained within the landfill.

It is recognized that the final soil cover acts as a gas flow barrier which, depending on the physicochemical properties of the soil, attenuates the concentration of $H_2S$. Section 6.3 of the Abichou Reports presents a review of such attenuation mechanisms, including physical sorption, chemical reactions, and biological degradation.  I considered that these attenuation mechanisms were negligible for controlling emissions in Phase IVA partly because this phase was in the active landfill area where stabilized liquid waste with spent lime was placed between 2016 and 2018 and because of the conditions of the interim soil covers, as discussed in **Section 3** of this report.

---

[69]   USEPA, 2005b. *First-Order Kinetic Gas Generation Model Parameters for Wet Landfills*. June.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

Concentrations of $H_2S$ measured in the waste media are used as an input into the LandGEM model, which estimates LFG/Methane generation rates over time. Generation rates are expressed as volume or mass over a period of time (e.g., cfm) and vary depending on the stage of biodegradability of the waste disposed in the landfill over time.  Using the total LFG generation rates, $H_2S$ generation rates are calculated by the model as a portion of these generation rates.  For example, if the LFG generation rate for a specific period of time is calculated by the LandGEM model as 100 cfm, and the concentration of $H_2S$ within the waste media was 100 ppm, the $H_2S$ generation rate would be 0.01 scfm, which is the portion of the LFG that is $H_2S$ (100 cfm x 100/1,000,000).  If half of this gas is emitted, the $H_2S$ emission rate would be 0.005 cfm.  The actual $H_2S$ emission concentrations and/or flux (mass/area) depend on the assumed emission area where fugitive emissions are occurring.  The larger assumed emission area, the lower the $H_2S$ emission concentrations and/or flux would be.  Higher $H_2S$ emission concentrations will occur if only point sources are considered. Regardless of the size of the assumed source area, the total estimated $H_2S$ emissions would be the same, a mass balance principle.

In my initial report, $H_2S$ emission rates were calculated using the LandGEM model.  A review of operation and maintenance activities at the site reveals that gas was being emitted at many point sources, such as:

- defective LFG extraction wells and conveyance pipelines;

- leachate and condensate risers; and

- leachate evaporation from open manholes.

As stated in my initial report, point source gas emissions unquestionably occurred and significantly contributed to total $H_2S$ emissions. However, I did not reach a conclusion concerning the quantity of emissions from these sources, due primarily to the lack of continuity of these emissions over time and locations, which contributes to the complexity of characterizing such emissions and using them in a model.  Therefore, it was assumed that all $H_2S$ fugitive emissions occurred at the surface of the Phase IVA active area.  **Section 3** of this report further explains the validity of this assumption.

viii.   <u>Abichou Opinion</u>

*"I believe that the choice of using a modeling approach (LandGEM and Pietari Approach) is not appropriate in this case because of the inherent uncertainties associated with the models themselves, the assumptions that generation of H2S from spent lime waste follows first-order decay kinetics, and especially the needed inputs for such an approach (e.g. amount of sulfur placed in a given year, H2S generation potential per ton of disposed sulfur, and first-order decay rate of disposed sulfur under field conditions)."*  (Page 23 of Abichou Report)

*"As discussed in the next sections, Soler input parameters into LandGEM that were not based on field collected data and are different from the U.S. Environmental Protection Agency (EPA) default values for locations/climates similar to JPL. The choice of the input parameters into both models and the use of LandGEM output as input into the H2S generation model introduced significant uncertainties into the modeled predictions*

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

*of H2S generation from the waste mass in Phase IVA and H2S emissions from the surface of Phase IVA. Such an approach cannot be considered suitable for use in a cause-and-effect case, such as this investigation."* (Page 24 of Abichou Report)

<u>Soler Response</u>

I disagree with Mr. Abichou's claim that using a modeling approach is not appropriate for this case. The appropriateness of using of the LandGEM model, and the appropriateness of the input paraments used in this model have been extensively discussed in this report and in my initial report, and in the responses to the Hoffnagle Report as well in **Section 3** of this report.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

# 8.   REFERENCES

Agency for Toxic Substances and Disease Registry (ATSDR). 2001. Landfill Gas Primer - An Overview for Environmental Health Professionals.  November

APTIM, 2018a. *2018 (1st half) liquid level report*. January – June.

APTIM, 2018b. *Jefferson Parish Landfill Liquid Levels, 2nd Semi-Annual 2018*. July - December.

APTIM, 2019. *Jefferson Parish Landfill Liquid Levels, 1st Quarter 2019*. January – March.

ATSDR – Landfill Primer – Chapter 4: Monitoring of Landfill Gas

Carlson Environmental Consultants (CEC), 2018. Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana. August 15

Carlson Environmental Consultants (CEC), 2019a. *High BTU Landfill Gas Utilization Plan for the Jefferson Parish Landfill, Jefferson Parish, Louisiana*. May 7.

Carlson Environmental Consultants (CEC), 2019b. *Part 70 Operating Permit Renewal and Modification Application, Jefferson Parish Sanitary Landfill, Jefferson Parish, LA*. December 18.

Carlson Environmental Consultants (CEC), 2020b. Siteplan- 2020 Constructed. November.

CB&I, 2016a. Jefferson Parish Leachate Levels. February. APTIM-0130902.

CB&I, 2016b. *Jefferson Parish Leachate Levels*. March 11. APTIM-0019757.

CB&I, 2016c. *Jefferson Parish Leachate Levels*. July 25. APTIM-0019756.

Deposition of Joseph "Rick" Buller, Jr, Ictech-Bendick v Progressive Waste, December 02, 2020.

EPA - 450/3-90-011a, Air Emissions from Municipal Solid Waste Landfills - Background Information for Proposed Standards and Guidelines, March 1991 USEPA

Golder Associates, 2017. Landfill Gas Collection and Control Plan, Jefferson Parish Sanitary Landfill, Phase IVA. January.

LDEQ Compliance Order, 2018. Enforcement Tracking No. SE-C-18-00372. June 22.

LDEQ Cover Inspection Report, 2018. Doc 11116044. May 7.

McBain M, Warland J, McBride R, et al. 2005. Micrometeorological measurements of N2O and CH4 emissions from a municipal solid waste landfill. Waste Management & Research 23: 409–419.

McBride, M B., 1994. Environmental Chemistry of Soil. Oxford University Press.

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL

Measurement of Gaseous Emission Rates from Land Surfaces Using an Emission Isolation Flux
    Chamber User's Guide, USEPA, February 1986.

Pietari, J., 2021.  Expert Report of Jaana Pietari, Ph.D., MBA, PE., Hydrogen Sulfide Generation From
    Spent Lime Avondale, Louisiana – Jefferson Parish. Ramboll US Consulting, Inc. January 29.

Progress/ Status Report- Jefferson Parish Landfill Repairs/ Improvements, 2018. August 6.

Progress/ Status Report- Jefferson Parish Landfill Repairs/ Improvements, 2018. October 15.

Progress/ Status Report- Jefferson Parish Landfill Repairs/ Improvements, 2018. November 26.

Progress/ Status Report- Jefferson Parish Landfill Repairs/ Improvements, 2018. December 10.

Progress/ Status Report- Jefferson Parish Landfill Repairs/ Improvements, 2019. April 8.

Reinhart, D. R.; Cooper, C. D.; Walker, B.; Rash, F. "Flux chamber design and operation for the
    measurement of municipal solid waste landfill gas emission rates," J. Air Waste Manage.
    Assoc. 42:1067 (1992).

Shaw Environmental & Infrastructure, Inc. (Shaw), 2009. *Jefferson Parish Leachate Levels*. March –
    December. APTIM-0168049.

Shaw Environmental & Infrastructure, Inc. (Shaw), 2012. *Jefferson Parish Leachate Levels*. June.
    APTIM-0130544.

USACE 2008, "Landfill Off-Gas Collection and Treatment Systems," Engineering and Design Manual,
    EM 1110-1-4016, May 2008.

USEPA, 1997. Emission Factor Documentation for AP-42 Section 2.4 Municipal Solid Waste Landfills
    Revised. August

USEPA, 2005a. Landfill Gas Emission Model (LandGEM) Version 3.02 User's Guide. May

USEPA, 2005b. First-Order Kinetic Gas Generation Model Parameters for Wet Landfills. June

Soler, 2021. Evaluation of Jefferson Parish Landfill Gas Emissions, Avondale, Louisiana – Jefferson
    Parish. January 28.

Sposito, G.S., 1989. The Chemistry of Soils. Oxford University Press.

Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill – Supplemental Data
    Report, SCS Engineers, July 10, 2019 (WC_JPLF_00210732)

Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill – Data Report, SCS
    Engineers, May 31, 2019 (WC_JPLF_00210878)

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO DEFENSE REPORTS
RAMBOLL


Title V Part 70 Operating Permit Modification (Title V), 2016. *Jefferson Parish Sanitary Landfill, Avondale, Jefferson Parish, Louisiana. Permit No. 1340-00140-V7*. July 15

**References with Bates Numbers**

| | |
|---|---|
| WC_JPLF_00252551 | JP_JPLF_0013356 |
| WC_JPLF_00267680 | JP_JPLF_0013524 |
| WC_JPLF_00268181 | JP_JPLF_0013793 |
| WC_JPLF_00270123 | JP_JPLF_0014453 |
| WC_JPLF_00277986 | JP_JPLF_0014472 |
| WC_JPLF_00278210 | JP_JPLF_0014475 |
| WC_JPLF_00271080 | JP_JPLF_0012996 |

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO REBUTTAL REPORTS
RAMBOLL

## ATTACHED FIGURES



PROJECT: 1690013699 DATED: 6/10/2021 DESIGNER: MBLEI F:\1690013699_JP Site_WIP Draft\Details.dwg

## TYPICAL LFG EXTRACTION WELL (WITH LEACHATE BLOCKING PORTION OF WELL SCREEN)

**FIGURE 1**

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY

**JEFFERSON PARISH LANDFILL**
LOUISIANA

NOT TO SCALE

RAMBOLL



PROJECT: 1690013699 DATED: 6/10/2021 DESIGNER: MBLEI F:\1690013699_JP Site_WIP Draft\Details.dwg

## TYPICAL DUAL LFG - LEACHATE EXTRACTION WELL - UNDER PUMPING CONDITIONS

**FIGURE 2**

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY

**JEFFERSON PARISH LANDFILL**
LOUISIANA

NOT TO SCALE

RAMBOLL

PROJECT: 1690013699     DATED: 6/10/2021     DESIGNER: MBLEI

F:\1690013699_JP Site\_WIP Draft\Details.dwg



MAXIMUM LFG FLOW IMPOSED BY
VACUUM WITHOUT ATMOSPHERIC
AIR INFILTRATION

EXTRACTION WELL

GRADE

WASTE LAYER

SOIL COVER

ZONE OF GAS
CAPTURE

GAS FLOW

WASTE

LANDFILL
BOTTOM

RADIUS OF INFLUENCE
UNDER DRY CONDITIONS

**SCHEMATIC OF A ZONE OF LFG CAPTURE CREATED
BY A LFG EXTRACTION WELL FOR DRY LANDFILLS**

**FIGURE 3**

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY

**JEFFERSON PARISH LANDFILL**
LOUISIANA

NOT TO SCALE



PROJECT: 1690013699      DATED: 6/10/2021      DESIGNER: MBLEI



MAXIMUM LFG FLOW IMPOSED BY VACUUM WITHOUT ATMOSPHERIC AIR INFILTRATION

EXTRACTION WELL

GRADE

WASTE LAYER

SOIL COVER

ZONE OF GAS CAPTURE

GAS FLOW

LEACHATE LEVEL

WASTE

LANDFILL BOTTOM

RADIUS OF INFLUENCE UNDER WET CONDITIONS

**SCHEMATIC OF A ZONE OF LFG CAPTURE CREATED BY A LFG EXTRACTION WELL FOR WET LANDFILLS**

**FIGURE 4**

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY

**JEFFERSON PARISH LANDFILL**
LOUISIANA

NOT TO SCALE





AREAL COVERAGE OF LFG RECOVERY WELLS
N.T.S.
(WELL SPACING = 2 x ROI x cos 30°)

AREAL COVERAGE OF LFG RECOVERY WELLS
N.T.S.
(WELL SPACING = 2 x ROI)

F:\1690013699_JP Site_WIP Draft\Details.dwg

PROJECT: 1690013699 DATED: 6/10/2021 DESIGNER: MBLEI

**TYPICAL CROSS-SECTION OF CAPTURE ZONES FOR DRY LANDFILLS UNDER DIFFERENT WELL LAYOUTS**

**FIGURE 5**

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY

**JEFFERSON PARISH LANDFILL**
LOUISIANA

RAMBOLL

NOT TO SCALE



F:\1690013699_JP Site_WIP Draft\Details.dwg

AREAL COVERAGE OF LFG RECOVERY WELLS
N.T.S.

AREAL COVERAGE OF LFG RECOVERY WELLS
N.T.S.

PROJECT: 1690013699 DATED: 6/11/2021 DESIGNER: MBLEI

**CROSS-SECTION OF CAPTURE ZONES FOR LANDFILLS PARTLY SATURATED WITH LEACHATE UNDER DIFFERENT WELL LAYOUTS**

**FIGURE 6**

JEFFERSON PARISH LANDFILL
LOUISIANA

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY

RAMBOLL

NOT TO SCALE



PRESENCE OF LEACHATE IN THE WASTE
MEDIA AS ILLUSTRATED BY STUTZ



MOST LIKELY HYDRAULIC CONDITIONS IN
JP LANDFILL USING MR. STUTZ FIGURE

Source:

Stutz, M. 2021, Expert Report, Jefferson Parish
Landfill, Jefferson Parish Louisiana. Weaver
Consultants Group. April 30.

**SCHEMATIC REPRESENTATION OF LIQUID LEVELS IN LFG EXTRACTION WELLS**

**FIGURE 7**

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY

**JEFFERSON PARISH LANDFILL**
LOUISIANA

NOT TO SCALE



F:\1690013699_JP Stat_WP DraftDetails.dwg

DESIGNER: MBLEI

DATED: 6/10/2021

PROJECT: 1690013699

**APPENDIX A**

**PHOTOS – Cover System in Phase IVA**

**<u>July 29, 2018</u>. Ref: JPSLF Daily Cover Photos (JP_JPLF_0014453)**









JPSLF DAILY COVER PHOTOS 07-29-2018 – COVER IN PM

JP_JPLF_0014453

**<u>August 1, 2018</u>. Ref: JPSLF Daily Cover Photos (JP_JPLF_0014472)**








JPSLF DAILY COVER PHOTOS 08-01-2018 – COVER IN PM

1

JP_JPLF_0014472







JPSLF DAILY COVER PHOTOS 08-01-2018 – COVER IN PM

2

JP_JPLF_0014473

**<u>August 3, 2018</u>. Ref: JPSLF Daily Cover Photos (JP_JPLF_0014475)**








JPSLF DAILY COVER PHOTOS 08-03-2018 – COVER IN PM

1

JP_JPLF_0014475

**<u>October 10, 2018</u>. Ref: DEQ Cover Compliance Inspection Report (JP_JPLF_0013356)**

Facility Name:  Jefferson Parish Sanitary Landfill                                    AI:  6961
City:  Avondale                        Parish:  Jefferson          Photographer:  Herrmann &
                                                                                   Magness
Date:  10/10/18    Reason:  Daily Cover Inspection           Other ID #:  P-0297R1M7



Photo #:  1  of  5   Time:  5:11 AM
Description: This is the tipping area of the working face. Exposed waste was observed. This photograph was taken facing the northwest. (photograph taken by Magness)



Photo #:  2  of  5   Time:  5:14 AM
Description: The tarps were in place but were not overlapped completely leaving portions of the working face and waste exposed. This photograph was taken from the bottom of the sloped area, facing northwest. (photograph taken by Magness)

JP_JPLF_0013365



Facility Name:   Jefferson Parish Sanitary Landfill               AI:   6961
City:   Avondale             Parish:   Jefferson      Photographer:   Herrmann &
                                                     Magness
Date:   10/10/18   Reason:   Daily Cover Inspection     Other ID #:   P-0297R1M7



Photo #:   3   of   5   Time   5:23 AM
Description: The tarps were not pulled completely to the top of the slope of the working face. Waste was exposed. This photograph was taken facing southeast. (photograph taken by Herrmann)

Facility Name: River Birch Parish Services Landfill
City: Avondale        Parish: Jefferson        Photographer: Herrmann & Magness

Date: 10/10/18    Reason: Daily Cover Inspection        Other ID #: P-0297R1M7



Photo #: 4 of 5    Time: 5:23 AM
Description: The tarps were not pulled completely to the top of the slope of the working face. Waste was exposed. This photograph was taken facing southeast. (photograph taken by Herrmann)



Photo #: 5 of 5    Time: 5:28 AM
Description: This is a close up of the waste observed in photograph 3 of 5 above. (photograph taken by Herrmann)

**<u>November 11, 2018</u>. Ref: JPSLF Daily Cover Photos 11-11-2018 (WC_JPLF_00252551)**









JPSLF DAILY COVER PHOTOS 11-11-2018 – COVER IN PM

1

WC_JPLF_00252551








JPSLF DAILY COVER PHOTOS 11-11-2018 –
COVER IN PM

2

WC_JPLF_00252552

**<u>March 21, 2019.</u> Ref: JPSLF Daily Cover Photos (JP_JPLF_0013793)**








JPSLF DAILY COVER PHOTOS 03-21-2019
COVER IN PM

1

JP_JPLF_0013793

  

 

JPSLF DAILY COVER PHOTOS 03-21-2019
COVER IN PM

2

JP_JPLF_0013794

EXPERT REPORT OF NESTOR D. SOLER
RESPONSES TO REBUTTAL REPORTS
RAMBOLL

## APPENDIX B
## INVENTORY OF ISSUES RELATED TO LFG
## EXTRACTION SYSTEMS AND EMISSIONS

**Appendix B** presents an inventory of operational issues associated with the LFG extraction wells and leachate risers. The operation issues related to the gas wells included, but are not limited to, pressure exceedances, oxygen exceedances, high leachate levels, limited gas flow, gas odors, $H_2S$ detections, distressed vegetation around wells, damaged or missing components (e.g., liner boot, pump, clamps, seals), and surface emission monitoring exceedances. Additionally,  there were also operational issues related to the leachate collection and landfill gas condensate management system which included, but are not limited to, drainage issues on the condensate sumps, leachate and landfill gas leaks in conveyance lines and/or risers, plugged conveyance lines, detection of LFG odors and $H_2S$, damaged or missing components (e.g., gauges, pumps, riser seals, valves, transducers, flanges), and positive pressures at the LFG extraction wells.

Between 2015 and 2019, there were numerous LFG wells in all Phase areas with positive pressure. It is assumed that wells under positive pressure had conveyance lines blocked or the wellhead valves were closed or malfunctioning.  It is recognized that LFG wells under positive pressure with no blocked lines may bring some flow to the collection system by advection.  However, for wells under positive pressure in a typical LFG wellfield, the zone of capture and the gas flow collected are minimum and most likely negligible. In any case, wells with positive pressure significantly decrease collection efficiency. In addition, wells under positive pressure had an increased risk of becoming a point source for gas emissions, if the wellhead or associated lines are breached as documented in field reports.

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 30-Jul-13 | GW-304 | Oxygen Exceedance | | IIIA |
| 30-Jul-13 | GW-348 | Oxygen Exceedance | | IIIA |
| 30-Jul-13 | GW-349 | Oxygen Exceedance | | IIIA |
| 19-Jun-14 | GW-305 | Oxygen Exceedance | | IIIA |
| 24-Feb-15 | GW-137 | Oxygen Exceedance | | I |
| 24-Feb-15 | GW-146 | Oxygen Exceedance | | I |
| 28-Apr-15 | GW-309 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.7 | IIIA |

| | | **APPENDIX B:** Gas Well Malfunctioning Timeline | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 28-Apr-15 | GW-310 | Positive Pressure. Well most likely not collectin gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.5 | IIIA |
| 29-Apr-15 | GW-220 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.6 | II |
| 29-Apr-15 | GW-221 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.5 | II |
| 29-Apr-15 | GW-224 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.8 | II |
| 13-May-15 | GW-309 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2 | IIIA |
| 13-May-15 | GW-310 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.7 | IIIA |
| 29-Jun-15 | GW-138 | Zero Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. | 0 | I |
| 29-Jun-15 | GW-224 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 10.5 | II |
| 15-Oct-15 | GW-103 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.9 | I |
| 22-Oct-15 | GW-224 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1 | II |
| 18-Nov-15 | GW-327 | Zero Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. | 0 | IIIA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 18-Nov-15 | GW-328 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.6 | IIIA |
| 24-Nov-15 | GW-224 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.5 | II |
| 28-Dec-15 | GW-348 | Oxygen Exceedance | | IIIA |
| 31-Dec-15 | GW-416 | Oxygen Exceedance | | IIIB |
| 31-May-16 | GW-327 | Zero Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. | 0 | IIIA |
| 23-Jun-16 | GW-135 | Oxygen Exceedance | | I |
| 31-Aug-16 | GW-231 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 1.5 | II |
| 31-Aug-16 | GW-234 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 0.3 | II |
| 26-Sep-16 | GW-327 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 0.1 | IIIA |
| 14-Oct-16 | GW-224 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.8 | II |
| 18-Nov-16 | GW-327 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 0.1 | IIIA |
| 30-Jan-17 | GW-323 | Oxygen Exceedance | | IIIA |
| 31-Jan-17 | GW-348 | Oxygen Exceedance | | IIIA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 17-Mar-17 | GW-305 | Zero Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. | 0 | IIIA |
| 31-Mar-17 | GW-380 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 9.1 | IIIB |
| 31-Mar-17 | GW-383 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.3 | IIIB |
| 31-Mar-17 | GW-383 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.3 | IIIB |
| 27-Apr-17 | GW-135 | Oxygen Exceedance | | I |
| 25-May-17 | GW-371 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 4.9 | IIIB |
| 31-May-17 | GW-371 | Temperature and pressure exceedances | | IIIB |
| 5-Jun-17 | GW-371 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 6.6 | IIIB |
| 20-Jul-17 | GW-384 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 9.4 | IIIB |
| 20-Jul-17 | GW-385 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.5 | IIIB |
| 26-Jul-17 | GW-305 | Zero Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. | 0 | IIIA |
| 26-Jul-17 | GW-348 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.3 | IIIA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 26-Jul-17 | GW-349 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.4 | IIIA |
| 27-Jul-17 | GW-304 | Zero Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. | 0 | IIIA |
| 27-Jul-17 | GW-333 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 0.5 | IIIA |
| 27-Jul-17 | GW-351 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 1.7 | IIIA |
| 28-Jul-17 | GW-341 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.8 | IIIA |
| 28-Jul-17 | GW-346 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.9 | IIIA |
| 3-Aug-17 | GW-384 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 4.1 | IIIB |
| 3-Aug-17 | GW-385 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 1 | IIIB |
| 17-Aug-17 | GW-107 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 8.7 | I |
| 17-Aug-17 | GW-121 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 1.7 | I |
| 17-Aug-17 | GW-143 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 13.5 | I |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 17-Aug-17 | GW-145 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 9.4 | I |
| 28-Sep-17 | GW-396 | 1. Well watered-in with leachate; perforations on the well casing blocked and limited gas flow<br>2. Oxygen Exceedance | | IIIB |
| 29-Sep-17 | GW-136 | 1. Well watered-in with leachate; perforations on the well casing blocked and limited gas flow<br>2. Oxygen Exceedance | | I |
| 29-Sep-17 | GW-145 | 1. Well watered-in with leachate; perforations on the well casing blocked and limited gas flow<br>2. Oxygen Exceedance | | I |
| 29-Sep-17 | GW-304 | 1. Well watered-in with leachate; perforations on the well casing blocked and limited gas flow<br>2. Oxygen Exceedance | | IIIA |
| 29-Sep-17 | GW-348 | 1. Well watered-in with leachate; perforations on the well casing blocked and limited gas flow<br>2. Oxygen Exceedance | | IIIA |
| 29-Sep-17 | GW-349 | 1. Well watered-in with leachate; perforations on the well casing blocked and limited gas flow<br>2. Oxygen Exceedance | | IIIA |
| 29-Sep-17 | GW-412 | 1. Well watered-in with leachate; perforations on the well casing blocked and limited gas flow<br>2. Oxygen Exceedance | | IIIB |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 29-Sep-17 | GW-416 | 1. Well watered-in with leachate; perforations on the well casing blocked and limited gas flow<br>2. Oxygen Exceedance | | IIIB |
| 29-Sep-17 | GW-421 | 1. Well watered-in with leachate; perforations on the well casing blocked and limited gas flow<br>2. Oxygen Exceedance | | IIIB |
| 29-Sep-17 | GW-422 | 1. Well watered-in with leachate; perforations on the well casing blocked and limited gas flow<br>2. Oxygen Exceedance | | IIIB |
| 17-Oct-17 | GW-321 | 1. Well watered-in with leachate; perforations on the well casing blocked and limited gas flow<br>2. Oxygen Exceedance | | IIIA |
| 19-Oct-17 | GW-420 | 1. Well watered-in with leachate; perforations on the well casing blocked and limited gas flow<br>2. Oxygen Exceedance | | IIIB |
| 21-Dec-17 | GW-135 | Pressure/ Oxygen Exceedance | | I |
| 22-Dec-17 | GW-104 | Oxygen Exceedance | | I |
| 22-Dec-17 | GW-119 | Oxygen Exceedance | | I |
| 27-Dec-17 | GW-206 | Oxygen Exceedance | | II |
| 29-Dec-17 | GW-417 | Oxygen Exceedance | | IIIB |
| 10-Jan-18 | GW-331 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 0.03 | IIIA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 11-Jan-18 | GW-151 | Oxygen Exceedance | | I |
| 11-Jan-18 | GW-221 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions | 2.79 | II |
| 11-Jan-18 | GW-234 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.38 | II |
| 11-Jan-18 | GW-220 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 5.81 | II |
| 11-Jan-18 | GW-220 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.93 | II |
| 11-Jan-18 | GW-235 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.21 | II |
| 11-Jan-18 | GW-235 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.15 | II |
| 11-Jan-18 | GW-331 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.38 | IIIA |
| 24-Jan-18 | GW-144 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.79 | I |
| 24-Jan-18 | GW-144 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.19 | I |
| 24-Jan-18 | GW-153 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.33 | I |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 24-Jan-18 | GW-153 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.31 | I |
| 24-Jan-18 | GW-223 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.34 | II |
| 24-Jan-18 | GW-223 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.36 | II |
| 25-Jan-18 | GW-120 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 20.5 | I |
| 25-Jan-18 | GW-121 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.46 | I |
| 31-Jan-18 | GW-102 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.45 | I |
| 31-Jan-18 | GW-109 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.83 | I |
| 31-Jan-18 | GW-115 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.5 | I |
| 31-Jan-18 | GW-119 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.52 | I |
| 31-Jan-18 | GW-122 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.4 | I |
| 31-Jan-18 | GW-129 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.31 | I |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 31-Jan-18 | GW-136 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.03 | I |
| 31-Jan-18 | GW-137 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.05 | I |
| 31-Jan-18 | GW-156 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 4.65 | I |
| 31-Jan-18 | GW-236 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.01 | II |
| 31-Jan-18 | GW-215 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.43 | II |
| 31-Jan-18 | GW-214 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.08 | II |
| 31-Jan-18 | GW-205 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.35 | II |
| 13-Feb-18 | GW-133 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 15.71 | I |
| 13-Feb-18 | GW-140 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 34.92 | I |
| 13-Feb-18 | GW-149 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 62.57 | I |
| 13-Feb-18 | GW-116 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.3 | I |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 19-Mar-18 | GW-129 | Oxygen Exceedance | | I |
| 19-Mar-18 | GW-131 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.1 | I |
| 27-Mar-18 | GW-154 | Pressure/ Oxygen Exceedance GW-154 was watered-in with leachate. As a result, the perforation on the well casing was blocked and limited gas flow. | | I |
| 27-Mar-18 | GW-154 | Pressure/ Oxygen Exceedance | | I |
| 27-Mar-18 | GW-154 | Oxygen Exceedance GW-154 was watered-in with leachate. As a result, the perforation on the well casing was blocked and limited gas flow. | | I |
| 27-Mar-18 | GW-155 | Oxygen Exceedance GW-155 was watered-in with leachate. As a result, the perforation on the well casing was blocked and limited gas flow. | | I |
| 27-Mar-18 | GW-155 | Oxygen Exceedance | | I |
| 27-Mar-18 | GW-155 | Oxygen Exceedance GW-155 was watered-in with leachate. As a result, the perforation on the well casing was blocked and limited gas flow. | | I |
| 27-Mar-18 | GW-156 | Oxygen Exceedance GW-156 was watered-in with leachate. As a result, the perforation on the well casing was blocked and limited gas flow. | | I |
| 27-Mar-18 | GW-321 | Oxygen Exceedance GW-321 was watered-in with leachate. As a result, the perforation on the well casing was blocked and limited gas flow. | | IIIA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 28-Mar-18 | GW-215 | Pressure/ Oxygen Exceedance | | II |
| 28-Mar-18 | GW-228 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.4 | II |
| 5-Apr-18 | GW-510 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.7 | IVA |
| 5-Apr-18 | GW-500 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.3 | IVA |
| 5-Apr-18 | GW-501 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 10 | IVA |
| 5-Apr-18 | GW-501 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 10 | IVA |
| 5-Apr-18 | GW-511 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.5 | IVA |
| 5-Apr-18 | GW-511 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.5 | IVA |
| 5-Apr-18 | GW-512 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 4.6 | IVA |
| 5-Apr-18 | GW-512 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 4.6 | IVA |
| 11-Apr-18 | GW-370 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 4.8 | IIIA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 12-Apr-18 | GW-202 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.7 | II |
| 12-Apr-18 | GW-202 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.2 | II |
| 12-Apr-18 | GW-204 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.4 | II |
| 12-Apr-18 | GW-218 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 22.3 | II |
| 16-Apr-18 | GW-131 | Pressure/ Oxygen Exceedance | | I |
| 16-Apr-18 | GW-130 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 4.5 | I |
| 17-Apr-18 | GW-103 | Pressure/ Oxygen Exceedance | | I |
| 17-Apr-18 | GW-110 | Oxygen Exceedance | | I |
| 17-Apr-18 | GW-205 | Oxygen Exceedance | | II |
| 17-Apr-18 | GW-109 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.1 | I |
| 20-Apr-18 | GW-115 | Pressure/ Oxygen Exceedance | | I |
| 20-Apr-18 | GW-214 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.2 | II |
| 24-Apr-18 | GW-513 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 6.1 | IVA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 24-Apr-18 | GW-524 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.7 | IVA |
| 24-Apr-18 | GW-522 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 27.4 | IVA |
| 26-Apr-18 | GW-121 | Pressure/ Oxygen Exceedance | | I |
| 26-Apr-18 | GW-202 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 5.3 | II |
| 26-Apr-18 | GW-140 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 36.9 | I |
| 30-Apr-18 | GW-233 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.3 | II |
| 30-Apr-18 | GW-243 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.4 | II |
| 3-May-18 | GW-206 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 6.1 | II |
| 3-May-18 | GW-104 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 20.6 | I |
| 15-May-18 | GW-312 | air leak on regulator | | IIIA |
| 15-May-18 | GW-368 | possible gas bubble in liner near well | | IIIA |
| 15-May-18 | GW-390 | air/fm risers not operational | | IIIB |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 15-May-18 | GW-500 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 6.5 | IVA |
| 15-May-18 | GW-501 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.1 | IVA |
| 15-May-18 | GW-502 | gas meter pegged for H2S | | IVA |
| 16-May-18 | GW-105 | dead vegetation around well, 4:1 Ratio of N2 to O2, adjustment valve barely open, well is watered in; gas odors | | I |
| 16-May-18 | GW-114 | Well Abandoned reason for decom, test gas before abandoning below grade | | I |
| 16-May-18 | GW-125 | Well Abandoned reason for decom, test gas before abandoning below grade | | I |
| 16-May-18 | GW-147 | Well Abandoned reason for decom, test gas before abandoning below grade | | I |
| 16-May-18 | GW-211 | Well Abandoned reason for decom, test gas before abandoning below grade | | II |
| 16-May-18 | GW-212 | 4:1 ratio of N2 to O2, adjustment valve barely open, well watered in; broken 6" clamp on well casing seal | | II |
| 16-May-18 | GW-216 | Well Abandoned reason for decom, test gas before abandoning below grade | | II |
| 16-May-18 | GW-314 | black oily substance in well, pressures from nearby air/fm stubs, air/fm isolation valved near well | | IIIA |
| 16-May-18 | GW-356 | liner boot previuosly had lots of silicone to try and seal up the leak | | IIIA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 16-May-18 | GW-357 | can see air line in hole over top of cap; leachate pool around stubs | | IIIA |
| 16-May-18 | GW-392 | H2S scaling in vac riser | | IIIB |
| 17-May-18 | GW-117 | unsafe air and fm setup; need to replace all blue PEX and PVC parts on compressed pneumatic lines for safety rating | | I |
| 17-May-18 | GW-118 | Well Abandoned<br>reason for decom, test gas before abandoning below grade | | I |
| 17-May-18 | GW-122 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.15 | I |
| 17-May-18 | GW-127 | Well Abandoned<br>reason for decom, test gas before abandoning below grade | | I |
| 17-May-18 | GW-130 | well acting watered in, 4:1 ratio of N2 to O2; heavy silt at bottom of well; busted fernco seals, no thread tape around fittings, temp probe sample port loose | | I |
| 17-May-18 | GW-156 | air/fm valves off, no counter regulator gauge is stuck; well is watered in; large volume of liquid in air line, 6" fernco clamp missing on well seal, air line disconnected from pump in casing. | | I |
| 17-May-18 | GW-226 | Well Abandoned<br>reason for decom, test gas before abandoning below grade | | II |
| 17-May-18 | GW-227 | Well Abandoned<br>reason for decom, test gas before abandoning below grade | | II |
| 17-May-18 | GW-230 | Well Abandoned<br>reason for decom, test gas before abandoning below grade | | II |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 17-May-18 | GW-231 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. (+5.4 in H20)<br>large hole around well casing | 5.4 | II |
| 17-May-18 | GW-236 | wellhead broken at seal connection; duct taped; regulator diaphragm | | II |
| 17-May-18 | GW-244 | Well Abandoned<br>reason for decom, test gas before abandoning below grade | | II |
| 17-May-18 | GW-322 | liner boot, H2S scaling in risers | | IIIA |
| 17-May-18 | GW-360 | sloshing/surging in vac riser | | IIIA |
| 17-May-18 | GW-402 | H2S scaling in well casing | | IIIB |
| 17-May-18 | GW-405 | H2S scaling in well and vac riser | | IIIB |
| 17-May-18 | GW-409 | distressed vegetation around well, no liner boot | | IIIB |
| 17-May-18 | GW-414 | no pump found | | IIIB |
| 17-May-18 | GW-500 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions.) | 9.1 | IVA |
| 17-May-18 | GW-501 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.5 | IVA |
| 17-May-18 | GW-502 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 9.7 | IVA |
| 17-May-18 | GW-516 | surging pressures; maxed gas meter for H2S, 19ppm Comb/Ex | | IVA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 17-May-18 | GW-518 | surging pressures | | IVA |
| 17-May-18 | GW-519 | surging pressures | | IVA |
| 17-May-18 | GW-524 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.7 | IVA |
| 18-May-18 | GW-524 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.9 | IVA |
| 18-May-18 | GW-502 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 9.9 | IVA |
| 18-May-18 | Phase IVA | Drager tubes detected H2S at Phase IVA gas wells with concentrations ranging from 120ppm to 2000+ ppm | | IVA |
| 22-May-18 | GW-242 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.7 | II |
| 22-May-18 | GW-231 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.5 | II |
| 24-May-18 | GW-109 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.1 | I |
| 24-May-18 | GW-109 | Pressure/ Oxygen Exceedance | | I |
| 24-May-18 | GW-109 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.1 | I |
| 30-May-18 | GW-148 | Oxygen Exceedance | | I |
| 30-May-18 | GW-153 | Oxygen Exceedance | | I |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 30-May-18 | GW-384 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.7 | IIIB |
| 30-May-18 | GW-384 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.7 | IIIB |
| 31-May-18 | GW-143 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 15.3 | I |
| 31-May-18 | GW-206 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.1 | II |
| 4-Jun-18 | GW-322 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.8 | IIIA |
| 5-Jun-18 | GW-229 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.1 | II |
| 13-Jun-18 | GW-500 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 4.4 | IVA |
| 15-Jun-18 | GW-396 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.6 | IIIB |
| 21-Jun-18 | GW-518 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.3 | IVA |
| 21-Jun-18 | GW-518 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.6 | IVA |
| 21-Jun-18 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 5.2 | IVA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 21-Jun-18 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 4.9 | IVA |
| 21-Jun-18 | GW-517 | Positive Pressure. Well most likely not collecting gas. At risk of becoming a point source for gas emissions. | 2.7 | IVA |
| 21-Jun-18 | GW-517 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.4 | IVA |
| 22-Jun-18 | GW-224 | Pressure/ Oxygen Exceedance | | II |
| 22-Jun-18 | GW-116 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 14.4 | I |
| 22-Jun-18 | GW-144 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.5 | I |
| 22-Jun-18 | GW-144 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.5 | I |
| 22-Jun-18 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 13.2 | IVA |
| 22-Jun-18 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 12.7 | IVA |
| 22-Jun-18 | GW-122 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.7 | I |
| 22-Jun-18 | GW-128 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.1 | I |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 22-Jun-18 | GW-146 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.2 | I |
| 22-Jun-18 | GW-201 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.1 | II |
| 27-Jun-18 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 15.6 | IVA |
| 27-Jun-18 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 15.4 | IVA |
| 27-Jun-18 | GW-516 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 13.6 | IVA |
| 27-Jun-18 | GW-516 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 13.7 | IVA |
| 27-Jun-18 | GW-500 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 5.4 | IVA |
| 3-Jul-18 | GW-229 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.1 | II |
| 3-Jul-18 | GW-229 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.3 | II |
| 5-Jul-18 | GW-201 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.1 | II |
| 5-Jul-18 | GW-201 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.2 | II |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 5-Jul-18 | GW-215 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.9 | II |
| 6-Jul-18 | GW-234 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.6 | II |
| 6-Jul-18 | GW-234 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.3 | II |
| 12-Jul-18 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 16.9 | IVA |
| 12-Jul-18 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 17.3 | IVA |
| 12-Jul-18 | GW-516 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 14.5 | IVA |
| 12-Jul-18 | GW-516 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 14.5 | IVA |
| 18-Jul-18 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 18.4 | IVA |
| 18-Jul-18 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 18.5 | IVA |
| 20-Jul-18 | GW-102 | Oxygen Exceedance | | I |
| 20-Jul-18 | GW-137 | Oxygen Exceedance | | I |
| 20-Jul-18 | GW-138 | Oxygen Exceedance | | I |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 20-Jul-18 | GW-235 | Oxygen Exceedance | | II |
| 20-Jul-18 | GW-406 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.6 | IIIB |
| 20-Jul-18 | GW-224 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.3 | II |
| 20-Jul-18 | GW-201 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.4 | II |
| 20-Jul-18 | GW-145 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.4 | I |
| 20-Jul-18 | GW-131 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.1 | I |
| 20-Jul-18 | GW-103 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.1 | I |
| 24-Jul-18 | GW-328 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.2 | IIIA |
| 24-Jul-18 | GW-327 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.2 | IIIA |
| 24-Jul-18 | GW-327 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.2 | IIIA |
| 24-Jul-18 | GW-334 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.3 | IIIA |

| APPENDIX B: | Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 24-Jul-18 | GW-334 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.2 | IIIA |
| 25-Jul-18 | GW-348 | Oxygen Exceedance | | IIIA |
| 25-Jul-18 | GW-501 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 11.6 | IVA |
| 25-Jul-18 | GW-502 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.9 | IVA |
| 25-Jul-18 | GW-519 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.6 | IVA |
| 25-Jul-18 | GW-519 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.5 | IVA |
| 25-Jul-18 | GW-518 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.5 | IVA |
| 25-Jul-18 | GW-518 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.1 | IVA |
| 25-Jul-18 | GW-517 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.6 | IVA |
| 25-Jul-18 | GW-517 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.5 | IVA |
| 25-Jul-18 | GW-335 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.1 | IIIA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 25-Jul-18 | GW-359 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.5 | IIIA |
| 25-Jul-18 | GW-309 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.9 | IIIA |
| 26-Jul-18 | GW-209 | Oxygen Exceedance | | II |
| 26-Jul-18 | GW-209 | Pressure/ Oxygen Exceedance | | II |
| 26-Jul-18 | GW-214 | Oxygen Exceedance | | II |
| 26-Jul-18 | GW-236 | Oxygen Exceedance | | II |
| 26-Jul-18 | GW-320 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.3 | IIIA |
| 26-Jul-18 | GW-319 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.4 | IIIA |
| 27-Jul-18 | GW-119 | Oxygen Exceedance | | I |
| 27-Jul-18 | GW-122 | Oxygen Exceedance | | I |
| 27-Jul-18 | GW-516 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 17.3 | IVA |
| 1-Aug-18 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 12.8 | IVA |
| 8-Aug-18 | GW-519 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 5.6 | IVA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 8-Aug-18 | GW-516 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 5.9 | IVA |
| 8-Aug-18 | GW-518 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 5.4 | IVA |
| 8-Aug-18 | GW-517 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 5.8 | IVA |
| 10-Aug-18 | GW-221 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.3 | II |
| 14-Aug-18 | GW-206 | Oxygen Exceedance | | II |
| 14-Aug-18 | GW-228 | Pressure Exceedance | | II |
| 14-Aug-18 | GW-228 | Pressure/ Oxygen Exceedance | | II |
| 14-Aug-18 | GW-243 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.4 | II |
| 14-Aug-18 | GW-228 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.4 | II |
| 14-Aug-18 | GW-228 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.6 | II |
| 15-Aug-18 | GW-221 | Oxygen Exceedance | | II |
| 15-Aug-18 | GW-420 | Oxygen Exceedance | | IIIB |
| 15-Aug-18 | GW-225 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.2 | II |

| | | **APPENDIX B:** Gas Well Malfunctioning Timeline | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 15-Aug-18 | GW-225 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.3 | II |
| 15-Aug-18 | GW-229 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.2 | II |
| 15-Aug-18 | GW-229 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.3 | II |
| 15-Aug-18 | GW-229 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.3 | II |
| 16-Aug-18 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 11 | IVA |
| 16-Aug-18 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 10.9 | IVA |
| 17-Aug-18 | GW-234 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.3 | II |
| 17-Aug-18 | GW-224 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.1 | II |
| 17-Aug-18 | GW-224 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.4 | II |
| 23-Aug-18 | GW-231 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.9 | II |
| 23-Aug-18 | GW-231 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.9 | II |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 24-Aug-18 | GW-144 | Oxygen Exceedance | | I |
| 28-Aug-18 | GW-224 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.7 | II |
| 28-Aug-18 | GW-224 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.42 | II |
| 28-Aug-18 | GW-225 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.07 | II |
| 28-Aug-18 | GW-229 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.1 | II |
| 28-Aug-18 | GW-229 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.02 | II |
| 28-Aug-18 | GW-228 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.05 | II |
| 5-Sep-18 | GW-416 | Oxygen Exceedance | | IIIB |
| 5-Sep-18 | GW-422 | Oxygen Exceedance | | IIIB |
| 5-Sep-18 | | Email from Brian DeJean (River Birch LLC) to Mike Lockwood (Jefferson Parish) Phase IVA- undetermined number of wells that are flooded in as we are undergoing investigation on proper safety procedures to handle well depth and maintenance work with gas at 3000 ppm H2S taken by draeger tubes at well 507 and 516. | | IVA |
| 10-Sep-18 | GW-201 | Oxygen Exceedance | | II |
| 10-Sep-18 | GW-384 | Oxygen Exceedance | | IIIB |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 13-Sep-18 | GW-116 | Oxygen Exceedance | | I |
| 13-Sep-18 | GW-128 | Oxygen Exceedance | | I |
| 13-Sep-18 | GW-143 | Oxygen Exceedance | | I |
| 13-Sep-18 | GW-218 | Oxygen Exceedance | | II |
| 13-Sep-18 | GW-356 | Oxygen Exceedance | | IIIA |
| 13-Sep-18 | GW-357 | Oxygen Exceedance | | IIIA |
| 13-Sep-18 | GW-370 | Oxygen Exceedance | | IIIA |
| 14-Sep-18 | GW-145 | Oxygen Exceedance | | I |
| 8-Nov-18 | | Landfill gas & garbage odors detected downwind of working face; along main access road near IVA. Gas discovered escaping through interim cover on morning of November 8, 2018, per Mark Klym. | | IVA |
| 19-Nov-18 | | Garbage and Landfill gas odors both E and W of active working face; junction of IIIB and IVA | | IIIB & IVA |
| 22-May-19 | GW-386 | Surface Emissions Monitoring (SEM) Exceedance | | IIIB |
| 22-May-19 | GW-389R | Surface Emissions Monitoring (SEM) Exceedance | | IIIB |
| 22-May-19 | GW-500 | Surface Emissions Monitoring (SEM) Exceedance | | IVA |
| 22-May-19 | GW-508 | Surface Emissions Monitoring (SEM) Exceedance | | IVA |
| 22-May-19 | GW-515 | Surface Emissions Monitoring (SEM) Exceedance | | IVA |
| 22-May-19 | GW-521 | Surface Emissions Monitoring (SEM) Exceedance | | IVA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 22-May-19 | GW-523R | Surface Emissions Monitoring (SEM) Exceedance | | IVA |
| 24-May-19 | GW-502 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.27 | IVA |
| 24-May-19 | GW-506 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.06 | IVA |
| 24-May-19 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.98 | IVA |
| 24-May-19 | GW-508 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 3.39 | IVA |
| 24-May-19 | GW-514 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.6 | IVA |
| 24-May-19 | GW-515 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.45 | IVA |
| 24-May-19 | GW-516 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 4 | IVA |
| 24-May-19 | GW-517 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.74 | IVA |
| 24-May-19 | GW-518 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.08 | IVA |
| 24-May-19 | GW-519 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.24 | IVA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 24-May-19 | GW-522R | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.48 | IVA |
| 24-May-19 | GW-524 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.77 | IVA |
| 30-May-19 | GW-380R | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.09 | IIIB |
| 30-May-19 | GW-383 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 4.13 | IIIB |
| 30-May-19 | GW-386 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 7.03 | IIIB |
| 31-May-19 | GW-384 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.26 | IIIB |
| 6-Sep-19 | GW-521 | 100 ppm reading on monitor; gas is blowing out of the riser | | IVA |
| 11-Sep-19 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.25 | IVA |
| 1-Oct-19 | GW-304 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.72 | IIIA |
| 1-Oct-19 | GW-305 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.55 | IIIA |
| 1-Oct-19 | GW-312 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.93 | IIIA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 1-Oct-19 | GW-314 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.06 | IIIA |
| 1-Oct-19 | GW-316 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.64 | IIIA |
| 1-Oct-19 | GW-317 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.57 | IIIA |
| 1-Oct-19 | GW-318 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.18 | IIIA |
| 1-Oct-19 | GW-321 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.86 | IIIA |
| 1-Oct-19 | GW-323 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.78 | IIIA |
| 1-Oct-19 | GW-324 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.24 | IIIA |
| 1-Oct-19 | GW-325 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.94 | IIIA |
| 1-Oct-19 | GW-327 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.24 | IIIA |
| 1-Oct-19 | GW-329 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.61 | IIIA |
| 1-Oct-19 | GW-310 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.86 | IIIA |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 2-Oct-19 | GW-333 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.89 | IIIA |
| 2-Oct-19 | GW-343 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.5 | IIIA |
| 2-Oct-19 | GW-347 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.31 | IIIA |
| 2-Oct-19 | GW-350 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.11 | IIIA |
| 2-Oct-19 | GW-517 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 2.25 | IVA |
| 4-Oct-19 | GW-417 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 0.04 | IIIB |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| Date | Gas Wells | Issues | Pressure (in H20) | Phase Area |
| 4/5-Oct-19 | | TRC collected canister samples for H2S between October 4-5, 2019. The results are provided below.<br><br>GW-378, 5.27 ppm<br>GW-500, 121 ppm<br>GW-501, 268 ppm<br>GW-509, 220 ppm<br>GW-510, 62.9 ppm<br>GW-512, 5683 ppm<br>GW-513, 6080 ppm<br>GW-514, 6063 ppm<br>GW-517, 3589 ppm<br>GW-522R, 4790 ppm<br>GW-524, 6499 ppm | | IIIB &IVA |
| 7-Oct-19 | GW-515 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 1.6 | IVA |
| 5-Nov-19 | GW-380R | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | | IIIB |
| 5-Nov-19 | GW-389R | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 6.5 | IIIB |
| 6-Nov-19 | GW-220 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 5.97 | II |
| 6-Nov-19 | GW-221 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 6.3 | II |

| APPENDIX B: Gas Well Malfunctioning Timeline | | | | |
|---|---|---|---|---|
| **Date** | **Gas Wells** | **Issues** | **Pressure (in H20)** | **Phase Area** |
| 6-Nov-19 | GW-506 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 4.99 | IVA |
| 6-Nov-19 | GW-507 | Positive Pressure. Well most likely not collecting gas with no capture zone further decreasing collection efficiency. At risk of becoming a point source for gas emissions. | 6.5 | IVA |
| 8-Nov-19 | GW-519 | Top of gas well- wide open. Smell of landfill gas in the area very strong | | IVA |

| APPENDIX B: Leachate Riser/ Manhole A Malfunctioning Timeline | | | |
|---|---|---|---|
| Issue/Exceedance Date | Device ID | Issues Cited | Phase Area |
| 15-May-18 | LC-TS | breaker off, leak on riser, discharge valve mostly closed | II |
| 15-May-18 | LC-RS | underload, reset, pumped, gauge broken | II |
| 15-May-18 | LC-QN | under load, reset, did NOT pump, signs of spark inside panel, gas odor, possibly in conduit | II |
| 15-May-18 | LC-PS | voltage overload flashing, reset, pumped; out of calibration | II |
| 15-May-18 | LC-NN | breaker on, under load, pumped; no pressure gauge | II |
| 15-May-18 | LC-8S | side riser not sealed off | IIIA |
| 15-May-18 | LC-6S | under load, reset, pumped, gauge stuck at 60 psi | IIIA |
| 15-May-18 | LC-1S | no connection, no power, pneumatic controller not operational | IIIA |
| 15-May-18 | LC-1N | underload, reset, pumped, no pressure on gauge (possibly broken) | IIIA |
| 15-May-18 | LC-15S | breaker on, no power to coyote, large leak out of EF collar on side riser | IIIB |
| 15-May-18 | CS-9 | possible drainage issue to drip leg | II |
| 15-May-18 | CS-7 | possible drainage issues to drip leg | IIIA |
| 15-May-18 | CS-6 | liquids being held up in existing 10" header | IIIB |
| 15-May-18 | CS-14 | surging due to high flows and liquids held in existing 10" header back to CS-6 | IVA |
| 15-May-18 | CS-11 | possible drainage issue to drip leg, forcemain riser leaking | II |
| 15-May-18 | CS-1 | no pump installed, lid open to atmosphere | Main Plant Area |
| 16-May-18 | CS-8 | vac surging, can hear liquid sloshing in sump; air valve rusted/broken regulator gauge broken/busted | II |

| APPENDIX B: Leachate Riser/ Manhole A Malfunctioning Timeline | | | |
|---|---|---|---|
| Issue/Exceedance Date | Device ID | Issues Cited | Phase Area |
| 23-Jun-18 | LC-22S | "The end was sealed but the discharge pope penetration on the side of the casing wasn't sealed. Transducer reading -139, which I think is a code for faulty transducer". | IVA |
| 23-Jun-18 | LC-21S | Transducer reading 286- and th e high level alarm lit up, but the pump wasn't running, The end plug was installed but not sealing due to electrical wires running out. | IVA |
| 23-Jun-18 | LC-20S | The plug at the end of the pipe was on the ground. It doesn't fit because the electrical leads run out of the end, instead of through air-tight fittings on the side. The riser was venting a lot of gas with strong odor. It registered 50+ppm on the meter (max reading). | IVA |
| 31-Aug-18 | LC-20S | The 2" leachate line is leaking. The leak is coming from where the line enters the side of the leachate riser. | IVA |
| 22-Oct-18 | LC-20N | Landfill gas leak where the force main penetrates the 16" casing MultiRae Readings: O2= 1.0 ppm; LEL= 99%, H2S= 41ppm | IVA |
| 22-Oct-18 | LC-14N | Landfill gas leak where the force main penetrates the 16" casing MultiRae Readings: O2= 6.6 ppm; SO2= 14ppm; LEL= 99%, H2S= 15.9ppm | IIIB |
| 22-Oct-18 | LC-11N | Leachate riser 11N had the compression plug on the 16" casing open. There was no landfill gas odor detected at the time of the inspection. | IIIA |
| 29-Oct-18 | LC-20N | Leachate riser 20N has landfill gas emissions at leachate force main penetration into 16" leachate riser csing, 16" leachate riser casing end cap, and the cleanout pipe. MultiRae Readings: LEL=99%, H2S=6.0ppm, and O2=20.9% | IVA |
| 29-Oct-18 | LC-14N | Leachate riser 14N had landfill gas emissions at leachate force main penetration into 16"leachate riser casing MultiRae were LEL=99%, H2S=0.8ppm, and O2=20.9% | IIIB |

| APPENDIX B: Leachate Riser/ Manhole A Malfunctioning Timeline | | | |
|---|---|---|---|
| Issue/Exceedance Date | Device ID | Issues Cited | Phase Area |
| 29-Oct-18 | LC-11N | Leachate riser 11N had landfill gas emissions at leachate force main penetration into 16" leachate riser casing | IIIA |
| 30-Oct-18 | Manhole #3 | Landfill gas was being emitted from the lid on Manhole #3 which was not closed properly<br>Jerome Meter Reading for H2S=44ppm | |
| 5-Nov-18 | LC-14<br>LC-15<br>LC-13<br>LC-20<br>LC-22N | Garbage and landfill gas odors at 14 & 15 leachate risers at IIIB (downwind from IIIB)<br>Garbage and landfill gas odors at 13 & 20 leachate risers at IVA (downwind from IVA)<br>Garbage and landfill gas odors at 22N leachate riser at IVA (downwind from IVA) | |
| 9-Nov-18 | LC-20S<br>LC-21 | Notable odors were observed on road by riser 20S on Phase IVA.<br>Gas/H2S odor noted on South road at intersection of working face haul road.<br>Jerome readings were 0.144ppm.<br>Gas/H2S odor also observed by Riser 21 | |
| 26-Nov-18 | | Landfill gas odors were detected on the south access road downwind from cells 21S and 22S.<br>The source of landfill gas was from leachate risers/ cleanout pipes at cells 20N and 21N | |
| 26-Nov-18 | LC-21N | Landfill riser 21N had landfill gas emissions at leachate force main penetration in 16" leachate riser casing and the flange on the 16" leachate riser casing; Landfill gas being released from the flange was hissing loudly.<br>MultiRAE readings : O2=12.4ppm, LEL=99%, and H2S=20.1ppm, VOC= 1.0ppm, CO=0.0 ppm | IVA |
| 26-Nov-18 | LC-20N | Landfill gas emissions at leachate force main penetration into the 16" leachate riser casing, and the cleanout pipe | IVA |

| Issue/Exceedance Date | Device ID | Issues Cited | Phase Area |
|---|---|---|---|
| APPENDIX B: Leachate Riser/ Manhole A Malfunctioning Timeline | | | |
| | | MultiRae Readings: O2= 10.6ppm; LEL= 99%, H2S= 13.1ppm, VOC = 1.0ppm, CO=0.0ppm | |
| 30-Nov-18 | LC-13 LC-14N Manhole 3 | Landfill gas odor downwind of risers 13 and 14N. Trash odor downwind of working face. H2S at Manhole 3- 44ppm at opening; several feet downwind of Manhole 3- 1.4ppm | |
| 6-Feb-19 | LC-UN | Non-operating- Pump burnt, to be replaced | II |
| 6-Feb-19 | LC-TN | Non-operating- Pump burnt, to be replaced | II |
| 6-Feb-19 | LC-RN | Non-operating- Pump burnt, to be replaced | II |
| 6-Feb-19 | LC-MN | Non-operating- Pump burnt, to be replaced | II |
| 6-Feb-19 | LC-6N | Non-operating- Pump burnt, to be replaced | IIIA |
| 6-Feb-19 | LC-2S | Non-operating- Pump burnt, to be replaced | IIIA |
| 6-Feb-19 | LC-2N | Non-operating- Pump burnt, to be replaced | IIIA |
| 6-Feb-19 | LC-1N | Non-operating- Pump burnt, to be replaced | IIIA |
| 6-Feb-19 | LC-17 | Non-operating- Pump burnt, to be replaced | I |
| 6-Feb-19 | LC-11S | Non-operating- Pump burnt, to be replaced | IIIA |
| 6-Feb-19 | LC-11N | Non-operating- Pump burnt, to be replaced | IIIA |
| 6-Feb-19 | LC-11 | Non-operating- Pump burnt, to be replaced | I |
| 22-May-19 | LC-21S | Surface Emissions Monitoring (SEM) Exceedance | IVA |
| 22-May-19 | LC-21N | Surface Emissions Monitoring (SEM) Exceedance | IVA |
| 22-May-19 | LC-20N | Surface Emissions Monitoring (SEM) Exceedance | IVA |
| 30-May-19 | LC-17S | Positive Pressure. Well most likely not collecting gas. At risk of becoming a point source for gas emissions. | IIIB |
| 20-Aug-19 | LC-17S | Positive Pressure. Well most likely not collecting gas. At risk of becoming a point source for gas emissions. | IIIB |

| APPENDIX B: Leachate Riser/ Manhole A Malfunctioning Timeline | | | |
|---|---|---|---|
| Issue/Exceedance Date | Device ID | Issues Cited | Phase Area |
| 4-Nov-19 | LC-9N | H2S detected | IIIA |
| 4-Nov-19 | LC-22S | H2S detected | IVA |
| 4-Nov-19 | LC-17S | H2S detected | IIIB |
| 4-Nov-19 | LC-12 | H2S detected | I |
| 4-Nov-19 | LC-11 | H2S detected | I |
| 4-Nov-19 | CS-8-2 | H2S detected | II |
| 4-Nov-19 | CS-3-3A | H2S detected | IIIA |
| 4-Nov-19 | CS-2-3A | H2S detected | IIIA |
| 4-Nov-19 | CS-11-2 | H2S detected | II |
| 4-Nov-19 | CS-1-3A | H2S detected | IIIA |