## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>　　　Plaintiff | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312 |
| VERSUS | |
| WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>　　　Defendants | SECTION: "E" (5) |
| | |
| *Related Case:* | CIVIL ACTION |
| FREDERICK ADDISON, ET AL.,<br>　　　Plaintiffs | NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5) |
| VERSUS | |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,<br>　　　Defendants | JUDGE: Morgan<br>MAGISTRATE JUDGE: North |
| | |
| *Applies to: All Cases* | |

## DECLARATION OF TAREK ABICHOU, PHD. P.E.
## IN SUPPORT OF MOTION TO EXCLUDE OPINION TESTIMONY OF
## NESTOR SOLER PURSUANT TO FRE 702

I, Tarek Abichou, declare as follows:

1.      I have served as a Professor of Civil and Environmental Engineering, at Florida State University since 2000. I received my BS, MS, and PhD from the University of Wisconsin in Madison. Some of my research activities include primarily designing, analyzing, and testing different components of landfills and other waste containment structures. My research consists of laboratory testing, field testing, and computer modeling of fundamental processes in different components of landfills such as liner systems, cover systems, leachate and gas collection systems, etc.

2.      I served as a full-time consulting engineer for more than 5 years. I still provide expertise consulting services for federal and state agencies along with private consulting firms. I have built a national and international reputation in the solid waste research and consulting communities, and have had a significant national and international impact on the state of practice in the field, specifically in landfill emissions.

3.      My expertise in the field of emissions from landfills has focused on research to accurately evaluate the effectiveness of various measures implemented to reduce greenhouse gas emissions from landfills. In order to consider any improvement and any reduction in emissions, one has to first quantify emissions, or fugitive emissions. Therefore, my experience involves development of methods that can be used to reliably estimate landfill emissions based on actual measurements and not based only on mathematical modeling. My CV is included with this declaration as Appendix A.

4.      I have been retained by Defendant Parish of Jefferson in the above referenced matters to assess and respond to certain aspects of the report of Plaintiffs' expert Nestor Soler and to provide reasonable estimates of Hydrogen Sulfide ("$H_2S$") fugitive emissions from the Jefferson Parish Landfill.

1

5.      This declaration is submitted in support of the Motion to Exclude Opinion Testimony of Nestor Soler Pursuant to FRE 702 in the above-referenced matters.

6.      The opinions and declarations conveyed in this document are my own, based on my knowledge, my review of relevant documents and other information, and my understanding of the relevant facts.

**I.  Mr. Soler applies untested methodologies to estimate the Phase 4A landfill gas collection system's efficiency that have no acceptance in the solid waste industry or landfill engineering academic community.**

7.      I agree with the summary of Mr. Soler's Phase 4A collection efficiency analyses outlined in the Declaration of Matthew Stutz ¶ 11-15. In sum, Mr. Soler copied circular radii of influence ("ROIs") around landfill gas wells in Phase 4A, from a report prepared by Carlson Environmental Consultants. Mr. Soler calculated the total area of those ROIs, and estimated the system's collection efficiency as a percentage of the total surface area of Phase 4A covered by the ROIs.

8.      Mr. Soler's methodology for estimating collection efficiency has never been peer-reviewed. In my 20 plus years of academic practice in the field of landfill engineering, I have never encountered a published or unpublished article applying or validating Mr. Soler's methodology.

9.      Likewise, Mr. Soler's collection efficiency methodology has no acceptance in the solid waste industry. I have been providing consulting services for private industry and state and federal regulators for over 20 years, and I have never seen Mr. Soler's methodology applied for any purpose.

10.     Mr. Soler substitutes his novel and unproven collection efficiency methodology for validated methodologies that have been developed and broadly accepted by the solid waste industry and the Environmental Protection Agency ("EPA").

11.     In particular, the EPA Greenhouse Gas Reporting Rule for municipal solid waste landfills like the JPLF (40 CFR 98, Subpart HH, Table HH-3, see Table 9) assigns collection efficiencies as a function of the landfill cover present in areas with gas collection systems. This methodology is routinely applied throughout the solid waste industry and fully endorsed by federal regulators.

12.     Mr. Soler did not use or even address the EPA's method in estimating the collection efficiency for JPLF Phase 4A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **04** day of October, 2021

_____

TAREK ABICHOU, PHD. P.E.