APPENDIX A

**TAREK ABICHOU PHD PE**

**EDUCATION**

| | | | |
|---|---|---|---|
| B.S. | University of Wisconsin-Madison | 1989 | Civil Engineering |
| M.S. | University of Wisconsin-Madison | 1993 | Geotechnical Engineering |
| Ph.D. | University of Wisconsin-Madison | 1999 | Geotechnical Engineering |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2012- Present | Professor |
| 2006 - 2012 FAMU-FSU | Associate Professor |
| 2000 – 2006 FAMU-FSU | Assistant Professor |
| 1999 – 2000 University of Wisconsin | Post-Doctoral Research Associate |
| 1996 – 2000 University of Wisconsin | Research Assistant |
| 1994 - 1996 Andrews Environmental Engineering | Geo-environmental Engineer |
| 1992 - 1993 University of Wisconsin | Research Assistant |
| 1989 – 1992 Marathon Petroleum | Resident Engineer |

**Awards**
- College of Engineering Research Award (Exceptional Research Productivity, 2007)
- Fulbright Scholar Award (2007-2008)
- Nominated for FSU Teacher of the Year Award (2005)
- USEPA Science To Achieve Results (STAR) recipient (2003)
- Severson Geotechnical Award – University of Wisconsin (1999)
- Shelby Tube Award – Andrews Environmental Engineering (1996)
- USAID Award – USAID (84 to 89)

**PERTINENT RESEARCH, TEACHING AND/OR RELATED ACTIVITIES**

Courses: Soil Mechanics, Environmental Geotechnics, Geotechnical Design

**RECENT PUBLICATIONS (Last 5 Years)**

Wireko, C, & Abichou, T. (2021). Investigating factors influencing polymer elution and the mechanism controlling the chemical compatibility of GCLs containing linear polymers. *Geotextiles and Geomembranes*.

Wireko, C, Binte, Z., Tian, K., & Abichou, T. (2020). Effect of specimen preparation on the swell index of bentonite-polymer GCLs. *Geotextiles & Geomembranes*, *48*(6), 875-885. Retrieved from https://doi.org/10.1016/j.geotexmem.2020.06.006 doi:10.1016/j.geotexmem.2020.06.006

Sanusi, F., Choi, J., Ulak, M., Ozguven, E., & Abichou, T. (2020). A Metadata-Based Analysis of Physical-Social-Civic Systems to Develop the Knowledge Base for Hurricane Shelter Planning. *Journal of Management in Engineering*, *36*(5), 20. Retrieved from https://ascelibrary.org/doi/10.1061/%28ASCE%29ME.1943-5479.0000802

Bel Hadj Ali, N., Abichou, T., & Green, R. (2020). Comparing Estimates of Fugitive Landfill Methane Emissions using Inverse Plume Modeling obtained with Surface Emission Monitoring (SEM), Drone Emission Monitoring (DEM), and Downwind Plume Emission Monitoring (DWPEM). *Journal of the Air & Waste Management Association*, 20. Retrieved from https://doi.org/10.1080/10962247.2020.1728423

Li, L., Tang, Y., Abichou, T., Higgs, B., Wireko, C., & Li, R. (2019). Characterization of Leachates from Landfills Containing MSW-I Residues. *Journal of Hazardous, Toxic, and Radioactive Waste*, *23*(4). Retrieved from https://ascelibrary.org/doi/10.1061/%28ASCE%29HZ.2153-5515.0000451

Sparrow, K., Chanton, J., Green, R., Scheutz, C., Hater, G., Wislon, C., & Abichou, T. (2019). Stable isotopic determination of methane oxidation: when smaller scales are better. *Environmental Science & Technology*, *97*, 82-87. Retrieved from https://doi.org/10.1016/j.wasman.2019.07.032

Yesiller, N., Hanson, J., Risken, J., Abichou, T., Benson, C., & Jenner, D. (2019). Hydration Fluid and Field Exposure Effects on Moisture-Suction Response of Geosynthetic Clay Liners. *ASCE Journal of Geotechnical and Geo-Environmental Engineering*, *145*(4), 35. doi:DOI: 10.1061/ (ASCE)GT.1943-5606.0002011

Morris, J., Caldwell, M., Obereiner, J., O'Donnell, S., Johnson, T., & Abichou, T. (2018). Modeling methane oxidation in landfill cover soils as indicator of functional stability with respect to gas management. *Journal of the Air & Waste Management Association*, *69*(1), 13-22. Retrieved from https://doi.org/10.1080/10962247.2018.1500403 doi:10.1080/10962247.2018.1500403

Kormi, T., Mhadhebi, S., Bel Haj Ali, N, Abichou, T., & Green, R. (2018). Estimation of fugitive landfill methane emissions using surface emission monitoring and Genetic Algorithms optimization. *Waste Management*, *72*, 313–328. Retrieved from https://www.sciencedirect.com/science/article/pii/S0956053X16306833 doi:10.1016/j.wasman.2016.11.024

Kormi, T., Abichou, T., Kout, N., Ksibi, M., & Wang, C. (2018). Using methane biological oxidation in soil as a tool to finance closure of dumpsites across the Mediterranean Basin. *Euro-Mediterranean Journal of Environmental Integration*, *3*(6), 10. doi:10.1007/s41207-017-0044-7

Kormi, T., Bel Haj Ali, N., Abichou, T., & Green, R. (2017). Estimation of landfill methane emissions using stochastic search methods. *Atmospheric Pollution Research*, *8*(4), 597-605. Retrieved from

41

https://www.sciencedirect.com/science/article/pii/S1309104216303932
doi:10.1016/j.apr.2016.12.02

Escobar, F., & Abichou, T. (2016). Development of Screening Parameter for the Design of Monolithic Alternative Landfill Covers in Arid and Semi-Arid Climates. *Journal of Environmental Science, Computer Science and Engineering & Technology*, *4*(1), 10-21. doi:10.12974/2311-8741.2016.04.01.2

Abichou, T., Melaouhia, H., Higgs, B., Chanton, J., & Green, R. (2016). Innovations in Measuring Field Scale Biological Methane Oxidation at Two Soil-Covered Closed Landfills. *Current Environmental Engineering*, *3*, 3. doi:10.2174/2212717803666160530143550

Kormi, T., Bel Haj Ali, N., Abichou, T., & Green, R. (2016). Estimation of Landfill Methane Emissions Using Stochastic Search. In Anirban De, Ph.D., P.E.1, Krishna R. Reddy, Ph.D., P.E., D.GE2, Nazli Yesiller, Ph.D.3, Dimitrios Zekkos, Ph.D., P.E.4, & and Arvin Farid, Ph.D., P.E.5 (Eds.), *Geo-Chicago 2016: Sustainable Geoenvironmental Systems* (pp. 131-140). American Society of Civil Engineers. Retrieved from http://dx.doi.org/10.1061/9780784480144.014

Melaouhia, H., Higg, B., Abichou, T., & Green, R. (2016). Methane Oxidation as Measured with Gas Push Pull Testing. In Anirban De, Ph.D., P.E., Krishna R. Reddy, Ph.D., P.E., D.GE, , Nazli Yesiller, Ph.D., , Dimitrios Zekkos, Ph.D., P.E., & Arvin Farid, Ph.D., P.E. (Eds.), *Geo-Chicago 2016: Sustainable Geoenvironmental Systems* (pp. 177-188). American Society of Civil Engineers. Retrieved from http://dx.doi.org/10.1061/9780784480144.018

Abichou, T., Kormi, T., Marsh, A., & Wang, C. (2016). Phytocaps for Landfill Emission Reduction in Australia. In Anirban De, Ph.D., P.E., Krishna R. Reddy, Ph.D., P.E., D.GE, Nazli Yesiller, Ph.D., Dimitrios Zekkos, Ph.D., P.E., & Arvin Farid, Ph.D., P.E. (Eds.), *Geo-Chicago 2016: Sustainable Geoenvironmental Systems* (pp. 222-231). American Society of Civil Engineers. Retrieved from http://dx.doi.org/10.1061/9780784480144.022

## Relevant Consultancy List

**Waste Management Inc. USA**

- Compared methodologies for emission estimation of fugitive methane from Landfills using Surface Scanning, Drones, and Down Wind Plume Cavity Ring Analyzer
- H2S surface concentration monitoring and H2S flux emission rate measurements at a solid waste landfill in the Northwest
- H2S attenuation in landfill cover soils: field study (research project consisting of constructing and testing H2S transport through 3 test pads for 2 years)
- Field measurement of collection efficiency of Landfill gas collection systems
- Assessed of effects of disposal of Reverse Osmosis waste in landfills on methane gas generation potential
- Developed a modeling approach to inventory greenhouse gas emissions from landfills
- Worked with WMI on using Tunable Diode Laser technique to characterize methane emissions from landfills
- Worked with WMI on using Tracer methods to characterize methane emissions from landfills

- Used static chamber technique and stable isotopes to characterize methane oxidation in landfill covers
- Designed alternative landfill covers capable of reducing methane emissions from landfills
- Field installation of soil/weather stations at several Waste Management, Inc. landfills
- Geotechnical analysis of settlement, and slope stability of several landfills
- General civil engineering expertise (when needed)
- Lead instructor for WMI personnel on Best Management Practices in landfill operations

**Golder's Associate, USA**
- Developed a workshop and instructed staff engineers on landfill gas collection and utilization system design, and installation
- Assessed field performance of gas collection systems
- Assessed field methane oxidation in landfill covers

**US Environmental Protection Agency (EPA), USA**
- Expertise on construction of Evapo-transpiration covers
- Developed and participated in alternative landfill cover workshops offered in several cities in the US   Developed a landfill strategy for the island of Puerto Rico
- Investigated potential use of storm debris in landfill cover applications