# UNIVERSITY OF CALGARY

EXHIBIT
4

**University of Calgary**

**PRISM: University of Calgary's Digital Repository**

Graduate Studies                                   The Vault: Electronic Theses and Dissertations

2020-04-29

# An Investigation on Methane Flux in Landfills and Correlation with Surface Methane Concentration

## Irandoost, Erfan

Irandoost, E. (2020). An Investigation on Methane Flux in Landfills and Correlation with Surface Methane Concentration (Unpublished master's thesis). University of Calgary, Calgary, AB.
http://hdl.handle.net/1880/111978
master thesis

University of Calgary graduate students retain copyright ownership and moral rights for their thesis. You may use this material in any way that is permitted by the Copyright Act or through licensing that has been assigned to the document. For uses that are not allowable under copyright legislation or licensing, you are required to seek permission.

*Downloaded from PRISM: https://prism.ucalgary.ca*

UNIVERSITY OF CALGARY

An Investigation on Methane Flux in Landfills and Correlation with Surface Methane

Concentration

by

Erfan Irandoost

A THESIS

SUBMITTED TO THE FACULTY OF GRADUATE STUDIES

IN PARTIAL FULFILMENT OF THE REQUIREMENTS FOR THE

DEGREE OF MASTER OF SCIENCE

GRADUATE PROGRAM IN CIVIL ENGINEERING

CALGARY, ALBERTA

APRIL, 2020

© Erfan Irandoost 2020

**Acknowledgements**

During the completion of this thesis, I have received valuable encouragement and support from many people who deserve to be recognized and I offer my regards and blessings to all of them.

I would like to start out by thanking the Department of Civil Engineering for providing me with the necessary tools and resources to work on my thesis. Great thanks to my supervisor, Dr. Patrick Hettiaratchi, whose guidance, support, and patience from the preliminary to the concluding level enabled me in progress towards the successful completion of this thesis.

Special thanks to the Bioretention Research Center for providing the requirements for the experimental setup, which made this research possible. I am also grateful to the contributions of our research group: Hiva Jalilzadeh, Eranda Barthalameouz and our summer student, Hasna Nazir, for their contribution, data collection, and sharing ideas at various stages during the completion of this thesis. Additional thanks to Dinesh Pokhrel who provided me with valuable advice and offered many suggestions on problems encountered during the course of experiments and data analysis. I would like to extend my gratitude to our lab technician, Daniel Larson, for providing the assistance in my research.

I acknowledge the financial support for this study provided by the Centre for Environmental Engineering Research and Education (CEERE) at the University of Calgary, and the Natural Sciences and Engineering Research Council (NSERC) of Canada.

## ABSTRACT

With growing concerns over greenhouse gas emissions increase on one hand, and methane's high global warming potential on the other, direct methane emission measurement techniques from area sources such as landfills are receiving increased scrutiny. The static enclosure chamber method is the only technique that allows direct measurement of landfill gas fluxes. However, due to the large footprint of landfills, as well as the temporal and spatial variability of landfill methane emissions, the static enclosure method may not be the best option under some situations because it is time-consuming and labor-intensive. Collecting surface methane concentration (SMC) data through the instantaneous emission measurement (IEM) technique is relatively easy and inexpensive, however it is merely a qualitative means of evaluating surface methane emissions. This study investigated the development of a relationship between SMCs and methane flux across the soil-atmosphere boundary in a small-scale test cell under a partially controlled environment, in an attempt to translate SMC data into quantitative estimates. In addition, the study investigated the effect of wind speed on surface and flux measurements and the correlation between the two.

The results demonstrated a significant positive correlation between SMCs and surface flux measurements. However, a better correlation was achieved when the analysis was performed under calm wind conditions and mild-to-moderate wind conditions separately. Under calm wind conditions, a linear correlation was found between SMCs and flux measurements with a resulting $R^2$ of 0.94 and 0.90 for regression through origin and regression with intercept, respectively. These findings were in agreement with those of various researchers who have suggested surface flux has a positive and, in some cases, strong relationship with methane concentrations.

The results also suggested that the presence of wind caused a decrease in average measured flux for the majority of inlet flowrates. It also significantly decreased concentrations measured in the

test cell, while shifting the gas to defuse from areas that are further away from the wind source. Under windy conditions, the results of statistical analysis showed that SMCs have a linear correlation with flux divided by wind speed with a resulting $R^2$ of 0.88, and other independent variables were found to be statistically insignificant. This finding was in agreement with the findings of researchers who observed an inverse relationship between SMCs and wind speeds. It is also in line with the Gaussian steady-state dispersion model which shows a direct relationship between SMC and emission rate divided by wind velocity.

**Table of Contents**

Acknowledgements ............................................................................................................. i

ABSTRACT ....................................................................................................................... ii

List of Tables .................................................................................................................. vii

List of Figures ............................................................................................................... viii

.1      INTRODUCTION ...................................................................................................... 1

    1.1.    Background .......................................................................................................... 1

    1.2.    Scope and Objectives ......................................................................................... 4

2.      LITERATURE REVIEW ........................................................................................... 6

    2.1.    Overview .............................................................................................................. 6

    2.2.    Methane Generation Within Landfills ............................................................... 6

        2.2.1.    Methane Generation Estimation Methods ..................................................... 6

    2.3.    Methane Recovery from Landfills ...................................................................... 7

    2.4.    Methane Migration and Transport ...................................................................... 8

    2.5.    Methane Oxidation and Net Methane Emission ................................................ 8

    2.6.    Spatial and Temporal Variations in Methane Emissions ................................... 9

    2.7.    Methane Emission Measurement Techniques .................................................. 10

        2.7.1.    Flux Chambers (Closed and Open) .............................................................. 10

        2.7.2.    Inverse Dispersion Modelling (Stationary and Mobile) ............................... 12

        2.7.3.    Radial Plume Mapping .................................................................................. 14

2.7.4.     Qualitative Methods ................................................................................ 15

2.7.5.     Tracer Gas Dispersion (Stationary and Mobile) ................................... 15

2.7.6.     Eddy Covariance Method ...................................................................... 17

2.7.7.     Mass Balance (Stationary and Mobile) ................................................. 18

2.7.8.     DIAL ....................................................................................................... 19

2.8.     Surface Methane Concentration- Flux Measurement Hybrid Method ................. 19

3.     MATERIALS AND METHODS ......................................................................... 26

3.1.     Overview ........................................................................................................ 26

3.2.     Test Cell Study .............................................................................................. 26

3.2.1.     Experimental Setup ............................................................................... 27

3.2.2.     Experimental Design ............................................................................. 30

3.2.3.     Data Collection ...................................................................................... 35

3.2.4.     Data Analysis ........................................................................................ 36

3.3.     Lysimeter Study ............................................................................................ 37

3.3.1.     Experimental Setup ............................................................................... 37

3.3.2.     Data Collection ...................................................................................... 40

3.4.     Analytical Methods ....................................................................................... 41

3.4.1.     Closed Flux Chamber ........................................................................... 41

3.4.2.     In-Situ Gas Analyzer ............................................................................ 43

3.4.3.     Flame Ionization Detector ..................................................................... 44

4.      RESULTS AND DISCUSSION ................................................................. 45

    4.1.    Overview ........................................................................................ 45

    4.2.    Flux vs. Concentration Under Calm Wind Condition ............................ 45

        4.2.1.   Model validation .................................................................. 51

    4.3.    Wind Effect on Flux and Concentration measurements ......................... 53

        4.3.1.   Flux Measurements .............................................................. 55

        4.3.2.   Concentrations ................................................................... 56

    4.4.    Effect of Wind on Flux vs. Concentration Relationship ........................ 60

    4.5.    Linear Regression Assumptions ....................................................... 63

5.      CONCLUSION AND RECOMMENDATIONS .......................................... 67

    5.1.    Summary and Conclusion ................................................................ 67

    5.2.    Recommendations for Future Research ............................................... 69

6.      REFERENCES ................................................................................... 70

APPENDIX A: CH$_4$ Concentration Contour Plots .............................................. 82

APPENDIX B: CH$_4$ Flux measurements Contour Plots ........................................ 90

## List of Tables

Table 3.1 Experimental design points for controlled test cell experiments. .......................... 33

Table 3.2 CH$_4$ inlet flowrates in g.m$^{-2}$.d$^{-1}$ and wind condition of all experiments................ 34

Table 3.3 RKI EAGLE gas measurement range and accuracy ............................................... 43

Table 3.4 TVA2020 analyzer specifications ........................................................................ 44

Table 4.1 OFAT experiments under calm (zero) wind condition ........................................... 47

Table 4.2 Coefficients of linear regression of the OFAT experiments ................................... 50

Table 4.3 Validation results for lysimeter #1 and lysimeter #8................................................ 51

Table 4.4 SMC and flux chamber measurement results of Doehlert Experiments ................. 54

Table 4.5 Measured flux for flow rates of 200, 400, 500, and 600 with and without wind .... 55

Table 4.6 Average CH$_4$ concentrations at a single fixed location for inlet flowrates of 200 g.m$^{-2}$.d$^{-1}$, 300 g.m$^{-2}$.d$^{-1}$, and 400 g.m$^{-2}$.d$^{-1}$ ........................................................................ 58

Table 4.7 Model summary and analysis of variance (ANOVA) of linear regression model for the Doehlert experiments ............................................................................................... 61

Table 4.8 Coefficients of linear regression model for the Doehlert experiments ................... 61

Table 4.9 Coefficients of linear regression model for the Doehlert experiments with wind inverse as an independent variable ....................................................................................... 62

Table 4.10 Linear regression model summary of OFAT experiments .................................... 63

Table 4.11 Cook's Distance and Maximum Leverage values for the OFAT experiments ..... 64

## List of Figures

Figure 2.1 $CH_4$ concentration vs. $CH_4$ flux obtained in a landfill in Montreal, Quebec (Fécil et al., 2003) ................................................................................................................................ 21

Figure 2.2 $CH_4$ flux vs. $CH_4$ concentration in eleven MSW landfills by Abichou et al., (2011b) ................................................................................................................................ 23

Figure 2.3 Correlation between surface methane concentration (SMC) and methane emission rates (MER) developed using averaged values over 1-hectare areas (Abedini, 2014) ................ 24

Figure 2.4 correlation of ambient methane concentration and methane flux in a (a) lab-scale study and (b) field-scale study (Lando et al., 2017) ...................................................... 25

Figure 3.1 Schematic diagram of experimental set-up; (a) demonstrates the cross section of test cell and (b) shows a 3D view indicating the gas inlet ports........................................... 27

Figure 3.2 Placing a wooden framework at the bottom of the test cell .................................. 28

Figure 3.3 Schematic of (a) 3D view of the test cell, and (b) plan view of the test cell ......... 29

Figure 3.4 Test cell (a) placing sand as the granular media and covering the test cell side panels, and (b) placing fans at the back of the test cell and checking wind speeds .................................. 29

Figure 3.5 (a) Set up of the mass precision flow meter, and (b) connection of the inlet gas to the nine sub-compartments ...................................................................................... 30

Figure 3.6 The Doehlert uniform shell design and experimental points considered in this study ................................................................................................................................ 33

Figure 3.7 Division of the test cell into 16 equal grid squares ............................................... 35

Figure 3.8 Inlet gas distribution network (left) and lysimeter wooden framework (right) ..... 38

Figure 3.9 Mass precision flowmeter installed in between the controller (rotameter) and $CH_4$ gas inlet ........................................................................................................................ 39

Figure 3.10 Soil and vegetation type of lysimeters in summer 2019. Mixture consists of 70% (v/v) Topsoil and 30% (v/v) compost material ........................................................................... 40

Figure 3.11 Slope of the $CH_4$ concentration vs. elapsed time ................................................. 42

Figure 3.12 Schematic of the static closed flux chamber ....................................................... 43

Figure 4.1 $CH_4$ concentration vs. average flux in OFAT experiments under calm wind condition using a) arithmetic mean; b) median; and c) geometric mean ..................................................... 48

Figure 4.2 Average $CH_4$ surface concentration values in ppm for lysimeter #1 .................... 52

Figure 4.3 Average $CH_4$ surface concentration values in ppm for lysimeter #8 .................... 52

Figure 4.4 Average $CH_4$ concentration contour plots of test cells with inlet flow rates of 400 and 600 $g.m^{-2}.d^{-1}$ with (4 m/s) and without wind (0 m/s) ............................................................ 57

Figure 4.5 $CH_4$ concentration variability over a 1-minute time period at nine locations for inlet flow rate of 600 $g.m^{-2}.d^{-1}$ ................................................................................................. 59

Figure 4.6 Average $CH_4$ concentration (ppm) versus wind speed (m/s) using Doehlert experiments ................................................................................................................................ 60

Figure 4.7 The standardized residual plot and deviance from mean of the OFAT experiments .................................................................................................................................................. 65

Figure 4.8 Normal distribution plots of residuals of the OFAT experiments under regression through origin (RTO) ............................................................................................................... 65

Figure 4.9 Normal distribution plots of residuals of the OFAT experiments under regression with intercept ............................................................................................................................ 66

# 1.   INTRODUCTION

## 1.1.   Background

Climate change has become one of the most important topics of the modern world and is attracting increased attention every day. There are many factors influencing this phenomenon, such as orbital variations, solar output, volcanism, plate tectonics, human influences, etc. However, the scientific consensus on climate change is that the changes in climate are in large part caused by human activities. The increase in greenhouse gases, especially carbon dioxide ($CO_2$) and methane ($CH_4$), is of most concern among the anthropogenic factors; methane's global warming potential on a 100-year time horizon is 28 to 34 times (IPCC, 2013). Moreover, atmospheric methane concentration has increased by more than 200% since pre-industrial times (Wuebbles and Hayhoe, 2002)and as a result, methane contributes to more than 18% of today's anthropogenic global warming (Bogner et al., 2007).

Waste sector is an important anthropogenic source of methane emissions considering methane is generated during the decomposition of solid waste in landfills. If the volumes are high, generated methane could be recovered to produce energy (Haubrichs and Widmann, 2006). However, in most cases, volumes are too small and produced methane gas is allowed to escape into the atmosphere. In Canada, landfills produce 27 million tonnes of $CO_2$ equivalents ($tCO_2eq$) of methane per year (Environment and Climate Change Canada, 2012). It accounts for approximately 20% of fugitive methane emissions from all sources. Therefore, remedial and more preferably preventative measures need to be taken to minimize fugitive methane emissions from landfills.

In order to accurately evaluate the effectiveness of various measures implemented to reduce greenhouse gas emissions from landfills, quantification of methane emission is important. The most common, indirect method for estimating fugitive methane emissions originating from

1

landfills is to use predictive mathematical models to calculate gas production from anaerobic degradation of waste, and then use a modification factor to account for losses due to possible methane oxidation in landfill cover soil and for storage. Single-phase or multi-phase first-order reaction kinetics are used to model the decomposition of biodegradable waste and the consequential produced methane gas. Landfill Gas Emissions Model (LandGEM), developed by the U.S. Environmental Protection Agency (Alexander et al., 2005), is a widely used example of simulation models used to estimate landfill methane production. Other examples include GasSim (GasSim2.5, 2014) and European Pollutant Emission Register (EPER) models, such as French EPER and German EPER (Scharff and Jacobs, 2006). However, fugitive methane emissions and methane generation within a landfill are not equal, as a significant fraction of generated methane could be biologically oxidized before it is emitted to the atmosphere (Bogner et al., 1997). On top of that, generated $CH_4$ is further partitioned into $CH_4$ recovered (or flared), laterally migrated, and internally stored within the landfill (Bogner and Spokas, 1993). Studies have also shown that different gas generation models may give disparate results, even when the models' input data are relatively the same. Scharff & Jacobs (2005) compared the results of six different methane emission models with actual measurements for three landfills and measurements were conducted using three methods: mobile tracer gas dispersion, stationary plume measurement, and mass balance method. In all of the studied landfills, measurement methods resulted in almost similar emission estimates, while emission models ranged in between 20%-570% of the measurement results. This shows the relative limitations of implementing mathematical modeling techniques based on $CH_4$ generation to estimate fugitive methane emission from landfills.

Recently, there has been an increased interest in directly measuring fugitive landfill methane emission. Landfill operators are being required to report landfill emissions on a regular basis. As

the price of carbon tax around the world increases, accurate quantification can lead to reliable assessment of greenhouse gas mitigation strategies and carbon off-sets and credits. Compared to biogas generation models, direct measurements offer the advantage of site-specific data with minimal degree of uncertainties arising from assumptions. Furthermore, direct field measurements can lead to improved understanding of other processes contributing to methane emissions, whether that be methane generation, oxidation in landfill covers, or efficiency of landfill gas collection systems.

Direct methane emission measurements could be performed within a spectrum of spatial scales, from local small-scale measurements of emissions to large-scale total estimates. With large-scale estimates, data retrieved from aircraft remote sensing measurements and satellites can be used to estimate methane emissions from broad geographic areas in regional, national, and global scales. However, not only do these technologies have limited spatial and temporal coverage, they are usually not as accurate as in-situ data and are challenging to distinguish multiple sources emitting methane. For all these reasons, measurement of methane emission from landfills is preferably done in small-scale ranging from square meters to square kilometers.

In small-scale estimates, a variety of methods such as radial plume mapping, tracer gas dispersion, and flux chamber method exist to measure methane fluxes across a landfill final cover. However, while the flux chamber technique is the only method capable of directly quantifying the cross-boundary flux of fugitive methane emission into the atmosphere, due to large the footprint area of most landfills, as well as the temporal and spatial variability of $CH_4$ emissions caused by heterogeneity of soil cover and waste, the flux chamber technique is a time-consuming and labour-intensive method.

3

There are a number of instantaneous emission measurement (IEM) techniques that can provide a qualitative evaluation of surface methane emissions. For example, flame ionization detectors can be used to measure the surface methane concentration (SMC) of a landfill surface. Although this method does not quantify methane surface flux, it gives a general sense about the methane fluxes and the location of areas with high methane emissions, typically referred to as emission hotspots. Considering that obtaining SMC data is relatively easy and inexpensive, developing a reliable approach to correlate surface concentrations to emission fluxes can go a long way to reduce costs and uncertainties of methane emission measurements at landfills. Combining statistical methods with the closed flux chamber technique, a point source flux measurement method, can be used to estimate overall emissions from an entire landfill (Abichou et al., 2011a).

### 1.2.    Scope and Objectives

The overall goal of this research is to develop a cost-effective methodology to determine $CH_4$ fluxes across a landfill final cover using SMC data. In order to address the goal of this study, the following research questions are raised:

- Is there a reliable and statistically significant correlation between SMC and $CH_4$ flux?

- What is the effect of atmospheric conditions, wind condition in particular, on measured $CH_4$ concentrations and flux measurements?

- What is the effect of wind condition on the correlation between $CH_4$ concentration and $CH_4$ flux?

To answer the aforementioned research questions, the following objectives will be met:

- Investigate the correlation between SMC and $CH_4$ flux under various $CH_4$ flow rates and wind conditions and cross-validate the results

- Determine the effect of wind on $CH_4$ concentration measurements and flux chamber measurements

- Assess the possibility of using wind speed in conjunction with SMC to estimate methane emission or flux

Furthermore, the temporal and spatial variability of concentration and flux measurements will be assessed. As measuring methane surface emissions is relatively inexpensive and time efficient, this research will contribute to the development of a cost-effective methodology that will help landfill operators monitor fugitive methane emissions from landfills

The biochemistry of methanotrophic processes, along with the classification and types of methanotrophs are not included in this study, as well as $CH_4$ oxidation, pathways for $CH_4$ oxidation, carbon assimilation, and mass transfer processes in the media.

## 2.   LITERATURE REVIEW

### 2.1.   Overview

Direct measurement of methane emissions is gaining increased interest as the price of carbon tax rises worldwide and regulatory requirements become stricter. Furthermore, assessment of existing methane emission mitigation strategies, whether they be gas collection systems or biologically based methods, require reliable and cost-effective estimations of methane emissions.

This chapter will first briefly touch on methane emission estimation through generation and oxidation models. Section 2.7 will then discuss available methodologies that directly quantify methane emissions, particularly from landfills.

### 2.2.   Methane Generation Within Landfills

Under anaerobic conditions, the biodegradable refuse fraction of the waste disposed at landfills is biologically converted into a gas which mainly consists of methane and $CO_2$. The complex organic matter produces methane after going through several degradation processes, namely hydrolysis, fermentation, acetogenesis, and methanogenesis (Jayasinghe, 2013). The duration of landfill gas (LFG) generation may take from 10 to 80 years, with an intensive waste degradation happening in a 20 to 30 year period (Perera, 2001).

Several factors affect the extent and rate of methane generation including the volume of landfill waste, waste composition and age, environmental factors (such as temperature, moisture, pH, and nutrients), and particle size (Feyisetan, 2019; Scheutz et al., 2009).

#### 2.2.1.   Methane Generation Estimation Methods

In order to develop effective LFG collection systems, an accurate estimate of LFG generation and emission is required. LFG generation is site specific and depends on many environmental factors but has been estimated using the following methods:

- Theoretical methods: These methods are based on stoichiometry, biodegradability, and total organic carbon of solid waste. According to Barlaz et al. (1990),  the estimated methane yields from theoretical methods vary from full-scale landfills by 1%-50%.

- Gas generation models: Biodegradation of organic carbon in solid waste is generally modelled using a zero-order or first-order kinetics. However, first-order kinetics is commonly used due to better agreement with short-term field observations (El-Fadel et al., 1997). The most popular model used for estimating methane generation is the Scholl Canyon model, which is based on a single-stage, first-order kinetics. The shortcomings of this model include the underlying assumptions of homogeneous microbial population and single-substrate limitation which pose considerable uncertainties in the model outcome. Other uncertainties surrounding gas generation models include determining the waste composition, gas production rate constant, and potential gas yield.

- Experimental studies: Predicting methane generation from landfills can be calculated using laboratory incubation and field-scale experiments. Given the several environmental factors which may affect methane generation and emission, and waste heterogeneity, the results of experimental studies can vary greatly with actual gas generation rates from landfills. Bogner and Spokas (1993) found lower, actual methane yield from full-scale landfills compared to the controlled experimental studies.

- Direct flux measurements: Methane generation rate can also be estimated by modifying the methane emission with a methane oxidation rate. The high number of flux measurements required, coupled with uncertainties in estimating methane oxidation rates, have resulted in this method to not economically feasible (Perera, 2001).

## 2.3.    Methane Recovery from Landfills

7

Methane is recovered from many landfills by installing a gas extraction system. LFG extraction for energy recovery is one of the most common methods of controlling LFG escape into the atmosphere. The efficiency of methane recovery has been reported to be in a range of 40%-90%, with the remaining gas escaping into the atmosphere through the final cover (Perera, 2001; Scheutz et al., 2009). However, gas extraction is not affordable for small or old landfills where sufficient gas is not generated to justify the costs (Huber-Humer et al., 2008).

### 2.4.    Methane Migration and Transport

The major mechanisms of methane transport within landfills include diffusion and advection. Diffusive transport is caused by concentration variations, whereas advective transport is a cause of pressure gradients. In landfill settings, methane transport has been reported to be governed mostly by diffusional forces and the diffusive flux dominates soil gas emissions. However, pressure gradients can develop in landfills settings in numerous circumstances which may result in advective transport to be the main pathway of transport (Scheutz et al., 2009). Additionally, when landfill covers are vegetated, methane can be transported through plant roots and create preferential pathways for methane emission (Bian et al., 2018). While this is the case, the extent of emissions through plant-mediated transport mechanisms has not been thoroughly investigated.

### 2.5.    Methane Oxidation and Net Methane Emission

Landfills are one of the principal anthropogenic sources of methane emission into the atmosphere. Methane's Global Warming Potential (GWP), a 100-year time horizon is 34 times that of $CO_2$. In Canada, methane emission from the waste sector accounted for 29 Mt $CO_2$eq in 2014 which was primarily from landfills (Enviornment and Climate Change Canada, 2016). Among the various methods for mitigating greenhouse gas emissions, one of the most cost-effective and promising methods is the application of methanotrophic processes to naturally

attenuate methane escaping from closed landfills. Landfill biocover provides suitable environmental conditions for methanotrophic bacteria.

The capacity of landfill biocover to oxidize methane depends on various parameters including soil type, the soil's physical and chemical properties, temperature, moisture content, nutrient content, pH, and other parameters (La et al., 2018; Mancebo et al., 2012). Börjesson and Svensson's (1997) study showed that methane emissions were negatively correlated with soil temperature, suggesting microbial methane oxidation to be an important regulating factor.

Since field measurements of emissions quantify net methane emissions inclusive of oxidation, it is possible to derive the gross rate of methane flux from the waste to the cover (i.e. methane generation) using the combined emissions and oxidation data. Methods to estimate methane oxidation rates include isotopic methods (Abichou et al., 2011c; Chanton et al., 2008), field or laboratory batch incubation experiments, methane oxidation models, and mass balance approaches (Jalilzadeh, 2019; Scheutz et al., 2009). Since the net methane emission is the focus of the current study, details on methane oxidation estimation methods will not be further discussed.

### 2.6.    Spatial and Temporal Variations in Methane Emissions

Surface emissions from landfills are not uniform across the landfill final cover. Significant spatial heterogeneity of methane flux has been observed by Börjesson and Svensson (1997) and Czepiel et al. (1996) in landfills studies, indicating the high spatial variations in gas flux. There are areas with no emissions, low to moderate emissions, and relatively high emissions. The areas with high methane emissions typically have a high air-filled porosity and pore connectivity, creating preferential pathways and hotspots (Rachor et al., 2013b).

Aside from spatial heterogeneity, methane emissions have been reported to vary highly with time. Soil moisture, temperature, and pressure can have a great impact on the emission behavior

of a landfill. Rachor et al. (2013) studied the temporal variability of methane emissions over different time scales and found 0 to 9.7 mol $CH_4$ day $^{-1}$ over a range of 20 months. This study also found a correlation of emissions with soil moisture content depending on the amount of soil moisture or soil matric potential. Gebert et al. (2011) also studied the temporal variability of soil gas composition in landfills covers and found that the soil gas composition was subject to a pronounced seasonal variation in sites governed by diffusive gas transport. This variation was best explained by soil temperature. In sites where advective transport was the main mode of gas migration, the change of barometric pressure was found to impact the soil gas compositions. On a daily scale, however, the gas transport was found to be impacted by soil moisture on both sites.

### 2.7.    Methane Emission Measurement Techniques

Multiple measurement techniques have been utilized to detect and quantify methane gas. Generally speaking, methane detection techniques can be separated into six fundamental categories: spectroscopic, electrochemical, solid-state, piezoelectric, gas chromatography, and calorimetric detection systems (Lawrence, 2006). In the context of quantifying methane emissions from landfills, eight methodologies exist which include: flux chambers, inverse dispersion modelling, radial plume mapping, mass balance, tracer gas dispersion, eddy covariance, LiDAR, and qualitative methods.

### 2.7.1.    Flux Chambers (Closed and Open)

By capturing fugitive emissions in relatively small chambers, one can measure gas concentration therein with time. The rate of change in concentrations of different gases will then be used to calculate the emission flux. The simplicity and low capital investment of the flux

chamber method have made it to be, by far, the most widely used method in quantifying methane (and other gases) emissions from landfills.

The flux chamber method has been utilised in different variations and can be separated into two general groups: open and closed chambers. Each method will be briefly discussed in the subsequent subsections.

### 2.7.1.1.    Closed Flux Chambers

Closed flux chambers – also referred to as static chambers – were originally developed by soil scientists to determine $CO_2$ and nitrous oxide ($N_2O$) fluxes from agricultural soils (eg. Denmead, 1979; Kanemasu T. et al., 1974). Change of gas concentration within the chamber ($\Delta C$), time passed ($\Delta t$), chamber volume (V), and chamber surface area ($A$) are used according to Equation 2.1 to calculate gas flux ($F$).

$$F = \frac{\Delta C}{\Delta t} \times \frac{V}{A} \qquad\qquad Equation\ 2.1$$

 Closed flux chambers can be operated with or without recirculating the analysed gas back into the chamber. In order to increase the measurement accuracy, recirculating the gas back into the chamber is the better option, especially if the gas analyser withdraws a relatively large gas volume from the chamber.

### 2.7.1.2.    Open Flux Chambers

The concept behind open flux chambers, also known as dynamic flux chambers, involves using a carrier gas continuously flushing the enclosure area. The emission rate can be then calculated according to Equation 2.2 by measuring gas concentrations at the inlet and outlet, and the carrier

gas flush rate. It is needless to say the measurement should be continued at least to a point where the system reaches a steady state.

$$F = \frac{Q_{out}C_{out} - Q_{in}C_{in}}{A} \qquad \textit{Equation 2.2}$$

$Q_{out}$ and $Q_{in}$ are gas flow rates at the outlet and inlet, respectively. Similarly, $C_{out}$ and $C_{in}$ denote gas concentration at the outlet and inlet, respectively.

### 2.7.2.    Inverse Dispersion Modelling (Stationary and Mobile)

With measuring downwind concentrations and combining them with meteorological data, the emission rate can be calculated from a source of known location using the wind direction and the theory of gas dispersion in the atmosphere. Inverse Dispersion Modelling (IDM) can be considered as a modification of tracer gas dispersion method without the need to release a tracer gas. Compared to tracer gas dispersion, the IDM method is less costly and less labour intensive. It is important to note that the IDM method is less accurate and to a point where some researchers refer to it as a semi-quantitative method (Fredenslund et al., 2018).

In most methane estimation studies using IDM, a simple steady-state Gaussian plume dispersion model is used (Kormi et al., 2018). Equation 2.3 expresses the concentration of gas downwind of an emission source, in which C(x,y,z) is the concentration of methane (g.m$^{-3}$) above background conditions at (x,y,z) coordinate, $Q$ is the methane emission or flux (g.s$^{-1}$), u is the wind velocity (m.s$^{-1}$), $H$ is the effective emission height (m), while z(m) and y(m) denote the vertical and horizontal distance from the measurement point to the center of the plume, and x(m) is the distance from the source to the measurement point. Finally, $\sigma_y \sigma_{y}$(m) and $\sigma_z \sigma_{z}$(m) are the vertical and horizontal dispersion coefficients, which are functions of the atmospheric stability and $x$. The

emission of fugitive methane from landfill can be estimated by measuring downwind methane concentrations and using atmospheric condition data collected from a nearby weather station.

$$C(x,y,z) = \frac{Q}{u}\frac{2}{2\pi\sigma_y\sigma_z}e^{\left(\frac{-y^2}{2\sigma_y^2}\right)}\left[e\left(\frac{-(z-H)^2}{2\sigma_z^2}\right) + e\left(\frac{-(z+H)^2}{2\sigma_z^2}\right)\right] \quad Equation\ 2.3$$

There are two general approaches for IDM, namely stationary IDM and mobile IDM, which are further discussed in sections 2.7.2.1 and 2.7.2.2.

### 2.7.2.1.    Stationary Inverse Dispersion Modelling

In stationary IDM, one or more concentration measurements obtained downwind of the landfill can be used to estimate landfill methane emissions. Measurements can either be conducted at one or multiple fixed locations continuously or for a certain amount of time (Abichou et al., 2012; Figueroa et al., 2016; Fredenslund et al., 2018; Riddick et al., 2018). Gas concentrations are usually obtained using optical remote sensing technologies such as cavity ring-down spectrometers, open path diode lasers, etc. (Gao et al., 2010; Riddick et al., 2018; Todd et al., 2011).

One of the commercially available software developed based on the dispersion of gases is the AERMOD steady-state Gaussian dispersion model. AERMOD simulates air dispersion based on boundary layer turbulence structure using ground level and/or elevated sources. It can also handle simple to complex types of terrain (Mønster et al., 2019).

### 2.7.2.2.    Mobile Inverse Dispersion Modelling

Mobile inverse dispersion – also referred to as dynamic inverse dispersion – modelling relies on a vehicle equipped with a fast-responding $CH_4$ analyzer to carry out concentration readings across a plume downwind of the emission source area. Concentration profiles along with wind field data are used to fit in an inverse dispersion model to calculate fugitive methane emission from the source. Any successful application of IDM in quantifying fugitive emissions requires

13

correct and accurate input parameters such as atmospheric stability, surface-induced turbulence, and wind speed (Mønster et al., 2019). Identification of source configuration is also an important factor.

### 2.7.3.    Radial Plume Mapping

The radial plume mapping method relies on optical, remote-sensing instruments to measure methane concentrations over multiple non-overlapping beam paths. This method, which has been under development since the 1990s, has been validated by performing a series of controlled release studies that eventually led to the creation of *Other Test Method-10* (OTM-10) by US EPA (Hashmonay and Yost, 1999; U.S. Environmental Protection Agency, 2006). This method can be applied in two different approaches: horizontal radial plume mapping (HRPM) or vertical radial plume mapping (VRPM).

While HRPM can only provide qualitative information about the location of emission hotspots, VRPM is capable of quantifying methane emissions by measuring the mass of methane gas crossing over two vertical planes located upwind and downwind of an emission source. In VRPM, multiple laser beams pointing at reflectors placed in different heights and distances across a supposed emission source area are used to measure average concentrations along each laser path. It is worth noting that a typical maximum height for reflector towers is 10 m (Mønster et al., 2019), and each laser beam has a maximum effective range of 300 m (Goldsmith et al., 2012). This means that the identification of areas of fugitive methane emissions before the start of VRPM measurements is necessary, which can be difficult for landfills with unusual or challenging topography (Goldsmith et al., 2008). Average concentrations along each laser beam will then be used to model a 2D cross-sectional methane concentration profile. Wind field data is measured concurrently at the emission area. To put in simple terms, methane flux across each cross-section

is calculated by multiplying methane concentration and wind speed at each point on the 2D plume. Using simple mass balance, $CH_4$ emission from an area is calculated by subtracting the measured flux through the upwind plane from the flux measured through the downwind plane.

### 2.7.4.    Qualitative Methods

Landfill operators have commonly used handheld gas analyzers such as flame ionization detectors (FID) to perform walkover surveys on landfills to measure $CH_4$ concentration inches above landfill surface (Abedini, 2014). Compared to other methods, this method is significantly less labour intensive and time consuming. However, $CH_4$ concentration surveys are incapable of measuring $CH_4$ emissions and are only used to identify areas of high emission, also known as "hotspots". In some countries such as the United States and the United Kingdom, landfill operators are legally required to perform periodical SMC surveys, which provides a continuous assessment on fugitive methane emission and the efficiency of gas mitigation strategies, if existent.

Thermal infrared cameras have also been used to identify emission hotspots by measuring surface temperature (Fjelsted et al., 2019; Lewis et al., 2003). Areas with higher temperatures compared to ambient temperature may indicate fugitive LFG emissions. Although different emissivity of landfill surface caused by natural heterogeneity of different vegetations and soil condition may lead to measurement bias. Fjelsted et al. (2019) reported that the minimum $CH_4$ flux which is observable using thermal infrared imagery was 150 $g.m^{-2}.d^{-1}$, which is a significant amount. Nonetheless, thermal infrared imagery in conjunction with using aerial unmanned vehicles can be a very cost-effective method for quick surveys to detect emission hotspots or leaks.

### 2.7.5.    Tracer Gas Dispersion (Stationary and Mobile)

Tracer Gas Dispersion (TGD), which is a ground-based remote sensing method, relies on the release of a tracer gas (with a predefined rate) at the source area. Concentrations of target gas, in this case $CH_4$, and tracer gas are then measured simultaneously. Assuming that both $CH_4$ and tracer gas have the same dispersion and chemical/photochemical behaviour, one can calculate the $CH_4$ emission rate as a function of the ratio of the integrated cross-plume concentration of the released tracer gas (Mønster et al., 2015; Scheutz and Kjeldsen, 2019). Equation 2.4 calculates the $CH_4$ emission rate, in which $F$ is the methane flux, $Q$ is the release rate of tracer gas, $C_{methane}$ and $C_{tracer}$ are cross-cross plume concentrations of methane and tracer gas, respectively, $MW$ denotes molecular weights, and $x$ represents distance across the plume. It is worth noting that background gas concentrations should be subtracted from $C_{methane}$ and $C_{tracer}$.

$$Q \times \frac{\int C_{methane} \, dx}{\int C_{tracer} \, dx} \times \frac{MW_{methane}}{MW_{tracer}} \qquad \text{Equation 2.4}$$

Sulfur Hexafluoride ($SF_6$) has been widely used as a tracer gas in TGD studies, due to its negligible natural background concentrations and long atmospheric lifetime (Ravishankara et al., 1993). It also has a very high GWP of 23,500 on a 100-year time horizon. Therefore, it is not recommended for use in environmental studies. Several studies such as Galle et al., (2000) have used $N_2O$ as a tracer gas. However, $N_2O$ is not only present in significant atmospheric background concentrations – around 324 ppb (IPCC, 2007) – but also a strong Greenhouse gas (GHG) with a GWP of 298 in a 100-year time horizon. Recently there has been a move towards using acetylene ($C_2H_2$) as a tracer gas (Foster-Wittig et al., 2015; Mønster et al., 2015, 2014), which, although flammable, has proven to be a good choice as tracer gas as it is cheap, not a potent GHG, and is easy to release at a constant flow rate (Mønster et al., 2019).

There are two general approaches when it comes to the tracer gas dispersion method, stationary and mobile, which are further discussed in the following.

16

### 2.7.5.1.    Stationary Tracer Gas Dispersion

As for the stationary TGD method, $CH_4$ and tracer gas concentrations are measured at either a fixed single or at multiple locations in the plume downwind from the emission source area.

### 2.7.5.2.    Mobile Tracer Gas Dispersion

Also commonly known as dynamic tracer gas dispersion method, this method is based on measuring continuous ground level gas concentrations across the whole plume. In order to use this method, a fast-responding and sensitive gas-sensing instrument such as tunable diode lasers, cavity ring down spectroscopy, and FTIR are needed (Babilotte et al., 2010; Green et al., 2010; Scheutz et al., 2011).

### 2.7.6.    Eddy Covariance Method

The eddy covariance method quantifies gas fluxes by directly measuring the vertical movement of gasses through turbulent eddies in the atmospheric boundary level. Although it was mainly used for estimations of $CO_2$, water, and energy fluxes, numerous studies have used this methodology to estimate $CH_4$ fluxes (Baldocchi et al., 1988; Green et al., 2010; Herbst et al., 2011; Scheutz et al., 2011; Schroth et al., 2012; Xu et al., 2014). A typical eddy covariance method setup includes a 3D sonic anemometer and an optical remote-sensing instrument both mounted on an elevated point such as a tower. Tower height is reported to be directly proportional to the desired measurement area; each meter of tower height can approximately cover a 200 m in diameter of circular area with the tower being at the center (Xu et al., 2014). Wind data and $CH_4$ concentrations are measured continuously at a high frequency and are later averaged for 10 to 30 minute time intervals (Mønster et al., 2019; Xu et al., 2014). Methane flux can be calculated using Equation 2.5 where $F_{CH4}$ is the methane flux, $w$ is the vertical wind velocity, $\rho_{Ch4}\rho_{Ch4}$ is $CH_4$ number density, and overbar indicate average over time intervals.

17

$$F_{CH4} = \overline{w\rho_{CH4}}$$            Equation 2.5

### 2.7.7.        Mass Balance (Stationary and Mobile)

There are two general approaches to this method: stationary mass balance and mobile mass balance, which are briefly reviewed in the following.

#### 2.7.7.1. Stationary Mass Balance

This method, which is also known as the 1D mass balance method, relies on $CH_4$ concentration measurements at a single fixed spot but in multiple heights above the landfill surface. Combined with atmospheric wind velocity, one can estimate the horizontal $CH_4$ flux crossing the measurement tower vicinity. It is worth noting that unlike other mass balance methods discussed in sections 2.7.3, 2.7.8, and 2.7.7.2, stationary mass balance method quantifies emission passing through a single location (1D) and not through a vertical cross-section (2D). Therefore, it has rarely been used for landfill $CH_4$ flux measurements due to difficulty in measuring whole landfill emissions (Mønster et al., 2019).

#### 2.7.7.2. Mobile (Aerial) Mass Balance

Recently, there has been an increasing interest in utilizing aircrafts especially unmanned aerial vehicle (UAV) in estimating fugitive methane emissions from various sources. Compared to other methodologies, aerial measurements can be performed quickly and do not require access to a landfill. This method relies on concentration measurements across the downwind plume at different heights and locations, ideally covering the entire extent of the $CH_4$ plume. Similar to VRPM and DIAL (see sections 2.7.3 and 2.7.8, respectively) concentration measurements are then translated into 2D concentration profiles. Due to relatively quick movement of UAVs and aircrafts in general, fast responding instruments are needed to obtain $CH_4$ concentration measurements.

These instrumentation include quantum cascade laser spectroscopy, infrared spectroscopy, and cavity ring down spectroscopy (Cambaliza et al., 2017; Hirst et al., 2013; Peischl et al., 2013).

### 2.7.8.    DIAL

The Differential Absorption LiDAR (DIAL) method utilizes two separate pulsed laser beams. One laser operates at on-resonant wavelength that can be absorbed by $CH_4$, while the other operates at off-resonant wavelength and is unaffected by exposure to $CH_4$ (Innocenti et al., 2017). Laser radiation is partially backscattered by the atmosphere constituents and the returned signals can be measured by a detector to determine $CH_4$ concentrations. The difference in measurement is due to absorption by $CH_4$ since both lasers are chosen in a way to have similar interaction with the atmospheric constituents.

Several laser paths combined together can form a 2D vertical concentration profile of $CH_4$ emission downwind of a landfill or a section of a landfill. Using a fixed meteorological mast, which has anemometers at multiple heights, vertical wind distribution is determined. Combining the vertical $CH_4$ concentration profile with the vertical wind distribution (in a similar way as discussed in section 2.7.3) will result in the emission measurement from the landfill or a section of a landfill (Babilotte et al., 2010; Innocenti et al., 2017; Robinson et al., 2011).

### 2.8.    Surface Methane Concentration- Flux Measurement Hybrid Method

Theoretically, $CH_4$ concentrations obtained directly above the surface should be directly correlated to amount of fugitive emission. There have been a handful of studies which have suggested that $CH_4$ flux can potentially be estimated from simple measurements of $CH_4$ concentrations close to the landfill surface (Abedini, 2014; Fécil et al., 2003; Gonzalez-Valencia et al., 2015; Lando et al., 2017).

19

Fécil et al. (2003) conducted 154 flux chamber measurements using a regular grid on a landfill site located in Montreal, Quebec. In order to reduce the number of required readings with flux chamber, correlations were made between fugitive emissions measured with a flux chamber and surface concentration measurements. For wind speeds lower than 16 km/h, the correlations were quite strong. SMCs were measured using two methods: instantaneous surface monitoring (ISM) and the funnel method. In ISM, an FID device is held at 5-7 cm off the landfill divided into a regularly spaced grid. Funnel method comprises of a FID attached to a funnel to minimize the effect of wind on measured surface concentrations. Sampling time with the funnel method was fixed at two minutes. Correlations were made between flux measurements and surface concentrations using the funnel and ISM method separately in a period of two years. Measurements were made in such a way to include various atmospheric pressures, cloud coverage, temperatures, and humidities. Overall, both methods were in agreement, although measurements with the funnel method showed higher accuracy most likely due to minimized wind effects. As shown in Figure 2.1, this study resulted in a simple correlation between SMCs and flux chamber measurements provided in Equation 2.6, in which $F$ is $CH_4$ flux ($\mu g.m\text{-}2.s\text{-}1$) and $C$ is $CH_4$ concentration at 6 cm off the ground surface. This research did not separate measurements based on their weather conditions and the correlation was developed based on measurements taken throughout the year under different weather conditions. Also, as the study was conducted in an operational landfill and information about $CH_4$ inflow is limited.



*Figure 2.1 CH₄ concentration vs. CH₄ flux obtained in a landfill in Montreal, Quebec (Fécil et al., 2003)*

$$F = 0.3647\, C \qquad (R^2 = 0.9188) \hspace{3cm} \text{Equation 2.6}$$

In a more recent study conducted by Héroux et al., (2010), a statistical model was developed to potentially interpolate surface CH₄ emissions over time using three environmental and atmospheric factors known to influence processes affecting fugitive methane fluxes. These factors are temperature (T), change in barometric pressure ($\Delta P$), and moisture content (MC). SMC maps were obtained following an ISM technique using a FID. The geo-referenced CH₄ surface concentrations were then converted into CH₄ flux using the correlation found by Fécil et al. (2003) according to Equation 2.6. A multiple linear regression model (Equation 2.7) was developed to explain variations of normalized CH₄ flux (NF) in time. Statistical analysis showed that all three factors have a significant effect on CH₄ emissions.

$$NF = 1.328 + (-0.753T) + (-0.817MC) + (-0.154\Delta P) + (0.601T.MC) \hspace{1cm} \text{Equation 2.7}$$

21

The developed model was later verified by measuring $CH_4$ emissions one year after the model was developed (August 2005). The average ratio of modelled and measured emission rates was 103% with a standard deviation of ±24%. This comparison shows the validity of the developed approach to estimate $CH_4$ emissions in months that have similar climatic conditions. The SMC vs. flux correlation was not validated as no actual flux measurements were conducted to verify the modelling results. Additionally, the measurement campaign was only conducted in a short period of time for a limited range of temperatures.

$CH_4$ emissions, surface concentrations, and oxidation were measured on 11 municipal solid waste (MSW) landfills in the United States during a three-year study (Abichou et al., 2011b). Figure 2.2 shows the flux vs. correlation observed using different averaging methods. The $CH_4$ flux and concentration correlation were investigated using arithmetic mean, median, and geometric mean of data. The correlation coefficient ranged from 0.55 to 0.86, showing a better fit between flux and concentration values using the geometric mean. This is in agreement with findings of Fécil et al., (2003), which further shows a reliable correlation could be found. SMC was measured through sample collection from the flux chamber immediately after deploying and sealing to the ground. Samples were later analyzed using a gas chromatograph. The concentration measurements were done different than usual concentration surveys, therefore results are not directly comparable with other studies.



*Figure 2.2 CH₄ flux vs. CH₄ concentration in eleven MSW landfills by Abichou et al., (2011b)*

Abedini (2014), in a study conducted at the Vancouver Landfill, measured $CH_4$ flux and surface concentrations on 16 hectares of land. The landfill area was divided into 1-hectare grids and SMCs were logged by performing walking FID surveys in each grid space. In total, 189 flux chamber measurements were also made over the grid spaces. The $CH_4$ emission rates, as measured by flux chamber measurements, ranged between 17 and 4,709 g.m$^{-2}$.d$^{-1}$. The average SMCs ranged between 3.5 and 52.6 ppmv $CH_4$, relative to the average emission range that ranged from 0.7 to 19.5 g.m$^{-2}$.d$^{-1}$. As shown in Figure 2.3, plotting average $CH_4$ concentrations against average emission rates showed a strong correlation with $R^2$ value of 0.899. Data points represented with Δ Δ are excluded from data analysis due to unreliable flux chamber survey conditions such as steep slopes, vicinity to landfill gas wells, etc. It is worth noting that $CH_4$ emission rates were adjusted based on the rate of change in barometric pressure $\frac{\Delta P}{T}$ at the time of conducting field measurements. When $\frac{\Delta P}{T} > 0$ $\frac{\Delta P}{T} > 0$, actual flux was higher than measured flux, and conversely when $\frac{\Delta P}{T} < 0$ $\frac{\Delta P}{T} < 0$ actual $CH_4$ flux was lower than measured flux. This adjustment was based on repeating flux

chamber experiments on the same location but on different days. The same adjustment was also made for SMC measurements. As for the limitations of this study, no further validation studies were conducted at a later time to verify the feasibility of using the developed regression model to measure emission rates. Moreover, emission rates in hotspots are usually much higher than the range in which the regression model is developed (0 to 25 $g.m^{-2}.d^{-1}$).



*Figure 2.3 Correlation between surface methane concentration (SMC) and methane emission rates (MER) developed using averaged values over 1-hectare areas (Abedini, 2014)*

A more recent research worked on developing $CH_4$ flux and concentration correlation both in a lab and field-scale environments was conducted by Lando et al., 2017. The correlation was developed for different wind speed ranging from 0 m/s to 6 m/s in the lab-scale study (see

Figure 2.4 (a)) and in a small, sized 2.4 m x 2.5 m, section of a landfill under wind speeds less than 1 m/s (see

Figure 2.4 (b)). In all cases, strong correlations were observed between SMCs and flux chamber measurements. However, results have not been validated using results from different measurement campaign(s) at a later time.



*Figure 2.4 correlation of ambient methane concentration and methane flux in a (a) lab-scale study and (b) field-scale study (Lando et al., 2017)*

In summary, previous research studies concentrated on developing an empirical regression model to determine $CH_4$ flux rates from SMC. Some studies (Abedini, 2014; Abichou et al., 2011b) have developed the correlation using area-averaged values, which could potentially introduce larger sources of error and question their validity to estimate emissions in the future. This method of measurement also limits the range of flux emission rates to be predicted from the model. Moreover, to the best of the author's knowledge, there is very limited laboratory-scaled and controlled studies have focused on studying the surface concentration and flux correlation while investigating the effects of external variables such as wind speed.

Furthermore, considering that most of previous research studies were conducted in landfill sites and the $CH_4$ inflow flux was relatively unknown, the inherent limitations of flux chamber method could have affected the SMC and flux correlation.

### 3.    MATERIALS AND METHODS

### 3.1.    Overview

An experimental procedure was developed to assess the feasibility of determining $CH_4$ flux across soil-atmosphere boundary at a landfill through SMCs. In order to eliminate the errors caused by using area-averaged values to develop SMC vs. flux correlation, a wide range of inflow rates representative to actual landfill conditions was used in this study. The effect of wind speed on the correlation was further investigated to determine if a more meaningful correlation can be obtained considering atmospheric conditions. The model developed in this study is based on controlled field experiments on a non-reactive medium to eliminate the errors caused by atmospheric nuisances and granular medium properties. The model is then verified using a set of data from a lysimeter study to evaluate the model efficiency under uncontrolled conditions and different soil types.

The experimental procedure consisted of two separate components: namely test cell study and lysimeter study. In the test cell study, the relationship between $CH_4$ flux and concentration was investigated in a controlled environment. The collected data were analyzed to develop a surface concentration vs. flux relationship using multiple inlet flow rates into the system. Subsequently, effect of wind speed on flux chamber measurements and SMCs was determined. In the lysimeter study, the developed regression model was validated in a pilot-scale landfill biocover or lysimeter and results are compared with the conventional flux chamber measurements.

### 3.2.    Test Cell Study

The aim of this study was to investigate the feasibility of determining $CH_4$ flux across a soil/atmosphere interface using SMCs and to estimate the effect of wind speed on $CH_4$ emission from the soil surface, under controlled conditions. In order to monitor and analyse $CH_4$ fluxes from

a soil surface similar to a landfill cover, and in a relatively controlled environment, a test cell was designed and installed at the Okotoks Bioretention Centre.

### 3.2.1.    Experimental Setup

The test cell included a square steel box measuring 0.9 m x 0.9 m with a height of 50 cm. The bottom of the test cell consists of nine equal sub-compartments and each sub-compartment has a separate gas inlet with a nozzle fitted to the base, as shown in Figure 3.1. In order to achieve a uniform gas feed passing through the granular medium, an air gap of 3 cm was introduced above the inlet points by placing a wire mesh (No.100 or 0.149 mm) covered with a fine-perforated fabric in between the porous medium and the bottom of the experimental unit. The wire mesh was supported with multiple wooden blocks placed on the bottom of the test cell (Figure 3.2).



*Figure 3.1 Schematic diagram of experimental set-up; (a) demonstrates the cross section of test cell and (b) shows a 3D view indicating the gas inlet ports*

27



*Figure 3.2 Placing a wooden framework at the bottom of the test cell*

The test cell was filled with uniform sand with particle specific gravity of 2.65 and compacted to a bulk density of 1.603 g/cm$^3$, and porosity of 0.395. The sides of the test cell were covered with wooden side panels as shown in Figure 3.3 to minimize the disturbances caused by environmental conditions. Two high velocity fans (UTILITECH)  with a diameter of 20 in were placed at the back of the test cell on a fixed table to supply wind at a fixed direction and controlled speed (Figure 3.3 and Figure 3.4b). Wind flow was adjusted by using the three-speed controls as well as by limiting the inflow of air into the fans, if necessary. Wind speed was measured and logged at the surface using a handheld portable anemometer (HOLDPEAK 866A Digital Anemometer). Wind speed measurements were conducted over a period of five minutes to ensure a uniform wind speed is achieved throughout the test cell.

(a)                              (b)



*Figure 3.3 Schematic of (a) 3D view of the test cell, and (b) plan view of the test cell*

(a)                              (b)



*Figure 3.4 Test cell (a) placing sand as the granular media and covering the test cell side panels, and (b) placing fans at the back of the test cell and checking wind speeds*

CH$_4$ inflow into the test cell was measured using a Cole-Parmer mass precision flowmeter as shown in Figure 3.5a. The inflow gas was then connected to each of the nine separate gas inlets which supply the CH$_4$ gas into each sub-compartment (Figure 3.5b).

(a)                                    (b)



*Figure 3.5 (a) Set up of the mass precision flow meter, and (b) connection of the inlet gas to the nine sub-compartments*

All connections and junctions, as well as the test cell itself, were thouroughly examined for gas leaks using the portable FID and snoop tests. Any leaks identified were fixed prior to starting the experiments.

### 3.2.2.    Experimental Design

The statistical design of experiment (DOE) is a useful and robust technique for conducting experiments in an efficient manner. The implementation of DOE in experiments leads to derivation of a mathematical model which can further be used for interpretation of results and prediction (Witek-Krowiak et al., 2014). The most popular design methods include the following: central composite design (CCD), Box-Behnken design (BBD), Doehlert Design (DD) and full or fractional factorial design (FFD).

The second-order uniform shell design proposed by Doehlert (Doehlert, 1970) was selected to investigate the significance of wind on flux vs. SMC correlation. This design contains $N^2+N+1$ experimental points, with *N* being the number of factors. A two-factor design, therefore, involves

30

a total number of nine experimental runs including two replicates at the center point. The DD was selected among the common design methods due to the following reasons:

(I)     Choosing a suitable experimental design allows for studying interaction effects between different components, while the one-factor-at-a-time (OFAT) approach, in addition to being time-consuming, fails to account for interaction effects.

(II)    DD is capable of determining second-order effects and is more suitable in approximating a response function than experimental designs such as full-factorial which are mainly useful in estimating first-order main effects.

(III)    Fewer number of experimental points are required in DD compared to the CCD or BBD designs which can generate a quadratic model with interaction effects. CCD is a combination of a factorial design on a star design and can generate a polynomial model which can define linear, quadratic, and interaction terms, and allow for rotatability and orthogonality. For a study with two factors, the CCD design requires ($2^N$+2N+1) points, with $N$ being the number of factors. This method will lead to nine experimental points, compared to the seven points required in DD. BBD was developed by Box and Behnken in 1960 to minimize the number of experiments. BBD is a rotatable second-order design based on three-level incomplete factorial design. Although BBD has fewer required experimental runs compared to CCD, it could solely be used in second-order polynomial equations and the number of experimental factors has to be equal or greater than three (Witek-Krowiak et al., 2014)

(IV)    DD allows for a rather easy modification of the design to include more levels of parameters in the study, if needed. This feature can be of great use when it is realized that more levels need to be tested after conducting preliminary experiments.

31

Considering the advantages of choosing DD over other common design methods, the method was selected to study the significance of wind on the flux vs. SMC correlation. Although this design is neither rotatable nor orthogonal, it needs fewer experiments which is more efficient. Considering that the efficiency of an experimental design is defined as the number of coefficients of the model estimated divided by the number of experiments, a comparison of the efficiency of CCD, BBD, and DD shows that the Doehlert design is the most efficient of the three (Ferreira et al., 2007). Other advantages include the ability to have an unequal number of levels, thereby having the ability to increase levels, as well as its sequential potential which can allow for new boundaries to be chosen adjacent to the old boundaries, when initial boundaries have not been well chosen (Bezerra et al., 2008; Zolgharnein et al., 2013). As summarized in Table 3.1 and shown in Figure 3.6, $CH_4$ flow rate and wind speed were tested at five and three different levels, respectively.

Although soil moisture content has been reported to have a significant effect on $CH_4$ oxidation and gas transport within landfill final covers (Rachor et al., 2013a), there is no reason to believe it will affect the SMC vs. flux correlation. Moisture content affects $CH_4$ oxidation by changing gas transport through soil cover as well as methanotrophic activity. Given that a non-oxidizing media was used in this study, the only way that moisture content can impact gas emission is through affecting gas transport. In other words, changing moisture content will only result in changes in the air-filled porosity of soil. Achieving a uniform and controlled amount of air-filled porosity throughout the test cell is not feasible nor practical. Therefore, this study did not include moisture content and air-filled porosity of the media as independent variables.

*Table 3.1 Experimental design points for controlled test cell experiments.*

| Level | Methane Flow Rate ($g.m^{-2}.d^{-1}$) | Wind Speed ($m.s^{-1}$) |
|---|---|---|
| -1 | 200 | - |
| -0.866 | - | Calm (Zero) |
| -0.5 | 400 | - |
| 0 | 500 | Light (2 $m.s^{-1}$) |
| +0.5 | 600 | - |
| +0.866 | - | Moderate (4 $m.s^{-1}$) |
| +1 | 800 | - |



*Figure 3.6 The Doehlert uniform shell design and experimental points considered in this study*

Prior to starting statistically designed experiments explained in Section 3.2.2, a series of one factor at a time (OFAT) experiments were conducted in order to assess the $CH_4$ concentration and flux correlation. These experiments were run with multiple inlet $CH_4$ flow rates under calm or zero

wind condition. Table 3.2 shows the flow rates and wind speeds of all experiments used in this study.

*Table 3.2 CH₄ inlet flowrates in g.m⁻².d⁻¹ and wind condition of all experiments*

| # | Wind Speed (m/s) | CH$_4$ inlet flow rate (g.m$^{-2}$.d$^{-1}$) | Note |
|---|---|---|---|
| 1 | 0 | 400 | Statistically designed Doehlert experiments |
| 2 | 0 | 600 | |
| 3 | 2 | 200 | |
| 4 | 2 | 500 | |
| 5 | 2 | 500 | |
| 6 | 2 | 500 | |
| 7 | 2 | 800 | |
| 8 | 4 | 400 | |
| 9 | 4 | 600 | |
| 10 | 0 | 25 | OFAT experiments |
| 11 | 0 | 50 | |
| 12 | 0 | 100 | |
| 13 | 0 | 150 | |
| 14 | 0 | 200 | |
| 15 | 0 | 300 | |
| 16 | 0 | 400 | |
| 17 | 0 | 500 | |
| 18 | 0 | 600 | |

As suggested by other researchers, concentration vs. flux relationship should always be looked at when atmospheric wind speed are as low as <1 m/s. (Fécil et al., 2003; Lando et al., 2017).

34

Furthermore, the US EPA New Source Performance Standard (NSPS) compliance suggests that, concentration surveys should not be conducted when average ambient wind speed exceeds 5 mph or when instantaneous wind speed exceeds 10 mph (EPA, 2019). Therefore, in this study, results of experiments with or without wind are presented and discussed separately.

### 3.2.3.    Data Collection

The test cell was divided into 16 equal (22.5 cm x 22.5 cm) grid squares as shown in Figure 3.7. SMCs were measured using a FID with a pump rate of 1 L/min at pre-defined grid points.



*Figure 3.7 Division of the test cell into 16 equal grid squares*

Each measurement was conducted over a one-minute time period and the temporal variability of SMC was recorded. The reason for selecting a one-minute time period is explained, in detail, in section 4.3.2.1. To put it briefly, one minute was the shortest period of time in which the average surface concentration values were representative of the average five-minute value. Concentration measurements were obtained at approximately 5 cm off of the surface. The US EPA suggests a 5-10 cm range for obtaining surface concentrations (EPA, 2019). Experimental results have shown that conducting the measurements at a height of 5 cm from ground surface has a 50%-90% difference with measurements conducted at a height between 7-10 cm. Therefore, the same height

during measurements was maintained in order to minimize errors.  Static enclosure method (see Section 3.4.1) was used to measure methane flux at the same grid points.

### 3.2.4.    Data Analysis

The software used for regression analysis was IBM SPSS Statistics 24. The results of OFAT experiments were used to develop a linear regression model presented in section 4.2. Prior to interpreting the result of linear regression model, it is important to check the linear regression assumptions. These assumptions are discussed and validated in detail in section 4.5. Regression was developed using a 95% confidence interval. The model's significance was evaluated using the two tailed p-value. If p-value (or Sig. in results) is lower than the alpha level of 0.05, we can conclude that the independent variable or SMC can reliably predict our dependent variable or flux.

A multiple linear regression model involving two independent variables or predictors ($x_1$ and $x_2$) and a response variable ($Y$), can be described according to Equation 3.1. Quadratic terms are created by transforming the data for $x_1$ and $x_2$ variables into $x_1^2$ and $x_2^2$, respectively. With wind speed and methane flow rate as predictors and methane concentration as response variable, a regression model (Equation 3.2) can be developed for the results of Doehlert experiments.

$$Y = ax_1^2 + bx_2^2 + cx_1x_2 + dx_1 + ex_2 + f \qquad \text{Equation 3.1}$$

$$C_s = aF^2 + bW^2 + cFW + dF + eW + f \qquad \text{Equation 3.2}$$

Where $C_s$ is SMC in ppmv; a, b, c, d, e, f are regression coefficients, F is methane flow rate or flux in $g.m^{-2}.d^{-1}$; and W is wind speed in m/s.

There are a number of assumptions in regression analysis that needs to be valid in order to have a credible correlation between independent variables and the response. Weak exogeneity, linearity, homoscedasticity, independence of errors, and lack of multicollinearity are some of the main

assumptions of linear regression. These assumptions were validated to ensure the viability of the analysis. Significance of independent variables and their interactions were calculated using F-test and t-test. In case of failing to meet the linear assumption of regression, possibility of non-linear regression was explored.

The developed regression model was then validated in two stages: first by generating new sets of data with different $CH_4$ inflow rates in the test cell; and second by using information of SMC and $CH_4$ flux emission flux in pilot-scale 1.8 m x 1.8 m lysimeters.

### 3.3.    Lysimeter Study

Lysimeters are typically used by hydrologists to study infiltration and evaporation of water in soil. However, the same terminology has often been used for scaled-down or pilot-scale controlled sanitary landfills that produce LFG and landfill leachate (Henken-Mellies and Schweizer, 2011; Tränkler et al., 2005). These lysimeters which typically simulate certain components of a landfill such as bottom liner, drainage layer, leachate collection system, granular media cover, vegetation, etc. can be used to study many aspects of landfilling operations including the testing of fugitive emission quantification techniques under relatively controlled conditions.

Multiple lysimeters were constructed at the Okotoks Bioretention Centre located in Okotoks, Alberta, Canada. The details of lysimeter experimental setup is explained elsewhere (Jalilzadeh, 2019). For the purposes of this study, a brief description of lysimeter construction and setup is provided in Section 3.3.1.

### 3.3.1.    Experimental Setup

Eight lysimeters, each measuring 1.8 m x 1.8 m with a depth of 1.2 m were constructed using wooden frames and paneling. An 80 cm layer of biocover granular material is placed over a 30 cm layer of washed uniform coarse gravel. The gravel layer was intended to increase the water holding

capacity of the lysimeter and to ensure a uniform inlet gas distribution. Natural gas at a pressure of 5 psi was supplied to each lysimeter using a gas distribution perforated pipe network buried in the gravel layer (see Figure 3.8).



*Figure 3.8 Inlet gas distribution network (left) and lysimeter wooden framework (right)*

$CH_4$ flowrate into each individual lysimeter is adjustable using rotameters. However, during measurement campaigns for the purposes of this study, the $CH_4$ inflow into each lysimeter was accurately measured using a Cole-Parmer mass precision flowmeter, as shown in Figure 3.9.

Figure 3.10 shows the lysimeter soil and vegetation type in summer 2019. Each lysimeter is numbered and will be referenced as such in this manuscript. In addition to the uniform 20 mm diameter gravel for the gas distribution layer, two different materials were used as biocover material: topsoil and a compost mixture of 30% compost and 70% topsoil (v/v). The topsoil was obtained from the Leduc Regional Landfill (Leduc, Alberta) and mature compost residue was obtained from the Edmonton Waste Management Centre (Edmonton, Alberta). Dry bulk density ($\rho_d$) of the biocover material was measured according to ASTM 2216 and specific gravity ($G_s$) was measured according to ASTM 854. The average dry bulk density of topsoil and compost mixture were 1.14 and 0.98 g/cm$^3$, respectively. The specific gravity of topsoil and compost mixture were 2.55 and 2.36 respectively (Jalilzadeh, 2019).

38



*Figure 3.9 Mass precision flowmeter installed in between the controller (rotameter) and CH4 gas inlet*

In terms of vegetation type, three different vegetation covers were used which included native grass species, Japanese millet, and alfalfa. The characteristics of each of the plant type is explained in detail elsewhere (Jalilzadeh, 2019) and will not be discussed here.



*Figure 3.10 Soil and vegetation type of lysimeters in summer 2019. Mixture consists of 70% (v/v) Topsoil and 30% (v/v) compost material*

### 3.3.2.    Data Collection

Each lysimeter was divided into 16 equal squares using a uniform grid. SMC was measured above the surface at each individual grid point for at least one minute. Each lysimeter was also carefully scanned for surface concentrations in areas other than the grid points, which includes surface irregularities such as sumps, gas sampling tubes, and sensor wires. Similar to the test cell study, FID probe was held as constant as possible and about 5 cm off of the ground. However, in some lysimeters which had fully grown vegetation, this was not possible all the time. It is also worth noting that not all of the lysimeters were chosen to be measured in this study, for example, lysimeter #7 had issues with water and gas leakage in summer 2019. After completing the surface concentration survey, emission hotspots were measured using the static flux chamber technique.

The flux chamber used in this study was identical to that of test cell study described in Section 3.4.1. To minimize gas short-circuiting, flux chamber was inserted into the soil about 1-2 cm. Unfortunately, due to the relative hardness of the surface in lysimeters, especially the ones with no vegetation, this was not always possible, so around the chamber was covered by mud in an effort to seal and prevent the gas bypass effect as suggested by previous researchers (Ohlsson, 2009).

### 3.4.    Analytical Methods

#### 3.4.1.    Closed Flux Chamber

A cylindrical flux chamber measuring 19 cm in both diameter and height constructed of plexiglass was used (Figure 3.12) while uptake and return ports were located on top of the chamber. In order to prevent short-circuiting of the uptake and return gas, the return port outlet was extended to the bottom of the flux chamber at the expulsion point. This could also help in increasing the recirculation of gas inside the flux chamber. Flux measurements were conducted using a portable gas monitor (Eagle, RKI instruments) gas analyzer (See Section 3.4.2).

$CH_4$ fluxes were determined from concentration data ($C$ in ppmv) plotted versus elapsed time ($t$ in seconds). The $CH_4$ concentration within the chambers increased linearly, in which case dC/dt is the slope of the fit to the data (see Figure 3.11 as an example). This change in volumetric concentration was converted to a mass flux by using the ideal gas law. The $CH_4$ flux, $F$ ($g.m^{-2}.d^{-1}$), is calculated as follows:

$$F = \frac{nPVU\left(\frac{dc}{dt}\right)}{ART}$$

Equation 3.3

Where $P$ is pressure (1 atm), $V$ is chamber volume (80 L), $n$ is the molar mass of $CH_4$ (16 g/mol), $U$ is the units conversion factor (0.00144 L min/(μL d)), $A$ is the surface area covered by

the chamber (0.4 m$^2$), $T$ is chamber temperature (kelvin), and $R$ is the gas constant (0.08206 L atm/(K mol)). The slope of the line, dC/dt, was determined by linear regression between CH$_4$ concentration and elapsed time. A non-zero flux was reported only if there was 90% confidence ($p < 0.1$) in the correlation between CH$_4$ concentration and time, otherwise a zero-flux is reported (Abichou et al., 2011b).



*Figure 3.11 Slope of the CH$_4$ concentration vs. elapsed time*



*Figure 3.12 Schematic of the static closed flux chamber*

### 3.4.2.        In-Situ Gas Analyzer

Testing was conducted with the RKI instruments EAGLE with specifications shown in Table 3.3. The operating temperature ranges between -10°C to +40°C. The combustible gas (LEL) sensor in the EAGLE detects combustible gas and vapors in the atmosphere with a catalytic platinum element. The reaction of gas with oxygen on the catalyst causes a change in the resistance of the element, which is converted by the Eagle into a reading of combustible gas concentration.

*Table 3.3 RKI EAGLE gas measurement range and accuracy*

| Gas | Measurement Range | Accuracy |
|-----|-------------------|----------|
| $CH_4$ | 0 – 100% (LEL) | ± 2% |
| $CO_2$ | 0 – 60% (vol.) | ± 2% |
| $O_2$ | 0 – 40% (vol.) | ± 0.5% |
| $H_2S$ | 0 – 100 ppm | ± 2 ppm |
| CO | 0 – 500 ppm | ± 5 ppm |

### 3.4.3.     Flame Ionization Detector

The Thermo Scientific™ TVA2020 Toxic Vapor analyzer was used in this study to measure SMC which is a portable field analyzer using both FID and Photo Ionization Detection (PID) technologies. A FID measures organic compounds by utilizing a flame produced by the combustion of hydrogen and air. Low oxygen can affect the characteristics of the hydrogen flame, causing readings to be artificially elevated and possibly extinguishing the flame. As a general rule of thumb, greater than 16% oxygen is required to support the flame. Benefits of FID include detecting a wide dynamic and linear range, having high sensitivity to hydrocarbon vapors (including $CH_4$), showing a stable and repeatable response, and being unaffected by ambient levels of CO, $CO_2$, and water vapor.

The TVA2020 analyzer is equipped with a FID to measure organic compounds with high sensitivity. The FID technology allows for a wide dynamic and linear range that produces stable and repeatable responses. Table 3.4 summarizes the TVA2020 specifications and external influences which may affect the FID functionality for its normal operating conditions.

*Table 3.4 TVA2020 analyzer specifications*

| | |
|---|---|
| Accuracy | ±10% of reading or ±1.0 ppm, whichever is greater, from 1.0 to 10,000 ppm.<br><br>±10% of reading from 3,000 to 30,000 ppm with a 1-point methane calibration at 15,000 ppm. |
| Repeatability | ±2% at 500 ppm of methane |
| Linear and Dynamic range | 1.0 to 50,000 ppm of methane |
| Minimum detectable level | 0.5 ppm of methane |
| Response time | Less than 3.5 seconds for 90% of final value, using 10,000 ppm of methane |
| Sample flow rate | 1 liter/minute, nominal, at sample probe inlet |
| Ambient Temperature | -10°C to +45°C |
| Ambient pressure | 70 to 108 kPa |
| Relative humidity range | 15 – 95% |

44

## 4.    RESULTS AND DISCUSSION

### 4.1.    Overview

Prior to starting statistically designed experiments explained in Section 3.2.2, a series of one factor at a time (OFAT) experiments were conducted in order to assess the $CH_4$ concentration and flux correlation using a linear regression with SMC being the only predictor variable. Results of these experiments along with a validation study are presented and discussed in Section 4.2.

Next, using the results of Doehlert experiments, the effect of wind on flux chamber measurements and surface concentration measurements are discussed and analysed in sections 4.3.1 and 4.3.2. In section 4.4, the possibility of using wind speed as a predictor variable is investigated. The multiple linear regression previously introduced in section 3.2.4, more specifically Equation 3.2, is statistically analysed and an alternative is presented. Finally, the linear regression assumptions are validated in section 4.5

### 4.2.    Flux vs. Concentration Under Calm Wind Condition

Table 4.1 summarises the results of OFAT experiments conducted under zero wind condition. Each row represents a flow rate with three averages, arithmetic, median, and geometric for both $CH_4$ concentration values and $CH_4$ flux. As mentioned, each experiment concentration and flux were measured over 25 and 9 points, respectively. For example, the second row in Table 4.1 shows the arithmetic mean, median, and geometric mean of nine flux measurements are 46.24, 47.49, and 41.66 $g.m^{-2}.d^{-1}$. For the sake of plotting concentration versus flux, concentration data used in this analysis correspond to the same nine locations where flux measurements were taken, as opposed to the 25 originally measured concentrations.

Figure 4.1 visualises average $CH_4$ concentration vs. average $CH_4$ flux correlation of the OFAT experiments using arithmetic mean, median, and geometric mean. Error bars in the horizontal and

vertical axis indicate the standard deviations of $CH_4$ concentration and measured $CH_4$ flux, respectively. As it can be observed, regression resulted in a strong coefficient of determination in cases of arithmetic mean and geometric mean with $R^2 = 0.83$ and $R^2 = 0.72$, respectively.

*Table 4.1 OFAT experiments under calm (zero) wind condition*

| Wind Speed (m.s$^{-1}$) | CH$_4$ inlet flow rate (g.m$^{-2}$.d$^{-1}$) | CH$_4$ Concentration (ppm) | | | CH4 Flux (g.m$^{-2}$.d$^{-1}$) | | | Concentration Standard Deviation | Flux Standard Deviation |
|---|---|---|---|---|---|---|---|---|---|
| | | Arithmetic mean | Median | Geometric mean | Arithmetic mean | Median | Geometric mean | | |
| 0 | 25 | 23.84 | 21.95 | 19.79 | 29.32 | 26.96 | 28.16 | 7.16 | 12.01 |
| 0 | 50 | 22.54 | 15.15 | 17.47 | 46.24 | 47.49 | 41.66 | 9.34 | 19.84 |
| 0 | 100 | 46.62 | 34.40 | 32.32 | 101.69 | 101.08 | 97.72 | 22.02 | 28.71 |
| 0 | 150 | 58.72 | 47.50 | 43.36 | 122.64 | 122.87 | 117.25 | 21.45 | 37.64 |
| 0 | 200 | 43.56 | 35.55 | 38.13 | 167.82 | 169.05 | 161.50 | 7.39 | 45.01 |
| 0 | 300 | 160.80 | 114.00 | 119.71 | 194.87 | 194.03 | 186.32 | 69.88 | 57.37 |
| 0 | 400 | 177.81 | 36.65 | 45.82 | 265.44 | 251.13 | 255.67 | 99.66 | 75.37 |
| 0 | 500 | 278.63 | 147.00 | 169.46 | 437.26 | 439.06 | 433.07 | 135.86 | 60.22 |
| 0 | 600 | 441.27 | 369.00 | 271.75 | 467.73 | 468.72 | 461.67 | 174.38 | 73.36 |



*Figure 4.1 CH₄ concentration vs. average flux in OFAT experiments under calm wind condition using a) arithmetic mean; b) median; and c) geometric mean*

It is worth noting that since background concentration is omitted from all concentration readings, linear regression should, theoretically, have a forced intercept through the origin. Given that the use of arithmetic mean resulted in a better linear fit to the data, regression analysis is only performed on this set of data.

Before conducting linear regression, certain key assumptions need to be met, which are comprehensively discussed elsewhere (Berry, 2011). First two assumptions relate to the choice of study design and measurements. These assumptions are: first, the dependent variable, also referred to as target, outcome, or criterion variable, is measured at the continuous level; and second, the independent variable, also referred to as the predictor, explanatory or regressor variable, is quantitative and measured at the continuous level. Other key assumptions are: (a) linear relationship between dependent and independent variables; (b) independence of observations; (c) no significant outliers; (d) homoscedasticity; (e) normal distribution of residuals or errors.  These assumptions are validated and discussed in detail in section 4.5.

Both $CH_4$ concentration and $CH_4$ flux are quantitative variables measured at the continuous level. As it can be observed from Figure 4.1, the relationship between average (arithmetic mean) surface concentrations and average flux is approximately linear which means that a linear model might be a good fit for the experimental data.

According to Table 4.10, experimental results showed a good correlation between SMCs and flux measurements in both cases of RTO and regression with intercept using a 95% confidence interval. As determined, theory prescribes that when there are zero surface concentrations, flux should be zero as well. Furthermore, according to Table 4.2, a student's t-test indicated that the constant term or intercept is insignificant.

49

*Table 4.2 Coefficients of linear regression of the OFAT experiments*

| Coefficients[a] | | Unstandardized Coefficients | | Standardized Coefficients | | | 95.0% Confidence Interval for B | |
|---|---|---|---|---|---|---|---|---|
| Model | | B | Std. Error | Beta | t | Sig. | Lower Bound | Upper Bound |
| Regression with intercept | (Constant) | 56.987 | 25.697 | - | 2.218 | 0.062 | -3.777 | 117.751 |
| | C_Average | 1.053 | 0.133 | 0.949 | 7.945 | 0.000 | 0.739 | 1.366 |
| Regression through origin (RTO) | C_Average | 1.264 | 0.113 | 0.970 | 11.234 | 0.000 | 1.005 | 1.523 |
| a. Dependent Variable: F_Average | | | | | | | | |

Overall, the results confirm that there is linear relationship between SMCs and surface flux and suggest the latter can be derived from the former. Equation 4.1 describes the correlation between SMC and flux, in which $F$ is $CH_4$ flux in $g.m^{-2}.d^{-1}$ and $C$ is $CH_4$ concentration in ppmv.

$$F = 1.264\ C \qquad\qquad\qquad \textit{Equation 4.1}$$

This is in agreement with findings of various researchers who have suggested surface flux has a positive and, in some cases, strong relationship with $CH_4$ concentrations (Abedini, 2014; Abichou et al., 2011b; Gonzalez-Valencia et al., 2015; Lando et al., 2017). Results of this study is nearly identical to findings of a recent study which investigated $F$ vs. $C$ correlation under controlled conditions, in which F = 1.2 C was reported in the case of calm wind conditions (Lando et al., 2017). On the other hand,  (Fécil et al., 2003) and (Abedini, 2014) reported similar equations, F = 0.31 C, and F = 0.3202 C +1.3867, respectively. Both of these studies developed the correlations in a real landfill and under various climatic conditions. Even though, at first glance, using Equation 4.1 will result in a significant overestimation of flux for the two mentioned studies,

Equation 4.1 can still approximately explain the variations of $CH_4$ flux in the range of 0-600 ppm (see Figure 2.1).

### 4.2.1. Model validation

The regression model developed in Section 4.2 was validated using an independent data set obtained from a landfill biocover lysimeter study (see Section 3.3 for more details). Table 4.3 summarises the results of the conducted surface flux measurements along with their associated concentration readings. Figure 4.3 and Figure 4.2 demonstrate contour maps of measured surface $CH_4$ concentrations of lysimeter #8 and #1, respectively. The location of the flux measurements namely I, II, III, IV, and V were selected based on the $CH_4$ concentration contour maps and locations of emission hotspots, as seen in Figure 4.3 and Figure 4.2.

*Table 4.3 Validation results for lysimeter #1 and lysimeter #8*

| Lysimeter | Flux measurement location | Concentration (ppm) | Predicted CH4 Flux (g.m-2.d-1) | Measured CH4 Flux (g.m-2.d-1) | Error | Measured/ Predicted |
|---|---|---|---|---|---|---|
| #8 | I | 160 | 202.14 | 275.41 | -36% | 0.73 |
| | II | 47 | 59.23 | 51.54 | 13% | 1.15 |
| | III | 206 | 259.56 | 187.08 | 28% | 1.39 |
| #1 | IV | 59 | 74.39 | 71.41 | 4% | 1.04 |
| | V | 49 | 61.74 | 136.39 | -121% | 0.45 |

Predicted $CH_4$ flux was calculated using Equation 4.1. Using the linear regression resulted in a minimum absolute error of 4% and maximum absolute error of 121%. Location V's flux chamber measurement and/or concentration measurement may be affected as several soil samples were taken at its vicinity several days before conducting the measurement for lysimeter #1.

This correlation may be applicable to other case studies, but it is recommended that it be further validated for other case studies and landfills under different atmospheric conditions.



*Figure 4.3 Average CH₄ surface concentration values in ppm for lysimeter #8*



*Figure 4.2 Average CH₄ surface concentration values in ppm for lysimeter #1*

### 4.3.    Wind Effect on Flux and Concentration measurements

As Stated in Section 4.1, a series of statistically designed experiments using the Doehlert design was conducted to investigate the $CH_4$ surface concentration versus $CH_4$ flux correlation under windy conditions. Table 4.4 summarises the results of Doehlert experiments. Similar to OFAT experiments, SMC and measured flux values are averaged over nine grid points (B2, B3, B4,C2, C3, C4, D2, D3, D4 in Figure 3.7) using arithmetic mean, median, and geometric mean values. For consistency with the results of OFAT experiments, values corresponding to arithmetic mean are analysed and discussed in the following sections. Before discussing the results on the correlation itself, the effect of wind on flux measurements and concentration measurements are discussed and analysed in sections 4.3.1 and 4.3.2.

*Table 4.4 SMC and flux chamber measurement results of Doehlert Experiments*

| Wind Speed (m.s$^{-1}$) | CH$_4$ inlet Flow Rate (g.m$^{-2}$.d$^{-1}$) | CH$_4$ Surface Concentration (ppm) | | | CH$_4$ Flux (g.m$^{-2}$.d$^{-1}$) | | | Concentraion Standard Deviation | Flux Standard Deviation |
|---|---|---|---|---|---|---|---|---|---|
| | | Arithmetic mean | Median | Geometric mean | Arithmetic mean | Median | Geometric mean | | |
| 0 | 400 | 177.81 | 143.00 | 113.18 | 250.10 | 239.83 | 239.81 | 99.66 | 73.71 |
| 0 | 600 | 444.57 | 369.00 | 274.46 | 467.73 | 468.72 | 461.67 | 177.22 | 73.36 |
| 2 | 200 | 8.14 | 7.00 | 7.78 | 182.07 | 183.38 | 173.43 | 2.34 | 56.51 |
| 2 | 500 | 24.53 | 27.00 | 19.77 | 369.56 | 345.51 | 348.84 | 12.71 | 125.63 |
| 2 | 500 | 11.37 | 9.60 | 10.44 | 390.80 | 378.76 | 379.14 | 4.60 | 100.39 |
| 2 | 500 | 11.85 | 10.55 | 10.65 | 372.94 | 298.55 | 357.52 | 4.84 | 111.23 |
| 2 | 800 | 34.86 | 25.15 | 23.69 | 567.94 | 550.15 | 559.40 | 25.12 | 96.65 |
| 4 | 400 | 5.51 | 4.60 | 5.27 | 167.16 | 101.06 | 133.51 | 1.85 | 120.83 |
| 4 | 600 | 7.74 | 7.50 | 7.33 | 300.65 | 290.99 | 250.67 | 2.62 | 148.47 |

### 4.3.1.   Flux Measurements

*Table 4.5 Measured flux for flow rates of 200, 400, 500, and 600 with and without wind*

| | Measured Flux (g.m-2.d-1) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inlet flow rate | 200  (g.m-2.d-1) | | | 400 (g.m-2.d-1) | | | 500 (g.m-2.d-1) | | | 600 (g.m-2.d-1) | | |
| Wind Speed | W=0 m/s | W=2 m/s | %Change | W=0 m/s | W=4 m/s | %Change | W=0 m/s | W=2 m/s | %Change | W=0 m/s | W=4 m/s | %Change |
| B2 | 96.30 | 117.00 | 21% | 153.98 | 111.21 | -28% | 330.47 | 286.58 | -13% | 329.91 | 52.74 | -84% |
| B3 | 131.50 | 123.64 | -6% | 196.28 | 203.59 | 4% | 382.48 | 282.24 | -26% | 413.03 | 143.29 | -65% |
| B4 | 141.29 | 183.38 | 30% | 239.83 | 412.79 | 72% | 439.06 | 293.79 | -33% | 463.99 | 191.57 | -59% |
| C2 | 124.96 | 130.07 | 4% | 169.91 | 77.49 | -54% | 398.52 | 298.55 | -25% | 402.53 | 290.99 | -28% |
| C3 | 169.05 | 208.83 | 24% | 280.73 | 54.71 | -81% | 429.10 | 438.63 | 2% | 481.13 | 397.58 | -17% |
| C4 | 226.59 | 241.13 | 6% | 297.52 | 346.44 | 16% | 467.72 | 526.47 | 13% | 540.14 | 448.81 | -17% |
| D2 | 178.40 | 129.97 | -27% | 216.45 | 97.59 | -55% | 452.26 | 247.77 | -45% | 468.72 | 235.57 | -50% |
| D3 | 222.00 | 224.03 | 1% | 290.26 | 101.06 | -65% | 482.45 | 412.69 | -14% | 527.55 | 420.43 | -20% |
| D4 | 220.33 | 280.61 | 27% | 405.96 | 99.59 | -75% | 553.30 | 569.74 | 3% | 582.57 | 524.84 | -10% |
| Average | 167.82 | 182.07 | 8% | 250.10 | 167.16 | -33% | 437.26 | 372.94 | -15% | 467.73 | 300.65 | -36% |

Contour plots of flux measurements for all experiments are provided in APPENDIX A: CH4 Concentration Contour Plots. Table 4.5 summarizes the results of flux chamber measurements at nine grid points (B2, B3, B4, C2, C3, C4, D2, D3, D4) for flow rates ranging from 200 g.m$^{-2}$.d$^{-1}$ to 600 g.m$^{-2}$.d$^{-1}$. Orange columns show the percentage difference between flux measurements under calm (w = 0 m/s) and windy (w = 2 or 4 m/s) conditions. As observed, presence of wind caused a decrease in average measured flux for inlet flowrates of 200, 400, 500, 600 g.m$^{-2}$.d$^{-1}$ and a slight increase for inlet flowrate of 200 g.m$^{-2}$.d$^{-1}$. The first row of measurements (B2, B3, B4), which are the closest measurements to the wind source, experienced a more significant change compared to the rows further downwind.

Even though the concentration gradients inside the sand media were not measured, presence of wind has most probably changed these gradients and shifted the gas to migrate to areas farther away from the wind source. It is also possible that wind has caused the gas to be temporarily stored within the sand media. Given that the test cell was only exposed to wind 2 hours prior to conducting each experiment, longer wait times should be tested to make sure steady state condition is reached.

### 4.3.2.    Concentrations

Temporal variability of surface concentrations is discussed in Section 4.3.2.1. Figure 4.4 shows the spatial distribution of SMC with inlet flow rates of 400 and 600 g.m$^{-2}$.d$^{-1}$. Figures on the left demonstrate the concentration contours without the presence of wind, and figures on the right show their respective ones but with an average wind speed of 4 m/s. The range of average concentrations under calm wind condition for $CH_4$ inlet flowrates 400 and 600 g.m$^{-2}$.d$^{-1}$ was 60 - 381 ppm and 104 - 676 ppm, respectively. The range of average concentrations under wind speed of 4 m/s, for $CH_4$ inlet flowrates 400 and 600 g.m$^{-2}$.d$^{-1}$ were 4.1 - 10.4 ppm and 4.2 - 21.6 ppm, respectively. Similar spatial distribution behaviour was observed in other tested flow rates and wind speeds as well.

As observed in Figure 4.4, the results indicate SMCs had high spatial distribution, with or without wind. The results were similar to those of previous studies, where a high degree of spatial heterogeneity of $CH_4$ emissions were observed even in small, centimeter-scale distances (Lando et al., 2017; Rachor et al., 2013a). It is worth noting that the results of this experiment do not take into account the spatial variability caused by heterogeneity of waste composition, and to a certain extent, heterogeneity of landfill cover. As expected, not only wind significantly decreased concentrations all over the test cell, but also it shifted the gas to defuse from areas that are further away from the wind source (closer to y = 0). This observation can be explained in two ways – first, concentrations measured further downwind of the source possibly included emitted gas from areas upwind of the measurement point, depending on wind gustiness and small-scale spatial distribution; and second, $CH_4$ gas could migrate, within the media, to areas that are further away from the wind source, as many studies have suggested surface wind can affect the gas exchange

behaviour through soil-atmosphere boundary (Poulsen and Møldrup, 2006; Pourbakhtiar et al., 2017).



*Figure 4.4 Average CH₄ concentration contour plots of test cells with inlet flow rates of 400 and 600 g.m⁻².d⁻¹ with (4 m/s) and without wind (0 m/s)*

### 4.3.2.1.    Temporal variability

One-minute averaged concentrations were used to analyse and report results of this study. However, a high degree of temporal variability was observed in SMC recorded in the close vicinity of the top surface for all tested CH₄ flow rates. As an example, the results for 600 g.m⁻².d⁻¹ inlet flow rate in nine inner grid points (B2, B3, B4, C2, C3, C4, D2, D3, D4) are shown in Figure 4.5. All measurements were done at a constant 5 cm distance off of the test cell surface. The

measurements were highly variable with time and ranged from 4 to 1650 ppm for the flow rate of 600 g.m$^{-2}$.d$^{-1}$ while higher variations up to 2000 ppm were observed for higher flow rates.

In order to determine the optimum amount of time to measure concentrations that can lead to a representative $CH_4$ concentration, $CH_4$ concentrations were measured at multiple occasions and days, at a single location over a five-minute time period. Table 4.6 summarises the results for three flow rates of 200 g.m$^{-2}$.d$^{-1}$, 300 g.m$^{-2}$.d$^{-1}$, and 400 g.m$^{-2}$.d$^{-1}$. All measurements were conducted under calm wind condition. Concentrations were averaged under various time periods ranging from 10 seconds to five minutes. In all cases, one-minute averages were the shortest time period in which the average had less than a 10% difference with that of the whole five-minute time period. Therefore, for all experiments conducted in this study, concentrations were averaged over a one-minute time period.

*Table 4.6 Average $CH_4$ concentrations at a single fixed location for inlet flowrates of 200 g.m$^{-2}$.d$^{-1}$, 300 g.m$^{-2}$.d$^{-1}$, and 400 g.m$^{-2}$.d$^{-1}$*

| Time period | Inlet flow rate 400 g.m$^{-2}$.d$^{-1}$ | | Inlet flow rate 300 g.m$^{-2}$.d$^{-1}$ | | Inlet flow rate 200 g.m$^{-2}$.d$^{-1}$ | |
|---|---|---|---|---|---|---|
| | C Average (ppm) | %Error | C Average (ppm) | %Error | C Average (ppm) | %Error |
| 10 s | 150.21 | -15% | 102.26 | -31% | 39.53 | -14% |
| 20 s | 136.37 | -23% | 120.47 | -19% | 57.07 | 24% |
| 30 s | 145.99 | -18% | 139.28 | -6% | 62.27 | 35% |
| 40 s | 150.34 | -15% | 141.81 | -5% | 55.74 | 21% |
| 50 s | 152.76 | -14% | 155.02 | 4% | 48.61 | 5% |
| 1 min | 178.80 | 1% | 157.95 | 6% | 46.23 | 0% |
| 2 min | 172.49 | -3% | 183.38 | 23% | 42.98 | -7% |
| 3 min | 174.97 | -2% | 168.32 | 13% | 48.77 | 6% |
| 4 min | 181.29 | 2% | 158.02 | 6% | 50.89 | 10% |
| 5 min | 177.63 | 0% | 148.80 | 0% | 46.11 | 0% |



*Figure 4.5 CH₄ concentration variability over a 1-minute time period at nine locations for inlet flow rate of 600 g.m⁻².d⁻¹*

Lastly, Figure 4.6 shows average $CH_4$ concentration (ppm) versus wind speed (m/s). As it can be seen, $CH_4$ concentration values were inversely proportional to wind speed, assuming zero wind speed can be approximated to a near-zero value. This is in agreement with findings of Lando et al., (2017), where $CH_4$ concentrations were measured under six different $CH_4$ flowrates and four levels of wind speed. Furthermore, a quick glimpse at the Gaussian steady-state dispersion model also suggests concentrations are inversely proportional to wind velocity. It is recommended for further testing under various horizontal velocities to be carried out.



*Figure 4.6 Average $CH_4$ concentration (ppm) versus wind speed (m/s) using Doehlert experiments*

### 4.4.    Effect of Wind on Flux vs. Concentration Relationship

Average surface $CH_4$ concentrations, $CH_4$ inlet flow rates and wind speed reported in Table 4.1 were used to develop a linear regression model according to Equation 3.2. As observed in Table 4.7, the regression model is statistically significant and aside from the squared wind speed (W_Sq), all other parameters were insignificant. Moreover, as stated in Section 4.3.2, SMCs are inversely proportional to wind speed, which means that the assumption of linear relationship between target variable and independent variable has not been met.

*Table 4.7 Model summary and analysis of variance (ANOVA) of linear regression model for the Doehlert experiments*

| Model Summary[b] | | | | | | |
|---|---|---|---|---|---|---|
| Model | R | R Square | Adjusted R Square | Std. Error of the Estimate | Durbin-Watson | |
| 1 | .982[a] | .965 | .907 | 24.23950 | 1.927 | |
| ANOVA[a] | | | | | | |
| Model | | Sum of Squares | df | Mean Square | F | Sig. |
| 1 | Regression | 48819.893 | 5 | 9763.979 | 16.618 | .021[b] |
| | Residual | 1762.660 | 3 | 587.553 | | |
| | Total | 50582.553 | 8 | | | |
| a. Dependent Variable: C_Avg | | | | | | |
| b. Predictors: (Constant), FW, F_Sq, W_Sq, Flow, Wind Speed | | | | | | |

*Table 4.8 Coefficients of linear regression model for the Doehlert experiments*

| Model | Unstandardized Coefficients | | Standardized Coefficients | t | Sig. |
|---|---|---|---|---|---|
| | B | Std. Error | Beta | | |
| (Constant) | 43.4 | 92.03 | | 0.471 | 0.670 |
| Flow | 0.280 | 0.28 | 0.58 | 0.998 | 0.392 |
| Wind Speed | -73.5 | 36.92 | -1.27 | -1.99 | 0.141 |
| F_Sq | 3.9E-5 | 0.00 | 0.084 | 0.160 | 0.883 |
| W_Sq | 22.1 | 4.59 | 1.68 | 4.807 | 0.017 |
| FW | -0.12 | 0.06 | -1.22 | -2.00 | 0.139 |

Given that SMCs are inversely proportional to wind speed, further analysis was made using $1/W$ instead of $W$ as an independent factor. Summary of the results obtained from this analysis are provided in Table 4.9. As observed, the interaction effect, F x 1/w, is the only statistically significant factor. This is aligned with the Gaussian steady-state dispersion model which shows a direct relationship between surface gas concentration and emission rate divided by wind velocity.

61

*Table 4.9 Coefficients of linear regression model for the Doehlert experiments with wind inverse as an independent variable*

| Model | Unstandardized Coefficients | | Standardized Coefficients | t | Sig. |
|---|---|---|---|---|---|
| | B | Std. Error | Beta | | |
| (Constant) | 6.470 | 7.449 | | 0.869 | 0.449 |
| Flow | -0.037 | 0.023 | -0.077 | -1.589 | 0.210 |
| F_Sq | 3.944E-5 | 0.000 | 0.084 | 1.738 | 0.181 |
| Interaction | 0.050 | 0.002 | 1.362 | 28.645 | 0.000 |
| W_inv | 0.250 | 8.504 | 0.013 | 0.029 | 0.978 |
| W_inv_Sq | -0.698 | 0.813 | -0.386 | -0.859 | 0.453 |

The significance of the model developed using this method was 0.000 and the adjusted $R^2$ was 0.99. Using the interaction term as the only independent variable resulted in a regression model as shown in Equation 4.2.

$$C = 0.056 \left(\frac{F}{W}\right)$$

Equation 4.2

Where $C$ is SMC (ppm), $F$ is methane inflow which is in direct relationship with methane flux (g.m$^{-2}$.d$^{-1}$), and $W$ is wind speed (m.s$^{-1}$).

The significance of the model using the interaction term as the only variable is 0.02 and the adjusted $R^2$ is 0.88. The model presented here as Equation 4.2. was not verified with a set of data from the lysimeter study, mainly due to the design of the lysimeters which did not allow for undisturbed wind flow on the surface even under windy conditions. Therefore, this model needs to be further verified using a separate set of data, ideally from a landfill.

To the best of the author's knowledge, there has not been any research study focusing on the relationship between SMC and flux/wind, and hence a comparison cannot be made between the results obtained here and other researchers. However, given the strong relationship between the two observed here, the author suggests using two separate models to predict $CH_4$ concentration from $CH_4$ flux under calm wind conditions and under mild to moderate wind conditions.

### 4.5. Linear Regression Assumptions

The independency of observations can be tested with the Durbin-Watson test. The test statistic can vary between 0 and 4, with a value of 2 meaning that the residuals are uncorrelated. A value greater than 2 indicates that there is a negative correlation between adjacent residuals, whereas a value below 2 indicates a positive correlation. As a very conservative rule of thumb, values greater than 3 and less than 1 are problematic (Durbin and Watson, 1971). As it can be seen from Table 4.10, the linear regression resulted in a Durbin-Watson statistic value of 1.6 and 2.0 for regression through origin and regression with intercept, respectively. Therefore, one could conclude that there was independence of residuals in both cases.

*Table 4.10 Linear regression model summary of OFAT experiments*

| Model Summary[c,d] | | | | | |
|---|---|---|---|---|---|
| Model | R | $R^{2b}$ | Adjusted $R^2$ | Std. Error of the Estimate | Durbin-Watson |
| Regression through origin (RTO) | 0.970[a] | 0.940 | 0.933 | 65.453 | 1.601 |
| Regression with intercept | 0.949[a] | 0.900 | 0.886 | 53.626 | 2.049 |
| a. Predictors: C_Average | | | | | |
| b. For regression through the origin (the no-intercept model), $R^2$ measures the proportion of the variability in the dependent variable about the origin explained by regression. This cannot be compared to $R^2$ for models which include an intercept. | | | | | |
| c. Dependent Variable: F_Average | | | | | |

No outliers were observed as linear regression analysis in SPSS did not produce any casewise diagnostic tables. Generally speaking, if a case has a standardized residual more than ±3, an outlier is detected. Alternatively, Cook's distance, in which values greater than 4/n (*n* is the number of observations) can potentially be identified as influential observations or outliers (Cook and Weisberg, 1984) can be used. Another statistic measure is the average centered leverage value which is defined as $(k + 1)/n$ in which *k* is the number of predictors in the model and *n* is the number of participants. Leverage values 2 or 3 times higher than the average could be problematic. According to Table 4.11, both statistics suggest existence of a point which is highly influential on the linear regression. However, given that the casewise diagnostics did not indicate any outliers, experimental points remained as is, until further experiments can be done.

*Table 4.11 Cook's Distance and Maximum Leverage values for the OFAT experiments*

|  | Cook's Distance | Maximum Leverage |
|---|---|---|
| OFAT experiments | 6.036 | 0.575 |

The assumption of homoscedasticity indicates that the variance of residuals is constant across all the values of the independent variable. There are various tests which could measure homoscedasticity effect including the Breusch-Pagan, White, and Levene's tests. Values statistically significantly larger than 1.0 indicate non-constant variance (Casson and Farmer, 2014). Homoscedasticity can also be tested through observation of plots of residuals. As it can be seen from, the residuals are scattered randomly around the zero line and there is no clear pattern. Also, according to Figures 4 and 6, the residuals have a relative constant distance from the line of mean, which means that the errors are homoscedastic.



*Figure 4.7 The standardized residual plot and deviance from mean of the OFAT experiments*

According to Figure 4.8 and Figure 4.9 there is a slight skewness of residuals under regression through origin, while normal distribtuion of residuals can be observed in the case of regression with intercept.



*Figure 4.8 Normal distribution plots of residuals of the OFAT experiments under regression through origin (RTO)*

Finally, in order to assess the goodness of fit of the linear regression, multiple measures were used. Table 4.10 summarises the goodness of fit measures for the OFAT experiments in two cases of regression with intercept and regression through origin. $R^2$ tells us how much of the variance in outcome is accounted for by the regression model from our sample, the adjusted value ($R^2_{adjusted}$) tells us how much variance in outcome would be accounted for if the model had been derived from the population from which the sample was taken. SPSS derives the adjusted $R^2$ using Wherry's equation. However, this equation has been criticized because it tells us nothing about how well the regression model would predict an entirely different set of data. The adjusted $R^2$, derived from



*Figure 4.9 Normal distribution plots of residuals of the OFAT experiments under regression with intercept*

Stein's equation (Stevens, 2002) can show us how well the model is because it accounts for the changes of degrees of freedom as a result of different number of the model parameters. Although these two measures are usable to test the goodness of fit of models, they are not sufficient measures and extreme outliers can inflate $R^2$ and $R^2_{adjusted}$. As discussed previously, there are no extreme outliers which can inflate the coefficients of determination and hence, these values can accurately show how well the linear regression performs.

66

## 5.      CONCLUSION AND RECOMMENDATIONS

### 5.1.      Summary and Conclusion

The correlation between Surface Methane Concentrations (SMC) and methane ($CH_4$) flux was investigated in a small-scale test cell under partially controlled field set-up. SMCs and $CH_4$ flux rates in a landfill test cell were measured with $CH_4$ inlet flow rates ranging from 25 to 800 $g.m^{-2}.d^{-1}$, in an attempt to translate SMC data to quantitative estimates. In addition, it investigated the effect of wind speed on surface and flux measurements and the correlation between the two. The three objectives of this study were met, which are discussed in detail:

*Investigate the correlation between surface $CH_4$ concentrations and $CH_4$ flux under various $CH_4$ flow rates and wind conditions and cross-validate the results*

- The results confirmed that there exists a linear relationship between SMCs and surface flux under calm wind conditions and suggested the latter can be derived from the former. The findings were in agreement with those of various researchers who have suggested surface flux has a positive and, in some cases, strong relationship with $CH_4$ concentrations.

- Cross-validation was performed using an independent data set obtained from a landfill biocover lysimeter study and showed a minimum absolute error of 4% and maximum absolute error of 121%.

- All of the assumptions in linear regression analysis, which should be valid in order to have a credible correlation between independent variables and the response, were checked for both cases of regression through origin and regression with intercept.

*Determine the effect of wind on $CH_4$ concentration measurements and flux chamber measurements*

- The results suggested that SMCs had high spatial distribution, with or without wind, which was compatible with the findings of previous studies who observed a high degree of spatial heterogeneity of $CH_4$ emissions even in small, centimeter-scale distances.

- As expected, wind significantly decreased concentrations all over the test cell and it shifted the gas to defuse from areas that are further away from the wind source. The reasons behind this observation were attributed to the possible effect of wind on gas exchange behaviour through soil-atmosphere boundary, and potential effect of upwind concentrations on the downwind measurements. The results also suggested that the presence of wind caused a decrease in average measured flux for the majority of inlet flowrates.

- A high degree of temporal variability was observed in SMC recorded in the close vicinity of the top surface for all tested $CH_4$ flow rates. In all cases, one-minute averages were the shortest time period under which average values were more than 90% close to the average five-min readings.

- $CH_4$ concentration values were found to be inversely proportional to wind speed, assuming zero wind speed can be approximated to a near-zero value.

*Assess the possibility of using wind speed, in conjunction with $CH_4$ concentration measurements, to estimate $CH_4$ emission or flux*

- The results of the regression analysis using the Doehlert design showed that the regression model was statistically significant. However, other than squared wind speed (W_Sq), all other parameters were insignificant. Given that the SMCs were found to be inversely proportional to wind speed, the assumption of linear relationship between target variable and independent variable were not met. Therefore, a different approach was taken.

68

- Under windy conditions, the results of statistical analysis showed that SMCs have a linear correlation with flux divided by wind speed with a resulting $R^2$ of 0.88, and other independent variables were found to be statistically insignificant. This finding was in agreement with the findings of researchers who observed an inverse relationship between SMCs and wind speeds.

### 5.2.    Recommendations for Future Research

The work done in this research can be beneficial to expand the understanding of translating SMCs into surface emissions. Further research can be focused on developing a more physical-based approach to investigate this correlation with special attention to atmospheric variables such as wind speed and barometric pressure. It is also recommended that the developed approach should be further tested in a field-scaled environment to assess the validity of the method to estimate whole landfill emissions.

## 6.    REFERENCES

Abedini, A.R., 2014. Integrated Approach for Accurate Quantification of Methane Generation at Municipal Solid Waste Landfills. University of British Columbia.

Abichou, T., Clark, J., Chanton, J., 2011a. Reporting central tendencies of chamber measured surface emission and oxidation. Waste Management 31, 1002–1008. https://doi.org/10.1016/J.WASMAN.2010.09.014

Abichou, T., Clark, J., Chanton, J., 2011b. Reporting central tendencies of chamber measured surface emission and oxidation. Waste Management 31, 1002–1008. https://doi.org/10.1016/j.wasman.2010.09.014

Abichou, T., Clark, J., Chanton, J., Hater, G., Green, R., Goldsmith, D., Barlaz, M., Swan, N., 2012. A new approach to characterize emission contributions from area sources during optical remote sensing technique testing. Journal of the Air and Waste Management Association. https://doi.org/10.1080/10962247.2012.716384

Abichou, T., Mahieu, K., Chanton, J., Romdhane, M., Mansouri, I., 2011c. Scaling methane oxidation: From laboratory incubation experiments to landfill cover field conditions. Waste Management 31, 978–986.

Alexander, A., Burklin, C., Singleton, A., 2005. Landfill Gas Emissions Model (LandGEM) Version 3.02 User's Guide 56.

Babilotte, A., Lagier, T., Fiani, E., Taramini, V., 2010. Fugitive Methane Emissions from Landfills: Field Comparison of Five Methods on a French Landfill. Journal of Environmental Engineering 136, 777–784. https://doi.org/10.1061/(ASCE)EE.1943-7870.0000260

Baldocchi, D.D., Hicks, B.B., Meyers, T.P., 1988. Measuring biosphere-atmosphere

exchanges of biologically related gases with micrometeorological methods. Ecology 69, 1331–1340. https://doi.org/10.2307/1941631

Barlaz, M.A., Ham, R.K., Schaefer, D.M., 1990. Methane production from municipal refuse: A review of enhancement techniques and microbial dynamics. Critical Reviews in Environmental Control. https://doi.org/10.1080/10643389009388384

Berry, W., 2011. Understanding Regression Assumptions, Understanding Regression Assumptions. https://doi.org/10.4135/9781412986427

Bezerra, M.A., Santelli, R.E., Oliveira, E.P., Villar, L.S., Escaleira, L.A., 2008. Response surface methodology (RSM) as a tool for optimization in analytical chemistry. Talanta. https://doi.org/10.1016/j.talanta.2008.05.019

Bian, R., Xin, D., Chai, X., 2018. Methane emissions from landfill: influence of vegetation and weather conditions. Environmental Technology (United Kingdom) 0, 1–9. https://doi.org/10.1080/09593330.2018.1439109

Bogner, J., Spokas, K., 1993. Landfill CH4: Rates, fates, and role in global carbon cycle. Chemosphere 26, 369–386. https://doi.org/10.1016/0045-6535(93)90432-5

Bogner, J., Spokasl, K., Burton, E., 1997. Kinetics of methane oxidation in a landfill cover soil: Temporal variations, a whole landfill oxidation experimen, and modelling of Net CH4 emissions. Environmental Science & Technology 31, 2504–2514. https://doi.org/10.1021/es960909a

Börjesson, G., Svensson, B.H., 1997. Seasonal and diurnal methane emissions from a landfill and their regulation by methane oxidation. Waste Management and Research 15, 33–54. https://doi.org/10.1006/wmre.1996.0063

Cambaliza, M.O.L., Bogner, J.E., Green, R.B., Shepson, P.B., Harvey, T.A., Spokas, K.A., Stirm, B.H., 2017. Field measurements and modeling to resolve m[sup.2] to km[sup.2] CH[sub.4] emissions for a complex urban source: An Indiana landfill study.(Research article)(Report). Elementa: Science of the Anthropocene 5. https://doi.org/10.1525/elementa.145

Casson, R.J., Farmer, L.D.M., 2014. Understanding and checking the assumptions of linear regression: A primer for medical researchers. Clinical and Experimental Ophthalmology. https://doi.org/10.1111/ceo.12358

Chanton, J., Powelson, D., Abichou, T., Hater, G., 2008. Improved Field Methods to Quantify Methane Oxidation in Landfill Cover Materials using Stabli Carbon Isotopes 42, 665–670.

Cook, R.D., Weisberg, S., 1984. Residuals and Influence in Regression., Journal of the Royal Statistical Society. Series A (General). https://doi.org/10.2307/2981746

Czepiel, P.M., Mosher, B., Crill, P.M., Harriss, R.C., 1996. Quantifying the effect of oxidation on landfill methane emissions. Journal of Geophysical Research: Atmospheres 101, 16721–16729. https://doi.org/10.1029/96JD00222

Denmead, O., 1979. Chamber Systems for Measuring Nitrous Oxide Emission from Soils in the Field. Soil Science Society of America Journal - SSSAJ 43. https://doi.org/10.2136/sssaj1979.03615995004300010016x

Doehlert, D.H., 1970. Uniform Shell Designs. Applied Statistics. https://doi.org/10.2307/2346327

Durbin, J., Watson, G.S., 1971. Testing for serial correlation in least squares

regression.III. Biometrika. https://doi.org/10.1093/biomet/58.1.1

El-Fadel, M., Findikakis, A.N., Leckie, J.O., 1997. Gas simulation models for solid waste landfills. Critical Reviews in Environmental Science and Technology. https://doi.org/10.1080/10643389709388500

Enviornment and Climate Change Canada, 2016. National Inventory Report 1990-2014 : Greenhouse Gas Sources and Sinks in Canada.

EPA, 2019. Emission guidelines and compliance times for municipal solid waste landfills. [WWW Document]. United States Environmental Protection Agency. https://doi.org/EPA-HQ-OAR-2014- 0451, 17, 56-67: 184-192

Fécil, B., Héroux, M., Guy, C., 2003. Development of a Method for the Measurement of Net Methane Emissions From MSW Landfills. 9th International Waste Management and Landfill Symposium.

Ferreira, S.L.C., Bruns, R.E., da Silva, E.G.P., dos Santos, W.N.L., Quintella, C.M., David, J.M., de Andrade, J.B., Breitkreitz, M.C., Jardim, I.C.S.F., Neto, B.B., 2007. Statistical designs and response surface techniques for the optimization of chromatographic systems. Journal of Chromatography A. https://doi.org/10.1016/j.chroma.2007.03.051

Feyisetan, L., 2019. Biochemical Methane Potential of Landfilled Municipal Solid Waste Using a Non-Slurry Approach. Schulich School of Engineering.

Figueroa, V.K., Cooper, C.D., Mackie, K.R., Blvd, C.F., 2016. Estimating Landfill Greenhouse Gas Emissions from Measured Ambient Methane Concentrations and Dispersion Modeling 1–17.

Fjelsted, L., Christensen, A.G., Larsen, J.E., Kjeldsen, P., Scheutz, C., 2019. Assessment

of a landfill methane emission screening method using an unmanned aerial vehicle mounted thermal infrared camera – A field study. Waste Management 87, 893–904. https://doi.org/10.1016/j.wasman.2018.05.031

Foster-Wittig, T.A., Thoma, E.D., Green, R.B., Hater, G.R., Swan, N.D., Chanton, J.P., 2015. Development of a mobile tracer correlation method for assessment of air emissions from landfills and other area sources. Atmospheric Environment 102, 323–330. https://doi.org/10.1016/j.atmosenv.2014.12.008

Fredenslund, A.M., Mønster, J., Kjeldsen, P., Scheutz, C., 2018. Development and implementation of a screening method to categorise the greenhouse gas mitigation potential of 91 landfills. Waste Management. https://doi.org/10.1016/j.wasman.2018.03.005

Gao, Z., Desjardins, R.L., Flesch, T.K., 2010. Assessment of the uncertainty of using an inverse-dispersion technique to measure methane emissions from animals in a barn and in a small pen. Atmospheric Environment. https://doi.org/10.1016/j.atmosenv.2010.05.032

Gebert, J., Rachor, I., Gröngröft, A., Pfeiffer, E.M., 2011. Temporal variability of soil gas composition in landfill covers. Waste Management 31, 935–945. https://doi.org/10.1016/j.wasman.2010.10.007

Goldsmith, C.D., Chanton, J., Abichou, T., Swan, N., Green, R., Hater, G., 2012. Methane emissions from 20 landfills across the United States using vertical radial plume mapping. Journal of the Air and Waste Management Association 62, 183–197. https://doi.org/10.1080/10473289.2011.639480

Goldsmith, C.D., Hater, G., Green, R., Abichou, T., Barlaz, M., Chanton, J., 2008. Comparison of optical remote sensing with static chambers for quantification of landfill

methane emission, in: Proceedings of the Global Waste Management Symposium. pp. 7–10.

Gonzalez-Valencia, R., Magana-Rodriguez, F., Maldonado, E., Salinas, J., Thalasso, F., 2015. Detection of hotspots and rapid determination of methane emissions from landfills via a ground-surface method. Environmental Monitoring and Assessment 187. https://doi.org/10.1007/s10661-014-4083-0

Green, R.B., Hater, G.R., Thoma, E.D., Dewees, J., Rella, C.W., Crosson, E.R., Goldsmith, C.D., Swan, N., 2010. Methane Emissions Measured at Two California Landfills by OTM- 10 and an Acetylene Tracer Method. Global Waste Management Symposium, San Antonio, TX.

Hashmonay, R.A., Yost, M.G., 1999. Innovative Approach for Estimating Fugitive Gaseous Fluxes Using Computed Tomography and Remote Optical Sensing Techniques. Journal of the Air and Waste Management Association. https://doi.org/10.1080/10473289.1999.10463862

Haubrichs, R., Widmann, R., 2006. Evaluation of aerated biofilter systems for microbial methane oxidation of poor landfill gas. Waste management (New York, N.Y.) 26, 408–16. https://doi.org/10.1016/j.wasman.2005.11.008

Henken-Mellies, W.-U., Schweizer, A., 2011. Long-term performance of landfill covers - results of lysimeter test fields in Bavaria (Germany). Waste Management & Research 29, 59–68. https://doi.org/10.1177/0734242X10385748

Herbst, M., Friborg, T., Ringgaard, R., Soegaard, H., 2011. Interpreting the variations in atmospheric methane fluxes observed above a restored wetland. Agricultural and Forest Meteorology 151, 841–853. https://doi.org/10.1016/j.agrformet.2011.02.002

Héroux, M., Guy, C., Millette, D., 2010. A statistical model for landfill surface emissions. Journal of the Air and Waste Management Association 60, 219–228. https://doi.org/10.3155/1047-3289.60.2.219

Hirst, B., Jonathan, P., González del Cueto, F., Randell, D., Kosut, O., 2013. Locating and quantifying gas emission sources using remotely obtained concentration data. Atmospheric Environment 74, 141–158. https://doi.org/10.1016/j.atmosenv.2013.03.044

Huber-Humer, M., Gebert, J., Hilger, H., 2008. Biotic systems to mitigate landfill methane emissions. Waste Management and Research. https://doi.org/10.1177/0734242X07087977

Innocenti, F., Robinson, R., Gardiner, T., Finlayson, A., Connor, A., 2017. Differential absorption Lidar (DIAL) measurements of landfill methane emissions. Remote Sensing 9. https://doi.org/10.3390/rs9090953

IPCC, 2013. Climate Change 2013 – The Physical Science Basis: Working Group I Contribution to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change. Cambridge University Press, Cambridge. https://doi.org/DOI: 10.1017/CBO9781107415324

IPCC, C.C., 2007. The physical science basis.

Jalilzadeh, H., 2019. Field Performance and Water Balance Predictions of Evapotranspirative Landfill Biocovers. University of Calgary. University of Calgary.

Jayasinghe, P., 2013. Enhancing Gas Production in Landfill Bioreactors by Leachate Augmentation.

Kanemasu T., E., Powers L., W., Sij W., J., 1974. FIELD CHAMBER MEASUREMENTS OF CO2 FLUX FROM SOIL SURFACE. Soil Science 118, 233–237.

Kormi, T., Mhadhebi, S., Bel Hadj Ali, N., Abichou, T., Green, R., 2018. Estimation of fugitive landfill methane emissions using surface emission monitoring and Genetic Algorithms optimization. Waste Management 72, 313–328. https://doi.org/10.1016/j.wasman.2016.11.024

La, H., Hettiaratchi, J.P.A., Achari, G., Dunfield, P.F., 2018. Biofiltration of methane. Bioresource technology 268, 759–772. https://doi.org/10.1016/j.biortech.2018.07.043

Lando, A.T., Nakayama, H., Shimaoka, T., 2017. Application of portable gas detector in point and scanning method to estimate spatial distribution of methane emission in landfill. Waste Management 59, 255–266. https://doi.org/10.1016/j.wasman.2016.10.033

Lawrence, N.S., 2006. Analytical detection methodologies for methane and related hydrocarbons, in: Talanta. https://doi.org/10.1016/j.talanta.2005.10.005

Lewis, A.W., Yuen, S.T.S., Smith, A.J.R., 2003. Detection of gas leakage from landfills using infrared thermography--applicability and limitations. Waste management & research : the journal of the International Solid Wastes and Public Cleansing Association, ISWA 21, 436–47. https://doi.org/10.1177/0734242X0302100506

Mancebo, U., Hettiaratchi, J.P.A., Kumar, S., Hurtado, O., 2012. The use of methanotrophic applications to control of fugitive methane emissions from the biodegradation of organic waste. International Journal of Environmental Technology and Management 15, 524. https://doi.org/10.1504/IJETM.2012.049243

Mønster, J., Kjeldsen, P., Scheutz, C., 2019. Methodologies for measuring fugitive methane emissions from landfills – A review. Waste Management 87, 835–859. https://doi.org/10.1016/j.wasman.2018.12.047

Mønster, J., Samuelsson, J., Kjeldsen, P., Scheutz, C., 2015. Quantification of methane emissions from 15 Danish landfills using the mobile tracer dispersion method. Waste Management 35, 177–186. https://doi.org/10.1016/j.wasman.2014.09.006

Mønster, J.G., Samuelsson, J., Kjeldsen, P., Rella, C.W., Scheutz, C., 2014. Quantifying methane emission from fugitive sources by combining tracer release and downwind measurements - A sensitivity analysis based on multiple field surveys. Waste Management 34, 1416–1428. https://doi.org/10.1016/j.wasman.2014.03.025

Ohlsson, K.E.A., 2009. Reduction of bias in static closed chamber measurement of d13C in soil CO2 efflu. Rapid Communications in Mass Spectrometry.

Peischl, J., Ryerson, T.B., Brioude, J., Aikin, K.C., Andrews, A.E., Atlas, E., Blake, D., Daube, B.C., De Gouw, J.A., Dlugokencky, E., Frost, G.J., Gentner, D.R., Gilman, J.B., Goldstein, A.H., Harley, R.A., Holloway, J.S., Kofler, J., Kuster, W.C., Lang, P.M., Novelli, P.C., Santoni, G.W., Trainer, M., Wofsy, S.C., Parrish, D.D., 2013. Quantifying sources of methane using light alkanes in the Los Angeles basin, California. Journal of Geophysical Research Atmospheres. https://doi.org/10.1002/jgrd.50413

Perera, L. a. K., 2001. Gas Migration.

Poulsen, T.G., Møldrup, P., 2006. Evaluating effects of wind-induced pressure fluctuations on soil-atmosphere gas exchange at a landfill using stochastic modelling. Waste Management and Research. https://doi.org/10.1177/0734242X06066363

Pourbakhtiar, A., Poulsen, T.G., Wilkinson, S., Bridge, J.W., 2017. Effect of wind turbulence on gas transport in porous media: experimental method and preliminary results. European Journal of Soil Science 68, 48–56. https://doi.org/10.1111/ejss.12403

Rachor, I.M., Gebert, J., Gröngröft, A., Pfeiffer, E.-M., 2013a. Variability of methane emissions from an old landfill over different time-scales. European Journal of Soil Science 64, 16–26. https://doi.org/10.1111/ejss.12004

Rachor, I.M., Gebert, J., Gröngröft, A., Pfeiffer, E.M., 2013b. Variability of methane emissions from an old landfill over different time-scales. European Journal of Soil Science 64, 16–26. https://doi.org/10.1111/ejss.12004

Ravishankara, A.R., Solomon, S., Turnipseed, A.A., Warren, R.F., 1993. Atmospheric lifetimes of long-lived halogenated species. Science 259, 194–199. https://doi.org/10.1126/science.259.5092.194

Riddick, S.N., Hancock, B.R., Robinson, A.D., Connors, S., Davies, S., Allen, G., Pitt, J., Harris, N.R.P., 2018. Development of a low-maintenance measurement approach to continuously estimate methane emissions: A case study. Waste Management 73, 210–219. https://doi.org/10.1016/j.wasman.2016.12.006

Robinson, R., Gardiner, T., Innocenti, F., Woods, P., Coleman, M., 2011. Infrared differential absorption Lidar (DIAL) measurements of hydrocarbon emissions. Journal of Environmental Monitoring. https://doi.org/10.1039/c0em00312c

Scharff, H., Jacobs, J., 2006. Applying guidance for methane emission estimation for landfills. Waste Management 26, 417–429. https://doi.org/10.1016/j.wasman.2005.11.015

Scheutz, C., Kjeldsen, P., 2019. Guidelines for landfill gas emission monitoring using the tracer gas dispersion method. Waste Management 85, 351–360. https://doi.org/10.1016/j.wasman.2018.12.048

Scheutz, C., Kjeldsen, P., Bogner, J.E., De Visscher, A., Gebert, J., Hilger, H.A., Huber-

Humer, M., Spokas, K., 2009. Microbial methane oxidation processes and technologies for mitigation of landfill gas emissions. Waste Management and Research 27, 409–455. https://doi.org/10.1177/0734242X09339325

Scheutz, C., Samuelsson, J., Fredenslund, A.M., Kjeldsen, P., 2011. Quantification of multiple methane emission sources at landfills using a double tracer technique. Waste Management. https://doi.org/10.1016/j.wasman.2011.01.015

Schroth, M.H., Eugster, W., Gómez, K.E., Gonzalez-Gil, G., Niklaus, P.A., Oester, P., 2012. Above- and below-ground methane fluxes and methanotrophic activity in a landfill-cover soil. Waste Management 32, 879–889. https://doi.org/10.1016/j.wasman.2011.11.003

Todd, R.W., Cole, N.A., Casey, K.D., Hagevoort, R., Auvermann, B.W., 2011. Methane emissions from southern High Plains dairy wastewater lagoons in the summer. Animal Feed Science and Technology 166–167, 575–580. https://doi.org/10.1016/j.anifeedsci.2011.04.040

Tränkler, J., Visvanathan, C., Kuruparan, P., Tubtimthai, O., 2005. Influence of tropical seasonal variations on landfill leachate characteristics—Results from lysimeter studies. Waste Management 25, 1013–1020. https://doi.org/10.1016/j.wasman.2005.05.004

U.S. Environmental Protection Agency, 2006. EPA Test Method (OTM-10): Optical Remote Sensing for Emission Characterization from Non-Point Sources. Research Triangle Park, NC: Technology Transfer Network Emission Measurement Center.

Witek-Krowiak, A., Chojnacka, K., Podstawczyk, D., Dawiec, A., Pokomeda, K., 2014. Application of response surface methodology and artificial neural network methods in modelling and optimization of biosorption process. Bioresource Technology 160, 150–160.

https://doi.org/10.1016/j.biortech.2014.01.021

Wuebbles, D.J., Hayhoe, K., 2002. Atmospheric methane and global change. Earth-Science Reviews. https://doi.org/10.1016/S0012-8252(01)00062-9

Xu, L., Lin, X., Amen, J., Welding, K., McDermitt, D., 2014. Impact of changes in barometric pressure on landfill methane emission 679–695. https://doi.org/10.1002/2013GB004571.Received

Zolgharnein, J., Shahmoradi, A., Ghasemi, J.B., 2013. Comparative study of Box-Behnken, central composite, and Doehlert matrix for multivariate optimization of Pb (II) adsorption onto Robinia tree leaves. Journal of Chemometrics. https://doi.org/10.1002/cem.2487

**APPENDIX A: CH4 Concentration Contour Plots**































**APPENDIX B: CH₄ Flux measurements Contour Plots**

































**APPENDIX C: Copyright Permissions**

ELSEVIER LICENSE
TERMS AND CONDITIONS

Apr 29, 2020

This Agreement between Erfan Irandoost ("You") and Elsevier ("Elsevier") consists of your license details and the terms and conditions provided by Elsevier and Copyright Clearance Center.

| | |
|---|---|
| License Number | 4818500264707 |
| License date | Apr 29, 2020 |
| Licensed Content Publisher | Elsevier |
| Licensed Content Publication | Waste Management |
| Licensed Content Title | Reporting central tendencies of chamber measured surface emission and oxidation |
| Licensed Content Author | Tarek Abichou,Jeremy Clark,Jeffery Chanton |
| Licensed Content Date | May 1, 2011 |
| Licensed Content Volume | 31 |
| Licensed Content Issue | 5 |
| Licensed Content Pages | 7 |
| Start Page | 1002 |
| End Page | 1008 |

Rightslink® Printable License

| | |
|---|---|
| Type of Use | reuse in a thesis/dissertation |
| Portion | figures/tables/illustrations |
| Number of figures/tables/illustrations | 1 |
| Format | electronic |
| Are you the author of this Elsevier article? | No |
| Will you be translating? | No |
| Title | An Investigation on Methane Flux in Landfills and Correlation with Surface Methane Concentration |
| Institution name | University of Calgary |
| Expected presentation date | Apr 2020 |
| Portions | Figure 1 |
| Requestor Location | Erfan Irandoost<br>101- 3912 Stanley Rd SW<br><br>Calgary, AB T2S2P3<br>Canada<br>Attn: Erfan Irandoost |
| Publisher Tax ID | GB 494 6272 12 |
| Total | 0.00 CAD |

Terms and Conditions

**INTRODUCTION**

1. The publisher for this copyrighted material is Elsevier. By clicking "accept" in connection with completing this licensing transaction, you agree that the following terms and conditions apply to this transaction (along with the Billing and Payment terms and conditions established by Copyright Clearance Center, Inc. ("CCC"), at the time that you opened your Rightslink account and that are available at any time at http://myaccount.copyright.com).

## GENERAL TERMS

2. Elsevier hereby grants you permission to reproduce the aforementioned material subject to the terms and conditions indicated.

3. Acknowledgement: If any part of the material to be used (for example, figures) has appeared in our publication with credit or acknowledgement to another source, permission must also be sought from that source. If such permission is not obtained then that material may not be included in your publication/copies. Suitable acknowledgement to the source must be made, either as a footnote or in a reference list at the end of your publication, as follows:

"Reprinted from Publication title, Vol /edition number, Author(s), Title of article / title of chapter, Pages No., Copyright (Year), with permission from Elsevier [OR APPLICABLE SOCIETY COPYRIGHT OWNER]." Also Lancet special credit - "Reprinted from The Lancet, Vol. number, Author(s), Title of article, Pages No., Copyright (Year), with permission from Elsevier."

4. Reproduction of this material is confined to the purpose and/or media for which permission is hereby given.

5. Altering/Modifying Material: Not Permitted. However figures and illustrations may be altered/adapted minimally to serve your work. Any other abbreviations, additions, deletions and/or any other alterations shall be made only with prior written authorization of Elsevier Ltd. (Please contact Elsevier at permissions@elsevier.com). No modifications can be made to any Lancet figures/tables and they must be reproduced in full.

6. If the permission fee for the requested use of our material is waived in this instance, please be advised that your future requests for Elsevier materials may attract a fee.

7. Reservation of Rights: Publisher reserves all rights not specifically granted in the combination of (i) the license details provided by you and accepted in the course of this licensing transaction, (ii) these terms and conditions and (iii) CCC's Billing and Payment terms and conditions.

8. License Contingent Upon Payment: While you may exercise the rights licensed immediately upon issuance of the license at the end of the licensing process for the transaction, provided that you have disclosed complete and accurate details of your proposed use, no license is finally effective unless and until full payment is received from you (either by publisher or by CCC) as provided in CCC's Billing and Payment terms and conditions. If full payment is not received on a timely basis, then any license preliminarily granted shall be deemed automatically revoked and shall be void as if never granted. Further, in the event that you breach any of these terms and conditions or any of CCC's Billing and Payment terms and conditions, the license is automatically revoked and shall be void as if never granted. Use of materials as described in a revoked license, as well as any use of the materials beyond the scope of an unrevoked license, may constitute copyright infringement and publisher reserves the right to take any and all action to protect its copyright in the materials.

9. Warranties: Publisher makes no representations or warranties with respect to the licensed material.

10. Indemnity: You hereby indemnify and agree to hold harmless publisher and CCC, and their respective officers, directors, employees and agents, from and against any and all claims arising out of your use of the licensed material other than as specifically authorized pursuant to this license.

11. No Transfer of License: This license is personal to you and may not be sublicensed, assigned, or transferred by you to any other person without publisher's written permission.

12. No Amendment Except in Writing: This license may not be amended except in a writing signed by both parties (or, in the case of publisher, by CCC on publisher's behalf).

13. Objection to Contrary Terms: Publisher hereby objects to any terms contained in any purchase order, acknowledgment, check endorsement or other writing prepared by you, which terms are inconsistent with these terms and conditions or CCC's Billing and Payment terms and conditions. These terms and conditions, together with CCC's Billing and Payment terms and conditions (which are incorporated herein), comprise the entire agreement between you and publisher (and CCC) concerning this licensing transaction. In the event of any conflict between your obligations established by these terms and conditions and those established by CCC's Billing and Payment terms and conditions, these terms and conditions shall control.

14. Revocation: Elsevier or Copyright Clearance Center may deny the permissions described in this License at their sole discretion, for any reason or no reason, with a full refund payable to you. Notice of such denial will be made using the contact information provided by you. Failure to receive such notice will not alter or invalidate the denial. In no event will Elsevier or Copyright Clearance Center be responsible or liable for any costs, expenses or damage incurred by you as a result of a denial of your permission request, other than a refund of the amount(s) paid by you to Elsevier and/or Copyright Clearance Center for denied permissions.

## LIMITED LICENSE

The following terms and conditions apply only to specific license types:

15. **Translation**: This permission is granted for non-exclusive world <u>**English**</u> rights only unless your license was granted for translation rights. If you licensed translation rights you may only translate this content into the languages you requested. A professional translator must perform all translations and reproduce the content word for word preserving the integrity of the article.

16. **Posting licensed content on any Website**: The following terms and conditions apply as follows: Licensing material from an Elsevier journal: All content posted to the web site must maintain the copyright information line on the bottom of each image; A hyper-text must be included to the Homepage of the journal from which you are licensing at http://www.sciencedirect.com/science/journal/xxxxx or the Elsevier homepage for books at http://www.elsevier.com; Central Storage: This license does not include permission for a scanned version of the material to be stored in a central repository such as that provided by Heron/XanEdu.

Licensing material from an Elsevier book: A hyper-text link must be included to the Elsevier homepage at http://www.elsevier.com . All content posted to the web site must maintain the copyright information line on the bottom of each image.

**Posting licensed content on Electronic reserve**: In addition to the above the following clauses are applicable: The web site must be password-protected and made available only to bona fide students registered on a relevant course. This permission is granted for 1 year only. You may obtain a new license for future website posting.

17. **For journal authors:** the following clauses are applicable in addition to the above:

**Preprints:**

A preprint is an author's own write-up of research results and analysis, it has not been peer-reviewed, nor has it had any other value added to it by a publisher (such as formatting, copyright, technical enhancement etc.).

Authors can share their preprints anywhere at any time. Preprints should not be added to or enhanced in any way in order to appear more like, or to substitute for, the final versions of articles however authors can update their preprints on arXiv or RePEc with their Accepted Author Manuscript (see below).

If accepted for publication, we encourage authors to link from the preprint to their formal publication via its DOI. Millions of researchers have access to the formal publications on ScienceDirect, and so links will help users to find, access, cite and use the best available version. Please note that Cell Press, The Lancet and some society-owned have different preprint policies. Information on these policies is available on the journal homepage.

**Accepted Author Manuscripts:** An accepted author manuscript is the manuscript of an article that has been accepted for publication and which typically includes author-incorporated changes suggested during submission, peer review and editor-author communications.

Authors can share their accepted author manuscript:

- immediately
  - via their non-commercial person homepage or blog
  - by updating a preprint in arXiv or RePEc with the accepted manuscript
  - via their research institute or institutional repository for internal institutional uses or as part of an invitation-only research collaboration work-group
  - directly by providing copies to their students or to research collaborators for their personal use
  - for private scholarly sharing as part of an invitation-only work group on commercial sites with which Elsevier has an agreement
- After the embargo period
  - via non-commercial hosting platforms such as their institutional repository
  - via commercial sites with which Elsevier has an agreement

In all cases accepted manuscripts should:

- link to the formal publication via its DOI
- bear a CC-BY-NC-ND license - this is easy to do
- if aggregated with other manuscripts, for example in a repository or other site, be shared in alignment with our hosting policy not be added to or enhanced in any way to appear more like, or to substitute for, the published journal article.

**Published journal article (JPA):** A published journal article (PJA) is the definitive final record of published research that appears or will appear in the journal and embodies all

value-adding publishing activities including peer review co-ordination, copy-editing, formatting, (if relevant) pagination and online enrichment.

Policies for sharing publishing journal articles differ for subscription and gold open access articles:

**Subscription Articles:** If you are an author, please share a link to your article rather than the full-text. Millions of researchers have access to the formal publications on ScienceDirect, and so links will help your users to find, access, cite, and use the best available version.

Theses and dissertations which contain embedded PJAs as part of the formal submission can be posted publicly by the awarding institution with DOI links back to the formal publications on ScienceDirect.

If you are affiliated with a library that subscribes to ScienceDirect you have additional private sharing rights for others' research accessed under that agreement. This includes use for classroom teaching and internal training at the institution (including use in course packs and courseware programs), and inclusion of the article for grant funding purposes.

**Gold Open Access Articles:** May be shared according to the author-selected end-user license and should contain a CrossMark logo, the end user license, and a DOI link to the formal publication on ScienceDirect.

Please refer to Elsevier's posting policy for further information.

18. **For book authors** the following clauses are applicable in addition to the above: Authors are permitted to place a brief summary of their work online only. You are not allowed to download and post the published electronic version of your chapter, nor may you scan the printed edition to create an electronic version. **Posting to a repository:** Authors are permitted to post a summary of their chapter only in their institution's repository.

19. **Thesis/Dissertation**: If your license is for use in a thesis/dissertation your thesis may be submitted to your institution in either print or electronic form. Should your thesis be published commercially, please reapply for permission. These requirements include permission for the Library and Archives of Canada to supply single copies, on demand, of the complete thesis and include permission for Proquest/UMI to supply single copies, on demand, of the complete thesis. Should your thesis be published commercially, please reapply for permission. Theses and dissertations which contain embedded PJAs as part of the formal submission can be posted publicly by the awarding institution with DOI links back to the formal publications on ScienceDirect.


**Elsevier Open Access Terms and Conditions**

You can publish open access with Elsevier in hundreds of open access journals or in nearly 2000 established subscription journals that support open access publishing. Permitted third party re-use of these open access articles is defined by the author's choice of Creative Commons user license. See our open access license policy for more information.

**Terms & Conditions applicable to all Open Access articles published with Elsevier:**

Any reuse of the article must not represent the author as endorsing the adaptation of the article nor should the article be modified in such a way as to damage the author's honour or reputation. If any changes have been made, such changes must be clearly indicated.

The author(s) must be appropriately credited and we ask that you include the end user license and a DOI link to the formal publication on ScienceDirect.

If any part of the material to be used (for example, figures) has appeared in our publication with credit or acknowledgement to another source it is the responsibility of the user to ensure their reuse complies with the terms and conditions determined by the rights holder.

**Additional Terms & Conditions applicable to each Creative Commons user license:**

**CC BY:** The CC-BY license allows users to copy, to create extracts, abstracts and new works from the Article, to alter and revise the Article and to make commercial use of the Article (including reuse and/or resale of the Article by commercial entities), provided the user gives appropriate credit (with a link to the formal publication through the relevant DOI), provides a link to the license, indicates if changes were made and the licensor is not represented as endorsing the use made of the work. The full details of the license are available at http://creativecommons.org/licenses/by/4.0.

**CC BY NC SA:** The CC BY-NC-SA license allows users to copy, to create extracts, abstracts and new works from the Article, to alter and revise the Article, provided this is not done for commercial purposes, and that the user gives appropriate credit (with a link to the formal publication through the relevant DOI), provides a link to the license, indicates if changes were made and the licensor is not represented as endorsing the use made of the work. Further, any new works must be made available on the same conditions. The full details of the license are available at http://creativecommons.org/licenses/by-nc-sa/4.0.

**CC BY NC ND:** The CC BY-NC-ND license allows users to copy and distribute the Article, provided this is not done for commercial purposes and further does not permit distribution of the Article if it is changed or edited in any way, and provided the user gives appropriate credit (with a link to the formal publication through the relevant DOI), provides a link to the license, and that the licensor is not represented as endorsing the use made of the work. The full details of the license are available at http://creativecommons.org/licenses/by-nc-nd/4.0. Any commercial reuse of Open Access articles published with a CC BY NC SA or CC BY NC ND license requires permission from Elsevier and will be subject to a fee.

Commercial reuse includes:

- Associating advertising with the full text of the Article
- Charging fees for document delivery or access
- Article aggregation
- Systematic distribution via e-mail lists or share buttons

Posting or linking by commercial companies for use by customers of those companies.

20. **Other Conditions**:

v1.9

**Questions? customercare@copyright.com or +1-855-239-3415 (toll free in the US) or +1-978-646-2777.**

Rightslink® Printable License

ELSEVIER LICENSE
TERMS AND CONDITIONS


Apr 29, 2020

This Agreement between Erfan Irandoost ("You") and Elsevier ("Elsevier") consists of your license details and the terms and conditions provided by Elsevier and Copyright Clearance Center.


| | |
|---|---|
| License Number | 4818500459096 |
| License date | Apr 29, 2020 |
| Licensed Content Publisher | Elsevier |
| Licensed Content Publication | Waste Management |
| Licensed Content Title | Application of portable gas detector in point and scanning method to estimate spatial distribution of methane emission in landfill |
| Licensed Content Author | Asiyanthi Tabran Lando,Hirofumi Nakayama,Takayuki Shimaoka |
| Licensed Content Date | Jan 1, 2017 |
| Licensed Content Volume | 59 |
| Licensed Content Issue | n/a |
| Licensed Content Pages | 12 |
| Start Page | 255 |
| End Page | 266 |

Rightslink® Printable License

| | |
|---|---|
| Type of Use | reuse in a thesis/dissertation |
| Portion | figures/tables/illustrations |
| Number of figures/tables/illustrations | 2 |
| Format | electronic |
| Are you the author of this Elsevier article? | No |
| Will you be translating? | No |
| Title | An Investigation on Methane Flux in Landfills and Correlation with Surface Methane Concentration |
| Institution name | University of Calgary |
| Expected presentation date | Apr 2020 |
| Portions | Figure 11, Figure 15 |
| Requestor Location | Erfan Irandoost 101- 3912 Stanley Rd SW

Calgary, AB T2S2P3 Canada Attn: Erfan Irandoost |
| Publisher Tax ID | GB 494 6272 12 |
| Total | 0.00 CAD |

Terms and Conditions

**INTRODUCTION**

Rightslink® Printable License

1. The publisher for this copyrighted material is Elsevier. By clicking "accept" in connection with completing this licensing transaction, you agree that the following terms and conditions apply to this transaction (along with the Billing and Payment terms and conditions established by Copyright Clearance Center, Inc. ("CCC"), at the time that you opened your Rightslink account and that are available at any time at http://myaccount.copyright.com).

## GENERAL TERMS

2. Elsevier hereby grants you permission to reproduce the aforementioned material subject to the terms and conditions indicated.

3. Acknowledgement: If any part of the material to be used (for example, figures) has appeared in our publication with credit or acknowledgement to another source, permission must also be sought from that source. If such permission is not obtained then that material may not be included in your publication/copies. Suitable acknowledgement to the source must be made, either as a footnote or in a reference list at the end of your publication, as follows:

"Reprinted from Publication title, Vol /edition number, Author(s), Title of article / title of chapter, Pages No., Copyright (Year), with permission from Elsevier [OR APPLICABLE SOCIETY COPYRIGHT OWNER]." Also Lancet special credit - "Reprinted from The Lancet, Vol. number, Author(s), Title of article, Pages No., Copyright (Year), with permission from Elsevier."

4. Reproduction of this material is confined to the purpose and/or media for which permission is hereby given.

5. Altering/Modifying Material: Not Permitted. However figures and illustrations may be altered/adapted minimally to serve your work. Any other abbreviations, additions, deletions and/or any other alterations shall be made only with prior written authorization of Elsevier Ltd. (Please contact Elsevier at permissions@elsevier.com). No modifications can be made to any Lancet figures/tables and they must be reproduced in full.

6. If the permission fee for the requested use of our material is waived in this instance, please be advised that your future requests for Elsevier materials may attract a fee.

7. Reservation of Rights: Publisher reserves all rights not specifically granted in the combination of (i) the license details provided by you and accepted in the course of this licensing transaction, (ii) these terms and conditions and (iii) CCC's Billing and Payment terms and conditions.

8. License Contingent Upon Payment: While you may exercise the rights licensed immediately upon issuance of the license at the end of the licensing process for the transaction, provided that you have disclosed complete and accurate details of your proposed use, no license is finally effective unless and until full payment is received from you (either by publisher or by CCC) as provided in CCC's Billing and Payment terms and conditions. If full payment is not received on a timely basis, then any license preliminarily granted shall be deemed automatically revoked and shall be void as if never granted. Further, in the event that you breach any of these terms and conditions or any of CCC's Billing and Payment terms and conditions, the license is automatically revoked and shall be void as if never granted. Use of materials as described in a revoked license, as well as any use of the materials beyond the scope of an unrevoked license, may constitute copyright infringement and publisher reserves the right to take any and all action to protect its copyright in the materials.

9. Warranties: Publisher makes no representations or warranties with respect to the licensed material.

10. Indemnity: You hereby indemnify and agree to hold harmless publisher and CCC, and their respective officers, directors, employees and agents, from and against any and all claims arising out of your use of the licensed material other than as specifically authorized pursuant to this license.

11. No Transfer of License: This license is personal to you and may not be sublicensed, assigned, or transferred by you to any other person without publisher's written permission.

12. No Amendment Except in Writing: This license may not be amended except in a writing signed by both parties (or, in the case of publisher, by CCC on publisher's behalf).

13. Objection to Contrary Terms: Publisher hereby objects to any terms contained in any purchase order, acknowledgment, check endorsement or other writing prepared by you, which terms are inconsistent with these terms and conditions or CCC's Billing and Payment terms and conditions. These terms and conditions, together with CCC's Billing and Payment terms and conditions (which are incorporated herein), comprise the entire agreement between you and publisher (and CCC) concerning this licensing transaction. In the event of any conflict between your obligations established by these terms and conditions and those established by CCC's Billing and Payment terms and conditions, these terms and conditions shall control.

14. Revocation: Elsevier or Copyright Clearance Center may deny the permissions described in this License at their sole discretion, for any reason or no reason, with a full refund payable to you. Notice of such denial will be made using the contact information provided by you. Failure to receive such notice will not alter or invalidate the denial. In no event will Elsevier or Copyright Clearance Center be responsible or liable for any costs, expenses or damage incurred by you as a result of a denial of your permission request, other than a refund of the amount(s) paid by you to Elsevier and/or Copyright Clearance Center for denied permissions.

### LIMITED LICENSE

The following terms and conditions apply only to specific license types:

15. **Translation**: This permission is granted for non-exclusive world __English__ rights only unless your license was granted for translation rights. If you licensed translation rights you may only translate this content into the languages you requested. A professional translator must perform all translations and reproduce the content word for word preserving the integrity of the article.

16. **Posting licensed content on any Website**: The following terms and conditions apply as follows: Licensing material from an Elsevier journal: All content posted to the web site must maintain the copyright information line on the bottom of each image; A hyper-text must be included to the Homepage of the journal from which you are licensing at http://www.sciencedirect.com/science/journal/xxxxx or the Elsevier homepage for books at http://www.elsevier.com; Central Storage: This license does not include permission for a scanned version of the material to be stored in a central repository such as that provided by Heron/XanEdu.

Licensing material from an Elsevier book: A hyper-text link must be included to the Elsevier homepage at http://www.elsevier.com . All content posted to the web site must maintain the copyright information line on the bottom of each image.

**Posting licensed content on Electronic reserve**: In addition to the above the following clauses are applicable: The web site must be password-protected and made available only to bona fide students registered on a relevant course. This permission is granted for 1 year only. You may obtain a new license for future website posting.

17. **For journal authors:** the following clauses are applicable in addition to the above:

**Preprints:**

A preprint is an author's own write-up of research results and analysis, it has not been peer-reviewed, nor has it had any other value added to it by a publisher (such as formatting, copyright, technical enhancement etc.).

Authors can share their preprints anywhere at any time. Preprints should not be added to or enhanced in any way in order to appear more like, or to substitute for, the final versions of articles however authors can update their preprints on arXiv or RePEc with their Accepted Author Manuscript (see below).

If accepted for publication, we encourage authors to link from the preprint to their formal publication via its DOI. Millions of researchers have access to the formal publications on ScienceDirect, and so links will help users to find, access, cite and use the best available version. Please note that Cell Press, The Lancet and some society-owned have different preprint policies. Information on these policies is available on the journal homepage.

**Accepted Author Manuscripts:** An accepted author manuscript is the manuscript of an article that has been accepted for publication and which typically includes author-incorporated changes suggested during submission, peer review and editor-author communications.

Authors can share their accepted author manuscript:

- immediately
  - via their non-commercial person homepage or blog
  - by updating a preprint in arXiv or RePEc with the accepted manuscript
  - via their research institute or institutional repository for internal institutional uses or as part of an invitation-only research collaboration work-group
  - directly by providing copies to their students or to research collaborators for their personal use
  - for private scholarly sharing as part of an invitation-only work group on commercial sites with which Elsevier has an agreement
- After the embargo period
  - via non-commercial hosting platforms such as their institutional repository
  - via commercial sites with which Elsevier has an agreement

In all cases accepted manuscripts should:

- link to the formal publication via its DOI
- bear a CC-BY-NC-ND license - this is easy to do
- if aggregated with other manuscripts, for example in a repository or other site, be shared in alignment with our hosting policy not be added to or enhanced in any way to appear more like, or to substitute for, the published journal article.

**Published journal article (JPA):** A published journal article (PJA) is the definitive final record of published research that appears or will appear in the journal and embodies all

value-adding publishing activities including peer review co-ordination, copy-editing, formatting, (if relevant) pagination and online enrichment.

Policies for sharing publishing journal articles differ for subscription and gold open access articles:

**Subscription Articles:** If you are an author, please share a link to your article rather than the full-text. Millions of researchers have access to the formal publications on ScienceDirect, and so links will help your users to find, access, cite, and use the best available version.

Theses and dissertations which contain embedded PJAs as part of the formal submission can be posted publicly by the awarding institution with DOI links back to the formal publications on ScienceDirect.

If you are affiliated with a library that subscribes to ScienceDirect you have additional private sharing rights for others' research accessed under that agreement. This includes use for classroom teaching and internal training at the institution (including use in course packs and courseware programs), and inclusion of the article for grant funding purposes.

**Gold Open Access Articles:** May be shared according to the author-selected end-user license and should contain a CrossMark logo, the end user license, and a DOI link to the formal publication on ScienceDirect.

Please refer to Elsevier's posting policy for further information.

18. **For book authors** the following clauses are applicable in addition to the above: Authors are permitted to place a brief summary of their work online only. You are not allowed to download and post the published electronic version of your chapter, nor may you scan the printed edition to create an electronic version. **Posting to a repository:** Authors are permitted to post a summary of their chapter only in their institution's repository.

19. **Thesis/Dissertation**: If your license is for use in a thesis/dissertation your thesis may be submitted to your institution in either print or electronic form. Should your thesis be published commercially, please reapply for permission. These requirements include permission for the Library and Archives of Canada to supply single copies, on demand, of the complete thesis and include permission for Proquest/UMI to supply single copies, on demand, of the complete thesis. Should your thesis be published commercially, please reapply for permission. Theses and dissertations which contain embedded PJAs as part of the formal submission can be posted publicly by the awarding institution with DOI links back to the formal publications on ScienceDirect.


**Elsevier Open Access Terms and Conditions**

You can publish open access with Elsevier in hundreds of open access journals or in nearly 2000 established subscription journals that support open access publishing. Permitted third party re-use of these open access articles is defined by the author's choice of Creative Commons user license. See our open access license policy for more information.

**Terms & Conditions applicable to all Open Access articles published with Elsevier:**

Any reuse of the article must not represent the author as endorsing the adaptation of the article nor should the article be modified in such a way as to damage the author's honour or reputation. If any changes have been made, such changes must be clearly indicated.

The author(s) must be appropriately credited and we ask that you include the end user license and a DOI link to the formal publication on ScienceDirect.

If any part of the material to be used (for example, figures) has appeared in our publication with credit or acknowledgement to another source it is the responsibility of the user to ensure their reuse complies with the terms and conditions determined by the rights holder.

**Additional Terms & Conditions applicable to each Creative Commons user license:**

**CC BY:** The CC-BY license allows users to copy, to create extracts, abstracts and new works from the Article, to alter and revise the Article and to make commercial use of the Article (including reuse and/or resale of the Article by commercial entities), provided the user gives appropriate credit (with a link to the formal publication through the relevant DOI), provides a link to the license, indicates if changes were made and the licensor is not represented as endorsing the use made of the work. The full details of the license are available at http://creativecommons.org/licenses/by/4.0.

**CC BY NC SA:** The CC BY-NC-SA license allows users to copy, to create extracts, abstracts and new works from the Article, to alter and revise the Article, provided this is not done for commercial purposes, and that the user gives appropriate credit (with a link to the formal publication through the relevant DOI), provides a link to the license, indicates if changes were made and the licensor is not represented as endorsing the use made of the work. Further, any new works must be made available on the same conditions. The full details of the license are available at http://creativecommons.org/licenses/by-nc-sa/4.0.

**CC BY NC ND:** The CC BY-NC-ND license allows users to copy and distribute the Article, provided this is not done for commercial purposes and further does not permit distribution of the Article if it is changed or edited in any way, and provided the user gives appropriate credit (with a link to the formal publication through the relevant DOI), provides a link to the license, and that the licensor is not represented as endorsing the use made of the work. The full details of the license are available at http://creativecommons.org/licenses/by-nc-nd/4.0. Any commercial reuse of Open Access articles published with a CC BY NC SA or CC BY NC ND license requires permission from Elsevier and will be subject to a fee.

Commercial reuse includes:

- Associating advertising with the full text of the Article
- Charging fees for document delivery or access
- Article aggregation
- Systematic distribution via e-mail lists or share buttons

Posting or linking by commercial companies for use by customers of those companies.

20. **Other Conditions**:

v1.9

**Questions? customercare@copyright.com or +1-855-239-3415 (toll free in the US) or +1-978-646-2777.**

Rightslink Printable License