**EXPERT REPORT**
**TAREK ABICHOU, PHD. P.E.**

**MEASURMENT-BASED ESTIMATES OF H2S SURFACE EMISSIONS**
**AT**
**THE JEFFERSON PARISH LANDFILL**

Exhibit 213

Tarek Abichou Expert Report

# TABLE OF CONTENTS

TABLE OF CONTENTS ............................................................................................................. ii

LIST OF TABLES ..................................................................................................................... iii

LIST OF FIGURES ................................................................................................................... iv

1   EXECUTIVE SUMMARY OF KEY FINDINGS ............................................................. v

2   INTRODUCTION ............................................................................................................... 1

   2.1   Summary of Expertise ................................................................................................. 1

   2.2   Summary of Methodology Used in Estimating $H_2S$ Emissions Rates at JPL ................. 2

3   $H_2S$ SURFACE EMISSIONS ESTIMATION BASED ON CHAMBER DATA ................. 4

   3.1   Comments on Open Chamber with Vertical Velocity Measurement Method ................ 5

   3.2   Review of the SCS Reported Vertical Flow Dataset: ................................................... 6

   3.3   $H_2S$ Surface Emissions Flux: (Determining emission flux from vertical velocity data: Chamber Data) ............................................................................................................... 7

   3.4   Analysis of Chamber Data (Extending the use of the chamber-based data) ................. 9

4   $H_2S$ SURFACE EMISSIONS ESTIMATION BASED ON AMBIENT AIR $H_2S$ CONCENTRATION MEASUREMENTS (USING DEVELOPED CORRELATION) ............. 11

   4.1   November 2019 Campaigns ........................................................................................ 11

   4.2   March 2019 Campaign ............................................................................................... 14

   4.3   May 2018 Campaign .................................................................................................. 16

5   TIME SERIES OF MEASUREMENT-BASED $H_2S$ EMISSIONS ESTIMATES FROM PHASE IVA ............................................................................................................................ 19

6   COMMENTS ON $H_2S$ EMISSIONS ESTIMATES FROM PHASE IV IN PLAINTIFF EXPERTS REPORTS (SOLER REPORT AND PIETARI REPORT): ...................................... 23

   6.1   Overestimation of $H_2S$ Generation: ........................................................................... 24

   6.2   Underestimation of landfill gas collection efficiencies in Phase IVA: ......................... 27

   6.3   $H_2S$ Reactions with Soil Covers ................................................................................ 29

7   COMMENTS ON LANDGEM ........................................................................................ 33

8   REVIEW OF AMBIENT AIR SAMPLING SITE AT WAGGAMAN PLAYGROUND .. 35

9   REFERENCES .................................................................................................................. 36

10   REFERENCED REPORTS ............................................................................................. 38

## LIST OF TABLES

Table 1. Summary of Surface Emission Flux Estimation Worksheet Phase IVA…………………..9

Table 2. Summary of Surface Emission Flux Estimation Worksheet Phase I, II, III A, B ..……… 9

Table 3. Measured H2S Ambient Concentrations and Surface Emission Estimates for November 2019, Phase IVA, Exponent Data……………………………………………………………..12

Table 4. Measured H2S Ambient Concentrations and Surface Emission Estimates for November 2019, Phase IVA, Ramboll Report……………………………………………………………13

Table 5. Measured H2S Ambient Concentrations and Surface Emission Estimates for March 2019, Phase IVA………………………………………………………………………………15

Table 6. Surface Emission Estimates for May 2018……………………………………………..16

Table 7. Summary Statistics of H2S Emission Estimates for Phase IVA ………………………18

Table 8. Likely and Upper Limit of H2S Emissions (based on measurements) form Phase IVA in Mg per month plotted with the plaintiff expert estimate…………………………………...21

Table 9. US EPA recommendations for Collection Efficiencies for MSW landfills (40 CFR 98, Subpart HH, Table HH-3) ………………………………………………………………27

## LIST OF FIGURES

Figure A. Estimated H2S Emission Fluxes from All Five H2S Monitoring Events Along With Those Reported By The Soler Report

Figure B. Summary of Measurement-Based Surface Emission Fluxes and Soler Report Estimates (Normal Scale).

Figure C. Summary of Measurement-Based Surface Emission Fluxes and Soler Report Estimates (Log Scale)

Figure D. Likely and Upper Limit of H2S Emissions (based on measurements) form Phase IVA in Mg per month plotted with the plaintiff expert estimate.

Figure 1. Above ground H2S concentration measurement grid. (Note: This image was adapted from Figure 1 in Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill - Data Report) ……………………………………………………………………………………5

Figure 2. Copies of Field Logs for Chamber J-IVA-D2 and J-IVA-D2-2…………………………7

Figure 3. Correlation between H2S Emission Flux and Ambient H2S Concentrations…………10

Figure 4. Surface Air Ambient H2S Concentrations November 2019 Phase IVA (Exponent)….11

Figure 5. Location of H2S ambient air concentration during surface scanning campaign in March 2019. (Source: Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill - Data Report SCS 24218246.01 I May 31, 2019)……………………………………………...14

Figure 6. H2S concentrations measured by CEC in LFG collection system (red) in air above cover (blue)……………………………………………………………………………………17

Figure 7. Summary of Individual Surface Emission Flux Estimates and Soler's Estimates…19

Figure 8. Likely and Upper Limit of H2S Emissions (based on measurements) form Phase IVA in Mg per month plotted with the plaintiff expert estimate……………………………………...20

Figure 9. Monthly H2S Generation in Phase IVA using k LandGEM of 0.11 and 0.05 yr-1….25

Figure 10. Overestimation of H2S Monthly Generation in Phase IVA using k LandGEM of 0.11 and 0.05 yr-1 (Ratio of $H_2S$ Monthly Generation k = 0.11 and 0.05) …………..……………..26

Figure 11. H2S emissions from Phase IVA (k 0.11, 0.05) and CE (0-16%, 0-65%)…………..28

Figure 12. H2S emissions Overestimation from Phase IVA (k 0.11, 0.05) and CE (0-16%, 0-65%)…………………………………………………………………………………...28

Figure 13. Histogram of H2S/CH4 data from the Waggman monitoring station………………..34

## 1   EXECUTIVE SUMMARY OF KEY FINDINGS

The main task, I was assigned, is to provide reasonable estimates of Hydrogen Sulfide ($H_2S$) fugitive emissions from the Jefferson Parish Landfill (JPL) based on data provided in several documents made available to me. In this report I provide estimates of $H_2S$ emissions-based results from measurements campaigns performed by others at the site. One set of data consists of chambers measurements (vertical velocity and chamber concentration). I used this data to calculate **directly-measured $H_2S$ emissions flux (mass/area/time).** The rest are data sets consisted of measured above-ground ambient air $H_2S$ concentrations (in ppm) obtained during monitoring events at the JPL. I used these measured $H_2S$ concentrations in the ambient air above the landfill surface to develop **indirect measurement-based $H_2S$ emissions fluxes (mass/area/time).**

My measurement-based $H_2S$ emission estimates are orders of magnitude lower than those reported by the Plaintiff experts (Soler Report and Pietari Report). The Plaintiff experts used a modeling approach to develop their estimates.

### Directly and Indirectly Measured $H_2S$ Emissions Estimates:

I first used the set of "chamber tests" that were performed from June 11th to the 13th, 2019 at different areas of the landfill (The report entitled "Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill — Supplemental Data Report 24218246.07 l July 10, 2019). These measurements were performed in locations where relatively higher ambient air $H_2S$ concentrations were observed, such as the interim cover area of Phase IVA. That means that the chambers were placed in areas where higher $H_2S$ emissions were expected based on the higher ambient $H_2S$ concentrations. Therefore, the chamber-measured $H_2S$ emissions can be considered as an overestimate of overall surface emissions because they are representative of the areas that were deemed to have high emissions. The chamber-based data were reviewed, conservatively interpreted to obtain reasonable and conservative (on the high side) **$H_2S$ surface emissions fluxes estimates** from each chamber test performed during the two-day field measurement campaign. Once the individual flux chamber emissions were determined, an overall surface emission flux (**in Mg $H_2S$ per $m^2$ per Month**) was determined for Phase IVA based on my experience and based on Abichou et al. (2011). The estimated overall surface emissions flux was then used to estimate the total emissions from Phase IVA (**in Mg/Month**) by multiplying the surface emissions flux by the area. As reported by Abichou et al. (2011) and others, the geometric mean of landfill emissions represents the central tendency of flux chamber measurements because of the lognormal distribution of flux chamber-measurement data. The arithmetic mean is an overestimate of the central tendencies of landfill surface emissions.

The geometric mean of the chamber-based $H_2S$ emissions fluxes was 1.08 E-09 Mg/$m^2$/month in Phase IVA. The arithmetic mean of the chamber-based $H_2S$ emissions fluxes in Phase IVA was 1.31 E-07 Mg/$m^2$/month. Note that the median of the chamber-based $H_2S$ emissions fluxes is 6.71 E-10 Mg/$m^2$/month. Since the geometric mean of the chamber-based measurements in the rest of the phases of JPL was 3 orders of magnitude lower (7.62 E-12 Mg/$m^2$/month) than in Phase IVA, my report focused on surface emissions from Phase IVA.

The maximum measured chamber-based $H_2S$ flux (associated with one location J-4A-D2 of a fissure or a crack in the soil cover) was 1.38 E-06 Mg/$m^2$/month. Note that the estimated value of

$H_2S$ emissions flux from Phase IVA in the Soler Report (discussed later) was in the range of 5.30 E-05 Mg/m$^2$/month. This means that the value of the chamber-based measured $H_2S$ emissions flux from the "soil crack" area was 38 times lower than the emission flux that the Soler Report assigned to every square meter of the surface of Phase IVA.

To extend the use of the chamber data collected in June 11-13, 2019, a correlation was developed between the measured chamber flux emissions (Mg/m$^2$/Month) and the measured ambient $H_2S$ concentration (ppb) near the chamber location. Hypothetically, above ground ambient concentrations (obtained directly above the surface of the landfill) should be directly correlated to the amount of fugitive emission flux. There have been a handful of studies which have suggested that methane ($CH_4$) flux can potentially be estimated from simple measurements of $CH_4$ concentrations close to the landfill surface. For instance, Irandoost (2020) demonstrated "a significant positive correlation" between surface concentrations and surface flux measurements. Stronger correlations were achieved under low wind conditions than under mild-to-moderate wind conditions.

The same approach was used on the data (chamber fluxes and surface concentrations) collected from June 11th -13th 2019, to correlate surface $H_2S$ emission fluxes (Mg/m$^2$/Month) to above-ground ambient air $H_2S$ concentrations (ppb). That means, I developed a relationship between measured ambient H2S concentration and surface emissions. By doing so, we can obtain an estimate of H2S emission flux for each measured ambient air concentration. The following is the correlation or the relationship. Note that the correlation has an R$^2$ of 0.69:

**Surface Emission Flux (Mg/m$^2$/Month) = 6.0E-12 x (Ambient Concentration, ppb)$^{1.2586}$**

This correlation provides a way of basing our $H_2S$ emissions estimates on measured quantities. The correlation, obtained using the June 2019 data, was then used with the aboveground concentration data collected during other events reported in different monitoring reports (**November 2019**, **March 2019**, and **May 2018**) to estimate an $H_2S$ surface emission flux estimate (in Mg/m$^2$/Month) for each data point with an above ground $H_2S$ concentration during each of the monitoring events, in ppb or ppm. The following is a summary of the geometric mean, the arithmetic mean, and the maximum $H_2S$ surface emissions fluxes for all the datasets with above ground $H_2S$ concentrations, along with those reported in the Soler Report (during the same month). The average geometric mean of our $H_2S$ emission flux estimates, for all the monitoring campaigns, is 2.18 E-09 Mg/m$^2$/Month. The average arithmetic mean of our $H_2S$ emission estimates, for all monitoring campaigns, is 8.47 E-08 Mg/m$^2$/month.

| | Phase IVA H2S Emissions Estimates | | | |
| --- | --- | --- | --- | --- |
| | Geometric Mean | Arithmetic Mean | Maximum | Soler's Estimates |
| | (Mg/m$^2$/month) | (Mg/m$^2$/month) | (Mg/m$^2$/month) | (Mg/m$^2$/month) |
| Ramboll Report Data - Nov 2019 | 1.59E-10 | 1.54E-07 | 4.07E-06 | 4.00E-05 |
| Chamber Based Measurment - June 2019 | 1.08E-09 | 1.31E-07 | 1.38E-06 | 5.30E-05 |
| Correlated from CEC May 2018, Phase IVA (Non Zero Data) | 7.84E-09 | 5.89E-08 | 5.29E-07 | 9.35E-05 |
| Correlated from Exponent Nov.11-13, 2019, Phase IVA (Non Zero Data) | 1.65E-09 | 5.55E-08 | 9.92E-07 | 4.00E-05 |
| Data from Exponent March. 2019, Phase IVA (Non Zero Data) | 1.53E-10 | 2.47E-08 | 9.92E-07 | 4.00E-05 |
| **Average** | **2.18E-09** | **8.47E-08** | **1.59E-06** | **5.33E-05** |

Figure A. Estimated $H_2S$ Emission Fluxes from All Five $H_2S$ Monitoring Events Along With Those Reported By The Soler Report

The following figures (Figure B and Figure C) shows all of the estimated $H_2S$ emission fluxes from all five $H_2S$ monitoring events along with those predicted by Soler. Also shown, are the arithmetic mean and the geometric mean of emission flux estimates during each of these events. All of the RED data points on the figure are individual estimates of $H_2S$ Emissions fluxes for each reported aboveground $H_2S$ concentration. *Note that a logarithmic scale was used on the y-axis of Figure C in order be able better present the data that are orders of magnitude different, as discussed in the next paragraph.*

All $H_2S$ estimates using the chamber data and the above ground ambient $H_2S$ concentrations were significantly lower than those reported in the Soler Report (even the ones associated with soil cracks, etc.). Based on the measurement-based emission flux estimates, the average of the **geometric means** obtained during the five $H_2S$ monitoring events, is more than 24,000 times lower than the $H_2S$ emissions flux provided in the Soler Report. The average of the **arithmetic means** of the measurement-based emission flux estimates, for all the monitoring campaigns, is more than 600 times lower than the one provided in the Soler Report. The average of the **maximum** (from soil cracks) of the measurement-based $H_2S$ emission estimates, for all monitoring campaigns, is more than 30 times lower than the one provided in the Soler Report. There are significant differences between the $H_2S$ emissions estimates from measurements campaigns and those obtained by the modeling efforts performed by the Plaintiff experts. The causes of such significant difference are summarized in the next paragraph and described in details in my report.



Figure B. Summary of Measurement-Based Surface Emission Fluxes and Soler Report Estimates (Normal Scale).



Figure C. Summary of Measurement-Based Surface Emission Fluxes and Soler Report Estimates (Log Scale).

### Estimates of H₂S Monthly Surface Emissions from Phase IVA

Based on the above results and in the absence of any other measurements, I have developed $H_2S$ emission estimates from the surface of Phase IVA for the same period as provided in the Soler Report. The average of the geometric means (2.18E-9 Mg/m$^2$/Month), obtained using the chamber measurements and each of the four ambient $H_2S$ concentration measurement campaigns, **can be considered as a reliable estimate of H₂S emissions per square meter of covered area of Phase IVA of the landfill**. As an upper bound of $H_2S$ emissions from the surface of Phase IVA, I used the average of the arithmetic mean (8.47E-8 Mg/m$^2$/Month), obtained using the chamber measurements and each of the four ambient $H_2S$ concentration measurement campaigns, **as the upper limit for an estimate of surface emissions per square meter of covered area of Phase IVA of JPL**. These two flux emissions values were then multiplied by the area responsible for emissions from Phase IVA, as reported in the Soler Report.

Figure D shows the likely and upper limits of our $H_2S$ emissions estimates (based on measurements) for Phase IVA in Mg per month plotted with the $H_2S$ emissions reported in the Soler Report. These time series estimates were used in air dispersion modeling performed by other consultants. As shown below my estimated $H_2S$ emissions are significantly lower than the emissions reported in the Soler Report.



Figure D. Likely and Upper Limit of H2S Emissions (based on measurements) from Phase IVA
in Mg per month plotted with the plaintiff expert estimate.

## Causes of Over-Estimation of $H_2S$ Emissions from Phase IV by Plaintiff Experts:

In my opinion, the approach and the assumptions used by the Plaintiffs experts (in the Soler Report and the Pietari Report) had led to an overestimation of $H_2S$ emissions from JPL and especially from Phase IVA. Because Plaintiffs' experts used uncommon and unreliable methods to estimate emissions, it is impossible to determine a consistent rate of error in their outcomes. The extent of overestimation is difficult to quantify and to assign to each of the assumptions and the flawed methods and approaches.  The following describes few of the Soler's flaws, I was able to characterize:

- The first overestimation was caused by the use of LandGEM as a means to estimate methane generation and LFG generation (twice the volume of generated methane) from the disposed waste mass. LandGEM relies on assigning a methane generation constant k ($yr^{-1}$) and a methane generation potential of waste Lo ($m^3$ $CH_4$/Mg of waste). Calibration of LandGEM and especially of these two input parameters is crucial to LandGEM output. These two constants are typically calibrated with extensive field data (consisting of historic gas collection data for multiple years from the landfill) to obtain site specific values (representative of the site) of k and Lo. In the absence of such field calibration data, default values of k and Lo are typically used. In the Soler Report, a k value of $0.11 yr^{-1}$ instead of the default value of $0.04$ $yr^{-1}$ or $0.05$ $yr^{-1}$ (for conventional landfill) was selected. The high moisture content of the waste was used to defend the selection of $0.11$ $yr^{-1}$. I disagree with that. In the absence of field-calibrated data, default values of k and Lo are typically used, especially in the absence of site-specific gas collection data.

- The output of LandGEM simulations performed by Soler in Phase IVA, with a k value of $0.11$ $yr^{-1}$, was then used in the $H_2S$ generation model as described in the Pietari Report. This, by itself, has led to an overestimation of $H_2S$ generation reported in the Pietari Report. For instance, when I replicated what was performed in the Pietari Report using a k value

of 0.05, instead of 0.11, I obtained $H_2S$ generation in Phase IVA 1.5 to 3 times lower than the one predicted in the Pietari Report, which uses the output of k of 0.11 $yr^{-1}$. The higher landfill gas volume generated (because of assuming a k of 0.11 $yr^{-1}$) forces the solution of the inverse problem scheme used by Pietari, to generate more $H_2S$ into the landfill gas to satisfy the imposed $H_2S$ concentration constraint (1598 ppm).

- The approach used to determine $H_2S$ generation (by Pietari) relies on a first-order decay model similar to that of methane generation in LandGEM. The lack of the needed assumptions to use such an approach for the spent lime disposed in Phase IVA, and the lack of site-specific data render the predicted rates of $H_2S$ generation in the Pietari report very uncertain. Such an approach was performed for C&D debris generated from a recycling facility being disposed in landfills in the main reference used by Pietari (Shaha et al. 2020). More discussion of the appropriateness of using Shaha et al. (2020) is discussed in my report. *Note: Shaha et al. (2020) used a LandGEM k value of 0.05 $yr^{-1}$ (needed to produce input into the $H_2S$ generation model) for their approach and stated that the conventional decay rate of 0.05 $yr^{-1}$ is "well justified" for their site located in South Florida with a tropical climate (wetter climate than JPL). More details concerning this issue are presented later.*

- The assigned gas collection efficiencies (by Soler) to the different phases of the JPL landfills are significantly lower than industry standards. The **extremely low values** of collection efficiencies assigned by Soler are not defendable, using the standard practice. For instance, the US EPA greenhouse reporting rule for MSW landfills (40 CFR 98, Subpart HH, Table HH-3) assigns default collections efficiencies as a function of landfill cover. In the absence of site-specific data, such defaults should be used. The landfill Phases with a geomembrane should have a collection efficiency of more than 90%. Phase IVA should have been assigned a collection efficiency from 60 to 75% once the gas collection system was installed with an average of 65%. The assigned collection efficiencies used in the Soler Report of 0 to 16% for Phase IVA is too low. The 0 to 16% collection efficiency has resulted in an additional 400% of over estimation of $H_2S$ emissions in Phase IVA.

- The Soler Report assumes that all "not collected $H_2S$" becomes fugitive emissions. The Soler Report also suggests that $H_2S$ concentration in the landfill gas leaving the soil cover to the atmosphere (surface of landfill) is the same as the $H_2S$ concentration of the landfill gas inside the landfill (below the soil cover). This approach does not account for role of soil cover as a gas barrier. This barrier mechanism plays an essential part in reducing landfill emissions. The Soler Report does not consider the soil capacity to attenuate $H_2S$. Landfill covers are essential components for controlling gas emission from a landfill. The mechanisms for $H_2S$ removal or attenuation in landfill cover soils include: Physical sorption, Chemical reaction, and Biological degradation. Several laboratory and field studies reported different levels of $H_2S$ attenuation depending on cover thickness, soil type, and moisture content. Clayey soils in general and soils with high iron and magnesium content are reported to have higher $H_2S$ attenuation capacities.

## Preliminary Analysis of Waggman Air Monitoring Station Data:

Analysis of the ratio of $H_2S$ to methane ($CH_4$) from some of the data collected at the Waggman air monitoring station was performed. The $H_2S$-to-$CH_4$ ratio can be considered as a signature to

identify the source of methane and $H_2S$ measured at the station. The Waggman data indicate that the $H_2S$ and $CH_4$ at the station are not from a single source and therefore Phase IVA of the landfill is not the only source of the $H_2S$ measured at the Waggman station. The $H_2S$-to-$CH_4$ ratio also indicate that the $H_2S$ and $CH_4$, measured at the station, are from different sources with different gas composition and from different sources at different locations from the Waggman station.

## 2   INTRODUCTION

### 2.1   Summary of Expertise

The main scope of my assignment consisted of reviewing existing engineering documents as they relate to fugitive hydrogen sulfide ($H_2S$) emissions from the surface of the Jefferson Parish Landfill (JPL). I am an expert on landfill emissions, as described in the next paragraphs. My background and qualifications as they relate to (1) Solid waste management, (2) Landfill gas, and (3) $H_2S$ landfill emissions, are as follow:

I am a Professor of Civil and Environmental Engineering, at Florida State University. I received my BS, MS, and PhD from the University of Wisconsin in Madison. Some of my research activities include primarily designing, analyzing, and testing different components of landfills and other waste containment structures. My research consists of laboratory testing, field testing, and computer modeling of fundamental processes in different components of landfills such as liner systems, cover systems, leachate and gas collection systems, etc. I served as a full-time consulting engineer for more than 5 years. I still provide expertise consulting services for federal and state agencies along with private consulting firms. I have built a national and international reputation in the solid waste research and consulting communities, and have had a significant national and international impact on the state of practice in the field, specifically in landfill emissions. According to Google Scholar, my publications have been cited more than 3080 times overall and 1241 times since 2016. My H-Index on Google Scholar is 30. The number of citations and the H-Index (impact metrics) are indication of the dissemination and acceptance of my research. My CV is provided in Appendix A.

My expertise in the field of emissions from landfills has focused on research to accurately evaluate the effectiveness of various measures implemented to reduce greenhouse gas emissions from landfills. In order to consider any improvement and any reduction in emissions, one has to first quantify emissions, or fugitive emissions. **Therefore, my experience involves development of methods that can be used to reliably estimate landfill emissions based on actual measurements and not based only on mathematical modeling.** I and a few other scientists have been active during the last several years in research to de-link landfill emissions from simplified numerical models such as LandGEM.

I have performed hundreds of static flux chamber measurements to develop geo-spatial methods to extend point measurements of methane ($CH_4$) emissions from point source emissions to surface area landfill emissions. I was also involved in the use of vertical radial plume mapping to measure methane emissions from more than 20 landfills across the United States where I introduced a methodology to quantify the uncertainties associated with the use of this technique to estimate surface emissions in landfill applications. I also introduced a new approach to characterize area emission contributions from landfills.   Such research involved temporal and spatial characterization of methane emissions from landfills using static flux chambers, optical remote sensing, and tracer techniques. Recently, I developed a method of using landfill surface ambient air methane concentrations measured above (at the surface or by drones) to estimate methane emissions from landfills and to locate possible high emissions areas (leaks or hot spots).

1

I am also familiar with the fact that, in the landfill permitting process, the landfill gas design process, and the regulatory emission inventory process, estimates of landfill gas generation and fugitive methane emissions from landfills are provided by the use of predictive mathematical models (such as LandGEM) to calculate gas production via a mass balance approach  This approach considers (1) anaerobic degradation of waste and gas generation, (2) collected gas by landfill gas collection system, (3) gas lost to reactions with soil covers. The leftover gas in the mass balance approach is then considered as fugitive emissions. In all of these quantities (components of the gas mass balance), only collected gas is typically measured. The rest of the other quantities are obtained using several simplifying assumptions that lead to very large errors and challenges in estimating landfill emissions. These models might be appropriate (with default values) for permitting purposes, for regional or national emission inventories, but they are not suited to predict or estimate emissions at a given period in time.

As far as $H_2S$, I was involved in field studies along with laboratory experiments to characterize $H_2S$ surface emissions from landfills and to assess the attenuation or the reactions of $H_2S$ in landfill cover soils. I was involved in surface ambient air concentrations measurements using hand-held Jerome meters and surface $H_2S$ flux measurements using dynamic chamber techniques.

My laboratory and field studies also focused on investigating the capacity of soils and soil mixes to attenuate $H_2S$ emissions. For instance, some of the research work involved performing columns testing (lab and field conditions) to assess the $H_2S$ adsorption capacity of different soil types subjected to landfill gas over an extended period of time at a significantly high flow rates. I was also involved in a field scale study, where large (10 m by 20 m) test pads were constructed and monitored to assess the capacity of daily covers and interim covers (consisting of mulch and soils) to attenuate $H_2S$ from landfill gas as it moves vertically through the soil profiles.

The main task I was assigned is to provide reasonable estimates of $H_2S$ fugitive emissions from the different phases of the Jefferson Parish Landfill (JPL) based on review and analysis of available data collected by others at the JPL. I was also assigned the task of reviewing several reports associated with landfill gas related issues at the JPL and to review reports submitted by the plaintiffs' experts.  My billing rate is $210 per hour and are independent from Florida State University.

## 2.2   Summary of Methodology Used in Estimating $H_2S$ Emissions Rates at JPL

Unlike hydrogen sulfide ($H_2S$), measurement techniques for fugitive landfill methane ($CH_4$) emissions rates has been widely reported and include: static and dynamic chambers, static and mobile plume measurement methods using tracer gas (Mønster et al., 2015; Mønster et al., 2014; Scheutz et al., 2011), radial plume mapping (RPM) using optical remote sensing (ORS) by means of laser infrared radiation emissions (Goldsmith et al., 2011; Thoma et al., 2010), differential absorption light detection and ranging (LiDAR) (Babilotte et al., 2010) and inverse plume modeling (Mackie and Cooper, 2009; Oonk, 2010).  I have been at the forefront of a considerable amount of research in the field of landfill emissions.  As stated previously, some methods I have researched that have been extensively used over time are:

- Flux chambers, which measure landfill gas migration through **the surface of soil covers**

- Vertical radial plume mapping (VRPM), which measures area sources (**surface of soil covers and above surface features such as leaking wells heads, valves, headers, etc.**),
- Tracer gas correlation, which measures **whole or total landfill emissions (from the entire landfill (soil cover, gas collections and transmissions systems, flare, etc.)**

I first used the set of chamber tests that were performed from June 11th to the 13th, 2019 from different areas of the landfill. The chamber-based data are the only **direct measurements** of surface emission flux. The chamber-based field data were quality controlled and used to obtain reasonable **surface emissions fluxes** estimates from the different phases of the Jefferson Paris Landfill in **Mg $H_2S$ per $m^2$ per Month**. The central tendencies (averaging) of estimated surface fluxes were performed based on the work published in Abichou et al. (2011). To the best of my knowledge, **only chambers techniques** have been used for **direct** measurements of Hydrogen Sulfide ($H_2S$) emissions fluxes from landfill surfaces. Surface emissions are emissions associated with landfill gas escaping through the soil cover. Chambers-based estimates do not account for other types of emissions.

### 3   H2S SURFACE EMISSIONS ESTIMATION BASED ON CHAMBER DATA

Emissions from landfills are typically reported in two ways: either as total emissions from the entire site in mass per time (example: g/hour), or as a surface flux in mass per time per unit area (example: g/m²/s).  In all the reports and data I received from the JPL, **only one set of data consisted of an effort to measure actual surface or ground emissions of H2S**. This data was used to provide estimates of a surface emission $H_2S$ flux (Mg/m²/Month) for the different phases of JPL. This estimate uses the set of chamber tests that were performed from June 11th to the 13th, 2019 to sample $H_2S$ emissions from different areas of the landfill. The chamber-based data are the only **direct** measurements of surface emissions. The chamber-based data were quality controlled and used to obtain reasonable **area emissions fluxes** estimates from the Jefferson Parish Landfill in **Mg H2S per m² per Month**. The estimated surface flux estimation was based on the work published in Abichou et al. (2011).

*NOTE: ALL OF THE ESTIMATED FLUXES ARE ASSOCIATED WITH SURFACE EMISSIONS. THEY DO NOT REFLECT OTHER EMISSIONS FROM OTHER SOURCES*

The report entitled "*Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill — Supplemental Data Report 24218246.07 l July 10, 2019* was used for this task.



The report contained field measurements performed on June 11th through June 13th, 2019 that included "vertical velocity estimations" (among other things such as: odor concentrations, concentrations of other gaseous compounds). I immediately selected and reviewed the "vertical velocity estimation" data because they had the potential to directly provide measured emission rates or fluxes in mass per time or mass per area per time. The report mentions that vertical velocity measurements were made by measuring the relative volumetric flow rate through a chamber with a known surface diameter (12 inches in diameter). This diameter equates to an exposed surface area of approximately 0.072948 m². The flow measurements were made from the top of the chamber through the use of Gillian Gillibrator primary flow standard. SCS utilized the "Low Flow Cell" (1 - 250 cc/min, +1% of reading accuracy). The report also states that the practical detection limit for the Gillibrator is approximately **five cc/min** in non-laboratory settings. Vertical velocity is then determined by the measured flow (vol/time) by the area to obtain a velocity (length/time). The velocity was then combined with $H_2S$ concentrations in the chamber to obtain a mass flux (mass/area/time). The SCS reported data (*Table 1. Results of $H_2S$ Surface Scans and Vertical Velocity Measurements. Supplemental Data Report - Jefferson Parish Landfill. Page 4*) was used to develop estimates of mass flux at the different phases of the landfill.

According to the SCS report, above ground $H_2S$ concentration measurement grid was performed on all phases of the landfill (Figure1).  Discrete samples were collected for comprehensive analytics at the grid locations that showed the **four highest** $H_2S$ surface concentrations (per landfill phase) and **one-off peak response point.**  An isolation flux chamber used as a sampling hood was utilized to collect discrete samples that were analyzed for VOCs, Total Reduced Sulfurs, and Odor Concentration. The report states that "discrete sampling locations were determined based upon the

results of the H₂S surface scans. If H₂S surface scans resulted in low concentrations, as in the case of Phase I, discrete sampling locations were determined arbitrarily. If Surface Scanning resulted in areas of elevated concentrations (ideally from the surface of the landfill, not elevated measurements driven by wind advected H₂S from other areas), discrete samples would be taken at or near these relative locations." This means that any **data collected from these selected sampling locations are from locations expected to have the highest emissions rates. Therefore, the data collected from these locations should be considered as a conservative data set since the locations of the chamber placement were not randomly chosen but placed in areas with expected high emission rates. In other words, the emissions fluxes obtained from this set of data overestimates actual emissions form the entire surface because the chamber measurements were obtained in locations with observed higher ambient concentrations (already measured during the grid measurement campaign).**



Figure 1. Above ground H₂S concentration measurement grid. (Note: This image was adapted from *Figure 1 in Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill - Data Report*)

## 3.1   Comments on Open Chamber with Vertical Velocity Measurement Method

The two direct methods typically used to estimate surface emissions from landfills are the static and dynamic chamber techniques. I and my research team have performed hundreds of static and dynamic chamber tests for methane and hydrogen sulfide emissions. Unlike methane, hydrogen sulfide is reactive and its reactivity is first order; therefore, the static chamber technique is not suitable for measuring surface emissions of H₂S. The dynamic chamber technique is the more suitable for such a reactive gas and is used to measure H₂S surface emissions. The dynamic chamber procedure consists of placing a chamber on the soil cover surface. Nitrogen is then swept through the chamber through an influent port. The sweeping inflow rate of Nitrogen through the chamber is measured using a flow meter. The chamber is swept with nitrogen for about 30 minutes, before starting the measurement of H₂S concentration on the effluent side of the chamber. The

effluent H$_2$S concentration is sampled frequently until it becomes constant. Once the concentration is constant, the amount of H$_2$S coming out of the chamber is considered to be in equilibrium with the flux into the chamber from the soil cover. The vertical velocity measurement method can be referred to as "an open chamber technique". The measured vertical velocity combined with the concentrations in the chamber can be used to estimate surface emission fluxes. In my opinion, this method can lead to an over-estimation of emissions due to the build-up of H$_2$S inside the chamber. However, the data is useful since it is the only direct assessment of the actual surface emission fluxes at different locations of the JPL.

## 3.2    Review of the SCS Reported Vertical Flow Dataset:

Before using the vertical flow data set to calculating H2S emission rates, I review the data provided in *Table 1 (Page 4) of Results of H2S Surface Scans and Vertical Velocity Measurements. Supplemental Data Report - Jefferson Parish Landfill.* In this table, SCS provided the results of tests performed in Phase IVA and a few other tests performed on the other phases of the landfill. The data set includes ambient H$_2$S concentration in the vicinity of each test, one H$_2$S concentration under the hood for each chamber, one flow rate (cc/min) for each chamber, and one vertical velocity associated with the flow rate reported for each chamber. Even though, each test was performed for 30 minutes, only one flow and one "under the hood" H$_2$S concentration were reported in this data set. **It is understood that these are the readings when the flow and the concentration inside the chambers have equilibrated**. Few changes were made to the data set: All these changes lead to higher estimate of surface emission fluxes and therefore they make the emission flux estimates more conservative (higher).

- The first modification of the data provided by SCS consisted of changing all of the flow rates that are reported to be **lower than 5 cc/min to 5 cc/min**. The flow measurements were made from the top of the chamber through the use of Gillian Gillibrator primary flow standard. SCS utilized the "Low Flow Cell" (1 - 250 cc/min, +1% of reading accuracy). The report also states that the practical detection limit for the Gillibrator is approximately **five cc/min** in non-laboratory settings. Doing so is conservative, as it leads to higher estimate of surface emission fluxes.
- The flow rate was changed to 5 cc/min for J-IVA-B3, J-IVA-B4, J-IVA-D3, J-IVA-F2, J-IVA-F3, J-IVA-F4, J-IVA-G3, J-IVA-G4, J-IVA-H3, J-IVA-H4 in Phase 4 and for all but one test performed on the other phases of the landfill.
- Multiple tests were performed at a single location known to have highest ambient H$_2$S concentration on Phase IVA (J-IVA-D2, J-IVA-D2-2, J-IVA-D2-3, J-IVA-D2-A). These four tests were conducted on June 11, 12 and 13. These tests seems to be practically in the same location and therefore were represented by two data point in terms of emissions estimations (J-IVA-D2 and J-IVA-D2-A).
- The field logs of J-IVA-D2, J-IVA-D2-2 were included in the appendix of the report and are shown in Figure 2. For J-IVA-D2 the flow was reported as 7.5 cc/min at 10:05, 0.467 cc/min at 10:25, 0.794 at 10:30. The flow reading for this test was assumed to be 7.5 cc/min, which conservative as it leads to higher estimate.
- Two readings were provided for "under the hood" concentration (44 ppm at 9:51 and 50 ppm at 9:52). Additionally, these two readings are both higher than the maximum H$_2$S ambient air concentration (21 ppm) near J-IVA-D2 and J-IVA-D2-A. This suggests that accumulation of H$_2$S inside the chamber resulted in the reported "under the hood"

6

concentration of 50 ppm. A concentration of 50 ppm (50,000 ppb) was used in calculating the $H_2S$ emissions rate at this location, which is conservative. (Figure 2).

- The ambient $H_2S$ concentration near J-IVA-D2, J-IVA-D2A are 7.4 and 7.3 ppm respectively. The underhood concentrations were 28 and 29 ppm. Both of these are higher than 7.4 and 7.3 ppm (ambient), which can also indicate $H_2S$ buildup in the chamber. We assigned an "under the hood" concentration of 29 ppm for flux estimation at this location, which is also conservative.

- For tests performed in areas outside Phase IVA, no under the hood concentrations were reported, as they were too low. Therefore, the reported ambient concentrations (measured in the same vicinity) were used as underhood concentrations. Reported flow rates lower than 5 cc/min were also increased to 5 cc/min. These two assumptions are conservative and lead to higher emission flux estimates.

*Note: Though different approaches could have been taken for this data collection efforts, THIS SET OF DATA, amongst all of the performed measurements at the JPL, is the ONLY set of data that corresponds to an actual measurement of $H_2S$ emissions and is of great value to the investigation. Therefore, the data were used to obtain estimates of $H_2S$ emission fluxes from the surfaces of the different phases of the landfill.*



Figure 2. Copies of Field Logs for Chamber J-IVA-D2 and J-IVA-D2-2.

## 3.3   $H_2S$ Surface Emissions Flux: (Determining emission flux from vertical velocity data: Chamber Data)

The measured/assumed vertical velocity in length/time (shown in Table 1) was calculated by dividing the flow volume/time by the area of the chamber ($0.072948$ m$^2$). The calculated vertical velocity (length/time) was then multiplied by the underhood concentration of $H_2S$ (expressed in mass/volume) to obtain the surface flux (in mass per time per unit area). Table 1 shows the

calculated surface fluxes for the locations reported by SCS after quality control of the data. The fluxes are expressed in mg of $H_2S$ per square meter of landfill area per second ($mg/m^2/s$), and in Mg of $H_2S$ per square meter of landfill area per Month ($Mg/m^2/Month$). Thirteen (13) estimates of $H_2S$ surface emissions fluxes from Phase IVA were obtained. The $H_2S$ surface emissions fluxes varied from a minimum of 1.26 E-11 to 1.38 E-06 Mg $H_2S$ /$m^2$/Month (5 orders of magnitude of difference). The maximum emission rate, 1.38 E-06 Mg $H_2S$ /$m^2$/Month, was measured in a **location that was chosen because of the presence of soil crack or a fissure**. The chamber was placed right on top of the soil crack. These high point emissions are typical of landfill surfaces. On the other hand, the minimum measured emission rate, 1.26 E-11 Mg $H_2S$ /$m^2$/Month, must have been performed in a location with no cracks or fissures in soil cover. The challenge is to decide on the central tendencies or the overall average of the surface flux data to extend it to emissions from all of Phase IVA.

The spatial variability of $H_2S$ surface emissions fluxes in Phase IVA are consistent with typical methane emission data collected via static chambers from landfill surfaces. For instance, Bogner et al. 1997, reported that methane surface emissions are highly variable in space and can vary over seven orders of magnitude from less than 0.0004 to 4000 $g/m^2/d$. Börjesson et al. (2000), Spokas et al. (2003), Abichou et al. (2006), and Abichou et al. (2011).

In particular, Abichou et al. (2011) describes a study consisting of using static chamber technique to estimate methane surface emissions from eleven landfills in states ranging from as far West as California, North as Wisconsin, South as Florida, and East as Pennsylvania. Since the research was performed over a three-year period, the only two months that no data were collected was January and June, therefore all four seasons are represented in the cumulative data set. More than 400 flux chamber tests were performed during this study.

By utilizing the appropriate statistics, the central tendency (overall averaging) of emissions fluxes data obtained from chambers can be extended to an area or a large surface. The lognormal behavior of the surface emission fluxes did not come as much of a surprise due to the lognormal distribution of the soil properties in the soil landfill cover. Abichou et al. (2011) showed that 89% of their data sets of collected methane surface fluxes had lognormal distributions. They concluded that, when reporting the "average" measurement for flux data collected at the surface of a landfill, the statistical nature of the flux data supports the use of the geometric mean as a measure of central tendencies of the data.

Table 1 and Table 2 show the geometric mean, the arithmetic mean, and the median of surface emissions from the different areas of the landfill. In Phase IVA, the geometric mean of $H_2S$ surface emissions fluxes are 1.08E-09 $MgH_2S/m^2/Month$. The geometric mean of $H_2S$ surface emissions fluxes in Phases IIIB, IIIA, I, II is 7.62E-12 Mg $H_2S$ /$m^2$/Month (More than 140 times lower than in Phase IVA). Therefore, $H_2S$ emissions from only Phase IVA are estimated for the purpose of atmospheric dispersion modeling.

Table 3. Summary of Surface Emission Flux Estimation Worksheet Phase IVA.

| | Odor | | | H2S (ppb) | | | Flow | | | | Surface Emission Flux | Surface Emission Flux | Geomean | Median | Arith Mean |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample ID | D/T | a | b | Reported Ambient | Reported Under Sampling Hood | Reported Flow [l/min] | Reported Vertical Velocity [m/s] | Assumed* | Assumed Flow* [cc/min] | Assumed Vertical Velocity* [m/s] | mg/m²/s | Mg/m²/Month | Mg/m²/Month | Mg/m²/Month | Mg/m²/Month |
| **Phase 4A** | | | | | | | | | | | | | | | |
| J-4a-B3 | 68 | 0.68 | 0.76 | 17 | 32 | 1.324 | 3.02E-07 | 32 | 5 | 1.14E-06 | 5.18E-08 | 1.34E-10 | 1.08E-09 | 6.71E-10 | 1.31E-07 |
| J-4a-B4 | 11 | - | - | 5 | 2 | <1 | <2.28E-07 | 5 | 5 | 1.14E-06 | 8.09E-09 | 2.10E-11 | | | |
| J-4a-B5 | - | - | - | - | 4 | | NA | | | | | | | | |
| J-4a-D2-2 | 54000 | 0.58 | 0.73 | 240 | 50000 | 7.5 | 1.71E-06 | 50000 | 7.5 | 1.71E-06 | 1.21E-04 | 3.15E-07 | | | |
| J-4a-D2-2 | 32424 | 0.66 | 0.89 | 7400 | 29000 | | | | | | | | | | |
| J-4a-D2-3 | | | | 21000 | | | | | | | | | | | |
| J-4a-D2-A | 7368 | | | 550 | 95 | 56.57 | 1.29E-05 | 29000 | 56.57 | 1.14E-06 | 5.31E-04 | 1.38E-06 | | | |
| J-4a-D3 | 354 | 0.56 | 0.72 | 550 | 95 | | <1.14E-06 | 550 | | 1.14E-06 | 8.90E-07 | 2.31E-09 | | | |
| J-4a-D4 | 707 | 0.56 | | 390 | 300 | | NA | | | | | | | | |
| J-4a-D5 | 15 | - | - | 3 | 2 | | NA | | | | | | | | |
| J-4a-F2 | 9 | - | - | 3 | 3 | 0.457 | 1.04E-07 | 3 | 5 | 1.14E-06 | 4.85E-09 | 1.26E-11 | | | |
| J-4a-F3 | 87 | 0.52 | 0.78 | 160 | 59 | | <1.14E-06 | 160 | 5 | 1.14E-06 | 2.59E-07 | 6.71E-10 | | | |
| J-4a-F4 | 177 | 0.57 | 0.79 | 110 | 110 | <1 | <2.28E-07 | 110 | 5 | 1.14E-06 | 1.78E-07 | 4.62E-10 | | | |
| J-4a-F5 | 9 | - | - | 4 | 4 | | NA | | | | | | | | |
| J-4a-G2 | 149 | 0.65 | 0.76 | 61 | 6 | 105.1 | 2.40E-05 | 61 | 105.1 | 2.40E-05 | 2.08E-06 | 5.39E-09 | | | |
| J-4a-G3 | 451 | 0.56 | 0.73 | 490 | 680 | <1 | <2.28E-07 | 680 | 5 | 1.14E-06 | 1.10E-06 | 2.85E-09 | | | |
| J-4a-G4 | 707 | 0.56 | 0.72 | 7 | 13 | <1 | <2.28E-07 | | 5 | 1.14E-06 | 2.10E-08 | 5.45E-11 | | | |
| J-4a-G6 | 10 | - | - | 0 | 0 | | NA | | | | | | | | |
| J-4a-H3 | 21 | 0.59 | 0.78 | 6 | 350 | <1 | <1.14E-06 | 350 | 5 | 1.14E-06 | 5.67E-07 | 1.47E-09 | | | |
| J-4a-H4 | 25 | 0.54 | 0.82 | 50 | 4 | | <1.14E-06 | 50 | 5 | 1.14E-06 | 8.09E-08 | 2.10E-10 | | | |
| J-4a-H6 | 9 | - | - | 0 | 0 | | NA | | | | | | | | |
| J-4a-WF01 | 386 | 0.64 | 0.18 | 250 | 520 | | NA | | | | | | | | |
| J-4a-WF02 | 177 | 0.64 | 0.96 | 110 | 110 | | NA | | | | | | | | |

Assumptions:
1. For All flow rate values less than 5cc/min, I assumed 5 cc/min as the minimum flow rate the flowmeter can accurately measure **UNDER FIELD CONDITIONS**. The flow meter is a bubble flowmeter and calibrations are typically done for use in lab conditions. This leads to HIGHER EMISSION ESTIMATES- Conservative

2. 1 ppm of H2S equal 1.42 mg/m3

3. Flux (mg/m2/s) = Velocity (m/s) x concentration (ppm)*1.42 mg/m3

4. I used the HIGHEST measured concentration of the two (Reported Underhood and Reported Ambient). This also leads to higher fluxes. Conservative

Table 4. Summary of Surface Emission Flux Estimation Worksheet Phase I, II, III A, B.

| | | | | **For all other Phases** | | | | | | | | | Geomean Mg/m2/Month | Median Mg/m2/Month | Arith Mean Mg/m2/Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J206 | NA | NA | NA | 2 | NA | <1 | <2.28E-07 | 2 | 5 | 1.14E-06 | 3.24E-09 | 8.39E-12 | 7.62E-12 | 6.29E-12 | 9.77E-12 |
| W407 | NA | NA | NA | 2 | NA | NA | | | | | | | | | |
| J209 | NA | NA | NA | 3 | NA | <1 | <2.28E-07 | 3 | 5 | 1.14E-06 | 4.86E-09 | 1.26E-11 | | | |
| W378 | NA | NA | NA | 2 | NA | NA | | | | | | | | | |
| J203 | NA | NA | NA | 0 | NA | 0 | | | 5 | 1.14E-06 | | | | | |
| W367 | NA | NA | NA | 2 | NA | NA | | | | | | | | | |
| W341 | NA | NA | NA | 1 | NA | NA | | | | | | | | | |
| J305 | | | | 1 | | <1 | <2.28E-07 | 1 | 5 | 1.14E-06 | 1.62E-09 | 4.20E-12 | | | |
| J102 | | | | 1 | | <1 | <2.28E-07 | 1 | 5 | 1.14E-06 | 1.62E-09 | 4.20E-12 | | | |
| J101 | | | | 2 | | 14.51 | 3.41E-06 | 1 | 14.92 | 3.40E-06 | 9.66E-09 | 2.50E-11 | | | |
| J201 | | | | 0 | | | <2.28E-07 | 0 | 5 | 3.40E-06 | | | | | |
| J204 | | | | 1 | | <1 | <2.28E-07 | 1 | 5 | 1.14E-06 | 1.62E-09 | 4.20E-12 | | | |
| W389 | | | | 520 | | NA | | | | | | | | | |

## 3.4    Analysis of Chamber Data (Extending the use of the chamber-based data)

In my opinion, the H2S fluxes obtained from the flux chambers are the most valuable data in terms of providing an estimate of emissions form the surface of Phase IVA. To extend the use of the chamber data collected in June 11-13, 2019, a correlation was developed between the estimated chamber flux (Mg/m²/Month) and the ambient H2S concentration (ppb) measured at near the same location. Hypothetically, above ground ambient concentrations (obtained above the surface of the landfill) should be directly correlated to the amount of fugitive emission, flux. There have been a handful of studies which have suggested that methane ($CH_4$) flux can potentially be estimated from simple measurements of $CH_4$ concentrations close to the landfill surface (Abedini, 2014; Fécil et al., 2003; Gonzalez-Valencia et al., 2015; Lando et al., 2017). The latest extensive work performed on the topic is an MS thesis at the University of Calgary: "An Investigation of Fugitive Methane Flux at Landfills and Correlation with Surface Methane Concentrations." In this effort, Irandoost (2020) performed laboratory and field campaigns of simultaneous surface concentrations and flux measurements under different field conditions. The results demonstrated "a significant positive correlation" between **surface concentrations and surface flux measurements**. Stronger

9

correlations were achieved when under low wind conditions than under mild-to-moderate wind conditions.

The same approach was used on the data (Fluxes and surface concentrations) collected in June 11th -13th 2019, to correlate surface $H_2S$ emission flux (Mg/m$^2$/Month) to above-ground ambient air $H_2S$ concentration (ppb), See Figure 3. The correlation had a $R^2$ of 0.69. The correlation suggests that one can obtain an estimate of surface emission flux if one has an ambient concentration measurement (assuming that the weather conditions are not drastically different than the days when the SCS data were collected). The correlation, obtained using the June 2019 data, was then used with the above ground concentration data collected during other events (**November 2019**, **March 2019**, and **May 2018** obtained from other consultant's reports) to estimate surface emission fluxes during each of these events for each **Non-Zero** ambient $H_2S$ concentration data point in Mg/m$^2$/Month (as shown in the next section). This correlation provides a way of basing our $H_2S$ emissions estimates on **measured quantities** and not on **models** such as LandGEM, to be discussed later. Note that Zero above ground concentration readings are not included, therefore the estimated emission flux tend to be overestimated (conservative).



Figure 3. Correlation between $H_2S$ Emission Flux and Ambient $H_2S$ Concentrations.

The correlation equation is:
 **Surface Emission flux (Mg/m$^2$/Month) = 6E-12 x (Ambient Concentration, ppb)$^{1.2586}$**         **(Eq. 1)**

# 4    H₂S SURFACE EMISSIONS ESTIMATION BASED ON AMBIENT AIR H₂S CONCENTRATION MEASUREMENTS (USING DEVELOPED CORRELATION)

## 4.1    November 2019 Campaigns

*Jefferson Parish Landfill, Air Quality Sampling Data Report (January 30, 2020) by Exponent, 2020. Field work Nov. 2019*



Fugitive/Surface H₂S Screening was performed by measuring gas concentration in the air above the ground using Jerome 631X and Landtec GEM 5000. The surface screening consisted of canvassing the landfill surface in a predetermined grid and sampling the ambient air 0 to 6 inches above the ground surface. The screening of surface emissions was performed by walking the surface and by flagging areas with landfill cap surface cracks. "Fugitive/Surface Screening" data were extracted from the report and analyzed as representative of H₂S ambient air concentration above Phase IVA of the landfill.  The results of the ambient air surface concentration of H₂S were obtained from the report and plotted in Google Earth (as best as possible in Figure 4). Eq. 1 (correlation between ambient H₂S concentration and surface emission flux) was used to estimate the surface emission flux from each of the **non-zero** ambient air concentrations shown in Figure 4, and reported in Table 4 for Phase IVA.

**Surface Emission flux (Mg/m²/Month) = 6E-12 x (Ambient Concentration, ppb)[1.2586]**



Figure 4. Surface Air Ambient H₂S Concentrations November 2019 Phase IVA (Exponent).

Therefore, the geometric mean of surface emissions from Phase IVA during this event was calculated to be 1.65E-9 Mg/m²/Month of H₂S. The arithmetic mean of surface emissions from Phase IVA was calculated to be 5.55 E-8 Mg/m²/Month of H₂S. Note that Soler estimated H₂S emissions rates to be between 4 and 9 E-05 Mg/m²/Month.

Table 3. Measured $H_2S$ Ambient Concentrations and Surface Emission Estimates for November 2019, Phase IVA, Exponent Data.

| Data from Exponent Nov.11-13, 2019, Phase IVA (Non Zero Data) | | | |
|---|---|---|---|
| Measured Surface Concentrations | Estimated Surface Flux | Geometric Mean | Arithmetic Mean |
| (ppm) | (Mg/m2/month) | (Mg/m2/month) | (Mg/m2/month) |
| 7.10 | 4.22E-07 | 1.65E-09 | 5.55E-08 |
| 6.10 | 3.49E-07 | | |
| 2.90 | 1.37E-07 | | |
| 1.90 | 8.03E-08 | | |
| 0.68 | 2.20E-08 | | |
| 0.49 | 1.46E-08 | | |
| 0.31 | 8.20E-09 | | |
| 0.02 | 2.60E-10 | | |
| 0.02 | 2.60E-10 | | |
| 0.04 | 6.23E-10 | | |
| 0.08 | 1.49E-09 | | |
| 0.03 | 4.34E-10 | | |
| 0.07 | 1.26E-09 | | |
| 0.03 | 4.34E-10 | | |
| 0.07 | 1.26E-09 | | |
| 0.02 | 2.60E-10 | | |
| 0.01 | 1.09E-10 | | |
| 0.07 | 1.26E-09 | | |
| 0.03 | 4.34E-10 | | |
| 0.07 | 1.26E-09 | | |
| 0.04 | 6.23E-10 | | |
| 0.01 | 1.09E-10 | | |
| 0.04 | 6.23E-10 | | |
| 0.01 | 1.09E-10 | | |
| 0.07 | 1.26E-09 | | |
| 0.035 | 5.27E-10 | | |
| 0.021 | 2.77E-10 | | |
| 0.03 | 4.34E-10 | | |
| 0.02 | 2.60E-10 | | |
| 1.6 | 6.47E-08 | | |
| 1.4 | 5.47E-08 | | |
| 0.18 | 4.14E-09 | | |
| 0.013 | 1.51E-10 | | |
| 0.046 | 7.43E-10 | | |
| 0.02 | 2.60E-10 | | |
| 0.063 | 1.10E-09 | | |
| 0.011 | 1.23E-10 | | |
| 0.004 | 3.43E-11 | | |
| 14 | 9.92E-07 | | |

The Soler Report titled "EXPERT REPORT OF NESTOR D. SOLER EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS" contained data from ambient surface $H_2S$ concentrations (*Table 2-1 Surface Emission Survey Monitoring Results, landfill cap, collected in*

*November 4th*). This data were also used with the developed correlation to obtain emission estimates for each reported ambient air concentration in Phase IVA.  Equation 1 (correlation between ambient $H_2S$ concentration and surface emission flux) was used to estimate the surface emission flux from all the non-zero ambient air concentrations shown in Figure 4, and reported in Table 4 for Phase IVA.

**Surface Emission flux (Mg/m$^2$/Month) = 6E-12 x (Ambient Concentration, ppb)$^{1.2586}$**

Therefore, the geometric mean of surface emissions from Phase IVA during this event was calculated to be 1.59E-10 Mg/m$^2$/Month of $H_2S$. The arithmetic mean of surface emissions from Phase IVA was calculated to be 1.54 E-7 Mg/m$^2$/Month of $H_2S$. Note that Soler estimated $H_2S$ emissions rates to be between 4 and 9 E-05 Mg/m$^2$/Month.

Table 4. Measured H$_2$S Ambient Concentrations and Surface Emission Estimates for November 2019, Phase IVA, Soler Report.

| Data from Soler Nov.4-8, 2019, Phase IVA (Non Zero Data) | | | |
|---|---|---|---|
| Measured Surface Concentrations | Estimated Surface Flux | Geometric Mean | Arithmetic Mean |
| (ppm) | (Mg/m2/Month) | (Mg/m2/Month) | (Mg/m2/Month) |
| 8.7 | 5.45E-07 | 1.59E-10 | 1.54E-07 |
| 2 | 8.57E-08 | | |
| 43 | 4.07E-06 | | |
| 2 | 8.57E-08 | | |
| 0.001 | 6.00E-12 | | |
| 0.001 | 6.00E-12 | | |
| 0.001 | 6.00E-12 | | |
| 0.001 | 6.00E-12 | | |
| 0.001 | 6.00E-12 | | |
| 0.21 | 5.02E-09 | | |
| 0.001 | 6.00E-12 | | |
| 0.002 | 1.44E-11 | | |
| 0.001 | 6.00E-12 | | |
| 0.001 | 6.00E-12 | | |
| 0.002 | 1.44E-11 | | |
| 0.002 | 1.44E-11 | | |
| 0.001 | 6.00E-12 | | |
| 0.053 | 8.88E-10 | | |
| 0.045 | 7.23E-10 | | |
| 0.001 | 6.00E-12 | | |
| 0.001 | 6.00E-12 | | |
| 1.7 | 6.98E-08 | | |
| 0.047 | 7.63E-10 | | |
| 1.3 | 4.98E-08 | | |
| 0.001 | 6.00E-12 | | |
| 0.003 | 2.39E-11 | | |
| 0.009 | 9.53E-11 | | |
| 0.059 | 1.02E-09 | | |
| 0.024 | 3.28E-10 | | |
| 0.002 | 1.44E-11 | | |
| 0.034 | 5.08E-10 | | |

## 4.2   March 2019 Campaign

**Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill - Data Report SCS 24218246.01 I, May 31, 2019**



Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill – Data Report

As mentioned previously, the report entitled "*Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill - Data Report SCS 24218246.01 I May 31, 2019*" describes the most extensive campaign to measure H$_2$S (and other gases not considered in our review) from March

25, 2019 to March 29, 2019. During the surface scans, ambient air surface $H_2S$ concentrations were measured with a portable Jerome meter, combined with a GPS that records the location where surface $H_2S$ concentration was measured. This was reported in Table 6 through Table 11 in the report *Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill - Data Report SCS 24218246.01 I May 31, 2019" which* contain the locations, time of sampling, wind speed and direction, and the H2S concentrations of all surface scanning activities performed in March 2019. The locations of these readings are also shown in Figure 6 below (from Figure 3 of the same report). A sampling grid was established on all the phases of the landfill. $H_2S$ above ground concentrations were measured at the intersection of each grid point. The ambient air Equation 1 (correlation between ambient $H_2S$ concentration and surface emission flux) was used to estimate the surface emission flux from all the non-zero ambient air concentrations.

**Surface Emission flux (Mg/m$^2$/Month) = 6E-12 x (Ambient Concentration, ppb)$^{1.2586}$**

Therefore, the geometric mean of surface emissions from Phase IVA during this event was calculated to be 1.53E-10 Mg/m$^2$/Month of $H_2S$. The arithmetic mean of surface emissions from Phase IVA was calculated to be 2.47 E-8 Mg/m$^2$/Month of $H_2S$. Again, Note that Soler estimated $H_2S$ emissions rates to be between 4 and 9 E-05 Mg/m$^2$/Month.



Figure 5. Location of $H_2S$ ambient air concentration during surface scanning campaign in March 2019. (Source: *Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill - Data Report SCS 24218246.01 I May 31, 2019)*

Table 5. Measured $H_2S$ Ambient Concentrations and Surface Emission Estimates for March 2019, Phase IVA.

Tarek Abichou Expert Report

| Data from Exponent March 2019, Phase IVA (Non Zero Data) | | | |
|---|---|---|---|
| Measured Surface Concentrations | Estimated Surface Flux | Geometric Mean | Arithmetic Mean |
| (ppm) | (Mg/m2/Month) | (Mg/m2/Month) | (Mg/m2/Month) |
| 0.004 | 3.43E-11 | 1.53E-10 | 2.47E-08 |
| 0.004 | 3.43E-11 | | |
| 0.004 | 3.43E-11 | | |
| 0.003 | 2.39E-11 | | |
| 0.003 | 2.39E-11 | | |
| 0.003 | 2.39E-11 | | |
| 0.002 | 1.44E-11 | | |
| 0.007 | 6.95E-11 | | |
| 0.014 | 1.66E-10 | | |
| 0.002 | 1.44E-11 | | |
| 0.001 | 6.00E-12 | | |
| 0.002 | 1.44E-11 | | |
| 0.002 | 1.44E-11 | | |
| 0.004 | 3.43E-11 | | |
| 1.2 | 4.50E-08 | | |
| 0.3 | 7.87E-09 | | |
| 0.002 | 1.44E-11 | | |
| 0.002 | 1.44E-11 | | |
| 0.002 | 1.44E-11 | | |
| 0.004 | 3.43E-11 | | |
| 0.32 | 8.53E-09 | | |
| 14 | 9.92E-07 | | |
| 0.004 | 3.43E-11 | | |
| 0.002 | 1.44E-11 | | |
| 0.003 | 2.39E-11 | | |
| 0.32 | 8.53E-09 | | |
| 0.19 | 4.43E-09 | | |
| 0.16 | 3.57E-09 | | |
| 0.034 | 5.08E-10 | | |
| 0.027 | 3.80E-10 | | |
| 0.019 | 2.44E-10 | | |
| 0.005 | 4.55E-11 | | |
| 0.007 | 6.95E-11 | | |
| 0.29 | 7.54E-09 | | |
| 0.11 | 2.23E-09 | | |
| 0.023 | 3.10E-10 | | |
| 0.022 | 2.94E-10 | | |
| 0.011 | 1.23E-10 | | |
| 0.003 | 2.39E-11 | | |
| 0.003 | 2.39E-11 | | |
| 0.017 | 2.12E-10 | | |
| 0.136 | 2.91E-09 | | |
| 0.015 | 1.81E-10 | | |
| 0.003 | 2.39E-11 | | |

## 4.3   May 2018 Campaign

_Landfill Gas System Assessment for the Jefferson Parish Landfill prepared by Carlson Environmental Consultants (CEC)_

This report describes the fieldwork activities performed **May 2018**. CEC was asked to assess the state of things at the JPL and suggest methods to maximize gas recovery, gas quality, and address

potential odors ($H_2S$) gas emission at the facility. The report provided a field assessment of the landfill gas collection system using a two-day field testing and observation campaign. During this campaign, $H_2S$ gas concentrations were measured in the landfill gas collection system and in ambient air on the surface of the landfill. Phase IVA was deemed as the only area with measured $H_2S$ above ground ambient concentrations. The $H_2S$ concentration in the ambient air above Phase IVA varied from 0.045 ppm to 8.5 ppm (Table 4, Figure 7). Equation 1 was used to estimate the surface emission flux from all the non-zero ambient air concentrations shown in Figure 5, and reported in Table 7.

**Surface Emission flux (Mg/m$^2$/Month) = 6E-12 x (Ambient Concentration, ppb)$^{1.2586}$**

Using the developed correlation, the geometric mean of surface emissions rates from Phase IVA during this event was calculated to be 7.84E-9 Mg/m$^2$/Month of $H_2S$, (the highest measurement-based emission rate from Phase IVA). The arithmetic mean of surface emissions from Phase IVA was calculated to be 5.89 E-8 Mg/m$^2$/Month of $H_2S$. Note that Soler estimated $H_2S$ emissions rates to be between 4 and 9 E-05 Mg/m$^2$/Month.

Table 6. Surface Emission Estimates for May 2018.

| Data from CEC May 2018, Phase IVA (Non Zero Data) | | | |
|---|---|---|---|
| Measured Surface Concentrations | Estimated Surface Flux | Geometric Mean | Arithmetic Mean |
| (ppm) | (Mg/m2/month) | (Mg/m2/month) | (Mg/m2/month) |
| 0.15 | 3.29E-09 | 7.84E-09 | 5.89E-08 |
| 0.2 | 4.72E-09 | | |
| 0.38 | 1.06E-08 | | |
| 8.5 | 5.29E-07 | | |
| 0.6 | 1.88E-08 | | |
| 0.19 | 4.43E-09 | | |
| 0.29 | 7.54E-09 | | |
| 0.21 | 5.02E-09 | | |
| 0.19 | 4.43E-09 | | |
| 0.045 | 7.23E-10 | | |



Figure 6. H$_2$S concentrations measured by CEC in LFG collection system (red) in air above cover (blue).

# 5    TIME SERIES OF MEASUREMENT-BASED H₂S EMISSIONS ESTIMATES FROM PHASE IVA

The geometric mean of landfill emissions represents the central tendency of flux chamber measurements (Abichou et al. 2011) because of the lognormal distribution of flux chamber-measurement data. The arithmetic mean is an overestimate of the central tendencies of landfill surface emissions (Abichou et al. 2011). Table 8 shows the arithmetic mean, the geometric, and the maximum measurement-based H₂S emissions, along with those reported by Soler (Plaintiff expert). The following observations are made:

- The average geometric mean of measurement-based H₂S emission estimates, for all the monitoring campaigns, was 2.18 E-09 Mg/m²/month. Based on chamber results and the developed correlation results, this value represents the likely H₂S emission rate from Phase IVA.

- In the worst-case scenario, if some insist on using the arithmetic mean and not the geometric mean, the average arithmetic mean of all measurement-based emission estimates was 8.47 E-08 Mg/m²/month. This value represents the upper limit of H₂S emission rate from Phase IVA.

- The average of the maximum measurement-based emission estimates for all the monitoring campaigns was 1.59 E-06 Mg/m²/month. This value represents emissions from very small areas with cracks and soil fissures that cannot be more than 1 to 2 m² of the entire surface.

- All of these values were calculated to contrast them with Soler's estimate of emissions from Phase IVA.

The average H₂S emission rate provided in the Soler Report is 5.66E-5 Mg/m²/month. The Soler's emission estimate is **24,489** times higher than the geometric mean (the true central tendency of landfill surface emissions (Abichou et al. 2011), **629** times higher than the arithmetic mean of the measured emission flux, and **33** times higher than the maximum measured emission flux (from soil cracks).

Table 7. Summary Statistics of H₂S Emission Estimates for Phase IVA.

| | Phase IVA H2S Emissions Estimates | | | |
| --- | --- | --- | --- | --- |
| | Geometric Mean | Arithmetic Mean | Maximum | Soler's Estimates |
| | (Mg/m²/month) | (Mg/m²/month) | (Mg/m²/month) | (Mg/m²/month) |
| Ramboll Report Data - Nov 2019 | 1.59E-10 | 1.54E-07 | 4.07E-06 | 4.00E-05 |
| Chamber Based Measurment - June 2019 | 1.08E-09 | 1.31E-07 | 1.38E-06 | 5.30E-05 |
| Correlated from CEC May 2018, Phase IVA (Non Zero Data) | 7.84E-09 | 5.89E-08 | 5.29E-07 | 9.35E-05 |
| Correlated from Exponent Nov.11-13, 2019, Phase IVA (Non Zero Data) | 1.65E-09 | 5.55E-08 | 9.92E-07 | 4.00E-05 |
| Data from Exponent March. 2019, Phase IVA (Non Zero Data) | 1.53E-10 | 2.47E-08 | 9.92E-07 | 4.00E-05 |
| Average | 2.18E-09 | 8.47E-08 | 1.59E-06 | 5.33E-05 |

Figure 7 shows all of the measurement-based H₂S emissions estimates from all monitoring events, along with those reported by the Soler Report. Also shown on Figure 7 are the arithmetic mean and the geometric mean of measurement-based H₂S emission estimates during each of these events. All H₂S estimates using the chamber data and the above ground ambient H₂S concentrations were significantly lower than those reported by Soler. Figure 7 is a good visual of the significant difference between the H₂S emissions estimates from measurements campaigns and those by the modeling approach performed in the Soler Report. For instance, in Figure 7a the measurement-based emission rates are significantly lower than the Soler estimated emission rates

to the point where they do not plot on the same scale. A log scale was used in Figure 7b to better present the data. The causes of the significant differences between the measurement-based emission rate estimates and the Soler provided estimates are provided in the next section.



Figure 7. Summary of Individual Surface Emission Flux Estimates and Soler's Estimates (Plotted in Normal scale (a) and Log Scale)

Based on the above results, I have developed an $H_2S$ emission rate estimate from the surface of Phase IVA for the same period as provided in the Soler Report in Mg per month by multiplying the emissions surface flux (Mg per $m^2$ per month) by the emission areas ($m^2$) reported in the Soler Report (to be consistent). The average of the geometric means (2.18E-9 $Mg/m^2/Month$), obtained using the chamber measurements and each of the ambient $H_2S$ concentration measurements, is the most likely estimate, based on the calculations I've employed, of $H_2S$ emissions per square meter of covered area of Phase IVA of the landfill. The average of the arithmetic mean (8.47E-8 $Mg/m^2/Month$), obtained using the chamber measurements and each of the ambient $H_2S$ concentration measurements, is the upper limit of surface emissions per square meter of covered area of Phase IVA of JPL. Table 8 and Figure 8 show the likely and the upper limits of $H_2S$ emissions (based on measurements) from Phase IVA in Mg per month as compared to the plaintiff expert estimate.  I provided these two surface emission estimate limits for the purpose of air dispersion modeling from Phase IVA.



Figure 8: Likely and Upper Limit of $H_2S$ Emissions (based on measurements) form Phase IVA in Mg per Month plotted with Soler's Estimates.

Table 8. Likely and Upper Limit of H$_2$S Emissions (based on measurements) form Phase IVA in Mg per month plotted with the plaintiff expert estimate.

| | Soler (k 0.11, CE 0-16% | | | Abichou Estimates Mg/Month | |
|---|---|---|---|---|---|
| Date | Mg/Month | | Area (m2) | Low Likely | Upper Limit |
| 10/31/2016 | 0.82 | | 46821 | 0.00010 | 0.0040 |
| 11/30/2016 | 0.88 | | 47977 | 0.00010 | 0.0041 |
| 12/31/2016 | 1.23 | | 49133 | 0.00011 | 0.0042 |
| 1/31/2017 | 1.72 | | 50419 | 0.00011 | 0.0043 |
| 2/28/2017 | 2.02 | | 51704 | 0.00011 | 0.0044 |
| 3/31/2017 | 2.17 | | 52990 | 0.00012 | 0.0045 |
| 4/30/2017 | 2.70 | | 54275 | 0.00012 | 0.0046 |
| 5/31/2017 | 3.15 | | 55561 | 0.00012 | 0.0047 |
| 6/30/2017 | 3.46 | | 56846 | 0.00012 | 0.0048 |
| 7/31/2017 | 3.89 | | 58132 | 0.00013 | 0.0049 |
| 8/31/2017 | 4.32 | | 59418 | 0.00013 | 0.0050 |
| 9/30/2017 | 4.81 | | 60703 | 0.00013 | 0.0051 |
| 10/31/2017 | 5.10 | | 61989 | 0.00013 | 0.0053 |
| 11/30/2017 | 5.35 | | 63274 | 0.00014 | 0.0054 |
| 12/31/2017 | 5.64 | | 64560 | 0.00014 | 0.0055 |
| 1/31/2018 | 5.81 | | 65745 | 0.00014 | 0.0056 |
| 2/28/2018 | 5.64 | | 62354 | 0.00014 | 0.0053 |
| 3/31/2018 | 5.72 | | 63539 | 0.00014 | 0.0054 |
| 4/30/2018 | 5.87 | | 64724 | 0.00014 | 0.0055 |
| 5/31/2018 | 5.76 | | 61577 | 0.00013 | 0.0052 |
| 6/30/2018 | 6.08 | | 62762 | 0.00014 | 0.0053 |
| 7/31/2018 | 6.03 | | 63947 | 0.00014 | 0.0054 |
| 8/31/2018 | 5.80 | | 65132 | 0.00014 | 0.0055 |
| 9/30/2018 | 5.56 | | 66317 | 0.00014 | 0.0056 |
| 10/31/2018 | 5.32 | | 67502 | 0.00015 | 0.0057 |
| 11/30/2018 | 5.10 | | 68687 | 0.00015 | 0.0058 |
| 12/31/2018 | 4.89 | | 69872 | 0.00015 | 0.0059 |
| 1/31/2019 | 4.41 | | 66478 | 0.00014 | 0.0056 |
| 2/28/2019 | 4.19 | | 66902 | 0.00015 | 0.0057 |
| 3/31/2019 | 4.02 | | 67962 | 0.00015 | 0.0058 |
| 4/30/2019 | 3.86 | | 69022 | 0.00015 | 0.0058 |
| 5/31/2019 | 3.71 | | 70082 | 0.00015 | 0.0059 |
| 6/30/2019 | 3.56 | | 71142 | 0.00015 | 0.0060 |
| 7/31/2019 | 3.42 | | 72203 | 0.00016 | 0.0061 |
| 8/31/2019 | 3.28 | | 73263 | 0.00016 | 0.0062 |
| 9/30/2019 | 3.15 | | 74323 | 0.00016 | 0.0063 |
| 10/31/2019 | 3.03 | | 75383 | 0.00016 | 0.0064 |
| 11/30/2019 | 2.91 | | 76443 | 0.00017 | 0.0065 |
| 12/31/2019 | 2.80 | | 77503 | 0.00017 | 0.0066 |

## 6   COMMENTS ON $H_2S$ EMISSIONS ESTIMATES FROM PHASE IV IN PLAINTIFF EXPERTS REPORTS (SOLER REPORT AND PIETARI REPORT):

As reported in Table 8, the average estimated $H_2S$ emissions from Phase IVA in the Soler Report is 5.33 E-05 $Mg/m^2$/Month. That means that, on average, every square meter of Phase IVA is emitting 5.33 E-05 $Mg/m^2$/Month. Eq. 1, also shown below, was developed based on chamber determined surface flux and ambient $H_2S$ concentrations measured at the site. One can use the input of 5.33 E-05 $Mg/m^2$/Month into the term of "surface Emission Flux" in Eq. 1 and solve for the term "Ambient Concentrations, ppb". The Ambient $H_2S$ concentration corresponding to 5.33 E-05 $Mg/m^2$/Month is 331,800 ppb. That means; if the surface emission flux is 5.33 E-05 $Mg/m^2$/Month (Soler Report), the ambient $H_2S$ concentration above the surface of Phase IVA needs to be around 330 ppm everywhere on top of Phase IVA. An ambient $H_2S$ concentration of 330 ppm on all (every square meter) of Phase IVA would have been detected by the operator's personnel $H_2S$ monitoring devices and by the different $H_2S$ monitoring activities performed by the various consultants. Incidentally, an ambient $H_2S$ concentration of 330 ppm is more than 3 times higher than the concentration considered to be immediately dangerous to life and health (IDLH). Hence, the Soler Report $H_2S$ emissions rate of 5.33 E-05 $Mg/m^2$/Month cannot be representative of field conditions, as discussed below.

**Surface Emission Flux ($Mg/m^2$/Month) = 6.0E-12 x (Ambient Concentration, ppb)$^{1.2586}$**

The modeling approach and the assumptions used by the Plaintiff experts have led them to significantly overestimate $H_2S$ emissions from JPL, especially from Phase IVA. Because Plaintiffs' experts used flawed and unreliable methods to estimate emissions, it is impossible to determine a consistent rate of error in their outcomes.

- I believe that the choice of using a modeling approach (LandGEM and Pietari Approach) is not appropriate in this case because of the inherent uncertainties associated with the models themselves, the assumptions that generation of $H_2S$ from spent lime waste follows first-order decay kinetics, and especially the needed inputs for such an approach (e.g. amount of sulfur placed in a given year, $H_2S$ generation potential per ton of disposed sulfur, and first-order decay rate of disposed sulfur under field conditions).

- None of the three input parameters, used in the report prepared by Jaana Pietari's ($H_2S$ Generation) in the $H_2S$ generation model, are based on measurement in the laboratory or in the field. No model calibration of these very important input parameters was performed using field collected data. Model calibration and sensitivity analysis of input parameters (assumed or chosen during modeling) are essential to reduce uncertainties in any model results. More details are provided later.

- In addition to the choice of the parameters for sulfur decay, the $H_2S$ generation modeling approach, used in the Pietari Report ($H_2S$ generation model), also uses the output from another model (LandGEM) that predicts methane yearly/monthly volumetric generation rate from the disposal of municipal solid waste (MSW) and then converts it into yearly/monthly volumetric landfill gas generation rate. The LandGEM modeling is described in the Soler Report. LandGEM also needs assumptions and similar input parameters to be able to calculate estimates of methane or landfill gas volumetric generation rate.

23

- As discussed in the next sections, Soler input parameters into LandGEM that were not based on field collected data and are different from the U.S. Environmental Protection Agency (EPA) default values for locations/climates similar to JPL. The choice of the input parameters into both models and the use of LandGEM output as input into the $H_2S$ generation model introduced significant uncertainties into the modeled predictions of $H_2S$ generation from the waste mass in Phase IVA and $H_2S$ emissions from the surface of Phase IVA. Such an approach cannot be considered suitable for use in a cause-and-effect case, such as this investigation. More details are provided in the following sections.

The over-estimation of $H_2S$ emissions from Phase IVA in the Soler Report can be divided into the following categories:

1- Over-estimation of $H_2S$ generation:
  - Overestimation of assumed sulfur content in the spent lime (Pietari Report)
  - Overestimation of $H_2S$ generation rate (in the Pietari report) due to overestimation of $H_2S$ generation parameter when using Shaha et al. (2020)
  - Overestimation of $H_2S$ generation due to the need and the use of output of LandGEM which assigns a decay rate constant of 0.11 $yr^{-1}$ instead of U.S. EPA default.

2. Underestimation of landfill gas collection efficiencies in all landfill phases of JPL

3. Assumption that all uncollected landfill gas becomes fugitive emissions by not accounting for the landfill barrier effect and the $H_2S$ reactions in the upper layers of the waste mass and especially in the clayey soil cover.

### 6.1    Overestimation of $H_2S$ Generation:
**Overestimation of assumed sulfur content in the spent lime**
One source of overestimation in the $H_2S$ generation results described in the Pietari Report is the assumed bio-available sulfur content in the spent lime and therefore their estimate of monthly amount of sulfur being disposed in Phase IVA, (a critical input into the model). In the Pietari Report, the monthly amount of sulfur of the disposed spent lime was calculated using the disposal record of the landfill and the chemical formulas of the sulfate-containing compounds based on a chemical datasheet as shown in Table 3A in the Pietari Report. The values used by the Pietari Report for C&D waste were based on literature values for C&D fines waste and not bulk C&D waste. It is not clear what type of C&D waste was disposed at the JPL, but I saw no evidence of C&D fines disposal in Phase IVA of JPL. The estimate of the amount of monthly bio-available sulfur deposited in the landfill is a very important input parameter and any overestimation in this input value leads to overestimation in $H_2S$ generation and therefore emissions. I was not able to perform an analysis on the sensitivity of this input on the final $H_2S$ emissions estimates because its effects are complicated since they affect the estimation of the decay rate and $H_2S$ generation potential, along with the final monthly $H_2S$ generation. But, one can state that any uncertainties in the composition of the spent lime in terms of sulfate containing compounds will lead to uncertainties in the estimates of $H_2S$ generation and eventually $H_2S$ emissions.

**Using Shaha et al. (2020)**
I have carefully reviewed the Pietari Report: *Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill, prepared by Jaana Pietari, Ph.D., MBA, PE.* The $H_2S$ generation of the spent lime was estimated by replicating some of the methodology described in the paper by Shaha et al. (2020) entitled "*Prediction of $H_2S$ Concentration in Landfill*

*Gas Resulting from Construction and Demolition Debris and the Selection of Treatment Method.*"
I also reviewed, in detail, the methods used in Shaha et al. (2020) and compared it with what was
done in the Pietari Report. As can be seen from the title, Shaha et al. (2020) focused on $H_2S$
generation from C&D debris (C&D from a recycling facility and not spent lime waste).

I am familiar with the issue of $H_2S$ emissions associated with C&D fines, which became the
interest of the landfill research community when C&D fines were widely used as alternative daily
covers by landfill operators. These fines are generated from Materials Recovery Facilities (MRFs)
and are typically referred to as MRF fines. These fines consist of C&D debris fines generated from
a recycling operation and are mainly fragmented gypsum board materials. Anderson et al. (2010),
an extensive study funded by the Environmental Research and Education Foundation (EREF), is
considered one of the main studies on $H_2S$ generation from C&D debris fines disposal in MSW
landfills, under field conditions.

Anderson et al. (2010) collected data from nine landfills with history of C&D debris fines disposal
and odor/$H_2S$ emissions.  The main objectives of Anderson et al. (2010) was to "develop a first
order model to predict $H_2S$ generation in MSW landfills in the northeast resulting from disposal
or use of C&D fines in the landfill." First, they measured sulfate content of around 90 samples of
C&D debris fines (from 2006 until 2008). Then they measured landfill gas flow rates from each
of the nine participating landfills to obtain $H_2S$ recovery trend data for several years.  The measured
data was then used to derive a site specific $H_2S$ generation rate constant k (or decay rate) from $H_2S$
measured recovery trend data. Once a site-specific k was obtained and the measured sulfur inputs
added into the model equation, Anderson et al. (2010) derived $H_2S$ generation potential (So) per
ton of disposed sulfur using a 'best fit' approach. Anderson et al reported that, even with measured
gas recovery data and measured sulfur input in to the model, only six out of the nine landfills
yielded reliable models to predict estimates of $H_2S$ generation.

Finally, Anderson et al. (2010) stated that "in order to more accurately model $H_2S$ from C&D
fines, the inputs into the model are important, including the total mass of sulfur input into the
landfill from C&D fines tonnage and sulfate composition of the fines. **Both of these parameters
are needed to evaluate the $H_2S$ generation potential of the site through this modeling
approach.**" These two parameters were not based on actual measurements in the modeling work
performed in the Pietari Report. Instead the two parameters were selected based on literature values
and based on a scenario-seek-analysis similar to that described in Shaha et al. (2020), as discussed
in the next paragraphs.

As in Shaha et al. (2020), Pietari used the output of LandGEM (from Soler Report) in their $H_2S$
generation estimates. I am also familiar with the fact that, in the landfill permitting process, landfill
gas collection system design process, and in regulatory emission inventory process, estimates of
landfill gas generation and fugitive methane emissions from landfills are provided by predictive
mathematical models.  I have seen LandGEM used in the landfill permitting process, landfill gas
collection system design process, and in the regulatory emission inventory process.  The program
relies on the use of a methane generation constant k (yr$^{-1}$) and the methane generation potential of
waste Lo (m$^3$ CH$_4$/Mg of waste). These two constants are typically calibrated with extensive field
data to obtain site specific k and Lo. In the absence of such field calibration data, default values of
k and Lo are typically used. Soler selected a k value of 0.11yr$^{-1}$ instead of the default value of 0.04

or 0.05 yr$^{-1}$ (from EPA). I strongly disagree with that. In the absence of such field calibration data, default values of k and Lo are typically used because the default values were obtained using data from landfills in the same region as the JPL.

**Note: Shaha et al. (2020) used a LandGEM k value of 0.05 yr$^{-1}$ and stated that the conventional landfill decay rate of 0.05 yr$^{-1}$ is "well justified" for their site located in South Florida with a tropical climate (wetter climate than JPL)**. More details concerning this issue are presented later.

The following analysis showcases the impact of the overestimation of $H_2S$ generation caused by the assumed k value of 0.11 yr$^{-1}$ (in LandGEM, Soler) on the estimates of $H_2S$ generation (as performed by Pietari).  I replicated what was performed in the Pietari Report using a LandGEM k value of 0.05 instead of 0.11 yr$^{-1}$. Note: I replicated the same steps as best as I can based on my understanding of the method described by Shaha et al. (2020) and by examining Pietari's excel spreadsheets. As shown in Figure 9 and Figure 10, an assumption of k LandGEM of 0.11 yr$^{-1}$, leads to 150% to 300% times more $H_2S$ generation than while using a k value of 0.05 yr$^{-1}$. This overestimation varies during the modeled period. The higher landfill gas volume generated (because of assuming a k of 0.11 yr-1) forces the solution of the inverse problem scheme used by Pietari, to introduce more $H_2S$ into the landfill gas to satisfy the imposed $H_2S$ concentration constraint (1598 ppm, the assumed average H2S concentration in the LFG) in the landfill gas. Note that: the imposed $H_2S$ concentration of 1598 ppm, itself, is not defendable because it does not represent the average $H_2S$ concentration in LFG during that period. I left that discussion out to focus only on the effects of LandGEM output on the Pietari $H_2S$ generation estimates.



Figure 9. Monthly $H_2S$ Generation in Phase IVA using k LandGEM of 0.11 and 0.05 yr$^{-1}$.

26



Figure 10. Overestimation of $H_2S$ Monthly Generation in Phase IVA using k LandGEM of 0.11 and 0.05 $yr^{-1}$ (Ratio of $H_2S$ Monthly Generation k = 0.11 and 0.05)

Finally, a third source of overestimation of $H_2S$ generation reported by the Pietari Report is the lack of validation of the model prediction with any significant field data. For instance, Shaha et al. (2020) used several field data points of $H_2S$ concentrations measured at their landfill from 2010 to 2018 to test the validity of their results. The lack of testing the validity of the results can lead to significant uncertainties of $H_2S$ generation because of the convoluted approach Shaha et al. (2020) used in their method. Shaha et al. (2020) developed the modeling methodology to compare different $H_2S$ treatment technologies and therefore their $H_2S$ generation estimates do not have the same precision or accuracy requirements as in this case where a cause and effect are being established.

### 6.2   Underestimation of landfill gas collection efficiencies in Phase IVA:
_Assigned gas collection efficiencies_

In addition to the overestimation of $H_2S$ generation as reported in the Pietari Report, the assigned gas collection efficiencies (in the Soler Report) to the different phases of the JPL landfills are significantly lower than industry standards. These **extremely low values** of collection efficiencies are not defendable using the standard practice. For instance, the US EPA greenhouse reporting rule for MSW landfills (40 CFR 98, Subpart HH, Table HH-3, see Table 9) assigns the collections efficiencies as a function of **landfill cover** and not the **moisture content** of the waste nor the **radius of influence**, etc., as was incorrectly done in the Soler Report. To the best of my knowledge, and based on the review of past quarterly SEM Reports (Surface Emissions Monitoring) from 2015 to 2019, the landfill was generally in compliance and only had a few instances of 500 ppm exceedances for methane.

Table 9. US EPA recommendations for Collection Efficiencies for MSW landfills (40 CFR 98, Subpart HH, Table HH-3)

| Description | Gas Collection Efficiency |
|---|---|
| Area without active gas collection, regardless of cover type | 0% |
| Area with daily soil cover and active gas collection | 60% |
| Area with an intermediate soil cover, or a final soil cover not meeting the criteria below to achieve 95% efficiency, and active gas collection | 75% |
| Area with a final soil cover of 3 feet or thicker of clay and/or geomembrane cover system and active gas collection | 95% |

The collection efficiency of all Phases with a geomembrane should have a collection efficiency of more than 90%. Using these defaults shown in Table 9, Phase IVA should have been assigned a collection efficiency from 60 to 75% once the gas collection system was installed with an average of 65%. The assigned collection efficiencies used in the Soler Report of 0 to 16% for Phase IVA is too low to reflect field conditions. The low collection efficiencies assigned to the gas collection efficiencies in Phase IVA has an additional effect on the $H_2S$ emissions reported in the Soler Report. Figure 11 shows the results of an analysis, which I performed, to showcase the overestimation of $H_2S$ emissions from Phase IVA caused by Soler's assumption of k LandGEM to be 0.11 $Yr^{-1}$ and the low assigned collection efficiencies of 0 to 16%, for Phase IVA. Figure 11 shows estimated $H_2S$ emissions: (1) using Soler's assumptions of k LandGEM to be 0.11 $yr^{-1}$ (used in calculating $H_2S$ generation by Pietari) and 0-16% collection efficiency in Phase IVA and (2) using LandGEM k of 0.05 $yr^{-1}$ and 0-65% collection efficiency in Phase IVA. In Figure 12, the difference between the two estimates is expressed as percent overestimation of $H_2S$ emissions. Figure 11 and 12 clearly show that $H_2S$ emissions can be overestimated as much as 150% to 700% when different values of LandGEM input (mainly k) are used and when the collection efficiency is not assigned according to industry standards. This analysis reinforces the argument that $H_2S$ emissions are best estimated from actual measurements performed at the landfill.



Figure 11. H$_2$S emissions from Phase IVA (k 0.11, 0.05) and CE (0-16%, 0-65%).



Figure 12. H$_2$S emissions Overestimation from Phase IVA (k 0.11, 0.05) and CE (0-16%, 0-65%).

## 6.3   H$_2$S Reactions with Soil Covers

Soler assumed that all the "not collected" H$_2$S becomes fugitive emissions and does not account for the role of soil covers attenuating H$_2$S. Landfill cover is an essential component for controlling gas emission from a landfill. The Soler Report also suggests that H$_2$S concentration in the landfill gas leaving the soil cover to the atmosphere (surface of landfill) is the same as the H$_2$S concentration of the landfill gas inside the landfill (below the soil cover). This approach does not account for role of soil cover as a gas barrier. This barrier mechanism plays an essential part in

29

reducing landfill emissions. The Soler Report does not also consider the soil capacity to attenuate $H_2S$. The mechanisms for $H_2S$ removal or attenuation in landfill cover soils are well established in the literature and could include: physical sorption, chemical reaction, and biological degradation. Several laboratory and field studies have reported different levels of $H_2S$ attenuation depending on cover thickness, soil type, and moisture content. Attenuation of $H_2S$ in soils is commonly expressed as a capacity: mass of attenuated $H_2S$ per mass of dry soil. In some instances, H2S attenuation can be expressed in percent removal efficiency.

Various cover materials have been proposed to control $H_2S$ emission, such as the use of compost, wood chips, fine waste materials (construction and demolition fines, commercial and industrial fines, and crushed concrete), fly ash, bottom ash (wood ash, coal ash, and municipal waste incinerator bottom ash), quicklime, hydrated lime, calcium carbonated materials, and waste steel (Plaza et al., 2007; Xu et al., 2010a; Xu et al., 2010b; Solan et al., 2010). Physical adsorption, chemical reactions, and biological oxidation are the main mechanisms of $H_2S$ reduction of landfill cover materials. However, the capacity of $H_2S$ removal with cover materials can vary with physicochemical properties of the materials.

*Physical Sorption*
Smith et al. (1973) reported very high sorption of hydrogen sulfide by six air-dried and moist soils in a laboratory study. They reported capacities of their soil samples to sorb hydrogen sulfide ranged from 15.4 to 65.2 mg/g soil for the air-dried soils, and from 11.0 to 62.5 mg/g soil for the moist soils (at about half of their water holding capacities). Note that the solubility of $H_2S$ in water has been measured to be around 5 g/L at room temperature. $H_2S$ sorption capacities and the rates of sorption of the soils were also measured on sterilized soil and were found not to be significantly affected by sterilization of the soil sample, indicating that measured sorption is not biological in nature.

Smith et al. (1993) also noted that these values represent only laboratory conditions, and would not provide reliable estimates of the amounts of hydrogen sulfide that could be sorbed by soils under natural conditions, where the environmental fate of the sorbed hydrogen sulfide occurs. Under natural conditions, it is likely that some of the hydrogen sulfide would be oxidized to sulfate, which may be removed by leaching water or taken up by plants. This, in turn, will more likely than not, make gas sorption sites available for additional sorption. Liu et al. (2011) reported an $H_2S$ sorption capacity of 36.04 for a red clay they tested, 17.3 mg/g for a soil they described as sand. Xu et al. (2010) reported an $H_2S$ attenuation capacity of 50% for a sandy soil.

*Chemical Reactions*
It has been widely reported that $H_2S$ reacts with trace metals (MOx) in the soils to form black sulfide compounds (MSx). Some studies indicated that soil removal of $H_2S$ was greatly enhanced when alkaline materials such as agricultural lime or hydrated lime were incorporated into the soil system. The mechanism of removal is reported to be dominated by adsorption and subsequent formation of metal sulfide compounds. The addition of alkaline minerals provides additional metals, and perhaps most importantly, increases the pH of the soil water solution, which in turn drives the reaction of dissolved $H_2S$ to $S^{2-}$, and finally to the metal sulfide mineral. Oxygen can also impact $H_2S$ removal through several mechanisms. Sulfide minerals are known to react with

oxygen to produce elemental sulfur and therefore, "freeing-up" more surface area for more sorption and metal sulfide compound formation.

*Biological degradation*

Instead of being removed by the trace metals, $H_2S$ can be utilized by various microorganisms growing on compost or organic soils as an electron donor. In the biological removal process, $H_2S$ is first converted into elemental sulfur (S) and then oxidized to sulfate with H+ production, resulting in the acidification of the soil media. A number of microorganisms has been found to degrade hydrogen sulfide to elemental sulfur or sulfate. Among these are a heterotrophic bacterium of the genus Xanthomonas isolated from dimethyl disulfide-acclimated peat, heterotrophic fungi and a marine isopod (Vismann 1991). Manganese compounds found in soils can catalyze the oxidation of hydrogen sulfide to elemental sulfur (Cihacek and Bremner 1993).

As mentioned previously, I was involved in laboratory and field studies investigating the capacity of soils and soil mixes to attenuate $H_2S$ emissions. Some of the research work involved performing columns testing (lab and field conditions) to assess the $H_2S$ adsorption capacity of different soil types subjected to landfill gas over an extended period of time at a significantly high flow rates. Some of the results of this work were used a Best Management Practices Document entitled: *Guidance Document to Reduce Greenhouse Gas Emissions and Odors from Landfills*.

One of the studies described in the guidance document, characterized the capacity of different material to attenuate $H_2S$ from LFG generated from a municipal solid waste landfill (Anunsen 2007). Florida Red Soil (a clayey soil common in North Florida), wood mulch (a material produced from a grinding operation at the Leon County Landfill) and compost (a material that was produced from the composting of shredded mulch from the composting facility from the site) were evaluated. The reduction of $H_2S$ was measured in enclosed containers (with the different materials) attached to a vertical passive LFG vent. The vent emitted a steady 40 liters per minute flow of LFG. The concentration of $H_2S$ in the LFG ranged from 20 to 40 ppm. Results of the study indicated that if a 2 feet of cover-thick (Soil, Mulch, or Compost) is assumed, the total theoretical attenuation capacities can be as follow:

- Attenuation capacity of a soil cover is 1,620 g of $H_2S$ per $m^2$ of soil cover
- Attenuation capacity of a Mulch cover is 160 g of $H_2S$ per $m^2$ of mulch cover
- Attenuation capacity of a compost cover is 10 g of $H_2S$ per $m^2$ of compost cover

I was also involved in another lab study (unpublished) where more than 5500 L of landfill gas were introduced through a soil mix column for several months. During this experiment, the attenuation of $H_2S$ was described as a removal efficiency in percent. A 50-50 compost peat (by volume) was prepared at its as received water content. A 6 inch diameter and 12 inch high column was prepared using the 50-50 mix. Landfill gas (LFG) was fed into the column to assess its $H_2S$ adsorption capacity. In the lab, landfill gas was fed into the bottom of the column at a significantly high flow rate of 3.5 L/min. Methane and $H_2S$ concentrations were measured at the outflow and inflow ends of the column. Once it was evident that the $H_2S$ adsorption capacity would not be reached under lab conditions after a reasonable time, the column was moved to the field where it was connected to an active gas collection system to allow for maximum exposure of the soil mix to continuously inflowing landfill gas.

The $H_2S$ concentration of the LFG introduced through the soil mix column varied from 5 to 180 ppm for most of the monitoring period and averaged 62 ppm. The variation of $H_2S$ concentrations in the LFG underscores the variability of LFG composition even during a short period of time (Actual LFG samples were collected on a weekly basis to be used in the lab experiment). Accordingly, $H_2S$ concentrations in the outflow of the column also varied from zero to 44 ppm and averaged 8 ppm. Because of the high inflow rate of 3.5 L/min of LFG into the column, little to no oxygen penetration was allowed to occur into the top of the column. This means that only chemical reactions are responsible for $H_2S$ adsorption by the soil column. Such adsorption is referred to as instantaneous removal of $H_2S$. For most of the monitoring period, the instantaneous removal efficiency remained higher than 80% with the exception of a few events where it reached as low as 50%. The average instantaneous removal efficiency during the monitoring period was 85.7%.

Finally, I was also involved in a field scale study, where large (10 m by 20 m) test pads were constructed and monitored to assess the capacity of daily covers and interim covers (consisting of mulch and soils) to attenuate $H_2S$ from landfill gas as it moves vertically through the soil profiles (Green 2015). One test pad had a six inches of daily cover. One test pad a six inches of daily cover overlain with one foot of mulch. The third test pad had eighteen inches of soil.

LFG was continuously introduced into the bottom of each test pad. A gas distribution layer was placed at the bottom of each test pad. Dynamic Chamber Testing was performed quarterly on the surface of each test section to characterize their surface emissions. Soil Gas Probes were alos installed throughout the thickness of each constructed test pad to obtain soil gas concentration profiles from different depths to assess the change of $H_2S$ concentrations and thus provide an assessment of the ability of the materials to attenuate $H_2S$. The $H_2S$ removal efficiencies were 20 to 100 % for test pad 1, 95 to 100% for test pad 2, and 93-100 % for test pad 3. These values are dependent on the concentration of $H_2S$ in the Landfill Gas.

# 7   COMMENTS ON LANDGEM

My expertise in the field of emissions from landfills has focused on research to accurately evaluate the effectiveness of various measures implemented to reduce greenhouse gas emissions from landfills. In order to consider any improvement and any reduction in emissions, one has to first quantify emissions, or fugitive emissions. Therefore, my experience involves development of methods that can be used to estimate emissions based on actual measurements. I am also familiar with the fact that, in the landfill permitting process, landfill gas design process, and in the regulatory emission inventory process, estimates of landfill gas generation and fugitive methane emissions from landfills are provided by the use of predictive mathematical models to calculate gas production via a mass balance approach from: (1) anaerobic degradation of waste, (2) reduction factors to account for collected gas, (3) gas lost to reactions with soil covers, and (4) gas stored in the waste matrix. The leftover gas in the mass balance approach is then considered as fugitive emissions. In all of these quantities (components of the gas mass balance), **only collected gas is typically measured.** The rest are all obtained using several simplifying assumptions that lead to very large errors in estimating landfill emissions.

I would first like to address the use of LandGEM landfill emission predictions. Landfill Gas Emissions Model (LandGEM), developed by the U.S. Environmental Protection Agency (Alexander et al., 2005), is a widely used example of simulation models used to estimate landfill methane production. Other examples include GasSim and European Pollutant Emission Register (EPER) models, such as French EPER and German EPER (Scharff and Jacobs, 2006). The common approach starts with using the first-order decay (FOD) LFG generation models, to estimate methane ($CH_4$) generation. The two parameters in the generation step are: (1) the total volume of $CH_4$ generated from a specified quantity of disposed waste ($L_o$) and (2) the methane generation rate constant controlling the speed at which methane is being generated (k) (Amini et al., 2012). In a review paper entitled "*Methods for determining the methane generation potential and methane generation rate constant for the FOD model: a review*", Park et al. (2018) concluded that model fitting or regression analysis to estimate $L_o$ and k is recommended as the optimum and reliable method if LFG data are available. Park et al. (2012) and many others reported that the best ways to estimate $L_o$ and k values, at a given landfill under field conditions, is to use actual LFG collection data. They also reported that such approaches need:

- Long-term LFG collection monitoring campaigns of the gas collection well field, including gas flow rate and gas composition
- Critical assumptions and/or decisions on the collection efficiency of the gas collection system at the different components of the landfill site.

Even with these efforts, major uncertainties are introduced into landfill gas generation, and especially landfill fugitive emissions, when single-phase or even multi-phase first-order reaction kinetics are used to model the decomposition of biodegradable waste and the consequential produced methane gas. Scharff & Jacobs (2005) compared the results of six different methane emission models with actual measurements for three landfills. The emissions measurements resulted in almost similar emission estimates, while emission models ranged in between 20%-570% of the measurement results. Spokas et al. (2015) collected data from 129 landfills in

California. They reported a linear relationship between the present waste in place (WIP, in 2010 for the study) and the average methane collection rate. The reported correlation was independent of local climate, age of waste or waste history, and site operational conditions, which suggests more homogeneity than has been historically assumed for internal landfill processes (National Academies of Sciences, Engineering, and Medicine [NASEM], 2018). These findings suggested that the strategy of modeling landfill generation and emissions as a function of waste placement history and waste in place (first order decay models and collection efficiency models, such as LandGEM) are not supported by the California field data (Spokas et al., 2011, 2015). These are few examples of the relative limitations of implementing mathematical modeling techniques based on $CH_4$ generation to estimate fugitive methane emission from landfills.

The **latest review** article published on the microbiology in landfills ("A Review of Landfill Microbiology and Ecology: A Call for Modernization With 'Next Generation' Technology") by Meyer-Dombard et al. (2020) provides a good summary of the issues related to the simplistic use of the first-order decay approach and a state of the art look at newer technologies that can be used to better describe the landfill environment and improve our predictions of leachate and gas generation and eventual emissions. Meyer-Dombard et al. (2020) suggests that internal landfill conditions at current operational sites may be relatively constant at larger, whole landfill scales. Large field datasets on emissions from landfills, have indicated a relatively constant rate for observed $CH_4$ generation and recovery per total unit mass of buried waste. Barlaz et al. (2010) showed that there is no apparent relationship between k and the wet weight water content. This is likely due to the heterogeneity of water content in the varying material fractions of waste, as well as uneven wetting due to channelized flow (e.g., caused by the application of daily soil cover), resulting in a wide range of water contents over the lateral and vertical dimensions of a landfill.

In the Soler Report, it was stated that leachate levels at the site indicate that the landfill media is between 34% and 59% saturated. The report goes on to say, JPL should be treated as a wet landfill and not as operated as a conventional landfill.  The JPL should not be considered a wet landfill. It should be modeled as a conventional landfill and therefore the EPA default value of k for conventional landfills should be used.

## 8    REVIEW OF AMBIENT AIR SAMPLING SITE AT WAGGAMAN PLAYGROUND

Air quality monitoring data were requested and obtained from the Louisiana Department of Environmental Quality at the Waggman Playground. The data were named "Jefferson Parish Site Hourly Data 01-24-20 to 10-26-20" and include hourly averages for all parameters (hydrogen sulfide, inside temperature, methane, non-methane organic carbons, particulate matter 2.5 micron or smaller (continuous), sulfur dioxide, total hydrocarbons, wind direction, wind speed. Data collection began with wind direction and wind speed on 1/24/20. The hour number marks the start of the averaging time. Two $H_2S$ readings of 25 ppb were reported (These two data points might be outliers in the data and were removed. Note: no quality control was performed on the received data)

The ratio of measured $H_2S$ concentrations to $CH_4$ concentrations was calculated for all reported concentration readings in the data file. The $H_2S/CH_4$ ratio can be an indication of (1) how far away the source of $H_2S$ and $CH_4$ is or the distance of the source from the monitoring station and (2) the strength of source in terms of its relative generation of $H_2S$ as compared to methane (MSW landfill, C&D landfill, wetland, wastewater treatment plant, chemical plant, etc.....). It is important to note that the two effects (distance from Waggman and type of source) cannot be separated or identified using the collected data. Nonetheless, some observations can be made.

Figure 13 shows the histogram of the $H_2S/CH_4$ data from the Waggman monitoring station. Figure 13 suggests the existence of several sources of $H_2S$ and $CH_4$ that can be responsible for the measured $H_2S$ and $CH_4$ at the monitoring station.  The ratio data also suggest:
(1) That there are at least 4 to 5 major sources of methane and $H_2S$, and/or
(2) These sources are at different distances from the Waggman monitoring station.



Figure 13. Histogram of $H_2S/CH_4$ data from the Waggman monitoring station.

# 9   REFERENCES

Abedini, A.R., (2014). Integrated Approach for Accurate Quantification of Methane Generation at Municipal Solid Waste Landfills. University of British Columbia.

Abichou, T., Clark, J., & Chanton, J. (2011). Reporting central tendencies of chamber measured surface emission and oxidation. Waste Management, 31(5), 1002-1008

Abichou, T., Powelson, D., Chanton, J., Escoriaza, S., Stern, J., 2006. Characterization of methane oxidation at a solid waste landfill. J. Environ. Eng. 132, 220–228.

Amini HR, Reinhart DR and Mackie KR (2012) Determination of first-order landfill gas modelling parameters and uncertainties. Waste Management 32: 305–316.

Anderson, R., J.R. Jambeck, and G.P. McCarron. (2010). Modeling of hydrogen sulfide generation from landfills beneficially utilizing processed construction and demolition materials. Final report. Prepared for the Environmental Research and Education Foundation, Alexandria, WA. February. SCS Engineers, PC, Providence, Rhode Island and Valley Cottage, New York, and University of Georgia.

Anunsen, S. (2007). An investigation of methods to reduce hydrogen sulfide emissions from landfills. Master's Thesis. Florida State University, Tallahassee, Florida.

Börjesson, G., Danielsson, A., Svensson, B.H., (2000). Methane fluxes from a Swedish landfill determined by geostatistical treatment of static chamber measurements. Environ. Sci. Technol. 34, 4044–4050.

Cihacek and Bremner 1993 Cihacek, L. J., and Bremner, J. M. (1993). "Characterization of the Sulfur Retained by Soils Exposed to Hydrogen-Sulfide." Communications in Soil Science and Plant Analysis, 24: 85-92.

EMCON Associates, (1998) "Municipal Solid Waste Landfill Gas Design Plan Review,"  Student Manual, APTI Workshop T018, First Edition, North Carolina State University, College of Engineering, Industrial Extension Service, Environmental   Programs, Raleigh, NC

Fécil, B., Héroux, M., Guy, C., (2003). Development of a Method for the Measurement of Net Methane Emissions From MSW Landfills. 9th International Waste Management and Landfill Symposium.

Green, S. (2015). Hydrogen Sulfide Attenuation within Landfill Covers Master's Thesis. Florida State University, Tallahassee, Florida

Gonzalez-Valencia, R., Magana-Rodriguez, F., Maldonado, E., Salinas, J., Thalasso, F., (2015). Detection of hotspots and rapid determination of methane emissions from landfills via a ground-surface method. Environmental Monitoring and Assessment 187.

Hao, O. J. (2003). 28 - Sulphate-reducing bacteria. In Handbook of water and wastewater microbiology (Eds. Mara, D. and Horan, N. J.) (pp. 459–46 9). London: Academic Press.

Hao, O. J., Chen, J. M., Huang, L., and Buglass, R. L. (1996). Sulfate reducing bacteria. Critical Reviews in Environmental Science and Technology 26, 155–187.

Irandoost, E., (2020). An Investigation of Fugitive Methane Flux at Landfills and Correlation with Surface Methane Concentrations. MS. Thesis. University of Calgary. April 2020. Department of Civil and Environmnetal Engineering. Canada

Kim, K.-H. (2006). Emissions of reduced sulfur compounds (RSC) as a landfill gas (LFG): A comparative study of young and old landfill facilities. Atmospheric Environment 40, 6567–6578.

Landaud, S., Helinck, S., and Bonnarme, P. (2008). Formation of volatile sulfur compounds and metabolism of methionine and other sulfur compounds in fermented food. Applied Microbiology and Biotechnology 77, 1191–1205.Liu et al. (2011)

Lando, A.T., Nakayama, H., Shimaoka, T., (2017). Application of portable gas detector in point and scanning method to estimate spatial distribution of methane emission in landfill. Waste Management 59, 255–266.

Liu, F., Xu, Q., and Townsend, T. G. (2011). Research on adsorption characteristics of several materials to H2S emitted from landfill. 2011 International Conference on Remote Sensing, Environment and Transportation Engineering (RSETE 2011). Nanjing, China: IEEE.

Mackie, K. R. and Cooper, C. D. (2009). "Landfill gas emission prediction using Voronoi diagrams and importance sampling." Environ. Model. Softw. 24(10): 1223-1232.

Meyer-Dombard DR, Bogner JE and Malas J (2020). A Review of Landfill Microbiology and Ecology: A Call for Modernization With 'Next Generation' Technology. Front. Microbiol. 11:1127. doi: 10.3389/fmicb.2020.01127

Mønster, J. G., Samuelsson, J., Kjeldsen, P., Rella, C. W. and Scheutz, C. (2014). "Quantifying methane emission from fugitive sources by combining tracer release and downwind measurements – A sensitivity analysis based on multiple field surveys." Waste Management 34(8): 1416-1428

Mønster, J., Samuelsson, J., Kjeldsen, P. and Scheutz, C. (2015). "Quantification of methane emissions from 15 Danish landfills using the mobile tracer dispersion method." Waste Management 35(0): 177-186.

National Academies of Sciences, Engineering, and Medicine [NASEM] (2018). Improving Characterization of Anthropogenic Methane Emissions in the United States. Washington, DC: The National Academies Press.

Oonk, H. (2010). Literature review: methane from landfills, Innovations in Environmental Technologies: 75.

Park, J, Chong, Y., Tameda, K., and Lee, N. (2018). Methods for determining the methane generation potential and methane generation rate constant for the FOD model: a review. Waste Management & Research, Vol. 36(3) 200–220

Park JK, Kang JH, Ban JK, et al. (2012) Developments of greenhouse gas generation model and estimation method of their parameters for solid waste landfills. Journal of the Korean Society of Civil Engineers 32: 339–406.

Plaza, C., Xu, Q. Y., Townsend, T., Bitton, G., and Booth, M. (2007). Evaluation of alternative landfill cover soils for attenuating hydrogen sulfide from construction and demolition (C&D) debris landfills. Journal of Environmental Management 84, 314–322.

Postgate, J. R. (1984). The sulphate reducing bacteria. Cambridge, England: Cambridge University Press.

Scharff, H. and J. Jacobs, (2006). Applying guidance for methane emission estimation for landfills. Waste Manage., 26: 417-429.

Scheutz, C., Samuelsson, J., Fredenslund, A. M. and Kjeldsen, P. (2011). "Quantification of multiple methane emission sources at landfills using a double tracer technique." Waste Management 31(5): 1009-1017.

Shaha, B. and Meeroff, D. (2020). Prediction of H2S concentration in landfill gas resulting from

Smith, R. L. and Klug, M. J. (1981). "Electron Donors Utilized by Sulfate-Reducing Bacteria in Eutrophic Lake Sediments." Applied and Environmental Microbiology, 42: 116-121.

Solan, P. J., Dodd, V. A., and Curran, T. P. (2010). Evaluation of the odour reduction potential of alternative cover materials at a commercial landfill. Bioresource Technology 101, 1115–1119.

Spokas, K., Bogner, J., and Chanton, J. (2011). A process-based inventory model for landfill CH4 emissions inclusive of soil microclimate and seasonal methane oxidation. J. Geophys. Res. Biogeosci. 116:G04017.

Spokas, K., Bogner, J., Corcoran, M., and Walker, S. (2015). From California dreaming to California data: challenging historic models for landfill CH4 emissions. Elementa 3:000051. doi: 10.12952/journal.elementa.00 0051

Spokas, K., Graff, C., Morcet, M., Aran, C., (2003). Implications of the spatial variability on landfill emission rates on geospatial analyses. Waste Manage. 23, 599–607.

Thoma, E., Green, R., Hater, G., Goldsmith, C., Swan, N., Chase, M. and Hashmonay, R. (2010). "Development of EPA OTM 10 for Landfill Applications." Journal of Environmental Engineering 136(8): 769-776.

USEPA. (2005). Landfill Gas Emissions Model (LandGEM) Version 3.02 User's Guide. EPA-600/R-05/047. U.S. Environmental Protection Agency, Washington, D.C. May.

Vasarevicius, S. V., S. (2011). Investigation and evaluation of H(2)S emissions from a municipal landfill. Journal of Environmental Engineering and Landscape Management 19, 12–20.Vismann 1991

Xu, Q., T. Townsend, and G. Bitton. (2011). Inhibition of hydrogen sulfide generation from disposed gypsum drywall using chemical inhibitors. Journal of Hazardous Materials. Vol. 101: 204-211.

## 10   REFERENCED REPORTS

CEC. 2018. Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana. Carlson Environmental Consultants, PC. Monroe, NC. August 15.

Exponent. 2020. Jefferson Parish Landfill. Air Quality Sampling Report. January 3.

Soler Report 2021. Expert report of Nestor D. Soler. Evaluation of Jefferson Parish Landfill Gas Emissions, Avondale, Louisiana – Jefferson Parish. Ramboll US Consulting, Inc., Arlington, VA.

Pietari Report 2021. Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill, prepared by Jaana Pietari, Ph.D., MBA, PE.

Jefferson Parish Landfill, Air Quality Sampling Data Report (January 3, 2020) by Exponent, 2020.

Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill — Supplemental Data Report 24218246.07 l July 10, 2019

Landfill Gas System Assessment for the Jefferson Parish Landfill prepared by Carlson Environmental Consultants (CEC).

Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill - Data Report
SCS 24218246.01 I May 31, 2019


APPENDIX A

**TAREK ABICHOU PHD PE**

**EDUCATION**

| | | | |
|---|---|---|---|
| B.S. | University of Wisconsin-Madison | 1989 | Civil Engineering |
| M.S. | University of Wisconsin-Madison | 1993 | Geotechnical Engineering |
| Ph.D. | University of Wisconsin-Madison | 1999 | Geotechnical Engineering |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2012- Present | Professor |
| 2006 - 2012 FAMU-FSU | Associate Professor |
| 2000 – 2006 FAMU-FSU | Assistant Professor |
| 1999 – 2000 University of Wisconsin | Post-Doctoral Research Associate |
| 1996 – 2000 University of Wisconsin | Research Assistant |
| 1994 - 1996 Andrews Environmental Engineering | Geo-environmental Engineer |
| 1992 - 1993 University of Wisconsin | Research Assistant |
| 1989 – 1992 Marathon Petroleum | Resident Engineer |

**Awards**
- College of Engineering Research Award (Exceptional Research Productivity, 2007)
- Fulbright Scholar Award (2007-2008)
- Nominated for FSU Teacher of the Year Award (2005)
- USEPA Science To Achieve Results (STAR) recipient (2003)
- Severson Geotechnical Award – University of Wisconsin (1999)
- Shelby Tube Award – Andrews Environmental Engineering (1996)
- USAID Award – USAID (84 to 89)

**PERTINENT RESEARCH, TEACHING AND/OR RELATED ACTIVITIES**

Courses: Soil Mechanics, Environmental Geotechnics, Geotechnical Design

**RECENT PUBLICATIONS (Last 5 Years)**

Wireko, C, & Abichou, T. (2021). Investigating factors influencing polymer elution and the mechanism controlling the chemical compatibility of GCLs containing linear polymers. *Geotextiles and Geomembranes*.

Wireko, C, Binte, Z., Tian, K., & Abichou, T. (2020). Effect of specimen preparation on the swell index of bentonite-polymer GCLs. *Geotextiles & Geomembranes*, *48*(6), 875-885. Retrieved from https://doi.org/10.1016/j.geotexmem.2020.06.006 doi:10.1016/j.geotexmem.2020.06.006

Sanusi, F., Choi, J., Ulak, M., Ozguven, E., & Abichou, T. (2020). A Metadata-Based Analysis of Physical-Social-Civic Systems to Develop the Knowledge Base for Hurricane Shelter Planning. *Journal of Management in Engineering*, *36*(5), 20. Retrieved from https://ascelibrary.org/doi/10.1061/%28ASCE%29ME.1943-5479.0000802

Bel Hadj Ali, N., Abichou, T., & Green, R. (2020). Comparing Estimates of Fugitive Landfill Methane Emissions using Inverse Plume Modeling obtained with Surface Emission Monitoring (SEM), Drone Emission Monitoring (DEM), and Downwind Plume Emission Monitoring (DWPEM). *Journal of the Air & Waste Management Association*, 20. Retrieved from https://doi.org/10.1080/10962247.2020.1728423

Li, L., Tang, Y., Abichou, T., Higgs, B., Wireko, C., & Li, R. (2019). Characterization of Leachates from Landfills Containing MSW-I Residues. *Journal of Hazardous, Toxic, and Radioactive Waste*, *23*(4). Retrieved from https://ascelibrary.org/doi/10.1061/%28ASCE%29HZ.2153-5515.0000451

Sparrow, K., Chanton, J., Green, R., Scheutz, C., Hater, G., Wislon, C., & Abichou, T. (2019). Stable isotopic determination of methane oxidation: when smaller scales are better. *Environmental Science & Technology*, *97*, 82-87. Retrieved from https://doi.org/10.1016/j.wasman.2019.07.032

Yesiller, N., Hanson, J., Risken, J., Abichou, T., Benson, C., & Jenner, D. (2019). Hydration Fluid and Field Exposure Effects on Moisture-Suction Response of Geosynthetic Clay Liners. *ASCE Journal of Geotechnical and Geo-Environmental Engineering*, *145*(4), 35. doi:DOI: 10.1061/ (ASCE)GT.1943-5606.0002011

Morris, J., Caldwell, M., Obereiner, J., O'Donnell, S., Johnson, T., & Abichou, T. (2018). Modeling methane oxidation in landfill cover soils as indicator of functional stability with respect to gas management. *Journal of the Air & Waste Management Association*, *69*(1), 13-22. Retrieved from https://doi.org/10.1080/10962247.2018.1500403 doi:10.1080/10962247.2018.1500403

Kormi, T., Mhadhebi, S., Bel Haj Ali, N, Abichou, T., & Green, R. (2018). Estimation of fugitive landfill methane emissions using surface emission monitoring and Genetic Algorithms optimization. *Waste Management*, *72*, 313–328. Retrieved from https://www.sciencedirect.com/science/article/pii/S0956053X16306833 doi:10.1016/j.wasman.2016.11.024

Kormi, T., Abichou, T., Kout, N., Ksibi, M., & Wang, C. (2018). Using methane biological oxidation in soil as a tool to finance closure of dumpsites across the Mediterranean Basin. *Euro-Mediterranean Journal of Environmental Integration*, *3*(6), 10. doi:10.1007/s41207-017-0044-7

Kormi, T., Bel Haj Ali, N., Abichou, T., & Green, R. (2017). Estimation of landfill methane emissions using stochastic search methods. *Atmospheric Pollution Research*, *8*(4), 597-605. Retrieved from

https://www.sciencedirect.com/science/article/pii/S1309104216303932
doi:10.1016/j.apr.2016.12.02

Escobar, F., & Abichou, T. (2016). Development of Screening Parameter for the Design of Monolithic Alternative Landfill Covers in Arid and Semi-Arid Climates. *Journal of Environmental Science, Computer Science and Engineering & Technology*, *4*(1), 10-21. doi:10.12974/2311-8741.2016.04.01.2

Abichou, T., Melaouhia, H., Higgs, B., Chanton, J., & Green, R. (2016). Innovations in Measuring Field Scale Biological Methane Oxidation at Two Soil-Covered Closed Landfills. *Current Environmental Engineering*, *3*, 3. doi:10.2174/22127178036661050430143550

Kormi, T., Bel Haj Ali, N., Abichou, T., & Green, R. (2016). Estimation of Landfill Methane Emissions Using Stochastic Search. In Anirban De, Ph.D., P.E.1, Krishna R. Reddy, Ph.D., P.E., D.GE2, Nazli Yesiller, Ph.D.3, Dimitrios Zekkos, Ph.D., P.E.4, & and Arvin Farid, Ph.D., P.E.5 (Eds.), *Geo-Chicago 2016: Sustainable Geoenvironmental Systems* (pp. 131-140). American Society of Civil Engineers. Retrieved from http://dx.doi.org/10.1061/9780784480144.014

Melaouhia, H., Higg, B., Abichou, T., & Green, R. (2016). Methane Oxidation as Measured with Gas Push Pull Testing. In Anirban De, Ph.D., P.E., Krishna R. Reddy, Ph.D., P.E., D.GE, , Nazli Yesiller, Ph.D., , Dimitrios Zekkos, Ph.D., P.E., & Arvin Farid, Ph.D., P.E. (Eds.), *Geo-Chicago 2016: Sustainable Geoenvironmental Systems* (pp. 177-188). American Society of Civil Engineers. Retrieved from http://dx.doi.org/10.1061/9780784480144.018

Abichou, T., Kormi, T., Marsh, A., & Wang, C. (2016). Phytocaps for Landfill Emission Reduction in Australia. In Anirban De, Ph.D., P.E., Krishna R. Reddy, Ph.D., P.E., D.GE, Nazli Yesiller, Ph.D., Dimitrios Zekkos, Ph.D., P.E., & Arvin Farid, Ph.D., P.E. (Eds.), *Geo-Chicago 2016: Sustainable Geoenvironmental Systems* (pp. 222-231). American Society of Civil Engineers. Retrieved from http://dx.doi.org/10.1061/9780784480144.022

## Relevant Consultancy List

**Waste Management Inc. USA**

- Compared methodologies for emission estimation of fugitive methane from Landfills using Surface Scanning, Drones, and Down Wind Plume Cavity Ring Analyzer
- H2S surface concentration monitoring and H2S flux emission rate measurements at a solid waste landfill in the Northwest
- H2S attenuation in landfill cover soils: field study (research project consisting of constructing and testing H2S transport through 3 test pads for 2 years)
- Field measurement of collection efficiency of Landfill gas collection systems
- Assessed of effects of disposal of Reverse Osmosis waste in landfills on methane gas generation potential
- Developed a modeling approach to inventory greenhouse gas emissions from landfills
- Worked with WMI on using Tunable Diode Laser technique to characterize methane emissions from landfills
- Worked with WMI on using Tracer methods to characterize methane emissions from landfills

- Used static chamber technique and stable isotopes to characterize methane oxidation in landfill covers
- Designed alternative landfill covers capable of reducing methane emissions from landfills
- Field installation of soil/weather stations at several Waste Management, Inc. landfills
- Geotechnical analysis of settlement, and slope stability of several landfills
- General civil engineering expertise (when needed)
- Lead instructor for WMI personnel on Best Management Practices in landfill operations

**Golder's Associate, USA**
- Developed a workshop and instructed staff engineers on landfill gas collection and utilization system design, and installation
- Assessed field performance of gas collection systems
- Assessed field methane oxidation in landfill covers

**US Environmental Protection Agency (EPA), USA**
- Expertise on construction of Evapo-transpiration covers
- Developed and participated in alternative landfill cover workshops offered in several cities in the US   Developed a landfill strategy for the island of Puerto Rico
- Investigated potential use of storm debris in landfill cover applications