# EXPERT REPORT OF NESTOR D. SOLER

# EVALUATION OF JEFFERSON PARISH LANDFILL GAS EMISSIONS

## AVONDALE, LOUISIANA – JEFFERSON PARISH

Nestor D. Soler PE (NJ)
Principal, Ramboll US Consulting, Inc.
January 28, 2021



EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

## CONTENTS

| | | |
|---|---|---|
| **1.** | **INTRODUCTION** | **1** |
| 1.1 | Scope and Purpose | 2 |
| 1.2 | Information Considered | 2 |
| 1.3 | Limitations | 3 |
| **2.** | **SUMMARY OF FINDINGS AND OPINIONS** | **4** |
| 2.1 | Summary of Landfill Gas and Leachate Management at the Site | 4 |
| 2.2 | LFG Mapping and Emission Sources at the Site | 6 |
| 2.3 | $H_2S$ Generation from Solid Waste at the Site | 7 |
| 2.4 | $H_2S$ Emissions at the Site | 7 |
| **3.** | **BACKGROUND** | **9** |
| 3.1 | Site Location and Description | 9 |
| 3.2 | Summary of Landfill Operations | 9 |
| 3.3 | Existing Landfill Control Systems | 10 |
| 3.3.1 | Landfill Cap System | 10 |
| 3.3.2 | Landfill Gas Control System | 10 |
| 3.3.3 | Leachate Control System | 11 |
| 3.3.4 | Storm Water Management System | 11 |
| **4.** | **EVALUATION OF LANDFILL GAS GENERATION AND EMISSIONS** | **12** |
| 4.1 | Previous Landfill Gas System Evaluations | 12 |
| 4.1.1 | 2017 Landfill Gas Collection and Control Plan – Golder Associates | 12 |
| 4.1.2 | 2018 Landfill Gas System Assessment – CEC | 13 |
| 4.1.3 | 2019 High BTU Landfill Gas Utilization Plan – CEC | 17 |
| 4.1.4 | 2019 Assessment of Jefferson Parish Landfill Gas Field – CEC and River Birch | 19 |
| 4.1.5 | Summary of the Landfill Gas and Leachate Management at the Site | 20 |
| 4.2 | Ramboll Landfill Gas Sampling and Monitoring Activities | 22 |
| 4.3 | Gas Emission Sources at the Site | 24 |
| **5.** | **LANDFILL GAS GENERATION MODELING FROM SOLID WASTE** | **26** |
| 5.1 | Methods for Estimating Landfill Gas Generation from Solid Waste | 26 |
| 5.1.1 | Composition of Landfill Gas | 26 |
| 5.1.2 | Rate of LFG Generation | 28 |
| 5.2 | Application of the LandGEM Model to Estimate $H_2S$ Generation from Solid Waste at the JPL Site | 30 |
| 5.2.1 | Waste Acceptance | 30 |
| 5.2.2 | Selection of the Kinetic Constant k | 32 |
| 5.2.2.1 | Factors Affecting the K Value | 32 |
| 5.2.2.2 | Leachate (Liquid) Levels between 2009 and 2016 | 32 |
| 5.2.2.3 | Leachate (Liquid) Levels between 2018 and 2019 | 34 |
| 5.2.2.4 | Selected K Value for the JPL Site | 37 |
| 5.2.3 | Selection of the Methane Potential $L_0$ for the JPL Site | 38 |
| 5.2.4 | $H_2S$ Concentration for each Landfill Phase | 38 |

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

| | | |
|---|---|---|
| 5.3 | Results of the Application of the LandGEM Model to Estimate $H_2S$ Generation from Solid Waste | 39 |
| **6.** | **ESTIMATED COLLECTION EFFICIENCIES** | **41** |
| **7.** | **$H_2S$ EMISSION INVENTORY** | **43** |
| 7.1 | $H_2S$ Generation from Spent Lime Operations | 43 |
| 7.2 | $H_2S$ Fugitive Emissions | 43 |
| **8.** | **REFERENCES** | **47** |

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

## FIGURES

Figure 3-1:    Site Location Map

Figure 3-2:    Site Layout

Figure 3-3:    Existing Landfill Gas Control System Effective Radius of Influence

Figure 3-4:    Existing Leachate Collection System Layout

Figure 3-5:    Potential Storm Water Collection or Ponding Areas

Figure 4-1A:   Pressure Measurement Mapping Based on Field Data Collected November 2019

Figure 4-1B:   Methane Percentage Mapping Based on Field Data Collected November 2019

Figure 4-1C:   Carbon Monoxide Concentration Mapping Based on Field Data Collected November 2019

Figure 4-1D:   Carbon Dioxide Percentage Mapping Based on Field Data Collected November 2019

Figure 4-1E:   Carbon Dioxide and Methane Percentage Mapping Based on Field Data Collected November 2019

Figure 4-1F:   Hydrogen Sulfide Concentration Mapping Based on Field Data Collected November 2019

Figure 4-1G:   Oxygen Percentage Mapping Based on Field Data Collected November 2019

Figure 5-1:    LFG Typical Composition in Solid Waste Landfills over Biodegradation Stages

Figure 6-1A:   ROI of LFG Wells without the Presence of Liquids in Well Screens- Phase I

Figure 6-1B:   ROI of LFG Wells without the Presence of Liquids in Well Screens- Phase II

Figure 6-1C:   ROI of LFG Wells without the Presence of Liquids in Well Screens- Phase IIIA

Figure 6-1D:   ROI of LFG Wells without the Presence of Liquids in Well Screens- Phases IIIB & IVA

Figure 6-2A:   ROI of LFG Wells considering the Presence of Liquids in Well Screens- Phase I

Figure 6-2B:   ROI of LFG Wells considering the Presence of Liquids in Well Screens- Phase II

Figure 6-2C:   ROI of LFG Wells considering the Presence of Liquids in Well Screens- Phase IIIA

Figure 6-2D:   ROI of LFG Wells considering the Presence of Liquids in Well Screens- Phases IIIB & IVA

Figure 6-3:    Areal Coverage of LFG Recovery Wells

## TABLES

Table 4-1:    Pneumatic Well Inventory (CEC, May 2018)

Table 4-2:    Landfill Gas Extraction Well Configuration (CEC, May 2018)

Table 4-3:    Ground Surface Concentrations (CEC, May 2018)

Table 5-1:    Typical LFG Components During Anaerobic Degradation

Table 5-2:    Typical Models Used to Predict LFG Generation

Table 5-3:    Shaw Environmental: March - December 2009

Table 5-4:    Shaw Environmental: June 2012

Table 5-5:    CB&I: February 2016

Table 5-6:    CB&I: March 2016

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

Table 5-7:      CB&I: July 2016
Table 5-8:      CEC Data: May 14-18, 2018
Table 5-9:      APTIM Data: Various Dates in 2018
Table 5-10:     APTIM Data: January 2018 - June 2018
Table 5-11:     APTIM Data: July 2018 - December 2018
Table 5-12      APTIM Data: 2019 Q1
Table 5-13:     Summary of APTIM Data 2018 - 2019
Table 5-14:     Average $H_2S$ Concentrations for Waste-In-Place
Table 5-15:     $H_2S$ Generation from Solid Waste ($m^3$/year)
Table 6-1:      Estimated Collection Efficiencies
Table 7-1:      Average Efficiency of LFG Collection per Phase
Table 7-2:      Summary of Annual $H_2S$ Generation and Emission Estimates per Landfill Phase
                Over Time

## APPENDICES

Appendix A:     Curriculum Vitae of Nestor D. Soler
Appendix B:     Landfill Gas Characterization Report
Appendix C:     Timeline of Operational Issues Associated with LFG Extraction Wells and
                Leachate Risers
Appendix D:     Solid Waste Types and Quantities from Annual Certificates of Compliance (July 2002 to
                June 2020)
Appendix E:     Annual Waste Acceptance Between 1982 to 2035 Used in LandGEM Modeling
Appendix F:     CEC Liquid Level Data: May 14-18, 2018
Appendix G:     APTIM Liquid Level Data: Various Dates in 2018
Appendix H:     APTIM Liquid Level Data: January to June 2018
Appendix I:     APTIM Liquid Level Data: July to December 2018
Appendix J:     APTIM Liquid Level Data: 2019 Q1
Appendix K:     Hydrogen Sulfide ($H_2S$) Monthly Emission Inventory - October 2016 to December 2019

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS                                    1

# 1.    INTRODUCTION

[1]          My name is Nestor D. Soler, and I am a Principal employed by Ramboll US Consulting, Inc. ("Ramboll"). Ramboll is an international engineering and consulting company founded in Denmark in 1945. Ramboll currently employs approximately 16,500 professionals around the globe providing services in the areas of Environment & Health, Water, Energy, Buildings and Transport, among others. A current copy of my *curriculum vitae*, including a list of my publications and cases in which I have testified in depositions previously, is attached as **Appendix A**. I have not testified as an expert, either trial or at a deposition, during the last four years.

[2]          I received my bachelor's degree in civil engineering in 1984 at los Andes University in Colombia; in 1990, I received my master's degree in environmental and civil engineering from Rutgers University. I have held a professional engineering license in the State of New Jersey since 1993. With over 25 years of experience as an environmental, geotechnical and civil engineer, I have contributed to the planning, investigation, design and implementation of numerous large-scale engineering projects. In reference to solid waste experience, I have directed design and construction projects and pioneered the development of innovative systems in the following areas: landfill environmental control/treatment systems; landfill gas generation, control and treatment; landfill closure and brownfield and landfill redevelopment; soil and groundwater remediation and landfill rehabilitation; beneficial reuse programs; and solid waste management. I have participated in different solid waste landfill projects in the United States and worldwide, including landfills in Latin America, Canada, Europe, China, Africa and Australia.

[3]          I am submitting this expert report at the request of Whiteford, Taylor & Preston, LLP (WTP) in connection with this case.[1] During the preparation of this report, I was assisted by engineers and scientists who work at Ramboll and have relevant knowledge and expertise relating to the technical matters in question. Their names are listed below:

•   Jose Sananes, P.E.

•   Christopher Buzgo, Ph.D.

•   Barry Schnorr

•   Emily Maj

[4]          These scientists and engineers provided assistance in screening, reviewing and evaluating certain case documents. Their technical assistance was also directed toward specific engineering evaluations, which I needed to confirm relevant information. As such, I carefully reviewed, and assume responsibility for, all the technical information that they processed and provided to me. Finally, I attest that all technical observations, opinions, and conclusions provided in this report are mine.

---

[1]    *Frederick Addison et al. v. Louisiana Regional Landfill Co., et al.*, Civ. Action No.19-1113 and 19-14512, and *Elias Jorge ("George") Ichtech-Bendek et al. v. Waste Connections Bayou, Inc.*, Civ. Action No. 18-7889, E.D.La.)

[5]        Ramboll is being compensated on a time and materials basis for my time at the rate of $247.50 per hour; for deposition and trial testimony, Ramboll charges 1.5 times my standard hourly rate.

[6]        Both I and Ramboll are independent environmental consultants in this matter. Neither Ramboll, I, nor any of its employees or subcontractors have any interest in the outcome of this matter. Our fees are not contingent upon the opinions expressed herein, and none of us has any financial interest in the outcome of this case.

## 1.1    Scope and Purpose

[7]        WTP initially retained Ramboll on behalf of plaintiffs in the matter of Frederick Addison et al. v. Louisiana Regional Landfill Co., et al., (E.D. La., Civ. Action No.19-1113 and 19-14512) to conduct a site inspection and landfill gas characterization of the Jefferson Parish Landfill site ("JPL", "Site" or "JPL Site"), an active municipal, industrial, and commercial solid waste landfill located in Avondale, Louisiana on the west bank of the Mississippi River. The landfill gas characterization activities, which were carried out under Ramboll's general supervision, included gas monitoring, sampling, and analysis, which were conducted at the Site between November 4 and 8, 2019 in accordance with Ramboll's October 31, 2019 Landfill Gas Characterization Work Plan (Ramboll, 2019). That work plan was prepared after extensive consultation with the defendants in these cases and with their approval. The activities conducted during the site inspection and the results of that assessment are contained in Ramboll's report entitled Landfill Gas Characterization Report, a copy of which is attached as **Appendix B** hereto.

[8]        Following completion of those activities, I was asked by WTP to: (a) evaluate the operational conditions of the gas extraction system at the Site; (b) estimate the generation of landfill gas and, in particular, hydrogen sulfide ($H_2S$) from the biodegradation of solid waste at the JPL Site; (c) identify $H_2S$ emissions from biodegradation of solid waste within the different areas, or Phases, where waste was disposed at the JPL; and (d) prepare an inventory of $H_2S$ emissions to be used in an air model, which was to be performed by other experts.

## 1.2    Information Considered

[9]        In preparing this report, I considered documents produced by the parties in this case, documents publicly available on the website of the Louisiana Department of Environmental Quality ("LDEQ"), and other documents cited below and in Ramboll's 2019 site inspection report. These documents provided information concerning, among other things, general information about the landfill; reports written by other consultants; inspection reports completed by, or on behalf of, the Jefferson Parish Landfill, Jefferson Parish, and/or LDEQ; landfill gas (LFG) collection system (LFGCS) measurements; emails and; waste disposal records for the facility. The documents relied upon for this report are listed in **Section 8**. In preparing this report I also relied on various EPA Guidance documents, regulations and literature sources identified below, as well as my own professional knowledge, experience, and expertise concerning solid waste landfills and the various issues discussed in this report.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS                                3

### 1.3    Limitations

[10]    Assumptions made during my evaluation are outlined throughout the report. I have assumed that the information supplied to me accurately documents the facts and circumstances in relation to the technical matters that this report addresses. In my opinion, the documents and information that I relied on are the type of information that an expert in my field would reasonably rely upon in formulating the opinions that I offer in this report. This report summarizes work performed to date and presents my findings and opinions resulting from that work, made to a reasonable degree of scientific certainty. Should additional documents be discovered or produced and the information contained in these documents bear upon any of my technical opinions, I reserve the right to prepare a supplemental expert report to add and/or amend my opinions.

## 2.     SUMMARY OF FINDINGS AND OPINIONS

### 2.1     Summary of Landfill Gas and Leachate Management at the Site

[11]     Since 2017, Golder Associates (Golder), Carlson Environmental Consultants (CEC) and River Birch, LLC (River Birch) have prepared reports assessing the landfill gas and leachate collection system at the JPL Site. It is my understanding that both Golder and CEC undertook their analyses as consultants hired by Jefferson Parish before this litigation began.

[12]     It has been well documented since 2017 that the LFG extraction system has been deficient due to the high levels of liquids within the landfill phases. In fact, in 2017, Golder recommended that prior to installation of new landfill extraction wells, the following remedial actions be implemented: (a) installation of horizontal gas collectors in close proximity to the location of the surface emission exceedance; (b) dewatering of wells with submerged sections of perforated pipe (well screen) in order to increase LFG flow and improve LFG quality; and (c) improvements to the gas control system to manage condensate (Golder, 2017).

[13]     The LFG recovery data for Phases IIIA, IIIB, and IVA provided by Golder (Golder, 2017) indicate that the efficiency of the LFG collection systems for these landfill areas has been decreasing over time since 2011. Specifically, according to Golder, from 2011 through 2016, the gas collection efficiency for these phases gradually decreased from 68.9% to 47.5% using the Golder gas generation estimates, and from 29.5% to 19.6% using LandGEM conventional parameters (Golder, 2017).

[14]     The August 2018 CEC assessment clearly documents the inadequacy of the landfill gas collection system and significant deficiencies in liquid (leachate) collection in the landfill. In fact, the leachate within the landfill media reaches levels that block to varying degrees the screens of the LFG extraction wells, which were set 10 feet above the landfill's bottom liner. These high leachate levels impede collection of the gas that is being generated, which in turn allows this gas to be emitted to ambient air as fugitive emissions. CEC concluded that the subsurface liquids impact the limited pathways of available LFG recovery, contributing to gas emissions, and site odors. The data evaluated by CEC indicated that liquid removal has not been successful at the facility as most of the liquid pumps are not in operation or provide minimum liquid withdrawal due to deficiencies in both the landfill gas condensate and leachate collection pumping systems. CEC also noted significant deficiencies in the maintenance and operation of these systems and provided numerous recommendations to improve them. Ultimately, CEC concluded that the landfill is wet, with subsurface liquids impacting the limited pathways of available LFG recovery, contributing to gas emissions, and site odors. Further, CEC identified extremely high concentrations of $H_2S$ in several landfill gas wells of Phase IVA (CEC, 2018).

[15]     In May 2019, CEC proposed that the LFG extraction system be rehabilitated in stages to achieve higher collection efficiencies. The significant and costly rehabilitation plans proposed to extract LFG from the different landfill phases indicates the magnitude of the deficiencies in the collection of landfill gas at JPL Site, deficiencies which have resulted in high emissions of gases generated within the landfill media.

[16]      It should be noted that the Golder and CEC gas generation estimates are based on biodegradation parameters for conventional landfills and do not account for specific factors applicable to the JPL, as discussed below. The Golder and CEC gas generation estimates yield lower gas generation rates in the initial phases of waste biodegradation than would have been generated at the JPL.

[17]      On May 22, 2019, River Birch prepared a summary of identified problems at the JPL, with explanations of their potential consequences. These conclusions were based on assessments independently performed in March and April of 2019 by CEC and River Birch on the LFG extraction and leachate collection systems. From this report, it is evident that the LFG extraction system at the JPL Site performs inadequately, not only because of high liquid levels within the landfill media but also because of improper construction and maintenance of the new infrastructure as part of the Parish's attempt to correct a multitude of historical operational problems. These conditions have significantly contributed to gas emissions and odors.

[18]      The information provided by Golder, CEC, and River Birch reveals that the landfill gas and leachate management systems at the JPL Site have been inefficiently operated and maintained, requiring significant infrastructure improvements to correct LFG extraction deficiencies, and that these deficiencies have contributed to increased gas emissions and odors. These reports document that the existing landfill gas and leachate control systems are improperly maintained, antiquated and inadequately sized, and/or non-performing.

[19]      Deficiencies related to the operation of the LFG extraction and leachate collection systems have been historically reported in other documents reviewed by Ramboll, including numerous field inspection, field monitoring, and maintenance and operation reports dating back to 2013. These documents reveal that:

- Operational issues related to the gas wells have included, but are not limited to, pressure exceedances, oxygen exceedances, high leachate levels, limited gas flow, gas odors, $H_2S$ detections, distressed vegetation around wells, damaged or missing components (e.g., liner boot, pump, clamps, seals), and surface emission monitoring (SEM) exceedances.

- Operational issues related to the leachate collection and landfill gas condensate management systems included, but are not limited to, drainage issues on the condensate sumps, leachate and landfill gas leaks in conveyance lines and/or risers, plugged conveyance lines, detection of LFG odors and $H_2S$, damaged or missing components (e.g., gauges, pumps, riser seals, valves, transducers, flanges), SEM exceedances, and positive pressures at the LFG extraction wells.

[20]      Ramboll mapped concentrations of LFG parameters collected during its November 2019 field sampling and monitoring activities. The presence of relatively high methane concentrations in some locations indicates that there is active anaerobic biodegradation of waste in all phases of the landfill, and that the existing landfill gas collection system is ineffectively operated, maintained and/or designed. Moreover, when methane or $H_2S$ were not present, this was most likely due to atmospheric air infiltration induced by high vacuum pressure exerted on some of the wells. Multiple lines of evidence,

including the mapping of pressure, oxygen, and the combination of oxygen and carbon dioxide, indicate that the existing landfill gas collection system was not properly designed, has not been effectively operated and maintained, and has not adequately controlled LFG emissions from the site.

[21]     In my opinion, numerous design, construction, and operation and maintenance issues associated with the gas extraction and leachate collection systems have resulted in multiple potential point sources of LFG emissions. Moreover, the elevated liquid levels within the landfill media inhibit the adequate extraction and control of landfill gas that is being generated within the landfill media.

## 2.2     LFG Mapping and Emission Sources at the Site

[22]     Ramboll mapped concentrations of LFG parameters collected during the November 2019 field sampling and monitoring activities. Major findings of Ramboll's mapping follows.

[23]     The $H_2S$ mapping indicates that, while typical sulfate-rich waste streams have been historically deposited in certain areas of each landfill phase, Phase IVA received a unique sulfate-rich waste stream that has resulted in significantly higher $H_2S$ generation from solid waste placed in this area, with concentrations of $H_2S$ in landfill gas at least one order of magnitude higher than the concentrations in other areas.

[24]     Given the deficient conditions of the LFG extraction system, the following potential sources of emissions were identified: (1) area source emissions as a result of the low efficiency of the LFG extraction system; (2) gas emissions from the liquid waste solidification process; (3) point source gas emissions from defective LFG extraction wells and conveyance pipelines; (4) point source gas emissions from leachate and condensate risers; and (5) gas emissions from leachate evaporation.

[25]     Ramboll evaluated each of these potential sources and developed methods to characterize gas emissions from these sources. I concluded that for the period ranging from late 2016 to the end of 2019, the most significant sources of emissions were (1) area source emissions as a result of poor efficiency of the existing LFG extraction system, and (2) $H_2S$ generated from the liquid waste solidification process. Point source gas emissions and emissions from leachate evaporation unquestionably occurred and contributed to total JPL emissions. I did not, however, reach a conclusion concerning the quantity of emissions from these sources due primarily to the lack of continuity of these emissions over time and locations. As indicated in this report, while numerous design, construction, and operation and maintenance issues associated with the gas extraction and leachate collection systems have been identified that would result in multiple potential point sources of LFG emissions, emissions from these known sources were not included in my estimates of the gas generated at the JPL. As a result, my calculations of LFG generation and emissions likely underestimate the LFG emissions from the landfill.

### 2.3 H2S Generation from Solid Waste at the Site

[26] My evaluation focuses on the generation of H2S at the JPL during the years 2016 through 2019. To perform this modeling I used the LandGEM model, a first-order kinetic model extensively used and accepted in the United States that was developed and approved for use for regulatory purposes by the USEPA. The LandGEM model requires a number of inputs for various parameters (EPA, 2005a).

[27] For LFG modeling purposes the following input parameters were used:

- <u>Waste Acceptance Tonnage</u>: For LFG modeling purposes, Ramboll used waste disposal quantities reported by CEC (CEC, 2019a and CEC, 2019b) and/or waste quantities reported by the Parish to the LDEQ in its Annual Waste Certification of Compliance reports.

- <u>Kinetic Constant (k)</u>: The k constant represents the rate at which waste within a landfill degrades and generates LFG. The selection of k depends on many factors including moisture content. The leachate levels at the site indicate that the landfill media is between 34% to 59% saturated. Therefore, based on USEPA studies, the landfill should be treated as a wet landfill and not as a conventional landfill. Based on my review of USEPA studies of kinetic constants for wet landfills, I concluded that a k value of $0.11$ year$^{-1}$ was appropriate to estimate LFG generation at the Site as an input to the LandGEM model.

- <u>Methane Potential (L$_0$)</u>: The L$_0$ constant represents the total volume of methane that could be produced from a unit mass of waste. For the same reasons, I have concluded that the EPA-recommended conventional L$_0$ of 96 m$^3$/Mg for wet landfills (EPA, 2005a) was appropriate to model landfill gas generation at the JPL Site as an input to the LandGEM model.

- <u>H2S Concentration</u>: In order to estimate emissions rates for hydrogen sulfide from solid waste (other than sulfate-rich spent lime), an average H2S concentration was calculated for each landfill phase (other than Phase IVA) based on measurements taken by Ramboll in November 2019. To derive the average H2S concentration within a Phase, we only included H2S measurements taken from wells in that Phase where oxygen concentrations were measured at less than 5%. My colleague Dr. Janna Pietari has conducted a separate assessment on the H2S generated by sulfate-rich wastes disposed in Phase IVA, which is presented in her accompanying expert report. Thus, for Phase IVA instead of an average H2S concentration based on measurements taken in November 2019, I assumed that the average H2S generated by all other solid wastes placed in Phase IVA (i.e., wastes other than those addressed by Dr. Pietari) was equivalent to that of Phase IIIB.

[28] The results of my modeling of H2S generated from solid waste at the JPL Site are presented in **Table 5-15**.

### 2.4 H2S Emissions at the Site

[29] Gases generated at the site that are not captured by the LFG extraction system are considered fugitive emissions. To estimate emissions, collection efficiencies (i.e., the percent of LFG generated at the site that is captured by the LFG extraction system)

were determined as described in **Section 6** of this report. Knowing the total amount of gas generated and the percentage of that gas that is captured by the LFG control system enables one to calculate the total amount of fugitive (uncaptured) emissions. Using this method, I report total fugitive emissions of $H_2S$ from the landfill from October 2016 to December 2019 in **Appendix K**.

[30]   For Phase IVA, the inventory tables in **Appendix K** include Dr. Pietari's calculations of $H_2S$ generation that is attributable to the spent lime, which she accounted for in her analysis. These tables also define my calculated emissions from spent lime.

[31]   In my opinion, the calculations of $H_2S$ generated by the Jefferson Parish Landfill for the period from October 2016 through December 2019 underestimate actual $H_2S$ emissions from the JPL Site since they do not account for (a) emissions from multiple point sources resulting from numerous design, construction, and operation and maintenance issues associated with the gas extraction and leachate collection systems; (b) emissions from the side slopes of the landfill phases, where there is no active gas collection; and (c) the numerous wells that did not capture any LFG at various times during which they were documented to be operating under positive pressure. LFG extraction wells under positive pressure cannot collect gas and, therefore, capture zones (ROIs) around these wells do not exist, an operational condition that decreases collection efficiency.

[32]   **Appendix K** presents emissions on a monthly basis. With respect to the emissions attributable to the wastes addressed by Dr. Pietari, the monthly totals represent actual estimates for each specific month, which consist of the midpoint between her lower and upper bound calculation for each month. With respect to the $H_2S$ emissions that I have calculated from all other sources of waste disposed at the JPL Site, the monthly totals represent the annual total emissions for that year divided by 12.

# 3.    BACKGROUND

### 3.1    Site Location and Description

[33]     The Jefferson Parish Landfill is an active municipal, industrial, and commercial solid waste landfill located in Avondale, Louisiana on the west bank of the Mississippi River. The Site is located at 5800 Highway 90 West, Westwego, LA, 70094, less than one mile from neighboring residential communities to the north and northeast, and less than 1.5 miles from residential communities to the east (refer to **Figure 3-1**). The Site is oriented on a northeast-southwest axis. It is bound to the northeast by BNSF Railway's railroad lines and to the southwest by Route 90 (though an undeveloped portion of the site extends to the south of Route 90). The property abuts River Birch LLC (a waste disposal facility) to the north, the Route 90 C&D Disposal Facility to the east, and undeveloped land to the southwest, southeast, and south. Sauls Canal borders the property to the north, separating the site from River Birch, LLC. The northeastern and eastern portions of the Site are undeveloped, with five distinct surface water bodies between Love Oak Boulevard and the BNSF Railway railroad lines. A series of canals bisect and border the Site (refer to **Figure 3-2**).

### 3.2    Summary of Landfill Operations

[34]     The Jefferson Parish Landfill has been accepting waste since 1982 and encompasses 346 acres, of which 324 acres have been developed for waste disposal (CEC, 2018). Wastes disposed in the landfill have included, but are not limited to, light industrial wastes, biosolids, coal ash, municipal solid wastes, as well as liquid wastes and lime. The landfill operates under a solid waste permit (No. 9-0297-R1) (JPL, 2016a) and Title V Air Quality Permit 7(1340-00140-V7) (Title V, 2016). The Landfill consists of six phases, which are described in the paragraphs that follow.

[35]     Phase I encompasses approximately 75 acres within which 3,338,414 tons of waste were placed beginning in about June of 1982 until about December of 1997. Phase I was permanently capped and an LFG collection system was installed in the spring of 2000 (CEC, 2018). While a perimeter leachate collection system reportedly surrounds Phase I (CEC, 2018), it is not clear when it was installed.

[36]     Phase II encompasses approximately 78 acres within which 2,021,721 tons of waste were placed beginning in about August of 1988 until about October of 1993. Phase II was permanently capped and an LFG collection system installed in the spring of 2000 (CEC, 2018). While a perimeter leachate collection system reportedly surrounds Phase II (CEC, 2018), it is not clear when it was installed.

[37]     Phase IIIA encompasses approximately 73 acres within which 4,441,900 tons of waste were placed beginning in about January of 1998 until about April 2013. Approximately 58 acres of Phase IIIA have a final cover and 15 acres have only an interim cover system as they underlie Phase IVA. The leachate collection system was reportedly installed during landfill construction, and the LFG collection system was installed in two phases; 2005 and 2007 (CEC, 2018).

[38]     Phase IIIB encompasses approximately 46 acres within which 2,945,115 tons of waste were placed beginning in about August of 2005 until about May 2013. Approximately 31 acres have a final cover and 15 acres have only an interim cover as they underlie Phase IVA. The leachate collection system was reportedly installed during landfill construction, and the LFG collection system was installed in two phases: April 2014 and June 2015 (CEC, 2018).

[39]     Phase IVA encompasses approximately 55 acres, within which 2,360,634 tons of waste have been placed through the end of 2019. This phase is currently active. Phase IVA fills the valley between Phases IIIA and IIIB, and overlies 15 acres in each of those two phases (CEC, 2018). As of 2017, waste disposal had taken place over 20 acres comprised of cells 20, 21, and 22, and the remaining 35 acres (comprised of cells 23, 24 and 25) were being constructed or planned for future disposal (Golder, 2017). An LFG collection system was partially installed in cells 20, 21, and 22 beginning in February 2018. The leachate collection system was reportedly installed during landfill construction.

[40]     Phase IVB encompasses approximately 113 acres, which will be used for future landfilling. This phase was permitted in 2004 (CEC, 2018).

### 3.3      Existing Landfill Control Systems

[41]     Based on our review of available documents (Golder, 2017; CEC, 2018; CEC, 2019a), existing landfill control systems that have historically been, and currently are in place, include landfill cap, landfill gas control, leachate control, and storm water management systems. Some of these systems are considered potential emission sources of odors or gas, especially if not properly designed, constructed, or operated. These are described briefly in the following sections.

#### 3.3.1      Landfill Cap System

[42]     As previously described, Phases I, II, IIIA, and IIIB have ceased operations and have been capped. Phases I and II were reportedly capped with 24 inches of clay and 6 inches of vegetative cover (CEC, 2019a). The capped portions of Phases IIIA and IIIB consist of a geosynthetic cap system (CEC, 2019a). The 15 acres in each of Phases IIIA and IIIB, which are overlain by Phase IVA, were covered with an unspecified interim cover system (CEC, 2019a).

#### 3.3.2      Landfill Gas Control System

[43]     In 2018, CEC indicated that "*the LFG collection system has approximately 220 vertical gas extraction wells and collectors spread over four waste mounds*" (CEC, 2018, Phases I, II, IIIA and IIIB). However, CEC also indicated that, as of 2018, approximately 197 of 226 wells were either not working or were working at less-than-optimal capacity (CEC, 2018). Additional gas wells have been recently installed in Phases IIIB and IVA. Vacuum to the wellfield is applied by either a gas processing plant operated by a third-party gas developer (currently Mas Energy) or, when the gas processing plant is not operational, the blower associated with the open flare station.

[44]     Liquids condensing from the landfill gas collection system are collected in traps and sumps at low points in the header piping network. These liquids either self-drain or are

pumped pneumatically into the common forcemain. The traps or drip legs, which do not discharge to the forcemain, drain by gravity into the leachate collection system.

### 3.3.3   Leachate Control System

[45]   Leachate, which is defined by LDEQ as "*a liquid that has passed through or emerged from solid waste and may contain soluble, suspended, or miscible materials removed from such wastes*" (LAC 33:VII.115), is generated within the landfill as a result of waste degradation and rainwater infiltration. All Phases of the Jefferson Parish Landfill have been permitted with individual leachate collection systems that contain a system of pipes and pumps to remove the leachate from the landfill cells which is transported to the Jefferson Parish Bridge City Wastewater Treatment Plant for proper treatment (Aptim, et al, n.d.). Reportedly, the leachate collection system was designed in compliance with the performance standards of LAC 33:VII.711.B4.f.i through f.xix.

[46]   As shown in **Figure 3-4**, collection systems have been installed in each of the phases: (a) Phases I and II have a perimeter collection system consisting of a french drain with a vertical riser for Phase I and side slope risers for Phase II, where there is no synthetic liner over native clays that form the base of the landfill, as they predate RCRA Subtitle D Municipal Solid Waste Landfill requirements; and (b) Phases IIIA, IIIB, and IVA all include RCRA Subtitle D liner systems with underdrains for leachate collection. See Attachment 29 Leachate Collection System (Aptim, et al, n.d.),

[47]   Generally, the leachate is pumped from numerous risers within or around each waste mound into a common header system (to which the landfill gas condensate is also pumped) and then routed via pipeline to the Jefferson Parish Bridge city Waste Water Treatment Plant (CEC, 2020a).

[48]   It is our understanding that this is a closed leachate control system, but that a pond was used for leachate and storm water management prior to being conveyed to the POTW (SCS, 2018).

[49]   According to available information (CEC, 2020a), there are at least three leachate lift stations at the JPL Site (Lift Station No. 1 near the flare, and Lift Stations No. 2B and 2C, south of Phase 2). The gas within the leachate collection system (e.g., collection trenches, sumps or lift stations) is currently not being collected.

### 3.3.4   Storm Water Management System

[50]   Aerial photos suggest that a number of ponds may be part of the storm water management system: (a) southeast of Phase I and southwest of Phase II, (b) northeast of Phase II within the permitted area for future development of Phase IVB, and (c) east of all landfill phases, between Live Oak Boulevard and the railway (refer to **Figure 3-5**). The area southeast of Phase I and southwest of Phase II was previously utilized for the aeration and settling of solids present in landfill-generated liquids (leachate, landfill gas condensate, and storm water runoff) prior to the transport of liquids offsite to the local POTW (SCS, 2018). According to the October 2018 SCS Engineers report, this pond underwent construction in 2018 to replace its liner (SCS, 2018).

# 4.    EVALUATION OF LANDFILL GAS GENERATION AND EMISSIONS

## 4.1    Previous Landfill Gas System Evaluations

[51]      Since 2017, several reports by Golder Associates (Golder), Carlson Environmental Consultants (CEC) and River Birch, LLC (River Birch) have been prepared in reference to the systems that collect landfill gas collection system at the JPL Site.

### 4.1.1    2017 Landfill Gas Collection and Control Plan – Golder Associates[2]

[52]      In January 2017, Golder prepared a Landfill Gas Collection and Control (GCCS) Plan for submittal to LDEQ that included the incremental expansion of Phase IVA throughout Cells 20 to 25. Golder proposed to construct 74 vertical LFGs extraction wells in Phase IVA and connect them to the existing systems in Phase IIIA and Phase IIIB.

[53]      According to Golder, the "*vertical wells at Phase IV were designed to achieve a theoretical radius of influence (ROI)[3] of 100 feet […] consistent with the existing GCCS designed for Phases IIIA and IIIB*" "*with a target design LFG extraction vacuum of about 12 inches of water column.*" The LFG extraction wells were designed to a minimum and maximum depth of approximately 28 feet and 64 feet, respectively. It should be noted that this design ROI would not have achieved 100% capture of LFG as the ROIs of adjoining wells do not overlap.

[54]      The upper segment of the LFG extraction wells consists of a solid pipe extending 10 feet down from the ground surface, followed by a perforated pipe or screen from which gas is extracted from the landfill media. According to Golder, "*all vertical LFG extraction wells are designed to be offset ten (10) feet above the protective cover layer of the liner system.*" I used this information to define leachate levels in the landfill (refer to **Sections 5.2.2.2** and **5.2.2.3**).

[55]      In order to evaluate the gas generated at Phase IIIA, Phase IIIB, and Phase IVA at the JPL Site over time, Golder used a proprietary first-order kinetic model similar to the USEPA LandGEM model, that accounts for three waste types (i.e., readily, moderately, and slowly biodegradable waste). Different biodegradation parameters were assigned to each of these waste categories. For comparative purposes, Golder also estimated gas generation using the USEPA LandGEM model and conventional parameters. The LandGEM gas generation estimates were over two times higher than predicted using Golder's proprietary model.

[56]      Using the total gas generation estimates over time using its own model, Golder assigned a collection efficiency of approximately 60% based on the total gas generation estimates and actual landfill gas recovery during the period of 2011 through 2016. Golder also determined that, if the LandGEM AP-42 default parameters were used to

---

[2]  (Golder Associates, 2017)

[3]  The radius of influence refers to the horizontal distance from a vertical LFG extraction well at which the induced vacuum pressure is zero. The ROI for an extraction well is a function of the vacuum applied to the well, the air hydraulic conductivity of the landfill media, and the well configuration (e.g., depth to the top of the well screen, screen length, type and thickness of cover materials).

estimate total gas generation, the collection efficiency would be approximately 48%. It should be noted, however, that based on the gas recovery data provided, the gas collection efficiency between 2011 and 2016 gradually decreased from 68.9% to 47.5% using the Golder gas generation estimate and from 29.5% to 19.6% using the LandGEM AP-42 default parameters. This is evidence that the gas collection efficiency of the LFG collection systems for Phases IIIA, IIIB, and IVA have decreased since 2011.

[57]     In determining waste degradability and gas permeability, Golder estimated the relative percentages of readily, moderately and slowly biodegradable waste and assigned a different k value to each of these waste types. It is not clear, however, in determining LFG collection efficiencies, whether Golder considered the reduction of well screens due to the presence of leachate. As discussed later in this report, this condition has significant effects on the collection of LFG.

[58]     Significantly, Golder recommended that, before installing its proposed new wells, the following remedial actions should be taken: (a) installation of horizontal gas collectors in close proximity to the location of the surface emission exceedance; (b) dewatering of wells with submerged sections of perforated pipe (well screen) in order to increase LFG flow and improve LFG quality; and (c) improvements to the gas control system to manage condensate. These recommendations show that at least since 2017, it has been apparent that the LFG extraction system was deficient due to the high levels of liquids within the landfill phases.

### 4.1.2     2018 Landfill Gas System Assessment – CEC[4]

[59]     In May 2018, CEC was retained by the Parish to conduct a field assessment of the LFG extraction system, the results of which were set forth in CEC's report dated August 15, 2018 (CEC, 2018). In addition to addressing the conditions of the LFG extraction system, CEC also discussed odors and $H_2S$ emissions at the JPL Site.

[60]     According to CEC, the overall wellfield condition was considered to be below average with notable issues, including old and poorly maintained wellheads, broken valves, bent and leaning gas wells, inoperable gas well pumps and air compressors, unsuitable piping materials, and holes in the cap system. Reportedly, several wells are equipped with QED AP-4 pneumatic pumps which discharge to a common liquid force main with other site liquids (e.g., leachate, condensate), which CEC suggested be modified to provide two separate forcemains. As presented in **Table 4-1**, of the 118 gas wells inspected by CEC (which represent 52% of the total), 77% either were not equipped with a pneumatic pump or had an inoperable pump. Ideally, all gas wells should be equipped with a pneumatic pump to lower leachate levels within the extraction well and maximize landfill gas capture.

---

[4]   (CEC, 2018)

| Table 4-1: | Pneumatic Well Inventory (CEC, May 2018) | |
|---|---|---|
| Phase | Number of Wells with Pneumatic Pumps / Total Inspected by CEC | Number of Wells with Operational Pneumatic Pumps |
| I | 14 / 25 | 9 / 14 |
| II | 15 / 23 | 13 / 15 |
| IIIA | 4 / 27 | 3 / 4 |
| IIIB | 5 / 28 | 2 / 5 |
| IVA (active) | 0 / 15 | 0 / 0 |

[61]     As part of this field assessment, CEC and APTIM measured liquid (leachate) levels in the LFG extraction wells. With this information, as well as the location and configuration of the LFG extraction wells (e.g., well depth and screen length, which is the length of perforated pipe that allows extraction of LFG in each well), CEC developed ROI maps for each of the landfill phases based on original construction. CEC developed these ROI maps under two conditions: (1) ideal hypothetical conditions, under which the existing gas well screens are not blocked by liquids; and (2) conditions under which the existing gas well screen contains liquids, conditions that CEC found to exist in 2018.

[62]     Using measurements of liquid (leachate) levels obtained by CEC and APTIM, along with information concerning the location and depth of the extraction wells and other information, CEC determined available screen lengths to extract LFG for wells in every phase of the JPL. In reference to the available screen length for gas recovery at the extraction wells, CEC findings were summarized as follows:

- As originally constructed, the screen length for the wells averaged 18 feet.

- At the time of its site assessment in 2018, the average screen length per vertical well was only 14 feet, without considering liquid impacts.

- Considering liquid levels in the landfill, the available screen length for gas extraction was only 9 feet per vertical well.

[63]     As presented in **Table 4-2**, at least 87% of the extraction wells (197 of the 226 existing gas control system vertical extraction wells) were partially or totally blocked by liquids as of 2018. Further, CEC concluded that "*the site has 95 of 225* [sic] *total vertical wells with greater than 50% of their available perforated pipe covered by liquid and of these 45 wells have over 100% blocked by liquid*", completely restricting the extraction of gas. Overall, CEC estimated that the capacity of the LFG system at the Landfill had been reduced by up to 50%.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS                                        15

| Table 4-2: | | Landfill Gas Extraction Well Configuration (CEC, May 2018) | | | |
|------------|------|-------------|-------------|--------------------|--------------------|
| Phase | No. Wells | Well Diameter | Wellhead Type | Existing Well Depth Range | No. Wells Blocked with Liquids[1] |
| I | 50 | 6 | 2" Landtec Accuflo | 24 to 54 ft | 50 |
| II | 34 | 6 | 2" Landtec Accuflo | 19 to 41 ft | 34 |
| IIIA | 70 | 6 | 2" Landtec Accuflo 2" QED o-plate | 12 to 47 ft | 51 |
| IIIB | 57 | 6 | 2" Landtec Accuflo 2" QED o-plate | 20 to 61 ft | 52 |
| IVA (active) | 15 | 6 | 2" QED o-plate | 29 to 56 ft | 10 (refer to Note 2) |
| | 2 | Unknown diameter and length horizontal wells | 8-inch butterfly valve | NA | NA |

Notes:

[1]  Wells blocked with liquids refer to wells that extend into the leachate within the phase as determined by APTIM's measurements of the depth to liquid at each well in Phases I, II, IIIA IIIB, and by CEC in Phase IV.

[2]  The number of wells blocked with liquids may be greater than presented, as CEC was unable to measure depths at 4 of the 15 wells.

[64]     CEC concluded that the landfill is wet, with subsurface liquids impacting the limited pathways of available LFG recovery, thus contributing to fugitive gas emissions and odors. The data evaluated by CEC indicated that liquid removal has not been successful at the facility as most of the liquid pumps are not in operation or provide minimum liquid withdrawal due to deficiencies in both the landfill gas condensate and leachate collection pumping systems. CEC also noted significant deficiencies in the maintenance and operation of these systems and provided numerous recommendations to improve them.

[65]     CEC's maps depicting the individual ROIs of the wells within each landfill phase clearly indicate inadequate coverage of the landfill gas collection system and significant areas of uncontrolled surface (i.e., fugitive) emissions in all landfill phases. CEC's assessment of the theoretical effective radius of influence of the gas extraction system concluded that: (a) the gas extraction system has lost approximately 12% of its total well depth since original installation; and (b) the elevated leachate levels have reduced the ability of the existing gas control system by 25 to 50%. Moreover, as presented by CEC, in all areas, the effective radius of influence of the gas extraction wells is significantly lower than the design 100-foot radius, resulting in significant areas where uncontrolled landfill gas emissions are taking place (refer to **Figure 3-3**).

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS                                                16

[66]     In terms of surface emission monitoring, CEC observed damage to the cap in Phase
         IIIB in areas where the landfill gas control system was installed, and they measured
         elevated methane concentrations around wells and pipe penetrations, indicating
         inadequate booting of pipes. In addition, CEC also observed soil cracks in Phases I, II,
         IIIA and IIIB, $H_2S$ scaling in gas well risers, and back residue in soils which is indicative
         of $H_2S$. Further, as summarized in **Table 4-3** below, CEC conducted a surface emission
         scan over a 30-m serpentine path across all waste disposal areas. Methane was
         detected in all phases of the landfill, but particularly in the closed Phase IIIB where
         methane concentrations measured with a TVA-1000B peaked at the instrument's upper
         range (i.e., 10,000 ppm). These levels are indicative of an ineffective cap system (CEC,
         2018). CEC did not identify where the specific methane emission readings were made,
         but simply provided a range of concentrations.

| Table 4-3: | Ground Surface Concentrations (CEC, May 2018) | |
|---|---|---|
| **Phase** | **Methane Concentration Range** | **Hydrogen Sulfide Concentration Range** |
| I | 0.76 to 4.85 ppm | Not monitored |
| II | 2.3 to 23.97 ppm | Not monitored |
| IIIA | 0.94 to 2.97 ppm | Not monitored |
| IIIB | 1.78 to 10,000 ppm | Not monitored |
| IVA (active) | 10.10 to 10,000 ppm | 0.045 to 8.5 ppm |

[67]     Using Drager Tubes, CEC detected concentrations of $H_2S$ in excess of 2000 ppmv
         (above the sorbent tube's upper range) in some of the extraction wells in Phase IVA.
         CEC also took $H_2S$ samples at the blower inlet at the LFG processing plant and
         observed concentrations ranging from 525 to 1050 ppmv. CEC had previously alerted
         the Parish to the health and safety concerns regarding the detected levels of $H_2S$ and
         provided general recommendations to address the elevated $H_2S$, including, but not
         limited to, maximizing LFG collection, reducing liquid levels within the landfill, and
         sealing soil cracks, survey risers, and other penetrations of the cover system.

[68]     CEC recommended a series of measures to improve LFG extraction by reducing the
         liquid levels within the landfill media and expanding the gas control system, including
         the installation of additional LFG extraction wells between existing wells. CEC noted
         that "...*the reduction of subsurface liquids will be a long process, requiring
         infrastructure upgrades, O&M procedures updates, and requires the steady removal of
         more liquids from the waste than are entering...*"

[69]     To estimate the amount of gas being generated at the JPL Site, CEC used the USEPA
         LandGEM model using first-order kinetic constants (refer to **Section 5.1**) for
         conventional municipal landfills (i.e., k of 0.05 1/yr and $L_0$ of 100 m³/Mg). Though CEC
         noted LFG system problems including high level of liquids within the landfill media and
         classified the JPL Site as a "shallow wet site", adjustments to k or $L_0$ that would more

accurately reflect the wet conditions were not considered. Using the assumption that the LFG collection system operated at a 50% recovery efficiency, CEC stated that the LFG collection system had the potential to recover approximately 1,860 scfm in 2018. At the time of the assessment, the LFG system was recovering approximately 900 to 1,000 scfm, which would mean that about 1,000 scfm of LFG were being released as uncontrolled fugitive emissions.

[70]     With respect to the well field operation, CEC reported that the blower vacuum was not properly controlled, resulting in fluctuations in vacuum (about 10% in the week CEC assessed site conditions), which would affect the ability to fine-tune the wellfield. In fact, CEC noted locations of reduced vacuum throughout the wellfield, wells with positive static pressure and fully open wellhead valves, and recommended that the system vacuum be increased from 30 to 40 inches of water column.

[71]     While 30 inches of vacuum were applied at the blower station, only 74% of gas wells monitored by CEC (52 of the 70) had system vacuums of at least 12 inches of water. Moreover, based on methane concentration changes at the wellheads, CEC concluded that vacuum at the wellheads had been adjusted by more than 200% during each monitoring round, which far exceeds landfill gas industry standards of less than 10% to prevent overpulling a wellfield and subsurface landfill fires.

[72]     The data reviewed by CEC indicate the presence of elevated (more than 5%) oxygen in 33% of the landfill gas wells and elevated balance gas (i.e., nitrogen) in 45% of the landfill gas wells, which suggest excessive vacuum was being applied to these wells. Collectively the vacuum data suggest an unbalanced wellfield that could result in uncontrolled emissions and subsurface landfill fires.

[73]     The 2018 CEC assessment clearly identified the inadequacy of the landfill gas collection system and significant deficiencies in liquid (leachate) collection in the landfill, which resulted in leachate levels so high that they blocked the screens of the LFG extraction wells, thereby impeding any effective collection of gas that was being generated and allowing this gas to be emitted outside the landfill media. The report also identified extremely high concentrations of $H_2S$ in several landfill gas wells of Phase IVA.

### 4.1.3     2019 High BTU Landfill Gas Utilization Plan – CEC[5]

[74]     In May 2019, CEC prepared a report to provide recommendations for the utilization of high BTU landfill gas recovered from the JPL Site to generate Renewable Natural Gas (RNG)[6]. In this report, CEC proposed the rehabilitation of the LFG extraction system in stages and projected that each improvement would result in increased collection efficiencies.

[75]     Although CEC found that there has been some improvement in the LFG extraction system since 2018, the existing infrastructure was in poor condition and required

---

[5]   (CEC, 2019a)

[6]   Jefferson Parish entered into a "gas rights" contract with Renewable Energy of Jefferson, LLC (REJ) which allows REJ to utilize the LFG collected from the JP landfill. REJ intended to start processing the LFG at the River Birch Renewable Natural Gas (RNG) plant in late spring 2019.

improvements to meet RNG gas quality specifications, adequately control landfill gas emissions, and address LFG-related odors and $H_2S$ safety concerns.

[76]     CEC indicated that "*during the 2019 field inspection, CEC personnel smelled $H_2S$ gas in the Phase IVA area and observed visible soil cracks with black oxidized residue, which is indicative of $H_2S$ gas.*" CEC detected $H_2S$ concentrations between 45 ppm and 60 ppm at the ground level at all tested cracks.

[77]     During the 2019 CEC field inspection, "*several gas wells in Phase IVA were experiencing reduced system vacuum and had positive gas pressure.*" CEC concluded that it was "*evident that the LFG collection system in Phase IVA was underperforming and may require additional collectors and other modifications to effectively control the $H_2S$ emissions*".

[78]     Landfill gas generation at varying assumed gas recovery efficiencies was estimated for each of the landfill phases using the USEPA LandGEM model and first-order kinetic constants for conventional landfills (i.e., k of 0.05 1/yr and $L_0$ of 100 $m^3$/Mg).

[79]     With the information collected, CEC estimated costs to rehabilitate the gas and leachate collection system in four stages at over $8 million (rather than rebuilding the entire LFG collection system to high BRU standards at a cost of over $11 million). Stage 1, Stage 2, Stage 3, and Stage 4 include the rehabilitation of Phase IVA-IIIB, Phase IIIA, Phase I, and Phase II, respectively (CEC, 2019a). Specifically, the following significant improvements were proposed for each phase:

- Stage 1:  CEC indicated that the existing LFG collection system in Phase IIIB and IVA required additional improvement due to low system vacuum, potentially damaged or ineffective buried gas header piping, leaning gas wells, and header/lateral piping that is undersized for the potential gas flows. Proposed improvements included new gas collectors and modifications to the existing gas infrastructure in both phases. Stage 1 was the largest proposed expansion and consisted of installing approximately 46 new vertical gas wells, 10 new shallow vertical gas wells, 12 replacement vertical gas wells, over 9,000 linear feet of gas headers, 10,000 linear feet of gas laterals, and over 5,000 linear feet of horizontal gas collectors and toe drains, along with additional phase upgrades/improvements. CEC stated that Phase IVA currently has the highest potential LFG-related odors, which could be reduced through these recommended measures. Stage 1 has been implemented and CEC presented the as-built drawings in November 2020 (CEC, 2020b).

- Stages 2-4:  Stages 2, 3 and 4 would involve (in Phases IIIA, I and II, respectively) installing a high-BTU overlay LFG collection system along with the necessary gas pipeline network to connect this system to the Renewable Energy of Jefferson, LLC (REJ's) Renewable Natural Gas (RNG) plant. If implemented in its totality, Stages 2-4 would entail the installation of approximately 67 new vertical gas wells, 13,400 linear feet of a 12" gas header, over 17,000 linear feet of gas laterals, and additional phase upgrades/improvements.

[80]          The significant and costly rehabilitation plans proposed by CEC to extract LFG from the different landfill phases indicate the magnitude of the deficiencies in the collection of landfill gas at JPL Site that still existed in 2019, deficiencies which have resulted in high emissions of gases generated within the landfill media.

### 4.1.4   2019 Assessment of Jefferson Parish Landfill Gas Field – CEC and River Birch[7]

[81]          In an analysis dated May 22, 2019, River Birch identified and described the potential consequences of various problems at the JPL Site, based on its own assessments and those of CEC concerning the LFG extraction and leachate collection systems. These issues are summarized below:

1. "*The Parish captures only 37.5% of the entire landfill's gas.*" River Birch states that the Landfill may be producing as much as 4,400 scfm of landfill gas and only collects 1,650 scfm.

2. "*Methane emissions in Phase IVA exceed LDEQ limits (i.e., 500 ppmv) in more than 30 locations, and in some locations by more than 1,000%.*"

3. "*Hydrogen sulfide levels in Phase IVA present a serious safety concern, including the potential of 'nearly instant death'.*" Concentrations of $H_2S$ in some wells exceed 2,000 ppm.

4. Of all LFG extraction wells at the landfill, 43% fail to meet LDEQ requirements for oxygen content (i.e., less than 5%) and/or pressure (i.e., maintain continuous negative pressure).

5. "*The leachate riser configuration on the entire landfill creates a risk of fire or explosion.*" Methane emission from leachate risers have been detected during normal operation. Having methane in proximity to electric systems which are near the leachate risers creates a risk of fire or explosion.

6. "*One of the two new 10-inch header pipes around Phases IIIB & IVA was installed incorrectly.*" River Birch states that one of the new landfill gas liquid headers was neither connected to the existing landfill gas liquid system nor preinstalled with fittings for future attachments, and that extensive excavation is required to correct this deficiency.

7. "*38% of the gas wells on the entire landfill have oxygen levels exceeding 5%, creating the risk of subsurface fires.*"

8. 50% of the vertical wells in Phase IVA lack sufficient vacuum to collect gas. In particular, eleven of the LFG extraction wells have positive pressure due to the lack of vacuum, which results in not collecting gas, and allowing emissions and odors.

9. "*13% of the leachate risers on the entire landfill are not working.*" This condition reduces the ability of the leachate collection system to reduce the leachate levels in the LFG extraction wells, which impedes gas extraction.

---

[7]   (River Birch, 2019)

10. 17% of the pump air regulators and 53% of the pump liquid discharge hoses and valves on the entire landfill must be replaced. This condition reduces the ability to withdraw leachate from the landfill and increases the possibility of leachate leaks.

11. "*In 41 % of the LFG extraction wells, more than 50% of the vertical well perforations (screens) are blocked by liquids, inhibiting gas collection.*" 20% of the screens of these vertical wells are completely blocked by liquids, preventing gas extraction and increasing emissions and odors.

12. "*63% of the gas well pumps on the entire landfill should be changed due to air leaks in the pumps and liquid in the well.*" In addition, "*there are also wells with pumps that are flooded in and therefore inoperable,*" which "*can cause gas emissions and odors.*"

13. To *extract* liquids from the wells, allow more gas extraction and reduce emissions and odors, "*38% of the wells without pumps on the entire landfill need new pumps.*"

[82]     From this report, it is evident that the LFG extraction system at the JPL Site continued to perform inadequately primarily as a result of high liquid levels within the landfill media and improper construction and maintenance of new devices incorporated to remediate a multitude of operational issues. These conditions have significantly contributed to gas emissions and odors.

### 4.1.5    Summary of the Landfill Gas and Leachate Management at the Site

[83]     The information provided by Golder, CEC, and River Birch in the reports summarized above reveals that the landfill gas and leachate management systems at the JPL Site have been inefficiently operated and maintained, requiring significant infrastructure improvements to correct deficiencies, and that this has contributed to increased gas emissions and odors. The existing landfill gas and leachate control systems are improperly maintained, antiquated and inadequately sized, and/or non-performing. Specifically:

1. CEC concluded that the landfill is wet, with subsurface liquids impacting the limited pathways of available LFG recovery, contributing to gas emissions, and site odors. The gas control system is not performing as efficiently as intended, providing inadequate vacuum across the landfill phases primarily due to leachate blocking of the gas extraction wells due to deficiencies in both the landfill gas condensate and leachate collection pumping systems. Even at gas wells equipped with pneumatic pumps to withdraw liquids, equipment has been non-operational or is not performing as intended due to operational and maintenance failures. CEC estimated that in 2018, the ability of the LFG wells to extract gas had been reduced up to 50%.

2. The systems have been poorly maintained and operated (e.g., old and damaged wellheads, bent and leaning gas wells, inoperable pneumatic pumps and air compressors, partially blocked wells [in 2019, CEC reported "*the site has 95 of 225 [sic] total vertical wells with greater than 50% of their available perforated pipe covered by liquid*"] and unbalanced wellfield operation), and inadequate vacuum is

applied throughout the wellfield. These conditions result in increased gas emissions and odors.

3. The ROI analysis performed by CEC for each of the landfill phases indicates an ROI significantly less than the design ROI of 100 ft used for Phases IIIA, IIB, and IVA. Further, the capture zones of the existing LFG extraction wells do not provide adequate coverage to extract most of the gas generated in the landfill, even in the absence of liquids within the wells, which result in significant areas of uncontrolled surface emissions in all landfill phases.

4. For its emissions calculations, Golder assigned a 60% collection efficiency based on its estimates of the total gas generation. However, this collection efficiency is significantly greater than the actual landfill gas recovery reported by Golder for the period of 2011 through 2016, which indicates that gas collection efficiency gradually decreased from 68.9% to 47.5% using the Golder gas generation estimate. In 2019. River Birch reported that the "*The Parish captures only 37.5% of the entire landfill's gas.*"

5. The CEC analyses clearly indicates that there are too few LFG extraction wells to provide coverage for the entire landfill area that requires gas collection. The Stage 1 improvements to the existing LFG collection system in Phase IIIB and IVA have improved collection, but the existing infrastructure is still in poor condition and requires additional improvements to control landfill gas emissions, and address LFG-related odors and $H_2S$ safety concerns. The significant and costly proposed rehabilitation plans indicate the magnitude of the deficiencies in the collection of landfill gas at JPL Site, deficiencies which have resulted in relatively high emissions of gases generated within the landfill media.

6. The landfill cap system has been breached in several locations and shows evidence of landfill gas releases (i.e., odors, elevated concentrations of methane and $H_2S$ measured across the landfill surface, soil cracks with visible black oxidized residue indicative of $H_2S$ gas, elevated $H_2S$ concentrations, and $H_2S$ scaling in well risers). Further, River Birch stated that 43% of all LFG extraction wells at the landfill fail to meet LDEQ requirements for oxygen content (i.e., less than 5%) and/or pressure (i.e. maintain continuous negative pressure), indicating the likelihood of atmospheric air intrusion into the landfill media.

7. The concentrations of $H_2S$ in Phase IVA measured in LFG extraction wells are extremely high, reaching levels in excess of 2,000 ppm (the equipment's upper range).

8. Landfill gas generation estimates have been performed by CEC and Golder using LandGEM and other models, but these models have ignored the fact that the landfill is wet, which significantly affects LFG generation rates.

[84]     The reduction of LFG collection efficiency due to leachate has been evident for many years at the JPL Site, based on our review of numerous documents dating back to 2013, including field inspection, field monitoring, and maintenance and operation reports. **Appendix C** of this report presents a brief description of additional operational issues associated with the LFG extraction wells and leachate risers.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS                                    22

[85]        Operational issues related to the gas wells included, but are not limited to, pressure
            exceedances, oxygen exceedances, high leachate levels, limited gas flow, gas odors,
            $H_2S$ detections, distressed vegetation around wells, damaged or missing
            components (e.g., liner boot, pump, clamps, seals), and surface emission monitoring
            (SEM) exceedances.

[86]        Operational issues related to the leachate collection and landfill gas condensate
            management systems included, but are not limited to, drainage issues on the
            condensate sumps, leachate and landfill gas leaks in conveyance lines and/or risers,
            plugged conveyance lines, detection of LFG odors and $H_2S$, damaged or missing
            components (e.g., gauges, pumps, riser seals, valves, transducers, flanges), SEM
            exceedances, and positive pressures at the LFG extraction wells.

[87]        In my opinion, the numerous design, construction, operation and maintenance
            problems associated with the LFG extraction and leachate collection systems at the JPL
            have resulted in multiple sources and high quantities of uncontrolled LFG emissions.
            The primary cause of these LFG emissions has been the elevated liquid levels within the
            landfill media that inhibit the adequate extraction and control of landfill gas that is
            being generated within the landfill media. This results in uncontrolled fugitive
            emissions. The design, construction, operation and maintenance problems also have
            led to uncontrolled LFG emissions from various point sources on the landfill site
            including, but not limited to, damaged or missing LFG and/or leachate collection
            systems infrastructure (e.g., liner boots, LFG collection system well heads, open
            manholes or risers, conveyance lines).

## 4.2      Ramboll Landfill Gas Sampling and Monitoring Activities

[88]        Ramboll conducted a site inspection, including LFG sampling and monitoring activities
            from November 4 to 8, 2019. These activities and the results of that investigation are
            presented in **Appendix B**. I generally oversaw the work conducted by and for Ramboll
            during this period. Landfill gas sampling and monitoring activities were conducted by
            Ramboll between November 4 and 8, 2019 to include UAS Fugitive Methane Emission
            Mapping, UAS Topographical Survey and Aerial Imagery, Surface Emission Monitoring,
            Field Screening of Potential Fixed Sources, Landfill Gas Sampling for Chemical Analysis,
            and Landfill Gas Sampling for Odor Measurements.

[89]        During this investigation, most of the LFG extraction wells in all phases of the landfill
            were monitored using Landtec GEM 5000 Plus, a field instrument that samples and
            analyzes for methane (0-100%), carbon dioxide (0-100%), oxygen (0-25%), carbon
            monoxide (0-2000 ppm), $H_2S$ (0-500 ppm), and static and differential pressure.

[90]        The results from these monitoring events were processed and mapped to evaluate the
            areal distribution of methane, carbon dioxide, oxygen, carbon monoxide, $H_2S$, and
            vacuum pressure for each phase of the landfill. Specifically,

            1.  As shown in **Figure 4-1A**, applied pressure at the landfill and within the various
                landfill phases was non-uniform. In Phase I, an average pressure of -47.92 inches
                of water (in $H_2O$) was applied, which is significantly higher than the average
                pressure measured at any other landfill phase (between -20.45 and -6.04 in $H_2O$).

Importantly, while pressure measurements in Phase I were generally between -40 and -50 in $H_2O$, pressure measurements in the other phases varied greatly (from −47.18 to 6.3 in $H_2O$ in Phase II, from -18.1 to -0.27 in $H_2O$ in Phase IIIA, from −34.1 to 6.5 in $H_2O$ in Phase IIIB, and from −32.5 to 6.5 in $H_2O$ in Phase IVA). Further, positive or near positive pressures were measured in various landfill gas collection wells in Phases II, IIIA, IIIB and IV. Collectively, these data indicate an ineffective operation of the landfill gas control system.

2.  The peak methane content, even in the oldest of landfill phases (Phase I), is relatively high (peak measurement of 69.9% in Phase I, 76.3% in Phase II, 67.4% in Phase IIIA, 65.9% in Phase IIIB, and 70.8% in Phase IVA) indicating the presence of areas of active anaerobic biodegradation of waste. However, as shown in **Figure 4-1B**, the range of methane concentrations varies greatly within each landfill phase, with areas having methane concentrations as low as between 0.1 and 2.1%. These areas of low methane production are indicative of either the presence of large amounts of inert waste in those areas, or issues with the operation of the landfill gas control system (as detailed below).

3.  Carbon monoxide was detected at low levels in all landfill phases (refer to **Figure 4-1C**), with the highest concentrations measured in Phase IIIA (80 ppm). Low levels of carbon monoxide, such as those measured at the Site, are typically encountered in landfill gas and are not considered indicative of subsurface landfill fires (refer to **Section 5.1**).

4.  As presented in **Figure 4-1D**, with the exception of isolated areas, carbon dioxide concentrations in Phases IIIB and IVA (averaging 31.9%, and 38.8%, respectively) are slightly below the typical range of 40-60% (refer to **Section 5.1**). In Phase IIIA, carbon dioxide concentrations (averaging 26.8%) are even lower than the typical range, and in Phases I and II, there are significant areas with carbon dioxide concentrations well below 20%. Collectively, the methane and carbon dioxide data at the gas wells would add up to almost 100% of the landfill gas in a properly operated landfill. However, as presented in **Figure 4-1E**, large areas in each of the landfill phases (i.e., about 98% in Phase I, 94% in Phase II, 93% in Phase IIIA, 45% in Phase IIIB, 24% in Phase IVA) have less than 90% carbon dioxide and methane combined. These data indicate an ineffective landfill gas control system.

5.  Hydrogen sulfide was detected in all landfill phases above the typical odor threshold range of 0.0005 to 0.010 ppm (ATSDR, 2016) or 0.2 to 2.0 µg/m³ (0.00014 to 0.0014 ppm; WHO, 2020) (refer to **Figure 4-1F**). The $H_2S$ concentrations were generally consistent between all landfill phases (less than 100 ppm) except Phase IVA, where $H_2S$ concentrations were mostly above 1,000 ppm.[8] In isolated areas within Phases I, II and IIIB, $H_2S$ concentrations ranged between 109 and 497 ppm. These data suggest that Phase IVA received a unique sulfate-rich waste stream, as $H_2S$ levels in Phase IVA were an order of magnitude greater than in the other phases.

---

[8]  Ramboll's field measurements in Phase IV were complemented with the 2018 CEC measurements for hydrogen sulfide.

6. Oxygen in excess of 5% was measured in a very large quantity of gas wells within all landfill phases, which is a violation of 40 CFR § 60.753(c), which requires that the landfill owner or operator "*Operate each interior wellhead in the collection system with a landfill gas temperature less than 55 °C and with either a nitrogen level less than 20 percent or an oxygen level less than 5 percent.*" As shown in **Figure 4-1G**, elevated oxygen was measured primarily on along the perimeter of the crown of the landfill in Phases IIIA, IIIB and IVA, with isolated areas within the interior of these landfill phases having oxygen concentrations as high as 20.2% (atmospheric air is 21% oxygen). In Phases I and II, elevated oxygen was measured throughout the landfill phase, with only isolated areas conforming to the less than 5% oxygen requirement. While Phases I and II ceased to receive waste in 1997 and 2000, respectively, it could be hypothesized that the elevated oxygen levels could be due to the landfill being in the maturation phase when most organic materials have been consumed and no methane is generated (refer to **Section 5.1**). However, this hypothesis is very unlikely. As presented in **Figure 4-1B**, relatively high methane concentrations were measured in significant portions of Phases I and II, especially at wells that were not subject to high vacuum pressure.

The elevated oxygen levels and high vacuum pressures measured at LFG extraction wells in all landfill phases are further evidence of ineffective landfill gas control system operation that significantly inhibit anaerobic decomposition and, therefore, methane generation.

[91]     Ramboll mapped concentrations of LFG parameters collected during the November 2019 field sampling and monitoring activities (refer to **Section 4.2**). The presence of relatively high methane concentrations in some locations indicates that there is active anaerobic biodegradation of waste in all phases of the landfill, and that the existing landfill gas collection system is ineffectively operated, maintained and/or designed. When methane or $H_2S$ are not present, this is primarily due to atmospheric air infiltration induced by high vacuum pressure exerted to some of the wells. Multiple lines of evidence, including the mapping of pressure, oxygen, and a combination of oxygen and carbon dioxide indicate that the existing landfill gas collection system is not being effectively operated or that its design or current state is inadequate.

[92]     The $H_2S$ mapping indicates that, while typical sulfate-rich waste streams have been historically deposited in certain areas of each landfill phase, Phase IVA received a unique sulfate-rich waste stream that has resulted in significantly higher $H_2S$ generation from solid waste placed in this area, with concentrations of $H_2S$ in landfill gas which is at least one order of magnitude higher than the concentrations in other areas.

## 4.3     Gas Emission Sources at the Site

[93]     Given the deficient conditions of the LFG extraction system, there are many potential point and area sources of gas emissions at the JPL Site. These include:

1. Area source emissions as a result of low efficiency of the LFG extraction system;

2. Gas emissions from the liquid waste solidification process;

3.  Point source gas emissions from defective LFG extraction wells and conveyance pipelines;

4.  Point source gas emissions from leachate and condensate risers; and

5.  Gas emissions from leachate evaporation.

[94]     I evaluated each of these potential sources and developed methods to characterize gas emissions from these sources. I have concluded that for the period ranging from late 2016 to the end of 2019, the most significant sources of emissions were: (1) area source emissions as a result of low efficiency of the existing LFG extraction system; and (2) $H_2S$ generated from the liquid waste solidification process. Point source gas emissions (e.g., from damaged or missing LFG collection system well heads, open manholes or risers, conveyance lines) and emissions from leachate evaporation unquestionably occurred and contributed to total JPL emissions. However, I did not reach a conclusion concerning the quantity of emissions from these sources due primarily to the lack of continuity of these emissions over time and locations.

# 5.   LANDFILL GAS GENERATION MODELING FROM SOLID WASTE

## 5.1   Methods for Estimating Landfill Gas Generation from Solid Waste

### 5.1.1   Composition of Landfill Gas

[95]     Gases are generated in a landfill as a result of the biodegradation of the organic portion of the waste. The composition and characteristics of landfill gas primarily depend on the following: (a) the microbial system; (b) the substrate that is being biodegraded; (c) site-specific variables, such as the amount of oxygen that can reach the waste media; and (d) the moisture content of the media. LFG is typically described as consisting mainly of methane and carbon dioxide, with less than one percent of other trace gas constituents, including $H_2S$ and other volatile organic compounds.

[96]     The composition of landfill gas varies over time because the decomposition of bacteria in landfill waste occurs during successive phases of biodegradation.[9] LFG composition changes with each of the phases of biodegradation. Waste is disposed in landfills at different locations, typically over the course of several decades, so waste in a landfill may undergo several biodegradation phases in differing areas of the landfill at once. **Figure 5-1** shows the typical gas composition over time for a mass of biodegradable waste after its placement in a solid waste landfill. In general, the duration of each individual phase of landfill gas generation varies depending upon the physical and biochemical characteristics of the media, such as particle size, degree of compaction, distribution of the organic components in the media, the availability of nutrients, the moisture content, pH, and temperature. The methanogenic activity occurring during Phase IV is the dominant process after landfill closure, as oxygen is no longer introduced in the media and the organic acids produced during Phase III are consumed by anaerobic bacteria, resulting in a more neutral pH landfill environment.

[97]     Prior to and following landfill closure, atmospheric air may infiltrate the soil media by advection when gas extraction systems impose excessive vacuum pressures. The exact depth and composition of the LFG and oxygen mixture will depend on many factors, such as gas production within the media, soil permeability, thickness of the final cover system, and reactions that can occur between the gas, soil, and air. With the introduction of oxygen to the landfill media, methane and other gases are oxidized, a situation which will disrupt anaerobic processes and can potentially create subsurface landfill fires. To avoid landfill fires, waste is capped, and LFG extraction systems are operated at vacuum rates that prevent air infiltration. When leachate levels are high within the landfill media, the operation of LFG extraction systems is very difficult, as reducing applied vacuum will reduce the capture zone of the LFG extraction wells and increasing the applied vacuum will increase atmospheric air intrusion into the landfill media.

---

[9]   "Phases" of biodegradation as used in this discussion are not the same as and should not be confused with the geographic "phases" I, II, IIIA, IIIB and IVA of the Jefferson Parish Landfill in which waste was disposed.

[98]         Typical concentrations of LFG components during anaerobic degradation (Phase IV) are
listed in **Table 5-1**.

| Table 5-1: | Typical LFG Components During Anaerobic Degradation | | |
|---|---|---|---|
| **Component** | **% by Volume** | **Characteristics** | |
| Methane | 45–60 | Methane is one of the principal gases formed in landfills. Methane gas is an explosive hazard when its concentration is between 5% (lower explosive limit) to 15% (upper explosive limit) in air. Methane gas is odorless, colorless, and lighter than air. | |
| Carbon dioxide | 40–60 | The presence of carbon dioxide in the subsurface at concentrations above the level in atmospheric air (0.03% by volume), can be indicative of anaerobic or aerobic digestion of organic matter, since carbon dioxide is one of the products of mineralization or degradation. If the decomposition of organic waste is aerobic, greater concentrations of carbon dioxide may be detected. Carbon dioxide is colorless, odorless, and slightly acidic. | |
| Sulfides | 0–1 | Sulfides (e.g., hydrogen sulfide, dimethyl sulfide, mercaptans) are naturally occurring gases that give the landfill gas mixture its rotten-egg smell. Sulfides can cause unpleasant odors even at very low concentrations. Under certain conditions, the disposal of organic materials containing sulfates generates chemical and biochemical reactions that produce $H_2S$ gas. $H_2S$ gas is a colorless gas with a strong odor (rotten eggs smell). While $H_2S$ is also flammable at concentrations between 4% and 44% by volume, it is unlikely to collect in Solid Waste landfills at high enough concentrations to pose a fire hazard. | |
| Oxygen | 0.1–1 | Oxygen comprises approximately 21% of the atmosphere. It is odorless, tasteless, and colorless. The presence of oxygen within landfill media may be indicative of one of a combination of the following factors: (a) the aerobic digestion of organic matter; (b) the occurrence of inorganic oxidation-reduction processes; or (c) infiltration of atmospheric air generally caused by excessive vacuum pressures imposed by gas extraction systems. Excessive amounts of oxygen in a landfill during anaerobic degradation will disrupt anaerobic processes and can cause internal combustion and subsurface landfill fires. | |
| Nitrogen | 2–5 | Nitrogen comprises approximately 79% of the atmosphere. It is odorless, tasteless, and colorless. Elevated readings in the LFG are usually indicative of atmospheric air intrusion into the waste media. | |
| Ammonia | 0.1–1 | Ammonia is a colorless gas with a pungent odor. While ammonia is flammable when its concentration is between 15% and 28% by volume, it is unlikely to collect in Solid Waste landfills at high enough concentrations to pose a fire hazard. | |

| Table 5-1: | Typical LFG Components During Anaerobic Degradation | | |
|---|---|---|---|
| **Component** | **% by Volume** | **Characteristics** | |
| NMOCs (non-methane organic compounds) | 0.01–0.6 | NMOCs are organic compounds (i.e., compounds that contain carbon, excluding methane). NMOCs may occur naturally or may be formed by synthetic chemical processes. NMOCs most commonly found in landfills include acrylonitrile, benzene, 1,1-dichloroethane, cis-1,2-dichloroethylene, dichloromethane, carbonyl sulfide, ethyl-benzene, hexane, methyl ethyl ketone, tetrachloroethylene, toluene, trichloroethylene, vinyl chloride, and xylenes.<br><br>Some NMOCs can react with sunlight to form ground–level ozone (smog) if uncontrolled. Exposure to some NMOCs can also lead to adverse health effects. | |
| Hydrogen | 0–0.2 | Hydrogen is an odorless, colorless gas. | |
| Carbon monoxide | 0–0.2 | Carbon monoxide is an odorless, colorless gas. Levels of carbon monoxide in the LFG in excess of 1,000 parts per million (ppm) coupled with increases in LFG temperature are usually indicative of subsurface landfill fires. | |
| Notes:<br>Adapted from Source: Tchobanoglous, Theisen, and Vigil 1993; USEPA 1995 | | | |

### 5.1.2   Rate of LFG Generation

[99]     Two key factors in determining LFG generation rates are how fast the solid waste biodegrades and how much of it biodegrades into gases. Solid waste is comprised of many constituents, encompassing a broad range of biodegradability rates.

[100]    The prediction of LFG generation rates over time is complex due to the heterogeneity of the waste media and the many environmental, biochemical, and physical parameters that enhance or inhibit biodegradation. Some models attempt to predict LFG generation rates by a complex sum of mathematical functions that are believed to represent the individual kinetics of the physicochemical processes occurring during the decomposition of waste. These models are seldom applied in practice because specific information on the heterogeneous nature of the waste media cannot be easily measured or characterized. In practice, the prediction of LFG rates has been simplified by the use of models where LFG generation rates are given as a simple empirical function of an overall kinetic parameter. Specifically, biodegradation processes can be described as kinetic equations involving the mass that is being degraded. Various LFG generation models that have been used to predict LFG generation are listed in **Table 5-2**.

| Table 5-2: | Typical Models Used to Predict LFG Generation | |
|---|---|---|
| **Model** | **Order** | **Main Parameters and Assumptions** |
| LandGEM | First Order | Methane generation potential and methane generation rate constant - EPA-600/R-05/047 and EPA-4430-B-97-006 |

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS                                                29

| Table 5-2: | | Typical Models Used to Predict LFG Generation |
|---|---|---|
| **Model** | **Order** | **Main Parameters and Assumptions** |
| SWANA | Zero Order | Based on weight of the waste, time and methane generation potential and where no effect of the age of waste is incorporated - SWANA 1998 |
| IPCC | First Order | Based on waste landfilled and degradable organic carbon – IPCC Guidelines for National Greenhouse Gas Inventories (2006) |
| GasSim | First Order | Multiphase model, waste input carbon content and degradation rate constant - Gregory et al. (2003) |
| EPER – France | First Order | Multiphase model – French Agency for the Environment and Energy Management |
| EPER – Germany | Zero Order | Based on the amount of waste and proportion of biodegradable carbon. |
| Afvalzorg - Netherlands | First Order | Multiphase model with 3 waste categories in terms of decay rate. Based on Netherlands waste characteristics. |
| GASFILL | First Order | Two phase model that includes a lag phase of a rising hyperbolic form, and a second phase of decreasing exponential form. |
| Mexico | First Order | Methane generation potential and methane generation rate constant as with LandGEM with a year lag in methane production. Potential methane generation and decay rates based on precipitation. |

[101]     The LandGEM model is a first-order kinetic model extensively used and accepted in the United States and incorporated in USEPA regulations. Therefore, to estimate gas generation at the JPL Site, Ramboll used this model. In spite of the simplicity of the first order kinetic models, it is challenging to find adequate values for the methane potential ($L_o$), which describes how much landfill gas be generated per unit waste, and for the kinetic constant (k), which describes how fast LFG can be generated from biodegradable waste.

- The methane potential, defined as the total volume of methane that could be produced from a unit mass of waste, varies depending on the particular composition of the waste. The average $L_o$ value used as a default in LandGEM can be modified for a specific landfill based on actual field data, including the amount of biodegradable materials within the solid waste, water content, climate conditions, and other environmental values.

- The kinetic constant represents speed of LFG generation and thus the time at which LFG is generated in a landfill. Different waste materials have different biodegradation kinetic constants. Studies have demonstrated that the k values for

different landfills can vary by as much as one or two orders of magnitude, depending on waste type, moisture content, and temperature.

[102]    The LandGEM model provides a range of default values for $L_o$ and k for conventional, arid (i.e., dry) and wet landfills and also allows for user-defined site-specific values. According to EPA (EPA, 2005b), default values are defined "*based on requirements for municipal solid waste landfills laid out by the Clean Air Act (CAA)*" and "*based on emission factors in the U.S. Environmental Protection Agency's (EPA's) Compilation of Air Pollutant Emission Factors (AP-42).*" The AP-42 values are based on data collected from thousands of landfills across the United States (USEPA, 1997).

## 5.2    Application of the LandGEM Model to Estimate $H_2S$ Generation from Solid Waste at the JPL Site

[103]    My evaluation focuses on the generation of $H_2S$ at the JPL during the years 2016 through 2019. I have concluded that the most significant sources of $H_2S$ emissions were (1) uncontrolled area source emissions (e.g., emissions of gas through the surface of the landfill) resulting from the low efficiency of the existing LFG extraction system, and (2) $H_2S$ generated from the liquid waste solidification process. As indicated in **Section 4.3**, while numerous design, construction, operation and maintenance issues associated with the gas extraction and leachate collection systems have been identified that would result in multiple point sources of LFG emissions, my calculations do not account for emissions from these known sources.

[104]    My analysis and conclusions are centered on the generation and emissions of $H_2S$ from the waste disposed at the JPL other than that generated from the use of spent lime for liquid waste solidification. $H_2S$ generation estimates resulting from the liquid waste solidification process is the subject of an accompanying expert report prepared by my Ramboll colleague, Dr. Jaana Pietari (Pietari, 2020). I have incorporated Dr. Pietari's conclusions into my final calculations of $H_2S$ emissions.

### 5.2.1   Waste Acceptance

[105]    While I understand that the defendants were only obligated to produce landfill disposal records dating back to 2015 as part of this litigation, a basic understanding of waste disposal at the JPL Site since its inception is necessary because the anaerobic degradation of solid waste extends for a long period of time following the disposal of waste. Historical and future projected waste disposal quantities were available in a number of records, discussed below.[10,11,12,13,14]

[106]    As detailed in **Section 4.1.1**, in 2017, Golder Associates presented a proprietary landfill gas generation model, similar to the EPA LandGEM model, that evaluates waste degradation and gas production using a first-order decay equation. The Golder gas model used waste disposal quantities for Phase IIIA, IIIB, and IVA. The historical waste

---

[10]  (Golder Associates, 2017)

[11]  (CEC, 2018)

[12]  (CEC, 2019a)

[13]  (JPL, 2003-2020)

[14]  (CEC, 2019b)

disposal quantities for Phase IIIA and IIIB were provided by Jefferson Parish, while Golder projected future (as of 2017) waste disposal totals on a five-year rolling average through 2034. (Appendix B1 of Golder report) (Golder, 2017).

[107]     As indicated in **Section 4.1.2**, in 2018, CEC conducted LFG generation modeling using their version of the EPA LandGEM model. The CEC model used waste disposal quantities for all Phase areas between 1982 and 2035. The report does not indicate the source of historical annual waste disposal quantities (CEC, 2018).

[108]     As detailed in **Section 4.1.3** in 2019, CEC conducted LFG generation modeling using their version of the EPA LandGEM model. Each Phase of the landfill was modeled separately. The historical waste disposal quantities for each Phase area were provided by Jefferson Parish. Future waste intake was assumed to be 350,000 tons/year through the end of the current solid waste permit life. Exhibit 4 included Tables 4-2 through 4-11, which provided the waste disposal quantities between 1982 and 2035 used in the CEC model (CEC, 2019a).

[109]     The Parish provides to the LDEQ Annual Certificates of Compliance, which include types and quantities of solid waste disposed of at the facility beginning in July of one year through June of the following year. Based on these documents (which were available back to 2002), the types and quantities of solid waste disposed at the landfill each year from 2002 through June 2020 were summarized (refer to **Appendix D**). The waste type consisted primarily of Type II Non-Industrial Solid Waste and Type I Industrial Solid Waste; however, offsite C&D was disposed of at the facility at least between 2008 and 2015 (JPL, 2003-2020).

[110]     On December 18, 2019, CEC submitted the Part 70 (Title V) Operating Permit Renewal Application for the Jefferson Parish Landfill. Section C of the application included air emission calculations, which included Landfill Gas Generation and Emission Rates modeled using USEPA LandGEM. The disposal rates from 1982 to 2015 were taken from the 2015 Title V Renewal Application, and the rates from 2016 to 2018 were provided by Jefferson Parish (CEC, 2019b).

[111]     We have reviewed the waste disposal quantities in each of these documents and note that they are not entirely consistent. The variation among the reported disposal quantities was most pronounced for the year 2013. For our LFG modeling purposes, I used the waste disposal quantities from the May 2019 CEC (CEC, 2019a) report for 1982 to 2015, except for 2013. For 2013, I considered the quantity provided in the CEC 2019 Title V Renewal Application (CEC, 2019b) to be a more reasonable assumption because it followed the trend of waste disposal rates. For 2016 through 2019, I used the actual quantities reported on the Certificate of Compliance forms between July 2016-June 2019, whereas the May 2019 CEC report assumed a waste intake of 350,000 tons/year through the end of the current solid waste permit life. For waste between 2020 and 2035, I used CEC's assumed waste intake rate of 350,000 tons/year. **Appendix E** of this report presents the annual waste acceptance rate since 1982 for each of the landfill phases (excluding spent lime used for liquid waste stabilization) that I used for purposes of our LandGEM modeling.

### 5.2.2   Selection of the Kinetic Constant k

### 5.2.2.1   Factors Affecting the K Value

[112]     The kinetic constant represents the rate at which waste within a landfill degrades and generates LFG and is expressed in units of year$^{-1}$. At higher k values, LFG generation increases more rapidly and declines more quickly after a given waste is disposed in the landfill. The k value is a function of five primary factors: (a) waste composition, size and level of compaction; (b) moisture content of the waste mass; (c) pH of the landfill environment and waste mass; (d) nutrient availability for biodegradation processes; and (e) temperature of the landfill environment and waste mass.

[113]     The waste composition has a direct effect on k values, with rapidly degradable waste (e.g., yard waste or food waste) having higher k values than slowly degradable waste (e.g., textiles, wood, leather) or inert waste that will not decompose (e.g., glass, metal, ash, plastic). Similarly, the waste particle size and level of compaction will affect landfill gas generation rates; smaller sized and loosely placed waste will increase production rates. Moisture conditions within a landfill have a significant effect on k values, with very low k values at desert sites and very high values in wetter climates. When moisture is added to the landfill environment (e.g., leachate recirculation, infiltration of precipitation, or addition of liquids), the highest k values can be reached. Landfill gas generation occurs when the landfill environment is relatively neutral (about 6.5 to 8 s.u.). Since the organic acids (i.e., acetic, lactic, and formic acids) that are produced following aerobic degradation turn the landfill environment very acidic, these need to be neutralized and converted to acetate by other anaerobic bacteria. Biodegradation processes also require that nutrients be available to support the microbial community, which rarely is an issue at municipal solid waste landfills. Landfill temperatures, which normally range from 30 to 60$^{\circ}$C, are relatively independent of ambient temperatures. However, in shallow landfills located in cold climates, k values will tend to be lower.

[114]     In attempting to estimate LFG gas generation at the JPL Site, Ramboll analyzed site-specific moisture/saturation information in order to define an appropriate k value. This information is discussed in the next section.

### 5.2.2.2   Leachate (Liquid) Levels between 2009 and 2016

[115]     Ramboll reviewed several rounds of leachate (liquid) measurements taken by various consultants hired by the Parish between 2009 and 2016. The data reviewed included measurements of the depth of leachate in the gas wells from the ground surface, the height of the leachate within the gas wells, and the percent of open perforated pipe (screen) for each gas well. Ramboll used these data, along with descriptions of how the gas wells were constructed (refer to **Section 4.1.1**) and topographical information, to determine the leachate height above the landfill's bottom liner at each of the measured gas wells. Using this evaluation, we calculated the degree of leachate saturation of the landfill media at each measured extraction well.

[116]     As presented in **Tables 5-3** through **5-7**, the data show that leachate levels and gas well blockage with leachate have been serious problems at the landfill for several years.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS                                33

**Table 5-3:       Shaw Environmental: March – December 2009**[15]

| Phase Area | Average Landfill Media Liquid Saturation (percent) | Average Number of Gas Wells Monitored |
|---|---|---|
| I | 55% | 40 |
| II | 59% | 26 |
| IIIA | 45% | 67 |
| IIIB | - | - |
| IVA | - | - |

**Table 5-4:       Shaw Environmental: June 2012**[16]

| Phase Area | Average Landfill Media Liquid Saturation (percent) | Average Number of Gas Wells Monitored |
|---|---|---|
| I | 62% | 46 |
| II | 60% | 31 |
| IIIA | 46% | 70 |
| IIIB | 47% | 27 |
| IVA | - | - |

**Table 5-5:       CB&I: February 2016**[17]

| Phase Area | Average Landfill Media Liquid Saturation (percent) | Average Number of Gas Wells Monitored |
|---|---|---|
| I | 62% | 39 |
| II | 60% | 14 |
| IIIA | 46% | 62 |
| IIIB | 47% | 24 |
| IVA | - | - |

[15] (Shaw, 2009)

[16] (Shaw, 2012)

[17] (CB&I, 2016a)

Landfill Gas Generation
Modeling from Solid Waste                                                       Ramboll

| Table 5-6:    CB&I: March 2016[18] | | |
|---|---|---|
| Phase Area | Average Landfill Media Liquid Saturation (percent) | Average Number of Gas Wells Monitored |
| I | 58% | 47 |
| II | 51% | 30 |
| IIIA | 33% | 69 |
| IIIB | 37% | 54 |
| IVA | - | - |

| Table 5-7:    CB&I: July 2016[19] | | |
|---|---|---|
| Phase Area | Average Landfill Media Liquid Saturation (percent) | Average Number of Gas Wells Monitored |
| I | 62% | 47 |
| II | 58% | 30 |
| IIIA | 32% | 69 |
| IIIB | 38% | 54 |
| IVA | - | - |

### 5.2.2.3  Leachate (Liquid) Levels between 2018 and 2019[20]

[117]     During its 2018 field assessment, CEC identified several issues that were affecting the recovery of landfill gas. Specifically, CEC found that the volume of subsurface liquids was negatively impacting the effectiveness of the LFG collection system.

[118]     I reviewed Exhibit 2 (*Gas Well Water and Perforated Pipe Analysis Data: CEC Field Data*) & Exhibit 3 (*Gas Well Water and Perforated Pipe Analysis: APTIM Field Data*) of the 2018 CEC Assessment Report (CEC, 2018). CEC Exhibit 2 presents the analysis taking into account the depth of leachate in the gas wells from ground surface, the height of the leachate within the gas wells, and the percent of perforated pipe saturated by leachate.

[119]     As with the data collected between 2009 and 2016, I used these data, along with descriptions of how the gas wells were constructed (refer to **Section 4.1.1**) and topographical information, to determine the leachate height at each of the measured

---

[18]  (CB&I, 2016d)

[19]  (CB&I, 2016i)

[20]  No leachate level data was available for 2017.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS                                     35

gas wells above the landfill's bottom liner. Using this evaluation, the degree of leachate saturation of the landfill media at each measured extraction well was calculated.

[120]     **Tables 5-8** and **5-9** present the results of our evaluation of leachate saturation within the landfill media, using information presented in Exhibits 2 & 3 of the 2018 CEC assessment report. **Appendices F** and **G** provide additional details regarding leachate levels at each gas well.

| Table 5-8:     CEC Data: May 14–18, 2018[21] | | |
|---|---|---|
| **Phase Area** | **Average Landfill Media Liquid Saturation (percent)** | **Average Number of Gas Wells Monitored** |
| I | 58% | 8 |
| II | 50% | 7 |
| IIIA | 34% | 10 |
| IIIB | 28% | 13 |
| IVA | 45% | 11 |

| Table 5-9:     APTIM Data: Various Dates in 2018[22] | | |
|---|---|---|
| **Phase Area** | **Average Landfill Media Liquid Saturation (percent)** | **Average Number of Gas Wells Monitored** |
| I | 58% | 51 |
| II | 49% | 31 |
| IIIA | 31% | 67 |
| IIIB | 37% | 51 |
| IVA | - | - |

[121]     Between January 1, 2018 and June 30, 2018, APTIM performed field measurements of liquid levels in gas wells in Phases I, II, and IIIA. **Table 5-10** summarizes the percent of saturation for each Phase Area, calculated from the data provided by APTIM. **Appendix H** provides additional details regarding leachate levels at each gas well.

---

[21] (CEC, 2018)

[22] (CEC, 2018)

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS                                    36

| Table 5-10:    APTIM Data: January 2018 – June 2018[23] | | |
|---|---|---|
| **Phase Area** | **Average Landfill Media Liquid Saturation (percent)** | **Average Number of Gas Wells Monitored** |
| I | 70% | 51 |
| II | 50% | 30 |
| IIIA | 38% | 35 |
| IIIB | - | - |
| IVA | - | - |

[122]     Between July 1, 2018 and December 31, 2018, APTIM performed field measurements of liquid levels in over 200 wells in all Phase areas. **Table 5-11** summarizes the percent of saturation for each Phase Area, calculated from the data provided by APTIM. **Appendix I** provides additional details regarding leachate levels at each gas well.

| Table 5-11:    APTIM Data: July 2018 – December 2018[24] | | |
|---|---|---|
| **Phase Area** | **Average Landfill Media Liquid Saturation (percent)** | **Average Number of Gas Wells Monitored** |
| I | 56% | 50 |
| II | 52% | 30 |
| IIIA | 31% | 68 |
| IIIB | 33% | 54 |
| IVA | 56% | 14 |

[123]     Between January 1, 2019 and March 31, 2019, APTIM performed field measurements of liquid levels in over 200 wells in all Phase areas. **Table 5-12** summarizes the percent of saturation for each Phase Area, calculated from the data provided by APTIM. **Table 5-13** presents a summary of the percent saturated for each phase based on 2018 and 2019 APIM measurements. **Appendix J** provides additional details regarding leachate levels at each gas well.

---

[23] (APTIM, 2018a)

[24] (APTIM, 2018b)

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS                                    37

| Table 5-12:    APTIM Data: 2019 Q1[25] | | |
|---|---|---|
| **Phase Area** | **Average Landfill Media Liquid Saturation (percent)** | **Average Number of Gas Wells Monitored** |
| I | 53% | 50 |
| II | 51% | 31 |
| IIIA | 35% | 70 |
| IIIB | 33% | 57 |
| IVA | 46% | 22 |

| Table 5-13:    Summary of APTIM Data 2018 - 2019 | |
|---|---|
| **Phase Area** | **Average Percent Saturated** |
| I | 59% |
| II | 51% |
| IIIA | 34% |
| IIIB | 34% |
| IVA | 51% |

### 5.2.2.4   Selected K Value for the JPL Site

[124]         The USEPA (2005b) investigated landfill gas collection from wet landfill cells to estimate first-order gas generation model parameters. Its evaluation included a literature review regarding landfill gas generation and modeling, identification of case studies, and statistical comparisons of predicted and actual gas collection. The EPA determined that wet cells produce more gas at a faster rate than conventional landfills and defined k and $L_o$ values for three full-scale wet landfills where waste was placed over many years: (a) 0.21 yr$^{-1}$ for a landfill with leachate recirculation; (b) 0.11 yr$^{-1}$ for a landfill where wetting occurred due to groundwater inflow from an unconfined aquifer; and (c) 0.12 yr$^{-1}$ for a landfill with leachate recirculation and a sandy soil cover. The EPA also estimated mean and 95% confidence k and $L_o$ values for a set of landfills with short term waste placement and long-term gas collection data using mixed-effects model regression followed by bootstrap analysis. The mean and 95% confidence interval k value were 0.28 yr$^{-1}$.

[125]         I have discussed at length above the substantial leachate saturation problems that have historically been recognized and documented at the JPL Site. Considering that the JPL site is significantly saturated with liquids, where leachate levels above the landfill's

---

[25]  (APTIM, 2019)

bottom liner are between 34 and 59% of the landfill height, the JPL site is analogous to the full-scale wet landfill studied by the EPA, where wetting occurred due to groundwater inflow from an unconfined aquifer. Therefore, I have concluded that a k value of 0.11 $yr^{-1}$ is appropriate to use as an input for the LandGEM model used to calculate LFG generation at the JPL Site.

### 5.2.3   Selection of the Methane Potential $L_o$ for the JPL Site

[126]     For the reasons previously discussed, I have also concluded that for purposes of modeling LFG at the Jefferson Parish Landfill using LandGEM, it is appropriate to apply the $L_o$ value that EPA has recommended for wet landfills, which is 96 $m^3$/Mg.

### 5.2.4   H$_2$S Concentration for each Landfill Phase

[127]     During our November 2019 site inspection, Ramboll recorded measurements of methane, carbon monoxide, carbon dioxide, oxygen, $H_2S$ and static pressure at most gas wells using a GEM 5000. A Jerome 631X was also used to measure $H_2S$ concentrations. Significantly, in Phase IVA, we were not able to obtain measurements at most Phase IVA well locations as dangerously high $H_2S$ concentrations in ambient air precluded us from taking measurements at the LFG extraction wellhead locations. More broadly, due to health and safety considerations, we were prohibited by the defendants from accessing and sampling locations that were on or close to the locations in Phase IVA where active landfilling operations were being conducted. It is important to note that during its 2018 site assessment, CEC obtained its highest $H_2S$ readings at these LFG extraction wells.

[128]     In order to estimate emissions rates for hydrogen sulfide from solid waste (other than the waste accounted for by the lime and solidification process), an average $H_2S$ concentration was calculated for each landfill phase. The average was calculated from wells with $H_2S$ concentrations where oxygen was measured at less than 5%.[26] **Table 5-14** below shows the average $H_2S$ concentration for each landfill phase that was input into LandGEM as the user-specified pollutant parameter for existing pollutants. Since the waste placed in Phase IVA included spent lime and related wastes (refer to **Section 7**), field measurements of hydrogen sulfide were not used at this stage. Rather, the average $H_2S$ concentration from solid waste in Phase IVA (not including the spent lime solidified waste addressed by Dr. Pietari) was assumed to be equivalent to those of Phase IIIB.

| Table 5-14:   Average H$_2$S Concentrations for Waste-In-Place | | |
|---|---|---|
| **Phase** | **Average H$_2$S Conc. (ppm)** | **Number of Data Points** |
| I | 70.2 | 15 |
| II | 34.4 | 9 |

---

[26] LFG Extraction wells with higher oxygen concentrations are indicative of atmospheric air intrusion. With the introduction of oxygen around the well, the anaerobic degradation process is disrupted, inhibiting the generation of methane and hydrogen sulfide. Therefore, measured concentrations of these compounds are not representative of the environmental conditions of the landfill media.

| Table 5-14:    Average H₂S Concentrations for Waste-In-Place | | |
|---|---|---|
| **Phase** | **Average H₂S Conc. (ppm)** | **Number of Data Points** |
| IIIA | 15.5 | 61 |
| IIIB | 56.5 | 50 |
| IVA | 56.5 (assumed) | 50 |

### 5.3    Results of the Application of the LandGEM Model to Estimate H₂S Generation from Solid Waste

[129]    As noted, we performed landfill gas generation modeling using USEPA LandGEM Version 3.03 (June 2020). The potential methane generation capacity ($L_0$) was set to 96 cubic meters/ Megagram and the methane generation rate (k) was set to 0.11 year$^{-1}$. Consistent with LandGEM default assumptions (EPA, 2005a), the methane content was assumed to be 50% by volume.

[130]    The estimated H₂S generation for each landfill phase between 2005 and 2020 is summarized in **Table 5-15** below. These calculations do not include H₂S generated by the spent lime solidification activities that took place in Phase IV A from 2016 to 2018. The H₂S generated from those waste sources have been calculated separately by Dr. Pietari and are discussed in **Section 7**.

| Table 5-15:    H₂S Generation from Solid Waste ($m^3/year$) | | | | | |
|---|---|---|---|---|---|
| **Year** | **Phase I** | **Phase II** | **Phase IIIA** | **Phase IIIB** | **Phase IVA** |
| 2005 | 1281.19 | 295.05 | 795.64 | 0.00 | 0.00 |
| 2006 | 1147.73 | 264.31 | 732.77 | 511.48 | 0.00 |
| 2007 | 1028.18 | 236.78 | 674.10 | 909.57 | 0.00 |
| 2008 | 921.08 | 212.12 | 620.90 | 1249.79 | 0.00 |
| 2009 | 825.13 | 190.02 | 571.27 | 1504.29 | 0.00 |
| 2010 | 739.18 | 170.23 | 525.27 | 1692.90 | 0.00 |
| 2011 | 662.18 | 152.50 | 483.71 | 1852.76 | 0.00 |
| 2012 | 593.21 | 136.61 | 446.76 | 2003.12 | 0.00 |
| 2013 | 531.42 | 122.38 | 412.79 | 2115.81 | 0.00 |
| 2014 | 476.06 | 109.63 | 379.25 | 2091.12 | 195.36 |
| 2015 | 426.47 | 98.21 | 339.75 | 1873.30 | 574.78 |
| 2016 | 382.05 | 87.98 | 304.36 | 1678.16 | 859.33 |

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS                                      40

| Table 5-15: | H₂S Generation from Solid Waste ($m^3/year$) | | | | |
|---|---|---|---|---|---|
| **Year** | **Phase I** | **Phase II** | **Phase IIIA** | **Phase IIIB** | **Phase IVA** |
| 2017 | 342.25 | 78.82 | 272.65 | 1503.36 | 1136.88 |
| 2018 | 306.60 | 70.61 | 244.25 | 1346.76 | 1415.18 |
| 2019 | 274.66 | 63.25 | 218.81 | 1206.47 | 1640.01 |
| 2020 | 246.05 | 56.66 | 196.02 | 1080.80 | 1808.19 |

# 6.    ESTIMATED COLLECTION EFFICIENCIES

[131]    Since some of the LFG that a landfill generates will be captured by the LFG collection system, the amount of LFG that escapes into the ambient air (i.e., fugitive emissions) will be the total amount of LFG generated, minus the amount of LFG captured by the gas collection system (mainly, the LFG extraction wells). Therefore, the collection efficiency of the LFG system must be determined and quantified. In this case, we calculated the landfill gas collection efficiency for each Phase of the landfill using data provided in the 2018 CEC report and the square footage of each phase. Our calculations are conservative (i.e., underestimate gas emissions) because we do not include landfill gas emissions emanating from the side-slopes of the landfill phases (which are not equipped with gas collection wells), wells with positive pressure (which do not have a capture zone), and known multiple potential point sources resulting from damaged infrastructure.

[132]    Exhibit 12A of the 2018 CEC report presented the theoretical maximum ROIs of the current well depth, assuming all liquids were removed. These ROIs were calculated from field data collected by both APTIM and CEC. Ramboll used this exhibit to calculate the maximum ROI area for each gas well (refer to **Figure 6-1A** through **Figure 6-1D**). The dry well depth ROI areas for each Phase are summarized in **Table 6-1** below. A percent coverage was calculated using the dry depth area and the total area of gas collection. These results show CEC's conclusions as to the radius of influence of each well assuming they are perfectly dry – which we know they are not.

[133]    Exhibit 12B of the 2018 CEC report presented the theoretical ROIs of the wells, taking into account CEC's liquid levels measurements within the wells. As this leachate blocks a portion of the perforated pipe and therefore prevents collection of landfill gas, the ROIs under wet conditions are reduced as compared to dry conditions. Ramboll used Exhibit 12B to calculate the ROI area (saturated well depth area) for each gas well (refer to **Figure 6-2A** through **Figure 6-2D**) The saturated well depth ROI areas are summarized in the table below by Phase area. For each Phase, the aggregate percentage of the total surface area that is controlled by all gas collection wells in that Phase was calculated using the saturated well depth area and the total area of gas collection. Without access to additional information, Ramboll assumed the 2018 liquid levels CEC reported also represented the 2019 conditions. From this information the collection efficiencies for each Phase (i.e., current LFG collection coverage) was calculated and used for modeling in LandGEM. The gas collection efficiencies for each Phase are provided in **Table 6-1**.

[134]    Unlike what exists at the JPL Site, a properly designed, constructed, operated and maintained landfill gas collection system of vertical extraction wells will ensure that the wells are spaced such that the aggregate radius of influence or capture zone of all individual wells will provide complete coverage of the landfill surface (i.e., that no LFG escapes to the ambient air through the landfill surface). Since the capture zones are modeled as roughly vertical cylinders, to achieve complete coverage the ROIs need to overlap as conceptually shown in **Figure 6-3**. The JPL LFG extraction system does not conform to this standard. Instead, the collection efficiency of the JPL gas extraction system ranges from 8% to 28%, based on the area covered by the ROI of all LFG wells.

| Table 6-1: | Estimated Collection Efficiencies | | | | | |
|---|---|---|---|---|---|---|
| Phase | Total Area (S.F) | Total Area of Gas Collection (S.F)[1] | Maximum LFG Collection Area (S.F.)[2] | Maximum LFG Collection Coverage | Current LFG Collection Area (S.F.)[3] | Current LFG Collection Coverage / Current Collection Efficiency |
| I | 3,664,001 | 2,348,099 | 704,549 | 30% | 194,475 | 8% |
| II | 3,086,503 | 1,783,446 | 317,631 | 18% | 148,274 | 8% |
| IIIA | 3,889,788 | 2,585,139 | 763,874 | 30% | 523,800 | 20% |
| IIIB | 2,660,947 | 2,251,571 | 983,899 | 44% | 623,796 | 28% |
| IVA | 1,541,395 | 942,971 | 267,678 | 28% | 95,888 | 10% |

Notes:

[1] The total gas collection area is conservatively assumed to exclude the side slopes of the landfill cells. Note, however, that landfill gas collection is typically required on the entire landfill.

[2] The maximum LFG collection area refers to the total area of LFG collection based on the ROIs defined by CEC and assuming the gas collection wells to be dry (refer to Exhibit 12A in the 2018 CEC report).

[3] The current LFG collection area refers to the total area of LFG collection based on the ROIs defined by CEC and assuming the gas collection wells to be partially blocked with leachate (refer to Exhibit 12B in the 2018 CEC report).

# 7.    H₂S EMISSION INVENTORY

### 7.1    H₂S Generation from Spent Lime Operations

[135]    Dr. Jaana Pietari reviewed the potential for "spent lime" and related wastes disposed of at JPL to generate H$_2$S that has contributed to elevated H$_2$S concentrations at JPL. Her analysis is submitted as a separate expert report and the results of her analysis are incorporated into my final emissions calculations.

[136]    Using a first-order decay equation and the amounts of sulfur-rich waste disposed at the JPL Site, the times of disposal, first-order H$_2$S decay coefficients, and H$_2$S generation potentials, Dr. Pietari estimated the monthly volumes of H$_2$S generated from the start of the disposal of spent lime through the end of 2019. According to Dr. Pietari, due to the range of sulfur contents present in spent lime and the range of potential first-order decay coefficients and H$_2$S generation potentials, she calculated a reasonable lower and upper bound for monthly H$_2$S generated from the sulfur-rich waste disposed at the JPL Site. From these results she calculated a reasonable estimate of H$_2$S generation estimate for each month. The monthly H$_2$S generation estimates from spent lime are provided in the tables included in **Appendix K**. I understand that Dr. Pietari used the average of the upper and lower bound for each month as the reasonable estimate of H$_2$S generation for that month, and that Dr. Pietari has concluded that the use of this average very likely underestimates the actual H$_2$S generated each month from these sources.

### 7.2    H₂S Fugitive Emissions

[137]    We calculated total H$_2$S fugitive emissions from the JPL for each year from 2016 to 2019 using the following data: (1) H$_2$S generation rates from solid waste calculated using LandGEM (refer to **Section 5.3**); (2) H$_2$S generation rates attributed to the spent lime and related wastes disposed in Phase IVA and as calculated by Dr. Pietari (refer to **Section 7.1**); and (3) collection efficiencies calculated for areas where LFG is not captured (i.e., areas of surface fugitive emissions). As previously indicated, contributions associated with point sources have not been included in the estimate of H$_2$S emissions, which results in an underestimation of actual H$_2$S emissions.

[138]    Since Phases I through IIIB were non-operational during the period of analysis (2016 to 2019), the total area where LFG can be captured remained constant for each of those Phases. These areas are outlined in red in **Figure 6-1A** through **Figure 6-1D**, and **Figure 6-2A** through **Figure 6-2D**. The total area where LFG is currently captured by the gas wells was the sum of the 2018 CEC calculations of saturated ROI around each gas well. Despite the fact that gas recovery records indicate a gradual decrease in collection between 2011 and 2016, and in the absence of additional information, it was assumed that the total area where LFG is currently captured by the gas wells was similar for 2016 to 2019. This assumption likely results in an underestimation of LFG generation. Using the ratio of the area of current LFG collection and total area of required LFG collection (refer to **Section 6**), the average efficiency of collection was calculated for each phase (refer to **Table 6-1**).

[139]    To determine the total H$_2$S generation rate for Phase IVA, the H$_2$S generation rate from solid waste calculated using the LandGEM (refer to **Section 5.3**) and the H$_2$S

generation rate from Dr. Pietari's spent lime analysis (refer to **Section 7.1**) were aggregated.[27] Since Phase IVA was actively accepting waste during the period of analysis, in the absence of construction records for the LFG control system, the total area where LFG could be captured was assumed to grow proportionally to the quantity of waste being disposed. Additionally, since gas wells were not installed in this area until early 2018, there was no LFG capture until the first wells were installed in 2018. For gas wells installed in 2018, the capture zone was defined as the 2018 CEC Saturated ROI. For wells installed in 2019, the capture area was defined as the average CEC defined capture area for wells installed in 2018. Since Phase IVA was actively being operated, a monthly collection efficiency was calculated considering when wells were installed, such that it changed over time. **Table 7-1** shows the average efficiency of collection for each area.

| Table 7-1: | Average Efficiency of LFG Collection per Phase |
|---|---|
| **Phase** | **Average Efficiency of Collection** |
| I | 8.3% |
| II | 8.3% |
| IIIA | 20.1% |
| IIIB | 27.8% |
| IVA [1] | 8.5% |

Note:

[1]  The collection efficiency in Phase IVA varied as wells were being installed and was estimated to range from 6.6% to 17.3%.

[140]       The product of the efficiency of collection and the $H_2S$ generation rates resulted in the total fugitive emissions estimates of $H_2S$ from October 2016 to December 2019, which are provided in **Appendix K**. **Table 7-2** summarizes the annual $H_2S$ generation and emission rates.

---

[27] The available information allowed Dr. Pietari to calculate specific $H_2S$ generation rates for each month. The $H_2S$ generation rates that I calculated for all other wastes at the landfill are reported by LandGEM on an annual basis. For purposes of aggregating the LandGEM results with Dr. Pietari's emissions calculations, I assumed that each annual total was distributed evenly over 12 months.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS                                    45

| Table 7-2: | Summary of Annual H$_2$S Generation and Emission Estimates per Landfill Phase Over Time | | | | | | |
|---|---|---|---|---|---|---|---|
| Year | H$_2$S Generation | | | H$_2$S Fugitive Emissions | | | |
| | Solid Waste (Mg) | Spent Lime (Mg) | Solid Waste (Mg) | m³ | Mg | m³/m² | Mg/m² |
| **Phase I** | | | | | | | |
| 2016 | 0.14 | - | 0.14 | 87.6 | 0.1 | 4.38E-04 | 6.21E-07 |
| 2017 | 0.49 | - | 0.49 | 313.9 | 0.4 | 4.23E-04 | 5.99E-07 |
| 2018 | 0.43 | - | 0.43 | 281.2 | 0.4 | 4.07E-04 | 5.78E-07 |
| 2019 | 0.39 | - | 0.39 | 251.9 | 0.4 | 3.92E-04 | 5.56E-07 |
| **Phase II** | | | | | | | |
| 2016 | 0.03 | - | 0.03 | 20.2 | 0.03 | 1.33E-04 | 1.88E-07 |
| 2017 | 0.11 | - | 0.11 | 72.3 | 0.1 | 4.76E-04 | 6.74E-07 |
| 2018 | 0.10 | - | 0.10 | 64.7 | 0.1 | 4.26E-04 | 6.04E-07 |
| 2019 | 0.09 | - | 0.09 | 58.0 | 0.1 | 3.82E-04 | 5.41E-07 |
| **Phase IIIA** | | | | | | | |
| 2016 | 0.11 | - | 0.11 | 60.8 | 0.1 | 3.14E-04 | 4.45E-07 |
| 2017 | 0.39 | - | 0.39 | 217.9 | 0.3 | 1.12E-03 | 1.59E-06 |
| 2018 | 0.35 | - | 0.35 | 195.2 | 0.3 | 1.01E-03 | 1.43E-06 |
| 2019 | 0.31 | - | 0.31 | 174.9 | 0.2 | 9.03E-04 | 1.28E-06 |
| **Phase IIIB** | | | | | | | |
| 2016 | 0.59 | - | 0.59 | 303.0 | 0.4 | 2.01E-03 | 2.85E-06 |
| 2017 | 2.13 | - | 2.13 | 1,085.9 | 1.5 | 7.20E-03 | 1.02E-05 |
| 2018 | 1.91 | - | 1.91 | 972.8 | 1.4 | 6.45E-03 | 9.15E-06 |
| 2019 | 1.71 | - | 1.71 | 871.5 | 1.2 | 5.78E-03 | 8.19E-06 |

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS                    46

| Table 7-2: | Summary of Annual $H_2S$ Generation and Emission Estimates per Landfill Phase Over Time | | | | | | |
|---|---|---|---|---|---|---|---|
| Year | $H_2S$ Generation | | | $H_2S$ Fugitive Emissions | | | |
| | Solid Waste (Mg) | Spent Lime (Mg) | Solid Waste (Mg) | $m^3$ | Mg | $m^3/m^2$ | $Mg/m^2$ |
| Phase IVA | | | | | | | |
| 2016 | 0.3 | 2.6 | 2.9 | 2,061.8 | 2.9 | 4.28E-02 | 6.07E-05 |
| 2017 | 1.61 | 42.7 | 44.3 | 31,277.6 | 44.3 | 5.32E-01 | 7.55E-04 |
| 2018 | 2.01 | 72.9 | 74.9 | 47,659.9 | 67.6 | 7.34E-01 | 1.04E-03 |
| 2019 | 2.32 | 48.3 | 50.7 | 29,885.4 | 42.4 | 4.21E-01 | 5.96E-04 |

Notes:
[1]  Data for 2016 only includes the months of October through December.

[141]     It should be noted that in the December 18, 2019 Part 70 Operating Permit Renewal and Modification Application (CEC, 2019b), CEC estimated annual generation of hydrogen sulfide of 166.63 tons (or 151.16 Mg), which is significantly higher than the generation of 44.3 to 74.9 Mg/year which I assumed for purposes of my calculations.

[142]     I have estimated emissions of $H_2S$ from the Jefferson Parish Landfill for the period of October 2016 through December 2019. For the reasons discussed in this report, it is my opinion that these calculations underestimate actual $H_2S$ emissions from the JPL Site during this period.

[143]     My calculations, which incorporate Dr. Pietari's conclusions, are set forth in **Appendix K** to this report.

# 8.    REFERENCES

APTIM, 2017a. *Operations & Maintenance Monthly Report*. August. APTIM-0000100.

APTIM, 2017b. *Operations & Maintenance Monthly Report*. August. APTIM-0003032.

APTIM, 2018a. *2018 (1st half) liquid level report*. January – June.

APTIM, 2018b. *Jefferson Parish Landfill Liquid Levels, 2nd Semi-Annual 2018*. July - December.

APTIM, 2018c. *Request for Alternative Operating Standards for 11 LFG Wells, Jefferson Parish Sanitary Landfill, Avondale, LA*. November 13. JP_JPLF_0013488.

APTIM, 2018d. *Jefferson Parish Landfill, 15-Day Tracking Sheet*. September 27. APTIM-0022911.

Carlson Environmental Consultants (CEC), 2018. *Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana*. August 15.

APTIM, 2019. *Jefferson Parish Landfill Liquid Levels, 1st Quarter 2019*. January – March.

APTIM; MSMM Engineering, LLC; Bbec, LLC; n.d. *Attachment 29 Leachate Collection System*.

Buller, Rick, 2018. *Ph 4A leachate risers*, Message to Rickie Falgoust. June 24, 2018. Email. WC_JPLF_00270150.

Carlson Environmental Consultants (CEC), 2018. *Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana*. August 15.

Carlson Environmental Consultants (CEC), 2019a. *High BTU Landfill Gas Utilization Plan for the Jefferson Parish Landfill, Jefferson Parish, Louisiana*. May 7.

Carlson Environmental Consultants (CEC), 2019b. *Part 70 Operating Permit Renewal and Modification Application, Jefferson Parish Sanitary Landfill, Jefferson Parish, LA*. December 18.

Carlson Environmental Consultants (CEC), 2019c. *Request for Alternative Remedy Timeline for Surface Emissions Monitoring (SEM) Exceedances- Jefferson Parish Sanitary Landfill*. August 29.

Carlson Environmental Consultants (CEC), 2020a. *Existing Conditions*. October.

Carlson Environmental Consultants (CEC), 2020b. Siteplan- 2020 Constructed. November.

CB&I, 2016a. Jefferson Parish Leachate Levels. February. APTIM-0130902.

CB&I, 2016b. Operations & Maintenance Monthly Report – January 2016, Jefferson Parish Landfill. February 1. APTIM-0021621.

CB&I, 2016c. Operations & Maintenance Monthly Report – February 2016, Jefferson Parish Landfill. March 1. APTIM-0021571.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS                                48

CB&I, 2016d. *Jefferson Parish Leachate Levels*. March 11. APTIM-0019757.

CB&I, 2016e. *Operations & Maintenance Monthly Report – March 2016, Jefferson Parish Landfill*. April 1. APTIM-0021735.

CB&I, 2016f. *Operations & Maintenance Monthly Report – April 2016, Jefferson Parish Landfill*. May 1. APTIM-0132669.

CB&I, 2016g. *Operations & Maintenance Monthly Report – May 2016, Jefferson Parish Landfill*. June 1. APTIM-0132721.

CB&I, 2016h. *Operations & Maintenance Monthly Report – June 2016, Jefferson Parish Landfill*. July 1. APTIM-0132776.

CB&I, 2016i. *Jefferson Parish Leachate Levels*. July 25. APTIM-0019756.

CB&I, 2016j. *Operations & Maintenance Monthly Report – July 2016, Jefferson Parish Landfill*. August 1. APTIM-0132375.

CB&I, 2016k. *Operations & Maintenance Monthly Report – August 2016, Jefferson Parish Landfill*. September 1. APTIM-0130932.

CB&I, 2016l. *Operations & Maintenance Monthly Report – September 2016, Jefferson Parish Landfill*. October 1. APTIM-0138323.

CB&I, 2016m. *Operations & Maintenance Monthly Report – October 2016, Jefferson Parish Landfill*. November 1. APTIM-0138544.

CB&I, 2016n. *Operations & Maintenance Monthly Report – November 2016, Jefferson Parish Landfill*. December 1. APTIM-0021933.

CB&I, 2017a. *Operations & Maintenance Monthly Report – December 2016, Jefferson Parish Landfill*. January 1. APTIM-0001209.

CB&I, 2017b. *Operations & Maintenance Monthly Report – January 2017, Jefferson Parish Landfill*. February 1. APTIM-0000560.

CB&I, 2017c. *Operations & Maintenance Monthly Report – February 2017, Jefferson Parish Landfill*. March 1. APTIM-0000511.

CB&I, 2017d. *Semiannual Monitoring Report. Semiannual Start-up, Shutdown, and Malfunction Plan Report*. March 24. APTIM-0003178.

CB&I, 2017e. *Operations & Maintenance Monthly Report – March 2017, Jefferson Parish Landfill*. April 1.

CB&I, 2017f. *Operations & Maintenance Monthly Report – April 2017, Jefferson Parish Landfill*. May 1. APTIM-0001274.

CB&I, 2017g. *Operations & Maintenance Monthly Report – May 2017, Jefferson Parish Landfill*. June 1. APTIM-0000604.

CB&I, 2017h. *Operations & Maintenance Monthly Report – June 2017, Jefferson Parish Landfill*. July 1. APTIM-0000168.

CB&I, 2017i. *Operations & Maintenance Monthly Report – July 2017, Jefferson Parish Landfill*. August 1. APTIM-0000100.

CB&I, 2017j. *Operations & Maintenance Monthly Report – August 2017, Jefferson Parish Landfill*. September 1. APTIM-0003032.

CB&I, 2017k. *Operations & Maintenance Monthly Report – September 2017, Jefferson Parish Landfill*. October 1. APTIM-0000672.

CB&I, 2017l. *Operations & Maintenance Monthly Report – October 2017, Jefferson Parish Landfill*. November 1. APTIM-0000822.

CB&I, 2017m. *Operations & Maintenance Monthly Report – November 2017, Jefferson Parish Landfill*. December 1. APTIM-0004044.

CB&I, 2018a. *Operations & Maintenance Monthly Report – December 2017, Jefferson Parish Landfill*. January 1. APTIM-0000822.

CB&I, 2018b. *Operations & Maintenance Monthly Report – January 2018, Jefferson Parish Landfill*. February 1. APTIM-0000961.

CB&I, 2018c. *Operations & Maintenance Monthly Report – February 2018, Jefferson Parish Landfill*. March 1. APTIM-0004385.

CB&I, 2018d. *Operations & Maintenance Monthly Report – March 2018, Jefferson Parish Landfill*. April 1. APTIM-0004112.

CB&I, 2018e. *Operations & Maintenance Monthly Report – April 2018, Jefferson Parish Landfill*. May 1. APTIM-0000734.

CB&I, 2018f. *Operations & Maintenance Monthly Report – May 2018, Jefferson Parish Landfill*. June 1. APTIM-0001078.

CB&I, 2018g. *Operations & Maintenance Monthly Report – June 2018, Jefferson Parish Landfill*. July 1. APTIM-0003887.

CB&I, 2018h. *Operations & Maintenance Monthly Report – July 2018, Jefferson Parish Landfill*. August 1. APTIM-0019028.

CB&I, 2018i. *Operations & Maintenance Monthly Report – August 2018, Jefferson Parish Landfill*. September 1. APTIM-0001566.

CB&I, 2018j. *Operations & Maintenance Monthly Report – September 2018, Jefferson Parish Landfill*. October 1. APTIM-0000227.

CB&I, 2018k. *Operations & Maintenance Monthly Report – October 2018, Jefferson Parish Landfill*. November 1. APTIM-0004260.

CB&I, 2018l. *Operations & Maintenance Monthly Report – November 2018, Jefferson Parish Landfill*. December 1. APTIM-0001683.

CB&I, 2019a. *Operations & Maintenance Monthly Report – December 2018, Jefferson Parish Landfill*. January 1. APTIM-0007735.

CB&I, 2019b. *Operations & Maintenance Monthly Report – January 2019, Jefferson Parish Landfill*. February 1. APTIM-0007554.

CB&I, 2019c. *Operations & Maintenance Monthly Report – February 2019, Jefferson Parish Landfill*. March 1. APTIM-0007469.

CB&I, 2019d. *Operations & Maintenance Monthly Report – March 2019, Jefferson Parish Landfill*. April 1. APTIM-0007857.

CB&I, 2019e. *Operations & Maintenance Monthly Report – April 2019, Jefferson Parish Landfill*. May 1. APTIM-0007635.

CB&I, 2019f. *Operations & Maintenance Monthly Report – May 2019, Jefferson Parish Landfill*. May 29. APTIM-0180378.

Golder Associates, 2017. *Landfill Gas Collection and Control Plan, Jefferson Parish Sanitary Landfill, Phase IVA*. January.

Jefferson Parish Landfill (JPL), 2003. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 28.

Jefferson Parish Landfill (JPL), 2004. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 29.

Jefferson Parish Landfill (JPL), 2005. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 25.

Jefferson Parish Landfill (JPL), 2006. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 28.

Jefferson Parish Landfill (JPL), 2007. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 20.

Jefferson Parish Landfill (JPL), 2008. *Louisiana Department of Environmental Quality, Solid Waste Disposer Annual Report*. August 5.

Jefferson Parish Landfill (JPL), 2009. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 29.

Jefferson Parish Landfill (JPL), 2010. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 26.

Jefferson Parish Landfill (JPL), 2011. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 28.

Jefferson Parish Landfill (JPL), 2012. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 26.

Jefferson Parish Landfill (JPL), 2013. *Solid Waste Certification of Compliance Part I & Part II, Jefferson Parish Sanitary Landfill*. September 24.

Jefferson Parish Landfill (JPL), 2014. *Solid Waste Certification of Compliance Part I & Part II, Jefferson Parish Sanitary Landfill*. September 29.

Jefferson Parish Landfill (JPL), 2015. *Solid Waste Certification of Compliance Part I & Part II, Jefferson Parish Sanitary Landfill*. September 30.

Jefferson Parish Landfill (JPL), 2016a. *Modification No.7 Submittal. Solid Waste Permit (D-051-0090/P-0297R1)*. March 16.

Jefferson Parish Landfill (JPL), 2016b. *Solid Waste Certification of Compliance Part I & Part II, Jefferson Parish Sanitary Landfill*. June 30.

Jefferson Parish Landfill (JPL), 2017. *Certification of Compliance, Jefferson Parish Sanitary Landfill*. September 26.

Jefferson Parish Landfill (JPL), 2018. *Certification of Compliance, Jefferson Parish Sanitary Landfill*. September 26.

Jefferson Parish Landfill (JPL), 2019. *Annual Certification of Compliance, Jefferson Parish Sanitary Landfill*. September 27.

Jefferson Parish Landfill (JPL), 2020. *Annual Certification of Compliance, Jefferson Parish Sanitary Landfill*. September 30.

Lockwood, Mike, 2018. *Gas leaking from 20 S header*, Message to Rickie Falgoust. August 31, 2018. Email. WC_JPLF_00271013.

Pietari, J., 2020.  *Expert Report Of Jaana Pietari, Ph.D., MBA, PE., Hydrogen Sulfide Generation From Spent Lime Avondale, Louisiana – Jefferson Parish.* Ramboll US Consulting, Inc.

PPM Consultants, 2019. *Response to LDEQ Questions – January 31, 2019, Status Update LDEQ Meeting Minutes- February 1, 2019, Jefferson Parish Sanitary Landfill*. February 13. JP_JPLF_0013660.

Public Health Service Agency for Toxic Substances and Disease Registry (ATSDR), 2016. *Toxicological Profile for Hydrogen Sulfide and Carbonyl Sulfide*. November.

Ramboll US Corporation, 2019. *Landfill Gas Characterization Work Plan for the Jefferson Parish Landfill, Avondale, Louisiana*. October 31.

River Birch LLC, 2019. *Assessment of Jefferson Parish Landfill Gas Field*. May.

SCS Engineers (SCS), 2018. *Jefferson Parish Landfill Site Evaluation with Respect to Odors. Expert Consultant Report by James Walsh, P.E. and Thomas Rappolt, Q.E.P.* October 24.

Shaw Environmental & Infrastructure, Inc. (Shaw), 2009. *Jefferson Parish Leachate Levels*. March – December. APTIM-0168049.

Shaw Environmental & Infrastructure, Inc. (Shaw), 2012. *Jefferson Parish Leachate Levels*. June. APTIM-0130544.

State of Louisiana Department of Environmental Quality (LDEQ), 2018a. *Consolidated Compliance Order & Notice of Potential Penalty*. September 18. JP_JPLF_0013284

State of Louisiana Department of Environmental Quality (LDEQ), 2018b. *Air, Solid Waste, and Water Assessment Inspection Report*. December.

Tchobanoglous, G., Theisen, H. and Vigil, S.A., 1993. *Integrated Solid Waste Management: Engineering Principle and Management Issue*. New York: McGraw Hill Inc. pp. 381-417.

USEPA, 1997. *Emission Factor Documentation for AP-42 Section 2.4 Municipal Solid Waste Landfills Revised*. August.

USEPA, 2005a. *Landfill Gas Emission Model (LandGEM) Version 3.02 User's Guide*. May.

USEPA, 2005b. *First-Order Kinetic Gas Generation Model Parameters for Wet Landfills*. June.

USEPA, 2015. *U.S. Environmental Protection Agency. Compilation of Air Pollutant Emissions Factors, AP-42, Fifth Addition, Volume 1: Stationary Point and Area Sources*. Section 2.4-Municipal Solid Waste Landfill. January.

Title V Part 70 Operating Permit Modification (Title V), 2016. *Jefferson Parish Sanitary Landfill, Avondale, Jefferson Parish, Louisiana. Permit No. 1340-00140-V7*. July 15.

World Health Organization (WHO), 2020. A*ir quality guidelines for Europe, 2nd Edition*. WHO Regional Office for Europe, Copenhagen, Denmark.