EXHIBIT
8

# SUPPLEMENTAL EXPERT REPORT OF JAANA PIETARI, PH.D., MBA, PE

## HYDROGEN SULFIDE GENERATION FROM HIGH-SULFATE WASTE SPENT LIME AT THE JEFFERSON PARISH LANDFILL

_____

Jaana Pietari, PH.D., MBA, PE (MA)
Senior Managing Consultant, Ramboll US Consulting, Inc.
August 27, 2021

Prepared for Whiteford, Taylor & Preston



SUPPLEMENTAL EXPERT REPORT OF JAANA PIETARI, PHD, MBA, PE

## CONTENTS

| | | |
|---|---|---|
| **1.** | **INTRODUCTION** | **1** |
| 1.1 | Background | 1 |
| 1.2 | Scope | 1 |
| 1.3 | Limitations | 1 |
| **2.** | **SUMMARY OF SUPPLEMENTAL EXPERT OPINIONS** | **2** |
| **3.** | **EVALUATION OF HYDROGEN SULFIDE GENERATION FROM SPENT LIME AT THE JPL USING THE TRC (2020) DATA** | **2** |
| 3.1 | TRC's October 2019 Gas Well Sampling | 2 |
| 3.1.1 | October 2019 $H_2S$ Concentrations | 3 |
| 3.1.2 | October 2019 Average $H_2S$ Concentration for Phase IVA | 5 |
| 3.2 | Estimation of $H_2S$ Generation Using the TRC (2020) Data for October 2019 | 5 |
| 3.2.1 | Initial Evaluation of the k and S0 Values | 6 |
| 3.2.2 | Revised $H_2S$ Generation Estimate Using the TRC (2020) Data for October 2019 | 7 |
| 3.2.3 | Discussion of the Results | 9 |
| **4.** | **REFERENCES** | **11** |

## TABLES

| | |
|---|---|
| Table 1: | $H_2S$ Concentrations and Gas Flow Rates Measured in Phase IVA at the JPL |
| Table 2: | Average $H_2S$ Concentrations for Phase IVA |
| Table 3: | Initial Evaluation of k and S0 Values Using the October 2019 Data |
| Table 4a: | Monthly Predicted Volumes of $H_2S$ Generated from the Spent Lime and the Historical C&D Waste Disposed at the JPL with Different First Order $H_2S$ Decay Constants (k) and Fixed Average $H_2S$ Concentration in October 2019 |
| Table 4b: | Sensitivity Analyses of Monthly Predicted Volumes of $H_2S$ Generated from the Spent Lime and the Historical C&D Waste Disposed at the JPL |

## FIGURES

| | |
|---|---|
| Figure 1: | $H_2S$ Generation Potentials (S0) and Total Volume of $H_2S$ Generated as a Function of First Order Decay Constants (k) |
| Figure 2: | Comparison of Annual $H_2S$ Generation Estimates |
| Figure 3: | Estimates for Monthly $H_2S$ Generated from Spent Lime and C&D Waste Disposed at the JPL Phase IVA for Different k and the Corresponding S0 Values |
| Figure 4: | Estimates for Monthly $H_2S$ Generation Volumes for Different Lag Time, H2S Concentration Constraint and Sulfur Content Assumptions |

SUPPLEMENTAL EXPERT REPORT OF JAANA PIETARI, PHD, MBA, PE

## ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| C&D | Construction and demolition |
| CEC | Carlson Environmental Consultants, PC |
| $CH_4$ | methane |
| CO2 | carbon dioxide |
| CV | coefficient of variation |
| $H_2S$ | hydrogen sulfide |
| JPL | Jefferson Parish Landfill |
| k | first-order decay constant |
| LandGEM | Landfill Gas Emissions Model |
| N | nitrogen |
| $O_2$ | oxygen |
| Phase IIIB | phase three B of the JPL |
| Phase IVA | phase four A of the JPL |
| ppm | parts per million |
| ppmv | parts per million by volume |
| RPD | relative percent difference |
| S0 | $H_2S$ generation potential |
| SCFM | standard cubic feet per minute |
| SRB | sulfate reducing bacteria |
| TRC | TRC Environmental Corporation |
| WTP | Whiteford, Taylor & Preston, LLP |

# 1.   INTRODUCTION

## 1.1   Background

At the request of Whiteford, Taylor & Preston, LLP (WTP), I prepared an expert report titled *Expert Report of Jaana Pietari, Ph.D., MBA, PE. Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill*, dated January 29, 2021.

In my report, I estimated $H_2S$ generated from "Spent Lime" and construction and demolition (C&D) waste disposed at the Phase IVA at the Jefferson Parish Landfill (JPL) using a scientifically accepted first-order decay model developed by Anderson et al. (2010) to estimate $H_2S$ generation ("$H_2S$ Generation Model"). In my analysis of the $H_2S$ generation, I used site-specific data and conservative assumptions when site-specific data was not available. My approach considered all available data at the time including amounts of Spent Lime and C&D waste disposed at the Phase IVA at the JPL, information of the composition of the Spent Lime, and measurements of $H_2S$ in gas wells located within the Phase IVA at the JPL.

After issuing my expert report on January 29, 2021, and my rebuttal report on June 16, 2021, I have received and reviewed a report titled *Collection of Landfill Samples, Performed at the Jefferson Parish Landfill, Avondale, Louisiana, Test date(s) 10-4-19 – 10-5-19, Report No. TRC Environmental Corporation Report 316993*, dated August 30, 2020 ("the TRC Report") and prepared by the TRC Environmental Corporation (TRC), which is one of the consultants for the defense in this case.[1] The TRC Report provides additional $H_2S$ concentration data for landfill gas collected from Phase IVA at the JPL.

## 1.2   Scope

The scope of this supplemental expert report is to evaluate the $H_2S$ concentration data presented in the TRC Report and to evaluate how the new $H_2S$ data would change the $H_2S$ generation estimates for Phase IVA at the JPL that I previously presented in my expert report (Pietari 2021a). This supplemental expert report incorporates by reference my expert report of January 29, 2021 and my rebuttal report of June 16, 2021, including my qualifications, compensation, information reviewed and considered, opinions and bases, and any references and exhibits.

## 1.3   Limitations

Assumptions made during my evaluation are outlined throughout the report. I have assumed that the information supplied to me accurately documents the facts and circumstances in relation to the technical matters that this report addresses. In my opinion, the documents and information that I relied on are the type of information that an expert in my field would reasonably rely upon in formulating the opinions that I offer in this report. This report summarizes work performed to date and presents my findings and opinions resulting from that work, made to a reasonable degree of scientific certainty. Should additional documents be discovered or produced, and the information contained in these documents bear upon any of my technical opinions, I reserve the right to prepare an additional supplemental expert report to add and/or amend my opinions, if so required.

---

[1]  *Frederick Addison et al. v. Louisiana Regional Landfill Co., et al.*, Civ. Action No.19-1113 and 19-14512, and *Elias Jorge ("George") Ichtech-Bendek et al. v. Waste Connections Bayou, Inc.*, Civ. Action No. 18-7889, E.D.La.

## 2.    SUMMARY OF SUPPLEMENTAL EXPERT OPINIONS

Based on my evaluation of the $H_2S$ data for the Phase IVA at the JPL collected in October 2019, and results from incorporating that data into my analysis of $H_2S$ generation from the disposal of Spent Lime and C&D waste at the JPL Phase IVA using the $H_2S$ Generation Model developed by Anderson et al. (2010), I have formed the following supplemental opinions.

1.  **Supplemental Opinion 1:** Based on the TRC (2020) $H_2S$ data for October 2019, the Spent Lime and the C&D waste disposed at the JPL Phase IVA likely generated a total of 399,479 $m^3$ of $H_2S$ from October 2016 through December 2019. In June 2018, an estimated 16,618 $m^3$ of $H_2S$ was generated.

2.  **Supplemental Opinion 2:** Considering that the arithmetic and gas flow-weighted average concentrations based on the TRC's October 2019 data are more than twice the minimum average $H_2S$ concentration that I used to estimate the lower bound $H_2S$ generation from Spent Lime and C&D waste disposed at the JPL Phase IV, the average $H_2S$ concentrations in Phase IVA in May and September 2018 were likely much higher than those I used to estimate $H_2S$ generation volumes for Phase IVA in my expert report. Therefore, the May and September 2018 $H_2S$ concentrations I used to estimate $H_2S$ generation in my expert report and the resulting $H_2S$ generation estimates are underestimates.

## 3.    EVALUATION OF HYDROGEN SULFIDE GENERATION FROM SPENT LIME AT THE JPL USING THE TRC (2020) DATA

### 3.1    TRC's October 2019 Gas Well Sampling

The TRC Report describes results from the sampling of gas collection wells at the JPL during October 4-5, 2019.[2] During the sampling event, TRC collected samples from 18 gas wells, which included ten gas wells in the Phase IVA. According to the TRC Report, the sampling consisted of field screening and collection of samples for laboratory analysis from landfill gas wells using following approaches:

- **GEM 5000 (Landtec$^{TM}$):** GEM 5000 was used to evaluate the well flow in standard cubic feet per minute (SCFM); static pressure; temperature; percent volumes of methane ($CH_4$), carbon dioxide ($CO_2$), oxygen ($O_2$) and the remainder (expected to be primarily nitrogen (N) and $H_2S$ in parts per million by volume (ppmv).

- **Tedlar® bags:** Gas samples were collected from each well in Tedlar® bags for chemical analysis in a commercial analytical laboratory, including reduced sulfur compounds using method ASTM D5504[3].

---

[2]  The analytical laboratory reports indicate that the samples were collected on October 2-3, 2019 (APTIM-0225882, -0225906, -0225936 and -0225958).

[3]  Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and Chemiluminescence (https://www.astm.org/Standards/D5504.htm)

- **Steel Canisters:** Gas samples were collected from each well by a steel canister for chemical analysis in a commercial analytical laboratory, including reduced sulfur compounds using method ASTM D5504.

- **Draeger tubes:** $H_2S$ concentrations were measured in gas samples using Draeger tubes (i.e., sorbent tubes).

TRC used the $H_2S$ results for four wells located within Phase IVA (wells 512, 514, 522R and 524) and each of the four different sampling techniques to compare the four approaches. Based on the data for the four wells, TRC concluded that the samples collected with the steel canister provided the best results for $H_2S$. TRC then used the steel canister data from all of the wells where $H_2S$ was detected to calculate the "total $H_2S$" captured in the gas collection system.[4]

### 3.1.1   October 2019 H2S Concentrations

TRC's October 2019 data ("October 2019 data") are shown in Table 4 of the TRC report and reproduced in **Table 1**, which summarizes the $H_2S$ and gas flow data measured in samples from the 10 wells Phase IVA wells (wells 500 to 524 assuming that well 501 is located in Phase IVA as it straddles Phases IIIB and IVA) and from one Phase IIIB well (378). **Table 1** also shows the $H_2S$ concentrations and gas flow data measured by Carlson Environmental Consultants, PC (CEC; 2018) in May 2018 ("May 2018 data") for Phase IVA and concentrations reported for two gas collection wells in Phase IVA on or before September 2018 ("September 2018 data") (WC_JPLF_00270112).

| Well | May 2018 (CEC 2018) | | September 2018 (WC_JPLF_00270112) | October 2019 (TRC 2020) | |
|------|------|------|------|------|------|
| | $H_2S$ (ppmv) | Gas flow rate (scfm) | $H_2S$ (ppmv) | $H_2S$ (ppmv) [a] | Gas flow rate (scfm) |
| 378 | -- [b] | -- | -- | 5.27 | 9.1 |
| 500 | 125 | 6.1 | -- | 121 | 8.39 |
| 501 | 200 [c] | 28.2 | -- | 268 | 23 |
| 502 | 1,300 | 7.5 | -- | -- | -- |
| 507 | 175 | -- | 3,000 | -- | -- |
| 509 | -- | -- | -- | 220 | 11 |
| 510 | 120 | 19.8 | -- | 62.9 | 27 |
| 511 | >2,000 | 16.3 | -- | -- | -- |
| 512 | >2,000 | 26.7 | -- | 5,683 | 21.5 |
| 513 | -- | -- | -- | 6,080 | 30 |
| 514 | -- | -- | -- | 6,063 | 33.6 |

Table 1.   **H2S Concentrations and Gas Flow Rates Measured in Gas Wells in Phase IVA at the JPL**

---

[4]  I have not evaluated TRC's approach to calculate the "total $H_2S$" nor has Ramboll independently validated the data that TRC generated.

SUPPLEMENTAL EXPERT REPORT OF JAANA PIETARI, PHD, MBA, PE                                          4

| Well | May 2018 (CEC 2018) | | September 2018 (WC_JPLF_00270112) | October 2019 (TRC 2020) | |
|---|---|---|---|---|---|
| | $H_2S$ (ppmv) | Gas flow rate (scfm) | $H_2S$ (ppmv) | $H_2S$ (ppmv) [a] | Gas flow rate (scfm) |
| 516 | >2,000 | 32 - 60 | 3,000 | -- | -- |
| 517 | -- | -- | -- | 3,589 | 9.2 |
| 518 | 1,450 | -- | -- | -- | -- |
| 519 | >2,000 | -- | -- | -- | -- |
| 522/522R | -- | -- | -- | 4,790 | 22.2 |
| 524 | >2,000[c] | 6.2 | -- | 6,499 | 17.2 |
| HW-04 | >2,000 | -- | -- | -- | -- |

**Table 1.   H₂S Concentrations and Gas Flow Rates Measured in Gas Wells in Phase IVA at the JPL**

Notes
[a] The analytical reports indicate that the units were ppmv (e.g. APTIM-0225882)
[b] not measured or reported
[c] average of two measurements

The TRC's October 2019 data indicate that high concentrations of $H_2S$ were present in the Phase IVA gas wells in October 2019 and that the concentrations were much higher than those reported by CEC (2018) for Phase IVA gas wells in May 2018 and those reported for wells 507 and 516 on or before September 2018 (WC_JPLF_00270112). The TRC data demonstrates that $H_2S$ concentrations in excess of 6,000 ppm were present within the Phase IVA 15 months after the disposal of Spent Lime ended at the JPL Phase IVA (**Table 1**). These concentrations are more than three times greater than the upper limit of the instrument used by CEC (i.e., 2,000 ppmv), and more than two times greater than those reported for the September 2018 data (CEC 2018; WC_JPLF_00270112) (**Table 1**). Therefore, it is also highly likely that the $H_2S$ concentrations in the Phase IVA gas wells in May to September 2018 were much higher than those reported.

The TRC's October 2019 data also indicate that $H_2S$ concentrations in the gas wells that CEC was unable to sample (Table 1 in CEC (2018)) were likely higher than the minimum average $H_2S$ concentrations I calculated using the May and the September 2018 data (CEC 2018; WC_JPLF_00270112). The gas wells within the JPL Phase IVA that CEC did not sample included wells 509, 513, 514, 517, and 522[5], all of which were either not accessible for sampling by CEC (see Table 1 in CEC, 2018)) or not constructed at the time of CEC sampling (well 514, APTIM_0004894). $H_2S$ concentrations reported by TRC for these gas wells were higher than 3,500 ppmv with the exception of well 509 that had a $H_2S$ concentration of 220 ppmv. Additionally, the TRC data are consistent with the CEC (2018) data in that both TRC and CEC measured high $H_2S$ concentrations in the same wells (e.g., 512 and 524) and low $H_2S$ concentrations in the same wells (500, 501, and 510). Note that TRC did not sample gas wells 502, 507, 511, 516, 518 and 519 or the horizontal well HW-04 that CEC (2018) did. CEC (2018) reported generally high $H_2S$ concentrations for these wells. It is also unclear why TRC

---

[5] The well 522 was replaced with well 522R on February 15, 2019 (APTIM_0004872).

did not sample all of the 22 vertical gas wells and two horizontal gas wells that were present in May 2019 in Phase IVA (Kline 2021).

### 3.1.2    October 2019 Average $H_2S$ Concentration for Phase IVA

Using the October 2019 data, TRC calculated arithmetic and gas flow-weighted average $H_2S$ concentrations for all of the wells that had detectable $H_2S$ concentrations, including the ten wells in JPL Phase IVA and well 378 located in Phase IIIB (TRC 2020). The arithmetic and gas flow-weighted average $H_2S$ concentrations are 3,035 ppmv and 3,633 ppmv, respectively (**Table 2**; see also Table 4 in TRC, 2020)). Excluding the gas well 378, the arithmetic and gas flow-weighted average $H_2S$ concentrations are 3,338 ppmv and 3,795 ppmv, respectively (**Table 2**).

The arithmetic and gas flow-weighted average concentrations based on the TRC's October 2019 data are more than twice the minimum average $H_2S$ concentration of 1,598 ppmv for May 2018 that I used to estimate the lower bound $H_2S$ generation from Spent Lime and C&D waste disposed at the JPL Phase IVA. Given that $H_2S$ generation from gypsum follows a first order decay pattern (Anderson et al. 2010), it is therefore highly likely that the average $H_2S$ concentrations in Phase IVA in May and September 2018 would have been much higher than the minimum average I calculated based on the May and September 2018 data (CEC 2018; WC_JPLF_00270112) and even higher than those measured by TRC in October 2019 (TRC 2020).

| Table 2.    Average $H_2S$ Concentrations for Phase IVA | | | |
|---|---|---|---|
| **Average** | **May 2018 Pietari (2021a,b)** | **October 2019 (TRC 2020)** | |
| | $H_2S$ in Phase IVA Wells (ppmv) | $H_2S$ in Phase IVA Wells and Well 378 (ppmv) | $H_2S$ in Phase IVA Wells (ppmv) |
| Arithmetic average | >1,598[a] | 3,035 | 3,338 |
| Gas flow-weighted average | >1,615 (>1,491 - >1,738) | 3,633 | 3,795 |
| Notes [a] The arithmetic average did not include data from well 501 | | | |

### 3.2    Estimation of $H_2S$ Generation Using the TRC (2020) Data for October 2019

Because the data collected by TRC indicates that the $H_2S$ concentrations within the Phase IVA likely would have been much higher than indicated by the May 2018 and/or the September 2028 data, I estimated the $H_2S$ generation volumes at the JPL Phase IVA using the TRC's October 2019 data. Specifically, I used the gas-flow weighted average of 3,633 ppmv, calculated by TRC (2020), to calibrate the $H_2S$ Generation Model. Although the 3,633 ppmv gas flow-weighted average incorporates gas well 378, located in the Phase IIIB, the relative percent difference (RPD)[6] between the gas flow-weighted averages with and without well 378 (**Table 2**) is 4.4% and within generally acceptable

---

[6]  RPD is calculated by dividing the difference between two $H_2S$ concentrations by the average of the two $H_2S$ concentrations.

SUPPLEMENTAL EXPERT REPORT OF JAANA PIETARI, PHD, MBA, PE                                      6

precision between duplicate samples.[7] Therefore, I used the 3,633 ppmv gas flow-weighted average $H_2S$ concentration in my revised estimate of $H_2S$ generation at Phase IVA.

### 3.2.1   Initial Evaluation of the k and S0 Values

Similar to the lower bound scenarios that I evaluated in my expert report (Table 8, Pietari 2021a), I initially evaluated the results from the application of the $H_2S$ Generation Model using the 3,633 ppmv $H_2S$ concentration constraint for October 2019 at the three different sulfur contents in Spent Lime (low, average, high; Table 5a in Pietari 2021a), and the ranges of first order decay constants (k) and $H_2S$ generation potentials (S0) I used for the $H_2S$ generation estimates in my expert report (**Table 3**; Table 8, Pietari 2021a). Additionally, I incorporated the same amounts and estimated sulfur contents of the C&D waste as in my expert report (Table 5b, Pietari 2021a). For each of the scenarios, I then evaluated whether the solved parameters (either k or S0) agreed with those reported in the literature (i.e., Anderson et al. (2010) and Shaha and Meeroff (2020)) or were theoretically possible.

**Table 3.    Initial Evaluation of k and S0 Values Using the October 2019 Data**

| Sulfur Content in Spent Lime | Inputs | | | Result |
|---|---|---|---|---|
| | $H_2S$ Concentration Constraint (ppmv) | First Order Decay Constant (k, year$^{-1}$) | $H_2S$ Generation Potential (S0, $m^3$-$H_2S$/ton of sulfur) | |
| Low sulfur | 3,633 | 0.45, 0.54, 0.70 and 0.88 | Solved using Excel Goal Seek | Resulting S0 values theoretically not possible |
| Low sulfur | 3,633 | Solved using Excel Goal Seek | 90.0, 154.9, 188.9 and 216.2 | Solution not found |
| Average sulfur | 3,633 | 0.45, 0.54, 0.70 and 0.88 | Solved using Excel Goal Seek | Resulting S0 values theoretically not possible |
| Average sulfur | 3,633 | Solved using Excel Goal Seek | 90.0, 154.9, 188.9 and 216.2 | Solution not found |
| High sulfur | 3,633 | 0.45, 0.54, 0.70 and 0.88 | Solved using Excel Goal Seek | Resulting S0 values theoretically possible |
| High sulfur | 3,633 | Solved using Excel Goal Seek | 90.0, 154.9, 188.9 and 216.2 | Solution not found |

The results of the initial evaluation suggest that only the Spent Lime with high sulfur content and fixed k values result in solved S0 values that are theoretically possible. Scenarios with low and average sulfur contents in the Spent Lime with fixed k values between 0.45 and 0.88 year$^{-1}$ and the 3,633 ppmv $H_2S$ concentration constraint for October 2019, result in solved S0 values greater than 692 $m^3$-$H_2S$/ton of sulfur (**Table 3**). This value is the theoretical maximum $H_2S$ volume that can be generated from a ton of sulfur (Table 7, Pietari 2021a). Further, no solution is found for any of the sulfur contents in the Spent Lime (low, average or high) using the range of S0 values between 90.0 and 216.2 $m^3$-$H_2S$/ton of sulfur and the 3,633 ppmv $H_2S$ concentration constraint for October 2019 (**Table**

---

[7]   https://www3.epa.gov/ttn/amtic/files/ambient/airtox/NATTS%20TAD%20Revision%203_FINAL%20 October%202016.pdf

**3**). In other words, a k value that would satisfy the 3,633 ppmv $H_2S$ concentration constraint is not found for any of the input S0 values and the sulfur contents in the Spent Lime I used in my expert report. Therefore, the only scenario that would satisfy the 3,633 ppmv $H_2S$ concentration constraint for October 2019 is the assumption of high sulfur content in the Spent Lime and an S0 value that is greater than those I previously examined in my expert report.

### 3.2.2    Revised $H_2S$ Generation Estimate Using the TRC (2020) Data for October 2019

Based on the results of the initial evaluation of the k and S0 values, which suggest that higher S0 values than those I used in my expert report are needed given the 3,633 ppm $H_2S$ concentration constraint for October 2019, I considered the C&D waste and the Spent Lime separately to estimate the $H_2S$ generation volumes using the TRC (2020) data for October 2019. I applied different k and S0 values for these two sulfate-containing wastes to avoid the potential overestimation of the $H_2S$ generation from the C&D waste. For the C&D waste, I used a k value of 0.45 year$^{-1}$ and an S0 value of 188.9 m$^3$-$H_2S$/ton of sulfur to estimate the $H_2S$ generation, consistent with the k and S0 values I used in my expert report.

To select an appropriate S0 value for the Spent Lime, I first examined a series of k values ranging from 0.3 to 0.8 year$^{-1}$ for the Spent Lime, assuming the high sulfur content and the 3,633 ppm $H_2S$ concentration constraint for October 2019. I then evaluated the resulting solved S0 values. To obtain the monthly $H_2S$ concentrations, I added the modeled monthly $H_2S$ volumes generated from the C&D waste and from the Spent Lime to combined monthly volumes of $H_2S$ generated. I then divided the combined monthly $H_2S$ volumes by the corresponding monthly volumes of total landfill gas generated, obtained as an output from the LandGEM model, as described in my expert report (Pietari 2021a). I used the Goal Seek function in Microsoft Excel to adjust the S0 value for each given k value such that the volume of $H_2S$ generated from the Spent Lime resulted in the $H_2S$ concentration constraint of 3,633 ppm $H_2S$ for October 2019.

The k and the corresponding S0 values for the Spent Lime, solved as part of the $H_2S$ Generation Model application, follow a near-parabolic relationship with each other with a minimum S0 value near k value of 0.53 year$^{-1}$ (**Figure 1**). While each of the combinations of k and S0 values shown in **Figure 1** satisfy the 3,633 ppm $H_2S$ concentration constraint for October 2019, a minimum S0 value of 573 m$^3$-$H_2S$/ton of sulfur is found at the k value of approximately 0.53 year$^{-1}$. Because the minimum S0 value is the lowest of the $H_2S$ generation potentials, and thus the most conservative, the minimum S0 value and corresponding k value provide a reasonable and low estimate of the $H_2S$ generated from the Spent Lime using the TRC's $H_2S$ data for October 2019.



**Figure 1.   H₂S Generation Potentials (S0) and Total Volume of H₂S Generated as a Function of First Order Decay Constants (k)**
The minimum S0 of 573 $m^3$-H₂S/ton of sulfur is found at the k value of approximately 0.53 $year^{-1}$.

The estimated total H₂S generated between October 2016 and December 2019 is 399,479 $m^3$ at the minimum S0 of 573 $m^3$-H₂S/ton of sulfur and corresponding k of 0.53 $year^{-1}$. The volumes of total H₂S generated during the period between October 2016 and December 2019 range from 319,915 $m^3$ to 533,553 $m^3$ with increasing k values from 0.3 to 0.8 $year^{-1}$, respectively (**Figure 1; Table 4a**). Regardless of the k or S0 for the Spent Lime, the contribution of the C&D waste to the H₂S generation is low, approximately 2.5% of the total H₂S generated.

The revised H₂S estimates that incorporate the TRC data for October 2019 are higher than the lower bound, the average and the upper bound H₂S generation estimates I presented in my expert report using the May 2018 and September 2018 data (**Figure 2**; Pietari 2021a). For example, the revised H₂S estimate for the total H₂S generated between October 2016 and December 2019 is 3.4 times higher than the average H₂S estimate and 2.8 times higher than the upper bound estimate for the same period. The large difference between the upper bound estimate from my expert report and the revised H₂S generation estimate is the result of the higher H₂S concentrations (3,633 ppmv as a gas flow-weighted average versus 3,000 ppmv) measured much later (October 2019 versus on or before September 2018). The results also indicate that the H₂S concentrations in Phase IVA would have been much higher than those measured by CEC (2018) or reported for wells 507 and 516 (WC_JPLF_00270112). On average, those H₂S concentrations in Phase IVA would have exceeded 7,000 ppmv on or around May and September 2018.



**Figure 2.** **Comparison of Annual H₂S Generation Estimates**
The lower bound, average and upper bound estimates are based on the May and September 2018 H$_2$S data (CEC 2018; WC_JPLF_00270112). The revised estimate is based on the October 2019 data (TRC 2020).

### 3.2.3    Discussion of the Results

This section discusses the selected k and S0 values and the variability in H$_2$S estimates, and sensitivity of the H$_2$S generation estimates to different lag time (i.e., time before H$_2$S generation begins), the H$_2$S concentration constraint and sulfur content assumptions.

***Variability in H$_2$S Generation Estimates***

The monthly volumes of H$_2$S generated are shown in **Figure 3** for the different k values. The estimated total and monthly H$_2$S volumes from October 2016 to December 2019 using the k value of 0.53 year$^{-1}$ corresponding to the minimum S0 value represent the mid-range of the H$_2$S volume estimates using the range of k values from 0.3 to 0.8 year$^{-1}$. Therefore, the k value of 0.53 year$^{-1}$ is also conservative (i.e., low), and also very similar to the k values I used for estimating the H$_2$S generation in my expert report (k values of 0.45, 0.5 and 0.8 year$^{-1}$; Pietari 2021a), and within the range of k values used in literature to predict H$_2$S generation (Anderson et al. 2010; Shaha and Meeroff 2020).

Regardless of the k value, the monthly H$_2$S generation estimates converge for October 2019, driven by the H$_2$S concentration constraint of 3,633 ppmv. The variability of estimated H$_2$S volumes—total or monthly—among the different k values and the corresponding S0 values can be evaluated by calculating a coefficient of variation (CV)[8] of the results. The CV for the total H$_2$S generated over the

---

[8]  CV is calculated by dividing the standard deviation of the H$_2$S volume estimates by the average of the H$_2$S volume estimates.

period from October 2016 to December 2019 is 16%, with the highest variability observed for 2017 (CV is 25%) and the lowest for 2019 (CV is 5%) (**Figure 3**).



**Figure 3.**   **Estimates for Monthly H$_2$S Generated from Spent Lime and C&D Waste Disposed at the JPL Phase IVA for Different k and the Corresponding S0 Values**
The red dashed line represents the reasonable estimate of the H$_2$S generated from the Spent Lime using the TRC's H$_2$S data for October 2019.

### *Relationship between k and S0 Values*

The near parabolic relationship between the S0 and corresponding k values (**Figure 1**) result from the H$_2$S Generation Model requirement to meet the H$_2$S concentration constraint for October 2019. The S0 values increase as k values decrease or increase from the minimum value of 0.53 year$^{-1}$. The lower the k value is below 0.53 year$^{-1}$, the slower H$_2$S is generated and therefore a higher S0 is needed to meet the 3,633 ppm H$_2$S concentration constraint for October 2019. For increasing k values above 0.53 year$^{-1}$, H$_2$S is both generated and decayed faster, and therefore, a higher S0 value is needed to meet 3,633 ppm H$_2$S concentration constraint for October 2019.

This minimum S0 value of 573 m$^3$-H$_2$S/ton of sulfur is approximately 83% of the theoretical maximum S0 value of 692 m$^3$-H$_2$S/ton of sulfur, which indicates that approximately 83% of the sulfur, present as sulfate in the Spent Lime is reduced to H$_2$S by the sulfur reducing bacteria (SRB).

### *Sensitivity of the H$_2$S Generation Model to Different Lag Time, H$_2$S Concentration Constraint and Sulfur Content*

I examined the sensitivity of the H$_2$S Generation Model for a different lag time—that is, the time before H$_2$S generation begins or is detectable—by setting the lag time between the beginning of disposal of Spent Lime and H$_2$S generation to six months instead of one month. The k value and the H$_2$S concentration constraint were 0.53 year$^{-1}$ and 3,633 ppmv, respectively, and the S0 value was solved. While increasing the lag time delays the onset of the H$_2$S generation (**Figure 4** (orange dots);

SUPPLEMENTAL EXPERT REPORT OF JAANA PIETARI, PHD, MBA, PE                                          11

**Table 4b**) the difference in the total $H_2S$ generated between the one month and six month lag times, as indicated by RPD, is less than 20%.

To examine the influence of different $H_2S$ concentration constraint to the $H_2S$ Generation Model, I used the gas flow-weighted $H_2S$ concentration of 3,795 ppmv (without the gas well 378) instead of 3,633 ppmv as the October 2019 $H_2S$ concentration constraint. The k value was 0.53 year$^{-1}$ and the S0 value was solved. The increase in the $H_2S$ concentration constraint increases the estimated $H_2S$ volumes slightly (**Figure 4** (gray dots); **Table 4b**), and overall the resulting difference in the total $H_2S$ generated is approximately 4% (expressed as RPD).

It is also possible that the high sulfur amount in the Spent Lime is an underestimate and therefore, the S0 value would be lower than the minimum S0 value of 573 $m^3$-$H_2S$/ton of sulfur. I used the Excel Goal Seek function to determine what the sulfur content of the Spent Lime would be in order to meet the 3,633 ppmv $H_2S$ concentration constraint using an S0 value of 188.9 $m^3$-$H_2S$/ton of sulfur (S0 value I used in my expert report) and k value of 0.53 year$^{-1}$. The Spent Lime would need to have more than three times the sulfur content of the high sulfur assumption in the Spent Lime (corresponding to approximately 60% of gypsum in Spent Lime). Regardless, the estimated $H_2S$ volumes are the same as with using the minimum S0 value of 573 $m^3$-$H_2S$/ton of sulfur and the high sulfur assumption (**Figure 4** (blue dots); **Table 4b**).



**Figure 4.   Estimates for Monthly $H_2S$ Generation Volumes for Different Lag Time, $H_2S$ Concentration Constraint and Sulfur Content Assumptions**

# 4.    REFERENCES

Anderson, R., J.R. Jambeck, and G.P. McCarron. 2010. Modeling of hydrogen sulfide generation from landfills beneficially utilizing processed construction and demolition materials. Final report. Prepared for the Environmental Research and Education Foundation, Alexandria, WA. February.

SCS Engineers, PC, Providence, Rhode Island and Valley Cottage, New York, and University of Georgia.

CEC. 2018. Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana. Carlson Environmental Consultants, PC. Monroe, NC. August 15.

Kline, B.A. 2021. Expert Report of Barry A. Kline, P.E. In the Matter of: Elias Jorge "George" Ictech-Bendeck, et al. v. Waste Connections Bayou, Inc. et al., Civ. Action No. 18-7889 c/w 18-8071, 18-8218, 18-9312 (E.D. La.) And Related Case: Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al., Civ. Action No. 19-11133 c/w 19-14512 (E.D. La.). Prepared By: TRC. April 30.

Pietari, J. 2021a. Expert Report of Jaana Pietari, Ph.D., MBA, PE. Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill. Ramboll US Consulting, Inc. January 29.

Pietari, J. 2021b. Rebuttal Report of Jaana Pietari, Ph.D., MBA, PE. Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill. Ramboll US Consulting, Inc. June 16.

Shaha B.N. and D.E. Meeroff. 2020. Prediction of $H_2S$ concentration in landfill gas resulting from construction and demolition debris and the selection of treatment method. Journal of Environmental Engineering. Vol. 146: 04020045

TRC. 2020. Collection of Landfill Samples. Performed at the Jefferson Parish Landfill, Avondale, Louisiana. Test date(s) 10-4-19 – 10-5-19. Report No. TRC Environmental Corporation Report 316993. August 30.

### Bates Numbered Documents

APTIM_0004872

APTIM_0004894

APTIM-0225882

APTIM -0225906

APTIM -0225936

APTIM -0225958

WC_JPLF_00270112

SUPPLEMENTAL EXPERT REPORT OF JAANA PIETARI, PHD, MBA, PE

**TABLES**

SUPPLEMENTAL EXPERT REPORT OF JAANA PIETARI, PHD, MBA, PE

**Table 4a. Monthly Predicted Volumes of H₂S Generated from the Spent Lime and the Historical C&D Waste Disposed at the JPL with Different First Order H₂S Decay Constants (k) and Fixed Average H₂S Concentration in October 2019**

| Date | Monthly Predicted H₂S Generated (m³) | | | | | | | | | | | CV |
|------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|------|
| | k = 0.45 1/year | k = 0.3 1/year | k = 0.35 1/year | k = 0.40 1/year | k = 0.45 1/year | k = 0.50 1/year | k = 0.53 1/year | k = 0.55 1/year | k = 0.6 1/year | k = 0.7 1/year | k = 0.8 1/year | |
| | C&D waste only | High Sulfur | High Sulfur | High Sulfur | High Sulfur | High Sulfur | High Sulfur | High Sulfur | High Sulfur | High Sulfur | High Sulfur | |
| 10/31/2016 | 479.8 | 479.8 | 479.8 | 479.8 | 479.8 | 479.8 | 479.8 | 479.8 | 479.8 | 479.8 | 479.8 | 0% |
| 11/30/2016 | 462.1 | 607.1 | 622.1 | 638.6 | 656.8 | 676.6 | 687.3 | 698.4 | 722.2 | 776.9 | 842.2 | 10% |
| 12/31/2016 | 445.1 | 1199.3 | 1277.0 | 1362.2 | 1455.5 | 1557.8 | 1612.5 | 1669.7 | 1792.3 | 2072.8 | 2407.8 | 23% |
| 1/31/2017 | 428.8 | 1969.6 | 2125.5 | 2296.3 | 2483.2 | 2687.5 | 2796.8 | 2911.0 | 3155.1 | 3712.7 | 4376.3 | 26% |
| 2/28/2017 | 413.0 | 2496.8 | 2702.4 | 2926.9 | 3172.0 | 3439.5 | 3582.2 | 3731.2 | 4049.1 | 4772.6 | 5629.7 | 26% |
| 3/31/2017 | 397.8 | 2803.8 | 3033.8 | 3284.3 | 3557.0 | 3853.7 | 4011.6 | 4176.3 | 4527.0 | 5321.7 | 6257.8 | 26% |
| 4/30/2017 | 383.1 | 3730.7 | 4048.2 | 4393.9 | 4770.1 | 5179.2 | 5396.9 | 5623.9 | 6107.1 | 7201.5 | 8489.9 | 27% |
| 5/31/2017 | 369.0 | 4530.9 | 4918.9 | 5340.7 | 5799.0 | 6296.7 | 6561.4 | 6837.1 | 7423.4 | 8748.8 | 10305.2 | 22% |
| 6/30/2017 | 355.4 | 5130.1 | 5564.4 | 6035.5 | 6546.4 | 7100.1 | 7394.1 | 7700.1 | 8349.9 | 9814.2 | 11527.2 | 26% |
| 7/31/2017 | 342.4 | 5926.7 | 6425.3 | 6965.7 | 7550.9 | 8184.3 | 8520.3 | 8869.8 | 9611.3 | 11279.2 | 13225.8 | 26% |
| 8/31/2017 | 329.8 | 6729.3 | 7290.0 | 7896.7 | 8552.8 | 9262.2 | 9638.1 | 10028.8 | 10857.0 | 12716.6 | 14881.7 | 26% |
| 9/30/2017 | 317.6 | 7657.4 | 8290.0 | 8973.8 | 9712.6 | 10510.6 | 10933.2 | 11372.2 | 12302.1 | 14387.2 | 16810.8 | 25% |
| 10/31/2017 | 305.9 | 8264.0 | 8931.6 | 9651.9 | 10428.7 | 11266.1 | 11708.9 | 12168.5 | 13140.6 | 15314.4 | 17832.0 | 25% |
| 11/30/2017 | 294.7 | 8822.9 | 9518.7 | 10268.0 | 11074.4 | 11942.1 | 12400.3 | 12875.5 | 13879.2 | 16117.6 | 18700.9 | 24% |
| 12/31/2017 | 283.8 | 9440.1 | 10168.4 | 10951.4 | 11792.8 | 12696.9 | 13173.8 | 13668.0 | 14710.7 | 17031.1 | 19702.1 | 24% |
| 1/31/2018 | 273.4 | 9815.9 | 10549.7 | 11336.8 | 12181.0 | 13086.0 | 13562.6 | 14056.0 | 15095.3 | 17401.3 | 20044.9 | 23% |
| 2/28/2018 | 263.3 | 10364.7 | 11121.1 | 11931.5 | 12799.4 | 13728.6 | 14217.5 | 14723.4 | 15788.0 | 18145.7 | 20842.9 | 22% |
| 3/31/2018 | 253.6 | 10656.5 | 11407.4 | 12210.2 | 13068.0 | 13984.6 | 14466.2 | 14963.8 | 16009.7 | 18319.0 | 20950.6 | 22% |
| 4/30/2018 | 244.3 | 11054.7 | 11810.9 | 12618.0 | 13479.2 | 14398.2 | 14880.4 | 15378.5 | 16424.2 | 18728.8 | 21348.8 | 21% |
| 5/31/2018 | 235.3 | 11727.1 | 12516.2 | 13358.1 | 14256.4 | 15214.8 | 15717.8 | 16237.2 | 17327.8 | 19731.6 | 22465.4 | 21% |
| 6/30/2018 | 226.6 | 12446.6 | 13271.5 | 14151.5 | 15090.5 | 16092.3 | 16618.1 | 17161.1 | 18301.3 | 20815.5 | 23676.5 | 21% |
| 7/31/2018 | 218.3 | 12523.6 | 13315.4 | 14158.0 | 15054.8 | 16009.2 | 16509.2 | 17025.0 | 18106.0 | 20480.9 | 23170.8 | 20% |
| 8/31/2018 | 210.3 | 12253.3 | 12976.7 | 13743.5 | 14556.5 | 15418.2 | 15868.3 | 16331.7 | 17300.1 | 19414.9 | 21791.4 | 18% |
| 9/30/2018 | 202.5 | 11948.2 | 12602.0 | 13292.1 | 14020.7 | 14789.8 | 15190.3 | 15601.8 | 16458.9 | 18318.9 | 20391.8 | 17% |
| 10/31/2018 | 195.1 | 11650.7 | 12238.1 | 12855.5 | 13504.7 | 14187.1 | 14541.3 | 14904.4 | 15658.6 | 17284.9 | 19082.3 | 16% |
| 11/30/2018 | 187.9 | 11360.7 | 11884.7 | 12433.3 | 13007.6 | 13608.9 | 13920.0 | 14238.3 | 14897.3 | 16309.4 | 17857.0 | 14% |
| 12/31/2018 | 181.0 | 11077.9 | 11541.6 | 12024.9 | 12528.9 | 13054.2 | 13325.2 | 13601.9 | 14173.0 | 15388.9 | 16710.6 | 13% |
| 1/31/2019 | 174.3 | 10802.2 | 11208.4 | 11630.0 | 12067.7 | 12522.2 | 12755.9 | 12994.0 | 13483.9 | 14520.5 | 15637.9 | 12% |
| 2/28/2019 | 167.9 | 10533.4 | 10884.8 | 11248.0 | 11623.6 | 12011.9 | 12210.9 | 12413.3 | 12828.4 | 13701.2 | 14634.1 | 10% |
| 3/31/2019 | 161.7 | 10271.3 | 10570.5 | 10878.6 | 11195.8 | 11522.3 | 11689.2 | 11858.6 | 12204.7 | 12928.1 | 13695.0 | 9% |
| 4/30/2019 | 155.8 | 10015.8 | 10265.4 | 10521.3 | 10783.7 | 11052.7 | 11189.8 | 11328.6 | 11611.4 | 12198.8 | 12816.2 | 8% |
| 5/31/2019 | 150.0 | 9766.6 | 9969.0 | 10175.7 | 10386.8 | 10602.3 | 10711.7 | 10822.3 | 11047.0 | 11510.6 | 11994.0 | 6% |
| 6/30/2019 | 144.5 | 9523.6 | 9681.3 | 9841.5 | 10004.5 | 10170.2 | 10254.1 | 10338.7 | 10510.0 | 10861.4 | 11224.6 | 5% |
| 7/31/2019 | 139.2 | 9286.7 | 9401.8 | 9518.3 | 9636.3 | 9755.7 | 9816.0 | 9876.7 | 9999.2 | 10248.8 | 10504.7 | 4% |

SUPPLEMENTAL EXPERT REPORT OF JAANA PIETARI, PHD, MBA, PE

**Table 4a. Monthly Predicted Volumes of H₂S Generated from the Spent Lime and the Historical C&D Waste Disposed at the JPL with Different First Order H₂S Decay Constants (k) and Fixed Average H₂S Concentration in October 2019**

| Date | Monthly Predicted H₂S Generated (m³) | | | | | | | | | | | CV |
| | k = 0.45 1/year | k = 0.3 1/year | k = 0.35 1/year | k = 0.40 1/year | k = 0.45 1/year | k = 0.50 1/year | k = 0.53 1/year | k = 0.55 1/year | k = 0.6 1/year | k = 0.7 1/year | k = 0.8 1/year | |
| | C&D waste only | High Sulfur | High Sulfur | High Sulfur | High Sulfur | High Sulfur | High Sulfur | High Sulfur | High Sulfur | High Sulfur | High Sulfur | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/31/2019 | 134.1 | 9055.8 | 9130.4 | 9205.7 | 9281.6 | 9358.2 | 9396.7 | 9435.3 | 9513.2 | 9670.8 | 9831.1 | 3% |
| 9/30/2019 | 129.1 | 8830.5 | 8866.9 | 8903.4 | 8940.0 | 8976.8 | 8995.2 | 9013.7 | 9050.8 | 9125.5 | 9200.8 | 1% |
| 10/31/2019 | 124.4 | 8611.0 | 8611.0 | 8611.0 | 8611.0 | 8611.0 | 8611.0 | 8611.0 | 8611.0 | 8611.0 | 8611.0 | 0% |
| 11/30/2019 | 119.8 | 8396.8 | 8362.4 | 8328.2 | 8294.0 | 8260.0 | 8243.1 | 8226.2 | 8192.5 | 8125.5 | 8059.1 | 1% |
| 12/31/2019 | 115.4 | 8188.1 | 8121.1 | 8054.6 | 7988.8 | 7923.4 | 7891.0 | 7858.6 | 7794.4 | 7667.4 | 7542.6 | 3% |
| **Total by Year** | | | | | | | | | | | | |
| 2016 | 1387.1 | 2286.2 | 2378.9 | 2480.6 | 2592.1 | 2714.2 | 2779.6 | 2847.9 | 2994.3 | 3329.5 | 3729.8 | 16% |
| 2017 | 4221.3 | 67502.2 | 73017.3 | 78984.9 | 85439.7 | 92419.0 | 96117.5 | 99962.3 | 108112.3 | 126417.7 | 147739.3 | 25% |
| 2018 | 2691.6 | 136880.0 | 145235.2 | 154113.6 | 163547.7 | 173572.0 | 178816.8 | 184223.2 | 195540.2 | 220339.8 | 248332.8 | 19% |
| 2019 | 1716.3 | 113281.8 | 115072.8 | 116916.2 | 118813.7 | 120766.7 | 121764.6 | 122777.1 | 124846.5 | 129169.6 | 133751.0 | 5% |
| **Total** | **10016** | **319950** | **335704** | **352495** | **370393** | **389472** | **399479** | **409811** | **431493** | **479257** | **533553** | 16% |
| S0 (fitted or specified) | 188.9 | 645.4 | 610.6 | 589.4 | 577.7 | 573.0 | 572.8 | 573.8 | 579.0 | 600.6 | 634.6 | NA |
| k (specified) | 0.45 | 0.30 | 0.35 | 0.40 | 0.45 | 0.50 | 0.53 | 0.55 | 0.60 | 0.70 | 0.80 | NA |

SUPPLEMENTAL EXPERT REPORT OF JAANA PIETARI, PHD, MBA, PE

| Date | Table 4b. Sensitivity Analyses of Monthly Predicted Volumes of $H_2S$ Generated from the Spent Lime and the Historical C&D Waste Disposed at the JPL | | |
|---|---|---|---|
| | Monthly Predicted $H_2S$ Generated ($m^3$) | | |
| | k=0.53 1/year | k = 0.53 1/year | k=0.53 High S CD 3795 |
| | S0=188.9 $m^3$-$H_2S$/ton of sulfur | 6 Month Lag Time | 3,795 ppmv $H_2S$ Concentration Constraint |
| | Sulfur Content Solved | High Sulfur | High Sulfur |
| 10/31/2016 | 479.8 | 479.8 | 479.8 |
| 11/30/2016 | 687.3 | 462.1 | 697.4 |
| 12/31/2016 | 1612.5 | 445.1 | 1665.3 |
| 1/31/2017 | 2796.8 | 428.8 | 2903.9 |
| 2/28/2017 | 3582.2 | 413.0 | 3725.6 |
| 3/31/2017 | 4011.6 | 397.8 | 4175.1 |
| 4/30/2017 | 5396.9 | 631.1 | 5623.7 |
| 5/31/2017 | 6561.4 | 1655.1 | 6841.5 |
| 6/30/2017 | 7394.1 | 2964.3 | 7712.6 |
| 7/31/2017 | 8520.3 | 3833.9 | 8890.3 |
| 8/31/2017 | 9638.1 | 4311.2 | 10059.2 |
| 9/30/2017 | 10933.2 | 5841.3 | 11413.5 |
| 10/31/2017 | 11708.9 | 7128.1 | 12224.8 |
| 11/30/2017 | 12400.3 | 8049.2 | 12948.0 |
| 12/31/2017 | 13173.8 | 9293.6 | 13757.0 |
| 1/31/2018 | 13562.6 | 10528.4 | 14163.8 |
| 2/28/2018 | 14217.5 | 11958.5 | 14848.9 |
| 3/31/2018 | 14466.2 | 12816.3 | 15109.2 |
| 4/30/2018 | 14880.4 | 13581.2 | 15542.6 |
| 5/31/2018 | 15717.8 | 14436.2 | 16418.3 |
| 6/30/2018 | 16618.1 | 14867.4 | 17359.7 |
| 7/31/2018 | 16509.2 | 15591.7 | 17246.3 |
| 8/31/2018 | 15868.3 | 15868.3 | 16576.8 |
| 9/30/2018 | 15190.3 | 15190.3 | 15868.4 |
| 10/31/2018 | 14541.3 | 14541.3 | 15190.4 |
| 11/30/2018 | 13920.0 | 13920.0 | 14541.3 |
| 12/31/2018 | 13325.2 | 13325.2 | 13919.9 |
| 1/31/2019 | 12755.9 | 12755.9 | 13325.2 |
| 2/28/2019 | 12210.9 | 12210.9 | 12755.8 |
| 3/31/2019 | 11689.2 | 11689.2 | 12210.8 |
| 4/30/2019 | 11189.8 | 11189.8 | 11689.6 |
| 5/31/2019 | 10711.7 | 10711.7 | 11189.6 |
| 6/30/2019 | 10254.1 | 10254.1 | 10711.5 |
| 7/31/2019 | 9816.0 | 9816.0 | 10253.9 |

SUPPLEMENTAL EXPERT REPORT OF JAANA PIETARI, PHD, MBA, PE

| Date | Monthly Predicted $H_2S$ Generated (m³) | | |
|---|---|---|---|
| | k=0.53 1/year | k = 0.53 1/year | k=0.53 High S CD 3795 |
| | S0=188.9 m³-$H_2S$/ton of sulfur | 6 Month Lag Time | 3,795 ppmv $H_2S$ Concentration Constraint |
| | Sulfur Content Solved | High Sulfur | High Sulfur |
| 8/31/2019 | 9396.7 | 9396.7 | 9815.8 |
| 9/30/2019 | 8995.2 | 8995.2 | 9396.4 |
| 10/31/2019 | 8611.0 | 8611.0 | 8994.9 |
| 11/30/2019 | 8243.1 | 8243.1 | 8610.6 |
| 12/31/2019 | 7,891.0 | 7,891.0 | 8,242.8 |
| **Total by Year** | | | |
| 2016 | 2779.6 | 1387.1 | 2842.6 |
| 2017 | 96117.5 | 44947.3 | 100275.4 |
| 2018 | 178816.8 | 166625.0 | 186785.6 |
| 2019 | 121764.6 | 121764.6 | 127196.2 |
| **Total** | **399479** | **334724** | **417100** |
| S0 (fitted or specified) | 188.9 | 631.0 | 598.7 |
| k (specified) | 0.53 | 0.53 | 0.53 |
| **CV by Year** | | | |
| 2016 | 0% | 67% | 2% |
| 2017 | 0% | 73% | 4% |
| 2018 | 0% | 7% | 4% |
| 2019 | 0% | 0% | 4% |
| **CV for Total** | 0% | 18% | 4% |

**Table 4b. Sensitivity Analyses of Monthly Predicted Volumes of $H_2S$ Generated from the Spent Lime and the Historical C&D Waste Disposed at the JPL**