



**EXHIBIT 19**

November 17, 2017

Louisiana Department of Environmental Quality
Office of Environmental Services
Waste Permits Division
P.O. Box 4313
Baton Rouge, Louisiana 70821-4313
Attn:   Mr. Estuardo Silva, Administrator

Re:   Solid Waste Beneficial Use Application *Plan*
      Rain CII Carbon LLC
      Norco Calcining Plant
      Agency Interest No. 44866
      Providence Project No. 151-003-003

original to ___IOSW___
copy to ___SW/Hall___
         PPPR

PER20170005

Dear Mr. Silva:

Providence, on behalf of Rain CII Carbon LLC (Rain CII) hereby submits to the Louisiana Department of Environmental Quality (LDEQ), Waste Permits Division one original and three paper copies of a Solid Waste Beneficial Use Application.

Please do not hesitate to contact me at (225) 766-7400 if you have any questions or need any additional information.

Sincerely,

*Madeline Murphy*

Madeline Murphy, P.G.
Providence Engineering and Environmental Group LLC
Project Geologist



Providence Engineering and Environmental Group LLC
WWW.PROVIDENCEENG.COM
151-003-003-010DK Beneficial Use App- Norco cvl

# RECEIPT OF CHECK

Monday, November 20, 2017
12:39:12 PM

| | |
|---|---|
| Master AI #: | 44866 |
| Name on Check: | Providence Engineering and Environmental Group |
| Master File Name: | Rain CII Carbon LLC - Norco Calcining |
| Check Received Date: | 11/17/2017 |
| Check Date: | 11/2/2017 |
| Check Number: | 14639 |
| Check Amount ($): | $825.00 |
| Staff Entry: | SUNSHINEM |
| Date data entered: | 11/20/2017 |
| Media: | SOLID WASTE |
| Reason: | SW Beneficial Use App. |

Comments:

| Department of Environmental Quality<br>Office of Environmental Services<br>Waste Permits Division<br>P.O. Box 4313<br>Baton Rouge, LA 70821-4313<br>(225) 219-3181 | **LOUISIANA**<br>**Solid Waste Application**<br>**Beneficial Use** |  |
|---|---|---|

**NOTE:** A *Guidance* document has been prepared by the Louisiana Department of Environmental Quality (LDEQ) to assist the applicant in completing this Louisiana Solid Waste Application for Beneficial Use Facilities. The *Guidance* should be consulted and utilized prior to providing responses to the information required to be contained in this application.

Soil Reuse and Beneficial Use Applications have different requirements. If the heading indicates a section is not required for the type of application being submitted, leave that section blank and proceed to the next section.

**PLEASE TYPE OR PRINT**

### 1. Facility and Applicant Information

| A. *Facility Name*<br>Rain CII Carbon LLC | | B. *Agency Interest (AI) Number*<br>44866 | C. *SIC code*<br>2999 |
|---|---|---|---|
| D. *Mailing Address*<br>801 Prospect Avenue | City<br>Norco | State<br>LA | Zip<br>70079 |
| E. *Facility Phone Number*<br>985-235-5013 | F. *Solid Waste Facility Number*<br>G-089-6235 | G. Operational Status of Site: ☒ Existing ☐ Proposed<br>Operational Status of Facility: ☒ Existing ☐ Proposed | |
| H. *Individual/Company - Name of Owner*<br>Rain CII Carbon LLC | | ☒ Applicant | |
| I. *Individual/Company - Name of Operator (if different from Owner)* | | ☐ Applicant | |
| J. Ownership Status<br>☒ Owned by Applicant ☐ Leased ___ yrs. of lease | | K. Ownership (Check the appropriate box.)<br>☒ corporation, partnership, or sole proprietorship<br>☐ regulated utility ☐ municipal government<br>☐ state government ☐ federal government<br>☐ other, specify | |
| L. Type of Application:<br>☒ New application<br>☐ Renewal application | | | |

### 2. Facility Physical Location and Process Description

| A. *Nearest Town (in same parish as the facility)* Norco | B. *Parish(es)* St. Charles |
|---|---|
| C. Geographic Location: Section <u>7</u> Township <u>13 South</u> Range <u>25 East</u> | |
| D. *GPS coordinates of front gate:* Latitude <u>29</u> Deg <u>59</u> Min <u>43</u> Sec  Longitude <u>90</u> Deg <u>20</u> Min <u>55</u> Sec | |
| E. *Physical Location (identify by street number, by intersection of roads, or by mileage and direction from an intersection.)*<br><br>The facility is located at 801 Prospect Ave., Norco LA and is encompassed by the Motiva Shell Oil Refinery. | |

### 3. Confidentiality

*Is confidentiality being requested for any information contained in the application?* ☐ Yes ☒ No
- If "yes," list the sections for which confidentiality is requested below. Confidentiality requests require a submittal that is separate from this application. Information for which confidentiality is requested should not be submitted with this application. Consult Guidance document for instructions.

### 4. Fee Information

Indicate how the required fee is paid and include check or transaction number. Attach check or receipt to the original application. **Do NOT attach a copy of the check in the application.**

☒ check       14639           Indicate the amount included:
☐ online billing system           ☒ $825 Initial or renewal application review fee
☐ money order

---

form_7329_r02
09/02/2014
151-003-003-010DK Beneficial Use App- Norco

Solid Waste Application – Beneficial Use
Page 1 of 9

## 5. Certification and Signatures

**CERTIFICATION OF APPLICANT:** "I have personally examined and am familiar with the information submitted in this document and all attachments thereto, and I certify that, based on reasonable investigation, including my inquiry of those individuals responsible for obtaining the information, the submitted information is true, accurate, and complete to the best of my knowledge, information, and belief. I understand that a false statement made in the submitted information may be punishable as a criminal offense, in accordance with La. R.S. 30:2025(f) and in accordance with any other applicable statute."

"I acknowledge that at least 75% of the material placed in storage during a year will be sent to market or to other secure storage within the following year, unless I can demonstrate that a particular order requires greater than one year of product storage prior to shipment."

| Name | | Title | | |
|---|---|---|---|---|
| Derek Taylor | | Plant Manager | | |
| Company | Suite, mail drop, or division | Street or P.O. Box | | |
| Rain CII Carbon LLC | | 801 Prospect Avenue | | |
| City | State | Zip | Business phone | |
| Norco | LA | 70079 | 985-235-5013 | |
| Signature of applicant (as defined in LAC 33:VII.115): | | | Date: 11/8/2017 | |

**CERTIFICATION OF APPLICATION PREPARER:** "I have personally examined and am familiar with the information submitted in this document and all attachments thereto, and I certify that, based on reasonable investigation, including my inquiry of those individuals responsible for obtaining the information, the submitted information is true, accurate, and complete to the best of my knowledge, information, and belief. I understand that a false statement made in the submitted information may be punishable as a criminal offense, in accordance with La. R.S. 30:2025(f) and in accordance with any other applicable statute."

| Name | | Title | | |
|---|---|---|---|---|
| Madeline Murphy, P.G. | | Project Geologist | | |
| Company | | Suite, mail drop, or division | | |
| Providence Engineering and Environmental LLC | | | | |
| Street or P.O. Box | City | | State | Zip |
| 1201 Main Street | Baton Rouge | | LA | 70802 |
| Business phone | Cell Phone (Optional) | Email (optional) | | |
| 225-766-7400 | | madelinemurphy@providenceeng.com | | |
| Signature of preparer: | | | Date: 11/16/17 | |

## 6. Facility Contact Information/Personnel

Select the primary contact by checking the box after the person whom will be the primary contact for questions regarding this application. Only *one* primary contact should be selected. If any person in a – e is a duplicate of a previously listed person, it is only necessary to indicate that this information is contained elsewhere in the application in the 'Name' blank. For example, the on-site contact regarding the beneficial use plan is the same as the owner, so 'same as owner' would be written in the 'Name' blank under 'On-site contact regarding beneficial use plan.'

### A. Manager of Facility who is located at site

| Name | | | |
|---|---|---|---|
| Derek Taylor | | | ☒ Primary Contact |
| Title | | Company | |
| Plant Manager | | Rain CII Carbon LLC | |
| Suite, Mail Drop, or Division | | Street or P.O. Box | |
| | | 801 Prospect Avenue | |
| City | | State | Zip |
| Norco | | LA | 70079 |
| Business Phone | Cell Phone (Optional) | E-mail (Optional) | |
| 985-235-5013 | | | |

form_7329_r02
09/02/2014
151-003-003-010DK Beneficial Use App- Norco

Solid Waste Application – Beneficial Use
Page 2 of 9

**B. On-site contact regarding beneficial use plan**

| | |
|---|---|
| *Name* <br> Michael Hedges | ☐ Primary Contact |
| *Title* <br> SH & E Specialist | *Company* <br> Rain CII Carbon LLC |
| *Suite, Mail Drop, or Division* | *Street or P.O. Box* <br> 801 Prospect Avenue |
| *City* <br> Norco | *State* LA    *Zip* 70079 |
| *Business Phone* <br> 225-417-6039 | *Cell Phone (Optional)*    *E-mail (Optional)* |

**C. Person to whom written correspondence should be directed**

| | |
|---|---|
| *Name* <br> Derek Taylor | ☐ Primary Contact |
| *Title* <br> Plant Manager | *Company* <br> Rain CII Carbon LLC |
| *Suite, Mail Drop, or Division* | *Street or P.O. Box* <br> 801 Prospect Avenue |
| *City* <br> Norco | *State* LA    *Zip* 70079 |
| *Business Phone* <br> 985-235-5013 | *Cell Phone (Optional)*    *E-mail (Optional)* |

**D. Name of Authorized Agent (if applicable)**

| | |
|---|---|
| *Name* | *Business Phone* |
| *Title* | *Company* |
| *Suite, Mail Drop, or Division* | *Street or P.O. Box* |
| *City* | *State*    *Zip* |

**E. Person to contact regarding fees**

| | |
|---|---|
| *Name* <br> Derek Taylor | ☐ Primary Contact |
| *Title* <br> Plant Manager | *Company* <br> Rain CII Carbon LLC |
| *Suite, Mail Drop, or Division* | *Street or P.O. Box* <br> 801 Prospect Avenue |
| *City* <br> Norco | *State* LA    *Zip* 70079 |
| *Business Phone* <br> 985-235-5013 | *Cell Phone (Optional)*    *E-mail (Optional)* |

form_7329_r02    Solid Waste Application – Beneficial Use
09/02/2014    Page 3 of 9
151-003-003-010DK Beneficial Use App- Norco

## 7. Waste Description

A. Maximum quantities of solid waste beneficially used:

*If 'Other' is filled out, provide a brief description of the waste here:*

| Waste Type | Wet tons/week | | Wet tons/year | |
|---|---|---|---|---|
| | On-Site | Off-Site | On-Site | Off-Site |
| Residential | | | | |
| Industrial | 300 | | 15,600 | |
| Commercial | | | | |
| Other | | | | |

B. *Approximate percentage of waste received from*   onsite: 100%
   offsite from generators within Louisiana: 0%
   offsite from generators outside of Louisiana: 0%

## 8. Beneficial Use of Solid Waste

A. *List the address(es) or site(s) of origin of the material to be beneficially used.*

Rain CII Carbon, L.L.C.
Norco Facility
801 Prospect Ave., Norco, LA 70079

B. *Provide a brief description of the chemical and physical characteristics of the material to be beneficially used.*

The beneficial use material is a loose powder with an approximate density of 30-38 lb/ft$^3$. It consists primarily of various hydrates of calcium sulfate (40 – 50%), calcium sulfite (20%), calcium hydroxide (hydrated lime), with some calcium carbonate and carbon.

C. *Attach as **Attachment 1** a description of the quantity, quality, consistency, and source of the solid waste.*

D. *Attach as **Attachment 2** a description of the process by which the solid waste is generated and a demonstration that the generator has minimized the quantity and toxicity of the waste to the extent reasonably practicable. This shall include a detailed narrative and schematic diagram of the production, manufacturing, and/or residue process of how the solid waste is generated.*

E. *Provide a description of the processing activity that will be used to make the solid waste suitable for beneficial use.*

The material in question is produced from loading lime into an enclosed system and injecting it into the flue gas stream where it reacts preferentially with acids and sulfur dioxide in the flue gas to lower final emission rates. This process, known as flue gas desulfurization, reduces the emissions of sulfur to the air and produces a material that is a mixture of lime, gypsum, and hannebachite. Both lime and gypsum can be added to soil to enhance the soil and benefit the overall health of the soils. These compounds can be used to alter the pH, correct compacted soils, counteract excessive saline levels, as a stabilizer, and as a hydration additive. Lime is a mineral substance that provides calcium, helps alter soil pH, and improves the efficiency of sulfur as a natural fungicide. The addition of this product will provide a healthy soil environment and allow plants and grasses to flourish. Gypsum is a non-toxic mineral that is mined in 17 states and used as a fertilizer. If this material is not used beneficially as a soil amendment it will be sent to a landfill, taking up space needed for other materials. In addition, the use of this material reduces the need for mining of gypsum and lime.

F. *Provide a demonstration that there is a known or reasonably probably market for the intended use of the beneficial use material.*

Both lime and gypsum are sold commercially to farmers and gardeners to increase production of crops and enhance the appearance of lawns. Rain CII has secured a purchaser (a landscape architect) for this material in the New Orleans area.

G. *Attach as **Attachment 3** a description of the proposed methods of handling, storing, and utilizing the beneficial use material to ensure that it will not adversely affect the public health or safety or the environment. This description shall include, at a minimum, the procedures to be employed for periodic quality control testing; the intended storage procedures; and recordkeeping procedures. Storage procedures should include run-on/run-off control, the maximum anticipated inventory, measures to ensure that no contamination of underlying soil or groundwater occurs, and measures for dispersion control due to wind.*

**H.** *Demonstrate that the end use of the material is protective of public health, safety, and the environment.*

The end use of these beneficial use materials is protective of the public health, safety, and the environment in that this material is already approved for use for both commercial and home use, is a product found in nature, and enhances soils by adjusting pH levels, reducing salinity, stabilizing soils, and loosening compacted soils. Adding lime and gypsum to soil is a common practice in the agricultural industry and home gardening and provides various benefits to the environment.

**I.** *Discuss the end users of the material and locations of the end use.*

Landscape Architect located in New Orleans area will use this lime material as a hydration additive and soil stabilizer to better serve their clients in the greater New Orleans area.

## 9. Additional Information

Attach any additional information needed to support the application. These should be included as additional attachments and may consist of any other information the secretary may require or the applicant believes will demonstrate that the proposed beneficial use of the material will conserve, improve, and/or protect human health, natural resources, and the environment. Fill in the blanks on the last page of the checklist as needed.

## BENEFICIAL USE FACILITY APPLICATION ATTACHMENT LIST AND CHECKLIST

Instructions: Complete this checklist and submit it with the completed solid waste application. Each line should have a "yes," "no," or "N/A" checked. If one of the attachments is marked as "N/A," subsequent attachments should still be labeled with the corresponding attachment letter listed in the first columns. If additional attachments are needed, fill in the title(s) on the last page.

| Attachment | Item Description | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Quantity, quality, consistency, and source of solid waste | ☒ | ☐ | ☐ |
| 2 | Solid waste generation process and demonstration of solid waste quantity and toxicity minimization | ☒ | ☐ | ☐ |
| 3 | Description of methods to handle, store, and utilize beneficial use material | ☒ | ☐ | ☐ |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| | | | | |
| | | | | |

# ATTACHMENT 1

# QUANTITY, QUALITY, CONSISTENCY, AND SOURCE OF SOLID WASTE

# ATTACHMENT 1

## QUANTITY, QUALITY, CONSISTENCY, AND SOURCE OF SOLID WASTE

### Quantity

The maximum amount of material that will be generated for beneficial use is 300 tons/week from the Norco Calcining Plant.

### Quality and Consistency

The Norco facility operates 24 hours per day, seven days per week except during facility turnarounds. The amount of lime generated will remain relatively constant at approximately 1.5 tons/hour. Rain CII routinely uses an Available Lime Index (ALI) test on the material produced. The results show between 7-35% available lime, 40 – 50% gypsum, and 20% hannebachite (hydrated calcium sulfite), depending on which Rain CII facility generated the material.

### Source

The Norco facility loads lime into an enclosed system and injects the lime into the flue gas stream where it reacts preferentially with acids and sulfur dioxide in the flue gas to lower final emission rates. This once-through system, known as flue gas desulfurization, is part of the air emissions reduction system at the Norco facility. The resultant material is of a lime, gypsum, and hannebachite mixture that can be beneficially used as a soil amendment.

- **Rain CII Carbon LLC**
  Norco Calcining Plant
  801 Prospect Avenue
  Norco, LA 70079

*RAIN CII CARBON LLC*

# ATTACHMENT 2

# SOLID WASTE GENERATION PROCESS AND DEMONSTRATION OF SOLID WASTE QUANTITY AND TOXICITY MINIMIZATION

*RAIN CII CARBON LLC*

# ATTACHMENT 2

## SOLID WASTE GENERATION PROCESS AND DEMONSTRATION OF SOLID WASTE QUANTITY AND TOXICITY MINIMIZATION

Rain CII Carbon LLC (Rain CII) owns and operates a calcined coke production facility that is located at 801 Prospect Avenue, Norco, St. Charles Parish, Louisiana. The plant operates 24 hours per day, 365 days per year and is continually manned by Rain CII personnel.

The Norco Calcining Plant manufactures calcined coke by thermally processing green petroleum coke. The green coke is processed in a natural gas-fired rotary kiln, then water quenched in a cooler to produce the calcined coke. As part of this process, Rain CII employs a flue gas desulfurization process during which lime is loaded into an enclosed system and injected into the flue gas stream where it reacts preferentially with acids and sulfur dioxide to lower final emission rates.

The spent lime material is composed of approximately 7 – 35% available lime, 40 – 50% calcium sulfate (gypsum), and 20% hannebachite. These materials can be beneficially re-used as a soil amendment as these materials are routinely used by large-scale farmers and home gardeners.

*RAIN CII CARBON LLC*

# ATTACHMENT 3

# DESCRIPTION OF METHODS TO HANDLE, STORE, AND UTILIZE BENEFICIAL USE MATERIAL

*RAIN CII CARBON LLC*

# ATTACHMENT 3

## DESCRIPTION OF METHODS TO HANDLE, STORE, AND UTILIZE BENEFICIAL USE MATERIAL

a. **a statement of procedures to be employed for periodic testing for quality control purposes;**

Rain CII Carbon LLC (Rain CII) routinely analyzes the beneficial use material using the Available Lime Index (ALI) test. The ALI test shows that the material is composed of approximately 7-35% available lime, 40 – 50% gypsum, and 20% hannebachite (hydrated calcium sulfite) depending on which Rain CII facility generated the material.

b. **a statement of intended storage procedures that will be used, including:**

   i. **run-on/run-off control;**

   The Norco Calcining Plant is encompassed by the Motiva Shell Oil Refinery (Motiva). All storm water from the plant is sent to Motiva by sheet flow and ditch system to Motiva's treatment ponds prior to discharge through outfalls approved and operated under an LPDES permit issued by the Louisiana Department of Environmental Quality (LDEQ). The current practice of covering the loaded material in roll-off bins has prevented any release from plant site.

   ii. **the maximum anticipated inventory**

   The maximum amount of material that will be produced is approximately 300 tons/week. The facility operates 24 hours per day, seven days per week except during facility turnarounds. The amount of material produced will remain constant around 1.5 tons/hour.

   iii. **measures to ensure that no contamination of underlying soil or groundwater occurs;**

   The material is loaded in roll-off bins in an enclosed building and covered once stored outside. These bins are picked up and delivered off site. The beneficial use roll-off bins are only stored on concrete, and there are no off-site releases from the plant site, therefore there is no threat to soils or groundwater.

   iv. **measures for dispersion control due to wind; and**

   The beneficial use material is loaded inside and covered once stored outside; therefore, no wind dispersion is anticipated.

c. **recordkeeping procedures;**

Records documenting the amount of material generated and sent off site will be kept by Rain CII, as required.