

**APTIM Environmental & Infrastructure**

2790 Mosside Blvd
Monroeville, PA 15146
PHONE:  (412) 372-7701
FAX: (412) 858-3979

October 5, 2018
Project # 155960

Mr. Michael Lockwood, MSPH, Director
Jefferson Parish Environmental Affairs
4901 Jefferson Hwy., Suite E
Shiloh, OH 44878

> **EXHIBIT**
> **23**

**Re: NSPS Surface Emissions Monitoring at Jefferson Parish Landfill –3rd Quarter 2018**

Dear Mr. Lockwood:

On September 13, 14, 20 and 28, 2018 and on October 4, 2018, Aptim Environmental & Infrastructure performed surface emissions monitoring at the Jefferson Parish Landfill for the third quarter of 2018. The monitoring event was conducted in accordance with (1) regulations set forth in the New Source Performance Standard (NSPS), 40 CFR 60.755(c) and (d); (2) 40 CFR 60, Appendix A Method 21, promulgated by the United States Environmental Protection Agency (USEPA).

A Photo Vac Micro flame ionization detector (FID) was used to perform the emissions monitoring. During the event, special attention was given to monitoring unusual cover conditions (stressed vegetation, cracks, seeps, etc.) and any areas with unusual odors. The FID was calibrated at the beginning of the day, prior to use, meeting Method 21 compliance requirements. Calibration logs were completed by the field technician performing the work, and are included in Attachment A.

<u>**Weather Conditions**</u>

Weather conditions recorded during the monitoring event were as follows:

Thursday September 13, 2018

* Sky: Mostly Cloudy
* Ground: Dry to Moist
* Temperature: 93ºF
* Wind Speed: 11 mph SE
* Barometric Pressure: 29.88" Hg
* Relative Humidity: 85%

Friday September 14, 2018

* Sky: Clear
* Ground: Dry to Moist
* Temperature: 93°F
* Wind Speed: 5 mph SE
* Barometric Pressure: 29.91" Hg
* Relative Humidity: 55%

Thursday September 20, 2018

* Sky: Mostly Clear
* Ground: Dry
* Temperature: 93°F
* Wind Speed: 2 mph SE
* Barometric Pressure: 29.93" Hg
* Relative Humidity: 66%

Friday September 28, 2018

* Sky: Mostly Clear
* Ground: Moist to Wet
* Temperature: 92°F
* Wind Speed: 6 mph NE
* Barometric Pressure: 29.99" Hg
* Relative Humidity: 77%

Thursday October 4, 2018

* Sky: Mostly Cloudy
* Ground: Moist to Muddy
* Temperature: 93°F
* Wind Speed: 7 mph SE
* Barometric Pressure: 32.07" Hg
* Relative Humidity: 67%

As per the NSPS regulation, the monitoring event was performed during typical meteorological conditions.

**Monitoring Summary**

There was two (2) FID reading greater than 500 ppm above background measurements detected during the initial monitoring event (see Attachment B). Corrective actions were taken including placement of additional soil cover and adjustments to vacuum in the area of the identified exceedances.

| Exceedance Area | Initial Exceedance 9/13/18 & 9/14/18 | 10 Day Remonitor | 2nd 10 day Re-monitor | 30 day from Initial Re-Monitor |
|---|---|---|---|---|
| 250' SW of 522 | 1090 | 1009 | 498 | 379 |
| 200' N of 519 | 895 | 878 | 145 | 145 |

During the monitoring event, odors were noticed in the area of 4A around exceedance areas. Current active fill areas were excluded from this monitoring event including a portion of 4A that was part of the active operating area and was therefore omitted from SEM for safety reasons. This area will be monitored during the next quarterly SEM event when the area is determined to be outside of active operations and safe to access by SEM technicians.

If you have any questions regarding this Letter Report, or any other matter, please do not hesitate to call me at (419) 835-5084.

Sincerely,

Kevin Rellinger
Project Manager

Attachments:   Attachment A – Quarterly Calibration Records
                        Attachment B – Quarterly Surface Monitoring Log
                        Attachment C – Map

cc:   LeSage, Troy – mas Energy (electronic copy)
       Ambeau, Nelson (electronic copy)

# ATTACHMENT A

# QUARTERLY CALIBRATION RECORDS

APTIM-0002976

## CALIBRATION PRECISION TEST RECORD

LANDFILL NAME: _____Jefferson Parish Landfill_____   DATE: __9/13/2018__

EXPIRATION DATE (3 MOS.): _____12/13/2018_____

TIME: _____2:03 PM_____

INSTRUMENT MAKE: _P E PhotoVac_   MODEL: _Mirco FID_   S/N: _CZJD316_

MEASUREMENT #1:

        Meter Reading for Zero Air: ___0.6___ ppm (1)

        Meter Reading for Calibration Gas: ___501.5___ ppm (2)

MEASUREMENT #2:

        Meter Reading for Zero Air: ___0.7___ ppm (3)

        Meter Reading for Calibration Gas: ___509.3___ ppm (4)

MEASUREMENT #3:

        Meter Reading for Zero Air: ___0.6___ ppm (5)

        Meter Reading for Calibration Gas: ___504.3___ ppm (6)

CALCULATE PRECISION:

$$\frac{[500 - (2)] + [500 - (4)] + [500 - (6)]}{3} \times \frac{1}{500} \times \frac{100}{1}$$

$$= \underline{\quad 1.01 \quad} \text{ \% (must be less than 10\%)}$$

PERFORMED BY: _____Eric Hammerly_____

# RESPONSE TIME TEST RECORD

LANDFILL NAME: _____ Jefferson Parish Landfill _____

DATE: _____9/13/2018_____

TIME: _____2:03 PM_____

INSTRUMENT MAKE: _P E PhotoVac_   MODEL: __MircoFID__   S/N: __CZJD316__

MEASUREMENT #1:

Stabilized Reading Using Calibration Gas: ___494___ ppm

90% of the Stabilized Reading: __444.60__ ppm

Time to Reach 90% of Stabilized reading
After switching from Zero Air to
Calibration Gas ___3___ seconds (1)

MEASUREMENT #2:

Stabilized Reading Using Calibration Gas: __487.3__ ppm

90% of the Stabilized Reading: __438.57__ ppm

Time to Reach 90% of Stabilized Reading
After switching from Zero Air to
Calibration Gas ___3___ seconds (2)

MEASUREMENT #3:

Stabilized Reading Using Calibration Gas: ___488___ ppm

90% of the Stabilized Reading: __439.20__ ppm

Time to Reach 90% of Stabilized Reading
After switching from Zero Air to
Calibration Gas ___5___ seconds (3)

CALCULATE RESPONSE TIME:

$$\frac{(1) + (2) + (3)}{3}$$

= ___3.67___ SECONDS (MUST BE LESS THAN 30 SECONDS)

PERFORMED BY: _____Eric Hammerly_____

APTIM-0002978

# CALIBRATION PROCEDURE AND BACKGROUND DETERMINATION REPORT

LANDFILL NAME: _____Jefferson Parish Landfill_____

INSTRUMENT MAKE: _P E PhotoVac_  MODEL: _MicroFID_  S/N: _CZJD316_

Calibration Procedure

1.  Allow instrument to internally zero itself while introducing zero air.

2.  Introduce the calibration gas into the probe.
    Stable reading = ___500___ ppm

3.  Adjust meter to read 500 ppm.

Background Determination Procedure

1.  Upwind Reading (highest in 30 seconds): ___0___ ppm (1)

2.  Downwind Reading (highest in 30 seconds): ___0___ ppm (2)

Calculate Background Value:

$$\frac{(1) + (2)}{2}$$

Background = ___0.00___ ppm

PERFORMED BY: ___Eric Hammerly___   TIME: _2:03 PM_

DATE: ___9/13/2018___

# CALIBRATION PRECISION TEST RECORD

LANDFILL NAME:  _____Jefferson Parish Landfill_____   DATE:  _9/14/2018_

EXPIRATION DATE (3 MOS.):  _____12/14/2018_____

TIME:  _____9:27 AM_____

INSTRUMENT MAKE:  _P E PhotoVac_   MODEL:  _Mirco FID_   S/N:  _CZJD316_

MEASUREMENT #1:

    Meter Reading for Zero Air:  _____0_____ ppm (1)

    Meter Reading for Calibration Gas:  _510.3_ ppm (2)

MEASUREMENT #2:

    Meter Reading for Zero Air:  _____0_____ ppm (3)

    Meter Reading for Calibration Gas:  _507.9_ ppm (4)

MEASUREMENT #3:

    Meter Reading for Zero Air:  _____0_____ ppm (5)

    Meter Reading for Calibration Gas:  _505.4_ ppm (6)

CALCULATE PRECISION:

$$\frac{[500 - (2)] + [500 - (4)] + [500 - (6)]}{3} \times \frac{1}{500} \times \frac{100}{1}$$

$$= \underline{\quad 1.57 \quad} \text{ \% (must be less than 10\%)}$$

PERFORMED BY:  _____Eric Hammerly_____

# RESPONSE TIME TEST RECORD

LANDFILL NAME: _____ Jefferson Parish Landfill _____

DATE: ___9/14/2018___

TIME: ___9:27 AM___

INSTRUMENT MAKE: _P E PhotoVac_   MODEL: _MircoFID_   S/N: _CZJD316_

MEASUREMENT #1:

    Stabilized Reading Using Calibration Gas: ___502.3___ ppm

    90% of the Stabilized Reading: ___452.07___ ppm

    Time to Reach 90% of Stabilized reading
    After switching from Zero Air to
    Calibration Gas      ___3___ seconds (1)

MEASUREMENT #2:

    Stabilized Reading Using Calibration Gas: ___499.9___ ppm

    90% of the Stabilized Reading: ___449.91___ ppm

    Time to Reach 90% of Stabilized Reading
    After switching from Zero Air to
    Calibration Gas      ___4___ seconds (2)

MEASUREMENT #3:

    Stabilized Reading Using Calibration Gas: ___507.7___ ppm

    90% of the Stabilized Reading: ___456.93___ ppm

    Time to Reach 90% of Stabilized Reading
    After switching from Zero Air to
    Calibration Gas      ___4___ seconds (3)

CALCULATE RESPONSE TIME:

$$\frac{(1) + (2) + (3)}{3}$$

= ___3.67___ SECONDS (MUST BE LESS THAN 30 SECONDS)

PERFORMED BY: _____ Eric Hammerly _____

# CALIBRATION PROCEDURE AND BACKGROUND DETERMINATION REPORT

LANDFILL NAME: _____ Jefferson Parish Landfill _____

INSTRUMENT MAKE: _P E PhotoVac_   MODEL: _MicroFID_   S/N: _CZJD316_

Calibration Procedure

1.  Allow instrument to internally zero itself while introducing zero air.

2.  Introduce the calibration gas into the probe.
    Stable reading = _500.5_ ppm

3.  Adjust meter to read 500 ppm.

Background Determination Procedure

1.  Upwind Reading (highest in 30 seconds):   _0_ ppm (1)

2.  Downwind Reading (highest in 30 seconds):   _0_ ppm (2)

    Calculate Background Value:

$$\frac{(1) + (2)}{2}$$

    Background = _0.00_ ppm

PERFORMED BY: _Eric Hammerly_   TIME: _9:25 AM_

DATE: _9/14/2018_

APTIM-0002982

## CALIBRATION PRECISION TEST RECORD

LANDFILL NAME:  _____Jefferson Parish Landfill 10 Day_____     DATE:  __9/20/2018__

EXPIRATION DATE (3 MOS.):  _____12/20/2018_____

TIME:  _____1:08 PM_____

INSTRUMENT MAKE:  __P E PhotoVac__     MODEL:  _Mirco FID_     S/N:  __CZJD316__

MEASUREMENT #1:

        Meter Reading for Zero Air:  _____0_____ ppm (1)

        Meter Reading for Calibration Gas:  __498.3__ ppm (2)

MEASUREMENT #2:

        Meter Reading for Zero Air:  _____0_____ ppm (3)

        Meter Reading for Calibration Gas:  __501.1__ ppm (4)

MEASUREMENT #3:

        Meter Reading for Zero Air:  _____0_____ ppm (5)

        Meter Reading for Calibration Gas:  __495.6__ ppm (6)

CALCULATE PRECISION:

$$\frac{[500 - (2)] + [500 - (4)] + [500 - (6)]}{3} \times \frac{1}{500} \times \frac{100}{1}$$

$$= \underline{\quad 0.48 \quad} \text{ \% (must be less than 10\%)}$$

PERFORMED BY:  _____Eric Hammerly_____

APTIM-0002983

# RESPONSE TIME TEST RECORD

LANDFILL NAME: _____ Jefferson Parish Landfill 10 Day _____

DATE: ___9/20/2018___

TIME: ___1:08 PM___

INSTRUMENT MAKE: _P E PhotoVac_     MODEL: __MircoFID__     S/N: __CZJD316__

MEASUREMENT #1:

        Stabilized Reading Using Calibration Gas: ___510.2___ ppm

        90% of the Stabilized Reading: ___459.18___ ppm

        Time to Reach 90% of Stabilized reading
After switching from Zero Air to
Calibration Gas ___4___ seconds (1)

MEASUREMENT #2:

        Stabilized Reading Using Calibration Gas: ___508.7___ ppm

        90% of the Stabilized Reading: ___457.83___ ppm

        Time to Reach 90% of Stabilized Reading
After switching from Zero Air to
Calibration Gas ___4___ seconds (2)

MEASUREMENT #3:

        Stabilized Reading Using Calibration Gas: ___500.1___ ppm

        90% of the Stabilized Reading: ___450.09___ ppm

        Time to Reach 90% of Stabilized Reading
After switching from Zero Air to
Calibration Gas ___4___ seconds (3)

CALCULATE RESPONSE TIME:

$$\frac{(1) + (2) + (3)}{3}$$

= ___4.00___ SECONDS (MUST BE LESS THAN 30 SECONDS)

PERFORMED BY: _____ Eric Hammerly _____

# CALIBRATION PROCEDURE AND BACKGROUND DETERMINATION REPORT

LANDFILL NAME: _____ Jefferson Parish Landfill 10 Day _____

INSTRUMENT MAKE: __P E PhotoVac__   MODEL: __MicroFID__   S/N: __CZJD316__

Calibration Procedure

1.  Allow instrument to internally zero itself while introducing zero air.

2.  Introduce the calibration gas into the probe.
    Stable reading = __495__ ppm

3.  Adjust meter to read 500 ppm.

Background Determination Procedure

1.  Upwind Reading (highest in 30 seconds):                __0__ ppm (1)

2.  Downwind Reading (highest in 30 seconds):              __0__ ppm (2)

    Calculate Background Value:

    $$\frac{(1) + (2)}{2}$$

    Background = __0.00__ ppm


PERFORMED BY: _____Eric Hammerly_____   TIME: __1:00 PM__

                                              DATE: ___9/20/2018___

# CALIBRATION PRECISION TEST RECORD

LANDFILL NAME: _____Jefferson Parish Landfill - 2nd 10 Day_____   DATE:  __9/28/2018__

EXPIRATION DATE (3 MOS.): _____12/28/2018_____

TIME: _____3:14 PM_____

INSTRUMENT MAKE:  __P E PhotoVac__   MODEL: __Mirco FID__   S/N:  __CZJD316__

MEASUREMENT #1:

        Meter Reading for Zero Air: _____0_____ ppm (1)

        Meter Reading for Calibration Gas: __502.2__ ppm (2)

MEASUREMENT #2:

        Meter Reading for Zero Air: _____0_____ ppm (3)

        Meter Reading for Calibration Gas: __501.7__ ppm (4)

MEASUREMENT #3:

        Meter Reading for Zero Air: _____0_____ ppm (5)

        Meter Reading for Calibration Gas: __505.9__ ppm (6)

CALCULATE PRECISION:

$$\frac{[500 - (2)] + [500 - (4)] + [500 - (6)]}{3} \times \frac{1}{500} \times \frac{100}{1}$$

= _____0.65_____ % (must be less than 10%)

PERFORMED BY: _____Eric Hammerly_____

APTIM-0002986

# RESPONSE TIME TEST RECORD

LANDFILL NAME: _____ Jefferson Parish Landfill - 2nd 10 Day _____

DATE: _____ 9/28/2018 _____

TIME: _____ 3:14 PM _____

INSTRUMENT MAKE: _P E PhotoVac_    MODEL: _MircoFID_    S/N: _CZJD316_

MEASUREMENT #1:

           Stabilized Reading Using Calibration Gas: _____ 498 _____ ppm

           90% of the Stabilized Reading: _____ 448.20 _____ ppm

           Time to Reach 90% of Stabilized reading
           After switching from Zero Air to
           Calibration Gas _____ 3 _____ seconds (1)

MEASUREMENT #2:

           Stabilized Reading Using Calibration Gas: _____ 495.5 _____ ppm

           90% of the Stabilized Reading: _____ 445.95 _____ ppm

           Time to Reach 90% of Stabilized Reading
           After switching from Zero Air to
           Calibration Gas _____ 3 _____ seconds (2)

MEASUREMENT #3:

           Stabilized Reading Using Calibration Gas: _____ 500.1 _____ ppm

           90% of the Stabilized Reading: _____ 450.09 _____ ppm

           Time to Reach 90% of Stabilized Reading
           After switching from Zero Air to
           Calibration Gas _____ 3 _____ seconds (3)

CALCULATE RESPONSE TIME:

$$\frac{(1) + (2) + (3)}{3}$$

= _____ 3.00 _____ SECONDS (MUST BE LESS THAN 30 SECONDS)

PERFORMED BY: _____ Eric Hammerly _____

# CALIBRATION PROCEDURE AND BACKGROUND DETERMINATION REPORT

LANDFILL NAME:                    Jefferson Parish Landfill - 2nd 10 Day

INSTRUMENT MAKE:   P E PhotoVac      MODEL:   MicroFID        S/N:  CZJD316

Calibration Procedure

1.      Allow instrument to internally zero itself while introducing zero air.

2.      Introduce the calibration gas into the probe.
                Stable reading =   500   ppm

3.      Adjust meter to read 500 ppm.

Background Determination Procedure

1.      Upwind Reading (highest in 30 seconds):              0      ppm (1)

2.      Downwind Reading (highest in 30 seconds):            0      ppm (2)

                Calculate Background Value:

$$\frac{(1) + (2)}{2}$$

                Background =   0.00   ppm

PERFORMED BY:       Eric Hammerly           TIME:  3:30 PM

                                        DATE:      9/28/2018

# CALIBRATION PRECISION TEST RECORD

LANDFILL NAME:          Jefferson Parish Landfill - 30 Day          DATE:   10/4/2018

EXPIRATION DATE (3 MOS.):          1/4/2019

TIME:          12:12 PM

INSTRUMENT MAKE:   P E PhotoVac          MODEL: Mirco FID          S/N:   CZJD316

MEASUREMENT #1:

      Meter Reading for Zero Air:          0     ppm (1)

      Meter Reading for Calibration Gas:          493.3   ppm (2)

MEASUREMENT #2:

      Meter Reading for Zero Air:          0     ppm (3)

      Meter Reading for Calibration Gas:          493.2   ppm (4)

MEASUREMENT #3:

      Meter Reading for Zero Air:          0     ppm (5)

      Meter Reading for Calibration Gas:          498.8   ppm (6)

CALCULATE PRECISION:

$$\frac{[500 - (2)] + [500 - (4)] + [500 - (6)]}{3} \times \frac{1}{500} \times \frac{100}{1}$$

$$= \quad 0.98 \quad \% \text{ (must be less than 10\%)}$$

PERFORMED BY:          Eric Hammerly

APTIM-0002989

# RESPONSE TIME TEST RECORD

LANDFILL NAME: _____ Jefferson Parish Landfill - 30 Day _____

DATE: _____10/4/2018_____

TIME: _____12:12 PM_____

INSTRUMENT MAKE: _P E PhotoVac_    MODEL: _MircoFID_    S/N: _CZJD316_

MEASUREMENT #1:

    Stabilized Reading Using Calibration Gas: _495.5_ ppm

    90% of the Stabilized Reading: _445.95_ ppm

    Time to Reach 90% of Stabilized reading
    After switching from Zero Air to
    Calibration Gas _____4_____ seconds (1)

MEASUREMENT #2:

    Stabilized Reading Using Calibration Gas: _489_ ppm

    90% of the Stabilized Reading: _440.10_ ppm

    Time to Reach 90% of Stabilized Reading
    After switching from Zero Air to
    Calibration Gas _____4_____ seconds (2)

MEASUREMENT #3:

    Stabilized Reading Using Calibration Gas: _490.1_ ppm

    90% of the Stabilized Reading: _441.09_ ppm

    Time to Reach 90% of Stabilized Reading
    After switching from Zero Air to
    Calibration Gas _____4_____ seconds (3)

CALCULATE RESPONSE TIME:

$$\frac{(1) + (2) + (3)}{3}$$

= _____4.00_____ SECONDS (MUST BE LESS THAN 30 SECONDS)

PERFORMED BY: _____Eric Hammerly_____

# CALIBRATION PROCEDURE AND BACKGROUND DETERMINATION REPORT

LANDFILL NAME: _____ Jefferson Parish Landfill - 30 Day _____

INSTRUMENT MAKE: _P E PhotoVac_   MODEL: _MicroFID_   S/N: _CZJD316_

Calibration Procedure

1.   Allow instrument to internally zero itself while introducing zero air.

2.   Introduce the calibration gas into the probe.
         Stable reading = _499.9_ ppm

3.   Adjust meter to read 500 ppm.

Background Determination Procedure

1.   Upwind Reading (highest in 30 seconds):          _0_ ppm (1)

2.   Downwind Reading (highest in 30 seconds):          _0_ ppm (2)

              Calculate Background Value:

$$\frac{(1) + (2)}{2}$$

              Background = _0.00_ ppm

PERFORMED BY: _____Eric Hammerly_____          TIME: _12:08 PM_

                                                     DATE: ____10/4/2018____

# ATTACHMENT B

# QUARTERLY SURFACE MONITORING LOG

APTIM-0002992

# QUARTERLY SURFACE MONITORING LOG

**PERFORMED BY:**          Eric Hammerly

**START TIME:**              2:03 PM

**DATE:**   9/13/2018

**LANDFILL NAME:**              Jefferson Parish Landfill

| Location of detected FID readings greater than 500 ppm methane above background measurements | Time of Detection | Methane Concentration (ppm) |
|---|---|---|
| **None** | | |
| | | |
| | | |
| | | |
| | | |

Weather Report

SKY: Mostly Cloudy

GROUND: Dry to Moist

TEMP: 93F

WIND: SE 11mph

PRESSURE: 29.88

HUMIDITY: 85%


COMMENTS:

## QUARTERLY SURFACE MONITORING LOG

**PERFORMED BY:** Eric Hammerly

**START TIME:** 9:30 AM

**DATE:** 9/14/2018

**LANDFILL NAME:** Jefferson Parish Landfill

| Location of detected FID readings greater than 500 ppm methane above background measurements | Time of Detection | Methane Concentration (ppm) |
|---|---|---|
| 250' SW of 522 | 14:00 | 1090 |
| 200' N of 519 | 14:05 | 895 |
| | | |
| . | | |
| | | |

Weather Report

SKY: Clear

GROUND: Dry to Moist

TEMP: 93F

WIND: SE 5 mph

PRESSURE: 29.91

HUMIDITY: 55%

COMMENTS:

1) 10' x 10' surface cracking, erosion

2) 5' x 10' surface cracking

APTIM-0002994

# QUARTERLY SURFACE MONITORING LOG

**PERFORMED BY:** _____ Eric Hammerly _____

**START TIME:** _____ 1:15 PM _____

**DATE:** _ 9/20/2018 _

**LANDFILL NAME:** _____ Jefferson Parish Landfill 10 Day _____

| Location of detected FID readings greater than 500 ppm methane above background measurements | Time of Detection | Methane Concentration (ppm) |
|---|---|---|
| 250' SW of 522 | 1:46 | 1009 |
| 200' N of 519 | 1:50 | 878 |
| | | |
| . | | |
| | | |

Weather Report

SKY: Mostly Clear

GROUND: Dry

TEMP: 93F

WIND: SE 2 mph

PRESSURE: 29.93

HUMIDITY: 66%

COMMENTS:

# QUARTERLY SURFACE MONITORING LOG

**PERFORMED BY:**        Eric Hammerly

**START TIME:**          3:15 PM

**DATE:**   9/28/2018

**LANDFILL NAME:**          Jefferson Parish Landfill - 2nd 10 Day

| Location of detected FID readings greater than 500 ppm methane above background measurements | Time of Detection | Methane Concentration (ppm) |
|---|---|---|
| 250' SW of 522 | 15:25 | 498 |
| 200' N of 519 | 16:00 | 145 |
|  |  |  |
| . |  |  |
|  |  |  |

Weather Report

SKY: Mostly Clear

GROUND: Moist to wet

TEMP: 92F

WIND: NE 6  mph

PRESSURE: 29.99

HUMIDITY: 77%

COMMENTS:

# QUARTERLY SURFACE MONITORING LOG

**PERFORMED BY:** _____ Eric Hammerly _____

**START TIME:** _____ 3:15 PM _____

**DATE:** _ 10/4/2018 _

**LANDFILL NAME:** _____ Jefferson Parish Landfill - 30 Day _____

| Location of detected FID readings greater than 500 ppm methane above background measurements | Time of Detection | Methane Concentration (ppm) |
|---|---|---|
| 250' SW of 522 | 12:21 | 379 |
| 200' N of 519 | 12:24 | 145 |
| | | |
| . | | |
| | | |

Weather Report

SKY: Mostly Cloudy

GROUND: Moist to muddy

TEMP: 93F

WIND: SE 7 mph

PRESSURE: 32.07

HUMIDITY: 67%

COMMENTS:

APTIM-0002997

# ATTACHMENT C

# SITE MAP

APTIM-0002998



APTIM-0002999



APTIM-0003000