

**APTIM Environmental & Infrastructure**

2790 Mosside Blvd
Monroeville, PA 15146
PHONE:  (412) 372-7701
FAX: (412) 858-3979

December 28, 2018
Project # 155960

Mr. Michael Lockwood, MSPH, Director
Jefferson Parish Environmental Affairs
4901 Jefferson Hwy., Suite E
Shiloh, OH 44878

> **EXHIBIT**
> **24**

**Re: NSPS Surface Emissions Monitoring at Jefferson Parish Landfill –4th Quarter 2018**

Dear Mr. Lockwood:

On November 19, 20 and 28, 2018 and on December 17, 2018, Aptim Environmental & Infrastructure performed surface emissions monitoring at the Jefferson Parish Landfill for the fourth quarter of 2018. The monitoring event was conducted in accordance with (1) regulations set forth in the New Source Performance Standard (NSPS), 40 CFR 60.755(c) and (d); (2) 40 CFR 60, Appendix A Method 21, promulgated by the United States Environmental Protection Agency (USEPA).

A Photo Vac Micro flame ionization detector (FID) was used to perform the emissions monitoring. During the event, special attention was given to monitoring unusual cover conditions (stressed vegetation, cracks, seeps, etc.) and any areas with unusual odors. The FID was calibrated at the beginning of the day, prior to use, meeting Method 21 compliance requirements. Calibration logs were completed by the field technician performing the work, and are included in Attachment A.

**Weather Conditions**

Weather conditions recorded during the monitoring event were as follows:

Monday November 19, 2018

* Sky: Mostly Cloudy
* Ground: Moist to Wet
* Temperature: 58°F
* Wind Speed: 6 mph NE
* Barometric Pressure: 30.2" Hg
* Relative Humidity: 96%

APTIM-0005055

Tuesday November 20, 2018

* Sky: Mostly Clear
* Ground: Damp to Wet
* Temperature: 52ºF
* Wind Speed: 12 mph NE
* Barometric Pressure: 30.17" Hg
* Relative Humidity: 95%

Wednesday November 28, 2018

* Sky: Partly Cloudy
* Ground: Dry
* Temperature: 63ºF
* Wind Speed: 11 mph N
* Barometric Pressure: 30.2" Hg
* Relative Humidity: 63%

Monday December 17, 2018

* Sky: Mostly Cloudy
* Ground: Moist to Muddy
* Temperature: 60ºF
* Wind Speed: 8 mph W
* Barometric Pressure: 29.87" Hg
* Relative Humidity: 96%

As per the NSPS regulation, the monitoring event was performed during typical meteorological conditions.

**Monitoring Summary**

There was three (3) FID reading greater than 500 ppm above background measurements detected during the initial monitoring event (see Attachment B). Corrective actions were taken including placement of additional soil cover and adjustments to vacuum in the area of the identified exceedances.

| Esceedance Area | Initial Exceedance 11/19/18 & 11/20/18 | 10 Day Remonitor | 30 Day for Initial Remonitor |
|---|---|---|---|
| 150' N of W518 | 840 | 153 | 15.3 |
| 175' SW of W522 | 995 | 385 | 203.5 |
| 200' NE of W522 | 783 | 183 | 19.7 |

APTIM-0005056

Current active fill areas were excluded from this monitoring event including a portion of 4A that was part of the active operating area and was therefore omitted from SEM for safety reasons. This area will be monitored during the next quarterly SEM event when the area is determined to be outside of active operations and safe to access by SEM technicians.

If you have any questions regarding this Letter Report, or any other matter, please do not hesitate to call me at (419) 835-5084.

Sincerely,

Kevin Rellinger
Project Manager

Attachments:   Attachment A – Quarterly Calibration Records
               Attachment B – Quarterly Surface Monitoring Log
               Attachment C – Map

cc:   Ambeau, Nelson (electronic copy)

APTIM-0005057

# ATTACHMENT A

# QUARTERLY CALIBRATION RECORDS

APTIM-0005058

# CALIBRATION PRECISION TEST RECORD

LANDFILL NAME: _____ Jefferson Parish Landfill _____   DATE: __11/19/2018__

EXPIRATION DATE (3 MOS.): _____ 5/8/2018 _____

TIME: _____ 12:05 PM _____

INSTRUMENT MAKE: __P E PhotoVac__   MODEL: _Mirco FID_   S/N: __CZJD314__

MEASUREMENT #1:

        Meter Reading for Zero Air: ____0____ ppm (1)

        Meter Reading for Calibration Gas: __497.5__ ppm (2)

MEASUREMENT #2:

        Meter Reading for Zero Air: ____0____ ppm (3)

        Meter Reading for Calibration Gas: __503.3__ ppm (4)

MEASUREMENT #3:

        Meter Reading for Zero Air: ____0____ ppm (5)

        Meter Reading for Calibration Gas: __499.5__ ppm (6)

CALCULATE PRECISION:

$$\frac{[500-(2)]+[500-(4)]+[500-(6)]}{3} \times \frac{1}{500} \times \frac{100}{1}$$

$$= \underline{\quad 0.42 \quad} \% \text{ (must be less than 10\%)}$$

PERFORMED BY: _____ Eric Hammerly _____

APTIM-0005059

# RESPONSE TIME TEST RECORD

LANDFILL NAME: _____ Jefferson Parish Landfill _____

DATE: _____11/19/2018_____

TIME: _____12:05 PM_____

INSTRUMENT MAKE: _P E PhotoVac_     MODEL: _MircoFID_     S/N: _CZJD314_

MEASUREMENT #1:

        Stabilized Reading Using Calibration Gas: _____506.1_____ ppm

        90% of the Stabilized Reading: _____455.49_____ ppm

        Time to Reach 90% of Stabilized reading
        After switching from Zero Air to
        Calibration Gas     _____3_____ seconds (1)

MEASUREMENT #2:

        Stabilized Reading Using Calibration Gas: _____504.7_____ ppm

        90% of the Stabilized Reading: _____454.23_____ ppm

        Time to Reach 90% of Stabilized Reading
        After switching from Zero Air to
        Calibration Gas     _____3_____ seconds (2)

MEASUREMENT #3:

        Stabilized Reading Using Calibration Gas: _____503_____ ppm

        90% of the Stabilized Reading: _____452.70_____ ppm

        Time to Reach 90% of Stabilized Reading
        After switching from Zero Air to
        Calibration Gas     _____3_____ seconds (3)

CALCULATE RESPONSE TIME:

$$\frac{(1) + (2) + (3)}{3}$$

        = _____3.00_____ SECONDS (MUST BE LESS THAN 30 SECONDS)

PERFORMED BY: _____Eric Hammerly_____

# CALIBRATION PROCEDURE AND BACKGROUND DETERMINATION REPORT

LANDFILL NAME:                Jefferson Parish Landfill

INSTRUMENT MAKE:  P E PhotoVac    MODEL:  MicroFID      S/N:  CZJD314

Calibration Procedure

1.    Allow instrument to internally zero itself while introducing zero air.

2.    Introduce the calibration gas into the probe.
            Stable reading =     502.2     ppm

3.    Adjust meter to read 500 ppm.

Background Determination Procedure

1.    Upwind Reading (highest in 30 seconds):              0         ppm (1)

2.    Downwind Reading (highest in 30 seconds):            0         ppm (2)

                    Calculate Background Value:

$$\frac{(1) + (2)}{2}$$

                Background =     0.00      ppm


PERFORMED BY:      Eric Hammerly          TIME:  12:05 PM

                                    DATE:      11/19/2018

APTIM-0005061

# CALIBRATION PRECISION TEST RECORD

LANDFILL NAME: _____Jefferson Parish Landfill_____    DATE: __11/20/2018__

EXPIRATION DATE (3 MOS.): _____5/8/2019_____

TIME: _____10:32 AM_____

INSTRUMENT MAKE: __P E PhotoVac__    MODEL: __Mirco FID__    S/N: __CZJD314__

MEASUREMENT #1:

Meter Reading for Zero Air: ____0____ ppm (1)

Meter Reading for Calibration Gas: __510.4__ ppm (2)

MEASUREMENT #2:

Meter Reading for Zero Air: ____0____ ppm (3)

Meter Reading for Calibration Gas: __507.5__ ppm (4)

MEASUREMENT #3:

Meter Reading for Zero Air: ____0____ ppm (5)

Meter Reading for Calibration Gas: __506.6__ ppm (6)

CALCULATE PRECISION:

$$\frac{[500 - (2)] + [500 - (4)] + [500 - (6)]}{3} \times \frac{1}{500} \times \frac{100}{1}$$

= ____1.63____ % (must be less than 10%)

PERFORMED BY: _____Eric Hammerly_____

# RESPONSE TIME TEST RECORD

LANDFILL NAME: _____ Jefferson Parish Landfill _____

DATE: _____11/20/2018_____

TIME: _____10:32 AM_____

INSTRUMENT MAKE: _P E PhotoVac_    MODEL: _MircoFID_    S/N: _CZJD314_

MEASUREMENT #1:

Stabilized Reading Using Calibration Gas: ___520.1___ ppm

90% of the Stabilized Reading: ___468.09___ ppm

Time to Reach 90% of Stabilized reading
After switching from Zero Air to
Calibration Gas                    ___3___ seconds (1)

MEASUREMENT #2:

Stabilized Reading Using Calibration Gas: ___509.9___ ppm

90% of the Stabilized Reading: ___458.91___ ppm

Time to Reach 90% of Stabilized Reading
After switching from Zero Air to
Calibration Gas                    ___4___ seconds (2)

MEASUREMENT #3:

Stabilized Reading Using Calibration Gas: ___511___ ppm

90% of the Stabilized Reading: ___459.90___ ppm

Time to Reach 90% of Stabilized Reading
After switching from Zero Air to
Calibration Gas                    ___4___ seconds (3)

CALCULATE RESPONSE TIME:

$$\frac{(1) + (2) + (3)}{3}$$

= ___3.67___ SECONDS (MUST BE LESS THAN 30 SECONDS)

PERFORMED BY: _____Eric Hammerly_____

APTIM-0005063

# CALIBRATION PROCEDURE AND BACKGROUND DETERMINATION REPORT

LANDFILL NAME: _____ Jefferson Parish Landfill _____

INSTRUMENT MAKE: __P E PhotoVac__    MODEL: __MicroFID__    S/N: __CZJD314__

Calibration Procedure

1.   Allow instrument to internally zero itself while introducing zero air.

2.   Introduce the calibration gas into the probe.
     Stable reading = ___505.2___ ppm

3.   Adjust meter to read 500 ppm.

Background Determination Procedure

1.   Upwind Reading (highest in 30 seconds):              ___0___ ppm (1)

2.   Downwind Reading (highest in 30 seconds):            ___0___ ppm (2)

          Calculate Background Value:

                                                          (1) + (2)
                                                          _____
                                                              2

          Background = ___0.00___ ppm

PERFORMED BY: ___Eric Hammerly___        TIME: __10:34 AM__

                                         DATE: ___11/20/2018___

# CALIBRATION PRECISION TEST RECORD

LANDFILL NAME: _____Jefferson Parish Landfill 10 Day_____   DATE: _11/28/2018_

EXPIRATION DATE (3 MOS.): _____2/28/2018_____

TIME: _____3:35 PM_____

INSTRUMENT MAKE: _P E PhotoVac_   MODEL: _Mirco FID_   S/N: _84351_

MEASUREMENT #1:

    Meter Reading for Zero Air: _____0_____ ppm (1)

    Meter Reading for Calibration Gas: _____499.9_____ ppm (2)

MEASUREMENT #2:

    Meter Reading for Zero Air: _____0_____ ppm (3)

    Meter Reading for Calibration Gas: _____500.1_____ ppm (4)

MEASUREMENT #3:

    Meter Reading for Zero Air: _____0_____ ppm (5)

    Meter Reading for Calibration Gas: _____500_____ ppm (6)

CALCULATE PRECISION:

$$\frac{[500-(2)]+[500-(4)]+[500-(6)]}{3} \times \frac{1}{500} \times \frac{100}{1}$$

$$= \underline{\quad 0.01 \quad} \text{ \% (must be less than 10\%)}$$

PERFORMED BY: _____Nelson Ambeau_____

# RESPONSE TIME TEST RECORD

LANDFILL NAME: _____ Jefferson Parish Landfill 10 Day _____

DATE: ___11/28/2018___

TIME: ___3:35 PM___

INSTRUMENT MAKE: _P E PhotoVac_     MODEL: __MircoFID__     S/N: ___84351___

MEASUREMENT #1:

        Stabilized Reading Using Calibration Gas: ___499.9___ ppm

        90% of the Stabilized Reading: ___449.91___ ppm

        Time to Reach 90% of Stabilized reading
After switching from Zero Air to
Calibration Gas         ___5___ seconds (1)

MEASUREMENT #2:

        Stabilized Reading Using Calibration Gas: ___500.1___ ppm

        90% of the Stabilized Reading: ___450.09___ ppm

        Time to Reach 90% of Stabilized Reading
After switching from Zero Air to
Calibration Gas         ___5___ seconds (2)

MEASUREMENT #3:

        Stabilized Reading Using Calibration Gas: ___500___ ppm

        90% of the Stabilized Reading: ___450.00___ ppm

        Time to Reach 90% of Stabilized Reading
After switching from Zero Air to
Calibration Gas         ___5___ seconds (3)

CALCULATE RESPONSE TIME:

$$\frac{(1) + (2) + (3)}{3}$$

= ___5.00___ SECONDS (MUST BE LESS THAN 30 SECONDS)

PERFORMED BY: ___Nelson Ambeau___

APTIM-0005066

# CALIBRATION PROCEDURE AND BACKGROUND DETERMINATION REPORT

LANDFILL NAME: _____ Jefferson Parish Landfill 10 Day _____

INSTRUMENT MAKE: __P E PhotoVac__   MODEL: __MicroFID__   S/N: __84351__

Calibration Procedure

1.    Allow instrument to internally zero itself while introducing zero air.

2.    Introduce the calibration gas into the probe.
           Stable reading = ___500___ ppm

3.    Adjust meter to read 500 ppm.

Background Determination Procedure

1.    Upwind Reading (highest in 30 seconds):              ___0___ ppm (1)

2.    Downwind Reading (highest in 30 seconds):            ___0___ ppm (2)

             Calculate Background Value:

$$\frac{(1) + (2)}{2}$$

             Background = ___0.00___ ppm

PERFORMED BY: ___Nelson Ambeau___        TIME: __3:45 PM__

                                                    DATE: ___11/28/2018___

# CALIBRATION PRECISION TEST RECORD

LANDFILL NAME: _____Jefferson Parish Landfill 30 Day_____   DATE: __12/17/2018__

EXPIRATION DATE (3 MOS.): _____5/8/2018_____

TIME: _____1:08 PM_____

INSTRUMENT MAKE: __P E PhotoVac__   MODEL: __Mirco FID__   S/N: __CZ JD 314__

MEASUREMENT #1:

     Meter Reading for Zero Air: ____0____ ppm (1)

     Meter Reading for Calibration Gas: __507.1__ ppm (2)

MEASUREMENT #2:

     Meter Reading for Zero Air: ____0____ ppm (3)

     Meter Reading for Calibration Gas: __502.8__ ppm (4)

MEASUREMENT #3:

     Meter Reading for Zero Air: ____0____ ppm (5)

     Meter Reading for Calibration Gas: __500.1__ ppm (6)

CALCULATE PRECISION:

$$\frac{[500 - (2)] + [500 - (4)] + [500 - (6)]}{3} \times \frac{1}{500} \times \frac{100}{1}$$

$$= \underline{\quad 0.67 \quad} \% \text{ (must be less than 10\%)}$$

PERFORMED BY: _____Eric Hammerly_____

# RESPONSE TIME TEST RECORD

LANDFILL NAME: _____ Jefferson Parish Landfill 30 Day _____

DATE: ___12/17/2018___

TIME: ___1:05 PM___

INSTRUMENT MAKE: _P E PhotoVac_   MODEL: __MircoFID__   S/N: __CZ JD 314__

MEASUREMENT #1:

Stabilized Reading Using Calibration Gas: __493.5__ ppm

90% of the Stabilized Reading: __444.15__ ppm

Time to Reach 90% of Stabilized reading
After switching from Zero Air to
Calibration Gas                        __3__ seconds (1)

MEASUREMENT #2:

Stabilized Reading Using Calibration Gas: __510.3__ ppm

90% of the Stabilized Reading: __459.27__ ppm

Time to Reach 90% of Stabilized Reading
After switching from Zero Air to
Calibration Gas                        __4__ seconds (2)

MEASUREMENT #3:

Stabilized Reading Using Calibration Gas: __500.9__ ppm

90% of the Stabilized Reading: __450.81__ ppm

Time to Reach 90% of Stabilized Reading
After switching from Zero Air to
Calibration Gas                        __3__ seconds (3)

CALCULATE RESPONSE TIME:

$$\frac{(1) + (2) + (3)}{3}$$

=   __3.33__   SECONDS (MUST BE LESS THAN 30 SECONDS)

PERFORMED BY: _____Eric Hammerly_____

# CALIBRATION PROCEDURE AND BACKGROUND DETERMINATION REPORT

LANDFILL NAME:                    Jefferson Parish Landfill 30 Day

INSTRUMENT MAKE:  P E PhotoVac      MODEL:    MicroFID        S/N: CZ JD 314

## Calibration Procedure

1.    Allow instrument to internally zero itself while introducing zero air.

2.    Introduce the calibration gas into the probe.
            Stable reading = _____505_____ ppm

3.    Adjust meter to read 500 ppm.

## Background Determination Procedure

1.    Upwind Reading (highest in 30 seconds):                    ____0____ ppm (1)

2.    Downwind Reading (highest in 30 seconds):                 ____0____ ppm (2)

            Calculate Background Value:

$$\frac{(1) + (2)}{2}$$

            Background = ____0.00____ ppm

PERFORMED BY:       Eric Hammerly              TIME: 12:47 PM

                                                        DATE:     12/17/2018

# ATTACHMENT B

# QUARTERLY SURFACE MONITORING LOG

APTIM-0005071

# QUARTERLY SURFACE MONITORING LOG

**PERFORMED BY:**        Eric Hammerly

**START TIME:**        12:05 PM

**DATE:**   11/19/2018

**LANDFILL NAME:**        Jefferson Parish Landfill

| Location of detected FID readings greater than 500 ppm methane above background measurements | Time of Detection | Methane Concentration (ppm) |
|---|---|---|
| 1: approx. 150' N of W518 (3' by 3') | 16:15 | 840 |
| 2: approx. 175' SW of W522 (2' by 3') | 16:23 | 995 |
| 3: approx. 200' NE of W522 (5' by 5') | 16:34 | 783 |
| | | |
| | | |

Weather Report

SKY: Mostly Cloudy

GROUND: Moist to Wet

TEMP: 58F

WIND: NE 6 mph

PRESSURE: 30.2

HUMIDITY: 96%

COMMENTS:

All three hits showing surface cracking

APTIM-0005072

# QUARTERLY SURFACE MONITORING LOG

**PERFORMED BY:**       Eric Hammerly

**START TIME:**         10:35 AM

**DATE:**   11/20/2018

**LANDFILL NAME:**          Jefferson Parish Landfill

| Location of detected FID readings greater than 500 ppm methane above background measurements | Time of Detection | Methane Concentration (ppm) |
|---|---|---|
| No Hits | | |
| | | |
| | | |
| . | | |
| | | |

Weather Report

SKY: Mostly Cloudy

GROUND: Damp to wet

TEMP: 52F

WIND: NE 12 mph

PRESSURE: 30.17

HUMIDITY: 95%


COMMENTS:

APTIM-0005073

# QUARTERLY SURFACE MONITORING LOG

**PERFORMED BY:**  Nelson Ambeau

**START TIME:**  3:45 PM

**DATE:**  11/28/2018

**LANDFILL NAME:**  Jefferson Parish Landfill

| Location of detected FID readings greater than 500 ppm methane above background measurements | Time of Detection | Methane Concentration (ppm) |
|---|---|---|
| 1: approx. 150' N of W518 (3' by 3') | 15:50 | 153 |
| 2: approx. 175' SW of W522 (2' by 3') | 15:55 | 385 |
| 3: approx. 200' NE of W522 (5' by 5') | 16:00 | 183 |
| | | |
| | | |

Weather Report

SKY: Partly Cloudy

GROUND: Dry

TEMP: 63F

WIND: N 11 mph

PRESSURE: 30.2

HUMIDITY: 63%

COMMENTS:

APTIM-0005074

# QUARTERLY SURFACE MONITORING LOG

**PERFORMED BY:**          Eric Hammerly

**START TIME:**          1:10 PM

**DATE:**   12/17/2018

**LANDFILL NAME:**          Jefferson Parish Landfill 30 Day

| Location of detected FID readings greater than 500 ppm methane above background measurements | Time of Detection | Methane Concentration (ppm) |
|---|---|---|
| 1: approx. 150' N of W518 (3' by 3') | 13:10 | 15.3 |
| 2: approx. 175' SW of W522 (2' by 3') | 13:13 | 203.5 |
| 3: approx. 200' NE of W522 (5' by 5') | 13:17 | 19.7 |
| . | | |
| | | |

Weather Report

SKY: Mostly Cloudy

GROUND: Moist to muddy

TEMP: 60F

WIND: W 8 mph

PRESSURE: 29.87

HUMIDITY: 96%

COMMENTS:

# ATTACHMENT C

# SITE MAP

APTIM-0005076



APTIM-0005077