EXHIBIT 37

**APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers**

| Issue/Exceedance Date | Gas Wells | Issues Cited | Pressure (in H20) | Phase Area |
|---|---|---|---|---|
| 5-Apr-18 | GW-510 | **Positive Pressure** | 2.7 | IVA |
| 5-Apr-18 | GW-500 | **Positive Pressure** | 3.3 | IVA |
| 5-Apr-18 | GW-501 | **Positive Pressure** | 10 | IVA |
| 5-Apr-18 | GW-501 | **Positive Pressure** | 10 | IVA |
| 5-Apr-18 | GW-511 | **Positive Pressure** | 1.5 | IVA |
| 5-Apr-18 | GW-511 | **Positive Pressure** | 1.5 | IVA |
| 5-Apr-18 | GW-512 | **Positive Pressure** | 4.6 | IVA |
| 5-Apr-18 | GW-512 | **Positive Pressure** | 4.6 | IVA |
| 11-Apr-18 | GW-370 | **Positive Pressure** | 4.8 | IIIA |
| 12-Apr-18 | GW-202 | **Positive Pressure** | 0.7 | II |
| 12-Apr-18 | GW-202 | **Positive Pressure** | 1.2 | II |
| 12-Apr-18 | GW-204 | **Positive Pressure** | 1.4 | II |
| 12-Apr-18 | GW-218 | **Positive Pressure** | 22.3 | II |
| 12-Apr-18 | GW-218 | **Positive Pressure** | 22.3 | II |
| 16-Apr-18 | GW-131 | **Pressure/ Oxygen Exceedance** | | I |
| 16-Apr-18 | GW-130 | **Positive Pressure** | 4.5 | I |
| 17-Apr-18 | GW-103 | **Pressure/ Oxygen Exceedance** | | I |
| 17-Apr-18 | GW-110 | **Oxygen Exceedance** | | I |
| 17-Apr-18 | GW-205 | **Oxygen Exceedance** | | II |

**APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers**

| Issue/Exceedance Date | Gas Wells | Issues Cited | Pressure (in H20) | Phase Area |
|---|---|---|---|---|
| 17-Apr-18 | GW-109 | **Positive Pressure** | 2.1 | I |
| 20-Apr-18 | GW-115 | **Pressure/ Oxygen Exceedance** | | I |
| 20-Apr-18 | GW-214 | **Positive Pressure** | 0.2 | II |
| 24-Apr-18 | GW-513 | **Positive Pressure** | 6.1 | IVA |
| 24-Apr-18 | GW-524 | **Positive Pressure** | 2.7 | IVA |
| 24-Apr-18 | GW-522 | **Positive Pressure** | 27.4 | IVA |
| 26-Apr-18 | GW-121 | **Pressure/ Oxygen Exceedance** | | I |
| 26-Apr-18 | GW-202 | **Positive Pressure** | 5.3 | II |
| 26-Apr-18 | GW-140 | **Positive Pressure** | 36.9 | I |
| 30-Apr-18 | GW-233 | **Positive Pressure** | 1.3 | II |
| 30-Apr-18 | GW-243 | **Positive Pressure** | 2.4 | II |
| 3-May-18 | GW-206 | **Positive Pressure** | 6.1 | II |
| 3-May-18 | GW-104 | **Positive Pressure** | 20.6 | I |
| 15-May-18 | GW-312 | **air leak on regulator** | | IIIA |
| 15-May-18 | GW-368 | **possible gas bubble in liner near well** | | IIIA |
| 15-May-18 | GW-390 | **air/fm risers not operational** | | IIIB |
| 15-May-18 | GW-500 | **Positive Pressure (+6.5 in H20)** | 6.5 | IVA |
| 15-May-18 | GW-501 | **Positive Pressure (+2.1 in H20)** | 2.1 | IVA |
| 15-May-18 | GW-502 | **gas meter pegged for H2S** | | IVA |

**APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers**

| Issue/Exceedance Date | Gas Wells | Issues Cited | Pressure (in H20) | Phase Area |
|---|---|---|---|---|
| 16-May-18 | GW-105 | **dead vegetation around well, 4:1 Ratio of N2 to O2, adjustment valve barely open, well is watered in; gas odors** | | I |
| 16-May-18 | GW-114 | **Well Abandoned** reason for decom, test gas before abandoning below grade | | I |
| 16-May-18 | GW-125 | **Well Abandoned** reason for decom, test gas before abandoning below grade | | I |
| 16-May-18 | GW-147 | **Well Abandoned** reason for decom, test gas before abandoning below grade | | I |
| 16-May-18 | GW-211 | **Well Abandoned** reason for decom, test gas before abandoning below grade | | II |
| 16-May-18 | GW-212 | **4:1 ratio of N2 to O2, adjustment valve barely open, well watered in; broken 6" clamp on well casing seal** | | II |
| 16-May-18 | GW-216 | **Well Abandoned** reason for decom, test gas before abandoning below grade | | II |
| 16-May-18 | GW-314 | **black oily substance in well**, pressures from near by air/fm stubs, air/fm isolation valved near well | | IIIA |
| 16-May-18 | GW-356 | **liner boot previuosly had lots of silicone to try and seal up the leak** | | IIIA |
| 16-May-18 | GW-357 | **can see air line in hole over top of cap; leachate pool around stubs** | | IIIA |
| 16-May-18 | GW-392 | **H2S scaling in vac riser** | | IIIB |

**APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers**

| Issue/Exceedance Date | Gas Wells | Issues Cited | Pressure (in H20) | Phase Area |
|---|---|---|---|---|
| 17-May-18 | GW-117 | **unsafe air and fm setup; need to replace all blue PEX and PVC parts on compressed pneumatic lines for safety rating** | | I |
| 17-May-18 | GW-118 | **Well Abandoned** reason for decom, test gas before abandoning below grade | | I |
| 17-May-18 | GW-122 | **Positive Pressure (+2.15 in H20)** adjustment valve fully closed- needs air/ fm and pump | 2.15 | I |
| 17-May-18 | GW-127 | **Well Abandoned** reason for decom, test gas before abandoning below grade | | I |
| 17-May-18 | GW-130 | **well acting watered in, 4:1 ratio of N2 to O2; heavy silt at bottom of well; busted fernco seals, no thread tape around fittings, temp probe sample port loose** | | I |
| 17-May-18 | GW-156 | **air/fm valves off, no counter regulator gauge is stuck; well is watered in; large volume of liquid in air line, 6" fernco clamp missing on well seal, air line disconnected from pump in casing.** | | I |
| 17-May-18 | GW-226 | **Well Abandoned** reason for decom, test gas before abandoning below grade | | II |
| 17-May-18 | GW-227 | **Well Abandoned** reason for decom, test gas before abandoning below grade | | II |
| 17-May-18 | GW-230 | **Well Abandoned** reason for decom, test gas before abandoning below grade | | II |
| 17-May-18 | GW-231 | **Positive Pressure (+5.4 in H20)** large hole around well casing | 5.4 | II |

**APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers**

| Issue/Exceedance Date | Gas Wells | Issues Cited | Pressure (in H20) | Phase Area |
|---|---|---|---|---|
| 17-May-18 | GW-236 | **wellhead broken at seal connection, duct taped; regulator diaphragm** | | II |
| 17-May-18 | GW-244 | **Well Abandoned**<br>reason for decom, test gas before abandoning below grade | | II |
| 17-May-18 | GW-322 | **liner boot, H2S scaling in risers** | | IIIA |
| 17-May-18 | GW-360 | **sloshing/surging in vac riser** | | IIIA |
| 17-May-18 | GW-402 | **H2S scaling in well casing** | | IIIB |
| 17-May-18 | GW-405 | **H2S scaling in well and vac riser** | | IIIB |
| 17-May-18 | GW-409 | **distressed vegetation around well, no liner boot** | | IIIB |
| 17-May-18 | GW-414 | **no pump found** | | IIIB |
| 17-May-18 | GW-500 | **Positive Pressure (+9.1 in H20)** | 9.1 | IVA |
| 17-May-18 | GW-501 | **Positive Pressure (+3.5 in H20)** | 3.5 | IVA |
| 17-May-18 | GW-502 | **Positive Pressure (+9.7in H20)** | 9.7 | IVA |
| 17-May-18 | GW-516 | **surging pressures; maxxed gas meter for H2S, 19ppm Comb/Ex** | | IVA |
| 17-May-18 | GW-518 | **surging pressures** | | IVA |
| 17-May-18 | GW-519 | **surging pressures** | | IVA |
| 17-May-18 | GW-524 | **Positive Pressure (+3.7in H20)** | 3.7 | IVA |
| 18-May-18 | GW-524 | **Positive Pressure** | 0.9 | IVA |
| 18-May-18 | GW-502 | **Positive Pressure** | 9.9 | IVA |

| **APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers** | | | | |
|---|---|---|---|---|
| **Issue/Exceedance Date** | **Gas Wells** | **Issues Cited** | **Pressure (in H20)** | **Phase Area** |
| 22-May-18 | GW-242 | **Positive Pressure** | 1.7 | II |
| 22-May-18 | GW-231 | **Positive Pressure** | 0.5 | II |
| 24-May-18 | GW-109 | **Positive Pressure** | 3.1 | I |
| 24-May-18 | GW-109 | **Pressure/ Oxygen Exceedance** | | I |
| 24-May-18 | GW-109 | **Positive Pressure** | 3.1 | I |
| 30-May-18 | GW-148 | **Oxygen Exceedance** | | I |
| 30-May-18 | GW-153 | **Oxygen Exceedance** | | I |
| 30-May-18 | GW-384 | **Positive Pressure** | 1.7 | IIIB |
| 30-May-18 | GW-384 | **Positive Pressure** | 1.7 | IIIB |
| 31-May-18 | GW-143 | **Positive Pressure** | 15.3 | I |
| 31-May-18 | GW-206 | **Positive Pressure** | 0.1 | II |
| 4-Jun-18 | GW-322 | **Positive Pressure** | 0.8 | IIIA |
| 5-Jun-18 | GW-229 | **Positive Pressure** | 0.1 | II |
| 13-Jun-18 | GW-500 | **Positive Pressure** | 4.4 | IVA |
| 15-Jun-18 | GW-396 | **Positive Pressure** | 2.6 | IIIB |
| 21-Jun-18 | GW-518 | **Positive Pressure** | 2.3 | IVA |
| 21-Jun-18 | GW-518 | **Positive Pressure** | 2.6 | IVA |
| 21-Jun-18 | GW-507 | **Positive Pressure** | 5.2 | IVA |
| 21-Jun-18 | GW-507 | **Positive Pressure** | 4.9 | IVA |

**APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers**

| Issue/Exceedance Date | Gas Wells | Issues Cited | Pressure (in H20) | Phase Area |
|---|---|---|---|---|
| 21-Jun-18 | GW-517 | **Positive Pressure** | 2.7 | IVA |
| 21-Jun-18 | GW-517 | **Positive Pressure** | 2.4 | IVA |
| 22-Jun-18 | GW-224 | **Pressure/ Oxygen Exceedance** | | II |
| 22-Jun-18 | GW-116 | **Positive Pressure** | 14.4 | I |
| 22-Jun-18 | GW-144 | **Positive Pressure** | 0.5 | I |
| 22-Jun-18 | GW-144 | **Positive Pressure** | 0.5 | I |
| 22-Jun-18 | GW-507 | **Positive Pressure** | 13.2 | IVA |
| 22-Jun-18 | GW-507 | **Positive Pressure** | 12.7 | IVA |
| 22-Jun-18 | GW-122 | **Positive Pressure** | 0.7 | I |
| 22-Jun-18 | GW-128 | **Positive Pressure** | 0.1 | I |
| 22-Jun-18 | GW-146 | **Positive Pressure** | 0.2 | I |
| 22-Jun-18 | GW-201 | **Positive Pressure** | 0.1 | II |
| 27-Jun-18 | GW-507 | **Positive Pressure** | 15.6 | IVA |
| 27-Jun-18 | GW-507 | **Positive Pressure** | 15.4 | IVA |
| 27-Jun-18 | GW-516 | **Positive Pressure** | 13.6 | IVA |
| 27-Jun-18 | GW-516 | **Positive Pressure** | 13.7 | IVA |
| 27-Jun-18 | GW-500 | **Positive Pressure** | 5.4 | IVA |
| 3-Jul-18 | GW-229 | **Positive Pressure** | 3.1 | II |
| 3-Jul-18 | GW-229 | **Positive Pressure** | 1.3 | II |

**APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers**

| Issue/Exceedance Date | Gas Wells | Issues Cited | Pressure (in H20) | Phase Area |
|---|---|---|---|---|
| 5-Jul-18 | GW-201 | **Positive Pressure** | 0.1 | II |
| 5-Jul-18 | GW-201 | **Positive Pressure** | 0.2 | II |
| 5-Jul-18 | GW-215 | **Positive Pressure** | 0.9 | II |
| 6-Jul-18 | GW-234 | **Positive Pressure** | 3.6 | II |
| 6-Jul-18 | GW-234 | **Positive Pressure** | 3.3 | II |
| 12-Jul-18 | GW-507 | **Positive Pressure** | 16.9 | IVA |
| 12-Jul-18 | GW-507 | **Positive Pressure** | 17.3 | IVA |
| 12-Jul-18 | GW-516 | **Positive Pressure** | 14.5 | IVA |
| 12-Jul-18 | GW-516 | **Positive Pressure** | 14.5 | IVA |
| 18-Jul-18 | GW-507 | **Positive Pressure** | 18.4 | IVA |
| 18-Jul-18 | GW-507 | **Positive Pressure** | 18.5 | IVA |
| 20-Jul-18 | GW-102 | **Oxygen Exceedance** | | I |
| 20-Jul-18 | GW-137 | **Oxygen Exceedance** | | I |
| 20-Jul-18 | GW-138 | **Oxygen Exceedance** | | I |
| 20-Jul-18 | GW-235 | **Oxygen Exceedance** | | II |
| 20-Jul-18 | GW-406 | **Positive Pressure** | 2.6 | IIIB |
| 20-Jul-18 | GW-224 | **Positive Pressure** | 0.3 | II |
| 20-Jul-18 | GW-201 | **Positive Pressure** | 0.4 | II |
| 20-Jul-18 | GW-145 | **Positive Pressure** | 0.4 | I |

| **APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers** | | | | |
|---|---|---|---|---|
| **Issue/Exceedance Date** | **Gas Wells** | **Issues Cited** | **Pressure (in H20)** | **Phase Area** |
| 20-Jul-18 | GW-131 | **Positive Pressure** | 0.1 | I |
| 20-Jul-18 | GW-103 | **Positive Pressure** | 0.1 | I |
| 24-Jul-18 | GW-328 | **Positive Pressure** | 0.2 | IIIA |
| 24-Jul-18 | GW-327 | **Positive Pressure** | 0.2 | IIIA |
| 24-Jul-18 | GW-327 | **Positive Pressure** | 0.2 | IIIA |
| 24-Jul-18 | GW-334 | **Positive Pressure** | 0.3 | IIIA |
| 24-Jul-18 | GW-334 | **Positive Pressure** | 0.2 | IIIA |
| 25-Jul-18 | GW-348 | **Oxygen Exceedance** | | IIIA |
| 25-Jul-18 | GW-501 | **Positive Pressure** | 11.6 | IVA |
| 25-Jul-18 | GW-502 | **Positive Pressure** | 3.9 | IVA |
| 25-Jul-18 | GW-519 | **Positive Pressure** | 3.6 | IVA |
| 25-Jul-18 | GW-519 | **Positive Pressure** | 3.5 | IVA |
| 25-Jul-18 | GW-518 | **Positive Pressure** | 3.5 | IVA |
| 25-Jul-18 | GW-518 | **Positive Pressure** | 3.1 | IVA |
| 25-Jul-18 | GW-517 | **Positive Pressure** | 3.6 | IVA |
| 25-Jul-18 | GW-517 | **Positive Pressure** | 3.5 | IVA |
| 25-Jul-18 | GW-335 | **Positive Pressure** | 1.1 | IIIA |
| 25-Jul-18 | GW-359 | **Positive Pressure** | 0.5 | IIIA |
| 25-Jul-18 | GW-309 | **Positive Pressure** | 0.9 | IIIA |

**APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers**

| Issue/Exceedance Date | Gas Wells | Issues Cited | Pressure (in H20) | Phase Area |
|---|---|---|---|---|
| 26-Jul-18 | GW-209 | **Oxygen Exceedance** | | II |
| 26-Jul-18 | GW-209 | **Pressure/ Oxygen Exceedance** | | II |
| 26-Jul-18 | GW-214 | **Oxygen Exceedance** | | II |
| 26-Jul-18 | GW-236 | **Oxygen Exceedance** | | II |
| 26-Jul-18 | GW-320 | **Positive Pressure** | 0.3 | IIIA |
| 26-Jul-18 | GW-319 | **Positive Pressure** | 0.4 | IIIA |
| 27-Jul-18 | GW-119 | **Oxygen Exceedance** | | I |
| 27-Jul-18 | GW-122 | **Oxygen Exceedance** | | I |
| 27-Jul-18 | GW-516 | **Positive Pressure** | 17.3 | IVA |
| 1-Aug-18 | GW-507 | **Positive Pressure** | 12.8 | IVA |
| 8-Aug-18 | GW-519 | **Positive Pressure** | 5.6 | IVA |
| 8-Aug-18 | GW-516 | **Positive Pressure** | 5.9 | IVA |
| 8-Aug-18 | GW-518 | **Positive Pressure** | 5.4 | IVA |
| 8-Aug-18 | GW-517 | **Positive Pressure** | 5.8 | IVA |
| 10-Aug-18 | GW-221 | **Positive Pressure** | 1.3 | II |
| 14-Aug-18 | GW-206 | **Oxygen Exceedance** | | II |
| 14-Aug-18 | GW-228 | **Pressure Exceedance** | | II |
| 14-Aug-18 | GW-228 | **Pressure/ Oxygen Exceedance** | | II |
| 14-Aug-18 | GW-243 | **Positive Pressure** | 0.4 | II |

| **APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers** | | | | |
|---|---|---|---|---|
| **Issue/Exceedance Date** | **Gas Wells** | **Issues Cited** | **Pressure (in H20)** | **Phase Area** |
| 14-Aug-18 | GW-228 | **Positive Pressure** | 0.4 | II |
| 14-Aug-18 | GW-228 | **Positive Pressure** | 0.6 | II |
| 15-Aug-18 | GW-221 | **Oxygen Exceedance** | | II |
| 15-Aug-18 | GW-420 | **Oxygen Exceedance** | | IIIB |
| 15-Aug-18 | GW-225 | **Positive Pressure** | 0.2 | II |
| 15-Aug-18 | GW-225 | **Positive Pressure** | 0.3 | II |
| 15-Aug-18 | GW-229 | **Positive Pressure** | 0.2 | II |
| 15-Aug-18 | GW-229 | **Positive Pressure** | 0.3 | II |
| 15-Aug-18 | GW-229 | **Positive Pressure** | 0.3 | II |
| 16-Aug-18 | GW-507 | **Positive Pressure** | 11 | IVA |
| 16-Aug-18 | GW-507 | **Positive Pressure** | 10.9 | IVA |
| 17-Aug-18 | GW-234 | **Positive Pressure** | 0.3 | II |
| 17-Aug-18 | GW-224 | **Positive Pressure** | 3.1 | II |
| 17-Aug-18 | GW-224 | **Positive Pressure** | 0.4 | II |
| 23-Aug-18 | GW-231 | **Positive Pressure** | 0.9 | II |
| 23-Aug-18 | GW-231 | **Positive Pressure** | 0.9 | II |
| 24-Aug-18 | GW-144 | **Oxygen Exceedance** | | I |
| 28-Aug-18 | GW-224 | **Positive Pressure** | 1.7 | II |
| 28-Aug-18 | GW-224 | **Positive Pressure** | 0.42 | II |

| **APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers** | | | | |
|---|---|---|---|---|
| **Issue/Exceedance Date** | **Gas Wells** | **Issues Cited** | **Pressure (in H20)** | **Phase Area** |
| 28-Aug-18 | GW-225 | **Positive Pressure** | 0.07 | II |
| 28-Aug-18 | GW-229 | **Positive Pressure** | 0.1 | II |
| 28-Aug-18 | GW-229 | **Positive Pressure** | 0.02 | II |
| 28-Aug-18 | GW-228 | **Positive Pressure** | 0.05 | II |
| 5-Sep-18 | GW-416 | **Oxygen Exceedance** | | IIIB |
| 5-Sep-18 | GW-422 | **Oxygen Exceedance** | | IIIB |
| 10-Sep-18 | GW-201 | **Oxygen Exceedance** | | II |
| 10-Sep-18 | GW-384 | **Oxygen Exceedance** | | IIIB |
| 13-Sep-18 | GW-116 | **Oxygen Exceedance** | | I |
| 13-Sep-18 | GW-128 | **Oxygen Exceedance** | | I |
| 13-Sep-18 | GW-143 | **Oxygen Exceedance** | | I |
| 13-Sep-18 | GW-218 | **Oxygen Exceedance** | | II |
| 13-Sep-18 | GW-356 | **Oxygen Exceedance** | | IIIA |
| 13-Sep-18 | GW-357 | **Oxygen Exceedance** | | IIIA |
| 13-Sep-18 | GW-370 | **Oxygen Exceedance** | | IIIA |
| 14-Sep-18 | GW-145 | **Oxygen Exceedance** | | I |
| 22-May-19 | GW-380R | **Surface Emissions Monitoring (SEM) Exceedance** | 6.5 | IIIB |
| 22-May-19 | GW-386 | **Surface Emissions Monitoring (SEM) Exceedance** | | IIIB |
| 22-May-19 | GW-389R | **Surface Emissions Monitoring (SEM) Exceedance** | | IIIB |

| **APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers** | | | | |
|---|---|---|---|---|
| **Issue/Exceedance Date** | **Gas Wells** | **Issues Cited** | **Pressure (in H20)** | **Phase Area** |
| 22-May-19 | GW-500 | **Surface Emissions Monitoring (SEM) Exceedance** | | IVA |
| 22-May-19 | GW-508 | **Surface Emissions Monitoring (SEM) Exceedance** | | IVA |
| 22-May-19 | GW-515 | **Surface Emissions Monitoring (SEM) Exceedance** | | IVA |
| 22-May-19 | GW-521 | **Surface Emissions Monitoring (SEM) Exceedance** | | IVA |
| 22-May-19 | GW-523R | **Surface Emissions Monitoring (SEM) Exceedance** | | IVA |
| 24-May-19 | GW-502 | **Positive Pressure** | 2.27 | IVA |
| 24-May-19 | GW-506 | **Positive Pressure** | 2.06 | IVA |
| 24-May-19 | GW-507 | **Positive Pressure** | 2.98 | IVA |
| 24-May-19 | GW-508 | **Positive Pressure** | 3.39 | IVA |
| 24-May-19 | GW-514 | **Positive Pressure** | 1.6 | IVA |
| 24-May-19 | GW-515 | **Positive Pressure** | 2.45 | IVA |
| 24-May-19 | GW-516 | **Positive Pressure** | 4 | IVA |
| 24-May-19 | GW-517 | **Positive Pressure** | 2.74 | IVA |
| 24-May-19 | GW-518 | **Positive Pressure** | 2.08 | IVA |
| 24-May-19 | GW-519 | **Positive Pressure** | 2.24 | IVA |
| 24-May-19 | GW-522R | **Positive Pressure** | 1.48 | IVA |
| 24-May-19 | GW-524 | **Positive Pressure** | 1.77 | IVA |
| 30-May-19 | GW-380R | **Positive Pressure** | 2.09 | IIIB |
| 30-May-19 | GW-383 | **Positive Pressure** | 4.13 | IIIB |

| **APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers** | | | | |
|---|---|---|---|---|
| **Issue/Exceedance Date** | **Gas Wells** | **Issues Cited** | **Pressure (in H20)** | **Phase Area** |
| 30-May-19 | GW-386 | **Positive Pressure** | 7.03 | IIIB |
| 31-May-19 | GW-384 | **Positive Pressure** | 0.26 | IIIB |
| 6-Sep-19 | GW-521 | **100 ppm reading on monitor; gas is blowing out of the riser** | | IVA |
| 11-Sep-19 | GW-507 | **Positive Pressure** | 1.25 | IVA |
| 1-Oct-19 | GW-304 | **Positive Pressure** | 0.72 | IIIA |
| 1-Oct-19 | GW-305 | **Positive Pressure** | 0.55 | IIIA |
| 1-Oct-19 | GW-312 | **Positive Pressure** | 0.93 | IIIA |
| 1-Oct-19 | GW-314 | **Positive Pressure** | 1.06 | IIIA |
| 1-Oct-19 | GW-316 | **Positive Pressure** | 0.64 | IIIA |
| 1-Oct-19 | GW-317 | **Positive Pressure** | 1.57 | IIIA |
| 1-Oct-19 | GW-318 | **Positive Pressure** | 1.18 | IIIA |
| 1-Oct-19 | GW-321 | **Positive Pressure** | 0.86 | IIIA |
| 1-Oct-19 | GW-323 | **Positive Pressure** | 0.78 | IIIA |
| 1-Oct-19 | GW-324 | **Positive Pressure** | 1.24 | IIIA |
| 1-Oct-19 | GW-325 | **Positive Pressure** | 0.94 | IIIA |
| 1-Oct-19 | GW-327 | **Positive Pressure** | 0.24 | IIIA |
| 1-Oct-19 | GW-329 | **Positive Pressure** | 0.61 | IIIA |
| 1-Oct-19 | GW-310 | **Positive Pressure** | 2.86 | IIIA |
| 2-Oct-19 | GW-333 | **Positive Pressure** | 0.89 | IIIA |

**APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers**

| Issue/Exceedance Date | Gas Wells | Issues Cited | Pressure (in H20) | Phase Area |
|---|---|---|---|---|
| 2-Oct-19 | GW-343 | **Positive Pressure** | 0.5 | IIIA |
| 2-Oct-19 | GW-347 | **Positive Pressure** | 0.31 | IIIA |
| 2-Oct-19 | GW-350 | **Positive Pressure** | 0.11 | IIIA |
| 2-Oct-19 | GW-517 | **Positive Pressure** | 2.25 | IVA |
| 4-Oct-19 | GW-417 | **Positive Pressure** | 0.04 | IIIB |
| 7-Oct-19 | GW-515 | **Positive Pressure** | 1.6 | IVA |
| 5-Nov-19 | GW-380R | **Positive Pressure** | | IIIB |
| 5-Nov-19 | GW-389R | **Positive Pressure** | 6.5 | IIIB |
| 6-Nov-19 | GW-220 | **Positive Pressure** | 5.97 | II |
| 6-Nov-19 | GW-221 | **Positive Pressure** | 6.3 | II |
| 6-Nov-19 | GW-506 | **Positive Pressure** | 4.99 | IVA |
| 6-Nov-19 | GW-507 | **Positive Pressure** | 6.5 | IVA |
| 8-Nov-19 | GW-519 | **Top of gas well- wide open. Smell of landfill gas in the area very strong** | | IVA |

**APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers**

| Issue/Exceedance Date | Device ID | Issues Cited | Phase Area |
|---|---|---|---|
| 15-May-18 | LC-TS | **breaker off, leak on riser, discharge valve mostly closed** | II |
| 15-May-18 | LC-RS | **underload, reset, pumped, gauge broken** | II |
| 15-May-18 | LC-QN | **under load, reset, did NOT pump, signs of spark inside panel, gas odor, possibly in conduit** | II |
| 15-May-18 | LC-PS | **voltage overload flashing, reset, pumped; out of calibration** | II |
| 15-May-18 | LC-NN | **breaker on, under load, pumped; no pressure gauge** | II |
| 15-May-18 | LC-8S | **side riser not sealed off** | IIIA |
| 15-May-18 | LC-6S | **under load, reset, pumped, gauge stuck at 60 psi** | IIIA |
| 15-May-18 | LC-1S | **no connection, no power, pneumatic controller not operational** | IIIA |
| 15-May-18 | LC-1N | **underload, reset, pumped, no pressure on gauge (possibly broken)** | IIIA |
| 15-May-18 | LC-15S | **breaker on, no power to coyote, large leak out of EF collar on side riser** | IIIB |
| 15-May-18 | CS-9 | **possible drainage issue to drip leg** | II |
| 15-May-18 | CS-7 | **possible drainage issues to drip leg** | IIIA |
| 15-May-18 | CS-6 | **liquids being held up in existing 10" header** | IIIB |
| 15-May-18 | CS-14 | **surging due to high flows and liquids held in existing 10" header back to CS-6** | IVA |
| 15-May-18 | CS-11 | **possible drainage issue to drip leg, forcemain riser leaking** | II |
| 15-May-18 | CS-1 | **no pump installed, lid open to atmosphere** | Main Plant Area |
| 16-May-18 | CS-8 | **vac surging, can hear liquid sloshing in sump; air valve rusted/broken regulator gauge broken/busted** | II |

**APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers**

| Issue/Exceedance Date | Device ID | Issues Cited | Phase Area |
|---|---|---|---|
| 23-Jun-18 | LC-22S | **"The end was sealed but the discharge pope penetration on the side of the casing wasn't sealed. Transducer reading -139, which I think is a code for faulty transducer".** | IVA |
| 23-Jun-18 | LC-21S | **Transducer reading 286- and th e high level alarm lit up, but the pump wasn't running, The end plug was installed but not sealing due to electrical wires running out.** | IVA |
| 23-Jun-18 | LC-20S | **The plug at the end of the pipe was on the ground. It doesn't fit because the electrical leads run out of the end, instead of through air-tight fittings on the side. The riser was venting a lot of gas with strong odor. It registered 50+ppm on the meter (max reading).** | IVA |
| 31-Aug-18 | LC-20S | **The 2" leachate line is leaking. The leak is coming from where the line enters the side of the leachate riser.** | IVA |
| 22-Oct-18 | LC-20N | **Landfill gas leak where the force main penetrates the 16" casing MultiRae Readings: O2= 1.0 ppm; LEL= 99%, H2S= 41ppm** | IVA |
| 22-Oct-18 | LC-14N | **Landfill gas leak where the force main penetrates the 16" casing MultiRae Readings: O2= 6.6 ppm; SO2= 14ppm; LEL= 99%, H2S= 15.9ppm** | IIIB |
| 22-Oct-18 | LC-11N | **Leachate riser 11N had the compression plug on the 16" casing open. There was no landfill gas odor detected at the time of the inspection.** | IIIA |
| 29-Oct-18 | LC-20N | **Leachate riser 20N has landfill gas emissions at leachate force main penetration into 16" leachate riser csing, 16" leachate riser casing end cap, and the cleanout pipe.<br>MultiRae Readings: LEL=99%, H2S=6.0ppm, and O2=20.9%** | IVA |
| 29-Oct-18 | LC-14N | **Leachate riser 14N had landfill gas emissions at leachate force main penetration into 16"leachate riser casing<br>MultiRae were LEL=99%, H2S=0.8ppm, and O2=20.9%** | IIIB |

**APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers**

| Issue/Exceedance Date | Device ID | Issues Cited | Phase Area |
|---|---|---|---|
| 29-Oct-18 | LC-11N | **Leachate riser 11N had landfill gas emissions at leachate force main penetration into 16" leachate riser casing** | IIIA |
| 30-Oct-18 | Manhole #3 | **Landfill gas was being emitted from the lid on Manhole #3 which was not closed properly**<br>**Jerome Meter Reading for H2S=44ppm** | |
| 26-Nov-18 | LC-21N | **Landfill riser 21N had landfill gas emissions at leachate force main penetration in 16" leachate riser casing and the flange on the 16" leachate riser casing; Landfill gas being released from the flange was hissing loudly. MultiRAE readings : O2=12.4ppm, LEL=99%, and H2S=20.1ppm, VOC= 1.0ppm, CO=0.0 ppm** | IVA |
| 26-Nov-18 | LC-20N | **Landfill gas emissions at leachate force main penetration into the 16" leachate riser casing, and the cleanout pipe**<br>**MultiRae Readings: O2= 10.6ppm; LEL= 99%, H2S= 13.1ppm, VOC = 1.0ppm, CO=0.0ppm** | IVA |
| 6-Feb-19 | LC-UN | **Non-operating- Pump burnt, to be replaced** | II |
| 6-Feb-19 | LC-TN | **Non-operating- Pump burnt, to be replaced** | II |
| 6-Feb-19 | LC-RN | **Non-operating- Pump burnt, to be replaced** | II |
| 6-Feb-19 | LC-MN | **Non-operating- Pump burnt, to be replaced** | II |
| 6-Feb-19 | LC-6N | **Non-operating- Pump burnt, to be replaced** | IIIA |
| 6-Feb-19 | LC-2S | **Non-operating- Pump burnt, to be replaced** | IIIA |
| 6-Feb-19 | LC-2N | **Non-operating- Pump burnt, to be replaced** | IIIA |
| 6-Feb-19 | LC-1N | **Non-operating- Pump burnt, to be replaced** | IIIA |
| 6-Feb-19 | LC-17 | **Non-operating- Pump burnt, to be replaced** | I |

**APPENDIX C: Timeline of Operational Issues Associated with LFG Extraction Wells and Leachate Risers**

| Issue/Exceedance Date | Device ID | Issues Cited | Phase Area |
|---|---|---|---|
| 6-Feb-19 | LC-11S | **Non-operating- Pump burnt, to be replaced** | IIIA |
| 6-Feb-19 | LC-11N | **Non-operating- Pump burnt, to be replaced** | IIIA |
| 6-Feb-19 | LC-11 | **Non-operating- Pump burnt, to be replaced** | I |
| 22-May-19 | LC-21S | **Surface Emissions Monitoring (SEM) Exceedance** | IVA |
| 22-May-19 | LC-21N | **Surface Emissions Monitoring (SEM) Exceedance** | IVA |
| 22-May-19 | LC-20N | **Surface Emissions Monitoring (SEM) Exceedance** | IVA |
| 30-May-19 | LC-17S | **Positive Pressure** | IIIB |
| 20-Aug-19 | LC-17S | **Positive Pressure** | IIIB |
| 4-Nov-19 | LC-9N | **H2S detected** | IIIA |
| 4-Nov-19 | LC-22S | **H2S detected** | IVA |
| 4-Nov-19 | LC-17S | **H2S detected** | IIIB |
| 4-Nov-19 | LC-12 | **H2S detected** | I |
| 4-Nov-19 | LC-11 | **H2S detected** | I |
| 4-Nov-19 | CS-8-2 | **H2S detected** | II |
| 4-Nov-19 | CS-3-3A | **H2S detected** | IIIA |
| 4-Nov-19 | CS-2-3A | **H2S detected** | IIIA |
| 4-Nov-19 | CS-11-2 | **H2S detected** | II |
| 4-Nov-19 | CS-1-3A | **H2S detected** | IIIA |