```
 1   UNITED STATES DISTRICT COURT
                                                    EXHIBIT
 2   EASTERN DISTRICT OF LOUISIANA
                                                       38
 3   CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218,

 4   18-9312

 5   ----------------------------------------X

 6   ELIAS JORGE "GEORGE"
     ICTECH-BENDECK,
 7
                    Plaintiff,
 8              VERSUS
     WASTE CONNECTIONS BAYOU,
 9   INC., ET AL.,
                    Defendants.
10   Related Case:

11   FREDERICK ADDISON, ET AL.,
                    Plaintiffs
12   VERSUS
     LOUISIANA REGIONAL LANDFILL
13   COMPANY, ET AL.,
                    Defendants.
14
     -------------------------------------------X
15   C O N T ' D  V I D E O T A P E D  D E P O S I T I O N, of

16   NESTOR SOLER, the stenographic notes of the proceedings

17   in the above-entitled matter, as taken by and before,

18   TRACY COOK, a Certified Court Reporter, Registered

19   Professional Reporter and Notary Public of the State of

20   New Jersey, held at the HYATT REGENCY, 102 Carnegie

21   Center Drive Princeton, New Jersey 08540 on Tuesday,

22   June 29, 2021, commencing at approximately 9:11 in the

23   morning.

24                       Volume II

25
```



```
 1   and reliable?
 2       A.   Because they have drawn the circles to see if
 3   they were no leachate which was a proportion of the --
 4   it was based on the well depth.  So a well that is
 5   deeper will have a -- a hire radius of influence than
 6   when evaluating the reduction of that zone of capture
 7   because of liquids.  They -- they -- they -- the length
 8   of the -- of gas well became shorter than it would have
 9   been if everything had been dry or not saturated.
10       Q.   I'm going to go back to Carlson's Exhibit 12B
11   which I'm showing you now; do you see that?
12       A.   It's coming.  Yes, I see that.
13       Q.   Do you see note three in that box?
14       A.   Yes.
15       Q.   I'm sorry.  Note two is the note I meant to go
16   to.  Do you see note two?
17       A.   Yes.
18       Q.   So note two from Carlson's Exhibit 12B in the box
19   in the upper left-hand corner says the ROI shown is two
20   times the liquid height measured in each well which
21   represents the amount of perforated pipe blocked.
22       A.   That is a statement that is incorrect.  It was a
23   typo perhaps that I explain in my rebuttal report
24   because the radius of influence is somehow proportionate
25   to the length of the well to the, you know, to the depth
```



1  of the well.  The reduction of -- of, um, of the -- the
2  zone of capture is because primarily because of water,
3  the depth of the wall is shortened so they had estimated
4  that, twice the depth of the well was the radius of
5  influence.
6      Q.  Did you verify that yourself?
7      A.  Yes.  I measure that and it was true.  It was
8  accurate.
9      Q.  I'm sorry.  That process that you just mentioned,
10 that was separate from the calculation of the square
11 footage?
12     A.  That was with -- with it, you know, but I did it
13 by hand myself also.
14     Q.  So do we have those calculations that you
15 performed?
16     A.  No because they are like this.
17     Q.  Like this meaning?
18     A.  You know.
19     Q.  Written by hand on a notepad?
20     A.  Written by hand on a note that I -- then I
21 considered this accurate.
22     Q.  Did you keep a copy of that calculation?
23     A.  No.
24     Q.  Is there a reason you didn't keep it?
25     A.  No.  Because I would -- I was just verifying



```
 1   something that it was in a drawing.  I was just using
 2   the rule they are and then putting into the calculator
 3   the numbers I realizing this is fine.  Then I would go
 4   to another one.  This is fine.  This is fine and then I
 5   didn't need to document, have that verification because
 6   it's -- it was something that I did it by.
 7        Q.  When you say you used a ruler, you mean you
 8   measured the size of the circles on Carlson's figure
 9   having the radius?
10        A.  The radial distance.
11        Q.  Did you look at liquid depths that had been
12   measured in those wells?
13        A.  Yes.  That have been fully documented that we did
14   that.
15        Q.  Did you use those liquid depths in calculating
16   the square footage of these zones of capture?
17        A.  No, I mean, they did it because, as I said, if
18   it -- the purpose of all this analysis was what would
19   have been the radius of influence in the coverage of the
20   zone of capture if I didn't have any liquid and then 12B
21   says what would be the radius of influence in the
22   presence of water in inhibiting -- inhibiting the
23   instruction of gas because it blocks the perforated
24   pipe, and that that is similar to reducing the lengths
25   of the pipe.
```



1    Q.  Well, if I could interrupt you there.  Are you
2    still looking at the note on Carlson's Exhibit 12B?
3    A.  Yes.  I'm going to explain that that note has a
4    typo which is, it should be twice the liquid depth
5    measure in each well which represents the amount of
6    perforated pipe that is not blocked.
7    Q.  That's a pretty big typographical error in the
8    exhibit, isn't it?
9    A.  Yes.  And because I took a lot of time in
10   reviewing that and, you know, calculating the actual
11   depth of the leachate and convert it into the circles
12   and I realize that that -- that was the case and -- and
13   if, for example, in a well that had in that drawing very
14   small, very small sum of capture, if that was true, then
15   it shouldn't be small because the liquid height was --
16   was larger than anyone that was in -- was in -- that
17   wasn't saturated.
18   Q.  I'm sorry.  I didn't understand that but before
19   you try to explain that again.  I'm not clear in how you
20   mentioned that you verified the square footages that
21   calculated by hand and you didn't -- you didn't preserve
22   those calculations, right?
23            MR. ROWE:  Objection to form.
24   A.  They were not calculations, they was just
25   measuring and punching it in the calculator the numbers



```
 1   that I had.
 2       Q.  Well, that's a calculation, right?
 3       A.  Yeah, but I didn't write it.  I didn't document
 4   it.
 5       Q.  So that verification was based on the size of the
 6   circle that you had copied from Carlson's drawing,
 7   correct?
 8       A.  Yes.  Correct.  So, for example, if I saw a small
 9   circle, very small circle, right?  And did the note
10   number two was true.  The liquid level at that
11   particular well would have been for -- that is very
12   small circle would have been very reduced.
13       Q.  The zone of capture would have been reduced?
14       A.  I mean, the liquid level would have been high.
15   Very high.  I'm sorry.  Because, um, because according
16   to what they are saying is twice the liquid height
17   measure in the well.  So if I look at the small circle,
18   very small circle, the leachate high would have been
19   very small.  But did you look at actual leachate depth
20   measurements for those wells while you were verifying?
21       A.  Yes.
22       Q.  Sorry.  While you were verifying the size of
23   Carlson's circles?
24       A.  Yes.  And I did it for a lot of wells.  And we do
25   have, um, tables where -- where we have the -- the data
```



1  by Carlson and then we verify that.  The circles were
2  not based on twice the radius of influence of this,
3  circles were not based on twice the liquid height.  If
4  that was true, says let's assume that the liquid height
5  was the maximum.  That all the wells would have been
6  saturated with leachate.  Then the radius of influence
7  would have been larger.  Huge circle.  That wasn't
8  happening here and that's not true.
9     Q.  Actually, when you were doing that calculation by
10 hand, did you actually use the measured liquid depths in
11 your calculations on the desktop?
12    A.  Yes, I was definitely seeing that the circles
13 that were small was because the leachate height was --
14 was, um, was larger than many others.  If the leachate
15 height, if they are saying it was true, wells with
16 saturation with, you know, all the well screen and well
17 saturated would have a humongous sum of capture, that is
18 not true.  It's simply because it cannot collect
19 anything so it is --
20    Q.  I'm sorry.  I keep asking a question and I don't
21 feel like you're answering it.  When you looked at those
22 liquid depth measurements, you just looked at them
23 qualitatively to confirm that square footage estimate
24 was approximately correct; is that right?
25    A.  It wasn't qualitatively, it was quantitatively.



```
 1   It was, you know, it was by calculator.
 2       Q.  So can you describe that equation to me?
 3       A.  The radius of influence, times the radius of
 4   influence times Pi would give me -- will give me the
 5   area of the circle.
 6       Q.  And the radius of influence equals what in that
 7   calculation?
 8       A.  Equals the portion that was not saturated.
 9       Q.  Which let me --
10       A.  Twice.  Twice the length of the pipe that was not
11   blocked by liquids.
12       Q.  And that length of pipe figure, is that the
13   perforated portion of the pipe?
14       A.  No, the entire pipe.
15       Q.  The pipe from the liquid level up to the surface
16   of the landfill?
17       A.  Yes.
18       Q.  Discounting the top of the casing?
19       A.  No.  Discounting the top.  Discounting the stick
20   height.
21       Q.  Yes, the stick.  The length of casing protruding
22   from the top of the landfill?
23       A.  Uh-huh.
24       Q.  So the lengths that you used to calculate the
25   radius.  The length of unblocked pipe that you used to
```



1  calculate the radius was the length from the grade
2  surface at the landfill down to the liquid depth?
3      A.  Yes, sir.
4      Q.  And you plugged that number into your Pi R
5  squared formula and used that to verify the square
6  footages of Carlson's?
7      A.  First --
8      Q.  Circles?
9      A.  First, what I did was realizing that that note
10 was wrong.  That was not what they did.  Um, I looked
11 at -- at points where the sum of the zone of capture was
12 minimum and I -- I looked at the -- at the -- at the
13 leachate levels of that.  Of that.  Of that particular
14 gas well.  By doing so, I realized that -- that the
15 drawing of those circles was based on twice the -- was
16 based on twice -- based on twice the -- the length of
17 the pipe that was not saturated.  Meaning, that if I
18 wanted to collect twice the liquid depth, measuring each
19 well, not the height.  Sorry for interrupting.  If -- if
20 the leachate height was considered wells with all
21 saturation will have twice the height as a radius of
22 influence which cannot happen.
23     Q.  When did you do these calculations?
24     A.  I don't remember when, but we did it before --
25 before I'm embarking into analysis because we wanted --



1   we checked every single, um, drawing and data of that
2   report to verify how this did it.  They said -- they
3   stated that they were doing this to evaluate the sum of
4   the radius of influence when it was assuming that no
5   liquid was present and the radius of influence where
6   liquids were present.
7       Q.  And based on that calculation, you concluded that
8   note 2 to Exhibit 12B was incorrect?
9       A.  Incorrect.
10      Q.  Did you call anyone at Carlson to ask them
11  whether it was incorrect?
12      A.  No, I didn't need to do that because it was
13  obvious that if a well was fully saturated, the liquid
14  height would have been high and the circle would have
15  been larger than many other -- any other circle and it
16  wasn't the case.  When the leachate height was -- was
17  larger, the circle was minimum because meaning that the
18  gas couldn't collect gas.  The -- the gas well couldn't
19  collect gas because it was perforated because the
20  leachate was blocking the perforated pipes.
21      Q.  Sorry.  You don't remember when you did these
22  calculations?
23      A.  Before writing the initial report.
24      Q.  And based on those calculations, you concluded
25  that note two was incorrect and you didn't talk to



1  anybody at Carlson about this.  Did you address this
2  typo in note two in your initial report?
3              MR. ROWE:  Object to form.  That's three
4  questions.  Could you ask the questions one at a time
5  maybe?
6      Q.  You could answer the question.
7      A.  In my initial report, I did not because it was
8  obvious that, you know, that the circles had drawn --
9  are drawn by -- for each of those wells were based on
10 the portion that was not saturated.
11     Q.  To whom was that obvious?
12     A.  To me.  When -- when the defense experts called
13 that into as an issue, I explained my rebuttal report
14 what I'm explaining to you now.
15             VIDEOGRAPHER:  When you get a moment.
16             MR. PAUL:  I think we may want to go off the
17 record.
18             VIDEOGRAPHER:  We are going to go off record
19 at 12:46.  We'll end media two.
20             We're off the record.
21             (Recess taken.)
22             VIDEOGRAPHER:  We are back on the record at
23 1:38.  This is media three in the deposition of Soler.
24     Q.  Mr. Soler, I would like to resume talking about
25 the capture zone and radius of influence that we were



1  the Carlson report notes that the ROI shown as two times
2  the liquid height measure in each well which represents
3  the amount two perforated pipe blocked.  And you go on
4  to say Ramboll found that zone of capture mapped in
5  Exhibit 12B corresponds to approximately the ledge of
6  the LFG well that is not blocked by liquids.  And as
7  this is the only portion of LFG extraction well able to
8  capture the gas.  Do you see that?
9       A.  I see that.
10      Q.  Why do you say that Exhibit 12B coordinated to
11 approximately -- why do you say that the zone of capture
12 map in Exhibit 12B corresponds to approximately the
13 length of the LFG well that is not blocked by liquids?
14 Why is that approximate?
15              MR. ROWE:  Objection to form.
16      A.  Because I didn't take the number to decimal
17 points because I didn't, you know, I was just looking at
18 the whole number so it's approximate.
19      Q.  Is it back?  You had measured the circles on
20 Carlson's map and compared that measurement to the Aptin
21 and CEC liquid data?
22      A.  Yes.
23      Q.  So you were basically reverse engineering
24 Carlson's drawing, right?
25      A.  Yes, I was.



```
 1   well configuration.  The depth of the top of the well
 2   screen, screen line type and thickness of covering
 3   materials.  Did you consider any of those factors in
 4   preparing your figure 6-2D?
 5       A.  Well configuration.
 6       Q.  And by well configuration, you mean the depth to
 7   liquid?
 8       A.  The depth of the well.  The depth to the well is
 9   reduced by the depth to liquid.  At that point, it's --
10   it's the depth of the well is reduced by -- by the
11   leachate saturation.
12       Q.  All right.  You didn't analyze the type and
13   thickness of cover materials, did you?
14       A.  I did not analyze the type of cover materials
15   nor, um, anybody did from the documentation that I was
16   able to -- to review.
17       Q.  Did you review the air hydraulic conductivity of
18   the landfill media?
19       A.  The air.
20       Q.  Hydraulic conductivity of the landfill media.
21   That's a term I'm taking from your footnote three?
22       A.  No.
23       Q.  Did you evaluate the vacuum applied to each well?
24       A.  No.  Because it's, um, it's different every time.
25       Q.  Is your radius of influence analysis reliable
```



1  even though you did not analyze all of the factors you
2  say are relevant to the calculation of a radius of
3  influence?
4              MR. ROWE:  Object to the form.
5      A.  They are relevant.  But when considering the
6  impact of leachate levels, they become not so relevant.
7  So I center on the impact of the leachate levels on the
8  radius of influence.  I did not have the information to
9  consider all the factors.
10     Q.  Does the lack of that information impair the
11 reliability of your estimate?
12             MR. ROWE:  Object to form.
13     A.  I do not believe so in my opinion.
14     Q.  I'm turning to the factor of the relevant of the
15 vacuum applied to a well.  Say we have a gas well that
16 has ten feet of perforated pipe and that's completely
17 dry, not blocked by liquids.  Those ten feet of
18 perforated piping will exert a certain amount of vacuum
19 strength into the waste mass, right?
20     A.  No.  The perforated pipe doesn't exert any
21 pressure.  It's the blower and the equipment on top of
22 the well, that it will adjust the pressure and that
23 pressure is adjusted to optimize the recovery that
24 cannot increase the vacuum more than certain point,
25 otherwise they are going to start withdrawing air as,



1  you know, it happen at -- at the landfill many times.
2     Q.  So you exert a certain amount of vacuum on that
3  well with the vacuum will be uniform from the very top
4  of perforated pipes down to the bottom?
5     A.  No, it is not.  Depends on -- on many other
6  factors.  That is difficult to characterize but that's
7  why it's not, sitting there it's a bulb because it's a,
8  you know where you have more pressure, it is at the
9  beginning and you continuous to decrease and so forth at
10 the top.  You don't have any because it's, um, um,
11 casing is -- is, um, is not perforated.
12    Q.  So is different degrees of vacuum present at
13 different heights in this dry well.  Once you flood that
14 well with water, doesn't it effect the vacuum pressure
15 differently depending on the height of the waiter?
16    A.  Yeah.  By then they have to adjust it.  They have
17 been adjusting that that vacuum to account for that
18 reduction of perforated pipe.
19    Q.  So, is the reduction to a radius of influence
20 based on two times the unblocked well?  Does that assume
21 that adjustments are being made at the wellhead?
22    A.  Yes.  To -- to recover the most of the -- they
23 could.
24    Q.  But it doesn't sound like it's a simple reduction
25 by half of a radius of influence for a halfway flooded



```
 1  well.  It is not by half but -- but it's a -- it's
 2  something similar or something of that magnitude.
 3       Q.  And that conclusion would depend on whether
 4  vacuum pressures were being adjusted at the wellhead?
 5       A.  Yes, sometimes they would not so they already --
 6  some influence, radius of influence would be nothing.
 7  Sometimes the pipe was broken, sometimes they found that
 8  the well was in positive pressure.  We tried to evaluate
 9  the reduction in the deficiency because some of the
10  wells were not working in the vacuum but that became a
11  nightmare because as you could imagine, Aptin was --
12  Aptin was going in every week sometimes to calibrate so
13  sometimes they found it positive, they will fix it.  But
14  during that time before finding it as positive, there
15  were no significant zone of capture.
16       Q.  When a well is under positive pressure, does it
17  collect gas?
18       A.  It collects some gas but it just -- in the
19  passive way.
20       Q.  Won't gas move into that well from a certain
21  distance out in the waste?
22       A.  In the passive way.  That is what we call passive
23  systems when you have wells only without any -- any
24  vacuum, any pipe going anywhere, you just have vent
25  wells.  The venting of the wells.
```

