```
 1   UNITED STATES DISTRICT COURT

 2   EASTERN DISTRICT OF LOUISIANA

 3   CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218,

 4   18-9312

 5   -----------------------------------------X

 6   ELIAS JORGE "GEORGE"
     ICTECH-BENDECK,
 7
                     Plaintiff,
 8            VERSUS
     WASTE CONNECTIONS BAYOU,
 9   INC., ET AL.,
                     Defendants.
10   Related Case:

11   FREDERICK ADDISON, ET AL.,
                  Plaintiffs
12   VERSUS
     LOUISIANA REGIONAL LANDFILL
13   COMPANY, ET AL.,
                  Defendants.
14   -----------------------------------------X

15   V I D E O T A P E D  D E P O S I T I O N, of NESTOR

16   SOLER, the stenographic notes of the proceedings in the

17   above-entitled matter, as taken by and before, TRACY

18   COOK, a Certified Court Reporter, Registered

19   Professional Reporter and Notary Public of the State of

20   New Jersey, held at the HYATT REGENCY, 102 Carnegie

21   Center Drive Princeton, New Jersey 08540 on Monday, June

22   28, 2021, commencing at approximately 9:20 in the

23   morning.

24                       Volume I

25
```

```
 1   A P P E A R A N C E S:

 2


 3   WHITEFORD TAYLOR PRESTION LLP
     Attorneys for the Plaintiff
 4   ADDISON
     1800 M. Street NW, Suite 450N
 5   Washington, DC 20036
     BY:   ERIC C. ROWE, ESQ.
 6

 7   MARTZELL, BICKFORD & CENTOLA
     Attorneys for the Plaintiff
 8   ICTECH-BENDECK
     338 Lafayette Street
 9   New Orleans, Louisiana 70130
     BY:   JASON Z. LANDRY, ESQ.
10
     GEIGER LABORDE & LAPEROUSE
11   Attorneys for the Defendant
     APTIN
12   701 Poydras Street
     New Orleans, Louisiana 70139
13   BY:   MICHAEL DIGIGLIA, ESQ.

14   BEVERIDGE & DIAMOND PC
     Attorneys for the Defendant
15   WASTE WATER CONNECTIONS
     477 Madison Avenue
16   New York, New York 10022
     BY:   JOHN PAUL, ESQ.
17         MICHAEL F. VITRIS, ESQ.
           MEGAN R. BRILLAULT, ESQ. (VIA ZOOM)
18
     LAW OFFICES OF JOHN D. SILEO
19   Attorney for the Plaintiff
     320 N Carrollton Avenue #101
20   New Orleans, Louisiana 70119
     BY:   JOHN D, SILEO, ESQ. (VIA ZOOM)
21
     CONNICK AND CONNICK
22   Attorneys for the PARISH OF JEFFERSON
     3421 N. Causeway Boulevard, Suite 402
23   Metairie, Louisiana 70002
     BY:   MICHAEL S. FUTRELL, ESQ.
24

25
```



```
 1   A P P E A R A N C E S:    (Cont'd)

 2


 3   THE LAW OFFICE OF BRUCE C. BETZER
     Attorney for the Plaintiff
 4   3129 Bore Street
     Metairie, Louisiana 70001
 5   BY:   BRUCE C. BETZER, ESQ. (VIA ZOOM)

 6
     HAMMEL LAW FIRM
 7   3129 Bore Street
     Metairie, Louisiana 70001
 8   BY:   DOUGLAS S. HAMMEL, ESQ. (VIA ZOOM)

 9


10
     ALSO PRESENT:
11   ERIC LENZ, VIDEOGRAPHER
     JOSE SANANES, PE
12   EMILY MAJ, EIT

13

14

15         *         *         *

16

17

18

19

20

21

22

23

24

25
```



```
                    I N D E X  O F  W I T N E S S
   WITNESS                  DIRECT    CROSS   REDIRECT    RECROSS
   NESTOR SOLER

   MR. DIGIGLIA       5

   MR. PAUL                              118


                    I N D E X   O F   E X H I B I T S


   EXHIBIT     EXHIBIT                        PAGE
   NUMBER      DESCRIPTION

   128         Report                            7

   129         3/2017 table                     71

   130         Carlson Report                   73

   131         Study                           120

   132         Activity              (post marked)

   133         Activity log          (post marked)

   134         O'Connor transcript    204

   135         12/31/18 log           207

   136         11/19.18 activity log  216

   137         10/10/18 activity log  217

   138         11/2/18 activity log   217

   139         10/28/18 activity log  218

   (Retained by Counsel.)
```



```
 1   THE VIDEOGRAPHER:  Good morning, this is the video
 2   operator speaking, Eric Lenz of Esquire Deposition
 3   Solutions.  Today is Monday, June 28, 2021.  Time is
 4   approximately 9:20 in the morning.  We are here at the
 5   Hyatt Regency in Princeton, New Jersey for the video
 6   deposition of Nestor Soler in the matter of Elias Jorge
 7   "George" Ictech-Bendeck versus Waste Connections Bayou,
 8   Inc., et al.  This is in the U.S. District Court for the
 9   Eastern District of Louisiana.  Case number 18-7889.
10   Attorneys appearances are noted in the stenographic
11   record and will our reporter, Tracy Cook please swear in
12   the witness.
13   N E S T O R   S O L E R, called as a witness, having
14   been first duly sworn by a Notary Public of the State of
15   New Jersey, was examined and testified as follows:
16   DIRECT EXAMINATION BY MR. DIGIGLIA:
17      Q.  Mr. Soler, my name is Mike Digiglia, I represent
18   Aptin Corporation and I'll be taking the lead this
19   morning asking you questions, okay?
20      A.  Yes, sir.
21      Q.  Can you state your full name and address for the
22   record please?
23      A.  Nestor D Soler.  23 Salem Court Number 5
24   Princeton, New Jersey 08540.
25      Q.  And you're currently employed by Ramboll; is that
```



```
 1   the record at 10:46.  Ending media one.
 2                (Recess taken.)
 3                VIDEOGRAPHER:  We're back on the record at
 4   11:06.  This is media two in the deposition of Soler.
 5      Q.  Mr. Soler, have any of the projects or expert
 6   work listed in your CV involved determining the actual
 7   landfill gas collection efficiencies in a landfill?
 8      A.  Yes.
 9      Q.  And how was that done?
10      A.  We -- with records of collection.  When they have
11   good records of how much gas they have collected and gas
12   they have collected and you have an estimation of how
13   much is generated.
14      Q.  When you estimated, you don't have the actual
15   amount of gas that was generated, correct?
16      A.  I do have it but it's always an estimation
17   because it's a model.
18      Q.  It's an estimation, not actual, correct?
19      A.  No, it's not actual but the actual is the record
20   one because they measure it with flow meters at the
21   flare or --
22      Q.  That's collected, right?
23      A.  That's collected.
24      Q.  So you don't, in the case that I'm referring to,
25   you're evaluating an actual landfill gas collection
```



```
 1  efficiency.  You still have to use an estimated amount
 2  of gas that's generated because that's not an actual
 3  number, right?
 4      A.  It's estimated because there's no way that I
 5  could measure the amount of gas that is being generated
 6  by the composition.  That is in the case of a landfill.
 7      Q.  Right.
 8      A.  If I have a -- a column study on some control
 9  experience.  I would know the amount of gas that was
10  being generated.
11      Q.  And you haven't done that for the Jefferson
12  Parish Landfill; is that correct?
13      A.  I have not.
14      Q.  None of the projects or expert work listed in
15  your CV involve determining how long liquid levels
16  measure in landfill gas wells would remain at that
17  level, without going back and personally measuring the
18  liquid levels in those wells, right?
19      A.  Would you repeat the question please?
20      Q.  Well, let me give you a scenario and then we can
21  I'll ask it again.  So if you've got liquid levels that
22  get measured in this year and one time and then liquid
23  levels get measured in the same well a year later,
24  you've not been involved in a project that evaluated how
25  long those liquid levels might stay at those levels
```



1     Q.  And how does that relate to the gas that's
2  generated from that waste?
3     A.  That if a material is more degradable, the food
4  waste is more degradable than wood, than food would
5  produce more gas.
6     Q.  In a shorter period of time?
7     A.  In a shorter period of time.
8     Q.  Okay.  And that's pretty typical in most
9  municipal landfills?
10    A.  It is.
11    Q.  Okay.  And so the Golder model allows some
12 adjustment for, you know, looking at, you know,
13 20 percent of this biodegradability and 40 percent of
14 this and allows you to adjust the biodegradability of
15 the waste for the LANDGEM, their version of the LANDGEM
16 model?
17              MR. ROWE:  Object to the form.
18    A.  The Golder model divides the waste in three
19 types.
20    Q.  Okay.
21    A.  Those waste constituents that are highly
22 biodegradeable, that those are that moderate
23 biodegradable.  Moderately biodegradable and those that
24 are slowly biodegradable to do that.  You have to -- I
25 have waste characterization study which is -- is tell me



1   the portions that are highly moderate and rapidly
2   degradable and -- and count them as the trucks come in.
3   Which portions are those that's been deposited and make
4   an inventory of that daily and then give me something
5   that is reliable yearly about the components of the
6   different materials.
7       Q.   So you would need to do that in order to get an
8   accurate breakdown of the percentage of the different
9   types of waste coming in?
10      A.   If you had those studies that are site specific
11  because every landfill and every municipality or every
12  parish is different as far as, you know, the amount and
13  the type of waste that they disposed.  If that's
14  accurate, then the Golder model, like any multiphase
15  models will do.  I mean, this is not something that is
16  terribly new but they make some adjustments that they
17  believe that are appropriate.  In the case of the
18  parish, they run the model but they do not document how
19  they were able to or proportion the different types of
20  waste.
21      Q.   So, make sure I understand this.  Realistically,
22  waste that comes in has varying degrees of
23  biodegradability, correct?
24      A.   Correct.
25      Q.   But you were not able to ascertain how Golder



1    Q.  Okay.
2    A.  Like EPA decided let's have just one generation.
3  One set of generation parameters for the entire
4  municipal solid waste because that's what I have tested
5  in many, many, many, many landfills.
6    Q.  So the EPA version of LANDGEM that you ran
7  assumed that all of the waste coming into the landfill
8  has the same rate of biodegradability, right?
9    A.  No.
10   Q.  Explain please.
11   A.  It doesn't assume that all the waste that, you
12  know, biodegradable waste has the same rate that in the
13  sum up of all of it, you get a geometric average of K or
14  average of K.  That doesn't represent the
15  biodegradability of one waste constituent, but of the
16  entire universe of waste that are in the landfill.
17   Q.  So just comes up with an average of
18  biodegradability for all waste that comes in?
19   A.  For all municipal solid waste.
20   Q.  Yeah, yeah.  Right.  Thanks.  And so but that's
21  not really what happens.  The waste that comes into a
22  landfill has varying degrees of biodegradability, right?
23   A.  Right.
24   Q.  And so that the Golder approach, even though you
25  may not have had their input in the basis for their



```
 1      Q.   And you know, those people down there eat Cajun
 2   food and stuff, like that waste could be different,
 3   right?
 4      A.   Yes.  Yes.  Definitely.  Even in every field in
 5   science.  Everything is different.
 6      Q.   So you're basically, you are assuming that EPA
 7   values that you used were applicable or close enough to
 8   being applicable to JPLF, right?
 9      A.   Yes.
10      Q.   Because you don't have the actual data to compare
11   it to, right?
12      A.   Yes.  As I said before, I cannot change every
13   molecule to understand how it would behave.  If -- if in
14   medicine they found a certain infusion is good for --
15   for curing certain disease, they do not characterize it
16   to a point where they could say it's the same disease
17   that you have, you know, it's some type of disease and
18   this may cure it.
19      Q.   You also talk about Golder's collection
20   efficiencies and in paragraph 57 you make a statement.
21   It's not clear how in determining the landfill gas
22   collection of efficiencies whether Golder considered a
23   reduction of well screens due to the present of
24   leachate, do you see that?
25      A.   (No response.)
```



```
 1                  C E R T I F I C A T E

 2

 3   STATE OF NEW JERSEY    )
                            :  SS.:
 4   COUNTY OF MIDDLESEX    )

 5

 6         I, TRACY COOK, a Certified Court Reporter and

 7   Notary Public for and within the State of New Jersey, do

 8   hereby certify:

 9         That the witness whose examination is

10   hereinbefore set forth was duly sworn and that such

11   examination is a true record of the testimony given by

12   that witness.

13         I further certify that I am not related to any of

14   the parties to this action by blood or by marriage and

15   that I am in no way interested in the outcome of this

16   matter.

17         IN WITNESS WHEREOF, I have hereunto set my hand

18   this 8th day of July, 2021.
```



```
19   _____

20              TRACY COOK, CSR, RPR, CCR
```