```
 1   UNITED STATES DISTRICT COURT

 2   EASTERN DISTRICT OF LOUISIANA

 3   CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218,

 4   18-9312

 5   -------------------------------------------X

 6   ELIAS JORGE "GEORGE"
     ICTECH-BENDECK,
 7
                       Plaintiff,
 8              VERSUS
     WASTE CONNECTIONS BAYOU,
 9   INC., ET AL.,
                       Defendants.
10   Related Case:

11   FREDERICK ADDISON, ET AL.,
                   Plaintiffs
12   VERSUS
     LOUISIANA REGIONAL LANDFILL
13   COMPANY, ET AL.,
                   Defendants.
14
     --------------------------------------------X
15   C O N T ' D  V I D E O T A P E D  D E P O S I T I O N, of

16   NESTOR SOLER, the stenographic notes of the proceedings

17   in the above-entitled matter, as taken by and before,

18   TRACY COOK, a Certified Court Reporter, Registered

19   Professional Reporter and Notary Public of the State of

20   New Jersey, held at the HYATT REGENCY, 102 Carnegie

21   Center Drive Princeton, New Jersey 08540 on Tuesday,

22   June 29, 2021, commencing at approximately 9:11 in the

23   morning.

24                          Volume II

25
```



```
 1   A P P E A R A N C E S:

 2


 3   WHITEFORD TAYLOR PRESTON LLP
     Attorneys for the Plaintiff
 4   ADDISON
     1800 M. Street NW, Suite 450N
 5   Washington, DC 20036
     BY:   ERIC C. ROWE, ESQ.
 6

 7   MARTZELL, BICKFORD & CENTOLA
     Attorneys for the Plaintiff
 8   ICTECH-BENDECK
     338 Lafayette Street
 9   New Orleans, Louisiana 70130
     BY:   JASON Z. LANDRY, ESQ.
10
     GEIGER LABORDE & LAPEROUSE
11   Attorneys for the Defendant
     APTIN
12   701 Poydras Street
     New Orleans, Louisiana 70139
13   BY:   MICHAEL DIGIGLIA, ESQ.

14   BEVERIDGE & DIAMOND PC
     Attorneys for the Defendant
15   WASTE WATER CONNECTIONS
     477 Madison Avenue
16   New York, New York 10022
     BY:   JOHN PAUL, ESQ.
17         MICHAEL F. VITRIS, ESQ.
           MEGAN R. BRILLAULT, ESQ. (VIA ZOOM)
18
     LAW OFFICES OF JOHN D. SILEO
19   Attorney for the Plaintiff
     320 N Carrollton Avenue #101
20   New Orleans, Louisiana 70119
     BY:   JOHN D, SILEO, ESQ. (VIA ZOOM)
21
     CONNICK AND CONNICK
22   Attorneys for the PARISH OF JEFFERSON
     3421 N. Causeway Boulevard, Suite 402
23   Metairie, Louisiana 70002
     BY:   MICHAEL S. FUTRELL, ESQ.

24

25
```



```
 1  A P P E A R A N C E S:   (Cont'd)

 2


 3  THE LAW OFFICE OF BRUCE C. BETZER
    Attorney for the Plaintiff
 4  3129 Bore Street
    Metairie, Louisiana 70001
 5  BY:  BRUCE C. BETZER, ESQ. (VIA ZOOM)

 6
    HAMMEL LAW FIRM
 7  3129 Bore Street
    Metairie, Louisiana 70001
 8  BY:  DOUGLAS S. HAMMEL, ESQ. (VIA ZOOM)

 9


10
    ALSO PRESENT:
11  ERIC LENZ, VIDEOGRAPHER
    JOSE SANANES, PE
12  EMILY MAJ, EIT

13

14

15         *          *          *

16

17

18

19

20

21

22

23

24

25
```



```
 1              I N D E X  O F  W I T N E S S
    WITNESS              DIRECT   CROSS   REDIRECT   RECROSS
 2  NESTOR SOLER

 3  MR. PAUL              235

 4

 5

 6  I N D E X   O F   E X H I B I T S

 7

 8  EXHIBIT      EXHIBIT         PAGE
 9  NUMBER  DESCRIPTION

10  140     Report              240

11  141     Rebuttal report     254

12  142     Drilling log        272

13  143     EPA AP-42           306

14  144     Spreadsheet         385

15  145     Report              408

16  (Retained by Counsel.)

17

18

19

20

21

22

23

24

25
```



800.211.DEPO (3376)
*EsquireSolutions.com*

1      VIDEOGRAPHER:  Good morning.  Today is
2  June 29, 2021.  And the time is approximately 9:11 in
3  the morning.  This is the continuing deposition of
4  Nestor Soler and we are on the record.  Would the court
5  reporter please reaffirm the oath:
6           (Witness reminded of oath.)
7           CONTINUED EXAMINATION BY MR. PAUL:
8     Q.   Good morning, Mr. Soler.
9     A.   Good morning.
10    Q.   We'll pick up where we left off yesterday.  And
11 what I would like to start off with today is, as your
12 understanding of how leachate travels within a landfill.
13 How it moves in the waste mass.  We talked about this
14 yesterday but do you agree that leachate in a landfill
15 will move following a path of least resistance until it
16 hits an impervious layer of material?
17    A.   Yes, I do.
18    Q.   Do you agree that there are buried layers of
19 daily or interim cover that could stop the downward flow
20 of leachate?
21    A.   There could be many layers.  I do not know if
22 that impede the movement that was because the
23 informality of those layers is not documented.
24    Q.   Understood.
25    A.   And also because the gas well provide connection



```
 1  and control system?
 2              MR. ROWE:  Object to form.
 3     A.  They are reliable to a point where you have to
 4  consider their limitations as -- as Aptin did.  I
 5  believe it was semiannual.  Also CEC did some that ended
 6  up with 10,000 PPB, remember?
 7     Q.  I think it was 10,000 parts per million actually.
 8     A.  Parts per million.  No, that would have been
 9  terrible.  You're getting to that -- that was --
10     Q.  What is the parameter that you monitor during
11  surface emission monitoring?
12     A.  It could be methane.  It could be hydrogen
13  sulfide.
14     Q.  By the surface emission monitoring that you were
15  just referring to that CEC?
16     A.  Probably you may be right.  Methane you may be
17  right.  I admit that you are right.  When River Birch
18  went to the site, I believe that was because of CEC,
19  they found 30 locations in 4A that was exceeded that the
20  SEM limits and one of them by one of them.  At least
21  with from what I think they say 1,000 percent higher
22  than -- so do I have to consider that to or could I to
23  evaluate emissions, no.  They are two different things.
24  They are -- I was -- I was calculating and estimated
25  this by mass balance by modelling as they would as
```



```
1                      C E R T I F I C A T E
2

3    STATE OF NEW JERSEY      )
                              :  SS.:
4    COUNTY OF MERCER         )

5

6          I, TRACY COOK, a Certified Court Reporter and
7    Notary Public for and within the State of New Jersey, do
8    hereby certify:
9          That the witness whose examination is
10   hereinbefore set forth was duly sworn and that such
11   examination is a true record of the testimony given by
12   that witness.
13         I further certify that I am not related to any of
14   the parties to this action by blood or by marriage and
15   that I am in no way interested in the outcome of this
16   matter.
17         IN WITNESS WHEREOF, I have hereunto set my hand
18   this 12th day of July, 2021.
19                    
                      _____
20                    TRACY COOK, CSR, RPR, CCR
21
22
23
24
25
```