# EXPERT REPORT OF NESTOR D. SOLER

# EVALUATION OF JEFFERSON PARISH LANDFILL GAS EMISSIONS

## AVONDALE, LOUISIANA – JEFFERSON PARISH

_____

Nestor D. Soler PE (NJ)
Principal, Ramboll US Consulting, Inc.
January 28, 2021



EXHIBIT
9

### 2.3    $H_2S$ Generation from Solid Waste at the Site

[26]    My evaluation focuses on the generation of H2S at the JPL during the years 2016 through 2019. To perform this modeling I used the LandGEM model, a first-order kinetic model extensively used and accepted in the United States that was developed and approved for use for regulatory purposes by the USEPA. The LandGEM model requires a number of inputs for various parameters (EPA, 2005a).

[27]    For LFG modeling purposes the following input parameters were used:

- <u>Waste Acceptance Tonnage</u>:  For LFG modeling purposes, Ramboll used waste disposal quantities reported by CEC (CEC, 2019a and CEC, 2019b) and/or waste quantities reported by the Parish to the LDEQ in its Annual Waste Certification of Compliance reports.

- <u>Kinetic Constant (k)</u>:  The k constant represents the rate at which waste within a landfill degrades and generates LFG. The selection of k depends on many factors including moisture content. The leachate levels at the site indicate that the landfill media is between 34% to 59% saturated. Therefore, based on USEPA studies, the landfill should be treated as a wet landfill and not as a conventional landfill. Based on my review of USEPA studies of kinetic constants for wet landfills, I concluded that a k value of 0.11 year$^{-1}$ was appropriate to estimate LFG generation at the Site as an input to the LandGEM model.

- <u>Methane Potential ($L_o$)</u>:  The $L_o$ constant represents the total volume of methane that could be produced from a unit mass of waste. For the same reasons, I have concluded that the EPA-recommended conventional $L_o$ of 96 m$^3$/Mg for wet landfills (EPA, 2005a) was appropriate to model landfill gas generation at the JPL Site as an input to the LandGEM model.

- <u>H2S Concentration</u>:  In order to estimate emissions rates for hydrogen sulfide from solid waste (other than sulfate-rich spent lime), an average H$_2$S concentration was calculated for each landfill phase (other than Phase IVA) based on measurements taken by Ramboll in November 2019. To derive the average H$_2$S concentration within a Phase, we only included H$_2$S measurements taken from wells in that Phase where oxygen concentrations were measured at less than 5%. My colleague Dr. Janna Pietari has conducted a separate assessment on the H$_2$S generated by sulfate-rich wastes disposed in Phase IVA, which is presented in her accompanying expert report. Thus, for Phase IVA instead of an average H$_2$S concentration based on measurements taken in November 2019, I assumed that the average H$_2$S generated by all other solid wastes placed in Phase IVA (i.e., wastes other than those addressed by Dr. Pietari) was equivalent to that of Phase IIIB.

[28]    The results of my modeling of H$_2$S generated from solid waste at the JPL Site are presented in **Table 5-15**.

### 2.4    $H_2S$ Emissions at the Site

[29]    Gases generated at the site that are not captured by the LFG extraction system are considered fugitive emissions. To estimate emissions, collection efficiencies (i.e., the percent of LFG generated at the site that is captured by the LFG extraction system)

## 4.   EVALUATION OF LANDFILL GAS GENERATION AND EMISSIONS

### 4.1   Previous Landfill Gas System Evaluations

[51]   Since 2017, several reports by Golder Associates (Golder), Carlson Environmental Consultants (CEC) and River Birch, LLC (River Birch) have been prepared in reference to the systems that collect landfill gas collection system at the JPL Site.

#### 4.1.1   2017 Landfill Gas Collection and Control Plan – Golder Associates[2]

[52]   In January 2017, Golder prepared a Landfill Gas Collection and Control (GCCS) Plan for submittal to LDEQ that included the incremental expansion of Phase IVA throughout Cells 20 to 25. Golder proposed to construct 74 vertical LFGs extraction wells in Phase IVA and connect them to the existing systems in Phase IIIA and Phase IIIB.

[53]   According to Golder, the "*vertical wells at Phase IV were designed to achieve a theoretical radius of influence (ROI)[3] of 100 feet […] consistent with the existing GCCS designed for Phases IIIA and IIIB*" "*with a target design LFG extraction vacuum of about 12 inches of water column*." The LFG extraction wells were designed to a minimum and maximum depth of approximately 28 feet and 64 feet, respectively. It should be noted that this design ROI would not have achieved 100% capture of LFG as the ROIs of adjoining wells do not overlap.

[54]   The upper segment of the LFG extraction wells consists of a solid pipe extending 10 feet down from the ground surface, followed by a perforated pipe or screen from which gas is extracted from the landfill media. According to Golder, "*all vertical LFG extraction wells are designed to be offset ten (10) feet above the protective cover layer of the liner system*." I used this information to define leachate levels in the landfill (refer to **Sections 5.2.2.2** and **5.2.2.3**).

[55]   In order to evaluate the gas generated at Phase IIIA, Phase IIIB, and Phase IVA at the JPL Site over time, Golder used a proprietary first-order kinetic model similar to the USEPA LandGEM model, that accounts for three waste types (i.e., readily, moderately, and slowly biodegradable waste). Different biodegradation parameters were assigned to each of these waste categories. For comparative purposes, Golder also estimated gas generation using the USEPA LandGEM model and conventional parameters. The LandGEM gas generation estimates were over two times higher than predicted using Golder's proprietary model.

[56]   Using the total gas generation estimates over time using its own model, Golder assigned a collection efficiency of approximately 60% based on the total gas generation estimates and actual landfill gas recovery during the period of 2011 through 2016. Golder also determined that, if the LandGEM AP-42 default parameters were used to

---

[2]   (Golder Associates, 2017)

[3]   The radius of influence refers to the horizontal distance from a vertical LFG extraction well at which the induced vacuum pressure is zero. The ROI for an extraction well is a function of the vacuum applied to the well, the air hydraulic conductivity of the landfill media, and the well configuration (e.g., depth to the top of the well screen, screen length, type and thickness of cover materials).

[66]     In terms of surface emission monitoring, CEC observed damage to the cap in Phase IIIB in areas where the landfill gas control system was installed, and they measured elevated methane concentrations around wells and pipe penetrations, indicating inadequate booting of pipes. In addition, CEC also observed soil cracks in Phases I, II, IIIA and IIIB, $H_2S$ scaling in gas well risers, and back residue in soils which is indicative of $H_2S$. Further, as summarized in **Table 4-3** below, CEC conducted a surface emission scan over a 30-m serpentine path across all waste disposal areas. Methane was detected in all phases of the landfill, but particularly in the closed Phase IIIB where methane concentrations measured with a TVA-1000B peaked at the instrument's upper range (i.e., 10,000 ppm). These levels are indicative of an ineffective cap system (CEC, 2018). CEC did not identify where the specific methane emission readings were made, but simply provided a range of concentrations.

| Table 4-3: | Ground Surface Concentrations (CEC, May 2018) | |
|---|---|---|
| **Phase** | **Methane Concentration Range** | **Hydrogen Sulfide Concentration Range** |
| I | 0.76 to 4.85 ppm | Not monitored |
| II | 2.3 to 23.97 ppm | Not monitored |
| IIIA | 0.94 to 2.97 ppm | Not monitored |
| IIIB | 1.78 to 10,000 ppm | Not monitored |
| IVA (active) | 10.10 to 10,000 ppm | 0.045 to 8.5 ppm |

[67]     Using Drager Tubes, CEC detected concentrations of $H_2S$ in excess of 2000 ppmv (above the sorbent tube's upper range) in some of the extraction wells in Phase IVA. CEC also took $H_2S$ samples at the blower inlet at the LFG processing plant and observed concentrations ranging from 525 to 1050 ppmv. CEC had previously alerted the Parish to the health and safety concerns regarding the detected levels of $H_2S$ and provided general recommendations to address the elevated $H_2S$, including, but not limited to, maximizing LFG collection, reducing liquid levels within the landfill, and sealing soil cracks, survey risers, and other penetrations of the cover system.

[68]     CEC recommended a series of measures to improve LFG extraction by reducing the liquid levels within the landfill media and expanding the gas control system, including the installation of additional LFG extraction wells between existing wells. CEC noted that "…*the reduction of subsurface liquids will be a long process, requiring infrastructure upgrades, O&M procedures updates, and requires the steady removal of more liquids from the waste than are entering…*"

[69]     To estimate the amount of gas being generated at the JPL Site, CEC used the USEPA LandGEM model using first-order kinetic constants (refer to **Section 5.1**) for conventional municipal landfills (i.e., k of 0.05 1/yr and $L_o$ of 100 $m^3$/Mg). Though CEC noted LFG system problems including high level of liquids within the landfill media and classified the JPL Site as a "shallow wet site", adjustments to k or $L_o$ that would more

improvements to meet RNG gas quality specifications, adequately control landfill gas emissions, and address LFG-related odors and $H_2S$ safety concerns.

[76]   CEC indicated that "*during the 2019 field inspection, CEC personnel smelled $H_2S$ gas in the Phase IVA area and observed visible soil cracks with black oxidized residue, which is indicative of $H_2S$ gas*." CEC detected $H_2S$ concentrations between 45 ppm and 60 ppm at the ground level at all tested cracks.

[77]   During the 2019 CEC field inspection, "*several gas wells in Phase IVA were experiencing reduced system vacuum and had positive gas pressure*." CEC concluded that it was "*evident that the LFG collection system in Phase IVA was underperforming and may require additional collectors and other modifications to effectively control the $H_2S$ emissions*".

[78]   Landfill gas generation at varying assumed gas recovery efficiencies was estimated for each of the landfill phases using the USEPA LandGEM model and first-order kinetic constants for conventional landfills (i.e., k of 0.05 1/yr and $L_o$ of 100 $m^3$/Mg).

[79]   With the information collected, CEC estimated costs to rehabilitate the gas and leachate collection system in four stages at over $8 million (rather than rebuilding the entire LFG collection system to high BRU standards at a cost of over $11 million). Stage 1, Stage 2, Stage 3, and Stage 4 include the rehabilitation of Phase IVA-IIIB, Phase IIIA, Phase I, and Phase II, respectively (CEC, 2019a). Specifically, the following significant improvements were proposed for each phase:

- Stage 1:  CEC indicated that the existing LFG collection system in Phase IIIB and IVA required additional improvement due to low system vacuum, potentially damaged or ineffective buried gas header piping, leaning gas wells, and header/lateral piping that is undersized for the potential gas flows. Proposed improvements included new gas collectors and modifications to the existing gas infrastructure in both phases. Stage 1 was the largest proposed expansion and consisted of installing approximately 46 new vertical gas wells, 10 new shallow vertical gas wells, 12 replacement vertical gas wells, over 9,000 linear feet of gas headers, 10,000 linear feet of gas laterals, and over 5,000 linear feet of horizontal gas collectors and toe drains, along with additional phase upgrades/improvements. CEC stated that Phase IVA currently has the highest potential LFG-related odors, which could be reduced through these recommended measures. Stage 1 has been implemented and CEC presented the as-built drawings in November 2020 (CEC, 2020b).

- Stages 2-4:  Stages 2, 3 and 4 would involve (in Phases IIIA, I and II, respectively) installing a high-BTU overlay LFG collection system along with the necessary gas pipeline network to connect this system to the Renewable Energy of Jefferson, LLC (REJ's) Renewable Natural Gas (RNG) plant. If implemented in its totality, Stages 2-4 would entail the installation of approximately 67 new vertical gas wells, 13,400 linear feet of a 12" gas header, over 17,000 linear feet of gas laterals, and additional phase upgrades/improvements.

[85]    Operational issues related to the gas wells included, but are not limited to, pressure exceedances, oxygen exceedances, high leachate levels, limited gas flow, gas odors, $H_2S$ detections, distressed vegetation around wells, damaged or missing components (e.g., liner boot, pump, clamps, seals), and surface emission monitoring (SEM) exceedances.

[86]    Operational issues related to the leachate collection and landfill gas condensate management systems included, but are not limited to, drainage issues on the condensate sumps, leachate and landfill gas leaks in conveyance lines and/or risers, plugged conveyance lines, detection of LFG odors and $H_2S$, damaged or missing components (e.g., gauges, pumps, riser seals, valves, transducers, flanges), SEM exceedances, and positive pressures at the LFG extraction wells.

[87]    In my opinion, the numerous design, construction, operation and maintenance problems associated with the LFG extraction and leachate collection systems at the JPL have resulted in multiple sources and high quantities of uncontrolled LFG emissions. The primary cause of these LFG emissions has been the elevated liquid levels within the landfill media that inhibit the adequate extraction and control of landfill gas that is being generated within the landfill media. This results in uncontrolled fugitive emissions. The design, construction, operation and maintenance problems also have led to uncontrolled LFG emissions from various point sources on the landfill site including, but not limited to, damaged or missing LFG and/or leachate collection systems infrastructure (e.g., liner boots, LFG collection system well heads, open manholes or risers, conveyance lines).

### 4.2   Ramboll Landfill Gas Sampling and Monitoring Activities

[88]    Ramboll conducted a site inspection, including LFG sampling and monitoring activities from November 4 to 8, 2019. These activities and the results of that investigation are presented in **Appendix B**. I generally oversaw the work conducted by and for Ramboll during this period. Landfill gas sampling and monitoring activities were conducted by Ramboll between November 4 and 8, 2019 to include UAS Fugitive Methane Emission Mapping, UAS Topographical Survey and Aerial Imagery, Surface Emission Monitoring, Field Screening of Potential Fixed Sources, Landfill Gas Sampling for Chemical Analysis, and Landfill Gas Sampling for Odor Measurements.

[89]    During this investigation, most of the LFG extraction wells in all phases of the landfill were monitored using Landtec GEM 5000 Plus, a field instrument that samples and analyzes for methane (0-100%), carbon dioxide (0-100%), oxygen (0-25%), carbon monoxide (0-2000 ppm), $H_2S$ (0-500 ppm), and static and differential pressure.

[90]    The results from these monitoring events were processed and mapped to evaluate the areal distribution of methane, carbon dioxide, oxygen, carbon monoxide, $H_2S$, and vacuum pressure for each phase of the landfill. Specifically,

   1. As shown in **Figure 4-1A**, applied pressure at the landfill and within the various landfill phases was non-uniform. In Phase I, an average pressure of -47.92 inches of water (in $H_2O$) was applied, which is significantly higher than the average pressure measured at any other landfill phase (between -20.45 and -6.04 in $H_2O$).

Importantly, while pressure measurements in Phase I were generally between -40 and -50 in $H_2O$, pressure measurements in the other phases varied greatly (from –47.18 to 6.3 in $H_2O$ in Phase II, from -18.1 to -0.27 in $H_2O$ in Phase IIIA, from –34.1 to 6.5 in $H_2O$ in Phase IIIB, and from –32.5 to 6.5 in $H_2O$ in Phase IVA). Further, positive or near positive pressures were measured in various landfill gas collection wells in Phases II, IIIA, IIIB and IV. Collectively, these data indicate an ineffective operation of the landfill gas control system.

2. The peak methane content, even in the oldest of landfill phases (Phase I), is relatively high (peak measurement of 69.9% in Phase I, 76.3% in Phase II, 67.4% in Phase IIIA, 65.9% in Phase IIIB, and 70.8% in Phase IVA) indicating the presence of areas of active anaerobic biodegradation of waste. However, as shown in **Figure 4-1B**, the range of methane concentrations varies greatly within each landfill phase, with areas having methane concentrations as low as between 0.1 and 2.1%. These areas of low methane production are indicative of either the presence of large amounts of inert waste in those areas, or issues with the operation of the landfill gas control system (as detailed below).

3. Carbon monoxide was detected at low levels in all landfill phases (refer to **Figure 4-1C**), with the highest concentrations measured in Phase IIIA (80 ppm). Low levels of carbon monoxide, such as those measured at the Site, are typically encountered in landfill gas and are not considered indicative of subsurface landfill fires (refer to **Section 5.1**).

4. As presented in **Figure 4-1D**, with the exception of isolated areas, carbon dioxide concentrations in Phases IIIB and IVA (averaging 31.9%, and 38.8%, respectively) are slightly below the typical range of 40-60% (refer to **Section 5.1**). In Phase IIIA, carbon dioxide concentrations (averaging 26.8%) are even lower than the typical range, and in Phases I and II, there are significant areas with carbon dioxide concentrations well below 20%. Collectively, the methane and carbon dioxide data at the gas wells would add up to almost 100% of the landfill gas in a properly operated landfill. However, as presented in **Figure 4-1E**, large areas in each of the landfill phases (i.e., about 98% in Phase I, 94% in Phase II, 93% in Phase IIIA, 45% in Phase IIIB, 24% in Phase IVA) have less than 90% carbon dioxide and methane combined. These data indicate an ineffective landfill gas control system.

5. Hydrogen sulfide was detected in all landfill phases above the typical odor threshold range of 0.0005 to 0.010 ppm (ATSDR, 2016) or 0.2 to 2.0 µg/m$^3$ (0.00014 to 0.0014 ppm; WHO, 2020) (refer to **Figure 4-1F**). The $H_2S$ concentrations were generally consistent between all landfill phases (less than 100 ppm) except Phase IVA, where $H_2S$ concentrations were mostly above 1,000 ppm.[8] In isolated areas within Phases I, II and IIIB, $H_2S$ concentrations ranged between 109 and 497 ppm. These data suggest that Phase IVA received a unique sulfate-rich waste stream, as $H_2S$ levels in Phase IVA were an order of magnitude greater than in the other phases.

---

[8] Ramboll's field measurements in Phase IV were complemented with the 2018 CEC measurements for hydrogen sulfide.

different landfills can vary by as much as one or two orders of magnitude, depending on waste type, moisture content, and temperature.

[102]   The LandGEM model provides a range of default values for $L_o$ and k for conventional, arid (i.e., dry) and wet landfills and also allows for user-defined site-specific values. According to EPA (EPA, 2005b), default values are defined "*based on requirements for municipal solid waste landfills laid out by the Clean Air Act (CAA)*" and "*based on emission factors in the U.S. Environmental Protection Agency's (EPA's) Compilation of Air Pollutant Emission Factors (AP-42).*" The AP-42 values are based on data collected from thousands of landfills across the United States (USEPA, 1997).

### 5.2   Application of the LandGEM Model to Estimate $H_2S$ Generation from Solid Waste at the JPL Site

[103]   My evaluation focuses on the generation of $H_2S$ at the JPL during the years 2016 through 2019. I have concluded that the most significant sources of $H_2S$ emissions were (1) uncontrolled area source emissions (e.g., emissions of gas through the surface of the landfill) resulting from the low efficiency of the existing LFG extraction system, and (2) $H_2S$ generated from the liquid waste solidification process. As indicated in **Section 4.3**, while numerous design, construction, operation and maintenance issues associated with the gas extraction and leachate collection systems have been identified that would result in multiple point sources of LFG emissions, my calculations do not account for emissions from these known sources.

[104]   My analysis and conclusions are centered on the generation and emissions of $H_2S$ from the waste disposed at the JPL other than that generated from the use of spent lime for liquid waste solidification. $H_2S$ generation estimates resulting from the liquid waste solidification process is the subject of an accompanying expert report prepared by my Ramboll colleague, Dr. Jaana Pietari (Pietari, 2020). I have incorporated Dr. Pietari's conclusions into my final calculations of $H_2S$ emissions.

### 5.2.1   Waste Acceptance

[105]   While I understand that the defendants were only obligated to produce landfill disposal records dating back to 2015 as part of this litigation, a basic understanding of waste disposal at the JPL Site since its inception is necessary because the anaerobic degradation of solid waste extends for a long period of time following the disposal of waste. Historical and future projected waste disposal quantities were available in a number of records, discussed below.[10,11,12,13,14]

[106]   As detailed in **Section 4.1.1**, in 2017, Golder Associates presented a proprietary landfill gas generation model, similar to the EPA LandGEM model, that evaluates waste degradation and gas production using a first-order decay equation. The Golder gas model used waste disposal quantities for Phase IIIA, IIIB, and IVA. The historical waste

---

[10] (Golder Associates, 2017)

[11] (CEC, 2018)

[12] (CEC, 2019a)

[13] (JPL, 2003-2020)

[14] (CEC, 2019b)

        disposal quantities for Phase IIIA and IIIB were provided by Jefferson Parish, while Golder projected future (as of 2017) waste disposal totals on a five-year rolling average through 2034. (Appendix B1 of Golder report) (Golder, 2017).

[107]       As indicated in **Section 4.1.2**, in 2018, CEC conducted LFG generation modeling using their version of the EPA LandGEM model. The CEC model used waste disposal quantities for all Phase areas between 1982 and 2035. The report does not indicate the source of historical annual waste disposal quantities (CEC, 2018).

[108]       As detailed in **Section 4.1.3** in 2019, CEC conducted LFG generation modeling using their version of the EPA LandGEM model. Each Phase of the landfill was modeled separately. The historical waste disposal quantities for each Phase area were provided by Jefferson Parish. Future waste intake was assumed to be 350,000 tons/year through the end of the current solid waste permit life. Exhibit 4 included Tables 4-2 through 4-11, which provided the waste disposal quantities between 1982 and 2035 used in the CEC model (CEC, 2019a).

[109]       The Parish provides to the LDEQ Annual Certificates of Compliance, which include types and quantities of solid waste disposed of at the facility beginning in July of one year through June of the following year. Based on these documents (which were available back to 2002), the types and quantities of solid waste disposed at the landfill each year from 2002 through June 2020 were summarized (refer to **Appendix D**). The waste type consisted primarily of Type II Non-Industrial Solid Waste and Type I Industrial Solid Waste; however, offsite C&D was disposed of at the facility at least between 2008 and 2015 (JPL, 2003-2020).

[110]       On December 18, 2019, CEC submitted the Part 70 (Title V) Operating Permit Renewal Application for the Jefferson Parish Landfill. Section C of the application included air emission calculations, which included Landfill Gas Generation and Emission Rates modeled using USEPA LandGEM. The disposal rates from 1982 to 2015 were taken from the 2015 Title V Renewal Application, and the rates from 2016 to 2018 were provided by Jefferson Parish (CEC, 2019b).

[111]       We have reviewed the waste disposal quantities in each of these documents and note that they are not entirely consistent. The variation among the reported disposal quantities was most pronounced for the year 2013. For our LFG modeling purposes, I used the waste disposal quantities from the May 2019 CEC (CEC, 2019a) report for 1982 to 2015, except for 2013. For 2013, I considered the quantity provided in the CEC 2019 Title V Renewal Application (CEC, 2019b) to be a more reasonable assumption because it followed the trend of waste disposal rates. For 2016 through 2019, I used the actual quantities reported on the Certificate of Compliance forms between July 2016-June 2019, whereas the May 2019 CEC report assumed a waste intake of 350,000 tons/year through the end of the current solid waste permit life. For waste between 2020 and 2035, I used CEC's assumed waste intake rate of 350,000 tons/year. **Appendix E** of this report presents the annual waste acceptance rate since 1982 for each of the landfill phases (excluding spent lime used for liquid waste stabilization) that I used for purposes of our LandGEM modeling.

bottom liner are between 34 and 59% of the landfill height, the JPL site is analogous to the full-scale wet landfill studied by the EPA, where wetting occurred due to groundwater inflow from an unconfined aquifer. Therefore, I have concluded that a k value of 0.11 yr$^{-1}$ is appropriate to use as an input for the LandGEM model used to calculate LFG generation at the JPL Site.

### 5.2.3 Selection of the Methane Potential $L_o$ for the JPL Site

[126] For the reasons previously discussed, I have also concluded that for purposes of modeling LFG at the Jefferson Parish Landfill using LandGEM, it is appropriate to apply the $L_o$ value that EPA has recommended for wet landfills, which is 96 m$^3$/Mg.

### 5.2.4 H$_2$S Concentration for each Landfill Phase

[127] During our November 2019 site inspection, Ramboll recorded measurements of methane, carbon monoxide, carbon dioxide, oxygen, H$_2$S and static pressure at most gas wells using a GEM 5000. A Jerome 631X was also used to measure H$_2$S concentrations. Significantly, in Phase IVA, we were not able to obtain measurements at most Phase IVA well locations as dangerously high H$_2$S concentrations in ambient air precluded us from taking measurements at the LFG extraction wellhead locations. More broadly, due to health and safety considerations, we were prohibited by the defendants from accessing and sampling locations that were on or close to the locations in Phase IVA where active landfilling operations were being conducted. It is important to note that during its 2018 site assessment, CEC obtained its highest H$_2$S readings at these LFG extraction wells.

[128] In order to estimate emissions rates for hydrogen sulfide from solid waste (other than the waste accounted for by the lime and solidification process), an average H$_2$S concentration was calculated for each landfill phase. The average was calculated from wells with H$_2$S concentrations where oxygen was measured at less than 5%.[26] **Table 5-14** below shows the average H$_2$S concentration for each landfill phase that was input into LandGEM as the user-specified pollutant parameter for existing pollutants. Since the waste placed in Phase IVA included spent lime and related wastes (refer to **Section 7**), field measurements of hydrogen sulfide were not used at this stage. Rather, the average H$_2$S concentration from solid waste in Phase IVA (not including the spent lime solidified waste addressed by Dr. Pietari) was assumed to be equivalent to those of Phase IIIB.

**Table 5-14: Average H$_2$S Concentrations for Waste-In-Place**

| Phase | Average H$_2$S Conc. (ppm) | Number of Data Points |
|---|---|---|
| I | 70.2 | 15 |
| II | 34.4 | 9 |

---

[26] LFG Extraction wells with higher oxygen concentrations are indicative of atmospheric air intrusion. With the introduction of oxygen around the well, the anaerobic degradation process is disrupted, inhibiting the generation of methane and hydrogen sulfide. Therefore, measured concentrations of these compounds are not representative of the environmental conditions of the landfill media.

| Table 5-14: | Average $H_2S$ Concentrations for Waste-In-Place | |
|---|---|---|
| Phase | Average $H_2S$ Conc. (ppm) | Number of Data Points |
| IIIA | 15.5 | 61 |
| IIIB | 56.5 | 50 |
| IVA | 56.5 (assumed) | 50 |

### 5.3 Results of the Application of the LandGEM Model to Estimate $H_2S$ Generation from Solid Waste

[129] As noted, we performed landfill gas generation modeling using USEPA LandGEM Version 3.03 (June 2020). The potential methane generation capacity ($L_o$) was set to 96 cubic meters/ Megagram and the methane generation rate (k) was set to 0.11 year$^{-1}$. Consistent with LandGEM default assumptions (EPA, 2005a), the methane content was assumed to be 50% by volume.

[130] The estimated $H_2S$ generation for each landfill phase between 2005 and 2020 is summarized in **Table 5-15** below. These calculations do not include $H_2S$ generated by the spent lime solidification activities that took place in Phase IV A from 2016 to 2018. The $H_2S$ generated from those waste sources have been calculated separately by Dr. Pietari and are discussed in **Section 7**.

| Table 5-15: | $H_2S$ Generation from Solid Waste ($m^3/year$) | | | | |
|---|---|---|---|---|---|
| Year | Phase I | Phase II | Phase IIIA | Phase IIIB | Phase IVA |
| 2005 | 1281.19 | 295.05 | 795.64 | 0.00 | 0.00 |
| 2006 | 1147.73 | 264.31 | 732.77 | 511.48 | 0.00 |
| 2007 | 1028.18 | 236.78 | 674.10 | 909.57 | 0.00 |
| 2008 | 921.08 | 212.12 | 620.90 | 1249.79 | 0.00 |
| 2009 | 825.13 | 190.02 | 571.27 | 1504.29 | 0.00 |
| 2010 | 739.18 | 170.23 | 525.27 | 1692.90 | 0.00 |
| 2011 | 662.18 | 152.50 | 483.71 | 1852.76 | 0.00 |
| 2012 | 593.21 | 136.61 | 446.76 | 2003.12 | 0.00 |
| 2013 | 531.42 | 122.38 | 412.79 | 2115.81 | 0.00 |
| 2014 | 476.06 | 109.63 | 379.25 | 2091.12 | 195.36 |
| 2015 | 426.47 | 98.21 | 339.75 | 1873.30 | 574.78 |
| 2016 | 382.05 | 87.98 | 304.36 | 1678.16 | 859.33 |

| Table 7-2: | Summary of Annual H$_2$S Generation and Emission Estimates per Landfill Phase Over Time | | | | | | |
|---|---|---|---|---|---|---|---|
| Year | H$_2$S Generation | | | H$_2$S Fugitive Emissions | | | |
| | Solid Waste (Mg) | Spent Lime (Mg) | Solid Waste (Mg) | m$^3$ | Mg | m$^3$/m$^2$ | Mg/m$^2$ |
| Phase I | | | | | | | |
| 2016 | 0.14 | - | 0.14 | 87.6 | 0.1 | 4.38E-04 | 6.21E-07 |
| 2017 | 0.49 | - | 0.49 | 313.9 | 0.4 | 4.23E-04 | 5.99E-07 |
| 2018 | 0.43 | - | 0.43 | 281.2 | 0.4 | 4.07E-04 | 5.78E-07 |
| 2019 | 0.39 | - | 0.39 | 251.9 | 0.4 | 3.92E-04 | 5.56E-07 |
| Phase II | | | | | | | |
| 2016 | 0.03 | - | 0.03 | 20.2 | 0.03 | 1.33E-04 | 1.88E-07 |
| 2017 | 0.11 | - | 0.11 | 72.3 | 0.1 | 4.76E-04 | 6.74E-07 |
| 2018 | 0.10 | - | 0.10 | 64.7 | 0.1 | 4.26E-04 | 6.04E-07 |
| 2019 | 0.09 | - | 0.09 | 58.0 | 0.1 | 3.82E-04 | 5.41E-07 |
| Phase IIIA | | | | | | | |
| 2016 | 0.11 | - | 0.11 | 60.8 | 0.1 | 3.14E-04 | 4.45E-07 |
| 2017 | 0.39 | - | 0.39 | 217.9 | 0.3 | 1.12E-03 | 1.59E-06 |
| 2018 | 0.35 | - | 0.35 | 195.2 | 0.3 | 1.01E-03 | 1.43E-06 |
| 2019 | 0.31 | - | 0.31 | 174.9 | 0.2 | 9.03E-04 | 1.28E-06 |
| Phase IIIB | | | | | | | |
| 2016 | 0.59 | - | 0.59 | 303.0 | 0.4 | 2.01E-03 | 2.85E-06 |
| 2017 | 2.13 | - | 2.13 | 1,085.9 | 1.5 | 7.20E-03 | 1.02E-05 |
| 2018 | 1.91 | - | 1.91 | 972.8 | 1.4 | 6.45E-03 | 9.15E-06 |
| 2019 | 1.71 | - | 1.71 | 871.5 | 1.2 | 5.78E-03 | 8.19E-06 |