UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** Plaintiff | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312 |
| VERSUS | |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,** Defendants | SECTION: "E" (5) |
| *Related Case:* | CIVIL ACTION |
| **FREDERICK ADDISON, ET AL.,** Plaintiffs | NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5) |
| VERSUS | |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants | JUDGE: Morgan<br>MAGISTRATE JUDGE: North |
| *Applies to: All Cases* | |

## ORDER

The Court is considering Defendants' motion for a protective order.[1]

**IT IS ORDERED** that Defendants shall provide to Plaintiffs a privilege log of the documents Defendants assert are privileged in their motion for a protective order[2] by **Wednesday, June 7, 2023, at 12:00 p.m**.

**IT IS FURTHER ORDERED** that Defendants shall produce to the Court the privilege log and the documents that have been withheld (with attachments) by **Wednesday, June 7, 2023, at 12:00 p.m**. for the Court's in camera review.

---

[1] R. Doc. 333 (18-7889); R. Doc. 390 (19-11133).
[2] *Id.*

**New Orleans, Louisiana, this 5th day of June, 2023.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**