## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

FREDERICK ADDISON, ET AL.,                     CIVIL ACTION
    Plaintiffs

VERSUS                                         NO.  19-11133
                                                     c/w 19-14512

LOUISIANA REGIONAL LANDFILL                    SECTION: "E" (5)
COMPANY (LRLC), ET AL.,
    Defendants


*Related Case:*
                                               CIVIL ACTION
ELIAS JORGE "GEORGE"
ICTECH-BENDECK,
    Plaintiff                                  NO. 18-7889
                                              c/w 18-8071,
VERSUS                                              18-8218, 18-9312

PROGRESSIVE WASTE SOLUTIONS                    SECTION: "E" (5)
OF LA, INC., ET AL.,
    Defendants


*Applies to: All Cases*


### ORDER

**IT IS ORDERED** that a Zoom status conference with counsel for all cases is hereby scheduled for **Friday, September 1, 2023, at 10:00 a.m**. The instructions to participate will be emailed to all counsel.

**IT IS FURTHER ORDERED** that counsel for all cases shall meet and confer prior to the status conference to discuss discovery deadlines, trial dates, and pending motions.

New Orleans, Louisiana, this 25th day of August, 2023.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE