MINUTE ENTRY
MORGAN, J.
September 1, 2023

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**<br>        **c/w 18-8071,**<br>        **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**<br>        **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

## MINUTE ENTRY

A video status conference was held on September 1, 2023, at 10:00 a.m., in the chambers of Judge Susie Morgan.

>    Present:    Douglas Hammel and Jason Landry, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;
>
>    Kacie Gray, counsel for Plaintiff, Savannah Thompson;

1

> Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;
>
> Eliza James, Charles Foster, Eric Rowe, and Masten Childers, counsel for All Addison Plaintiffs;
>
> Megan Brillault, John Paul, and Michael Vitris, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;
>
> John DiGiglia and John Baay, counsel for Defendant, Aptim Corp.; and
>
> Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

On or before **Friday, September 15, 2023**, the parties shall file a separate joint proposed case management order for each case.

The parties discussed with the Court fact and expert discovery. The Court directed the parties to conduct fact and expert discovery concurrently in both cases. The parties will schedule expert depositions relevant to both cases first.

All fact discovery will be completed by **Wednesday, January 31, 2024.** All expert discovery will be completed by **Tuesday, April 30, 2024.**

Plaintiffs shall file their lists of existing and new expert witnesses in both cases by **Friday, September 22, 2023.**

Defendants shall file their lists of existing and new expert witnesses in both cases by **Friday, September 29, 2023.**

Plaintiffs shall file their lists of rebuttal experts in the *Addison* case by **Friday, October 13, 2023.**

On or before **Friday, September 15, 2023**, the parties shall send a joint letter to the Court's e-file email address informing the Court of any issues remaining under the following pending motions:

- *Plaintiffs' Motion to Compel Discovery* (18-7889, R. Doc. 326; 19-1113, R. Doc. 380)
- *Defendants' Motion to Quash Subpoena to SCS Engineers* (19-11133, R. Doc. 368) / *Plaintiff's Motion to Enforce Subpoena* (19-11133, R. Doc. 381)
- *Defendants' Motion for Protective Order* (18-7889, R. Doc. 333; 19-11133, R. Doc. 390)

On or before **Friday, September 8, 2023**, Defendants shall to the Court's e-file address a copy of the Joint Defense Agreement for *in camera* review.

The Court set a telephone status conference on **October 23, 2023, at 2:00 p.m**.

**New Orleans, Louisiana, this 1st day of September, 2023.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:56)