UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w 18-8071, 18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,** Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133 c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

## ORDER

Following the status conference on September 1, 2023, the Court ordered Defendants to provide copies of their Joint Defense Agreements for *in camera* review,[1] which they did on September 8, 2023.[2]

For the Court to determine whether the Joint Defense Agreements apply, Defendants must provide the withheld documents for *in camera* review. The

---

[1] R. Doc. 369.
[2] Via email to the Court's E-file address.

documents must be provided to the Court separately by each Defendant, together with a privilege log, on or before **Monday, September 25, 2023**. Each Defendant may, at the same time, provide a memorandum supporting its position that the documents may be withheld.

    **New Orleans, Louisiana, this 13th day of September, 2023.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**
