**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE"** | **CIVIL ACTION** |
| **ICTECH-BENDECK,** | |
|     **Plaintiff** | |
| | |
| **VERSUS** | **NO.  18-7889 c/w** |
| | **18-8071, 18-8218,** |
| | **18-9312** |
| | |
| **PROGRESSIVE WASTE SOLUTIONS** | **SECTION: "E" (5)** |
| **OF LA, INC., ET AL.,** | |
|     **Defendants** | |

*Related Case:*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | **CIVIL ACTION** |
|     **Plaintiffs** | |
| | |
| **VERSUS** | **NO.  19-11133 c/w** |
| | **19-14512** |
| | |
| **LOUISIANA REGIONAL LANDFILL** | **SECTION: "E" (5)** |
| **COMPANY (LRLC), ET AL.,** | |
|     **Defendants** | |

*Applies to: All Cases*

## ORDER

    **IT IS ORDERED** that a video status conference is hereby scheduled for **Thursday, September 28, 2023, at 1:30 p.m.** The Court will email all counsel with the link necessary to participate.

    **New Orleans, Louisiana, this 21st day of September, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**