UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>　　Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>　　Defendants<br><br>*Applies to: Both Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

### *ADDISON* TRIAL PLAINTIFFS' LIST OF EXPERTS

Pursuant to the Court's Minute Order dated September 1, 2023, and with the purpose of assisting the Parties in the planning and scheduling of expert discovery, Plaintiffs Frederick Addison *et al* submit this list of existing and new expert witnesses whose testimony may be presented at the trial of the *Addison* Trial Plaintiffs.[1] Plaintiffs whose claims will not be adjudicated in the first *Addison* trial reserve their rights to put forth new or different experts at the time of adjudication of their specific claims.

The *Addison* Trial Plaintiffs' existing and new experts and the topics on which they will opine are as follows:

1.　　**Jonathan Stoltz, CPA**
　　　**Jason Schellhaas, CPA**
　　　**John Theriot, CPA**
　　　**Malcolm M. Denies, LLC, CPAs**
　　　**611 N. Causeway Dr.**
　　　**Metairie, LA 70001**

---

[1] The Parties selected Plaintiffs Stanley Meyers, Geneva Green, Jonathan Tate, Reshaun Richardson, Mary Ann Winningkoff, Andrew Section, Vernice Lewis, Tyrone Thompson, Terrance Thompson, and Wendy Gremillion and Scott Gremillion, individually and on behalf of their two minor children as the *Addison* Trial Plaintiffs.

1

**Topics of Testimony:** Particularly considering that Dr. Joseph Kanter, the Louisiana State Health Officer and Medical Director, on behalf of Jefferson Parish, advised all persons living in the communities affected by the noxious odors emanating from the Jefferson Parish Landfill that they should, if they could, leave the area until the problems at the landfill were remediated, one appropriate method of measurement of a portion of the damages suffered by the affected persons is to determine the out of pocket cost necessary to avoid the nuisance, i.e. (in this case) to secure reasonable appropriate housing and subsistence outside the affected communities until the nuisance was abated, including associated moving, storage, cleaning and similar costs.

These estimated avoidance costs do not include any general damages associated with suffering the noxious odors prior to and during the transition period, the emotional and psychological costs entailed with leaving their homes and having their lives being disrupted, or the loss of the use and enjoyment of their property during the two and one half years of the disruption.

These experts will also comment on the opinions of any experts proffered by the Defendants in their areas of expertise.

2. **Jose Sananes**
   **Ramboll US Consulting, Inc.**
   **101 Carnegie Center #200**
   **Princeton, NJ 08540**

**Topics of Testimony:** Mr. Sananes is a licensed engineer and expert in the field of landfills, particularly landfill environmental control/treatment systems, landfill gas generations and estimation thereof, collection of landfill gas samples for the purpose of analysis, control and treatment of landfill gases, landfill cover, closure and brownfield, landfill redevelopment, soil and groundwater rehabilitation, beneficial reuse programs, and solid waste management. Mr. Sananes will testify about the applicable standard of care in the management of a municipal waste landfill,

2

specifically, as it relates to the management, care, and construction of landfill gas and leachate collection systems, landfill gas generation, and acceptance and management of certain waste profiles, all particularly at the Jefferson Parish Landfill. Mr. Sananes will further testify regarding Ramboll's activities in investigating and analyzing samples taken at the Landfill site in November 2019. he will further testify on the volume of Landfill gas emissions, including specifically hydrogen sulfide, from the Jefferson Parish Landfill that occurred during during the period from 2017 through 2019.

Mr. Sananes will also comment on the opinions of any experts proffered by the Defendants in his areas of expertise.

3. **Jaana Pietari, Ph.D.**
   **Ramboll US Consulting, Inc.**
   **3 Carlisle Road**
   **Suite 210**
   **Westford, MA 01886**

Topics of Testimony: Dr. Pietari is an expert in the field of the evaluation of fate and transport of the contaminant of landfills. Dr. Pietari will testify about the amount of hydrogen sulfide generated by the spent lime and fly ash accepted by Jefferson Parish Landfill.

Dr. Pietari will also comment on the opinions of any experts proffered by the Defendants in her areas of expertise.

4. **Dr. Susan Shiffman, Ph.D**
   **President, Schiffman Consulting**
   **18 Heath Place**
   **Durham, NC 27705**

Topics of Testimony: Dr. Schiffman is the preeminent expert on malodors and their impacts on humans. She is expected to testify regarding the injuries, severity, and effects of malodors emanating from the Jefferson Parish Landfill on the specific *Addison* Trial Plaintiffs; how volatile organic compounds (VOC) interact with malodors; how malodor plumes frequently

contained hydrogen sulfide levels that exceeded the WHO perception threshold and generated the specific adverse effects experienced by each *Addison* Trial Plaintiff; the psychological and learned reactions experienced by each Plaintiff as a result of malodor exposure. She will further testify about the source of the odors based on the analysis of the unique chemical composition of malodorous emissions from the Jefferson Parish Landfill and other factors.

Dr. Schiffman will also comment on the opinions of any experts proffered by the Defendants in her areas of expertise.

5. **James F. Lape, Jr.**
   **Integral Consulting Inc.**
   **200 Harry S. Truman Parkway**
   **Suite 300**
   **Annapolis, MD 21401**

**Topics of Testimony:** Mr. Lape is an expert in the area of toxic fate and transport modeling and exposure assessment. He will testify about the reliability of the CALPUFF model and its broad use in the business, military and governmental context, and its appropriateness in this case. Utilizing the CALPUFF model, the gas generation and emission rate opined by Ramboll (which, in his opinion, it was reliable and appropriate for him to do), the appropriate and reliable meteorological data, and the concentrations and duration of exposure used by Ramboll and accepted by the Court in the General Causation phase, he will testify on the likely, lower-bound individual average exposure frequency and concentration that each Trial Plaintiff suffered at any site where they are claiming damages from exposure to noxious odors emanating from Jefferson Parish Landfill, together with the factors validating his modeling and estimations.

Mr. Lape will also comment upon the opinions of any experts proffered by the Defendants in his areas of expertise.

6. **Dr. Michael K. Spodak, M.D.**

      **26 West Pennsylvania Avenue**
      **Towson, MD 21204**

      **Topics of Testimony:** Dr. Michael Spodak is a medical doctor who practices in the field of forensic psychiatry. Dr. Spodak will testify regarding the odors emanating from the Jefferson Parish Landfill causing the psychological damages complained of by the Plaintiffs and found by the Court in the General Causation. This includes but is not limited to anxiety, worry, sleeplessness, as well as how these symptoms from persistent odor exposure impacted the trial Plaintiffs' quality of life. He will further testify that the Landfill gases did in fact cause the psychological damages complained of by that each individual *Addison* Trial Plaintiff, and/or were an aggravation of such conditions if they predated exposure to landfill gases.

      Dr. Spodak will also comment on the opinions of any experts proffered by the Defendants in his areas of expertise.

7. **Dr. Robert J. DeLorenzo, M.D., PH.D., M.P.H., FAAN**
   **Virginia Commonwealth School of Medicine**
   **Department of Neurology**
   **1101 E Marshall Street**
   **Box 980599**
   **Richmond, VA 23298-0599**

      **Topics of Testimony:** Dr. Robert J. DeLorenzo is a board-certified neurologist and toxicologist. Utilizing the air modeling from James Lape on the concentration and frequency of exposure experienced by each *Addison* Trial Plaintiff, Dr. DeLorenzo will testify that the Landfill gases experienced by the Plaintiffs caused the trial Plaintiffs' symptoms including, but not limited to nausea, fatigue, loss of appetite, headaches, and dizziness that were established in the General Causation trial. As to each specific *Addison* Trial Plaintiff, Dr. DeLorenzo will opine that the conditions and symptoms on which each Plaintiff testified about or disclosed in their Plaintiff Fact Sheet or Response to Interrogatories were in fact caused by exposure to gases and odors emanating

from the Jefferson Parish Landfill and/or were an aggravation of such conditions if they predated exposure to landfill gases.

Dr. DeLorenzo will also comment on the opinions of any experts proffered by the Defendants in his areas of expertise.

Dated:  September 22, 2023

>Respectfully submitted,
>
>          S. Eliza James          
>S. Eliza James (La. Bar No. 35182)
>FORREST CRESSY & JAMES, LLC
>1222 Annunciation Street
>New Orleans, Louisiana 70130
>Tele:(504) 605.0777
>Fax: (504) 322.3884
>Email: eliza@fcjlaw.com
>
>
>          /s/ Eric C. Rowe          
>C. Allen Foster (Admitted Pro Hac Vice)
>Eric C. Rowe (Admitted Pro Hac Vice)
>Masten Childers, III (Admitted Pro Hac Vice)
>WHITEFORD, TAYLOR & PRESTON, L.L.P.
>1800 M Street, NW, Suite 450N
>Washington, DC 20036
>Tele: (202) 659.6800
>Fax: (202) 331.0573
>Email: cafoster@wtplaw.com
>erowe@wtplaw.com
>mchilders@wtplaw.com
>
>*Counsel For Addison Plaintiffs*