UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | CIVIL ACTION |
| **Plaintiffs** | NO. 19-11133, c/w 19-14512 |
| **VERSUS** | SECTION: "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | JUDGE: Morgan<br>MAGISTRATE JUDGE: North |
| **Defendants** | |

## WASTE CONNECTIONS DEFENDANTS' LIST OF EXISTING EXPERT WITNESSES TO BE OFFERED AT THE FIRST *ADDISON* MERITS TRIAL

Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company (collectively, "Waste Connections Defendants"), through undersigned counsel, respectfully state that they intend to offer opinions and testimony from the following experts at the first *Addison* merits trial.[1]

| Expert Name | Company and Address | Topics of Testimony |
|---|---|---|
| Michael Corn, P.E., BCEE | AquAeTer, Inc.<br>215 Jamestown Park, Suite 100<br>Brentwood, TN 37027 | Expert in emissions rates, fate and effect analysis, and non-landfill odors and emissions sources. Mr. Corn will offer opinions and testify about potential non-landfill sources of odors and emissions, including emissions rates and emissions events at those sources, and their impact on the thirteen *Addison* Plaintiffs selected by the parties to have their cases tried ("*Addison* Trial Plaintiffs"). Mr. Corn will also rebut the opinions and testimony offered by Plaintiffs' experts within his area of expertise. |

---

[1] The Court's September 29, 2023, minute entry provides that Defendants shall file their lists of new experts on or before October 6, 2023. ECF No. 417. The inclusion of new experts on the Waste Connections Defendants' list does not waive their right to supplement their list of experts with additional new experts on or before October 6, 2023.

| Expert Name | Company and Address | Topics of Testimony |
|---|---|---|
| Pamela Dalton, PhD, MPH | Monell Chemical Senses Center 3500 Market Street Philadelphia, PA 19104 | Expert in odor perception, psychology (including psychological impacts from odor perception), and psychogenic symptoms from odor and sensory perception. Dr. Dalton will offer opinions and testify about the psychological and other impacts (or lack thereof) to the *Addison* Trial Plaintiffs from alleged exposure to odors and emissions from the Jefferson Parish Landfill and other sources. Dr. Dalton will also rebut the opinions and testimony offered by Plaintiffs' experts within her area of expertise, including opinions offered by Dr. Schiffman, Dr. Spodak, and Dr. DeLorenzo. |
| John Kind, PhD, CIH, CSP | CTEH 5120 Northshore Drive, North Little Rock, AR 72118 | Expert in toxicology, the fate, transport, and interaction of compounds, and odor science (including the potential impact of odorous compounds on people, and the measurement of odorous compounds in the field). Dr. Kind will offer opinions and testify about the potential toxicological and other effects (or lack thereof) to the *Addison* Trial Plaintiffs from alleged exposure to odors and emissions from the Jefferson Parish Landfill and other sources, the interaction between chemicals, and his evaluation of the *Addison* Trial Plaintiffs' conditions, alleged physical impacts, risk factors, comorbidities and confounders. Dr. Kind will also offer opinions and testify about the fate and transport of odors and gases from the Jefferson Parish Landfill and other sources, including their potential to accumulate in homes or adsorb to household items. Dr. Kind will further rebut the opinions and testimony offered by Plaintiffs' experts within his area of expertise, including opinions offered by Dr. Schiffman and Dr. DeLorenzo. |

| Expert Name | Company and Address | Topics of Testimony |
|---|---|---|
| Peter M. McEnery, MAI, CRE<br><br>Baldwin Justice | The McEnery Company<br>810 Union Street, Fourth Floor<br>New Orleans, LA 70112 | Experts in real estate market analysis, real property valuation, and analyzing the potential effects of physical and environmental conditions on the use and market value of real property. Mr. McEnery and Mr. Justice will offer opinions and testify about the character of the *Addison* Trial Plaintiffs' neighborhoods, and the *Addison* Trial Plaintiffs' alleged loss of use and enjoyment of property and avoidance costs. Mr. McEnery and Mr. Justice will also rebut the opinions and testimony offered by Plaintiffs' experts within their area of expertise. |
| Bishow Shaha, PhD, P.E.[2] | Geosyntec Consultants, Inc.<br>900 Broken Sound Parkway NW, Suite 200<br>Boca Raton, FL 33487 | Expert in hydrogen sulfide generation in landfills, landfill design and permitting, landfill gas management systems, leachate collection system management, and landfill waste disposal. Dr. Shaha will rebut the opinions and testimony offered by Plaintiffs' experts regarding estimates of the amount of hydrogen sulfide generated at the Jefferson Parish Landfill. |
| Matthew Stutz, P.E. | Weaver Consultants Group<br>6420 Southwest Blvd. \| Suite 206<br>Fort Worth, TX 76109 | Expert in landfill design, engineering, management, and operations. Mr. Stutz will rebut the opinions and testimony of Plaintiffs' experts regarding the generation and emissions of landfill gas and hydrogen sulfide. He will also rebut the opinions and testimony offered by Plaintiffs' experts on the design, operation, and maintenance of the Jefferson Parish Landfill, including its cover, leachate, landfill gas, and odor control systems, and the acceptance of non-hazardous industrial waste at the Jefferson Parish Landfill, as well as other opinions within his area of expertise. Mr. Stutz will further offer opinions and testify about modeled emissions of landfill gas and hydrogen sulfide from the Jefferson Parish Landfill, River Birch Landfill, and Highway 90 C&D Landfill, including emissions rates. |

---

[2] The Waste Connections Defendants reserve the right to designate experts of their choice at the first *Addison* merits trial. Moreover, the Waste Connections Defendants' prior expert on hydrogen sulfide generation, Jeffrey Marshall, is recovering from a serious health issue that prevents him from serving as an expert witness in preparing for and at the trial of the *Addison* Trial Plaintiffs.

| Expert Name | Company and Address | Topics of Testimony |
|---|---|---|
| Paolo Zannetti, QEP | EnviroComp, Inc. 1188 Eagle Vista Ct. Reno, NV 89511 | Expert in atmospheric science, air pollution, and modeling of the dispersion of compounds in air. Dr. Zannetti will rebut the opinions and testimony of Plaintiffs' experts regarding the dispersion of hydrogen sulfide and other gases in air, as well as other opinions within his area of expertise. Dr. Zannetti will also offer opinions and testify about the dispersion of modeled emissions and odors from the Jefferson Parish Landfill and other sources, and the impact (or lack thereof) of the Jefferson Parish Landfill and those sources on the *Addison* Trial Plaintiffs. |
| Ali Hashimi, P.E. | Weaver Consultants Group 1316 Bond Street, Suite 108 Naperville, IL 60563 | Expert in landfill design, engineering, management, and operations. Mr. Hashimi will offer opinions and testify about the operation and maintenance of the Jefferson Parish Landfill and its control systems by each of the Defendants. Mr. Hashimi will also rebut the opinions and testimony of the experts offered by Plaintiffs and Defendants Jefferson Parish and Aptim Corporation relating to the Waste Connections Defendants' responsibility for the generation and emissions of landfill gas or odors, as well as other opinions within his area of expertise. |

Dated: September 29, 2023

        Respectfully submitted,

        BEVERIDGE & DIAMOND, P.C.

        By:   /s/ Megan R. Brillault
            Megan R. Brillault (*pro hac vice*)
            Michael G. Murphy (*pro hac vice*)
            John H. Paul (*pro hac vice*)
            Katelyn E. Ciolino (*pro hac vice*)
            Katrina M. Krebs (*pro hac vice*)
            825 Third Avenue, 16th Floor
            New York, NY 10022
            (212) 702-5400

            James B. Slaughter (*pro hac vice*)
            1900 N Street, NW, Suite 100
            Washington, DC 20036
            (202) 789-6000

            Michael F. Vitris (*pro hac vice*)
            400 W. 15th Street, Suite 1410
            Austin, TX 78701
            (512) 391-8035


        LISKOW & LEWIS, APLC

        Michael C. Mims (#33991)
        Charles B. Wilmore (#28812)
        J. Hunter Curtis (#39150)
        Alec Andrade (#38659)
        Cecilia Vazquez Wilson (#39373)
        701 Poydras Street, Suite 5000
        New Orleans, Louisiana 70139
        (504) 581-7979


        *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed on September 29, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                 /s/ Megan R. Brillault
                                                                                     OF COUNSEL