UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | NO. 19-11133 c/w 19-14512 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| LOUISIANA REGIONAL LANDFILL | * | |
| COMPANY, ET AL | * | JUDGE: MORGAN |
| | * | |
| | * | MAGISTRATE: NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JEFFERSON PARISH'S LIST OF EXISTING EXPERTS

Pursuant to the Court's Minute Order dated September 1, 2023, Defendant, Jefferson Parish, submits this list of existing expert witnesses whose testimony may be presented at the trial of this matter:

1. **Michael Corn, P.E., BCEE**
   **AquAeTer, Inc.**
   **215 Jamestown Park**
   **Suite 100**
   **Brentwood, TN 37027**

Mr. Corn is an Expert in emissions rates, fate and effect analysis, and non-landfill odors and emissions sources. Mr. Corn will offer opinions and testify about potential non-landfill sources of odors and emissions, including emissions rates and emissions events at those sources, and their impact on the thirteen *Addison* Plaintiffs selected by the parties to have their cases tried ("*Addison* Trial Plaintiffs"). Mr. Corn will also rebut the opinions and testimony offered by Plaintiffs' experts within his area of expertise.

1

2. **Pamela Dalton, Ph.D., M.P.H**
   **Monell Chemical Senses Center**
   **3500 Market Street**
   **Philadelphia, PA  19104**

Dr. Dalton is an Expert in odor perception, psychology (including psychological impacts from odor perception), and psychogenic symptoms from odor and sensory perception. Dr. Dalton will offer opinions and testify about the psychological and other impacts (or lack thereof) to the *Addison* Trial Plaintiffs from alleged exposure to odors and emissions from the Jefferson Parish Landfill and other sources. Dr. Dalton will also rebut the opinions and testimony offered by Plaintiffs' experts within her area of expertise, including opinions offered by Dr. Schiffman, Dr. Spodak, and Dr. DeLorenzo.

3. **John Kind, Ph.D., CIH, CSP**
   **CTEH**
   **5120 Northshore Drive**
   **North Little Rock, AR  71128**

Dr. Kind is an Expert in toxicology, the fate, transport, and interaction of compounds, and odor science (including the potential impact of odorous compounds on people, and the measurement of odorous compounds in the field). Dr. Kind will offer opinions and testify about the potential toxicological and other effects (or lack thereof) to the *Addison* Trial Plaintiffs from alleged exposure to odors and emissions from the Jefferson Parish Landfill and other sources, the interaction between chemicals, and his evaluation of the *Addison* Trial Plaintiffs' conditions, alleged physical impacts, risk factors, comorbidities and confounders. Dr. Kind will also offer opinions and testify about the fate and transport of odors and gases from the Jefferson Parish Landfill and other sources, including their potential to accumulate in homes or adsorb to household

2

items. Dr. Kind will further rebut the opinions and testimony offered by Plaintiffs' experts within his area of expertise, including opinions offered by Dr. Schiffman and Dr. DeLorenzo.

4. **Peter M. McEnery, MAI, CRE**
   **Baldwin Justice**
   **The McEnery Company**
   **810 Union Street, Fourth Floor**
   **New Orleans, LA  70112**

Mr. McEnery and Mr. Justice are Experts in real estate market analysis, real property valuation, and analyzing the potential effects of physical and environmental conditions on the use and market value of real property. Mr. McEnery and Mr. Justice will offer opinions and testify about the character of the *Addison* Trial Plaintiffs' neighborhoods, and the *Addison* Trial Plaintiffs' alleged loss of use and enjoyment of property and avoidance costs. Mr. McEnery and Mr. Justice will also rebut the opinions and testimony offered by Plaintiffs' experts within their area of expertise.

5. **Matt Stutz**
   **Weaver Consultants Group**
   **6420 Southwest Boulevard**
   **Suite 206**
   **Fort Worth, TX  76109**

Mr. Stutz is an Expert in landfill design, engineering, management, and operations. Mr. Stutz will rebut the opinions and testimony of Plaintiffs' experts regarding the generation and emissions of landfill gas and hydrogen sulfide. He will also rebut the opinions and testimony offered by Plaintiffs' experts on the design, operation, and maintenance of the Jefferson Parish Landfill, including its cover, leachate, landfill gas, and odor control systems, and the acceptance of non-hazardous industrial waste at the Jefferson Parish Landfill, as well as other opinions within his area of expertise. Mr. Stutz will further offer opinions and testify about modeled emissions of

3

landfill gas and hydrogen sulfide from the Jefferson Parish Landfill, River Birch Landfill, and Highway 90 C&D Landfill, including emissions rates.

6. **Paolo Zannetti, QEP**
   **EnviroComp, Inc.**
   **1188 Eagle Vista Court**
   **Reno, NV  89511**

Dr. Zannetti is an Expert in atmospheric science, air pollution, and modeling of the dispersion of compounds in air. Dr. Zannetti will rebut the opinions and testimony of Plaintiffs' experts regarding the dispersion of hydrogen sulfide and other gases in air, as well as other opinions within his area of expertise. Dr. Zannetti will also offer opinions and testify about the dispersion of modeled emissions and odors from the Jefferson Parish Landfill and other sources, and the impact (or lack thereof) of the Jefferson Parish Landfill and those sources on the *Addison* Trial Plaintiffs.

Dated: October 2, 2023.

> Respectfully submitted,
>
> **CONNICK AND CONNICK, LLC**
>
> By:  */s/ Michael S. Futrell*
> WILLIAM P. CONNICK, La. Bar No. 14158
> MICHAEL S. FUTRELL, La. Bar No. 20819
> MATTHEW D. MOGHIS, La. Bar No. 33994
> 3421 N. Causeway Boulevard, Suite 408
> Metairie, Louisiana 70002
> Telephone:     (504) 681-6663
> Facsimile:     (504) 838-9903
> *Counsel for Defendant, Jefferson Parish*

4

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                                     */s/ Michael S. Futrell*
                                                                      MICHAEL S. FUTRELL