UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL<br>    *Plaintiffs*<br><br>VERSUS<br><br>LOUISIANA REGIONAL LANDFILL<br>COMPANY, ET AL<br>    *Defendants* | CIVIL ACTION<br><br>NO. 19-11133 c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE MICHAEL NORTH |

*Applies to:  All Cases*

### APTIM CORPORATION'S LIST OF EXISTING EXPERT WITNESSES TO BE OFFERED AT THE FIRST *ADDISON* MERITS TRIAL

NOW COMES Defendant Aptim Corporation ("Aptim"), through undersigned counsel, respectfully states that it intends to offer opinions and testimony from the following experts at the first Addison merits trial.

1. **Mike Corn, P.E., BCEE**
   AquAeTer, Inc.
   215 Jamestown Park, Suite 100
   Brentwood, TN 37027

   **Topics of Testimony:** Expert in emissions rates and non-landfill odors and emissions sources. Mr. Corn will testify regarding potential non-landfill sources of odors and emissions, including emissions rates and significant emissions events within and around the relevant time period, as set forth in his report.

2. **John Kind, Ph.D, CIH, CSP**
   CTEH
   5120 Northshore Drive,
   North Little Rock, AR 72118

**Topics of Testimony:** Expert in toxicology and fate and transport of odor and contaminants. Dr. Kind will testify regarding certain aspects of Plaintiff Class Representatives' experts' opinions regarding the potential impact, including toxicological effects, to Plaintiff Class Representatives from alleged exposure to odors and emissions from the Jefferson Parish Landfill, as set forth in his report.

3. **Peter M. McEnery, MAI, CRE**
   **Baldwin Justice**
   The McEnery Company
   810 Union Street, Fourth Floor
   New Orleans, LA 70112

   Mr. McEnery and Mr. Justice are Experts in real estate market analysis, real property valuation, and analyzing the potential effects of physical and environmental conditions on the use and market value of real property. Mr. McEnery and Mr. Justice will offer opinions and testify about the character of the *Addison* Trial Plaintiffs' neighborhoods, and the *Addison* Trial Plaintiffs' alleged loss of use and enjoyment of property and avoidance costs. Mr. McEnery and Mr. Justice will also rebut the opinions and testimony offered by Plaintiffs' experts within their area of expertise.

4. **Matt Stutz, P.E.**
   Weaver Consultants Group
   6420 Southwest Blvd., Suite 206
   Fort Worth, TX 76109

   **Topics of Testimony:** Expert in landfill design, engineering, management, and operations. Mr. Stutz will rebut the opinions of Plaintiffs' experts regarding the generation and emissions of landfill gas and hydrogen sulfide. He will also rebut those experts' opinions on the design, operation, and maintenance of the Jefferson Parish

Landfill, including its leachate, landfill gas, and odor control systems and including the landfill's acceptance of non-hazardous industrial waste. Mr. Stutz will also present his opinions on modeled emissions of landfill gas and hydrogen sulfide from the River Birch and Highway 90 landfills.

5. **Paolo Zannetti**
   EnviroComp, Inc.
   1188 Eagle Vista Ct.
   Reno, NV 89511

   **Topics of Testimony:**  Expert in atmospheric science and modeling of the dispersion of compounds in air. Mr. Zannetti will testify as to the opinions of Plaintiff Class Representatives' experts regarding the dispersion of hydrogen sulfide and other gases in air. Mr. Zannetti will also present his opinion of the dispersion of modeled emissions from several other sources, using emissions and emission rates supplied by other expert witnesses.

6. **Barry Kline, P.E.**
   TRC Companies
   21 Griffin Road North
   Windsor, CT 06095

   **Topics of Testimony:**  Considering that Aptim was a contractor hired to operate the landfill gas collection system ("LFGCS") as it existed at the Jefferson Parish Landfill, Mr. Kline will testify regarding the incomplete LFGCS it was provided to operate, that Aptim was not responsible for the receipt of waste materials, that Aptim was not responsible for the design of the LFGCS, that Aptim had no control over the timing of the installation of the LFGCS components, that Aptim was faced with circumstances

beyond its control regarding LFGCS operations and maintenance, that Aptim was limited in its ability to operate and maintain the LFGCS by its contract with Jefferson Parish, that Aptim had no control over leachate levels in Phase IIIB or Phase IVA, that Aptim had no control over the timing of installation of in-well pumps in Phase IVA landfill gas wells, that Aptim had no control over the selection or installation of landfill cover materials and that monitoring for onsite or offsite odors was outside of the scope of Aptim's contract with Jefferson Parish.

Respectfully submitted,

*/s/ Nicholas S. Bergeron*
ERNEST P. GIEGER, JR. (6154)
Email:  egieger@glllaw.com
JOHN E. W. BAAY, II (22928)
Email:  jbaay@glllaw.com
J. MICHAEL DIGIGLIA (24378)
Email:  mdigiglia@glllaw.com
NICHOLAS S. BERGERON (37585)
Email:  nbergeron@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Hancock Whitney Building
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone:   (504) 561-0400
Facsimile:   (504) 561-1011

*Attorneys for Aptim Corporation*

4

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case management system on this 2nd day of October, 2023.

*/s/ Nicholas S. Bergeron*