UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | **CIVIL ACTION** |
| Plaintiffs | NO. 19-11133, c/w 19-14512 |
| **VERSUS** | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | **JUDGE: Susie Morgan** <br> **MAGISTRATE: Michael North** |
| Defendants | |

### APTIM CORPORATION'S LIST OF NEW EXPERT WITNESSES TO BE OFFERED AT THE FIRST *ADDISON* MERITS TRIAL

NOW COMES Defendant Aptim Corporation ("Aptim"), through undersigned counsel, respectfully states that it intends to offer opinions and testimony from the following experts at the first *Addison* merits trial.

1. **Brobson Lutz, M.D.**
   2622 Jena Street
   New Orleans, LA 70115

   **Topics of Testimony:** Expert in internal medicine, infectious diseases, and public health. Dr. Lutz will offer opinions and testify about the most likely causes of the injuries alleged by the thirteen *Addison* Plaintiffs selected by the parties to have their cases tried ("*Addison* Trial Plaintiffs"), including whether the alleged injuries can be attributed to the odors and emissions allegedly emanating from the Jefferson Parish Landfill. He will further offer opinions and testify about his review of relevant medical records, and the standard of care and typical practice for recording information in those records. Dr. Lutz will also rebut the opinions and testimony offered by Plaintiffs' experts within his area of expertise.

Respectfully submitted,

/s/ Nicholas S. Bergeron
ERNEST P. GIEGER, JR. (6154)
Email: egieger@glllaw.com
JOHN E. W. BAAY, II (22928)
Email: jbaay@glllaw.com
J. MICHAEL DIGIGLIA (24378)
Email: mdigiglia@glllaw.com
NICHOLAS S. BERGERON (37585)
Email: nbergeron@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Hancock Whitney Building
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
*Attorneys for Aptim Corporation.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on October 6, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Nicholas S. Bergeron

2