UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL | * | CIVIL ACTION |
|    Plaintiffs | * | |
| | * | NO. 19-11133 c/w 19-14512 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL | * | |
| | * | JUDGE:  MORGAN |
| | * | |
| | * | MAGISTRATE:  NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JEFFERSON PARISH'S LIST OF NEW EXPERT WITNESSES

Pursuant to the Court's Minute Order dated September 1, 2023, Defendant, Jefferson Parish, respectfully states that in addition to the Expert Witnesses previously listed[1], it intends to offer opinions and testimony from the following experts:

1. **Brobson Lutz, M.D.**
   **2622 Jena Street**
   **New Orleans, LA  70115**

Dr. Lutz is an Expert in internal medicine, infectious diseases and public health.  Dr. Lutz will offer opinions and testify about the most likely causes of the injuries alleged by the thirteen *Addison* Plaintiffs selected by the parties to have their cases tried ("*Addison* Trial Plaintiffs"), including whether the alleged injuries can be attributed to the odors and emissions allegedly emanating from the Jefferson Parish Landfill.  He will further offer opinions and testify about his review of relevant medical records and the standard of care and typical practice for recording

---

[1] This list supplements Jefferson Parish's October 2, 2023 List of Existing Experts. ECF No. 419.

information in those records. Dr. Lutz will also rebut the opinions and testimony offered by Plaintiffs' experts within his area of expertise.

**2. Joseph T. Gardemal III**
   **Alvarez & Marsal**
   **655 Fifteenth Street NW**
   **Washington, DC  20005**

Mr. Gardemal is an Expert in accounting investigations, valuation and damages. Mr. Gardemal will offer opinions and testify about the appropriate method of measuring the damages alleged by the *Addison* Trial Plaintiffs and their amount (if any). Mr. Gardemal will also rebut the opinions and testimony offered by Plaintiffs' experts within his area of expertise, including Mr. Stoltz, Mr. Schellhaas, and Mr. Theriot.

Dated: October 6, 2023.

Respectfully submitted,

**CONNICK AND CONNICK, LLC**

By: _/s/ Michael S. Futrell_
WILLIAM P. CONNICK, La. Bar No. 14158
MICHAEL S. FUTRELL, La. Bar No. 20819
MATTHEW D. MOGHIS, La. Bar. No. 33994
3421 N. Causeway Boulevard, Suite 408
Metairie, Louisiana 70002
Telephone:    (504) 681-6663
Facsimile:    (504) 838-9903
*Counsel for Defendant, Jefferson Parish*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                              */s/ Michael S. Futrell*
                                                             MICHAEL S. FUTRELL