UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | CIVIL ACTION |
| Plaintiffs | NO. 19-11133, c/w 19-14512 |
| VERSUS | SECTION: "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | JUDGE: Morgan<br>MAGISTRATE JUDGE: North |
| Defendants | |

## WASTE CONNECTIONS DEFENDANTS' LIST OF NEW EXPERT WITNESSES TO BE OFFERED AT THE FIRST *ADDISON* MERITS TRIAL

Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company (collectively, "Waste Connections Defendants"), through undersigned counsel, respectfully state that they intend to offer opinions and testimony from the following experts at the first *Addison* merits trial.[1]

---

[1] The Court's September 29, 2023, minute entry provides that Defendants shall file their lists of new experts on or before October 6, 2023. ECF No. 417. This list supplements the Waste Connections Defendants' September 29, 2023 list of expert witnesses to be offered at the first *Addison* merits trial. ECF No. 418.

| Expert Name | Company and Address | Topics of Testimony |
|---|---|---|
| Brobson Lutz, M.D. | 2622 Jena Street New Orleans, LA 70115 | Expert in internal medicine, infectious diseases, and public health. Dr. Lutz will offer opinions and testify about the most likely causes of the injuries alleged by the thirteen *Addison* Plaintiffs selected by the parties to have their cases tried ("*Addison* Trial Plaintiffs"), including whether the alleged injuries can be attributed to the odors and emissions allegedly emanating from the Jefferson Parish Landfill. He will further offer opinions and testify about his review of relevant medical records, and the standard of care and typical practice for recording information in those records. Dr. Lutz will also rebut the opinions and testimony offered by Plaintiffs' experts within his area of expertise. |
| Joseph T. Gardemal III, CPA | Alvarez & Marsal 655 Fifteenth Street NW Washington, DC 2005 | Expert in accounting investigations, valuation, and damages. Mr. Gardemal will offer opinions and testify about the appropriate method of measuring the damages alleged by the *Addison* Trial Plaintiffs, and their amount (if any). Mr. Gardemal will also rebut the opinions and testimony offered by Plaintiffs' experts within his area of expertise, including Mr. Stoltz, Mr. Schellhaas, and Mr. Theriot. |

Dated: October 6, 2023

Respectfully submitted,

BEVERIDGE & DIAMOND, P.C.

By:   /s/ Megan R. Brillault
      Megan R. Brillault (*pro hac vice*)
      Michael G. Murphy (*pro hac vice*)
      John H. Paul (*pro hac vice*)
      Katelyn E. Ciolino (*pro hac vice*)
      Katrina M. Krebs (*pro hac vice*)
      825 Third Avenue, 16th Floor
      New York, NY 10022
      (212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035


LISKOW & LEWIS, APLC

Michael C. Mims (#33991)
Charles B. Wilmore (#28812)
J. Hunter Curtis (#39150)
Alec Andrade (#38659)
Cecilia Vazquez Wilson (#39373)
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
(504) 581-7979

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically filed on October 6, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Megan R. Brillault
OF COUNSEL
