UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** Plaintiff | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312 |
| VERSUS | |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,** Defendants | SECTION: "E" (5) |
| *Related Case:* | CIVIL ACTION |
| **FREDERICK ADDISON, ET AL.,** Plaintiffs | NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5) |
| VERSUS | |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants | JUDGE: Morgan<br>MAGISTRATE JUDGE: North |
| *Applies to: All Cases* | |

**CONSENT MOTION TO AMEND DEADLINE
FOR SUBMISSION OF CASE MANAGEMENT ORDERS**

On behalf of all parties, Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company (collectively, "Waste Connections Defendants"), through undersigned counsel, respectfully move the Court to (1) vacate the October 12, 2023 deadline for the parties in the *Addison* and *Ictech-Bendeck* actions to submit revised case management orders as required by the Court's Minute Entry, dated September 28, 2023[1]; and (2) set a deadline of October 16, 2023 for the parties to submit the revised case management orders.

---

[1] R. Doc. 376 (18-7889); R. Doc. 417 (19-11133).

2

The parties have been conferring in good faith concerning the revised case management orders, but due to a number of extenuating circumstances an extension of the submittal deadline to Monday, October 16, 2023 would assist the parties in limiting or eliminating the remaining disputed case management issues presented to the Court.

WHEREFORE, the Waste Connections Defendants on behalf of all parties hereby request that this motion be granted and that the Court enter the attached proposed order (1) vacating the October 12, 2023 deadline for the parties in the *Addison* and *Ictech-Bendeck* actions to submit revised case management orders as required by the Court's September 28, 2023 Minute Entry; and (2) setting a deadline of October 16, 2023 for the parties to submit the revised case management orders.

Respectfully submitted,

BEVERIDGE & DIAMOND, P.C.

By: ___/s/ Megan R. Brillault_____

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

LISKOW & LEWIS, APLC

Michael C. Mims (#33991)
Charles B. Wilmore (#28812)
J. Hunter Curtis (#39150)
Alec Andrade (#38659)
Cecilia Vazquez Wilson (#39373)
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
(504) 581-7979

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed on October 12, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Megan R. Brillault
      OF COUNSEL