MINUTE ENTRY
MORGAN, J.
October 23, 2023

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>   Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**<br>   **c/w 18-8071,**<br>   **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>   Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>   Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**<br>   **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>   Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

## MINUTE ENTRY

A telephone status conference was held on the record on October 23, 2023, at 2:00 p.m., in the chambers of Judge Susie Morgan.

   Present:   Douglas Hammel and Jason Landry, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

   Kacie Gray, counsel for Plaintiff, Savannah Thompson;

> Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;
>
> Allen Foster, Eric Rowe, Masten Childers, and Aaron Oppegard, counsel for All Addison Plaintiffs;
>
> Michael Mims, Megan Brillault, John Paul, Michael Vitris, and Katelyn Ciolino, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;
>
> John DiGiglia and John Baay, counsel for Defendant, Aptim Corp.; and
>
> Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

The parties discussed the status of the case, the latest Case Management Orders, and the outstanding discovery issues.

The Court set a telephone status conference for **Monday, November 13, 2023, at 2:00 p.m**.

**The Court set the following deadlines for expert and fact discovery in both *Addison* and *Ictech*:**

- All fact discovery must be completed by **Wednesday, January 31, 2024**, except for fact discovery by the Plaintiffs related to Defendants' responses to Interrogatories 1 and 3[1] and Requests for Production 68 and 86-87.[2]

- Plaintiffs' expert reports are due on or before **Friday, February 2, 2024.**

- Defendants' expert reports are due on or before **Friday, February 23, 2024.**

---

[1] *Addison* Plaintiffs' First Set of Interrogatories to the Waste Connections Defendants, 18-7889, R. Doc. 329-1 at 1-2.

[2] *Addison* Plaintiffs' Second Set of Requests for Production of Documents to the Waste Connections Defendants, 18-7889, R. Doc. 329-2 at 8, 12.

- Defendants must provide complete responses to Interrogatories 1 and 3 and Requests for Production 68 and 86-87 on or before **Friday, February 23, 2024.**

- Plaintiffs' rebuttal expert reports are due on or before **Friday, March 15, 2024.**

- All expert depositions must be completed by **Tuesday, April 30, 2024**.

- Plaintiffs' discovery related to Defendants' responses to Interrogatories 1 and 3 and Requests for Production 68 and 86-87 must be completed by **Tuesday, April 30, 2024**.

Updated Case Management Orders will be filed in each case reflecting the above deadlines.

**Regarding the outstanding discovery issues, the Court made the following rulings:**

**<u>Plaintiffs' Motion to Compel Discovery</u>[3]**

- The Court **GRANTS IN PART** Plaintiffs' Motion to Compel Discovery as to Interrogatories 1 and 3,[4] and Requests for Production 68 and 86-87.[5] Defendants are hereby ordered to answer the interrogatories and produce responsive documents **on or before Friday, February 23, 2024**.

- The Court **DEFERS** ruling at this time on Defendants' objections to Requests for Production 58-66,[6] which seek documents involving SCS

---

[3] 18-7889, R. Doc. 326; 19-11133 R. Doc. 380.
[4] *Addison* Plaintiffs' First Set of Interrogatories to the Waste Connections Defendants, 18-7889, R. Doc. 329-1 at 1-2.
[5] *Addison* Plaintiffs' Second Set of Requests for Production of Documents to the Waste Connections Defendants, 18-7889, R. Doc. 329-2 at 8, 12.
[6] *Id.* at 4-7.

3

Engineers. However, Defendants are ordered to produce a privilege log describing each document involving SCS Engineers being withheld and the privilege being invoked **on or before Monday, November 13, 2023.**

### Defendants' Motion to Quash Subpoena to SCS Engineers[7]

- Regarding Defendants' objections to the subpoena issued to SCS Engineers,[8] Defendants are ordered to produce a privilege log describing each document withheld and the privilege being invoked **on or before Monday, November 13, 2023.**

### Defendants' Motion for a Protective Order[9]

- The parties have tentatively scheduled the 30(b)(6) deposition of Waste Connections Bayou, Inc., Waste Connections US, Inc. and Louisiana Regional Landfill Co. to take place on **Friday, December 1, 2023**.

- The Court will be available to the parties by phone on that day to rule on any objections to lines of questioning based on the application of the joint defense privilege.

- The Court advised the parties that if disputes over objections consume the seven hours allotted for the deposition, the Court will likely grant additional time to the Plaintiffs to complete the deposition.

**New Orleans, Louisiana, this 31st day of October, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[7] 19-11133, R. Doc. 368; *see also*, Plaintiff's Motion to Enforce Subpoena (19-11133, R. Doc. 381).
[8] Subpoena to Produce Documents Issued to SCS Engineers, R. Doc. 381-5.
[9] 18-7889, R. Doc. 333; 19-11133, R. Doc. 390.