UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, et al.** | * | **CIVIL ACTION NO. 19-CV-11133, 19-CV-14512** |
| **Plaintiffs,** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **Versus** | * | |
| | * | **MAG. JUDGE: MICHAEL NORTH** |
| **LOUISIANA REGIONAL LANDFILL** | * | |
| **COMPANY, et al.** | * | *Applies to All Consolidated Cases* |
| | * | |
| **Defendants.** | * | |

**************************************** ********************************************

## MOTION TO SUBSTITUTE DECEASED PARTIES- GERALDINE BATISTE, BARBARA RIDGLEY, LEON BRADLEY SR., DORIS COLLINS, LIZ EVERSON, ADELINE FITZPATRICK, VERNA GABRIEL, DEVORA HAMPTON, JAKE JAMES JR., KERRY RIDGLEY JR., ERNEST NEWELL, JOSEPH PETE JR., WILEY PINKLEY, DOLORES RICHARD, SAMANTHA ROBINSON, DAVID SCOTT, AND KAREN ROSS AND INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT,** come Lee Ann Huskey, Kerry Ridgley, Mable Bradley, Michelle Collins, Ronell Everson, Landry Everson, Rafiha Clark, Shelli Fitzpatrick, Adrienne Gabriel Moilanen, Tracy Hampton, Troy Ann Hampton, Lizzie Aaron, Shakemia Ridgley, Susie Roux Newell, Terry Pete, Pearl Pinkley, Ealice Haley, Betty Ann Hutchinson, Rashaud Robinson, Aletha Scott, and Tony Ross through counsel who pursuant to Fed.R.Civ.P. 25(1) move to substitute themselves as representative for deceased Plaintiffs in the following manner:

1.

Geraldine Batiste was an individual of majority residing at 232 Senate Drive, Westwego, LA 70094 and was named as a Plaintiff in the above-captioned action. Mrs. Batiste died on September 17, 2021. Pursuant to La. Civil Code art. 2315.1(2) Mrs. Batiste's surviving daughter, LeeAnn Huskey, is the proper party to assert Mrs. Batiste's surviving claims. LeeAnn Huskey is

1

not a current Plaintiff in this action, but now wishes to proceed in her capacity as legal successor to her mother, Geraldine Batiste.

2.

Barbara Ridgley was an individual of majority residing at 516 South Cumberland Street, River Ridge, LA 70123 and was named as a Plaintiff in the above-captioned action. Mrs. Ridgley died on September 25, 2022. Pursuant to La. Civil Code art. 2315.1(2) Mrs. Ridgley's surviving husband, Kerry Ridgley, is the proper party to assert Mrs. Ridgley's surviving claims. Kerry Ridgley is currently a Plaintiff in this action and now wishes to proceed in his individual capacity and in his capacity as legal successor to his wife, Barbara Ridgley.

3.

Leon Bradley, Sr. was an individual of majority residing at 612 South Upland Avenue, River Ridge, LA 70123 and was named as a Plaintiff in the above-captioned action. Mr. Bradley died on October 20, 2020. Pursuant to La. Civil Code art. 2315.1(2) Mr. Bradley's surviving wife, Mable Irene Bradley, is the proper party to assert Mr. Bradley's surviving claims. Mable Irene Bradley is currently a Plaintiff in this action and now wishes to proceed in her individual capacity and in her capacity as legal successor to her husband, Leon Bradley, Sr.

4.

Doris Collins was an individual of majority residing at 352 Deacon Street, Avondale, LA 70094 and was named as a Plaintiff in the above-captioned action. Ms. Collins died on August 3, 2022. Pursuant to La. Civil Code art. 2315.1(2) Ms. Collins' surviving daughter, Michelle Collins, is the proper party to assert Ms. Collins' surviving claims. Michelle Collins is not a current Plaintiff in this action, but now wishes to proceed in her capacity as legal successor to her mother, Doris Collins.

5.

Liz Everson was an individual of majority residing at 812 ½ South Cumberland Street, Metairie, LA 70003 and was named as a Plaintiff in the above-captioned action.  Ms. Everson died on February 23, 2022.  Pursuant to La. Civil Code art. 2315.1(2) Ms. Everson's surviving sons, Ronell Everson and Landry Everson, are the proper parties to assert Ms. Everson's surviving claims.  Ronell Everson and Landry Everson are not currently Plaintiffs in this action, but now wish to proceed in their capacity as legal successors to their mother, Liz Everson.

6.

Adeline Fitzpatrick was an individual of majority residing at 324 Counsel Drive, Avondale, LA 70094 and was named as a Plaintiff in the above-captioned action.  Ms. Fitzpatrick died on January 14, 2021.  Pursuant to La. Civil Code art. 2315.1(2) Ms. Fitzpatrick's surviving children Rafiha Clark and Shelli Fitzpatrick are the proper parties to assert Ms. Fitzpatrick's surviving claims.  Neither Rafiha Clark nor Shelli Fitzpatrick are current Plaintiffs in this action, but now wish to proceed in their capacity as legal successor to their mother, Adeline Fitzpatrick.

7.

Verna Gabriel was an individual of majority residing at 512 Avondale Garden Road, Avondale, LA 70094 and was named as a Plaintiff in the above-captioned action.  Ms. Gabriel died on October 27, 2022.  Pursuant to La. Civil Code art. 2315.1(2) Ms. Gabriel's surviving daughter, Adrienne Gabriel Moilanen, is the proper party to assert Ms. Gabriel's surviving claims.  Adrienne Gabriel Moilanen is a current Plaintiff in this action and now wishes to proceed in her individual capacity and in her capacity as legal successors to her mother, Verna Gabriel.

8.

Devora Hampton was an individual of majority residing at 809 South Cumberland Street, Metairie, LA 70003 and was named as a Plaintiff in the above-captioned action. Ms. Hampton died on April 16, 2022. Pursuant to La. Civil Code art. 2315.1(2) Ms. Hampton's surviving daughters, Tracy Hampton and Troy Ann Hampton, are the proper parties to assert Ms. Hampton's surviving claims. Tracy Hampton and Troy Ann Hampton are not currently Plaintiffs in this action, but now wish to proceed in their capacity as legal successors to their mother, Devora Hampton.

9.

Jake James, Jr. was an individual of majority residing at 136 Jasmine Lane, Waggaman, LA 70094 and was named as a Plaintiff in the above-captioned action. Mr. James died on December 28, 2022. Pursuant to La. Civil Code art. 2315.1(2) Mr. James' surviving sister, Lizzie Aaron, is the proper party to assert Mr. James' surviving claims. Lizzie Aaron is not a current Plaintiff in this action, but now wishes to proceed in her capacity as legal successor to her brother, Jake James, Jr.

10.

Kerry Ridgley, Jr. was an individual of majority residing at 132 27th Street, Kenner, LA 70062 and was named as a Plaintiff in the above-captioned action. Mr. Ridgley died on March 31, 2022. Pursuant to La. Civil Code art. 2315.1(2) Mr. Ridgley's surviving wife, Shakemia Ridgley, is the proper party to assert Mr. Ridgley's surviving claims. Shakemia Ridgley is currently a Plaintiff in this action and now wishes to proceed in her individual capacity and in her capacity as legal successor to her husband, Kerry Ridgley, Jr.

11.

Ernest Newell was an individual of majority residing at 703 Richard Avenue, River Ridge, LA 70123 and was named as a Plaintiff in the above-captioned action. Mr. Newell died on October 24, 2020. Pursuant to La. Civil Code art. 2315.1(2) Mr. Newell's surviving wife, Susie Roux Newell, is the proper party to assert Mr. Newell's surviving claims. Susie Roux Newell is currently a Plaintiff in this action and now wishes to proceed in her individual capacity and in her capacity as legal successor to her husband, Ernest Newell.

12.

Joseph Pete, Jr. was an individual of majority residing at 149 Southern Court, Avondale, LA 70094 and was named as a Plaintiff in the above-captioned action. Mr. Pete died on November 12, 2022. Pursuant to La. Civil Code art. 2315.1(2) Mr. Pete's surviving wife, Terry Pete, is the proper party to assert Mr. Pete's surviving claims. Terry Pete is currently a Plaintiff in this action and now wishes to proceed in her individual capacity and in her capacity as legal successor to her husband, Joseph Pete, Jr.

13.

Wiley Pinkley was an individual of majority residing at 511 Wilker Neal Avenue, River Ridge, LA 70123 and was named as a Plaintiff in the above-captioned action. Mr. Pinkley died on October 18, 2022. Pursuant to La. Civil Code art. 2315.1(2) Mr. Pinkley's surviving wife, Pearl Pinkley, is the proper party to assert Mr. Pinkley's surviving claims. Pearl Pinkley is currently a Plaintiff in this action and now wishes to proceed in her individual capacity and in her capacity as legal successor to her husband, Wiley Pinkley.

14.

Dolores Richard was an individual of majority residing at 404 Hanson Place, Kenner, LA 70062 and was named as a Plaintiff in the above-captioned action. Ms. Richard died on January 8, 2022. Pursuant to La. Civil Code art. 2315.1(2) Ms. Richard's surviving daughters, Ealice Haley and Betty Ann Hutchinson, are the proper parties to assert Ms. Richard's surviving claims. Ealice Haley and Betty Ann Hutchinson are not current Plaintiffs in this action and now wish to proceed in their capacity as legal successors to their mother, Dolores Richard.

15.

Samantha Robinson was an individual of majority residing at 60 Megehee Court, Waggaman, LA 70094 and was named as a Plaintiff in the above-captioned action. Ms. Robinson died on March 13, 2022. Pursuant to La. Civil Code art. 2315.1(2) Ms. Robinson's surviving son, Rashaud Robinson, is the proper party to assert Ms. Robinson's surviving claims. Rashaud Robinson is not a current Plaintiff in this action, but now wishes to proceed in his capacity as legal successor to his mother, Samantha Robinson.

16.

David Scott was an individual of majority residing at 629 South Cumberland Street, River Ridge, LA 70123 and was named as a Plaintiff in the above-captioned action. Mr. Scott died on August 23, 2021. Pursuant to La. Civil Code art. 2315.1(2) Mr. Scott's surviving wife, Aletha Scott, is the proper party to assert Mr. Scott's surviving claims. Aletha Scott is currently a Plaintiff in this action and now wishes to proceed in her individual capacity and in her capacity as legal successor to her husband, David Scott.

17.

Karen Ross was an individual of majority residing at 52 Winifred Street, Waggaman, LA 70094 and was named as a Plaintiff in the above-captioned action. Mrs. Ross died on July 7, 2021. Pursuant to La. Civil Code art. 2315.1(2) Mrs. Ross' surviving husband, Tony Ross, is the proper party to assert Mrs. Ross' surviving claims. Tony Ross is currently a Plaintiff in this action and now wishes to proceed in his individual capacity and in his capacity as legal successor to his wife, Karen Ross.

## LAW AND ARGUMENT

Fed.R.Civ.P. 25(1) states that, when a claim is not extinguished, "a motion for substitution may be made by any party, or by the decedent's successor or representative." Further, the various Case Management Orders governing this case indicated that substitutions would be handled on an omnibus fashion included in, or simultaneous to the filing of the Second Omnibus Amended Complaint.[1] As such, this Motion is filed simultaneous with the filing of the Second Ameded Complaint.

**WHEREFORE**, Plaintiffs Lee Ann Huskey, Kerry Ridgley, Mable Bradley, Michelle Collins, Ronell Everson, Landry Everson, Rafiha Clark, Shelli Fitzpatrick, Adrienne Gabriel Moilanen, Tracy Hampton, Troy Ann Hampton, Lizzie Aaron, Shakemia Ridgley, Susie Roux Newell, Terry Pete, Pearl Pinkley, Ealice Haley, Betty Ann Hutchinson, Rashaud Robinson, Aletha Scott, and Tony Ross pray that they be substituted as the legal representative of their deceased relatives and proceede in their individual capacity and/or in their capacity as the legal successors of Geraldine Batiste, Barbara Ridgley, Leon Bradley Sr., Doris Collins, Liz Everson, Adeline Fitzpatrick, Verna Gabriel, Devora Hampton, Jake James Jr., Kerry Ridgley Jr., Ernest

---

[1] *See* Rec. Doc. 429.

7

Newell, Joseph Pete Jr., Wiley Pinkley, Dolores Richard, Samantha Robinson, David Scott and Karen Ross.

Respectfully Submitted: November 9, 2023

**Respectfully submitted,**

**FORREST CRESSY & JAMES, LLC**

/s/ S. Eliza James

_____
Byron Forrest (La. Bar No. 35481)
Nicholas Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
1222 Annunciation Street
New Orleans, Louisiana 70130
Eliza@fcjlaw.com
Tele: 504.605.0777
Fax:  504.322.3884

OF COUNSEL:
C. Allen Foster (Admitted *Pro Hac Vice*
Eric C. Rowe (Admitted *Pro Hac Vice*)
**WHITEFORD   TAYLOR   PRESTON, LLP**
1800 M Street, NW
Suite 450N
Washington, DC 20036
(202) 659-6800

Masten Childers, III (Admitted *Pro Hac Vice*)
Lesley Cayton (*Pro Hac Vice* Application to be Submitted)
Aaron M. Oppegard (*Pro Hac Vice* Application to be Submitted)
**WHITEFORD   TAYLOR   PRESTON, LLP**
161 North Eagle Creek Drive
Suite 210
Lexington, KY 40509
Phone: (859) 687-6699
Fax: 859-263-3239

8