UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, et al.** | * | **CIVIL ACTION NO. 19-CV-11133, 19-CV-14512** |
| **Plaintiffs,** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **Versus** | * | |
| | * | **MAG. JUDGE: MICHAEL NORTH** |
| **LOUISIANA REGIONAL LANDFILL** | * | |
| **COMPANY, et al.** | * | *Applies to All Consolidated Cases* |
| | * | |
| **Defendants.** | * | |

*************************************** ***********************************************

## ORDER

Based on the foregoing Motion To Substitute Deceased Parties

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that deceased Plaintiff Geraldine Batiste substituted by her daughter and legal representative, LeeAnn Huskey. Ms. Huskey shall now proceed in her capacity as legal representative to deceased Plaintiff Geraldine Batiste.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Barbara Ridgley is substituted by her husband and legal representative, Kerry Ridgley. Mr. Ridgley shall now proceed as a Plaintiff in his individual capacity and in the capacity as legal representative to deceased Plaintiff Barbra Ridgley.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Leon Bradley, Jr. is substituted by his wife and legal representative, Mable Irene Bradley. Ms. Bradley shall now proceed as a Plaintiff in her individual capacity and in the capacity as legal representative to deceased Plaintiff Leon Bradley, Jr.

1

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Doris Collins is substituted by her daughter and legal representative, Michelle Collins. Michelle Collins shall now proceed as a Plaintiff in her individual capacity and in the capacity as legal representative to deceased Plaintiff Doris Collins.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Liz Everson is substituted by her sons sand legal representatives, Ronell Everson and Landry Everson. Landry Everson and Ronell Everson shall now proceed as a Plaintiffs in their capacity as legal representatives to deceased Plaintiff Liz Everson.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Adeline Fitzpatrick is substituted by surviving children Rafiha Clark and Shelli Fitzpatrick. Ms. Clark and Mr. Fitzpatrick shall now proceed in their capacities as legal representatives to deceased Plaintiff Adeline Fitzpatrick.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Verna Gabriel is substituted by her daughter and legal representative, Adrienne Gabriel Moilanen. Ms. Moilanen will now proceed in her individual capacity as legal representative to deceased Plaintiff Verna Gabriel.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Devora Hampton. Ms. Hampton is substituted by her daughters and legal representative, Tracy Hampton and Troy Ann Hampton. Ms. Tracy Hampton and Troy Ann Hampton will now proceed in their capacities as legal representatives to deceased Plaintiff Devora Hampton.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Verna Gabriel is substituted by her daughter and legal representative, Adrienne Gabriel Moilanen.

Ms. Moilanen will now proceed in her individual capacity as legal representative to deceased Plaintiff Verna Gabriel.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Devora Hampton is substituted by her daughters and legal representatives, Tracy Hampton and Troy Ann Hampton. Tracy Hampton and Troy Ann Hampton will now proceed in their capacities as legal representatives to deceased Plaintiff Devora Hampton.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Jake James, Jr. is substituted by his sister and legal representative, Lizzie Aaron. Ms. Aaron will now proceed in her capacity as legal representative to deceased Plaintiff Jake James, Jr.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Kerry Ridgley, Jr. is substituted by his wife Shakemia Ridgley. Ms. Ridgley will now proceed in her individual capacity as legal representative to deceased Plaintiff Kerry Ridgley, Jr.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Ernest Newell is substituted by his wife and legal representative, Susie Roux Newell. Mrs. Newell will now proceed in her individual capacity as legal representative to deceased Plaintiff Ernest Newell.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Joseph Pete, Jr. is substituted by his wife and legal representative, Terry Pete. Mrs. Pete will now proceed in her individual capacity and as legal representative to deceased Plaintiff Joseph Pete, Jr.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Wiley is substituted by his wife and legal representative, Pearl Pinkley. Mrs. Pinkley will now proceed in her individual capacity and as legal representative to deceased Plaintiff Wiley Pinkley.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Dolores Richard is substituted by her daughters legal representatives, Ealice Haley and Betty Ann Hutchinson. Ms. Haley and Ms. Hutchinson will now proceed in their capacities as legal representatives to deceased Plaintiff Dolores Richard.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Samantha Robinson is substituted by her son and legal representative, Rashaud Robinson. Mr. Robinson will now proceed in his capacity as legal representative to deceased Plaintiff Samantha Robinson.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff David Scott is substituted by his wife and legal representative, Althea Scott. Mrs. Scott will now proceed in her individual capacity and as legal representative to deceased Plaintiff David Scott.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that deceased Plaintiff Karen Ross is substituted by her husband and legal representative, Tony Ross. Mr. Ross will now proceed in his individual capacity as legal representative to deceased Plaintiff Karen Ross.

New Orleans, Louisiana, this _____ day of November, 2023.

_____
**HON. SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**