UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, et al.** | * | **CIVIL ACTION NO. 19-CV-** |
| **Plaintiffs,** | * | **11133, 19-CV-14512** |
| | * | |
| Versus | * | JUDGE SUSIE MORGAN |
| | * | |
| **LOUISIANA REGIONAL LANDFILL COMPANY, et al.** | * | MAG. JUDGE: MICHAEL NORTH |
| | * | |
| **Defendants.** | * | *Applies to All Consolidated Cases* |
| | * | |
| | * | |

**********************************************************************

### NOTICE OF SUBMISSION

Plaintiffs, Frederick Addision *et. al*. hereby notice their Motion to Substitute Deceased Paries for submission before the Honorable Susie Morgan on December 6, 2023 at 10:00 a.m.

Respectfully submitted, November 10, 2023

                                          **Respectfully submitted,**

                                          **FORREST CRESSY & JAMES, LLC**

                                          /s/ S. Eliza James
                                          _____
                                          Byron Forrest (La. Bar No. 35481)
                                          Nicholas Cressy (La. Bar No. 35725)
                                          S. Eliza James (La. Bar No. 35182)
                                          1222 Annunciation Street
                                          New Orleans, Louisiana 70130
                                          Eliza@fcjlaw.com
                                          Tele: 504.605.0777

Fax:   504.322.3884

OF COUNSEL:
C. Allen Foster (Admitted *Pro Hac Vice)*
Eric C. Rowe (Admitted *Pro Hac Vice*)
**WHITEFORD   TAYLOR   PRESTON, LLP**
1800 M Street, NW
Suite 450N
Washington, DC 20036
(202) 659-6800

Masten Childers, III (Admitted *Pro Hac Vice*)
Lesley Cayton (*Pro Hac Vice* Application to be Submitted)
Aaron M. Oppegard (*Pro Hac Vice* Application to be Submitted)
**WHITEFORD   TAYLOR   PRESTON, LLP**
161 North Eagle Creek Drive
Suite 210
Lexington, KY 40509
Phone: (859) 687-6699
Fax: 859-263-3239