## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, et al.** | \* | **CIVIL ACTION NO. 19-CV-** |
| **Plaintiffs,** | \* | **11133, 19-CV-14512** |
| | \* | |
| **Versus** | \* | **JUDGE SUSIE MORGAN** |
| | \* | |
| **LOUISIANA REGIONAL LANDFILL** | \* | **MAG. JUDGE: MICHAEL** |
| **COMPANY, et al.** | \* | **NORTH** |
| | \* | |
| **Defendants.** | \* | ***Applies to All Consolidated Cases**** |
| | \* | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFFS' SECOND AMENDED OMNIBUS COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

**NOW INTO COURT** come Plaintiffs Frederick Addison, *et al*., who file this Second Amended Omnibus Complaint for Damages and Injunctive Relief, as required by the Twelfth Case Management Order (Rec. Doc. 429).[1]

### INTRODUCTION

This action arises from the continuing, significant and unabated harm suffered by each of the named Petitioners as a result of the ongoing – and admitted – failure of each of the Defendants to ensure that the design, operation and maintenance of the Jefferson Parish Landfill (the "J.P. Landfill") complies with applicable environmental laws and adequately protects Petitioners' human health and environment.  At all relevant times, the J.P. Landfill and has persistently emitted

---

[1] As indicated in the Twelfth Case Management Order, the purpose of the Second Amended Omnibus Complaint is limited to reflect the substitution and dismissal of certain parties, the change in status of Plaintiffs formerly listed as minors, changes of addresses of certain Plaintiffs, correct spelling of legal names, and to correct any typographic errors.  The omission from this pleading of the names of Plaintiffs who have been dismissed from the case shall not be considered as a waiver of the rights of such Plaintiffs to seek reconsideration of the applicable dismissal order under Rule 54(b) or to appeal from entry of a final order in the case.  All such rights of dismissed are Plaintiffs expressly reserved.

harmful and toxic odors and chemicals into the surrounding areas, including where each of the Petitioners resides.

These unlawful, harmful and toxic releases have caused Petitioners substantial loss of the use and enjoyment of their homes and immovable property, and have caused physical harms including, among other things: difficulties breathing, coughing, nausea, burning eyes, ears, noses and throats, dizziness loss of appetite and lethargy, as well as fear, anguish, discomfort and inconvenience. These emissions also have caused diminution in the value of Petitioners' homes.

Accordingly, Petitioners seek redress from the Defendants for the direct and consequential injury and damage they have suffered and will continue to suffer as a direct result of the releases of noxious odors and chemicals from the J.P. Landfill.

Named Plaintiffs are as follows:[2]

**FREDERICK ADDISON,** an individual of full age of majority residing at 41 Morning Glory Lane, Waggaman, LA 70094, and owner of said immovable property.

**BARBARA ADDISON,** an individual of full age of majority residing at 41 Morning Glory Lane, Waggaman, LA 70094, and owner of said immovable property.

**PERRY ANDRAS,** an individual of full age of majority residing at 37 Morning Glory Lane, Waggaman, LA 70094, and owner of said immovable property.

**SHEILA BASKIN,** an individual of full age of majority residing at 648 Sweet Olive Lane, Waggaman, LA 70094, and owner of said immovable property.

**WILLIE FAYE BROOKS,** an individual of full age of majority residing at 20 Winifred Street, Waggaman, LA 70094, and owner of said immovable property, in her individual capacity and in her capacity as legal successor to **BERNIE LEWIS**, who was an individual of majority

---

[2] Plaintiffs generally are listed in the order they appeared on the First Amended Omnibus Complaint wherein Plaintiffs were grouped by the State Court Petition in which they were a named Plaintiff.

residing at 20 Winifred Street Waggaman, Louisiana 70094 and was named as a Plaintiff in the above-captioned action. Ms. Lewis died on January 31, 2019. Pursuant to La. Civil Code art. 2315.1(2) Ms. Lewis' surviving daughter, **WILLIE FAYE BROOKS**, is the proper party to assert Ms. Lewis' surviving claims.[3]

**MICHELLE COLLINS,** in her capacity as legal successor to **DORIS COLLINS,** deceased, who was an individual of majority residing at 352 Deacon Street, Avondale, LA 70094 and was named as a Plaintiff in the above-captioned action.  Ms. Collins died on August 3, 2022.  Pursuant to La. Civil Code art. 2315.1(2) Ms. Collins' surviving daughter, **MICHELLE COLLINS,** is the proper party to assert Ms. Collins' surviving claims**.**

**EDWARD CLOUDET,** an individual of full age of majority residing at 601 South Bengal Road, River Ridge, LA 70123, and owner of said immovable property.

**MONICA COLEMAN-LESTRICK,** an individual of full age of majority residing at 2 Jasmine Lane, Waggaman, LA 70094, and owner of said immovable property, in her individual capacity and as parent of her minor child, **C.L.**

**LULA DARDEN,** an individual of full age of majority residing at 408 Upland Avenue, River Ridge, LA 70123 and owner of said immovable property.

**RAFIHA CLARK** and **SHELLIE FITZPATRICK**, in their capacity as the legal successors to **ADELINE FITZPATRICK**, who was an individual of majority residing at 324 Counsel Drive, Avondale, LA 70094 and who was named as a Plaintiff in the above-captioned action.  Ms. Fitzpatrick died on January 14, 2021.  Pursuant to La. Civil Code art. 2315.1(2) Ms.

---

[3] *See* Rec. Doc. 246

Fitzpatrick's surviving children, **RAFIHA CLARK** and **SHELLIE FITZPATRICK** are the proper party to assert Ms. Fitzpatrick's surviving claims.[4]

**CARLA FORD,** an individual of full age of majority residing at 49 Judith Street, Waggaman, LA 70094, and owner of said immovable property.

**GERALD FORD, JR.,** an individual of full age of majority residing at 49 Judith Street, Waggaman, LA 70094, and owner of said immovable property.

**ADRIENNE GABRIEL MOILANEN** in her individual capacity and in her capacity as legal successor to **VERNA GABRIEL** who was an individual of majority residing at 512 Avondale Garden Road, Avondale, LA 70094 and was named as a Plaintiff in the above-captioned action. Ms. Gabriel died on October 27, 2022.  Pursuant to La. Civil Code art. 2315.1(2) Ms. Gabriel's surviving daughter, **ADRIENNE GABRIEL MOILANEN**, is the proper party to assert Ms. Gabriel's surviving claims.

**MERLENE GRANT,** an individual of full age of majority residing at 1811 Moisant Street, Kenner, LA 70062, and owner of immovable property.

**ETHEL GREEN,** an individual of full age of majority residing at 341 Providence Lane Apt. A, Kenner, LA 70062, and owner of a leasehold interest in said immovable premises.

**WENDY GREMILLION,** an individual of full age of majority currently residing at 509 Beacon Shores Drive Seneca, SC 28672, who formerly and at all time relevant to resided and was the owner of the immovable property located at 9701 Robin Lane, River Ridge, LA 70123, in her individual capacity and as parent of her minor children, **A.G.** and **B.G.**

---

[4] Rafiha Clark, legal representative to decedent Adeline Fitzpatrick, resides at 2643 Fawn Mountain Drive Fresno, TX 77545. Shellie Fitzpatrick, legal representative to decedent Adeline Fitzpatrick, resides at 4549 Meadowlake Drive Tupelo, MS 38801.

**SCOTT GREMILLION,** an individual of full age of majority currently residing at 509 Beacon Shores Drive Seneca, SC 28672, who formerly and at all time relevant to resided and was the owner of the immovable property located at 9701 Robin Lane, River Ridge, LA 70123.

**ALBERTINE HARGRAVE,** an individual of full age of majority residing at 8721 Milan Street, Metairie, LA 70003, and owner of said immovable property.

**ADA JACKSON,** an individual of full age of majority residing at 513 South Bengal Road, River Ridge, LA 70123, and owner of said immovable property.

**BRIDGETTE JOHNSON,** an individual of full age of majority residing at 325 Georgetown Drive, Avondale, LA 70094, and owner of said immovable property.

**JAVINE JOHNSON,** an individual of full age of majority residing at 2225 College Drive Baton Rouge, LA 70808, who at all relevant time formerly resided at 325 Georgetown Drive, Avondale, LA 70094.

**MARGUERITE JOHNSON,** an individual of full age of majority currently residing at 25250 Pardue Road, Lot 25A Springfield, LA 70462, who formerly and at all relevant time resided at 112 Marie Drive, Avondale, LA 70094, and owned said immovable property.

**RITA JONES,** an individual of full age of majority residing at 248 Glen Della Drive, Avondale, LA 70094, and owner of said immovable property.

**ELIZABETH LALA,** an individual of full age of majority residing at 8701 Steamboat Lane, River Ridge, LA 70123.

**BRUCE LIGHTELL,** an individual of full age of majority residing at 51 Winifred Street, Waggaman, LA 70094, and owner of said immovable property.

**LUCINDA LIGHTELL,** an individual of full age of majority residing at 51 Winifred Street, Waggaman, LA 70094, and owner of said immovable property.

**ELIZABETH LOWE**, an individual of full age of majority residing at 10001 Hyde Place, River Ridge, LA 70123, who previously and at all relevant time resided at 604 Hester Avenue, River Ridge LA 70123, and owned said immovable property.

**JOHN LOWE,** an individual of full age of majority residing at 10120 St. Paul Avenue, River Ridge, LA 70123, and owner of said immovable property.

**GARY MEYER,** an individual of full age of majority residing at 8717 Steamboat Lane, River Ridge, LA 70123, who previously and at all relevant time resided at 612 Hester Avenue, River Ridge, LA 70123, and owned said immovable property.

**RHONDA MEYER,** an individual of full age of majority residing at 8717 Steamboat Lane, River Ridge, LA 70123, who previously and at all relevant time resided at 612 Hester Avenue, River Ridge, LA 70123, and owned said immovable property.

**REGINA MITCHELL,** an individual of full age of majority residing at 204 Hanson Avenue, Kenner, LA 70062, and owner of said immovable property.

**TERRY PETE,** an individual of full age of majority residing at 149 Southern Court, Avondale, LA 70094, and owner of said immovable property, in her individual capacity and in her capacity as legal successor to **JOSEPH PETE, JR.** who was an individual of majority residing at 149 Southern Court, Avondale, LA 70094 and who was named as a Plaintiff in the above-captioned action. Mr. Pete died on November 12, 2022. Pursuant to La. Civil Code art. 2315.1(2) Mr. Pete's surviving wife, **TERRY PETE**, is the proper party to assert Mr. Pete's surviving claims.

**JOSEPH PETE, III,** an individual of full age of majority residing at 149 Southern Court, Avondale, LA 70094.

**AUGUST PETE,** an individual of full age of majority residing at 149 Southern Court, Avondale, LA 70094.

**ANDREA PICKNEY,** an individual of full age of majority residing at 657 Richard Avenue, River Ridge, LA 70123, and owner of said immovable property.

**WARREN PICKNEY,** an individual of full age of majority residing at 657 Richard Avenue, River Ridge, LA 70123, and owner of said immovable property.

**PEARL PINKLEY,** an individual of full age of majority residing at 511 Wilker Neal Avenue, River Ridge, LA 70123, and owner of said immovable property, in her individual capacity and in her capacity as legal successor to **WILEY PINKLEY,** who was an individual of majority residing at 511 Wilker Neal Avenue, River Ridge, LA 70123 and who was named as a Plaintiff in the above-captioned action. Mr. Pinkley died on October 18, 2022.  Pursuant to La. Civil Code art. 2315.1(2) Mr. Pinkley's surviving wife, **PEARL PINKLEY,** is the proper party to assert Mr. Pinkley's surviving claims.

**CAROLYN POLK,** an individual of full age of majority residing at 305 South Bengal Road, River Ridge, LA 70123, and owner of said immovable property.

**GLENDA PRIMUS,** an individual of full age of majority residing at 8521 Milan Street, Metairie, LA 70003, and owner of said immovable property.

**TONY ROSS,** an individual of full age of majority residing at 52 Winifred Street, Waggaman, LA 70094, and owner of said immovable property, acting in his individual capacity and in his capacity as legal successor to **KAREN ROSS,** deceased, who was an original Plaintiff in this action. Mrs. Ross died on July 7, 2021.  Pursuant to La. Civil Code art. 2315.1(2) Mrs. Ross' surviving husband, **TONY ROSS,** is the proper party to assert Mrs. Ross' surviving claims.

**ALETHA SCOTT,** an individual of full age of majority residing at 629 South Cumberland Street, River Ridge, LA 70123, and owner of said immovable property acting in her individual capacity and as legal successor to **DAVID SCOTT,** who was a named Plaintiff in the above-

captioned action. Mr. Scott died on August 23, 2021. Pursuant to La. Civil Code art. 2315.1(2) Mr. Scott's surviving wife, **ALETHA SCOTT**, is the proper party to assert Mr. Scott's surviving claims.

**CARI SERPAS,** an individual of full age of majority residing at 609 Hester Avenue, River Ridge, LA 70123, and owner of said immovable property, in her individual capacity and as parent of her minor children, **G.S.** and **C.S.**

**STEVEN SERPAS,** an individual of full age of majority residing at 609 Hester Avenue, River Ridge, LA 70123, and owner of said immovable property.

**JOHN THOMPSON, JR.,** an individual of full age of majority residing at 412 Wilker Neal Avenue, River Ridge, LA 70123, and owner of said immovable property, in his individual capacity and in his capacity as legal successor to **SHELIA THOMPSON JAMES**, who was an individual of majority residing at 412 Wilker Neal Avenue River Ridge, Louisiana 70123 and who was named as a Plaintiff in the above-captioned action. Ms. James died on July 5, 2019. Pursuant to La. Civil Code art. 2315.1(2) Ms. James' surviving brother **JOHN THOMPSON JR**, is the proper party to assert Ms. James' surviving claims.[5]

**CHANDRA TIGLER,** an individual of full age of majority residing at 29 Richelle Street, Waggaman, LA 70094, and owner of said immovable property.

**OBRAINA TIGLER,** an individual of full age of majority residing at 29 Richelle Street, Waggaman, LA 70094.

**GLORIA TOLEDANO,** an individual of full age of majority residing at 225 Helis Drive, Waggaman, LA 70094, and owner of said immovable property.

---

[5] *See* Rec. Doc. 246.

**ROY TOLEDANO, JR.,** an individual of full age of majority residing at 225 Helis Drive, Waggaman, LA 70094, and owner of said immovable property.

**MELVIN URSIN,** an individual of full age of majority residing at 500 Cumberland Street, River Ridge, LA 70123, and owner of said immovable property.

**KEVIN WOOD,** an individual of full age of majority residing at 3407 Arlington Street Jefferson, LA 70121, who at all time relevant to resided at and was the owner of the immovable property located at 824 Colonial Club Drive, Harahan, LA 70123.

**MARY WOOD,** an individual of full age of majority residing at 824 Colonial Club Drive, Harahan, LA 70123, and owner of said immovable property.

**LACEY MCKNIGHT,** an individual of full age of majority residing at 612 Hester Avenue, River Ridge, LA 70123, and owner of said immovable property.

**MARY PAUL,** an individual of full age of majority residing at 717 Richard Avenue, River Ridge, LA 70123, and owner of said immovable property.

**FRANK MCKNIGHT,** an individual of full age of majority residing at 612 Hester Avenue, River Ridge, LA 70123, and owner of said immovable property, in his individual capacity and as parent of his minor children, **I.M.** and **L.G.M.**

**STACY HOBBS,** an individual of full age of majority residing at 1324 Hickory Avenue Apt. A, Harahan, LA 70123, and owner of a leasehold interest in said premises, in her individual capacity and as a parent of her minor children, **T.C, A.C.,** and **M.C.**

**DANITRE ABBOTT,** an individual of full age of majority residing at 3120 Phoenix Street Apt. C, Kenner, LA 70062, and owner of a leasehold interest in said premises, in her individual capacity and as parent of her minor children, **C.A.** and **C.L.**

**JOHN AUGILLARD,** an individual of full age of majority residing at 209 North Sibley Street, Metairie, LA 70003, and owner of said immovable property.

**KEVON COUSIN,** an individual of full age of majority residing at 209 North Sibley Street, Metairie, LA 70003.

**KESEAN COUSIN,** an individual of full age of majority residing at 209 North Sibley Street, Metairie, LA 70003.

**JOYCE AUGILLARD,** an individual of full age of majority residing at 209 North Sibley Street, Metairie, LA 70003, and owner of said immovable property.

**KEISION WAYNE AUGILLARD,** an individual of full age of majority residing at 209 North Sibley Street, Metairie, LA 70003.

**KIERA AUGILLARD,** an individual of full age of majority residing at 209 North Sibley Street, Metairie, LA 70003.

**KEION BARDELL,** an individual of full age of majority residing at 44 Megehee Court, Waggaman, LA 70094, and owner of a leasehold interest in said premises.

**DONNA BUTLER,** an individual of full age of majority residing at 328 South Upland Avenue, River Ridge, LA 70123, and owner of said immovable property.

**SCOREY HOLMES** an individual of full age of majority residing at 328 South Upland Avenue, River Ridge, LA 70123.

**JARRELL CARTER,** an individual of full age of majority residing at 80 Clifford Court, Waggaman, LA 70094, and owner of a leasehold interest in said premises.

**LORENA CARTER,** an individual of full age of majority residing at 6624 Benedict Drive, Marrero, LA 70072.

**BRIAN CHISHOLM,** an individual of full age of majority residing at 334 Providence Lane, Kenner, LA 70062.

**ALICIA COLLINS,** an individual of full age of majority currently residing at 3121 Lamarque Street New Orleans LA 70114, and owner of a leasehold interest in said premises, formerly and at all relevant time resided at 21 Richelle Street Waggaman, LA 70094.

**LLOYD DANIELS,** an individual of full age of majority residing at 228 Della Lane, Avondale, LA 70094.

**TIFFANY DURANT,** an individual of full age of majority residing at 231 5th Street, Bridge City, LA 70094, and owner of said immovable property.

**MONROE GARDNER, III an** individual of full age of majority residing at 231 5th Street, Bridge City, LA 70094.

**CORNELL JOSEPH,** an individual of full age of majority residing at 1005 South Bengal Road, Metairie, LA 70003, and owner of said immovable property.

**JOYCE LEE,** an individual of full age of majority residing at 521 South Bengal Street, River Ridge, LA 70123 and owner of said immovable property.

**NORA LONDON,** an individual of full age of majority residing at 7928 Macon Street, Metairie, LA 70003 and owner of said immovable property.

**JAWON MCGEE,** an individual of full age of majority residing at 18 Sharen Place, Waggaman, LA 70094, and owner of a leasehold interest in said premises.

**JANET MCKEEL,** an individual of full age of majority residing at 537 George Street, Avondale, LA 70094.

**MARIYA MERRICKS,** an individual of full age of majority currently residing at 413 Riverbend Drive Alexandria, VA 71302, who formerly and at all time relevant to resided at and

owned a leasehold interest in the property located at 10950 Jefferson Highway Apt. S5, River Ridge, LA 70123.

**EDNA REED,** an individual of full age of majority residing at 43 Carriage Lane Apt. B, Destrehan, LA 70074, who previously and at all time relevant resided at 509 George Street, Avondale, LA 70094, and owned said immovable property.

**JOSEPH RIDGLEY,** an individual of full age of majority residing at 516 South Cumberland Street, River Ridge, LA 70123, and owner of a leasehold interest in said premises.

**DEBORAH SAVAGE,** an individual of full age of majority residing at 21 Richelle Street, Waggaman, LA 70094, and owner of a leasehold interest in said premises, in her individual capacity and as legal guardian of **C.B.**

**DEBORAH COLLINS** an individual of full age of majority residing at 21 Richelle Street, Waggaman, LA 70094.

**LARRY SAVAGE,** an individual of full age of majority residing at 21 Richelle Street, Waggaman, LA 70094, and owner of a leasehold interest in said premises.

**ROLAND SCHIPPLEIN,** an individual of full age of majority residing at 256 Azalea Drive, Waggaman, LA 70094, and owner of a leasehold interest of said immovable property.

**ANDREW SECTION,** an individual of full age of majority residing at 537 George Street, Avondale, LA 70094, and owner of said immovable property.

**LATOYA SINGLETON,** an individual of full age of majority residing at 124 Dillard Drive, Avondale, LA 70094.

**CLARENCE SMITH,** an individual of full age of majority residing at 226 Coleman Place, Kenner, LA 70062, and owner of a leasehold interest in said premises.

**LASHANDRA SMITH,** an individual of full age of majority residing at 317 Church Street, Avondale, LA 70094, and owner of a leasehold interest in said premises, in her individual capacity and as parent of her minor children, **C.E, J.E.,** and **N.S.**

**KAJON SMITH,** .an individual of full age of majority residing at 317 Church Street, Avondale, LA 70094.

**LEROY SMITH,** an individual of full age of majority residing at 10950 Jefferson Highway Apt. Y10, River Ridge, LA 70123, and owner of a leasehold interest in said premises.

**RAYFIELD SMITH,** an individual of full age of majority residing at 1224 Webster Street, Kenner, LA 70062.

**MYKELL STEWARD,** an individual of full age of majority currently residing at 1540 Wakefield Drive Marrero, LA 70072, who formerly and at all time relevant to resided at 18 Sharen Place, Waggaman, LA 70094.

**RHONDA STEWARD,** an individual of full age of majority currently residing at 1540 Wakefield Drive Marrero, LA 70072, who formerly and at all time relevant to resided at 18 Sharen Place, Waggaman, LA 70094.

**MARKEZ WHITE,** an individual of full age of majority currently residing at 1540 Wakefield Drive Marrero LA 70072, who formerly and at all time relevant to, resided at 18 Sharen Place, Waggaman, LA 70094

**MARY SUMMERALL,** an individual of full age of majority residing at 1100 Newton Street Apt. A, River Ridge, LA 70123, and owner of a leasehold interest in said premises.

**BRIAN WALKER, JR.,** an individual of full age of majority residing at 328 South Upland Avenue, River Ridge, LA 70123.

**BRIAN WALKER, III,** an individual of full age of majority residing at 328 South Upland Avenue, River Ridge, LA 70123.

**MELANIE WARD,** an individual of full age of majority residing at 132 Rosaline Drive Apt. A, Avondale, LA 70096, who previously and at all time relevant resided at 116 Rosalie Drive, Avondale, LA 70094, and owned a leasehold interest in said premises, in her individual capacity and as parent of her minor child, **B.B.**

**LLOYD WHITE, JR.,** an individual of full age of majority residing at 444 Liska Street Waggaman, LA 70094.

**GENEVA GREEN,** an individual of full age of majority residing at 205 Cabinet Drive, Avondale, LA 70094, and owner of said immovable property.

**CYNTHIA ALEXANDER,** an individual of full age of majority residing at 364 Glen Della Drive, Avondale, LA 70094, and owner of said immovable property.

**RUFUS ALLEN,** an individual of full age of majority currently residing at 7304 Mistletoe Street, Metairie LA 70003, who at all time relevant resided at and was the owner of immovable property located at 402 Alliance Street, Kenner, LA 70062.

**LEEANN HUSKEY**, an individual of full age of majority currently residing at 232 Senate Drive Avondale, LA 70094, in her capacity as legal successor to her mother, **GERALDINE BATISTE,** who was an individual of majority residing at 232 Senate Drive, Westwego, LA 70094 and was named as a Plaintiff in the above-captioned action.  Mrs. Batiste died on September 17, 2021.  Pursuant to La. Civil Code art. 2315.1(2) Mrs. Batiste's surviving daughter, **LEEANN HUSKEY**, is the proper party to assert Mrs. Batiste's surviving claims.[6]

---

[6] Leeann Huskey, legal representative of Geraldine Batiste, resides at 232 Senate Drive Avondale, LA 70094.

**DOLLY BIRDEN,** an individual of full age of majority residing at 209 Bishop Drive, Avondale, LA 70094, and owner of said immovable property.

**DANIELLE BRADLEY,** an individual of full age of majority residing at 525 Richard Avenue Apt. 20, River Ridge, LA 70123, and owner of a leasehold interest in said premises, in her individual capacity and as parent of her minor children, **J.B., Q.G.,** and **Z.G.**

**STEPHANIE BROOKS,** an individual of full age of majority currently residing at 1605 Wakefield Drive Marrero, LA 70072, who formerly and at all time relevant to resided at 2100 Sawmill Road Apt.12-101, River Ridge, LA 70123.

**KAYLA CHIRLOW,** an individual of full age of majority residing at 4444 Liska Street, Waggaman, LA 70094.

**SEANDELL COLLINS, SR.,** an individual of full age of majority residing at 3640 Edgewood Court, Avondale, LA 70094, and owner of said immovable property.

**DELICIA COLLINS,** an individual of full age of majority residing at 3640 Edgewood Court, Avondale, LA 70094, and owner of said immovable property.

**BARBARA DANIELS,** an individual of full age of majority residing at 151 Southern Court, Avondale, LA 70094, and owner of said immovable property.

**SHAWANDA FERRELL,** an individual of full age of majority residing at 645 Richard Avenue, Apt. 20, River Ridge, LA 70123.

**ANTHONY GREEN,** an individual of full age of majority residing at 312 Delegate Drive, Avondale, LA 70094, in her individual capacity and as parent of her minor child, **J.G.**

**LORI GREEN,** an individual of full age of majority residing at 201 Della Lane, Avondale, LA 70094, in her individual capacity and as parent to her minor children, **C.G.** and **K.H.**

**LORNE GREEN,** an individual of full age of majority residing at 201 Della Lane, Avondale, LA 70094, and owner of said immovable property.

**ROCHELLE GREEN,** an individual of full age of majority residing at 201 Della Lane, Avondale, LA 70094.

**THERESA GREEN,** an individual of full age of majority residing at 201 Della Lane, Avondale, LA 70094, and owner of said immovable property.

**TIONA GREEN,** an individual of full age of majority currently residing at 9220 Paula Lane, who at all time relevant formerly resided at 346 Azalea Drive, Waggaman, LA 70094, in her individual capacity and as parent of her minor children, **C.G** and **C.G.**

**JOSHUA GUILLARD,** an individual of full age of majority residing at 703 Richard Avenue, River Ridge, LA 70123.

**TERRELL GUILLARD,** an individual of full age of majority residing at 701 Richard Avenue, River Ridge, LA 70123, and owner of a leasehold interest in said premises.

**TERRELL GUILLARD, JR.,** an individual of full age of majority residing at 701 Richard Avenue, River Ridge, LA 70123.

**JACQUELYN HOWARD,** an individual of full age of majority residing at 312 Delegate Drive, Avondale, LA 70094.

**ALENA JESSIE,** an individual of full age of majority residing at 113 Dillard Drive, Avondale, LA 70094, and owner of said immovable property.

**ANN JESSIE,** an individual of full age of majority residing at 152 Southern Court, Avondale, LA 70094, and owner of said immovable property.

**ROOSEVELT JESSIE, III,** an individual of full age of majority residing at 113 Dillard Drive, Avondale, LA 70094, and owner of said immovable property.

16

**CLETIS JESSIE, SR.,** an individual of full age of majority residing at 152 Southern Court, Avondale, LA 70094, and owner of said immovable property, in his individual capacity and as parent to his minor child, **J.J.**

**VERNICE LEWIS,** an individual of full age of majority residing at 1116 South Starrett Road, Metairie, LA 70003.

**LARRY LITTLE,** an individual of full age of majority residing at 3636 Edgewood Court, Avondale, LA 70094, and owner of said immovable property, in his individual capacity and as parent to his minor child, **L.L.**

**MARICIA STIPE LITTLE,** an individual of full age of majority residing at 3636 Edgewood Court, Avondale, LA 70094, and owner of said immovable property.

**DAMANI JOSEPH** an individual of full age of majority residing at 3636 Edgewood Court, Avondale, LA 70094.

**TYRONNE MCKINLEY,** an individual of full age of majority residing at 18 Sharen Place Waggaman, LA 70094, and owner of a leasehold interest in said premises.

**STANLEY MEYERS,** an individual of full age of majority currently residing at 1041 Magnolia Drive Apt. A Westwego, LA 70094, who formerly and at all time relevant to resided at and was the owner of a leasehold interest in the property located at 2100 Sawmill Road Apt. 12-101, River Ridge, LA 70123.

**CHARLOTTE RINGO,** an individual of full age of majority residing at 701 Richard Avenue, River Ridge, LA, 70123, and owner of a leasehold interest in said premises, in her individual capacity and as parent to her minor child **T.R.**

**CHARLAN RINGO** an individual of full age of majority residing at 701 Richard Avenue, River Ridge, LA, 70123.

**CHARLETTA RINGO,** an individual of full age of majority residing at 701 Richard Avenue, River Ridge, LA 70123.

**CARY RODRIGUE,** an individual of full age of majority residing at 308 Jade Avenue, Metairie, LA 70003, and owner of said immovable property.

**CLAUDETTE SCRUBBS,** an individual of full age of majority residing at 164 Southern Court, Westwego, LA 70094, and owner of said immovable property.

**ANN SMITH,** an individual of full age of majority residing at 1224 Webster Street, Kenner, LA 70094, and owner of said immovable property.

**DOROTHY SMITH,** an individual of full age of majority residing at 1224 Webster Street, Kenner, LA 70094, and owner of said immovable property.

**ROSHANDA THOMPSON,** an individual of full age of majority currently residing at 635 Mockingbird Lane St. Rose, LA 70087, who formerly and at all time relevant to resided at and was the owner of a leasehold interest at 10950 Jefferson Highway Apt. K3, River Ridge, LA 70123 in her individual capacity and as parent of her minor children, **J.A.** and **R.W.**

**TERRANCE THOMPSON,** an individual of full age of majority residing at 1116 South Starrett Road, Metairie, LA 70003.

**TYRONE THOMPSON,** an individual of full age of majority residing at 1116 South Starrett Road, Metairie, LA 70003.

**GERALDMIAH GREEN,** an individual of full age of majority residing at 205 Cabinet Drive, Avondale, LA 70094.

**CLAUDETTE SIMONS,** an individual of full age of majority residing at 143 Grambling Court, Avondale, LA 70094, and owner of said immovable premises.

**SHELIA TAYLOR,** an individual of full age of majority residing at 329 Judiciary Drive, Avondale, LA 70094.

**RASHWANDA HARDEN,** an individual of full age of majority residing at 329 Judiciary Drive, Avondale, LA 70094, and owner of a leasehold interest in said premises, in her individual capacity and as parent to her minor children, **D.H.** and **D.H.**

**EDWARD WASHINGTON,** an individual of full age of majority residing at 409 Capital Drive, Avondale, LA 70094, and owner of said immovable premises.

**ELIZABETH WASHINGTON,** an individual of full age of majority residing at 409 Capital Drive, Avondale, LA 70094, and owner of said immovable premises.

**CHARLES LEE ANDERSON,** an individual of full age of majority residing at 1332 South Dilton Street, Metairie, LA 70003, and owner of said immovable property.

**ASHELEY AUGUSTINE,** an individual of full age of majority residing at 308 27th Street, Kenner, LA 70062.

**BYRON BARKER,** an individual of full age of majority residing at 24 Richelle Street, Waggaman, LA 70064, and owner of said immovable property.

**KIMBERLY BARKER,** an individual of full age of majority residing at 24 Richelle Street, Waggaman, LA 70094, and owner of said immovable property.

**TERRELL RODRIGUE,** an individual of full age of majority residing at 24 Richelle Street, Waggaman, LA 70094.

**DIONNE BARNES,** an individual of full age of majority residing at 140 Willswood Lane Waggaman, LA 70094, and owner of said immovable property.

**JAMES C. BARNES, JR.,** an individual of full age of majority residing at 140 Willswood Lane Waggaman, LA 70094, and owner of said immovable property.

**JAMES C. BARNES, III,** an individual of full age of majority residing at 140 Willswood Lane Waggaman, LA 70094.

**JALYN BARNES,** an individual of full age of majority residing at 140 Willswood Lane Waggaman, LA 70094.

**DEBRA PHELPS BROWN,** an individual of full age of majority residing at 31 Richelle Street Waggaman, LA 70064, and owner of said immovable property, in her own capacity and as legal representative of decedent, **MICHAEL BROWN**.[7]

**JEFFERY CARTER,** an individual of full age of majority residing at 181 Bishop Drive Avondale, LA 70094, and owner of said immovable property.

**DOLLY CROSLEY,** an individual of full age of majority residing at 2800 Mount Kennedy Drive Apt. 703, Marrero, LA 70072, who previously and at all relevant time resided at 181 Bishop Drive Avondale, LA 70094.

**SHY'NA JOHNSON**, an individual of full age of majority residing at 341 Providence Lane Apt. A Kenner, LA 70062, in her individual capacity and in her capacity as legal successor to **LEKESHA DAVIS**, who was an individual of majority residing at 341 Providence Street Apt. A Kenner, Louisiana 70062 and was named as a Plaintiff in the above-captioned action. Ms. Davis died on March 12, 2020. Pursuant to La. Civil Code art. 2315.1(2) Ms. Davis' surviving daughter, **SHY'NA JOHNSON**, is the proper party to assert Ms. Davis' surviving claims.[8]

**PAUL DAVIS, JR.,** an individual of full age of majority residing at 649 Clay Street, Kenner, LA 70062, and owner of a leasehold interest in said immovable property.

---

[7] Michael Brown's claims were alleged in a representative capacity by his surviving wife, Debra Phelps Brown and surviving son, Adam Brown, in the First Amended Omnibus Complaint.
[8] *See* Rec. Doc. 246.

**EDNA DODSON,** an individual of full age of majority residing at 312 Judiciary Drive, Avondale, LA 70094, and owner of said immovable property.

**GLEN DUBONE,** an individual of full age of majority residing at 136 Jasmine Lane, Waggaman, LA 70094, and owner of a leasehold interest in said immovable property.

**BETTY DUMAS,** an individual of full age of majority residing at 316 Rotunda Drive, Avondale, LA 70094, and owner of said immovable property.

**BETTY FERRELL,** an individual of full age of majority residing at 645 Richard Avenue, River Ridge, LA 70123, and owner of said immovable property.

**LAWRENCE FERRELL,** an individual of full age of majority residing at 707 Richard Avenue, River Ridge, LA 70123.

**RANDY FRICKEY,** an individual of full age of majority residing at 141 Daffodil Lane, Waggaman, LA 70094 in his capacity as parent of his minor child, **P.C.**

**RICKEY FRICKEY**, **RANDY FRICKEY** and **DARRELL DUFRENE**, in their capacity as legal successors to **LINDA FRICKEY**, who was an individual of majority residing 141 Daffodil Lane, Waggaman, LA 70094. Mrs. Frickey was a named Plaintiff in the above-captioned action. Mrs. Frickey died on March 22, 2021. Pursuant to La. Civil Code art. 2315.1(2) Mrs. Frickey's surviving husband, **RICKEY FRICKEY**, and her surviving sons **RANDYFRICKEY** and **DARRELL DUFRENE**, are the proper parties to assert Mrs. Frickey's surviving claims.[9] [10]  **RICKEY FRICKEY** and **RANDY FRICKEY** are current plaintiffs in this action and will now proceed in both their individual capacities and in their capacities as legal

---

[9] Darrell Dufrene, legal representative of Linda Frickey, resides at 1764 Waynesboro Shubuta Road Waynesboro, MS 39367.
[10] Randy Frickey also proceeds in a representative capacity on behalf of his minor child.

representative for Mrs. Frickey. **DARRELL DUFRENE** is not a current plaintiff in this action and will proceed in the capacity only as legal representative for Mrs. Frickey.[11]

**SANDRA GARNER,** an individual of full age of majority residing at 120 Ursula Drive, Avondale, LA 70094, and owner of a leasehold interest in said premises, in her individual capacity and on behalf of her minor children, **D.S.** and **D.S.**

**CLAUDETTA GOLSTON,** an individual of full age of majority residing at 7937 Macon Street, Metairie, LA 70003, and owner of said immovable property.

**ALVIN GORDON, JR.,** an individual of full age of majority residing at 4616 Bayou Nock Drive, Marrero, LA 70072, who previously and at all time relevant resided at 37 Duffy Street, Waggaman, LA 70094, and owned said immovable property.

**GABRIELLE GORDON,** an individual of full age of majority residing at 4616 Bayou Nock Drive, Marrero, LA 70072, who previously and at all time relevant resided at 37 Duffy Street, Waggaman, LA 70094, and owned said immovable property, in her individual capacity and as parent of her minor child, **G.G.**

**D'LISA GREEN,** an individual of full age of majority residing at 341 Providence Lane Apt. A, Kenner, LA 70062.

**DANIEL GUILBEAU,** an individual of full age of majority residing at 600 Wilker Neal Avenue, River Ridge, LA 70123.

**FELTON GUILBEAU,** an individual of full age of majority residing at 600 Wilker Neal Avenue, River Ridge, LA 70123.

**GLENDA GUILBEAU,** an individual of full age of majority residing at 600 Wilker Neal Avenue, River Ridge, LA 70123, and owner of said immovable property.

---

[11] *See* Rec. Doc. 315.

**SHELIA GUILBEAU,** an individual of full age of majority residing at 600 Wilker Neal Avenue, River Ridge, LA 70123.

**CALISA HAMMOND,** an individual of full age of majority residing at 120 Rosalie Drive, Westwego, LA 70094, and owner of a leasehold interest in said premises, in her individual capacity and as parent of her minor child, **M.H.**

**ALFREDA HARDIN,** an individual of full age of majority residing at 621 South Cumberland Apt. C, River Ridge, LA 70123, and owner of a leasehold interest in said premises.

**BRENDA HARRIS,** an individual of full age of majority residing at 415 Hanson Place, Kenner, LA 70062, and owner of a leasehold interest in said premises.

**MICHAEL HARRIS, SR.,** an individual of full age of majority residing at 415 Hanson Place, Kenner, LA 70062, and owner of a leasehold interest in said premises.

**AMBER HYBART,** an individual of full age of majority residing at 247 Dilton Street, River Ridge, LA 70062, and owner of said immovable property, in her individual capacity and as parent of her minor children, **A.H., A.H., D.H.,** and **J.H.**

**NICHOLAS HYBART,** an individual of full age of majority residing at 247 Dilton Street, River Ridge, LA 70123, and owner of said immovable property.

**MICHELLE LEE,** an individual of full age of majority residing at 502 Wilker Neal Avenue, River Ridge, LA 70123, and owner of a leasehold interest in said premises, in her individual capacity and as parent of her minor children, **K.W., J.K.,** and **J.K.**

**LEO LESTRICK,** an individual of full age of majority residing at 133 Jasmine Lane, Waggaman, LA 70094.

**TUSCANOW LEWIS,** an individual of full age of majority residing at 226 Coleman Place, Kenner, LA 70062, and owner of a leasehold interest in said premises.

**LATOYA MANSON,** an individual of full age of majority currently residing at 20 Larkspur Lane Waggaman, LA 70094, who formerly and all time relevant to resided at and owned a leasehold interest in the property located at 44 Megehee Court, Waggaman, LA 70094, in her individual capacity and as parent of her minor children, **K.G., J.G., B.G.,** and **N. B.**

**MICHELLE MEYER,** an individual of full age of majority residing at 8717 Steamboat Lane, River Ridge, LA 70123.

**CHANCE PALAZZOLO,** an individual of full age of majority residing at 141 Daffodil Lane, Waggaman, LA 70094.

**BERTHA BOLONEY,** an individual of full age of majority residing at 249 Coretta Drive, Avondale, LA 70094, and owner of a leasehold interest in said premises.

**BRADY REED,** an individual of full age of majority residing at 249 Coretta Drive, Avondale, LA 70094, who previously and at all time relevant resided at 21 Sharen Place, Waggaman, LA 70094, and owned said immovable property.

**WILLIS REED,** an individual of full age of majority residing at 249 Coretta Drive, Avondale, LA 70094, and owner of said immovable property.

**VERNA REED,** an individual of full age of majority residing at 133 Jasmine Lane, Waggaman, LA 70094, and owner of said immovable property.

**WILLIS REED, JR.,** an individual of full age of majority residing at 133 Jasmine Lane, Westwego, LA 70094, and owner of said immovable property.

**KERRY RIDGLEY** in his capacity as legal successor to **BARBARA RIDGLEY**, who was an individual of majority residing at 516 South Cumberland Street, River Ridge, LA 70123 and who was named as a Plaintiff in the above-captioned action.  Mrs. Ridgley died on September

25, 2022.  Pursuant to La. Civil Code art. 2315.1(2) Mrs. Ridgley's surviving husband, **KERRY RIDGLEY**, is the proper party to assert Mrs. Ridgley's surviving claims.

**MINDY BERTUCCI-RIGNEY,** an individual of full age of majority residing at 9608 Justin Place, River Ridge, LA 70123, and owner of said immovable property, in her individual capacity and as parent of her minor children, **G.R., G.R.,** and **G.R.**

**WILLIAM STANLEY,** an individual of full age of majority residing at 8933 Camille Court, River Ridge, LA 70123, and owner of said immovable property

**MONTERIO VAUGHN,** an individual of full age of majority residing at 500 Cumberland Street, River Ridge, LA 70123.

**KIMBERLY NORMAND**, in her capacity as legal successor to **KERNER WEATHERSBY**, who was an individual of full age of majority residing at 604 Hester Avenue, River Ridge, LA 70123, and owner of said immovable property and who was named as a Plaintiff in the above-captioned action. Mr. Weathersby died on April 19, 2019.  Pursuant to La. Civil Code art. 2315.1(2) Mr. Weathersby's surviving sister, **KIMBERLY NORMAND**, is the proper party to assert Mr. Weathersby's surviving claims.[12]

**LAKEISHA ALLEN**, an individual of full age of majority residing at 9009 Rousseau St., Kenner, LA 70062 and owner of a leasehold interest in said premises.

**CHANDRA AUGUST,** an individual of full age of majority residing at 307 5th Street, Apt. B Bridge City, Louisiana 70094 who formerly and at all time relevant to, resided at and was the owner of the immovable property located at 261 Capitol Dr., Avondale, LA 70084.

**J.C. BATES,** an individual of full age of majority residing at 307 Audubon Ct., Kenner, LA 70062, and owner of a leasehold interest in said premises.

---

[12] *See* Rec. Doc. 246. Kimberly Normand, legal representative for Kerner Weathersby, resides at 80 Oleander Court Mandeville, LA 70471.

**ECHELLE BATES,** an individual of full age of majority residing at 525 Taylor St. Apt. A, Kenner, LA 70062 and owner of a leasehold interest in said premises.

**LA'SHEA BATES,** an individual of full age of majority residing at 525 Taylor St. Apt. A, Kenner, LA 70062, and owner of a leasehold interest in said premises and in her individual capacity and on behalf of her minor child, **O.B.**

**ROSA BATES,** an individual of full age of majority residing at 10950 Jefferson Hwy. Apt. R6, River Ridge, LA 70123, and an owner of a leasehold interest in said premises.

**BREANA TATE**, an individual of full age of majority residing at 253 Azalea Dr., Waggaman LA 70094, in her individual capacity and as parent of her minor child, **J.T.**[13]

**HOLLY BLANCHARD**, an individual of full age of majority residing at 253 Azalea Dr., Waggaman LA 70094, in her individual capacity.

**CHARLES BLOODSWORTH,** an individual of full age of majority residing at 9125 5th St., River Ridge, LA 70123 and owner of said immovable property.

**GINA BLOODSWORTH,** an individual of full age of majority residing at 9125 5th St., River Ridge, LA 70123 and owner of said immovable property, in her individual capacity and on behalf of her minor children, **C.B.**, **J.B.,** and **B.B.**

**MICHAEL BRUNET,** an individual of full age of majority currently residing at 624 Percy Brown Road, Apt. 933 Thibodaux, LA 7030, who formerly and at all time relevant to resided at and was the owner of the immovable property located at 605 Hester Avenue, River Ridge, LA 70123.

---

[13] Breana Tate was previously listed on the First Omnibus Complaint as Breana Blanchard. Mrs. Tate legally changed her last name subsequent to her marriage.

**ASHLEY COLEMAN,** an individual of full age of majority residing at 5808 Cedar Creek Road Apt 215, River Ridge, LA 70123 and owner of a leasehold interest in said premises, in her individual capacity and as parent of her minor child, **S.A.L.**

**ERICA COLLINS,** an individual of full age of majority residing at 337 Glen Della Dr., Waggaman, LA 70094, and owner of a leasehold interest in said premises, in her individual capacity and as parent of her minor child, **K.B.**

**PATTY CRIER**, an individual of full age of majority residing at 744 Hooter Rd., Westwego, LA 70094, and owner of a leasehold interest in said premises.

**CATHY DANIELS,** an individual of full age of majority residing at 228 Della Lane Avondale, LA 70094, and owner of said immovable property.

**LAKEISHA DANIELS,** an individual of full age of majority residing at 228 Della Lane Avondale, LA 70094.

**SHANTEL EVANS,** an individual of full age of majority residing at 8021 Monett St Metairie LA 70003 and owner of a leasehold interest in said premises, in her individual capacity and as parent of her minor children, **D.E.** and **F.E.**

**RONELL EVERSON** and **LANDRY EVERSON**, in their capacities as legal successors to **LIZ EVERSON**, who was an individual of majority residing at 812 ½ South Cumberland Street, Metairie, LA 70003 and who was named as a Plaintiff in the above-captioned action.  Ms. Everson died on February 23, 2022.  Pursuant to La. Civil Code art. 2315.1(2) Ms. Everson's surviving sons, **RONELL EVERSON** and **LANDRY EVERSON**, are the proper parties to assert Ms. Everson's surviving claims.[14]

---

[14] Ronell Everson, legal representative of decedent Liz Everson, current mailing address is 100 Dolhonde Street Gretna, LA 70053. Landry Everson, legal representative of decedent of Liz Everson, current mailing address is 2984 Old Plain Dealing Road Plain Dealing, LA 71064.

**DESELLE GUSTAIN,** an individual of full age of majority currently residing at 718 Central Avenue Apt. 106 Jefferson, LA, who at all time relevant formerly resided and was the owner of a leasehold interest in the property located at 10506 Jefferson Hwy. Apt. 3, River Ridge, LA 70123.

**DONELL GUSTAIN SR.,** an individual of full age of majority currently residing at 718 Central Avenue Apt. 106 Jefferson, LA, who at all time relevant formerly resided and was the owner of a leasehold interest in the property located at 10506 Jefferson Hwy. Apt. 3, River Ridge, LA 70123.

**BARBARA HENDERSON,** an individual of full age of majority residing at 1407 S. Dilton St. Metairie, LA 70003, and owner of said immovable property.

**LIZZIE AARON,** in her capacity as legal successor to **JAKE JAMES, JR.,** who was an individual of majority residing at 136 Jasmine Lane, Waggaman, LA 70094 and who was named as a Plaintiff in the above-captioned action. Mr. James died on December 28, 2022.  Pursuant to La. Civil Code art. 2315.1(2) Mr. James' surviving sister, **LIZZIE AARON**, is the proper party to assert Mr. James' surviving claims.

**LAWRENCE KIMBELL,** an individual of full age of majority currently residing at 1931 Martin Luther King Jr. Blvd. New Orleans, LA 70123, who formerly and at all time relevant to resided and owned a leasehold interest in the property 621 S. Cumberland St. Apt. C, River Ridge, LA 70123.

**CLARENCE LEBLANC,** an individual of full age of majority residing at 1113 S. Starrett Rd., Metairie, LA 70003, and owner of a leasehold interest in said immovable property.

**MELVIN RATCLIFF**, an individual of full age of majority residing at 10950 Jefferson Hwy Apt. R6, River Ridge, LA 70123, and an owner of a leasehold interest in said premises.

**KENNETH ROYAL,** an individual of full age of majority residing at 644 Compromise Street Apt. 6, Kenner LA 70062, and owner of a leasehold interest in said premises.

**SUSIE ROUX NEWELL,** an individual of full age of majority residing at 703 Richard Ave., River Ridge, LA 70123, and owner of said immovable property, in her individual capacity and in her capacity as legal successor to **ERNEST NEWELL** who was an individual of majority residing at 703 Richard Avenue, River Ridge, LA 70123 and who was named as a Plaintiff in the above-captioned action. Mr. Newell died on October 24, 2020.  Pursuant to La. Civil Code art. 2315.1(2), Mr. Newell's surviving wife, **SUSIE ROUX NEWELL**, is the proper party to assert Mr. Newell's surviving claims**.**

**ANEESAH SABREE**, an individual of full age of majority residing at 8724 Sheldon St., Metairie, LA 70003 and owner of said immovable property.

**LORETTA SEALS,** an individual of full age of majority residing at 644 Compromise St. Apt D, Kenner, LA 70062, and owner of a leasehold interest in said premises.

**DEBRA SHELVIN,** an individual of full age of majority residing at 629 Pat Dr., Avondale, LA 70094.

**EMMETTE SYLVE, JR**., an individual of full age of majority currently residing at 307 5th Street Apt. B Bridge City, LA 70094, who formerly and at all time relevant to resided at and was the owner of the immovable property located at 261 Capitol Dr., Avondale LA 70084.

**THOMAS STACKER,** an individual of full age of majority residing at 812 1/2 S. Cumberland, Metairie, LA 70003, and owner of a leasehold interest in said premises.

**JAMES STERMER**, an individual of full age of majority residing at 124 Rosalie Drive, Avondale, LA 70094.

**DEBRA STROMAS,** an individual of full age of majority residing at 337 Glen Della Dr., Waggaman, LA 70094, and owner of said immovable property.

**WILLIE STROMAS,** an individual of full age of majority residing at 337 Glen Della Dr., Waggaman, LA 70094, and owner of said immovable property.

**HAROLD SUTTON,** an individual of full age of majority residing at 124 Rosalie Drive, Avondale, LA 70094, and owner of a leasehold interest in said immovable property.

**VERA SUTTON,** an individual of full age of majority residing at 124 Rosalie Drive, Avondale, LA 70094, and owner of a leasehold interest in said immovable property, individually and on behalf of her minor children, **K.S.** and **J.S.**

**CHELSIA SUTTON,** an individual of full age of majority residing at 124 Rosalie Drive, Avondale, LA 70094.

**JUANITA TORRES,** an individual of full age of majority residing at 208 Senate Dr., Avondale, LA 70094, and owner of said immovable property.

**MAKAYLA BARNES** an individual of full age of majority residing at 208 Senate Dr., Avondale, LA 70094.

**PATRICIA WHITE,** an individual of full age of majority residing at 444 Liska St., Waggaman, LA 70094, and owner of said immovable property.

**JOSEPH WILLIAMS, IV,** an individual of full age of majority residing at 8724 Sheldon St., Metairie, LA 70003, and owner of said immovable property, in his individual capacity and as parent of his minor children, **J.W.,** and **S.W.**

**JOSEPH WILLIAMS**, an individual of full age of majority residing at 8724 Sheldon St., Metairie, LA 70003.

**MARY ANN WINNINGKOFF,** an individual of full age of majority residing at 47 Donelon Drive, Harahan, LA 70123, and owner of said immovable property.

**CURTIS ADAMS,** an individual of full age of majority residing at 2029 Generes Drive, River Ridge, LA 70123, and owner of said immovable property.

**HEATHER ADAMS,** an individual of full age of majority residing at 2029 Generes Drive, River Ridge, LA 70123, and owner of said immovable property, in her individual capacity and as parent of her minor children, **S.A.** and **T.A.**

**DEVIN ALEXANDER,** an individual of full age of majority residing at 617 Wilker Neal Avenue, River Ridge, LA 70123.

**DIONNE ALEXANDER,** an individual of full age of majority residing at 617 Wilker Neal Avenue, River Ridge, LA 70123, and owner of a leasehold interest in said premises.

**LIONEL ALEXANDER,** an individual of full age of majority residing at 617 Wilker Neal Avenue, River Ridge, LA 70123.

**JUANITA AHYSEN,** an individual of full age of majority residing at 417 Dandelion Drive, Waggaman, LA 70094, and owner of said immovable property.

**RICHARD AHYSEN,** an individual of full age of majority residing at 417 Dandelion Drive, Waggaman, LA 70094, and owner of said immovable property.

**SEDONIA AUGUSTINE,** an individual of full age of majority residing at 137 Rosalie Drive, Avondale, LA 70094, and owner of said immovable property.

**MILDRED BELL,** an individual of full age of majority residing at 125 Dillard Drive, Avondale, LA 70094, and owner of said immovable property.

**STEPHANIE THOMAS BELL,** an individual of full age of majority residing at 37 Imogene Street, Waggaman, LA 70094, and owner of said immovable property.

**AARON BRADLEY**, an individual of full age of majority residing at 612 South Upland Avenue, River Ridge, LA 70123, and owner of a leasehold interest in said premises.

**SHIQUITA BROOKS,** an individual of full age of majority residing at 312 Delegate Drive, Avondale, LA 70094, and owner of a leasehold interest in said premises.

**ADAM BROWN,** an individual of full age of majority residing at 31 Richelle Street Waggaman, LA 70094, in his individual capacity and in his capacity as legal representative of **MICHAEL BROWN.**

**KEVIN BROOKS,** an individual of full age of majority residing at 20 Winifred Street Waggaman, LA 70094, and owner of a leasehold interest in said premises.

**JOHNNIE CHATMAN,** an individual of full age of majority residing at 8021 Monette Street Metairie, LA 70003, and owner of said immovable property.

**KEVIN CHIRLOW, JR.,** an individual of full age of majority residing at 444 Liska Street Waggaman, LA 70094.

**CHERYL CLARK,** an individual of full age of majority residing at 423 Wilker Neal Avenue River Ridge, LA 70123 and owner of said immovable property.

**JANAE CLARK,** an individual of full age of majority residing at 423 Wilker Neal Avenue, River Ridge, LA 70123, in her individual capacity and as parent of her minor child, **M.W.**

**LINDA ANN CORLEY,** an individual of full age of majority who currently resides at 107 Dees Lane Luling, LA 70070, who formerly and at all time relevant to resided at 26 Jasmine Lane, Waggaman, LA 70094, in her individual capacity and as parent of her minor child, **S.H.**

**LYNDAYLE HUMPHREY** an individual of full age of majority who currently resides at 107 Dees Lane Luling, LA 70070, who formerly and at all time relevant to resided at 26 Jasmine Lane, Waggaman, LA 70094.

**YOLANDA DIXON,** an individual of full age of majority residing at 89 Clifford Court, Westwego, LA 70094, and owner of a leasehold interest in said premises, in her individual capacity and as parent of her minor child **C.D.**

**RASHAD DIXON,** an individual of full age of majority residing at 89 Clifford Court, Westwego, LA 70094.

**GREGORY JACOB,** an individual of full age of majority residing at 89 Clifford Court, Westwego, LA 70094.

**KEVIN DRAKE,** an individual of full age of majority residing at 433 Taylor Street, Kenner, LA 70062, and owner of said immovable property.

**DESTIN EDWARDS,** an individual of full age of majority residing at 845 Reverend Richard Wilson Drive Apt. 4E, Kenner, LA 70062, and owner of a leasehold interest in said premises.

**ANNETTE FORD,** an individual of full age of majority residing at 2428 West Sunny Meade Drive, Harvey, LA 70058, who previously and at all time relevant resided at 16 Clifford Court, Waggaman, LA 70094, and owned a leasehold interest in said premises.

**EDWARD FORD, SR.,** an individual of full age of majority residing at 2428 West Sunny Meade Drive, Harvey, LA 70058, who previously and at all time relevant resided at 16 Clifford Court, Waggaman, LA 70094, and owned a leasehold interest in said premises.

**MAGNOLIA GREEN,** an individual of full age of majority residing at 312 Delegate Drive Avondale, LA 70094, and owner of a leasehold interest in said premises.

**TRACY HAMPTON** and **TROY ANN HAMPTON** in their capacity as legal successor to **DEVORA HAMPTON**, who was an individual of majority residing at 809 South Cumberland Street, Metairie, LA 70003 and who was named as a Plaintiff in the above-captioned action. Ms.

Hampton died on April 16, 2022. Pursuant to La. Civil Code art. 2315.1(2) Ms. Hampton's surviving daughters, **TRACY HAMPTON** and **TROY ANN HAMPTON**, are the proper parties to assert Ms. Hampton's surviving claims.[15]

**WILLIAM HERVEY,** an individual of full age of majority residing at 305 South Bengal Road, River Ridge, LA 70123.

**ALFRED JACKSON,** an individual of full age of majority residing at 513 South Bengal Road, River Ridge, LA 70123, and owner of said immovable property.

**ANDREW JACKSON, JR.,** an individual of full age of majority residing at 124 Prairie View Court, Avondale, LA 70094, and owner of said immovable property.

**DEBORAH JOHNSON,** an individual of full age of majority residing at 301 Georgetown Drive, Avondale, LA 70094, and owner of said immovable property, who previously and at all time relevant resided at 325 District Drive, Avondale, LA 70094, and owned a leasehold interest in said premises.

**QUENTIN JOHNSON**, an individual of full age of majority residing at 100 Bengal Road, River Ridge, LA 70123, who previously and at all relevant time resided at 11417 Jefferson Highway Apt. D, River Ridge, LA 70123, and owned a leasehold interest in said premises.

**RAYVIN KENNEDY,** an individual of full age of majority residing at 409 Avondale Garden Road, Avondale, LA 70094, and owner of said immovable property.

**JULIE KETCHENS,** an individual of full age of majority residing at 24 Rosa Street, Waggaman, LA 70094, and owner of said immovable property.

---

[15] Tracy Hampton, legal representative of Devora Hampton, resides at 4662 Lynhuber Driver New Orleans, LA 70126. Troy Ann Hampton, legal representative of Devora Hampton resides at 1060 Benton Lane McComb, MS 39648,

**JAESEAN CELESTINE,** an individual of full age of majority residing at 24 Rosa Street, Waggaman, LA 70094,

**JULISSA CELESTINE,** an individual of full age of majority residing at 24 Rosa Street, Waggaman, LA 70094,

**SHERRIE LEWIS,** an individual of full age of majority residing at 226 Coleman Place, Kenner, LA 70062, and owner of a leasehold interest in said immovable property.

**GAVIN MAHL,** an individual of full age of majority residing at 9125 5th Street, River Ridge, LA 70123.

**ALEXANDER MITCHELL,** an individual of full age of majority residing at 204 Hanson Avenue, Kenner, LA 70062, and owner of said immovable property.

**TAKITA NICKERSON,** an individual of full age of majority residing at 409 Avondale Garden Road, Avondale, LA 70094, and owner of said immovable property, in her individual capacity and as parent of her minor children, **R.K.** and **R.K.**

**EALICE HALEY** and **BETTY ANN HUTCHINSON**, in their capacity as legal successors to **DOLORES RICHARD**, who was an individual of majority residing at 404 Hanson Place, Kenner, LA 70062 and who was named as a Plaintiff in the above-captioned action. Ms. Richard died on January 8, 2022. Pursuant to La. Civil Code art. 2315.1(2) Ms. Richard's surviving daughters, **EALICE HALEY** and **BETTY ANN HUTCHINSON**, are the proper parties to assert Ms. Richard's surviving claims.[16]

**JOCELYN ROBICHAUX,** an individual of full age of majority residing at 420 Dandelion Drive, Waggaman, LA 70094.

---

[16] Elice Haley, legal representative of Dolores Richard resides at 505 Compromise Street Avondale, LA 70094. Betty Ann Hutchinson, legal representative of Dolores Richard resides at 2608 Gravier Street Apt. B223 New Orleans, LA 70119.

**MARK ROBICHAUX,** an individual of full age of majority residing at 420 Dandelion Drive, Waggaman, LA 70094.

**ANGEL ROBICHAUX** an individual of full age of majority residing at 420 Dandelion Drive, Waggaman, LA 70094.

**RAQUEL ROBICHAUX,** an individual of full age of majority residing at 420 Dandelion Drive, Waggaman, LA 70094.

**DANA SCALLAN,** an individual of full age of majority residing at 33 Richelle Street, Waggaman, LA 70094, and owner of said immovable property.

**SYDNEY SCALLAN,** an individual of full age of majority residing at 33 Richelle Street, Waggaman, LA 70094.

**RANDOLPH SCALLAN,** an individual of full age of majority residing at 33 Richelle Street, Waggaman, LA 70094, and owner of said immovable property.

**ROBERT THOMAS,** an individual of full age of majority residing at 333 Coretta Drive, Avondale, LA 70094, and owner of said immovable property.

**ERNEST TRICHE, JR.,** an individual of full age of majority residing at 208 Glen Della Drive, Avondale, LA 7009, in his individual capacity and in his capacity as legal successor to **ERNEST TRICHE,** who was an individual of full age of majority residing at 208 Glen Della Drive, Avondale, LA 70094. **ERNEST TRICHE** died on October 11, 2020. Pursuant to La. Civil Code art. 2315.1(2) Mr. Triche's father, **ERNEST TRICHE, JR.** is the proper party to assert Mr. Triche's surviving claims[17]

---

[17] *See* Rec. Doc. 195.

**DEBORAH URSIN,** an individual of full age of majority residing at 500 Cumberland Street, River Ridge, LA 70123, and owner of said immovable property, in her individual capacity and on behalf of her minor child, **Z.U.**

**CHAPELLE SIMON,** is an individual of full age of majority residing at 500 Cumberland Street, River Ridge, LA 70123.[18]

**DAVID WARD,** an individual of full age of majority residing at 809 South Cumberland Street, Metairie, LA 70003, and owner of said immovable property.

**RICKEY CALLIGAN**, an individual of full age of majority residing at 8701 Steamboat Lane, River Ridge, LA  70123.

**ABENI ALEXANDER,** an individual of full age of majority residing at 352 Plantation Dr., Kenner, LA 70062 and owner of a leasehold interest in said premises.

**MABLE IRENE BRADLEY**, an individual of full age of majority currently 13650 Beechnut Street Apt. 4308 Houston, TX 77083, who at all time relevant to resided at, and was the holder of a leasehold interest in the property located at 612 S. Upland Ave., River Ridge LA 70123, in her individual capacity and in her capacity as legal successor to **LEON BRADLEY, SR.,** whowas an individual of majority residing at 612 South Upland Avenue, River Ridge, LA 70123 and was named as a Plaintiff in the above-captioned action.  Mr. Bradley died on October 20, 2020. Pursuant to La. Civil Code art. 2315.1(2) Mr. Bradley's surviving wife, **MABLE BRADLEY**, is the proper party to assert Mr. Bradley's surviving claims.

**KEIOAKA BARCONEY**, an individual of full age of majority residing at 400 Federal Dr., Avondale, LA 70094, in her individual capacity and as parent of her minor children, **M.B.** and **J.T.**

---

[18] Ms. Simon was incorrectly identified as "CHAPELLE URSIN" on the First Omnibus Complaint.

**SHAKITHA BATES,** an individual of full age of majority currently residing at 200 W. Jeansonne Street Gonzales, LA 70737 who formerly and at all time relevant to resided at and was the owner of a leasehold interest in 10950 Jefferson Hwy., Apt J4, River Ridge, LA 70123, in her individual capacity and on behalf of her minor child, **K.B.**

**LEE BATES,** an individual of full age of majority residing at 10950 Jefferson Hwy., Apt J4, River Ridge, LA 70123,

**KIZZIE CAGE**, an individual of full age of majority residing at 863 Reverend Richard Wilson Drive Apt. 7B, Kenner, LA 70072, who previously and at all relevant time resided at 863 3rd Street, Kenner, LA 70062, in her individual capacity and on behalf of her minor children, **D.R., D.E., D.T.** and **D.C.**

**JESSICA CAMPBELL,** an individual of full age of majority currently residing at 177 Shady Park Road, Apt. D11 Denham Springs, LA 70726, who formerly and at all time relevant to resided at 861 Reverend Richard Wilson Dr. Apt. 8E, Kenner, LA 70062, in her individual capacity and on behalf of her minor child, **J.C.**

**TIMOTHY DAIGLE,** an individual of full age of majority residing at 100 Four O'Clock Lane, Waggaman, LA 70094, in his individual capacity and as parent of his minor child **D.D.**

**DERRICK DANDRIDGE,** an individual of full age of majority residing at 346 Azalea Dr., Waggaman, LA70094.

**CORNEAL DAWSON,** an individual of full age of majority currently residing at 502 Wilker Neal Ave. River Ridge, LA 70123, who formerly and at all time relevant to resided at 518 Wilker Neal Ave., River Ridge, LA 70123.

**DUSTIN DELAUNE,** an individual of full age of majority residing at 109 Roux Lane, Westwego, LA 70094.

**CHERYL DUFRENE,** an individual of full age of majority residing at 8933 Camille Ct., River Ridge, LA 70123 and owner of said immovable property.

**THOMAS EATON,** an individual of full age of majority residing at 625 Hester Ave., River Ridge, LA 70123 and owner of said immovable property.

**KIMBERLY GAMBINO,** an individual of full age of majority currently residing at 38 Chalstrom Dr., River Ridge, LA 70123, who formerly and at all time relevant to owned and resided at the immovable property located at 29 Chalstrom Dr. River Ridge, LA 70123.

**RHONDA GLANTON,** an individual of full age of majority residing at 636 Azalea Dr., Westwego, LA 70094 and owner of a leasehold interest in said premises.

**AISHA JONES** in her capacity as legal successor to **LISA HAWKINS,** who was an individual of majority residing at 33 Clifford Court Waggaman, Louisiana 70094 and who was named as a Plaintiff in the above-captioned action. Ms. Hawkins died on August 27, 2020. Pursuant to La. Civil Code art. 2315.1(2) Ms. Hawkins' surviving daughter, **AISHA JONES,** is the proper party to assert Ms. Davis' surviving claims.[19]

**ISIAH HILL,** an individual of full age of majority residing at 611 South Bengal Rd., River Ridge, LA 70123.

**ANDRE JOLIVETT,** an individual of full age of majority residing at 616 Webster Street, Kenner, LA 70062, who previously and at all relevant time resided at 218 Marion Court, River Ridge, LA 70123, and owned a leasehold interest in said premises, in his capacity as the parent of his minor child **Z.C.**

---

[19] *See* Rec. Doc. 246.

**AISHA JONES,** an individual of full age of majority residing at 33 Clifford Ct., Waggaman, LA 70094 and owner of a leasehold interest in said premises, in her individual capacity and as parent of her minor child **J.J.**

**CHAYLA LESTRICK,** an individual of full age of majority residing at 2 Jasmine Lane, Waggaman, LA 70094.

**BRITTANY LIGHTELL,** an individual of full age of majority residing at 51 Winifred St., Waggaman, LA 70094.

**LAUREN LOWE,** an individual of full age of majority residing at 10120 St. Paul Ave., River Ridge, LA 70123 and owner of said immovable property, in her individual capacity and as parent of her minor child, **C.L.**

**AUGUSTA MARTIN,** an individual of full age of majority currently residing at 4700 S. Kirkwood Road Apt. 505 Houston, TX 77072, who formerly and at all time relevant to resided at 514 Folse St., River Ridge, LA 70123.

**DEBRA MARTIN,** an individual of full age of majority residing at 4700 S. Kirkwood Road Apt. 505, Houston, TX 77072, who previously and at all time relevant to resided at and owned a leasehold interest in the property located at 514 Folse St., River Ridge, LA 70123.

**JALISA PINKLEY,** an individual of full age of majority residing at 511 Wilker Neal Ave., River Ridge, LA 70123, in her individual capacity and as parent of her minor child, **M.P.**

**RESHAUN RICHARDSON,** an individual of full age of majority current legal address is 3020 Sam Lenox Street Jefferson, LA 70121, who formerly and at all time relevant to resided at and was the owner of a leasehold interest in the property located at 624 Wilker Neal Ave., Apt. B River Ridge, LA 70123.

**KIM RILEY,** an individual of full age of majority residing at 208 Jeffer Drive, Waggaman, LA 70094 and owner of said immovable property.

**CHARLES ROBERTSON,** an individual of full age of majority residing at 11104 Newton Street, Apt. B, River Ridge, LA 70123 and owner of a leasehold interest in said premises.

**REBECCA ROTH,** an individual of full age of majority residing at 100 Four O'Clock Lane, Waggaman, LA 70094 and owner of said immovable property.

**VELLIS TILLMON,** an individual of full age of majority residing at 8721 Milan St., Metairie, LA 70003.

**DEMETRICE VALL,** an individual of full age of majority residing at 1309 Dilton St., Apt. 3, Metairie, LA 70003 and owner of a leasehold interest in said premises.

**FRANCINE WALKER,** an individual of full age of majority residing at 847 Rev. Richard Wilson Dr., Apt. 5B, Kenner, LA 70062 and owner of a leasehold interest in said premises.

**GEORGE ALLAIN, III,** an individual of full age of majority residing at 1344 South Elm St., Metairie, LA  70003 and owner of said immovable property.

**SHIRLEY ALLAIN,** an individual of full age of majority residing at 1344 South Elm St., Metairie, LA  70003 and owner of said immovable property.

**WILLIE BOATNER,** an individual of full age of majority residing at 429 Wilker Neal Avenue, River Ridge, LA 70123.

**CORNELIUS BRIDGETT,** an individual of full age of majority residing at 312 Judiciary Dr., Westwego, LA 70094.

**KAYLA BROOKS,** an individual of full age of majority residing at 1605 Wakefield Dr. Marrero, LA 70072, previously and at all time relevant reside at 312 Delegate Drive, Avondale, LA 70094, and owner of a leasehold interest in said premise.

**ARTHUR BROWN,** an individual of full age of majority residing at 408 Upland Ave., River Ridge, LA 70123.

**ERIC BROWN,** an individual of full age of majority residing at 275 Capital Dr., Waggaman, LA 70094, and owner of said immovable property, in his individual capacity and as parent of his minor child, **M.B.**

**KAREN BRUCE,** an individual of full age of majority currently residing at 639 Richard Avenue River Ridge, LA 70123, who formerly and at all time relevant to resided at and was the owner of a leasehold interest in the property located at 11100 Newton St., Apt C, River Ridge, LA 70123.

**JULIAN MOTION** an individual of full age of majority currently residing at 639 Richard Avenue River Ridge, LA 70123, who formerly and at all time relevant to resided at 11100 Newton St. Apt C, River Ridge, LA 70123.

**KEE'A BRUCE,** an individual of full age of majority residing at 11100 Newton St., Apt C River Ridge, LA 70123 and owner of a leasehold interest in said premises, in her individual capacity and as parent of her minor child, **K.B.**

**THADDEUS CAMMON,** an individual of full age of majority residing at 1320 S. Meadow St., Metairie, LA 70003 and owner of a leasehold interest in said premises.

**ORA CHAIRS,** an individual of full age of majority residing at 429 Wilker Neal Ave, River Ridge, LA 70123.

**JEAN CLAY,** an individual of full age of majority residing at 714 S. Bengal Rd., Metairie, LA 70003 and owner of said immovable property.

**KAYLA COLEMAN,** an individual of full age of majority currently residing at 911 Carmadelle Street, who formerly at all time relevant to, was the owner of a leasehold interest in the immovable property located at 640 Pat Dr., Avondale, LA 70094.

**KELLY COLEMAN,** an individual of full age of majority residing at 20 Dolores Dr., Waggaman, LA 70094 and owner of said immovable property, in her individual capacity and in her capacity as legal successor the **PATRICIA COLEMAN** and **OTHEL COLEMAN. PATRICIA COLEMAN** was an individual of majority residing at 18 Dolores Drive Waggaman, Louisiana 70094 and was named as a Plaintiff in the above-captioned action. Mrs. Coleman died on June 18, 2021. Pursuant to La. Civil Code art. 2315.1(2) Mrs. Coleman's surviving daughter, **KELLY COLEMAN**, is the proper party to assert Mrs. Coleman's surviving claims.[20] **OTHEL COLEMAN** was an individual of majority residing at 18 Dolores Drive Waggaman, Louisiana 70094 and was named as a Plaintiff in the above-captioned action. Mr. Coleman died on March 1, 2020. Pursuant to La. Civil Code art. 2315.1(2) Mr. Coleman's surviving daughter, **KELLY COLEMAN** ,is the proper party to assert Mr. Coleman's surviving claims.[21]

**KRYSTAL COLEMAN,** an individual of full age of majority currently residing at 911 Carmadelle Street, who formerly at all time relevant to, was the owner of a leasehold interest in the immovable property located at 640 Pat Dr., Avondale, LA 70094, in her individual capacity and as parent of her minor child, **M.C.**

**KALIAL COLEMAN,** an individual of full age of majority residing at 640 Pat Dr., Avondale, LA 70094.

**CHERYL EARL,** an individual of full age of majority residing at 8301 Bern St., Metairie, LA 70003, in her individual capacity and as parent of her minor children, **C.U.** and **C.U.**

---

[20] *See* Rec. Doc. 246.
[21] *See* Rec Doc 246.

**LINDA FREDERICK,** an individual of full age of majority residing at 116 Rosalie Dr. Apt. A, Avondale, LA 70094, and owner of a leasehold interest in said premise.

**THAREN FREDERICK,** an individual of full age of majority residing at 116 Rosalie Dr. Apt. A, Avondale, LA 70094 and owner of a leasehold interest in said premise.

**THURSTON GOLSTON, JR,** an individual of full age of majority residing at 8000 Macon St. Metairie, LA 70003 and owner of said immovable property.

**LULA GOLSTON-STEWART,** an individual of full age of majority residing at 613 Filmore St., Kenner, LA 70052 and owner of said immovable property.

**JAMAAL GREEN,** an individual of full age of majority residing at 314 Avondale Garden Rd., Avondale, LA 70094.

**JAMEISHA GREEN,** an individual of full age of majority residing at 314 Avondale Garden Rd., Avondale, LA 70094.

**TIARA GREEN,** an individual of full age of majority residing at 704 Farrar Avenue, Kenner, LA 70062, who previously and at all time relevant resided at 20 Winifred St., Waggaman, LA 70094.

**DARREN GRIFFIN,** an individual of full age of majority residing at 31 Judith St., Waggaman, LA 70094 and owner of said immovable property.

**JINNYLYNN GRIFFIN,** an individual of full age of majority residing at 31 Judith St., Waggaman, LA 70094 and owner of said immovable property.

**JOURDAN GRIFFIN,** an individual of full age of majority residing at 53 Lucille St., Waggaman, LA 70094 and owner of said immovable property.

**LEROY GUILLARD, JR.,** an individual of full age of majority residing at 703 Richard Ave., River Ridge, LA 70123.

**ELIZABETH HARGRAVE,** an individual of full age of majority residing at 307 Audubon Ct., Kenner, LA, 70062 and owner of said immovable property.

**ANTOINE HARRIS,** an individual of full age of majority residing at 404 Hanson Pl., Kenner, LA 70062.

**VALERIE HARRIS,** an individual of full age of majority residing at 403 Farrar Ave., Kenner, LA 70062 and owner of a leasehold interest in said premises.

**LERONIESHA HARTFORD,** an individual of full age of majority residing at 204 Wilker Neal Ave., Apt A, River Ridge, LA 70123, in her individual capacity and as parent of her minor children, **S.H., C.H.,** and **C.H.**

**CYNTHIA ISIDORE,** an individual of full age of majority currently residing at 502 Reverend Richard Wilson Dr., Kenner, LA 70062, who formerly and at all time relevant to, resided and was the owner of a leasehold interest in the property located at 2308 Reverend Richard Wilson Dr., Kenner, LA 70062, in her individual capacity and as parent of her minor child, **N.I.**

**JARVIS JACKSON,** an individual of full age of majority residing at 617 Wilker Neal Ave., River Ridge, LA 70123.

**TEDRICK JACKSON,** an individual of full age of majority residing at 346 Azalea Drive Waggaman, LA 70094 and owner of a leasehold interest in said premises, in his individual capacity and as parent of his minor child, **K.J.**

**ALEXIS JOHNSON,** an individual of full age of majority residing at 616 Starrett Rd., River Ridge, LA 70123.

**AMANDA JOHNSON,** an individual of full age of majority residing at 616 Starrett Rd., River Ridge, LA 70123 and owner of a leasehold interest in said immovable property.

**JEFFERY JOHNSON,** an individual of full age of majority residing at 722 Starrett Rd., River Ridge, LA 70123 and owner of a leasehold interest in said premises.

**CHRISTINA JONES,** an individual of full age of majority residing at 833 S. Cumberland St., Metairie, LA 70003 and owner of a leasehold interest in said premises.

**KEVIN KNOX,** an individual of full age of majority residing at 7805 Monette St., Metairie, LA 70003 and owner of a leasehold interest in said premises.

**ANTHONY MURPHY**, an individual of full age of majority residing at 720 S. Cumberland St., Metairie, LA 70003.

**VANESSA MURPHY**, an individual of full age of majority residing at 720 S. Cumberland St., Metairie, LA 70003.

**BRETT NELSON,** an individual of full age of majority residing at 861 3rd Street Apt. 8E, Kenner, LA 70062.

**HILARY NELSON**, an individual of full age of majority residing at 861 3rd Street Apt. 8E, Kenner, LA 70062 and owner of a leasehold interest in said premises.

**MARY ROGERS,** an individual of full age of majority residing at 133 Hanson Pl., Kenner, LA 70062 and owner of a leasehold interest in said premises.

**JONATHAN TATE,** an individual of full age of majority residing at 21 Richelle St., Waggaman, LA 70094.

**ORDELIA THOMAS,** an individual of full age of majority residing at 333 Coretta Dr., Westwego, LA 70094 and owner of said immovable property.

**NICOLE WALKER,** an individual of full age of majority residing at 850 Rev. Richard Wilson Dr., Apartment 1D, Kenner, LA 70062 and owner of a leasehold interest in said premises, in her individual capacity and as parent of her minor child, **M.R.**

**JANICE WILKINSON,** an individual of full age of majority residing at 1332 S. Dilton St., Metairie, LA 70003 and owner of said immovable property.

**DEBORAH FLEMING,** an individual of full age of majority residing at 416 Garden Road, Marrero, LA 70072, and owner of a leasehold interest in said premise.

, **MIA FONTANA** an individual of full age of majority residing at 416 Garden Road, Marrero, LA 70072.

**GERALD FLEMING,** an individual of full age of majority residing at 540 27th Street, Kenner, LA 70062, and owner of a leasehold interest in said premises.

**WILSON FLEMING,** an individual of full age of majority residing at 416 Garden Road, Marrero, LA 70072, and owner of said immovable property.

**GENEVA OLINEY**, an individual of full age of majority currently residing at 2202 31st Court Kenner, LA 70065, who formerly and at all time relevant to, resided at 2711 Salem Street, Kenner, LA 70062.

**CRAIG OLINEY** an individual of full age of majority, currently residing at 2202 31st Court Kenner, LA 70065, who formerly and at all time relevant to, resided at 2711 Salem Street, Kenner, LA 70062.

**TROY PAYTON,** an individual of full age of majority residing at 2500 Manson Avenue, Apt. 108 Metairie, LA 70003, who formerly and at time relevant resided at 1032 Newton Street Apt. A, River Ridge, LA 70123, and owned a leasehold interest in said premises.

**SHAKEMIA RIDGLEY,** an individual of full age of majority currently residing 2646 Augusta Street Kenner, LA 70062, who formerly and at all time relevant to resided at and was the owner of a leasehold interest in the property located at 517 South Cumberland Street, River Ridge, LA 70123, in her individual capacity and as a parent of her minor child, **D.M.**, and in her capacity

as legal successor to **KERRY RIDGLEY, JR.**, who was an individual of majority residing at 132 27th Street, Kenner, LA 70062 and who was named as a Plaintiff in the above-captioned action. Mr. Ridgley died on March 31, 2022.  Pursuant to La. Civil Code art. 2315.1(2) Mr. Ridgley's surviving wife, **SHAKEMIA RIDGLEY**, is the proper party to assert Mr. Ridgley's surviving claims.

**RASHAUD ROBINSON** in his capacity has legal successor to **SAMANTHA ROBINSON**, who was an individual of majority residing at 60 Megehee Court, Waggaman, LA 70094 and formerly 349 Avondale Garden Road Apt. B, Avondale, LA 70094. Ms. Robinson died on March 13, 2022.  Pursuant to La. Civil Code art. 2315.1(2) Ms. Robinson's surviving son, **RASHAUD ROBINSON**, is the proper party to assert Ms. Robinson's surviving claims.[22]

**ELIZABETH RODRIGUE,** an individual of full age of majority currently residing at 3808 William Place Jefferson, LA 70121, who formerly and at all time relevant to resided at and was the owner of the immovable property located at 521 Waldo Street, Metairie, LA 70003.

**CRAIG RODRIGUE,** an individual of full age of majority currently residing at 3808 William Place Jefferson, LA 70121, who formerly and at all time relevant to resided at and was the owner of the immovable property located at 521 Waldo Street, Metairie, LA 70003.

**DIANNE SCOTT,** an individual of full age of majority residing at 2305 Kenner Avenue, Kenner, LA 70062.

**MARSHA SCOTT,** an individual of full age of majority residing at 2305 Kenner Avenue, Kenner, LA 70062, and owner of a leasehold interest in said premises.

---

[22] Reshaud Robinson, legal representative for decedent Samantha Robinson, mailing address is PO Box 388 Gretna, LA 70053.

**TREMAYNE TURNER**, an individual of full age of majority residing at 1105 31st Capital Drive, Kenner, LA 70065, who previously and at all relevant time resided at 803 ½ Denzal Road, Metairie, LA 70003, and owned a leasehold interest in said premises.

**VELMA WHITTINGTON,** an individual of full age of majority residing at 205 Defourneau Lane, Avondale, LA 70094, and owner of said immovable property.

**SOLOMON WILLIAMS, JR.,** an individual of full age of majority residing at 8008 Karen Street, Metairie, LA 70003, and owner of a leasehold interest in said premises.

**CRAIG GAMBINO,** an individual of full age of majority currently residing at 38 Chalstrom Dr., River Ridge, LA 70123, who formerly and at all time relevant to owned and resided at the immovable property located at 29 Chalstrom Dr. River Ridge, LA 70123.

**JULIE BURKE,** an individual of full age of majority residing at 2533 Cardinal Drive, Marrero, LA 70072, who previously and at all relevant time resided at 1226 West Drive, Westwego, LA 70094 and who owned a leasehold interest in said premises, in her individual capacity and as parent of her minor children, **A.B.** and **M.R.**

**DERRELL COLLINS,** an individual of full age of majority residing at 21 Richelle St., Waggaman, LA 70094.

**JYNNARD COLLINS,** an individual of full age of majority residing at 21 Richelle St., Waggaman, LA 70094.

**LATISHA COLLINS,** an individual of full age of majority residing at 21 Richelle St., Waggaman, LA 70094.

**OTIS "CHIP" GUICHET,** an individual of full age of majority residing at 617 Hester Ave., River Ridge, LA 70123 and owner of said immovable property, in his individual capacity and on behalf of his minor children **A.G.**

**NATALIE HEATH,** an individual of full age of majority currently residing at 38 Chalstrom Dr., River Ridge, LA 70123, who formerly and at all time relevant to owned and resided at the immovable property located at 29 Chalstrom Dr. River Ridge, LA 70123.

**MARY HICKINGBOTTOM,** an individual of full age of majority residing at 2405 Reverend Wilson Drive, Apt. 223, Kenner, LA 70062 and owner of a leasehold interest in said premises.

**TOMMY HORTON,** an individual of full age of majority residing at 616 Starrett Rd., River Ridge, LA 70123 and owner of a leasehold interest in said premises.

**MARVA HUBERT,** an individual of full age of majority residing at 8008 Karen St., Metairie, LA 70003 and owner of a leasehold interest in said premises.

**JERCARLA JONES,** an individual of full age of majority residing at 1220 31st St., Kenner, LA 70062 and owner of a leasehold interest in said premises, in her individual capacity and on behalf of her minor child, **H.G.**

**JERLINDA JONES,** an individual of full age of majority residing at 1220 31st Street, Kenner, LA 70062, who previously and at all relevant time resides at 59 Judith Street, Waggaman, LA 70094.

**JERNIRA MAXSON** an individual of full age of majority residing at 1220 31st Street, Kenner, LA 70062, who previously and at all relevant time resides at 59 Judith Street, Waggaman, LA 70094.

**DEVIN LANG,** an individual of full age of majority residing at 7805 Monette Street, Metairie, LA 70003, and owner of a leasehold interest in said premise.

**NICHOLAS RAGAS,** an individual of full age of majority residing at 2533 Cardinal Drive, Marrero, LA 70072, who previously and at all relevant time resided at 1226 West Drive, Westwego, LA 70094, and owned a leasehold interest in said premises.

**PATRICIA RODRIGUE,** an individual of full age of majority residing at 308 Jade Ave., Metairie, LA  70003 and owner of said immovable property.

**KATHY WHITE,** an individual of full age of majority residing at 6200 River Side Dr., Apt. 443, Metairie, LA 70003, and owner of a leasehold interest in said premises.

**MARK CLAY,** an individual of full age of majority residing at 711 South Bengal Road, Metairie, LA 70003.

**JULIA ANN EDWARDS,** an individual of full age of majority residing at 323 Plantation Drive, Kenner, LA 70062, and owner of said immovable property.

**CLIFFORD FOSTER, II,** an individual of full age of majority residing at 10950 Jefferson Highway Apt. G10, River Ridge, LA 70123.

**JUDY LEWIS,** an individual of full age of majority currently residing at 126 Lakewood Drive Apt. 31 Luling, Louisiana 70070. At all time pertinent to this litigation Plaintiff resided at 25 Coretta Drive Avondale, Louisiana 70094.

**SHASMINE MORAN,** an individual of full age of majority currently residing at 7304 South Mistletoe Street Metairie, LA 70003, who formerly and at all time relevant to resided at 404 Alliance Street, Kenner, LA 70062, in her individual capacity and as parent of her minor children, **H.C, U.M., R.M., J.A.H,** and **B.R.C.**

**ROSDA POWERS,** an individual of full age of majority residing at 2518 6th Street, Kenner, LA 70062.

**DWAYNE ROGERS,** an individual of full age of majority residing at 313 Pollock Place, Kenner, LA 70062 and owner of a leasehold interest in said premises.

**CHEKEIRA SHAW,** an individual of full age of majority residing at 112 St. Rose Avenue Apt. D, St. Rose, LA 70087, who previously and at all time relevant resided at 650 Compromise Street, Kenner, LA 70062, and owned a leasehold interest in said premises.

**BEVERLY ANN WALLACE,** an individual of full age of majority residing at 404 Alliance Street, Kenner, LA 70062, and owner of said immovable property.

1.

Made Defendants herein are:

a. **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), f/k/a IESI LA LANDFILL CORPORATION (IESI"),** a foreign corporation domiciled in Delaware authorized to do and doing business in this Parish and State.  On information and belief, LRLC is a wholly owned subsidiary of Defendant Waste Connections Bayou, Inc., which in turn was acquired by Defendant Waste Connections US, Inc.  On information and belief, Defendant LRLC is controlled by Defendants Waste Connections Bayou, Inc., and/or Waste Connections, US, Inc., and is the "alter ego" of those Defendants, operating without autonomy and only pursuant to the direction, policies and procedures of its parent corporations;

b. **WASTE CONNECTIONS BAYOU, INC., f/k/a/ PROGRESSIVE WASTE SOLUTIONS OF LA, INC.,** a foreign corporation authorized to do and doing business in this Parish and State;

c. **WASTE CONNECTIONS US, INC.,** a foreign corporation authorized to do and doing business in this Parish and State; and

d. **APTIM CORP.,** a foreign corporation domiciled in Delaware authorized to do and doing business in this Parish and State;

e. **PARISH OF JEFFERSON,** a Louisiana municipal parish in and political subdivision of the State of Louisiana (the "Parish");

2.

## JURISDICTION AND VENUE

Jurisdiction is proper pursuant to 28 U.S.C. 1332(d).

3.

## FACTS

The Parish is the owner of the Jefferson Parish Landfill (the "J.P. Landfill"), located at 5800 Highway 90 West in Avondale, Jefferson Parish, LA.

4.

At all relevant times, the J.P. Landfill has been used as a Type I/II landfill permitted to accept municipal and commercial solid waste, non-hazardous industrial waste, trash, construction debris, vegetative waste, dewatered municipal wastewater sludge, and compatible non-hazardous industrial waste pursuant to the Louisiana Environmental Quality Act, La. R.S. 30:2001, *et seq.* (the "Act"), as well as federal laws and regulations implemented by the United States Environmental Protection Agency ("USEPA").

5.

The J.P. Landfill is authorized to operate pursuant to, and only in accordance with, the terms and conditions of, among other things, Standard Permit P-0297R1(the "Standard Permit") as issued, approved, and subject to periodic review and renewal by the Louisiana Department of

Environmental Quality ("LDEQ") pursuant to the Act.  The Standard Permit was most recently renewed by the LDEQ on or about January 22, 2010.

6.

On or about May 17, 2012, the Parish entered into a contract with the Defendant IESI (since renamed the Louisiana Regional Landfill Company) under which IESI agreed, among other things, to "manage all tasks of the operation, management and maintenance" of the J.P. Landfill (the "IESI Operating Contract").  Among other things, the IESI Operating Contract provides that:

(a) Operation of the J.P. Landfill will be conducted "in strict compliance and conformity with all Federal, State and local laws, ordinances, and regulations, including the rules and regulations of the USEPA, LDEQ, and all State of Louisiana agencies, and in accordance with the Permit Documents."

(b) "IESI shall be responsible for compliance with all Federal, State and local regulations, laws and ordinances in its performance of the Service/Work associated with the operation [and maintenance] of the Landfill."

(c) IESI is required to "provide all labor, equipment, materials and incidentals to assume all daily operations of the Landfill."

(d) The Parish Engineer has the authority to "decide any and all questions as to…the manner of performance and rate of progress of the Services/Work…the interpretation of the Contract Documents, and all questions as to the acceptable Completion" of the Contract "in his reasonable and good faith opinion." The Parish Engineer is further authorized to "suspend operations at any time when the Service/Work, in his good faith and reasonable opinion, is not being carried out in conformity with the Contract Documents and all permits."

7.

Defendant APTIM is and at all relevant times has been a co-operator of the gas and leachate collection system of the J.P. Landfill.

8.

Jefferson Parish, in addition to being an owner of the J.P. Landfill is, and at all relevant times has been, a co-manager and co-operator of the J.P. Landfill with IESI/LRLP and APTIM.

9.

The Parish has admitted that improper operation of the J.P. Landfill is a major source of the odors suffered by Petitioners as well as the adverse consequences thereof.  At a public press conference on July 23, 2018, then Parish President Mike Yenni stated that:

(a) The J.P. Landfill's system designed to "contain and deodorize landfill gases" has not been in "proper working order."

(b) The landfill's leachate collection system has not been operated properly.

(c) "Properly operated landfills do not operate persistent off-site odors and corrective actions…are essential."

(d) The Parish has notified IESI that it is in breach of its contract to properly operate the J.P. Landfill.

10.

At the same press conference, Jefferson Parish employee Keith Conley stated that the J.P. Landfill gas collection system has been collecting only twenty percent (20%) of the gas emitted from landfill operations, whereas a properly operating system would collect ninety-seven to ninety-eight percent of gas emissions, "[s]o that is why the Parish president is stressing that we realize we have problems…right now, a lot of our priority, in the name of public safety and our

police powers, is to address the existing system, get it operational, and to pull as much gas out of that landfill as we can."

11.

At the same press conference, then Parish Councilman Paul Johnston stated that the odor from the J.P. Landfill

"has gotten really bad in the past for our five months…we are all going to experience odors from the landfill because it's a landfill. But, not those we have been having for the past three or five months.  It's been really bad.  I have been woken up at night with my nose burning and couldn't breathe at three or four o'clock in the morning.  This has happened to me more than one time…we know the landfill is causing problems and we know it is a big source of problems…."

12.

At the same press conference, Doctor Joseph Kanter, Medical Director and Administrator for Region 1 of the Louisiana Department of Health, warned that when the odors are at "a high level, residents should, if they are able to, leave the area and particularly if they have certain chronic conditions which put them at increased risk mainly pulmonary disease and asthma COPD."[23]]

13.

On or about June 22, 2018, the LDEQ issued a Compliance Order to the Parish which, among other things, found that the Parish has violated its Landfill Permit and applicable environmental regulations by (i) failing to provide daily cover and (ii) failing to properly operate

---

[23] A video recording of the July 23 press conference can be accessed at
https://www.facebook.com/NOLAnews/videos/10155793116437060/  (last visited November 2, 2023).

the system that is intended to collect leachate – the liquid brew that drains from a landfill and carries with it numerous harmful chemicals.

14.

The LDEQ inspectors found areas of pooled leachate and leachate flowing downhill from the pooled leachate.

15.

The United States Environmental Protection Agency ("EPA") has established general screening levels for various pollutants. These screening levels are chemical-specific concentrations for individual contaminants in air that may warrant further investigation or site cleanup.[24]   A chronic screening level addresses potential chronic exposure to a chemical.

16.

Air samples collected by the LDEQ in the communities of River Ridge, Harahan and Waggaman between July 20, 2018 through approximately July 28, 2018 were found to contain numerous chemical compounds at concentrations that exceed EPA's chronic screening levels, including acrolein, 1, 2-dichloroethane, benzene, carbon tetrachloride, and naphthalene. All of these compounds are multimodal toxicants, in that they are potential or actual human carcinogens and also have other toxic effects.  The air samples collected by LDEQ also contained hydrogen sulfide at concentrations that exceed EPA's chronic screening levels.  Hydrogen sulfide is a potentially toxic compound.  All of these compounds are typically found in the gases generated by landfills like the Jefferson Parish Landfill.

17.

---

[24] https://www.epa.gov/risk/regional-screening-levels-rsls-users-guide (last visited, November 2, 2023).

In a report dated August 15, 2018, prepared for the Parish by its environmental consultant, Carson Environmental Consulting ("CEC"), CEC made several findings, including, among other things, that there are numerous deficiencies in "the landfill gas condensate and leachate collection pumping systems[,]" and that the infrastructure for these systems requires immediate improvement "to meet the Parish's performance objectives."   In addition, CEC concluded that improved operation and maintenance of the J.P. Landfill requires the Parish's "focused attention."

18.

On information and belief, on or about December 5, 2018, the Commissioner of the LDEQ informed the Parish that there is "no doubt" in his mind that the JP Landfill is the primary source the odors experienced by residents of the communities in which Petitioners reside.

19.

## PROXIMATE CAUSE AND BAD ACTS

The Defendants' failure to properly design, operate and maintain the J.P. Landfill, including its gas and leachate collection systems, have caused harmful, noxious and repulsive odors and chemicals to be released from the J.P. Landfill into the surrounding environment on and in to Petitioners' homes and immovable property, resulting in Petitioners' continuing exposure to these odors and chemicals.

20.

These odors and chemicals have also caused these Petitioners to suffer physical and other harm including, but not limited to difficulties breathing, coughing, nausea, burning eyes, ears, noses and throats, dizziness, loss of appetite, fatigue and lethargy, as well as fear, anguish, anxiety and mental pain and suffering. In addition:

(a)    Petitioner **CHARLES LEE ANDERSON** suffers from asthma for which he is treated by a medical doctor, and which is exacerbated by the odors emanating from the Landfill. Mr. Anderson also suffers from coughing, headaches, fatigue, flu-like symptoms and loss of appetite as a result of odors emanating from the Landfill.

(b)    Petitioner **ASHELEY AUGUSTINE** suffers from asthma.  She has been treated by a physician for this illness.  Her asthma is exacerbated by the odors emanating from the Landfill.

(c)    Petitioner **DIONNE BARNES** suffers from asthma, which is exacerbated by the odors emanating from the Landfill.

(d)    Petitioner **JALYN BARNES** suffers from asthma, which is exacerbated by the odors emanating from the Landfill.

(e)    Petitioner **P.C.** suffers from asthma, which is exacerbated by the odors emanating from the Landfill.

(f)    Petitioner **LEKESHA DAVIS,** now deceased, suffered from polymyositis, an inflammation of the lungs.  She received treatment from a physician for this condition.  Her illness was exacerbated by the odors emanating from the Landfill, which also caused her to feel nausea.

(g)    Petitioner **PAUL DAVIS, JR.,** now deceased, suffered from asthma.  This illness is exacerbated by the odors emanating from the Landfill.  Mr. Davis was treated by a physician for his asthma.

(h)    Petitioner **BETTY DUMAS** suffers from chronic bronchitis. She is treated by a physician for this illness. Her bronchitis is exacerbated by the odors emanating from the Landfill.

(i)    Petitioner **BETTY FERRELL** suffers from asthma.  She is treated by a physician for this illness.  Her asthma is exacerbated by the odors emanating from the Landfill.

(j)     Petitioner **LINDA FRICKEY**, now deceased, suffered from chronic bronchitis. This illness was exacerbated by the odors emanating from the Landfill.  She was treated by a physician for this illness.

(k)     Petitioner **K.G.** suffers from asthma.  She is treated by a physician for this illness. Her asthma is exacerbated by the odors emanating from the Landfill.

(l)     Petitioner **SHEILA GUILBEAU** suffers from asthma.  She is under a physician's care for this illness.  Her asthma is exacerbated by the odors emanating from the Landfill.

(m)     Petitioner **CLAUDETTA GOLSTON** suffers from asthma.  She is treated by a physician for this illness.  Her asthma is exacerbated by the odors emanating from the Landfill.

(n)     Petitioner **MICHAEL HARRIS, SR.** suffers from asthma and COPD.  He is treated by a physician for these illnesses. These illnesses are exacerbated by the odors emanating from the Landfill.  In fact, his physician has advised Mr. Harris to move away from the area due to the severity of the symptoms he suffers from the odors emanating from the Landfill.

(o)     Petitioner **J.H.** suffers from asthma.  He has been treated by a physician for this illness.  His asthma is exacerbated by the odors emanating from the Landfill.

(p)     Petitioner **TEDRICK JACKSON** suffers from asthma.  He has been treated by a physician for this illness.  His asthma is exacerbated by the odors emanating from the Landfill.

(q)     Petitioner **SHY'NA JOHNSON** suffers from asthma.  She is treated by a physician for this illness.  Her asthma is exacerbated by the odors emanating from the Landfill.

(r)     Petitioner **TUSCANOW LEWIS** suffers from asthma.  The odors exacerbate his asthma.  He is treated by a physician for this illness.

(s)     Petitioner **KENNETH ROYAL** suffers from asthma, which is exacerbated by the odors emanating from the Landfill.  He is treated by a physician for these symptoms.

(t)      Petitioner **KERNER WEATHERSBY**, now deceased, suffered from asthma and COPD.  He was treated by a physician for these illnesses.  The odors emanating from the Landfill exacerbated these illnesses.

(u)      Petitioner **K.W.** suffers from chronic bronchitis.  She is treated by a physician for this illness.  The odors emanating from the Landfill exacerbate this medical condition.

21.

Defendants' actions and omissions with respect to the design, operation and maintenance of the J.P. Landfill are the direct and proximate cause of the injuries and harm suffered by each of the Petitioners as alleged above.

22.

Defendants' actions and omissions as outlined above also have caused a diminution in the value of Petitioners' immovable property.

23.

These odors have been pervasive and persistent.  They have continued to the present and are likely to continue for the foreseeable future.  The emissions constitute a continuing tort.

24.

Defendants' acts and omissions in owning, designing, operating and/or maintaining the J.P. Landfill as described above constitute an unreasonable interference with each of the Petitioners' comfortable use and enjoyment of their homes.

25.

Defendants are liable to the Petitioners for all damages they have suffered, including bodily harm, diminution of property value and fear, anguish, and mental pain and suffering, on account of nuisance.

26.

These physical invasions of noxious odors and chemicals constitute a trespass causing Petitioners to suffer physical harm, diminution in property value and rental value, inconvenience, loss of enjoyment of property, as well as fear, anguish and mental pain and suffering.

27.

The emissions of these harmful odors and chemicals have been pervasive and persistent and constitute a continuing tort.

28.

The Defendants' illegal actions and omissions in owning and operating the J.P. Landfill continue to this day and, unless enjoined by this Court, will continue for the indefinite future. Accordingly, Petitioners are entitled to a permanent injunction ordering the Defendants to abate the continuing nuisance and cease the trespasses caused and created by the J.P. Landfill, including the emission of noxious odors and chemicals, and to take all necessary reasonable actions required to accomplish same.

29.

Each of the Defendants had a duty to Petitioners to exercise reasonable care in the design, ownership and/or operation of the Landfills, including without limitation the duty to comply with applicable environmental laws and regulations and otherwise to ensure that the Landfills were operated in a manner that does not jeopardize their health, immovable property, environment, and quality of life.

30.

Each of the Defendants breached such duties of care to the Petitioners by, among other things:

i.      Failing to properly design, operate and maintain the J.P. Landfill, thus allowing noxious and harmful odors and chemicals to be released from the J.P. Landfill and introduced in the atmosphere and surrounding neighborhoods;

ii.     Failing to take careful and prudent precautionary measures to ensure that these releases would not occur;

iii.    Failing to design, operate and maintain the J.P. Landfill in a manner that does not cause harm to others and, in particular, its neighbors;

iv.    Failing to comply with applicable regulations governing the design, operation and maintenance of the J.P. Landfill;

v.     Being inattentive and careless in the overall design, operation and maintenance of the J.P. Landfill;

vi.    Failing to remediate and repair the failures in design, operation and maintenance of the J.P. Landfill as they became known to the Defendants;

vii.   Any and all other acts of negligence which may be revealed between now and the time of trial.

31.

The Defendants' failure to comply with their duties of care to the Petitioners were and are a cause in fact and a legal cause of Petitioners' injuries, and each of the Petitioners has suffered damages as a result thereof, including physical harm, diminution in property value and fear, anguish and mental pain and suffering as well as loss of use and enjoyment of their immovable property and diminution in the value of said property.

32.

The Parish's ownership and operation of the J.P. Landfill has caused substantial damage to the value of Petitioners' respective interests in their immovable property.

33.

The Parish knew, or in the exercise of reasonable care, should have known, that its failure to properly design, operate and maintain the J.P. Landfill would cause damage to Petitioners, and such damage could have been prevented by the exercise of reasonable care.  The Parish, as owner of the J.P. Landfill, failed to exercise such reasonable care.

34.

In committing the acts and omissions described above, the Defendants have breached their contractual obligations, of which Petitioners are third party beneficiaries, arising under the contracts between the Parish and all other Defendants herein pertaining to the design, operation and maintenance of the J.P. Landfill.

35.

In committing the foregoing acts and omissions, Defendants have violated, *inter alia*, Civil Code Articles 667, 669, 2315, 2316, and 2317.1, which has caused and continues to cause each of the Petitioners damages including nuisance damages; physical harm and mental fear, anguish, pain and suffering; and diminution in property value.

36.

Further, Petitioners' interest is their immovable property is a property right protected by the Louisiana Constitution.

37.

Petitioners' interest in their real property has been taken and damaged by the actions of Jefferson Parish as set forth above.

38.

Such taking and damage was for a public purpose – to wit, the operation of a public landfill for the purpose of handling and disposing of waste generated by the citizens of Jefferson Parish and others.

39.

The Parish is liable to the Petitioners for damages caused by the Parish's unconstitutional taking of their immovable property without paying just compensation pursuant to Article I, Section 4(B) of the Louisiana Constitution.

40.

The Parish's taking of Petitioners' property without just compensation constitutions a deprivation of their property without due process of law pursuant to Article I, Section 2 of the Louisiana Constitution.

41.

The Parish is liable to the Petitioners for damages caused by the Parish's violation of Petitioners' due process rights.

42.

Plaintiffs **DEBRA PHELPS BROWN** and **ADAM BROWN** restate and reallege each and every allegation as if set forth fully herein.

43.

**MICHAEL BROWN**, formerly residing at 31 Richelle Street Waggaman, Louisiana 70094, passed away on February 8, 2019 from complications related to Chronic Obstructive Pulmonary Disease ("COPD").

44.

**DEBRA PHELPS BROWN**, an individual of full age of majority and domiciliary of Jefferson Parish, State of Louisiana, is the surviving spouse of decedent, **MICHAEL BROWN**, and is therefore statutorily authorized to bring this action pursuant to La. C.C. P. art. 2315.1 and 2315.2.

45.

**ADAM BROWN**, an individual of full age of majority and domiciliary of Jefferson Parish, State of Louisiana, is the natural born child of decedent, **MICHAEL BROWN**, and is therefore statutorily authorized to bring this action pursuant to La. C.C. P. art. 2315.1 and 2315.2.

46.

The Defendants' failure to properly design, operate and maintain the J.P. Landfill, including its gas and leachate collection systems, have caused harmful, noxious and repulsive odors and chemicals to be released from the J.P. Landfill into Plaintiffs' homes resulting in decedent **MICHAEL BROWN** being exposed to and ultimately dying from COPD, caused by said odors and chemicals.

47.

Each of the Defendants had a duty to **DEBRA PHELPS BROWN**, **ADAM BROWN** and **MICHAEL BROWN** to exercise reasonable care in the design, ownership and/or operation of the Landfill, including without limitation the duty to comply with applicable environmental laws and regulations and otherwise to ensure that the Landfills were operated in a manner that does not jeopardize their health, immovable property, environment, and quality of life.

48.

Each of the Defendants breached such duties of care to **DEBRA PHELPS BROWN**, **ADAM BROWN** and **MICHAEL BROWN**, by, among other things:

i.    Failing to properly design, operate and maintain the J.P. Landfill, thus allowing noxious and harmful odors and chemicals to be released from the J.P. Landfill and introduced in the atmosphere and into the Brown's home at 31 Richelle Drive Waggaman, Louisiana;

ii.   Failing to take careful and prudent precautionary measures to ensure that these releases would not occur;

iii.  Failing to design, operate and maintain the J.P. Landfill in a manner that does not cause harm to others and, in particular, its neighbors;

iv.   Failing to comply with applicable regulations governing the design, operation and maintenance of the J.P. Landfill;

v.    Being inattentive and careless in the overall design, operation and maintenance of the J.P. Landfill;

vi.   Failing to remediate and repair the failures in design, operation and maintenance of the J.P. Landfill as they became known to the Defendants;

vii.  Any and all other acts of negligence which may be revealed between now and the time of trial.

49.

Said exposure to odors and chemicals caused **MICHAEL BROWN** to suffer physical and other harm during his lifetime including, but not limited to COPD, difficulties breathing requiring use of oxygen, coughing, nausea, burning eyes, nose and throat, dizziness, loss of appetite, fatigue and lethargy, as well as fear, anguish, anxiety and mental pain and suffering.

50.

Defendants' actions and omissions with respect to the design, operation and maintenance of the J.P. Landfill are the direct and proximate cause of the death of **MICHAEL BROWN** and other damages suffered by **MICHAEL BROWN**, including but not limited to:

    a.  Physical pain and suffering;

    b.  Mental and emotional pain, anguish, and distress;

    c.  Medical expenses;

    d.  Lost wages;

    e.  Damage to, and diminution to property;

    f.  Loss of enjoyment of life; and

    g.  Other damages and losses to be shown at trial.

51.

Defendants are liable to **DEBRA PHELPS BROWN** and **ADAM BROWN** for all damages they have suffered, including:

    a.  Past, present, and future damages for physical, mental, and emotional pain and suffering endured by Plaintiffs as a result of the wrongful death of their husband and father;

    b.  Loss of enjoyment of life;

    c.  Loss of consortium;

    d.  Lost wages and loss of future earning capacity;

    e.  Past, present, and future medical, hospital, and pharmaceutical expenses;

    f.  Funeral expenses;

    g.  All costs associated with this action, present and future;

    h.  Such other relief as this Court deems just and proper.

## REQUEST FOR TRIAL BY JURY

**PETITIONERS REQUEST A JURY TRIAL AS TO ALL CLAIMS TRIABLE BY JURY.**

52.

## PRAYER FOR RELIEF

**WHEREFORE,** Petitioners pray that:

(a) Judgment be entered declaring each of the Defendants jointly, severally and *in solido* liable to each of the Petitioners for all damages (and awarding all such damages), including physical and bodily harm, loss of use and enjoyment of their homes, diminution in property value, lost wages, medical expenses and mental pain and suffering;

(b) Judgment be entered against the Parish declaring it liable for inverse condemnation, and awarding to each of the Petitioners just compensation for the unconstitutional taking of their interests in real property and/or a deprivation of due process;

(c) Judgment be entered against all Defendants for all additional damages as are just and reasonable under the circumstances, including but not limited to the cost of alternative housing and medical testing;

(d) The Defendants be permanently enjoined and ordered to abate the nuisances and trespasses, and to take all reasonable and necessary measures to cease the harmful emissions from the J.P. Landfill.

(e)  The Defendants be required to provide medical monitoring for all Petitioners as appropriate;

(f)  Prejudgment and post-judgment interest on all damages be awarded;

(g)  Petitioners be awarded all costs for prosecution of this action and attorney fees;

(h)  Damages be awarded for all other injuries that may be proved at trial;

(i)  Judgment be entered against all Defendants and in favor of **DEBRA PHELPS BROWN** and **ADAM BROWN** for all claims related to wrongful death and survival actions for the death of **MICHAEL BROWN**; and

(j)  This Court award such other and further relief as it may deem just and proper.

**Respectfully submitted,**

**FORREST CRESSY & JAMES, LLC**

/s/ S. Eliza James
_____
Byron Forrest (La. Bar No. 35481)
Nicholas Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
1222 Annunciation Street
New Orleans, Louisiana 70130
Eliza@fcjlaw.com
Tele: 504.605.0777
Fax:  504.322.3884

OF COUNSEL:
Eric C. Rowe (Admitted *Pro Hac Vice*)
C. Allen Foster (Admitted *Pro Hac Vice*
**WHITEFORD   TAYLOR   PRESTON, LLP**
1800 M Street, NW
Suite 450N
Washington, DC 20036

(202) 659-6800

Masten Childers, III (Admitted *Pro Hac Vice*)
Lesley Cayton (*Pro Hac Vice* Application to be Submitted)
Aaron M. Oppegard (*Pro Hac Vice* Application to be Submitted)
**WHITEFORD   TAYLOR   PRESTON, LLP**
161 North Eagle Creek Drive
Suite 210
Lexington, KY 40509
Phone: (859) 687-6699
Fax: 859-263-3239