UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, et al.** | * | **CIVIL ACTION NO. 19-CV-** |
| Plaintiffs, | * | **11133, 19-CV-14512** |
| | * | |
| **Versus** | * | **JUDGE SUSIE MORGAN** |
| | * | |
| **LOUISIANA REGIONAL LANDFILL** | * | **MAG. JUDGE: MICHAEL** |
| **COMPANY, et al.** | * | **NORTH** |
| | * | |
| Defendants. | * | *Applies to All Consolidated Cases* |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF SECOND AMENDED OMNIBUS COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs Frederick Addison *et al.*, who file this Notice of Amendment pursuant to the Twelfth Case Management Order (Rec. Doc. 429) and with the consent of the Parties.

**I.**

To assist the Court and Parties in discerning the amendments, Plaintiffs aver that the following global amendments were made:

1. Plaintiffs' names were amended to correct spelling errors;

2. Plaintiffs' addresses were amended to correct typos and reflect current physical address or current mailing address;

3. Dismissed Plaintiffs were removed;[1][2]

4. Deceased Plaintiffs were substituted for legal representatives;[3]

5. Adult Plaintiffs who were identified on the First Amended and Supplemental Complaint as minors were substituted to reflect their majority status.

**I.**

The **First Omnibus Amended Complaint** is amended pursuant to La. Civil Code art. 2315.1(2) to substitute legal successors to deceased Plaintiffs as follows:

6. LeeAnn Huskey is substituted as legal successor to the decedent Geraldine Batiste;

7. Kerry Ridgley is substituted as legal successor to the decedent Barbara Ridgley;

8. Mable Bradley is substituted as legal successor to the decedent Leon Bradley, Sr.;

---

[1] *See* Rec. Docs. 157, 195, 322, 374.
[2] Plaintiffs who have been dismissed from the case shall not be considered as having waived any rights including rights to seek reconsideration of the applicable dismissal order under Rule 54(b) or to appeal from entry of a final order in the case. All such rights of dismissed are Plaintiffs expressly reserved.
[3] *See* Rec. Docs. 195, 246, 315.

9. Michelle Collins is substituted as legal successor to the decedent Doris Collins;

10. Ronell Everson and Landry Everson are substituted as legal successors to the decedent Liz Everson;

11. Rafiha Clark and Shelli Fitzpatrick are substituted as legal successors to the decedent Adeline Fitzpatrick;

12. Adrienne Gabriel Moilanen is substituted as legal successor to the decedent Verna Gabriel;

13. Tracy Hampton and Troy Ann Hampton are substituted as legal successors to the decedent Devora Hampton;

14. Lizzie Aaron is substituted as legal successor to the decedent Jake James, Jr.;

15. Shakemia Ridgley is substituted as legal successor to the decedent Kerry Ridgley, Jr.;

16. Susie Roux Newell is substituted as legal successor to the decedent Ernest Newell;

17. Terry Pete is substituted as legal successor to the decedent Joseph Pete, Jr.;

18. Pearl Pinkley is substituted as legal successor to the decedent Wiley Pinkley;

19. Ealice Haley and Betty Ann Hutchinson are substituted as legal successors to the decedent Dolores Richard;

20. Rashaud Robinson is substituted as legal successor to the decedent Samantha Robinson;

21. Aletha Scott is substituted as legal successor to the decedent David Scott;

22. Tony Ross is substituted as legal successor to the decedent Karen Ross;

III.

The **First Omnibus Amended Complaint** is further amended pursuant to Rec. Doc. 315 to substitute legal successors to deceased Plaintiff as follows:

23. Rickey Frickey, Randy Frickey, and Darrell Dufrene are substituted as legal successors to the decedent Linda Frickey;

IV.

The **First Omnibus Amended Complaint** is further amended pursuant to Rec. Doc. 246 to substitute legal successors to deceased Plaintiffs as follows:

24. Willie Faye Brooks is substituted as legal successor to the decedent Bernie Lewis;

25. Kelly Coleman is substituted as legal successor to the decedent Othel Coleman;

26. Kelly Coleman is substituted as legal successor to the decedent Patricia Coleman;

27. Shy'Na Johnson is substituted as legal successor to the decedent Lakesha Davis[4];

28. Aisha Jones is substituted as legal successor to the decedent Lisa Hawkins;

29. John Thompson, Jr. is substituted as legal successor to the decedent Sheila Thompson James;

30. Kimberly Normand is substituted as legal successor to the decedent Kerner Weathersby;

V.

The **First Omnibus Amended Complaint** is further amended pursuant to Rec. Doc. 195 to substitute legal successor to deceased Plaintiff as follows:

31. Ernest Triche, Jr. is substituted as legal successor to the decedent Ernest Triche;

VI.

The **First Omnibus Amended Complaint** is further amended pursuant to Rec. Doc. 322 to remove dismissed Plaintiffs as follows:

32. Plaintiffs Jarrie Crosley and Ernest Jackson, Jr. are removed because they were dismissed as deceased Plaintiffs that did not file a Motion for Substitution;

VII.

The **First Omnibus Amended Complaint** is further amended pursuant to Rec. Doc. 374 to remove Plaintiffs to whom the Court granted Defendants' Motion for Summary Judgment as follows:

33. Plaintiffs Marybeth Eaton, Nancy Johnson, and Ann Williams are removed because the Court granted Defendants' Motion for Summary Judgment as to those Plaintiffs with respect to causation;

VIII.

The **First Omnibus Amended Complaint** is further amended pursuant to Rec. Doc. 157 and Rec. Doc. 157-1 to remove dismissed Plaintiffs as follows:

34. The 263 Plaintiffs listed in *Appendix A* are removed because they were dismissed for failure to prosecute their claims;[5]

IX.

---

[4] Lakesha Davis was incorrectly listed in the First Amended Omnibus Complaint as Lakeisha Davis and that typographical error has been corrected in the Second Amended Omnibus Complaint.
[5] *See* Rec. Docs. 157 and 162.

3

The **First Omnibus Amended Complaint** is further amended to substitute the Plaintiffs whose claims were asserted on a representative basis at the time of filing but now proceed in this litigation in their individual capacities:

35. Makayla Barnes
36. Lee Bates
37. Jaesean Celestine
38. Julissa Celestine
39. Kalial Coleman
40. Deborah Collins
41. Kevon Cousin
42. Kesean Cousin
43. Rashad Dixon
44. Mia Fontana
45. Monroe Gardner, III
46. Jameisha Green
47. Terrell Guillard, Jr.
48. Scorey Holmes
49. Lyndayle Humphrey
50. Gregory Jacob
51. Javine Johnson
52. Shy'Na Johnson
53. Damani Joseph
54. Jernira Maxson
55. Julian Motion
56. Craig Oliney
57. August Pete
58. Joseph Pete, III
59. Charlan Ringo
60. Angel Robichaux
61. Terrell Rodrigue
62. Sydney Scallan

63. Chapelle Simon[6]

64. Kajon Smith

65. Chelsia Sutton

66. Obraina Tigler

67. Markez White

68. Joseph Williams

X.

The **First Omnibus Amended Complaint** is further amended to correct a minor Plaintiff's legal guardian as follows:

69. P.C.'s legal guardian has been corrected to Randy Frickey;

70. K.G., J.G., B.G., and N.B.'s legal guardian has been corrected to Latoya Manson;

71. Anthony Green has been correct as the legal guardian to his minor child, J.C.

XI.

The **First Omnibus Amended Complaint** is further amended to update addresses of Plaintiffs who have moved as follows:

72. Rufus Allen now resides at 7304 Mistletoe Street, Metairie, LA 70003, and formerly resided at 402 Alliance Street, Kenner, LA 70062;

73. Chandra August now resides at 307 5th Street, Apt. B, Bridge City, LA 70094, and formerly resided at 261 Capitol Drive, Avondale, LA 70094;

74. Shakitha Bates now resides at 200 W. Jeansonne Street, Gonzales, LA 70737, and formerly resided at 10950 Jefferson Hwy, Apt J4, River Ridge, LA 70123;

75. Mable Irene Bradley now resides at 13650 Beechnut Street Apt. 4308, Houston, TX 77083, and formerly resided at 612 Upland Avenue, River Ridge, LA 70123;

76. Kayla Brooks now resides at 1605 Wakefield Drive, Marrero, LA 70072, and formerly resided at 612 Delegate Street, Avondale, LA 70094;

77. Stephanie Brooks now resides at 1605 Wakefield Drive, Marrero, LA 70072, and formerly resided at 2100 Sawmill Road Apt. 12-101, River Ridge, LA 70123;

78. Karen Bruce now resides at 639 Richard Avenue, River Ridge, LA 70123, and formerly resided at 11100 Newton Street, Apt C, River Ridge, LA 70123;

---

[6] Chapelle Simon was incorrectly listed as Chapelle Ursin in the First Omnibus Amended Complaint and her name has been corrected in the Second Omnibus Amended Complaint.

79. Michael Brunet now resides at 624 Percy Brown Rd., Apt 933, Thibodaux, LA 70301, and formerly resided at 605 Hester Avenue, River Ridge, LA 70123;

80. Jessica Campbell and her minor child J.C. now reside at 177 Shady Park Road Apt. D11, Denham Springs, LA 70726, and formerly resided at 861 Reverend Richard Wilson Drive Apt. 8E, Kenner, LA 70062;

81. Kayla Coleman now resides at 911 Carmadelle Street, Marrero, LA 70072, and formerly resided at 640 Pat Drive, Avondale, LA 70094;

82. Krystal Coleman and her minor child M.C. now reside at 911 Carmadelle Street, Marrero, LA 70072, and formerly resided at 640 Pat Drive, Avondale, LA 70094;

83. Kalial Coleman now resides at 911 Carmadelle Street, Marrero, LA 70072, and formerly resided at 640 Pat Drive, Avondale, LA 70094;

84. Alicia Collins now resides at 3121 Lamarque St, New Orleans, LA 70114, and formerly resided at 21 Richelle Street, Waggaman, LA 70094;

85. Linda Ann Corley now resides at 107 Dees Lane, Luling, LA 70070, and formerly resided at 26 Jasmine Lane, Waggaman, LA 70094;

86. Derrick Dandridge now resides at 192 Freetown Lane, Velle Rose, LA 70341, and formerly resided at 346 Azalea Drive, Waggaman, LA 70094;

87. Corneal Dawson now resides at 502 Wilker Neal Avenue, River Ridge, LA 70123, and formerly resided at 518 Wilker Neal Avenue, River Ridge, LA 70123;

88. Craig Gambino now resides at 38 Chalstrom Drive, River Ridge, LA 70123, and formerly resided at 29 Chalstrom Drive, River Ridge, LA 70123;

89. Kimberly Gambino now resides at 38 Chalstrom Drive, River Ridge, LA 70123, and formerly resided at 29 Chalstrom Drive, River Ridge, LA 70123;

90. Alvin Gordon, Jr., Gabrielle Gordon, and their minor child G.G. now reside at 4616 Bayou Nock Drive, Marrero, LA 70072, and formerly resided at 37 Duffy Street, Waggaman, LA 70094;

91. Tiona Green and her minor children C.G. and C.G. now reside at 9220 Paula Lane, Bridge City, LA 70094, and formerly resided at 346 Azalea Drive, Waggaman, LA 70094;

92. Scott Gremillion, Wendy Gremillion, and their minor children B.G. and A.G. now reside at 509 Beacon Shores Drive, Seneca, SC 28672, and formerly resided at 9701 Robin Lane, River Ridge, LA 70123;

93. Deselle Gustain now resides at 718 Central Avenue, Apt. 106, Jefferson, LA 70121, and formerly resided at 10506 Jefferson HWY, Apt. 3, River Ridge, LA 70123;

94. Donell Gustain, Sr. now resides at 718 Central Avenue, Apt. 106, Jefferson, LA 70121, and formerly resided at 10506 Jefferson HWY, Apt. 3, River Ridge, LA 70123;

95. Leroniesha Hartford and her minor children S.H., C.H., and C.H. now reside at 907 Dunson Glen Drive Apt D, Houston, TX 77090, and formerly resided at 204 Wilker Neal Ave. Apt. A, River Ridge, LA 70123;

96. Natalie Heath now resides at 38 Chalstrom Drive, River Ridge, LA 70123, and formerly resided at 29 Chalstrom Drive, River Ridge, LA 70123;

97. Cynthia Isidore and her minor child N.I. now reside at 502 Reverend Richard Wilson Drive, Kenner, LA 70062, and formerly resided at 2308 Reverend Richard Wilson Drive, Kenner, LA 70062;

98. Marguerite Johnson now resides at 25250 Pardue Road, Lot 25A, Springfield, LA 70462, and formerly resided at 112 Marie Drive, Avondale, LA 70094;

99. Lawrence Kimbell now resides at 1931 Martin Luther King Jr. Blvd., New Orleans, LA 70113, and formerly resided at 621 South Cumberland Street, Apt C, River Ridge, LA 70123[7];

100. Latoya Manson and her minor children B.G., J.G., and K.G. now reside at 20 Larkspur Lane, Waggaman, LA 70094, and formerly resided at 44 Megehee Court, Waggaman, LA 70094;

101. Augusta Martin now resides at 4700 S. Kirkwood Road, Apt 505, Houston, TX 77072, and formerly resided at 514 Folse Street, River Ridge, LA 70123;

102. Debra Martin now resides at 4700 S. Kirkwood Road, Apt 505, Houston, TX 77072, and formerly resided at 514 Folse Street, River Ridge, LA 70123;

103. Mariya Merricks now resides at 413 Riverbend Drive, Alexandria, LA 71302, and formerly resided at 10950 Jefferson Highway, Apt. S5, River Ridge, LA 70123;

104. Michelle Meyer now resides at 8717 Steamboat Lane, River Ridge, LA 70123, and formerly resided at 10950 Jefferson Highway, Apt. S5, River Ridge, LA 70123;

---

[7] The First Amended Omnibus Complaint incorrectly listed Lawrence Kimbell's address during the timeframe relevant to this litigation as 1824 Oretha Haley, Apt. 305 New Orleans, LA 70115.

105. Stanley Meyers now resides at 1041 Magnolia Drive, Apt. A, Westwego, LA 70094, and formerly resided at 2100 Sawmill Road, Apt. 12-101, River Ridge, LA 70123;

106. Shasmine Moran and her minor children R.M. and U.M. now reside at 7304 Mistletoe Street, Metairie, LA 70003, and formerly resided at 404 Alliance Street, Kenner, LA 70062;

107. Craig Oliney now resides at 2202 31st Court, Kenner, LA 70065, and formerly resided at 2711 Salem Street, Kenner, LA 70062;

108. Geneva Oliney now resides at 2202 31st Court, Kenner, LA 70065, and formerly resided at 2711 Salem Street, Kenner, LA 70062;

109. Reshaun Richardson's legal address is 3020 Sam Lenox Street, Jefferson, LA 70121, and she formerly resided at 624 Wilker Neal Avenue, Apt B, River Ridge, LA 70123;

110. Shakemia Ridgley now resides at 2646 Augusta Street, Kenner, LA 70062, and formerly resided at 517 South Cumberland, River Ridge, LA 70123;

111. Craig Rodrigue now resides at 3808 Willliam Place, Jefferson, LA 70121, and formerly resided at 521 Waldo Street, Metairie, LA 70003;

112. Elizabeth Rodrigue now resides at 3808 Willliam Place, Jefferson, LA 70121, and formerly resided at 521 Waldo Street, Metairie, LA 70003;

113. Rhonda Steward now resides at 1540 Wakefield Drive, Marrero, LA 70072, and formerly resided at 18 Sharen Place, Waggaman, LA 70094;

114. Mykell Steward now resides at 1540 Wakefield Drive, Marrero, LA 70072, and formerly resided at 18 Sharen Place, Waggaman, LA 70094;

115. Emmette Sylve, Jr. now resides at 307 5th Street, Apt. B, Bridge City, LA 70094, and formerly resided at 261 Capitol Drive, Avondale, LA 70094;

116. Roshanda Thompson now resides at 635 Mockingbird Lane, St. Rose, LA 70087, and formerly resided at 10950 Jefferson Hwy, Apartment K3, River Ridge, LA 70123;

117. Markez White now resides at 1540 Wakefield Drive, Marrero, LA 70072, and formerly resided at 18 Sharen Place, Waggaman, LA 70094;

118. Kevin Wood now resides at 3407 Arlington Street, Jefferson, LA 70121, and formerly resided at 824 Colonial Club, Harahan, LA 70123;

XII.

The **First Omnibus Amended Complaint** is further amended to correct typographical errors in the spelling of Plaintiffs' names as follows:

119. Mary Ann Winningkoff was incorrectly listed in the First Amended Omnibus Complaint as Mary Ann Winningkof;

120. Lakesha Davis was incorrectly listed in the First Amended Omnibus Complaint as Lakeisha Davis;

121. Kathy White was incorrectly listed in the First Amended Omnibus Complaint as Cathy White;

122. Breana Tate was previously listed on the First Amended Omnibus Complaint as Breana Blanchard. Mrs. Tate legally changed her last name subsequent to her marriage;

123. Chapelle Simon was incorrectly listed as Chapelle Ursin in the First Omnibus Amended Complaint;

124. Susie Roux Newell was incorrectly listed in the First Amended Omnibus Complaint as Susie Roux;

125. C.D., the minor child of Yolanda Dixon name was incorrectly spelled on the First Amended Omnibus Complaint;

126. D.R., the minor child of Kizzie Cage's name was spelled incorrectly on the First Amended Omnibus Complaint;

127. D.E., the minor child of Kizzie Cage was incorrectly identified as D.R. on the First Amended Omnibus Complaint;

128. Dustin Deluane was incorrectly listed on the First Amended Omnibus Complaint as Dustin Dulaune;

129. D.M., the minor child of Shakemia Ridgley, name was spelled incorrectly on the First Amended Omnibus Complaint.

130. P.C., the minor child of Randy Frickey, name was spelled incorrectly on the First Amended Omnibus Complaint.

131. Jalyn Barnes was incorrectly listed on the First Amended Omnibus Complaint as Jayln Barnes.

132. Thaddeus Cammon was incorrectly listed on the First Amended Omnibus Complaint as Thaddeaus Cammon.

**Respectfully submitted,**

**FORREST CRESSY & JAMES, LLC**

/s/ S. Eliza James
_____
Byron Forrest (La. Bar No. 35481)
Nicholas Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
1222 Annunciation Street
New Orleans, Louisiana 70130
Eliza@fcjlaw.com
Tele: 504.605.0777
Fax:   504.322.3884

OF COUNSEL:
Eric C. Rowe (Admitted *Pro Hac Vice*)
C. Allen Foster (Admitted *Pro Hac Vice*
**WHITEFORD TAYLOR PRESTON, LLP**
1800 M Street, NW
Suite 450N
Washington, DC 20036
(202) 659-6800

Masten Childers, III (Admitted *Pro Hac Vice*)
Lesley Cayton (*Pro Hac Vice* Application to be Submitted)
Aaron M. Oppegard (*Pro Hac Vice* Application to be Submitted)
**WHITEFORD TAYLOR PRESTON, LLP**
161 North Eagle Creek Drive
Suite 210
Lexington, KY 40509
Phone: (859) 687-6699
Fax: 859-263-3239

10