UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL.,** | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 19-11133, |
| | * | c/w 19-14512 |
| **VERSUS** | * | |
| | * | SECTION: "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | * | |
| | * | JUDGE MORGAN |
| | * | |
| DEFENDANTS. | * | MAGISTRATE |
| | * | JUDGE NORTH |
| *APPLIES TO: ALL CASES* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO DEPOSE PLAINTIFFS A.G. AND B.G.

Pursuant to the Court's Twelfth Case Management Order,[1] all Defendants[2] jointly submit this motion and respectfully pray for leave of Court to conduct the depositions of Plaintiffs A.G. and B.G., both minors. As explained in the accompanying memorandum, A.G. and B.G. are named plaintiffs, whom the *Addison* counsel expressly selected for the first trial from the pool of 544 plaintiffs, and they are seeking nearly half a million dollars each for A.G.'s and B.G.'s alleged injuries. Thus, their testimony is relevant and reasonably necessary to allow Defendants to prepare a defense as to A.G.'s and B.G.'s claims.

WHEREFORE, Defendants respectfully request the Court grant their motion for leave to depose A.G. and B.G.

---

[1] R. Doc. 429 at 4.
[2] Defendants in this matter are Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company (collectively, the "Waste Connections Defendants"), the Parish of Jefferson, and Aptim Corp.

Respectfully submitted:

LISKOW & LEWIS, APLC

*/s/ Michael C. Mims*
Michael C. Mims (#33991)
Charles B. Wilmore (#28812)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alex Andrade (#38659)
Cecilia Vazquez (#39373)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax: (504) 556-4108

AND

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400
James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000
Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Attorneys for Waste Connections Defendants*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*/s/ John E.W. Baay, II*
Ernest P. Gieger, Jr. (Bar #6154)
John E.W. Baay, II (Bar #22928)
J. Michael DiGiglia (Bar #24378)
Nicholas S. Bergeron (Bar #37585)

> 701 Poydras Street, Suite 4800
> New Orleans, LA 70139
> Telephone: (504) 561-0400
> Telefax: (504) 561-1011
>
> *Attorneys for Aptim Corporation*
>
> AND
>
> CONNICK & CONNICK, LLC
>
> */s/ Michael S. Futrell*
> William P. Connick (Bar #14158)
> Michael S. Futrell (Bar #20819)
> Matthew D. Moghis (Bar #33994)
> 3421 N. Causeway Blvd., Suite 408
> Metairie, LA 70002
> Telephone: (504) 681-6663
> Telefax: (504) 838-9903
>
> *Attorneys for Jefferson Parish*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on November 13, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Michael C. Mims*
> OF COUNSEL