1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4     FREDERICK ADDISON, ET AL        CIVIL ACTION NO.

                                      19-11133, c/w 19-14512

5     VERSUS

                                      SECTION: "E" (5)

6     LOUISIANA REGIONAL

      LANDFILL COMPANY, ET AL

7

8

9     * * * * * * * * * * * * * * * * * * * * * * * * *

10          TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

11                    WENDY GREMILLION,

12    TAKEN ON BEHALF OF DEFENDANTS LOUISIANA REGIONAL

13    LANDFILL COMPANY, WASTE CONNECTIONS BAYOU, INC., AND

14    WASTE CONNECTIONS US, INC.

15    * * * * * * * * * * * * * * * * * * * * * * * * *

16              REPORTED AT THE LAW OFFICES OF:

17              FORREST CRESSEY & JAMES, LLC

18              1222 ANNUNCIATION STREET

19              NEW ORLEANS, LOUISIANA  70130

20

              COMMENCING AT 9:12 A.M., ON JUNE 7, 2023

21

22

      Reported by:

23

          YOLANDA J. PENA, Certified

24        Court Reporter No. 2017002

          in and for the State of

25        Louisiana

EXHIBIT D

                                                        Page 57

1        kids would -- they knew that it was out there.  They

2        said, "Who's farted?"  I mean, it wasn't even a joke.

3        But it had that sulfur, egg smell, and they knew right

4        away too.  So no, we didn't go to practice on those

5        days.

6              Q.   Do you know if practice was ever canceled at

7        Elmwood because of odors?

8              A.   Not to my knowledge.

9              Q.   And what about at Paradise Manor?  Was -- was

10       your kids' involvement in the swim team there ever

11       affected based on the odors?

12             A.   Exact same situation.  If I smelled it, we

13       weren't going to the club.  We were not going to sit

14       outside and inhale that, nor would I subject my kids to

15       that.

16                       MS. JAMES:  If we're at a place we could

17                  take a quick break so I can use the restroom?

18                       MR. MIMS:  Sure.

19                       THE VIDEOGRAPHER:  We're going off --

20                  we're going off the record at 10:21 a.m.

21                       (Recess taken.)

22                       THE VIDEOGRAPHER:  We are back on the

23                  record at 10:41 a.m.

24       BY MR. MIMS:

25             Q.   Okay.  We were talking about activities that

Page 133

```
 1            A.   Yeah.  If you want to say 8 out of 10 is not

 2       really bad, but it's still there, and it's not

 3       pleasant.

 4            Q.   Did you ever have days where you thought "I

 5       can smell it, but today, it's more like a 3 out of 10"?

 6            A.   Maybe a handful, and that's pushing it.  It

 7       was -- when it came, it was pretty -- pretty evident.

 8            Q.   Okay.  Do you know if -- if the answer would

 9       be the same for your children in terms of how they

10       perceived the strength of the odor?

11            A.   When they smelled it, they smelled it.  As far

12       as the perception, I don't know if you can really ask a

13       seven, a eight, or a nine-year-old really.  It stunk to

14       them.  It smelled like farts, like rotten eggs.  That's

15       what they would say.

16            Q.   Okay.  I think you said for yourself that when

17       you smelled it, it usually hits you in the face and was

18       rarely a 3 out of 10.

19            A.   Yes.

20            Q.   Do you know if that's how your kids felt?

21            A.   Absolutely.  If they were -- if they were

22       there, your answer is yes.

23            Q.   How do you know that?

24            A.   Because they -- they had -- I'm smelling it.

25       It's there.  I mean, they had to smell it.
```

1    frustration because, I mean, I'm their parent, you

2    know.

3         Q.   I think you mentioned there were times that

4    you got to Elmwood for swim practice and you went back

5    home because you didn't want your kids being outside in

6    the odors.  Is that correct?

7         A.   If I smelled it there and we pulled up, I

8    would not leave her because she was swimming outside.

9    If I smelled it in my house on our way to swim, I

10   wouldn't go bring her because I wasn't going to chance

11   the smell, while she's swimming outside, going that

12   area.

13        Q.   Were those decisions that -- that you and

14   your children made together, or did you ever have

15   disagreements about that?

16        A.   No.  She -- she -- I think she respected me as

17   a parent and understood that I was doing what was best.

18        Q.   Okay.

19        A.   I mean, she wasn't -- the smell wasn't

20   pleasant.  You don't understand.  Like, it didn't take

21   me to have to tell her it smelled bad outside.  And her

22   eyes burned.  I mean, her throat.  She was aware of the

23   symptoms.

24        Q.   In terms of swim practices that your kids had

25   to miss because of the odors, we've talked about Adelyn

1    here and there but not like I had.  At least, she
2    didn't complain.  I can't -- I mean...
3         Q.   And I think you told me that if you were
4    smelling it three to five days a week, Adelyn had
5    burning eyes and nose three out of four or 75 percent
6    of those times, how do you know that Adelyn was
7    smelling the odors three to five days a week?
8         A.   Was she physically smelling it?  Is that --
9    you're saying -- are you saying -- I just don't
10   understand where you're trying to come with this.  If
11   it's there and I'm smelling it, how would she not smell
12   it.  Whether it's as strong to her as it is to me,
13   she's still smelling it.
14        Q.   Let me ask it this way.  I think you told me
15   that for yourself, from 2017 to 2020, on average you
16   smelled it three to five days a week.  Do you believe
17   that Adelyn was smelling it three to five days a week?
18        A.   Yes.
19        Q.   How do you know that?
20        A.   Because I was, and she also complained when --
21   at that -- the time that it was around, she would
22   complain 75 -- 75 percent of the time.
23        Q.   What makes you say that because you smelled
24   it, that means that she smelled it?
25        A.   It was that strong, and she complained at