Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   FREDERICK ADDISON, ET AL.,     CIVIL ACTION NO.
              Plaintiffs,           19-11133, c/w 19-14512
 5   VERSUS
                                    SECTION: "E" (5)
 6   LOUISIANA REGIONAL
     LANDFILL COMPANY, ET AL.,
 7            Defendants.
 8   * * * * * * * * * * * * * * * * * * * * * * * * *
 9         TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:
10                    SCOTT GREMILLION,
11   TAKEN ON BEHALF OF DEFENDANTS, LOUISIANA REGIONAL
12   LANDFILL COMPANY, WASTE CONNECTIONS BAYOU, INC., WASTE
13   CONNECTIONS US, INC., JEFFERSON PARISH, AND APTIM
14   CORP.
15   * * * * * * * * * * * * * * * * * * * * * * * * *
16              REPORTED AT THE LAW OFFICES OF:
17              LISKOW & LEWIS, APLC
18              701 POYDRAS STREET, SUITE 5000
19              NEW ORLEANS, LOUISIANA  70139
20
         COMMENCING AT 9:08 A.M., ON JUNE 8, 2023
21
22   Reported by:
23       YOLANDA J. PENA, Certified
         Court Reporter No. 2017002
24       in and for the State of
         Louisiana
25
```

Page 74

1  we'll get into the other stuff -- but symptom-wise that
2  we're leaving out?
3      A.   You know, he would say, "It stinks."  He would
4  complain of headaches.
5      Q.   How often would he have headaches?
6      A.   Like I said, I couldn't recall.
7      Q.   Okay.  Do you have any -- I mean, so during
8  the two-and-a-half-year period, did he complain of them
9  constantly?
10     A.   I would say it was -- I mean, throughout that
11 period, it would -- he would complain at times, yes.
12 How frequently?  I don't know.
13     Q.   Okay.  Once a month?
14     A.   I would say at least.
15     Q.   Okay.  Once a week?
16     A.   Probably not that often.
17     Q.   Okay.  So somewhere between a couple times a
18 month?
19     A.   Yeah, just if we had to throw a number at it,
20 you know.  I don't know.  I don't want to just make up
21 a number, you know.  Like I said, we didn't keep track
22 of this stuff because we didn't know.
23     Q.   I get you.
24     A.   If I would have known what I know now, we
25 would have documented everything.