```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA

*************************************************************
ELIAS JORGE "GEORGE" ICTECH-BENDECK

                         Civil Action No. 18-7889
                         c/w 18-8071, 18-9212
VS.                      Section "E"(5)
                         New Orleans, Louisiana
                         February 2, 2022

WASTE CONNECTIONS BAYOU, INC., ET AL.
*************************************************************


Related Case:
*************************************************************
FREDERICK ADDISON, ET AL.

                         Civil Action No. 19-11133
                         c/w 19-14512
VS.                      Section "E"(5)


LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.

Applies to all cases
*************************************************************




                   TRANSCRIPT OF BENCH TRIAL
               GENERAL CAUSATION/DAUBERT HEARING
             HEARD BEFORE THE HONORABLE SUSIE MORGAN
                   UNITED STATES DISTRICT JUDGE
                     DAY 3 AFTERNOON SESSION
```

OFFICIAL TRANSCRIPT
Page 632

EXHIBIT F

```
03:42:38PM   1        A.   They call it an LOA, level of distinct odor
03:42:49PM   2    awareness.
03:42:50PM   3        Q.   Right.  But at the top of that paragraph --
03:42:50PM   4             MR. HAMMEL:  That was it.  Oh, sorry.
03:42:50PM   5    BY MR. HAMMEL:
03:42:52PM   6        Q.   At the top of that paragraph before they add the
03:42:54PM   7    additional coefficient to get to 10, they call it "An
03:42:55PM   8    empirical field correction factor," right?
03:42:58PM   9        A.   Correct.
03:42:59PM  10        Q.   Right.  So they need to add a --
03:42:59PM  11             MR. HAMMEL:  You can take it down.
03:42:59PM  12    BY MR. HAMMEL:
03:43:04PM  13        Q.   -- empirical field correction factor.  And that
03:43:07PM  14    empirical field correction factor includes people that are
03:43:13PM  15    allergic, they have allergies, people that have stuffed up
03:43:16PM  16    noses, people that smoke, people -- it takes into account
03:43:20PM  17    age; is that correct?
03:43:22PM  18        A.   Correct.  Uh-huh.
03:43:23PM  19        Q.   So the number that they're saying of 10 ppb,
03:43:28PM  20    that's -- you know, a person without an upper airway
03:43:32PM  21    infection or a person who doesn't smoke, can they detect
03:43:36PM  22    things at a lower concentration?
03:43:39PM  23        A.   Of course.
03:43:39PM  24        Q.   Of course.
03:43:40PM  25             Because the sense of smell is like every other sense
```

```
03:43:44PM   1   we have, right?
03:43:45PM   2       A.  Uh-huh.
03:43:46PM   3       Q.  Some people see better than others, some people hear
03:43:50PM   4   better than others, right?
03:43:52PM   5       A.  Correct.
03:43:52PM   6       Q.  But this number with the empirical field correction,
03:43:57PM   7   that takes into account everybody; is that right?
03:44:00PM   8       A.  That's correct.  That is the purpose of it.
03:44:03PM   9       Q.  Okay.
03:44:05PM  10           MR. HAMMEL:  No further questions, Your Honor.
03:44:07PM  11           THE COURT:  All right.  Dr. Schiffman, thank you.
03:44:10PM  12   We're going to end the Zoom session now.
03:44:13PM  13           MR. HAMMEL:  Judge, I'm sorry.
03:44:13PM  14           THE WITNESS:  Thank you so much.
03:44:13PM  15           MR. HAMMEL:  Thank you, Dr. Schiffman.
03:44:14PM  16           THE WITNESS:  And I appreciate you allowing me to do
03:44:16PM  17   this by Zoom.  Thank you.
03:44:18PM  18           THE COURT:  You're welcome.
03:44:20PM  19           MR. HAMMEL:  I apologize, Judge.  But I wanted to
03:44:22PM  20   introduce Exhibit 72.
03:44:25PM  21           THE COURT:  All right.  And that's not already
03:44:27PM  22   admitted?
03:44:30PM  23           MR. HAMMEL:  It is already admitted.
03:44:30PM  24           THE COURT:  Okay.
03:44:33PM  25           MR. HAMMEL:  No?
```