UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL., | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 19-11133, |
| | * | c/w 19-14512 |
| VERSUS | * | |
| | * | SECTION: "E" (5) |
| LOUISIANA REGIONAL LANDFILL | * | |
| COMPANY, ET AL., | * | JUDGE MORGAN |
| | * | |
| DEFENDANTS. | * | MAGISTRATE |
| | * | JUDGE NORTH |
| *APPLIES TO: ALL CASES* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

Defendants[1] hereby notice their Motion for Leave to Depose Plaintiffs A.G. and B.G. for submission before the Honorable Susie Morgan, United States District Judge, 500 Poydras Street, New Orleans, Louisiana 70130, on December 6, 2023, at 10:00 a.m., or as soon thereafter as counsel can be heard.

Respectfully submitted,

LISKOW & LEWIS, APLC

  */s/ Michael C. Mims*
Michael C. Mims (#33991)
Charles B. Wilmore (#28812)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alex Andrade (#38659)
Cecilia Vazquez (#39373)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

---

[1] Defendants in this matter are Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company (collectively, the "Waste Connections Defendants"), the Parish of Jefferson, and Aptim Corp.

AND

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400
James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000
Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Attorneys for Waste Connections Defendants*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

   */s/ John E.W. Baay, II*
Ernest P. Gieger, Jr. (Bar #6154)
John E.W. Baay, II (Bar #22928)
J. Michael DiGiglia (Bar #24378)
Nicholas S. Bergeron (Bar #37585)
701 Poydras Street, Suite 4800
New Orleans, LA 70139
Telephone: (504) 561-0400
Telefax: (504) 561-1011

*Attorneys for Aptim Corporation*

AND

2

           CONNICK & CONNICK, LLC

           */s/ Michael S. Futrell*
           William P. Connick (Bar #14158)
           Michael S. Futrell (Bar #20819)
           Matthew D. Moghis (Bar #33994)
           3421 N. Causeway Blvd., Suite 408
           Metairie, LA 70002
           Telephone: (504) 681-6663
           Telefax: (504) 838-9903

           *Attorneys for Jefferson Parish*

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing was electronically filed on November 13, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

           */s/ Michael C. Mims*
           OF COUNSEL