UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK E. ADDISON, SR., ET AL., <br>     Plaintiffs | CIVIL DOCKET |
| VERSUS | NO. 19-11133 |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL., <br>     Defendants | SECTION: "E" (5) |

### ORDER

Considering the correspondence received from the parties on November 15, 2023;

**IT IS ORDERED** that the order granting Plaintiffs' Motion to Substitute Deceased Parties[1] is hereby **VACATED**.

Plaintiffs' Motion to Substitute Deceased Parties[2] is reset for submission on **Wednesday, December 6, 2023**.

New Orleans, Louisiana, this 16th day of November, 2023.

                                 _____
                                      **SUSIE MORGAN**
                           **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 434.
[2] R. Doc. 430.