**EXHIBIT 1**

## VISITORS REGISTER

| Date | Name | Company/Address | To See | Time Arrive | Depart |
|---|---|---|---|---|---|
| 9-12-19 | Cory Thevenot | Monceaux + Bulder | | 10:00 | |
| 9-12-19 | Steve Britt | Monceaux + Buller | | 10:00 | |
| 9-12-19 | Ken Murles | River Br | | 9:50 | 10:20A |
| 9-12-19 | Darren Ledet | 60 | | 9:50 | 10:20A |
| 9-13-19 | Jimmy Allen | Cell 24 | | 0630 | |
| 9/13/19 | Gabe Ordogne | RBL | well Field | 7:30 | 15:40 |
| 9-14-19 | Jimmy Allen | Cell 24 Terracon | Cell 24 | 0600 | |
| 9-15-19 | Jonathan Humphries | BLD | Jobsite | 8:13am | 8:45am |
| 9-16-19 | Larry LeBlanc | BLD | Jobsite | 7:27am | |
| 9-16-19 | Jermain Jamar | BLD | Jobsite | 7:27AM | 9:00 / 9:00 |
| 9/16/19 | DAVE FISHER | SCS | D. Jones | 800AM | |
| 9/16/19 | Gabe Ordogne | RBL | wellField | 7:35 | 18:50 |
| 9/16/19 | J Jackson | RbL | field | 8:12 | |
| 9/16/19 | T. Gosserand | RBL | field | 8:12 | |

JP_JPLF_00743928

# VISITORS REGISTER

| Date | Name | Company/Address | To See | Arrive | Depart |
|---|---|---|---|---|---|
| 9-16-19 | M. Jackson | BLD | Jobsite | 8:40 | 10:05 |
| 9/16 | Charles Pool | PCG | TURNER | 9:00 | 9:15 |
| 9/16 | Robert Herron | Turner | JR Meeks | 10:03 | 10:42 |
| 9/16 | Jacob Bryant | LA CAQ | David | 11:00 | |
| 9/16 | D. Landry | Apex | EiArc | 12:20 | 1:45 PM |
| 9/16 | Jon Trahan | FDAE | Stormwater runoff | 1:00 | |
| 9/16 | Jon Humphries | BLD | Jobsite | 1:15 | |
| 9-17 | Jimmy Allen | Terracon | Cell 2y | 0630 | |
| 9-17 | David Fisher | SCS | D. Jones | 7:00 AM | |
| 9-17 | J. Jackson | R6L | field | 8:05 | |
| 9-17 | T. Gosserand | R6L | field | 8:05 | |
| 9-17 | Terrance Stewart | PPM | Job Site | 10:00 | 2:00 |
| 9-18 | David Fisher | SCS | D Jones | AM | |
| 9-18 | Jimmy Allen | Terracon | Cell 2y | 0600 | |

JP_JPLF_00743929