1

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

 4     FREDERICK ADDISON, ET AL      CIVIL ACTION NO.
                                     19-11133, c/w 19-14512
 5     VERSUS
                                     SECTION: "E" (5)
 6     LOUISIANA REGIONAL
       LANDFILL COMPANY, ET AL
 7

 8

 9     * * * * * * * * * * * * * * * * * * * * * * * * *

10           TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

11                       WENDY GREMILLION,

12     TAKEN ON BEHALF OF DEFENDANTS LOUISIANA REGIONAL

13     LANDFILL COMPANY, WASTE CONNECTIONS BAYOU, INC., AND

14     WASTE CONNECTIONS US, INC.

15     * * * * * * * * * * * * * * * * * * * * * * * * *

16              REPORTED AT THE LAW OFFICES OF:

17              FORREST CRESSEY & JAMES, LLC

18              1222 ANNUNCIATION STREET

19              NEW ORLEANS, LOUISIANA  70130

20
           COMMENCING AT 9:12 A.M., ON JUNE 7, 2023
21

22
       Reported by:
23
```

EXHIBIT 1

10     request for production --

11          Q.    Okay.

12          A.    -- as well as the Facebook posts and did a lot
13     of heart-to-heart to myself.

14          Q.    Can you say that last part again?

15          A.    Heart-to-heart to myself.  Sorry, my voiced
16     cracked.

17          Q.    I don't usually hear many witnesses refer to
18     interrogatories, but I forgot you've got a -- a
19     background.

20          A.    Yeah.

21          Q.    What about your plaintiff fact sheet
22     responses?

23          A.    Yes, I looked over that.

24          Q.    Do you know when you looked over that?

25          A.    Monday.

                                                              59

1           Q.    Did you notice anything in the plaintiff fact
2     sheet responses that was inaccurate?

3           A.    I did.  I can't remember what it was.  I know
4     I didn't -- I think there was typos when we did it.
5     But there -- when -- as far as like what I experienced
6     with the - -the smell, the sulfur smell that we were
7     smelling, it was a lot more than just nausea.  It was

8   eyes burning, throat, nose, fatigue, gagging, sleepless
9   nights, and a lot of stress.  I'd like to add that to
10  that.
11              THE REPORTER:  I'm sorry?
12       A.   A lot of stress, and I'd like to add those.
13  BY MR. MIMS:
14       Q.   Any other documents that you reviewed in
15  preparation for your testimony today?
16       A.   Whatever we -- whatever request for production
17  we sent to you.
18       Q.   Anything else?
19       A.   No.
20       Q.   Did you meet with your attorneys to prepare
21  for your deposition today?
22       A.   I met with them when we got here, yes.
23       Q.   How many times did you meet with them?
24       A.   Once.
25       Q.   Other than that meeting, how many times have

                                                          60


1   you met with your attorneys to discuss this litigation
2   matter?
3        A.   Meet in a physical manner or --
4        Q.   Why don't we do any meetings?
5        A.   I talked to her over email correspondence and

9    Q.  Either of you ever vape?

10   A.  No.

11   Q.  Ever use any smoke-producing recreational

12   drugs at the Robin Lane home?

13   A.  No.

14   Q.  All right.  Let's talk about your decision to

15   sell the River Ridge home.  When did you first start

16   pursuing selling that home?

17   A.  We started looking the summer of 2018.

18   Q.  Okay.  Why did you start looking?

19   A.  Well, we were pretty fed up.  I felt like I

20   was beating my head against a brick wall with the smell

21   and not getting headway, no answers.  I mean, you

22   wouldn't want to the live there either.

23   Q.  Okay.  You said you started looking.  Where

24   did you start looking?

25   A.  We considered several places.  I mean, it was

1    just -- when my husband started his -- his job on his

2    own, Nola Machinery, we -- we talked about, okay, so he

3    can live anywhere where -- you know, with that job.

4    And when he was looking for another job and wanted to

5    make sure that if we moved, he could still keep that

6    job, so that was something that we had to consider.

16      because, again, they were at school at time -- at time
17      during the winter.  But when they were home, they
18      smelled it; they told me.
19           Q.   What would they say?
20           A.   Smells like farts.  It smells sour.  It smells
21      bad.  It hurts.  Her eyes would burn, and her nose
22      would burn.
23           Q.   Your -- "her," meaning --
24           A.   My daughter, sorry.
25           Q.   -- XXXX

                                                            131


1            A.   That's my bad.
2            Q.   Was there a particular time of day that you
3       noticed odors being the worst?
4            A.   No.  It came and went when it pleased.  There
5       was no warning.
6            Q.   Did that ever change over the seasons or over
7       the years, or was that always the case?
8                 MR. FOSTER:  Objection; form.
9            A.   No.  It came and went.  Like I said, it did
10      seem like it was -- I don't know if the air was heavier
11      in the summer.  When it was humid, it was like -- it
12      just hit you hard.  Winter, it was still there, but I
13      mean, there might have been a little bit more breeze.

18    A.   We knew it existed because we would come and
19    go from our daughter's camp --
20    Q.   Okay.
21    A.   -- like I told you back when she finished --
22    after second grade, that summer.  So we -- we knew
23    about the area.  We thought it was really pretty.
24    Q.   Okay.
25    A.   We didn't have any intentions on moving until

105

1     we realized how bad, and there was no -- there was no
2     answer in sight.  There was -- there was nothing that
3     we felt like was going to be fixed.  And we just didn't
4     want that with our family and my children's health.
5     There were sleepless nights.  There was -- there was
6     anxiety.  There was -- I didn't want to go.  I felt
7     like this is what I needed to do for our family.  I
8     left behind a lot of people.
9     Q.   And you felt like a place like Covington was
10    still too close for comfort based on the odors?
11    A.   It's not where we --
12         MR. FOSTER:  Asked and answered --
13         THE WITNESS:  Yeah.
14         MR. FOSTER:  -- a dozen times.
15    A.   It's not where we wanted to be.

```
14     prevalent just because I just don't know where it would
15     travel to, and I didn't want to go and see if it was
16     even there.  So we just went right back inside as far
17     as when the smell was around.
18          Q.   Can you tell me what you mean when you say
19     that you weren't about to just drop her off and leave
20     her there?
21          A.   Well, because I would drop her at practice.
22          Q.   Uh-huh.
23          A.   But when I walked outside to get in the
24     vehicle and I would smell it, I would go right back
25     inside, said we just -- we're not going.  I mean, the
```

57

```
1      kids would -- they knew that it was out there.  They
2      said, "Who's farted?"  I mean, it wasn't even a joke.
3      But it had that sulfur, egg smell, and they knew right
4      away too.  So no, we didn't go to practice on those
5      days.
6           Q.   Do you know if practice was ever canceled at
7      Elmwood because of odors?
8           A.   Not to my knowledge.
9           Q.   And what about at Paradise Manor?  Was -- was
10     your kids' involvement in the swim team there ever
11     affected based on the odors?
```

12     A.    Exact same situation.  If I smelled it, we
13     weren't going to the club.  We were not going to sit
14     outside and inhale that, nor would I subject my kids to
15     that.
16           MS. JAMES:  If we're at a place we could
17           take a quick break so I can use the restroom?
18           MR. MIMS:  Sure.
19           THE VIDEOGRAPHER:  We're going off --
20           we're going off the record at 10:21 a.m.
21               (Recess taken.)
22           THE VIDEOGRAPHER:  We are back on the
23           record at 10:41 a.m.
24     BY MR. MIMS:
25     Q.    Okay.  We were talking about activities that

                                                          58

1      you and your family do.  We're going to come back to
2      that.  But before I forget, I wanted to ask you a
3      little bit about what you did to prepare for today's
4      deposition.  And I'll tell you right off the bat, I'm
5      not asking you about conversations that you had with
6      your attorneys.
7            Can you just tell me, in your words, what you
8      did to prepare to testify today?
9      A.    I reviewed my inter- -- interrogatories and

3    it was 2018.  Again, it's in the request for
4    production, so.  But he was young, so -- I mean, they
5    just relayed it as a fart.  You know, that's what it
6    smelled like, like eggs.
7         Q.   And we're going to talk about healthcare
8    provider stuff a little bit more.  But while we're on
9    that, did he ever see anyone for that persistent cough?
10        A.   I think he saw -- I want to say he saw the
11   pediatrician, but I know I take -- took him to that
12   urgent care.  It's in -- is it Harahan or River Ridge?
13   Right there by the Breaux Mart on Jefferson Highway.
14   And tons -- like, he had lived on cough medicine,
15   over-the-counter cough medicine.
16        Q.   Who is Braxton's pediatrician?
17        A.   At that point in time, Mark Morici.
18        Q.   How do you spell that?
19        A.   M-a-r-k M-o-r-i-c-i.
20        Q.   Is he with a group?
21        A.   I think he's with -- I don't know right now.
22   I mean, at that point in time, I think he was with
23   Lake- -- I think it was Lakeside.  His office was on
24   Veterans right by St. Ann.
25        Q.   Okay.

150

```
 2    was around, it was in your house.  When it would come
 3    and get in the house, I would -- well, when I would
 4    smell it, whether it was in the house or not, I would
 5    tape the doors -- the door frames, put towels under the
 6    doors, put air -- turn the air condition off, turn the
 7    vents in the bathrooms on to eliminate anything coming
 8    in, make sure the fireplace flume -- I think it's
 9    called the flume -- was closed because it would come in
10    there.  It would come in the bathrooms, under doors.
11           So I didn't sleep much.  It was a very
12    nauseous at times.  My ears, my nose, my float.  Very
13    anxious.  You can see today that it's not easy.  Kids
14    miss stuff; I miss stuff, as far as activities go.
15       Q.  Let's talk about --
16           MR. FOSTER:  Michael, I don't believe
17       she was finished.
18           MR. MIMS:  I'm sorry?
19           MR. FOSTER:  I don't believe she was
20       finished.
21           THE WITNESS:  Two seconds, please.
22    BY MR. MIMS:
23       Q.  I'm sorry.  I'm sorry.
24       A.  I'm trying to think because this -- it's hard.
25    You want to do what's best for your family.  Last thing
```

113

19      them to?
20          A.   Well, I sent them to where we lived.  I'm not
21      going to drive and hour to send them to a camp.  So I
22      mean, it didn't affect where I'd send them to, but it
23      affected where -- when I would send them.  If it was,
24      again, outside, I'm not going to go drop them off at,
25      you know, a camp if I knew they would have outdoor

                                                              67

1       activities because I had that luxury.  I wasn't
2       working.  I could keep them home.
3           Q.   Meaning that during that period, 2017 to 2019,
4       there were days where the smell was bad enough that you
5       kept your kids home instead of sending them to camp?
6           A.   Yes.
7           Q.   How frequently did that happen?
8           A.   A handful of times just because -- I mean,
9       it's not always outside when you go to leave the house.
10      I mean, it comes and goes.  But if there was an
11      instance where I walked outside, I'm not going to go --
12      I don't know how long it's going to stay.  I don't know
13      if it's going to be where they -- where I'm dropping
14      them off.  And I'll reiterate on that.  She did some
15      indoor camps as well.  She did some theater camps, so
16      that would have been all indoors.

25      church?

64

1       A.   Every holiday, we were -- we would go.
2       Q.   Okay.
3       A.   But church was also related to a school.  It
4    was incorporated with the school.  So any type of
5    school events, even though my kids didn't go there, we
6    would attend.
7       Q.   This is St. Matthew's?
8       A.   That's correct.  Crawfish boils, fair.  Kids
9    had friends that went to school there, so we would
10   vis- -- you know, visit with them, as well, while we
11   were at those events.  As far as services, probably
12   twice a month for Mass on Sunday.
13      Q.   Got it.  Did you and your family's involvement
14   in activities at St. Matthew's change at any point
15   during that 2015 to 2020 period?
16      A.   Change in what manner?
17      Q.   Did you ever start going less frequently?
18      A.   We would go to Mass on Sundays.  It was
19   inside.  If we had an outside event in between 2017 and
20   2019 and that sulfur smell was outside, again, we would
21   not go outside.  So any type of fair, crawfish boil,
22   cookoff, we did not go.  We weren't going to go outside


```
22        Q.   Yes, got it.
23             And as far as you can remember, were these
24   responses also provided over the phone?
25        A.   As far as I can remember, yes.  Yes.
```

78

```
 1        Q.   As far as you can tell, the responses on
 2   Exhibit 135, you or your husband would have been the
 3   source of those responses?
 4        A.   That's correct.  She'd have been too young to
 5   understand this.
 6        Q.   And looking at the last page, line 241, that
 7   signature, can you tell me who would have applied that
 8   signature?
 9        A.   Probably DocuSign as well.
10        Q.   And you think that would have been you or your
11   husband?
12        A.   Probably myself.
13        Q.   Okay.  Not Adelyn?
14        A.   No.
15        Q.   Okay.
16        A.   I don't think we would have had her do this.
17        Q.   So you know, it says "Adelyn Gremillion."
18   This would have been either you or your husband signing
19   on her behalf?
```