Page 1

1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4    FREDERICK ADDISON, ET AL.,      CIVIL ACTION NO.
               Plaintiffs,           19-11133, c/w 19-14512
5    VERSUS
                                     SECTION: "E" (5)
6    LOUISIANA REGIONAL
     LANDFILL COMPANY, ET AL.,
7              Defendants.
8    * * * * * * * * * * * * * * * * * * * * * * * * *
9           TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:
10                       SCOTT GREMILLION,
11   TAKEN ON BEHALF OF DEFENDANTS, LOUISIANA REGIONAL
12   LANDFILL COMPANY, WASTE CONNECTIONS BAYOU, INC., WASTE
13   CONNECTIONS US, INC., JEFFERSON PARISH, AND APTIM
14   CORP.
15   * * * * * * * * * * * * * * * * * * * * * * * * *
16              REPORTED AT THE LAW OFFICES OF:
17              LISKOW & LEWIS, APLC
18              701 POYDRAS STREET, SUITE 5000
19              NEW ORLEANS, LOUISIANA  70139
20
           COMMENCING AT 9:08 A.M., ON JUNE 8, 2023
21
22   Reported by:
23       YOLANDA J. PENA, Certified
         Court Reporter No. 2017002
24       in and for the State of
         Louisiana
25

EXHIBIT 2

Page 70

1  Q. Okay. During any of those times where you
2  wouldn't go, would you report to anybody, like, "Hey,
3  we're not coming because of this"?
4  A. You didn't have to because it was voluntary.
5  Q. For instance, like, did it ever --
6  Paradise Manor did not have an indoor facility,
7  correct?
8  A. Correct.
9  Q. Was there ever an occasion where you asked
10 anybody from Elmwood, "Hey, can we house this inside?"
11 A. No.
12 Q. All right. Braxton also, he would have been,
13 at the beginning of this, about five years old?
14 A. Correct.
15 Q. Okay. Same question as I asked you for
16 Adelyn, from -- let's start with just the symptoms
17 standpoint. When you described sickness, you were
18 concerned with your kids, what symptoms did Braxton
19 have?
20 A. ▓▓▓▓▓ I mean, at five years old, like I
21 said, for a kid to tell us how he felt is difficult.
22 But he would get lethargic, and he experienced a bad
23 cough for a prolonged period of time. I don't know
24 those dates. I just know he lived with a cough for
25 months. But you could tell when Braxton is not feeling

Page 71

1  good because he just seemed fatigued.
2       Q.   Okay.  So lethargic, you personally observed
3  that he would kind of look out of it to you?
4       A.   Right.  I mean, if you have kids, you know
5  when they're not right.
6       Q.   Okay.  Bad cough for a prolonged period, do
7  you recall what that prolonged period was?
8       A.   Like I said, I don't know.  I mean, we --
9  we -- my wife would have to expound upon that.
10      Q.   Okay.
11      A.   But I know it was months.
12      Q.   Months.  And do you know what year that was?
13      A.   I do not.
14      Q.   Do you know whether it fell within the time
15 frame --
16      A.   It definitely fell within the time frame.
17      Q.   Okay.  And did you-guys bring him anywhere for
18 that?
19      A.   We did.  There's -- I don't know -- I mean, we
20 brought him to get him checked out, yes.
21      Q.   Where did you bring him?
22      A.   To his pediatric.  I think at the time -- I
23 don't know if that was Dr. Marici or somebody else.
24 ENT, Dr. Bruce, maybe as well.  We got him checked out
25 by two -- you know.  Because it was just -- it was