Page 1

```
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF LOUISIANA
 3    * * * * * * * * * * * * * * * * * * * * * * *
 4   FREDERICK ADDISON, ET AL.,   CASE NO. 19-11133
             Plaintiffs,      c/w 19-14512
 5   v.
 6   LOUISIANA REGIONAL LANDFILL
     COMPANY, ET AL.,
 7           Defendants.
 8    * * * * * * * * * * * * * * * * * * * * * * *
 9
                    Deposition of
10                  STEVEN SERPAS
11              taken on April 5, 2023
                commencing at 9:10 a.m.
12
                         at
13               Four Seasons Hotel
                  2 Canal Place
14               New Orleans, LA
15
16
17
18
19
20
21   Reported by:  Evangeline A. Langston, CCR, RPR
                   Certified Court Reporter
22                 in and for the State of Louisiana,
                   Federal Certified Realtime Reporter,
23                 Registered Professional Reporter
24
25
```

EXHIBIT
3

Page 96

1      Q.   Okay.  Mr. Baay asked if you were a
2    member of any groups on Facebook.
3           Do you remember those questions?
4      A.   Yes, sir.
5      Q.   I'm going to hand you what we'll mark as
6    Plaintiff's Exhibit 1.
7              (Exhibit Number P1 was marked for
8              identification.)
9    BY MR. CHILDERS:
10     Q.   Mr. Serpas, I've handed you what's been
11   marked as Plaintiff's Exhibit 1 at the top.  This
12   is -- I'll represent to you this is a Facebook post
13   from the group Harahan/River Ridge Air Quality.
14          Does this refresh your recollection about
15   whether or not you were -- you've ever seen the
16   Harahan/River Ridge Air Quality Facebook page?
17     A.   I believe I have, yes, sir.
18     Q.   Okay.  And have you seen the post that's
19   depicted on Plaintiff's Exhibit 1 before?
20     A.   I think I recall -- yes.  Yes, sir.
21     Q.   Okay.  Can you describe for the record
22   what the post that's included on Plaintiff's
23   Exhibit 1 is?
24     A.   It was a holiday display at the Lakeside
25   Mall.

                                                        Page 97

1          Q.   Okay.  And what was the holiday display

2     at Lakeside Mall depicting?

3          A.   The landfill and that's skunks in that

4     foreground right there, just showing bad

5     smelling -- yeah.

6          Q.   All right.  Do you recall -- did you

7     actually see this holiday display at the Lakeside

8     Mall in November of 2018?

9          A.   No, sir.

10         Q.   Okay.  But you recall the post?

11         A.   I think, yes, sir.

12         Q.   Okay.  And what is the -- can you read

13    the caption at the top of the photograph for the

14    record, please?

15         A.   There's something in the air in Jefferson

16    Parish.

17         Q.   And who made this post?

18         A.   WWLTV.

19         Q.   Is that a TV station here?

20         A.   Yes.

21         Q.   Okay.  And what is the byline there under

22    the TV's website under the photograph?

23         A.   Jefferson Parish Landfill makes Lakeside

24    Mall's holiday display.

25         Q.   Okay.  Where is Lakeside Mall?

## 6:31

◀ Search 



### Harahan/River Ridge Air Quality
Allie Barnes · Nov 16, 2018 · 🖼️    • • •

<

---

 **WWLTV** ✓
Nov 16, 2018 · 🌐

There's something in the air in Jefferson Parish.



wwltv.com
**Jefferson Parish Landfill makes Lakeside Mall's holiday display**

---

 Like           Comment           Send

 70

## All comments ∨

 **Kix Peace**
yes that is awesome awareness


EXHIBIT
P-1

```
                                        Page 24

 1        A.    That is correct.

 2        Q.    Do you have any other children?

 3        A.    No, sir.

 4        Q.    And have you ever been married before?

 5        A.    Yes, sir.

 6        Q.    And to whom?

 7              MR. CHILDERS:  I mean, can you

 8        proffer what the relevance of his former

 9        wife's name is?

10              MR. BAAY:  It's background

11        information, potential witnesses.

12              MR. CHILDERS:  Okay.  You can

13        answer.

14        A.    Shelby -- her maiden name was Adams, but

15    she may be remarried.  I don't know.

16        Q.    Okay.  And how did that marriage end?

17              MR. CHILDERS:  Objection;

18        irrelevant.

19              Proffer what the relevance of why

20        his marriage -- previous marriage ended.

21    BY MR. BAAY:

22        Q.    Well, is she dead or did y'all get

23    divorced?  That's all I'm trying to find out.

24              MR. CHILDERS:  Okay.  You can

25        answer.
```