| | |
|---|---|
| **Subject:** | RE: Plaintiff Selection and Updated Deposition Schedule |
| **Date:** | Thursday, April 13, 2023 at 5:44:44 PM Central Daylight Time |
| **From:** | Megan R. Brillault |
| **To:** | Eliza James |
| **CC:** | Michael Mims, John H. Paul, John Baay, Matthew Moghis, Mike Futrell, Rowe, Eric, Childers lll, Masten, Bolog, Erik, Oppegard, Aaron, Foster, C. Allen, Katrina M. Krebs |
| **Attachments:** | image002.png, image004.png, image006.png |

Eliza,

For Mr. DeLaune, we can't agree to a blanket preclusion on raising any criminal conviction as we are only aware of two. So, Defendants will reluctantly remove Mr. DeLauane from the list and replace him with Andrew Section XXXXXXXX. Note that our initial background search for Mr. Section revealed a misdemeanor XXXXXXXXXXXXXX. Given the Judge's remarks on our prior call with her about not being concerned with minor charges like this, we assume that this record will not pose a problem for our selection of him.

Our replacement for Ms. Hickingbottom is Reshaun Richardson XXXXXXX

Please let us know when these Plaintiffs are available for depositions next week.

Thank you,
Megan

**EXHIBIT 4**

**Megan R. Brillault**
Principal

**BEVERIDGE & DIAMOND PC**
O +1.212.702.5414 ~ M +1.914.329.3598 ~ MBrillault@bdlaw.com



---

**From:** Eliza James <eliza@fcjlaw.com>
**Sent:** Thursday, April 13, 2023 1:17 PM
**To:** Megan R. Brillault <MBrillault@bdlaw.com>
**Cc:** Michael Mims <mmims@liskow.com>; John H. Paul <JPaul@bdlaw.com>; John Baay <jbaay@glllaw.com>; Matthew Moghis <moghis@connicklaw.com>; Mike Futrell <mfutrell@connicklaw.com>; Rowe, Eric <ERowe@whitefordlaw.com>; Childers lll, Masten <MChilders@wtplaw.com>; Bolog, Erik <EBolog@wtplaw.com>; Oppegard, Aaron <AOppegard@whitefordlaw.com>; Foster, C. Allen <CAFoster@wtplaw.com>; Katrina M. Krebs <KKrebs@bdlaw.com>
**Subject:** Re: Plaintiff Selection and Updated Deposition Schedule

**[EXTERNAL SENDER: Use caution with links/attachments]**

Dear Megan,

I have difficulty thinking that no one was able to find his background when it is easily accessible on the Jefferson Parish Clerk of Court's website.

Be that as it may, we're OK with him keeping Mr. DeLaune in the deposition pool plaintiffs if Defendants will stipulate that they will not seek to question at trial, with written discovery, or during his deposition about, or introduce evidence of, *any* of his criminal background - felony, misdemeanor or otherwise.  If you are agreeable to this, then you can notice Mr. DeLaune's deposition for 1pm on Thursday, April 20 at 1pm. Otherwise, we'll have to go back to the Judge.

Please send us your proposed replacement for Mary Hickingbottom by COB today so we can get them scheduled.

As far as your comment below relating to selecting clients without criminal records  ("avoidance proved to be somewhat difficult")… to be kind, this suggestion is untrue and offensive.

Regards,
Eliza

---

**From:** Megan R. Brillault <MBrillault@bdlaw.com>
**Date:** Wednesday, April 12, 2023 at 8:05 PM
**To:** Eliza James <eliza@fcjlaw.com>
**Cc:** Michael Mims <mmims@liskow.com>, John H. Paul <JPaul@bdlaw.com>, John Baay <jbaay@glllaw.com>, Matthew Moghis <moghis@connicklaw.com>, Mike Futrell <mfutrell@connicklaw.com>, Rowe, Eric <ERowe@whitefordlaw.com>, Childers lll, Masten <MChilders@wtplaw.com>, Bolog, Erik <EBolog@wtplaw.com>, Oppegard, Aaron <AOppegard@whitefordlaw.com>, Foster, C. Allen <CAFoster@wtplaw.com>, Katrina M. Krebs <KKrebs@bdlaw.com>
**Subject:** RE: Plaintiff Selection and Updated Deposition Schedule

Hi Eliza,

Following up on the issues you identified with three of the plaintiffs Defendants selected:

1. With respect to Mr. DeLaune's criminal conviction – we had conducted a preliminary search in order to avoid selecting plaintiffs with criminal backgrounds (the avoidance proved to be somewhat difficult), and this conviction did not come up in our search results.  However, after your email yesterday, we looked further and saw that seven years ago he had a misdeameanor and a non-violent felony.  We disagree with your characterizations that we are selecting unrepresentative plaintiffs and that Judge Morgan said to avoid individuals with problematic social histories (she was focused on the violent felonies). Given the length of time that has passed, that one is a misdemeanor, and that Defendants will offer not to bring up the felony at trial, we propose that we move forward with Mr. DeLaune as a deposition pool plaintiff.

2. Regarding Ms. Hickingbottom, with the new information you provided this morning, we will agree to select a new plaintiff for deposition.

3. With respect to Mr. Meyers – as a plaintiff asserting a claim in an action, he has the responsibility to stay in contact or at least provide up-to-date contact information to you.  His failure to do so, given the status of this case, must result in the dismissal of his claims. We'll notice his deposition for later next week to give you additional time to contact your client.

Also, we confirm Mr. Wood's deposition on Friday at noon works.

Thank you,
Megan

**Megan R. Brillault**
Principal

**BEVERIDGE & DIAMOND PC**
O +1.212.702.5414 ~ M +1.914.329.3598 ~ MBrillault@bdlaw.com

---

**From:** Eliza James <eliza@fcjlaw.com>
**Sent:** Wednesday, April 12, 2023 12:27 PM
**To:** Megan R. Brillault <MBrillault@bdlaw.com>
**Cc:** Michael Mims <mmims@liskow.com>; John H. Paul <JPaul@bdlaw.com>; John Baay <jbaay@glllaw.com>; Matthew Moghis <moghis@connicklaw.com>; Mike Futrell <mfutrell@connicklaw.com>; Rowe, Eric <ERowe@whitefordlaw.com>; Childers lll, Masten <MChilders@wtplaw.com>; Bolog, Erik <EBolog@wtplaw.com>; Oppegard, Aaron <AOppegard@whitefordlaw.com>; Foster, C. Allen <CAFoster@wtplaw.com>; Katrina M. Krebs <KKrebs@bdlaw.com>
**Subject:** Re: Plaintiff Selection and Updated Deposition Schedule

**[EXTERNAL SENDER: Use caution with links/attachments]**

Hi Megan,

Thank you for the response. We are confirmed for Javine Johnson's deposition tomorrow. I will remove Dustin Delaune from Friday's schedule pending your response about our request to substitute Mr. Delaune.

This morning we were made aware that Mary Hickingbottom has dementia and is being cared for by family members. As such, she will need to be substituted as we previously requested.

Regarding Friday, we are unable to move forward with Mary Winningkoff's deposition on Friday morning. However, to accommodate travel for out of town attorneys, we would be agreeable to moving Kevin Wood's deposition to noon. Please confirm.

Regards,
Eliza

---

**From:** Megan R. Brillault <MBrillault@bdlaw.com>
**Date:** Wednesday, April 12, 2023 at 11:04 AM
**To:** Eliza James <eliza@fcjlaw.com>
**Cc:** Michael Mims <mmims@liskow.com>, John H. Paul <JPaul@bdlaw.com>, John Baay <jbaay@glllaw.com>, Matthew Moghis <moghis@connicklaw.com>, Mike Futrell <mfutrell@connicklaw.com>, Rowe, Eric <ERowe@whitefordlaw.com>, Childers lll, Masten <MChilders@wtplaw.com>, Bolog, Erik <EBolog@wtplaw.com>, Oppegard, Aaron <AOppegard@whitefordlaw.com>, Foster, C. Allen <CAFoster@wtplaw.com>, Katrina M. Krebs <KKrebs@bdlaw.com>
**Subject:** RE: Plaintiff Selection and Updated Deposition Schedule

Eliza—

Thank you for the information on the Plaintiffs and the schedule. While Defendants are still conferring on how to proceed with respect to Mr. DeLaune, Ms. Hickingbottom, and Mr. Meyers, we wanted to get back to you on the proposed deposition schedule. Please see our comments in red.

- Thursday, April 13: Javine Johnson at 2:00 pm – Confirmed.
- Friday, April 14: Dustin DeLaune at 9:00 am (subject to change, per above) – Given that you have requested that an alternate Plaintiff be selected, we ask that Ms. Winningkoff remain scheduled for April 14 at 9 am CT.
- Friday, April 14: Kevin Wood at 2:00 pm – Confirmed.
- Monday, April 17: Rufus Allen at 2:00 pm – Confirmed.
- Wednesday, April 19: Mary Ann Winningkoff at 9:00 am – See comment above.

Please let us know as soon as possible whether it is possible to keep Ms. Winningkoff on the schedule for this Friday.

Thanks,
Megan


**Megan R. Brillault**
Principal

**BEVERIDGE & DIAMOND PC**
O +1.212.702.5414 ~ M +1.914.329.3598 ~ MBrillault@bdlaw.com

---

**From:** Eliza James <eliza@fcjlaw.com>
**Sent:** Tuesday, April 11, 2023 12:03 PM
**To:** Megan R. Brillault <MBrillault@bdlaw.com>
**Cc:** Michael Mims <mmims@liskow.com>; John H. Paul <JPaul@bdlaw.com>; John Baay <jbaay@glllaw.com>; Matthew Moghis <moghis@connicklaw.com>; Mike Futrell <mfutrell@connicklaw.com>; Rowe, Eric <ERowe@whitefordlaw.com>; Childers lll, Masten <MChilders@wtplaw.com>; Bolog, Erik <EBolog@wtplaw.com>; Oppegard, Aaron <AOppegard@whitefordlaw.com>; Foster, C. Allen <CAFoster@wtplaw.com>
**Subject:** Plaintiff Selection and Updated Deposition Schedule

**[EXTERNAL SENDER: Use caution with links/attachments]**

---

Megan:

I hope you had a nice holiday weekend.

In connection with the schedule below, we bring to your attention the following:

1. Dustin DeLaune has a criminal conviction for possession of a stolen handgun (which he left in a car with his two-year old child, for which he pled guilty to child desertion). You will recall that Judge Morgan warned that your continued selection of unrepresentative plaintiffs (ie individuals with problematic social histories) would result in a different selection method in the second trial. We are willing to accommodate schedule-wise your selection of someone else.

2. After a very diligent search, we have been unable to locate Mary Hickingbottom.  As you know, Ms. Hickingbottom is an elderly lady (almost 80) and our concern is that she is hospitalized in a facility with which we are unfamiliar.

3. Stanley Meyers, one of your new selections, has not responded to our telephone calls and our investigator has not yet been able to locate him.  We continue to try to find him.

If you wish to pick substitutes for these plaintiffs, we will accommodate schedule changes.  Please let us know your wishes no later than noon on Thursday to allow for us to schedule them.

**The current schedule is:**
Thursday, April 13: Javine Johnson at 2:00 pm
Friday, April 14: Dustin DeLaune at 9:00 am (subject to change, per above)
Friday, April 14: Kevin Wood at 2:00 pm
Monday, April 17: Rufus Allen at 2:00 pm
Wednesday, April 19: Mary Ann Winningkoff at 9:00 am

Thus, we have flexibility in the schedule to insert substitute plaintiffs and will work with you to get all depositions done by the deadline. Feel free to reach me by phone if you wish to discuss these issue in more detail.

Regards,
Eliza

S. ELIZA JAMES
PARTNER

1222 ANNUNCIATION STREET
NEW ORLEANS, LA 70130
T. 504.605.0777
F. 504.322.3884
ELIZA@FCJLAW.COM
WWW.FCJLAW.COM



