**CERTIFICATE OF SERVICE**

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) ("Notice") for Geraldine Batiste, which is to be served on (*name of individual to be served*) _SAM BATISTE_, was received by me on (*date*) _3/3/23_.

[ ✓ ] I personally served the Notice on the individual at (*address*) _232 SENATE DR., AVONDALE, LA 70094_ on (*date*) _3/5/23_; or

[ ] I left the Notice at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address.

I declare under penalty of perjury that this information is true.

Date: _3/5/23_

_/s/ signature_
Server's Signature

_Robert Garcia / Process Server_
Printed name and title