# CERTIFICATE OF SERVICE

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) ("Notice") for Geraldine Batiste, which is to be served on (*name of individual to be served*) __GREGORY BATISTE__, was received by me on (*date*) __3/3/23__.

[✓] personally served the Notice on the individual at (*address*) __968 BEECH GROVE BLVD, Apt. A WESTWEGO, LA 70094__ on (*date*) __3/5/23__; or

[ ] I left the Notice at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address.

I declare under penalty of perjury that this information is true.

Date: __3/5/23__

_____
Server's Signature

__ROBERT GARCIA / PROCESS SERVER__
Printed name and title