## CERTIFICATE OF SERVICE

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Liz Everson ("Notice"), which is to be served on the warden or the warden's designee for the shift at the Jefferson Parish Correctional Center, was received by me on (*date*) 3/9/23.

I personally served the Notice on the on the warden or the warden's designee for the shift at the Jefferson Parish Correctional Center, (*name and title*) JPSO LIEUTENANT Chris Morris SPECIAL INVESTIGATIONS COMMANDER 100 DOLHONDE ST., GRETNA, LA 70053 on (*date*) 3/15/23.

I declare under penalty of perjury that this information is true.

Date: 3/15/23

_____
Server's Signature

ROBERT GARCIA / PROCESS SERVER
Printed name and title

## AFFIRMATION OF SERVICE

(*print your name*) CHRISTOPHER MORRIS, being duly sworn, declares the following pursuant to 28 U.S.C. § 1746:

1. I, (*print your name*) CHRISTOPHER MORRIS, received a copy of the Notice of Suggestion of Death Upon the Record Under Federal Rule of Civil Procedure 25(a)(1) for Liz Everson ("Notice") on (*date*) 3-15-2023. I am [ ] the warden or [X] the warden's designee for the shift at the Jefferson Parish Correctional Center.

2. I personally served the Notice on Ronell Everson, who is an inmate at the Jefferson Parish Correctional Center, on (*date*) 3-16-2023.

3. I declare under penalty of perjury that the foregoing is true and correct.

Date: 3-16-2023

Signature

Lieutenant CHRISTOPHER MORRIS
Printed Name and Title