## CERTIFICATE OF SERVICE

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Liz Everson ("Notice"), which is to be served on the warden or the warden's designee for the shift at the Bossier Parish Sherriff's Office Medium Security Facility, was received by me on (*date*) _March 10th, 2023_

I personally served the Notice on the on the warden or the warden's designee for the shift at the Bossier Parish Sherriff's Office Medium Security Facility, (*name and title*) _Scott Crawford Lt._ on (*date*) _3/14/23_.

I declare under penalty of perjury that this information is true.

Date: _3/14/23_

_____
Server's Signature

_Robert "Jerry" Defatta  P.I._
Printed name and title

AFFIRMATION OF SERVICE

(print your name) __Scott Crawford__, being duly sworn, declares the following pursuant to 28 U.S.C. § 1746:

1. I, (print your name) __Lt. Scott Crawford__, received a copy of the Notice of Suggestion of Death Upon the Record Under Federal Rule of Civil Procedure 25(a)(1) for Liz Everson ("Notice") on (date) __3/14/2023__. I am [ ] the warden or [X] the warden's designee for the shift at the Bossier Parish Sheriff's Office Medium Security Facility.

2. I personally served the Notice on Landry Everson, who is an inmate at the Bossier Parish Sheriff's Office Medium Security Facility, on (date) __3/14/2023__.

3. I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/22/2023

_____1146_____
Signature

__Lt. Scott Crawford.__
Printed Name and Title