**CERTIFICATE OF SERVICE**

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) ("Notice") for Devora Hampton, which is to be served on (*name of individual to be served*) __Alesia Marie Hampton__, was received by me on (*date*) __3/9/23__.

[ ✓ ] I personally served the Notice on the individual at (*address*) __6320 Rivershoe Dr., Apt. 128 Westwego, LA 70003__ on (*date*) __3/16/23__ ; or

[ ] I left the Notice at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address.

I declare under penalty of perjury that this information is true.

Date: __3/16/23__

_____
Server's Signature

__Robert Garcia / Process Server__
Printed name and title