## CERTIFICATE OF SERVICE

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) ("Notice") for Devora Hampton, which is to be served on (*name of individual to be served*) __TRACY EUGENE HAMPTON__, was received by me on (*date*) __3/9/23__.

[✓] personally served the Notice on the individual at (*address*) __4662 LYNHUGER DR. New Orleans, LA 70126__ on (*date*) __3/12/23__; or

[ ] I left the Notice at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address.

I declare under penalty of perjury that this information is true.

Date: __3/12/23__

_____
Server's Signature

__ROBERT GARCIA / PROCESS SERVER__
Printed name and title