## CERTIFICATE OF SERVICE

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) ("Notice") for Devora Hampton, which is to be served on (*name of individual to be served*) __TroyAnn Hampton Smith__, was received by me on (*date*) __March 10, 2023__.

[✓] I personally served the Notice on the individual at (*address*) __1060 Benton Lane McComb, MS. 39648__ on (*date*) __03-10-2023__ ; or

[ ] I left the Notice at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address.

I declare under penalty of perjury that this information is true.

Date: __03-10-2023__    __Dennis White__
                         Server's Signature

                         __Dennis White / Process Server__
                         Printed name and title