## CERTIFICATE OF SERVICE

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) ("Notice") for Doris Collins, which is to be served on (*name of individual to be served*) __DEBRA COLLINS__, was received by me on (*date*) __May 16, 2023__.

[ ✓ ] I personally served the Notice on the individual at (*address*) __337 GIVEN PELLLA DR., AVONDALE, LA 70094__ on (*date*) __May 16, 2023__; or

[ ] I left the Notice at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address.

I declare under penalty of perjury that this information is true.

Date: __May 16, 2023__      _____
                              Server's Signature

                              __Robert Garcia / Process Server__
                              Printed name and title