## CERTIFICATE OF SERVICE

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) ("Notice") for Doris Collins, which is to be served on (*name of individual to be served*) __Dwayne M. Collins__, was received by me on (*date*) __3/22/23__.

[ ✓ ] I personally served the Notice on the individual at (*address*) __3729 Eastview Dr., Harvey, LA 70058__ on (*date*) __3/23/23__; or

[ ] I left the Notice at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address.

I declare under penalty of perjury that this information is true.

Date: __3/23/23__

_____
Server's Signature

__Robert Galvin / Process Server__
Printed name and title