## CERTIFICATE OF SERVICE

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) ("Notice") for Jake James, Jr., which is to be served on (*name of individual to be served*) __Fericia Lewis__, was received by me on (*date*) __3/22/23__.

[ ✓ ] I personally served the Notice on the individual at (*address*) __325 Avondale Garden Rd., Avondale, LA 70094__ on (*date*) __3/23/23__; or

[  ] I left the Notice at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address.

I declare under penalty of perjury that this information is true.

Date: __3/23/23__                              __[signature]__
                                                      Server's Signature

                                              __Robert Garcia / Process Server__
                                                      Printed name and title