1  Ictech-Bendeck v. Waste Connections Bayou, Inc., et al, 2:18-cv-07889-SM-MBN
2  Addison, et al. v. Louisiana Regional Landfill Company, et al, 2:19-cv-11133-SM-MBN
3  U.S. District Court, Eastern District of Louisiana

4  **PLAINTIFF FACT SHEET**

5
6  **DEFINITIONS AND INSTRUCTIONS**

7  A. "Emissions" means any airborne substance from any source and includes, but is not
8  limited to, odors, fumes, gases, chemicals, toxins, dust, and particles.

9  B. "JP Landfill Emissions" means any Emissions that you believe have emanated from the
10  Jefferson Parish Landfill ("JP Landfill") located in Waggaman, Louisiana.

11  C. A "healthcare provider" includes physicians, nurses, physician's assistants, laboratory
12  technicians, psychologists, pharmacists, social workers, counselors, clinics, medical
13  institutions, hospitals, and laboratories.

14  D. If You do not know the information sought in a question, answer to the best of Your
15  knowledge, information, and/or belief, and so qualify Your answer.

16  **Section 1: Plaintiff's Personal Information**

17  Salutation: ☒Mr. ☐Ms. ☐Other: ___ Plaintiff's full name: Kerry Ridgley Jr.

18  Current physical address: ; 2837 Greenwood Street, Kenner LA 70062

19  Date of Birth: 01/21 ____ ; Marital Status: married ; Name of spouse: : Shakemia Ridgley

20  Names and dates of birth of your children: _____

21  D___ M___ 04/10/____ , A___ R___ 06/20____

22  Latahaj Bailey 02/18____

23  _____

24  _____

25

26

27  Are you completing this fact sheet in a representative capacity? ☐Yes ☒No; If yes, state your
28  name and in what capacity you are representing Plaintiff? (e.g., curator, executor, tutor, parent);
29  Your name: _____; Capacity:_____

30

31  For any other Plaintiffs residing at the same address as you, please list their names and relation to
32  you: _____

33  _____

34  _____

DocuSign Envelope ID: D7C289BF-5FE5-4AGA-9538-8RG342E1E180

35 _____

36 Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☒Yes
37 ☐No; If yes, identify the service(s) and your username/handle:__No_____

38 _____

39

40 Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41 emissions encountered at your home or place of employment? ☐Yes ☒No; if yes, please
42 describe who you settled with, the amount, and the nature of the dispute: _____

43 _____

44

45 **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46 2015? ☒Yes ☐No

47 Are you making a claim in connection with a specific home or property?  ☒Yes ☐No  If so,
48 identify all properties that you have ever owned or at which you have ever resided that you
49 believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50 please indicate whether you ever owned or rented the property, the approximate dates, if any,
51 that you owned the property, and the approximate dates you resided, if any, at the property (or
52 indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 517 South Cumberland Street, River Ridge La 70123 | ☐Own ☒Rent☐N/A | | 2017 to 2019 |
| | ☐Own ☐Rent☐N/A | | |
| | ☐Own ☐Rent☐N/A | | |

53 Are you making a claim in connection with a property that you have never owned and never
54 resided at? ☐Yes ☒No; If yes, identify the property and provide a brief description of the harm
55 you have suffered in connection with the property:_____

56 _____

57 _____

58 _____

59

60 Have you had any testing or laboratory analysis performed to determine the presence of JP
61 Landfill Emissions at any of the properties associated with your claim? ☐Yes ☒No; If yes:

62         Who did the testing? _____ When was the property tested?_____

63 Have you been exposed to JP Landfill Emissions at locations other than a place you resided?
64 ☒Yes ☐No; If Yes, identify the location of exposure and provide a brief description of the harm
65 you have suffered in connection with the exposure:_____
66 _all over river ridge the smell made me sick._____
67
68 Fill in the table below to indicate which seasons and years you smelled JP Landfill Emissions at
69 your residence and how many days per week you typically smelled JP Landfill Emissions at your
70 residence during those times (i.e., did you smell it about once per week or more often?).

| Season/Year (approximately) | Did you smell JP Landfill Emissions at your residence during this time? | About how many days per week did you typically smell JP Landfill Emissions at your residence during this time? (select one) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Summer 2017 | ☐Yes ☒No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Fall 2017 | ☐Yes ☒No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Winter 2017/2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Spring 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Summer 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Fall 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Winter 2018/2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Spring 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Summer 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Fall 2019 | ☐Yes ☐No ☒Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Winter 2019/2020 | ☐Yes ☐No ☒Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

71 If further explanation of your responses in the table above is needed, including the number of
72 days, please explain:
73 _____
74
75 Did you smell  JP Landfill Emissions at your home prior to Summer 2017? ☐Yes ☒No; if yes,
76 provide the approximate months/years and how often you smelled JP Landfill Emissions at your
77 home prior to Summer 2017:_____
78
79 Since January 2015, what types of odors have you encountered at your residence? Check all that
80 apply: ☐ chemical smell ☐ petroleum odor ☐ rotten egg ☐ ammonia smell ☐ garbage smell
81 ☒Other(s):_strong stinky smell_____;

82
83
If you checked more than one type of odor, which type of odor have you encountered at your residence most frequently since January 2015? _____

84

85
86
Have you ever encountered any dust or particulates (e.g., "snow," fine dust in air, dust layer on top of cars, etc.) at your residence since January 2015? ☒Yes ☐No; if yes, how often? _____

87
 every day in the summer time

88
89
90
91
**Section 3: Personal Injury:** are you making a claim for physical injury or mental injury (i.e., mental anguish, anxiety and/or emotional distress) from exposure to JP Landfill Emissions since Jan. 1, 2015?  ☒Yes ☐No; if yes, complete the questions below; if no, leave Section 3 blank and proceed to Section 4.

92
93
Describe the physical or mental injury(ies) you believe were caused by JP Landfill Emissions:
 Headaches,difficulty breathing and burning eyes _____

94
_____

95
_____

96
_____

97
_____

98

99
100
101
102
For each physical or mental injury(ies) identified, indicate the approximate first date that you believe JP Landfill Emissions caused such injuries and indicate the most recent date you experienced such injury (e.g., "headaches, Sept. 2017 – Jan. 2018"): _____
 ~~All symptoms started in 2017 when moved to River Ridge. Most recent experience was 2019.~~

103
_____

104
_____

105
_____

106
_____

107

108
109
Have you sought treatment from a healthcare provider for the physical or mental injury(ies) you believe were caused by exposure to JP Landfill Emissions? ☐Yes ☒No; If yes:

110
111
112
For each of the physical or mental injury(ies) noted above, please indicate each physical injury for which you received treatment from a healthcare provider: _____
_____

113
_____

114
_____

115

116
117
Identify the healthcare provider(s) and his/her address(es) who provided each such treatment received: _____;

DocuSign Envelope ID: D7C289BF-5FE5-4ACA-8538-8BC34261F180

118   _____

119   _____

120   _____

121

122   At the end of this Plaintiff Fact Sheet, ***complete and sign*** an Authorization For Release Of
123   Medical Records for each healthcare provider indicated in lines 116-120 above; *see* Exhibit
124   A;

125   For each physical or mental injury(ies) identified in lines 110-114, have you ever suffered from
126   the same or similar condition prior to January 1, 2015? ☐Yes ☐No; If yes, please indicate:

127   Which conditions and the approximate dates you first experienced those conditions prior to
128   January 1, 2015: _____

129   _____

130   _____

131   _____

132   _____

133

134   The healthcare provider(s) and his/her address(es) who provided treatment for any such
135   injury:_____

136   _____

137   _____

138   _____

139

140   At the end of this Plaintiff Fact Sheet, ***complete and sign*** an Authorization For Release Of
141   Medical Records for each healthcare provider indicated in lines 134-138 above; *see* Exhibit
142   B (if applicable, it is not necessary to complete Exhibit A and Exhibit B for the same
143   healthcare provider; only Exhibit B must be completed);

144   Have medications ever been prescribed to treat the physical or mental injury(ies) you believe
145   were caused by exposure to JP Landfill Emissions? ☐Yes ☒No; If yes:

146   Indicate the name of each of the medications prescribed: _____;

147   _____

148   _____

149   _____

150

151   Identify the name and addresses of the pharmacy(ies) where such prescription medications
152   were filled: _____;

153  _____

154  _____

155  _____

156      At the end of this Plaintiff Fact Sheet, ***complete and sign*** an Authorization For Release Of
157      Pharmacy Records for each pharmacy indicated in lines 151-155 above; *see* Exhibit C

158  Have you been on Medicare at any time from January 1, 2005 to the present?  ☒Yes ☐No

159      If yes, at the end of this Plaintiff Fact Sheet, ***complete and sign*** a Medicare Authorization
160      Form; *see* Exhibit D.

161  **Section 4: Lost Wages or Loss of Earning Capacity:** are you making a claim for "lost wages"
162  or "loss of earning capacity" you believe was caused by JP Landfill Emissions? ☐Yes ☐No; if
163  yes, complete the questions below; if no, leave Section 4 blank and proceed to Section 5.

164  For any employment for which you have lost wages, provide the following:

| Employer name and address | Your position | Appx. dates of missed work |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

165  Indicate your belief, to the best of your ability, of the amount of wages you have lost due to JP
166  Landfill Emissions as of the present date:_____

167  Are you making a claim for "loss of future earning capacity" you believe was caused by JP
168  Landfill Emissions? ☐Yes ☐No; If yes, describe how you believe your capacity to work in the
169  future has been affected by JP Landfill Emissions: _____

170  _____

171  _____

172  _____

173

174  **Section 5: Effect on the use of the home:** list the ways and indicate how frequently the JP
175  Landfill Emissions have affected your ability to use or enjoy your home since Jan. 1, 2015, if at
176  all:
177  ~~Somedays the odor was so bad, kids could not go outside and play. The smell was real bad,~~
178  ~~disgusting.~~

179  _____

180  _____

181  _____

182  _____

183  _____

184 _____

185 _____

186

187 How frequently? _7 days per week_____

188 _____

189

190 **Section 6: Physical Damage to Property:** are you making a claim for "physical damages to

191 home" you believe was caused by JP Landfill Emissions since Jan. 1, 2015? ☐Yes ☒No; if yes,

192 complete the questions below; if no, leave Section 6 blank and proceed to Section 7.

193 Address of property(ies) affected:_____

194 Describe the physical damages to home that you believe have been caused by the JP Landfill

195 Emissions_____.

196 _____

197 _____

198 _____

199 _____

200 _____

201

202 Do you have any photos/videos of such "physical damages to home" to your home? ☐Yes ☐No

203 Do you have any inspection reports indicating such "physical damages to home"? ☐Yes ☐No

204 Do you have any invoices, bills, receipts, or estimates for the repair or replacement of such

205 "physical damages to home"? ☐Yes ☐No

206

207 **Section 7: Diminution Of Property Value**

208 Are you asserting a claim for **"diminution of property value"** that you believe was caused by

209 JP Landfill Emissions since Jan. 1, 2015? ☐Yes ☒No; if yes, complete the questions below; if

210 no, leave Section 7 blank and proceed to Section 8.

211 Address of property(ies) affected:_____

212 Indicate the approximate dollar amount of damages you believe you have suffered as of the

213 present date related to your "diminution of property value claim:" $_____

214 Describe how you learned that your property suffered a decrease in value:_____

215 _____

216 How much did you pay for the property(ies) when you acquired it? $_____

217 Since Jan. 1, 2015 to the present, has your property been appraised? ☐Yes ☐No;

DocuSign Envelope ID: D7C289BF-5FE5-4AGA-8538-8RG342G1F180

218   Since Jan. 1, 2015 to the present, have you have ever tried to sell your affected property(ies)?
219   ☐Yes ☐No; if yes, then:

220        Indicate the approximate date range that you tried to sell such property(ies):_____

221        Indicate the asking price for each time you tried to sell the property(ies):_____

222        Did you list the property with a realtor? ☐Yes ☐No

223        Did you receive any offers to purchase your property? ☐Yes ☐No

224   Since Jan. 1, 2015 to the present, have you sold the property for which you are making a
225   "diminution of property value claim?" ☐Yes ☐No; if yes:

226        Date that you sold such property: _____; Sale price for such property:_____;

227

228   **Section 8: Sources of Exposure**

229   From Jan. 1, 2015 to the present, do you believe you have been exposed to Emissions from a
230   source(s) that is/are not the JP Landfill?  ☐Yes ☒No ☐Don't know; if yes, complete the
231   questions below; otherwise, leave Section 8 blank and proceed to Verification.

232        What types of sources of Emissions do you believe you have been exposed to since Jan. 1,
233        2015? Check all that apply: ☐Chemical plants ☐Oil refineries ☐Waste water treatment
234        plants ☐Barge loading/unloading ☐Other landfills; if you can describe the source(s), identify
235        it here:_____

236

237   **Verification:** I declare under penalty of perjury that I have carefully reviewed the final responses
238   to this Plaintiff Fact Sheet and that all of the information provided is true and correct to the best
239   of my knowledge, information and belief.

240

241   Signature:___*Kerry*_____; Date__12/7/2020_____