## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## NOTICE OF SUBMISSION

Defendants[1] hereby notice their Cross-Motion to Dismiss Certain Plaintiffs Pursuant to Federal Rule of Civil Procedure 25 for submission before the Honorable Susie Morgan on December 6, 2023, at 10:00 a.m.

        Respectfully submitted,

        LISKOW & LEWIS, APLC

    By:   /s/ Michael C. Mims
        Michael C. Mims (#33991)
        Charles B. Wilmore (#28812)
        J. Hunter Curtis (#39150)
        Alec Andrade (#38659)
        Cecilia Vazquez Wilson (#39373)
        701 Poydras Street, Suite 5000
        New Orleans, Louisiana 70139
        (504) 581-7979

---

[1] Defendants in this matter are Waste Connections US, Inc., Waste Connections Bayou, Inc., Louisiana Regional Landfill Company (collectively, the "Waste Connections Defendants"), the Parish of Jefferson, and Aptim Corp.

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

CONNICK AND CONNICK, LLC

By:   /s/ Michael S. Futrell
        William P. Connick, La. Bar No. 14158
        Michael S. Futrell, La. Bar. No. 20819
        Matthew D. Moghis, La. Bar. No. 33994
        3421 N. Causeway Blvd., Suite 408
        Metairie, Louisiana 70002
        Telephone: (504) 681-6658
        Facsimile: (504) 838-9903
        E-mail: moghis@connicklaw.com

*Counsel for Defendant Jefferson Parish*

        GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:  /s/ J. Michael DiGiglia
   Ernest P. Gieger, Jr. (6154)
   John E. W. Baay (22928)
   J. Michael DiGiglia (24378)
   Nicholas S. Bergeron (37585)
   Gieger, Laborde & Laperouse, L.L.C.
   Hancock Whitney Center
   701 Poydras Street, Suite 4800
   New Orleans, Louisiana 70139
   Telephone: (504) 561-0400
   Facsimile: (504) 561-1011

   *Attorneys for Defendant Aptim Corp.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was electronically filed on November 21, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                          Michael C. Mims
                          OF COUNSEL