**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>**Plaintiffs**<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>**Defendants**<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## DECLARATION OF MICHAEL C. MIMS

I, Michael C. Mims, hereby declare as follows:

1. I am a Shareholder of the law firm Liskow & Lewis, APLC, and am duly admitted to practice before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in partial opposition to Plaintiffs' Motion to Substitute Deceased Parties and in support of their Cross-Motion to Dismiss Certain Plaintiffs. I am fully familiar with the facts set forth herein.

3. A true and correct copy of the Certificate of Service on Plaintiff Geraldine Batiste's son Sam Batiste of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Geraldine Batiste, dated March 5, 2023, is attached hereto as Exhibit 1.

4. A true and correct copy of the Certificate of Service on Plaintiff Geraldine Batiste's daughter Cynthia Batiste of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Geraldine Batiste, dated March 5, 2023, is attached hereto as Exhibit 2.

5. A true and correct copy of the Certificate of Service on Plaintiff Geraldine Batiste's daughter Claudette Batiste of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Geraldine Batiste, dated May 18, 2023, is attached hereto as Exhibit 3.

6. A true and correct copy of the Certificate of Service on Plaintiff Geraldine Batiste's son Gregory Batiste of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Gerald Batiste, dated March 5, 2023, is attached hereto as Exhibit 4.

7. A true and correct copy of the Certificate of Service on Plaintiff Geraldine Batiste's daughter Lee Ann Huskey of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Geraldine Batiste, dated May 16, 2023, is attached hereto as Exhibit 5.

8. A true and correct copy of (i) the Certificate of Service on the warden's designee for the shift at the Jefferson Parish Correctional Center of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Liz Everson, dated March 15, 2023, and (ii) the Affirmation of Service on Plaintiff Liz Everson's son Ronnell Everson of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Liz Everson, dated March 16, 2023, is attached hereto as Exhibit 6.

9. A true and correct copy of (ii) the Certificate of Service on the warden's designee for the shift at the Bossier Parish Sheriff's Office Medium Security Facility of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Liz Everson, dated March 14, 2023, and (ii) the Affirmation of Service on Plaintiff Liz Everson's son Landry Everson, noting service on March 14, 2023, and dated March 22, 2023, is attached hereto as Exhibit 7.

10. A true and correct copy of the Certificate of Service on Plaintiff Devora Hampton's daughter Alesia Hampton of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Devora Hampton, dated March 16, 2023, is attached hereto as Exhibit 8.

11. A true and correct copy of the Certificate of Service on Plaintiff Devora Hampton's daughter Tracy Hampton of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Devora Hampton, dated March 12, 2023, is attached hereto as Exhibit 9.

12. A true and correct copy of the Certificate of Service on Plaintiff Devora Hampton's daughter Troy Ann Hampton of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Devora Hampton, dated March 10, 2023, is attached hereto as Exhibit 10.

13. A true and correct copy of the Certificate of Service on Plaintiff Doris Collins' daughter Debra Collins of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Doris Collins, dated May 16, 2023, is attached hereto as Exhibit 11.

14. A true and correct copy of the Certificate of Service on Plaintiff Doris Collins' daughter Michelle Collins of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Doris Collins, dated March 23, 2023, is attached hereto as Exhibit 12.

15. A true and correct copy of the Certificate of Service on Plaintiff Doris Collins' son Dwayne Collins of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Doris Collins, dated March 23, 2023, is attached hereto as Exhibit 13.

16. A true and correct copy of the Certificate of Service on Plaintiff Doris Collins' son Ronald Collins of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Doris Collins, dated March 23, 2023, is attached hereto as Exhibit 14.

17. A true and correct copy of the Plaintiff Fact Sheet for Plaintiff Jake James, Jr., verified and dated January 11, 2020, is attached hereto as Exhibit 15.

18. A true and correct copy of the Certificate of Service on Plaintiff Jake James, Jr.'s son Derrick James of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Jake James, Jr., dated April 4, 2023, is attached hereto as Exhibit 16.

19. A true and correct copy of the Certificate of Service on Plaintiff Jake James, Jr.'s daughter Falicia Lewis of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Jake James, Jr., dated March 23, 2023, is attached hereto as Exhibit 17.

4

20.   A true and correct copy of the Plaintiff Fact Sheet for Plaintiff Kerry Ridgley, Jr., verified and dated December 7, 2020, is attached hereto as Exhibit 18.

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana this 21st of November, 2023.

                                                      /s/ Michael C. Mims
                                                      SHAREHOLDER