## CERTIFICATE OF SERVICE

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2)

("Notice") for Devora Hampton, which is to be served on (*name of individual to be served*)

_Alesia Marie Hampton_, was received by me on (*date*)

_3/9/23_.

[ ✓ ] I personally served the Notice on the individual at (*address*) _6390 Riverside Dr.,_
_APT. 128_
_Metairie, LA  70003_ on (*date*) _3/16/23_ ; or

[  ] I left the Notice at the individual's residence or usual place of abode with (*name*)

_____, a person of suitable age and discretion who

resides there, on (*date*) _____, and mailed a copy to the individual's last known

address.

I declare under penalty of perjury that this information is true.

Date: _3/16/23_          _____
                                      Server's Signature

                         _Robert Garcia / Process Server_
                                      Printed name and title