## CERTIFICATE OF SERVICE

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) ("Notice") for Devora Hampton, which is to be served on (*name of individual to be served*) TRACY FAYANNE HAMPTON, was received by me on (*date*) 3/9/23.

[✓] I personally served the Notice on the individual at (*address*) 4662 LYNHUGER DR, New Orleans, LA 70126 on (*date*) 3/12/23 ; or

[ ] I left the Notice at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address.

I declare under penalty of perjury that this information is true.

Date: 3/12/23

_____
Server's Signature

ROBERT GARCIA JR / PROCESS SERVER
Printed name and title