## CERTIFICATE OF SERVICE

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) ("Notice") for Devora Hampton, which is to be served on (*name of individual to be served*) Troy ANN HAMPTON Smith, was received by me on (*date*) MARCh 10, 2023.

[✓] I personally served the Notice on the individual at (*address*) 1060 BenTON LANe McComb, MS. 39648 on (*date*) 03-10-2023 ; or

[ ] I left the Notice at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address.

I declare under penalty of perjury that this information is true.

Date: 03-10-2023                    Dennis white
                                    Server's Signature

                                    Dennis white / Process Server
                                    Printed name and title