# CERTIFICATE OF SERVICE

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) ("Notice") for Doris Collins, which is to be served on (*name of individual to be served*) ___DEBRA COLLINS___, was received by me on (*date*) ___May 16, 2023___.

[ ✓ ] I personally served the Notice on the individual at (*address*) ___337 GIVEN PLULA DR., AVONDALE, LA 70094___ on (*date*) ___May 16, 2023___; or

[ ] I left the Notice at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address.

I declare under penalty of perjury that this information is true.

Date: ___May 16, 2023___         _____
                                          Server's Signature

                                 ___ROBERT GARCIA / PROCESS SERVER___
                                          Printed name and title