## CERTIFICATE OF SERVICE

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) ("Notice") for Doris Collins, which is to be served on (*name of individual to be served*) ___RONALD COLLINS___, was received by me on (*date*) ___3/22/23___.

[ ✓ ] I personally served the Notice on the individual at (*address*) ___352 DEACON ST., AVONDALE, LA 70094___ on (*date*) ___3/23/23___; or

[  ] I left the Notice at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address.

I declare under penalty of perjury that this information is true.

Date: ___3/23/23___          ___[signature]___
                              Server's Signature

                              ___Robert Crunch / Process Server___
                              Printed name and title