1   Ictech-Bendeck v. Waste Connections Bayou, Inc., et al, 2:18-cv-07889-SM-MBN
2   Addison, et al. v. Louisiana Regional Landfill Company, et al, 2:19-cv-11133-SM-MBN
3   U.S. District Court, Eastern District of Louisiana

4                              **PLAINTIFF FACT SHEET**

5
6   **DEFINITIONS AND INSTRUCTIONS**

7        A. "Emissions" means any airborne substance from any source and includes, but is not
8           limited to, odors, fumes, gases, chemicals, toxins, dust, and particles.

9        B. "JP Landfill Emissions" means any Emissions that you believe have emanated from the
10          Jefferson Parish Landfill ("JP Landfill") located in Waggaman, Louisiana.

11       C. A "healthcare provider" includes physicians, nurses, physician's assistants, laboratory
12          technicians, psychologists, pharmacists, social workers, counselors, clinics, medical
13          institutions, hospitals, and laboratories.

14       D. If You do not know the information sought in a question, answer to the best of Your
15          knowledge, information, and/or belief, and so qualify Your answer.

16   **Section 1: Plaintiff's Personal Information**

17   Salutation: ☒Mr. ☐Ms. ☐Other: ___   Plaintiff's full name: _Jake James Jr._____

18   Current physical address: _136 Jasmine Ln. Waggaman La 70094_____

19   Date of Birth: _10/7/█___ ; Marital Status: _divorced_____ ; Name of spouse:_____

20   Names and dates of birth of your children: _____

21    _Derrick James_____

22    _Falicia Lewis_____

23    _____

24    _____

25

26

27   Are you completing this fact sheet in a representative capacity? ☐Yes ☒No; If yes, state your
28   name and in what capacity you are representing Plaintiff? (e.g., curator, executor, tutor, parent);
29   Your name: _____ ; Capacity:_____

30

31   For any other Plaintiffs residing at the same address as you, please list their names and relation to
32   you: _Glen Frazier Dubone_____

33    _____

34    _____

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| Evergold, Waggaman | ☐Own ☒Rent☐N/A | | |
| 648 Sweet Olive | ☐Own ☒Rent☐N/A | | 2018 |
| 136 Jasmine | ☐Own ☒Rent☐N/A | | 2019- 2020 |

35 _____

36 Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☐Yes
37 ☒No; If yes, identify the service(s) and your username/handle:_____

38 _____

39

40 Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41 emissions encountered at your home or place of employment? ☐Yes ☒No; if yes, please
42 describe who you settled with, the amount, and the nature of the dispute: _____

43 _____

44

45 **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46 2015? ☒Yes ☐No

47 Are you making a claim in connection with a specific home or property? ☒Yes ☐No If so,
48 identify all properties that you have ever owned or at which you have ever resided that you
49 believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50 please indicate whether you ever owned or rented the property, the approximate dates, if any,
51 that you owned the property, and the approximate dates you resided, if any, at the property (or
52 indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| Evergold, Waggaman | ☐Own ☒Rent☐N/A | | |
| 648 Sweet Olive | ☐Own ☒Rent☐N/A | | 2018 |
| 136 Jasmine | ☐Own ☒Rent☐N/A | | 2019- 2020 |

53 Are you making a claim in connection with a property that you have never owned and never
54 resided at? ☐Yes ☐No; If yes, identify the property and provide a brief description of the harm
55 you have suffered in connection with the property:_____

56 _____

57 _____

58 _____

59

60 Have you had any testing or laboratory analysis performed to determine the presence of JP
61 Landfill Emissions at any of the properties associated with your claim? ☐Yes ☒No; If yes:

62    Who did the testing? _____ When was the property tested?_____

Page 2 of 8

63     Have you been exposed to JP Landfill Emissions at locations other than a place you resided?
64     ☐Yes ☐No; If Yes, identify the location of exposure and provide a brief description of the harm
65     you have suffered in connection with the exposure:  grocery store, walks, Brothers

66     _____

67

68     Fill in the table below to indicate which seasons and years you smelled JP Landfill Emissions at
69     your residence and how many days per week you typically smelled JP Landfill Emissions at your
70     residence during those times (i.e., did you smell it about once per week or more often?).

| Season/Year (approximately) | Did you smell JP Landfill Emissions at your residence during this time? | About how many days per week did you typically smell JP Landfill Emissions at your residence during this time? (select one) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Summer 2017 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Fall 2017 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Winter 2017/2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Spring 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Summer 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Fall 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Winter 2018/2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Spring 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Summer 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Fall 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☒5 | ☐6 | ☐7 |
| Winter 2019/2020 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☒5 | ☐6 | ☐7 |

71     If further explanation of your responses in the table above is needed, including the number of
72     days, please explain:

73     _____

74

75     Did you smell JP Landfill Emissions at your home prior to Summer 2017? ☒Yes ☐No; if yes,
76     provide the approximate months/years and how often you smelled JP Landfill Emissions at your
77     home prior to Summer 2017:_____

78

79     Since January 2015, what types of odors have you encountered at your residence? Check all that
80     apply: ☐ chemical smell ☐ petroleum odor ☒ rotten egg ☐ ammonia smell ☐ garbage smell
81     ☐Other(s):_____;

82  If you checked more than one type of odor, which type of odor have you encountered at your
83  residence most frequently since January 2015? _____

84

85  Have you ever encountered any dust or particulates (e.g., "snow," fine dust in air, dust layer on
86  top of cars, etc.) at your residence since January 2015? ☒ Yes ☐No; if yes, how often? _____

87

88  **Section 3: Personal Injury:** are you making a claim for physical injury or mental injury (i.e.,
89  mental anguish, anxiety and/or emotional distress) from exposure to JP Landfill Emissions since
90  Jan. 1, 2015?  ☒ Yes ☐No; if yes, complete the questions below; if no, leave Section 3 blank
91  and proceed to Section 4.
92  Describe the physical or mental injury(ies) you believe were caused by JP Landfill Emissions:
93  _Nausea_____
94  _Breathing issues_____
95  _Skin irritation_____
96  _Migraines_____
97  _____

98

99   For each physical or mental injury(ies) identified, indicate the approximate first date that you
100  believe JP Landfill Emissions caused such injuries and indicate the most recent date you
101  experienced such injury (e.g., "headaches, Sept. 2017 – Jan. 2018"): _____
102  _Nausea: 2015- present_____
103  _Breathing issues: 2015 - present_____
104  _Skin irritation: 2015- present_____
105  _Mirgraines: current_____
106  _____

107

108  Have you sought treatment from a healthcare provider for the physical or mental injury(ies) you
109  believe were caused by exposure to JP Landfill Emissions? ☒ Yes ☐No; If yes:

110      For each of the physical or mental injury(ies) noted above, please indicate each physical
111      injury for which you received treatment from a healthcare provider: _____
112      _skin, sinus issues, mirgraines_____
113      _____
114      _____
115
116      Identify the healthcare provider(s) and his/her address(es) who provided each such treatment
117      received: _Dr. Rosendof: Touro_____;

118 _____

119 _____

120 _____

121

122   At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
123   Medical Records for each healthcare provider indicated in lines 116-120 above; *see* Exhibit
124   A;

125   For each physical or mental injury(ies) identified in lines 110-114, have you ever suffered from
126   the same or similar condition prior to January 1, 2015? ☒ Yes ☐ No; If yes, please indicate:

127   Which conditions and the approximate dates you first experienced those conditions prior to
128   January 1, 2015: _____

129   _____

130   _____

131   _____

132   _____

133

134   The healthcare provider(s) and his/her address(es) who provided treatment for any such
135   injury:___ Dr. Rosendof: Touro _____

136   _____

137   _____

138   _____

139

140   At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
141   Medical Records for each healthcare provider indicated in lines 134-138 above; *see* Exhibit
142   B (if applicable, it is not necessary to complete Exhibit A and Exhibit B for the same
143   healthcare provider; only Exhibit B must be completed);

144   Have medications ever been prescribed to treat the physical or mental injury(ies) you believe
145   were caused by exposure to JP Landfill Emissions? ☒ Yes ☐ No; If yes:

146   Indicate the name of each of the medications prescribed: _____ ;

147   _steroid cream; Flexaril _____

148   _____

149   _____

150

151   Identify the name and addresses of the pharmacy(ies) where such prescription medications
152   were filled: _CVS_____ ;

153 _____

154 _____

155 _____

156    At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
157    Pharmacy Records for each pharmacy indicated in lines 151-155 above; *see* Exhibit C

158  Have you been on Medicare at any time from January 1, 2005 to the present?  ☒ Yes ☐ No

159    If yes, at the end of this Plaintiff Fact Sheet, *complete and sign* a Medicare Authorization
160    Form; *see* Exhibit D.

161  **Section 4: Lost Wages or Loss of Earning Capacity:** are you making a claim for "lost wages"
162  or "loss of earning capacity" you believe was caused by JP Landfill Emissions? ☒ Yes ☐ No; if
163  yes, complete the questions below; if no, leave Section 4 blank and proceed to Section 5.

164  For any employment for which you have lost wages, provide the following:

| Employer name and address | Your position | Appx. dates of missed work |
|---|---|---|
| self employed | carpentry; lawn care | 3 months in 2019 |
|  |  |  |
|  |  |  |

165  Indicate your belief, to the best of your ability, of the amount of wages you have lost due to JP
166  Landfill Emissions as of the present date: $7,000 _____

167  Are you making a claim for "loss of future earning capacity" you believe was caused by JP
168  Landfill Emissions? ☒ Yes ☐ No; If yes, describe how you believe your capacity to work in the
169  future has been affected by JP Landfill Emissions: _____

170  earning less due to new need to travel out for work. _____

171 _____

172 _____

173

174  **Section 5: Effect on the use of the home:** list the ways and indicate how frequently the JP
175  Landfill Emissions have affected your ability to use or enjoy your home since Jan. 1, 2015, if at
176  all:
177  Unable to BBQ, grandchildren unable to play outside. _____

178 _____

179 _____

180 _____

181 _____

182 _____

183 _____

184 _____

185 _____

186

187 How frequently?__summers_____

188 _____

189

190  **Section 6: Physical Damage to Property:** are you making a claim for "physical damages to
191  home" you believe was caused by JP Landfill Emissions since Jan. 1, 2015? ☒Yes ☐No; if yes,
192  complete the questions below; if no, leave Section 6 blank and proceed to Section 7.

193  Address of property(ies) affected:_____

194  Describe the physical damages to home that you believe have been caused by the JP Landfill
195  Emissions__back patio covered with dust and mold_____.

196 _____

197 _____

198 _____

199 _____

200 _____

201

202  Do you have any photos/videos of such "physical damages to home" to your home? ☒Yes ☐No

203  Do you have any inspection reports indicating such "physical damages to home"? ☐Yes ☒No

204  Do you have any invoices, bills, receipts, or estimates for the repair or replacement of such
205  "physical damages to home"? ☐Yes ☒No

206

207  **Section 7: Diminution Of Property Value**

208  Are you asserting a claim for **"diminution of property value"** that you believe was caused by
209  JP Landfill Emissions since Jan. 1, 2015? ☒Yes ☐No; if yes, complete the questions below; if
210  no, leave Section 7 blank and proceed to Section 8.

211  Address of property(ies) affected:_136 Jasmine Ln. Waggaman La 70094_____

212  Indicate the approximate dollar amount of damages you believe you have suffered as of the
213  present date related to your "diminution of property value claim:" $_TBD_____

214  Describe how you learned that your property suffered a decrease in value:_personal observation
215 _____

216  How much did you pay for the property(ies) when you acquired it? $_____

217  Since Jan. 1, 2015 to the present, has your property been appraised? ☐Yes ☒No;

218   Since Jan. 1, 2015 to the present, have you have ever tried to sell your affected property(ies)?
219   ☐Yes ☐No; if yes, then:

220       Indicate the approximate date range that you tried to sell such property(ies):_____

221       Indicate the asking price for each time you tried to sell the property(ies):_____

222       Did you list the property with a realtor? ☐Yes ☐No

223       Did you receive any offers to purchase your property? ☐Yes ☐No

224   Since Jan. 1, 2015 to the present, have you sold the property for which you are making a
225   "diminution of property value claim?" ☐Yes ☐No; if yes:

226       Date that you sold such property: _____; Sale price for such property:_____;

227

228   **Section 8: Sources of Exposure**

229   From Jan. 1, 2015 to the present, do you believe you have been exposed to Emissions from a
230   source(s) that is/are not the JP Landfill?  ☐Yes ☑No ☐Don't know; if yes, complete the
231   questions below; otherwise, leave Section 8 blank and proceed to Verification.

232       What types of sources of Emissions do you believe you have been exposed to since Jan. 1,
233       2015? Check all that apply: ☐Chemical plants ☐Oil refineries ☐Waste water treatment
234       plants ☐Barge loading/unloading ☐Other landfills; if you can describe the source(s), identify
235       it here:_____

236

237   **Verification:** I declare under penalty of perjury that I have carefully reviewed the final responses
238   to this Plaintiff Fact Sheet and that all of the information provided is true and correct to the best
239   of my knowledge, information and belief.

240

241   Signature:_____; Date___1-11-2020___