# RETURN OF SERVICE

**State of Louisiana**  **County of**  **United States District Court Court**

Case Number: 2:19-CV-11133-SM-MBN

Plaintiff:
**FREDERICK ADDISON, ET AL.,**

vs.

Defendant:
**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**

For:
BRADLEY MURCHISON KELLY & SHEA LLC
1100 POYDRAS STREET
SUITE 2700
NEW ORLEANS, LA 70163

Received by BOMBET, CASHIO & ASSOCIATES on the 30th day of March, 2023 at 5:00 pm to be served on **DEREK JAMES, 31200 BLANTON ROAD, DADE CITY, FL 33523**.

I, RONALD L. FLETCHER, do hereby affirm that on the **4th day of April, 2023** at **8:40 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUGGESTION OF DEATH UPON THE RECORD UNDER FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)** with the date and hour of service endorsed thereon by me, to: **DEREK JAMES** at the address of: **31200 BLANTON ROAD, DADE CITY, FL 33523**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.
NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

RONALD L. FLETCHER
P.P.S. # 9007

BOMBET, CASHIO & ASSOCIATES
8335 KELWOOD AVENUE
BATON ROUGE, LA 70806
(225) 275-0796

Our Job Serial Number: PGR-2023000257
Ref: 77350

## CERTIFICATE OF SERVICE

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) ("Notice") for Jake James, Jr., which is to be served on (*name of individual to be served*) __Derek James__, was received by me on (*date*) __3-30-23__.

[X] I personally served the Notice on the individual at (*address*) __31200 Blanton Road Dade City, Fl 33523__ on (*date*) __4-4-23__; or

[ ] I left the Notice at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address.

I declare under penalty of perjury that this information is true.

Date: __4-5-23__

_R.L.F. PPS9007_
Server's Signature

_Ronald L. Fletcher Process server_
Printed name and title