**CERTIFICATE OF SERVICE**

The Notice of Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2)

("Notice") for Jake James, Jr., which is to be served on (*name of individual to be served*)

____Fericia Lewis____ , was received by me on (*date*)

____3/22/23____ .

[ ✓ ] I personally served the Notice on the individual at (*address*) ___325 Avondale___

___Garden Rd., Avondale___ on (*date*) ___3/23/23___ ; or
___LA 70094___

[  ] I left the Notice at the individual's residence or usual place of abode with (*name*)

_____ , a person of suitable age and discretion who

resides there, on (*date*) _____ , and mailed a copy to the individual's last known

address.

I declare under penalty of perjury that this information is true.

Date: ___3/23/23___

_____
Server's Signature

___Robert Garcia / Process Server___
Printed name and title