Ictech-Bendeck v. Waste Connections Bayou, Inc., et al, 2:18-cv-07889-SM-MBN
Addison, et al. v. Louisiana Regional Landfill Company, et al, 2:19-cv-11133-SM-MBN
U.S. District Court, Eastern District of Louisiana

# PLAINTIFF FACT SHEET

**DEFINITIONS AND INSTRUCTIONS**

A. "Emissions" means any airborne substance from any source and includes, but is not limited to, odors, fumes, gases, chemicals, toxins, dust, and particles.

B. "JP Landfill Emissions" means any Emissions that you believe have emanated from the Jefferson Parish Landfill ("JP Landfill") located in Waggaman, Louisiana.

C. A "healthcare provider" includes physicians, nurses, physician's assistants, laboratory technicians, psychologists, pharmacists, social workers, counselors, clinics, medical institutions, hospitals, and laboratories.

D. If You do not know the information sought in a question, answer to the best of Your knowledge, information, and/or belief, and so qualify Your answer.

**Section 1: Plaintiff's Personal Information**

Salutation: ☒Mr. ☐Ms. ☐Other: ___ Plaintiff's full name: Kerry Ridgley Jr.

Current physical address: : 2837 Greenwood Street, Kenner LA 70062

Date of Birth: 01/21____ ; Marital Status: married ; Name of spouse: : Shakemia Ridgley

Names and dates of birth of your children: _____

D___ M___ 04/10/___, A___ R___ 06/20___

Latahaj Bailey 02/18/___

_____

_____

Are you completing this fact sheet in a representative capacity? ☐Yes ☒No; If yes, state your name and in what capacity you are representing Plaintiff? (e.g., curator, executor, tutor, parent);
Your name: _____; Capacity:_____

For any other Plaintiffs residing at the same address as you, please list their names and relation to you: _____

_____

_____

Page **1** of **8**

35   _____

36   Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☒Yes
37   ☐No; If yes, identify the service(s) and your username/handle: No _____

38   _____

39

40   Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41   emissions encountered at your home or place of employment? ☐Yes ☒No; if yes, please
42   describe who you settled with, the amount, and the nature of the dispute: _____

43   _____

44

45   **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46   2015? ☒Yes ☐No

47   Are you making a claim in connection with a specific home or property? ☒Yes ☐No If so,
48   identify all properties that you have ever owned or at which you have ever resided that you
49   believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50   please indicate whether you ever owned or rented the property, the approximate dates, if any,
51   that you owned the property, and the approximate dates you resided, if any, at the property (or
52   indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 517 South Cumberland Street, River Ridge La 70123 | ☐Own ☒Rent ☐N/A | | 2017 to 2019 |
| | ☐Own ☐Rent ☐N/A | | |
| | ☐Own ☐Rent ☐N/A | | |

53   Are you making a claim in connection with a property that you have never owned and never
54   resided at? ☐Yes ☒No; If yes, identify the property and provide a brief description of the harm
55   you have suffered in connection with the property:_____

56   _____
57   _____
58   _____
59

60   Have you had any testing or laboratory analysis performed to determine the presence of JP
61   Landfill Emissions at any of the properties associated with your claim? ☐Yes ☒No; If yes:
62       Who did the testing? _____ When was the property tested?_____

Page **2** of **8**

63 Have you been exposed to JP Landfill Emissions at locations other than a place you resided?
64 ☒Yes ☐No; If Yes, identify the location of exposure and provide a brief description of the harm
65 you have suffered in connection with the exposure:_____
66   all over river ridge the smell made me sick._____
67

68 Fill in the table below to indicate which seasons and years you smelled JP Landfill Emissions at
69 your residence and how many days per week you typically smelled JP Landfill Emissions at your
70 residence during those times (i.e., did you smell it about once per week or more often?).

| Season/Year (approximately) | Did you smell JP Landfill Emissions at your residence during this time? | About how many days per week did you typically smell JP Landfill Emissions at your residence during this time? (select one) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Summer 2017 | ☐Yes ☒No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Fall 2017 | ☐Yes ☒No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Winter 2017/2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Spring 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Summer 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Fall 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Winter 2018/2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Spring 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Summer 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Fall 2019 | ☐Yes ☐No ☒Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Winter 2019/2020 | ☐Yes ☐No ☒Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

71 If further explanation of your responses in the table above is needed, including the number of
72 days, please explain:
73 _____
74

75 Did you smell  JP Landfill Emissions at your home prior to Summer 2017? ☐Yes ☒No; if yes,
76 provide the approximate months/years and how often you smelled JP Landfill Emissions at your
77 home prior to Summer 2017:_____
78

79 Since January 2015, what types of odors have you encountered at your residence? Check all that
80 apply: ☐ chemical smell ☐ petroleum odor ☐ rotten egg ☐ ammonia smell ☐ garbage smell
81   ☒Other(s):_strong stinky smell_____;

82  If you checked more than one type of odor, which type of odor have you encountered at your
83  residence most frequently since January 2015? _____
84

85  Have you ever encountered any dust or particulates (e.g., "snow," fine dust in air, dust layer on
86  top of cars, etc.) at your residence since January 2015? ☒Yes ☐No; if yes, how often? _____
     every day in the summer time
87

88  **Section 3: Personal Injury:** are you making a claim for physical injury or mental injury (i.e.,
89  mental anguish, anxiety and/or emotional distress) from exposure to JP Landfill Emissions since
90  Jan. 1, 2015?  ☒Yes ☐No; if yes, complete the questions below; if no, leave Section 3 blank
91  and proceed to Section 4.

92  Describe the physical or mental injury(ies) you believe were caused by JP Landfill Emissions:
93    Headaches, difficulty breathing and burning eyes
94  _____
95  _____
96  _____
97  _____
98

99   For each physical or mental injury(ies) identified, indicate the approximate first date that you
100  believe JP Landfill Emissions caused such injuries and indicate the most recent date you
101  experienced such injury (e.g., "headaches, Sept. 2017 – Jan. 2018"): _____
102   All symptoms started in 2017 when moved to River Ridge. Most recent experience was 2019.
103  _____
104  _____
105  _____
106  _____
107

108  Have you sought treatment from a healthcare provider for the physical or mental injury(ies) you
109  believe were caused by exposure to JP Landfill Emissions? ☐Yes ☒No; If yes:

110      For each of the physical or mental injury(ies) noted above, please indicate each physical
111      injury for which you received treatment from a healthcare provider: _____
112      _____
113      _____
114      _____
115

116      Identify the healthcare provider(s) and his/her address(es) who provided each such treatment
117      received: _____;

118 _____

119 _____

120 _____

121

122-124 At the end of this Plaintiff Fact Sheet, ***complete and sign*** an Authorization For Release Of Medical Records for each healthcare provider indicated in lines 116-120 above; *see* Exhibit A;

125-126 For each physical or mental injury(ies) identified in lines 110-114, have you ever suffered from the same or similar condition prior to January 1, 2015? ☐Yes ☐No; If yes, please indicate:

127-128 Which conditions and the approximate dates you first experienced those conditions prior to January 1, 2015: _____

129 _____

130 _____

131 _____

132 _____

133

134-135 The healthcare provider(s) and his/her address(es) who provided treatment for any such injury:_____

136 _____

137 _____

138 _____

139

140-143 At the end of this Plaintiff Fact Sheet, ***complete and sign*** an Authorization For Release Of Medical Records for each healthcare provider indicated in lines 134-138 above; *see* Exhibit B (if applicable, it is not necessary to complete Exhibit A and Exhibit B for the same healthcare provider; only Exhibit B must be completed);

144-145 Have medications ever been prescribed to treat the physical or mental injury(ies) you believe were caused by exposure to JP Landfill Emissions? ☐Yes ☒No; If yes:

146 Indicate the name of each of the medications prescribed: _____;

147 _____

148 _____

149 _____

150

151-152 Identify the name and addresses of the pharmacy(ies) where such prescription medications were filled: _____;

153 _____
154 _____
155 _____

156 At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
157 Pharmacy Records for each pharmacy indicated in lines 151-155 above; *see* Exhibit C

158 Have you been on Medicare at any time from January 1, 2005 to the present?  ☒Yes ☐No

159 If yes, at the end of this Plaintiff Fact Sheet, *complete and sign* a Medicare Authorization
160 Form; *see* Exhibit D.

161 **Section 4: Lost Wages or Loss of Earning Capacity:** are you making a claim for "lost wages"
162 or "loss of earning capacity" you believe was caused by JP Landfill Emissions? ☐Yes ☐No; if
163 yes, complete the questions below; if no, leave Section 4 blank and proceed to Section 5.

164 For any employment for which you have lost wages, provide the following:

| **Employer name and address** | **Your position** | **Appx. dates of missed work** |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

165 Indicate your belief, to the best of your ability, of the amount of wages you have lost due to JP
166 Landfill Emissions as of the present date:_____

167 Are you making a claim for "loss of future earning capacity" you believe was caused by JP
168 Landfill Emissions? ☐Yes ☐No; If yes, describe how you believe your capacity to work in the
169 future has been affected by JP Landfill Emissions: _____

170 _____
171 _____
172 _____
173

174 **Section 5: Effect on the use of the home:** list the ways and indicate how frequently the JP
175 Landfill Emissions have affected your ability to use or enjoy your home since Jan. 1, 2015, if at
176 all:
177 ~~Somedays the odor was so bad, kids could not go outside and play. The smell was real bad,~~
178 ~~disgusting.~~
179 _____
180 _____
181 _____
182 _____
183 _____

Page **6** of **8**

184  _____
185  _____
186
187  How frequently? ~~7 days per week~~_____
188  _____
189

190  **Section 6: Physical Damage to Property:** are you making a claim for "physical damages to
191  home" you believe was caused by JP Landfill Emissions since Jan. 1, 2015? ☐Yes ☒No; if yes,
192  complete the questions below; if no, leave Section 6 blank and proceed to Section 7.

193  Address of property(ies) affected:_____

194  Describe the physical damages to home that you believe have been caused by the JP Landfill
195  Emissions_____.
196  _____
197  _____
198  _____
199  _____
200  _____
201

202  Do you have any photos/videos of such "physical damages to home" to your home? ☐Yes ☐No

203  Do you have any inspection reports indicating such "physical damages to home"? ☐Yes ☐No

204  Do you have any invoices, bills, receipts, or estimates for the repair or replacement of such
205  "physical damages to home"? ☐Yes ☐No

206

207  **Section 7: Diminution Of Property Value**

208  Are you asserting a claim for **"diminution of property value"** that you believe was caused by
209  JP Landfill Emissions since Jan. 1, 2015? ☐Yes ☒No; if yes, complete the questions below; if
210  no, leave Section 7 blank and proceed to Section 8.

211  Address of property(ies) affected:_____

212  Indicate the approximate dollar amount of damages you believe you have suffered as of the
213  present date related to your "diminution of property value claim:" $_____

214  Describe how you learned that your property suffered a decrease in value:_____
215  _____

216  How much did you pay for the property(ies) when you acquired it? $_____

217  Since Jan. 1, 2015 to the present, has your property been appraised? ☐Yes ☐No;

218  Since Jan. 1, 2015 to the present, have you have ever tried to sell your affected property(ies)?
219  ☐Yes ☐No; if yes, then:
220  Indicate the approximate date range that you tried to sell such property(ies):_____
221  Indicate the asking price for each time you tried to sell the property(ies):_____
222  Did you list the property with a realtor? ☐Yes ☐No
223  Did you receive any offers to purchase your property? ☐Yes ☐No
224  Since Jan. 1, 2015 to the present, have you sold the property for which you are making a
225  "diminution of property value claim?" ☐Yes ☐No; if yes:
226  Date that you sold such property: _____; Sale price for such property:_____;
227
228  **Section 8: Sources of Exposure**
229  From Jan. 1, 2015 to the present, do you believe you have been exposed to Emissions from a
230  source(s) that is/are not the JP Landfill? ☐Yes ☒No ☐Don't know; if yes, complete the
231  questions below; otherwise, leave Section 8 blank and proceed to Verification.
232  What types of sources of Emissions do you believe you have been exposed to since Jan. 1,
233  2015? Check all that apply: ☐Chemical plants ☐Oil refineries ☐Waste water treatment
234  plants ☐Barge loading/unloading ☐Other landfills; if you can describe the source(s), identify
235  it here:_____
236
237  **Verification:** I declare under penalty of perjury that I have carefully reviewed the final responses
238  to this Plaintiff Fact Sheet and that all of the information provided is true and correct to the best
239  of my knowledge, information and belief.
240
241  Signature:____*Kerry*_____; Date____12/7/2020_____