UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>**Plaintiffs**<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL**<br>**COMPANY, ET AL.,**<br>**Defendants**<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS PAUL DAVIS, JR. AND WARREN PICKNEY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25

Counsel for all Defendants,[1] by and through counsel, and for their Motion to Dismiss pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby state as follows:

1. Plaintiffs Paul Davis, Jr., and Warren Pickney are now deceased, and Defendants formally advised the Court and all parties of such on February 22, 2023, R. Doc. 349.

2. Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, if a party dies and the claim is not extinguished, and a motion for substitution of the proper party "is not made within 90 days after service of a statement noting the death, the action by . . . the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1).

3. The Suggestions of Death noting these Plaintiffs' deaths have been served on Plaintiffs' next of kin pursuant to Rules 4 and 5 of the Federal Rules of Civil Procedure, as explained in the accompanying memorandum.

---

[1] Defendants in this matter are Waste Connections US, Inc., Waste Connections Bayou, Inc., Louisiana Regional Landfill Company (collectively, the "Waste Connections Defendants"), the Parish of Jefferson, and Aptim Corp.

4. As of this date, more than 90 days have passed since service of the Suggestion of Death on the next of kin of Plaintiffs Paul Davis, Jr. and Warren Pickney, even when the time period for which this action was stayed by the Fifth Circuit is excluded, and no motions for substitution of Mr. Davis' nor Mr. Pickney's estates have been filed.

5. Accordingly, pursuant to Rule 25, the Court should dismiss Plaintiffs Paul Davis, Jr. and Warren Pickney.

WHEREFORE, Defendants pray that their Motion to Dismiss be granted.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:   /s/ Michael C. Mims
      Michael C. Mims (#33991)
      Charles B. Wilmore (#28812)
      J. Hunter Curtis (#39150)
      Alec Andrade (#38659)
      Cecilia Vazquez Wilson (#39373)
      701 Poydras Street, Suite 5000
      New Orleans, Louisiana  70139
      (504) 581-7979

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

        James B. Slaughter (*pro hac vice*)
        1900 N Street, NW, Suite 100
        Washington, DC 20036
        (202) 789-6000

        Michael F. Vitris (*pro hac vice*)
        400 W. 15th Street, Suite 1410
        Austin, TX 78701
        (512) 391-8035

        *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

CONNICK AND CONNICK, LLC

By:   /s/ Michael S. Futrell
      William P. Connick, La. Bar No. 14158
      Michael S. Futrell, La. Bar. No. 20819
      Matthew D. Moghis, La. Bar. No. 33994
      3421 N. Causeway Blvd., Suite 408
      Metairie, Louisiana 70002
      Telephone: (504) 681-6658
      Facsimile: (504) 838-9903
      E-mail: moghis@connicklaw.com

      *Counsel for Defendant Jefferson Parish*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   /s/ J. Michael DiGiglia
      Ernest P. Gieger, Jr. (6154)
      John E. W. Baay (22928)
      J. Michael DiGiglia (24378)
      Nicholas S. Bergeron (37585)
      Gieger, Laborde & Laperouse, L.L.C.
      Hancock Whitney Center
      701 Poydras Street, Suite 4800
      New Orleans, Louisiana 70139
      Telephone: (504) 561-0400
      Facsimile: (504) 561-1011

      *Attorneys for Defendant Aptim Corp.*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically filed on November 21, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                                                    Michael C. Mims
                                                                                                                    OF COUNSEL