**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** **Plaintiffs** | **CIVIL ACTION** |
| | **NO. 19-11133, c/w 19-14512** |
| **VERSUS** | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** **Defendants** | **JUDGE: Morgan** **MAGISTRATE JUDGE: North** |
| *Applies to: All Cases* | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS PAUL DAVIS, JR. AND WARREN PICKNEY
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25</u>**

Defendants,[1] through undersigned counsel, submit this memorandum in support of their

Motion to Dismiss Plaintiffs Paul Davis, Jr. and Warren Pickney.

The Twelfth Case Management recognizes that "[w]ith respect to Plaintiffs who have died

and for whom Defendants have filed a suggestion of death, substitution of parties will be governed

by Rule 25 of the Federal Rules of Civil Procedure." R. Doc. 429 at 3. Pursuant to Rule 25(a)(1),

if a party dies and the claim is not extinguished, and a motion for substitution of the proper party

"is not made within 90 days after service of a statement noting the death, the action by . . . the

decedent *must* be dismissed." Fed. R. Civ. P. 25(a)(1) (emphasis added); *see also Sampson v. ASC

Indus.*, 780 F.3d 679, 681 (5th Cir. 2015). Service of the Suggestion of Death is made pursuant to

Rule 5 of the Federal Rules of Civil Procedure for parties, including for next of kin who are

---

[1] Defendants in this matter are Waste Connections US, Inc., Waste Connections Bayou, Inc., Louisiana Regional Landfill Company (collectively, the "Waste Connections Defendants"), the Parish of Jefferson, and Aptim Corp.

Plaintiffs in this action, and pursuant to Rule 4 of the Federal Rules of Civil Procedure for nonparties. Fed. R. Civ. P. 25(a)(3).

Pursuant to Rule 25, the Court should dismiss Plaintiffs Paul Davis, Jr. and Warren Pickney because the 90-day mandatory deadline for substitution has passed, and Plaintiffs have not sought their substitution. Defendants have summarized the issues requiring dismissal of these Plaintiffs below.

- Plaintiff Paul Davis, Jr. died on or about August 5, 2022, and Defendants formally advised the Court and all parties of such on February 22, 2023. R. Doc. 349-4. On March 8, 2023, the Suggestion of Death noting Mr. Davis' death was served pursuant to Rule 4 on Mr. Davis' next of kin Shantra Davis (his daughter). *See* Exhibit 1. As of this date, more than 90 days have passed since service of the Suggestion of Death on Mr. Davis' next of kin (his daughter), and a motion for substitution of Mr. Davis' estate has not been filed.[2]

- Plaintiff Warren Pickney died on or about August 3, 2022, and Defendants formally advised the Court and all parties of such on February 22, 2023. R. Doc. 349-13. On February 22, 2023, the Suggestion of Death noting Mr. Pickney's death was served pursuant to Rule 5 through counsel by operation of the Court's electronic filing system on Mr. Pickney's next of kin Plaintiff Andrea Pickney (his wife). R. Doc. 349-13. As of this date, more than 90 days have passed since service of the Suggestion of Death on Mr. Pickney's next of kin (his wife), and a motion for substitution of Mr. Pickney's estate has not been filed.

---

[2] For each of the Plaintiffs that are the subject of this motion, the 90-day deadline for substitution has passed even when the period that this action was stayed by the Fifth Circuit (June 8, 2023, to August 24, 2023) is excluded.

WHEREFORE, Defendants pray that their Motion to Dismiss be granted and that Plaintiffs Paul Davis, Jr. and Warren Pickney be dismissed from this action with prejudice.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:   /s/ Michael C. Mims
   Michael C. Mims (#33991)
   Charles B. Wilmore (#28812)
   J. Hunter Curtis (#39150)
   Alec Andrade (#38659)
   Cecilia Vazquez Wilson (#39373)
   701 Poydras Street, Suite 5000
   New Orleans, Louisiana  70139
   (504) 581-7979


   BEVERIDGE & DIAMOND, P.C.

   Megan R. Brillault (*pro hac vice*)
   Michael G. Murphy (*pro hac vice*)
   John H. Paul (*pro hac vice*)
   Katelyn E. Ciolino (*pro hac vice*)
   Katrina M. Krebs (*pro hac vice*)
   825 Third Avenue, 16th Floor
   New York, NY 10022
   (212) 702-5400

   James B. Slaughter (*pro hac vice*)
   1900 N Street, NW, Suite 100
   Washington, DC 20036
   (202) 789-6000

   Michael F. Vitris (*pro hac vice*)
   400 W. 15th Street, Suite 1410
   Austin, TX 78701
   (512) 391-8035

   *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

CONNICK AND CONNICK, LLC

By: ___/s/ Michael S. Futrell_____
       William P. Connick, La. Bar No. 14158
       Michael S. Futrell, La. Bar. No. 20819
       Matthew D. Moghis, La. Bar. No. 33994
       3421 N. Causeway Blvd., Suite 408
       Metairie, Louisiana 70002
       Telephone: (504) 681-6658
       Facsimile: (504) 838-9903
       E-mail: moghis@connicklaw.com

       *Counsel for Defendant Jefferson Parish*


GIEGER, LABORDE & LAPEROUSE, L.L.C.

By: ___/s/ J. Michael DiGiglia_____
       Ernest P. Gieger, Jr. (6154)
       John E. W. Baay (22928)
       J. Michael DiGiglia (24378)
       Nicholas S. Bergeron (37585)
       Gieger, Laborde & Laperouse, L.L.C.
       Hancock Whitney Center
       701 Poydras Street, Suite 4800
       New Orleans, Louisiana 70139
       Telephone: (504) 561-0400
       Facsimile: (504) 561-1011

       *Attorneys for Defendant Aptim Corp.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing was electronically filed on November 21, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>     Michael C. Mims     </u><br>
OF COUNSEL