UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** **Plaintiffs** **VERSUS** **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** **Defendants** *Applies to: All Cases* | **CIVIL ACTION** **NO. 19-11133, c/w 19-14512** **SECTION: "E" (5)** **JUDGE: Morgan** **MAGISTRATE JUDGE: North** |

### DECLARATION OF MICHAEL C. MIMS

I, Michael C. Mims, hereby declare as follows:

1. I am a Shareholder of the law firm Liskow & Lewis, APLC, and am duly admitted to practice before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of Defendants' Motion to Dismiss Plaintiffs Paul Davis, Jr. and Warren Pickney Pursuant to Federal Rule of Civil Procedure 25. I am fully familiar with the facts set forth herein.

3. A true and correct copy of the Certificate of Service on Plaintiff Paul Davis, Jr.'s daughter Shantra Davis of the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2) for Paul Davis, Jr., dated March 8, 2023, is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana this 21st of November, 2023.

                                                                  /s/ Michael C. Mims
                                                                    SHAREHOLDER