**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>          Plaintiff,<br><br>VERSUS<br><br><br>WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>          Defendants. | CIVIL ACTION<br><br>NO. 18-7889<br>          c/w 18-8071,<br>          18-8218, 18-9312<br><br>SECTION: "E"(5) |
| *Related Case:*<br><br>FREDERICK ADDISION ET AL.,<br>          Plaintiffs,<br><br>VERSUS<br><br>LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,<br>          Defendants.<br><br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133<br><br>SECTION: "E"(5)<br><br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## MOTION TO UPHOLD EXPERT DESIGNATION OF BISHOW SHAHA, PH.D.

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Waste Connections Defendants") respectfully request that the Court uphold their timely designation of Bishow Shaha, Ph.D., as an expert to rebut Plaintiffs' expert on hydrogen sulfide generation issues, for the reasons set forth in the attached memorandum.

WHEREFORE, the Waste Connections Defendants respectfully request the Court uphold their timely designation of Dr. Shaha as an expert in this case.

Respectfully submitted,

LISKOW & LEWIS, APLC

*/s/ Michael C. Mims*
Michael C. Mims (#33991)
Charles B. Wilmore (#28812)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alex Andrade (#38659)
Cecilia Vazquez (#39373)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax: (504) 556-4108

AND

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice)*
Michael G. Murphy (*pro hac vice)*
John H. Paul (*pro hac vice)*
Katelyn E. Ciolino (*pro hac vice)*
Katrina M. Krebs (*pro hac vice)*
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400
James B. Slaughter (*pro hac vice)*
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000
Michael F. Vitris (*pro hac vice)*
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on November 22, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michael C. Mims*
OF COUNSEL