## Declaration of Elmer Holley

ELMER HOLLEY, being duly sworn, declares the following pursuant to 28 U.S.C. § 1746:

1.    My name is Elmer "Mo" Holley, and I am 89 years old. I live at 106 Rebel Avenue, River Ridge, Louisiana. I have lived at this location since 1967, and I own my home.

2.    I am active, spending a lot of time outdoors most days doing yard work, gardening, and riding my bike on the levee.

3.    I notice a weak odor off and on at my house. The odor does not occur often and may occur during the day or night. I cannot describe the smell, and I do not associate it with any type of facility or industry. The odor was not present when I purchased my property.

4.    My wife also smells the odor sometimes.

5.    The odor has not changed what I do at my house. I still spend about five to six hours outside every day, from midmorning to around 4:00 pm.

6.    I do not believe this odor has affected the property value of my home.

7.    I do not notice any odors in any other parts of Jefferson Parish, although I have heard that the chemical plants may be a source of odors.

8.    I am familiar with the Jefferson Parish Landfill from television and newspaper reports and people talking about it. I do not agree with the media reports and have no opinions about the Jefferson Parish Landfill or its management.

9.    I declare under penalty of perjury that the foregoing is true and correct.

*No odors notice since 1967*

Executed on this ___7___ day of ___Sept, 19___.

_E H Holley_
Signature

## Declaration of Shenandoah Jones

SHENANDOAH JONES, being duly sworn, declares the following pursuant to 28 U.S.C. § 1746:

1.       My name is Shenandoah Jones, and I am over 18 years of age. I live at 458 West Avenue, Harahan, Louisiana. I bought my home in 2010.

2.       Once or twice about 1.5 years ago, during the height of the local news reporting on odors, I noticed a weak indescribable odor at night.

3.       The odor did not last long, and I have not noticed it since. I am not sure what caused the odor.

4.       The odor did not change my use of my property. I continued to be active outside. For example, I do yard work, cook, and hang out with my family in my backyard.

5.       Given its weakness and infrequency, I have no reason to believe the odor affected my property value.

6.       I am a police officer and patrol the Huey P. Long Bridge at night and during the day. Some nights, I can see particulates in the air that may be coming from the wall board plant on the west side of the Mississippi River. In fact, I sometimes find that a fine dust has accumulated on my vehicle by the morning.

7.       I also notice a sewer odor that is moderate in strength when I am around the sewage treatment plant near Earhart Boulevard and the sewage treatment plant along I-90 not far from the Huey P. Long Bridge. I notice this odor both during the day and at night.

8.       I am familiar with the Jefferson Parish Landfill from news reports, Facebook, and Harahan city council members. I have no opinion about the Jefferson Parish Landfill—garbage needs to go somewhere.

1

*9*

Confidential                                                        WC_JPLF_00292038

9.     I have also heard about the lawsuits alleging that the Jefferson Parish Landfill is the source of odors.

10.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _Feb_, _2020_

_____
Signature

2

## Declaration of Claude Lowe

CLAUDE LOWE, being duly sworn, declares the following pursuant to 28 U.S.C. § 1746:

1.     My name is Claude Lowe, and I am over 18 years of age. I have lived at 120 Magnolia Boulevard in Harahan, Louisiana, for six years. I own my home.

2.     I am active outside, doing yard work in my front and back yard.

3.     I have not noticed any odors at my house or in other parts of Jefferson Parish.

4.     I have seen media reports about the Jefferson Parish Landfill, including watching the city council meeting on television, and spoke with a neighbor about the Jefferson Parish Landfill. I do not agree with the media over their portrayal of the Jefferson Parish Landfill as a source of odors.

5.     I previously worked for a gas company for many years and responded to reports of gas leaks. I understand that it is difficult to know the origin of odors.

6.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___29___ day of ___August___.

_____
Signature

Confidential

## Declaration of Nicolas Paris

NICOLAS PARIS, being duly sworn, declares the following pursuant to 28 U.S.C. § 1746:

1.      My name is Nicolas Paris, and I am over 18 years of age. I have lived at 245 East

Avenue, Harahan, Louisiana, for six years. I own my home.

2.      I play with my children outside. I also work from home detailing cars.

3.      I am familiar with the Jefferson Parish Landfill and have read in newspapers

about the lawsuits claiming that the Jefferson Parish Landfill is the source of odors.

4.      I do not notice any odors at my home or in other parts of Jefferson Parish.

5.      I declare under penalty of perjury that the foregoing is true and correct.


Executed on this 25 day of ____ , 2020

_____
Signature

## Declaration of Auman Phillips

AUMAN PHILLIPS, being duly sworn, declares the following pursuant to 28 U.S.C. § 1746:

1.  My name is Auman Phillips, and I am over 18 years of age. I have resided at 609 Wilker Neal Avenue, River Ridge, Louisiana, for over 20 years.

2.  In that time, I have not smelled any odors at my home.

3.  While in other parts of Jefferson Parish, I have noticed strong sewage odors. I have smelled sewage at all times of the day near the sewage treatment plant by Earhart Boulevard and Clearview Parkway in Metairie, Louisiana.  I have noticed this odor either when I am in the area or driving by the area.

4.  I am aware of some news reports about the Jefferson Parish Landfill.  The Jefferson Parish Landfill has not impacted me.

5.  I also recall seeing a news report several months ago about some type of "snow" or dust falling in River Ridge.

6.  I declare under penalty of perjury that the foregoing is true and correct.


Executed on this ___8___ day of ___Feburary___ , _2020_ .

_____
Signature

1

WC_JPLF_00292051