UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, et al. | CIVIL ACTION NO. 2:19-CV-11133; 19-CV-14512 |
| *Plaintiff* | |
| VERSUS | JUDGE SUSIE MORGAN |
| LOUISIANA REGIONAL LANDFILL COMPANY, et al. | MAG. JUDGE MICHAEL NORTH |
| *Defendants* | |

*Applies to:  All Consolidated Cases*

### ANSWER TO PLAINTIFFS' SECOND AMENDED OMNIBUS COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

NOW INTO COURT, through undersigned counsel, comes Aptim Corp. ("Aptim") to file its Answer, Affirmative Defenses, and Jury Demand in response to the Second Amended Omnibus Complaint for Damages and Injunctive Relief ("the Second Amended Complaint") filed in the above-captioned consolidated cases.

### AFFIRMATIVE DEFENSES

Aptim incorporates and re-avers each and every one of its previous denials and affirmative defenses lodged in response to Plaintiffs' Original and First Amended Complaints as if set forth fully herein.

### FIFTEENTH DEFENSE

The Second Amended Complaint fails to join parties required under Rule 19.

### SIXTEENTH DEFENSE

Aptim adopts any affirmative defenses pled by any other parties in response to Plaintiffs' Original and First Amended Complaints, to the extent such defenses are not incompatible with the

defenses and responses pled in this Answer or any of its prior Answers and to the extent such defenses do not allege actions or inactions on the part of Aptim that could give rise to a finding of liability on the part of Aptim.

### ANSWER TO THE SECOND AMENDED AND SUPPLEMENTAL OMNIBUS COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Aptim denies every allegation of the Second Amended Complaint except those specifically admitted or qualified below. Further, Aptim incorporates all denials and affirmative defenses set forth in its previous Answers as if incorporated here *in extenso*. Without in any way waiving the defenses set forth above, below, and in its previous Answers, and in response to the numbered paragraphs of the Second Amended Complaint, Aptim avers as follows:

1.

Aptim denies the allegations of the Introduction paragraph of the Second Amended Complaint for lack of sufficient information to form a belief therein.

2.

Sub-paragraph 1a of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Sub-paragraph 1a of the Second Amended Complaint for lack of sufficient information to form a belief therein.

Sub-paragraph 1b of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Sub-paragraph 1b of the Second Amended Complaint for lack of sufficient information to form a belief therein.

Sub-paragraph 1c of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is

required, Aptim denies the allegations of Sub-paragraph 1c of the Second Amended Complaint for lack of sufficient information to form a belief therein.

Aptim admits that it is a foreign corporation domiciled in Delaware authorized to do and doing business in this Parish and State.

Sub-paragraph 1e of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Sub-paragraph 1e of the Second Amended Complaint for lack of sufficient information to form a belief therein.

3.

Paragraph 2 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. Aptim does not, however, contest that this Court has jurisdiction over the instant action, and that venue is appropriate herein.

4.

Paragraph 3 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 3 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

5.

Paragraph 4 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 4 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

6.

Paragraph 5 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 5 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

7.

Paragraph 6 of the Second Amended Complaint, including all of its sub-paragraphs, does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 7 of the Second Amended Complaint, including all of its sub-paragraphs, for lack of sufficient information to form a belief therein.

8.

The allegations contained in Paragraph 7 are denied as written.

9.

The allegations contained in Paragraph 8 are denied as written.

10.

Paragraph 9 of the Second Amended Complaint, including all of its sub-paragraphs, does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 9 of the Second Amended Complaint, including all of its sub-paragraphs, for lack of sufficient information to form a belief therein.

11.

Paragraph 10 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 10 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

12.

Paragraph 11 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 11 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

13.

Paragraph 12 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 12 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

14.

Paragraph 13 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 13 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

15.

Paragraph 14 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required,

Aptim denies the allegations of Paragraph 14 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

16.

Paragraph 15 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 15 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

17.

Paragraph 16 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 16 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

18.

Paragraph 17 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 17 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

19.

Paragraph 18 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 18 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

20.

Aptim denies the allegations of Paragraph 19 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 19 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

21.

Paragraph 20 of the Second Amended Complaint, including all of its sub-paragraphs, does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 20, including all of its sub-paragraphs for lack of sufficient information to form a belief therein.

22.

Aptim denies the allegations of Paragraph 21 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 21 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

23.

Aptim denies the allegations of Paragraph 22 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 22 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

24.

Aptim denies the allegations of Paragraph 23 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 23 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

25.

Aptim denies the allegations of Paragraph 24 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 24 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

26.

Aptim denies the allegations of Paragraph 25 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 25 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

27.

Aptim denies the allegations of Paragraph 26 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 26 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

28.

Aptim denies the allegations of Paragraph 27 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 27 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

29.

Aptim denies the allegations of Paragraph 28 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 28 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

30.

Aptim denies the allegations of Paragraph 29 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 29 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

31.

Aptim denies the allegations of Paragraph 30 of the Second Amended Complaint, including all of its sub-paragraphs, to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 30 of the Second Amended Complaint, including all of its sub-paragraphs for lack of sufficient information to form a belief therein.

32.

Aptim denies the allegations of Paragraph 31 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 31 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

33.

Paragraph 32 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 32 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

34.

Paragraph 33 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 33 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

35.

Aptim denies the allegations of Paragraph 34 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 34 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

36.

Aptim denies the allegations of Paragraph 35 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 35 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

37.

Paragraph 36 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim does not dispute the allegations of Paragraph 36 of the Second Amended Complaint.

38.

Aptim denies the allegations of Paragraph 37 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 37 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

39.

Aptim denies the allegations of Paragraph 38 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 38 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

40.

Paragraph 39 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required,

Aptim denies the allegations of Paragraph 39 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

41.

Paragraph 40 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 40 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

42.

Paragraph 41 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 41 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

43.

In response to the foregoing paragraphs in the Second Amended Complaint, Aptim incorporates and re-avers each and every one of its previous denials and affirmative defenses as if set forth fully herein.

44.

Paragraph 43 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim denies the allegations of Paragraph 43 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

45.

Paragraph 44 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim does not dispute the allegations of Paragraph 44 of the Second Amended Complaint.

46.

Paragraph 45 of the Second Amended Complaint does not allege anything against Aptim and does not require a response from Aptim. However, to the extent that a response is required, Aptim does not dispute the allegations of Paragraph 45 of the Second Amended Complaint.

47.

Aptim denies the allegations of Paragraph 46 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 46 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

48.

Aptim denies the allegations of Paragraph 47 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 47 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

49.

Aptim denies the allegations of Paragraph 48 of the Second Amended Complaint, including all of its sub-paragraphs, to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 48 of the Second Amended Complaint, including all of its sub-paragraphs, for lack of sufficient information to form a belief therein.

50.

Aptim denies the allegations of Paragraph 49 of the Second Amended Complaint to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 49 of the Second Amended Complaint for lack of sufficient information to form a belief therein.

51.

Aptim denies the allegations of Paragraph 50 of the Second Amended Complaint, including all of its sub-paragraphs, to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 50 of the Second Amended Complaint, including all of its sub-paragraphs, for lack of sufficient information to form a belief therein.

52.

Aptim denies the allegations of Paragraph 51 of the Second Amended Complaint, including all of its sub-paragraphs, to the extent they pertain to Aptim. Aptim denies all other allegations of Paragraph 51 of the Second Amended Complaint, including all of its sub-paragraphs, for lack of sufficient information to form a belief therein.

53.

Aptim denies the allegations contained in Plaintiffs' prayer for relief, including all of its sub-paragraphs, to the extent they pertain to Aptim.

**SEVENTEENTH DEFENSE**

Aptim reserves the right to assert additional affirmative defenses, if and when, in the course of its investigation, discovery, or preparation for trial, they become known or are available or it otherwise becomes appropriate to assert such affirmative defenses.

**JURY DEMAND**

Aptim prays for a jury on all issues in the consolidated cases that can be tried to a jury.

WHEREFORE, Aptim prays that its Answer, Affirmative Defenses, and Jury Demand filed in response to the Second Amended Complaint be deemed sufficient and, after due proceedings are had, that judgment be rendered in Aptim's favor and against Plaintiffs, dismissing all claims against Aptim, with prejudice, together with all other relief to which Aptim may be entitled, and that all costs of these proceedings be assessed against Plaintiffs.

Respectfully Submitted:

*/s/ Nicholas S. Bergeron*
ERNEST P. GIEGER, JR. (6154)
JOHN E. W. BAAY, II (22928)
J. MICHAEL DIGIGLIA (24378)
NICHOLAS S. BERGERON (37585)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone:   (504) 561-0400
Facsimile:    (504) 561-1011
Email:          egieger@glllaw.com
                   jbaay@glllaw.com
                   mdigiglia@glllaw.com
                   nbergeron@glllaw.com

*Attorneys for Aptim Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case management system on this 27th day of November, 2023.

*/s/ Nicholas S. Bergeron*