MINUTE ENTRY
MORGAN, J.
November 28, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**   Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**   c/w 18-8071, 18-8218, 18-9312 |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**   Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**   Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**   c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**   Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

## MINUTE ENTRY

An ex parte video status conference was held on November 28, 2023, at 10:00 a.m., in the chambers of Judge Susie Morgan.

Present:    Michael Mims, Megan Brillault, Michael Vitris, and Katelyn Ciolino, counsel for Defendants and Consolidated

1

Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company.

Counsel for the Waste Connections defendants discussed the November 13, 2013 privilege log with the Court.

**New Orleans, Louisiana, this 28th day of November, 2023.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (1:06)

2