**Rowe, Eric**
___

| | |
|---|---|
| **From:** | Megan R. Brillault <MBrillault@bdlaw.com> |
| **Sent:** | Tuesday, May 23, 2023 2:08 PM |
| **To:** | Eliza James |
| **Cc:** | Michael Mims; John H. Paul; Matthew Moghis; Mike Futrell; John Baay; Rowe, Eric; Foster, C. Allen; Childers lll, Masten; Oppegard, Aaron; Cayton, Lesley A.; Katrina M. Krebs |
| **Subject:** | [EXTERNAL] RE: Plaintiff Substitutions |

**EXHIBIT 1**

Eliza,

Generally this should be fine. But can you please provide a list of the plaintiffs you will be substituting and who will be stepping in? in the past, I believe you have sent draft motions over with your request, but a list should be fine.

M

**Megan R. Brillault**
Principal

**BEVERIDGE & DIAMOND PC**
O +1.212.702.5414 ~ M +1.914.329.3598 ~ MBrillault@bdlaw.com

___

**From:** Eliza James <eliza@fcjlaw.com>
**Sent:** Tuesday, May 23, 2023 12:34 PM
**To:** Megan R. Brillault <MBrillault@bdlaw.com>
**Cc:** Michael Mims <mmims@liskow.com>; John H. Paul <JPaul@bdlaw.com>; Matthew Moghis <moghis@connicklaw.com>; Mike Futrell <mfutrell@connicklaw.com>; John Baay <jbaay@glllaw.com>; Rowe, Eric <ERowe@whitefordlaw.com>; Foster, C. Allen <CAFoster@wtplaw.com>; Childers lll, Masten <MChilders@whitefordlaw.com>; Oppegard, Aaron <AOppegard@whitefordlaw.com>; Cayton, Lesley A. <LCayton@whitefordlaw.com>
**Subject:** Plaintiff Substitutions

**[EXTERNAL SENDER: Use caution with links/attachments]**
___

Megan/All:

We are preparing to file our Rule 25 substitutions for deceased plaintiffs. Please let me know if defendants agree to an *ex parte* consent substitution, similar to what we've done previously in this case.

-Eliza

**S. Eliza James**
Partner

___

1222 Annunciation Street
New Orleans, LA 70130
T. 504.605.0777

1

F.  504. 322. 3884
eliza@fcjlaw.com
www.fcjlaw.com [fcjlaw.com]



[facebook.com]