**Rowe, Eric**

| | |
|---|---|
| **From:** | Eliza James <eliza@fcjlaw.com> |
| **Sent:** | Friday, November 10, 2023 5:50 PM |
| **To:** | Rowe, Eric |
| **Subject:** | FW: Draft Motion and Draft Complaint |

**EXHIBIT 6**

---

**This Message Is From an External Sender**

This message came from outside your organization.

For assistance, contact the IS Service Center at issc@whitefordlaw.com or 410.347.8733

---

**From:** Eliza James <eliza@fcjlaw.com>
**Date:** Friday, November 10, 2023 at 1:27 PM
**To:** Megan R. Brillault <MBrillault@bdlaw.com>
**Subject:** Re: Draft Motion and Draft Complaint

Thanks- we'll need to file the motion first so I can reference the rec doc number for the newly substituted plaintiffs.

**From:** Megan R. Brillault <MBrillault@bdlaw.com>
**Date:** Friday, November 10, 2023 at 1:22 PM
**To:** Eliza James <eliza@fcjlaw.com>
**Subject:** RE: Draft Motion and Draft Complaint

Let me check with Katrina. She was reviewing the complaint.  I'll get back to you shortly.

**Megan R. Brillault**
Principal

**BEVERIDGE & DIAMOND PC**
O +1.212.702.5414 ~ M +1.914.329.3598 ~ MBrillault@bdlaw.com

**From:** Eliza James <eliza@fcjlaw.com>
**Sent:** Friday, November 10, 2023 1:59 PM
**To:** Megan R. Brillault <MBrillault@bdlaw.com>
**Subject:** Draft Motion and Draft Complaint

**[EXTERNAL SENDER: Use caution with links/attachments]**

Hi Megan-

Do you have an idea of when I can expect comments on the motion and the complaint?

Thanks,

Eliza

S. Eliza James
Partner

1222 Annunciation Street
New Orleans, LA 70130
T.  504 .605. 0777
F.  504. 322. 3884
eliza@fcjlaw.com
www.fcjlaw.com [fcjlaw.com]



[facebook.com]