**Rowe, Eric**

---

| | | |
|---|---|---|
| **From:** | Eliza James <eliza@fcjlaw.com> | **EXHIBIT 8** |
| **Sent:** | Friday, November 10, 2023 6:46 PM | |
| **To:** | Megan R. Brillault | |
| **Cc:** | Matthew Moghis; Mike Futrell; John Baay; Mike DiGiglia; Michael Mims; John H. Paul; Katrina M. Krebs; Katelyn E. Ciolino; Michael F. Vitris; Childers lll, Masten; Rowe, Eric; Foster, C. Allen; Oppegard, Aaron; Byron Forrest; Nicholas Cressy | |
| **Subject:** | Re: Addison Second Amended Complaint Draft | |

---

**This Message Is From an External Sender**
This message came from outside your organization.
For assistance, contact the IS Service Center at issc@whitefordlaw.com or 410.347.8733

---

Megan-

As you are aware, we sent you a draft of the amended complaint in accordance of with the CMO last Friday. In the complaint we included all the party substitutions that needed to be made. As you can see from our initial draft, it was our interpretation of the parties' agreement and prior and controlling CMOs that the substitutions would be done on an omnibus fashion through the Amended Complaint.

In your response email that included edits, you raised a procedural issue of substituting the parties through the complaint. We timely responded noting that we would supply a motion, and to call me with any questions or things that needed to be discussed. We were in agreement with all other changes. Thereafter I circulated a Motion to Substitute and corresponding order relating to the party substitutions as well as a revised Amended Complaint, Redacted Complaint, and Notice.

Other than your email, thirty minutes before COB on the date that the Amended Complaint is due, I have not received any communications from the defendants objecting to the party substitutions. You had ample time to discuss this with us prior to the deadline so this could be resolved (as well as my cell number, to discuss if you couldn't reach me at the office or need to speak after hours.) However, once again we are blindsided.

We disagree with your interpretation of the CMO, prior party discussions relating to substitutions, and how the stay that the defendants' requested and in fact received, affects the timeline of the substitutions. Therefore we are moving forward with filing the Second Amended Complaint as we are required to do under the CMO. We will request that the issues relating to deceased party substitutions be raised with the Judge during our conference call on Monday, and are also filing our Motion to Substitute. I will note that it is contested.

Thank you, and have a nice weekend-
Eliza

---

**From:** Megan R. Brillault <MBrillault@bdlaw.com>
**Date:** Friday, November 10, 2023 at 4:10 PM
**To:** Eliza James <eliza@fcjlaw.com>
**Cc:** Matthew Moghis <moghis@connicklaw.com>, Mike Futrell <mfutrell@connicklaw.com>, John Baay

<jbaay@glllaw.com>, Mike DiGiglia <mdigiglia@glllaw.com>, Michael Mims <mmims@liskow.com>, John H. Paul <JPaul@bdlaw.com>, Katrina M. Krebs <KKrebs@bdlaw.com>, Katelyn E. Ciolino <KCiolino@bdlaw.com>, Michael F. Vitris <MVitris@bdlaw.com>, Childers lll, Masten <MChilders@whitefordlaw.com>, Rowe, Eric <ERowe@whitefordlaw.com>, Foster, C. Allen <CAFoster@whitefordlaw.com>, Oppegard, Aaron <AOppegard@whitefordlaw.com>
**Subject:** RE: Addison Second Amended Complaint Draft

Hi Eliza—

Thank you for sending the proposed motion to substitute. We consent to the substitution of Rashaud Robinson as legal representative for Samantha Robinson. While the 90-day deadline for substitution has passed for Plaintiffs Adeline Fitzpatrick and Dolores Richard, we consent to the substitution of legal representatives for these Plaintiffs, as set forth in your motion, because Plaintiffs provided notice to Defendants of the proposed substitutions prior to the 90-day deadline.

We consent to Kerry Ridgley, Sr., proceeding as a legal representative for Barbara Ridgley. However, Kerry Ridgley, Sr.—the husband of Barbara Ridgley—is not a Plaintiff in the action, as the proposed motion states. Rather, Kerry Ridgley, Jr. is a Plaintiff in the action. We therefore do not consent to Kerry Ridgley, Sr., proceeding in his individual capacity.

We do not consent to the substitution of Geraldine Batiste, Liz Everson, Devora Hampton, Doris Collins, Leon Bradley, Verna Gabriel, Ernest Newell, Joseph Pete, Jr., Wiley Pinkley, Kerry Ridgley, Jr., Karen Ross, and David Scott because the 90-day deadline for substitution passed prior to Defendants receiving notice of the proposed substitutions. *See* Fed. R. Civ. P. 25(a)(1). We also do not consent to the substitution of Jake James, Jr., as his Fact Sheet states that he has two children, Derrick James and Falicia Lewis—meaning that his sister Lizzie Aaron is not the correct legal representative under Louisiana civil code article 2315.1—and the 90-day deadline for substitution has passed. We will be seeking to dismiss these Plaintiffs pursuant to Rule 25.

Please let me know if you have questions or would like to discuss.

-Megan

**Megan R. Brillault**
Principal

**BEVERIDGE & DIAMOND PC**
O +1.212.702.5414 ~ M +1.914.329.3598 ~ MBrillault@bdlaw.com

---

**From:** Eliza James <eliza@fcjlaw.com>
**Sent:** Thursday, November 9, 2023 4:08 PM
**To:** Megan R. Brillault <MBrillault@bdlaw.com>
**Cc:** Matthew Moghis <moghis@connicklaw.com>; Mike Futrell <mfutrell@connicklaw.com>; John Baay <jbaay@glllaw.com>; Mike DiGiglia <mdigiglia@glllaw.com>; Michael Mims <mmims@liskow.com>; John H. Paul <JPaul@bdlaw.com>; Katrina M. Krebs <KKrebs@bdlaw.com>; Katelyn E. Ciolino <KCiolino@bdlaw.com>; Michael F. Vitris <MVitris@bdlaw.com>; Childers lll, Masten <MChilders@whitefordlaw.com>; Rowe, Eric <ERowe@whitefordlaw.com>; Foster, C. Allen <CAFoster@whitefordlaw.com>; Oppegard, Aaron <AOppegard@whitefordlaw.com>
**Subject:** Re: Addison Second Amended Complaint Draft

**[EXTERNAL SENDER: Use caution with links/attachments]**

Megan,

Please see the proposed Consent Motion to Substitute for your review.

Thank you,
Eliza

---

**From:** Eliza James <eliza@fcjlaw.com>
**Date:** Wednesday, November 8, 2023 at 6:02 PM
**To:** Megan R. Brillault <MBrillault@bdlaw.com>, Childers lll, Masten <MChilders@whitefordlaw.com>, Rowe, Eric <ERowe@whitefordlaw.com>, Foster, C. Allen <CAFoster@whitefordlaw.com>, Oppegard, Aaron <AOppegard@whitefordlaw.com>
**Cc:** Matthew Moghis <moghis@connicklaw.com>, Mike Futrell <mfutrell@connicklaw.com>, John Baay <jbaay@glllaw.com>, Mike DiGiglia <mdigiglia@glllaw.com>, Michael Mims <mmims@liskow.com>, John H. Paul <JPaul@bdlaw.com>, Katrina M. Krebs <KKrebs@bdlaw.com>, Katelyn E. Ciolino <KCiolino@bdlaw.com>, Michael F. Vitris <MVitris@bdlaw.com>
**Subject:** Re: Addison Second Amended Complaint Draft

Hi Megan,

I will be circulated revised drafts incorporating the edits included in the chart below, as well as a correction in the language of paragraph 9 to reflect the original wording.

Regarding the deceased plaintiffs, I will also send a separate draft of a consent motion to substitute the plaintiffs who were not previously substituted.

I do not think a meet and confer is necessary since we are in agreement with your suggested revisions, however feel free to call me if you'd like to discuss in more detail.

Thanks,
Eliza

---

**From:** Megan R. Brillault <MBrillault@bdlaw.com>
**Date:** Tuesday, November 7, 2023 at 4:33 PM
**To:** Eliza James <eliza@fcjlaw.com>, Childers lll, Masten <MChilders@whitefordlaw.com>, Rowe, Eric <ERowe@whitefordlaw.com>, Foster, C. Allen <CAFoster@whitefordlaw.com>, Oppegard, Aaron <AOppegard@whitefordlaw.com>
**Cc:** Matthew Moghis <moghis@connicklaw.com>, Mike Futrell <mfutrell@connicklaw.com>, John Baay <jbaay@glllaw.com>, Mike DiGiglia <mdigiglia@glllaw.com>, Michael Mims <mmims@liskow.com>, John H. Paul <JPaul@bdlaw.com>, Katrina M. Krebs <KKrebs@bdlaw.com>, Katelyn E. Ciolino <KCiolino@bdlaw.com>, Michael F. Vitris <MVitris@bdlaw.com>
**Subject:** RE: Addison Second Amended Complaint Draft

Eliza—

Thanks for sending the proposed Second Amended Complaint.

In the chart below, we have identified several corrections to be made to the Complaint. We also identified spellings of names that are inconsistent between the Fact Sheets and Complaint. Note that not all name changes appear in the notice of amended complaint (e.g., Susie Newell is identified as Susie Roux in the First Amended Complaint and as Susie Roux Newell in the Second Amended Complaint).

Additionally, we do not consent to substituting the deceased Plaintiffs—specifically Adeline Fitzpatrick, Barbara Ridgley, David Scott, Devora Hampton, Dolores Richard, Doris Collins, Ernest Newell, Geraldine Batiste, Jake James, Jr., Joseph Pete, Jr., Karen Ross, Kerry Ridgley, Jr., Leon Bradley, Sr., Liz Everson, Samantha Robinson, Verna Gabriel, and Wiley Pinkley—through the Second Amended Complaint only. These substitutions must be made through the required motion to substitute pursuant to Rule 25 of the Federal Rules of Civil Procedure , which is also specifically addressed in the Twelfth Case Management Order, ECF No. 429. We also note that Paul Davis, Jr., and Warren Pickney, who are deceased, are both identified in the Complaint and have not been substituted.

We further object to Plaintiffs changing "the J.P. Landfill is **a** major source of the odors" to "the J.P. Landfill is **the** major source of the odors" in Paragraph 9. This substantive change is outside the scope of the changes allowed under the Twelfth Case Management Order. Nor was it tracked in the version of the complaint that Plaintiffs sent for Defendants' review or identified in Plaintiffs' notice.

**Corrections/Clarifications for Proposed Second Amended Complaint**

| First Name* | Middle Name* | Last Name* | Suffix | Change Needed | Notes |
|---|---|---|---|---|---|
| Regenia | | Griffin | | Remove from Complaint. | Dismissed pursuant to the Court's March 16, 2021 Order, ECF No. 157. |
| Sheila | Thompson | James | | Correct spelling. | First name is spelled Shelia. |
| Tyronne | | McKinley | | Remove duplicate listing. | Listed on both pages 12 and 18. |
| Ethel | | Green | | Remove duplicate listing. | Listed on both pages 4 and 23. |
| Glenda | | Guilbeau | | Remove duplicate listing. | Listed on both pages 5 and 24. |
| Cray'yonna | | Dixon | | Confirm spelling. | First name spelled Cra'yonna in Fact Sheet. |
| Alexander | | Mitchell | | Remove duplicate listing. | Listed on both pages 6 and 36. |
| Julianne | | Rayburn | | Remove from Complaint. | Dismissed pursuant to the Court's March 16, 2021 Order, ECF No. 157. |
| Deborah | | Ursin | | Remove duplicate listing. | Listed on both pages 26 and 38. |
| Darrel | | Robinson | | Confirm spelling. | First name spelled Darrell in Fact Sheet. |
| Dontrell | | Robinson | | Correct name. | Last name is Edgerson, per M. Childers' February 2, 2021 email. |
| Dustin | | Dulaune | | Correct spelling. | Last name is spelled Delaune. |
| Cheryl | | Dufrene | | Remove duplicate listing. | Listed on both pages 22 and 40. |
| Ray | | Pendelton | | Remove from Complaint. | Dismissed pursuant to the Court's March 16, 2021 Order, ECF No. 157. |
| Eric | | Brown | | Remove duplicate listing. | Listed on both pages 3 and 43. |

| Calvin | | Carter | Sr. | Remove from Complaint. | Dismissed pursuant to the Court's March 16, 2021 Order, ECF No. 157. |
|---|---|---|---|---|---|
| Tedrick | | Jackson | | Remove duplicate listing. | Listed on both pages 24 and 47. |
| Daiseen | | McGee | | Confirm spelling. | First name is spelled Daisean in Fact Sheet. |
| Dudley | | Thornton | III | Remove from Complaint. | Dismissed pursuant to the Court's March 16, 2021 Order, ECF No. 157. |
| Dwayne | | Rogers | | Remove duplicate listing. | Listed twice on page 53. |
| Prudence | | Carmadella | | Confirm spelling on pages 22 and 61. | Last name is spelled Camardella in Fact Sheet. |
| Jayceon | | Green | | Correct status. | Based on the Fact Sheets, Jayceon Green appears to be the minor child, and Anthony Green appears to be the parent. |
| Anthony | | Green | | Correct status. | Based on the Fact Sheets, Jayceon Green appears to be the minor child, and Anthony Green appears to be the parent. |
| Jayln | | Barnes | | Correct spelling on page 83. | First name is incorrectly spelled Jalyn. |
| Thaddeaus | | Cammon | | Correct spelling. | First name is spelled Thaddeus. |
| LaKesha | | Davis | | Correct spelling on page 61. | First name is incorrectly spelled LeKesha. |

*According to the Complaint.

Please let us know if you would like to discuss.

Regards,
Megan

**Megan R. Brillault**
Principal

**BEVERIDGE & DIAMOND PC**
O +1.212.702.5414 ~ M +1.914.329.3598 ~ MBrillault@bdlaw.com

---

**From:** Eliza James <eliza@fcjlaw.com>
**Sent:** Friday, November 3, 2023 3:43 PM
**To:** Megan R. Brillault <MBrillault@bdlaw.com>; John H. Paul <JPaul@bdlaw.com>; Michael Mims <mmims@liskow.com>
**Cc:** Matthew Moghis <moghis@connicklaw.com>; Mike Futrell <mfutrell@connicklaw.com>; John Baay <jbaay@glllaw.com>; Mike DiGiglia <mdigiglia@glllaw.com>; Foster, C. Allen <CAFoster@whitefordlaw.com>; Oppegard, Aaron <AOppegard@whitefordlaw.com>; Childers lll, Masten <MChilders@whitefordlaw.com>; Rowe, Eric <ERowe@whitefordlaw.com>; Jason Z. Landry <jzl@mbfirm.com>; douglashammel@gmail.com;

bruce@brucebetzer.com
**Subject:** Addison Second Amended Complaint Draft

**[EXTERNAL SENDER: Use caution with links/attachments]**

Counsel,

Pursuant to the 12th CMO, attached you will find the following documents related to Plaintiffs' Second Amended Complaint:

1. Draft complaint with full names of minors;
2. Draft complaint with redacted names of minors (a version of which will be filed into the record);
3. Notice of amendment of changes

Due to the number of plaintiffs, we hope that providing the Notice and the unredacted complaint will assist you in your review. Please let us know of any questions or suggested edits, and your availability to meet and confer, if necessary.

Regards,
Eliza

S. Eliza James
Partner

Forrest Cressy and James, LLC
1222 Annunciation Street
New Orleans, LA 70130
T.  504.605.0777
F.  504.322.3884
eliza@fcjlaw.com
www.fcjlaw.com [fcjlaw.com]


[facebook.com]

6