MINUTE ENTRY
MORGAN, J.
November 30, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO.  19-11133**<br>       **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL**<br>**COMPANY (LRLC), ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Applies to: Both Cases*

## MINUTE ENTRY

A video status conference was held on November 30, 2023, at 10:30 a.m., in the chambers of Judge Susie Morgan.

> Present:   Sara James, Allen Foster, and Eric Rowe, counsel for All Plaintiffs;
>
> Michael Mims, Megan Brillault, and John Paul, counsel for Defendants, Louisiana Regional Landfill Company (LRLC), Waste Connections Bayou, Inc., and Waste Connections US, Inc.;
>
> John DiGiglia, counsel for Defendant, Aptim Corporation;
>
> Michael Futrell and Matthew Moghis, counsel for Defendant, Jefferson Parish.

1

The parties discussed the status of the case, the Second Amended Complaint, and the following pending motions: Plaintiffs' Motion to Substitute Party;[1] Defendants' Motion to Dismiss Party Batiste et al.;[2] and Defendants' Motion to Dismiss Party Davis et al.[3]

The Court clarified that Defendants' responsive pleadings to the Second Amended Complaint will not be due until 21 days after the Court issues its rulings on the above-mentioned motions.[4]

**New Orleans, Louisiana, this 30th day of November, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:40)

---

[1] R. Doc. 430.
[2] R. Doc. 441.
[3] R. Doc. 442.
[4] R. Docs. 430, 441, 442.