UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK E. ADDISON, SR., ET AL.,**  Plaintiffs | **CIVIL DOCKET** |
| **VERSUS** | **NO. 19-11133**  c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**  Defendants | **SECTION: "E" (5)** |

*Applies to: Both Cases*

## ORDER

The Court is in receipt of Counsel for the Waste Connections Defendants' letter dated December 4, 2023.

**IT IS ORDERED** that Defendants' request for additional time to comply with the deadline to produce a privilege log and related documents for *in camera* review related to the Defendants' Motion to Quash the Subpoena to SCS Engineers[1] is **GRANTED**.

Defendants shall produce the withheld documents for *in camera* review and the list of entries associated with each report on or before **Wednesday, December 6, 2023.**

New Orleans, Louisiana, this 4th day of December, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 368.