| | |
|---|---|
| **From:** | Rowe, Eric <ERowe@wtplaw.com> |
| **Sent:** | Tuesday, March 7, 2023 12:25 PM |
| **To:** | John H. Paul |
| **Cc:** | Jason Z. Landry; Douglas Hammel; bruce@brucebetzer.com; KGray@irpinolaw.com; probertson@irpinolaw.com; Foster, C. Allen; Bolog, Erik; Childers lll, Masten; Matthew Moghis; John Baay; Mike DiGiglia; Mike Futrell; Michael C. Mims (mmims@Liskow.com); Megan R. Brillault; S. Eliza (eliza@fcjlaw.com) |
| **Subject:** | RE: Jefferson Parish Landfill Litigation |
| **Attachments:** | image001.png; 2023.03.07 plaintiff resp to revsions to draft 8th CMO.docx; image002.png; _PRETRIAL NOTICE.pdf |

**[EXTERNAL SENDER: Use caution with links/attachments]**

Dear John,

We have reviewed your changes to the draft CMO and offer these comments.

Substitutions for deceased plaintiffs.  This needs to be governed by Rule 25, since the successors are non-parties.  If you guys serve the notices, it will be helpful if you provide the proof of service.

New Section II (discovery relating to the diminution in value claims).  We not agree to the addition of this.  Judge Morgan had ordered Defendants to meet and confer with us last week.  Allen Foster from my office had travelled to New Orleans and was available for an in person meeting, and I understand  that a meet and confer session (at least by telephone) was set for last Thursday.  The purpose of that meeting was to discuss and hopefully resolve the objections to scope and timing of the discovery.  Instead, Defendants unilaterally cancelled the meeting, promising a new draft of the interrogatories, which has yet to be delivered.   Your draft of the CMO imposes new deadlines on us to respond to "revised" discovery that we have yet to see and adds a requirement for depositions of the experts.   Given that none of the parties who will selected for the first trial are seeking damages for diminution in value, there is no need to impose any sort of short timetable on this.   Given that the Defendants violated the court's order on the meet and confer, we intend to ask the Judge to put all of this discovery off until after the trial, if not preclude it entirely.

Discovery of plaintiffs selected for trial.  The deal was you get to depose 16 plaintiffs in determining which cases to try, not that you get full blown discovery on all 16.  Some additional discovery on plaintiffs picked for trial is okay, but having seen the way you all dfaft interrogatories, we will not agree to Defendants having yet another full complement of 25.

Pretrial dates (in general)   Judge Morgan's orders have made clear that "working days before trials at 5:00 pm" means full working days. In the pre-trial notice Judge Morgan sent before the GC trial (attached), she defined it this way:

> The pre-trial order must be filed by 5:00 p.m. on a day that allows two full working days prior to the conference, excluding Saturdays, Sundays and holidays (e.g., if
> the conference is set for 10:00 a.m. Friday, it must be filed by 5:00 p.m. Tuesday. If the conference is set on Monday, the pre-trial order must be filed by 5:00 p.m. on
> Wednesday). Two hard copies of the pre-trial order must also be provided to the Court at this time.

The dates should conform to this requirement.  Please check the calculations.  If we got it wrong, we're okay with your dates.

Daubert motions.  Not okay for existing experts.  Okay for newly designated experts.

<u>Jury questionnaire.</u> One of the subjects we raised last week was a jury questionnaire, one goal of which would be to ensure that existing or potential plaintiffs or potential class members are excluded from the jury pool (assuming you want that). What's your position?

Other edits are in the draft. Let me know when you are available to go over these this afternoon.

Thanks.

Eric


Eric C. Rowe | Senior Counsel
1800 M Street, NW, Suite 450N | Washington, DC | 20036
t: 202.659.6787 | f: 202.689.3164
erowe@wtplaw.com | www.wtplaw.com

Legal Assistant: Nicole West
t: 202.659.6768 | nwest@wtplaw.com

---

**From:** John H. Paul <JPaul@bdlaw.com>
**Sent:** Monday, March 6, 2023 3:17 PM
**To:** Rowe, Eric <ERowe@wtplaw.com>; S. Eliza (eliza@fcjlaw.com) <eliza@fcjlaw.com>
**Cc:** Jason Z. Landry <jzl@mbfirm.com>; Douglas Hammel <douglashammel@gmail.com>; bruce@brucebetzer.com; KGray@irpinolaw.com; probertson@irpinolaw.com; Foster, C. Allen <CAFoster@wtplaw.com>; Bolog, Erik <EBolog@wtplaw.com>; Childers lll, Masten <MChilders@wtplaw.com>; Matthew Moghis <moghis@connicklaw.com>; John Baay <jbaay@glllaw.com>; Mike DiGiglia <mdigiglia@glllaw.com>; Mike Futrell <mfutrell@connicklaw.com>; Michael C. Mims (mmims@Liskow.com) <mmims@Liskow.com>; Megan R. Brillault <MBrillault@bdlaw.com>
**Subject:** [EXTERNAL] RE: Jefferson Parish Landfill Litigation

Eric,

Attached are Defendants' revisions to the draft CMO. I think we addressed the comments/placeholders in your draft. Once Plaintiffs have had a chance to review please let us know if you would like to discuss any disagreements with our revisions.

Regards,

**John H. Paul**
Principal

**BEVERIDGE & DIAMOND PC**
O +1.212.702.5456 ~ M +1.646.721.8517 ~ JPaul@bdlaw.com

---

**From:** John H. Paul
**Sent:** Monday, March 6, 2023 9:07 AM
**To:** 'Rowe, Eric' <ERowe@wtplaw.com>
**Cc:** Jason Z. Landry <jzl@mbfirm.com>; Douglas Hammel <douglashammel@gmail.com>; bruce@brucebetzer.com; KGray@irpinolaw.com; probertson@irpinolaw.com; Foster, C. Allen <CAFoster@wtplaw.com>; Bolog, Erik <EBolog@wtplaw.com>; Childers lll, Masten <MChilders@wtplaw.com>; S. Eliza (eliza@fcjlaw.com) <eliza@fcjlaw.com>; Matthew Moghis <moghis@connicklaw.com>; John Baay <jbaay@glllaw.com>; Mike DiGiglia <mdigiglia@glllaw.com>; Mike Futrell <mfutrell@connicklaw.com>; Michael C. Mims (mmims@Liskow.com) <mmims@Liskow.com>; Megan R.

Brillault <MBrillault@bdlaw.com>
**Subject:** RE: Jefferson Parish Landfill Litigation

Eric,

We're working through our comments on your draft of the CMO but won't be able to send them back by noon.  We'll get them to you as soon as we can today.

Regards,

**John H. Paul**
Principal

**BEVERIDGE & DIAMOND PC**
O +1.212.702.5456 ~ M +1.646.721.8517 ~ JPaul@bdlaw.com

---

**From:** Rowe, Eric <ERowe@wtplaw.com>
**Sent:** Thursday, March 2, 2023 5:47 PM
**To:** Megan R. Brillault <MBrillault@bdlaw.com>; John H. Paul <JPaul@bdlaw.com>; Michael C. Mims (mmims@Liskow.com) <mmims@Liskow.com>; Mike Futrell <mfutrell@connicklaw.com>; Matthew Moghis <moghis@connicklaw.com>; John Baay <jbaay@glllaw.com>; Mike DiGiglia <mdigiglia@glllaw.com>
**Cc:** Jason Z. Landry <jzl@mbfirm.com>; Douglas Hammel <douglashammel@gmail.com>; bruce@brucebetzer.com; KGray@irpinolaw.com; probertson@irpinolaw.com; Foster, C. Allen <CAFoster@wtplaw.com>; Bolog, Erik <EBolog@wtplaw.com>; Childers lll, Masten <MChilders@wtplaw.com>; S. Eliza (eliza@fcjlaw.com) <eliza@fcjlaw.com>
**Subject:** Jefferson Parish Landfill Litigation

**[EXTERNAL SENDER: Use caution with links/attachments]**

Counsel,

Attached please find a draft of the 8th Case Management Order.  For the most part, the dates are taken from Judge Morgan's recent minute order (some of the language is verbatim) and her standard pretrial schedule sent out by Ellen Short.  There are a couple embedded comments/discussion points in the footnotes, and two blanks to fill in.

We look forward to your comments and edits.  If would be great if you can get those to us by noon on Monday. (Also, please forward to anyone I omitted).

Thanks.

Eric



Eric C. Rowe | Senior Counsel
1800 M Street, NW, Suite 450N | Washington, DC | 20036
t: 202.659.6787 | f: 202.689.3164
erowe@wtplaw.com | www.wtplaw.com

Legal Assistant: Nicole West
t: 202.659.6768 | nwest@wtplaw.com

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.