UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## **DECLARATION OF MICHAEL C. MIMS**

I, Michael C. Mims, hereby declare as follows:

1. I am a Shareholder of the law firm Liskow & Lewis, APLC, and am duly admitted to practice before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of the Reply Memorandum in Support of Defendants' Cross-Motion to Dismiss Certain Plaintiffs Pursuant to Federal Rule of Civil Procedure 25. I am fully familiar with the facts set forth herein.

3. A true and correct copy of an email from Eric Rowe, counsel for the *Addison* Plaintiffs, to John Paul, counsel for Defendants Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc., dated March 7, 2023, regarding the draft Eighth Case Management Order is attached hereto as Exhibit 19.

4. A true and correct copy of the draft Eighth Case Management Order with comments and edits by the *Addison* Plaintiffs, attached to the March 7, 2023 email from Eric Rowe, is attached hereto as Exhibit 20.

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana this 5th of December, 2023.

                                                                                                 /s/ Michael C. Mims  
                                                                                                     OF COUNSEL