UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL., <br> Plaintiffs <br><br> VERSUS <br><br> LOUISIANA REGIONAL LANDFILL COMPANY, ET AL., <br> Defendants <br><br> *Applies to: All Cases* | CIVIL ACTION <br><br> NO. 19-11133, c/w 19-14512 <br><br> SECTION: "E" (5) <br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

## ORDER

Upon consideration of the Motion For Leave To File Reply Memorandum in Support of Defendants' Cross-Motion To Dismiss Certain Plaintiffs Pursuant to Federal Rule of Civil Procedure 25, IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The clerk is directed to file the Reply Memorandum in Support of Defendants' Cross-Motion To Dismiss Certain Plaintiffs Pursuant to Federal Rule of Civil Procedure 25.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE