UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL., Plaintiffs<br><br>VERSUS<br><br>LOUISIANA REGIONAL LANDFILL COMPANY, ET AL., Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS PAUL DAVIS, JR. AND WARREN PICKNEY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25**

All Defendants[1] jointly submit this motion for leave to file the attached reply memorandum in support of their Motion To Dismiss Plaintiffs Paul Davis, Jr. and Warren Pickney Pursuant To Federal Rule Of Civil Procedure 25 ("Motion to Dismiss Davis and Pickney"), and in support show the Court as follows:

1. On November 21, 2023, Defendants filed their Motion to Dismiss Davis and Pickney (R. Doc. 442).

2. On November 28, 2023, Plaintiffs filed their Opposition to the Motion to Dismiss Davis and Pickney (R. Doc. 449) ("Opposition").

3. Defendants now request leave to file the attached reply memorandum in order to respond to mischaracterizations asserted in the Opposition on various issues, including the factual

---

[1] Defendants in this matter are Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company (collectively, the "Waste Connections Defendants"), the Parish of Jefferson, and Aptim Corp.

record underpinning the Motion to Dismiss Davis and Pickney, as well as the governing legal standards under Rule 25 of the Federal Rules of Civil Procedure.

4.     Defendants submit that the reply memorandum will assist the Court in resolving the Motion to Dismiss Davis and Pickney.

5.     Defendants assert that the filing of the attached reply memorandum will not cause any undue delay and does not involve any bad faith or dilatory motive.

6.     Finally, no undue prejudice will result to Plaintiffs should this Court allow Defendants to file the attached reply memorandum.

WHEREFORE, all Defendants pray that this Motion be granted and that they be allowed to file and serve the attached Reply Memorandum in Support of Defendants' Motion to Dismiss Davis and Pickney Pursuant to Federal Rule of Civil Procedure 25.

Respectfully submitted,

LISKOW & LEWIS, APLC

  */s/ Michael C. Mims*
Michael C. Mims (#33991)
Charles B. Wilmore (#28812)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alex Andrade (#38659)
Cecilia Vazquez (#39373)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax: (504) 556-4108

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Attorneys for Waste Connections Defendants*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

   */s/ John E.W. Baay, II*
Ernest P. Gieger, Jr. (Bar #6154)
John E.W. Baay, II (Bar #22928)
J. Michael DiGiglia (Bar #24378)
Nicholas S. Bergeron (Bar #37585)
701 Poydras Street, Suite 4800
New Orleans, LA 70139
Telephone: (504) 561-0400
Telefax: (504) 561-1011

*Attorneys for Aptim Corporation*

CONNICK & CONNICK, LLC

  */s/ Michael S. Futrell*
William P. Connick (Bar #14158)
Michael S. Futrell (Bar #20819)
Matthew D. Moghis (Bar #33994)
3421 N. Causeway Blvd., Suite 408
Metairie, LA 70002
Telephone: (504) 681-6663
Telefax: (504) 838-9903

*Attorneys for Jefferson Parish*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on December 5, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael C. Mims
OF COUNSEL