1  Ictech-Bendeck v. Waste Connections Bayou, Inc., et al, 2:18-cv-07889-SM-MBN
2  Addison, et al. v. Louisiana Regional Landfill Company, et al, 2:19-cv-11133-SM-MBN
3  U.S. District Court, Eastern District of Louisiana

4  **PLAINTIFF FACT SHEET**

5
6  **DEFINITIONS AND INSTRUCTIONS**

7   A. "Emissions" means any airborne substance from any source and includes, but is not
8      limited to, odors, fumes, gases, chemicals, toxins, dust, and particles.

9   B. "JP Landfill Emissions" means any Emissions that you believe have emanated from the
10     Jefferson Parish Landfill ("JP Landfill") located in Waggaman, Louisiana.

11  C. A "healthcare provider" includes physicians, nurses, physician's assistants, laboratory
12     technicians, psychologists, pharmacists, social workers, counselors, clinics, medical
13     institutions, hospitals, and laboratories.

14  D. If You do not know the information sought in a question, answer to the best of Your
15     knowledge, information, and/or belief, and so qualify Your answer.

16 **Section 1: Plaintiff's Personal Information**
17 Salutation: ☒Mr. ☐Ms. ☐Other:____ Plaintiff's full name: _Paul J. Davis Jr._
18 Current physical address: _649 Clay St. Kenner LA 70062_
19 Date of Birth: _10/16/▮_; Marital Status: _divorced_; Name of spouse:_____
20 Names and dates of birth of your children: _Shantra Davis: 7/22/▮_
21
22
23
24
25
26
27 Are you completing this fact sheet in a representative capacity? ☐Yes ☒No; If yes, state your
28 name and in what capacity you are representing Plaintiff? (e.g., curator, executor, tutor, parent);
29 Your name: _____ ; Capacity: _____
30
31 For any other Plaintiffs residing at the same address as you, please list their names and relation to
32 you: _____
33
34

35 _____

36  Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☐Yes
37  ☒No; If yes, identify the service(s) and your username/handle:_____

38  _____

39

40  Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41  emissions encountered at your home or place of employment? ☐Yes ☒No; if yes, please
42  describe who you settled with, the amount, and the nature of the dispute: _____

43  _____

44

45  **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46  2015? ☒Yes ☐No

47  Are you making a claim in connection with a specific home or property? ☒Yes ☐No If so,
48  identify all properties that you have ever owned or at which you have ever resided that you
49  believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50  please indicate whether you ever owned or rented the property, the approximate dates, if any,
51  that you owned the property, and the approximate dates you resided, if any, at the property (or
52  indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 649 Clay St. Kenner LA 70062 | ☐Own ☒Rent ☐N/A | | 8/1/14-1/1/20 |
| | ☐Own ☐Rent ☐N/A | | |
| | ☐Own ☐Rent ☐N/A | | |

53  Are you making a claim in connection with a property that you have never owned and never
54  resided at? ☐Yes ☒No; If yes, identify the property and provide a brief description of the harm
55  you have suffered in connection with the property:_____

56  _____

57  _____

58  _____

59

60  Have you had any testing or laboratory analysis performed to determine the presence of JP
61  Landfill Emissions at any of the properties associated with your claim? ☐Yes ☒No; If yes:
62  Who did the testing? _____ When was the property tested?_____

63  Have you been exposed to JP Landfill Emissions at locations other than a place you resided?
64  ☐Yes ☐No; If Yes, identify the location of exposure and provide a brief description of the harm
65  you have suffered in connection with the exposure: Breaux-mart: 9647 Jefferson Hyw River Ridge
66  70123, Wallgreens: 9705 Jefferson Hyw River Ridge 70123,
67
68  Fill in the table below to indicate which seasons and years you smelled JP Landfill Emissions at
69  your residence and how many days per week you typically smelled JP Landfill Emissions at your
70  residence during those times (i.e., did you smell it about once per week or more often?).

| Season/Year (approximately) | Did you smell JP Landfill Emissions at your residence during this time? | About how many days per week did you typically smell JP Landfill Emissions at your residence during this time? (select one) |
|---|---|---|
| Summer 2017 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☒7 |
| Fall 2017 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☒7 |
| Winter 2017/2018 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☒7 |
| Spring 2018 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☒7 |
| Summer 2018 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☒7 |
| Fall 2018 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☒7 |
| Winter 2018/2019 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☒7 |
| Spring 2019 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☒7 |
| Summer 2019 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☒7 |
| Fall 2019 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☒7 |
| Winter 2019/2020 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☒7 |

71  If further explanation of your responses in the table above is needed, including the number of
72  days, please explain:
73  _____
74
75  Did you smell JP Landfill Emissions at your home prior to Summer 2017? ☒Yes ☐No; if yes,
76  provide the approximate months/years and how often you smelled JP Landfill Emissions at your
77  home prior to Summer 2017:   2014
78
79  Since January 2015, what types of odors have you encountered at your residence? Check all that
80  apply: ☒ chemical smell ☐ petroleum odor ☒ rotten egg ☒ ammonia smell ☐ garbage smell
81  ☐Other(s):   natural gas, acid                                                                                ;

82  If you checked more than one type of odor, which type of odor have you encountered at your
83  residence most frequently since January 2015? __natural gas and acid smell__

84

85  Have you ever encountered any dust or particulates (e.g., "snow," fine dust in air, dust layer on
86  top of cars, etc.) at your residence since January 2015? ☒ Yes ☐ No; if yes, how often? __weekly__

87

88  **Section 3: Personal Injury:** are you making a claim for physical injury or mental injury (i.e.,
89  mental anguish, anxiety and/or emotional distress) from exposure to JP Landfill Emissions since
90  Jan. 1, 2015? ☒ Yes ☐ No; if yes, complete the questions below; if no, leave Section 3 blank
91  and proceed to Section 4.

92  Describe the physical or mental injury(ies) you believe were caused by JP Landfill Emissions:
93  __coughing, breathing, eyes itching, sneezing, head hurt, upset stomach__
94
95
96
97
98

99  For each physical or mental injury(ies) identified, indicate the approximate first date that you
100 believe JP Landfill Emissions caused such injuries and indicate the most recent date you
101 experienced such injury (e.g., "headaches, Sept. 2017 – Jan. 2018"): _____
102   __All symptoms: 2/3/15 - present__
103
104
105
106
107

108 Have you sought treatment from a healthcare provider for the physical or mental injury(ies) you
109 believe were caused by exposure to JP Landfill Emissions? ☒ Yes ☐ No; If yes:

110   For each of the physical or mental injury(ies) noted above, please indicate each physical
111   injury for which you received treatment from a healthcare provider: _____
112   __coughing, headaches, itchy eyes, upset stomach, sneezing, breathing problems__
113
114
115

116   Identify the healthcare provider(s) and his/her address(es) who provided each such treatment
117   received: __Dr. Michael Jones; 613 Williams Blvd, Kenner La 70062__ ;

Page 4 of 8

```
              Dr. Regina ross 3530 Houma Blvd. Metairie La 70006
118      Dr. Brittany Badinger: 613 Williams Blvd. Kenner La 70062
119      Dr. Pritchett Jones: 613 Williams Blvd. Kenner La 70062
120      Dr. Montreiul Jolie: 4134 Florida Ave. Kenner LA 70063
121      Dr. Matthew Alario 180 W. Esplanade Ave. Kenner La 70062
```

122  At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
123  Medical Records for each healthcare provider indicated in lines 116-120 above; *see* Exhibit
124  A;

125  For each physical or mental injury(ies) identified in lines 110-114, have you ever suffered from
126  the same or similar condition prior to January 1, 2015? ☐Yes ☒No; If yes, please indicate:

127  Which conditions and the approximate dates you first experienced those conditions prior to
128  January 1, 2015: _____
129  _____
130  _____
131  _____
132  _____
133
134  The healthcare provider(s) and his/her address(es) who provided treatment for any such
135  injury: _____
136  _____
137  _____
138  _____
139

140  At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
141  Medical Records for each healthcare provider indicated in lines 134-138 above; *see* Exhibit
142  B (if applicable, it is not necessary to complete Exhibit A and Exhibit B for the same
143  healthcare provider; only Exhibit B must be completed);

144  Have medications ever been prescribed to treat the physical or mental injury(ies) you believe
145  were caused by exposure to JP Landfill Emissions? ☒Yes ☐No; If yes:

146  Indicate the name of each of the medications prescribed: _____;

147  Azithromycin, Clarithromycn, Citirizine, Montelakast, Ventolin, Advair Diskus.
148  _____
149  _____
150

151  Identify the name and addresses of the pharmacy(ies) where such prescription medications
152  were filled:  Wallgreens: 9705 Jeff Hyw River Ridge 70123_____;
              JenCare Senior Pharmacy: 3530 Houma Blvd. Metairie La 70006

153 _____
154 _____
155 _____
156   At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
157   Pharmacy Records for each pharmacy indicated in lines 151-155 above; *see* Exhibit C
158 Have you been on Medicare at any time from January 1, 2005 to the present? ☐Yes ☒No
159   If yes, at the end of this Plaintiff Fact Sheet, *complete and sign* a Medicare Authorization
160   Form; *see* Exhibit D.
161 **Section 4: Lost Wages or Loss of Earning Capacity:** are you making a claim for "lost wages"
162 or "loss of earning capacity" you believe was caused by JP Landfill Emissions? ☐Yes ☒No; if
163 yes, complete the questions below; if no, leave Section 4 blank and proceed to Section 5.
164 For any employment for which you have lost wages, provide the following:

| Employer name and address | Your position | Appx. dates of missed work |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

165 Indicate your belief, to the best of your ability, of the amount of wages you have lost due to JP
166 Landfill Emissions as of the present date: _____
167 Are you making a claim for "loss of future earning capacity" you believe was caused by JP
168 Landfill Emissions? ☐Yes ☐No; If yes, describe how you believe your capacity to work in the
169 future has been affected by JP Landfill Emissions: _____
170  I am having very severe breathing problems now.
171 _____
172 _____
173
174 **Section 5: Effect on the use of the home:** list the ways and indicate how frequently the JP
175 Landfill Emissions have affected your ability to use or enjoy your home since Jan. 1, 2015, if at
176 all:
177   The smell is inside and outside. I cant enjoy the outdoors anymore. Inside I cough, sneeze
178   eyes itch, breathing is hard, outside i have all the same problems I have inside plus headaches
179   and upset stomach.
180 _____
181 _____
182 _____
183 _____

184 _____
185 _____
186
187 How frequently? everyday_____
188 _____
189

190 **Section 6: Physical Damage to Property:** are you making a claim for "physical damages to
191 home" you believe was caused by JP Landfill Emissions since Jan. 1, 2015? ☐ Yes ☒ No; if yes,
192 complete the questions below; if no, leave Section 6 blank and proceed to Section 7.

193 Address of property(ies) affected: _____

194 Describe the physical damages to home that you believe have been caused by the JP Landfill
195 Emissions _____ .
196 _____
197 _____
198 _____
199 _____
200 _____
201

202 Do you have any photos/videos of such "physical damages to home" to your home? ☐ Yes ☒ No

203 Do you have any inspection reports indicating such "physical damages to home"? ☐ Yes ☒ No

204 Do you have any invoices, bills, receipts, or estimates for the repair or replacement of such
205 "physical damages to home"? ☐ Yes ☒ No

206

207 **Section 7: Diminution Of Property Value**

208 Are you asserting a claim for **"diminution of property value"** that you believe was caused by
209 JP Landfill Emissions since Jan. 1, 2015? ☒ Yes ☐ No; if yes, complete the questions below; if
210 no, leave Section 7 blank and proceed to Section 8.

211 Address of property(ies) affected: 649 Clay St. Kenner La 70062

212 Indicate the approximate dollar amount of damages you believe you have suffered as of the
213 present date related to your "diminution of property value claim:" $ TBD

214 Describe how you learned that your property suffered a decrease in value: personal observation
215

216 How much did you pay for the property(ies) when you acquired it? $ n/a

217 Since Jan. 1, 2015 to the present, has your property been appraised? ☐ Yes ☐ No;

218  Since Jan. 1, 2015 to the present, have you have ever tried to sell your affected property(ies)?
219  ☐Yes ☒No; if yes, then:
220  Indicate the approximate date range that you tried to sell such property(ies): ⎯⎯⎯⎯
221  Indicate the asking price for each time you tried to sell the property(ies): ⎯⎯⎯⎯
222  Did you list the property with a realtor? ☐Yes ☒No
223  Did you receive any offers to purchase your property? ☐Yes ☒No
224  Since Jan. 1, 2015 to the present, have you sold the property for which you are making a
225  "diminution of property value claim?" ☐Yes ☒No; if yes:
226  Date that you sold such property: ⎯⎯⎯⎯ ; Sale price for such property: ⎯⎯⎯⎯ ;
227
228  **Section 8: Sources of Exposure**
229  From Jan. 1, 2015 to the present, do you believe you have been exposed to Emissions from a
230  source(s) that is/are not the JP Landfill? ☐Yes ☒No ☐Don't know; if yes, complete the
231  questions below; otherwise, leave Section 8 blank and proceed to Verification.
232  What types of sources of Emissions do you believe you have been exposed to since Jan. 1,
233  2015? Check all that apply: ☐Chemical plants ☐Oil refineries ☐Waste water treatment
234  plants ☐Barge loading/unloading ☐Other landfills; if you can describe the source(s), identify
235  it here: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
236
237  **Verification:** I declare under penalty of perjury that I have carefully reviewed the final responses
238  to this Plaintiff Fact Sheet and that all of the information provided is true and correct to the best
239  of my knowledge, information and belief.
240
241  Signature: _[signature]_ ; Date 12-23-19