1  Ictech-Bendeck v. Waste Connections Bayou, Inc., et al, 2:18-cv-07889-SM-MBN
2  Addison, et al. v. Louisiana Regional Landfill Company, et al, 2:19-cv-11133-SM-MBN
3  U.S. District Court, Eastern District of Louisiana

## PLAINTIFF FACT SHEET

**DEFINITIONS AND INSTRUCTIONS**

A. "Emissions" means any airborne substance from any source and includes, but is not limited to, odors, fumes, gases, chemicals, toxins, dust, and particles.

B. "JP Landfill Emissions" means any Emissions that you believe have emanated from the Jefferson Parish Landfill ("JP Landfill") located in Waggaman, Louisiana.

C. A "healthcare provider" includes physicians, nurses, physician's assistants, laboratory technicians, psychologists, pharmacists, social workers, counselors, clinics, medical institutions, hospitals, and laboratories.

D. If You do not know the information sought in a question, answer to the best of Your knowledge, information, and/or belief, and so qualify Your answer.

**Section 1: Plaintiff's Personal Information**

Salutation: ☒Mr. ☐Ms. ☐Other: ___   Plaintiff's full name: Warren Pickney Sr.

Current physical address: 657 Richard Ave. River Ridge La 70123

Date of Birth: 8/8/■ ; Marital Status: married ; Name of spouse: Andrea J. Pickney

Names and dates of birth of your children: _____

Are you completing this fact sheet in a representative capacity? ☐Yes ☒No; If yes, state your name and in what capacity you are representing Plaintiff? (e.g., curator, executor, tutor, parent); Your name: _____ ; Capacity: _____

For any other Plaintiffs residing at the same address as you, please list their names and relation to you: Andrea J. Pickney

35 _____

36 Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☐Yes
37 ☒No; If yes, identify the service(s) and your username/handle:_____

38 _____

39

40 Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41 emissions encountered at your home or place of employment? ☐Yes ☒No; if yes, please
42 describe who you settled with, the amount, and the nature of the dispute: _____

43 _____

44

45 **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46 2015? ☒Yes ☐No

47 Are you making a claim in connection with a specific home or property? ☒Yes ☐No If so,
48 identify all properties that you have ever owned or at which you have ever resided that you
49 believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50 please indicate whether you ever owned or rented the property, the approximate dates, if any,
51 that you owned the property, and the approximate dates you resided, if any, at the property (or
52 indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 657 Richard Ave River Ridge La 70123 | ☐Own ☐Rent ☒N/A | | 4/16 - present |
| | ☐Own ☐Rent ☐N/A | | |
| | ☐Own ☐Rent ☐N/A | | |

53 Are you making a claim in connection with a property that you have never owned and never
54 resided at? ☐Yes ☒No; If yes, identify the property and provide a brief description of the harm
55 you have suffered in connection with the property:_____

56 _____
57 _____
58 _____
59

60 Have you had any testing or laboratory analysis performed to determine the presence of JP
61 Landfill Emissions at any of the properties associated with your claim? ☐Yes ☒No; If yes:
62      Who did the testing? _____  When was the property tested? _____

Page 2 of 8

63  Have you been exposed to JP Landfill Emissions at locations other than a place you resided?
64  ☒Yes ☐No; If Yes, identify the location of exposure and provide a brief description of the harm
65  you have suffered in connection with the exposure:  going to stores, church and work
66
67

68  Fill in the table below to indicate which seasons and years you smelled JP Landfill Emissions at
69  your residence and how many days per week you typically smelled JP Landfill Emissions at your
70  residence during those times (i.e., did you smell it about once per week or more often?).

| Season/Year (approximately) | Did you smell JP Landfill Emissions at your residence during this time? | About how many days per week did you typically smell JP Landfill Emissions at your residence during this time? (select one) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Summer 2017 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Fall 2017 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☒3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Winter 2017/2018 | ☐Yes ☐No ☒Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Spring 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Summer 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☒3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Fall 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☒3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Winter 2018/2019 | ☐Yes ☐No ☒Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Spring 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☒2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Summer 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Fall 2019 | ☐Yes ☐No ☒Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Winter 2019/2020 | ☐Yes ☐No ☒Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

71  If further explanation of your responses in the table above is needed, including the number of
72  days, please explain:
73   when winds come from the south the smell is worse
74
75  Did you smell JP Landfill Emissions at your home prior to Summer 2017? ☒Yes ☐No; if yes,
76  provide the approximate months/years and how often you smelled JP Landfill Emissions at your
77  home prior to Summer 2017:   summer 2016
78
79  Since January 2015, what types of odors have you encountered at your residence? Check all that
80  apply: ☐ chemical smell ☐ petroleum odor ☒ rotten egg ☐ ammonia smell ☒ garbage smell
81  ☐Other(s):_____ ;

82  If you checked more than one type of odor, which type of odor have you encountered at your
83  residence most frequently since January 2015?  __rotten egg__

85  Have you ever encountered any dust or particulates (e.g., "snow," fine dust in air, dust layer on
86  top of cars, etc.) at your residence since January 2015? ☒Yes ☐No; if yes, how often? __constantly more in the summer__

88  **Section 3: Personal Injury:** are you making a claim for physical injury or mental injury (i.e.,
89  mental anguish, anxiety and/or emotional distress) from exposure to JP Landfill Emissions since
90  Jan. 1, 2015? ☒Yes ☐No; if yes, complete the questions below; if no, leave Section 3 blank
91  and proceed to Section 4.

92  Describe the physical or mental injury(ies) you believe were caused by JP Landfill Emissions:
93  __coughs, nausea, frequent allergies, runny eyes, cold symptoms, sneezing, lung infection__

99  For each physical or mental injury(ies) identified, indicate the approximate first date that you
100 believe JP Landfill Emissions caused such injuries and indicate the most recent date you
101 experienced such injury (e.g., "headaches, Sept. 2017 – Jan. 2018"):
102 __off and on since April 2016 all symptoms__

103 __lung infection 2017, 2018__

108 Have you sought treatment from a healthcare provider for the physical or mental injury(ies) you
109 believe were caused by exposure to JP Landfill Emissions? ☒Yes ☐No; If yes:

110    For each of the physical or mental injury(ies) noted above, please indicate each physical
111    injury for which you received treatment from a healthcare provider:
112    __have bad pulmonary exams, tested fro COPD__

116    Identify the healthcare provider(s) and his/her address(es) who provided each such treatment
117    received: __Dr. Alana Anthony; Daughters of Charity, 200 W Esplanade Kenner La 70065__

118 _____
119 _____
120 _____
121
122 At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
123 Medical Records for each healthcare provider indicated in lines 116-120 above; *see* Exhibit
124 A;
125 For each physical or mental injury(ies) identified in lines 110-114, have you ever suffered from
126 the same or similar condition prior to January 1, 2015? ☐Yes ☒No; If yes, please indicate:
127 Which conditions and the approximate dates you first experienced those conditions prior to
128 January 1, 2015: _____
129 _____
130 _____
131 _____
132 _____
133
134 The healthcare provider(s) and his/her address(es) who provided treatment for any such
135 injury: _____
136 _____
137 _____
138 _____
139
140 At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
141 Medical Records for each healthcare provider indicated in lines 134-138 above; *see* Exhibit
142 B (if applicable, it is not necessary to complete Exhibit A and Exhibit B for the same
143 healthcare provider; only Exhibit B must be completed);
144 Have medications ever been prescribed to treat the physical or mental injury(ies) you believe
145 were caused by exposure to JP Landfill Emissions? ☐Yes ☐No; If yes:
146 Indicate the name of each of the medications prescribed: _____;
147  Albuterol, Brio for lung infection _____
148 _____
149 _____
150
151 Identify the name and addresses of the pharmacy(ies) where such prescription medications
152 were filled: Walmart - Veterans Memorial Blvd. Metairie La 70003 _____;

153
154
155

156  At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
157  Pharmacy Records for each pharmacy indicated in lines 151-155 above; *see* Exhibit C

158  Have you been on Medicare at any time from January 1, 2005 to the present?  ☐Yes ☒No

159  If yes, at the end of this Plaintiff Fact Sheet, *complete and sign* a Medicare Authorization
160  Form; *see* Exhibit D.

161  **Section 4: Lost Wages or Loss of Earning Capacity:** are you making a claim for "lost wages"
162  or "loss of earning capacity" you believe was caused by JP Landfill Emissions? ☒Yes ☐No; if
163  yes, complete the questions below; if no, leave Section 4 blank and proceed to Section 5.

164  For any employment for which you have lost wages, provide the following:

| Employer name and address | Your position | Appx. dates of missed work |
|---|---|---|
| Thoma Sea ( 2018-2020) | ship builder | week of work Dec 2019 |
| | | |
| | | |

165  Indicate your belief, to the best of your ability, of the amount of wages you have lost due to JP
166  Landfill Emissions as of the present date:

167  Are you making a claim for "loss of future earning capacity" you believe was caused by JP
168  Landfill Emissions? ☒Yes ☐No; If yes, describe how you believe your capacity to work in the
169  future has been affected by JP Landfill Emissions:  ship fitting jobs require pulmonary tests
170  that may not be able to pass; along with other tests

171
172
173

174  **Section 5: Effect on the use of the home:** list the ways and indicate how frequently the JP
175  Landfill Emissions have affected your ability to use or enjoy your home since Jan. 1, 2015, if at
176  all:
177  Odor enters home through A/C unit
178  Unable to open windows
179
180
181
182
183

184 _____

185 _____

186

187 How frequently? \_every day_____

188 _____

189

190 **Section 6: Physical Damage to Property:** are you making a claim for "physical damages to
191 home" you believe was caused by JP Landfill Emissions since Jan. 1, 2015? ☒ Yes ☐ No; if yes,
192 complete the questions below; if no, leave Section 6 blank and proceed to Section 7.

193 Address of property(ies) affected: _____

194 Describe the physical damages to home that you believe have been caused by the JP Landfill
195 Emissions_Sheet rock is damaged by odor, windows need to be sealed, black mold on fruit trees

196 \_and car in yard and on home._____

197 _____

198 _____

199 _____

200 _____

201

202 Do you have any photos/videos of such "physical damages to home" to your home? ☐ Yes ☒ No

203 Do you have any inspection reports indicating such "physical damages to home"? ☐ Yes ☒ No

204 Do you have any invoices, bills, receipts, or estimates for the repair or replacement of such
205 "physical damages to home"? ☐ Yes ☐ No

206

207 **Section 7: Diminution Of Property Value**

208 Are you asserting a claim for **"diminution of property value"** that you believe was caused by
209 JP Landfill Emissions since Jan. 1, 2015? ☐ Yes ☒ No; if yes, complete the questions below; if
210 no, leave Section 7 blank and proceed to Section 8.

211 Address of property(ies) affected: _____

212 Indicate the approximate dollar amount of damages you believe you have suffered as of the
213 present date related to your "diminution of property value claim:" $_____

214 Describe how you learned that your property suffered a decrease in value:_____
215 _____

216 How much did you pay for the property(ies) when you acquired it? $_____

217 Since Jan. 1, 2015 to the present, has your property been appraised? ☐ Yes ☐ No;

218  Since Jan. 1, 2015 to the present, have you have ever tried to sell your affected property(ies)?
219  ☐ Yes ☒ No; if yes, then:

220  Indicate the approximate date range that you tried to sell such property(ies): _____

221  Indicate the asking price for each time you tried to sell the property(ies): _____

222  Did you list the property with a realtor? ☐ Yes ☐ No

223  Did you receive any offers to purchase your property? ☐ Yes ☐ No

224  Since Jan. 1, 2015 to the present, have you sold the property for which you are making a
225  "diminution of property value claim?" ☐ Yes ☐ No; if yes:

226  Date that you sold such property: _____; Sale price for such property: _____;

227

### Section 8: Sources of Exposure

229  From Jan. 1, 2015 to the present, do you believe you have been exposed to Emissions from a
230  source(s) that is/are not the JP Landfill? ☒ Yes ☐ No ☐ Don't know; if yes, complete the
231  questions below; otherwise, leave Section 8 blank and proceed to Verification.

232  What types of sources of Emissions do you believe you have been exposed to since Jan. 1,
233  2015? Check all that apply: ☐ Chemical plants ☐ Oil refineries ☐ Waste water treatment
234  plants ☐ Barge loading/unloading ☐ Other landfills; if you can describe the source(s), identify
235  it here: _2016-18 ship repair work_

236

237  **Verification:** I declare under penalty of perjury that I have carefully reviewed the final responses
238  to this Plaintiff Fact Sheet and that all of the information provided is true and correct to the best
239  of my knowledge, information and belief.

240
241  Signature: _W. Farley Jr._ ; Date _1-11-2020_