UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## DECLARATION OF MICHAEL C. MIMS

I, Michael C. Mims, hereby declare as follows:

1. I am a Shareholder of the law firm Liskow & Lewis, APLC, and am duly admitted to practice before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of Defendants' Reply Memorandum in Support of Motion to Dismiss Plaintiffs Paul Davis, Jr. and Warren Pickney Pursuant to Federal Rule of Civil Procedure 25. I am fully familiar with the facts set forth herein.

3. A true and correct copy of the Plaintiff Fact Sheet for Plaintiff Paul Davis, Jr., verified and dated December 23, 2019, is attached hereto as Exhibit 2.

4. A true and correct copy of the Plaintiff Fact Sheet for Plaintiff Warren Pickney, verified and dated January 11, 2020, is attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana this 5th of December, 2023.

                                                       /s/ Michael C. Mims
                                                           OF COUNSEL