UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants<br><br>*Applies to: Both Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

### [PROPOSED] ORDER

Before the Court is Plaintiffs Motion For Leave To File Surreply In Opposition To The Defendants' Cross-Motions To Dismiss Deceased Plaintiffs ("the Motion"). Having considered the Motion, the Court finds that good cause exists to grant leave to file the surreply. Accordingly, the Motion is GRANTED, and the Clerk is instructed to file the proposed surreply attached to the Motion into the record.

New Orleans, Louisiana, this ___ day of December, 2023.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

1