UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs  VERSUS  **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants  *Applies to: All Cases* | **CIVIL ACTION**  NO. 19-11133, c/w 19-14512  SECTION: "E" (5)  JUDGE: Morgan  MAGISTRATE JUDGE: North |

## ORDER

Considering the forgoing Motion For Leave To File Reply;

**IT IS ORDERED** that Defendants' motion is **GRANTED**. The clerk is directed to file the Reply Memorandum In Support Of Defendants' Motion To Dismiss Plaintiffs Paul Davis, Jr. And Warren Pickney Pursuant To Federal Rule Of Civil Procedure 25.

**New Orleans, Louisiana, this 7th day of December, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**