UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs  VERSUS  **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants  *Applies to: All Cases* | **CIVIL ACTION**  NO. 19-11133, c/w 19-14512  SECTION: "E" (5)  JUDGE: Morgan  MAGISTRATE JUDGE: North |

## ORDER

Considering the forgoing Motion For Leave To File Reply;

**IT IS ORDERED** that Defendants' motion is **GRANTED**. The clerk is directed to file the Reply Memorandum in Support of Defendants' Cross-Motion To Dismiss Certain Plaintiffs Pursuant to Federal Rule of Civil Procedure 25.

**New Orleans, Louisiana, this 7th day of December, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**