1  Ictech-Bendeck v. Waste Connections Bayou, Inc., et al, 2:18-cv-07889-SM-MBN
2  Addison, et al. v. Louisiana Regional Landfill Company, et al, 2:19-cv-11133-SM-MBN
3  U.S. District Court, Eastern District of Louisiana

4  ## PLAINTIFF FACT SHEET

5
6  ## DEFINITIONS AND INSTRUCTIONS

7   A. "Emissions" means any airborne substance from any source and includes, but is not
8       limited to, odors, fumes, gases, chemicals, toxins, dust, and particles.

9   B. "JP Landfill Emissions" means any Emissions that you believe have emanated from the
10      Jefferson Parish Landfill ("JP Landfill") located in Waggaman, Louisiana.

11  C. A "healthcare provider" includes physicians, nurses, physician's assistants, laboratory
12      technicians, psychologists, pharmacists, social workers, counselors, clinics, medical
13      institutions, hospitals, and laboratories.

14  D. If You do not know the information sought in a question, answer to the best of Your
15      knowledge, information, and/or belief, and so qualify Your answer.

16  ## Section 1: Plaintiff's Personal Information

17  Salutation: ☒Mr. ☐Ms. ☐Other: ___  Plaintiff's full name: _Warren Pickney Sr._

18  Current physical address: _657 Richard Ave. River Ridge La 70123_

19  Date of Birth: _8/8/▮▮_ ; Marital Status: _married_ ; Name of spouse: _Andrea J. Pickney_

20  Names and dates of birth of your children: _____

21  _____

22  _____

23  _____

24  _____

25

26

27  Are you completing this fact sheet in a representative capacity? ☐Yes ☒No; If yes, state your
28  name and in what capacity you are representing Plaintiff? (e.g., curator, executor, tutor, parent);
29  Your name: _____; Capacity:_____

30

31  For any other Plaintiffs residing at the same address as you, please list their names and relation to
32  you: _Andrea J. Pickney_

33  _____

34  _____

35 _____

36 Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☐Yes

37 ☒No; If yes, identify the service(s) and your username/handle:_____

38 _____

39

40 Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or

41 emissions encountered at your home or place of employment? ☐Yes ☒No; if yes, please

42 describe who you settled with, the amount, and the nature of the dispute: _____

43 _____

44

45 **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,

46 2015? ☒Yes ☐No

47 Are you making a claim in connection with a specific home or property?  ☒Yes ☐No  If so,

48 identify all properties that you have ever owned or at which you have ever resided that you

49 believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,

50 please indicate whether you ever owned or rented the property, the approximate dates, if any,

51 that you owned the property, and the approximate dates you resided, if any, at the property (or

52 indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 657 Richard Ave River Ridge La 70123 | ☐Own ☐Rent☒N/A | | 4/16 - present |
| | ☐Own ☐Rent☐N/A | | |
| | ☐Own ☐Rent☐N/A | | |

53 Are you making a claim in connection with a property that you have never owned and never

54 resided at? ☐Yes ☒No; If yes, identify the property and provide a brief description of the harm

55 you have suffered in connection with the property:_____

56 _____

57 _____

58 _____

59

60 Have you had any testing or laboratory analysis performed to determine the presence of JP

61 Landfill Emissions at any of the properties associated with your claim? ☐Yes ☒No; If yes:

62    Who did the testing? _____ When was the property tested?_____

Have you been exposed to JP Landfill Emissions at locations other than a place you resided? ☒Yes ☐No; If Yes, identify the location of exposure and provide a brief description of the harm you have suffered in connection with the exposure: going to stores, church and work

Fill in the table below to indicate which seasons and years you smelled JP Landfill Emissions at your residence and how many days per week you typically smelled JP Landfill Emissions at your residence during those times (i.e., did you smell it about once per week or more often?).

| **Season/Year (approximately)** | **Did you smell JP Landfill Emissions at your residence during this time?** | **About how many days per week did you typically smell JP Landfill Emissions at your residence during this time? (select one)** |
|---|---|---|
| Summer 2017 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☐3 ☒4 ☐5 ☐6 ☐7 |
| Fall 2017 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 |
| Winter 2017/2018 | ☐Yes ☐No ☒Don't know | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 |
| Spring 2018 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☐3 ☒4 ☐5 ☐6 ☐7 |
| Summer 2018 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 |
| Fall 2018 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 |
| Winter 2018/2019 | ☐Yes ☐No ☒Don't know | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 |
| Spring 2019 | ☒Yes ☐No ☐Don't know | ☐1 ☒2 ☐3 ☐4 ☐5 ☐6 ☐7 |
| Summer 2019 | ☒Yes ☐No ☐Don't know | ☐1 ☐2 ☐3 ☒4 ☐5 ☐6 ☐7 |
| Fall 2019 | ☐Yes ☐No ☒Don't know | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 |
| Winter 2019/2020 | ☐Yes ☐No ☒Don't know | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 |

If further explanation of your responses in the table above is needed, including the number of days, please explain:

when winds come from the south the smell is worse

Did you smell JP Landfill Emissions at your home prior to Summer 2017? ☒Yes ☐No; if yes, provide the approximate months/years and how often you smelled JP Landfill Emissions at your home prior to Summer 2017: summer 2016

Since January 2015, what types of odors have you encountered at your residence? Check all that apply: ☐ chemical smell ☐ petroleum odor ☒ rotten egg ☐ ammonia smell ☒ garbage smell ☐Other(s):______;

82 If you checked more than one type of odor, which type of odor have you encountered at your
83 residence most frequently since January 2015? __rotten egg__

84

85 Have you ever encountered any dust or particulates (e.g., "snow," fine dust in air, dust layer on
86 top of cars, etc.) at your residence since January 2015? ☒Yes ☐No; if yes, how often? __constantly__
__more in the summer__

87

88 **Section 3: Personal Injury:** are you making a claim for physical injury or mental injury (i.e.,
89 mental anguish, anxiety and/or emotional distress) from exposure to JP Landfill Emissions since
90 Jan. 1, 2015? ☒Yes ☐No; if yes, complete the questions below; if no, leave Section 3 blank
91 and proceed to Section 4.

92 Describe the physical or mental injury(ies) you believe were caused by JP Landfill Emissions:
93 __coughs, nausea, frequent allergies, runny eyes, cold symptoms, sneezing, lung infection__

94

95

96

97

98

99 For each physical or mental injury(ies) identified, indicate the approximate first date that you
100 believe JP Landfill Emissions caused such injuries and indicate the most recent date you
101 experienced such injury (e.g., "headaches, Sept. 2017 – Jan. 2018"): _____
102 __off and on since April 2016 all symptoms__

103 __lung infection 2017,2018__

104

105

106

107

108 Have you sought treatment from a healthcare provider for the physical or mental injury(ies) you
109 believe were caused by exposure to JP Landfill Emissions? ☒Yes ☐No; If yes:

110 For each of the physical or mental injury(ies) noted above, please indicate each physical
111 injury for which you received treatment from a healthcare provider: _____
112 __have bad pulmonary exams, tested fro COPD__

113

114

115

116 Identify the healthcare provider(s) and his/her address(es) who provided each such treatment
117 received: __Dr. Alana Anthony; Daughters of Charity, 200 W Esplanade Kenner La 70065__

118 _____

119 _____

120 _____

121

122 At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
123 Medical Records for each healthcare provider indicated in lines 116-120 above; *see* Exhibit
124 A;

125 For each physical or mental injury(ies) identified in lines 110-114, have you ever suffered from
126 the same or similar condition prior to January 1, 2015? ☐Yes ☒No; If yes, please indicate:

127 Which conditions and the approximate dates you first experienced those conditions prior to
128 January 1, 2015: _____

129 _____

130 _____

131 _____

132 _____

133

134 The healthcare provider(s) and his/her address(es) who provided treatment for any such
135 injury: _____

136 _____

137 _____

138 _____

139

140 At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
141 Medical Records for each healthcare provider indicated in lines 134-138 above; *see* Exhibit
142 B (if applicable, it is not necessary to complete Exhibit A and Exhibit B for the same
143 healthcare provider; only Exhibit B must be completed);

144 Have medications ever been prescribed to treat the physical or mental injury(ies) you believe
145 were caused by exposure to JP Landfill Emissions? ☐Yes ☐No; If yes:

146 Indicate the name of each of the medications prescribed: _____ ;

147 ___Albuterol, Brio for lung infection_____

148 _____

149 _____

150

151 Identify the name and addresses of the pharmacy(ies) where such prescription medications
152 were filled: ___Walmart - Veterans Memorial Blvd. Metairie La 70003_____ ;

Page **5** of **8**

153 _____

154 _____

155 _____

156   At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
157   Pharmacy Records for each pharmacy indicated in lines 151-155 above; *see* Exhibit C

158   Have you been on Medicare at any time from January 1, 2005 to the present?  ☐ Yes ☒ No

159   If yes, at the end of this Plaintiff Fact Sheet, *complete and sign* a Medicare Authorization
160   Form; *see* Exhibit D.

161   **Section 4: Lost Wages or Loss of Earning Capacity:** are you making a claim for "lost wages"
162   or "loss of earning capacity" you believe was caused by JP Landfill Emissions? ☒ Yes ☐ No; if
163   yes, complete the questions below; if no, leave Section 4 blank and proceed to Section 5.

164   For any employment for which you have lost wages, provide the following:

| Employer name and address | Your position | Appx. dates of missed work |
|---|---|---|
| Thoma Sea ( 2018-2020) | ship builder | week of work Dec 2019 |
|  |  |  |
|  |  |  |

165   Indicate your belief, to the best of your ability, of the amount of wages you have lost due to JP
166   Landfill Emissions as of the present date: _____

167   Are you making a claim for "loss of future earning capacity" you believe was caused by JP
168   Landfill Emissions? ☒ Yes ☐ No; If yes, describe how you believe your capacity to work in the
169   future has been affected by JP Landfill Emissions: _ship fitting jobs require pulmonary tests_

170   _that may not be able to pass; along with other tests_

171 _____

172 _____

173

174   **Section 5: Effect on the use of the home:** list the ways and indicate how frequently the JP
175   Landfill Emissions have affected your ability to use or enjoy your home since Jan. 1, 2015, if at
176   all:
177   _Odor enters home through A/C unit_

178   _Unable to open windows_

179 _____

180 _____

181 _____

182 _____

183 _____

184 _____

185 _____

186

187 How frequently? every day _____

188 _____

189

190 **Section 6: Physical Damage to Property:** are you making a claim for "physical damages to
191 home" you believe was caused by JP Landfill Emissions since Jan. 1, 2015? ☒ Yes ☐ No; if yes,
192 complete the questions below; if no, leave Section 6 blank and proceed to Section 7.

193 Address of property(ies) affected: _____

194 Describe the physical damages to home that you believe have been caused by the JP Landfill
195 Emissions Sheet rock is damaged by odor, windows need to be sealed, black mold on fruit trees

196 and car in yard and on home. _____

197 _____

198 _____

199 _____

200 _____

201

202 Do you have any photos/videos of such "physical damages to home" to your home? ☐ Yes ☒ No

203 Do you have any inspection reports indicating such "physical damages to home"? ☐ Yes ☒ No

204 Do you have any invoices, bills, receipts, or estimates for the repair or replacement of such
205 "physical damages to home"? ☐ Yes ☐ No

206

207 **Section 7: Diminution Of Property Value**

208 Are you asserting a claim for **"diminution of property value"** that you believe was caused by
209 JP Landfill Emissions since Jan. 1, 2015? ☐ Yes ☒ No; if yes, complete the questions below; if
210 no, leave Section 7 blank and proceed to Section 8.

211 Address of property(ies) affected: _____

212 Indicate the approximate dollar amount of damages you believe you have suffered as of the
213 present date related to your "diminution of property value claim:" $ _____

214 Describe how you learned that your property suffered a decrease in value: _____
215 _____

216 How much did you pay for the property(ies) when you acquired it? $ _____

217 Since Jan. 1, 2015 to the present, has your property been appraised? ☐ Yes ☐ No;

218  Since Jan, 1, 2015 to the present, have you have ever tried to sell your affected property(ies)?
219  ☐Yes ☑No; if yes, then:

220      Indicate the approximate date range that you tried to sell such property(ies):_____

221      Indicate the asking price for each time you tried to sell the property(ies):_____

222      Did you list the property with a realtor? ☐Yes ☐No

223      Did you receive any offers to purchase your property? ☐Yes ☐No

224  Since Jan. 1, 2015 to the present, have you sold the property for which you are making a
225  "diminution of property value claim?" ☐Yes ☐No; if yes:

226      Date that you sold such property: _____; Sale price for such property:_____;

227

228  **Section 8: Sources of Exposure**

229  From Jan. 1, 2015 to the present, do you believe you have been exposed to Emissions from a
230  source(s) that is/are not the JP Landfill? ☑Yes ☐No ☐Don't know; if yes, complete the
231  questions below; otherwise, leave Section 8 blank and proceed to Verification.

232      What types of sources of Emissions do you believe you have been exposed to since Jan. 1,
233      2015? Check all that apply: ☐Chemical plants ☐Oil refineries ☐Waste water treatment
234      plants ☐Barge loading/unloading ☐Other landfills; if you can describe the source(s), identify
235      it here:  2016 - 18  ship  repair  work

236

237  **Verification:** I declare under penalty of perjury that I have carefully reviewed the final responses
238  to this Plaintiff Fact Sheet and that all of the information provided is true and correct to the best
239  of my knowledge, information and belief.

240

241  Signature:_____; Date  1-11-2020