UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants<br><br>*Applies to: Both Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133 c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

# ORDER

Considering the foregoing Motion for Leave to File Surreply in Opposition to the Defendants' Cross-Motions to Dismiss Deceased Plaintiffs;

**IT IS ORDERED** that the Motion is **GRANTED.** The Clerk is instructed to file the proposed surreply attached to the Motion into the record.

**New Orleans, Louisiana, this 8th Day of December, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**