MINUTE ENTRY
MORGAN, J.
December 15, 2023

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>　　**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**<br>　　**c/w 18-8071,**<br>　　**18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>　　**Defendants** | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>　　**Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**<br>　　**c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>　　**Defendants** | **SECTION: "E"(5)** |

*Applies to: All Cases*

**MINUTE ENTRY AND ORDER**

A video status conference was held on December 15, 2023, at 10:30 a.m., in the chambers of Judge Susie Morgan.

　　Present:　Douglas Hammel, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

1

> Allen Foster and Eric Rowe, counsel for All Addison Plaintiffs;
>
> Michael Mims, Megan Brillault, Michael Vitris, and Katelyn Ciolino, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;
>
> John DiGiglia, counsel for Defendant, Aptim Corp.; and
>
> Michael Futrell and Matthew Moghis (both via telephone), counsel for Defendant, Parish of Jefferson.

The parties discussed the status of the case and the outstanding discovery issues.

**IT IS ORDERED** that a video status conference is hereby scheduled for **Friday, December 22, 2023, at 10:00 a.m.**, to further discuss the production of SCS expert reports and related documents. The Court will email all counsel with the link necessary to participate.

New Orleans, Louisiana, this 15th day of December, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (1:55)

2