# ATTACHMENT A
# CHART SHOWING PRODUCTION STATUS OF DOCUMENTS ASSOCIATED WITH CATEGORIES #5 & #7 AND PRIVILEGE CLAIMED BY WASTE CONNECTIONS DEFENDANTS

| Number[1] | Category of Work | Status[2] | Associated IDs from November 13 Privilege Log[3] | Associated IDs from December 4 Privilege Log[4] |
|---|---|---|---|---|
| 5 | Two onsite landfill surface pollutant concentration reports and accompanying memorandum:<br>(a) Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill –Data Report, dated May 31, 2019 (WC_JPLF_00210878);<br>(b) Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill --Supplemental Data Report, dated July 10, 2019 (WC_JPLF_00210732); and | • **May 2019 and July 2019 final data reports produced** *(Plaintiffs agree that these reports were produced; whether they are in fact the final reports is unknown.)*<br>• **Underlying data for May and July 2019 reports produced;** *(Plaintiffs disagree, the underlying data includes, inter alia, the strategies used for selection of the measurements taken; these documents appear on the privilege log and have not been produced. Plaintiffs also have not yet seen the privilege log for the SCS documents.)* | WC_JPLF_PRIV_0528[5] | WC_JPLF_SCS_PRIV_0425 |

---

[1] The Court assigned numbers to the Categories of Work in this Chart for ease of reference.

[2] Waste Connections Defendants' representations of production status are in bold font and Plaintiffs' comments in response are italicized. *See* Letter from Megan R. Brillault, Counsel for the Waste Connections Defendants, to the Court (Dec. 1, 2023).

[3] Waste Connections Defendants argue that all documents in the November 13 Privilege Log referenced in this chart are privileged based on the work product doctrine and consulting expert work product pursuant to Rule 26(b)(4)(D).

[4] Waste Connections Defendants argue that all documents in the December 4 Privilege Log referenced in this chart are privileged based on the work product doctrine and consulting expert work product pursuant to Rule 26(b)(4)(D).

[5] Waste Connections Defendants also withheld document WC_JPLF_PRIV_0528 based on attorney-client privilege.

ATTACHMENT A
CHART SHOWING PRODUCTION STATUS OF DOCUMENTS ASSOCIATED WITH CATEGORIES #5 & #7
AND PRIVILEGE CLAIMED BY WASTE CONNECTIONS DEFENDANTS

|   |   |   |   |   |
|---|---|---|---|---|
|   | (c) Memorandum – Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill, dated April 23, 2021 (WC_JPLF_00403662) | • **April 2021 memorandum produced** *(Plaintiffs agree this has been produced.)*<br>• **Drafts of May and July 2019 data reports not produced** *(Plaintiffs agree the drafts have not been produced.)*<br>• **Correspondence not produced.** |   |   |
| 7 | Jefferson Parish Landfill Special Waste Odor Evaluation, dated September 24, 2019 (WC_JPLF_00406383) | • **Final report produced (pursuant to Court order)** *Plaintiffs do not concede this is the final report; it seems likely that a "final" report would been written months earlier, and some time prior to September 2019; and Plaintiffs have not yet seen the privilege log for the SCS documents.)*<br>• **Underlying data for report produced** *(Plaintiffs cannot confirm this; as none of the underlying data was produced with the report;* | WC_JPLF_PRIV_0573[6]<br>WC_JPLF_PRIV_0520<br>WC_JPLF_PRIV_0521<br>WC_JPLF_PRIV_0524<br>WC_JPLF_PRIV_0525<br>WC_JPLF_PRIV_0526<br>WC_JPLF_PRIV_0531<br>WC_JPLF_PRIV_0532<br>WC_JPLF_PRIV_0533<br>WC_JPLF_PRIV_0534<br>WC_JPLF_PRIV_0535<br>WC_JPLF_PRIV_0536<br>WC_JPLF_PRIV_0537<br>WC_JPLF_PRIV_0539<br>WC_JPLF_PRIV_0540<br>WC_JPLF_PRIV_0545<br>WC_JPLF_PRIV_0546<br>WC_JPLF_PRIV_0547<br>WC_JPLF_PRIV_0548 | WC_JPLF_SCS_PRIV_0288[7]<br>WC_JPLF_SCS_PRIV_0290[8]<br>WC_JPLF_SCS_PRIV_0292<br>WC_JPLF_SCS_PRIV_0293<br>WC_JPLF_SCS_PRIV_0294<br>WC_JPLF_SCS_PRIV_0303<br>WC_JPLF_SCS_PRIV_0304<br>WC_JPLF_SCS_PRIV_0339<br>WC_JPLF_SCS_PRIV_0341<br>WC_JPLF_SCS_PRIV_0379<br>WC_JPLF_SCS_PRIV_0380<br>WC_JPLF_SCS_PRIV_0384<br>WC_JPLF_SCS_PRIV_0385<br>WC_JPLF_SCS_PRIV_0387<br>WC_JPLF_SCS_PRIV_0411<br>WC_JPLF_SCS_PRIV_0423<br>WC_JPLF_SCS_PRIV_0451<br>WC_JPLF_SCS_PRIV_0452 |

---

[6] Waste Connections Defendants also withheld document WC_JPLF_PRIV_0573 based on attorney-client privilege.
[7] Waste Connections Defendants also withheld document WC_JPLF_SCS_PRIV_0288 based on attorney-client privilege.
[8] Waste Connections Defendants also withheld document WC_JPLF_SCS_PRIV_0290 based on attorney-client privilege.

2

**ATTACHMENT A**
**CHART SHOWING PRODUCTION STATUS OF DOCUMENTS ASSOCIATED WITH CATEGORIES #5 & #7**
**AND PRIVILEGE CLAIMED BY WASTE CONNECTIONS DEFENDANTS**

| | | | | |
|---|---|---|---|---|
| | | *in addition, the underlying data includes the strategies for taking measurements, etc. along with the documents, information and assumptions provided to Messrs. Walsh and Marshall, none of which has been produced.)*<br>• **Drafts of report not produced** *(Plaintiffs agree the drafts have not been produced.)*<br>• *Correspondence not produced.* | WC_JPLF_PRIV_0549<br>WC_JPLF_PRIV_0550<br>WC_JPLF_PRIV_0551<br>WC_JPLF_PRIV_0557 | WC_JPLF_SCS_PRIV_0453<br>WC_JPLF_SCS_PRIV_0494 |

3