UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | |
| ) | |
| **FREDERICK ADDISON, et al.,** ) | |
| ) | Case No.: 19-cv-11133 |
| Plaintiffs, ) | |
| ) | Section:  E |
| v. ) | Judge Susie Morgan |
| ) | |
| **LOUISIANA REGIONAL LANDFILL** ) | Magistrate Judge: |
| **COMPANY, et al.,** ) | Michael North |
| ) | |
| Defendants, ) | |
| ) | |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.2.5. of the United States District Court for the Eastern District of Louisiana ("Local Rule 83.2.5."), I hereby move this Court for *pro hac vice* admission of James R. Jeffcoat in the above-captioned action as an additional attorney representing Plaintiff Frederick Addison, et al.  Mr. Jeffcoat is qualified for admission for *pro hac vice* as evidenced by the declaration and the attachments thereto which is attached to this Motion as Exhibit A.  Mr. Jeffcoat's mailing address is 7 Saint Paul Street, Suite 1500, Baltimore, MD  21202 and his phone number is (410) 347-8736.  Mr. Jeffcoat's Maryland Bar Number is 201212120073 and his District of Columbia Bar Number is 1023261.

I aver that I am a member in good standing of the bar of this Court and will serve as the Trial Attorney and as one of the co-counsel for Plaintiffs Frederick Addison, *et al.*, pursuant to Local Rule 83.2.5.

Considering the foregoing and the attachments hereto, undersigned counsel moves the admission *pro hac vice* of Mr. Jeffcoat.

Respectfully submitted,

*/s/ S. Eliza James*
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
FORREST CRESSY & JAMES, LLC
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
Email: nicholas@fcjlaw.com
Email: eliza@fcjlaw.com

-AND-

C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@wtplaw.com
Email: erowe@wtplaw.com
Email: mchilders@wtplaw.com

*Counsel For Addison Plaintiff*

**CERTIFICATE OF SERVICE**

      I, S. Eliza James, hereby certify that the foregoing was served on all parties of record via the CM/ECF electronic filing system on this 2nd day of January, 2024.

                                                    */s/ S. Eliza James*

JEFFERSON PARISH
Through its attorneys of record:
William P. Connick, Esq.
Michael S. Futrell, Esq.
Matthew D. Moghis, Esq.
Connick and Connick, LLC
3421 N. Causeway Blvd., Ste. 408
Metairie, Louisiana 70002

WASTE CONNECTIONS, U.S., WASTE CONNECTIONS BAYOU, INC., and LOUISIANA REGIONAL LANDFILL COMPANY INC.
Through their attorneys of record:
David R. Taggart, Esq.
Michael C. Mims, Esq.
Bradley Murchison, Esq.
Kelly & Shae, LLC
1100 Poydras Street, Ste. 2700
New Orleans, Louisiana 70163

James B. Slaughter, Esq.
Beveridge & Diamond, P.C.
1350 I Street, N.W., Ste. 700
Washington, D.C. 20005

Michael D. Murphy
Megan R. Brillault, Esq.
John H. Paul, Esq.
477 Madison Avenue, 15th Floor
New York, New York 10022

APTIM CORP.
Through its attorney of record:
William A. Barousse, Esq.
Geiger, Laborde & Laperouse, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139