**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OFR LOUISIANA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **FREDERICK ADDISON, et al.,** | ) | |
| | ) | **Case No: 19-cv-11133** |
| | ) | |
| **Plaintiffs,** | ) | **Section: E** |
| | ) | **Judge Susie Morgan** |
| **v.** | ) | |
| | ) | **Magistrate Judge:** |
| | ) | **Michael North** |
| **LOUISIANA REGIONAL LANDFILL** | ) | |
| **COMPANY, et al.,** | ) | ***Applies to all cases.** |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Considering the foregoing Motion to Appear *Pro Hac Vice*:

**IT IS ORDERED, ADJUGED, AND DECREED** that the motion is **GRANTED** and that JAMES JEFFCOAT, Esq. of the firm Whiteford, Taylor & Preston, LLP be, and he is hereby, enrolled as additional counsel for the Plaintiffs, Frederick Addison *et al* herein with all privileges and rights pertaining thereto.

New Orleans, Louisiana on the ____ day of _________, 2024.

______________________________
Hon. U.S. District Judge- Susie Morgan