UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **FREDERICK ADDISON, et al.,** | ) | |
| | ) | **Case No.: 19-cv-11133** |
|    **Plaintiffs,** | ) | |
| | ) | **Section:  E** |
| v. | ) | **Judge Susie Morgan** |
| | ) | |
| **LOUISIANA REGIONAL LANDFILL** | ) | **Magistrate Judge:** |
| **COMPANY, et al.,** | ) | **Michael North** |
| | ) | |
|    **Defendants,** | ) | |
| _____ | ) | |

## **DECLARATION OF JAMES R. JEFFCOAT**

I, James R. Jeffcoat, hereby declare and state as follows:

1. I make this declaration based on my personal knowledge, information and belief.

2. I am admitted to the Bars of the District of Columbia and the State of Maryland.  I am in good standing in all jurisdictions in which I am admitted and no disciplinary proceeding or criminal charges have been instituted against me in any court of jurisdiction.

3. I am attaching to this declaration a Certificate of Good Standing issued by the District of Columbia Court of Appeals and the Supreme Court of Maryland (*See* Exhibit A).

4. I am a lawyer in the Baltimore, Maryland office of the law firm of Whiteford, Taylor & Preston, LLP, which is located at 7 Saint Paul Street, suite 1500, Baltimore, MD  21202.

5. I do not maintain my residence or my principal place of business in the Eastern District of Louisiana.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: January 2, 2024.

_____
James R. Jeffcoat