UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>　　Plaintiff,<br><br>VERSUS<br><br>WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>　　Defendants. | CIVIL ACTION<br><br>NO. 18-7889<br>　　c/w 18-8071,<br>　　18-8218, 18-9312<br><br>SECTION: "E"(5) |
| *Related Case:*<br><br>FREDERICK ADDISION ET AL.,<br>　　Plaintiffs,<br><br>VERSUS<br><br>LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,<br>　　Defendants.<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133<br><br>SECTION: "E"(5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## NOTICE OF SUBMISSION

　　Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. hereby notice their Motion for Reconsideration for submission before the Honorable Susie Morgan, United States District Judge, 500 Poydras Street, New Orleans, Louisiana 70130, on January 31, 2024 at 10:00 a.m., or as soon thereafter as counsel can be heard.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　BEVERIDGE & DIAMOND, P.C.

　　　　　　　　　　　　　　　　　By:　/s/ Megan R. Brillault

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035


LISKOW & LEWIS, APLC

Michael C. Mims (#33991)
Charles B. Wilmore (#28812)
J. Hunter Curtis (#39150)
Alec Andrade (#38659)
Cecilia Vazquez Wilson (#39373)
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
(504) 581-7979

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed on January 3, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Megan R. Brillault  
OF COUNSEL
