# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>        Plaintiff,<br><br>**VERSUS**<br><br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>        Defendants.<br><br><br>*Related Case:*<br><br>**FREDERICK ADDISION ET AL.,**<br>        Plaintiffs,<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>        Defendants.<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>NO. 18-7889<br>    c/w 18-8071,<br>    18-8218, 18-9312<br><br>SECTION: "E"(5)<br><br><br><br><br><br>**CIVIL ACTION**<br><br>NO. 19-11133<br><br>SECTION: "E"(5)<br><br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## ORDER

Considering the foregoing *Ex Parte* Motion to Expedite Hearing on the Waste Connections Defendants' Motion for Reconsideration filed by Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.,

**IT IS ORDERED** that the motion is **GRANTED;**

**IT IS FURTHER ORDERED** that the Waste Connections Defendants' motion will be considered on _____, ____ 2024.  Plaintiffs' opposition is due on_____, ____ 2024.

2

New Orleans, Louisiana, this _____ day of _____, 2024

                                                                         _____
                                                                         **THE HONORABLE SUSIE MORGAN**
                                                                         **UNITED STATES DISTRICT JUDGE**