UNITED STATES DISTRICT COURT
EASTERN DISTRICT OFR LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, et al.,** ) | Case No: 19-cv-11133 |
| ) | c/w 19-14512 |
| **Plaintiffs** ) | |
| ) | Section: E |
| v. ) | Judge Susie Morgan |
| ) | |
| ) | Magistrate Judge: |
| **LOUISIANA REGIONAL LANDFILL** ) | Michael North |
| **COMPANY, et al.,** ) | |
| ) | *Applies to: Both Cases* |
| **Defendants** ) | |

**ORDER**

Considering the foregoing Motion to Appear *Pro Hac Vice*;

**IT IS ORDERED** that the motion is **GRANTED.** James Jeffcoat of the firm Whiteford, Taylor & Preston, LLP is hereby admitted *pro hac vice* to appear before this Court for Plaintiffs Frederick Addison *et al*.

New Orleans, Louisiana, this 3rd day of January, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**