UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>    Plaintiff<br><br>VERSUS<br><br><br>WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>    Defendants<br><br><br>*Related Case:*<br><br>FREDERICK ADDISION ET AL.,<br>    Plaintiffs<br><br>VERSUS<br><br>LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,<br>    Defendants<br><br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>    c/w 18-8071,<br>    18-8218, 18-9312<br><br>SECTION: "E"(5)<br><br><br><br><br><br><br><br>CIVIL ACTION<br><br>NO. 19-11133<br><br>SECTION: "E"(5)<br><br><br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## ORDER

Considering the foregoing *Ex Parte* Motion to Expedite Hearing on the Waste Connections Defendants' Motion for Reconsideration filed by Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.;

**IT IS ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the deadline for Plaintiffs' opposition is **January 8, 2024 at 5:00 p.m.**

New Orleans, Louisiana, this 5th day of January, 2024.

            _____
                    **SUSIE MORGAN**
            **UNITED STATES DISTRICT JUDGE**