

**EXHIBIT**

**1**

Megan R. Brillault
825 Third Avenue, 16th Floor
New York, NY 10022
+1.212.702.5414
mbrillault@bdlaw.com

November 13, 2023

**VIA EMAIL: efile-Morgan@laed.uscourts.gov**

Honorable Susie Morgan
United States District Court for the Eastern District of Louisiana
500 Poydras Street
Room C322
New Orleans, LA  70130

Re:  *Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.,* No. 18-7889; c/w No. 18-8071, No. 18-8218, and No. 18-9312, Section "E" 5, United States District Court for the Eastern District of Louisiana*; and*

*Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.,* No. 19 11133, Section "E" 5, United States District Court for the Eastern District of Louisiana

Dear Judge Morgan:

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. (collectively, the "Waste Connections Defendants") write to update the Court and seek an extension of one portion of the Court's Minute Entry from the October 23, 2023 status conference addressing the Waste Connections Defendants' motion to quash Plaintiffs' subpoena directed to SCS Engineers.[1]

Specifically, with respect to the Motion to Quash the Subpoena to SCS Engineers, the Court ordered the Waste Connections Defendants to produce a privilege log describing each document withheld and the privilege being invoked by November 13, 2023. However, SCS had only originally responded to Plaintiffs' subpoena by serving written objections to each of the requests and cross-referencing the Waste Connections Defendants' motion to quash the subpoena. Therefore, SCS had not completed a document collection or review of documents potentially responsive to the subpoena because it did not know the scope of the requests that would survive the motion to quash.

---

[1] The minute entry from the October 23, 2023 status conference was issued on October 31, 2023 (18-cv-07889, R. Doc. 382 at 4; 19-cv-11133, R. Doc. 428 at 4).



November 13, 2023
Page 2

It was only after the Court issued its minute entry order on October 31, 2023 requiring the Waste Connections Defendants to log documents within SCS's possession, custody, and control that SCS completed its collection and review. On Friday, November 10, SCS provided to the Waste Connections Defendants approximately 2,900 documents that were potentially responsive to the subpoena.[2]  Nearly all of these documents will need to be reviewed by the Waste Connections Defendants in order to determine which should be withheld on the basis of privilege or work product protection and logged.

Given the impossibility of completing this task by the November 13 deadline, the Waste Connections Defendants seek a reasonable extension of the Court's deadline. We look forward to discussing this during the November 13 status conference.

Sincerely,

Megan R. Brillault
Counsel for the Waste Connections Defendants

cc: All Counsel of Record via e-mail

---

[2] SCS also reached out to counsel for Plaintiffs to request an extension to allow SCS to complete an internal review for privilege before providing the responsive documents to the Waste Connections Defendants to complete their own review for privilege. Plaintiffs did not agree to any extension.