**Rowe, Eric**

---

| | | EXHIBIT 2 |
|---|---|---|
| **From:** | Drew, Michael <mdrew@joneswalker.com> | |
| **Sent:** | Monday, December 11, 2023 1:05 PM | |
| **To:** | Rowe, Eric | |
| **Cc:** | Foster, C. Allen; S. Eliza (eliza@fcjlaw.com); Childers lll, Masten; 'Jason Z. Landry'; Douglas Hammel (douglashammel@gmail.com); Bruce Betzer; Wimberly, Taylor; Megan R. Brillault; Katelyn E. Ciolino; Michael F. Vitris; Michael Mims | |
| **Subject:** | RE: Jefferson Parish Landfill Litigation / SCS document production | |
| **Attachments:** | SCS Native File Production.zip | |

---

**This Message Is From an External Sender**

This message came from outside your organization.

For assistance, contact the IS Service Center at issc@whitefordlaw.com or 410.347.8733

---

Eric –

The native documents were inadvertently omitted from last week's production. That was user error on my part. They are attached as a Zip file.

SCS_JPLF_00007533-7723 are attachments to the article produced at SCS_JPLF_00007495. We understand the attachments to be "junk attachments" but they got pulled in as part of that document family, which we understand we were required to produce as part of the ESI protocol. Similarly, SCS_JPLF_00008336-8460 are junk attachments to SCS_JPLF_00008170, and SCS_JPLF_00008502-9737 are junk attachments to SCS_JPLF_00008462.

SCS_JPLF_00010450-11429 is a .dwg file. It is a 2018 landfill as-built drawing that can be viewed in programs such as auto-cad. Some document review platforms also have built in tools that allow you to view .dwg files.

Any redactions and confidentiality markings were claims made by the Waste Connections Defendants. I've copied them on this response. Please contact them regarding your remaining questions.

Kind regards,
Mike

---

**Michael C. Drew** | Partner
Jones Walker LLP
D: 504.582.8318
mdrew@joneswalker.com

---

**From:** Rowe, Eric <ERowe@whitefordlaw.com>
**Sent:** Friday, December 8, 2023 12:47 PM
**To:** Drew, Michael mdrew@joneswalker.com
**Cc:** Foster, C. Allen CAFoster@whitefordlaw.com; S. Eliza (eliza@fcjlaw.com) eliza@fcjlaw.com; Childers lll, Masten MChilders@whitefordlaw.com; 'Jason Z. Landry' jzl@mbfirm.com; Douglas Hammel (douglashammel@gmail.com) douglashammel@gmail.com; Bruce Betzer bruce@brucebetzer.com; Wimberly, Taylor twimberly@joneswalker.com
**Subject:** [EXTERNAL] Jefferson Parish Landfill Litigation / SCS document production

Mike,

We have reviewed the SCS 11,605-page document production made to us on Monday for the documents not claimed to be privileged, and we have some questions.

Documents 11570 and 11571 contain redactions of what appear to be money amounts.   Because we have a protective order in the case that allows documents to be marked confidential, Judge Morgan has made clear that such redactions are improper.   Please provide us with unredacted copies of these documents.

At least 170 pages have been marked confidential in the footer with the bates number, and another 93 have been marked as confidential-outside counsel only.   Lists are attached.   Please provide an explanation for the "confidential" and "outside counsel only" designations in each of these documents.

There are 48 references to documents "produced natively"  (docs 1579, 1688. 1689, 1690, 1754, 1795, 1796, 1915, 2001, 2002, 2003, 2004, 2005, 2006, 2007. 2593, 2627, 4265, 4266, 4267, 4275, 4276, 4277, 4278, 6519, 7502, 7502, 7523, 7524, 8525, 7526, 7527, 7528, 7529, 7530, 7531, 7532, 7729, 8335, 8480, 8482, 8485, 8586, 9487, 8499, 8501, 9880, and 10328).  I do not believe that we have received these documents.  Please provide them.

Finally, the collection contains thousands of pages of what appears to be garbled computer code.  See, for  example, pages 7533-7723, 8336-8460, 8502-9737, 10450-11429.  Please us know what these documents are and if they were intended to be produced this way.

Thank you in advance for your prompt attention to this matter.

Best regards,

Eric



Eric C. Rowe | Senior Counsel
1800 M Street, NW, Suite 450N | Washington, DC | 20036
t: 202.659.6787 | f: 202.689.3164
erowe@whitefordlaw.com | www.whitefordlaw.com

Legal Assistant: Jeanne Steer
t: 202.689.3152 | jsteer@whitefordlaw.com

*Note our new URL whitefordlaw.com!*
*Future emails will come from @whitefordlaw.com*

A proud member of two global law firm networks.

 

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.