# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | |
| ) | |
| **FREDERICK ADDISON, et al.,** ) | |
| ) | **Case No.: 19-cv-11133** |
| Plaintiffs, ) | |
| ) | **Section: E** |
| v. ) | **Judge Susie Morgan** |
| ) | |
| **LOUISIANA REGIONAL LANDFILL** ) | **Magistrate Judge:** |
| **COMPANY, et al.,** ) | **Michael North** |
| ) | |
| Defendants, ) | |
| _____) | |

## ORDER

Considering the foregoing Motion to Appear *Pro Hac Vice*:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion is GRANTED and that Harry Sterling Johnson, Esq. of the firm Whiteford, Taylor & Preston, LLP be, and he is hereby enrolled as additional counsel for the Plaintiffs herein with all privileges and rights pertaining thereto.

New Orleans, Louisiana on the ____ day of _____, 2024.

_____
Hon. U.S. District Judge