UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) <br> ) <br> FREDERICK ADDISON, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LOUISIANA REGIONAL LANDFILL ) <br> COMPANY, et al., ) <br> ) <br> Defendants, ) <br> _____) | Case No.: 19-cv-11133 <br><br> Section: E <br> Judge Susie Morgan <br><br> Magistrate Judge: <br> Michael North |

## DECLARATION OF HARRY STERLING JOHNSON

I, Harry Sterling Johnson, hereby declare and state as follows:

1. I make this declaration based on my personal knowledge, information and belief.

2. I am admitted to the Bars of the District of Columbia and the State of Maryland. I am in good standing in all jurisdictions in which I am admitted and no disciplinary proceeding or criminal charges have been instituted against me in any court of jurisdiction.

3. I am attaching to this declaration a Certificate of Good Standing issued by the Supreme Court of Maryland and the District of Columbia. (*See* Exhibit A).

4. I am a lawyer in the Maryland law firm of Whiteford, Taylor & Preston, LLP, which is located at 7 St. Paul Street, Suite 1500, Baltimore, MD 21202.

5. I do not maintain my residence or my principal place of business in the Eastern District of Louisiana.

1

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: January 4, 2024.

_____
Harry Sterling Johnson

# EXHIBIT A