United States District Court
Eastern District of Louisiana
ELECTRONIC CASE FILING SYSTEM
Consent to Electronic Filing

# E-File Privileges
must be requested through PACER:
www.pacer.gov

This form shall be used to consent to electronic filing in the Eastern District of Louisiana's Electronic Case Filing System (ECF). Registered attorneys will have privileges to submit documents electronically and to view and retrieve electronic docket sheets and documents accessible to the public for cases in the ECF System. If you are seeking admission to the bar of this Court, attach this form to your petition for admission to practice. If you are already admitted to practice, this form should be emailed to ECF_Registration@laed.uscourts.gov. The following information is required for electronic filing.

**Please Type**

First/Middle/Last Name: Harry Sterling Johnson

Attorney Bar # and State: 7911010178-Maryland and 436550 - District of Columbia

Firm Name: Whiteford, Taylor & Preston, LLP

Firm Address: 7 St. Paul Street, Suite 1500
Baltimore, MD 21202

Telephone Number: 410.347.8700

E-Mail Address: hjohnson@whitefordlaw.com
(Attorney's email for electronic service)

Additional E-Mail Address: _____
(Secretary, central repository, etc.)

Is this regarding a Petition for Admission to practice in the Eastern District of Louisiana?
Yes ☐  No ☑   Date of Filing of Petition for Admission _____

Is this regarding Pro Hac Vice Admission? Yes ☑ No ☐ Case number 19-11133 c/w 19-14512

Is this regarding a MDL case? Yes ☐ No ☑ MDL case number or name _____

Are you a federal government attorney? Yes ☐ No ☑ Office where employed: _____

1

- Electronic case filing by attorneys is mandatory in the USDC for the Eastern District of Louisiana for all attorneys and attorneys must file all documents using the CM/ECF System, unless the attorney has filed a motion for an exemption, and the Chief Judge has granted an exemption for good cause shown. See EDLA Local Rule 5.1, EDLA Administrative Procedures for Electronic Case Filings and Unique Procedures for Electronic Case Filings, Rules 1 and 2.

- Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court, Eastern District of Louisiana, pursuant to Civil Local Rule 83.2.2 or be admitted for a particular case (pro hac vice) pursuant to Civil Local Rule 83.2.5. If allowed in the MDL case management order, attorneys may register for electronic case filing in MDL cases without being admitted to practice in this Court or admitted pro hac vice.

- By signing this consent to electronic filing, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the Electronic Filing System. The undersigned also consents to receive notice of filings pursuant to Fed.R.Civ.P. 5(b) and 77(d) via the Court's Electronic Filing System and consents to receive service from other Filing Users by the Notice of Electronic Filing generated by the Court's Electronic Filing System. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

- The undersigned agrees to keep informed of the current electronic filing procedures and any updated procedures posted on the court's website at http://www.laed.uscourts.gov/case-information/procedures-and-practices-e-filing.

- The undersigned certifies that he/she has an individual PACER account for filing and viewing documents in the system, appropriate computer hardware, internet access, and software, necessary for ECF filing, including hardware/software that will convert documents created into Portable Document Format (PDF) as required by the Court.

- The undersigned acknowledges that it is his/her responsibility to understand how to file electronically via the CM/ECF system. If necessary, the undersigned will obtain CM/ECF training via the court's online tutorial at http://www.laed.uscourts.gov/cmecf/ecf.htm.

- The undersigned agrees and acknowledges that pursuant to Local Rule 83.2.7, everyone who appears in court in proper person and every attorney permitted to practice in this court must be familiar with the Local Rules. Willful failure to comply with the rules, or a false certificate of compliance is cause for disciplinary action.

12/20/23
Date

_____
Attorney Signature

[Rev.11/2019]

2