

**M. Katherine Bing**
**Clerk**

**OFFICE OF THE CLERK**
**SUPREME COURT OF KENTUCKY**
**ROOM 209, STATE CAPITOL**
**700 CAPITAL AVE.**
**FRANKFORT, KENTUCKY 40601-3488**

**Telephone:**
**(502) 564-4720**
**FAX:**
**(502) 564-5491**

## C E R T I F I C A T I O N

I, M. Katherine Bing, Clerk of the Supreme Court of Kentucky, do hereby certify the

records in this office show that _____Lesley A. Cayton_____ having met the

necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of

this Commonwealth on _____October 12, 2009_____, and thereupon was admitted

to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and

certify that_____Lesley A. Cayton_____is an attorney at law in good standing, as

such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the

Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this _____4th_____ day of January, 2024.

M. KATHERINE BING
CLERK

By: _Karen Cohl_____
Deputy Clerk

# KENTUCKY BAR ASSOCIATION
## 514 WEST MAIN STREET
## FRANKFORT, KENTUCKY 40601-1812
### (502) 564-3795
### FAX (502) 564-3225
### www.kybar.org

**OFFICERS**
**W. Fletcher McMurry Schrock**
President

**Rhonda Jennings Blackburn**
President-Elect

**Todd V. McMurtry**
Vice President

**Amy D. Cubbage**
Immediate Past President

**Elizabeth A. Combs**
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
Stephanie McGehee-Shacklette
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

### LESLEY A. CAYTON
*Whiteford Taylor & Preston*
*161 North Eagle Creek Drive, Suite 210*
*Lexington, Kentucky 40509*

### Membership No. 93066

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against her. Dated this 3rd day of January, 2024.*

### JOHN MEYERS
### REGISTRAR



By: _____
**Michele M. Pogrotsky, Deputy Registrar**