UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | |
| ) | |
| **FREDERICK ADDISON, et al.,** ) | |
| ) | Case No.: 19-cv-11133 |
| Plaintiffs, ) | |
| ) | Section:  E |
| v. ) | Judge Susie Morgan |
| ) | |
| **LOUISIANA REGIONAL LANDFILL** ) | Magistrate Judge: |
| **COMPANY, et al.,** ) | Michael North |
| ) | |
| Defendants, ) | |
| ) | |

## DECLARATION OF AARON OPPEGARD

I, Aaron Oppegard, hereby declare and state as follows:

1. I make this declaration based on my personal knowledge, information and belief.

2. I am admitted to the Bar of the Commonwealth of Kentucky.  I am in good standing in all jurisdictions in which I am admitted and no disciplinary proceeding or criminal charges have been instituted against me in any court of jurisdiction.

3. I am attaching to this declaration a Certificate of Good Standing issued by the Supreme Court of the Commonwealth of Kentucky (*See* Exhibit A).

4. I am a lawyer in the Kentucky law firm of Whiteford, Taylor & Preston, LLP, which is located at 161 North Eagle Creek Drive, Suite 210, Lexington, KY  40509.

5. I do not maintain my residence or my principal place of business in the Eastern District of Louisiana.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

1

2

Dated: January 2, 2024.

                                                                                                                Aaron Oppegard