# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>     Plaintiff,<br><br>**VERSUS**<br><br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>     Defendants.<br><br>*Related Case:*<br><br>**FREDERICK ADDISION ET AL.,**<br>     Plaintiffs,<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>     Defendants.<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>     **c/w 18-8071,**<br>     **18-8218, 18-9312**<br><br>**SECTION: "E"(5)**<br><br><br><br><br><br><br><br>**CIVIL ACTION**<br><br>**NO. 19-11133**<br><br>**SECTION: "E"(5)**<br><br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## DECLARATION OF MEGAN R. BRILLAULT IN SUPPORT OF REPLY MEMORANDUM IN FURTHER SUPPORT OF WASTE CONNECTIONS DEFENDANTS' MOTION FOR RECONSIDERATION

I, Megan R. Brillault, hereby declare as follows:

1.     I am a Principal of the law firm Beveridge & Diamond, P.C., and am duly admitted to practice *pro hac vice* before this Court.

2.     I submit this Declaration, together with the accompanying exhibits, in support of the Reply Memorandum in Further Support of Waste Connections Defendants' Motion for Reconsideration. I am fully familiar with the facts set forth herein.

2

   3. A true and correct copy of an email sent to Plaintiffs attaching the November 13 and December 4 Privilege Log Entries Categorized by SCS Work Product, dated December 7, 2023, is attached hereto as Exhibit A.

  I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
January 9, 2024.

                   /s/ Megan R. Brillault
                     PRINCIPAL