# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **FREDERICK ADDISON, et al.,** ) | |
| ) | Case No.: 19-cv-11133 |
| **Plaintiffs** ) | |
| ) | Section: E |
| v. ) | Judge Susie Morgan |
| ) | |
| **LOUISIANA REGIONAL LANDFILL** ) | Magistrate Judge: |
| **COMPANY, et al.,** ) | Michael North |
| ) | |
| **Defendants** ) | |
| ) | |

## ORDER

Considering the foregoing Motion to Appear *Pro Hac Vice*;

**IT IS ORDERED** that the motion is **GRANTED**. Lesley Cayton, of the firm Whiteford, Taylor & Preston, LLP, is hereby admitted *pro hac vice* as additional counsel for Plaintiffs in the above-captioned matter.

**New Orleans, Louisiana, this 9th day of January, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**