UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs <br><br> **VERSUS** <br><br> **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants <br><br> *Applies to: All Cases* | **CIVIL ACTION** <br><br> **NO. 19-11133, c/w 19-14512** <br><br> **SECTION: "E" (5)** <br><br> **JUDGE: Morgan** <br> **MAGISTRATE JUDGE: North** |

## MOTION TO APPEAR PRO HAC VICE

NOW COMES counsel of record for Defendant, Aptim Corporation, a member of the bar of this Court, who moves the Court to admit Blaise Chadwick Hill *pro hac vice* to appear and participate as co-counsel in this matter. Mr. Hill is an attorney duly licensed and admitted to practice law in the state of California, who is serving as a staff attorney at my firm while his application of the Louisiana State Bar Association is pending.

In accordance with Local rule 83.2.5, attached to the motion as Exhibit A is Mr. Hill's Declaration and a copy of his Certificate of Standing with the State Bar of California; attached to this motion as Exhibit B is his Electronic Case Filing System registration form. The contact information for Mr. Hill is as follows:

> Blaise Chadwick Hill
> Gieger, Laborde & Laperouse LLC
> 701 Poydras Street
> Suite 4800
> New Orleans, LA 70139
> 504-654-1389
> bhill@glllaw.com

1

**WHEREFORE**, the undersigned requests that the Court admit Blaise Chadwick Hill *pro hac vice* for the purpose of representing Defendant, Aptim Corporation, as co-counsel in this matter.

Respectfully submitted,

*/s/ John E.W. Baay II*
Ernest P. Gieger, Jr. (6154)
John E. W. Baay (22928)
J. Michael DiGiglia (24378)
Nicholas S. Bergeron (37585)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
Email:    egieger@glllaw.com
         jbaay@glllaw.com
         mdigiglia@glllaw.com
         nbergeron@glllaw.com
*Attorneys for Aptim Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Ex Parte Motion For Admission Pro Hac Vice* was service upon opposing counsel of record this 12th day of January, 2024, by e-filing same into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

*/s/ John E.W. Baay II*