# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>**Plaintiffs**<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL**<br>**COMPANY, ET AL.,**<br>**Defendants**<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## DECLARATION IN SUPPORT OF PRO HAC VICE ADMISSION

I, Blaise Chadwick Hill, am over the age of 18, have personal knowledge of all the facts stated herein, and declare as follows:

1.   I am a staff attorney with the law firm of Gieger, Laborde & Laperouse LLC. I am a member in good standing of the State Bar of California, as demonstrated by the Certificate of Standing attached hereto.

2.      I hereby affirm under oath that no disciplinary proceedings or criminal charges have been instituted against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*Blaise Chadwick Hill*
**BLAISE CHADWICK HILL**

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

January 2, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BLAISE CHADWICK HILL, #238764 was admitted to the practice of law in this state by the Supreme Court of California on November 30, 2005; that from the date of admission to February 1, 2013, they were an ACTIVE licensee of the State Bar of California; that on February 1, 2013, they transferred at their request to the INACTIVE status; that from that date to February 24, 2017, they were an INACTIVE licensee of the State Bar of California; that on February 24, 2017, they transferred at their request to the ACTIVE status; that from that date to February 1, 2019, they were an ACTIVE licensee of the State Bar of California; that on February 1, 2019, they transferred at their request to the INACTIVE status; that from that date to October 10, 2023, they were an INACTIVE licensee of the State Bar of California; that on October 10, 2023, they transferred at their request to the ACTIVE status; that they have been since that date, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records