UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **FREDERICK ADDISON, et al.,** | ) | |
| | ) | Case No.: 19-cv-11133 |
| **Plaintiffs** | ) | |
| | ) | Section:  E |
| v. | ) | Judge Susie Morgan |
| | ) | |
| **LOUISIANA REGIONAL LANDFILL** | ) | Magistrate Judge: |
| **COMPANY, et al.,** | ) | Michael North |
| | ) | |
| **Defendants** | ) | |
| | ) | |

## ORDER

Considering the foregoing Motion to Appear *Pro Hac Vice*;

**IT IS ORDERED** that the motion is **GRANTED**. Harry S, Johnson, of the firm Whiteford, Taylor & Preston, LLP, is hereby admitted *pro hac vice* as additional counsel for Plaintiffs in the above-captioned matter.

New Orleans, Louisiana, this 9th day of January, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**