# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | |
| ) | |
| **FREDERICK ADDISON, et al.,** ) | |
| ) | **Case No.: 19-cv-11133** |
| **Plaintiffs** ) | |
| ) | **Section: E** |
| v. ) | **Judge Susie Morgan** |
| ) | |
| **LOUISIANA REGIONAL LANDFILL** ) | **Magistrate Judge:** |
| **COMPANY, et al.,** ) | **Michael North** |
| ) | |
| **Defendants** ) | |
| ) | |

## ORDER

Considering the foregoing Motion to Appear *Pro Hac Vice*;

**IT IS ORDERED** that the motion is **GRANTED**. Aaron Oppegard, of the firm Whiteford, Taylor & Preston, LLP, is hereby admitted *pro hac vice* as additional counsel for Plaintiffs in the above-captioned matter.

New Orleans, Louisiana, this 9th day of January, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**