**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK, Plaintiff,**<br><br>**VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL., Defendants.** | **CIVIL ACTION**<br><br>**NO. 18-7889 c/w 18-8071, 18-8218, 18-9312**<br><br>**SECTION: "E"(5)** |
| ***Related Case:***<br><br>**FREDERICK ADDISION ET AL., Plaintiffs,**<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL., Defendants.**<br><br>***Applies to: All Cases*** | **CIVIL ACTION**<br><br>**NO. 19-11133**<br><br>**SECTION: "E"(5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

**WASTE CONNECTIONS DEFENDANTS'**
**MOTION FOR RECONSIDERATION**

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. (collectively, "Waste Connections Defendants"), through undersigned counsel, respectfully move the Court to reconsider portions of its January 12, 2024 Order (No. 18-cv-07889, R. Doc. 406; No. 19-cv-11133, R. Doc. 483) compelling the production of certain consulting expert communications. As explained in the accompanying memoranda, the Waste Connections Defendants intend to produce the majority of the documents addressed in the Court's January 12 Order but seek reconsideration with respect to the portion of the Court's order

requiring production in full of the email chain at WC_JPLF_SCS_PRIV_0126 and WC_JPLF_SCS_PRIV_0134 to prevent significant prejudice and manifest injustice.

WHEREFORE, the Waste Connections Defendants hereby request that this motion be granted and that the Court reconsider its Order regarding the production of these documents.

    Respectfully submitted,

    BEVERIDGE & DIAMOND, P.C.

    By:   /s/ Megan R. Brillault
        Megan R. Brillault (*pro hac vice*)
        Michael G. Murphy (*pro hac vice*)
        John H. Paul (*pro hac vice*)
        Katelyn E. Ciolino (*pro hac vice*)
        Katrina M. Krebs (*pro hac vice*)
        825 Third Avenue, 16th Floor
        New York, NY 10022
        (212) 702-5400

    James B. Slaughter (*pro hac vice*)
    1900 N Street, NW, Suite 100
    Washington, DC 20036
    (202) 789-6000

    Michael F. Vitris (*pro hac vice*)
    400 W. 15th Street, Suite 1410
    Austin, TX 78701
    (512) 391-8035

    LISKOW & LEWIS, APLC

    Michael C. Mims (#33991)
    Charles B. Wilmore (#28812)
    J. Hunter Curtis (#39150)
    Alec Andrade (#38659)
    Cecilia Vazquez Wilson (#39373)
    701 Poydras Street, Suite 5000
    New Orleans, Louisiana 70139
    (504) 581-7979

    *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on January 17, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Megan R. Brillault
OF COUNSEL