# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>        Plaintiff,<br><br>VERSUS<br><br><br>WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>        Defendants. | CIVIL ACTION<br><br>NO. 18-7889<br>     c/w 18-8071,<br>     18-8218, 18-9312<br><br>SECTION: "E"(5) |
| *Related Case:*<br><br>**FREDERICK ADDISION ET AL.,**<br>        Plaintiffs,<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>        Defendants.<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133<br><br>SECTION: "E"(5)<br><br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## NOTICE OF SUBMISSION

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. hereby notice their Motion for Reconsideration for submission before the Honorable Susie Morgan, United States District Judge, 500 Poydras Street, New Orleans, Louisiana 70130, on February 14, 2024 at 10:00 a.m., or as soon thereafter as counsel can be heard.

Respectfully submitted,

BEVERIDGE & DIAMOND, P.C.

By:   /s/ Megan R. Brillault
      Megan R. Brillault (*pro hac vice*)
      Michael G. Murphy (*pro hac vice*)
      John H. Paul (*pro hac vice*)
      Katelyn E. Ciolino (*pro hac vice*)
      Katrina M. Krebs (*pro hac vice*)
      825 Third Avenue, 16th Floor
      New York, NY 10022
      (212) 702-5400

      James B. Slaughter (*pro hac vice*)
      1900 N Street, NW, Suite 100
      Washington, DC 20036
      (202) 789-6000

      Michael F. Vitris (*pro hac vice*)
      400 W. 15th Street, Suite 1410
      Austin, TX 78701
      (512) 391-8035


LISKOW & LEWIS, APLC

Michael C. Mims (#33991)
Charles B. Wilmore (#28812)
J. Hunter Curtis (#39150)
Alec Andrade (#38659)
Cecilia Vazquez Wilson (#39373)
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
(504) 581-7979

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically filed on January 17, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                          /s/ Megan R. Brillault
                                                                            OF COUNSEL