UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>           Plaintiff,<br><br>**VERSUS**<br><br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>           Defendants. | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>      **c/w 18-8071,**<br>      **18-8218, 18-9312**<br><br>**SECTION: "E"(5)** |
| *Related Case:*<br><br>**FREDERICK ADDISION ET AL.,**<br>           Plaintiffs,<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>           Defendants.<br><br> *Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133**<br><br>**SECTION: "E"(5)**<br><br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

**WASTE CONNECTIONS DEFENDANTS' *EX PARTE* MOTION TO EXPEDITE HEARING ON THEIR MOTION FOR RECONSIDERATION**

Defendants, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. (collectively, "Waste Connections Defendants") respectfully request that the Court set their Motion for Reconsideration ("Motion to Reconsider") for an expedited hearing.[1] This Court issued an Order on January 12, 2024 compelling the production of certain documents by January 17, 2024.[2] The Motion to Reconsider seeks reconsideration with respect to two of the documents ordered to be produced to prevent manifest injustice and irreparable harm.

---

[1] No. 18-7889, ECF No. 408; No. 19-cv-11133, ECF No. 486.
[2] No. 18-7889, ECF No. 406; No. 19-cv-11133, ECF No. 483.

However, the earliest that motion could be noticed for submission before Your Honor is February 14, 2024—after the deadline for production of the privileged documents. The parties are also engaged in ongoing depositions with a fact discovery deadline of January 31, 2024. To prevent injustice and conflict with an order of this Court and in consideration of the upcoming fact discovery deadline, the Waste Connections Defendants respectfully request that the Court consider the Motion for Reconsideration as soon as practicable.

WHEREFORE, the Waste Connections Defendants respectfully request that the Court grant the *Ex Parte* Motion to Expedite Hearing on their Motion for Reconsideration and consider the Waste Connections Defendants' motion as soon as practicable.

Respectfully submitted,

BEVERIDGE & DIAMOND, P.C.

By:   /s/ Megan R. Brillault
     Megan R. Brillault (*pro hac vice*)
     Michael G. Murphy (*pro hac vice*)
     John H. Paul (*pro hac vice*)
     Katelyn E. Ciolino (*pro hac vice*)
     Katrina M. Krebs (*pro hac vice*)
     825 Third Avenue, 16th Floor
     New York, NY 10022
     (212) 702-5400

     James B. Slaughter (*pro hac vice*)
     1900 N Street, NW, Suite 100
     Washington, DC 20036
     (202) 789-6000

     Michael F. Vitris (*pro hac vice*)
     400 W. 15th Street, Suite 1410
     Austin, TX 78701
     (512) 391-8035

LISKOW & LEWIS, APLC

Michael C. Mims (#33991)
Charles B. Wilmore (#28812)
J. Hunter Curtis (#39150)
Alec Andrade (#38659)
Cecilia Vazquez Wilson (#39373)
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
(504) 581-7979

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on January 17, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Megan R. Brillault
OF COUNSEL
