UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w 18-8071, 18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**     Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**     Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133 c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**     Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

### ORDER

Considering the foregoing *Ex Parte* Motion to Expedite Hearing on the Waste Connections Defendants' Motion for Reconsideration filed by Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.;[1]

**IT IS ORDERED** that the motion is **GRANTED**.

---

[1] R. Doc. 409 (18-7889); R. Doc. 487 (19-11133).

1

**IT IS FURTHER ORDERED** that the deadline for Plaintiffs' opposition is January 22, 2024, at 5:00 p.m.

New Orleans, Louisiana, this 19th day of January, 2024.

*Susie Morgan*
_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**