MINUTE ENTRY
MORGAN, J.
January 24, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**   Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**   **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**   Defendants | **SECTION: "E"(5)** |

*Applies to: Both Cases*

## MINUTE ENTRY

A telephone status conference was held on January 24, 2024, at 9:00 a.m., in the chambers of Judge Susie Morgan.

Present:  Eliza James, counsel for Addison Plaintiffs and Fleming Plaintiffs;

Michael Mims, lead counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;

John DiGiglia, counsel for Defendant, Aptim Corp.; and

Matthew Moghis, counsel for Defendant, Parish of Jefferson.

The parties discussed the status of the case and plans for depositions of minor Plaintiffs.

1

Defendants filed a motion for leave to depose minor Plaintiffs, A.G. and B.G.[1] On January 22, 2024, the Court issued an order granting Defendants' motion and scheduled a status conference for January 24, 2024 to discuss reasonable restrictions to be placed on the depositions of A.G. and B.G.[2]

At the status conference, the parties agreed the depositions will take place by video conference and agreed the minors' parents and counsel will be present with them during the depositions. Defendants agreed to provide Plaintiffs' counsel with topics on which the minor Plaintiffs will be deposed at least 48 hours before the depositions. Defense counsel represented that they do not intend to present exhibits at the depositions but, if they determine exhibits are necessary, they will inform Plaintiffs' counsel of the exhibits at least 48 hours before the depositions.

The Court ordered the depositions shall not take longer than one hour for each minor Plaintiff, but will allow a reasonable extension upon the agreement of both parties.

Plaintiffs' counsel agreed to provide affidavits of the minor Plaintiffs' parents concerning discussions the Plaintiffs had with their parents and counsel in preparation for the depositions.

**New Orleans, Louisiana, this 24th day of January, 2024.**

                                                  _____
                                                     **SUSIE MORGAN**
                                        **UNITED STATES DISTRICT JUDGE**

JS10 (0:13)

---

[1] R. Doc. 432.
[2] R. Doc. 489.