UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff, | **CIVIL ACTION**<br><br>NO. 18-7889<br>    c/w 18-8071,<br>    18-8218, 18-9312 |
| VERSUS | |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants. | SECTION: "E"(5) |
| *Related Case:* | |
| **FREDERICK ADDISION ET AL.,**<br>    Plaintiffs, | **CIVIL ACTION**<br><br>NO. 19-11133 |
| VERSUS | |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants. | SECTION: "E"(5) |
| *Applies to: All Cases* | **JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### EX PARTE MOTION BY WASTE CONNECTIONS DEFENDANTS TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD
### **WITHDRAWING COUNSEL HAVE CONSENTED**

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Waste Connections Defendants") respectfully move this Court for an Order withdrawing Charles Wilmore and Cecilia Grace Vazquez of the law firm Liskow & Lewis and substituting in their place Michael Cash (Bar No. 31655) and Cherrell Simms Taplin (Bar No. 28227) of the law firm Liskow & Lewis, as additional counsel of record on their behalf. **Mr. Wilmore and Ms. Vazquez consent to this motion.** This withdrawal and substitution will not prejudice any party or affect any pre-trial or trial deadlines.

WHEREFORE, Waste Connections Defendants request that this Court issue an Order granting motion to withdraw Charles Wilmore and Cecilia Grace Vazquez as counsel and to substitute Michael Cash and Cherrell Simms Taplin as additional counsel of record.

                                      Respectfully submitted:

LISKOW & LEWIS, APLC

*/s/ Michael C. Mims*
Michael C. Mims (#33991)

*/s/ Michael Cash*
Michael Cash (#31655)

*/s/ Cherrell Simms Taplin*
Cherrell Simms Taplin (#28227)

*/s/ Charles B. Wilmore*
Charles B. Wilmore (#28812)

*/s/ Cecilia Vazquez*
Cecilia Vazquez (#39373)

Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alex Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax: (504) 556-4108

BEVERIDGE & DIAMOND, P.C.
Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400
James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000
Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410

>Austin, TX 78701
>(512) 391-8035
>*Counsel for Defendants Louisiana Regional*
>*Landfill Company, Waste Connections*
>*Bayou, Inc., and Waste Connections US, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

>/s/ *Michael C. Mims*
>Michael C. Mims