**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>              Plaintiff<br><br>**VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>              Defendants | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>     **c/w 18-8071,**<br>     **18-8218, 18-9312**<br><br>**SECTION: "E"(5)** |
| *Related Case:* | |
| **FREDERICK ADDISION ET AL.,**<br>              Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>              Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133**<br><br>**SECTION: "E"(5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## ORDER

Considering the foregoing motion to withdraw and substitute counsel by Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. (the "Waste Connections Defendants");

**IT IS ORDERED** that the motion is **GRANTED**. Charles Wilmore and Cecilia Grace Vazquez are hereby **WITHDRAWN** as counsel of record for the Waste Connections Defendants.

**IT IS FURTHER ORDERED** that Michael Cash (Bar No. 31655) and Cherrell Simms Taplin (Bar No. 28227) are hereby **ENROLLED** as counsel of record for the Waste Connections Defendants.

**New Orleans, Louisiana this 22nd day of February, 2024.**

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**