UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>　　Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>　　Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

**WASTE CONNECTIONS DEFENDANTS' MOTION TO COMPEL
PRODUCTION OF PLAINTIFFS' AIR SAMPLING DATA
\*\* EXPEDITED CONSIDERATION REQUESTED\*\***

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc., through undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(b), respectfully submit this Motion to Compel Production of Plaintiffs' Air Sampling Data, which are being improperly withheld by Plaintiffs. As explained in the accompanying memorandum, the Plaintiffs have withheld highly relevant and discoverable information on entirely unsubstantiated claims of privilege. Additionally, even if Plaintiffs substantiate their privilege claims, the withheld air sampling data is factual information for which exceptional circumstances exist sufficient to support production.

WHEREFORE, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. respectfully pray that the Court grant their motion to compel and order Plaintiffs to produce the requested information.

Respectfully submitted,

LISKOW & LEWIS, APLC

*/s/ Michael C. Mims*
Michael C. Mims (#33991)
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alex Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax: (504) 556-4108

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

-3-

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 19, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

                             /s/ *Michael C. Mims*
                               Michael C. Mims