UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

### DECLARATION OF MICHAEL C. MIMS IN SUPPORT OF THE WASTE CONNECTIONS DEFENDANTS' MOTION TO COMPEL PRODUCTION OF PLAINTIFFS' AIR SAMPLING DATA

I, Michael C. Mims, hereby declare as follows:

1. I am a Shareholder of the law firm Liskow & Lewis, APLC ("Liskow"), and am duly admitted to practice before this Court.

2. Liskow represents the Waste Connections Defendants[1] in the above-referenced litigation and consolidated actions.

3. I submit this Declaration in support of the Waste Connections Defendants' Motion to Compel Production of Plaintiffs' Air Sampling Data. I am fully familiar with the facts set forth herein.

4. Attached hereto as Exhibit A is a true and correct copy of the Waste Connections Defendants' First Set of Requests for Production to Plaintiff Mary Ann Winningkoff, dated May 2, 2023.

---

[1] "Waste Connections Defendants" collectively refers to Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.

5. Attached hereto as Exhibit B is a true and correct copy of Plaintiff Mary Ann Winningkoff's Objections and Responses to Waste Connections' Interrogatories and Request for Production of Documents, dated May 23, 2023.

6. Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' privilege log letter, dated January 5, 2024.

7. Attached hereto as Exhibit D is a true and correct copy of the Waste Connections Defendants' Requests for Admission to Mary Ann Winningkoff, dated December 28, 2023.

8. Attached hereto as Exhibit E is a true and correct copy of Plaintiff Mary Ann Winningkoff's Objections and Responses to the Waste Connections Defendants' Requests for Admissions, dated January 29, 2024.

9. Attached hereto as Exhibit F is a true and correct copy of the emails between Defense Counsel and Plaintiffs' Counsel regarding the Defendants' request for the air sampling data.

10. Attached hereto as Exhibit G is a true and correct copy of Plaintiffs' Supplemental Initial Disclosures, dated May 11, 2023.

11. On March 12, 2024, the Waste Connections Defendants, in good faith, met and conferred with Plaintiffs' counsel on the various contested discovery issues, including the air sampling data.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 19, 2024.

    /s/ Michael C. Mims
    Michael C. Mims