## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>**Plaintiffs** | **CIVIL ACTION** |
| | **NO. 19-11133, c/w 19-14512** |
| **VERSUS** | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL**<br>**COMPANY, ET AL.,**<br>**Defendants** | |
| | **JUDGE: Morgan** |
| *Applies to: All Cases* | **MAGISTRATE JUDGE: North** |

### WASTE CONNECTIONS DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF MARY ANN WINNINGKOFF

Pursuant to Rules 26 and 34 of the Federal Rules for Civil Procedure and the Local Rules of the District Court for the Eastern District of Louisiana, Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company (collectively, the "Waste Connections Defendants") propound the following requests for production on Plaintiff Mary Ann Winningkoff.

### REQUESTS FOR PRODUCTION

The definitions and instructions attached as Appendix A (after the Certificate of Service) apply to these requests for production.

### REQUEST FOR PRODUCTION NO. 1:

All documents that you referred to or relied on in responding to any of the Defendants' interrogatories to you, including any documents identified in your responses thereto.

### REQUEST FOR PRODUCTION NO. 2:

To the extent not already produced, all documents containing general causation information, as identified on pages 5–6 of the Court's First Case Management Order, ECF No. 80.

**REQUEST FOR PRODUCTION NO. 3:**

Any communications you made or content you posted on a social networking website or any other similar websites or social media services, including Facebook, Instagram, Twitter, Nextdoor, Snapchat, TikTok, Reddit, or YouTube, from January 1, 2015, to present.

**REQUEST FOR PRODUCTION NO. 4:**

All communications between you and any Defendant or governmental entity from January 1, 2015, to present, including any confirmations of odor complaints received by phone or through online forms, relating to (i) the Jefferson Parish Landfill or any other alleged source of emissions, including odors, gases, and particulates, (ii) emissions, including odors, gases, and particulates, you experienced in Jefferson Parish, or (iii) the facts, claims, or injuries you allege in this action.

**REQUEST FOR PRODUCTION NO. 5:**

All communications between you and persons involved with or employed by media organizations, including newspapers, radio stations, podcasts, and television stations, from January 1, 2015, to present, relating to (i) the Jefferson Parish Landfill or any other alleged source of emissions, including odors, gases, and particulates, (ii) emissions, including odors, gases, and particulates, you experienced in Jefferson Parish, or (iii) the facts, claims, or injuries you allege in this action.

**REQUEST FOR PRODUCTION NO. 6:**

All communications between you and any other person from January 1, 2015, to present, relating to (i) the Jefferson Parish Landfill or any other alleged source of emissions, including odors, gases, and particulates, (ii) emissions, including odors, gases, and particulates, you experienced in Jefferson Parish, or (iii) the facts, claims, or injuries you allege in this action.

**REQUEST FOR PRODUCTION NO. 7:**

All documents, including any notes, reports, minutes, videos, or descriptions, of any community or neighborhood meeting or meeting of a governmental entity between January 1, 2015, to present, relating to (i) the Jefferson Parish Landfill or any other alleged source of emissions, including odors, gases, and particulates, (ii) emissions, including odors, gases, and particulates, you experienced in Jefferson Parish, or (iii) the facts, claims, or injuries you allege in this action.

**REQUEST FOR PRODUCTION NO. 8:**

Documents showing your residency from January 1, 2015, to present. Such documents may include a deed, a lease or housing agreement, rent receipts, or utility bills. This includes your residency at 47 Donelon Drive, Harahan, Louisiana 70123.

**REQUEST FOR PRODUCTION NO. 9:**

All documents from January 1, 2015, to present, relating to the alleged impact on you or your property of emissions, including odors, gases, and particulates, that you assert originated from the Jefferson Parish Landfill. This includes documents relating to any alleged interference with your use and enjoyment or property, interference with your enjoyment of life, or interference with your quality of life, and documents relating to the dates and locations where you experienced odors.

**REQUEST FOR PRODUCTION NO. 10:**

All documents from January 1, 2015, to present, identifying or relating to a source (known or unknown) of emissions, including odors, gases, and particulates, in Jefferson Parish, other than the Jefferson Parish Landfill, and the alleged impact on you or your property of emissions, including odors, gases, and particulates, from that source, including any alleged interference with

your use and enjoyment or property, interference with your enjoyment of life, or interference with your quality of life.

**REQUEST FOR PRODUCTION NO. 11:**

Photographs of your property where you allegedly experienced emissions, including odors, gases, or particulates, from the Jefferson Parish Landfill. This includes the property located at 47 Donelon Drive, Harahan, Louisiana 70123.

**REQUEST FOR PRODUCTION NO. 12:**

All documents relating to the treatment you sought from a physician, healthcare provider, or other medical professional for physical or mental injury or injuries from January 1, 2015, to present.

**REQUEST FOR PRODUCTION NO. 13:**

All documents relating to or that you will use to support your contention that persons experienced or may have experienced symptoms or an illness caused by onsite exposure to emissions, including odors, gases, and particulates, at the Jefferson Parish Landfill, River Birch Landfill, or Hwy 90 Construction & Demolition Debris Landfill. This includes all documents in the possession of your counsel.

**REQUEST FOR PRODUCTION NO. 14:**

Any consultant or expert reports in your possession or the possession of your counsel relating to emissions, including odors, gases, and particulates, you have smelled at your property or elsewhere in Jefferson Parish.

**REQUEST FOR PRODUCTION NO. 15:**

All documents in your possession relating to any other demand, lawsuit, or worker's compensation claim that you have made or filed or that has been made or filed on your behalf

involving (i) allegations of exposure to emissions, including odors, gases, and particulates, (regardless of the source), or (ii) since January 1, 2015, allegations of the types of injuries you allege in this action.

**REQUEST FOR PRODUCTION NO. 16:**

All documents relating to or that you will use to support your contention that Jefferson Parish Landfill emissions, including odors, gases, and particulates, or any of the Defendants caused your injuries.

**REQUEST FOR PRODUCTION NO. 17:**

Any documents that were the source of the information in your Fact Sheet, including any prior versions of the Fact Sheet with handwritten responses.

**REQUEST FOR PRODUCTION NO. 18:**

All documents, including any retainer or other agreement, relating to the terms of your representation by your lawyers in this case or the funding of this litigation.

**REQUEST FOR PRODUCTION NO. 19:**

All documents relating to your exposure to asbestos or injuries potentially caused by asbestos.

**REQUEST FOR PRODUCTION NO. 20:**

All documents from January 1, 2015, to present relating to repairs at your property at 47 Donelon Drive, Harahan, Louisiana 70123, including due to leaks.

Date: May 2, 2023

Respectfully submitted,

LISKOW & LEWIS, APLC

By:   /s/ Michael C. Mims
        Michael C. Mims (#33991)
        Charles B. Wilmore (#28812)
        J. Hunter Curtis (#39150)
        Alec Andrade (#38659)
        Cecilia Vazquez Wilson (#39373)
        Brady M. Hadden (#37708)
        701 Poydras Street, Suite 5000
        New Orleans, Louisiana  70139
        (504) 581-7979

        BEVERIDGE & DIAMOND, P.C.

        Megan R. Brillault (*pro hac vice*)
        Michael G. Murphy (*pro hac vice*)
        John H. Paul (*pro hac vice*)
        Katelyn E. Ciolino (*pro hac vice*)
        Katrina M. Krebs (*pro hac vice*)
        825 Third Avenue, 16th Floor
        New York, NY 10022
        (212) 702-5400

        James B. Slaughter (*pro hac vice*)
        1900 N Street, NW, Suite 100
        Washington, DC 20036
        (202) 789-6000

        Michael F. Vitris (*pro hac vice*)
        400 W. 15th Street, Suite 1410
        Austin, TX 78701
        (512) 391-8035

        *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all counsel of record by e-mail this 2nd day of May 2023.

/s/ Michael C. Mims
OF COUNSEL

# APPENDIX A

# DEFINITIONS

The following definitions show apply to the requests for production:

1.      "Communicate" or "communication" refers to the transmittal of information by any means, and includes every discussion, conversation, conference, meeting, interview, letter, e-mail, telephone call, voicemail, text message, social media post, or other electronic instant message.

2.      "Complaint" means Plaintiffs' First Amended and Supplemental Omnibus Complaint for Damages and Injunctive Relief, filed July 14, 2020, ECF No. 109, as well as any amendment to that Complaint.

3.      "Concerning" means relating to, referring to, describing, stating, restating, evidencing, evaluating, constituting, addressing, regarding, discussing, mentioning, reflecting, responding to, identifying, pertaining to, about, or being in any way relevant to the given subject.

4.      "Data" means information, including information for reading, storage, or access on a computer.

5.      "Defendants" means the "Waste Connections Defendants," the Parish of Jefferson, and Aptim Corp.

6.      "Document" means any written, printed, typed, recorded, or graphic matter of any kind and shall include the original or a duplicate and all non-duplicate copies and all drafts thereof, which presently are or have been in the actual or constructive possession, custody, or control of Plaintiffs or their counsel, or which have been otherwise available to Plaintiffs, in paper, electronic, or other recording medium, including correspondence, letters, memoranda, telephone messages, logs, delivery invoices, sales receipts, notes, Internet search results, electronic mail (e-mail) correspondence and any electronic document or data attached thereto (attachments), bookmarked

WebPages, Internet or social media communication and posts (including on Nextdoor, Facebook, Twitter, Instagram, Reddit, and other social media and social messaging platforms, and including any posts in private groups or message rooms), reports, files, books, records, agreements, applications, manuals, guidelines, pamphlets, telegrams, telexes, wires, and other communications sent or received, print-outs, diary entries, calendars, tables, archive, calculations, maps, charts, graphs, plot plans, surveys, blueprints, diagrams, recommendations, work papers, summaries, minutes, digests, and other records or recordings of any conferences, meetings, visits, interviews, telephone conversations, and financial or statistical data, analyses, surveys, transcripts or testimony or written statements, affidavits, or printed matter. The term "document" shall also include every other means by which information is recorded, stored, or transmitted including tape recordings, microfilms, microfiche, data compilations, chromatographs, hard disks, floppy disks, social media posts, data processing and computer records, however produced or reproduced, and the written information necessary to understand and use such material. The term "document" shall also include all photographs, films, slides, audio recordings, video recordings, and tapes, however produced or reproduced. The term "non-duplicate copy" means any copy which is not a precise duplicate of its original, such as any copy with marks or notation or any type of description which are not reflected in the original. The term "document" shall also include all records created by, received on, or kept on a computer, mobile device or telephone, or tablet computer.

      7.     "Emissions" means any airborne substance discharged from any source, including odors, fumes, gases, chemicals, toxins, dust, particulates, and particles.

      8.     "Fact Sheet" means your completed Plaintiff Fact Sheet required by the Court's December 12, 2019 Order, ECF No. 85, including any supplemental or amended Fact Sheets and

any corrections to the Fact Sheet you produced. A copy of your Fact Sheet and any supplemental or amended Fact Sheets and corrections thereto is attached as Appendix B .

9.      "Governmental entity" means any local, state, or federal government; any department, agency, committee, council, or other subdivision thereof; or any representative, agent, or employee thereof.

10.      "Hwy 90 Construction & Demolition Debris Landfill" means the landfill located at 5000 Highway 90 West, Avondale, Louisiana 70094.

11.      "Including" means including but not limited to.

12.      "Jefferson Parish" means the Parish of Jefferson, Louisiana.

13.      "Jefferson Parish Landfill" means the landfill located at 5800 Highway 90 West, Avondale, Louisiana.

14.      "Person" means any natural or legal entity, including any person, business, or governmental entity or association.

15.      "Relating to" means relating to, concerning, comprising, alluding to, connected with, commenting on, with respect to, about, resulting from, embodying, explaining, supporting, showing, analyzing, setting forth, in respect of, referring to, describing, evidencing, constituting, containing, identifying, stating, dealing with, reflecting, bearing upon, addressing, respecting, regarding, discussing, mentioning, responding to, pertaining to, to do with, or being in any way relevant to the given subject.

16.      "River Birch Landfill" means the landfill located at 2000 S Kenner Avenue, Avondale, Louisiana 70094.

17.      "Waste Connections Defendants" means Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company.

3

18.     "You" or "your" shall mean the individual Plaintiff responding to these discovery requests, and counsel, experts, investigators, or other persons acting on Plaintiff's behalf.

## REQUESTS FOR PRODUCTION INSTRUCTIONS

The following instructions shall apply to all of the requests for production:

1.     The connectives "and" and "or" shall both mean "and/or" and be construed either disjunctively or conjunctively as necessary to bring within the scope of the requests for production all responses that might otherwise be construed to be outside of its scope.

2.     The use of the singular form includes the plural, and the use of the plural form includes the singular.

3.     Reference to particular types of documents or facts is not intended to change or waive any definition set forth above.

4.     Respond to each request for production. If your response to a specific request for production is "none" or "unknown," please write "none" or "unknown" as your response.

5.     If you believe that any request for production or some portion thereof is ambiguous or otherwise unclear, identify the language that you deem to be ambiguous or unclear and explain what construction of that language you are using in answering the request for production.

6.     Produce social media content as allowed by the social media platform. For example, the following social media platforms provide the linked instructions for downloading an authentic copy of your social media data:

   a.   Facebook: https://www.facebook.com/help/212802592074644

   b.   Instagram: https://help.instagram.com/181231772500920

   c.   Twitter:     https://help.twitter.com/en/managing-Your-account/how-to-download-Your-twitter-archive.

7.  If you claim that any document that is required to be identified by you in response to any of these requests for production is protected from disclosure by a privilege or immunity, you are directed to:

    a.  Identify the portion of the request to which the document is responsive;

    b.  Identify the title and general subject matter of each document;

    c.  State the date of each document;

    d.  Identify the person(s) who participated in its preparation;

    e.  Identify the person(s) who signed it, or over whose name it was issued;

    f.  Identify the addressee(s) and all recipients of the document;

    g.  State the nature and substance of the document with sufficient particularity to enable it to be identified; and

    h.  State the nature of the privilege or immunity claimed.

8.  If you claim that any document that is responsive to any request for production is no longer in your control for any reason, including any documents that have been destroyed, you are directed to:

    a.  State the reason why the document is no longer in your control;

    b.  Identify the portion of the request to which the document is responsive;

    c.  Identify the title and general subject matter of each such document;

    d.  State the date of each document;

    e.  Identify all persons who participated in its preparation;

    f.  Identify the person(s) who signed it, or over whose name it was issued;

    g.  State the nature and substance of the document with sufficient particularity to enable it to be identified;

    h.  State the date the document left your control; and

    i.  Identify the name, address, and title of the person(s) who has control of the document.

9.    Each of the requests for production shall be deemed a continuing request up to and until the time of final judgment in this action.

# APPENDIX B

1   Ictech-Bendeck v. Waste Connections Bayou, Inc., et al, 2:18-cv-07889-SM-MBN
2   Addison, et al. v. Louisiana Regional Landfill Company, et al, 2:19-cv-11133-SM-MBN
3   U.S. District Court, Eastern District of Louisiana

4 <u>**PLAINTIFF FACT SHEET**</u>

5
6 **<u>DEFINITIONS AND INSTRUCTIONS</u>**

7     A. "Emissions" means any airborne substance from any source and includes, but is not
8        limited to, odors, fumes, gases, chemicals, toxins, dust, and particles.

9     B. "JP Landfill Emissions" means any Emissions that you believe have emanated from the
10      Jefferson Parish Landfill ("JP Landfill") located in Waggaman, Louisiana.

11    C. A "healthcare provider" includes physicians, nurses, physician's assistants, laboratory
12      technicians, psychologists, pharmacists, social workers, counselors, clinics, medical
13      institutions, hospitals, and laboratories.

14    D. If You do not know the information sought in a question, answer to the best of Your
15      knowledge, information, and/or belief, and so qualify Your answer.

16 **<u>Section 1: Plaintiff's Personal Information</u>**

17 Salutation: ☐Mr. ☒Ms. ☐Other: ___ Plaintiff's full name: Mary Ann S. Winningkoff

18 Current physical address: 47 Donelon Dr. Harrahan La 70123

19 Date of Birth: 3/9/44 ; Marital Status: widow ; Name of spouse: Adam: 5/17/18

20 Names and dates of birth of your children: _____

21 Kim T. Dixon: 3/31/65

22 Lisa T. White: 12/03/67

23 Sheri t Theriot: 4/27/73

24

25

26

27 Are you completing this fact sheet in a representative capacity? ☒Yes ☐No; If yes, state your
28 name and in what capacity you are representing Plaintiff? (e.g., curator, executor, tutor, parent);
29 Your name: _____; Capacity:_____

30

31 For any other Plaintiffs residing at the same address as you, please list their names and relation to
32 you:_____

33

34

35 _____

36 Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☒Yes
37 ☐No; If yes, identify the service(s) and your username/handle:_____

38 Facebook: Mary Ann Winningkoff_____

39

40 Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41 emissions encountered at your home or place of employment? ☐Yes ☒No; if yes, please
42 describe who you settled with, the amount, and the nature of the dispute: _____

43 _____

44

45 **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46 2015? ☒Yes ☐No

47 Are you making a claim in connection with a specific home or property? ☒Yes ☐No If so,
48 identify all properties that you have ever owned or at which you have ever resided that you
49 believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50 please indicate whether you ever owned or rented the property, the approximate dates, if any,
51 that you owned the property, and the approximate dates you resided, if any, at the property (or
52 indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 47 Donelon Dr Harahan La 70123 | ☒Own ☐Rent☐N/A | 12/05 - present | 12/05 - present |
| | ☐Own ☐Rent☐N/A | | |
| | ☐Own ☐Rent☐N/A | | |

53 Are you making a claim in connection with a property that you have never owned and never
54 resided at? ☐Yes ☒No; If yes, identify the property and provide a brief description of the harm
55 you have suffered in connection with the property:_____

56 _____
57 _____
58 _____

59

60 Have you had any testing or laboratory analysis performed to determine the presence of JP
61 Landfill Emissions at any of the properties associated with your claim? ☐Yes ☒No; If yes:

62 Who did the testing? _____ When was the property tested?_____

63 Have you been exposed to JP Landfill Emissions at locations other than a place you resided?
64 ☒Yes ☐No; If Yes, identify the location of exposure and provide a brief description of the harm
65 you have suffered in connection with the exposure:_____

66 _ River Ridge Church _____

67

68 Fill in the table below to indicate which seasons and years you smelled JP Landfill Emissions at
69 your residence and how many days per week you typically smelled JP Landfill Emissions at your
70 residence during those times (i.e., did you smell it about once per week or more often?).

| Season/Year (approximately) | Did you smell JP Landfill Emissions at your residence during this time? | About how many days per week did you typically smell JP Landfill Emissions at your residence during this time? (select one) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Summer 2017 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Fall 2017 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Winter 2017/2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Spring 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Summer 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Fall 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Winter 2018/2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Spring 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Summer 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Fall 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Winter 2019/2020 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |

71 If further explanation of your responses in the table above is needed, including the number of
72 days, please explain:

73 _____

74

75 Did you smell JP Landfill Emissions at your home prior to Summer 2017? ☐Yes ☒No; if yes,
76 provide the approximate months/years and how often you smelled JP Landfill Emissions at your
77 home prior to Summer 2017:_____

78

79 Since January 2015, what types of odors have you encountered at your residence? Check all that
80 apply: ☐ chemical smell ☒ petroleum odor ☐ rotten egg ☐ ammonia smell ☐ garbage smell
81 ☐Other(s):__ sulfur _____ ;

82   If you checked more than one type of odor, which type of odor have you encountered at your
83   residence most frequently since January 2015? _____

84

85   Have you ever encountered any dust or particulates (e.g., "snow," fine dust in air, dust layer on
86   top of cars, etc.) at your residence since January 2015? ☐Yes ☒No; if yes, how often? _____

87

88   **Section 3: Personal Injury:** are you making a claim for physical injury or mental injury (i.e.,
89   mental anguish, anxiety and/or emotional distress) from exposure to JP Landfill Emissions since
90   Jan. 1, 2015? ☒Yes ☐No; if yes, complete the questions below; if no, leave Section 3 blank
91   and proceed to Section 4.

92   Describe the physical or mental injury(ies) you believe were caused by JP Landfill Emissions:
93   __Eye irritation and swelling_____

94   ___Migraine headaches_____

95   ___Trouble breathing_____

96   ___Tight chest_____

97   _____

98

99    For each physical or mental injury(ies) identified, indicate the approximate first date that you
100   believe JP Landfill Emissions caused such injuries and indicate the most recent date you
101   experienced such injury (e.g., "headaches, Sept. 2017 – Jan. 2018"): _____
102   __Headaches: 2017 - present_____

103   __Eyes: 2017 - presernt_____

104   __Trouble breathing: 9/18_____

105   _____

106   _____

107

108   Have you sought treatment from a healthcare provider for the physical or mental injury(ies) you
109   believe were caused by exposure to JP Landfill Emissions? ☒Yes ☐No; If yes:

110   For each of the physical or mental injury(ies) noted above, please indicate each physical
111   injury for which you received treatment from a healthcare provider: _____
112   _____

113   _____

114   _____

115

116   Identify the healthcare provider(s) and his/her address(es) who provided each such treatment
117   received:  Ochsner Urgent Care- 9605 Jefferson Hyw G River Ridge LA 70123_____ ;

118    Dr. Cangilosi,_____

119    _____

120    _____

121

122    At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
123    Medical Records for each healthcare provider indicated in lines 116-120 above; *see* Exhibit
124    A;

125    For each physical or mental injury(ies) identified in lines 110-114, have you ever suffered from
126    the same or similar condition prior to January 1, 2015? ☒Yes ☐No; If yes, please indicate:

127    Which conditions and the approximate dates you first experienced those conditions prior to
128    January 1, 2015: _____

129        Had eye irriation and allergies to cats- the swelling was never that bad_____

130    _____

131    _____

132    _____

133

134    The healthcare provider(s) and his/her address(es) who provided treatment for any such
135    injury:__n/a_____

136    _____

137    _____

138    _____

139

140    At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
141    Medical Records for each healthcare provider indicated in lines 134-138 above; *see* Exhibit
142    B (if applicable, it is not necessary to complete Exhibit A and Exhibit B for the same
143    healthcare provider; only Exhibit B must be completed);

144    Have medications ever been prescribed to treat the physical or mental injury(ies) you believe
145    were caused by exposure to JP Landfill Emissions? ☒Yes ☐No; If yes:

146    Indicate the name of each of the medications prescribed: _____;

147    __Azelastine, Fluticasone, Propionate eye drop, lacrimal tubes_____

148    _____

149    _____

150

151    Identify the name and addresses of the pharmacy(ies) where such prescription medications
152    were filled:__Wallgreens - 9705 Jefferson Hyw. River Ridge La 70123_____;

153 _____

154 _____

155 _____

156     At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of

157 Pharmacy Records for each pharmacy indicated in lines 151-155 above; *see* Exhibit C

158 Have you been on Medicare at any time from January 1, 2005 to the present? ☒Yes ☐No

159     If yes, at the end of this Plaintiff Fact Sheet, *complete and sign* a Medicare Authorization

160 Form; *see* Exhibit D.

161 **Section 4: Lost Wages or Loss of Earning Capacity:** are you making a claim for "lost wages"

162 or "loss of earning capacity" you believe was caused by JP Landfill Emissions? ☐Yes ☒No; if

163 yes, complete the questions below; if no, leave Section 4 blank and proceed to Section 5.

164 For any employment for which you have lost wages, provide the following:

| **Employer name and address** | **Your position** | **Appx. dates of missed work** |
|---|---|---|
| | | |
| | | |
| | | |

165 Indicate your belief, to the best of your ability, of the amount of wages you have lost due to JP

166 Landfill Emissions as of the present date:_____

167 Are you making a claim for "loss of future earning capacity" you believe was caused by JP

168 Landfill Emissions? ☐Yes ☒No; If yes, describe how you believe your capacity to work in the

169 future has been affected by JP Landfill Emissions: _____

170 _____

171 _____

172 _____

173

174 **Section 5: Effect on the use of the home:** list the ways and indicate how frequently the JP

175 Landfill Emissions have affected your ability to use or enjoy your home since Jan. 1, 2015, if at

176 all:

177   Had to close up drains because the smell was comig from the drains. Unable to have guests

178 over or have a party. Unable to sit out in yard or on patio, had to run outside and back in for

179   simple tasks ( mail or garbage_. Unable to garden or walk dog.

180 _____

181 _____

182 _____

183 _____

184 _____

185 _____

186

187 How frequently?  All the time _____

188 _____

189

190 **Section 6: Physical Damage to Property:** are you making a claim for "physical damages to
191 home" you believe was caused by JP Landfill Emissions since Jan. 1, 2015? ☐ Yes ☒ No; if yes,
192 complete the questions below; if no, leave Section 6 blank and proceed to Section 7.

193 Address of property(ies) affected:_____

194 Describe the physical damages to home that you believe have been caused by the JP Landfill
195 Emissions_____.

196 _____

197 _____

198 _____

199 _____

200 _____

201

202 Do you have any photos/videos of such "physical damages to home" to your home? ☐ Yes ☐ No

203 Do you have any inspection reports indicating such "physical damages to home"? ☐ Yes ☐ No

204 Do you have any invoices, bills, receipts, or estimates for the repair or replacement of such
205 "physical damages to home"? ☐ Yes ☐ No

206

207 **Section 7: Diminution Of Property Value**

208 Are you asserting a claim for **"diminution of property value"** that you believe was caused by
209 JP Landfill Emissions since Jan. 1, 2015? ☒ Yes ☐ No; if yes, complete the questions below; if
210 no, leave Section 7 blank and proceed to Section 8.

211 Address of property(ies) affected: 47 Donelon Dr. Harrahan La 70123

212 Indicate the approximate dollar amount of damages you believe you have suffered as of the
213 present date related to your "diminution of property value claim:" $ TBD

214 Describe how you learned that your property suffered a decrease in value: personal observation
215 _____

216 How much did you pay for the property(ies) when you acquired it? $_____

217 Since Jan. 1, 2015 to the present, has your property been appraised? ☐ Yes ☒ No;

218  Since Jan. 1, 2015 to the present, have you have ever tried to sell your affected property(ies)?
219  ☐Yes ☑No; if yes, then:

220      Indicate the approximate date range that you tried to sell such property(ies):_____

221      Indicate the asking price for each time you tried to sell the property(ies):_____

222      Did you list the property with a realtor? ☐Yes ☐No

223      Did you receive any offers to purchase your property? ☐Yes ☐No

224  Since Jan. 1, 2015 to the present, have you sold the property for which you are making a
225  "diminution of property value claim?" ☐Yes ☑No; if yes:

226      Date that you sold such property:_____; Sale price for such property:_____;

227

228  **Section 8: Sources of Exposure**

229  From Jan. 1, 2015 to the present, do you believe you have been exposed to Emissions from a
230  source(s) that is/are not the JP Landfill? ☐Yes ☑No ☐Don't know; if yes, complete the
231  questions below; otherwise, leave Section 8 blank and proceed to Verification.

232      What types of sources of Emissions do you believe you have been exposed to since Jan. 1,
233      2015? Check all that apply: ☐Chemical plants ☐Oil refineries ☐Waste water treatment
234      plants ☐Barge loading/unloading ☐Other landfills; if you can describe the source(s), identify
235      it here:_____

236

237  **Verification:** I declare under penalty of perjury that I have carefully reviewed the final responses
238  to this Plaintiff Fact Sheet and that all of the information provided is true and correct to the best
239  of my knowledge, information and belief.

240

241  Signature: _Mary Ann S. Winninghoff_ ; Date _1/12/2020_

Plaintiff's Full Name:    Winningkof, Mary Ann          Deficiency Report and Deficiency Correction Form Date/Time: August 14, 2020 12:45 PM

Plaintiff's Unique ID:       766

| Section | Section 1 | | | |
|---|---|---|---|---|
| **Requested Information** | **Description of Deficiency** | **Plaintiff's Entry** | **Notes Regarding Deficiency** | **Plaintiff's Corrected PFS Entry** |
| Are you completing this fact sheet in a representative capacity (Line27)? | (27) Plaintiff Marked Yes But Plaintiff is an Adult | Yes | Plaintiff signed page 8 in own capacity.  Clarify if PFS was completed in a representative capacity. | change to "no" |

| Section | Section 2 | | | |
|---|---|---|---|---|
| **Requested Information** | **Description of Deficiency** | **Plaintiff's Entry** | **Notes Regarding Deficiency** | **Plaintiff's Corrected PFS Entry** |
| If you checked more than one type of odor, which type of odor have you encountered more frequently (Line 83)? | (82-83) Answer Must be Only One of the Smells Noted Above, Not Multiple Smells | | Plaintiff identified 2 odors and is therefore required to answer the question of which odor was encountered more frequently. | petroleum odor |

| Section | Section 3 | | | |
|---|---|---|---|---|
| **Requested Information** | **Description of Deficiency** | **Plaintiff's Entry** | **Notes Regarding Deficiency** | **Plaintiff's Corrected PFS Entry** |
| End Date of Injury (Line 101): | (101) End Date of Injury is Missing | | Re: Trouble Breathing | to present |

| Section | Medications | | | |
|---|---|---|---|---|
| **Requested Information** | **Description of Deficiency** | **Plaintiff's Entry** | **Notes Regarding Deficiency** | **Plaintiff's Corrected PFS Entry** |
| Name of Medication | (146-147) Answer is Non-Responsive | | Lacrimal tubes is a procedure, not a medication. | medications were prescribed in association with lacrimal tubes |

| Section | Section 7 | | | |
|---|---|---|---|---|
| **Requested Information** | **Description of Deficiency** | **Plaintiff's Entry** | **Notes Regarding Deficiency** | **Plaintiff's Corrected PFS Entry** |
| Dollar amount of damages you believe you suffered (Lines 212-213)? | (212-213) Answer is Non-Responsive | TBD | Question asks for a dollar amount. | TBD- to be supplemented in accordance with orders of the court and federal rules of civil procedure |
| How much did you pay for the property when you acquired it (Line 216 - Total purchase + improvements)? | (216) Dollar Amount Paid for Property is Missing | | Plaintiff failed to asnwer the question. | $265,000 |

End of Winningkof, Mary Ann  Deficiency Report and Deficiency Correction Form