

FORREST CRESSY JAMES
ATTORNEYS AT LAW

January 5, 2024

Ms. Katrina Krebs
Beveridge and Diamond
825 Third Avenue
16th Floor
New York, New York 10022
kkrebs@bdlaw.com

**SENT VIA E-MAIL**

      Re:    Privilege Log- Jefferson Parish Landfill Litigation;
                  *Addison et al. v. Louisiana Regional Landfill Co. et al*.; EDLA Case No.:
                  19-11133 c/w 19-cv-14512

Dear Ms. Krebs:

Pursuant to your email correspondence dated December 29, 2023, please consider this letter as the privilege log for Trial Plaintiffs' documents responsive to RFP No. 18 and 19.

Plaintiffs maintain their position that a privilege log is not necessary for these documents under Rule 26 and prior Case Management Orders. As stated in my email correspondence dated December 19, 2023, the purpose of the privilege log is to give you enough information to evaluate the privilege asserted. With regards to the documents withheld, Defendants are aware of exactly what the documents are, and the contents thereof. RFP 18 seeks drafts of PFS. PFS are treated as Interrogatories. Therefore, any draft are, by definition, work product.

With regards to RFP. 19, and as we discussed at the meet and confer, withholding our retainer contracts in a mass action based on relevancy is proper. However, in an interest of cooperation the following information is provided:

**RFP No. 18:**

Plaintiffs are withholding the following responsive documents based on attorney-client privilege and work-product privilege.

| Date of Document | Trial Plaintiff | Document Description |
| --- | --- | --- |

1222 annunciation street                                      byron M. forrest
New Orleans, Louisiana 70130                   nicholas V. Cressy    OF COUNSEL
T. 504 .605. 0777                                          s. Eliza James        Charles M. Raymor
F. 504. 322. 3884.                                           Eric Hamilton         HARRY C. GRAHAM

| | | |
|---|---|---|
| 01.11.2020 | Lewis, Vernice | Draft PFS completed with the assistance of counsel. |
| 01.10.2020 | Meyers, Stanley | Draft PFS completed with the assistance of counsel. |
| 01.11.2020 | Thompson, Terrance | Draft PFS completed with the assistance of counsel. |
| 01.11.2020 | Thompson, Tyrone | Draft PFS completed with the assistance of counsel. |
| 01.12.2020 | Winningkoff, Mary Ann | Draft PFS completed with the assistance of counsel. |
| 04.12.2021 | Tate, Jonathan | Draft PFS completed with the assistance of counsel. |
| 01.11.2020 | Green, Geneva | Draft PFS completed with the assistance of counsel. |

Plaintiffs are not currently able to locate any documents responsive to RFP. No. 18 for Plaintiffs Wendy Gremillion, Scott Gremillion, Adelyn Gremillion, Braxton Gremillion, and Reshaun Richardson.

**RFP. No. 19:**

Plaintiffs asserted objections of relevance, in addition to attorney-client privilege to RFP No. 19. RFP No. 19 seeks Trial Plaintiffs retainer contracts.

Undersigned counsel avers that there are retainer contracts for each Trial Plaintiff. Counsel further avers there are no funding agreements responsive to RFP. No. 19 for any Trial Plaintiff.

Regards,

S. Eliza James