UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs | **CIVIL ACTION** NO. 19-11133, c/w 19-14512 |
| **VERSUS** | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants | **JUDGE: Morgan** **MAGISTRATE JUDGE: North** |

**WASTE CONNECTIONS DEFENDANTS'**
**REQUESTS FOR ADMISSION TO MARY ANN WINNINGKOFF**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company propound the following Requests for Admission to Plaintiff Mary Ann Winningkoff.

**DEFINITIONS**

The following definitions shall apply to these discovery requests:

1. "Jefferson Parish Landfill" means the landfill located at 5800 Highway 90 West, Avondale, Louisiana.

2. "Relating to" means relating to, concerning, comprising, alluding to, connected with, commenting on, with respect to, about, resulting from, embodying, explaining, supporting, showing, analyzing, setting forth, in respect of, referring to, describing, evidencing, constituting, containing, identifying, stating, dealing with, reflecting, bearing upon, addressing, respecting, regarding, discussing, mentioning, responding to, pertaining to, to do with, or being in any way relevant to the given subject.

3. "You" or "Your" shall mean the individual Plaintiff responding to these discovery requests, and counsel, experts, investigators, or other persons acting on Plaintiff's behalf.

1

4. "Relevant time period" means July 1, 2017 through December 31, 2019.

## REQUESTS FOR ADMISSION

1. Admit that neither You nor Your attorneys have ever conducted air sampling or monitoring, including but not limited to monitoring for the presence of hydrogen sulfide, at locations offsite of the Jefferson Parish Landfill during the Relevant Time Period.

2. Admit that neither You nor Your attorneys have ever conducted air sampling or monitoring, including but not limited to monitoring for the presence of hydrogen sulfide, at any place where You have resided during the Relevant Time Period.

Respectfully submitted,

LISKOW & LEWIS, APLC

By: /s/ Michael C. Mims
Michael C. Mims (#33991)
Charles B. Wilmore (#28812)
J. Hunter Curtis (#39150)
Alec Andrade (#38659)
Cecilia Vazquez Wilson (#39373)
Brady M. Hadden (#37708)
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
(504) 581-7979

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all counsel of record by e-mail this 29th day of December 2023.

/s/ Michael C. Mims
    OF COUNSEL