## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>**Plaintiffs** | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512** |
| **VERSUS** | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL**<br>**COMPANY, ET AL.,**<br>**Defendants** | **JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### PLAINTIFF MARY ANN WINNINGKOFF'S OBJECTIONS AND RESPONSES TO THE WASTE CONNECTION DEFENDANTS' REQUEST FOR ADMISSIONS

Pursuant to the 12th Case Management Order, Plaintiff Mary Ann Winningkoff ("Plaintiff or "Ms. Winningkoff"), makes the following objections and responses to Defendants' Request for Admissions as follows:

### GLOBAL OBJECTIONS

Defendant has engaged in scorched earth discovery, acting to increase the expense and burden of the Plaintiff.  The discovery sought is not proportional to the needs of the case, and is duplicative in that it requests the same information from members of the same household, and/or requests information known to Defendants through Plaintiff's prior deposition testimony and/or their Plaintiff Fact Sheet ("PFS"). By serving Request for Admissions in this fashion, Defendant is requiring Plaintiff to expend unnecessary time and resources to respond to each discovery response separately, despite having already questioned each Plaintiff (extensively and under oath on the same topics.

### REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that neither You nor Your attorneys have ever conducted air sampling or monitoring, including but not limited to monitoring for the presence of

hydrogen sulfide, at locations offsite of the Jefferson Parish Landfill during the Relevant Time Period.

## OBJECTIONS AND RESPONSE TO REQUEST FOR ADMISSION NO. 1:

Plaintiff objects to Request for Admission as it is vague and overbroad in failing to define "air sampling" or "air monitoring" and locations "offside of the Jefferson Parish Landfill." Plaintiff further objects as the definition of "You and Your" as it broadly and improperly defines these terms to include "counsel, experts, investigators or any other person acting on Plaintiff's behalf." Plaintiff further objects to this Request for Admission as being duplicative. in that it requests the same information known to Defendants through Plaintiff's prior deposition testimony, responses to Interrogatories and Request for Production, and/or their Plaintiff Fact Sheet ("PFS").

In further answer and without waiving the foregoing objections, Request for Admissions No. 1 is denied as written.

## REQUEST FOR ADMISSION NO. 2:

Admit that neither You nor Your attorneys have ever conducted air sampling or monitoring, including but not limited to monitoring for the presence of hydrogen sulfide, at any place where You have resided during the Relevant Time Period.

## RESPONSE TO REQUEST FOR ADMISSION NO. 2:

Plaintiff objects to Request for Admission as it is vague and overbroad in failing to define "air sampling" or "air monitoring" Plaintiff further objects as the definition of "You and Your" as it broadly and improperly defines these terms to include "counsel, experts, investigators or any other person acting on Plaintiff's behalf." Plaintiff further objects to this Request for Admission as being duplicative in that it requests information known to Defendants through Plaintiff's prior deposition testimony, responses to Interrogatories and Request for Production, and/or their Plaintiff Fact Sheet ("PFS").

In further answer and without waiving the foregoing objections, Request for Admissions No. 2 is denied as written.

Date: January 29, 2024

**Respectfully submitted,**

**FORREST CRESSY & JAMES, LLC**

/s/ S. Eliza James

_____
Byron Forrest (La. Bar No. 35481)
Nicholas Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
1222 Annunciation Street
New Orleans, Louisiana 70130
Eliza@fcjlaw.com
Tele: 504.605.0777
Fax:  504.322.3884

OF COUNSEL:
C. Allen Foster (Admitted *Pro Hac Vice*)
Eric C. Rowe (Admitted *Pro Hac Vice*)
James Jeffcoats (Admitted *Pro Hac Vice*)
Harry Johnson (Admitted *Pro Hac Vice*)
**WHITEFORD   TAYLOR   PRESTON, LLP**
1800 M Street, NW
Suite 450N
Washington, DC 20036
(202) 659-6800

Masten Childers, III (Admitted *Pro Hac Vice*)
Lesley Cayton (Admitted *Pro Hac Vice*)
Aaron M. Oppegard (Admitted *Pro Hac Vice*)
**WHITEFORD   TAYLOR   PRESTON, LLP**
161 North Eagle Creek Drive
Suite 210

Lexington, KY 40509
Phone: (859) 687-6699
Fax: 859-263-3239

*Counsel For Addison Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel of record by e-mail this 29th day of January 2024.

/s/ S. Eliza James

4