## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**     **Plaintiff** | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312** |
| **VERSUS** | |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**     **Defendants** | **SECTION: "E" (5)** |
| *Related Case:* | **CIVIL ACTION** |
| **FREDERICK ADDISON, ET AL.,**     **Plaintiffs** | **NO. 19-11133, c/w 19-14512** |
| **VERSUS** | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**     **Defendants** | **JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |
| *Applies to: Both Cases* | |

## <u>PLAINTIFFS' RULE 26(a) INITIAL DISCLOSURES</u>

The following disclosures are made based on the information reasonably available to the initial trial plaintiffs (the "Trial Plaintiffs") as of the date hereof. Accordingly, Plaintiffs reserve all rights, consistent with Federal Rule of Civil Procedure 26(e), to modify, amend, and/or supplement the disclosures made herein as additional evidence and information become available.

By making these disclosures, Plaintiffs do not represent that they are identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Rather, these disclosures represent a good faith effort to identify information they reasonably believe at this time that they may use to support their claims or defenses, as required by Rule 26(a)(1). Plaintiffs do not waive their rights to object to the production of any document or tangible thing disclosed herein on the basis of any privilege, the work product doctrine, relevancy, undue burden, or any other valid

1

objection. Nor do Plaintiffs waive their right to object to any further discovery request or demand

for additional disclosures on the basis of any privilege, the work product doctrine, relevancy, undue

burden, or any other valid objection.

**(A)      Rule 26 (a)(1)(A)(i) – Disclosures with Respect to the Initial Plaintiffs**:  The name and,

if known, the address and telephone number of each individual likely to have discoverable

information—along with the subjects of that information – that the disclosing party may use to

support his or her claims or defenses, unless the use would be solely for impeachment.

1.  **All Plaintiffs**
    By and through their attorneys of record:

    Byron M. Forrest
    Nicholas V. Cressy
    S. Eliza James
    Forrest Cressy & James, LLC
    1222 Annunciation Street
    New Orleans, Louisiana 70130
    Phone: 504-605-0777

    C. Allen Foster (admitted *Pro Hac Vice*)
    Eric Rowe (admitted *Pro Hac Vice*)
    Whiteford Taylor & Preston, LLP
    1800 M Street NW
    Suite 450N
    Washington, DC 20036
    Phone: 202-659-6761

    Masten Childers III (admitted *Pro Hac Vice*)
    Lesley Cayton (*Pro Hac Vice* forthcoming)
    Aaron Oppegard (*Pro Hac Vice* forthcoming)
    Whiteford Taylor & Preston, LLP
    161 N. Eagle Creek Dr. Suite 210
    Lexington, Kentucky 40509
    Phone: 859-687-6700

1.  **Trial Plaintiffs and their supporting witnesses.**  The following Trial Plaintiffs and
    their fact witnesses will testify regarding their claims, including, but not limited to,
    personal injury claims, the effect of the malodors emanating from the landfill, and their
    loss of quality of life and loss of use and enjoyment of their property (see Damages
    *infra*).

a. **Geneva Green**
205 Cabinet Drive
Avondale, LA 70094

   i. Roberto Obando-Rivera
   426 Oak Street
   Belle Chasse, LA 70037
   Can be contacted through undersigned counsel.
   SUBJ: Will corroborate Ms. Green's testimony regarding the conditions at
   her residence during the relevant time period, as well as Plaintiff's
   obervations onsite at the Jefferson Parish Landfill during the relevant time
   period.

b. **Gremillion Family** (Scott, Wendy, Adelyn, and Braxton)
509 Beacon Shores Drive
Seneca, SC 29672

   i. Gerard Hebert
   452 Upstream Street
   River Ridge, LA 70123
   Can be contacted through undersigned counsel.
   SUBJ: Will corroborate the Gremillions' testimony regarding the conditions
   at their residence and in the community during the relevant time period.

   ii. Heather Adams (Co-Plaintiff)
   2029 Generes Drive
   River Ridge, LA 70123
   Can be contacted through undersigned counsel.
   SUBJ: Will corroborate the Gremillions' testimony regarding the conditions
   at their residence and in the community during the relevant time period.

   iii. Terez Harris
   504-862-0100
   SUBJ: Will corroborate the Gremillions' testimony regarding the sale of their
   home.

c. **Vernice Lewis Family** (Vernice Lewis, Tyrone Thompson, Terrance Thompson)
1116 South Starrett Road
Metairie, LA 70003

   i. Roshonda Thompson (Co-Plaintiff)
   Can be contacted through undersigned counsel.
   SUBJ: Will corroborate the testimony of Ms. Lewis, Mr. Tyrone
   Thompson, and Mr. Terrance Thompson regarding the conditions at
   their home during the relevant time period.

d.  **Stanley Meyers**
    1041 Magnolia Dr., Apt A
    Westwego, LA 70094

    i.  Stephanie Brooks (Co-Plaintiff)
        2100 Sawmill Road
        Apt. 12-101
        River Ridge, LA 70123
        Can be contacted through undersigned counsel.
        SUBJ: Will corroborate Mr. Meyers' testimony regarding the conditions at
        his residence during the relevant time period.

e.  **Reshaun Richardson**
    3020 Sam Lenox St.
    Jefferson, LA 70121

    i.  Helena Jefferson
        3020 Sam Lenox St.
        Jefferson, LA 70121
        504-944-4043
        SUBJ: Will corroborate Ms. Richardson's testimony regarding the
        conditions at her residence during the relevant time period.

    ii.  Douglas Brown
         To be supplemented upon receipt.
         SUBJ: Will corroborate Ms. Richardson's testimony regarding the
         conditions at her residence during the relevant time period.

f.  **Andrew Section**
    537 George St.
    Avondale, LA 70094

    i.  Janet McKeel  (Co-Plaintiff)
        537 George St.
        Avondale, LA 70094
        Can be contacted through undersigned counsel.
        SUBJ: Will corroborate Mr. Section's testimony regarding the conditions at
        his residence during the relevant time period.

g.  **Jonathan Tate**
    21 Richelle Street
    Waggaman, LA 70094

    i.  Breana Tate (Co-Plaintiff)
        21 Richelle Street

Waggaman, LA 70094
Can be contacted through undersigned counsel.
SUBJ: Will corroborate Mr. Tate's testimony regarding the conditions at his residence during the relevant time period.

ii. Kelly Sheasby
504-266-5592
Can be contacted through undersigned counsel.
SUBJ: Will corroborate Mr. Tate's testimony regarding the conditions at the Waggaman playground and surrounding area during the relevant time period, as well as the effects of the malodors on youth sports players and coaches.

h. **Mary Ann Winningkoff**
47 Donelon Drive
Harahan, LA 70123

2. **Tarek Abichou**
5412 Moores Mill Road
Tallahassee, FL 32309
SUBJ: Expected to provide expert testimony for Jefferson Parish regarding landfill emissions.

3. **Nelson Ambeau**
Aptim employee
SUBJ: Expected to have information regarding his observations at the Jefferson Parish Landfill during the relevant time period.

4. **Lloyd Andrew**
President
EnvirOSH Services
15757 Lakeway Dr., Suite A
Willis, TX 77318-3181
(281) 290-8309
SUBJ: Expected to have information regarding H2S training for Waste Connections.

5. **Chelsey Armstrong**
Waste Connections employee
SUBJ: Expected to have information regarding Waste Connections' knowledge of how spent lime generates hydrogen sulfide.

6. **Kathleen Beresh**
Aptim employee
SUBJ: Expected to have information regarding conditions and activities at the Jefferson Parish Landfill.

7. **Rob Bergeron**
   Waste Connections employee
   SUBJ: Expected to have knowledge regarding conditions at the Jefferson Parish Landfill.

8. **Barry Bordelon**
   Waste Connections employee
   SUBJ: Expected to have knowledge regarding conditions and activities at the landfill and the public relations efforts regarding the Jefferson Parish Landfill undertaken during the relevant time period by Waste Connections and Jefferson Parish.

9. **Zach Breaux**
   Waste Connections employee
   SUBJ: Expected to have knowledge regarding conditions and activities at the Jefferson Parish Landfill.

10. **Drew Broach**
    NOLA.com
    840 St. Charles Avenue
    New Orleans, LA 70130
    (504) 529-0522
    SUBJ: Expected to have information regarding statements made by Waste Connections personnel.

11. **Josh Broggi**
    Aptim employee
    SUBJ: See his testimony as 30(b)(6) rep for Aptim in the general causation phase.

12. **Walter Brooks**
    Jefferson Parish employee
    SUBJ: Expected to have information regarding conditions and activities at the Jefferson Parish Landfill.

13. **Chuck Carr Brown, Ph.D.**
    Director
    Louisiana Department of Environmental Quality ("LDEQ")
    602 North Fifth Street
    Baton Rouge, LA 70802
    SUBJ: Expected to have information regarding LDEQ efforts to identify source of emissions, MAML, testing completed at the Jefferson Parish Landfill and in surrounding communities.

14. **Joseph (Rick) Buller, Jr., PE**
    former Jefferson Parish official
    SUBJ: Expected to have information regarding how a landfill works, JP contracts with WC and Aptim, the JP landfill's acceptance of liquid waste for solidification, scope of

permitting, use of fly ash, employment of Carlson Engineering, JP landfill conditions during relevant periods, the JP landfill's acceptance of spent lime and fly ash, rise in community malodor complaints, interactions between Parish landfill employees and Waste Connections, moratorium on acceptance of spent lime.

**15. Chad Calder**
The Advocate
10705 Rieger Rd.
Baton Rouge, LA 70809
(225) 383-1111
SUBJ: Expected to have information regarding interactions with Waste Connections regarding press releases, The Advocate's investigation into malodors and emissions from the JP Landfill.

**16. Kris Carlson**
Carlson Environmental Consultants
1127 Curtis St., Suite 100
Monroe, NC 28112
(704) 283-9765
SUBJ: Expected to have information regarding the investigation that culminated in the Carlson Report, the Carlson Report contents, the hiring of CEC, and interactions with JP and WC, conditions existing at the Jefferson Parish Landfill during the relevant time period and subsequent remediation efforts.

**17. Jim Christiansen**
Carlson Environmental Consultants
1127 Curtis St., Suite 100
Monroe, NC 28112
(704) 283-9765
SUBJ: Expected to have information regarding the investigation that culminated in the Carlson Report, the Carlson Report contents, the hiring of CEC, and interactions with JP and WC, site conditions existing during the relevant time period and subsequent remediation efforts.

**18. Kyle Christensen**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**19. Nick Collins**
Waste Connections employee
SUBJ: Expected to have information regarding the waste profiles at Jefferson Parish Landfill during the relevant time period, and the processes and procedures used by Waste Connections to manage acceptance of waste.

**20. Keith Conley**
Jefferson Parish employee
SUBJ: Expected to have information regarding communications regarding the Parish's investigation of malodors.

**21. Johnny Cortez**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**22. Nikki Crews**
Waste Connections employee
SUBJ: Expected to have information regarding management of landfills to ensure compliance and specific compliance issues involving the Jefferson Parish Landfill.

**23. Daniel Cristina**
Louisiana Dept. of Environmental Quality
602 North Fifth Street
Baton Rouge, LA 70802
(225) 219-3794
SUBJ: Expected to have information regarding the inspections of the Jefferson Parish Landfill.

**24. Jennifer Crockett**
WDSU News Channel 6
846 Howard Avenue
New Orleans, LA 70113
(504) 679-0600
SUBJ: Expected to have information regarding communications with Waste Connections regarding the malodors emanating from the landfill.

**25. Matt Crockett, PE**
Waste Connections employee
SUBJ:  Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**26. Matt Crosby**
U.S. Waste Industries
4420 Jeffries Hwy
Walterboro, SC 29488
(843) 538-2601
SUBJ: Expected to have information regarding receipt of liquid waste by Jefferson Parish Landfill.

**27. Vic Culpepper**
Victor Culpepper Environmental LLC

25 Monte Carlo Dr.
Kenner, LA 70065
SUBJ: Expected to have information regarding the history of the Jefferson Parish
Landfill phases and the H2S issues during the relevant time period.

**28. Thom Czischke**
Rain Carbon
1330 Greengate Dr Ste 300
Covington, LA, 70433-5253
SUBJ: Expected to have information regarding solidification issues and disposal of
spent lime.

**29. Pamela Dalton**
Monell Chemical Senses Center
3500 Market St.
Philadelphia, PA 19104
SUBJ: Expected to provide expert testimony for Waste Connections regarding landfill
malodors.

**30. Brian DeJean**
River Birch
2000 S Kenner Ave.
Avondale, LA 70094
SUBJ: Expected to have information regarding landfill operations and management, as
well as conditions encountered at the Jefferson Parish Landfill and remedial efforts.

**31. Michael DeSoto**
Louisiana Dept. of Environmental Quality
602 North Fifth Street
Baton Rouge, LA 70802
SUBJ: Expected to have information regarding LDEQ inspections and activities
involving the Landfill.

**32. Wayne Desselle**
Louisiana Dept. of Environmental Quality
602 North Fifth Street
Baton Rouge, LA 70802
SUBJ: Expected to have information regarding his observations of conditions at the
Jefferson Parish Landfill during the relevant time period, including inspections and
photographs.

**33. Alex Edwards**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson
Parish Landfill during the relevant time period.

**34. Bruce Emley**
Waste Connections employee
SUBJ: Expected to have knowledge regarding the oversight of the JPLF, landfill management, and public relations efforts regarding the Jefferson Parish Landfill undertaken during the relevant time period by Waste Connections and Jefferson Parish.

**35. Laura Eschette**
Louisiana Dept. of Environmental Quality
602 North Fifth Street
Baton Rouge, LA 70802
SUBJ: Expected to have information regarding LDEQ inspections and activities involving the Jefferson Parish Landfill.

**36. Rickie Falgout**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at the Jefferson Parish Landfill during the relevant time period.

**37. Fourrier & de Abreau Engineers, LLC representative(s)**
10995 Coursey Blvd.
Baton Rouge, LA 70816
225-677-7950
SUBJ: Expected to have information regarding the design of Phase 4A of the Jefferson Parish Landfill.

**38. Jon Fourrier**
Fourrier & de Abreau Engineers, LLC
10995 Coursey Blvd.
Baton Rouge, LA 70816
225-677-7950
SUBJ: Expected to have information regarding the design of Phase 4A of the Jefferson Parish Landfill.

**39. Mike Friesen**
former Waste Connections employee
SUBJ:  Expected to have information regarding the plan to solidify liquid waste.

**40. Scott Furlong**
Aptim employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**41. Buddy Gonlag**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**42. James Gunter**
Waste Connections employee
SUBJ: Expected to have information regarding solidification operations at the Jefferson Parish Landfill during the relevant time period.

**43. Eric Hammerly**
Aptim employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**44. Brian Handley**
Waste Connections employee
SUBJ: Expected to have information regarding Rain Carbon spent lime profiles at the Jefferson Parish Landfill during the relevant time period.

**45. Eric Hart**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**46. Randy Haynie**
Haynie & Associates
Haynie & Associates
P.O. Box 44032
Baton Rouge, LA 70804
225.235.7049
SUBJ: Expected to have information regarding Waste Connections' public relations efforts involving the malodors emanating from the landfill.

**47. Ryan Haynie**
Haynie & Associates
P.O. Box 44032
Baton Rouge, LA 70804
225.235.7049
SUBJ: Expected to have information regarding Waste Connections' public relations efforts involving the malodors emanating from the landfill.

**48. Charles Hebert**
River Birch
2000 S Kenner Ave.
Avondale, LA 70094
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**49. Gerald Hebert**
8351 Murelsan Ave.
Harahan, LA 70123
SUBJ: Expected to have information regarding the Facebook group "Harahan/River Ridge Air Quality," where he serves as an administrator, as well as the Daily malodor Log he managed and in which he encouraged group members to log malodors. Will also testify about own experience with the malodors and general community outcry over malodors.

**50. Holly Hermann**
Louisiana Dept. of Environmental Quality
602 North Fifth Street
Baton Rouge, LA 70802
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**51. Gale Hoffnagle**
TRC Environmental
21 Griffin Road North
Windsor, CT 06095
SUBJ: Expected to provide expert testimony for Aptim regarding air modeling in the area surrounding the Jefferson Parish Landfill during the relevant time period.

**52. Cassie Horton**
Waste Connections employee
SUBJ: Expected to have information regarding the Waste Connections H2S safety plan, its creation, and its implementation.

**53. Brance Hudson**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**54. Worthing Jackman**
Waste Connections President
SUBJ: Expected to have information regarding Waste Connections' response to the malodors emanating from the JPLF

**55. Henry James**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**56. Paul Johnston**
Jefferson Parish Council
1221 Elmwood Park Blvd. #1002

Harahan, LA 70123
(504) 736-6400
SUBJ: Expected to have information about management of the landfill, status reports received by the counsel, and information provided by constituents about landfill malodor issues.

**57. David Jones**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**58. Dr. Joseph Kanter**
Medical Director and Administrator, Region I
Louisiana Department of Health
628 N. 4th Street
Baton Rouge, LA 70802
SUBJ: Expected to have information regarding health hazards from compounds emanating from the Jefferson Parish Landfill.

**59. Jean Kelly**
Louisiana Dept. of Environmental Quality
602 North Fifth Street
Baton Rouge, LA 70802
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**60. John Kind**
CTEH
5120 Northshore Drive
North Little Rock, AR 72118
501.801.8500
SUBJ: Expected to provide expert testimony for Waste Connections regarding toxicology issues related to H2S and landfill emissions.

**61. Barry Kline**
TRC Environmental
21 Griffin Road North
Windsor, CT 06095
SUBJ: Expected to provide expert testimony for Aptim regarding landfill design, operation and construction.

**62. Mark Klym**
Louisiana Dept. of Environmental Quality
602 North Fifth Street
Baton Rouge, LA 70802

SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**63. Bob Kneis**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**64. Brenda Kocur**
Aptim employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**65. Roger Landry, Jr.**
River Birch
2000 S Kenner Rd
Avondale, LA 70094
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**66. James Lape**
Integral Consulting
SUBJ: Expected to provide expert testimony for Plaintiffs regarding LandGEN model and plaintiffs' individual exposure to landfill emissions and other matters set forth in his report to be supplied.

**67. Jim Little**
Waste Connections employee
SUBJ: Expected to have information regarding Waste Connections' response to the malodors emanating from the JPLF.

**68. Michelle Little**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**69. Michael P. Lockwood**
Director
Jefferson Parish Environmental Affairs
834 S. Clearview Parkway
Harahan, Louisiana 70123
504-736-6440
SUBJ: Expected to have information regarding Jefferson Parish's efforts to investigate and deal with malodors emanating from the Jefferson Parish Landfill.

**70. Chris Mangum**
Louisiana Dept. of Environmental Quality
602 North Fifth Street
Baton Rouge, LA 70802
SUBJ: Expected to have information regarding inspections of the Jefferson Parish Landfill by LDEQ.

**71. Jeffrey Marshall**
SCS Engineers
11260 Roger Bacon Dr # 300
Reston, VA 20190
703-471-6150
SUBJ: Expected to have information regarding placement of CCR and gypsum in MSW landfills; his report prepared for and provided to Waste Connections.

**72. Daniel Matherne**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**73. Richard Mayer**
Jefferson Parish employee
SUBJ: Expected to have information regarding his observations of the conditions at the Jefferson Parish Landfill during the relevant time period.

**74. Juliana Mazza**
WDSU News Channel 6
846 Howard Avenue
New Orleans, LA 70113
SUBJ: Expected to have information regarding reporting undertaken by WDSU on malodor complaints in the Jefferson Parish area, the Parish and WC responses to malodor complaints, and emissions from the Jefferson Parish Landfill.

**75. Jerry McCain**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**76. Brock McNabb**
Carlson Environmental Consultants
1127 Curtis St., Suite 100
Monroe, NC 28112
(704) 283-9765
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**77. Loren Monahan**
River Birch
2000 S Kenner Rd
Avondale, LA 70094
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**78. Michelle Morel**
Jefferson Parish employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**79. Rob Nielsen**
Waste Connections employee
SUBJ: Expected to have knowledge regarding the public relations efforts regarding the Jefferson Parish landfill undertaken during the relevant time period by Waste Connections and Jefferson Parish.

**80. Brett O'Connor**
Waste Connections employee
SUBJ: Expected to provide testimony as Waste Connections' 30(b)(6) representative for general causation.

**81. Dan Odum**
Louisiana Dept. of Environmental Quality
602 North Fifth Street
Baton Rouge, LA 70802
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**82. Jeff Palutis**
Custom Environmental Consulting
5900 Weston Dr.
McKinney, TX 75070
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**83. John Perkey**
Waste Connections employee
SUBJ: Expected to have information regarding Waste Connections' response to malodors emanating from the site, including public relations efforts.

**84. Jaana Pietari**
Ramboll
3 Carlisle Rd.
Westford, MA 01886

SUBJ: Expected to provide expert testimony for Plaintiffs regarding H2S emissions that result from spent lime's presence in landfills and other matters set forth in her report to be supplied.

85. **Pivotal Engineering representative(s)**
1515 Poydras St # 1150
New Orleans, LA 70112
(504) 799-3653
SUBJ: Expected to have information regarding a study performed for Jefferson Parish on the sources of malodors during the relevant time period.

86. **Wayne Prejean, PE**
ICON Environmental
2049 Commercial Drive
Port Allen, LA 70767
(225) 344-8490
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

87. **Rain Carbon II**
1330 Greengate Dr Ste 300
Covington, LA, 70433-5253
SUBJ: Expected to have information regarding the spent lime disposed of by the Jefferson Parish Landfill.

88. **Vinay Ramesh**
Infinity Engineering
4001 Division Street
Metairie, LA 70002
504.304.0548
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

89. **Thomas Rappolt**
SCS Engineers
5963 La Place Ct #207
Carlsbad, CA 92008
SUBJ: Expected to have information regarding Waste Connections' efforts to preclude site access after malodor issues arose as well as the inspection and evaluation reports regarding the Jefferson Parish Landfill.

90. **Bill Razzouk**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

91. **Kevin Rellinger**
Aptim employee
SUBJ: Expected to have information regarding conditions at the Jefferson Parish Landfill during the relevant time period.

92. **Clay Richardson**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period, as well as Waste Connections' management of landfills and reactions to malodors emanation from the site.

93. **Brad Robbins**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

94. **Chris Ruane**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period, as well as Waste Connections' management of landfills and reactions to malodors emanation from the site.

95. **Jose Sananes**
Ramboll
4245 North Fairfax Drive, Suite 700
Arlington, VA 22203
SUBJ: Plaintiffs' expert regarding landfill management issues and other matters set forth in his report to be supplied.

96. **Angela Scheuer**
Louisiana Dept. of Environmental Quality
602 North Fifth Street
Baton Rouge, LA 70802
SUBJ: Expected to have information regarding LDEQ oversight of the Jefferson Parish Landfill.

97. **Susan Schiffman**
18 Heath Place
Durham NC 27705
SUBJ: Testifying expert for plaintiffs regarding malodors. Will testify as to psychological injuries to plaintiffs and physiological basis therefor, near congruence of components in LDEQ MAML samples in River Ridge and at landfill and other matters set forth in her report to be supplied.

**98. SCS Engineers representative(s)**
1 St Louis St # 1001
Mobile, AL 36602
SUBJ: Expected to have information regarding site conditions at Jefferson Parish Landfill and public relations efforts undertaken by Waste Connections related to malodors.

**99. Deno Seder**
Deno Seder Productions
6900 Seven Locks Road
Cabin John MD 20818
SUBJ: Expected to have information regarding public relations efforts undertaken by Waste Connections related to malodors.

**100. Karen Shachat**
Carvin Consulting, Inc.
36 Neron Place
New Orleans, LA 70118
SUBJ: Expected to have information public relations efforts undertaken by Waste Connections related to malodors.

**101. Estuardo Silva**
Louisiana Dept. of Environmental Quality
602 North Fifth Street
Baton Rouge, LA 70802
SUBJ: Expected to have information regarding LDEQ oversight of the Jefferson Parish Landfill.

**102. Nicole Soileau**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**103. Nestor Soler**
Ramboll Environ
101 Carnegie Center Dr #200
Princeton, NJ 08540
SUBJ: Plaintiffs' testifying expert regarding landfill issues and other matters set forth in his report to be supplied.

**104. Mark D. Spears, Jr**.
Jefferson Parish Council
1221 Elmwood Park Blvd. #1002
Harahan, LA 70123
(504) 736-6400

SUBJ: Expected to have information about management of the landfill, status reports received by the counsel, and information provided by constituents about the issues the landfill continues to cause.

105. **Brian St. Cyr**
Jefferson Parish employee
SUBJ: Expected to have information regarding the investigation into malodors emanating from the site.

106. **Dale L. Steib**
FDA Engineers
10995 Coursey Blvd.
Baton Rouge, LA 70816
225-677-7950
SUBJ: Expected to have information regarding work undertaken by Signa Engineers at Jefferson Parish Landfill.

107. **Eric Stewart**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

108. **Matt Stutz**
Weaver Consultants Group
mstutz@wcgrp.com
817-735-9770
SUBJ: Waste Connections' testifying expert for landfill design, construction and operations.

109. **Mark Talbott**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

110. **Ricky Templet**
Jefferson Parish Council
1221 Elmwood Park Blvd. #1002
Harahan, LA 70123
(504) 736-6400
SUBJ: Expected to have information about management of the landfill, status reports received by the counsel, and information provided by constituents about the issues the landfill continues to cause.

111. **Dawn Thibodaux**
Waste Connections employee

SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**112. R.J. TriCon representative(s)**
908 Shrewsbury Road
Jefferson, LA 70121
504-836-0573
SUBJ: Expected to have information regarding the installation of gas wells at Jefferson Parish Landfill.

**113. Karen Vetrano**
TRC Environmental
21 Griffin Rd North
Windsor, CT 06095
(860) 298-9692
SUBJ: Aptim's testifying expert regarding malodors.

**114. Brad Wainscott**
Waste Connections employee
SUBJ: Expected to have information regarding activities and conditions at Jefferson Parish Landfill during the relevant time period.

**115. James Walsh**
SCS Engineers
2060 Reading Rd. #200
Cincinnati, OH 45202
513-421-5353
SUBJ: Expected to have information regarding SCS actions at the Jefferson Parish Landfill and reports prepared by SCS regarding the landfill.

**116. Mary Anne Whitney**
Waste Connections employee
SUBJ: Expected to have information regarding revenues generated by JPLF and oversight and management of landfills by Waste Connections.

**117. Sabrina Wilson**
Fox 8 WVUE-TV
Gray Television
1025 S. Norman C. Francis Pkwy
New Orleans, LA 70125
(504) 486-6161
SUBJ: Expected to have information regarding the emanation of malodors from the landfill.

**118. Michael Yenni**
President

Jefferson Parish Council
602 North Fifth Street
Baton Rouge, LA 70802
(504) 736-6600
SUBJ: Expected to have information regarding Parish contracts with WC and Aptim, the July 23, 2018 press conference, JP finding Waste Connections in breach of their contract, citizen complaints regarding malodors, the decision to request early retirement from Rick Buller, the decision to turn over management of landfill to River Birch.

119. **Mark Yocke**
Exponent, Inc.
149 Commonwealth Dr.
Menlo Park, CA 94025
SUBJ: Waste Connections expert for air modeling.

120. **Paolo Zanetti**
EnviroComp Consulting, Inc.
500 Stone Pine Road #3038
Half Moon Bay, CA 94019
SUBJ: Jefferson Parish expert for air modeling.

121. All persons involved in the text chain at WC_JPLF_000424785-000424788.

122. Waste Connections 30(b)(6) designated representative(s).

123. Aptim 30(b)(6) designated representative(s).

124. Jefferson Parish 30(b)(6) designated representative(s).

125. CEC representatives.

126. All persons and posts included in Hanrahan/River Ridge Air Quality Facebook Group.

127. Individuals associated with the ("LDEQ") who have taken and processed air samples from the Jefferson Parish landfill and surrounding communities.

128. Waste Connections employees (in addition to those listed above) who have worked (since 2010) or are currently working at the Jefferson Parish landfill.

129. All persons identified in Defendant's Initial Disclosures, the address phone number, and topic of said testimony is unknown to the Plaintiffs' at this time.

130. Plaintiffs' investigation is ongoing and it is likely that there will be additional persons identified which may have discoverable information.  Plaintiffs will seasonally

supplement this disclosure pursuant to Rule 26(e) in a timely manner, should additional information become available.

**(B)      Rule 26 (a)(1)(A)(ii) – Relevant Documents and Tangible Things**: A copy, or a description by category and location, of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

Plaintiffs aver that Defendants have all of the following documents but they are also available for inspection at the law office of Forrest Cressy & James, LLC 365 Canal Street Suite 1475 New Orleans, Louisiana 70130:

1.  Contract between Jefferson Parish and IESI dated May 17, 2012;

2.  LDEQ Compliance Order to Jefferson Parish, dated June 22, 2018;

3.  LDEQ Compliance Order to Jefferson Parish, dated September 18, 2018;

4.  LDEQ Compliance Order to Jefferson Parish, dated November 19, 2018;

5.  LDEQ Compliance Order to Jefferson Parish, dated March 11, 2019;

6.  Carson Environmental Consulting report prepared for Jefferson Parish dated August 16, 2018;

7.  PPM Landfill Presentation Video, https://www.youtube.com/watch?v=96phczol-J4&feature=youtu.be, last accessed 26 Jun. 2019;

8.  Leachate Removal from Jefferson Parish Sanitary Landfill Aug. 1 2018-Feb. 28, 2019, http://www.jeffparish.net/modules/showdocument.aspx?documentid= 19968, last accessed 26 Jun. 2018;

9.  Leachate Removal from Jefferson Parish Sanitary Landfill Aug. 1 2018 – Dec. 31 2018, http://www.jeffparish.net/modules/showdocument.aspx?documentid= 19418, last accessed 26 June 2019;

10. La. Dept. of Health- Office of Public Heath Report Re: Air Monitoring Results, dated October 25, 2018, http://www.jeffparish.net/modules/showdocument.aspx? documentid=19148, last accessed 26 June 2019;

11. Landfill Gas System Assessment- Carlson Report dated Aug. 18, 2018; http://www.jeffparish.net/modules/showdocument.aspx?documentid=18518 last accessed June 26, 2018;

12. Letter from landfill engineer Joseph (Rick) Buller, Jr. to Jeff Palutis, IESI dated Dec. 2, 2013, http://www.jeffparish.net/modules/showdocument.aspx?documentid=18475 last accessed 26 June 2019;

13. Parish President Yenni's Statement Regarding Mod Permit 7 with Permit Highlights, http://www.jeffparish.net/modules/showdocument.aspx?documentid=18464, last accessed 26 June 2019;

14. Assessment of Jefferson Parish Landfill, dated May 22, 2019;

15. James Walsh, P.E. and Thomas Rappolt, Q.E.P., *Jefferson Parish Landfill Site Evaluation with Respect to malodors*, SCS Engineers, dated October 24, 2018;

16. LDEQ Letter sent by Assistant Secretary Tegan Treadaway to Joseph Buller, Jr. RE: "Letter of Response, Jefferson Parish Sanitary Landfill, Avondale, Jefferson Parish, Louisiana; Permit No. 1340-00140-V6," dated November 3, 2015;

17. LDEQ Letter sent by Assistant Secretary Elliott Vega to Hon. Mike Yenni, RE: "Landfill Gas Collection and Control Plan for Phase 4A, Cells 20-25 Jefferson Parish Sanitary Landfill - IESI LA Corp Avondale, Jefferson Parish, Louisiana Permit No. 1340-00140-V7," dated July 14, 2017;

18. APTIM Letter to Elliott Vega, RE: "Request for Alternative Operating Standards for 2 LFG Wells Jefferson Parish Sanitary Landfill, Avondale, LA AI # 6961 Permit No. 1340-00140-V7," dated May 18, 2018;

19. Enforcement Division Memo to File, Jefferson Parish Sanitary Landfill facility, Tracking Number SE-C-18-00372, Inspection Date of April 27, 2018, dated June 21, 2018;

20. Jefferson Parish Department of Environmental Affairs letter to Elliott Vega, RE: "Jefferson Parish Sanitary Landfill AI # 6961 Permit No. 1340-00140-V7 Landfill Gas Collection and Control Plan," dated January 20, 2017;

21. Logs of hotline calls within Bates rangesWC_JPLF_GC_00005051 - WC_JPLF_GC_00016548; WC_JPLF_00047599 - WC_JPLF_00320048; WC_JPLF_GC_00002303 - WC_JPLF_GC_00005050; WC_JPLF_000197074 - WC_JPLF_00402132.

22. CEC field assessments May 14-18, 2018;

23. CEC report dated August 15, 2018;

24. CEC measurements made May 21-22, 2019;

25. LDEQ MAML Lab Reports for time periods April 27 to May 2, 2018 and July 20 to July 25, 2018;

26. Jefferson Parish operating permit renewal dated December 18, 2019;

27. Jefferson Parish (President Yenni, et al.) Transcript and Video of July 23, 2018 News Conference, available at https://www.facebook.com/NOLAnews/videos/10155793116437060/ (last visited June 11, 2020);

28. All Exhibits admitted into evidence at general causation hearing;

29. All documents produced by Defendant Aptim;

30. All documents produced by Defendant Waste Connections;

31. All documents produced by Defendant Jefferson Parish;

32. All documents produced by Bridge City and East Bank STPs;

33. All documents produced by Carlson Environmental Consultants;

34. All documents produced by Cornerstone;

35. All documents produced by Roehm USA;

36. All documents produced by IMTT;

37. All documents produced by Kemira Water;

38. All documents produced by Rain CII Carbon;

39. All documents produced by Valero;

40. All documents produced by Louisiana Dept. of Environmental Quality;

41. All documents produced by Geosyntec;

42. All documents produced by American Barge Line;

43. All documents produced by American River Transportation Co., LLC;

44. All documents produced by Cargill Inc.;

45. All documents produced by Hwy-90 LLC (Highway 90 Landfill);

46. All documents produced by River Birch;

47. All documents produced by Brian DeJean;

48. All documents produced by Gerald Herbert (Harahan/River Ridge Air Quality Facebook Group);

49. Documents to be produced by Stearns, Conrad & Schmidt;

50. Documents to be produced by Pivotal Engineering;

51. Any documents subpoenaed by the defendants;

52. Any and all medical records regarding the Trial Plaintiffs produced in this action;

53. All correspondence sent to Plaintiffs from Defendant;

54. All documents identified in Plaintiffs' Initial Disclosures;

55. All documents identified in Defendants' Initial Disclosures;

56. All documents filed into the record by Defendants;

57. Plaintiffs' investigation is ongoing and it is likely that there will be additional documents and tangible things identified.  Plaintiffs reserve their right to supplement this response, in a timely manner, should additional information become available.

**(C)     Rule 26 (a)(1)(A)(iii) – Information Related to Calculation of Damages**:  Plaintiffs each seek damages for (1) psychological effects, and the physiological bases for same, including (a) headaches, (b) nausea, (c) vomiting, (d) loss of appetite, (e) sleep deprivation, (f) dizziness, (g) fatigue, (h) anxiety and worry, and for (2) loss of use and enjoyment of their property and interference with their overall quality of life.  Plaintiffs measure those damages in two components:

1. Daily damages of at least $500 per day for each plaintiff for 942 days (the relevant period) for constant exposure to the existence, unpredictable recurrence and/or fear of recurrence of the malodors, because, while an onslaught of malodors may not have occurred or recurred, or been of the same duration or intensity, each day, the malodors permeated the Plaintiffs' homes, heating and cooling systems and personal property so that they were present each day and caused the psychological and associated physiological damages to each Plaintiff each day.  While one or more plaintiffs may have been away from their property for short periods, such absences were caused by the malodors and/or plaintiffs are still entitled to daily damages because their anxiety

concerning recurrence and the effect of the malodors was still present and the malodors deprived plaintiffs of the use and enjoyment of their property and their overall quality of life was decreased, whether they were present or not.  Further, the recurrent nature of the onset of new waves of malodors and the variability of their potency intensified their psychological effect and added to the anxiety of uncertainty as to when the next onslaught would occur for each Plaintiff.  In other words, the intermittent and unpredictable nature of the landfill malodors intensified the stressor which increased the poignancy of that stimulus.  Similarly, both the persistence of the malodors in their homes and the recurring, but unpredictable, waves of malodors deprived each Plaintiff each day of his or her use and enjoyment of their property and interfered with their quality of life. $500 per day is the minimum that any Plaintiff should receive for having been exposed to, and having to suffer from, the entire history of the malodors in this case.

2. Occurrence damages of at least $300 per occurrence when a plaintiff was forced to endure a specific onslaught of malodors above the threshold established by the Court, i.e., malodors caused by concentrations of H2S at or above 5 ppb on average for 30 minutes or more.

In the case of the Gremillions, the expenses and out of pocket costs which they incurred in having to move from River Ridge to Seneca, SC because of the malodors, in the amount to be determined and supplemented, but not likely to exceed $150,000.00.

**(D)**     **Rule 26 (a)(1)(A)(iv) – Insurance Agreements**:  For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part

of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

1. Not applicable to Plaintiffs.

Respectfully submitted, this 11th day of May, 2023.

**FORREST CRESSEY & JAMES, LLC**

*/s/S. Eliza James*
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605-0777
Fax: (504) 322-3884
Email: eliza@fcjlaw.com

*/s/Eric C. Rowe*
Eric C. Rowe (Admitted *Pro Hac Vice*)
 ERowe@whitefordlaw.com
C. Allen Foster (Admitted *Pro Hac Vice*)
 CAFoster@whitefordlaw.com
**WHITEFORD TAYLOR PRESTON, LLP**
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659-6800

Masten Childers III (admitted *Pro Hac Vice*)
 MChilders@whitefordlaw.com
Lesley Cayton (*Pro Hac Vice* forthcoming)
 LCayton@whitefordlaw.com
Aaron Oppegard (*Pro Hac Vice* forthcoming)
 AOppegard@whitefordlaw.com
**WHITEFORD TAYLOR PRESTON, LLP**
161 N. Eagle Creek Dr. Suite 210
Lexington, Kentucky 40509
Tele: (859) 687-6700

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Supplemental Rule 26 Disclosure was served on all counsel of record via email on this 11 day of May, 2023.

/s/ S. Eliza James
_____