# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### WASTE CONNECTIONS DEFENDANTS' *EX PARTE* MOTION FOR EXPEDITED CONSIDERATION OF THEIR MOTION TO COMPEL

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc., (collectively, the "Waste Connections Defendants") respectfully request that the Court set their Motion to Compel Production of Plaintiffs' Air Sampling Data ("Motion to Compel") for an expedited hearing.[1] The Court's current Case Management Order calls for all expert discovery to be completed by April 30, 2024.[2] The Motion to Compel seeks production of air sampling data improperly withheld by Plaintiffs, and the existence of which was only recently confirmed by Plaintiffs. The air sampling data is critical to assessing Plaintiffs' allegations and the opinions of their air dispersion modeling expert regarding alleged exposures suffered by the individual plaintiffs whose claims will be heard at the upcoming August 2024 trial.

The earliest the Motion to Compel could be noticed for submission before Your Honor is April 10, 2024. To avoid further delay of this litigation, the air sampling data must be obtained as

---

[1] ECF No. 507.
[2] ECF No. 498 at 10.

soon as possible to allow the Defendants' experts to evaluate it and update their reports in advance of the April 30 expert discovery deadline, and sufficiently in advance of the August trial.

Any perceived delay in the filing of the Motion to Compel is attributable to the Plaintiffs' multiple instances of obfuscating in response to the Defendants' attempts to discover the circumstances underlying the air sampling data, as set forth more fully in the memorandum in support of the Motion to Compel. The need to file this Motion to Expedite is not attributable to any lack of diligence by Defendants.

Expedited consideration will not cause any undue prejudice or delay.

WHEREFORE, the Waste Connections Defendants respectfully request that the Court grant the *Ex Parte* Motion to Expedite Hearing on their Motion to Compel Production of Plaintiffs' Air Sampling Data and consider the Waste Connections Defendants' motion as soon as practical.

Respectfully submitted,

LISKOW & LEWIS, APLC

  */s/ Michael C. Mims*
Michael C. Mims (#33991)
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alex Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax: (504) 556-4108

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor

New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

-4-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 19, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

        /s/ *Michael C. Mims*
        Michael C. Mims