## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>　　Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>　　Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## ORDER

Considering the foregoing *Ex Parte* Motion to Expedite Hearing on the Waste Connections Defendants' Motion to Compel Production of Plaintiffs' Air Sampling Data filed by Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.,

**IT IS ORDERED** that the motion is **GRANTED;**

**IT IS FURTHER ORDERED** that the Waste Connections Defendants' motion will be considered on _____, ____ 2024. Plaintiffs' opposition is due on_____, ____ 2024. The Waste Connections Defendants' reply is due on _____, _____ 2024.

New Orleans, Louisiana, this _____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**THE HONORABLE SUSIE MORGAN**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**