UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## ORDER

Considering the foregoing *Ex Parte* Motion to Expedite Hearing of the Motion to Compel Production of Plaintiffs' Air Sampling Data filed by Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. (the "Waste Connections Defendants");

**IT IS ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Waste Connections Defendants' Motion to Compel Production of Plaintiffs' Air Sampling Data is hereby set for submission on **March 26, 2024.** Plaintiffs shall file an opposition on or before **March 25, 2024.** The Waste Connections Defendants may file a reply on or before **March 26, 2024 at 5:00 p.m.**

New Orleans, Louisiana, this 20th day of March, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**