35
36  Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☐Yes
37  ☒No; If yes, identify the service(s) and your username/handle:_____
38
39
40  Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41  emissions encountered at your home or place of employment? ☐Yes ☒No; if yes, please
42  describe who you settled with, the amount, and the nature of the dispute: _____
43
44
45  **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46  2015? ☒Yes ☐No
47  Are you making a claim in connection with a specific home or property? ☐Yes ☐No If so,
48  identify all properties that you have ever owned or at which you have ever resided that you
49  believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50  please indicate whether you ever owned or rented the property, the approximate dates, if any,
51  that you owned the property, and the approximate dates you resided, if any, at the property (or
52  indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 205 Cabinet Dr. Avondale La 70094 | ☒Own ☐Rent☐N/A | 1985-present | 1985- present |
|  | ☐Own ☐Rent☐N/A |  |  |
|  | ☐Own ☐Rent☐N/A |  |  |

53  Are you making a claim in connection with a property that you have never owned and never
54  resided at? ☐Yes ☒No; If yes, identify the property and provide a brief description of the harm
55  you have suffered in connection with the property:_____
56
57
58
59
60  Have you had any testing or laboratory analysis performed to determine the presence of JP
61  Landfill Emissions at any of the properties associated with your claim? ☐Yes ☒No; If yes:
62      Who did the testing? _____ When was the property tested?_____

35 _____

36 Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☐Yes
37 ☒No; If yes, identify the service(s) and your username/handle:_____
38 _____
39

40 Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41 emissions encountered at your home or place of employment? ☐Yes ☒No; if yes, please
42 describe who you settled with, the amount, and the nature of the dispute: _____
43 _____
44

45 **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46 2015? ☒Yes ☐No

47 Are you making a claim in connection with a specific home or property? ☒Yes ☐No  If so,
48 identify all properties that you have ever owned or at which you have ever resided that you
49 believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50 please indicate whether you ever owned or rented the property, the approximate dates, if any,
51 that you owned the property, and the approximate dates you resided, if any, at the property (or
52 indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 9701 Robin Lane River Ridge LA 70123 | ☐Own ☐Rent ☐N/A | April 7 2009 to April 2020 | April 7 2009 to April 2020 |
| | ☐Own ☐Rent ☐N/A | | |
| | ☐Own ☐Rent ☐N/A | | |

53 Are you making a claim in connection with a property that you have never owned and never
54 resided at? ☐Yes ☒No; If yes, identify the property and provide a brief description of the harm
55 you have suffered in connection with the property:_____
56 _____
57 _____
58 _____
59

60 Have you had any testing or laboratory analysis performed to determine the presence of JP
61 Landfill Emissions at any of the properties associated with your claim? ☐Yes ☒No; If yes:
62      Who did the testing? _____ When was the property tested?_____

35  _____

36  Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☐Yes
37  ☒No; If yes, identify the service(s) and your username/handle:_____
38  _____

39

40  Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41  emissions encountered at your home or place of employment? ☐Yes ☒No; if yes, please
42  describe who you settled with, the amount, and the nature of the dispute: _____
43  _____

44

45  **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46  2015? ☒Yes ☐No

47  Are you making a claim in connection with a specific home or property? ☒Yes ☐No  If so,
48  identify all properties that you have ever owned or at which you have ever resided that you
49  believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50  please indicate whether you ever owned or rented the property, the approximate dates, if any,
51  that you owned the property, and the approximate dates you resided, if any, at the property (or
52  indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 9701 Robin Lane River Ridge LA 70123 | ☒Own ☐Rent☐N/A | April 7 2009 tp April 2020 | : April 7, 2009 - April 2020 |
|  | ☐Own ☐Rent☐N/A |  |  |
|  | ☐Own ☐Rent☐N/A |  |  |

53  Are you making a claim in connection with a property that you have never owned and never
54  resided at? ☐Yes ☒No; If yes, identify the property and provide a brief description of the harm
55  you have suffered in connection with the property:_____
56  _____
57  _____
58  _____

59

60  Have you had any testing or laboratory analysis performed to determine the presence of JP
61  Landfill Emissions at any of the properties associated with your claim?  ☐Yes ☒No; If yes:
62      Who did the testing? _____  When was the property tested?_____

35  _____

36  Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☒ Yes
37  ☐ No; If yes, identify the service(s) and your username/handle: █████████████
38  _____
39

40  Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41  emissions encountered at your home or place of employment? ☐ Yes ☒ No; if yes, please
42  describe who you settled with, the amount, and the nature of the dispute: _____
43  _____
44

45  **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46  2015? ☒ Yes ☐ No

47  Are you making a claim in connection with a specific home or property? ☒ Yes ☐ No If so,
48  identify all properties that you have ever owned or at which you have ever resided that you
49  believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50  please indicate whether you ever owned or rented the property, the approximate dates, if any,
51  that you owned the property, and the approximate dates you resided, if any, at the property (or
52  indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 1116 Starrett Rd. Metairie La 70003 | ☐Own ☐Rent ☒N/A | | 2004 to present |
| | ☐Own ☐Rent ☐N/A | | |
| | ☐Own ☐Rent ☐N/A | | |

53  Are you making a claim in connection with a property that you have never owned and never
54  resided at? ☐ Yes ☒ No; If yes, identify the property and provide a brief description of the harm
55  you have suffered in connection with the property: _____
56  _____
57  _____
58  _____
59

60  Have you had any testing or laboratory analysis performed to determine the presence of JP
61  Landfill Emissions at any of the properties associated with your claim? ☐ Yes ☒ No; If yes:
62      Who did the testing? _____ When was the property tested? _____

35 _____

36  Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☐ Yes
37  ☒ No; If yes, identify the service(s) and your username/handle:_____

38 _____

39

40  Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41  emissions encountered at your home or place of employment? ☐ Yes ☒ No; if yes, please
42  describe who you settled with, the amount, and the nature of the dispute: _____

43 _____

44

45  **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46  2015? ☒ Yes ☐ No

47  Are you making a claim in connection with a specific home or property? ☒ Yes ☐ No  If so,
48  identify all properties that you have ever owned or at which you have ever resided that you
49  believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50  please indicate whether you ever owned or rented the property, the approximate dates, if any,
51  that you owned the property, and the approximate dates you resided, if any, at the property (or
52  indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 2100 Sawmill Rd Apt 12-101 River Ridge 70123 | ☐ Own ☒ Rent ☐ N/A | | 2017- present |
| | ☐ Own ☐ Rent ☐ N/A | | |
| | ☐ Own ☐ Rent ☐ N/A | | |

53  Are you making a claim in connection with a property that you have never owned and never
54  resided at? ☐ Yes ☒ No; If yes, identify the property and provide a brief description of the harm
55  you have suffered in connection with the property:_____

56 _____

57 _____

58 _____

59

60  Have you had any testing or laboratory analysis performed to determine the presence of JP
61  Landfill Emissions at any of the properties associated with your claim? ☐ Yes ☒ No; If yes:
62       Who did the testing?_____ When was the property tested?_____

Page 2 of 8

35  _____
36  Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☐Yes
37  ☒No; If yes, identify the service(s) and your username/handle:_____
38  _____
39

40  Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41  emissions encountered at your home or place of employment? ☐Yes ☒No; if yes, please
42  describe who you settled with, the amount, and the nature of the dispute: _____
43  _____
44

45  **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46  2015? ☒Yes ☐No

47  Are you making a claim in connection with a specific home or property? ☒Yes ☐No If so,
48  identify all properties that you have ever owned or at which you have ever resided that you
49  believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50  please indicate whether you ever owned or rented the property, the approximate dates, if any,
51  that you owned the property, and the approximate dates you resided, if any, at the property (or
52  indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 624 Wilker Neal Ave. Apt. B River Ridge, LA 70123 | ☐Own ☒Rent ☐N/A | | 2014 to 2020 |
| | ☐Own ☐Rent ☐N/A | | |
| | ☐Own ☐Rent ☐N/A | | |

53  Are you making a claim in connection with a property that you have never owned and never
54  resided at? ☐Yes ☐No; If yes, identify the property and provide a brief description of the harm
55  you have suffered in connection with the property:_____
56  _____
57  _____
58  _____
59

60  Have you had any testing or laboratory analysis performed to determine the presence of JP
61  Landfill Emissions at any of the properties associated with your claim? ☐Yes ☒No; If yes:
62  Who did the testing? _____ When was the property tested?_____

Page 2 of 8

35 _____

36  Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☐Yes
37  ☒No; If yes, identify the service(s) and your username/handle: _____

38 _____
39

40  Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41  emissions encountered at your home or place of employment? ☐Yes ☒No; if yes, please
42  describe who you settled with, the amount, and the nature of the dispute: _____

43 _____
44

45  **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46  2015? ☒Yes ☐No

47  Are you making a claim in connection with a specific home or property? ☒Yes ☐No If so,
48  identify all properties that you have ever owned or at which you have ever resided that you
49  believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50  please indicate whether you ever owned or rented the property, the approximate dates, if any,
51  that you owned the property, and the approximate dates you resided, if any, at the property (or
52  indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 537 George St Avondale La 70094 | ☒Own ☐Rent ☐N/A | | 1975 - present |
| | ☐Own ☐Rent ☐N/A | | |
| | ☐Own ☐Rent ☐N/A | | |

53  Are you making a claim in connection with a property that you have never owned and never
54  resided at? ☐Yes ☐No; If yes, identify the property and provide a brief description of the harm
55  you have suffered in connection with the property: _____

56 _____
57 _____
58 _____
59

60  Have you had any testing or laboratory analysis performed to determine the presence of JP
61  Landfill Emissions at any of the properties associated with your claim? ☐Yes ☒No; If yes:
62      Who did the testing? _____ When was the property tested? _____

Jonathan Tate

35  _____

36  Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☒Yes
37  ☐No; If yes, identify the service(s) and your username/handle: ▓▓▓▓▓▓▓▓▓▓
38  _____

39

40  Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41  emissions encountered at your home or place of employment? ☐Yes ☒No; if yes, please
42  describe who you settled with, the amount, and the nature of the dispute: _____
43  _____

44

45  **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46  2015? ☒Yes ☐No

47  Are you making a claim in connection with a specific home or property? ☒Yes ☐No If so,
48  identify all properties that you have ever owned or at which you have ever resided that you
49  believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50  please indicate whether you ever owned or rented the property, the approximate dates, if any,
51  that you owned the property, and the approximate dates you resided, if any, at the property (or
52  indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 21 Richelle Street Waggaman La 70094 | ☐Own ☒Rent ☐N/A | | : 2013/2014 to current |
| | ☐Own ☐Rent ☐N/A | | |
| | ☐Own ☐Rent ☐N/A | | |

53  Are you making a claim in connection with a property that you have never owned and never
54  resided at? ☐Yes ☒No; If yes, identify the property and provide a brief description of the harm
55  you have suffered in connection with the property:_____
56  _____
57  _____
58  _____

59

60  Have you had any testing or laboratory analysis performed to determine the presence of JP
61  Landfill Emissions at any of the properties associated with your claim? ☐Yes ☒No; If yes:
62     Who did the testing? _____     When was the property tested?_____

35 _____

36 Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☐Yes
37 ☒No; If yes, identify the service(s) and your username/handle:_____

38 _____

39

40 Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41 emissions encountered at your home or place of employment? ☐Yes ☒No; if yes, please
42 describe who you settled with, the amount, and the nature of the dispute: _____

43 _____

44

45 **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46 2015? ☒Yes ☐No

47 Are you making a claim in connection with a specific home or property? ☒Yes ☐No If so,
48 identify all properties that you have ever owned or at which you have ever resided that you
49 believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50 please indicate whether you ever owned or rented the property, the approximate dates, if any,
51 that you owned the property, and the approximate dates you resided, if any, at the property (or
52 indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 1116 S. Starett Rd. | ☐Own ☐Rent ☒N/A | | 2005 - current |
| | ☐Own ☐Rent ☐N/A | | |
| | ☐Own ☐Rent ☐N/A | | |

53 Are you making a claim in connection with a property that you have never owned and never
54 resided at? ☐Yes ☒No; If yes, identify the property and provide a brief description of the harm
55 you have suffered in connection with the property:_____

56 _____
57 _____
58 _____
59

60 Have you had any testing or laboratory analysis performed to determine the presence of JP
61 Landfill Emissions at any of the properties associated with your claim? ☐Yes ☒No; If yes:
62    Who did the testing?_____ When was the property tested?_____

Tyrone Thompson

35 _____

36 Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☒ Yes
37 ☐ No; If yes, identify the service(s) and your username/handle: ███████████

38 _____

39

40 Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41 emissions encountered at your home or place of employment? ☐ Yes ☒ No; if yes, please
42 describe who you settled with, the amount, and the nature of the dispute: _____

43 _____

44

45 **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46 2015? ☒ Yes ☐ No

47 Are you making a claim in connection with a specific home or property? ☒ Yes ☐ No  If so,
48 identify all properties that you have ever owned or at which you have ever resided that you
49 believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50 please indicate whether you ever owned or rented the property, the approximate dates, if any,
51 that you owned the property, and the approximate dates you resided, if any, at the property (or
52 indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 1116 S. Starrett Metairie La 70003 | ☐ Own ☐ Rent ☒ N/A | | 2004 - present |
| | ☐ Own ☐ Rent ☐ N/A | | |
| | ☐ Own ☐ Rent ☐ N/A | | |

53 Are you making a claim in connection with a property that you have never owned and never
54 resided at? ☐ Yes ☒ No; If yes, identify the property and provide a brief description of the harm
55 you have suffered in connection with the property: _____

56 _____

57 _____

58 _____

59

60 Have you had any testing or laboratory analysis performed to determine the presence of JP
61 Landfill Emissions at any of the properties associated with your claim? ☐ Yes ☒ No; If yes:
62       Who did the testing? _____     When was the property tested? _____

Page 2 of 8

Mary Ann Winningkoff

35 _____

36   Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☒ Yes
37   ☐ No; If yes, identify the service(s) and your username/handle: _____

38   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ _____
39

40   Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or
41   emissions encountered at your home or place of employment? ☐ Yes ☒ No; if yes, please
42   describe who you settled with, the amount, and the nature of the dispute: _____
43   _____
44

45   **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,
46   2015? ☒ Yes ☐ No

47   Are you making a claim in connection with a specific home or property? ☒ Yes ☐ No If so,
48   identify all properties that you have ever owned or at which you have ever resided that you
49   believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,
50   please indicate whether you ever owned or rented the property, the approximate dates, if any,
51   that you owned the property, and the approximate dates you resided, if any, at the property (or
52   indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 47 Donelon Dr Harahan La 70123 | ☒ Own ☐ Rent ☐ N/A | 12/05 - present | 12/05 - present |
|  | ☐ Own ☐ Rent ☐ N/A |  |  |
|  | ☐ Own ☐ Rent ☐ N/A |  |  |

53   Are you making a claim in connection with a property that you have never owned and never
54   resided at? ☐ Yes ☒ No; If yes, identify the property and provide a brief description of the harm
55   you have suffered in connection with the property: _____
56   _____
57   _____
58   _____
59

60   Have you had any testing or laboratory analysis performed to determine the presence of JP
61   Landfill Emissions at any of the properties associated with your claim? ☐ Yes ☒ No; If yes:
62       Who did the testing? _____   When was the property tested? _____

Page 2 of 8