Page 72

```
 1   my home.
 2        Q.   Was that done through your homeowners'
 3   insurance?
 4        A.   Me.
 5        Q.   You paid out-of-pocket for that?
 6        A.   No.
 7        Q.   Okay.
 8             Well --
 9        A.   Well, let's put it this way.  I didn't
10   wait for the homeowners to do nothing to my house.
11   I called ABS and ABS dealt with my insurance.
12        Q.   Okay.
13             And who is your homeowners carrier?
14             MR. CHILDERS:  Objection, form.
15   BY MR. FUTRELL:
16        Q.   What insurance company did you have
17   homeowners' coverage through?
18        A.   Americas.
19        Q.   Okay.
20             When ABS came in and did their work, do
21   you know whether they did any air quality testing in
22   your home?
23        A.   No, they did not.
24        Q.   Since you moved into the property or
25   moved back into the property in 2017, has there been
```

EXHIBIT 3

Page 73

1  any air quality testing done in your home?
2     A.   No air quality tests have ever been did
3  in my home.
4     Q.   Okay.
5          Ms. Green, do you have any pests in your
6  home?  Like mice, rats?
7     A.   No, sir.
8     Q.   Okay.  I've just got to ask.
9          Do you have a pest control service that
10 you use?
11    A.   Yes.
12    Q.   Who is that?
13    A.   Geneva Green.
14    Q.   Ms. Green, what type of product does
15 Geneva Green Pest Control use at 205 Cabinet?
16    A.   Whatever is in the store to buy.
17    Q.   Okay.
18    A.   When I have a problem that I don't have.
19    Q.   I got you.
20    A.   Okay.  I'm not a pest liker, so I know I
21 don't have pests.
22    Q.   You really are my kind of lady.  Let me
23 ask you this:  When you purchase some things, just
24 tell me what you use in your home.  Is it Raid?  Is
25 it --

```
                                                        Page 93
 1          Q.   You-guys weren't --
 2          A.   -- we've had so many scares.
 3          Q.   You-guys were not here for Ida, right?
 4          A.   What was the year of that?  I don't think so.
 5          Q.   '21?
 6          A.   No.
 7          Q.   Okay.  Any other hurricane damage or -- or
 8     close calls that you can remember?
 9          A.   No.
10          Q.   Talking about the River Ridge home, did you
11     ever keep pets?
12          A.   Yes.  We had one dog and one cat.
13          Q.   Okay.  Would you have had the dog and the cat
14     for that 2017 to 2020 time period?
15          A.   That is correct.
16          Q.   Did they live indoors or outdoors?
17          A.   Indoors.
18          Q.   Did you ever have any flooding problems at
19     your Robin Lane home?
20          A.   No.  As a matter of fact, that was one reason
21     we wanted to move closer to the River Ridge area.  It
22     was really high considering New Orleans.
23          Q.   Did you ever have any air quality testing done
24     at your River Ridge home?
25          A.   At my specific home?  Not that I'm aware.
```

```
                                                      Page 94
 1         Q.   Okay.  You mentioned at your specific home.
 2    Is there another location that you were thinking of?
 3         A.   Well, it was done by DEQ --
 4         Q.   Okay.
 5         A.   -- in our Harahan/River Ridge area.  There
 6    were many locations.  I can't recall where.
 7         Q.   Got it.  Any other sort of environmental
 8    testing that you had done -- or that anyone had done at
 9    your home?
10         A.   At my specific home?  No, not that I'm aware
11    of.
12         Q.   Okay.  Did you ever have any mold issues at
13    your Robin Lane home?
14         A.   Not that I'm aware of.
15         Q.   Did you ever have any issues with leaks at
16    your Robin Lane home?
17         A.   Water leaks?
18         Q.   Uh-huh.
19         A.   Not that I'm aware of.
20         Q.   Or any other types of leaks?
21         A.   No.  We -- our windows were old.  We replaced
22    the windows when we moved in.  Kids were little, so I
23    know that had -- had to be, I don't know, 2013, 2014.
24         Q.   Did you ever have any problems with pests at
25    the Robin Lane home?
```

```
 1        A.  No.
 2        Q.  Have you ever -- have you had hurricane
 3   damage to your house since 2015?
 4        A.  No.
 5        Q.  Are there any pets that live at your
 6   house?
 7        A.  No.
 8        Q.  Does the area around your home flood when
 9   it rains?
10        A.  No.
11        Q.  Have you ever had any issues of flooding
12   with hurricanes?
13        A.  No.
14        Q.  Have you ever had any environmental,
15   biological, or other testing or sampling conducted
16   at your property?
17        A.  No.
18        Q.  Have you ever had any issues with mold in
19   your home?
20        A.  No.
21        Q.  Mildew?
22        A.  Not that I recollect.
23        Q.  Have you ever had any leaks in your home?
24        A.  No.
25        Q.  Has your home ever had a pest problem?
```

```
                                                          Page 76
 1        A.    All the time.
 2        Q.    Every day?
 3        A.    Every day.  Sometimes less than others.
 4        Q.    Okay.
 5              Did you notice any areas around your
 6   unit that were low lying?
 7        A.    No.
 8        Q.    No?  You never noticed any pooling or
 9   ponding of water after a rainstorm?
10        A.    No.
11        Q.    Have you had any issues with flooding at
12   the Sawmill Creek apartment?
13        A.    No.
14        Q.    Have you had any environmental,
15   biological, water, air or other testing conducted at
16   the Sawmill Creek apartment?
17        A.    No.
18        Q.    Have you ever had any -- have you ever
19   had any issues with mold in the apartment?
20        A.    No.
21        Q.    Mildew?
22        A.    No.
23        Q.    Did you ever have any leaks at the
24   apartment?
25        A.    No.
```

Depostion of Andrew Section at 88-89

```
                                                       Page 88
 1        Q.   The grass after it was cut.
 2        A.   You cut it and just let it sit there as
 3   big as my yard is.
 4        Q.   Okay.
 5        A.   I didn't have no -- just cut the grass
 6   and let it stay there.
 7        Q.   You didn't bag it?
 8        A.   No.
 9        Q.   And you didn't have a compost pile or
10   anything like that on your property?
11        A.   No.
12        Q.   Do you have pets?
13        A.   No.
14        Q.   During the relevant time periods did you
15   have any pets?
16        A.   No.  No.
17        Q.   Do any of your neighbors have livestock,
18   either chickens or horses or anything like that, as
19   far as you know?
20        A.   Not that I know.  But I be working.
21        Q.   Okay.
22        A.   So most times I get home in the evening
23   time I be tired.
24        Q.   Okay.
25             Have you ever had any kind of testing
```

Page 89

1    done in your house during the relevant time periods,
2    like testing the air or testing the water or
3    anything like that?
4         A.    No.
5         Q.    Okay.
6               As part of the renovation after Katrina,
7    did you get a new roof?
8         A.    Yes.
9         Q.    Any problems with the roof since then?
10        A.    No.
11        Q.    Any other leaks in the house, water
12   leaks or anything like that that you've had?
13        A.    Before or after?
14        Q.    During the relevant time period.
15        A.    No.
16        Q.    From like 2015 --
17        A.    No.  No.
18        Q.    Okay.
19              Any problem with sewage?
20        A.    No.
21        Q.    Do you all have a septic tank or city
22   sewers?
23        A.    City sewers.
24        Q.    Ever have that back up or have an issue
25   with that?

```
                                                          Page 74
 1         A.   No.
 2         Q.   Any other outdoor kind of like livestock
 3    animals, like a goat or anything?
 4         A.   Not that I know of.
 5         Q.   Do any parts of the property around your
 6    house ever become soggy?
 7         A.   No.
 8         Q.   So after it rains, do you get ponding on
 9    the property?
10         A.   No, sir.
11         Q.   Have you ever had any issues with flooding
12    on the property?
13         A.   No, sir.
14         Q.   Have you ever had it flood in the house?
15         A.   No.
16         Q.   Have you ever had any testing done for
17    environmental conditions on your property?
18         A.   No, sir.
19         Q.   So you've never had air sampling done on
20    the property?
21         A.   No, sir.
22         Q.   What about mold, have you had any mold
23    testing?
24         A.   No, sir.
25         Q.   Have you ever had any issues with mold in
```

```
                                                          Page 56
 1   where water will kind of pool or form a little pond or
 2   anything like that?
 3        A.   No.
 4        Q.   Okay.  Have you had any issues with flooding
 5   on your property?
 6        A.   No.
 7        Q.   Okay.  Have you had any testing or sampling
 8   conducted at your property?
 9        A.   No.
10        Q.   Have you had any issues with mold in your
11   home?
12        A.   No.
13        Q.   Have you had any issues with mildew in your
14   home?
15        A.   No.
16        Q.   Have you had any leaks in your home?
17        A.   (No audible response.)
18        Q.   Leaks?
19        A.   No.
20        Q.   Okay.  Have you seen any pests in your home,
21   so like cockroaches or mice or anything like that?
22        A.   No.
23             MS. JAMES:  Object to form.
24             But go ahead.
25   BY MS. KREBS:
```

Page 60

1   but I never hear them.  She didn't move there until
2   like the end of '18.  And the first time I knew she
3   had chickens was December of '20.  Because I
4   remember she introduced us to her chickens because
5   she gave the neighbors a little six-pack of eggs.
6   She texted and said she left it on the door.  So she
7   probably got them in 2020.
8        Q.   Okay.
9             THE WITNESS:  God bless you.
10            MR. CHILDERS:  Thank you.
11  BY MS. KREBS:
12       Q.   All right.
13            So with respect to your property at 47
14  Donelon, do any of your -- do any parts of your
15  property ever become soggy?
16       A.   Soggy?
17       Q.   Does it pool after it rains?  Does it
18  become really wet?
19       A.   No, ma'am.
20       Q.   Have you had any issues with flooding?
21       A.   In my house?
22       Q.   Or in the yard.
23       A.   No.
24       Q.   Okay.
25            Have you had any environmental,

```
                                                    Page 61
 1   biological, air or other types of testing or
 2   sampling conducted at your property?
 3        A.    I don't know what you mean by that.
 4        Q.    Let me rephrase to clarify.
 5              Have you -- has anyone ever come out to
 6   your property and done any sort of testing or
 7   sampling at your property?
 8        A.    Not testing or sampling, no.
 9        Q.    Okay.
10              Have you had any issues with mold in
11   your home?
12        A.    No, ma'am.
13        Q.    Okay.
14              Mildew?
15        A.    Huh?
16        Q.    Have you had any issues with mildew?
17        A.    No, no, no, no.
18        Q.    Have you had any leaks in your home?
19        A.    I did have a leak in the bathroom one
20   time.  And it was one of the pipes leaking and they
21   tore out the wall.  And, uhmm, they replaced it and
22   fixed it.
23        Q.    Do you remember approximately what year
24   that was?
25        A.    No, I don't.  Maybe '16, '17.  I don't
```