UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**  Plaintiffs  **VERSUS**  **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**  Defendants  *Applies to: All Cases* | CIVIL ACTION  NO. 19-11133, c/w 19-14512  SECTION: "E" (5)  JUDGE: Morgan  MAGISTRATE JUDGE: North |

## ORDER

Considering the foregoing *Ex Parte* Motion to Withdraw "Motion to Compel Production of Plaintiffs' Air Sampling Data" and Incorporated Memorandum In Opposition To Plaintiffs' Request For Costs filed by Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company, Jefferson Parish, and Aptim Corp.,

**IT IS ORDERED** that the motion is **GRANTED;** the Motion to Compel (ECF Doc. #507) is deemed to be withdrawn and is further **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that each party is to bear its own costs in connection with litigating the Motion to Compel.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**THE HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**