Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3   * * * * * * * * * * * * * * * * * * * * * *
     FREDERICK ADDISON, et            CASE NO.
 4   al.                              19-11133
        v.
 5   LOUISIANA REGIONAL               C/W 19-14512
     LANDFILL COMPANY, et
 6   al.
 7
 8   * * * * * * * * * * * * * * * * * * * * * *
 9
10                   VIDEOTAPED
                     DEPOSITION
11                       OF
             FREDERICK L. ADDISON, SR.
12
                      taken on
13            Monday, April 10, 2023
14           commencing at 12:33 p.m.
15                    at the
              FOUR SEASONS HOTEL
16               2 Canal Street
             New Orleans, Louisiana
17
         Reported By:  MARYBETH E. MUIR, CCR, RPR
18
     * * * * * * * * * * * * * * * * * * * * * *
19
20
21
22
23
24
25
```

Page 12

1       A.    Yes.
2       Q.    All right.
3             Do you recall completing a Plaintiff
4    Fact Sheet for this litigation?  And please take a
5    moment to look through it if you need to.
6             MR. CHILDERS:  I'll object to form.
7             You can answer.
8             (Witness peruses document.)
9       A.    What was your question now?
10      Q.    My question was:  Do you recall
11   completing a Plaintiff Fact Sheet for this
12   litigation?
13            MR. CHILDERS:  Same objection.
14            You can answer.
15      A.    No, I didn't do it.
16      Q.    Okay.
17            So to clarify, you don't recall
18   completing a fact sheet for this litigation?
19            MR. CHILDERS:  Object to form.
20            You can answer.
21      A.    No.
22      Q.    Okay.
23            So turning to the last page of the fact
24   sheet, Page No 8, at the very back.  One more page
25   over.  Sorry.  Printed on both sides.

Page 13

1              Is this your signature on the Plaintiff
2    Fact Sheet?
3              (Witness peruses document.)
4         A.   Yes, it is.
5         Q.   And based on this, it appears that it
6    was signed on January 10th, 2020?
7         A.   Yes.
8         Q.   Okay.
9              But you do not recall marking these
10   responses to the Plaintiff Fact Sheet?
11             MR. CHILDERS:  Object to the form.
12             You can answer.
13        A.   No, I don't recall filling this out.
14   That is my signature.
15        Q.   Okay.
16             Just to clarify, do you remember signing
17   this, this document?
18             MR. CHILDERS:  Object to the form.
19             You can answer.
20        A.   Yes, I -- it's my signature.
21        Q.   Okay.
22             But do you remember the act of adding
23   your signature to this document?
24             MR. CHILDERS:  Same objection.
25        A.   I don't recall.  I can't deny it.  It's

Page 160

1 those odors are coming from the landfill. And I'm
2 living right near the landfill. And I've been
3 smelling these odors since 2017. But now you're
4 saying we're not here about the suit. So the suit
5 wasn't filed in 2017. I don't think it was. I
6 don't know.
7     Q. Okay.
8     A. If the suit was filed in 2017, well,
9 that's when it's going to be. Because that's when I
10 heard about it.
11     Q. Okay.
12     At any time before you filed your
13 lawsuit, did you see or hear any advertisements,
14 whether on TV or on the radio or in prints, that
15 sought plaintiffs for a lawsuit against the
16 Jefferson Parish Landfill?
17     A. No, I didn't see anything like that.
18     Q. Okay.
19     And I do want to turn back to Exhibit No
20 58, if you don't mind, the Plaintiff Fact Sheet that
21 we were looking at earlier. The one right at the
22 back. Yeah. At the back of the pile. Thank you.
23     (Witness peruses document.)
24 BY MS. KREBS;
25     Q. So I do just want to talk about this for

Page 161

1   a moment.  Do you recall going to a hotel to answer
2   questions about your experiences with odors?
3        A.    Yes.
4        Q.    Okay.
5              And do you recall whether they asked you
6   this question at the hotel?
7                MR. CHILDERS:  Here's the thing.  I'm
8                going to object and instruct him not to
9                answer these questions because he met
10               with an attorney.  And so he's not going
11               to talk to you or anybody else about what
12               they asked him and what he asked them.
13               MS. KREBS:  I can make my questions
14               not seeking privileged information.
15  BY MS. KREBS:
16       Q.    Do you recall reviewing any -- any of
17  these types of questions?
18               MR. CHILDERS:  Reviewing these types
19               of questions?  Okay.  You can answer
20               that.
21               (Witness peruses document.)
22       A.    These questions right here?
23       Q.    Yes.  Or anywhere else in the fact
24  sheet.
25               MR. CHILDERS:  Objection, form.

Page 162

1           You can answer.
2      A.   No.  No, I don't recall --
3      Q.   Okay.
4      A.   -- reviewing none of this.
5      Q.   Do you recall approximately when you
6  went to the hotel to -- related to this lawsuit?
7           MR. CHILDERS:  Objection, form.
8           You can answer.
9      A.   Okay.  I got a -- my signature which is
10 mine.  And the date is January 10th, 2020.  So that
11 has to be the time.
12     Q.   Okay.
13          So looking above your signature where
14 there's crosses, for example, in section No. 8,
15 there is an "X" and "no".  Do you recall entering
16 that information?
17          MR. CHILDERS:  Objection, form.  Asked
18          and answered.  Argumentative.  He's
19          already answered these questions.  You're
20          harassing him.  I'm instructing him not
21          to answer.
22          MR. MOGIS:  I think we need to have an
23          understanding of if he filled out this
24          form.
25          MR. CHILDERS:  He's already answered

Page 163

1      that question.  You're harassing the
2      witness.  And I'm instructing him not to
3      answer any more.
4           Mr. MOGHIS:  I think --
5           MR. CHILDERS:  You can call the judge.
6      Let's get her on the phone.
7           MR. MOGIS:  If we have to do that,
8      we'll reserve our right to call the
9      judge.  And if not, we'll bring Mr.
10     Addison back tomorrow.
11          MR. CHILDERS:  That's not going to
12     happen.  You're harassing him.  And these
13     little side bars are harassing.
14          MR. MOGIS:  I think just because --
15          MR. CHILDERS:  Call the judge.
16          MR. MOGIS:  -- an attorney restates or
17     asks questions that are on the Plaintiff
18     Fact Sheet, which is ruled in the case to
19     be discovery, does not make it
20     privileged.  We're entitled to ask
21     whether he was presented with these
22     questions, whether he's answered them and
23     whether it's his signature on the page.
24     And we're entitled to get clarity as to
25     that.  I don't think --