63  Have you been exposed to JP Landfill Emissions at locations other than a place you resided?
64  ☒Yes ☐No; If Yes, identify the location of exposure and provide a brief description of the harm
65  you have suffered in connection with the exposure:_____
66  _Yes, living in River Ridge and anytime outside in the area. , the odor made me sick._____
67

68  Fill in the table below to indicate which seasons and years you smelled JP Landfill Emissions at
69  your residence and how many days per week you typically smelled JP Landfill Emissions at your
70  residence during those times (i.e., did you smell it about once per week or more often?).

| Season/Year (approximately) | Did you smell JP Landfill Emissions at your residence during this time? | About how many days per week did you typically smell JP Landfill Emissions at your residence during this time? (select one) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Summer 2017 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Fall 2017 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Winter 2017/2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Spring 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Summer 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Fall 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Winter 2018/2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Spring 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Summer 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Fall 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Winter 2019/2020 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |

71  If further explanation of your responses in the table above is needed, including the number of
72  days, please explain:
73  _____
74

75  Did you smell JP Landfill Emissions at your home prior to Summer 2017? ☐Yes ☒No; if yes,
76  provide the approximate months/years and how often you smelled JP Landfill Emissions at your
77  home prior to Summer 2017:_____
78

79  Since January 2015, what types of odors have you encountered at your residence? Check all that
80  apply: ☐ chemical smell ☐ petroleum odor ☐ rotten egg ☐ ammonia smell ☐ garbage smell
81  ☒Other(s):_mixture of all the above listed smells_____;

Page **3** of **8**