# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## ORDER

Considering the foregoing *Ex Parte* Motion to Withdraw "Motion to Compel Production of Plaintiffs' Air Sampling Data" and Incorporated Memorandum In Opposition To Plaintiffs' Request For Costs filed by Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company, Jefferson Parish, and Aptim Corp. (the "Waste Connections Defendants");

**IT IS ORDERED** that the motion is **GRANTED.** The Waste Connections Defendants' Motion to Compel [R. Doc. 507] is hereby withdrawn.

**IT IS FURTHER ORDERED** that the Motion to Compel is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that Plaintiffs' request for costs and attorneys' fees is **DENIED.** Each party shall bear its own costs in connection with litigating the Motion to Compel.

New Orleans, Louisiana, this 27th day of March, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**