**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** Plaintiff | **CIVIL ACTION** **NO. 18-7889** **c/w 18-8071,** **18-8218, 18-9312** |
| **VERSUS** | |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,** Defendants | **SECTION: "E" (5)** |
| *Related Case:* | **CIVIL ACTION** |
| **FREDERICK ADDISON, ET AL.,** Plaintiffs | **NO. 19-11133, c/w 19-14512** |
| **VERSUS** | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants | **JUDGE: Morgan** **MAGISTRATE JUDGE: North** |
| *Applies to: Both Cases* | |

**PLAINTIFFS' MOTION FOR CONTEMPT OF DEPOSITION SUBPOENA, ORDER TO APPEAR FOR DEPOSITION, AND REQUEST FOR ATTORNEYS' FEES**

**NOW INTO COURT** comes Plaintiffs Frederick Addison *et al* who, for the reasons more fully brief below and in the accompanying memorandum in support, moves for an Order of Contempt, and Order Directing Mr. Falgout to appear for his deposition, and for an assessment of costs and attorneys' fees.

1.

The above captioned case involves odors and emissions emitted by Jefferson Parish Landfill between July 2017 and December 2019 (hereinafter referred to as the "relevant time period").

2.

1

Under the thirteenth and current case management order ("CMO") a trial on claims asserted by the *Addison* trial plaintiffs is set for August 2024.[1]

3.

On October 29, 2023 Rickie Falgoust, the former Waste Connections employee and JPLF landfill manager was personally served with a subpoena to appear for his deposition.[2] The deposition was set for a location within 100 miles of Falgoust's home. Falgoust failed to file an objection to the subpoena or move for a protective order. Falgoust failed to appear on November 13, 2023 for his deposition.[3]

4.

Defendants advised that they will not join in this motion but will not oppose this motion.

**WHEREFORE,** for the foregoing reasons more fully briefed in the accompanying memorandum, Plaintiffs urge this Court to find Rickie Falgoust in contempt, order him to appear for his deposition, and order him to pay costs and attorneys' fees incurred.

Dated: March 29, 2024

Respectfully submitted,

<table>
<tr><td>

_____S. Eliza James_____
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
FORREST CRESSY & JAMES, LLC
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com

</td><td>

_____/s/ Bruce C. Betzer_____
Bruce C. Betzer (Bar No. 26800)
THE LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com


_____/s/ Douglas S. Hammel_____
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC

</td></tr>
</table>

---

[1] Rec. Doc. 498.
[2] *See* Ex. 1- Subpoena and return of service.
[3] *See* Ex. 2- Falgoust Dep. 4:17-19, Nov. 13, 2023.

_____/s/ Eric C. Rowe_____
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@wtplaw.com
erowe@wtplaw.com
ebolog@wtplaw.com
mchilders@wtplaw.com

*Counsel For Addison Plaintiffs*

3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

_____/s/ Jason Z. Landry_____
Scott R. Bickford (#1165)
srb@mbfirm.com
Lawrence J. Centola, III (#27402)
ljc@mbfirm.com
Jason Z. Landry (#33932)
jzl@mbfirm.com
Jeremy J. Landry (#30588)
jjl@mbfirm.com
MARTZELL BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504)581-7635 – FACSIMILE

Hon. Max N. Tobias, Jr. (#12837)
LISKA, EXNICIOS & NUNGESSER
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 410-9611
Facsimile: (504) 410-9937
maxtobias504@aol.com

Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

John D. Sileo (La Bar No. 17797)
Casey W. Moll (La. Bar No. 35925)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave.,

Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com

*Counsel for Ictech-Bendeck Plaintiffs*

## <u>CERTIFICATE OF SERVICE ON NON-PARTIES</u>

I certify that a copy of the foregoing was served on counsel of record for the parties through the Court's ECF system and served by Federal Express to the following on this 29 day of March, 2024.

**Rickie Falgoust, 22654 North Oak Street Vacherie, Louisiana 70009.**


_____ /s/ S. Eliza James