```
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3

 4
    FREDERICK ADDISON, ET AL         CIVIL ACTION
 5
    vs.                              NO. 19-11133
 6                                   C/W 19-14512

 7  LOUISIANA REGIONAL LANDFILL
    COMPANY, ET AL
 8

 9

10

11  PROCES-VERBAL FOR THE VIDEOCONFERENCE DEPOSITION OF
    RICKIE FALGOUST, TAKEN VIA ZOOM, ON THE 13TH DAY OF
12  NOVEMBER, 2023, COMMENCING AT 9:05 A.M. AND
    CONCLUDING AT 9:08 P.M.
13

14

15

16  REPORTED BY:

17
            RUBY M. WALLEN
18          CERTIFIED COURT REPORTER

19

20

21

22

23

24

25
```



```
 1                ALL PARTIES APPEARING REMOTELY

 2
     APPEARANCES:
 3

 4   REPRESENTING THE ADDISON PLAINTIFFS:

 5
              FORREST CRESSY & JAMES
 6            ATTORNEYS AT LAW
              BY:   S. ELIZA JAMES
 7            1222 ANNUNCIATION STREET
              NEW ORLEANS, LOUISIANA 70130
 8
                  -AND-
 9
              WHITEFORD TAYLOR & PRESTON
10            ATTORNEYS AT LAW
              BY:   ERIC C. ROWE, ESQ.
11            1800 M STREET, NW, SUITE 450N
              WASHINGTON, DC 20036
12
              202.659.6800
13            EROWE@WTPLAW.COM

14
     REPRESENTING WASTE CONNECTIONS US, INC., WASTE
15   CONNECTIONS BAYOU, INC. AND LOUISIANA REGIONAL
     LANDFILL COMPANY:
16
              LISKOW & LEWIS
17            ATTORNEYS AT LAW
              BY:   MICHAEL C. MIMS, ESQ.
18            701 POYDRAS STREET, SUITE 5000
              NEW ORLEANS, LOUISIANA 70139
19
              504.581.7979
20            MICHAEL.MIMS@LISKOW.COM

21

22

23

24

25
```



```
 1   REPRESENTING JEFFERSON PARISH:

 2              CONNICK AND CONNICK
                ATTORNEYS AT LAW
 3              BY:  MICHAEL S. FUTRELL, ESQ.
                3421 NORTH CAUSEWAY BOULEVARD, SUITE 408
 4              METAIRIE, LOUISIANA 70002

 5              504.681.6658
                MFUTRELL@CONNICKLAW.COM
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1      MS. JAMES:
2              All right.  Good morning.  This is
3  Eliza James appearing for the Addison plaintiffs.
4      MR. MIMS:
5              Michael Mims on behalf of Waste
6  Connections Defendants.
7      MR. FUTRELL:
8              Mike Futrell on behalf of Jefferson
9  Parish.
10     MS. JAMES:
11             Okay.  We are here today for the
12 deposition of Rickie Falgoust on October 24th, 2023.
13 A subpoena was issued requiring Mr. Falgoust's
14 appearance at 1222 Annunciation Street, New Orleans,
15 Louisiana 70130.  The date of the subpoena was
16 November 13th, 2023 at 9:00 A.M.
17             It is now 9:06 A.M.  Mr. Falgoust has
18 not appeared for his deposition.  And hang on.  I
19 will put the service date.  Mr. Falgoust was served
20 on 10-30, 2023 via personal service.  He has not
21 appeared.
22             And in a conversation that I had with
23 him on November 4th via telephone, he indicated to me
24 that he was not going to appear and he was not going
25 to participate in this case, deposition or otherwise,



```
 1   in any way.  He also volunteered that he understood
 2   that he could be subject to a bench warrant and did
 3   not care.
 4             So anyone else wants to put anything
 5   on the record?  I think that is all I need.
 6        MR. MIMS:
 7             Yeah.  I was just going to add that
 8   currently the Waste Connections defendants do not
 9   employ Mr. Falgoust and they have not for several
10   years.  They do not have any control over Mr.
11   Falgoust or his failure to appear today for this
12   deposition, and counsel for the Waste Connections
13   defendants do not represent Mr. Falgoust.  That is
14   all for me.
15        MS. JAMES:
16             Mike, do you have anything?
17        MR. FUTRELL:
18             No.
19        MS. JAMES:
20             Thank you.  This deposition is
21   concluded.  It is now 9:07.
22        THE REPORTER:
23             Eliza, what was the service date that
24   you had on him.  You kind of --
25        MS. JAMES:
```



```
 1                   10-30-2023.
 2         THE REPORTER:
 3                   10-30.  Okay.  Thank you.  I
 4   appreciate it.  That's it.
 5         MR. MIMS:
 6                   Thank you all.
 7         MS. JAMES:
 8                   Oh, you know what.  I'm sorry.  I am
 9   going to correct that.  It is actually 10-29-2023.  I
10   apologize for that.
11   (Whereupon, the taking of the testimony of the
12   witness was concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1                    REPORTER'S CERTIFICATE

 2

 3            I, Ruby Wallen, Certified Court Reporter,
      in and for the State of Louisiana, as the officer
 4    before whom this testimony was taken, do hereby
      certify that the witness, after having been duly
 5    sworn by me upon authority of R.S. 37:2554, did
      testify as set forth in the foregoing pages; that
 6    this testimony was reported by me in stenotype,
      prepared and transcribed by me or under my personal
 7    direction and supervision, and is a true and correct
      transcript to the best of my ability and
 8    understanding; that the transcript has been prepared
      in compliance with transcript format guidelines
 9    required by statute or by rules of the board, and
      that I am informed about the complete arrangement,
10    financial or otherwise, with the person or entity
      making arrangements for deposition services, that I
11    have acted in compliance with the prohibition on
      contractual relationships, as defined by Louisiana
12    Code of Civil Procedure Article 1434 and in rules and
      advisory opinions of the board; that I have no
13    knowledge of any contractual relationship, direct or
      indirect, between a court reporting firm and any
14    party litigant in this matter, nor is there any such
      relationship between myself and a party litigant in
15    this matter.  I am not related to counsel or to the
      parties herein, nor am I otherwise interested in the
16    outcome of this matter.

17
```



```
18    ---------------------------
19         RUBY M. WALLEN, CSR NO. 78022
```