# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** <br>     Plaintiff <br><br> **VERSUS** <br><br> **WASTE CONNECTIONS BAYOU, INC., ET AL.,** <br>     Defendants <br><br> *Related Case:* <br><br> **FREDERICK ADDISON, ET AL.,** <br>     Plaintiffs <br><br> **VERSUS** <br><br> **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** <br>     Defendants <br><br> *Applies to: Both Cases* | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br><br> SECTION: "E" (5) <br><br><br><br> CIVIL ACTION <br><br> NO. 19-11133, c/w 19-14512 <br><br> SECTION: "E" (5) <br><br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

## ORDER TO SHOW CAUSE

Based on the foregoing Plaintiffs' Motion for Rule to Show Cause as to Why Rickie Falgoust Should Not Be Held in Contempt Of Deposition Subpoena, Ordered to Appear For Deposition, and Request For Attorneys' Fees:

**IT IS HEREBY ORDERED** that Rickie Falgoust of 22654 North Oak Street Vacherie, Louisiana 70009 show cause on 24th day of April, 2024 at 10:00 at 500 Poydras Street Room C322 New Orleans, Louisiana 70130, Division "E", as to why he should not be held in contempt of a deposition subpoena, ordered to appear for a deposition, and ordered to pay attorneys' fees and costs as permitted by law.

1

2

New Orleans, Louisiana, this _____ day of April, 2024.

_____
HON.  SUSIE MORGAN
UNITED STATES DISTRICT JUDGE