```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4
     FREDERICK ADDISON, ET AL          CIVIL ACTION
 5
     vs.                               NO. 19-11133
 6                                     C/W 19-14512

 7   LOUISIANA REGIONAL LANDFILL
     COMPANY, ET AL
 8

 9

10

11   PROCES-VERBAL FOR THE VIDEOCONFERENCE DEPOSITION OF
     RICKIE FALGOUST, TAKEN VIA ZOOM, ON THE 13TH DAY OF
12   NOVEMBER, 2023, COMMENCING AT 9:05 A.M. AND
     CONCLUDING AT 9:08 P.M.
13

14

15

16   REPORTED BY:

17
             RUBY M. WALLEN
18           CERTIFIED COURT REPORTER

19

20

21

22

23

24

25
```



```
 1              ALL PARTIES APPEARING REMOTELY

 2
     APPEARANCES:
 3

 4   REPRESENTING THE ADDISON PLAINTIFFS:

 5
             FORREST CRESSY & JAMES
 6           ATTORNEYS AT LAW
             BY:   S. ELIZA JAMES
 7           1222 ANNUNCIATION STREET
             NEW ORLEANS, LOUISIANA 70130
 8
                  -AND-
 9
             WHITEFORD TAYLOR & PRESTON
10           ATTORNEYS AT LAW
             BY:   ERIC C. ROWE, ESQ.
11           1800 M STREET, NW, SUITE 450N
             WASHINGTON, DC 20036
12
             202.659.6800
13           EROWE@WTPLAW.COM

14
     REPRESENTING WASTE CONNECTIONS US, INC., WASTE
15   CONNECTIONS BAYOU, INC. AND LOUISIANA REGIONAL
     LANDFILL COMPANY:
16
             LISKOW & LEWIS
17           ATTORNEYS AT LAW
             BY:   MICHAEL C. MIMS, ESQ.
18           701 POYDRAS STREET, SUITE 5000
             NEW ORLEANS, LOUISIANA 70139
19
             504.581.7979
20           MICHAEL.MIMS@LISKOW.COM

21

22

23

24

25
```



1   REPRESENTING JEFFERSON PARISH:

2              CONNICK AND CONNICK
               ATTORNEYS AT LAW
3              BY:  MICHAEL S. FUTRELL, ESQ.
               3421 NORTH CAUSEWAY BOULEVARD, SUITE 408
4              METAIRIE, LOUISIANA 70002

5              504.681.6658
               MFUTRELL@CONNICKLAW.COM

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1        MS. JAMES:
 2              All right.  Good morning.  This is
 3   Eliza James appearing for the Addison plaintiffs.
 4        MR. MIMS:
 5              Michael Mims on behalf of Waste
 6   Connections Defendants.
 7        MR. FUTRELL:
 8              Mike Futrell on behalf of Jefferson
 9   Parish.
10        MS. JAMES:
11              Okay.  We are here today for the
12   deposition of Rickie Falgoust on October 24th, 2023.
13   A subpoena was issued requiring Mr. Falgoust's
14   appearance at 1222 Annunciation Street, New Orleans,
15   Louisiana 70130.  The date of the subpoena was
16   November 13th, 2023 at 9:00 A.M.
17              It is now 9:06 A.M.  Mr. Falgoust has
18   not appeared for his deposition.  And hang on.  I
19   will put the service date.  Mr. Falgoust was served
20   on 10-30, 2023 via personal service.  He has not
21   appeared.
22              And in a conversation that I had with
23   him on November 4th via telephone, he indicated to me
24   that he was not going to appear and he was not going
25   to participate in this case, deposition or otherwise,
```



800.211.DEPO (3376)
EsquireSolutions.com

1   in any way.  He also volunteered that he understood
2   that he could be subject to a bench warrant and did
3   not care.
4              So anyone else wants to put anything
5   on the record?  I think that is all I need.
6        MR. MIMS:
7              Yeah.  I was just going to add that
8   currently the Waste Connections defendants do not
9   employ Mr. Falgoust and they have not for several
10  years.  They do not have any control over Mr.
11  Falgoust or his failure to appear today for this
12  deposition, and counsel for the Waste Connections
13  defendants do not represent Mr. Falgoust.  That is
14  all for me.
15       MS. JAMES:
16             Mike, do you have anything?
17       MR. FUTRELL:
18             No.
19       MS. JAMES:
20             Thank you.  This deposition is
21  concluded.  It is now 9:07.
22       THE REPORTER:
23             Eliza, what was the service date that
24  you had on him.  You kind of --
25       MS. JAMES:



```
 1                    10-30-2023.
 2          THE REPORTER:
 3                    10-30.  Okay.  Thank you.  I
 4   appreciate it.  That's it.
 5          MR. MIMS:
 6                    Thank you all.
 7          MS. JAMES:
 8                    Oh, you know what.  I'm sorry.  I am
 9   going to correct that.  It is actually 10-29-2023.  I
10   apologize for that.
11   (Whereupon, the taking of the testimony of the
12   witness was concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```



REPORTER'S CERTIFICATE

    I, Ruby Wallen, Certified Court Reporter, in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that the witness, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as set forth in the foregoing pages; that this testimony was reported by me in stenotype, prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board, and that I am informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services, that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I have no knowledge of any contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter, nor is there any such relationship between myself and a party litigant in this matter.  I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.



----------------------------
RUBY M. WALLEN, CSR NO. 78022