```
 1         UNITED STATES DISTRICT COURT

 2         EASTERN DISTRICT OF LOUISIANA

 3

 4
     ELIAS JORGE "GEORGE"          CIVIL ACTION
 5   ICTECH-BENDECK                NO. 18-7889 C/W 18-8071,
                                   18-8218, 18-9312
 6
     VERSUS                        SECTION E (5)
 7
     PROGRESSIVE WASTE SOLUTIONS
 8   OF LA, INC., ET AL

 9              RELATED CASE:

10
     FREDERICK ADDISON, ET AL      CIVIL ACTION
11
     VERSUS                        NO. 19-1133
12
     LOUISIANA REGIONAL LANDFILL
13   COMPANY (LRLC), ET AL         SECTION E (5)

14

15

16
              VIDEOTAPED AND REMOTE CONFERENCE DEPOSITION
17   OF DAWN THIBODAUX, TAKEN IN THE OFFICES OF LISKOW &
     LEWIS, 701 POYDRAS STREET, SUITE 5000, NEW ORLEANS,
18   LOUISIANA, ON THE 13TH DAY OF OCTOBER, 2023,
     COMMENCING AT 9:07 A.M. AND CONCLUDING AT 4:47 P.M.
19

20

21

22   REPORTED BY:

23
              RUBY M. WALLEN
24            CERTIFIED COURT REPORTER

25
```



1    Q.    Right.
2    A.    Okay.
3    Q.    Okay.
4    A.    Yeah.
5    Q.    And, you know, there had been
6  discussions with you, had there, about the spent lime
7  that was brought into the landfill and placed in the
8  solidification pit.  Wasn't there?
9    A.    What do you, like verify what you mean
10 by discussions?
11   Q.    Somebody said to you, there has been
12 spent lime brought to the landfill and it has been
13 used as a solidification agent?
14   A.    In E-mails, yes.
15   Q.    Right.  And who besides Mr. Buller and
16 Brett O'Connor did you have those discussions with?
17   A.    I can't recall.
18   Q.    Anybody?
19   A.    I cannot recall.
20   Q.    And you talked to Rickie Falgoust
21 about that?
22   A.    I can say I talked to Rickie about
23 everything every day just about.
24   Q.    Okay.  So you wore a lot of hats at
25 the landfill.  Right?

