# In the Matter Of:

## ICTECH-BENDECK V. PROGRESSIVE

18-7889 C/W 18-8071, 18-8218, 18-9312

# STEPHEN C. RICHARDSON

*December 12, 2023*



800.211.DEPO (3376)
EsquireSolutions.com

1        THE WITNESS:
2             Management, I probably need to define
3    that better.
4    BY MR. ROWE:
5        Q.    Okay.
6        A.    I wasn't a manager over, I don't
7    remember the number actually then of the landfill.
8    We are like 6170.  That is our location.  It is by
9    number, 6170.  The landfill I think was 6171.
10       Q.    Okay.
11       A.    And their end-of-the-month financials
12   or whatever would fall under me to, you know, when we
13   signed off at the end of the month to go over.  But
14   not, I didn't manage it.  In other words, I wasn't,
15   we had a manager there.  He managed it.
16   BY MR. ROWE:
17       Q.    Okay.  Well, that is one of my
18   questions because your title is district manager.
19   And so, so in your role as district manager, you do
20   manage some things.  Is that right?
21       A.    Correct.
22       Q.    And so is what you are saying that you
23   just manage the Bridge City facility?
24       A.    Yes.
25       Q.    And have you, did you ever manage the



```
 1   landfill?
 2          A.     No.
 3          Q.     Jefferson Parish Landfill.
 4   MR. MIMS:
 5               Try not to talk over each other.
 6   THE WITNESS:
 7               Okay.
 8   MR. MIMS:
 9               Makes it much easier on her.
10   BY MR. ROWE:
11          Q.     Okay.  Did anybody at the landfill
12   report to you?
13          A.     The landfill manager actually reported
14   to like engineers.  I didn't ever have any say-so on
15   anything that, probably under an org chart, he was
16   under me, but he was, everything that happened and
17   went on as day-to-day operations stuff went under
18   like an engineer.
19          Q.     Okay.  Let's, let's back up a minute.
20   When did you come to work for Waste Connections
21   Bayou, Inc.?
22          A.     In early 2018.  I don't remember exact
23   date.
24          Q.     And where did you work before that?
25          A.     I was on the northshore in
```

