UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff<br><br>**VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants<br><br>*Related Case:*<br><br>**FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants<br><br>*Applies to: Both Cases* | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312**<br><br><br>**SECTION: "E" (5)**<br><br><br><br><br>**CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## ORDER TO SHOW CAUSE

Considering the foregoing Motion for Rule to Show Cause:

**IT IS ORDERED** that Rickie Falgoust of 22654 North Oak Street Vacherie, Louisiana 70009, **BE ORDERED TO APPEAR** on **April 24, 2024 at 10:00 a.m.,** at 500 Poydras Street, Room C322, New Orleans, Louisiana 70130, Division "E", to show cause as to why he should not be held in contempt of a deposition subpoena, ordered to appear for a deposition, and ordered to pay attorneys' fees and costs as permitted by law.

**IT IS FURTHER ORDERED** that the Clerk of Court mail a copy of this order to Rickie Falgoust at 22654 North Oak Street Vacherie, Louisiana 70009.

New Orleans, Louisiana, this 4th day of April, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**