UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL.<br>Plaintiffs | * CIVIL ACTION<br>*<br>* NOS. 19-11133, C/W 19-14512 |
| VERSUS | *<br>* SECTION: "E" (5) |
| LOUISIANA REGIONAL LANDFILL<br>COMPANY, ET AL.,<br>Defendant | *<br>* JUDGE: SUSIE MORGAN<br>*<br>* MAG. JUDGE : MICHAEL B. NORTH<br>*<br>* *Applies to both cases*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO APPEAR PRO HAC VICE

NOW COMES counsel of record for Defendant, Aptim Corporation, a member of the bar of this Court, who moves the Court to admit Blaise Chadwick Hill *pro hac vice* to appear and participate as co-counsel in this matter. Mr. Hill is an attorney duly licensed and admitted to practice law in the state of California, who is serving as a staff attorney at my firm while his application of the Louisiana State Bar Association is pending.

In accordance with Local rule 83.2.5, attached to this motion as Exhibit A is Mr. Hill's Declaration and a copy of his Certificate of Standing with the State Bar of California; attached to this motion as Exhibit B is his Electronic Case Filing System registration form. The contact information for Mr. Hill is as follows:

>Blaise Chadwick Hill
>Gieger, Laborde & Laperouse LLC
>701 Poydras Street
>Suite 4800
>New Orleans, LA 70139
>504-654-1389
>bhill@glllaw.com

1

**WHEREFORE**, the undersigned requests that the Court admit Blaise Chadwick Hill *pro hac vice* for the purpose of representing Defendant, Aptim Corporation, as co-counsel in this matter.

Respectfully submitted,

*/s/ John E.W. Baay II*
Ernest P. Gieger, Jr. (6154)
John E. W. Baay (22928)
J. Michael DiGiglia (24378)
Nicholas S. Bergeron (37585)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
Email:    egieger@glllaw.com
          jbaay@glllaw.com
          mdigiglia@glllaw.com
          nbergeron@glllaw.com
*Attorneys for Aptim Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Ex Parte Motion For Admission Pro Hac Vice* was service upon opposing counsel of record this 5th day of April, 2024, by e-filing same into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

*/s/ John E.W. Baay II*