UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL.<br>Plaintiffs | * | CIVIL ACTION |
| | * | |
| | * | NOS. 19-11133, C/W 19-14512 |
| VERSUS | * | |
| | * | SECTION: "E" (5) |
| LOUISIANA REGIONAL LANDFILL<br>COMPANY, ET AL.,<br>Defendant | * | |
| | * | JUDGE: SUSIE MORGAN |
| | * | |
| | * | MAG. JUDGE : MICHAEL B. NORTH |
| | * | |
| | * | *Applies to both cases* |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION IN SUPPORT OF PRO HAC VICE ADMISSION

I, Blaise Chadwick Hill, am over the age of 18, have personal knowledge of all the facts stated herein, and declare as follows:

1. I am a staff attorney with the law firm of Gieger, Laborde & Laperouse LLC. I am a member in good standing of the State Bar of California, as demonstrated by the Certificate of Standing attached hereto.

2. I hereby affirm under oath that no disciplinary proceedings or criminal charges have been instituted against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*Blaise Chadwick Hill*
**BLAISE CHADWICK HILL**



**EXHIBIT A**

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### BLAISE CHADWICK HILL

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that BLAISE CHADWICK HILL, **#238764**, was on the 30th day of **November 2005** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 22nd day of March 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Lauren Sugai, Assistant Deputy Clerk*