UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL. | * | CIVIL ACTION |
| Plaintiffs | * | |
| | * | NOS. 19-11133, C/W 19-14512 |
| VERSUS | * | |
| | * | SECTION: "E" (5) |
| LOUISIANA REGIONAL LANDFILL | * | |
| COMPANY, ET AL., | * | JUDGE: SUSIE MORGAN |
| Defendant | * | |
| | * | MAG. JUDGE : MICHAEL B. NORTH |
| | * | |
| | * | *Applies to both cases* |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Appear *Pro Hac Vice* of Blaise Chadwick Hill: In accordance with Local Rule 83.2.5, counsel of record who is a member of the bar of this Court has requested that Mr. Hill be admitted *pro hac vice*. Mr. Hill has provided a certificate by the presiding judge or clerk of the highest court of the state, or court of the United States, where he has been admitted to practice, showing that he has been so admitted in such court, and that he is in good standing therein. Furthermore, Mr. Hill has affirmed that there have been no disciplinary proceedings or criminal charges against him. Accordingly,

**IT IS ORDERED** that Mr. Hill is hereby admitted to the bar of this Court *pro hac vice* on behalf of Defendant Aptim Corporation in the above-captioned action.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2024.

_____
DISTRICK JUDGE