UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL.<br>Plaintiffs | * | CIVIL ACTION |
| | * | |
| | * | NOS. 19-11133 c/w 19-14512 |
| VERSUS | * | |
| | * | SECTION: "E" (5) |
| LOUISIANA REGIONAL LANDFILL<br>COMPANY, ET AL.,<br>Defendant | * | |
| | * | JUDGE: SUSIE MORGAN |
| | * | |
| | * | MAG. JUDGE : MICHAEL B. NORTH |
| | * | |
| | * | *Applies to both cases* |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Appear *Pro Hac Vice*;

**IT IS ORDERED** that the motion is **GRANTED**. Blaise Chadwick Hill is hereby admitted *pro hac vice* to appear before this Court on behalf of Defendant Aptim Corporation in the above-captioned action.

**New Orleans, Louisiana, this 9th day of April, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**