UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**<u>TRANSFER ORDER</u>**

**IT IS ORDERED** that the following Magistrate Division "3" cases be **TRANSFERRED**

**BACK** to Magistrate Judge Michael B. North, Magistrate Division "5" of this Court.

- 2:19-cv-11133 Addison, et al. v. Louisiana Regional Landfill Company, et al

- 2:19-cv-14512 Fleming et al v. Louisiana Regional Landfill Company et al

**IT IS FURTHER ORDERED** that the following cases be transferred from Magistrate

Division "5" to Magistrate Judge Eva J. Dossier, Magistrate Division "3", of this Court. These

replacement cases are transferred for purposes of keeping the transfers to Magistrate Judge Dossier

equally distributed from among the Magistrate Judges of the Court.

- 2:22-cv-3332 Arnold v. Alvarado, et al

- 2:23-cv-6810  International Matex Tank Terminals LLC et al

New Orleans, Louisiana, this   19th   day of April, 2024.

*Nannette Jolivette Brown*
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

19-11133
19-14512
TRANSFERRED BACK TO
# MAG 5
April 19, 2024

22-3332
23-6810
TRANSFERRED TO
# MAG 3
April 19, 2024