UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>Plaintiff<br><br>VERSUS<br><br>WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>Defendants | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br><br>SECTION: "E" (5) |
| *Related Case:*<br><br>FREDERICK ADDISON, ET AL.,<br>Plaintiffs<br><br>VERSUS<br><br>LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,<br>Defendants<br><br>*Applies to: Both Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## AFFIDAVIT OF SERVICE

Before me, the undersigned Notary Public, personally came and appeared **KEITH LOBRANO**, who first being duly sworn, deposed and said:

1. That he is an individual of full age of majority;

2. That on the morning of Saturday the 13th day of April 2024 Affiant personally served Rickie Falgoust with Plaintiffs' Motion and Memorandum in Support of Plaintiffs' Rule to Show Cause as to Why Rickie Falgoust Should Not Be Held in Contempt of a Deposition Subpoena, Order to Appear for Deposition, and Request for Attorneys Fees (Rec. Doc. 581) as well as the signed Order dated April 4, 2024 (Rec. Doc. 519), ordering Mr. Falgoust to show cause on April 24, 2024 at 10:00 A.M. at 500 Poydras Street Room C322, New Orleans, LA 70130.

3. In addition to serving the above-described Motion, Affiant served Mr. Falgoust with a subpoena to appear at trial on August 12, 2024. A copy of the return of the trial subpoena is which is attached and incorporated by reference herein as Exhibit "A."

4. Mr. Falgoust was served with the Motion, Order, and the Subpoena to Appear at Trial at his home bearing the municipal address of 22654 North Oak Street Vacherie, Louisiana 70009.

_____
AFFIANT, KEITH LOBRANO

SWORN TO AND SUBSCRIBED BEFORE ME, Notary Public, on the 22 day of April, 2024 in New Orleans, Louisiana.

_____
NOTARY PUBLIC

SARA ELIZA JAMES
Notary Public
State of Louisiana
Notary ID # 136448
My Commission is for Life