AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Frederick Addison, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   19-11133 c/w  19-14512 |
| Louisiana Regional Landfill Company, et al | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Rickie Falgoust, 22654 North Oak Street Vacherie, LA 700090

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court for the Eastern District of Louisiana 500 Poydras Street New Orleans, LA 70130 | Courtroom No.: C322- Division "E" |
|---|---|
| | Date and Time: 08/12/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
See Attachment A.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   04/03/2024

| *CLERK OF COURT* | OR | |
|---|---|---|
| | | ⎧ signature ⎫ |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Frederick Addison et _____, who issues or requests this subpoena, are:

S. Eliza James, Forrest Cressy and James, LLC 1222 Annunciation Street New Orleans, LA 70130; eliza@fcjlaw.com; 504-605-0777.

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 12/13)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.  19-11133 c/w 19-14512

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Nickie Falgout for Lafourche Co.
on *(date)* 4/3/24 .

☒ served the subpoena by delivering a copy to the named person as follows: Nickie Falgout

22654 North Oak St Vacherie, LA

on *(date)* 4/13/24 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/15/24

_____
Server's signature

Keith LoBruno LPI
Printed name and title

P.O. Box 740567 NOLA 70174
Server's address

Additional information regarding attempted service, etc.:




