UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FREDERICK ADDISON, ET AL
    *Plaintiffs*

VERSUS

LOUISIANA REGIONAL LANDFILL
COMPANY, ET AL
    *Defendants*

CIVIL ACTION

NO. 19-11133 c/w 19-14512

SECTION:  "E" (5)

JUDGE SUSIE MORGAN

MAGISTRATE MICHAEL NORTH

*Applies to:  All Cases*

## APTIM CORPORATION'S LIST OF WITNESSES AND EXHIBITS TO BE OFFERED AT THE FIRST *ADDISON* MERITS TRIAL

Defendant, Aptim Corporation ("Aptim"), through undersigned counsel, respectfully states

that it intends to offer testimony from the below fact and expert witnesses, and introduce the

following exhibits, during the first *Addison* merits trial. Reserving the right to amend and/or

supplement this list in advance of trial, Aptim avers as follows:

**FACT WITNESS:**

    1.  Joshua Broggi
        Aptim Corporation
        1200 Brickyard Lane, Suite 202
        Baton Rouge, LA 70802

**EXPERT WITNESS:**

    **1.  Barry Kline, P.E.**
        TRC Companies
        21 Griffin Road North
        Windsor, CT 06095

**LIST OF EXHIBITS TO BE OFFERED:**

1.  ADD_P00105777 - Agreement Between the Parish of Jefferson and CB&I Environmental &Infrastructure, Inc., December 18, 2015
2.  APTIM_0229779 - Email from Mike Lockwood of Jefferson Parish to Kris Carlson of CEC, February 28, 2019
3.  Collection of Landfill Gas Collection Well Samples, TRC, August 20, 2020
4.  Jefferson Parish Landfill Liquid Levels, First Quarter 2019
5.  JP_JPLF 0020367 - Progress/Status Report – Jefferson Parish Landfill Repairs/Improvements, August 27, 2018, Jefferson Parish
6.  Kelvin – Jefferson Parish Landfill Summary, O&M Summary (Gas Field) – Week Ending December 3, 2020, River Birch LLC
7.  Kelvin – Jefferson Parish Landfill Summary, O&M Summary (Gas Field) – Week Ending December 3, 2020, River Birch LLC
8.  PB_PBLF_0019496 - High BTU Landfill Gas Utilization Plan for Jefferson Parish Landfill, Carlson Environmental Consultants, PC, May 7, 2019
9.  WC_JPLF_00210732 - Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill – Supplemental Data Report, SCS Engineers, July 10th, 2019
10. WC_JPLF_00271080 – Email from Rick Buller to Rickie Falgoust, July 15, 2018
11. ADD_P00105777 - Attachment to Agreement Between the Parish of Jefferson and CB&I Environmental &Infrastructure, Inc., December 18, 2015
12. ADD_P00135841 - Landfill Gas System Assessment for the Jefferson Parish Landfill, Carlson Environmental Consultants, PC, August 15, 2018
13. APTIM 0233507 - Email from Juene Franklin of Franklin Engineers to Kris Carlson of CEC, April 30, 2019
14. APTIM 9090 - Landfill Gas Collection and Control Plan, Jefferson Parish Sanitary Landfill, Phase IVA, Golder Associates, January 2017
15. APTIM Gauging Data, 2nd Semi-Annual 2018 (7/1/18 – 12/31/18)
16. APTIM_0035379 - Email from Rick Buller of Jefferson Parish to APTIM, June 18, 2018
17. APTIM_0061475 - Email from Nelson Ambeau, August 15, 2018
18. APTIM_0124663 - Aptim Change Order entered January 2, 2019
19. APTIM_0229779 - Email from Mike Lockwood of Jefferson Parish to Kris Carlson of CEC, February 28, 2019
20. APTIM_0231058 - Email from Josh Broggi of APTIM to Jefferson Parish, January 29, 2019
21. APTIM_0231061 - August 14, 2018 Letter from Michael Lockwood of Jefferson Parish to Josh Broggi of APTIM
22. APTIM_0231143 - Email from Josh Broggi of Aptim to Jefferson Parish, March 12, 2019

23.     APTIM_0231207 - Email from Juene Franklin of Franklin Engineers to Zia Tammami of PPM Co. May 3, 2019
24.     APTIM_0231659 - May 15, 2019, 11:10 AM Email from Josh Broggi APTIM to Jefferson Parish
25.     APTIM_0231659 - May 15, 2019, 2:35 PM Email from Josh Broggi APTIM to Jefferson Parish
26.     APTIM_0231748 - Email from Eric Hammerly, February 6, 2019
27.     APTIM_0231753 - Email from Eric Hammerly, February 12, 2019
28.     APTIM_0231762 - February 6, 2019 Email from Eric Hammerly
29.     APTIM_0231773 - Internal APTIM email from Eric Hammerly, April 11, 2019
30.     APTIM_0231789 - March 11, 2019 Email from Eric Hammerly
31.     APTIM_0231792 - Email from Eric Hammerly, May 15, 2019
32.     APTIM_0232982 - Email from Juene Franklin of Franklin Engineers, March 10, 2019
33.     APTIM_0234680 - Email from Brian DeJean of River Birch to Mike Lockwood of Jefferson Parish, May 13, 2019
34.     APTIM_0234920 - RFP 0393 Addendum #1, March 15, 2019
35.     APTIM_0235763 - Email from Josh Broggi of Aptim to Mike Lockwood of Jefferson Parish
36.     APTIM_0235789 - Email from Josh Broggi of APTIM to Mike Lockwood of Jefferson Parish, April 1, 2019

37.     APTIM_0235838 - Email from Juene Franklin of Franklin Engineers to Zia Tammami of PPM Co, February 14, 2019
38.     APTIM-0002546 - Letter from Aptim to LDEQ/Office of Environmental Compliance, August 27, 2018
39.     APTIM-0002784 – Report from Hartman Engineering, Inc. – Landfill Gas Collection and Control Plan, October 28, 1998
40.     APTIM-0002973 - Letter from Aptim Environmental & Infrastructure to Jefferson Parish Environmental Affairs, October 5, 2018
41.     APTIM-0003032 - Aptim Operations & Maintenance Monthly Report, August 2017
42.     APTIM-0005037 - Letter from Aptim Environmental & Infrastructure to Jefferson Parish Environmental Affairs, March 11, 2019
43.     APTIM-0005055 - Letter from Aptim Environmental & Infrastructure to Jefferson Parish Environmental Affairs, December 28, 2018
44.     APTIM-0005714 - Letter from Aptim to LDEQ/Office of Environmental Compliance, March 15, 2019
45.     APTIM-0007469 - Aptim Operations & Maintenance Monthly Report, February 2019
46.     APTIM-0007554 - Aptim Operations & Maintenance Monthly Report, January 2019
47.     APTIM-0007635 - Aptim Operations & Maintenance Monthly Report, April 2019

48. APTIM-0007857 - Aptim Operations & Maintenance Monthly Report, March 2019
49. APTIM-0009090 - Letter from Jefferson Parish Department of Environmental Affairs to DLEQ/Office of Environmental Services, January 20, 2017
50. APTIM-0009635 - Aptim Operations & Maintenance Monthly Report, April 2018
51. APTIM-0009716 - Aptim Operations & Maintenance Monthly Report, May 2018
52. APTIM-0009809 - Aptim Operations & Maintenance Monthly Report, June 2018
53. APTIM-0009902 - Aptim Operations & Maintenance Monthly Report, July 2018
54. APTIM-0010005 - Aptim Operations & Maintenance Monthly Report, August 2018
55. APTIM-0010116 - Aptim Operations & Maintenance Monthly Report, September 2018
56. APTIM-0021449 - Aptim Operations & Maintenance Monthly Report, December 2018
57. APTIM-0021991 - Aptim Operations & Maintenance Monthly Report, November 2018
58. APTIM-0022113 - Aptim Operations & Maintenance Monthly Report, October 2018
59. APTIM-0035379 - Email from Josh Broggi to Kevin Rellinger, June 18, 2018
60. APTIM-0035402 - Aptim Environmental & Infrastructure, Inc. LFG Specialties Proposal & Pricing Flare System Service Unit #1663
61. APTIM-0061475 - Email from Nelson Ambeau to Brenda Kocur, August 15, 2018
62. APTIM-0100151 - Email from Josh Broggi of Aptim to Kris Carlson of CEC, March 13, 2019
63. APTIM-0180403 - Aptim Operations & Maintenance Monthly Report, May 2019
64. APTIM-0229779 – Email from Josh Broggi to Eric M Hammerly, March 18, 2019
65. APTIM-0231058 – Email from Josh Broggi to Michael P Lockwood, January 29, 2019
66. APTIM-0231061 – Letter from Jefferson Parish Department of Environmental Affairs to Aptim, Inc., August 14, 2018
67. APTIM-0231143 – Email from Josh Broggi to Michael P Lockwood, March 12, 2019
68. APTIM-0231207 – Email from Josh Broggi to Kristofer Carlson, May 6, 2019
69. APTIM-0231659 – Email from Juene Franklin to Kristofer Carlson, May 16, 2019
70. APTIM-0231748 – Email from Eric Hammerly to Brenda Kocur, February 6, 2019
71. APTIM-0231753 – Email from Eric Hammerly to Brenda Kocur, February 12, 2019
72. APTIM-0231762 – Email from Eric Hammerly to Brenda Kocur, March 14, 2019
73. APTIM-0231789 – Email from Eric Hammerly to Brenda Kocur, May 11, 2019
74. APTIM-0232982 – Email from Kristofer Carlson to Juene Franklin, March 11, 2019
75. APTIM-0233507 – Email from Juene Franklin to Kris Carlson, May 15, 2019
76. APTIM-0234680 – Email from Josh Broggi to Eric Hammerly, May 13, 2019
77. APTIM-0234920 – Addendum #1 from Jefferson Parish Department of Purchasing, March 15, 2019
78. APTIM-0235763 – Email from Josh Broggi to Mike Lockwood, April 16, 2019
79. APTIM-0235775 – Email from Josh Broggi to Mike Lockwood, April 17, 2019

80.  APTIM-0235789 – Email from Josh Broggi to Mike Lockwood, April 1, 2019

81.  APTIM-0235838 - Email from Josh Broggi to Kevin Rellinger, February 14, 2019

82.  ATPIM_0035402 - Proposal and Pricing, Reference #091818, ATPIM, September 27, 2018

83.  ATPIM-0005004 - APTIM Gauging Data, Q1 2019 (1/1/19 – 3/31/19)

84.  ATPIM-0007635 - Operations and Maintenance Monthly Report, April 2019

85.  ATPIM-0021449 - Operations and Maintenance Monthly Report, APTIM, December 2018

86.  ATPIM-0180403 - Operations and Maintenance Monthly Report, APTIM, May 2019

87.  Collection of Landfill Gas Collection Well Samples performed at the Jefferson Parish Landfill, Avondale, Louisiana, October 4-5, 2019

88.  Collection of Landfill Gas Collection Well Samples, TRC, August 20, 2020

89.  Daily Activities Log, Jefferson Parish, November 21, 2018

90.  DEJEAN_000113 - Email from Juene Franklin of Franklin Engineers to Mike Lockwood of Jefferson Parish, May 20, 2019

91.  First Amendment to Agreement by and between The Parish of Jefferson and CB&I Environmental & Infrastructure, Inc., November 30, 2016

92.  First Amendment to CB&I Agreement with Jefferson Parish, November 30, 2016, Second, Third, and Fourth Amendments between APTIM and Jefferson Parish, January 11, 2018, July 25, 2018, and December 10, 2018 respectively

93.  WC_JPLF_00049543 - Email from Rick Buller of Jefferson Parish to Angela Scheuer of LDEQ, July 26, 2018

94.  Jefferson Parish Agreement with IESI LA Landfill Corporation, May 17, 2012

95.  Jefferson Parish Council Meeting Video Recording, Jefferson Parish, September 19, 2018, www. Jeffparish.tv

96.  Jefferson Parish Landfill Liquid Levels, 2nd Semi-Annual 2018

97.  Jefferson Parish Sanitary Landfill Report - Landfill Gas Update, November 6, 2019

98.  JP_JPLF_00075661 - Email from Keith Conley of Jefferson Parish to Mike Lockwood of Jefferson Parish, May 30, 2018

99.  JP_JPLF_ 00020128 - Progress/Status Report – Jefferson Parish Landfill Repairs/Improvements, Jefferson Parish, August 6, 2018

100.  JP_JPLF_00103610 - Email from Mike Lockwood of Jefferson Parish to Josh Broggi of APTIM, August 14, 2018

101.  JP_JPLF_00032297 - Third Amendment to Agreement by and between The Parish of Jefferson and Aptim Environmental & Infrastructure, Inc., July 25, 2018

102.  JP_JPLF_00003465 – 2nd Quarter 2019 Surface Emissions Monitoring Report

103.  JP_JPLF_00055624 – Email from Rick Buller to Kevin Rellinger, July 6, 2018

104. JP_JPLF_00074435 - Letter from Rob Nielson of WCI to Keith Conley of Jefferson Parish, May 30, 2018

105. JP_JPLF_00074477 - July 20, 2018 Letter from Robert Nielsen III of Waste Connections to Jefferson Parish

106. JP_JPLF_00074844 – Email from Mike Lockwood to Rick Buller, July 18, 2018

107. JP_JPLF_00075216 - Email from Kris Carlson of CEC to Rick Buller of Jefferson Parish, June 11, 2018

108. JP_JPLF_00075661 - Email from Keith Conley of Jefferson Parish to Mike Lockwood of Jefferson Parish, May 30, 2018

109. JP_JPLF_00103610 - Email from Josh Broggi of APTIM to Mike Lockwood of Jefferson Parish, August 10, 2018

110. JP_JPLF_00120564 – Expansion of Landfill Gas Collection System, Phase IIIB, As-Built Drawings, February 12, 2015

111. JP_JPLF_0014021 – Letter from Berrigan Litchfield, LLC to Department of Environmental Quality, April 18, 2019

112. JP_JPLF_0014165 - Letter from Mike Lockwood of Jefferson Parish to LDEQ, October 8, 2019

113. JP_JPLF_0018219 – Letter from Jefferson Parish Department of Environmental Affairs to Aptim, Inc., February 5, 2019

114. JP_JPLF_0018677 - Letter from Rick Buller of Jefferson Parish to LDEQ, April 20, 2018

115. JP_JPLF_0019496 – High BTU Landfill Gas Utilization Plan for the Jefferson Parish Landfill, May 7, 2019

116. JP_JPLF_0019781 - May 6, 2019 Progress/Status – Jefferson Parish Landfill Repairs/Improvements

117. JP_JPLF_0020128 - Progress/Status Report – Jefferson Parish Landfill Repairs/Improvements, Jefferson Parish, August 6, 2018

118. JP_JPLF_0021423 - Progress/Status Report – Jefferson Parish Landfill Repairs/Improvements, Jefferson Parish, September 24, 2018

119. JP_JPLF_0021726 - Maps and Figures showing leachate seeps on 06-14-18

120. JP_JPLF_00327342 - Email from Rick Buller of Jefferson Parish to Brett O'Connor of Waste Connections, June 25, 2018

121. JP_JPLF_00742761 – Appendix B: Surface Emission Monitoring Records, Meter Calibration Log & SEM Route Map, July 1, 2019

122. Kelvin – Jefferson Parish Landfill Summary, O&M Summary (Gas Field) – Week Ending December 3, 2020, River Birch LLC

123. Kelvin-Jefferson Parish Landfill Summary, O&M Summary (Gas Field) – Week Ending 5.14.20

124. Kelvin-Jefferson Parish Landfill Summary, O&M Summary (Gas Field) Week Ending 12.3.2020

125. Kelvin-Jefferson Parish Landfill Summary, O&M Summary (Gas Field) Week Ending 6.4.2020

126. Kelvin-Jefferson Parish Landfill Summary, O&M Summary (Gas Field) Week Ending 7.9.2020

127. Landfill Gas Sampling Data Report, Ramboll U.S. Corporation, January 2020

128. Landfill Gas System Assessment for the Jefferson Parish Landfill, August 15, 2018

129. Landfill Gas Update presentation, CEC, November 6, 2019

130. Letter from Lemle & Kelleher to LDEQ, January 4, 2000

131. Operation and Maintenance Monthly Report for Jefferson Parish Landfill, River Birch LLC, June, July, August, and September

132. PB_PBLF_0019496 - High BTU Landfill Gas Utilization Plan for Jefferson Parish Landfill, CEC, May 7, 2019

133. Progress/Status Report – Jefferson Parish Landfill Repairs/Improvements, April 8, 2019

134. Progress/Status Report – Prepared by Jefferson Parish, Jefferson Parish Landfill, Repairs/Improvements, Jefferson Parish, August 20, 2018

135. Progress/Status Report – Prepared by Jefferson Parish, Jefferson Parish Landfill, Repairs/Improvements, Jefferson Parish, August 6, 2018

136. River Birch LLC Operations & Maintenance Monthly Report, Jefferson Parish Landfill, August 2019

137. River Birch LLC Operations & Maintenance Monthly Report, Jefferson Parish Landfill, July 2019

138. River Birch LLC Operations & Maintenance Monthly Report, Jefferson Parish Landfill, June 2019

139. River Birch LLC Operations & Maintenance Monthly Report, Jefferson Parish Landfill, September 2019

140. Second Amendment to Agreement by and between The Parish of Jefferson and Aptim Environmental & Infrastructure, Inc., January 11, 2018

141. Wasteconnections.com/Jefferson-parish-landfill

142. WC_JPLF_00414810 - Various September 4, 2018 emails between River Birch, Waste Connections, and Jefferson Parish

143. WC_JPLF_00082942 - Progress/Status Report – Jefferson Parish Landfill Repairs/Improvements, November 5, 2018

144. WC_JPLF_00166421 - Progress/Status Report – Jefferson Parish Landfill Repairs/Improvements, August 13, 2018

145. WC_JPLF_00166426 - Progress/Status Report – Jefferson Parish Landfill Repairs/Improvements, Jefferson Parish, August 13, 2018

146. WC_JPLF_00210732 – Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill – Supplemental Data Report, July 10, 2019

147. WC_JPLF_0021423 - Progress/Status Report – Jefferson Parish Landfill Repairs/Improvements, September 24, 2018

148. WC_JPLF_00223312 - Email from Rick Buller of Jefferson Parish to Mr. Brett O'Connor of Waste Connections, July 2, 2018

149. WC_JPLF_00223803 – Email from Mike Lockwood to Chris Mangum, August 17, 2018

150. WC_JPLF_00268181 - Letter from Rick Buller of Jefferson Parish to Rickie Falgoust of IESI LA Landfill Corp., April 19, 2018

151. WC_JPLF_00270000 - Email from Rick Buller of Jefferson Parish to John Perkey of Waste Connections, July 3, 2018

152. WC_JPLF_00270272 - August 31, 2018 Email from Brett O'Connor of Waste Connections to Jefferson Parish

153. WC_JPLF_00271080 - Email from Rick Buller of Jefferson Parish to Rickie Falgoust of Waste Connections, July 15, 2018

154. WC_JPLF_00401842 - July 19, 2018 Memo from Brett O'Connor of Waste Connections

155. WC_JPLF_00414810 - Email from Rickie Falgoust of Waste Connections to Michael Lockwood of Jefferson Parish, September 4, 2018

156. WC_JPLF_00415745 - Email from Michael Desoto of Jefferson Parish to Mike Lockwood of Jefferson parish, October 29, 2018

157. WC_JPLF_00416879 - Email from Richard Mayer of Jefferson Parish to Nelson Ambeau of ATPIM, October 17, 2018

158. WC_JPLF_00418707 - Contract between Jefferson Parish and IESI LA Landfill Corporation, May 17, 2012

*SIGNATURE BLOCK ON NEXT PAGE*

Respectfully submitted,


*/s/ Nicholas S. Bergeron*
ERNEST P. GIEGER, JR. (6154)
Email:          egieger@glllaw.com
JOHN E. W. BAAY, II (22928)
Email:          jbaay@glllaw.com
J. MICHAEL DIGIGLIA (24378)
Email:          mdigiglia@glllaw.com
NICHOLAS S. BERGERON (37585)
Email:          nbergeron@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Hancock Whitney Building
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
*Attorneys for Aptim Corporation*


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on May 14, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


*/s/ Nicholas S. Bergeron*

9