UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    **Plaintiffs**<br>**V.**<br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    **Defendants**<br><br>*Applies to: Both Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

### *EX PARTE* CONSENT MOTION TO EXTEND THE DEADLINE
### TO FILE AND EXCHANGE PRELIMINARY TRIAL WITNESS AND EXHIBIT LISTS

Plaintiffs, through undersigned counsel, move this Honorable Court to extend the deadline by which the Parties must file and exchange preliminary trial witness and exhibit lists pursuant to the Thirteenth Case Management Order (Rec. NO. 498) and, in support thereof, state as follows:

1.  For the reasons set forth in Plaintiffs' accompanying memorandum of law in support of this motion, which is incorporated by reference, Plaintiffs respectfully request that this Honorable Court extend until May 17, 2024 the deadline by which the Parties must file and exchange preliminary witness and exhibit lists.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court grant this motion and extend the deadline modify the Thirteenth Case Management Order (Rec. NO. 498) to extend until May 17, 2024 the deadline by which the Parties must file and exchange preliminary witness and exhibit lists.

Respectfully submitted: May 14, 2024

                                            Respectfully submitted:

                                                    /**s**/ S. Eliza James
                                            Byron M. Forrest (La. Bar No. 35480)

Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
FORREST CRESSY & JAMES, LLC
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com

/s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Harry S. Johnson (Admitted Pro Hac Vice)
James Jeffcoat (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@wtplaw.com
erowe@wtplaw.com
mchilders@wtplaw.com
*Counsel For Addison Plaintiffs*