UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** <br>     Plaintiffs <br><br> V. <br><br> **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** <br>     Defendants <br><br><br> *Applies to: Both Cases* | CIVIL ACTION <br><br> NO. 19-11133, c/w 19-14512 <br><br> SECTION: "E" (5) <br><br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

**MEMORANDUM OF LAW IN SUPPORT OF *EX PARTE* CONSENT MOTION TO EXTEND THE DEADLINE TO FILE AND EXCHANGE PRELIMINARY TRIAL WITNESS AND EXHIBIT LISTS BY STIPULATION OF THE PARTIES**

This memorandum of law is submitted in support of Plaintiffs' motion to extend the deadline to file and exchange preliminary trial witness and exhibit lists by stipulation of the parties.

Pursuant to this Court's Thirteenth Case Management Order (Rec. NO. 498), the Parties must file and exchange preliminary witness and exhibit lists on May 14, 2024. Due to preparation for, and taking of necessary depositions in this matter and the allocation of resources to those activities, the Parties met and conferred and have all agreed to extend until May 17, 2024 the deadline to file and exchange preliminary witness and exhibit lists. The Parties aver that this brief extension of the May 14, 2024 will not impact any other deadlines established in the CMO.

For the foregoing reasons, the Parties request that this Honorable Court grant this motion and extend the deadline modify the Thirteenth Case Management Order (Rec. NO. 498) to extend

until May 17, 2024 the deadline by which the Parties must file and exchange preliminary witness and exhibit lists.

Respectfully submitted: May 14, 2024

                          Respectfully submitted:

                              /s/ S. Eliza James
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
FORREST CRESSY & JAMES, LLC
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com


                              /s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Harry S. Johnson (Admitted Pro Hac Vice)
James Jeffcoat (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@wtplaw.com
erowe@wtplaw.com
mchilders@wtplaw.com
*Counsel For Addison Plaintiffs*