UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** <br>     **Plaintiffs** <br> **V.** <br> **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** <br>     **Defendants** <br><br> *Applies to: Both Cases* | **CIVIL ACTION** <br><br> **NO. 19-11133, c/w 19-14512** <br><br> **SECTION: "E" (5)** <br><br><br> **JUDGE: Morgan** <br> **MAGISTRATE JUDGE: North** |

**ORDER**

Upon consideration of Plaintiffs' motion to extend the deadline to file and exchange preliminary trial witness and exhibit lists by stipulation of the Parties (the "Motion"), there being no opposition thereto, and good cause having been shown hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further **ORDERED**, that the deadline to file and exchange preliminary witness and exhibit lists pursuant to this Court's Thirteenth Case Management Order (Rec. NO. 498) be and hereby is extended until May 17, 2024.

New Orleans, Louisiana this __ day of _____, 2024.

 

_____
Judge, United States District Court for the Eastern District of Louisiana