UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL.**<br>*Plaintiffs* | * * * | CIVIL ACTION NO. 19-11133,<br>c/w 19-14512 |
| **VERSUS** | * * | SECTION "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.**<br>*Defendants* | * * * | JUDGE SUSIE MORGAN |
| **Applies to: Both Cases** | * * * | MAGISTRATE JUDGE<br>MICHAEL NORTH |

* * * * * * * * * * * * * * * *   * * * * * * * * * * * * * * * *

### JEFFERSON PARISH LIST OF WITNESSES
### TO BE OFFERED AT THE FIRST *ADDISON* MERITS TRIAL

Defendant, Parish of Jefferson, through undersigned counsel, respectfully states that it intends to offer testimony from the below fact and expert witnessese during the first *Addison* merits trial. Defendant reserves the right to amend and/or supplement this list in advance of trial.

1. Andrew Section;
2. Brenda Kocur;
3. Breana Tate;
4. Brett O'Connor;
5. Brian DeJean;
6. Bruce Emley;
7. Chelsey Armstrong;
8. Chris Ruane;
9. Joseph Laubenstein;
10. Clay Richardson;
11. Clifford "Mark" Klym;

12. Dale L. Steib;

13. Dawn Thibodaux;

14. Douglas Brown;

15. Dr. Joseph Kanter;

16. Eric Hammerly;

17. Geneva Green;

18. Gerald Hebert;

19. Gerard Hebert;

20. Helena Jefferson;

21. Holly Herman;

22. Howard Buhler;

23. James Walsh;

24. Janet McKeel;

25. Jeanette Johnson;

26. John Perkey;

27. Jonathan E. Fourrier;

28. Jonathan Tate;

29. Joseph "Rick" Buller, Jr.;

30. Josh Broggi;

31. Keith Conley;

32. Kelly Sheasby;

33. Kristofer Carlson;

34. Lee Adams;

35. Mario Bazile;

36. Mark Drewes (in his capacity as the 30(b)(6) representative for Jefferson Parish);

37. Mary Ann Winningkoff;

38. Matt Crockett;

39. Michael Algero;

40. Michael DeSoto;

41. Michael P. Lockwood;

42. Michael Yenni;

43. Nelson Ambeau;

44. Nick Collins;

45. Nikkie Crews;

46. Paul Burke;

47. Representative of the Jefferson Parish Recreation Department;

48. Reshaun Richardson;

49. Richard Mayer;

50. Rickie Falgoust;

51. Rob Nielsen;

52. Roberto Obando;

53. Scott Furlong;

54. Scott Gremillion;

55. Wendy Gremillion;

56. Stanley Meyers;

57. Stephanie Brooks;

58. Terez Harris;

59. Terrance Thompson;

60. Thom Czischke;

61. Thomas Rappolt;

62. Timothy Ponthieux;

63. Tyrone Thompson;

64. Vernice Lewis;

65. Vic Culpepper;

66. Wayne Desselle;

67. Justin Rabon, M.D.;

68. Charles Santos, M.D.;

69. Brobson Lutz, M.D.;

70. Joseph T. Gardemal, III;

71. Michael Corn, CPA;

72. Baldwin Justice;

73. Pamela Dalton, PhD;

74. John Kind, PhD;

75. Matthew Stutz, P.E.;

76. Paolo Zannetti, PhD;

77. Any and all experts who have issued reports or rendered opinions;

78. Any and all of Plaintiffs' treating physicians;

79. Any and all parties deposed in this matter;

80. Any and all witnesses identified in discovery;

81. Any and all witnesses listed or called by any other party;

82. Any and all witnesses necessary to rebut any testimony on behalf of Plaintiff for Plaintiff witnesses;

83. Any and all witnesses needed for impeachment purposes; and

84. Any and all witnesses needed to authenticate records, including, but not limited to medical records, photographs and/or videos.

Respectfully submitted,

**CERTIFICATE OF SERVICE**

**CONNICK AND CONNICK, LLC**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been sent to counsel for all parties by delivery of same by electronic transmission.

Metairie, Louisiana, this 17th day of May, 2024.

 */s/ Michael S. Futrell*
WILLIAM P. CONNICK, La. Bar No. 14158
MICHAEL S. FUTRELL, La. Bar. No. 20819
MATTHEW D. MOGHIS, La. Bar. No. 33994
3421 N. Causeway Boulevard, Suite 408
Metairie, Louisiana 70002
Telephone:	(504) 681-6658
Facsimile:	(504) 838-9903
Email:	mfutrell@connicklaw.com

*Counsel for Defendant, Parish of Jefferson*

 */s/ Michael S. Futrell*
MICHAEL S. FUTRELL