UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL.** *Plaintiffs* | * * * | CIVIL ACTION NO. 19-11133, c/w 19-14512 |
| **VERSUS** | * * | SECTION "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.** *Defendants* | * * * * | JUDGE SUSIE MORGAN MAGISTRATE JUDGE MICHAEL NORTH |
| Applies to: Both Cases | * * | |

* * * * * * * * * * * * * * * * *   * * * * * * * * * * * * * * * * *

**JEFFERSON PARISH LIST OF EXHIBITS
TO BE OFFERED AT THE FIRST *ADDISON* MERITS TRIAL**

Defendant, Parish of Jefferson, through undersigned counsel, respectfully states that it intends to introduce the following exhibits, Pages 1 through 61 (attached hereto as Attachment "A"), during the first *Addison* merits trial. Defendant reserves the right to amend and/or supplement this list in advance of trial.

Respectfully submitted,

**CERTIFICATE OF SERVICE**

**CONNICK AND CONNICK, LLC**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been sent to counsel for all parties by delivery of same by electronic transmission.

Metairie, Louisiana, this 17th day of May, 2024.

　　　　/s/ Michael S. Futrell　　　　
MICHAEL S. FUTRELL

　/s/ Michael S. Futrell　
WILLIAM P. CONNICK, La. Bar No. 14158
MICHAEL S. FUTRELL, La. Bar. No. 20819
MATTHEW D. MOGHIS, La. Bar. No. 33994
3421 N. Causeway Boulevard, Suite 408
Metairie, Louisiana 70002
Telephone:　(504) 681-6658
Facsimile:　(504) 838-9903
Email:　mfutrell@connicklaw.com

*Counsel for Defendant, Parish of Jefferson*