UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br><br>    Plaintiffs<br><br>V.<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br><br>    Defendants<br><br><br>*Applies to: Both Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

**PLAINTIFFS' LIST OF WITNESSES WHOSE TESTIMONY
WILL LIKELY BE PRESENTED AT TRIAL**

Pursuant to § VI.1. of the Thirteenth Case Management Order (Rec. No. 498), the following is a list of witnesses whose testimony may be presented at trial, and is based upon the facts known to the Plaintiffs as of the date of this Notice. Some of the testimony may be presented by way of deposition. Some of the testimony may be rendered unnecessary based upon the Court's ruling on motions yet to be filed, and some of the testimony may be unnecessary if the parties are able to agree to stipulate to certain facts. Plaintiffs reserve the right to supplement this list based following a review of Defendants' witness lists and the conference of the parties mandated by § VI.1 of the CMO.

**FACT WITNESSES**

Plaintiffs and Supporting Witnesses:

    1. Geneva Green

1

2. Scott Gremillion
3. Wendy Gremillion
4. Adelyn Gremillion
5. Braxton Gremillion
6. Vernice Lewis
7. Tyrone Thompson
8. Terrance Thompson
9. Stanley Meyers
10. Stephanie Brooks
11. Reshaun Richardson
12. Andrew Section
13. Jonathan Tate
14. Mary Ann Winningkoff
15. Roberto Obando
16. Gerald Herbert
17. Breanna Tate
18. Kelly Sheasby
19. Douglas Brown
20. Gerard Herbert
21. Curtis Adams

Aptim

22. Josh Broggi
23. Nelson Ambeau

Jefferson Parish

24. Rick Buller
25. Michael P. Lockwood
26. Keith Conley
27. Michael Yenni
28. Richard Mayer
29. Mark Klym
30. Michael DeSoto
31. Arita Bohanan

    32. Paul Johnston

Waste Connections

    33. Brett O'Connor
    34. Bruce Emley
    35. Chelsey Armstrong
    36. Chris Ruane
    37. Clay Richardson
    38. Dawn Thibodaux
    39. James Gunter
    40. Joe Laubenstein
    41. John Perkey
    42. Matt Crockett
    43. Nick Collins
    44. Nikki Crews
    45. Rickie Falgoust
    46. Rob Nielsen

LDEQ

    47. Chuck Carr Brown
    48. Holly Herman
    49. Mike Algero
    50. Wayne Desselle
    51. Records custodian

River Birch

    52. Brian DeJean
    53. Records custodian

Other Witnesses

    54. Kris Carlson
    55. Vic Culpepper
    56. Dr. Joseph Kanter
    57. Dale L. Steib

      58. Jeff Palutis

<u>SCS Engineers</u>

      59. Thomas Rappolt

      60. James Walsh

## **EXPERTS**

<u>Plaintiffs' Experts</u>

      61. Jose Sananes

      62. Jaana Pietari

      63. James Lape

      64. Susan Schiffman

      65. Dr. Robert DeLorenzo

      66. Dr. Michael Spodak

      67. Jason Schellhaus

Plaintiffs reserve the right to call any witness designated by any of the Defendants. Plaintiffs reserve the right to supplement or amend this list.

Dated: May 17, 2024

                                                                     Respectfully submitted:

                                                                      /**s**/ S. Eliza James
                                      Byron M. Forrest (La. Bar No. 35480)
                                      Nicholas V. Cressy (La. Bar No. 35725)
                                      S. Eliza James (La. Bar No. 35182)
                                      FORREST CRESSY & JAMES, LLC
                                      1222 Annunciation Street
                                      New Orleans, Louisiana 70130
                                      Tele:(504) 605.0777
                                      Fax: (504) 322.3884
                                      Email: byron@fcjlaw.com
                                      nicholas@fcjlaw.com
                                      eliza@fcjlaw.com

                                                    /s/ Eric C. Rowe
                                      C. Allen Foster (Admitted Pro Hac Vice)

        Eric C. Rowe (Admitted Pro Hac Vice)
        Harry S. Johnson (Admitted Pro Hac Vice)
        James Jeffcoat (Admitted Pro Hac Vice)
        Masten Childers, III (Admitted Pro Hac Vice)
        WHITEFORD, TAYLOR & PRESTON, L.L.P.
        1800 M Street, NW, Suite 450N
        Washington, DC 20036
        Tele: (202) 659.6800
        Fax: (202) 331.0573
        Email: cafoster@wtplaw.com
        erowe@wtplaw.com
        mchilders@wtplaw.com
        *Counsel For Addison Plaintiffs*