UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br><br>    **Plaintiffs**<br><br>**V.**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br><br>    **Defendants**<br><br><br>*Applies to: Both Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

**PLAINTIFFS' LIST OF EXHBITS LIKELY TO BE PRESENTED AT TRIAL**

Pursuant to § VI.1. of the Thirteenth Case Management Order (Rec. No. 498), the following is a list of exhibits, attached here to and marked as Attachment A, may be presented at trial, and is based upon the facts known to the Plaintiffs as of the date of this Notice. Some of the exhibits may be rendered unnecessary based upon the Court's ruling on motions yet to be filed, and some exhibits may be unnecessary if the parties are able to agree to stipulate to certain facts. Plaintiffs reserve the right to supplement this list based following a review of Defendants' witness and exhibit lists and the conference of the parties mandated by § VI.1 of the CMO.

Plaintiffs reserve the right to supplement or amend this list.

Dated: May 17, 2024

                                    Respectfully submitted:

                                       /**s**/ S. Eliza James
                                    Byron M. Forrest (La. Bar No. 35480)

1

Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
FORREST CRESSY & JAMES, LLC
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com


          /s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Harry S. Johnson (Admitted Pro Hac Vice)
James Jeffcoat (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@wtplaw.com
erowe@wtplaw.com
mchilders@wtplaw.com
*Counsel For Addison Plaintiffs*