UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 19-11133, c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants | SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |
| *Applies to: All Cases* | |

## WASTE CONNECTIONS DEFENDANTS' MAY CALL WITNESS LIST AND INITIAL EXHIBIT LIST

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. (collectively, the "Waste Connections Defendants"), through undersigned counsel and pursuant to Section VI(1) of the Thirteenth Case Management Order (R. Doc. 498), respectfully submit the following May Call Witness List and Initial Exhibit List. The Waste Connections Defendants reserve the right to supplement or amend this list.

### MAY CALL WITNESS LIST

1. Michael Corn, P.E., BCEE
2. Pamela Dalton, PhD, MPH
3. John Kind, PhD, CIH, CSP
4. Bishow Shaha, PhD, P.E.
5. Baldwin Justice
6. Matthew Stutz, P.E.
7. Paolo Zannetti, QEP
8. Ali Hashimi, P.E.

1

9. Brobson Lutz, M.D.

10. Joseph T. Gardemal III, CPA

11. Chelsey Armstrong

12. Nicolas Collins

13. Brent Griffin

14. Jeannette Johnson

15. David Jones

16. Brett O'Connor

17. Matthew Crockett

18. Robert Nielsen

19. Jeff Palutis

20. Rickie Falgoust

21. Timothy Ponthieux

22. Josh Broggi

23. Scott Furlong

24. Kathleen Beresh

25. Brenda Kocur

26. Dawn Thibodaux

27. Wayne Deselle

28. Holly Hermann

29. Debra Breaux

30. Terez Harris

31. Michael Mullin

32. Brian DeJean

33. Vic Culpepper

34. Michael P. Lockwood

35. Michael Algero

36. Curtis (Lee) Adams

37. Douglas Brown

38. Joe DeRousselle

39. Ileanna Evens

40. Jarrod Muller

41. David Lofthus

42. Renell Shelby

43. Nathan Williams

44. Rick Buller

45. Kris Carlson

46. Any witness necessary to authenticate any document, photograph, or exhibit.

47. Any witness necessary to introduce into evidence any document, photograph, or exhibit.

48. Any witness necessary to establish the chain of custody and/or to authenticate any sampling or lab results.

49. Any witness identified by any party in response to discovery or during depositions.

50. Any fact or expert witness listed or called by any other party.

51. Any witness called or subpoenaed by any other party.

52. Any category of witnesses listed by any other party.

53. Any witness for impeachment or rebuttal purposes.

54. Any witness deposed or to be deposed in this matter.

55. Any witness as this list may be further supplemented or amended.

**INITIAL EXHIBIT LIST**

1. Please see Appendix A, attached.

                Respectfully submitted,

                LISKOW & LEWIS, APLC

                By:   /s/ Michael C. Mims
                        Michael C. Mims (#33991)
                        Michael Cash (#31655)
                        Cherrell Simms Taplin (#28227)
                        Brady M. Hadden (#37708)
                        J. Hunter Curtis (#39150)
                        Alec Andrade (#38659)
                        701 Poydras Street, Suite 5000
                        New Orleans, LA 70139
                        Telephone: (504) 581-7979
                        Telefax: (504) 556-4108

                BEVERIDGE & DIAMOND, P.C.

                Megan R. Brillault (*pro hac vice*)
                Michael G. Murphy (*pro hac vice*)
                John H. Paul (*pro hac vice*)
                Katelyn E. Ciolino (*pro hac vice*)
                Katrina M. Krebs (*pro hac vice*)
                825 Third Avenue, 16th Floor
                New York, NY 10022
                (212) 702-5400

                James B. Slaughter (*pro hac vice*)
                1900 N Street, NW, Suite 100
                Washington, DC 20036
                (202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2024, a copy of the foregoing Waste Connections Defendants' May Call Witness List and Initial Exhibit List was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

                                            /s/ *Michael C. Mims*
                                                 Michael C. Mims