UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>      Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>      Defendants<br><br>*Applies to: Both Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

**PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DR. PAMELA DALTON**

**NOW INTO COURT**, comes Plaintiffs Frederick Addison et al, who pursuant to § VI.2 of the Thirteenth Case Management Order, Plaintiffs submit this motion to exclude or limit testimony of defense expert Dr. Pamela Dalton. In support of this Motion, Plaintiffs aver the following:

The testimony that Dr. Dalton will offer at trial consists of issues that have already been decided by the Court and included in the Court's Findings of Fact and Conclusions of Law, and additional opinions which are confusing, misleading, and will not help the trier of fact as required by Fed.R.Evid. 702. [1]

1.

Fed.R.Evid. 702 permits an expert to testify in the form of an opinion *if* (among other factors) "the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue." Rule 702(a). (emphasis added).

2.

---

[1] Rec. Doc. 323 at 31.

1

Dr. Dalton was precluded from testifying by the United States Court of Appeals for the Fourth Circuit on the very issues for which she opines in this case as her "testimony would not be helpful and would in fact confuse the jury". (*See McKiver v. Murphy-Brown*, LLC 980 F.3d 937 (2020).

**WHEREFORE**, for the reasons more fully stated in the accompanying Memorandum in Support, Dr. Dalton's opinions and arguments of counsel as to these issues should be excluded pursuant to *Daubert* and Fed.R.Evid. 702 as they are highly misleading, confusing, and will not assist the trier of fact and should be excluded.

Dated:  June 6, 2024

/s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@whiteforlaw.com
erowe@whitefordlaw.com
mchilders@whitefordlaw.com

Harry S. Johnson, (Admitted Pro Hac Vice)
James R. Jeffcoat (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
410) 347-8700
hjohnson@whitefordlaw.com
jjeffcoat@whitefordlaw.com

FORREST CRESSY & JAMES, LLC
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777

        Fax: (504) 322.3884
        Email: byron@fcjlaw.com
        nicholas@fdjlaw.com
        eliza@fcjlaw.com

*Counsel For Addison Plaintiffs*