# In the Matter Of:

Ictech-Bendeck vs Waste Connections Bayou

18-7889

# PAMELA DALTON, PHD, MPH

*May 13, 2024*

**EXHIBIT 1**



800.211.DEPO (3376)
EsquireSolutions.com

```
 1

 2                UNITED STATES DISTRICT COURT

 3               EASTERN DISTRICT OF LOUISIANA

 4

 5                                          )Civil Action
     ELIAS JORGE "GEORGE"                   )No. 18-7889
 6   ICTECH-BENDECK,                        )c/w 18-8071,
              Plaintiff,                    )18-8218,
 7              vs.                         )18-9312
     WASTE CONNECTIONS BAYOU,               )
 8   INC., ET AL.,                          )Section: "E"
                                            )(5)
 9            Defendants.                   )
                                            )
10   Related Case:                          )
                                            )Civil Action
11   FREDERICK ADDISON, ET AL.,             )
              Plaintiffs,                   )NO. 19-11133,
12              vs.                         )c/w 19-14512
     LOUISIANA REGIONAL LANDFILL            )
13   COMPANY, ET AL.,                       )Section: "E"
                                            )(5)
14            Defendants.                   )
                                            )
15   Applies to:  Both Cases.               )
     ---------------------------------------)
16

17

18           HYBRID VIDEOTAPED DEPOSITION OF

19     EXPERT WITNESS PAMELA DALTON, PhD, MPH

20                New York, New York

21              Monday, May 13, 2024

22

23

24   Reported by:
     TAMI H. TAKAHASHI, RPR, CSR
25   JOB NO. J11168217
```



800.211.DEPO (3376)
EsquireSolutions.com

1

2                     May 13, 2024

3                     10:15 a.m.

4

5           Hybrid Videotaped Deposition of

6    Expert Witness PAMELA DALTON, PhD, MPH, held

7    at the offices of Beveridge & Diamond PC, 825

8    Third Avenue, 16th Floor, New York, New York,

9    pursuant to Notice, before TAMI H. TAKAHASHI,

10   a Registered Professional Reporter and Notary

11   Public of the State of New York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1              P. Dalton
2  I hate -- being my own computer person.  All
3  right, let's try this again.
4          So, Dr. Dalton, you are planning to
5  testify, consistent with your report, that
6  the 5 ppb for 30-minute threshold is not
7  likely to have caused the injury to the trial
8  plaintiffs, correct?
9       A.   Yes.
10      Q.   Okay.  And we established that
11 you're not aware of any state nuisance
12 standard in Louisiana that states, one way or
13 another, what the -- the exposure threshold
14 for hydrogen sulfide is over a 30-minute
15 period, right?
16      A.   Yes.
17      Q.   Okay.  All right.  I'm going to --
18 and we talked about how, in this case, we're
19 going to ask the jury to be charged, and you
20 said you understood that, right?
21           MS. KREBS:  Objection.
22      A.   I heard what you said.
23 BY MS. JAMES:
24      Q.   Okay.
25      A.   I understand that's what you're



1                         P. Dalton
2    population?
3              You have testified that it's
4    unlikely, in your opinion, that the exposure
5    rate of 5 ppb caused injuries to the --
6    Geneva Green and Mr. Tate, right?
7              MS. KREBS:  Object to form.
8        A.   I believe that the Court found that
9    it was capable of.  I don't recall seeing the
10   Court say it was likely to.
11   BY MS. JAMES:
12       Q.   Okay.  So it's -- so getting into
13   semantics here, just to make sure I'm clear,
14   are you going to be offering opinions at
15   trial that Geneva Green and Jonathan Tate are
16   in some ways outside of the general
17   population and what they could expect to
18   experience when exposed to 5 ppb over 30
19   minutes?
20             MS. KREBS:  Object to form.
21       A.   I am not saying they are apart from
22   the general population.  I'm saying that,
23   because it hasn't been established what level
24   of hydrogen sulfide they could smell and what
25   level would produce an annoyance response to



1
2              C E R T I F I C A T E
3    STATE OF NEW YORK     )
4                          : ss.
5    COUNTY OF NEW YORK    )
6
7           I, TAMI H. TAKAHASHI, a Notary
8    Public within and for the State of New
9    York, do hereby certify:
10          That PAMELA DALTON, PhD, MPH, the
11   witness whose deposition is hereinbefore
12   set forth, was duly sworn by me and that
13   such deposition is a true record of the
14   testimony given by the witness.
15          I further certify that I am not
16   related to any of the parties to this
17   action by blood or marriage, and that I
18   am in no way interested in the outcome
19   of this matter.
20          IN WITNESS WHEREOF, I have hereunto
21   set my hand this 15th day of May 2024.
22
23
                    
24                  _____
25                  TAMI H. TAKAHASHI

ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com