UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL** | * * * | **CIVIL ACTION NO.** <br> **19-11133 C/W 19-14512** |
| | * * | **SECTION "E-5"** |
| **VERSUS** | * * * | **JUDGE SUSIE MORGAN** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL** | * * * | **MAGISTRATE JUDGE EVA DOSSIER** |

* * * * * * * * * * * * * * * * * *  *  * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION DATE

Please take notice that Defendant Jefferson Parish's Motion in Limine to Exclude the Report and Testimony of Barry Kline is noticed for submission on June 19, 2024, before the Honorable Susie Morgan, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
| I HEREBY CERTIFY that a copy of the foregoing pleading was served upon all counsel of record in the parties named herein through the Court's ECF system. | **CONNICK AND CONNICK, LLC** <br><br> _/s/ Michael S. Futrell_ <br> W. PETER CONNICK, LA. BAR NO. 14158 <br> MICHAEL S. FUTRELL, LA. BAR NO. 20819 <br> MATTHEW D. MOGHIS, LA. BAR NO. 33994 |
| Metairie, Louisiana, this 6th day of June, 2024. | 3421 N. Causeway Boulevard, Suite 408 <br> Metairie, Louisiana 70002 <br> Telephone: (504) 681-6663 <br> Facsimile: (504) 838-9903 <br> E-mail: *mfutrell@connicklaw.com* <br> *moghis@connicklaw.com* |
| /s/ *Michael S. Futrell* <br> MICHAEL S. FUTRELL | *Counsel for Defendant, Jefferson Parish* |