# In the Matter of:

*Frederick Addison, et al*     *Plaintiffs*

*vs.*

*Louisiana Regional Landfill Company, et al*
*Defendants*

---

## Ali Hashimi

April 29, 2024

---

EXHIBIT

D

tabbies®

**Ali Hashimi**
**April 29, 2024**

---

**Page 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FREDERICK ADDISON, et al
 Plaintiffs

v.

LOUISIANA REGIONAL LANDFILL COMPANY,
 et al
Defendants

Case No.: 19-cv-11133
Section: E  Judge Susie Morgan
Magistrate Judge: Michael North
*Applies to all cases.
**********************************************

    VIDEO DEPOSITION OF ALI HASHIMI taken
on Monday, April 29, 2024 at LISKOW &
LEWIS, 701 Poydras Street, Suite 5000, New
Orleans, LA 70139 beginning at 9:09 a.m.
and concluding at 4:44 p.m.

REPORTED BY:
DIANNE C. WININGER, CCR
Certified Court Reporter

---

**Page 3**

1      DOUGLAS S. HAMMEL, ESQ.
        3129 Bore Street
2      Metairie, LA 70001
3
4    ALSO PRESENT:  DYLAN TURNER, VIDEOGRAPHER
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 2**

1
2    APPEARANCES
3    WHITEFORD, TAYLOR & PRESTON, LLP
       BY:  HARRY S. JOHNSON, ESQ.
          ERIC C. ROWE, ESQ.
4    1800 M Street, NW, Suite 450N
     Washington, DC 20036
5
     BEVERIDGE & DIAMOND
6    BY:  JOHN H. PAUL, ESQ.
          MEGAN R. BRILLAULT, ESQ.
7    825 Third Avenue, 16th Floor
     New York, NY 10022
8
9    CONNICK & CONNICK, LLC
       BY:  MICHAEL S. FUTRELL, ESQ.
10   3421 North Causeway Boulevard
     Suite 408
11   Metairie, LA 70002
12
13   appearing via Zoom:
14   GIEGER, LABORDE & LAPEROUSE, LLC
       BY:  J. MICHAEL DIGIGLIA, ESQ.
15   701 Poydras Street
     Suite 4800
16   New Orleans, LA 70139
17   LISKOW & LEWIS
       BY:  CHERRELL S. TAPLIN, ESQ.
18        MICHAEL C. MIMS, ESQ.
     701 Poydras Street
19   Suite 5000
     New Orleans, LA 70139
20
21   CONNICK & CONNICK, LLC
       BY:  MATTHEW D. MOGHIS, ESQ.
22   3421 North Causeway Boulevard
     Suite 408
23   Metairie, LA 70002
24
25

---

**Page 4**

1            INDEX
2                        PAGE
3    EXAMINATION BY:
4       MR. JOHNSON          6
5       MR. FUTRELL        141
6       MR. DIGIGLIA       199
7       MR. PAUL           241
8
9
10         EXHIBIT INDEX
11
12   Hashimi Exhibit #1        9
13   Hashimi Exhibit #2        7
14   Hashimi Exhibit #3       16
15   Hashimi Exhibit #4       64
16   Hashimi Exhibit #5       79
17   Hashimi Exhibit #6       79
18   Hashimi Exhibit #7       80
19
20
21
22
23
24
25

**Ali Hashimi**
**April 29, 2024**

## Page 5

1          S T I P U L A T I O N

2

3          It is stipulated and agreed to by and

4    between counsel that the deposition of ALI

5    HASHIMI  is hereby being taken pursuant to

6    notice under the Federal Code of Civil

7    Procedure for all purposes permitted under

8    law.

9          All formalities, including those of

10   sealing, certification, and filing, reading

11   and signing are specifically waived.

12         All objections, except those as to

13   the form of the question and/or the

14   responsiveness of the answer, are reserved

15   until the time of the trial of this case.  All

16   objections are to be considered under C.C.P.

17   Article 1443, Paragraph D.

18

19

20

21                   * * * * *

22

23         DIANNE C. WININGER, CCR, State of

24   Louisiana, officiated in administering the

25   oath to the herein witness.

## Page 6

1          ALI HASHIMI, WEAVER CONSULTANTS GROUP

2    NORTH CENTRAL, LLC, 1316 BOND STREET, SUITE

3    108, NAPERVILLE, IL 60563 who, after having

4    been first duly sworn to tell the truth, the

5    whole truth, and nothing but the truth was

6    examined and testified as follows:

7    BY MR. JOHNSON:

8          Q.  Good morning, Mr. Hashimi.  My name

9    is Harry Johnson.  I introduced myself to you

10   before we started the deposition.  How are you

11   today?

12         A.  Fine.

13         Q.  Good.  You understand that you're

14   here today to give testimony in the case of

15   Addison, et al versus Louisiana Regional

16   Landfill Company?

17         A.  Yes.

18         Q.  Let me just start with some of the

19   rules of the road for the deposition.  I'd ask

20   you to wait until I complete my question.  And

21   if you don't understand my question, please

22   ask me to repeat it or to rephrase it and I'd

23   be happy to do so.  Likewise, I will give you

24   the courtesy of trying to wait until you

25   answer my question before I interrupt you with

## Page 7

1    another question.  If I don't, tell me you're

2    not finished with your answer and I'll be

3    happy to desist and let you finish with your

4    answer to your question before I go to the

5    next one, okay.  Can we agree to that?

6          A.  Yes.

7          Q.  At any time if you want to take a

8    break at a reasonable interval, please let us

9    know.  We'll be happy to take a break.  Just

10   let us know.  We've been roughly doing it on

11   about an hour, hour and fifteen minutes or so.

12   But if you need to take a break at any time

13   just let me know and we'll do that, okay?

14         A.  Okay.

15         Q.  Sir, are you also named as a expert

16   witness in the case of Ictech-Bendeck versus

17   Progressive Waste Solutions of LA; do you

18   know?

19         A.  I don't know.

20         MR. PAUL:  We've not served his

21   report, no.

22   BY MR. JOHNSON:

23         Q.  I did this backwards, but the court

24   reporter has what has been marked as

25   Deposition Exhibit #2.  You have that in front

## Page 8

1    of you, sir?

2          A.  Yes.

3          Q.  And that's the deposition notice for

4    this case.  Have you seen that deposition

5    notice before this morning?

6          A.  Yes.

7          Q.  When did you see it?

8          A.  I think it was last week.

9          Q.  Did you bring anything with you to

10   the deposition today, any documents, notes,

11   anything else?

12         A.  No.

13         Q.  Sir, I have handed you prior to the

14   deposition what has been marked as Deposition

15   Exhibit #1, and that is a report dated

16   March 8th, 2024 entitled Expert Report

17   Jefferson Parish Landfill Jefferson Parish,

18   Louisiana Prepared By Weaver Consultants Group

19   North Central, LLC, Mr. Ali Hashimi.  Is that

20   the report that you -- can you identify the

21   report as, in fact, the report that you issued

22   in this case?

23         A.  Yes.

24         Q.  Have you looked at that to make sure

25   that I have a complete copy of your report?

Ali Hashimi
April 29, 2024

## Page 9

1    A.  No.  I did not.  Would you like me
2  to?
3    Q.  Well, why don't you take a look at
4  it.  And I can represent to you that I'm not
5  going to ask you any questions about anything
6  that's not contained in the document that you
7  have in front of you.  Well, I take that back.
8    A.  Yes, it appears to be.
9    Q.  Can you tell me who your clients are
10  for the purpose of this deposition?
11    A.  Ultimately, I believe it's Waste
12  Connections, but there were several different
13  companies associated.  I think at the time it
14  was LRLC and I don't actually remember what
15  that stands for at the moment.
16    Q.  Well, let me ask you this way, is
17  either APTIM Corporation or Jefferson Parish
18  one of your clients in this case?
19    A.  I don't really know how it's
20  structured case-wise.  So I'm not sure I can
21  really answer that.
22    Q.  Well, have you had any discussions
23  with any of the counsel for Jefferson Parish
24  about your testimony in this case?
25    A.  No.  I have not.

## Page 10

1    Q.  Have you had any discussions with
2  counsel for APTIM about your testimony in this
3  case?
4    A.  No.  I have not.
5    Q.  Do you have a retainer agreement
6  with either of those two entities regarding
7  testimony you plan to offer in this case?
8    A.  No.  I do not.
9    Q.  Tell me what is the business of
10  Weaver Consultants Group?  First of all -- let
11  me strike that.  Let's go back.
12    Your report indicates that you are at
13  Weaver Consultants Group North Central, LLC.
14    A.  Yes.
15    Q.  Is there a larger Weaver's
16  Consultants Group?
17    A.  Yes.
18    Q.  Tell me what the parent company is
19  and then how Weaver Consultants Group North
20  Central, LLC is related to that company.  So
21  what is Weaver Consultants Group?  Is that the
22  name of the larger entity?
23    A.  The largest entity that we have is
24  what we refer to as Weaver Companies which is
25  a group of four different companies divided

## Page 11

1  into different holding companies.  Within
2  those companies, there can also be different
3  companies broken down with state
4  registrations.  So there's multiple companies.
5  And that, North Central, LLC happens to be the
6  one that I work for.
7    Q.  And are there specific geographic
8  areas that the Weaver Consulting Companies are
9  responsible for?  For example, yours is North
10  Central.  What does North Central cover?
11    A.  North Central, primarily the
12  midwest.
13    Q.  And is that the area that you've
14  primarily done your work in since you've been
15  with Weaver Consultants?
16    A.  Yes.
17    Q.  Can you give me an estimate of how
18  many people are employed at Weaver Consultants
19  Group North Central, LLC?
20    A.  Not sure I can do that.  The way the
21  company is structured, I'm not sure who all is
22  included in that umbrella.  I don't know if I
23  can give you an accurate number.
24    Q.  Is there a mechanism in place at the
25  Weaver Consultants Group to make sure that you

## Page 12

1  are not giving opinions that are in conflict
2  with other employees of the Weaver Consultants
3  Group?
4    A.  Do you mean for this case or?
5    Q.  I mean for this case and generally.
6  For any case to make sure you and another
7  employee of the company are not giving
8  different opinions in litigation.
9    A.  I don't believe so.
10    Q.  When were you first consulted --
11  excuse me.  When were you first contacted
12  about serving as an expert witness in this
13  case?
14    A.  I believe it was last fall.
15    Q.  Can you tell me when?
16    A.  I don't recall specifically.
17    Q.  Who contacted you?
18    A.  Mr. Paul.
19    Q.  At that time, what did he tell you
20  that he wanted you to do?
21    MR. PAUL:  Well, let me object.  And
22  if you're asking about scope of the duties,
23  that's fine.  If you're probing into protected
24  communications, I'll direct him not to answer.
25    MR. JOHNSON:  What protective

Ali Hashimi
April 29, 2024

4 (Pages 13 to 16)

## Page 13

1 communications are there with an expert
2 witness?
3     MR. PAUL: Attorney-expert discussions
4 are all protected.
5 BY MR. JOHNSON:
6     Q. Can you tell me what you were asked
7 to do in this case?
8     MR. JOHNSON: You can note your
9 objection.
10 BY MR. JOHNSON:
11     Q. Wait, that's the other instruction I
12 should give you. When Mr. Paul objects, wait
13 until he gets his objection on the record. So
14 maybe just pause after I ask you a question
15 and wait and see if he's going to object and
16 then you can continue with your answer unless
17 he tells you not to, okay? Thank you. I
18 forgot the question now. What were you asked
19 to do in this case?
20     A. To participate as an expert in this
21 case.
22     Q. Did you know anything about the
23 case?
24     A. No.
25     Q. What were you told about the case?

## Page 14

1     MR. PAUL: Again, let me interpose my
2 objection. I'm not going to allow him to
3 describe attorney communications. If he's
4 describing assumptions or facts that were
5 handed to him, that's certainly admissible or
6 allowable. But I'm not going to let him delve
7 into attorney-expert communications.
8 BY MR. JOHNSON:
9     Q. Can you tell me what you were told
10 about the case?
11     A. I'm trying to remember. I'm trying
12 to remember. I don't remember really any
13 specifics.
14     Q. You said last fall. So is that the
15 fall of 2023?
16     A. Yes.
17     Q. Do you know how Mr. Paul found you
18 as a potential expert in this case?
19     A. I believe it was I was referred by
20 one of my colleague.
21     Q. At Weaver Consultants?
22     A. Yes.
23     Q. Who was that?
24     A. Matt Stutz I believe. I have not
25 spoken with Matt about it, so.

## Page 15

1     Q. I was going to ask you about that
2 later, but I'll ask you about it now since you
3 brought it up. Have you read any reports that
4 Mr. Stutz wrote in this case?
5     A. Yes, I was provided some of those
6 reports.
7     Q. When were you provided those
8 reports?
9     A. I believe the initial set of
10 documents that I was given included one of his
11 expert reports.
12     Q. Let me slow down. So when were you
13 provided those documents, that initial set of
14 documents?
15     A. It was late last year.
16     Q. So it would be late in 2023?
17     A. Yes.
18     Q. It would be after you were contacted
19 in the fall of 2023?
20     A. Yes.
21     Q. Did you reference Mr. Stutz's report
22 in your report as one of the things you had
23 reviewed?
24     A. I don't believe I directly did
25 because I don't recall doing that.

## Page 16

1     Q. Do you know -- so was Mr. Stutz's
2 report provided to you by counsel for the
3 defendants?
4     A. Yes.
5     Q. For Waste Connections Defendants?
6     A. Yes.
7     (OFF THE RECORD)
8 BY MR. JOHNSON:
9     Q. Sir, I'm handing you what I've
10 marked as Exhibit #3 which is a April 30, 2021
11 Expert Report Jefferson Parish Landfill
12 authored by Matthew K. Stutz. So first of
13 all, I'm going to just ask you to look at
14 Exhibit #3 and tell me whether that's the
15 report that you reviewed.
16     MR. PAUL: Sorry, Harry, the copy you
17 gave me has comments that somebody else has --
18     MR. JOHNSON: Maybe I wrote on that
19 one.
20     MR. PAUL: It's PDF comments if you
21 flip through. I don't know. Ali seems to
22 have the same.
23 BY MR. JOHNSON:
24     Q. You can give me that exhibit back
25 then if it has comments. Let me just ask you

Ali Hashimi
April 29, 2024

Page 17

1  questions about it then. Is the report that
2  you read for Mr. Stutz the April 30, 2021
3  report?
4       A. I believe that it was.
5       Q. And do you know who the clients were
6  that Mr. Stutz prepared that report for?
7       A. I do not.
8       Q. Would it surprise you that Jefferson
9  Parish and APTIM Corporation were clients that
10 Mr. Stutz prepared this report for?
11      A. No.
12      MR. FUTRELL: Object to the form.
13      THE WITNESS: Sorry. No. It doesn't
14 surprise me.
15 BY MR. JOHNSON:
16      Q. So there's no internal system at --
17 let me take it back. So in essence, your
18 report in this case makes certain allegations
19 against Jefferson Parish and APTIM; is that
20 correct?
21      A. Yes.
22      Q. Yet Jefferson Parish and APTIM were
23 clients of Weaver Consultants Group in
24 April 30, 2021 and for the report that Mr.
25 Stutz issued. Do you know that?

Page 18

1       A. I do not know that. I'm sorry.
2  What I meant to say is what I don't know is
3  what your question was. Could you repeat your
4  question again?
5       Q. Jefferson Parish and APTIM
6  Corporation were clients of Weaver Consultants
7  Group in April 30, 2021 when Mr. Stutz issued
8  his report. Did you know that?
9       MR. PAUL: I'll object to the form.
10      MR. FUTRELL: I'll object to the form.
11      THE WITNESS: I don't know.
12 BY MR. JOHNSON:
13      Q. Well, did you read the report where
14 it discusses who the clients were that Weaver
15 Consultants Group through Mr. Stutz were doing
16 the work for?
17      A. If it was in that report I read it.
18      Q. Are there any ethical considerations
19 from an engineering standpoint when two
20 engineers from the same company give opinions
21 for both in favor and against clients of that
22 company?
23      A. Not that I'm aware of.
24      Q. Now you say you were first contacted
25 by Mr. Paul in the fall of 2023. Was that an

Page 19

1  in-person contact?
2       A. No.
3       Q. Was it by e-mail?
4       A. I don't recall if the first contact
5  was by e-mail or by telephone, but it was one
6  of the two.
7       Q. And how long did that meeting take
8  place, that contact take place?
9       A. I don't recall.
10      Q. Do you have a file in your office
11 for this case?
12      A. When you say file, what do you mean?
13      Q. Do you have documents, the materials
14 that have been provided to you, your opinion?
15 Do you have a repository of the information
16 that you were given in this case in order for
17 you to render your opinions?
18      A. Yes.
19      Q. Where is that located?
20      A. I have documents in my office and we
21 have electronic documents in our system, what
22 you call that, our file system.
23      Q. Do you have access to those
24 electronic documents today?
25      A. Not without my computer, no.

Page 20

1       Q. Now, you said you were first
2  contacted in the fall of 2023. When were you
3  retained to offer expert testimony in this
4  case?
5       A. It took a bit of time because we had
6  to work out a contractual arrangement. So I
7  don't recall how long that period of time was.
8       Q. Is there a retainer letter that you
9  signed with counsel for --
10      MR. JOHNSON: And because of different
11 names going around, can we call it the Waste
12 Connections Defendants? Is that acceptable?
13      MR. PAUL: That's fine with me.
14      MR. JOHNSON: That's your client,
15 right?
16      MR. PAUL: Yes.
17      MR. JOHNSON: That's why I'm looking
18 at you.
19      MR. PAUL: Three of them are my
20 clients.
21 BY MR. JOHNSON:
22      Q. So we can call them collectively,
23 instead of going through all the initials,
24 Waste Connections Defendants, we understand
25 who we're talking about here?

**Page 21**

1    A.  Yes.
2        MR. PAUL:  For the record, can we name
3    them?
4        MR. JOHNSON:  You can name them.  Yes,
5    sir.
6        MR. PAUL:  So it's Louisiana Regional
7    Landfill Company, Waste Connections Bayou,
8    Inc. and Waste Connections US, Inc.
9        MR. JOHNSON:  Thank you.
10   BY MR. JOHNSON:
11       Q.  So is there a retainer agreement
12   that you signed?
13       A.  With who?
14       Q.  With the entities that Mr. Paul just
15   named.
16       A.  No.  I did not sign a contract with
17   those entities.
18       Q.  Did you sign a contract?
19       A.  Yes.
20       Q.  With whom?
21       A.  With the law firm Beveridge &
22   Diamond.
23       Q.  Did you meet with counsel to discuss
24   the case?
25       A.  Yes.

**Page 22**

1        Q.  After the fall of 2023?
2        A.  Yes.  By on the phone.  Not
3    personally.
4        Q.  Before you wrote your report in this
5    case, did you have any meetings with counsel
6    either in person or over the telephone?
7        A.  Not in person.  On the telephone.
8        Q.  And how many meetings did you have
9    before you wrote your report?
10       A.  I never kept count.  Several.
11       Q.  Did anyone at Weaver Consultants
12   Group North Central assist you in preparing
13   the report?
14       A.  Yes.
15       Q.  Who?
16       A.  Julie Hall.
17       Q.  And what is Julie Hall's position?
18       A.  Senior project manager.
19       Q.  You have to help me.  What does that
20   mean?  What does a senior project manager do?
21       A.  She would be at a level where she
22   would be managing projects directly with
23   clients, executing work.
24       Q.  And did Miss Hall review your report
25   before it was issued?

**Page 23**

1        A.  Yes.
2        Q.  Did anyone else review your report
3    at Weaver Consultants before it was issued?
4        A.  No.
5        Q.  Did counsel review your report
6    before it was issued?
7        A.  Yes.
8        Q.  Did you send them a copy of the
9    report that you planned to issue in this case?
10       A.  By them you mean?
11       Q.  Counsel.
12       A.  Yes.
13       Q.  When?
14       A.  We went through several drafts, so I
15   would have sent it multiple times.
16       Q.  So they gave you comments on the
17   report that you plan to issue in this case?
18       A.  We discussed it, yes.
19       Q.  And did you make changes in your
20   report based on the conversations that you had
21   with counsel?
22       A.  I considered their comments and I
23   may have taken some of them.  Some of them I
24   didn't.
25       Q.  Well, you say you may have taken

**Page 24**

1    some of them.  Did you take some of their
2    comments or not?
3        A.  I believe so.
4        Q.  And do you remember in particular
5    anything that they commented to you on that
6    you made an amendment to your report to take
7    into consideration?
8        A.  No.
9        Q.  Now, your report says that you are a
10   principal in the Weaver Consultants Group
11   North Central.  What does a principal mean?
12       A.  I'm an owner in the company and one
13   of the managers.
14       Q.  What are your management
15   responsibilities?
16       A.  Well, presently not much because I'm
17   moving towards retirement, so I've given up a
18   lot of my management responsibilities and more
19   in the project execution part of the business.
20       Q.  You're much too young to retire.
21   How many principals are there in Weaver
22   Consultants Group North Central, LLC?
23       A.  I believe we presently have 18.
24       Q.  And you're located in Naperville,
25   did I say that right, Illinois?

Ali Hashimi
April 29, 2024

7 (Pages 25 to 28)

Page 25

1    A.  Yeah, Naperville, Illinois, yes.
2    Q.  And other than principal, how many
3  employees are employed at that location Weaver
4  Consultants Group North Central, LLC?
5    A.  I don't know the exact number.  We
6  have several different groups there.  Eighty
7  maybe.
8    Q.  Did you share your report in this
9  case with Mr. Stutz?
10   A.  No.
11   Q.  The report that you saw from Mr.
12  Stutz, did you see that after you had drafted
13  your report or prior to the time that you
14  drafted your report?
15   A.  As I mentioned previously, I believe
16  that was in the first set of documents that I
17  was issued, so it would have been before.
18   Q.  Other than, and I hope I'm saying
19  his name right, Stutz, other than Mr. Stutz --
20  do you know Mr. Stutz?
21   A.  Yes.
22   Q.  Have you spoken to Mr. Stutz about
23  this case?
24   A.  No.
25   Q.  Before you prepared your report in

Page 26

1  this case, did you review the reports of any
2  other experts that have been named in this
3  case?
4    A.  I'm sorry.  Say that again.  I
5  didn't hear the first part.
6    Q.  Before you prepared your report in
7  this case, did you review reports of any other
8  experts in this case?
9    A.  Yes.
10   Q.  Who?
11   A.  I'm not real good with their names,
12  but there were several.  I shouldn't say
13  several.  I think Soler I believe is his name.
14   Q.  Do the best you can.
15   A.  I want to say Soler, but I'm making
16  it sound like solar.  I apologize.  I don't
17  know how to pronounce it.
18   Q.  Anyone else?
19   A.  Yes.  There was another one that
20  start with a P.  Pitre.  I'm sorry.  I don't.
21   Q.  Are those the only two?
22   A.  That I can recall, yes.
23   Q.  What did you do to prepare for your
24  deposition today?
25   A.  I've talked with my attorneys,

Page 27

1  reviewed documents.
2    Q.  How much time did it take you to
3  prepare the expert report that we have as
4  Exhibit #1?
5    A.  I didn't keep track of the time.
6    Q.  Well, did you issue a bill to
7  Beveridge & Diamond for the time you spent
8  preparing the report?
9    A.  Yes.
10   Q.  And how much was the bill?
11   A.  How many hours or dollar amount?
12   Q.  Both.
13   A.  I don't --
14   Q.  If you can recollect.
15   A.  I don't recall the hours, no.  I
16  don't do the billing.  Somebody else does.
17   Q.  Someone at Weaver Consultants does
18  the billing?
19   A.  Yes.
20   Q.  But you have to give them the number
21  of hours you worked so that they have some
22  basis to send counsel a bill, don't you?
23   A.  I fill out a timesheet.  It goes
24  into our system.  They generate an invoice.
25   Q.  Do you review that invoice for

Page 28

1  accuracy before it goes out to counsel?
2    A.  Yes.
3    Q.  So at some point you knew how much
4  the bill was that you were sending to
5  Beveridge & Diamond?
6    A.  Yes.
7    Q.  But today you can't tell me what
8  that is?
9    A.  No.
10   Q.  Have you issued more than one
11  invoice to Beveridge & Diamond?
12   A.  Yes.
13   Q.  How many invoices have you issued to
14  Beveridge & Diamond?
15   A.  I don't recall.
16   Q.  I started the series of questions
17  asking you what you did to prepare for the
18  deposition today and you said that you met
19  with counsel and you reviewed documents; is
20  that what you said?
21   A.  Yes.
22   Q.  In addition to your report, what
23  else did you review?  Well, let me take it
24  back.  Did you review your report again?  I
25  assumed that you looked at your report again,

Ali Hashimi
April 29, 2024

Page 29

1  so I shouldn't have said that.  You looked at
2  your report again?
3      A.  Yes.
4      Q.  Okay, and what other documents did
5  you look at?
6      A.  I reviewed the documents I
7  referenced in my report.  Some of them.  I'm
8  not sure I did all of them.
9      Q.  Did you review any deposition
10  testimony of any other experts in this case?
11      A.  Yes.
12      Q.  Who?
13      A.  Mr. Sananes I believe is how you
14  pronounce his name.
15      Q.  Did you review his report?
16      A.  Yes.
17      Q.  Well, I asked you if you reviewed
18  any reports of any other experts in this case
19  and you didn't mention his name.
20      A.  Yes, I forgot that one.
21      Q.  So take a moment.  Is there any
22  other expert report that you have reviewed in
23  this case that you failed to tell me about the
24  first time I asked you the question?
25      MR. PAUL:  Object to form.

Page 30

1      THE WITNESS:  I'm trying, I recall
2  reading a deposition.  I don't know if he had
3  an expert report, but there was a Mr. Kline
4  also I believe.
5  BY MR. JOHNSON:
6      Q.  And in reviewing, and I don't know
7  how to say his name either, Sananes, and Mr.
8  Kline's, whatever you reviewed from them, did
9  that change any of the opinions that you have
10  offered in your report dated March 8th, 2024?
11      A.  No.
12      Q.  In your report dated 3/8/2024 as a
13  Appendix A, it says Professional Resume of Ali
14  Hashimi, correct?
15      A.  Yes.
16      Q.  That's on page little three Is on
17  the front index.
18      A.  Yes.
19      Q.  So if we turn about seven-eighths of
20  the way through that was just an estimate on
21  my part to find what I think is your
22  professional resume, correct?
23      A.  Yes.
24      Q.  Is this the way that Weaver
25  Consultants -- strike that.

Page 31

1      What is listed here as your professional
2  resume, does that appear on Weaver Consultants
3  Group's website?
4      A.  I'm not sure.
5      Q.  So I'm looking at a document that
6  has at the bottom of it Ali Hashimi, PE, then
7  a website and then a phone number and then it
8  has www.wcgrp.com.  Is that your professional
9  resume that we're looking at?
10      A.  Yes.
11      Q.  What is the last time that -- and
12  I'm going to call this your professional
13  resume for the series of questions, okay, you
14  understand what I'm asking you about?
15      A.  Yes.
16      Q.  When is the last time that your
17  professional resume was updated?
18      A.  I believe it was last year sometime.
19      Q.  Do you have an idea about when?
20      A.  No.
21      Q.  Is this the most current version of
22  your resume or are there additional items that
23  need to be added to it?
24      A.  It is a little out of date now, yes.
25      Q.  Tell me what needs to be added to

Page 32

1  it.
2      A.  Well, primarily the registrations
3  have changed.
4      Q.  Okay, tell me which registrations
5  have changed.  There's a section on your
6  resume that says registrations and it says
7  registered professional engineer.  Is that
8  what you're referring to?
9      A.  Yes, sir.
10      Q.  Which registrations have changed?
11      A.  I don't recall the specific ones,
12  but in a number of states where I'm no longer
13  providing services, I've let my license lapse.
14      Q.  Okay, can you tell me which states
15  you've let your license lapse?
16      A.  No.  Not off the top of my head.
17      Q.  I notice Louisiana is not listed as
18  one of the states where you're registered
19  professional engineer.  You're not licensed in
20  Louisiana; is that correct?
21      A.  That's correct.
22      Q.  You can't tell me which ones have
23  lapsed, but can you tell me how many of these
24  professional registrations have lapsed?
25      A.  Not exactly.  No.

Ali Hashimi
April 29, 2024

Page 33

1    Q.  Well, can you tell me which
2  jurisdictions you know that your license is
3  current in?
4    A.  Yes.
5    Q.  Okay.
6    A.  Illinois, Indiana and Kentucky are
7  the primary states I work in, so I'm keeping
8  those registrations valid.
9    Q.  So as you sit here today, you don't
10  know the status in Alabama?
11    A.  No.
12    Q.  Iowa?
13    A.  No.
14    Q.  Kansas?
15    A.  No.
16    Q.  Mississippi?
17    A.  No.
18    Q.  Missouri?
19    A.  Nope.
20    Q.  Nebraska?
21    A.  Nope.
22    Q.  West Virginia?
23    A.  No.
24    Q.  Or Wisconsin?
25    A.  No.

Page 34

1    Q.  Can you tell me what the designation
2  registered professional engineer means?
3    A.  It's kind of a broad question.  Is
4  there something?  It means different things to
5  different people I guess.
6    Q.  Well, your resume says under select
7  project experience Mr. Hashimi served as the
8  professional engineer.  So tell me what a
9  professional engineer is.  It's in the third
10  paragraph.
11    A.  I'm sorry.  I closed the document on
12  you.
13    Q.  Keep it open for me.
14    A.  I'm sorry.  Where were you referring
15  to?
16    Q.  My question generally, sir, what is
17  a professional engineer?  It's the third
18  paragraph under you have professional summary,
19  then select project experience and the second
20  paragraph says Mr. Hashimi served as a
21  professional engineer.  So I want to know what
22  is a professional engineer.
23    A.  So for some duties, it's the scope
24  of the project would require that a
25  professional engineer be engaged to have some

Page 35

1  level of authority.  So that's what that would
2  be referencing.
3    Q.  I found what I couldn't find before
4  because I know I saw it on your resume when I
5  asked you the question.  When I asked you the
6  question what does it mean to be a registered
7  professional engineer, if you look under your
8  registrations, it says registered professional
9  engineer and then it has a bunch of states
10  listed.  So my question to you was what is a
11  registered professional engineer and you said
12  you didn't understand my question.
13    A.  So in that context I would explain
14  it as each state has a program where in order
15  to provide professional engineering services
16  for that particular state, you need to be
17  registered in that state.
18    Q.  Your resume indicates that you
19  received your master's of science in geologic
20  engineering from the University of
21  Missouri-Rolla in 1989; is that correct?
22    A.  Yes.
23    Q.  And did you go to work directly for
24  Weaver Consultants after you received your MS?
25    A.  No.

Page 36

1    Q.  I don't see any other professional
2  experiences listed.  Where else did you work?
3    A.  Golder Associates.
4    Q.  And what is Bolder Associates?
5    A.  Golder, G-O-L-D-E-R.
6    Q.  G-O-L-D-E-R Associates.  And where
7  is that located?
8    A.  At the time there was an office in
9  Chicago.  It's not there anymore.
10    Q.  How long did you work for Golder
11  Associates?
12    A.  Approximately eight and a half
13  years.
14    Q.  Eight and a half?
15    A.  Eight and a half, yes.
16    Q.  And what were your responsibilities
17  there?
18    A.  I started off as a staff engineer.
19  I was promoted to project engineer.  I'm not
20  sure if I go any further than that there.  I
21  don't recall at the time.
22    Q.  And when did you leave Golder
23  Associates?
24    A.  In the fall of '97.
25    Q.  And why did you leave Golder

Ali Hashimi
April 29, 2024

Page 37

1   Associates?
2       A.  They closed their office in Chicago.
3       Q.  And what was your next employment
4   after that?
5       A.  Weaver Consultants.  It was a
6   different company name then, but the same
7   company.
8       Q.  And what was the company name when
9   you joined it?
10      A.  It was Weaver Boos Consultants.  And
11  that's spelled B-O-O-S by the way.
12      Q.  Why don't you list Golder Associates
13  on your professional resume?
14      A.  I've been at Weaver for over 25
15  years now and that's primarily where most of
16  my professional experience is at.
17      Q.  Well, you say that you have 34 years
18  of landfill engineering experience.  So did
19  you have landfill engineering experience when
20  you worked at Golder Associates?
21      A.  Yes.
22      Q.  When you worked for Golder
23  Associates, were you responsible for the
24  management of any municipal solid waste
25  landfills?

Page 38

1       A.  I'm not sure how to answer that
2   question when you say I was responsible for
3   the management of any landfills.
4       Q.  Did you oversee any municipal solid
5   waste landfill projects when you worked for
6   Golder Associates?
7       A.  Yes.
8       Q.  Tell us about those.  Well, how
9   many?
10      A.  I don't recall.
11      Q.  Can you tell me what type of
12  municipal solid waste landfills you oversaw
13  the management of at Golder Associates?
14         MR. PAUL:  Object to form.
15         THE WITNESS:  The two I recall are two
16  facilities that were being closed under
17  Superfund and I was involved with those
18  projects.  Actually, there was three.  I can
19  remember three now.
20  BY MR. JOHNSON:
21      Q.  And all of those were facilities
22  being closed under Superfund?
23      A.  Closed or going through the
24  Superfund process.
25      Q.  Sir, do you have any legal training?

Page 39

1       A.  No.
2       Q.  Have you ever had a job where your
3   title was contract administrator?
4       A.  No.
5       Q.  Does Weaver Consultants have someone
6   responsible for reviewing contracts?
7       A.  Yes.
8       Q.  Is there a legal department there?
9       A.  Yes.
10      Q.  Is that the entity that reviews
11  legal contracts for Weaver Consultants?
12      A.  Yes.
13      Q.  And when I say Weaver Consultants,
14  for purposes of this deposition I'm not going
15  to say every time Group North Central, LLC.
16  So you understand, that's who I'm talking
17  about, the entity you work for.  Not the
18  universal Weaver Consultants.  Can we agree to
19  that?
20      A.  Yes.
21      Q.  So there is a legal department that
22  reviews contracts?
23      A.  Yes.
24      Q.  And do they also review engagements
25  such as your engagement in this case as an

Page 40

1   expert witness?
2       A.  Yes.
3       Q.  So they reviewed your agreement with
4   Beveridge & Diamond in this case?
5       A.  Yes.
6       Q.  Is it part of your responsibilities
7   at Weaver Consultants to review contracts?
8       A.  Yes.
9       Q.  And what is your responsibility in
10  that regard?
11      A.  One of the services that we're hired
12  for is to prepare contract documents to bid
13  projects out.
14      Q.  And does the legal department have
15  the final say when the contract that is issued
16  by or is entered into by Weaver Consultants?
17         MR. PAUL:  Object to form.
18         THE WITNESS:  I'm not sure I
19  understand the question.
20  BY MR. JOHNSON:
21      Q.  Who ultimately decides whether a
22  contract can be accepted by Weaver Consultants
23  or not?  Is it the engineer?  Is it the legal
24  department?  Can you tell me who that is?
25      A.  For a contract for our engagement or

Ali Hashimi
April 29, 2024

11 (Pages 41 to 44)

Page 41

1  are you talking about a client's?
2      Q.  For a client engagement.
3      A.  For when we're contracting our
4  services to a client?
5      Q.  Uh-uh.
6      A.  Okay.  Ultimately, it's principal.
7      Q.  So that would be you in a case that
8  you're involved in doing the work for?
9      A.  It could be.
10     Q.  Well, it could be.  Who else could
11 it be?
12     A.  It could be any one of the
13 principals.  We all have that authority.
14     Q.  So you may work on assignments that
15 you aren't the person that actually negotiates
16 the contract; is that what you're saying?
17     A.  Correct.
18     Q.  Under your select project experience
19 section, you state that you have served as a
20 project manager and construction quality
21 assurance officer for several construction
22 projects at operating and closed sanitary
23 landfills.  Are those things two different
24 jobs, the project manager and the construction
25 quality assurance officer?

Page 42

1      A.  Yes.
2      Q.  Okay, tell me what a project manager
3  does with regard to operating and closed
4  sanitary landfills.
5      A.  A project manager could be the
6  person who's responsible for any type of
7  engineering services that we might be
8  providing in a landfill; whereas a
9  construction quality assurance officer is a
10 very specific role.
11     Q.  And what is the role?
12     A.  When a project is being constructed
13 it oftentimes requires a professional engineer
14 certification to document that it was
15 completed in accordance with the plans and
16 specifications.  So that's why it's a very
17 specific assignment.
18     Q.  I asked you whether you were
19 licensed in Louisiana.  Have you ever been
20 involved in any projects concerning municipal
21 solid waste landfills in Louisiana?
22     A.  Yes.
23     Q.  Where?
24     A.  In New Orleans.
25     Q.  When?

Page 43

1      A.  In the 90s.
2      Q.  And tell me about that.  What was
3  the assignment?
4      A.  I was working for a gas developer
5  who, and I don't recall the terms of their
6  engagement or what their involvement was, but
7  I know they at least had some interest in
8  developing gas at a landfill in New Orleans.
9      Q.  In New Orleans?
10     A.  Yes.
11     Q.  And who were you working for in that
12 project?
13     A.  The company was called Resource
14 Technology Corporation.
15     Q.  Other than that one project, have
16 you worked on any other solid waste municipal
17 landfills in Louisiana?
18     A.  Not that I recall.
19     Q.  Sir, I don't see anything on your CV
20 about prior deposition or trial testimony.
21 Have you been a witness in cases involving
22 landfills in your professional experience?
23     A.  Yes.
24     Q.  Why isn't that listed on your CV?
25     A.  Because I included work in here that

Page 44

1  I typically provide and things that we would
2  normally be looking for if we were submitting
3  a proposal.  So I just looked for relevant
4  experience.  It's certainly not everything
5  I've done in my entire career.
6      Q.  Well, how many cases have you been
7  named as an expert where you've given either
8  deposition or trial testimony?
9      A.  How many cases was I named as an
10 expert?
11     Q.  Where you have given either
12 deposition or trial testimony.
13     A.  Four.
14     Q.  And can you tell me what those were?
15     A.  Yes.  One was a bankruptcy case in
16 Michigan.  Another was a, I believe it was
17 another bankruptcy case in Georgia.  And then
18 the other two were a -- I'm trying to think of
19 the correct legal term.  One was I was, I
20 guess I believe you call it a fact witness,
21 and the other was I was hired to provide
22 rebuttal to an expert report for the same
23 facility.
24     Q.  So the case where you were a fact
25 witness and you provided the expert rebuttal

Ali Hashimi
April 29, 2024

Page 45

1  report, that was the same case?
2       A.  I don't know if it was the same case
3  or not.  It was the same facility.
4       Q.  Where was that?
5       A.  In Hillside, Illinois.
6       Q.  Now, in the bankruptcy case in
7  Michigan, did you actually testify in that
8  case?
9       A.  No.
10      Q.  Did you provide a expert report in
11 that case?
12      A.  I believe so, yes.
13      Q.  And were you deposed in that case?
14      A.  Yes.
15      Q.  And do you know what jurisdiction
16 that bankruptcy case was in Michigan?
17      A.  No.
18      Q.  Same questions about the Georgia
19 case.  Did you provide an expert report in
20 that case?
21      A.  I don't recall doing that.
22      Q.  Did you testify in that case?
23      A.  Yes.
24      Q.  And do you remember what
25 jurisdiction that case was in in Georgia?

Page 46

1       A.  Well, since it was in bankruptcy,
2  the trial was actually in Chicago.  So I don't
3  know the legal specifics of how you would
4  describe that.
5       Q.  You testified in trial in Chicago?
6       A.  Yes.
7       Q.  And do you know about when that was?
8       A.  It would have been the late 90s.
9       Q.  And when was the Michigan case?
10      A.  It was several years ago.  I can't
11 remember the specific year.
12      Q.  Was it in the 20s, the 2000s?
13      A.  I would say 10 to 15 years ago.
14 Approximate.
15      Q.  And what about the case concerning
16 the facility Hillside, Illinois, when was
17 that?
18      A.  I believe that was about ten years
19 ago.
20      Q.  So in the last ten years, have you
21 given deposition testimony, understanding you
22 said these are about ten years ago, since the
23 ones that you listed for me, have you given
24 deposition testimony or testified in any
25 hearing regarding municipal solid waste

Page 47

1  landfills?
2       A.  Other than these?
3       Q.  Other than the four or three cases
4  that you described, one is a fact witness and
5  one is rebuttal witness and the other two,
6  have you given any testimony in the last ten
7  years?
8       A.  No.
9       Q.  Sir, prior to this case, have you
10 given any expert testimony in a case that
11 dealt with odors emanating from a landfill?
12      A.  Yes.  I believe so.
13      Q.  And tell me what case that was.
14 What cases.
15      A.  That would have been the cases
16 involved in the Hillside, Illinois site.
17      Q.  What was the issue there?
18      A.  Could you be a little more specific?
19 When you say the issue, I'm not --
20      Q.  I asked you if you testified in a
21 case that dealt with odors emanating from a
22 landfill.  So was that a issue in the case
23 that you testified about it?
24      A.  Okay, one of the expert or yeah, the
25 expert report that I provided rebuttal to that

Page 48

1  -- I'm trying to recall, but I believe it
2  basically talked, his report discussed how the
3  landfill or actions that had taken at the
4  landfill, things that had happened there.
5  That's what I recall.
6       Q.  Did that case involve hydrogen
7  sulfide gas at all?
8       A.  I do not believe it did, no.
9       Q.  Did that case involve spent lime?
10      A.  Not that I'm aware of.
11      Q.  To your knowledge, has any court
12 ever accepted you as an expert witness?
13      A.  I'm not sure how that works from a
14 legal proceeding perspective.  I mean, I know
15 I've acted in that capacity, so I would assume
16 my answer is yes, but I wouldn't have the
17 experience to know that.
18      Q.  Okay, I'm not asking you to guess.
19 Would it have been one of the four cases or
20 three cases that you described before that you
21 would have been designated, accepted as an
22 expert witness?
23      A.  Yes.
24      Q.  Do you know whether you've ever
25 been, the court has ever rejected you as an

Ali Hashimi
April 29, 2024

Page 49

1  expert witness in a case or declined to
2  designate you as an expert witness in a case?
3      A.  No.
4      Q.  No, you don't know or no?
5      A.  No.  I'm not aware that I've ever
6  been rejected for anything.
7      Q.  Have you ever testified before any
8  governmental or regulatory body on issues
9  related to landfill engineering?
10     A.  Yes.
11     Q.  Tell us about that please.
12     A.  I recall testifying at I believe it
13  was a city council meeting in the Chicago land
14  area.
15     Q.  Anything else?
16     A.  I'm not sure if you would call this
17  testimony or not, but there's a public hearing
18  for landfill expansion that I was the permit
19  engineer for that I made a presentation for.
20     Q.  The city council meeting in Chicago
21  that you testified before, did that have
22  anything to do with odors emanating from
23  landfills?
24     A.  No.
25     Q.  What about the last item you

Page 50

1  mentioned where you said you were the permit
2  engineer, was there any discussion of
3  landfills in that testimony or presentation
4  that you made?
5      A.  No.
6      Q.  Sir, are you a member of any
7  professional societies?
8      A.  No.
9      Q.  Have you ever published anything in
10  the scientific literature or engineering
11  literature concerning either solid waste
12  engineering or landfill engineering?
13     A.  No.
14     Q.  Have you ever spoken before any
15  professional group regarding solid waste
16  management?
17     A.  I don't recall doing it.
18     Q.  Have you ever held any teaching
19  positions related to engineering?
20     A.  Yes.
21     Q.  Where?
22     A.  At the University of Missouri-Rolla.
23     Q.  And what position did you hold?
24     A.  I was a TA, teacher's assistant.
25     Q.  Was that during your master's

Page 51

1  program?
2      A.  Yes.
3      Q.  Since you obtained your master's,
4  have you held any teaching position in any
5  educational or professional -- let me say that
6  again.  Have you held any teaching positions
7  at any educational or professional
8  organizations related to engineering?
9      A.  I have participated in some landfill
10  training courses, yes.
11     Q.  And who were those landfill training
12  courses put on by?
13     A.  I don't recall the specific name,
14  but it was a regulatory group in Indiana that
15  provides those certification classes for
16  landfill operators.
17     Q.  Did you provide any written
18  materials for those training classes?
19     A.  No.
20     Q.  Did you provide a lecture for those
21  classes?
22     A.  Yes.
23     Q.  And what was the topic of your
24  lecture?
25     A.  I don't recall.

Page 52

1      Q.  Sir, you told me that you didn't
2  remember what you had billed in this case, but
3  can you tell me an estimate of how much time
4  that you spent working on this case?
5      A.  I'm not even sure I can give you an
6  accurate estimate.  I really haven't kept
7  track of the number of hours.
8      Q.  Sir, Appendix B, if you just flip
9  over a couple of pages past the CV that we
10  were just talking about, are these the
11  materials that you relied on in coming to the
12  opinions that you offer in this case?
13     A.  Yes.
14     Q.  Is there anything missing from this
15  list that you rely on?
16     MR. PAUL:  Object to form.
17  BY MR. JOHNSON:
18     Q.  I'll restate it.  Have you reviewed
19  any other materials that you've considered in
20  the opinions that you give in this case that
21  are not listed in Appendix B?
22     A.  The opinions that are in this
23  document?
24     Q.  The opinions you plan to offer in
25  this case.  Well, let me take it back.  My

Ali Hashimi
April 29, 2024

Page 53

1    understanding was that the list that's in
2    Appendix B are you reliance materials for your
3    opinions in this case, the written report that
4    we've identified as Exhibit #1; is that
5    correct?
6        A.  This list was the list of documents
7    I used when I generated this report, yes.
8        Q.  And I'm asking you are there any
9    other documents to supplement the opinions
10   that you have offered in Exhibit #1 that you
11   rely on?
12       MR. PAUL:  Object to form.
13       THE WITNESS:  There are other
14   documents that I have seen since then.  I
15   don't know if they'll change my opinion of
16   anything or not.  I haven't gotten that far
17   into it.
18   BY MR. JOHNSON:
19       Q.  All right, what do you mean you
20   haven't gotten that far into it?
21       A.  I've just been shown them.  I
22   haven't gone back to my report to see if that
23   would change anything.  I don't believe it
24   would.
25       Q.  Who showed you?

Page 54

1        A.  My attorney.
2        Q.  And what did they show you?
3        A.  There was a couple of e-mails
4    regarding -- I'm not even sure what it was
5    regarding.  Some container issue.
6        Q.  Can you identify who the e-mail was
7    from?
8        A.  No.  I don't recall.
9        Q.  I'm going to show you some e-mails
10   in a little bit.  But other than the e-mail
11   you just mentioned, are there any other
12   documents that you've been shown that would
13   impact the opinions and the testimony that
14   you're going to give today?
15       A.  No.
16       MR. PAUL:  Object to form.
17       THE WITNESS:  Sorry.
18       MR. JOHNSON:  He got it in.  Go ahead.
19       THE WITNESS:  No.
20       MR. JOHNSON:  I think the court
21   reporter can get.
22       MR. PAUL:  Do you mind if I ask for a
23   clarification on that question?  We did serve
24   a list of other materials in addition to those
25   listed in this.

Page 55

1        MR. JOHNSON:  All I saw was two
2    e-mails you sent.
3        MR. PAUL:  When we served this report,
4    we served a list of what I think we termed
5    them reliance materials that again are in
6    addition to the references here.  I just want
7    to make sure that if you're asking exclusively
8    about this list, you mean not to ask about
9    that other list.
10       MR. JOHNSON:  I don't think it's
11   material at this point as far as I'm
12   concerned.  I have plenty other things to ask
13   about.
14       MR. PAUL:  Okay.
15       (A SHORT RECESS IS TAKEN)
16   BY MR. JOHNSON:
17       Q.  I want to clarify something on the
18   record, sir, that I asked you about thanks to
19   Mr. Paul for making me aware of something.  I
20   asked you about the report of Mr. Stutz which
21   was done in April 30th, 2021.  Have you seen
22   that report?
23       A.  Yes.
24       Q.  Have you seen the addendum to expert
25   report that was issued in March of 2024 by

Page 56

1    Matthew Stutz?
2        A.  Yes.
3        Q.  I incorrectly stated that Jefferson
4    Parish and APTIM were clients of Weaver
5    Consultants Group in 2021, so I want to
6    correct the record on that.  But in the report
7    issued March 2024, both Jefferson Parish and
8    APTIM are clients for whom Mr. Stutz has
9    prepared an expert report.  Were you aware of
10   that?
11       A.  No.
12       Q.  The first page of the March 2024
13   report which is entitled Addendum to Expert
14   Report, and I'm not going to mark this as a
15   deposition exhibit, but I'll represent to you
16   and show Mr. Paul, it says joint defense
17   document, Beveridge & Diamond, PC, Gieger,
18   Laborde & Laperouse, LLC and Connick &
19   Connick, LLC.  I'm going to just show it to
20   you to make sure that I've read that
21   correctly.
22       MR. PAUL:  Yep.
23   BY MR. JOHNSON:
24       Q.  Let me just show this to you, sir.
25       MR. PAUL:  Just for the record, there

Ali Hashimi
April 29, 2024

Page 57

1    is a revised version of that, but it doesn't
2    effect what you're asking him.
3    BY MR. JOHNSON:
4        Q.  Just take a look.  Did I read that
5    correctly?
6        A.  Yes.
7        Q.  And the only firm that you have been
8    engaged by in this case is Beveridge &
9    Diamond; is that correct?
10       A.  Yes.
11       Q.  Are you familiar with those other
12   two firms?
13       A.  No.
14       Q.  Do you know who they represent in
15   this case?
16       A.  No.
17       Q.  Did you ask Mr. Stutz who he was
18   giving expert opinion for in this case?
19       A.  No.
20       MR. JOHNSON:  Counsel, did I clarify
21   the record on your point?
22       MR. PAUL:  Yes.
23       MR. JOHNSON:  Thank you.
24   BY MR. JOHNSON:
25       Q.  Sir, a few more questions, general

Page 58

1    questions.  You list as Item 47 on your
2    reference list General Causation Trial Exhibit
3    1204.  And since you don't have any documents,
4    you don't have that document with you here
5    today, correct?
6        A.  No.  I do not.
7        Q.  Do you know what General Trial
8    Exhibit 1204 was?
9        A.  I believe so, yes.
10       Q.  What do you think it is?
11       A.  I believe it was a spreadsheet.
12       Q.  Concerning?
13       A.  Concerning, well, I don't know if
14   concerning is the right word, but the
15   information that it included that I looked at
16   was regarding transducer readings.
17       THE COURT REPORTER:  I'm sorry.
18   Regarding what?
19       THE WITNESS:  Transducer.
20   BY MR. JOHNSON:
21       Q.  I'm like the court reporter.  What
22   does that mean?  Transducer readings, what is
23   that?
24       A.  A transducer is a device that is
25   typically installed in leachate sump risers to

Page 59

1    monitor leachate levels.
2        Q.  Did you review any other exhibits
3    from the general causation trial?
4        A.  No.
5        Q.  Prior to this deposition today, have
6    you read and considered the findings of fact
7    and conclusions of law issued by Judge Morgan
8    on November 9, 2022 as part of the background
9    materials for your opinion?
10       A.  No.
11       Q.  Sir, this case is scheduled for
12   trial on August 12th and currently scheduled
13   for 15 trial days before Judge Morgan.  Do you
14   have any professional or personal plans that
15   would cause you not to be available during
16   that timeframe?
17       A.  Not that I'm aware of, no.
18       Q.  Let's turn to your report.  The
19   first section of your report, and I'm going to
20   point out to you the sections I'd like you to
21   talk about so we're all on the same page,
22   okay?
23       A.  Okay.
24       Q.  All right, the first one if you turn
25   to Opinion 3.1.

Page 60

1        A.  I believe the opinions are repeated.
2    There's a summary in the beginning.  Are you
3    referring to the summary in the beginning or
4    later on in the report or does it matter?
5        Q.  You can refer to both because you
6    have opinions and then you have some
7    explication about your opinions later on in
8    the report.  So feel free to refer to, when I
9    refer to an opinion, feel free to refer to
10   either your bullet points under opinions that
11   start with Page 3 or your explanation of your
12   opinions later in the report.  Wherever you
13   want to go to answer my question is fine with
14   me.
15       A.  Okay.  Thank you.
16       Q.  So I want to ask you, let's start at
17   Page 3, you say Jefferson Parish bore ultimate
18   responsibility for control over all aspects of
19   the operation of the facility, including the
20   operation and maintenance of the landfill gas
21   control and collection system, GCCS in parens,
22   at the facility.
23       What do you mean or explain to us what
24   you mean by ultimate responsibility for
25   control?

Ali Hashimi
April 29, 2024

Page 61

1      A.  As I described in my report,
2   Jefferson Parish was the owner and still may
3   be, I shouldn't say was, but the owner and the
4   permit holder at the time of these events.
5      Q.  While they were the owner and permit
6   holder, how does that equate to them having
7   ultimate responsibility for control over all
8   aspects of the operation of the facility?
9      A.  As I mentioned in my report, that's
10  defined in the Louisiana regulations.
11     Q.  Can you tell me the specific
12  regulation that you're referring to?
13     A.  Can I look through?
14     Q.  Yes, sir.  In responding to my
15  question, take whatever time you need to look
16  through your report to respond to my question.
17     A.  So on Page 8, I made references
18  there.
19     Q.  On Page 8 tell me what here, what
20  reference here indicates that Jefferson Parish
21  had ultimate responsibility for control over
22  all aspects of the operation of the facility?
23  I assume you're talking about on Page 8 under
24  Opinion 3.1, is that what you're talking
25  about?

Page 62

1      A.  Yes.
2      Q.  Okay, tell me where you find
3   something that indicates Jefferson Parish bore
4   ultimate responsibility for control over all
5   aspects of the operation of the facility.
6      A.  Where I say in the first paragraph
7   under the basis of the opinion in the last
8   sentence there where I stated municipalities,
9   parishes and regional commissions are
10  responsible for among other things planning
11  and operating permitted processing and/or
12  disposal facilities while cooperating with the
13  department or other entities to implement
14  regional management systems.
15     Q.  Okay, where in there does it say
16  that municipalities, parishes and regional
17  commissions bore ultimate responsibility?
18       MR. PAUL:  Object to form.
19       THE WITNESS:  That's how I interpreted
20  what this stated here.
21  BY MR. JOHNSON:
22     Q.  Well, what is the basis for your
23  interpretation of this language?  Is that a
24  legal opinion?
25     A.  No.  I'm not an attorney.

Page 63

1      Q.  Is that an engineering opinion?
2      A.  That was my understanding of the
3   responsibility structure for who was
4   ultimately responsible for activities.
5      Q.  Assuming that you say that Jefferson
6   Parish bore ultimate responsibility for
7   control, who do they owe that responsibility
8   to?
9      A.  I'm not sure how to answer that
10  question because it sounds like more of a
11  legal question to me.
12     Q.  Well, if your answer is I can't
13  answer that question because you're asking me
14  a legal question, that's a fair answer if
15  that's what your answer is.
16       MR. PAUL:  Object to form.
17  BY MR. JOHNSON:
18     Q.  Are you saying what I asked you is
19  asking you to render a legal opinion?
20     A.  Could you repeat your question?
21     Q.  My question is if you say Jefferson
22  Parish bore ultimate responsibility for
23  control over all aspects of the operation of
24  the facility, to whom did they owe that
25  responsibility?

Page 64

1      A.  I don't know who, ultimately who
2   they owed that responsibility to, no.
3      Q.  From your review of the materials in
4   this case, did any other entity have
5   responsibility for the operation of the
6   landfill gas control and collection system?
7      A.  Yes, I believe so.
8      Q.  Who?
9      A.  APTIM.
10     Q.  Anyone else?
11     A.  (No response.)
12     Q.  Let me ask you the question this
13  way, make it simpler.  Does the landfill
14  operator have any responsibility over the
15  operation of the landfill gas control and
16  collection system at this facility?
17     A.  No.
18     Q.  Why not?
19     A.  Because that scope of services
20  wasn't excluded specifically from their
21  contract.
22     Q.  Sir, I'm going to show you what
23  we're going to mark as Hashimi Deposition
24  Exhibit #4 and just take a minute to look at
25  that letter please.  And I've handed a copy of

Page 65

1   the letter to Mr. Paul, so he has a copy.
2       A. Okay.
3       Q. Have you seen this letter before?
4       A. I don't recall.
5       Q. And the letter I'm referring to I've
6   marked as Exhibit #4, correct?
7       A. Yes.
8       Q. This is letter dated December 2,
9   2013 on the stationery of Jefferson Parish
10  Department of Environmental Affairs. Do you
11  agree with me on that?
12      A. Yes.
13      Q. And the letter is directed to
14  Mr. Jeff Palutis, Director of Landfills for
15  IESI; is that right?
16      A. Yes.
17      Q. And the letter is sent by Joseph
18  Rick Buller, Landfill Engineer, correct?
19      A. Yes.
20      Q. Do you know who Mr. Buller is in
21  this case?
22      A. It's my understanding he was the
23  landfill engineer I believe is the title for
24  Jefferson Parish Landfill.
25      Q. Have you seen other documents that

Page 66

1   had Mr. Buller's name on it in your review of
2   this case?
3       A. Yes.
4       Q. Sir, do you know what IESI is?
5       A. Yes.
6       Q. What is it?
7       A. It is, it's my understanding it's a
8   former waste company that was purchased by
9   Waste Connections.
10      Q. So it was a predecessor of Waste
11  Connections as the operator of the landfill in
12  Jefferson Parish, correct?
13      A. I believe so, yes.
14      Q. I apologize. Did you say you had
15  seen this letter before when you issued your
16  report in this case?
17      A. I don't recall specifically.
18      Q. Well, let me ask you, looking at
19  this letter, does this letter address
20  additional work that Jefferson Parish is
21  requesting IESI to do at the Jefferson Parish
22  Landfill site?
23      A. Yes.
24          MR. PAUL: Object to form.
25  BY MR. JOHNSON:

Page 67

1       Q. Go ahead.
2       A. Yes.
3       Q. And what is that additional work
4   that you understand from reviewing this
5   letter?
6       A. This letter lists serving Phase 3B
7   final cover, Phase 3B ditches and service
8   road, leachate force main leak, leachate
9   pumps, cleaning leachate sumps, leachate
10  aerator/lift station control panels,
11  electrical power supply.
12      Q. Now, the first paragraph of the
13  letter, and correct me if I state this
14  improperly from looking at it, indicates that
15  Jefferson Parish is requesting that IESI
16  undertake additional work; is that a fair
17  statement?
18      A. Yes, I believe so.
19      Q. And the additional work included
20  work on the leachate pumps, correct?
21      A. Yes. That was listed in the letter.
22      Q. And it's more specific that it
23  requested that IESI shall remove all pumps
24  from leachate collection system risers and
25  repair all pumps and appurtenances as noted on

Page 68

1   the attached table entitled Inspection of
2   Leachate Collection Systems. Did I read that
3   correctly?
4       A. Yes, I believe so.
5       Q. Are you aware whether IESI ever did
6   that work?
7       A. No. I'm not.
8       Q. You would agree with me though, sir,
9   that this is Jefferson Parish asking IESI to
10  undertake additional work with regard to the
11  leachate pumps, correct?
12      A. Yes.
13      Q. It also as you read discusses
14  leachate force main leak, correct?
15      A. Yes.
16      Q. And Jefferson Parish was requesting
17  that IESI, and I quote, shall excavate and
18  repair the leak from the leachate force main
19  from Lift Station #1 to Lift Station #2
20  immediately south of Phase 2 Leachate Riser
21  US. Did I read that correctly?
22      A. Yes.
23      Q. Are you aware whether that work was
24  ever done?
25      A. No.

Ali Hashimi
April 29, 2024

Page 69

1    Q.  Sir, when I asked you about who had
2    responsibility for the operation of landfill
3    gas control and collection systems, you said
4    that APTIM did also.  What was their
5    responsibility?
6       A.  Just very generally, they were
7    responsible for monitoring and operating the
8    gas collection system.
9       Q.  Sir, let's go to Opinion 3.3.
10      A.  Okay.
11      Q.  Let's go back to Exhibit #4 for a
12   minute.  And I asked you whether Jefferson
13   Parish was requesting that IESI do additional
14   work.  But there's also a provision it
15   provides for a supplemental agreement which
16   would cover that work in the same first
17   paragraph.  Will you look at that please, the
18   first paragraph, and tell me whether you agree
19   with me with that or not.  And I'll read the
20   sentence I'm referring.
21      A.  If you could please.
22      Q.  It says the Contract 6, General
23   Conditions, F, Parish's Landfill Engineer
24   reads in part, should it become necessary for
25   the best interest of the parish to make

Page 70

1    changes in excess of the service work required
2    by the contract documents, the same shall be
3    covered by supplemental agreement either
4    before or after the commencement of the
5    service work and without notice to the
6    sureties.  Did I read that correctly?
7       A.  Yes.
8       Q.  In other words, the original
9    contract could be amended by Jefferson Parish
10   if they needed additional work done, correct?
11      A.  That's my understanding, yes.
12      Q.  And did you ever see any document
13   from IESI saying that we will not undertake
14   the work that you've asked us to do with
15   regard to this December 2nd letter?
16      A.  No.  I don't recall ever seeing
17   that.
18      Q.  Now we can move to the next opinion.
19   Not the next opinion, but 3.3 I think is what
20   I asked you about.
21      A.  Yes.
22      Q.  I'm starting on Page 3 with the
23   bullet to the items which again feel free to
24   look at your explanation further on.  In
25   Opinion 3.3 you say Jefferson Parish bore the

Page 71

1    responsibility to adequately fund the landfill
2    construction and operation.  I'm going to stop
3    right there and ask you this question, what
4    information do you have that Jefferson Parish
5    failed to adequately fund the landfill
6    construction and operation?
7       MR. PAUL:  Object to form.
8    BY MR. JOHNSON:
9       Q.  Well, I'll state it another.  What
10   is the basis of your opinion that Jefferson
11   Parish failed to adequately fund the landfill
12   construction and operation?
13      MR. PAUL:  Object to form.
14      THE WITNESS:  First off, I would say
15   that this reads Jefferson Parish bore
16   responsibility to adequately fund those
17   activities.  I didn't say they failed to
18   adequately fund.  I said they were responsible
19   to adequately fund.
20   BY MR. JOHNSON:
21      Q.  So are you saying that -- well, why
22   do you have that in there?  Are you saying
23   that Jefferson Parish failed to fund,
24   adequately fund the landfill construction and
25   operation activities?

Page 72

1       A.  It was my opinion that that was part
2    their responsibility was to fund those
3    activities.
4       Q.  But that's not the question I'm
5    asking you, sir.  I'm asking you do you have
6    any information which you rely on in support
7    of your opinion that Jefferson Parish failed
8    to adequately fund the landfill construction
9    and operation?
10      MR. PAUL:  Object to form.
11      THE WITNESS:  I would refer to
12   comments I made where in APTIM's monthly
13   reports they noted on occasion, I don't
14   remember how many, occasions stating that they
15   were recommending additional work to be
16   performed.
17   BY MR. JOHNSON:
18      Q.  Can you identify those documents for
19   me as you sit here today?
20      A.  It would be in, they generally
21   included those statements in their monthly
22   reports that they prepared.
23      Q.  So it's based on APTIM's statements
24   that you opine that Jefferson Parish failed to
25   adequately fund the landfill construction and

**Ali Hashimi**
**April 29, 2024**

## Page 73

```
 1    operation?
 2        MR. PAUL: Object to form.
 3        MR. DIGIGLIA: Object to form.
 4        THE WITNESS: Yes.
 5    BY MR. JOHNSON:
 6        Q.  Now, we've agreed in the beginning
 7    that when we talk about various entities,
 8    we're calling them the Waste Connections
 9    Defendants, but you refer to them in your
10    report as LRLC, correct?
11        MR. PAUL: Object to form.
12        THE WITNESS: Yes.
13    BY MR. JOHNSON:
14        Q.  All right.  Who are you referring to
15    as LRLC in your report?
16        A.  It was my understanding that they
17    were the entity that was responsible for
18    operations during the time period that we were
19    looking at here.
20        Q.  And what is their connection to
21    Waste Connections, the people that retained
22    you in this case?
23        MR. PAUL: Object to form.
24        THE WITNESS: I'm not sure what their
25    legal.
```

## Page 74

```
 1    BY MR. JOHNSON:
 2        Q.  Do you have an understanding as to
 3    whether Jefferson Parish contracted with LRLC
 4    to implement process controls and quality
 5    assurance procedures?
 6        A.  Could you repeat that again?
 7        Q.  Do you have an understanding as to
 8    whether Jefferson Parish contracted with LRLC
 9    to implement process controls and quality
10    assurance procedures?
11        A.  (No response.)
12        Q.  Look at 3.3.  It's the next
13    sentence.  Actually, read that entire 3.3 so
14    you can answer my question.
15        A.  Okay.
16        Q.  And my question to you was do you
17    have an understanding that Jefferson Parish
18    contracted with LRLC to implement process
19    controls and quality assurance procedures?
20        A.  Yes.
21        Q.  What are process controls?
22        A.  In this context, I would refer to
23    process controls as certain activities at the
24    landfill, you know, how things were to be
25    implemented say such as the receipt of waste
```

## Page 75

```
 1    on a daily basis.  You know, there's a control
 2    procedure that's required for that activity.
 3    That would be an example of that.
 4        Q.  So LRLC would be responsible for
 5    that?  Is that your testimony?
 6        A.  Yeah, that would be an example of
 7    one thing I would believe they would be
 8    responsible for, yes.
 9        Q.  And what about quality assurance
10    procedures, what are they?
11        A.  An example of that would be my
12    understanding from the contract that it was
13    LRLC's responsibility to construct additional
14    liner system for the facility and that would
15    be an example of an activity that would
16    require quality assurance controls that LRLC
17    would be responsible for implementing.
18        Q.  Further on in that opinion you say,
19    you have the phrase other, and I'm quoting,
20    other site operations activities that
21    complemented the parish's responsibilities to
22    manage landfill gas and odors in the facility.
23    What are those site operation activities?
24    It's the continuation of 3.3.
25        A.  Yes.  I'm sorry.  Could you repeat
```

## Page 76

```
 1    your question one more time?  I got lost while
 2    I was reading this, sir.
 3        Q.  Okay.  My question to you was what
 4    do you mean by the phrase in 3.3 that says
 5    other site operations activities that
 6    complemented the parish's responsibilities to
 7    manage landfill gas and odors for the
 8    facility.  Let me read the entire sentence so
 9    it makes sense in context.  I'm sorry.
10        I'll start with LRLC being assigned by
11    contract responsibilities to perform those
12    functions and other site operations activities
13    that complemented the parish's responsibility
14    to manage landfill gas and odors for the
15    facility.  And I'm asking you what are the
16    other site operations activities that you
17    reference in there.  Did I clarify that for
18    you what I'm asking?
19        A.  Yes.  So I believe I gave an example
20    of it here further on when we were talking
21    about the parish contracted LRLC to develop a
22    portion of the landfill for use for waste
23    placement, but they still had and they were,
24    they were responsible to have some form of
25    funding mechanism to allow that to occur.  And
```

Ali Hashimi
April 29, 2024

Page 77

1   then they were, as the owner, they were still
2   responsible for those actions that took place
3   through their I guess you would call it
4   subcontractor.
5       Q.   But by contract LRLC undertook to
6   perform these duties, didn't they?
7       A.   Yes.
8       Q.   And so they had an obligation to
9   perform the duties under the contract?
10      A.   Yes.  For the things that were
11  included in their scope of work, yes.
12      Q.   Well, we already looked at a letter
13  to show that the scope of work was expanded
14  for the original contract, didn't we, Exhibit
15  #4?
16          MR. PAUL:   Object to form.
17          THE WITNESS:   Yes.
18  BY MR. JOHNSON:
19      Q.   And in your review in this case did
20  you see other correspondence, letters, e-mails
21  or other communications where the scope of
22  work was changed or was supplemented between
23  Jefferson Parish and their contractor?
24      A.   I do recall seeing some change
25  orders that were executed between LRLC and the

Page 78

1   parish.  And I don't know if those refer to
2   these activities or not.  So they could
3   potentially be additional.  So I'm not sure.
4       Q.   In your review of this case, the
5   materials that you reviewed in order to issue
6   your opinion in this case, and I'm not going
7   to mark all these -- well, you reference one
8   of them which is for the record it's marked as
9   WC underscore JPLF underscore 00418708 and
10  that is a contract to provide services to
11  operate, manage and maintain the Jefferson
12  Parish Sanitary Landfill between IESI LA
13  Landfill Corporation and the Parish of
14  Jefferson.  And I'm not going to put this in
15  the record, but I'm just going to ask you to
16  take a look at it.  Let me see if I have a
17  copy without my marks on it.
18      Have you seen the contract that's dated
19  17th day of May, 2021 between the parties that
20  I just described?
21          MR. ROWE:   It's 2012.
22          MR. JOHNSON:   I'm sorry.  2012.  Thank
23  you.  I transposed the numbers.
24          THE WITNESS:   Yes.
25

Page 79

1   BY MR. JOHNSON:
2       Q.   You have seen that contract?
3       A.   Yes.
4       Q.   Have you seen, sir, Amendment #2 to
5   the contract between IESI LA Landfill
6   Corporation and Parish of Jefferson which is
7   dated the 2nd day of March, 2015?
8       A.   I believe so.
9       Q.   Let me just, I do have copies of
10  this, so we can mark it as an exhibit.  Just
11  tell me if you've seen it.  Have you seen that
12  document?
13      A.   I believe so.  I believe this is one
14  of the change orders that I was referring.  I
15  guess they call them amendment numbers, but I
16  was calling it a change order.
17          MR. PAUL:   Did we mark Amendment 2?
18  It should be 5.
19          MR. JOHNSON:   Yes, thank you.  I'll go
20  ahead and mark the other ones right now.
21  Mr. Paul gave you copies of the other two I
22  think.
23          MR. PAUL:   I have not yet.  I have 3
24  and 4.
25          MR. JOHNSON:   I'll mark those.

Page 80

1   BY MR. JOHNSON:
2       Q.   Sir, I'm handing you now Exhibit 6
3   which says Amendment #3 to the contract
4   between -- let me start over again.  Sir, I'm
5   now handing you Exhibit #6 which is amendment
6   #3 to the contract between the Parish of
7   Jefferson and IESI LA Landfill Corporation.
8   And I simply ask you to look at this and tell
9   me if you've seen this document before.
10      A.   Yes, it appears to be one of those
11  change orders I was referring to.
12      Q.   And I'm going to now ask you to look
13  at, I'm going to ask you to look at what I've
14  marked as Exhibit #7.  Let me identify it.  #7
15  says the fourth amendment to agreement by and
16  between the Parish of Jefferson and IESI LA
17  Landfill Corporation dated July 21st, 2017.
18  And read that and make sure did I get that
19  date correct?
20      A.   Yes.
21      Q.   Take a look.  Have you seen that
22  document before?
23      A.   I don't recall seeing this one.
24      Q.   That's fine.  You would agree with
25  me there were at least three amendments made

Ali Hashimi
April 29, 2024

Page 81

1    to the contract between Jefferson Parish and
2    IESI after May 17th of 2012, correct, the
3    three documents I just showed you?
4        A.  Yes.
5        Q.  Sir, let's move to your Opinion 3.4.
6    And on Page 3 your opinion says Jefferson
7    Parish created a complicated management
8    structure regarding the parish's oversight of
9    the facility's GGCS, especially when managing
10   the GCCS.  First of all, for purposes of the
11   record, what is GCCS?
12       A.  Gas collection and control system.
13       Q.  Can you explain that opinion please?
14       MR. PAUL:  Object to form.  You can
15   answer.
16       THE WITNESS:  Yes.  Based on my review
17   of how Jefferson Parish organized the work as
18   it was related to the GCCS, it was my opinion
19   that it was a complicated management structure
20   that would have been difficult to handle.
21   BY MR. JOHNSON:
22       Q.  In any materials that you reviewed
23   in this file -- well, take a step back.  I
24   don't want to misquote your testimony.  You
25   said this would have been a difficult

Page 82

1    management structure to handle; is that what
2    you just said?
3        A.  Yes.
4        Q.  And tell me why you think it was a
5    difficult management structure to handle.
6        A.  I found it to be difficult because
7    of the number of parties that were involved.
8        Q.  Did you find in your review of all
9    the materials that you reviewed in this case
10   any complaints from Waste Connections entities
11   about the management structure regarding the
12   parish's oversight of the facility?
13       MR. PAUL:  Object to form.
14       THE WITNESS:  Could you repeat the
15   question please?
16   BY MR. JOHNSON:
17       Q.  In all of the materials that you
18   reviewed in this case, did you see any
19   complaints from the Waste Connections entities
20   about the management structure regarding the
21   parish's oversight of the facility?
22       MR. PAUL:  Same objection.
23   BY MR. JOHNSON:
24       Q.  Excuse me.  Of the oversight of the
25   facility's GCCS.

Page 83

1        MR. PAUL:  Object to form.
2        THE WITNESS:  Yes, I believe I recall
3    reading some e-mails regarding, from Waste
4    Connections, sorry, regarding APTIM's
5    performance in execution of work.
6    BY MR. JOHNSON:
7        Q.  And how does that go to address your
8    opinion about a complicated management
9    structure?
10       A.  I think that becomes part of my
11   earlier comment when I said there were several
12   parties involved.  It speaks directly to that
13   comment.
14       Q.  Well, you have managed landfills as
15   part of your experience?
16       A.  No.  I have not been a landfill
17   manager.  I've assisted clients with their
18   landfill management activities.  Our company
19   doesn't manage landfills.
20       Q.  So Weaver Consultants does not
21   manage landfills?
22       A.  No.
23       Q.  In all of the materials that you
24   reviewed in this case, did you see any
25   communications from Waste Connections to

Page 84

1    Jefferson Parish seeking to change the
2    management structure for the parish's
3    oversight of the facility's GCCS?
4        A.  Yes.
5        Q.  Identify that for me please.
6        A.  I don't recall the specific format,
7    whether it was an e-mail or a letter, but at
8    some time I believe it was in 2018 Waste
9    Connections offered to provide those services.
10       Q.  Do you have that reference listed in
11   your materials that you relied on in this
12   case?
13       A.  I don't recall.
14       Q.  And so who at Waste Connections sent
15   that communication that you just discussed?
16       A.  I believe it was Brett O'Connor.
17       Q.  And you said this was an e-mail?
18       A.  I said I wasn't sure.
19       Q.  Do you know when it was sent in
20   2018?
21       MR. PAUL:  Object to form.
22       THE WITNESS:  I believe it was in the
23   summer.
24   BY MR. JOHNSON:
25       Q.  So as I understand what you said,

Page 85

1    it's because of the number of parties that
2    were involved that it was a complicated
3    management structure?
4         A.  In my opinion, yes.
5         Q.  And do you have any industry
6    standard or reference that you could point us
7    to that would describe what the management
8    structure should be for a GCCS oversight?
9         MR. PAUL:  Object to form.
10        THE WITNESS:  What I relied upon is my
11   experience.
12   BY MR. JOHNSON:
13        Q.  Well, your experience could include
14   things that you've read or considered or
15   document.  So do you have a document that you
16   could point us to that talks about what the
17   management structure should be other than your
18   experience or some other source that you
19   relied upon?
20        A.  No.  It was based on my experience
21   dealing with landfills and gas collection
22   systems and contractors that I relied upon.
23        Q.  Let's go to Opinion 3.8.  I'm sorry.
24   Let's go to 3.7.  I'm sorry.  In 3.7 you state
25   that Jefferson Parish was responsible for the

Page 86

1    design, installation, operation and
2    maintenance of the GCCS.  Jefferson Parish
3    bore the responsibility to be aware of site
4    conditions, how these site conditions may
5    impact the GCCS and determine when GCCS
6    activities were required to maintain
7    compliance at the facility with the existing
8    permits and regulations.
9         Now, I didn't say this in the beginning,
10   but we're talking about primarily Phase 4A of
11   the Jefferson Parish Landfill, correct?
12        A.  Yes.
13        Q.  So the opinions that you're talking
14   about relate to primarily Phase 4A of the
15   Jefferson Parish Landfill?
16        MR. PAUL:  Object to form.
17        THE WITNESS:  I think it's fair to say
18   primarily, yes.  But not exclusively.
19   BY MR. JOHNSON:
20        Q.  Okay.  Was Waste Connections, were
21   the Waste Connections entities, did they have
22   any responsibility to be aware of site
23   conditions, how these site conditions may
24   impact the GCCS and to determine whether GCCS
25   activities were required to maintain

Page 87

1    compliance at the facility within the existing
2    permits and regulations?
3         MR. PAUL:  Object to form.
4         THE WITNESS:  I would believe that
5    they would have a responsibility to be aware
6    of site conditions.  However, anything related
7    to the GCCS wasn't specifically part of their
8    scope of work.
9    BY MR. JOHNSON:
10        Q.  Okay, we're going to get back to
11   site conditions in a little bit.  If I
12   understand what you just said, you do believe
13   that Waste Connections had bore
14   responsibilities to be aware of site
15   conditions in Phase 4A?
16        A.  Yes.
17        Q.  Now let's go to 3.8.  Go ahead and
18   read.  Rather than me reading it to you, go
19   ahead and read Opinion 3.8 and then I'm going
20   to ask you a question about it or several
21   questions about it.
22        A.  Okay.
23        Q.  In your opinion you say that
24   Jefferson Parish in 2018 contracted with APTIM
25   to provide operations and maintenance services

Page 88

1    for the GCCS for all phases of the facility,
2    correct?
3         A.  Yes.  That was my understanding.
4         Q.  And you also state that APTIM acting
5    as the GCCS O & M operator was responsible for
6    ensuring that the GCCS performed in a manner
7    that maintained permit compliance at the
8    facility, correct?
9         A.  Yes.
10        Q.  What obligation did the Waste
11   Management group have or the Waste Defendants
12   as we're calling them -- let me start over
13   again.  What obligation did the Waste entities
14   have to perform in a manner that maintained
15   permit compliance at the facility?
16        MR. PAUL:  Object to form.
17        THE WITNESS:  They would have had the
18   obligations that were related to the
19   activities that they were engaged with.
20   BY MR. JOHNSON:
21        Q.  Well, as the operator of the
22   facility, if the gas collection system is not
23   working properly, didn't the Waste entities
24   have a responsibility to do something about
25   that?

Ali Hashimi
April 29, 2024

23 (Pages 89 to 92)

Page 89

1      MR. PAUL: Object to form.
2      THE WITNESS: No.
3  BY MR. JOHNSON:
4      Q.  So they should allow the system not
5  to work properly as the operator of the
6  landfill?
7      MR. PAUL: Object to the form.
8      THE WITNESS: I said it wasn't their
9  responsibility.
10  BY MR. JOHNSON:
11      Q.  What do you mean by responsibility
12  there?
13      A.  How I would define responsibility is
14  when you have a contract with another party,
15  it obligates you to perform certain tasks
16  under that scope and that obligation becomes
17  your responsibility.  That's how I was
18  referring to or using that word I guess.
19      Q.  What I'm trying to understand, sir,
20  if you opine that APTIM was not doing what
21  they were supposed to do at the facility, and
22  the Waste entities were managing the facility,
23  what obligations do the Waste companies have
24  in that situation with regard to their
25  management of the facility?

Page 90

1      MR. PAUL: Object to form.
2      THE WITNESS: I don't believe there
3  would be any responsibilities in that regard.
4  BY MR. JOHNSON:
5      Q.  So if the GCCS is not working, then
6  you're saying Waste Connections shouldn't have
7  done anything about that; is that your
8  opinion?
9      MR. PAUL: Object to form.
10      THE WITNESS: What I said was they
11  didn't have a responsibility to do those or
12  take those actions.  I didn't say they didn't.
13  BY MR. JOHNSON:
14      Q.  And when you say they didn't have a
15  responsibility, is that a legal opinion?
16      A.  No.
17      Q.  Is it an engineering opinion?
18      A.  It was my opinion based on reading
19  the terms of the contract.
20      Q.  Let me ask you a question in a
21  little bit different way.  In your report you
22  don't talk about the Waste Connections
23  Defendants.  You talk about LRLC.  So let me
24  ask you the question this way.  From your
25  understanding of the documents that you

Page 91

1  reviewed, there was no contractual
2  relationship between LRLC and APTIM, correct?
3      A.  That was my understanding, yes.
4      Q.  All right, do you have an opinion of
5  whether LRLC in fulfilling its contractual
6  duties had an obligation to oversee the work
7  of APTIM in Phase 4?
8      A.  No.
9      Q.  So no, they did not have an
10  obligation to oversee their work?
11      A.  No, they did not.
12      Q.  Sir, are you familiar with spent
13  lime?
14      A.  Yes.
15      Q.  Have you worked with municipal solid
16  waste landfills that accepted spent lime as a
17  waste product?
18      A.  I wasn't directly involved with it,
19  so I don't know what coal combustion product
20  it might have been, but I have been involved
21  with facilities that have used coal combustion
22  residual products.  So I'm not sure if it was
23  spent lime or not.
24      Q.  In your review of materials in this
25  case, were you aware that at some point the

Page 92

1  River Birch Landfill accepted spent lime?
2      A.  Yes.
3      Q.  And are you aware that they stopped
4  accepting spent lime in 2016?
5      A.  Yes, I believe it was 2016.  That
6  was my understanding.
7      Q.  And what is your understanding about
8  why they stopped accepting spent lime?
9      MR. PAUL: Object to form.
10  BY MR. JOHNSON:
11      Q.  Do you have an understanding from
12  what you read about why they stopped accepting
13  spent lime?
14      A.  I'm trying to recall if there's a
15  specific document that outlined the reasons
16  why they made that decision.  I'm not
17  recalling it off the top of my head.  I'm not
18  recalling one off the top of my head.
19      Q.  Let me see if I can refresh your
20  memory.  Do you recollect seeing anything that
21  said that River Birch was not accepting spent
22  lime because of the odors that were created by
23  accepting that spent lime?
24      MR. PAUL: Object to form.
25      THE WITNESS: I don't recall that

Page 93

1    specifically, no.
2    BY MR. JOHNSON:
3        Q.  You are aware that River Birch
4    stopped accepting spent lime before Waste
5    Connections Defendants started accepting it at
6    Phase 4 of the Jefferson Parish Landfill,
7    correct?
8        A.  Yes.  That was my understanding,
9    yes.
10       Q.  Let's move to Section 4 of your
11   opinions.
12       (A SHORT RECESS IS TAKEN)
13   BY MR. JOHNSON:
14       Q.  Mr. Hashimi, we're back on the
15   record, sir.  In your prior testimony you said
16   that Waste Connections was not responsible for
17   the gas collection system and the leachate
18   collection system, correct?
19       A.  I believe I was only referring to
20   the gas collection system.
21       Q.  But from your review, you're aware
22   that Waste Connections knew that the gas
23   collection system did not work properly,
24   correct?
25       A.  Yes, I do understand that there were

Page 94

1    issues with the gas collection system.
2        Q.  And the leachate collection system
3    did not work properly.
4        MR. PAUL: Object to form.
5        THE WITNESS:  I was aware that there
6    was issues with the leachate collection system
7    as well, yes.
8    BY MR. JOHNSON:
9        Q.  Knowing that the gas collection
10   system did not work properly, what did LRLC
11   have to do knowing that information?
12       A.  I'm not aware of anything that they
13   had to do knowing that information.
14       Q.  Well, in your opinion, what should
15   they have done knowing that information?
16       MR. PAUL: Object to form.
17       THE WITNESS:  It's kind of a
18   hypothetical question, you know, what should
19   they have done, so.  I'm not aware of anything
20   that they should have done.  That was how the
21   contractual relationship was established.  So
22   I don't, I can't recall any obligations that
23   would have required them to do something.
24   BY MR. JOHNSON:
25       Q.  Well, in your professional

Page 95

1    experience, if you're advising a company that
2    knows, that's operating a landfill, and they
3    know that the gas collection system doesn't
4    work and that the leachate collection system
5    doesn't work, would you advise them to do
6    nothing?
7        MR. PAUL: Object to form.
8        THE WITNESS:  Well, again, it's a
9    hypothetical question, so it's difficult to
10   answer based on that.
11   BY MR. JOHNSON:
12       Q.  You get to ask experts hypothetical
13   questions.
14       A.  Well, I guess that I would offer
15   that Waste Connections did offer assistance at
16   times when they saw things -- they weren't
17   obligated to.  It wasn't their responsibility,
18   but I did see correspondence, one we referred
19   to earlier where they offered to take over
20   operation of the gas collection system where
21   it wasn't -- and I'm not trying to parse
22   words, but when you're asking me what was
23   their responsibility, I say there wasn't one,
24   that doesn't mean they didn't do anything.
25       Q.  Let's go to Section 4 of your

Page 96

1    report.  And we'll start with 4.1.  You say
2    regulations and industry standards -- let me
3    start over again.  Regulations and industry
4    standards establish distinct parameters and
5    purposes for daily, interim and final cover
6    systems.  Can you tell me what the industry
7    standards are that you're referring to?
8        A.  Yeah, in general, there's -- I'm not
9    aware of a state that doesn't have a similar
10   type of requirement where you have some type
11   of daily cover albeit it might be an alternate
12   daily cover that's approved for the facility
13   that the operator is supposed to apply each
14   day to manage the waste that was placed that
15   day.
16       In general, you know, states have
17   regulations that have what's called an interim
18   type of cover which means that areas that
19   aren't going to be used for a long time would
20   maybe get some type of additional cover or
21   protection.  And then final cover is closure,
22   final closure of the facility.
23       Q.  I think in your answer that you gave
24   me, correct me if I'm wrong, you talked about
25   what state regulations are.  And what I want

Ali Hashimi
April 29, 2024

Page 97

1  to know is what are the industry standards
2  that you are referring to?
3      A.  I believe the industry standards are
4  consistent with that.  That those are the
5  practices that they follow for municipal solid
6  waste landfill.  And I'm not aware of one that
7  doesn't follow that, so I would call that an
8  industry standard.
9      Q.  But is there a document that you can
10  point me to or some reference material that
11  says the industry standard is this, what you
12  describe?  And I'm talking specifically about
13  industry standards and the purposes for daily,
14  interim and final cover systems.
15      A.  Yes, there's a number of regulatory
16  documents that are out there that speak to
17  those kinds of things, but I couldn't tell you
18  one off the top of my head.  I don't recall
19  that I researched that or I looked into that,
20  so I don't have one off the top of my head,
21  no.
22      Q.  Well, I'm trying to get the
23  distinction between you said regulations which
24  as you described it would be what the states
25  require in their laws, correct?

Page 98

1      A.  Yes.  Uh-uh.
2      Q.  And then you say and industry
3  standards.  And that's what I'm trying to get
4  to, what you are relying on to support what
5  the industry standards are for the parameters
6  and purposes for daily, interim and final
7  cover systems.
8      A.  I'd say primarily that's based on my
9  experience in the industry.
10      Q.  So you can't point me to a document,
11  published material in the engineering field
12  which talks about industry standards
13  concerning the purposes for daily, interim and
14  final cover systems?
15      A.  No.  Not as I sit here today.
16      Q.  And I'm going to ask you the same
17  question, sir, if you look at I'm on Page 4
18  just so you know whether I'm reading this
19  from.  And again, feel free to refer to your
20  more detailed explanation if you want to.  But
21  I'm looking at 4.4 and in 4.4 you say
22  regulations and generally accepted industry
23  standards specify operating standards and
24  limitations for engineering controls that are
25  part of an effective landfill gas collection

Page 99

1  and control system, right?  Did I read that
2  correctly?
3      A.  I'm sorry.  Which opinion?
4      Q.  Opinion 4.4.
5      A.  I'm sorry.  I was looking at the
6  wrong one.
7      Q.  If you look at Page 4, that's where
8  I'm reading from.
9      A.  Okay.  I've got it here now.
10      Q.  Opinion 4.4.  First sentence.  From
11  what I understand from what you told me
12  before, the regulations you refer to are the
13  state laws that apply, correct?
14      A.  Yes.
15      Q.  What I want to know is the general
16  accepted industry standards, where are those?
17  Where could I find those?  What can you point
18  me to that shows what the generally accepted
19  industry standards are?
20      A.  From my experience, what I've seen
21  are documents prepared by waste companies
22  where they, and just to be clear, we're
23  specifically talking about GCCS systems here,
24  where they develop standards for how they're
25  going to permit, design, construct, monitor

Page 100

1  these types of systems.  So there's many of
2  the waste companies have developed those types
3  of standards.
4      Q.  Okay, can you point me to one?
5      A.  Huh?
6      Q.  Can you point me to one that I can
7  look at what the standard says?
8      A.  I'm aware of Waste Management has
9  one.  Republic Services has one.
10      Q.  Well, you say Waste Management has
11  one?
12      A.  Yes.
13      Q.  Well, you say Jefferson Parish
14  should have been on notice of these standards.
15  Shouldn't Waste Management have been aware of
16  these standards as well if they have one of
17  these generally accepted industry standards?
18      A.  Sorry.  Just to be clear, I didn't
19  mean Waste Connections.  I meant Waste
20  Management.  They are two different companies.
21  Sorry.  I didn't —
22      Q.  Shouldn't Waste Connections have
23  been on notice of these standards?
24      A.  I'm not aware if they have that type
25  of document, so I can't speak specifically to . .

Page 101

1    that.
2       Q.  Well, the generally accepted
3    industry standard, isn't someone who is in
4    that business tasked to know what the general
5    accepted industry standards are?
6       A.  Certainly, yeah.
7       Q.  And that would include Waste
8    Connections, correct?
9       A.  Yeah.  Uh-uh.
10      Q.  Let's look at your Opinion 5.2.
11      A.  Okay.
12      Q.  Now, let's see if we could agree on
13   a couple of things before we start talking
14   about that opinion.  In your report you say
15   that cover materials are intended to perform
16   several functions.  One of those is to control
17   leachate generation; do you agree with that?
18      A.  Yes.
19      Q.  And these all come from your report,
20   so I'm reading it to you.
21      A.  Sure, sure.
22      Q.  The second is to reduce noxious
23   odors by minimizing outward movement of
24   methane and other gases, correct?
25      A.  Yes.

Page 102

1       Q.  Can you tell us how cover materials
2    control leachate generation?
3       A.  Cover materials are applied to
4    promote runoff of precipitation.  So that
5    instead of infiltrating into the waste mass,
6    it runs off as storm water.
7       Q.  From your review of the materials in
8    this case, at the Jefferson Parish Landfill,
9    whose contractual responsibility was it to
10   provide the daily and interim cover
11   requirements for Phase 4A?
12      A.  Waste Connections.
13      Q.  Look at Opinion 5.2 please.  In 5.2,
14   sir, you say that LRLC applied daily cover in
15   compliance with permit requirements and
16   industry standards.  What facts are you
17   relying on to support that statement?
18      A.  The parish prepared I believe they
19   refer to as daily inspection reports that
20   would document activities out at the landfill.
21   One of those included the placement of daily
22   cover.  So within those reports, there was
23   some reference that was made to the daily
24   cover that was applied.
25      Q.  And you also say that LRLC applied

Page 103

1    interim cover in compliance with permit
2    requirements and industry standards, correct?
3       A.  Yes.
4       Q.  What are the industry standards that
5    you are relying to in those two statements?
6       A.  The same ones I mentioned before.
7    When we're speaking specifically of daily
8    cover of either six inches of soil or some
9    permitted alternate daily cover.
10      Q.  Sir, have you reviewed inspection
11   reports concerning the soil covers in Phase
12   4A?
13      A.  Are you referring to the Jefferson
14   Parish inspection reports?
15      Q.  Yes.  I'm referring to Jefferson
16   Parish -- no.  I'm referring to any report.
17   Have you reviewed any reports that talk about
18   the adequacy of soil cover in Phase 4A?
19      A.  Yes.
20      Q.  What have you reviewed?
21      A.  There was also a report,
22   investigation, I don't know if report is the
23   official word or not, but where there was
24   concern about the thickness of interim cover
25   placed on a portion of 4A that was documented

Page 104

1    in some information that I reviewed.
2       Q.  Did you see any deficiency notices
3    that were issued to the landfill with regard
4    to the daily, interim cover?
5       A.  Regarding that investigation?
6       Q.  Regarding Phase 4A.
7       A.  Or just in general?
8       Q.  In general.  You said that they
9    complied with industry standards with the
10   daily and interim cover on 4A.  So the
11   question I'm asking you have you seen any
12   reports of, inspection reports, notices of
13   violation or other documentation which
14   indicated that they were not complying with
15   daily and interim cover requirements?
16      A.  Yes.
17      Q.  And tell us what those were.
18      A.  And I don't remember how many, but
19   let's just call it a handful of daily
20   inspection reports, there were issues noted in
21   the inspection reports that Waste Connections
22   would go and repair.  I also believe, and I
23   don't remember the specific legal document,
24   but there was something that came from the
25   state.  I think it was a notice of violation,

**Page 105**

1    but I could be wrong, that alleged some daily
2    cover issues.
3        MR. JOHNSON: Mr. Paul, I'll tell you
4    this is the document that I told you I did not
5    have a copy of, so I will show it to you now
6    before I ask the witness any questions just
7    because I don't have a copy of it. But this
8    was one of his reliance materials. It was
9    copied from the list that he provided to us.
10   BY MR. JOHNSON:
11       Q. Sir, I've shown counsel a document
12   which was listed in your reliance materials.
13   Unfortunately, I don't have a copy, so I'm
14   going to let you look at it. I hope you don't
15   mind me standing next to you while I bring it
16   over there, but I want to hover over you and
17   let me identify which document was listed as
18   in your reliance. When I look at your list of
19   reliance materials, it's listed as #36, Air,
20   Solid Waste and Water Management Inspection
21   Report prepared by Louisiana Department of
22   Environmental Quality dated December 3, 2018.
23   And then it has Bates number JP underscore
24   JPLF underscore 003, I'm sorry, 0003152.
25       Sir, I'm going to show this document to

**Page 106**

1    you and I'll ask you a couple of things to see
2    if you'll agree with me on this. First, this
3    was listed in your reliance materials, so let
4    me identify for the record what we're talking
5    about. It says State of Louisiana Department
6    of Environmental Quality Office of
7    Environmental Compliance. Did I read that
8    correctly?
9        A. Yes.
10       Q. It's a report by Wayne J. Desselle,
11   Environmental Scientist Staff dated it looks
12   like 12/3/2018.
13     ·  A. Yeah, okay. Yes.
14       Q. And received by Brian Tusa,
15   Environmental Scientist Manager dated 12/3/18.
16       A. Yes.
17       Q. This was in your reliance material.
18   So you've seen this document before, correct?
19       A. Yes.
20       Q. And you considered this document in
21   any opinions that you've offered in this case?
22       A. Yes.
23       Q. And the title of this document which
24   I didn't read says Air, Solid Waste and Waste
25   Assessment Inspection Report, correct?

**Page 107**

1        A. Yes.
2        Q. The company name is Jefferson Parish
3    Government doing business as Jefferson Parish
4    Sanitary Landfill, correct?
5        A. Yes.
6        Q. And it appears that this report is
7    to the Enforcement Division of the Louisiana
8    Department of Environmental Quality from the
9    Surveillance Division.
10       A. Yes. I see that now, yes.
11       Q. I read that correctly?
12       A. Yes.
13       Q. One of the things that they note and
14   I'll read this and see if you agree with me
15   that they note this, it says the facility
16   failed to properly operate the leachate
17   collection system in violations of Part 2
18   Section 521.G.2.A of the solid waste permit
19   application in violations of condition 7 and 8
20   of the standard permit P-0297R1 and LAC 33:7,
21   Roman numerals, 901.A. Did I get all that
22   right?
23       A. Yes.
24       Q. Thank you. Who's responsible for
25   the operation of the leachate collection

**Page 108**

1    system in Phase 4A?
2        A. Waste Connections was operating it
3    and it was their responsibility to operate it.
4    Ultimately, the parish had responsibility as
5    the owner and permit holder for the system.
6        Q. Now, sir, I reference you to
7    something that has as the title CONOFF, all in
8    capital letters, MM-CN-18-00614 issued
9    September 18, 2018. Are you with me?
10       A. Yes.
11       Q. And it says the respondent here
12   failed to maintain the leachate head in a
13   pumped down condition such that no more than
14   one foot of head existed above the lowest
15   elevation of the leachate collection lines.
16   Did I read that correctly?
17       A. Yes.
18       Q. Moving on to the next page which is
19   Page 4 of this report, correct?
20       A. Yes.
21       Q. It says notice of potential penalty
22   issued November 19th, 2018, correct?
23       A. Yes.
24       Q. And it says notice of potential
25   penalty was issued for failure to provide

Ali Hashimi
April 29, 2024

Page 109

1   sufficient daily cover to the entire open
2   working face near the tipping area.
3   Additionally, a portion of the working face
4   had exposed waste without adequate cover. Did
5   I read that correctly?
6       A.  Yes.
7       Q.  Who's responsible for providing
8   sufficient daily cover to the entire open
9   working face?
10      A.  Waste Connections would have been
11  responsible for replacing cover.
12      Q.  Well, you said, I showed you these
13  violation notices, sir, and in your opinion
14  you said that LRLC applied daily cover in
15  compliance with permit requirements and
16  industry standards. That's Opinion 5.2.
17      A.  Yes.
18      Q.  Doesn't this finding that there was
19  a failure to provide sufficient daily cover to
20  the entire open working face near the tipping
21  area disagree with your opinion?
22      A.  It's my understanding that was
23  alleged. I don't know that that was the case.
24      Q.  But you do agree with me that this
25  is a report that came from the state office of

Page 110

1   environmental compliance for the State of
2   Louisiana?
3       A.  Yes.
4       MR. PAUL:  Did you mean to mark that
5   as an exhibit or just used a reference?
6       MR. JOHNSON:  I just referenced it.
7   Yeah, I'm not going to mark it as an exhibit
8   because since I only have one copy, I can't
9   give you a copy of it. That's why I
10  identified the Bates number that was at the
11  bottom of it if that's acceptable.
12      MR. PAUL:  Yes.
13  BY MR. JOHNSON:
14      Q.  So, sir, just to put a point on
15  this, do you stand by your opinion based on
16  the report that we just looked at that LRLC
17  applied cover in compliance with permit
18  requirements and industry standards?
19      A.  Yes.
20      Q.  Despite what the State of Louisiana
21  Department of Environmental Quality said?
22      A.  Alleged, yes.
23      Q.  You did not go out and inspect the
24  site to see whether there was any daily cover,
25  did you?

Page 111

1       A.  No.
2       Q.  Have you seen any photographs of the
3   property which showed exposed waste in Phase 4
4   during this period of time between 2018 and
5   2019?
6       A.  I looked at many photos. I don't
7   recall if I ever saw that in particular.
8       Q.  Well, assume if there are
9   photographs that show exposed waste in Phase
10  4A between 2018 and 2019, would your opinion
11  be the same that there was adequate daily
12  cover at the site?
13      A.  It would depend.
14      Q.  What would it depend on?
15      A.  Well, I'd say first and foremost the
16  conditions and around when the photograph was
17  taken, what was happening. Things like that.
18      Q.  Would you agree with me that if
19  proper daily cover was applied there should
20  not be exposed waste at the site?
21      A.  Yes, I believe so.
22      Q.  Now, part of your statement was that
23  the daily cover was applied on a consistent
24  basis. What do you mean by the word
25  consistent?

Page 112

1       A.  Well, at a minimum, everyday.
2       Q.  And what is your basis for saying a
3   daily cover was applied everyday?
4       A.  Again, I would refer back to I saw
5   lots of discussion in the Jefferson Parish
6   daily inspection reports that referred to
7   their inspection of that and documentation
8   that it was being performed on a daily basis
9   and it was acceptable in most cases.
10      Q.  I don't remember what you just said
11  in response, but did you tell me that you saw
12  photographs, but you did not see any
13  photographs where there was exposed waste?
14      A.  I did say I saw many photographs.
15  I'm not recalling if there was any that were
16  specifically of exposed waste.
17      Q.  In your Opinion 5.3, you say most
18  waste materials accepted at municipal waste
19  landfills have the potential for producing
20  significant odors. Can you tell me what waste
21  materials other than spent lime or gypsum have
22  the potential for creating hydrogen sulfide
23  gas?
24      A.  There's drywall materials. There's
25  a lot of times POTW sludges are some. There

Page 113

1    are some industry processes that their waste
2    from that process contain is sulfur-containing
3    material that could create hydrogen sulfide.
4         Q.  And what if any industry standards
5    are there about the acceptance of
6    sulfur-containing materials in municipal
7    landfills?
8         A.  I don't know that I could point to
9    specific industry standards.  I know there's a
10   number of documents that reference best
11   management practices and gives some ideas of
12   things that could be utilized to manage those
13   types of waste.
14        Q.  Sir, would your opinions about the
15   responsibility of Waste, the Waste Defendants
16   as we're calling them be the same if LRLC knew
17   that they were accepting spent lime, that the
18   spent lime contained gypsum, that the
19   Jefferson Parish Landfill was wet, that the
20   Jefferson Parish Landfill contained organic
21   materials and that hydrogen sulfide would be
22   generated as a result and they knew that the
23   gas collection system was not yet installed in
24   Phase 4, would you still have the opinion that
25   Waste Connections had no responsibility for

Page 114

1    the generation of those odors?
2         MR. PAUL:  Object to form.
3         THE WITNESS:  Yes.
4    BY MR. JOHNSON:
5         Q.  Sir, were you aware that the
6    landfill was cited for insufficient cover in
7    June of 2018?
8         A.  When you say cited, could you be
9    specific?
10        Q.  Cited by the LDEQ.
11        A.  Was it a notice of violation?  Is
12   that what you're referring to?
13        Q.  Yes.
14        A.  I recall reading some of those.  I
15   don't recall if it was June of 2018 or not.
16   But I do recall seeing some of those.
17        Q.  Do you recall seeing that the LDEQ
18   spent two months after June of 2018 at the
19   site and then informed the parish council that
20   the conditions had not been improved at the
21   site?
22        A.  I do recall that discussion, yes.
23   I'm not sure of the specifics.
24        Q.  From your work in this case, do you
25   know who decided to accept spent lime in Phase

Page 115

1    4 of the Jefferson Parish Landfill?
2         A.  It was my understanding of the
3    contractual arrangement that if Waste
4    Connections had some type of special waste
5    that they wanted, that they were considering
6    accepting, that it would ultimately then go to
7    the parish for approval before it could
8    actually be accepted.
9         Q.  But Waste Connections made the
10   decision to accept spent lime into Phase 4 of
11   the Jefferson Parish Landfill, correct?
12        MR. PAUL:  Object to form.
13        THE WITNESS:  Are you saying they made
14   the final decision?
15   BY MR. JOHNSON:
16        Q.  I'm saying Waste Connections made a
17   business decision that they wanted to accept
18   spent lime into Jefferson Parish Landfill and
19   proceeded to do so; is that correct?
20        A.  Yes.
21        Q.  And do you have any information that
22   you're aware of that the Waste Connections
23   Defendants were aware that River Birch had
24   stopped accepting spent lime before that time?
25        MR. PAUL:  Objection.

Page 116

1    BY MR. JOHNSON:
2         Q.  Have you reviewed anything that
3    gives you that information?
4         MR. PAUL:  Object to form.
5         THE WITNESS:  Yes.  I believe there
6    were some e-mails in that regard.  I'm not
7    recalling the specific ones though.
8    BY MR. JOHNSON:
9         Q.  Have you reviewed any e-mails from
10   Waste Connections personnel regarding the
11   decision to accept spent lime at the Jefferson
12   Parish Landfill?
13        A.  E-mails regarding the decision to
14   accept it?
15        Q.  Yes.  That includes any business
16   decision for doing it.  But the question is
17   have you reviewed any e-mails from Waste
18   Connections personnel regarding the decision
19   to accept spent lime at Jefferson Parish
20   Landfill?
21        MR. PAUL:  Object to form.
22        MR. JOHNSON:  You object to has he
23   reviewed any e-mails?
24        MR. PAUL:  We've been referring to the
25   Waste Connections Defendants and then you

## Page 117

1      called them Waste Connections personnel.
2        MR. JOHNSON: The Waste Connections
3      Defendants personnel. How about that? Does
4      that clarify it?
5        MR. PAUL: Thank you.
6        THE WITNESS: Just so that I think I
7      understand your question and so I'm answering
8      it, clearly, I didn't see any e-mails
9      regarding when they were going through their
10     decision making process. So if that's what
11     you're referring to, no, I don't recall seeing
12     any e-mails about that.
13     BY MR. JOHNSON:
14       Q. I don't remember whether I asked you
15     this question. Have you ever gone to the
16     Jefferson Parish Landfill?
17       A. No. I have not.
18       Q. I'm sorry. I have had a document I
19     wanted to show you. I'll keep moving on in
20     the interest of time. Maybe I'll find it in
21     these stacks when I'm asking you questions.
22     Sir, in one of the items that you've listed in
23     your documents reviewed is if you look at
24     number 27 on your list.
25       A. Yes.

## Page 118

1       Q. And this is an e-mail from Keith
2     Conley at Jefferson Parish to Mike Lockwood at
3     Jefferson Parish. And this is something that
4     you reviewed? It's one of your reference
5     materials?
6        MR. PAUL: Is this #27 on his list?
7        MR. JOHNSON: 27 is what I have.
8     That's the wrong one. Never mind. Let me get
9     the right reference here. #27, it's Re:
10     Jefferson Parish status update from Keith
11     Conley to Mike Lockwood.
12     BY MR. JOHNSON:
13       Q. Since you don't have the documents
14     here with you, I'm going to show it to you.
15     Sir, I'm going to ask you to take a look at
16     this document. It says Re: Jefferson Parish
17     status update. Is this a document that you
18     had as part of your reliance materials?
19       A. I don't recall if I had that one
20     specifically. That's not ringing a bell.
21       Q. In the interest of time let's move
22     on. Sir, I'm going to show you a document
23     that's dated August 6 of 2018 from Brett
24     O'Connor to Mike Lockwood. You see that
25     e-mail?

## Page 119

1       A. Yes.
2       Q. Just read what Mr. O'Connor sent to
3     Mr. Lockwood and then I'm going to ask you a
4     question about it.
5        MR. JOHNSON: And for purposes of the
6     record, I'm going to try to read this. It
7     looks like it WC underscore JPLF underscore
8     0027058.
9        MR. PAUL: Is that 584 possibly? Is
10     there a four on the end of that?
11        THE WITNESS: That's cut off. There's
12     nothing after the eight.
13        MR. PAUL: If it's the same document,
14     I believe this is listed as #28 in the
15     reference materials from Mr. Hashimi's report.
16        MR. JOHNSON: Yes, it is under tab 28.
17     And just for purposes of where we are, I'm
18     going to ask about this document, but I'm
19     going to be moving to another area after this.
20     So it might be an appropriate time to just
21     take the lunch break now for whatever period
22     of time and then come back because I'll just
23     have to ask questions. It's like 20 minutes
24     after 12:00 right now. So I have another
25     series of questions I'm going to ask, but it's

## Page 120

1     going to take more than five minutes to do it.
2     So I'll just give you a head's up if that's
3     acceptable to everyone we'll proceed that way.
4     BY MR. JOHNSON:
5       Q. You considered this e-mail when you
6     did your opinion in this case?
7       A. Yes.
8       Q. Can you tell me why they were going
9     to place a load of dirt on an area in the
10     south end of 4A?
11       A. My assumption would be that whenever
12     you have an area where there's gas or
13     potentially leachate seeping out, one short
14     term fix is to place some additional cover
15     materials on that area to temporarily try and
16     control it. I think I referred that somewhere
17     in my report is one of the quote-unquote
18     Band-Aid approaches to temporarily manage
19     whatever event is occurring.
20       Q. But if you were applying appropriate
21     daily cover, an interim cover, why would you
22     need a Band-Aid approach like the one that's
23     described in this e-mail?
24       A. Well, it depends, but an example
25     could be if you have an area of the landfill

Page 121

1   where the waste mass is under positive
2   pressure, that positive pressure can push the
3   gas out through the cover, gas or liquids, it
4   could be either or both, through the cover.
5       Q.  Well, in this e-mail they seem to
6   think it was a gas-related issue, correct?
7       A.  It seems that way, yes.
8       (A LUNCH RECESS IS TAKEN)
9   BY MR. JOHNSON:
10      Q.  Mr. Hashimi, after we concluded our
11  lunch break, I have a couple more areas I want
12  to ask you about.  Before we looked at what
13  was listed in your reference materials under
14  #36 which was the State of Louisiana Office of
15  Environmental Compliance Report, remember
16  that?
17      A.  Yes.
18      Q.  That document I showed you in the
19  binder?
20      A.  Yes.
21      Q.  And I asked you whether you had seen
22  any photographs about exposed trash at Phase 4
23  of the landfill, you remember?
24      A.  Yes.
25      Q.  And you couldn't remember whether

Page 122

1   you had seen any photographs of exposed trash?
2       A.  Correct.
3       Q.  Okay, you did review this report.
4   That's one of your reliance materials,
5   correct?
6       A.  Yes.
7       MR. JOHNSON:  Counsel, I'm showing him
8   photographs attached to the report that we
9   looked at before.
10  BY MR. JOHNSON:
11      Q.  Sir, first I'm going to ask you to
12  take a look at a photograph which was included
13  under your reference item #36 in the report
14  and the caption says facility name Jefferson
15  Parish Sanitary Landfill.  Then it has AI6961
16  that identifies the photographer as Lindsey
17  Malone.  Did I read that correctly?
18      A.  Yes.
19      Q.  It says the date is 10/31/2018
20  correct?
21      A.  Yes.
22      Q.  Photograph 6 of 13.
23      A.  Yes.
24      Q.  Have you seen this photograph
25  before?

Page 123

1       A.  I don't recall that.
2       Q.  Okay, take a look at it.
3       A.  Okay.
4       Q.  And it says description, some of the
5   water observed was milky white in color.
6   Exposed trash was visible.  Do you see exposed
7   trash there?
8       A.  Yes.
9       Q.  Do you see daily cover in this
10  photograph?
11      A.  Yes.
12      Q.  Where?
13      A.  All around it.
14      Q.  If there's daily cover, why is there
15  exposed trash?
16      MR. PAUL:  Object to form.
17      THE WITNESS:  What I would say it
18  appears that we have in this photograph is
19  there's some flagging of waste that, you know,
20  it depends.  There could be any number of
21  reasons why that little bit is there, but to
22  me that clearly shows that cover was placed
23  and there's maybe a handful of pieces of trash
24  that are shown in the picture.
25  BY MR. JOHNSON:

Page 124

1       Q.  If daily cover is placed, why is
2   there water in the photograph?
3       MR. PAUL:  Object to form.
4       THE WITNESS:  It appears to be a
5   puddle.  Maybe it just rained.  I don't know.
6   It could be a lot of things.
7   BY MR. JOHNSON:
8       Q.  Well, it could be a puddle -- it
9   could be a lot of things.  If there's adequate
10  daily cover, would you expect to see running
11  water in a photograph?
12      A.  Is there running water?
13      Q.  Would you expect to see any water in
14  a photograph if there was adequate daily
15  cover?
16      A.  Yes, you could.
17      Q.  Do you see any evidence of rain in
18  this photograph?  You said it could have been
19  raining.  Do you see any evidence of rain in
20  this photograph?
21      A.  Could I have a look please?  It's
22  very difficult to say.  I mean, the ground
23  does look wet, so maybe it has rained
24  recently.  That's just one explanation.
25      Q.  And one explanation could be that

Ali Hashimi
April 29, 2024

Page 125

1   water came up through the landfill, correct?
2       A.  Oh yeah.
3       Q.  I'm turning to another photograph
4   which has it's in the same report.  It says JP
5   Landfill AI6961, photographer whose last name
6   I won't try to pronounce, and it's dated
7   11/5/2018.  This photograph, okay?  Could you
8   take a look at that?
9       A.  Okay.
10      Q.  Do you see exposed trash in that
11  photograph?
12      A.  It's taken from a distance, so it's
13  hard to see.  I'm not really seeing anything.
14  If there's something there, it must be very
15  insignificant like maybe there's a pop bottle
16  there or something.
17      Q.  What does the photographer describe
18  the photograph as showing?
19      A.  Exposed waste was observed mixed
20  with the temporary cover.
21      Q.  Thank you.  Let's talk a little bit
22  about the daily cover.  Are there industry
23  standards as to what types of materials should
24  be used as daily cover?
25      A.  Yeah, I believe so.

Page 126

1       Q.  And what are they?
2       A.  Generally, you want to use some type
3   of fine grain soil.  Or an alternative daily
4   cover too.
5       Q.  You said fine grain soil?
6       A.  Yes.
7       Q.  Is clay fine grain soil?
8       A.  Yes.
9       Q.  So clay in your opinion is adequate
10  daily cover for a landfill?
11      A.  It could be used as adequate daily
12  cover for a landfill, yes.
13      Q.  No, I'm asking your opinion.  Is
14  clay an adequate material to use as daily
15  cover in a landfill?
16      A.  Yes.
17      Q.  Is clay course?
18      A.  No.  Generally not.
19      Q.  Does clay allow water to seep into
20  it, into the ground?
21      A.  Yes.
22      Q.  Is sandy soil an appropriate daily
23  cover for landfill?
24      A.  It depends.
25      Q.  Is sandy soil, would sandy soil have

Page 127

1   been an appropriate daily cover for the
2   Jefferson Parish Landfill Phase 4A?
3       A.  I would say it would depend.
4       Q.  What would it depend on?
5       A.  It might depend on the conditions of
6   why they wanted to use that.
7       Q.  Well, would sandy soil be an
8   appropriate cover to use for odor control?
9       A.  It would depend I would think.
10      Q.  On what?
11      A.  It would depend on the condition and
12  the circumstances in which you were using it.
13      Q.  Would sandy soil have been an
14  appropriate daily cover to use at the
15  Jefferson Parish Landfill for odor control in
16  Phase 4A?
17      A.  Yeah, and I think it would depend on
18  the circumstances in which it was being used.
19      Q.  Well, you said that, in your report
20  you said that appropriate daily and interim
21  land covers have been used at Jefferson
22  Parish.  So I'm asking you whether that sandy
23  soil if it was used in Jefferson Parish
24  Landfill was appropriate daily cover to
25  control odors.

Page 128

1       A.  Yeah, I don't know if it was used, I
2   don't know the circumstances around how that
3   decision was made and what other conditions
4   were apparent at the time.
5       Q.  So are you saying that you would
6   need to know why that particular substance was
7   used to determine whether it was an
8   appropriate daily cover to prevent odors?
9       A.  Partially, yes.
10      Q.  And have you come to any opinions in
11  that regard in this case about whether sandy
12  soil was appropriate to use as a daily cover
13  in Phase 4A of the Jefferson Parish Landfill?
14          MR. PAUL:  Object to form.
15          THE WITNESS:  I don't believe so, no.
16  BY MR. JOHNSON:
17      Q.  Do you agree with the proposition
18  that properly applied daily covers can help
19  with odor control in a landfill?
20      A.  In theory, yes.  Yes.
21      Q.  I asked you specifically about
22  odors, but let me ask you about hydrogen
23  sulfide.  Would sandy soil daily covers
24  provide any attenuation of H2O odors?  Excuse
25  me.  Hydrogen sulfide odors.  Not H2O.

Ali Hashimi
April 29, 2024

33 (Pages 129 to 132)

Page 129

1      MR. PAUL: Object to form.
2      THE WITNESS: Could you repeat that
3  again?
4  BY MR. JOHNSON:
5      Q. Yes. If sandy soil was used as a
6  daily cover material -- I'll rephrase it a
7  little bit. If sandy soil was used as a daily
8  cover material, would that provide attenuation
9  to hydrogen sulfide odors emanating from the
10 landfill?
11     A. In general, I believe it would, yes.
12     Q. So the type of cover doesn't make
13 any difference into whether it would assist in
14 odor remediation?
15     MR. PAUL: Object to form.
16     MR. JOHNSON: There's a question mark
17 at the end of that statement.
18     THE WITNESS: Repeat it one more time.
19 I'm sorry. I just want to make sure I get it
20 right.
21 BY MR. JOHNSON:
22     Q. I'm trying to find out from you
23 whether the type of daily cover makes any
24 difference in whether there would be odor
25 remediation particularly with regard to

Page 130

1  hydrogen sulfide odors.
2      A. Yes, I believe it could make a
3  difference.
4      Q. Okay, and what would you, what
5  factors would you look at to try to decide
6  whether it made a difference or not?
7      A. Well, like I was alluding to
8  earlier, it would depend on the circumstances
9  of how they were using it, what they were
10 using it for, was it used in combination with
11 something else. There could be other
12 extenuating circumstances that would impact
13 that.
14     Q. In doing your work in this case,
15 have you looked at what types of materials
16 were used by the Waste Connections Defendants
17 as daily or interim cover at the Jefferson
18 Parish Landfill?
19     A. Yes.
20     Q. And what would you use?
21     A. The document that I noted was I
22 believe it referred to as everything as silty
23 clay or silt or some type of fine grain soil.
24 I'd have to look. If you want me to look at
25 the document, I could go through it and show

Page 131

1  it to you.
2      Q. No, because I can ask you the
3  question based on that. Is silt in your
4  opinion an adequate daily cover to provide
5  remediation for odors arising from a landfill?
6      MR. PAUL: Object to form.
7      THE WITNESS: I believe it could be,
8  yes, because it's a fine grain soil.
9  BY MR. JOHNSON:
10     Q. Specifically with regard to
11 Jefferson Parish Landfill, do you believe that
12 silty material was an adequate daily cover to
13 provide remediation of odors from the
14 landfill?
15     A. Yes, I believe it could have been.
16 I believe it meets the requirements.
17     Q. You say could have been. Are you
18 saying in your opinion it is?
19     MR. PAUL: Object to form.
20     THE WITNESS: Well, number one, as I
21 said before, I'd have to go back and look and
22 see if that was actually the material that was
23 being used. So that would be the first could
24 have if you will. And again, how it was being
25 used, under what circumstances, what were the

Page 132

1  conditions, it could have been.
2  BY MR. JOHNSON:
3      Q. Sir, don't you need to know what
4  type of cover materials were used in order to
5  determine whether they were effective in
6  controlling emission of gas and odors at the
7  site?
8      A. Yes. That was documented.
9      Q. What was documented?
10     A. The types of soils that were used.
11     Q. So you're saying yes, you need to
12 know that information?
13     A. No, I do know that. I did review.
14 We can pull up the reference. It's in the
15 reference that it says they did an
16 investigation of the cover soils that were
17 there and it listed out the types of soils,
18 so.
19     Q. Let me turn to a couple of general
20 questions. Do you agree that the high
21 concentrations of hydrogen sulfide gas in
22 Phase 4A resulted from replacement of
23 sulphate-rich waste in that phase of the
24 landfill?
25     MR. PAUL: Object to form.

Ali Hashimi
April 29, 2024

34 (Pages 133 to 136)

Page 133

1          THE WITNESS: Could you repeat that
2     one more time?
3     BY MR. JOHNSON:
4          Q.  Do you agree that the high
5     concentrations of hydrogen sulfide gas in
6     Phase 4A resulted from replacement of
7     sulphate-rich waste in that phase of the
8     landfill?
9          MR. PAUL: Object to form.
10          THE WITNESS: I don't think I have
11     enough information to make that assessment.
12     BY MR. JOHNSON:
13          Q.  Do you understand that sulphate-rich
14     wastes were accepted into Phase 4 of the
15     Jefferson Parish Landfill by Waste
16     Connections?
17          A.  Yes.
18          Q.  Do you agree that under the
19     operating agreement Waste Connections had the
20     responsibility for the implementation of a
21     comprehensive odor control system?
22          A.  Yes.
23          Q.  And you would agree that in
24     situations like the case we're talking about,
25     an odor control system would have been useful

Page 134

1     for Jefferson Parish Landfill, correct?
2          MR. PAUL: Object to form.
3          THE WITNESS: It could have been.
4     BY MR. JOHNSON:
5          Q.  Well, in your report you say that.
6     You say that odor control systems are useful
7     in situations like the Jefferson Parish
8     Landfill.  Do you agree with that statement in
9     your report?
10          A.  Yeah, because there was one out
11     there.
12          Q.  Let me ask you about, sir, I'm going
13     to ask you to look at -- never mind.  I'll
14     show you the document that --
15          MR. JOHNSON: An e-mail which is
16     dated, and I apologize, Mr. Paul, the number
17     is cut off at the bottom.  I think the number
18     is WC underscore JPLP underscore 0027058.  Is
19     that the same one we looked at before?  No,
20     it's not the same one we looked at before.
21     You said you thought a two was cut off on the
22     end.  I don't think it's the same e-mail.
23          MR. PAUL: Bear with me.  So his list
24     of reference materials refers to Bates number
25     WC underscore JPLF underscore 00270584.

Page 135

1          MR. JOHNSON: So it's a four, okay.
2     It appears the last number was cut off.  At
3     least you have the same document then.
4          MR. PAUL: I don't have a copy of it
5     here, but I'll look at what you have.
6          MR. JOHNSON: Okay, well, what I'll do
7     is I'll pull it out the binder and let you
8     take a look at it before I ask a question.
9     BY MR. JOHNSON:
10          Q.  Mr. Paul has assisted me and said
11     what the Bates number is.  It's at the bottom
12     of this document.  Sir, I'd ask you to just
13     take a look at that and then I'm going to ask
14     you a question about it.  And I'll identify it
15     after you look at it.
16          A.  (The witness complies.)
17          Q.  Is this a document you've seen
18     before?
19          A.  Yes.
20          Q.  And this is a e-mail from Brett
21     O'Connor who worked for the Waste Connections
22     Defendants, correct?
23          A.  Yes.
24          Q.  And the e-mail is from, excuse me,
25     from Brett O'Connor and it's to Mike Lockwood,

Page 136

1     Richard Mayer and Rickie Falgoust, correct?
2          A.  Yes.
3          Q.  And it's cc'd to Keith Conley, Jose
4     Gonzalez and John Perkey, correct?
5          A.  Yes.
6          Q.  And they are talking about gas
7     bubbling up through ponded water at Phase 4 of
8     the Jefferson Parish Landfill, aren't they?
9          A.  Can I?
10          Q.  Sure.  That's why I asked you to
11     read it before I asked you questions.
12          A.  Yes.
13          Q.  Do you have an opinion of what was
14     causing that gas to be bubbling up through
15     pond water in Phase 4?
16          A.  Yes.
17          Q.  What is it?
18          A.  My opinion would be or it could be,
19     what I would say it could be is that there is
20     an area where there's positive pressure,
21     landfill gases under positive pressure in the
22     landfill which is why you're seeing it
23     bubbling out.
24          Q.  They suggest that he's going --
25     Rickie was the manager of the landfill, Rickie

Ali Hashimi
April 29, 2024

Page 137

1    Falgoust?
2        A.  Yeah, that was my understanding.
3    Yes.
4        Q.  And he was going to put a load of
5    dirt on it.  Would that have resolved the
6    problem?
7        A.  Temporarily maybe.
8        Q.  If you look at the e-mail below
9    that, it says the attached video, read that
10   sentence.
11       A.  The attached video showing gas and
12   leachate seep was just sent to me.  Please
13   take corrective measures immediately.
14       Q.  In your opinion, what was the cause
15   of leachate seep?
16       A.  In my opinion, I believe it would
17   have been from positive landfill gas, positive
18   pressure landfill gas.
19       Q.  You make, in your report, you make
20   certain comments about the leachate collection
21   system and I want to ask you a couple of
22   questions about that and I think I'll be done
23   for the time being.  And I think your opinions
24   start at Opinion 4.2.  Tell me when you're
25   with me.

Page 138

1        A.  Yes.
2        Q.  Your opinion is that the leachate
3    collection system and the landfill gas
4    collection system are you say physically and
5    operationally separate, correct?
6        A.  Yes.  Their components are, yes.
7        Q.  Their components are.  But they're
8    interdependent on each other, aren't they,
9    those systems?
10       MR. PAUL:  Object to form.
11       THE WITNESS:  I don't believe they are
12   interdependent on each other.
13   BY MR. JOHNSON:
14       Q.  Well, sir, you have a footnote that
15   says while the leachate management system was
16   a separate and distinct environmental control
17   system necessary for facility operation, this
18   system is also crucial to operation of the
19   GCCS as a leachate management system was
20   relied upon to manage gas well liquids
21   produced from operations of the GCCS.  Do you
22   remember that?
23       A.  No.  Where did you read that at?
24       Q.  Page 56 of your report.  Is that
25   statement I just read incorrect?  That's not

Page 139

1    your opinion?
2        A.  No.  I thought we were in Section 4,
3    so I wasn't on that page that you were on.
4    I'm sorry.  What is it?
5        Q.  Sir, if you look at Page 56, and
6    there's a paragraph at the bottom of Page 56
7    and about halfway down the paragraph is a
8    statement that I just read to you from your
9    report.  It starts with leachate management.
10       A.  Yes.  What was the question?
11       Q.  Are those two statements
12   inconsistent?
13       A.  No.
14       Q.  Why not?  Explain to me what the
15   statement is on Page 56, what you mean by
16   that.
17       A.  I believe we were initially reading
18   Opinion 4.2 where we were talking about
19   components of these systems and then which is
20   separate and distinct from the comments that
21   were made here where we're talking about the
22   overall system performances.  Not just a
23   particular component of the system.  So I was
24   talking about two different things.
25       Q.  Well, my question to you was whether

Page 140

1    those two systems were interdependent on each
2    other and I think you said no.  Didn't you?
3        A.  Well, now I'm getting confused.  I
4    thought that's when we were talking about
5    Opinion 4.2 when we were talking about the
6    components.
7        Q.  Well, 4.2 talks about the components
8    and then you talk about the fact that they are
9    separate systems, but they are crucial to the
10   operation of a gas collection system, correct?
11       A.  Yes.  In a different portion of the
12   report, yes.
13       Q.  And you don't see any inconsistency
14   in those two statements?
15       A.  No.
16       Q.  Okay.  Sir, what evidence do you
17   have in this case that landfill gas was noted
18   as venting from side slope risers in Phase 4A
19   of the Jefferson Parish Landfill?
20       A.  I recall there were e-mails that
21   discussed that issue and I believe there was
22   also a, I believe it was an LDEQ inspection
23   report maybe that noted gas coming out of the
24   risers.  There's a couple of different
25   references.  I don't recall specifically which

Page 141

1    they were, but I read them.
2        Q.  You can't tell me what LDEQ report
3    that was?
4        A.  Not off the top of my head, no.
5        MR. JOHNSON:  I'm going to pass the
6    witness at this time to other counsel.  Thank
7    you for answering my questions.  If they spur
8    anything in my consciousness when they ask
9    questions, I may have one or two later.  But
10   for this time thank you for answering my
11   questions.  Pass to counsel.
12       (A SHORT RECESS IS TAKEN)
13   BY MR. FUTRELL:
14       Q.  Mr. Hashimi, my name is Mike
15   Futrell.  I introduced myself to you this
16   morning.  I represent the Parish of Jefferson
17   in this case.  Mr. Johnson asked a lot of
18   questions, some of which I would ask.  I'll do
19   some cleanup and then I want to ask you some
20   other questions as well.  So I may bounce
21   around a little bit.  But I want to start with
22   I notice, and you have a copy of your report
23   in front of you I know, I notice on Page 1 of
24   your report and you answered some questions
25   earlier, but specifically you say you've

Page 142

1    provided operations support to municipal solid
2    waste landfills, including fill sequencing,
3    GCCS phasing, capital and expense budgeting
4    and storm water management.
5        Have you ever offered any operation
6    support for management of a leachate
7    collection system at a municipal solid waste
8    landfill?
9        A.  Yes.
10       Q.  Okay, tell me about that.
11       A.  Leachate collection systems is an
12   integral part of the landfill.  So when you're
13   referring to assisting them with development
14   of the landfill, it's going to naturally
15   include that component as well.
16       Q.  Okay, but I noticed that wasn't
17   listed in that sentence I just read.  Was
18   there any reason for that, leachate collection
19   systems?
20       A.  No.  Not particularly.
21       Q.  Have you ever provided operational
22   support to a governmental entity regarding the
23   operation of a municipal solid waste landfill?
24       A.  I'm only hesitating because I don't
25   do much public work, so I'm trying to remember

Page 143

1    if I ever did or not.  I believe the answer is
2    no.
3        Q.  So the work that you provide
4    regarding municipal solid waste landfills, who
5    typically, and I'm talking about operational
6    support, who would typically contract with you
7    and/or Weaver to provide those services?
8        A.  You mean which companies?
9        Q.  No.  Would it be the owner of the
10   landfill?  Would it be the operator of the
11   landfill?
12       A.  It would depend on how the landfill
13   was structured, how their management was or it
14   could be any one of those.
15       Q.  And when you are asked to give
16   operational support to that entity, be it the
17   owner or the operator of the landfill, would
18   you agree with me that that owner or operator
19   is coming to you and/or Weaver for their
20   expertise in that particular field?
21       A.  Yes, I believe so.
22       Q.  So would you agree with me then that
23   it is reasonable for that owner or operator to
24   rely upon the information that you provide to
25   them because that's what they're paying you

Page 144

1    for, right?
2        MR. PAUL:  Object to form.
3        THE WITNESS:  Yes.  I believe so.  I
4    believe I understood your question.
5    BY MR. FUTRELL:
6        Q.  And you agree with me and you have
7    knowledge that owners of municipal solid waste
8    landfills hire contractors to perform certain
9    tasks at those landfills, correct?
10       A.  I am aware of that.
11       Q.  And those owners of landfills, they
12   hire those contractors because those
13   contractors have expertise to provide the
14   services that are contracted for, correct?
15       A.  I would assume that would be one
16   reason, yes.
17       Q.  And so just like we talked about,
18   you would agree with me that it's reasonable
19   for the owner of the landfill to rely on the
20   information given to it by the contractors
21   that it hires for their expertise, correct?
22       MR. PAUL:  Object to form.
23       THE WITNESS:  Yes, I believe that's
24   reasonable.
25   BY MR. FUTRELL:

Ali Hashimi
April 29, 2024

Page 145

1     Q.  With respect to this matter, I know
2  you reviewed the contract between IESI and
3  Jefferson Parish and we talked about some
4  amendments when Mr. Johnson was asking you
5  questions, but can you just tell me, you
6  reviewed that contract, correct?
7     A.  Yes.
8     Q.  What was IESI and we've been
9  referring to them today the Waste Connections
10  Defendants, what were they contracted to do?
11     A.  Their contract had a very long scope
12  of services section that I couldn't possibly
13  repeat everything that was included in it.
14     Q.  I have a copy of the contract here
15  with me.  Well, let me just ask you this, when
16  you reviewed that contract and the information
17  that was provided to you, is it your opinion
18  that the Waste Connections Defendants complied
19  with all of their obligations and
20  responsibilities under that contract?
21     MR. PAUL:  Object to form.
22     THE WITNESS:  That's a very large
23  question, so I think I'd have to read through
24  it to understand.  As I said before, I can't
25  name off what each one of those scopes of work

Page 146

1  items were, so I don't know that I'd feel
2  comfortable answering that just sitting here.
3  BY MR. FUTRELL:
4     Q.  Okay, as we sit here today, are you
5  aware of, does anything pop in your mind that
6  when you were going through the materials and
7  reviewing the contract that you made a mental
8  note or otherwise note that Waste Connections
9  did not comply with that scope of services or
10  provision of the contract?
11     MR. PAUL:  Object to form.
12     THE WITNESS:  I can't recall anything.
13  BY MR. FUTRELL:
14     Q.  Is it your -- did you review the
15  odor control plan in this case?
16     A.  Yes, I did.
17     Q.  And is it your opinion that Waste
18  Connections Defendants complied with the odor
19  control plan?
20     MR. PAUL:  Object to form.
21     THE WITNESS:  With the information
22  that I had I believe they did.  I mean, there
23  was a lot of activities that I don't have any
24  information of how they were executed to know
25  if everything was done, but I don't have any

Page 147

1  reason to believe that they didn't.
2  BY MR. FUTRELL:
3     Q.  Okay, so as we sit here today, are
4  you able to render an opinion one way or the
5  other that the Waste Connections Defendants
6  complied with the odor control plan?
7     MR. PAUL:  Object to form.
8     THE WITNESS:  Yes, I believe so.  But
9  to the extent that it wasn't an issue say
10  similar to the one we were just looking at
11  previously with the daily cover where there
12  was an issue and it was called out to them and
13  they assisted in maintaining it, I didn't see
14  any documentation or I certainly don't recall
15  any documentation that where Jefferson Parish
16  responded back that there was a problem.  I'm
17  not recalling anything.
18  BY MR. FUTRELL:
19     Q.  But you would agree with me that
20  compliance with the odor control plan doesn't
21  just mean that Jefferson Parish doesn't
22  complain about it.
23     MR. PAUL:  Object to form.
24     THE WITNESS:  No, there were certain
25  activities that were required as part of that

Page 148

1  and there was documentation that was included
2  in the information that I reviewed documenting
3  where they were doing some of the various
4  tasks that were assigned to them through that
5  odor control plan.
6  BY MR. FUTRELL:
7     Q.  Okay, and I think we're going to get
8  to it in a minute, and maybe I misread what
9  you wrote in that section of your report, but
10  you would agree with me that as part of the
11  odor control plan the Waste Connections
12  Defendants had to do more than just inspect
13  and report.  They actually had to act.
14     MR. PAUL:  Object to form.
15     THE WITNESS:  I'm not -- you'd have to
16  tell me what you mean by act.
17  BY MR. FUTRELL:
18     Q.  Okay, well, I thought in your
19  report, and correct me if I'm wrong, and I
20  think we're going to get there that you said
21  that the Waste Connections Defendants complied
22  with the odor control plan and basically what
23  they had to do was inspect and then report
24  what they found.  Do you recall that in your
25  report?

Page 149

1    A.  Yes.
2    Q.  My question is but they also had to
3  go one step further.  They couldn't just
4  ignore it.  They also had to act, to try to
5  control the odors.  Take some affirmative
6  action to control the odors, correct?
7       MR. PAUL:  Object to form.
8       THE WITNESS:  I'm not recalling that.
9  I'd rather look at my report and see because
10 I'm not recalling what you're referencing, so
11 I'd like to see that in my report, that
12 language.
13 BY MR. FUTRELL:
14    Q.  Okay, do you agree with me that as
15 part of the odor control plan the Waste
16 Connections Defendants were required to take
17 affirmative steps to control odors if they
18 existed?
19       MR. PAUL:  Object to form.
20       THE WITNESS:  I don't believe so.  I
21 believe the only thing that they were
22 responsible for was operating the odor control
23 system.  And so when you say act, that would
24 be the limit of what I would possibly consider
25 acting.

Page 150

1  BY MR. FUTRELL:
2    Q.  Okay, so you're talking about the
3  misting system?
4    A.  Yes.
5    Q.  And you think that's all?  They
6  didn't have to put daily cover?
7       MR. PAUL:  Object to form.
8       THE WITNESS:  They were required to
9  put it on daily cover, yes.
10 BY MR. FUTRELL:
11    Q.  Okay, they don't have to, as Mr.
12 Johnson was just asking you questions, place
13 soil over leachate seeps?
14       MR. PAUL:  Object to form.
15       THE WITNESS:  Were they required to do
16 it?
17 BY MR. FUTRELL:
18    Q.  Yes.
19    A.  I would say that they should do
20 that, but not necessarily as part of odor
21 control.  I think that's potentially a
22 different issue.
23    Q.  Okay.  Do you agree with me that
24 part of the scope of services for Waste
25 Connections was to control odors?

Page 151

1    A.  Their scope of services was to
2  implement the odor control plan.
3    Q.  Which is?  What is the effect of the
4  odor control plan?
5       MR. PAUL:  Object to form.
6       THE WITNESS:  Well, I think the best
7  way to do it would be to pull it out because
8  that's what I did and I believe I did it in my
9  report here was I walked through what the
10 elements of the odor control plan were.  And
11 that's what Waste Connections was required to
12 do.
13 BY MR. FUTRELL:
14    Q.  And it's your testimony that
15 whatever's included in the odor control plan
16 is the extent of the Waste Connections'
17 responsibility to control odors at the
18 Jefferson Parish Landfill?
19    A.  Responsibility, yes.  The limit of
20 their responsibility, yes.
21    Q.  And I'm going to get to that in a
22 minute.  I was asking you, I got off on a
23 tangent, but I was asking you if Waste
24 Connections complied with their
25 responsibilities under the terms of the

Page 152

1  contract, and I specifically asked you about
2  the odor control plan.
3    Is it also your opinion that Waste
4  Connections complied with their
5  responsibilities under the QAQC solidification
6  plan?
7       MR. PAUL:  Object to form.
8       THE WITNESS:  Off the top of my head,
9  I'm not recalling what's in that plan, so.
10 BY MR. FUTRELL:
11    Q.  This says previously been introduced
12 as Exhibit 1086 and it's Bates labeled WC
13 underscore JPLF underscore 00423946.  So take
14 your time and look through it and tell me if
15 after reviewing it it's your opinion that the
16 Waste Connections Defendants complied with
17 this waste acceptance quality assurance
18 quality control plan.
19    A.  Okay.
20    Q.  So my question was after reviewing
21 the waste acceptance quality assurance quality
22 control plan, is it your opinion that the
23 Waste Connections Defendants complied with
24 · that plan?
25 ·    A.  Based on the review that I did just

Page 153

1   now, there's a number of elements that are
2   required as part of this plan that I don't
3   have any information about, so I couldn't
4   provide you opinion whether Waste Connections
5   complied with this plan.
6       Q.  Okay, what elements are you talking
7   about?
8       A.  As an example, there was a number of
9   tasks that are required in Section 6 where it
10  outlines the procedures where it, you know,
11  lists a, well, several actually, at least nine
12  different procedures I guess we should call
13  them that are to be followed.  And I don't
14  have any information about if these procedures
15  were followed, so I couldn't give you.
16      Q.  Understood.  So you're not prepared
17  and you're not going to offer an opinion at
18  trial that the Waste Connections Defendants
19  complied with the waste acceptance quality
20  assurance quality control plan; is that
21  correct?
22      A.  No.
23      Q.  Am I correct?
24      A.  Yes, you're correct.  I'm sorry.  I
25  jumped in.

Page 154

1       Q.  Are you familiar in this case with
2   the solid waste permit application that was
3   presented in order for liquid industrial waste
4   to be solidified at the Jefferson Parish
5   Landfill, the permit modification?
6       A.  No.
7       Q.  You never have seen the permit
8   modification submitted so that the Jefferson
9   Parish Landfill could accept liquid waste and
10  solidify it?
11      A.  I don't recall seeing that.  No.
12      Q.  Let me just make sure that I'm
13  explaining it correctly to you.  I'll just
14  show you.  And if you haven't seen it, it's
15  fine.  I'll show you what's marked, previously
16  been marked as Exhibit 101 I and just ask you
17  if you reviewed, if that's one of the
18  documents you reviewed in preparing your
19  report.
20          MR. FUTRELL:  And just for the record
21  that is Bates number JP under JPLF underscore
22  00512275.
23          THE WITNESS:  I don't recall seeing
24  this application, no.
25  BY MR. FUTRELL:

Page 155

1       Q.  So is it fair to say if you haven't
2   seen this permit modification application that
3   you will not be providing an opinion at trial
4   that the Waste Connections Defendants complied
5   with the solidification plan that's connected
6   or that is included in the permit
7   modification?
8       A.  Correct.
9       Q.  I want to ask you -- let me back up
10  a little bit.  Earlier this morning you talked
11  about part of your of the services that you
12  provide is and I think you said prepare
13  contract documents to bid projects out.  Tell
14  me what you meant by that.
15      A.  An example of that would be if a
16  facility was planning on expanding their gas
17  collection system, we may prepare construction
18  plans that show the work that is proposed to
19  be done, provide estimates of the work for a
20  bid sheet to be included in the contract
21  documents.  Generally, there are some forms
22  that we typically fill out that are just kind
23  of procedurally show how the bidding process
24  is going to work.
25          Typically, then there's information

Page 156

1   that's provided to us by the owner that we
2   will include in those documents.  An example
3   of that would be their general terms and
4   conditions.  We don't prepare those for the
5   owner.  They have that and they'll just have
6   us insert that into the contract.  So there's
7   just where we kind of assemble a number of
8   components that would be sufficient for it to
9   go out to bid to bidders so that the owners
10  could receive bids on a project and select a
11  contractor.
12      Q.  Understood.  But I think you said
13  earlier that you, that Weaver Consultants
14  Group has a legal department that handles
15  contracts; is that correct?
16      A.  Yes.
17      Q.  I want to ask you about the
18  Hillside, Illinois project that you discussed
19  with Mr. Johnson.  I think you told him that
20  that project involved odors emanating from
21  that particular landfill; is that correct?
22      A.  Yes.
23      Q.  Who did you -- did you personally
24  work on that project?
25      A.  Yes.

Ali Hashimi
April 29, 2024

Page 157

1    Q.  Who retained you to work on that
2    project?
3    A.  I'm going from memory and this was a
4    few years ago.  I believe I was initially
5    retained by the operator of the landfill at
6    the time when my services were rendered.  And
7    I believe through the course of my engagement
8    it changed to another owner or partner.  I'm
9    not sure what their contractual relationship
10   was.
11   Q.  Do you recall who the operator of
12   that landfill was?
13   A.  Initially, it was John Sexton
14   Contractors.
15   Q.  And then do you recall who you
16   eventually provided services to?
17   A.  I believe it would have been BFI.
18   BFI Waste Systems of North America to be
19   specific.
20   Q.  Can you tell me a little bit about
21   what the odor issue was at the Hillside,
22   Illinois landfill?
23   A.  Well, primarily, there were odors
24   emanating from the landfill that needed to be
25   managed.  And actually, that was part of the

Page 158

1    project was an assessment of what the source
2    of the odors were.  So I guess I can't really
3    speak to that because that's what was part of
4    the project that was being investigated.
5    Q.  I'm not sure I follow you.  Was
6    there a determination that was made as to what
7    the source of the odors?
8    A.  That wasn't in my scope of what I
9    was doing, so that's why I can't really speak
10   to it.  I don't know if they ever reached a
11   conclusion on that.
12   Q.  Understood.  What were you hired to
13   do?
14   A.  Primarily, I became engaged in the
15   project through the course of the
16   owner-operator working with the attorney
17   general's office.  There was an agreement or
18   amendment to an agreement, I'm not sure which
19   it was, that required a professional engineer
20   be contracted to, in essence, act as a liaison
21   between the owner-operator and the attorney
22   general's office and IPA and some other
23   regulatory bodies.  That was primarily my
24   function.
25   Q.  I'm going to shift gears.  You have

Page 159

1    a copy of your report in front of you?
2    A.  Yes.
3    Q.  I want to focus on, I'm going to go
4    through some of your opinions starting on Page
5    8, Opinion 3.1.  I know you and Mr. Johnson
6    had a discussion about the term
7    responsibility, and I think you said rightly
8    so that you can't give a legal opinion in this
9    case, correct?
10   A.  Correct.
11   Q.  And so is it fair to say that your
12   determination as to responsibility is
13   reviewing the contract documents to determine
14   what the obligations and responsibilities are
15   under the contract?
16   A.  Primarily, yes.  That's what I would
17   think, yes.
18   Q.  And you would agree with me the
19   contract is a written document?
20   A.  Yes.
21   Q.  And anybody can read it, right?
22   A.  Yes.
23   Q.  The jury can read it, correct?
24   A.  Yes.
25   Q.  And the jury can read the same

Page 160

1    contract that you read and make a decision for
2    themselves as to what that contract says and
3    who has what obligations and responsibilities,
4    correct?
5    MR. PAUL:  Object to form.
6    THE WITNESS:  Yes.  I think the
7    difference may be though, so I guess I would
8    say it depends because I would look at myself
9    having the benefit of a lot of experience in
10   managing and dealing with this.  So to me it
11   wasn't like reading Greek versus a person
12   who's maybe not ever associated with some of
13   these terms that, you know, aren't out there
14   in the general language that you would expect
15   the everyday person off the street to
16   understand, so they may find it more
17   challenging to do that.
18   Whereas I'm in a position with being
19   experienced in that field where those types of
20   terms are being used that it would be easier
21   for me to understand what was being discussed.
22   BY MR. FUTRELL:
23   Q.  I understand.  I get that that some
24   of the terms may need to be explained to the
25   jury, but once those terms are explained to

Ali Hashimi
April 29, 2024

41 (Pages 161 to 164)

Page 161

1  the jury, then the average juror can read the
2  contract and say the contract says this term
3  is the obligation of this party, right? They
4  don't need you for that.
5      MR. PAUL: Object to form.
6      THE WITNESS: I think I would be, it
7  would be helpful for me to be able to explain
8  things and clarify things and maybe break it
9  down into simpler terms. So I feel like I
10  could have a role in assisting with the
11  understanding of the contract.
12  BY MR. FUTRELL:
13      Q. But again, you agree with me that
14  you cannot render a legal opinion as to
15  responsibility under the terms of the
16  contract, correct?
17      A. Correct.
18      Q. And on the bottom of Page 8, the
19  very last sentence says ultimate
20  responsibility cannot be transferred by
21  entering into a contract with a third party.
22  You see where I'm talking about?
23      A. Yes.
24      Q. And if you need to read the section
25  above that for context feel free. What's the

Page 162

1  basis of that statement?
2      A. The experience I've had in the
3  industry.
4      Q. Okay, but you would agree with me
5  that that's rendering a legal opinion as to
6  ultimate responsibility and whether or not it
7  can be transferred by entering into a contract
8  with a third party?
9      A. I don't know if that's a legal
10  opinion or not.
11      Q. Okay, well, other than your
12  experience, where are you getting that from?
13  Can you point me to a regulation, a
14  publication, anything?
15      A. No.
16      Q. On the next page, Opinion 3.2, it
17  begins with Jefferson Parish bore the
18  responsibility to be aware of site conditions,
19  how these site conditions may impact the gas
20  collection system and determine when the gas
21  collection system activities were required to
22  maintain compliance at the facility with the
23  existing permits and regulations.
24      I want to focus on that top and I think
25  you may have discussed some of this with

Page 163

1  Mr. Johnson as well in other areas. But you
2  would agree with me that in this case
3  Jefferson Parish contracted with the Waste
4  Connections Defendants to operate and manage
5  the landfill, excluding the gas collection
6  systems?
7      MR. PAUL: Object to form.
8      THE WITNESS: Mostly. There were
9  other parts that were excluded as well.
10  BY MR. FUTRELL:
11      Q. Let's focus on 4A. So at 4A, other
12  than the gas collection system, that was the
13  Waste Connections Defendants' obligation to
14  manage and operate, correct?
15      MR. PAUL: Object to form.
16      THE WITNESS: Yes, I believe so.
17  BY MR. FUTRELL:
18      Q. So would the Waste Connections
19  Defendants then not also have the
20  responsibility to be aware of site conditions
21  and how those site conditions may impact the
22  gas collection system?
23      A. Well, I recall we discussed this
24  earlier, and I believe my answer was that I
25  would certainly expect that they would have an

Page 164

1  awareness of the site conditions. But that
2  was kind of I believe a compound question. So
3  I would say yes to an awareness of general
4  site conditions, sure, they are operating the
5  landfill. As it relates specifically to the
6  GCCS that was eventually installed into that
7  system, not necessarily, no.
8      Q. Not necessarily be -- hold on. That
9  was going to be a bad question. Are you
10  saying that the Waste Connections Defendants
11  do not necessarily need to be aware of the gas
12  collection system and how its functioning?
13      MR. PAUL: Object to form.
14      THE WITNESS: Yeah, see because and
15  this is what made me think of it earlier is we
16  were talking about the condition of the
17  system. And I would say that the condition of
18  the system that that probably really wouldn't
19  be something that they would have like a daily
20  awareness of or be regularly involved with
21  because that was, the parish was having people
22  design it, construct it and then operate it
23  and that was not within, any of those
24  activities weren't within Waste Connections'
25  scope of work. So the condition of it, I

Ali Hashimi
April 29, 2024

Page 165

1   don't think that would be in their like say
2   day to day protocol, no.
3   BY MR. FUTRELL:
4       Q.  I understand it may not be in their
5   day to day protocol, but you agree with me if
6   there's a condition with the gas collection
7   system that is effecting the operations of
8   let's say Phase 4A, that the Waste Connections
9   Defendants should be aware of that?
10      A.  Well, yeah, that's kind of a
11  hypothetical question.  I mean, when you
12  mention the operation of it is one issue.  But
13  I do believe that they were, they did have an
14  awareness.  As a matter of fact, we just, I
15  recall just looking at one where there was a
16  picture of gas or whatever I guess it was
17  reported as leachate bubbling out of the
18  ground and Waste Connections was engaged and
19  they did offer assistance.  So yeah, I think
20  there was some participation that they did
21  assist with.
22      Q.  All I'm trying to find out is you're
23  not saying that Waste Connections Defendants
24  can go in with blinders on and say we're not
25  under contract with anything to do with the

Page 166

1   gas collection system, we can just totally
2   ignore that and how it impacts the operation
3   of the landfill?
4       MR. PAUL: Object to form.
5       THE WITNESS: I'm sorry.  You're going
6   to have to repeat that for me.
7   BY MR. FUTRELL:
8       Q.  I'm just trying to make sure that
9   you're not saying that the Waste Connections
10  Defendants can just put blinders on as it
11  relates to the gas collection system and its
12  impact on the operation of the landfill?
13      MR. PAUL: Object to form.
14      THE WITNESS: I'm sorry, but you make
15  it difficult to answer when you say, you know,
16  put blinders on because I'm not -- in the
17  context of their responsibilities and the work
18  they did out at the landfill, I don't know how
19  to relate those two things, so I'm not sure
20  how to answer that question.
21  BY MR. FUTRELL:
22      Q.  Well, your Opinion 3.2 says
23  Jefferson Parish had the responsibility to be
24  aware of site conditions.
25      A.  Yes.

Page 167

1       Q.  You agree with me that the Waste
2   Connections Defendants also had the
3   responsibility to be aware of site conditions?
4       A.  Yes.
5       Q.  Further down in your basis for the
6   opinion, it starts on third line, Jefferson
7   Parish has awarded this work through
8   competitive bidding processes specifying the
9   scope of the contractors' responsibilities.
10  Do you see that?
11      A.  Yes.
12      Q.  So you agree with me that the
13  contract with IESI and eventually the Waste
14  Connections Defendants was brought about as a
15  result of a competitive bidding process,
16  right?
17      A.  That was my understanding.  I didn't
18  see any documents about that.  I mean, I saw a
19  contract was awarded, so I just assume that
20  was how it happened.
21      Q.  Does Weaver participate in similar
22  competitive bidding processes?
23      A.  For that?
24      Q.  For any type of work.
25      A.  Yes, yeah.  Those are the contract

Page 168

1   documents I referred to that we put together.
2       Q.  And so when Weaver puts in a bid
3   under these competitive bidding processes, it
4   basically tells whoever it puts that project
5   out for bid, hey, this is who we are, this is
6   what Weaver can do for you and this is why we
7   deserve to get this project and we'll do it
8   for X amount of dollars; does that sum it up
9   fairly?
10      MR. PAUL: Object to form.
11      THE WITNESS: Generally, that's what
12  we do.
13  BY MR. FUTRELL:
14      Q.  And you would agree with me that if
15  within that competitive bidding process,
16  Weaver promises to do something and puts
17  itself out as being able to do something with
18  respect to that project, that they should
19  follow through and be able to do what they
20  promised they were going to do?
21      MR. PAUL: Object to form.
22      THE WITNESS: In that hypothetical
23  situation, yes, I would agree with that.
24  BY MR. FUTRELL:
25      Q.  On Page 10 of your report, still

Ali Hashimi
April 29, 2024

Page 169

1   under 3.3 and 3.4 I think, and we may talk
2   about this a little later, but right before
3   you get to Section 3.2, landfill operations in
4   your report, there's a sentence says Jefferson
5   Parish was assigned by regulation and retained
6   by contract overall responsibility and control
7   of the JPLF, including volumes and types of
8   waste that the facility could receive. You
9   with me?
10      A.  Yes.
11      Q.  What is your understanding of the
12  process by which waste, a waste stream was
13  approved for acceptance at the Jefferson
14  Parish Landfill?
15      A.  Which type of waste treatment are
16  you speaking of?
17      Q.  I was talking about liquid
18  industrial waste to be solidified on-site.
19      A.  I'm not familiar with the process
20  for approval of a liquid waste stream.
21      Q.  Okay, generally, what is your
22  understanding of how a waste stream was
23  approved for acceptance at the -- let me ask
24  it this way, do you have an appreciation of
25  how a waste stream accepted or approved

Page 170

1   for acceptance at the Jefferson Parish
2   Landfill?
3       A.  Specifically at Jefferson Parish?
4       Q.  Yes.
5       A.  No.
6       Q.  So at trial in this matter you are
7   not going to render an opinion that as to any
8   aspect of the approval of waste for acceptance
9   at the Jefferson Parish Landfill; is that
10  correct?
11      MR. PAUL: Object to form.
12      THE WITNESS: Well, I certainly had an
13  awareness and I believe I put it in my report
14  that, you know, Waste Connections prepared the
15  information, prepared information for a
16  special waste to be accepted. It was reviewed
17  by the parish and it was approved, so they
18  began accepting it.
19  BY MR. FUTRELL:
20      Q.  That's what I'm talking about.
21      A.  That's a very rudimentary thing.
22  It's not really giving you what the process
23  is.  But I understood that that happened, yes.
24      Q.  And you would agree with me that if
25  the waste stream was not approved by the Waste

Page 171

1   Connections Defendants and then presented to
2   the parish that -- that was going to be a bad
3   question.  Let me stop.
4       You would agree with me, would you not,
5   that if a particular waste stream was rejected
6   by the Waste Connections Defendants in that
7   screening process, that it never made its way
8   for approval by Jefferson Parish; do you agree
9   with me with that?
10      MR. PAUL: Object to form.
11      THE WITNESS: I'm not aware of a
12  process by which that would have occurred.
13  BY MR. FUTRELL:
14      Q.  Okay, so you're not going to be able
15  to offer an opinion at trial as to the process
16  for approval of a special waste stream?
17      MR. PAUL: Object to form.
18      THE WITNESS: Well, I guess going back
19  to what I had said before about the process
20  that I'm aware of, I believe that I did see
21  documentation and I can, you know, speak to
22  those things that were included in the
23  documents that I saw, that the application was
24  prepared by Waste Connections.  It was
25  submitted to Jefferson Parish.  They did their

Page 172

1   own internal review process which I'm not
2   familiar with.  And then it was ultimately
3   approved and then they began accepting it.
4   BY MR. FUTRELL:
5       Q.  Okay, and that's the extent of what
6   you know about that?
7       A.  I can't recall anything else at this
8   point in time, no.
9       Q.  Okay, if witnesses that testified in
10  this matter that if a special waste stream was
11  rejected by the Waste Connections Defendants,
12  that that special waste stream would never
13  make, that particular profile would never make
14  its way to the parish to review or approve; do
15  you follow what I'm saying?
16      A.  I'm sorry.  You lost me.
17      Q.  If witnesses have testified in this
18  case that if a special waste stream profile
19  was rejected by the Waste Connections
20  Defendants, that that particular special waste
21  profile would never get to the next step.  If
22  they reject it, that's it.  It's done.  It's
23  over with.
24      A.  Okay.
25      Q.  Would you agree with me that -- do

Page 173

1    you have any reason to disagree with that
2    statement?
3         A.  No.  I don't have any reason to
4    disagree with that.
5         Q.  Under Opinion 3.5 on Page 10, you
6    make the statement that LRLC's
7    responsibilities at the JPLF were defined by
8    the operating agreement which excluded
9    responsibility for the gas control system and
10   for leachate components outside of Phase 4A.
11   Now, I just want to focus on that last part.
12   Leachate components outside of Phase 4A.  Why
13   did you include that in this opinion?
14        A.  From my reading of the contract, it
15   was actually part of the contract structure
16   that there was apparently a portion of the
17   leachate collection system outside of 4A that
18   the parish was still engaged in doing some
19   maintenance or repair or what have you, work
20   to.  And at that point in time, it was not,
21   and I don't know the decision process, for
22   whatever reason, they decided to keep that
23   themselves to get it fixed.  And then once it
24   got into an operable condition, then it was
25   going to transfer over to Waste Connections to

Page 174

1    maintain it after certain objectives were met.
2         Q.  Do you know whether or not those
3    certain objectives were ever met?
4         A.  Ever met?
5         Q.  Yes.
6         A.  No.  They could be met today and I
7    wouldn't know that.
8         Q.  Have you seen any -- you will agree
9    with me when you reviewed the contract that
10   there was a, that Waste Connections Defendants
11   received payment for their work and that was
12   stated in the contract, correct?  How they
13   were going to be compensated for operating and
14   managing the landfill.
15        A.  I believe that was in there, but
16   honestly, I didn't pay that much attention to
17   it because that really wasn't what my interest
18   was, so I didn't focus on that portion of the
19   document.
20        Q.  So I guess then I know the answer to
21   this question, but I have to ask it anyway.
22   Are you aware as to whether or not there was
23   ever any reduction in that compensation based
24   upon the fact that their leachate areas
25   outside of, leachate components outside of

Page 175

1    Phase 4A were never turned over?
2         A.  No.  I'm not aware of that.
3         Q.  I apologize.  I want to go back to
4    your Opinion 3.4 regarding as you phrase it a
5    complicated management structure regarding the
6    parish's oversight of the facility's gas
7    collection system, especially when managing a
8    gas control collection system.  I think when
9    you were talking to Mr. Johnson about that you
10   said it was difficult management system
11   because of the number of parties involved; is
12   that correct?
13        A.  Yes.
14        Q.  How many parties were involved?
15        A.  I don't know that I could answer it
16   completely.  What I was aware of is certainly
17   there was Jefferson Parish as the owner permit
18   holder.  There were at least two and maybe
19   three different design engineering firms that
20   were engaged in permitting and construction
21   documents for it.  I believe there were at
22   least two contractors, at least two different
23   contractors that I was aware of.  And then
24   there was, well, I guess over the course of
25   the period too there was also two different,

Page 176

1    sorry, O & M contractors who were involved in
2    it as well too.  So I didn't add all that up
3    because I was talking.  But I was thinking
4    like it was about a half dozen.
5         Q.  At any one given time?
6         A.  Well, you had the parish.  You the
7    BTU plant.  You had the designers.  You had
8    the contractors.  You had the O & M people.
9    So maybe it was five to six.  Yeah, at any
10   given point in time, I could see that many
11   people being engaged in that process.
12        Q.  Okay, but with respect to the
13   operation and maintenance of the gas
14   collection control system, how many parties
15   were involved at any given time?
16        A.  Well, based on my experience,
17   especially once you've got as I believe to
18   speak to your question, once you have a system
19   in place, I would see a role for all those
20   five parties that I just mentioned that would
21   be, you know, involved in the operation and
22   maintenance of the gas system.
23        Q.  Once it's been designed and you have
24   a gas collection system in place, then would
25   you agree with me that then you have, you have

Ali Hashimi
April 29, 2024

Page 177

1    to operate that system, correct?
2        A.  Yes.
3        Q.  So we're taking the design out and
4    installation out, right?
5        A.  Yes.
6        Q.  So in particular with the Jefferson
7    Parish Landfill, during part of the relative
8    time period, APTIM was the contractor in
9    charge of operating and maintaining the gas
10   control collection system; do you agree with
11   me?
12       A.  Yes.  They were responsible for the
13   O & M of the system, but there still was a gas
14   developer who had a let's just say an interest
15   in how the system was running.  There was
16   certainly the owner permit holder who had an
17   interest in how the system was running.  So I
18   still believe even at that point in time,
19   there's still multiple parties involved.
20       I would agree with you that yeah,
21   certainly at that point maybe the designer is
22   no longer involved if there's no questions.
23   Sometimes there's questions that come up too,
24   so they get pulled back in.  But generally, I
25   would agree with you that the designer may not

Page 178

1    no longer be included.
2        Q.  During Mr. Johnson's discussion with
3    you earlier, there was a point in time where
4    you were discussing with him and I think he
5    asked you the question were the Waste
6    Connections Defendants aware that the gas
7    control system did not work properly; do you
8    recall that?
9        A.  Yes.
10       Q.  And I thought I heard your answer
11   being that you were aware that the gas control
12   system did not work properly.  I just want to
13   make sure that it's your opinion that the
14   Waste Connections Defendants were also aware
15   that the gas control system did not work
16   properly.
17       A.  Yes, I believe I spoke to that in
18   regard to there was when I had referenced some
19   e-mails and then there was an offer at one
20   point in time from Waste Connections to take
21   over responsibility for the gas system, so it
22   certainly appears that they had an awareness
23   that there were some issues that they felt
24   that they could help with.
25       Q.  Okay, and maybe I misheard, but I

Page 179

1    just wanted to make sure that I didn't, that
2    your answer wasn't confined to your knowledge.
3    That it was also the Waste Connections
4    Defendants' knowledge of the gas control
5    system.  That was it?
6        MR. PAUL:  Object.
7        THE WITNESS:  Yes.
8    BY MR. FUTRELL:
9        Q.  And then likewise with the leachate
10   collection system, you would agree with me
11   that the Waste Connections Defendants were
12   aware that the leachate collection system was
13   not functioning properly?
14       MR. PAUL:  Object to form.
15       THE WITNESS:  Well, given the fact
16   that it was written into the contract, that it
17   was still not operating appropriately, I would
18   only have to assume that they were aware of
19   it.
20   BY MR. FUTRELL:
21       Q.  What about in Phase 4A?  Was there
22   knowledge that the leachate collection system
23   was not acting properly in Phase 4A?
24       A.  Phase 4A is part of the system that
25   they installed, so that's a different set of

Page 180

1    circumstances than that.  I'm not sure what
2    you'd potentially may be referring to of what
3    they would have been aware of, but that was
4    their responsibility to operate the leachate
5    collection system within the sumps, the
6    leachate sumps in that portion of the
7    facility.
8        Q.  Your Opinion 5.1, I think it's on
9    Page 32.
10       A.  Okay.
11       Q.  The last sentence says LRLC had no
12   responsibility or control over the equipment
13   used to remove liquids from landfill gas wells
14   in Phase 4A.  Who had that responsibility and
15   control?
16       A.  That would have been a combination
17   of Jefferson Parish and APTIM.
18       Q.  And why do you say a combination of
19   Jefferson Parish and APTIM?
20       A.  Because in that sentence that you
21   read, there's a couple of different things.
22   There was one, responsibility.  And so given
23   that, in my opinion, Jefferson Parish, you
24   know, had a responsibility to make sure that
25   the system was operating appropriately, that's

Page 181

1  where I would, that's why I said that. And
2  then when we discuss about control, I believe
3  that's where APTIM's participation would come
4  into play because I'm pretty sure, I believe
5  that part of their contract required them to
6  be maintaining those pumps and servicing them.
7  So that was part of their contract as well.
8  So they both had a hand in it if you will.
9     Q.  Flip to Page 36 of your report if
10  you don't mind, Opinion 5.3. And you talk
11  about that most waste materials have the
12  potential to produce significant odors and
13  that the accepted industry standard for
14  managing the odors, you talk about the gas
15  collection and control system, and then you
16  talk about the application of daily, interim
17  and final cover and the implementation of
18  temporary odor control measures.
19     You would agree with me, would you not,
20  and I think you testified that the daily,
21  interim and final cover is or was the
22  responsibility of the Waste Connections
23  Defendants, correct?
24     A.  Yes. That was my understanding,
25  yes.

Page 182

1     Q.  And the implementation of temporary
2  odor control measures, was that also the
3  responsibility of the Waste Connections
4  Defendants?
5     A.  It's my understanding that that was
6  limited in extent to the O & M of the misting
7  system that was put in place. So that, when
8  we were talking about Waste Connections, I
9  would limit that one particular activity to
10  them.
11     Q.  So that only applies to the misting
12  system?
13     MR. PAUL: Object to form.
14     THE WITNESS: That's what was included
15  in the odor control plan, yes.
16  BY MR. FUTRELL:
17     Q.  Would you agree with me that a
18  contract between IESI and Jefferson Parish
19  includes odor monitoring and control
20  activities as a responsibility of the Waste
21  Connections Defendants?
22     MR. PAUL: Object to form.
23     THE WITNESS: I don't have that in
24  front of me, but.
25  BY MR. FUTRELL:

Page 183

1     Q.  This has been marked as Exhibit
2  1085. It's on Page 17. It's Section H at the
3  top. Odor monitoring and control activities.
4     A.  Yes. Okay, I see it.
5     Q.  So you agree with me that as part of
6  the contract, the Waste Connections Defendants
7  are responsible for odor monitoring and
8  control activities?
9     A.  Yes. As required by the existing
10  odor control management plan, yes.
11     Q.  And there's some other specifics in
12  there too, correct?
13     A.  Yes, there are.
14     Q.  And you talked about with
15  Mr. Johnson earlier, I think it was Amendment
16  3 to the contract. That's in Exhibit 6. You
17  have that in front of you?
18     A.  Yes.
19     Q.  So do you see -- bear with me one
20  second. On the second page of that exhibit,
21  the first paragraph that begins whereas, are
22  you with me?
23     A.  Did you say the second whereas?
24     Q.  The first whereas. Whereas these
25  changes will allow the contractor. That would

Page 184

1  be the Waste Connections Defendants, correct?
2     A.  Yes.
3     Q.  To focus on maintaining and
4  providing sufficient daily cover to help
5  control odors, particularly under seasonal
6  conditions and ensure scholarship funding is
7  maximized in order to support the growth.
8  That was another thing. But you would agree
9  with me that one of the purposes of this
10  amendment was to control odors, correct?
11     A.  Well, I'm not sure that I can speak
12  to who, the purpose of whoever wrote this was.
13  I guess I'm reading this as these changes will
14  allow the contractor to focus on maintaining
15  and providing sufficient daily cover, which
16  yes, they were supposed to do and the
17  placement of daily cover does help control
18  odors. But I guess I would have read this as
19  it's helping them maintain and provide
20  sufficient daily cover.
21     Q.  Okay, look at on the very back page.
22  It should be the last page of the council
23  resolution. The very last page.
24     A.  Okay.
25     Q.  Under Section 2. Do you see what

Page 185

1    I'm talking about?
2        A.  Yes.
3        Q.  These changes will streamline
4    operations, maximize efficiencies and allow
5    PWSLA to focus on daily cover and odor
6    control, correct?
7        A.  Yes.
8        Q.  So you'd agree with me then that the
9    purpose of the amendment and the resolution at
10   least partially was based on control of odors?
11       MR. PAUL:  Object to form.
12       THE WITNESS:  There's one thing I'm
13   not clear on.  Who's PWSLA?
14   BY MR. FUTRELL:
15       Q.  I think it was the contractor at the
16   time potentially.  But that's the resolution
17   that goes with the contract amendment.
18       A.  Okay.  I guess accepting that I
19   don't know who that stands for, certainly it
20   says --
21       Q.  Probably Progressive Waste Solutions
22   of Louisiana.
23       A.  Okay.  It says to focus on daily
24   cover and odor control.
25       Q.  Okay.  You agree with me?

Page 186

1        A.  Yes, that's what it says.
2        Q.  Your Opinion 5.7, it's on Page 41.
3        A.  Okay.
4        Q.  It says when LRLC accepted spent
5    lime for beneficial use and disposal, it did
6    so in compliance with industry standards.  And
7    you and Mr. Johnson had a discussion to that,
8    and I just want to make sure I understand your
9    opinion.
10       So is it your opinion that even with the
11   knowledge that the Waste Connections
12   Defendants had as to the existing conditions
13   at the Jefferson Parish Landfill, that the
14   acceptance of spent lime for beneficial use
15   and disposal was appropriate?
16       MR. PAUL:  Object to form.
17       THE WITNESS:  Yes.  That's still my
18   opinion.
19   BY MR. FUTRELL:
20       Q.  Because you've talked about in here
21   about the condition of the gas collection
22   control system.  You talked about the leachate
23   system and the other areas of the landfill and
24   some other issues potentially that were
25   discussed today.  So even with that knowledge,

Page 187

1    it's still your opinion that given those
2    conditions that the acceptance of spent lime
3    was appropriate?
4        MR. PAUL:  Object to form.
5        THE WITNESS:  Well, what complicates
6    that is that at the time that they accepted
7    that material, there wasn't a gas system in
8    place in Phase 4A at the time.  So any comment
9    that I would make to the existing gas system
10   collection, gas collection system would be
11   referencing parts outside of where the line
12   was placed.
13       So with all those things that you listed
14   there, I can't agree with all of them because
15   there wasn't a gas collection system in 4A
16   when the decision was made to accept that
17   waste.
18   BY MR. FUTRELL:
19       Q.  Were the Waste Connections
20   Defendants aware that there was no gas control
21   collection system in place in Phase 4A when
22   they made the decision, as you put it, to
23   accept spent lime at the Jefferson Parish
24   Landfill?
25       A.  It was my understanding that they

Page 188

1    were aware that a system was being planned,
2    permitted, designed and going to be installed
3    very soon.
4        Q.  Where do you get that information
5    from?
6        A.  There were a number of e-mails where
7    they were talking about the work that was
8    being done.  Because the permitting — I don't
9    know when the permitting started for it, but
10   it would have had to have been sometime well
11   in early 2016, but I can't put a specific date
12   on it for you because I believe they got their
13   GCCS design plan approved in January of 2017.
14   So it certainly was well in its process at the
15   time that decision was made.
16       Q.  As we sit here today, can you point
17   me to those particular e-mails that discuss
18   that the acceptance of spent lime at the
19   Jefferson Parish Landfill was, at least part
20   of the consideration was that they were going
21   to have a gas control collection system in
22   place in Phase 4A?
23       MR. PAUL:  Object to form.
24       THE WITNESS:  No.
25   BY MR. FUTRELL:

Page 189

1    Q. Because I hadn't seen that.
2    A. I don't recall that either.
3    Q. But you would agree with me that at
4  the time the decision was made to accept spent
5  lime, that the Waste Connections Defendants
6  were aware that there was no gas control
7  collection system in place in Phase 4A?
8    A. Yes. They would have known that it
9  didn't exist, yes.
10    (A SHORT RECESS IS TAKEN)
11  BY MR. FUTRELL:
12    Q. I want to talk about Opinion 6.3 in
13  your report. It's on Page 47 where it says
14  Jefferson Parish bore responsibility to be
15  aware of site conditions, how those site
16  conditions may impact the gas collection
17  control system, determine when GCCS activities
18  were required to maintain compliance at the
19  facility with the existing permits and
20  regulations. And think we talked about that a
21  few minutes ago not only, and I think you
22  agreed with me, that Waste Connections
23  Defendants should also be aware of the site
24  conditions, correct?
25    MR. PAUL: Object to form.

Page 190

1    THE WITNESS: Yes.
2  BY MR. FUTRELL:
3    Q. And then you say toward the bottom
4  information was readily available, and
5  continuing over to the next page, about this
6  material which should have been considered as
7  part of Jefferson Parish's management of the
8  LFG at the facility. What information was
9  readily available?
10    A. The potential for it to create
11  hydrogen sulfide.
12    Q. And how was that readily available
13  to Jefferson Parish? What evidence do you
14  have?
15    A. It's included in numerous publicly
16  available documents about landfill management
17  and conditions in landfill. Several different
18  documents.
19    Q. And do you have any knowledge as we
20  sit here today that Jefferson Parish was aware
21  of those publications and materials?
22    A. I don't believe so. No. I don't
23  have any information to that.
24    Q. Would you expect that the Waste
25  Connections Defendants would be aware of those

Page 191

1  publications and materials?
2    MR. PAUL: Object to form.
3    THE WITNESS: Yes.
4  BY MR. FUTRELL:
5    Q. Have you seen any evidence in this
6  case from what you reviewed that there were
7  communications by the Waste Connections
8  Defendants to Jefferson Parish regarding the
9  information that was quote-unquote readily
10  available?
11    MR. PAUL: Object to form.
12    THE WITNESS: I'm not aware of any.
13  BY MR. FUTRELL:
14    Q. So you haven't seen anything in your
15  review of materials in this case where the
16  Waste Connections Defendants warned or alerted
17  Jefferson Parish about the potential for these
18  materials to emit increased levels of hydrogen
19  sulfide?
20    MR. PAUL: Object to form.
21    THE WITNESS: The only previous
22  discussion that I was aware of was the e-mails
23  that were referred to previously I believe
24  about, you know, River Birch not accepting the
25  material. And then I'm not sure who's all on

Page 192

1  those e-mails, so that's why I, you know. I
2  know there was that information out there. I
3  just don't know who all was a party to it or
4  who discussed it or anything like that.
5  BY MR. FUTRELL:
6    Q. All right, and I'll submit to you
7  that no one from Jefferson Parish was on those
8  e-mails.
9    A. Okay. I don't know that. Okay.
10    Q. On Page 39 of your report, and I
11  don't know if this goes in connection with
12  what we were just talking about, but you talk
13  about the nationwide use of CCR and FGD
14  materials from 2016 through 2019. Is that
15  some of the information that you're suggesting
16  was readily available?
17    A. Yes.
18    Q. And it looks like there was a
19  significant decrease between 2016 and 2019.
20    A. It appears so, yes.
21    Q. Do you know why there was a
22  significant decrease in that timeframe?
23    A. No. I do not.
24    Q. Do you believe that someone --
25  strike that.

Ali Hashimi
April 29, 2024

Page 193

1    Is it your opinion that the Waste
2  Connections Defendants would be aware of this
3  trend in the industry for this significant
4  reduction?
5        MR. PAUL: Object to form.
6        THE WITNESS: Could you repeat the
7  question?
8  BY MR. FUTRELL:
9    Q.  Sure. We were talking a little bit
10 earlier about information readily available,
11 and you told me you would expect that the
12 Waste Connections Defendants would have that
13 information that we were discussing, correct?
14   A.  Yes.
15   Q.  Okay, would you also not expect the
16 Waste Connections Defendants to have the
17 knowledge as to the significant decrease in
18 the use of CCR and FGD materials?
19       MR. PAUL: Object to form.
20       THE WITNESS: No. I would -- if we're
21 referring to the period of time when this
22 material was accepted, I would not expect them
23 to have that knowledge because that decision
24 predated the trend that you're discussing.
25 BY MR. FUTRELL:

Page 194

1    Q.  Okay, but even after the acceptance,
2  would you not expect the Waste Connections
3  Defendants to have that knowledge of the
4  industry?
5        MR. PAUL: Object to form.
6        THE WITNESS: Of what the -- I forgot
7  their name now.
8  BY MR. FUTRELL:
9    Q.  CCR and FGD.
10   A.  Well, the ACAA, they're the ones who
11 were reporting this information. The American
12 Coal Ash Association. So that information was
13 readily available to anybody who was
14 interested in it. I was able to find it in a
15 matter of minutes. So it was readily
16 available to anybody who is engaged in it to
17 see what the industry was doing.
18   Q.  On Page 50 of your report, and I
19 think it's under Opinion 6.4.
20   A.  What did you say?
21   Q.  I think it's still part of 6.4.
22   A.  Oh, part of the Section 6.4.
23   Q.  Yeah, it's the last paragraph before
24 Opinion 6.5. You're with me. It's the
25 paragraph right here that begins as discussed

Page 195

1  previously.
2    A.  Yeah, that's not Section 6.4.
3  That's what was confusing me.
4    Q.  Okay, my mistake. As discussed
5  previously, my experience with landfill
6  operations over the years has been that
7  landfill owners are proactive with the
8  installation of their gas control collection
9  system knowing the risks of an odor nuisance.
10       Would you agree with me that operators of
11 landfills are also aware that a gas control
12 collection system decreases the risk of odors?
13       MR. PAUL: Object to form.
14       THE WITNESS: Are you saying that in
15 reference to any land --just in general a
16 landfill operator would be aware of that?
17 Yes.
18 BY MR. FUTRELL:
19   Q.  I think you're saying generally here
20 an owner, right?
21   A.  Yeah. No, I think people are
22 generally aware of that. Yes.
23   Q.  Page 5, your Opinion 6.7 where you
24 state that the installation, operation and
25 maintenance of the leachate collection and

Page 196

1  management system outside of Phase 4A did not
2  comply with applicable industry standards and
3  results in deficiences and operational
4  challenges. And then you go on to explain
5  what you're talking about.
6        But when you reviewed the contract, did
7  you recognize the provision in the contract
8  that specifically notes that IESI is aware of
9  the condition of the leachate collection
10 system throughout the entire landfill and
11 agrees to take the contract, to take over the
12 contract?
13   A.  Yes, as it included that it was with
14 the understanding that those deficiences or
15 whatever you want to call them are being
16 addressed and will be repaired and there will
17 be a 30, I believe it was a 30-day period
18 where the system was tested and I guess proven
19 to be operating acceptably and that's when the
20 transition would be made. That was my
21 understanding of it.
22   Q.  And so as part of the due diligence
23 before entering into this contract, you would
24 agree with me that the Waste Connections
25 Defendants was aware of the condition of the

Page 197

1   leachate control system?
2       A.  Yes.
3       Q.  And on Page 56 of your report, you
4   and Mr. Johnson had discussions about how the
5   bottom part of Page 56 where you say the
6   leachate management system was a separate and
7   distinct environmental control system
8   necessary for facility operation and it goes
9   on, how that does not conflict with your
10  Opinion 4.2.  And just help me with that
11  because I'm having trouble with that.  So 4.2
12  deals with components of the system, correct?
13      A.  Yes.
14      Q.  And so your opinion is that the
15  components of the gas control collection
16  system and the leachate system are separate
17  and distinct and not interdependent?
18      A.  The components, correct.
19      Q.  But when you put those components
20  together, they make the system, right?
21      A.  They are part of the system, yes.
22      Q.  So then they are interrelated.  I'm
23  just having trouble.
24      A.  And I'm having trouble trying to
25  follow your line of logic there.  If I could

Page 198

1   use an example maybe.  There's a leachate
2   collection pipe at the bottom of a landfill.
3   That pipe is not dependent upon the operation
4   of the gas collection system to operate as it
5   was designed and intended.
6       So that's where, that's the discussion,
7   and just using that as one example how a
8   component is not interdependent.  The ability
9   of that component does not depend on, its
10  ability to function is not dependent on the
11  gas collection system is my opinion.
12      Q.  But the components of the gas
13  collection system together form the system,
14  right?
15      A.  They are all part of the system,
16  yes.
17      Q.  And so the two systems, the leachate
18  collection system and the gas collection
19  system are interdependent, correct?
20      MR. PAUL:  Object to form.
21      THE WITNESS:  There is -- well, and
22  that's where I get into this discussion here
23  where I say the systems do have a dependency
24  on each other, the overall management systems
25  themselves.  But that doesn't mean each of the

Page 199

1   individual components are reliant upon one
2   another.  That was the distinction that I was
3   trying to make.
4       MR. FUTRELL:  I may have clouded that
5   up even more for you, Harry.  I'm sorry.  I
6   don't think I have anything else for you right
7   now.  I think Mike D may have some questions
8   for you.
9       MR. DIGIGLIA:  I do.
10      (A SHORT RECESS IS TAKEN)
11  BY MR. DIGIGLIA:
12      Q.  Mr. Hashimi, my name is Mike
13  DiGiglia.  I'm counsel for APTIM Corporation.
14  I have a few questions for you.  Looking at
15  Section 1.1 in your expert report which is
16  numbered Page 1, you did not -- I'll give you
17  a chance to get there.
18      A.  Yes.
19      Q.  You did not indicate that you have
20  any hands on day to day experience with
21  operating landfill gas collection systems,
22  correct?
23      A.  No.  I don't believe I stated that
24  here.
25      Q.  Do you have hands on day to day

Page 200

1   operating experience with landfill gas
2   collection systems?
3       A.  Yes.
4       Q.  Tell me about that.
5       A.  This is a little bit further back in
6   my career, so I'm trying to recall.  There was
7   at least one of my clients we helped assist or
8   we assisted with monitoring and doing the, you
9   know, recording gas readings and whatnot,
10  making well field adjustments for their well
11  fields that I was involved with.  My company
12  does a lot of it, but just from what I was
13  involved with, sorry.
14      Q.  And how long a period did that occur
15  for you?
16      A.  How long did I do it or how long ago
17  was it?
18      Q.  How long did you do it.
19      A.  I'm trying to recall.  Maybe, I
20  remember being directly involved with a
21  project I believe it was over the course of at
22  least a year.
23      Q.  And that was on a daily basis?
24      A.  No.  I wasn't necessarily the person
25  in the field on a daily basis actually taking

Ali Hashimi
April 29, 2024

Page 201

1    the measurements, no.
2        Q.  That's what I'm asking.  Hands on
3    day to day experience operating a landfill gas
4    collection system, do you have that
5    experience?
6        A.  Yes, I believe I have that
7    experience.
8        Q.  Okay, so tell me about that project.
9    I mean, is that the one you just described?
10       A.  Yeah, no, I was out in the field.  I
11   was, you know, out there taking readings,
12   making adjustments.  That was part of the
13   assignment that I did out in the field.
14       Q.  How often did you do that?
15       A.  I don't recall.
16       Q.  Monthly?  Quarterly?
17       A.  I really don't recall.  I know it
18   was more than quarterly.  I know it
19   a bare minimum monthly.  But I believe it was
20   more frequent than that because there was a
21   gas energy project on the facility, so more
22   frequent readings were required.
23       Q.  All right.  Did you review Barry
24   Kind's expert, excuse me, Kline's expert
25   report?

Page 202

1        A.  Yes, I did.
2        Q.  Was that the 2021 report or the 2024
3    report or both?
4        A.  I believe it was just the '24
5    report.
6        Q.  Did you review and read all the
7    reliance materials produced by Barry Kline?
8        A.  I'm sorry.  All the what materials?
9        Q.  Reliance materials.
10       A.  No.  I did not.
11       Q.  Were you provided with all of the
12   documents that were produced in this case?
13       A.  I guess since I don't know all what
14   documents were produced, I don't know that I
15   got everything, so I don't know that I can
16   answer that question.
17       Q.  Roughly three to 400,000 documents;
18   does that sound about right?
19       A.  That were involved in this case?
20       Q.  Yes.
21       A.  I don't know.  I know I received
22   several gigabytes of data which was felt like
23   thousands and thousands and thousands of
24   documents, but I can't speak to if that's the
25   whole world of documents.

Page 203

1        Q.  Who selected the documents that were
2    sent to you; do you know?
3        A.  Some documents were provided to me.
4    There were some documents that I requested.
5    There were some documents that I found on my
6    own just doing research on different issues
7    and whatnot.
8        Q.  When did wastes start getting
9    disposed of in Phase 4A?
10       A.  I believe that was in the documents,
11   but I'm just blanking out on what it was.  I'm
12   not recalling.
13       Q.  Does 2013 sound about right?
14       A.  Yes, I believe so.  Yeah.
15       Q.  Did you review the 2017 Golder
16   Associates landfill collection design?
17       A.  Yes.
18       Q.  Did that design call for 32 gas
19   collection wells to be installed in Phase 4A?
20       A.  When I was referring to that, I was
21   referring to that GCCS design plan for the
22   entire 4A facility.  So I believe, I'm almost
23   positive, that was more than 32 wells.  So I
24   don't think we're talking about the same
25   thing.

Page 204

1        Q.  I'm talking about Cells 20, 21 and
2    22.
3        A.  Just the construction plan for those
4    two cells?
5        Q.  Yes, that GCCS designed for that
6    section.
7        A.  There was a number of drawings that
8    I saw for it.  I don't think I actually saw
9    the GCCS construction plans for that project.
10   I saw several documents that referred to it
11   and some discussion about it and there was
12   issues.  Some work was delayed.  Some work was
13   changed.  But the actual plans, I don't
14   believe I saw those.
15       Q.  Would you agree that APTIM did not
16   design the GCCS for Phase 4A?
17       A.  That's my understanding.  Correct.
18       Q.  And that would include the well
19   spacing, the gas well spacing in Phase 4A,
20   correct?
21       A.  Yes.
22       Q.  So as you sit here today, you can't
23   tell me how many wells, cast wells were in the
24   design for Cells 20, 21 and 22 in Phase 4A,
25   correct?

Page 205

1      A.  Not off the top of my head.  There
2  were correspondence and documents that
3  discussed it, so I think I probably could go
4  back in the record and find that information.
5  But I'm not recalling it sitting here, no.
6      Q.  Are you aware that there was a
7  general causation trial in these cases?
8      A.  Yes.  I believe that's what it's
9  termed.  Yes.
10      Q.  Have you reviewed the findings of
11  fact and conclusions of law from the court as
12  a result of that general causation trial?
13      A.  No.  I have not.
14      Q.  So you're not aware that the
15  relevant time period for the case going
16  forward that's going to be tried in August
17  starts July 1st, 2017 and ends December 31st,
18  2019?
19      MR. PAUL:  Object to form.
20      THE WITNESS:  I did believe I've seen
21  that stated somewhere else.  Not in that
22  particular document because that does ring a
23  bell.
24  BY MR. DIGIGLIA:
25      Q.  Okay, are you aware that general

Page 206

1  causation trial resulted a determination that
2  gases and odors were emitted from Phase 4A of
3  the landfill?
4      A.  No.  I did not review the document.
5      Q.  Did you limit your opinions to as
6  far as the GCCS goes to Phase 4A?
7      MR. PAUL:  Object to form.
8      THE WITNESS:  Could you repeat the
9  first part?  I didn't catch the first part
10  there.
11  BY MR. DIGIGLIA:
12      Q.  Did you limit your opinions with
13  regard to the GCCS to Phase 4A?
14      MR. PAUL:  Object to form.
15      THE WITNESS:  I would have to go and
16  look at my specific opinions, but I believe
17  there were opinions that were related to the
18  entire GCCS on the facility.
19  BY MR. DIGIGLIA:
20      Q.  Okay, so no one told you to limit
21  your opinions to Phase 4A, correct?
22      A.  No, no.
23      Q.  Would you agree that there was no
24  gas collection wells in Phase 4A for APTIM to
25  operate and maintain until April of 2018?

Page 207

1      A.  Yes.  That was my understanding.
2  Correct.
3      Q.  And in April of 2018, nine gas wells
4  were installed in Phase 4A, correct?
5      MR. PAUL:  Object to form.
6      THE WITNESS:  Do you mean nine
7  additional ones from the first phase of the
8  project?  I'm not sure what you're referring
9  to.
10  BY MR. DIGIGLIA:
11      Q.  Well, you just agreed that there
12  were no gas wells installed in Phase 4A until
13  April of 2018, right?
14      A.  I believe the monitoring data that I
15  provided I believe in APTIM's April report,
16  that was the first time they reported those
17  wells, yes.
18      Q.  I need to apologize to everybody.
19  Occasionally y'all freeze up on me.  And so I
20  didn't get a chance to hear.  All I heard was
21  I believe in the April 2018 APTIM report and
22  then you froze on me.  I apologize for that.
23  Can you repeat what you said?
24      A.  Yes, yes.  In the April of 2018
25  APTIM report is the first time I'm recalling

Page 208

1  that gas well readings were recorded on wells
2  that had been installed in Phase 4A.
3      Q.  And that was nine wells, correct?
4      A.  I'd have to look at the number.  I
5  feel like it was more than that.  But I'd have
6  to look at the data to know for sure.
7      Q.  So did you look at the installation
8  of phasing of gas wells in 4A?
9      A.  You mean through for the entire
10  facility?  I take that back.  Not facility.
11  Through the entire Phase 4A area?
12      Q.  Well, let me back up.  Are you aware
13  that APTIM's last day at the JPLF was
14  May 17th, 2019?
15      A.  I remember seeing information about
16  that.  So I'm not sure of the exact date, but
17  that sounds familiar.
18      Q.  Okay, so what I'm asking you now,
19  sir, are you familiar with the phasing and
20  installation of gas collection wells in Phase
21  4A starting in April of 2018 through May of
22  2019?
23      A.  Yes.  There were documents that I
24  had available that showed there was, you know,
25  well, not only showed, but it discussed that

Ali Hashimi
April 29, 2024

53 (Pages 209 to 212)

## Page 209

1    there was an initial phase of the work that
2    was completed.  Off the top of my head, I
3    don't remember the number of wells.  But for
4    some particular reason, a portion of that work
5    was delayed and I believe that that was then
6    referred to as Phase 2.  So I was aware that
7    there was a Phase 1 and Phase 2 of that
8    installation process.
9        Q.  So right now, you can't tell me
10   whether you're aware whether there was nine
11   wells installed in April of 2018 in Phase 4A,
12   correct?
13       MR. PAUL:  Object to form.
14       THE WITNESS:  Correct.  As I
15   mentioned, I don't recall how much were listed
16   on the table, but I did look at the table.
17   And just off the top of my head, I'm not
18   remembering if it's nine or not.
19   BY MR. DIGIGLIA:
20       Q.  At the time those nine or those
21   wells were installed in Phase 4A in April of
22   2018, were they provided with compressed air
23   lines and condensate collection lines?
24       A.  I would have to look at the plans to
25   confirm that.  I believe they were.  But I'm

## Page 210

1    not -- without referring to the plans, I
2    wouldn't want to say 100 percent.
3        Q.  All right, would you agree with me
4    if those wells installed in April of 2018 were
5    not provided with compressed air and
6    condensate collection lines, downhole pumps
7    could not be installed in those wells and
8    operated, correct?
9        A.  You could install them.  You
10   couldn't operate them.
11       Q.  Right.  You couldn't hook them up to
12   anything to operate, correct?
13       A.  Correct.
14       Q.  Are you aware that six additional
15   gas wells were installed in Phase 4A in May of
16   2018?
17       A.  That may have been the Phase 2 work
18   that I was talking about before.
19       Q.  Is that your understanding, that six
20   additional wells were installed in Phase 4A in
21   May of 2018?
22       A.  Yeah, I believe so.
23       Q.  And APTIM was not the contractor
24   that installed the wells in April of 2018 or
25   in May of 2018, correct?

## Page 211

1        A.  In the first phase of construction,
2    according to the documents that I looked at,
3    they weren't.  And I'm trying to remember now
4    because there was an issue with contracts and
5    contractor availability, so some different
6    people were switching around.  I know at least
7    I'm recalling that at some point APTIM did
8    some installation work, but I don't know, I
9    can't recall if it was that specific event or
10   not.
11       Q.  Okay, and are you aware of whether
12   the wells, the six wells installed in May of
13   2018 included compressed air lines and
14   condensate collection lines?
15       A.  I'd have to look at the plans again
16   to be sure.  I thought they were, but I'm not
17   sure.
18       Q.  Are you aware that in June of 2018,
19   two horizontal collectors were installed in
20   Phase 4A?
21       A.  I'm trying to recall if there was a
22   construction documentation report of that and
23   I'm not recalling it.  However, there may have
24   been some e-mails discussing that that I'm not
25   recalling.  I'm not remembering that specific

## Page 212

1    event really.
2        Q.  As a contractor to Jefferson Parish,
3    would you agree that APTIM was not in a
4    position to force Jefferson Parish to hire
5    contractors and speed up the installation of
6    gas collection wells or horizontal collectors
7    in Phase 4A?
8        MR. FUTRELL:  Object to the form.
9        MR. PAUL:  Object to the form.
10       THE WITNESS:  It was my understanding
11   that they, APTIM had the ability to make
12   recommendations of work that would be
13   beneficial to the site and I guess in their
14   opinion should be done.  But enforce, no.
15   BY MR. DIGIGLIA:
16       Q.  I mean, APTIM couldn't make
17   Jefferson Parish speed up the process of
18   installing wells in Phase 4A, correct?
19       MR. FUTRELL:  Object.
20       MR. PAUL:  Object to form.
21       THE WITNESS:  I'm not aware of any
22   ability they had to do that.
23   BY MR. DIGIGLIA:
24       Q.  Are you aware that Jefferson Parish
25   did not install any additional wells, gas

Page 213

1 collection wells in Phase 4A from May '18,
2 May 2018 to until January 2019?
3     A. I don't recall seeing any documents
4 about that. So if it had occurred, I don't
5 have those documents.
6     Q. Are you also aware that from May '18
7 to January, well, until February 2019, no
8 pumps were purchased to install in the gas
9 collection wells in Phase 4A?
10     A. I don't have any information about
11 when equipment was purchased, so I don't
12 believe I can speak to that.
13     Q. Would you agree that APTIM was
14 limited by its contract to $1500 for expenses
15 without prior approval from Jefferson Parish?
16     MR. FUTRELL: Object to the form.
17     THE WITNESS: I do recall there being
18 language about that. I would have to read it
19 again to know the specifics, but I do recall
20 there was some limitations.
21 BY MR. DIGIGLIA:
22     Q. Okay, if you take my word for it and
23 APTIM was limited to $1500 expenditures
24 without getting prior Jefferson Parish
25 approval, would you agree that APTIM couldn't

Page 214

1 take it upon themselves to purchase downhole
2 pumps to install in the wells that had already
3 been installed in Phase 4A without Jefferson
4 Parish's approval?
5     MR. FUTRELL: Object to the form.
6     MR. PAUL: Object to the form.
7     THE WITNESS: In that hypothetical
8 situation, if APTIM was wanting to buy a pump
9 to install in the well and they couldn't spend
10 more than $1500, off the top of my head, I'm
11 not aware of a pump that would be in that
12 price range.
13 BY MR. DIGIGLIA:
14     Q. Those pumps are typically in the
15 $3,000 price range, right?
16     A. That's my experience. But there's a
17 lot of pumps out there and I don't go pricing
18 them. Not that I'm aware of.
19     Q. Fair enough. Do you recall talking
20 to Mr. Johnson about correspondence between
21 Waste Connections and Jefferson Parish where
22 Jefferson Parish offered to take over, excuse me,
23 Waste Connections offered to take over the gas
24 collection operation in Phase 4A?
25     A. Yes, I recall discussing that.

Page 215

1     Q. Were you aware at that time that the
2 wells in Phase 4A had high levels of liquids
3 in them?
4     A. I'm sorry. In May of '18 were you
5 referring to?
6     Q. No. This is in July, when Jefferson
7 Parish and Waste Connections were
8 communicating about the possibility of Waste
9 Connections taking over the gas collection
10 system.
11     A. Well, yes, I believe that would have
12 been after Carlson had provided information
13 regarding water levels in wells. So I believe
14 that was, I don't want to say common
15 knowledge, but that parties were aware of
16 that. Now, but saying that, I can't, you
17 know, I can't give you a specific e-mail or a
18 letter. But I just know that that work was
19 done then, so I guess I'm assuming that people
20 were made aware of it.
21     Q. What work was done then?
22     A. I'm sorry. The investigation work
23 that Carlson did. I believe they were on-site
24 in May of '18. And they provided a letter,
25 like a quickie turnaround letter later in May

Page 216

1 and then their final report was in August.
2     Q. If wells in Phase 4A were flooded,
3 in other words, their perforations were
4 covered by liquids and there were no pumps in
5 those wells, could just applying additional
6 vacuum increase the efficiency of gas
7 collection in those wells?
8     MR. PAUL: Object to form.
9     THE WITNESS: Could you rephrase that?
10 Not rephrase, but repeat it please.
11 BY MR. DIGIGLIA:
12     Q. Well, based on the water levels that
13 Carlson came up with, all right, which was a
14 combination of their measurements and APTIM's
15 measurements, right?
16     A. Yes.
17     Q. If those wells, those 15 wells in
18 July of 2018 had high levels of liquids
19 covering the perforations and they had no
20 pumps, would simply applying more vacuum to
21 those wells have increased the efficiency of
22 gas collection in those wells?
23     A. Well, in that hypothetical
24 situation, if we're saying that if additional
25 vacuums applied and there's, there would have

Page 217

1  to be some perforations open, I mean, if the
2  perforations were 100 percent completely
3  blocked everywhere, I would say no. But if
4  there were perforations that were open and you
5  provided more vacuum, I think possibly you
6  could have gotten more gas out of the wells.
7      Q. Possibly. But you don't know what
8  percentage of the perforations in those 15
9  wells were covered with water, right?
10     A. No. It random, I'm sorry, it varied
11  kind of randomly throughout the wells.
12     Q. Were you aware that an additional
13  seven gas collections, excuse me, gas
14  collection wells were installed in Phase 4A in
15  January of 2019?
16     A. I'm not recalling that offhand. I
17  may have some of that information, but I was
18  really primarily focused on 2017, 2018. But I
19  may have it and I'm just not recalling it.
20     Q. So with those additional seven
21  wells, that would make a total of 22 wells as
22  of January 2019 in Phase 4A, correct?
23     A. Yeah.
24     Q. Or do you know?
25     A. I'm just trying to go back. Like I

Page 218

1  said, without the well table in front of me
2  knowing what was installed when, I'd be leary
3  to do the math for you and say I knew that
4  that's what it was.
5      Q. Okay, so if you would go along with
6  my representation at that time when those
7  seven wells were installed in January of 2019,
8  there were 22 wells in Phase 4A, were you
9  aware that none of those wells had pumps in
10  them?
11     A. In January?
12     Q. In January 2019.
13     A. You know, I believe there was
14  information provided, you know, when there
15  were wells available that showed pump
16  operation. And again, I'd have to go back and
17  look at the data to see when that started to
18  be reported because I'm just not recalling
19  when that was.
20     Q. Well, were you aware that in late
21  January of 2019, that Jefferson Parish
22  authorized APTIM to purchase 22 wells to
23  install, excuse me, 22 pumps to install in
24  those 22 wells in Phase 4A?
25     A. I'm not recalling that. No.

Page 219

1      Q. Didn't see any documents about
2  purchasing pumps to put in those wells?
3      A. I don't recall them. No. Sorry.
4      Q. And along with that, were you aware
5  that at that time APTIM was asked to run
6  compressed air and condensate collection lines
7  to the original 15 wells that were installed
8  in Phase 4A?
9      A. I don't, I'm not recalling that
10  specifically.
11     Q. If you'd go to Page 56 of your
12  report, to that figure.
13     A. Yes.
14     Q. And you have this representation of
15  leachate collection and then also some gas
16  wells have pumps in them. What timeframe were
17  you trying to represent here?
18     A. It was really just kind of more of a
19  generic type of drawing. I mean, clearly, you
20  know, a liner system had been constructed,
21  waste was in place. There was a sufficient
22  amount of waste in place that wells could be
23  installed. So it would be a period in the,
24  you know, life of the landfill where you would
25  have both the leachate collection system and

Page 220

1  gas collection system installed.
2      Q. So is this a representation of Phase
3  4A or just a real generic?
4      A. Just a generic. It could represent
5  any one of them.
6      Q. Because you show pumps in these
7  wells, correct?
8      A. Yes.
9      Q. And so and I think we talked about
10  this, and I don't quite remember how you
11  answered it, but were you aware that pumps
12  were not installed into any of the wells, any
13  of the 22 wells in Phase 4A until February of
14  2019?
15     A. No. That's what I mentioned earlier
16  that I wasn't sure when that installation
17  happened and data started to be reported to
18  that effect.
19     Q. Well, if you accept my
20  representation of the timing of the
21  installation of those pumps, that means that
22  there are only pumps in the Phase 4 wells for
23  the last three months that APTIM was on-site
24  at JPLF, correct?
25     A. If those dates were correct, I would

Ali Hashimi
April 29, 2024

Page 221

1    agree with you.
2        Q.  Were you also aware that the
3    measurement of liquid levels in the wells at
4    the JPLF by APTIM was considered non-routine
5    work?
6        MR. FUTRELL:  Object to the form.
7        THE WITNESS:  You know, I would for
8    that specific work item, I would have to look
9    back and see what the scope is.  I'm not
10   recalling if that was a standard item or not.
11   Yeah, I wouldn't want to say because I'm not
12   sure.
13   BY MR. DIGIGLIA:
14       Q.  Well, did you see separate reports
15   of water level measurements that were made
16   from APTIM to Jefferson Parish that were not
17   included in the monthly O & M reports?
18       A.  Data provided outside of the monthly
19   O & M reports?
20       Q.  That's right.
21       A.  I recall and actually I believe I
22   commented in my report somewhere that,
23   hopefully this is what it was and without
24   finding it I'm not recalling for sure, but
25   there was only one time when the data set was

Page 222

1    provided.  I thought that was the leachate
2    level measurements.
3        But without looking and researching it
4    and figuring out what it was, I'm not sure.  I
5    don't recall seeing any other, seeing data
6    transmitted from APTIM to Jefferson Parish
7    outside of that.
8        Q.  Really?  Okay.  It wasn't in the
9    documents that you were provided; is that what
10   you're saying?
11       A.  I'm saying I don't recall seeing it.
12       Q.  Based on your understanding of what
13   we've been talking about, and tell me if you
14   don't agree, but when APTIM left on May 17th,
15   2019, there were only 22 gas collection wells
16   in Phase 4A, correct?
17       A.  That's what you've represented, yes.
18       Q.  Do you have a different
19   understanding?
20       A.  No.  I don't have any reason to
21   disagree with it.
22       Q.  Fair enough.  Would you agree that
23   APTIM could only operate the GCCS in Phase 4A
24   in the condition and configuration that it was
25   provided by JPLF?  By Jefferson Parish I

Page 223

1    should say.
2        MR. FUTRELL:  Object to the form.
3        THE WITNESS:  Generally yes, but I
4    believe to the extent that APTIM I believe had
5    the ability to make minor repairs.  So, I
6    mean, I believe there could have been a
7    scenario -- again, we're kind of doing a
8    theoretical thing here.  So hypothetically,
9    they may have made an adjustment.  Maybe there
10   was an air line that got crushed and they ran
11   a new air line.  I believe that probably was
12   in their scope of work.  You know, I'd have to
13   go back and read the contract to see if it fit
14   into that or not.
15   BY MR. DIGIGLIA:
16       Q.  Did you read the contract between
17   APTIM and Jefferson Parish?
18       A.  Yes.  I did read through it.
19       Q.  And is it your understanding that
20   running a jumper around a vacuum line that had
21   a belly in it as a result of settlement or
22   waste haul roads, things like that, running
23   that jumper would be considered non-routine
24   work?
25       A.  Again, I'd have to look at the

Page 224

1    contract to see which fit in which bucket, so
2    I'm not sure off the top of my head.
3        Q.  Were you aware that as of
4    December 2020 a total of 51 gas collection
5    wells and 21 horizontal collectors had been
6    installed in Phase 4A?
7        A.  No.  I don't think I ever saw
8    information about that.
9        Q.  I'm trying to skip through some of
10   this stuff that we don't need to talk about
11   here, so give me a second.  Were you aware
12   that there were other entities out at the JPLF
13   that were making adjustments to the gas
14   collection wells without APTIM's knowledge?
15       A.  I do recall seeing, I believe there
16   was e-mails and I believe that was also
17   included in -- I don't know if it was in their
18   preliminary report, but in the final report
19   that CEC issued in August, I believe that was
20   in there also.
21       Q.  And one of those entity was Renovar,
22   correct?
23       A.  I believe that was the entity that
24   was referenced, yes.
25       Q.  And you were aware that they were

Page 225

1    also not providing APTIM with any
2    documentations on the amount of adjustments
3    they were making in each of the wells?
4        A.  I didn't see any information where
5    they were communicating back and forth
6    providing that information, so I'm not aware
7    of anything.
8        Q.  Fair enough.  Are you aware that
9    River Birch was out at the JPLF also making
10   adjustments to gas wells without APTIM's
11   knowledge?
12       A.  I don't recall reading that.
13       Q.  It was not in the documents that you
14   were provided?
15       A.  If it was, I don't recall reading
16   that.
17       Q.  Are you aware of vacuum issues that
18   were associated with the wells in Phase 4A?
19       A.  I'm aware there were reportedly some
20   vacuum issues.  Yes.
21       Q.  And you're aware that some of those
22   vacuum issues were the Renovar compressor
23   station going down without APTIM knowing in
24   advance?
25       A.  I'm not recalling seeing any

Page 226

1    information about that.  No.
2        Q.  Were you aware that some of those
3    vacuum issues were also the Renovar compressor
4    station cutting back on the vacuum it was
5    pulling as a result of reduced demand to the
6    pipeline, to Cornerstone?
7        A.  I don't recall seeing any
8    information about that.
9        Q.  That was not in the documents you
10   were provided?
11       A.  If it was, I don't recall it.
12       Q.  Were you aware that Carlson in their
13   August 2018 report recommended that the flare
14   be run continuously in the background to
15   provide additional vacuum to the well system?
16       A.  I recall there was discussion in
17   their report regarding modifications to the
18   flare system.  Without looking at the report,
19   I can't speak to exactly what they were.
20       Q.  Okay, do you recall how many blowers
21   were at the flare?
22       A.  No.  Not off the top of my head, no.
23       Q.  Do you recall if there was a you
24   know what a variable frequency drive is for
25   blowers?

Page 227

1        A.  Yes.
2        Q.  VFD, okay.  You use that term?
3        A.  Yes.
4        Q.  Were you aware that Jefferson Parish
5    never approved the installation of a VFD for
6    the three blowers at the flare before APTIM
7    left?
8            MR. FUTRELL:  Object to the form.
9            THE WITNESS:  I was aware that that
10   recommendation had been put in their report,
11   and I don't recall seeing anymore information
12   regarding that specific topic after that.
13   BY MR. DIGIGLIA:
14       Q.  Were you aware that there were
15   multiple times that jumpers had to be run
16   around vacuum lines in Phase 4A because of
17   bellies?  You know what a belly is in a vacuum
18   line?
19       A.  Yes.
20       Q.  And they can sometimes fill with
21   condensate, correct?
22       A.  Yes.
23       Q.  And were you aware that between
24   August 2018 and May of 2019 that there were
25   multiple times that jumpers had to be run

Page 228

1    around bellies in vacuum lines in Phase 4A?
2        A.  I don't recall reading that in the
3    specific monthly reports, but I wasn't
4    necessarily looking for that item either, so I
5    may have just read over it.
6        Q.  Do you know if it was in the
7    materials you were provided?
8        A.  Well, as I mentioned, if it was in
9    the monthly reports that were provided, I was
10   provided several of those.  So if it was in
11   there, then I would assume it's included in
12   that information.
13       Q.  But if it was documented e-mails,
14   you may not have been provided that
15   information?
16       A.  If I was, I'm not recalling a lot of
17   back and forth discussion about re-routing
18   jumpers around.
19       Q.  Do you remember seeing any
20   documentation regarding the landfill operation
21   pushing dirt up against a gas collection well
22   in Phase 4A and breaking the well off?
23       A.  I don't recall that, no.
24       Q.  Do you recall seeing documentation
25   that discussed vacuum lines being disconnected

Page 229

1    from condensate sumps without any prior notice
2    to APTIM?
3        A.  No.  I don't recall hearing that.
4    Or reading that.  Sorry.
5        Q.  You mentioned bent wells and wells
6    with pumps stuck in them in your report; do
7    you recall that?
8        A.  Yeah, I believe that was something
9    that was information that was included in the
10   Carlson report that that was some of their
11   findings.
12       Q.  I'm sorry.  I didn't mean to cut you
13   off.
14       A.  That was some of their findings that
15   they reported.
16       Q.  Do you remember whether any of those
17   wells were found in Phase 4A?
18       A.  I don't recall if that was
19   specifically called out, if the location was
20   called out of where they were.  I'm not
21   recalling that.
22       Q.  Fair enough.  Did you recall seeing
23   any documentation where Jefferson Parish told
24   APTIM that its contract performance goals were
25   not being met for Phase 4A?

Page 230

1        A.  I'm not recalling any documents from
2    the parish regarding APTIM's performance.
3        Q.  When you reviewed the contract
4    between APTIM and Jefferson Parish, did you
5    see any reference at all regarding odor
6    control or odor capture?
7        A.  Again, without reviewing the
8    document again, I'm not recalling any of those
9    specific references.
10       Q.  And the basis for your Opinion 7.3,
11   and right now I'm not sure which page that's
12   on.
13       A.  Page 61.
14       Q.  Okay.  And the basis for that you
15   state oxygen exceedances appear to have
16   persistent through Phases 1, 2, 3A and 3B
17   during the contract period, right?
18       A.  Yes.
19       Q.  Would you agree that there were no
20   oxygen exceedances during the period when
21   APTIM operated gas collection wells in Phase
22   4A?
23       A.  I would have to look at the data to
24   answer that specific question.
25       Q.  And at the time you made that

Page 231

1    reference to oxygens exceeds, you got that
2    from the Carlson report, right?
3        A.  Yes, it was in the Carlson report,
4    but it was also, I mean, the well field data
5    was being reported in APTIM's monthly reports.
6    So there was another source of data to be able
7    to review also.
8        Q.  And you reviewed that data?
9        A.  Yeah, I did look in the monthly
10   reports.  I was looking, selectively looking
11   at some of the gas monitoring data.
12       Q.  But you don't recall whether any of
13   those oxygen exceedances were in Phase 4A?
14       A.  No, no.  I'd have to look.
15       Q.  Carlson made a recommendation in his
16   report to increase the frequency of monitoring
17   and tuning for new wells, correct?
18       A.  Yes.  I believe that was one of
19   recommendations.
20       Q.  Are you aware of whether or not
21   Jefferson Parish asked APTIM to increase the
22   frequency of monitoring of new wells?
23       A.  I'm not aware of that request being
24   made.
25       Q.  Are you aware APTIM's contract

Page 232

1    called for monthly monitoring and adjustments
2    or tuning of wells at the JPLF?
3        A.  Yes.  I believe that's what it
4    included.
5        Q.  In the second supporting reason
6    under your Opinion 7.3 you say gas extraction
7    well monitoring and tuning was not being
8    performed in accordance with standard of care
9    utilized in the LFG industry.  And then I
10   noticed several times you've mentioned in your
11   report industry standards, correct?
12       A.  Yes.
13       Q.  So with regard to this standard of
14   care utilized in the landfill gas industry,
15   other than regulations, can you refer me to a
16   specific document that you're getting that
17   information from?
18       A.  Yes.  Earlier we discussed that a
19   number of the waste companies have developed
20   guidance for that, and that's what I would be
21   referring to is, you know, industry standard.
22   That multiple industries have adopted these
23   kind of guidelines for performing these types
24   of activities.
25       Q.  And I believe you mentioned Waste

Page 233

1    Management had such a document?
2        A.  Yes.  I'm aware that Waste
3    Management and Republic Services.
4        Q.  And those are internal documents,
5    correct?
6        A.  Yes, they are.
7        Q.  And they've not been distributed or
8    published to the entire solid waste industry,
9    correct?
10       A.  I'm not aware of that.
11       Q.  So they wouldn't be a standard
12   industry practice if they are just internal
13   documents, correct?
14       A.  No.  I think what we're seeing here
15   is that the waste companies are finding a way
16   to standardize their operations and they do
17   share this information commonly.  They have a
18   lot of the same contractors, consultants
19   working for them across the board.  So there's
20   an avenue where this information is out in the
21   public record.  There's many companies that
22   are held where topics like this are discussed.
23       And I think what you're seeing is then
24   that the specific waste companies -- some of
25   them.  I'm not saying all of them.  I don't

Page 234

1    know all who has them.  But some of them then
2    go back and will internally decide hey, we
3    want to standardize this for our company based
4    on the information that's out there so that
5    we've got a standard that we can apply across
6    our company.
7        Q.  Okay, but you just told me that
8    these documents are internal documents to two
9    solid waste companies, correct?
10       A.  The documents are, yes.
11       Q.  And can you tell me right now at any
12   national solid waste conferences where a
13   document such as this has been distributed to
14   the attendees at those conferences?
15       A.  No.  Not the documents themselves.
16   What I said was these are the types of topics
17   that are discussed at the meeting.  So
18   everybody has a better understanding,
19   understands the best technology and lessons
20   learned that people have gained throughout
21   time that they can then take back to their own
22   company and develop their own internal
23   standards.  Yes, it's my understanding that
24   they don't share those documents.
25       Q.  Okay, I'm just trying to get an

Page 235

1    understanding of what standard industry
2    practice is that you're referring to.  And
3    you're talking about right now internal
4    documents to two companies and then some
5    discussions maybe at some of these
6    conferences, correct?
7        A.  That's some of it, yes.
8        Q.  Is there anything else?
9        A.  Well, yes.  I referred to, one of
10   the other possible things I referred to is
11   that a lot of these companies, you know,
12   utilize the same contractors, utilize the same
13   consultants.  And so that's another potential
14   avenue for this industry-wide standard or
15   standards or the best available practices to
16   be disseminated between the companies.
17       I think we had a conversation earlier
18   about when a consultant about is hired, they
19   are expected to provide the best expert
20   advice.  So I think that's one of those
21   vehicles where information can be
22   disseminated.  No, it's not in a textbook or a
23   written paper necessarily somewhere.  But it's
24   definitely in my mind and in my professional
25   opinion, that's how I've seen a lot of

Page 236

1    information get spread throughout the
2    industry.  So those are the types of things
3    I'm referring to.
4        Q.  So could you characterize what you
5    just described as word of mouth?
6        A.  I would hesitate to do that because
7    it just sounds a little casual to me.  Where I
8    believe that what I was referring to is where
9    this information is being spread is in a more
10   professional settings and environments with,
11   you know, contractual obligations to provide
12   your expert opinion.
13       So word of mouth kind of sounds like
14   something you heard on the street versus these
15   are peoples' professional opinions.
16       Q.  But there's not a document you can
17   put your hands on and say these are the
18   standard industry practices for the gas
19   collection in the solid waste industry,
20   correct?
21       A.  For industry-wide?
22       Q.  Yes.
23       A.  Correct.
24       Q.  And ETA has not published any
25   guidelines for gas collection in the solid

Page 237

1   waste industry other than the regulations,
2   correct?
3       A.  I can't say that I've ever searched
4   specifically for that, so I'm not aware of it.
5   But I don't know that it doesn't, some
6   information doesn't exist.
7       Q.  And would the same apply to what you
8   have here in this second bullet standard of
9   care utilized in the LFG industry?  You can't
10  put your hands on a document and say this is
11  the standard of care, correct?
12      A.  No.  As I believe with many other
13  topics there's, you know, just as an
14  engineering consultant, professional engineer
15  myself, you know, I don't have any book on my
16  shelf that says this is the standard of care.
17  Again, it's based on experience.  It's based
18  on your knowledge of the industry, your
19  educational background.  And that's typically
20  where a standard of care is developed.  As
21  well as through lawsuits I guess.
22      Q.  Fair enough.  I'm skipping over a
23  few of these here.
24      (A SHORT RECESS IS TAKEN)
25  BY MR. DIGIGLIA:

Page 238

1       Q.  Mr. Hashimi, going back to that
2   second bullet under Opinion 7.3, the second
3   sentence says wellhead adjustments should have
4   been limited to no more than 10 percent
5   adjustment per occurrence but were often
6   adjusted by more than that percentage.  Did
7   you get that from the Carlson report?
8       A.  Yes.  That's what I stated above in
9   the paragraph.
10      Q.  Did you also see where Carlson
11  indicated that the vacuum provided by the
12  Renovar compressor station was not reliable
13  and could have accounted for such greater than
14  10 percent adjustments?
15      A.  Could you repeat your question?  I
16  think I talked over you at the beginning of
17  it.
18      Q.  Did you also see where Carlson
19  indicated that the vacuum provided by the
20  Renovar compressor station was not reliable
21  and could have accounted for such greater than
22  10 percent adjustments?
23      A.  I'm not recalling that off the top
24  of my head, no.
25      Q.  Could it also be that other people

Page 239

1   making adjustments to gas wells without
2   APTIM's knowledge could have been making
3   adjustments greater than 10 percent?
4       A.  Well, in the I guess hypothetical
5   situation, it's my understanding that that was
6   alleged.  And if those alleged activities
7   occurred, then yes, that could have been, that
8   could have happened.
9       Q.  You mentioned here in the fourth
10  bullet, the blower utilized to provide vacuum
11  in the well field and then push it to the
12  landfill gas to energy facilities, I guess
13  that's supposed to be configured, to provide
14  consistent vacuum to the well field.  Somebody
15  missed that on their QC review.  How many
16  blowers were at the Renovar compressor station
17  providing vacuum to the well field?
18      A.  I believe we discussed that earlier.
19  I'm not aware or not recalling seeing that.  I
20  heard you mention three.
21      Q.  Well, I mentioned three related to
22  the flare, the Jefferson Parish Landfill flare
23  which is separate and apart from the Renovar
24  compressor station, correct?
25      A.  I'm not recalling the layout of

Page 240

1   that.  So I wouldn't want to speak to that
2   without looking at the documents.
3       Q.  And the next bullet down talks about
4   high levels of oxygen and balance gas noted in
5   the monitoring data indicated the landfill gas
6   field was being overpulled and potentially
7   halting anaerobic bacteria activity.  Did you
8   also get that from the Carlson report?
9       A.  Yes.  That's what I stated in my
10  report.
11      Q.  But none of that occurred in Phase
12  4A, correct?
13      A.  As I mentioned before, I don't
14  recall the 4A data specifically.  So I'd have
15  to look at that data to know or to be able to
16  respond to that question.
17      Q.  Are you aware that APTIM was not
18  allowed to run the flare in the background to
19  maintain a more balanced level of vacuum until
20  late September of 2018?
21      A.  I don't recall any documents
22  regarding that discussion.
23      MR. DIGIGLIA:  That's all the
24  questions I have.
25      MR. PAUL:  We wouldn't have taken a

Page 241

1    break five minutes ago if I'd known that.
2        MR. DIGIGLIA: You know what? I
3    didn't realize I was that close to the end.
4    Sorry about that.
5        MR. PAUL: That's okay.
6        (A SHORT RECESS IS TAKEN)
7    BY MR. PAUL:
8        Q.  Mr. Hashimi, I have some questions
9    to follow-up on questions that you were asked
10   by the other three parties here today.  Just
11   for the sake of the record, of course, my name
12   is John Paul.  I represent Waste Connections
13   Defendants.
14       Mr. Johnson asked you earlier today if
15   you had experience at a landfill in Louisiana
16   and you described some experience in a
17   landfill in New Orleans; do you remember that?
18       A.  Yes.
19       Q.  Do you remember whether that was the
20   Greater New Orleans Landfill?
21       A.  Yes, it was.
22       Q.  And you've been asked a lot of
23   questions referring generically to the Waste
24   Connections Defendants and the Waste entities
25   and other similar terms.  Are your opinions in

Page 242

1    this, in your report specific to LRLC?
2        A.  Yes.  It was my understanding they
3    were the operating entity.
4        Q.  And LRLC, does it sound right to you
5    that that stands for Louisiana Regional
6    Landfill Company?
7        A.  Yes.
8        Q.  Were there any points during the
9    deposition at which somebody asked you about
10   actions of the Waste Connections Defendants in
11   which you were referring to an entity other
12   than LRLC or its predecessors at the Jefferson
13   Parish Landfill?
14       A.  No.
15       Q.  And Mr. Johnson showed you an LDEQ
16   inspection report from late 2018.  Do you
17   remember that?
18       A.  Yes.
19       Q.  And he showed you a couple of
20   photographs from that inspection report?
21       A.  Yes.
22       Q.  And then he asked you, I might not
23   have it verbatim, but if daily cover is
24   properly applied should there be exposed
25   waste.  Do you remember that question?

Page 243

1        A.  Yes, I believe so.  Yes.
2        Q.  And then he asked you about whether
3    LDEQ had issued compliance orders relating to
4    the application of daily cover.  Do you
5    remember those questions?
6        A.  Yes.
7        Q.  Do you recall whether -- I'll start
8    over.  Do you recall approximately how many
9    individual operational days were in that LDEQ
10   compliance order?
11       A.  I recall reading one of the orders
12   and I believe it referenced two days in April.
13       Q.  Do you remember any of those
14   compliance orders -- forget it.  Does
15   municipal solid waste have the potential to
16   generate hydrogen sulfide?
17       A.  Yes, if it has, you know, there
18   could be waste materials that were placed
19   along with it that could, you know, sludges.
20   I think we discussed this earlier.  Sludges,
21   not typically, but can have drywall finds in
22   it.  That's a potential source.
23       Q.  I would like to look at the sentence
24   on Page 56 of your report that I think
25   everybody has talked to you about.  So if you

Page 244

1    could go there.
2        A.  I'm there.
3        Q.  I'll read the entire sentence for
4    the benefit of the record here.  Again looking
5    at toward the bottom of Page 56 on your report
6    you wrote while the leachate management system
7    was a separate and distinct environmental
8    control system necessary for facility
9    operation, this system was also crucial to
10   operation of the GCCS as the leachate
11   management system was relied upon to manage
12   gas well liquids produced from operation of
13   the GCCS.  Did I read that correctly?
14       A.  Yes.
15       Q.  Could you explain that last part
16   about the leachate management system being
17   relied on to manage gas well liquids produced
18   from operation of the GCCS?
19       A.  Yes.  What I was specifically trying
20   to explain here as earlier in my report I
21   discussed components of the system.  The
22   complete or I should say more complete
23   description of the GCCS -- I'm sorry.  Take
24   that back.  The leachate collection system,
25   it's not only these components that you see in

Ali Hashimi
April 29, 2024

Page 245

1    the figures shown on Page 56, the piping, the
2    sump, the sump riser, the pump, the discharge
3    piping, that's part of the system. Those are
4    some of the components that's part of it. But
5    the overall system also includes all the
6    perimeter discharge piping that is, its
7    responsibility is to manage all the liquids
8    that are being pumped out of the landfill and
9    will require eventual disposal.
10         So at that point, once you get to that
11   point in the system, now you have that's the
12   same piping -- let me say it another way. The
13   leachate collection risers and the gas well
14   liquid pumps would be pumping to the same
15   pipe. So that's where I am referring to in
16   this conversation or part of the report that
17   it's, as I said, this system is also crucial
18   to the operation of the GCCS.
19         Q. So is it from that explanation, am I
20   correct that as a general matter, pumps in gas
21   wells that remove liquid from the gas wells
22   discharge that liquid ultimately to the
23   perimeter piping system of the leachate
24   control system?
25         A. Yes. That's my understanding of the

Page 246

1    operation.
2          Q. You were asked a couple of times
3    about your experience with contracts. And I
4    think you talked about two different kinds of
5    contracts. On the one hand your company
6    enters contracts with clients to provide
7    services, right?
8          A. Correct.
9          Q. And your legal department reviews
10   those contracts between Weaver and its
11   clients?
12         A. Correct.
13         Q. Now, on the other hand, Weaver
14   assists its clients in preparing bid packages
15   which may include proposed contract terms,
16   right?
17         A. Yes.
18         Q. Does Weaver's legal department
19   review those contract terms in bid packages
20   prepared for clients?
21         A. No. We do not. As I referred to
22   earlier, some documents are provided by the
23   clients and we simply insert them into the
24   contract or the bid documents for the project.
25   But I'm not aware of an instance where we've

Page 247

1    prepared their legal documents for them.
2          Q. Is part of your work there for a
3    client assessing how a contract would be
4    structured for companies that are bidding on
5    that client's contract?
6          A. Yes. We will provide our advice and
7    expertise in, well, in our opinion an
8    efficient way to deliver the project for them
9    to get what they need at the lowest price.
10         Q. As part of that type of work, do you
11   advise clients on how to allocate work among
12   potential contractors?
13         A. Yes.
14         Q. And Mr. Futrell talking about your
15   Opinion 3.1 asked you several questions about
16   whether a jury could read the contract between
17   the parish and Waste and LRLC. Do you
18   remember that?
19         A. Yes.
20         Q. And the contract between Jefferson
21   Parish and LRLC contains provisions regarding
22   whether the leachate control system was in
23   good working order, right?
24         A. Yes.
25         Q. Would a jury be able to understand

Page 248

1    whether a leachate control system was in good
2    working order sufficient to trigger those
3    provisions of the contract?
4          MR. FUTRELL: Object to the form.
5    BY MR. PAUL:
6          Q. Let me rephrase. Without testimony
7    by you or a similarly qualified expert, would
8    a jury understand whether a leachate control
9    system was in good working order sufficient to
10   trigger those provisions of the contract?
11         MR. FUTRELL: Object to the form.
12         THE WITNESS: And this is just, you
13   know, my thought opinion would be is that --
14   let me start off by saying I'm not recalling
15   that there was any information in the contract
16   that spoke to the specifics of the issues that
17   were to be managed. So number one, they'd
18   have to read more than just the contract I
19   think. Again, I'd have to go back and look at
20   that specific reference. And this is -- now
21   I'm just theorizing here. My suspicion would
22   be that may require calculations of flow
23   modeling of how the system would be expected
24   to behave so that it could function properly.
25         And I don't mean this as a slight to any

Ali Hashimi
April 29, 2024

63 (Pages 249 to 252)

Page 249

1  jury or anything like that, but in my opinion
2  that starts to get to be very technical which
3  requires an understanding of the engineering
4  science behind why that work was done. And so
5  I guess my -- that was the point I was trying
6  to make is that I do feel at some point it
7  would get, it has the potential to get
8  complicated enough where it may be difficult
9  for a layman to understand some of that
10 without somebody providing maybe a more
11 simplistic explanation of what we were trying
12 to achieve by all these calculations or
13 modeling or whatever it would take to correct
14 the deficiences that they were considering.
15     MR. PAUL: Those are all my questions.
16 BY MR. JOHNSON:
17     Q.  I think I only have a couple of
18 questions to ask you, sir. You were asked a
19 question by Mr. Paul that dealt with some
20 period of time for two days. I didn't really
21 get the context of that. But let me ask you
22 this, I showed you the State of Louisiana
23 Office of Environmental Compliance Report.
24 You and I looked at that a couple of times
25 during your testimony, correct?

Page 250

1     A.  Yes.
2     Q.  And I want you to confirm a couple
3  of things for me from this report. And this
4  is something you reviewed, was one of your
5  reliance material that was contained on your
6  reference list of things that you had reviewed
7  in coming to your opinions in this case,
8  correct?
9     A.  Yes.
10    Q.  The inspection date on this report
11 is October 1, 2018 through 11/30/2018,
12 correct? First line.
13    A.  Yes.
14    Q.  That's two months.
15    A.  Yes.
16    Q.  I'm turning to the second page of
17 this document and we talked about this from
18 the surveillance division to the enforcement
19 division. I showed you this page before,
20 correct?
21    A.  Yes.
22    Q.  And the routing date on here is
23 12/3/2018. So December 3rd, 2018, correct?
24    A.  Yes.
25    Q.  The inspection date, and this is at

Page 251

1  the Jefferson Parish Landfill, correct?
2     A.  Yes.
3     Q.  Was from October 1, 2018 through
4  November 30th, 2018, correct?
5     A.  Yes.
6     Q.  And it says the hours spent on the
7  inspection were 150 hours; is that right?
8     A.  Yes.
9     Q.  And this is the document that I
10 showed you the photographs that were attached
11 too, correct?
12    A.  Yes.
13    MR. JOHNSON: Thank you. That's all.
14 BY MR. FUTRELL:
15    Q.  All, right just a couple. Mr. Paul
16 was asking you some questions about terms in
17 the contract and he asked you about would a
18 jury need your assistance in determining the
19 condition of the leachate collection system.
20 Do you remember that line of questions?
21    A.  Yes.
22    Q.  But you haven't offered an opinion
23 in this case about the condition of the
24 leachate collection system, have you?
25    A.  I'd have to look back through my

Page 252

1  report because I wouldn't want to answer that
2  question without looking. I'd have to look
3  back at all my opinions because I thought
4  there was an opinion that spoke to the
5  efficacy of the leachate collection system.
6     Q.  Correct, but not as it relates to
7  was the leachate collection system in a
8  sufficient condition for it to be turned over
9  to the parish. I didn't see an opinion in
10 your report about that.
11    MR. PAUL: Object to form.
12    THE WITNESS: Yeah, I'd have to go
13 back and look for that in that specific light
14 to see if that was there or not.
15 BY MR. FUTRELL:
16    Q.  Well, as we sit here today, do you
17 recall reviewing information about the
18 condition of the leachate collection system in
19 areas other than 4A?
20    A.  There were documents in the
21 information that I was provided that spoke to
22 the condition of it. I didn't, again, this
23 wasn't primarily what I was focused on, but I
24 remember reading a number of documents where
25 they were redesigning. The system that was

Ali Hashimi
April 29, 2024

Page 253

1  out there was deemed by someone as
2  inefficient -- or not sufficient I meant to
3  say.  And so they designed a new system which
4  was much larger.  I believe it had some
5  duplication in it to be able to function at a
6  higher capacity.
7       Q.  Right, but none of that has anything
8  to do with a jury looking at a contract and
9  determining obligations and responsibilities
10  for as stated in the contract, correct?
11       MR. PAUL:  Object to form.
12       THE WITNESS:  Well, I think it has the
13  potential to if, again, what I believe my
14  earlier statement was, and again, I prefaced
15  it with I'd have to go back and see what the
16  actual words in the contract were, but I
17  believe it just somewhat generically described
18  some deficiences in the contract that the
19  parish would be resolving and then hand it
20  over. And so what my comment was that so
21  nobody really, to me that doesn't provide an
22  explanation of what needed to be done.
23       So in order to assist the jury in
24  understanding what that the scope that was
25  written into the contract was, that it may

Page 254

1  take a more complicated description to
2  understand what they were asked to do or what
3  they were saying need to be done.  So what my
4  opinion is is that just at its face value, it
5  may not provide enough information for them to
6  clearly understand what was going to happen.
7  BY MR. FUTRELL:
8       Q.  But again, you can't point me to
9  that particular opinion what you just
10  described, that's not in your report?
11       MR. PAUL:  Object to form.
12       THE WITNESS:  If the question is I
13  didn't put anything in my report about what a
14  jury could understand, no.
15       MR. FUTRELL:  Hold on one second.  I
16  don't think I have anything further.
17       THE COURT REPORTER:  Mr. DiGiglia, do
18  you need a copy of the deposition?
19       MR. DIGIGLIA:  Electronic please.
20       THE COURT REPORTER:  Mr. Futrell?
21       MR. FUTRELL:  Yes.  I don't need a
22  rough or rush.
23
24
25

1       C E R T I F I C A T E
2       This certification is valid only for a
3  transcript accompanied by my original
   signature and original required seal on this
   page.
4       I, DIANNE C. WININGER, CCR, in and
5  for the State of Louisiana, as the officer
   before whom this testimony was taken do hereby
6  certify that to foregoing witness to whom oath
   was administered, after having been duly sworn
7  by me upon authority of R. S. 37:2554, did
   testify as herein before set forth in the
8  foregoing pages; that the testimony was
   reported by me in the stenotype reporting
9  method, was prepared and transcribed by me or
   under my personal direction and supervision,
10  and is a true and correct transcript to the
   best of my ability and understanding;
11       That the transcript has been prepared
   in compliance with transcript format
12  guidelines required by statute or by rules of
   the board, that I am informed about the
13  complete arrangement, financial or otherwise
   with the person or entity making arrangements
14  for deposition services; that I have acted in
   compliance of the prohibition on contractual
15  relationships, as defined by Louisiana Code of
   Civil Procedure, Article 1434 and in rules and
16  advisory opinions of the board.
       That I have no actual knowledge of any
17  prohibited employment or contractual
   relationship, direct or indirect, between a
18  court reporting firm and any party litigant in
   this matter, nor is there any such
19  relationship between myself and a party
   litigant in this matter.
       I am not related to counsel or to the
20  parties herein, nor am I otherwise interested
   in the outcome of this case.
21
22
23       Dianne C. Wininger, CCR
       Certified Court Reporter
24       State of Louisiana
       4/30/2024
25

Ali Hashimi
April 29, 2024

**A**

a.m 1:20
ability 198:8,10
    212:11,22 223:5
    255:10
able 147:4 161:7
    168:17,19 171:14
    194:14 231:6
    240:15 247:25
    253:5
ACAA 194:10
accept 114:25
    115:10,17 116:11
    116:14,19 154:9
    187:16,23 189:4
    220:19
acceptable 20:12
    110:11 112:9
    120:3
acceptably 196:19
acceptance 113:5
    152:17,21 153:19
    169:13,23 170:1,8
    186:14 187:2
    188:18 194:1
accepted 40:22
    48:12,21 91:16
    92:1 98:22 99:16
    99:18 100:17
    101:2,5 112:18
    115:8 133:14
    169:25 170:16
    181:13 186:4
    187:6 193:22
accepting 92:4,8,12
    92:21,23 93:4,5
    113:17 115:6,24
    170:18 172:3
    185:18 191:24
access 19:23
accompanied 255:2
accounted 238:13
    238:21
accuracy 28:1
accurate 11:23 52:6
achieve 249:12
act 148:13,16 149:4
    149:23 158:20
acted 48:15 255:13
acting 88:4 149:25
    179:23
action 149:6
actions 48:3 77:2
    90:12 242:10
activities 63:4 71:17
    71:25 72:3 74:23
    75:20,23 76:5,12

76:16 78:2 83:18
    86:6,25 88:19
    102:20 146:23
    147:25 162:21
    164:24 182:20
    183:3,8 189:17
    232:24 239:6
activity 75:2,15
    182:9 240:7
actual 204:13
    253:16 255:16
add 176:2
added 31:23,25
addendum 55:24
    56:13
Addison 1:4 6:15
addition 28:22
    54:24 55:6
additional 31:22
    66:20 67:3,16,19
    68:10 69:13 70:10
    72:15 75:13 78:3
    96:20 120:14
    207:7 210:14,20
    212:25 216:5,24
    217:12,20 226:15
Additionally 109:3
address 66:19 83:7
addressed 196:16
adequacy 103:18
adequate 109:4
    111:11 124:9,14
    126:9,11,14 131:4
    131:12
adequately 71:1,5
    71:11,16,18,19,24
    72:8,25
adjusted 238:6
adjustment 223:9
    238:5
adjustments 200:10
    201:12 224:13
    225:2,10 232:1
    238:3,14,22 239:1
    239:3
administered 255:6
administering 5:24
administrator 39:3
admissible 14:5
adopted 232:22
advance 225:24
advice 235:20 247:6
advise 95:5 247:11
advising 95:1
advisory 255:15
aerator/lift 67:10
Affairs 65:10

affirmative 149:5
    149:17
ago 46:10,13,19,22
    157:4 189:21
    200:16 241:1
agree 7:5 39:18
    65:11 68:8 69:18
    80:24 101:12,17
    106:2 107:14
    109:24 111:18
    128:17 132:20
    133:4,18,23 134:8
    143:18,22 144:6
    144:18 147:19
    148:10 149:14
    150:23 159:18
    161:13 162:4
    163:2 165:5 167:1
    167:12 168:14,23
    170:24 171:4,8
    172:25 174:8
    176:25 177:10,20
    177:25 179:10
    181:19 182:17
    183:5 184:8 185:8
    185:25 187:14
    189:3 195:10
    196:24 204:15
    206:23 210:3
    212:3 213:13,25
    221:1 222:14,22
    230:19
agreed 5:3 73:6
    189:22 207:11
agreement 10:5
    21:11 40:3 69:15
    70:3 80:15 133:19
    158:17,18 173:8
agrees 196:11
ahead 54:18 67:1
    79:20 87:17,19
AI6961 122:15
    125:5
air 105:19 106:24
    209:22 210:5
    211:13 219:6
    223:10,11
al 1:4,8 6:15
Alabama 33:10
albeit 96:11
alerted 191:16
Ali 1:17 5:4 6:1 8:19
    16:21 30:13 31:6
allegations 17:18
alleged 105:1
    109:23 110:22
    239:6,6

allocate 247:11
allow 14:2 76:25
    89:4 126:19
    183:25 184:14
    185:4
allowable 14:6
allowed 240:18
alluding 130:7
alternate 96:11
    103:9
alternative 126:3
amended 70:9
amendment 24:6
    79:4,15,17 80:3,5
    80:15 158:18
    183:15 184:10
    185:9,17
amendments 80:25
    145:4
America 157:18
American 194:11
amount 27:11 168:8
    219:22 225:2
anaerobic 240:7
and/or 5:13 62:11
    143:7,19
answer 5:14 6:25
    7:2,4 9:21 12:24
    13:16 38:1 48:16
    60:13 63:9,12,13
    63:14,15 74:14
    81:15 95:10 96:23
    143:1 163:24
    166:15,20 174:20
    175:15 178:10
    179:2 202:16
    230:24 252:1
answered 141:24
    220:11
answering 117:7
    141:7,10 146:2
anybody 159:21
    194:13,16
anymore 36:9
    227:11
anyway 174:21
apart 239:23
apologize 26:16
    66:14 134:16
    175:3 207:18,22
    124:4 135:2

178:22 192:20
Appendix 30:13
    52:8,21 53:2
applicable 196:2
application 107:19
    154:2,24 155:2
    171:23 181:16
    243:4
applied 102:3,14,24
    102:25 109:14
    110:17 111:19,23
    112:3 128:18
    216:25 242:24
applies 1:14 182:11
apply 96:13 99:13
    234:5 237:7
applying 120:20
    216:5,20
appreciation
    169:24
approach 120:22
approaches 120:18
appropriate 119:20
    120:20 126:22
    127:1,8,14,20,24
    128:8,12 186:15
    187:3
appropriately
    179:17 180:25
approval 115:7
    169:20 170:8
    171:8,16 213:15
    213:25 214:4
approve 172:14
approved 96:12
    169:13,23,25
    170:17,25 172:3
    188:13 227:5
Approximate 46:14
approximately
    36:12 243:8
appurtenances
    67:25
April 1:18 16:10
    17:2,24 18:7
    55:21 206:25
    207:3,13,15,21,24
    208:21 209:11,21
    210:4,24 243:12
APTIM 9:17 10:2
    17:9,19,22 18:5
    56:4,8 64:9 69:4
    87:24 88:4 89:20
    91:2,7 177:8
    180:17,19 199:13
    204:15 206:24
    207:21,25 210:23

Ali Hashimi
April 29, 2024

211:7 212:3,11,16
213:13,23,25
214:8 218:22
219:5 220:23
221:4,16 222:6,14
222:23 223:4,17
225:1,23 227:6
229:2,24 230:4,21
231:21 240:17
**APTIM's** 72:12,23
83:4 181:3 207:15
208:13 216:14
224:14 225:10
230:2 231:5,25
239:2
**area** 11:13 49:14
109:2,21 119:19
120:9,12,15,25
136:20 208:11
**areas** 11:8 96:18
121:11 163:1
174:24 186:23
252:19
**arising** 131:5
**arrangement** 20:6
115:3 255:12
**arrangements**
255:13
**Article** 5:17 255:15
**Ash** 194:12
**asked** 13:6,18 29:17
29:24 35:5,5
42:18 47:20 55:18
55:20 63:18 69:1
69:12 70:14,20
117:14 121:21
128:21 136:10,11
141:17 143:15
152:1 178:5 219:5
231:21 241:9,14
241:22 242:9,22
243:2 246:2
247:15 249:18
251:17 254:2
**asking** 12:22 28:17
31:14 48:18 53:8
55:7 57:2 63:13
63:19 68:9 72:5,5
76:15,18 95:22
104:11 117:21
126:13 127:22
145:4 150:12
151:22,23 201:2
208:18 251:16
**aspect** 170:8
**aspects** 60:18 61:8
61:22 62:5 63:23

**assemble** 156:7
**assessing** 247:3
**assessment** 106:25
133:11 158:1
**assigned** 76:10
148:4 169:5
**assignment** 42:17
43:3 201:13
**assignments** 41:14
**assist** 22:12 129:13
165:21 200:7
253:23
**assistance** 95:15
165:19 251:18
**assistant** 50:24
**assisted** 83:17
135:10 147:13
200:8
**assisting** 142:13
161:10
**assists** 246:14
**associated** 9:13
160:12 225:18
**Associates** 36:3,4,6
36:11,23 37:1,12
37:20,23 38:6,13
203:16
**Association** 194:12
**assume** 48:15 61:23
111:8 144:15
167:19 179:18
228:11
**assumed** 28:25
**assuming** 63:5
215:19
**assumption** 120:11
**assumptions** 14:4
**assurance** 41:21,25
42:9 74:5,10,19
75:9,16 152:17,21
153:20
**attached** 68:1 122:8
137:9,11 251:10
**attendees** 234:14
**attention** 174:16
**attenuation** 128:24
129:8
**attorney** 14:3 54:1
62:25 158:16,21
**attorney-expert**
13:3 14:7
**attorneys** 26:25
**August** 59:12
118:23 205:16
216:1 224:19
226:13 227:24
**authored** 16:12

**authority** 35:1
41:13 255:6
**authorized** 218:22
**availability** 211:5
**available** 59:15
190:4,9,12,16
191:10 192:16
193:10 194:13,16
208:24 218:15
235:15
**avenue** 2:7 233:20
235:14
**average** 161:1
**awarded** 167:7,19
**aware** 18:23 48:10
49:5 55:19 56:9
59:17 68:5,23
86:3,22 87:5,14
91:25 92:3 93:3
93:21 94:5,12,19
96:9 97:6 100:8
100:15,24 114:5
115:22,23 144:10
146:5 162:18
163:20 164:11
165:9 166:24
167:3 171:11,20
174:22 175:2,16
175:23 178:6,11
178:14 179:12,18
180:3 187:20
188:1 189:6,15,23
190:20,25 191:12
191:22 193:2
195:11,16,22
196:8,25 205:6,14
205:25 208:12
209:6,10 210:14
211:11,18 212:21
212:24 213:6
214:11,18 215:1
215:15,20 217:12
218:9,20 219:4
220:11 221:2
224:3,11,25 225:6
225:8,17,19,21
226:2,12 227:4,9
227:14,23 231:20
231:23,25 233:2
233:10 237:4
239:19 240:17
246:25
**awareness** 164:1,3
164:20 165:14
170:13 178:22

_____

**B**

**B** 4:10 52:8,21 53:2
**B-O-O-S** 37:11
**back** 9:7 10:11
16:24 17:17 28:24
52:25 53:22 69:11
81:23 87:10 93:14
112:4 119:22
131:21 147:16
155:9 171:18
175:3 177:24
184:21 200:5
205:4 208:10,12
217:25 218:16
221:9 223:13
225:5 226:4
228:17 234:2,21
238:1 244:24
248:19 251:25
252:3,13 253:15
**background** 59:8
226:14 237:19
240:18
**backwards** 7:23
**bacteria** 240:7
**bad** 164:9 171:2
**balance** 240:4
**balanced** 240:19
**Band-Aid** 120:18
120:22
**bankruptcy** 44:15
44:17 45:6,16
46:1
**bare** 201:19
**Barry** 201:23 202:7
**based** 23:20 72:23
81:16 85:20 90:18
95:10 98:8 110:15
131:3 152:25
174:23 176:16
185:10 216:12
222:12 234:3
237:17,17
**basically** 48:2
148:22 168:4
**basis** 27:22 62:7,22
71:10 75:11 111:24
112:2,8 162:1
167:5 200:23,25
230:10,14
**Bates** 105:23 110:10
134:24 135:11
152:12 154:21
**Bayou** 21:7
**bear** 134:23 183:19
**began** 170:18 172:3
**beginning** 1:20 60:2
60:3 73:6 86:9

238:16
**begins** 162:17
183:21 194:25
**behave** 248:24
**believe** 9:11 12:9,14
14:19,24 15:9,24
17:4 24:3,23
25:15 26:13 29:13
30:4 31:18 44:16
44:20 45:12 46:18
47:12 48:1,8
49:12 53:23 58:9
58:11 60:1 64:7
65:23 66:13 67:18
68:4 75:7 76:19
79:8,13,13 83:2
84:8,16,22 87:4
87:12 90:2 92:5
93:19 97:3 102:18
104:22 111:21
116:5 119:14
125:25 128:15
129:11 130:2,22
131:7,11,15,16
137:16 138:11
139:17 140:21,22
143:1,21 144:3,4
144:23 146:22
147:1,8 149:20,21
151:8 157:4,7,17
163:16,24 164:2
165:13 170:13
171:20 174:15
175:21 176:17
177:18 178:17
181:2,4 188:12
190:22 191:23
192:24 196:17
199:23 200:21
201:6,19 202:4
203:10,14,22
204:14 205:8,20
206:16 207:14,15
207:21 209:5,25
210:22 213:12
215:11,13,23
218:13 221:21
223:4,4,6,11
224:15,16,19,23
229:8 231:18
232:3,25 236:8
237:12 239:18
243:1,12 253:4,13
253:17
**bell** 118:20 205:23
**bellies** 227:17 228:1
**belly** 223:21 227:17

Ali Hashimi
April 29, 2024

beneficial 186:5,14
  212:13
benefit 160:9 244:4
bent 229:5
best 26:14 69:25
  113:10 151:6
  234:19 235:15,19
  255:10
better 234:18
Beveridge 2:5 21:21
  27:7 28:5,11,14
  40:4 56:17 57:8
BFI 157:17,18
bid 40:12 155:13,20
  156:9 168:2,5
  246:14,19,24
bidders 156:9
bidding 155:23
  167:8,15,22 168:3
  168:15 247:4
bids 156:10
bill 27:6,10,22 28:4
billed 52:2
billing 27:16,18
binder 121:19 135:7
Birch 92:1,21 93:3
  115:23 191:24
  225:9
bit 20:5 54:10 87:11
  90:21 123:21
  125:21 129:7
  141:21 155:10
  157:20 193:9
  200:5
blanking 203:11
blinders 165:24
  166:10,16
blocked 217:3
blower 239:10
blowers 226:20,25
  227:6 239:16
board 233:19
  255:12,15
bodies 158:23
body 49:8
Bolder 36:4
BOND 6:2
book 237:15
Boos 37:10
bore 3:1 60:17 62:3
  62:17 63:6,22
  70:25 71:15 86:3
  87:13 162:17
  189:14
bottle 125:15
bottom 31:6 110:11
  134:17 135:11

139:6 161:18
  190:3 197:5 198:2
  244:5
Boulevard 2:10,22
bounce 141:20
break 7:8,9,12
  119:21 121:11
  161:8 241:1
breaking 228:22
Brett 84:16 118:23
  135:20,25
Brian 106:14
BRILLAULT 2:6
bring 8:9 105:15
broad 34:3
broken 11:3
brought 15:3
  167:14
BTU 176:7
bubbling 136:7,14
  136:23 165:17
bucket 224:1
budgeting 142:3
Buller 65:18,20
Buller's 66:1
bullet 60:10 70:23
  237:8 238:2
  239:10 240:3
bunch 35:9
business 10:9 24:19
  101:4 107:3
  115:17 116:15
buy 214:8

_____
C
C 1:24 2:1,3,18 5:23
  255:1,1,4,23
C.C.P 5:16
calculations 248:22
  249:12
call 19:22 20:11,22
  31:12 44:20 49:16
  77:3 79:15 97:7
  104:19 153:12
  196:15 203:18
called 43:13 96:17
  117:1 147:12
  229:19,20 232:1
calling 73:8 79:16
  88:12 113:16
capacity 48:15
  253:6
capital 108:8 142:3
caption 122:14
capture 230:6
care 232:8,14 237:9
  237:11,16,20

career 44:5 200:6
Carlson 215:11,23
  216:13 226:12
  229:10 231:2,3,15
  238:7,10,18 240:8
case 1:11 5:15 6:14
  7:16 8:4,22 9:18
  9:24 10:3,7 12:4,5
  12:6,13 13:15,19
  13:21,23,25 14:10
  14:18 15:4 17:18
  19:11,16 20:4
  21:24 22:5 23:9
  23:17 25:9,23
  26:1,3,7,8 29:10
  29:18,23 39:25
  40:4 41:7 44:15
  44:17,24 45:1,2,6
  45:8,11,13,16,19
  45:20,22,25 46:9
  46:15 47:9,10,13
  47:21,22 48:6,9
  49:1,2 52:2,4,12
  52:20,25 53:3
  57:8,15,18 59:11
  64:4 65:21 66:2
  66:16 73:22 77:19
  78:4,6 82:9,18
  83:24 84:12 91:25
  102:8 106:21
  109:23 114:24
  120:6 128:11
  130:14 133:24
  140:17 141:17
  146:15 154:1
  159:9 163:2
  172:18 191:6,15
  202:12,19 205:15
  250:7 251:23
  255:20
case-wise 9:20
cases 1:14 43:21
  44:6,9 47:3,14,15
  48:19,20 112:9
  205:7
cast 204:23
casual 236:7
catch 206:9
causation 58:2 59:3
  205:7,12 206:1
cause 59:15 137:14
Causeway 2:10,22
causing 136:14
cc'd 136:3
CCR 1:24 5:23
  192:13 193:18
  194:9 255:4,23

CEC 224:19
cells 204:1,4,24
Central 6:2 8:19
  10:13,20 11:5,10
  11:10,11,19 22:12
  24:11,22 25:4
  39:15
certain 17:18 74:23
  89:15 137:20
  144:8 147:24
  174:1,3
certainly 14:5 44:4
  101:6 147:14
  163:25 170:12
  175:16 177:16,21
  178:22 185:19
  188:14 201:18
certification 5:10
  42:14 51:15 255:2
Certified 1:24
  255:23
certify 255:5
challenges 196:4
challenging 160:17
chance 199:17
  207:20
change 30:9 53:15
  53:23 77:24 79:14
  79:16 80:11 84:1
changed 32:3,5,10
  77:22 157:8
  204:13
changes 23:19 70:1
  183:25 184:13
  185:3
characterize 236:4
charge 177:9
CHERRELL 2:17
Chicago 36:9 37:2
  46:2,5 49:13,20
circumstances
  127:12,18 128:2
  130:8,12 131:25
  180:1
cited 114:6,8,10
city 49:13,20
Civil 5:6 255:15
clarification 54:23
clarify 55:17 57:20
  76:17 117:4 161:8
classes 51:15,18,21
clay 126:7,9,14,17
  126:19 130:23
cleaning 67:9
cleanup 141:19
clear 99:22 100:18
  185:13

clearly 117:8
  123:22 219:19
  254:6
client 20:14 41:2,4
  247:3
client's 41:1 247:5
clients 9:9,18 17:5,9
  17:23 18:6,14,21
  20:20 22:23 56:4
  56:8 83:17 200:7
  246:6,11,14,20,23
  247:11
close 241:3
closed 34:11 37:2
  38:16,22,23 41:22
  42:3
closure 96:21,22
clouded 199:4
coal 91:19,21
  194:12
Code 5:6 255:14
colleague 14:20
collection 60:21
  64:6,16 67:24
  68:2 69:3,8 81:12
  85:21 88:22 93:17
  93:18,20,23 94:1
  94:2,6,9 95:3,4,20
  98:25 107:17,25
  108:15 113:23
  137:20 138:3,4
  140:10 142:7,11
  142:18 155:17
  162:20,21 163:5
  163:12,22 164:12
  165:6 166:1,11
  173:17 175:7,8
  176:14,24 177:10
  179:10,12,22
  180:5 181:15
  186:21 187:10,10
  187:15,21 188:21
  189:7,16 195:8,12
  195:25 196:9
  197:15 198:2,4,11
  198:13,18,18
  199:21 200:2
  201:4 203:16,19
  206:24 208:20
  209:23 210:6
  211:14 212:6
  213:1,9 214:24
  215:9 216:7,22
  217:14 219:6,15
  219:25 220:1
  222:15 224:4,14
  228:21 230:21

236:19,25 244:24
245:13 251:19,24
252:5,7,18
collections 217:13
collectively 20:22
collectors 211:19
212:6 224:5
color 123:5
combination 130:10
180:16,18 216:14
combustion 91:19
91:21
come 101:19 119:22
128:10 177:23
181:3
comfortable 146:2
coming 52:11
140:23 143:19
250:7
commencement
70:4
comment 83:11,13
187:8 253:20
commented 24:5
221:22
comments 16:17,20
16:25 23:16,22
24:2 72:12 137:20
139:20
commissions 62:9
62:17
common 215:14
commonly 233:17
communicating
215:8 225:5
communication
84:15
communications
12:24 13:1 14:3,7
77:21 83:25 191:7
companies 9:13
10:24,25 11:1,2,3
11:4,8 89:23
99:21 100:2,20
143:8 232:19
233:15,24 234:9
235:4,11,16 247:4
company 1:7 6:16
10:18,20 11:21
12:7 18:20,22
21:7 24:12 37:6,7
37:8 43:13 66:8
83:18 95:1 107:2
200:11 234:3,6,22
242:6 246:5
compensated
174:13

compensation
174:23
competitive 167:8
167:15,22 168:3
168:15
complain 147:22
complaints 82:10
82:19
complemented
75:21 76:6,13
complete 6:20 8:25
244:22,22 255:12
completed 42:15
209:2
completely 175:16
217:2
compliance 86:7
87:1 88:7,15
102:15 103:1
106:7 109:15
110:1,17 121:15
147:20 162:22
186:6 189:18
243:3,10,14
249:23 255:11,14
complicated 81:7
81:19 83:8 85:2
175:5 249:8 254:1
complicates 187:5
complied 104:9
145:18 146:18
147:6 148:21
151:24 152:4,16
152:23 153:5,19
155:4
complies 135:16
comply 146:9 196:2
complying 104:14
component 139:23
142:15 198:8,9
components 138:6,7
139:19 140:6,7
156:8 173:10,12
174:25 197:12,15
197:18,19 198:12
199:1 244:21,25
245:4
compound 164:2
comprehensive
133:21
compressed 209:22
210:5 211:13
219:6
compressor 225:22
226:3 238:12,20
239:16,24
computer 19:25

concentrations
132:21 133:5
concern 103:24
concerned 55:12
concerning 42:20
46:15 50:11 58:12
58:13,14 98:13
103:11
concluded 121:10
concluding 1:21
conclusion 158:11
conclusions 59:7
205:11
condensate 209:23
210:6 211:14
219:6 227:21
229:1
condition 107:19
108:13 127:11
164:16,17,25
165:6 173:24
186:21 196:9,25
222:24 251:19,23
252:8,18,22
conditions 69:23
86:4,4,23,23 87:6
87:11,15 111:16
114:20 127:5
128:3 132:1 156:4
162:18,19 163:20
163:21 164:1,4
166:24 167:3
184:6 186:12
187:2 189:15,16
189:24 190:17
conferences 233:21
234:12,14 235:6
configuration
222:24
configured 239:13
confined 179:2
confirm 209:25
250:2
conflict 12:1 197:9
confused 140:3
confusing 195:3
Conley 118:2,11
136:3
connected 155:5
connection 73:20
192:11
Connections 9:12
16:5 20:12,24
21:7,8 66:9,11
73:8,21 82:10,19
83:4,25 84:9,14
86:20,21 87:13

90:6,22 93:5,16
93:22 95:15
100:19,22 101:8
102:12 104:21
108:2 109:10
113:25 115:4,9,16
115:22 116:10,18
116:25 117:1,2
130:16 133:16,19
135:21 145:9,18
146:8,18 147:5
148:11,21 149:16
150:25 151:11,24
152:4,16,23 153:4
153:18 155:4
163:4,13,18
164:10 165:8,18
165:23 166:9
167:2,14 170:14
171:1,6,24 172:11
172:19 173:25
174:10 178:6,14
178:20 179:3,11
181:22 182:3,8,21
183:6 184:1
186:11 187:19
189:5,22 190:25
191:7,16 193:2,12
193:16 194:2
196:24 214:21,23
215:7,9 241:12,24
242:10
Connections'
151:16 164:24
Connick 2:9,9,21,21
56:18,19
CONOFF 108:7
consciousness 141:8
consider 149:24
consideration 24:7
188:20
considerations
18:18
considered 5:16
23:22 52:19 59:6
85:14 106:20
120:5 190:6 221:4
223:23
considering 115:5
249:14
consistent 97:4
111:23,25 239:14
construct 75:13
99:25 164:22
constructed 42:12
219:20
construction 41:20

41:21,24 42:9
71:2,6,12,24 72:8
72:25 155:17
175:20 204:3,9
211:1,22
consultant 235:18
237:14
consultants 6:1 8:18
10:10,13,16,19,21
11:15,18,25 12:2
12:21 13:2 18:6
18:15 22:11 23:3
24:10,22 25:4
27:17 30:25 31:2
35:24 37:5,10
39:5,11,13,18
40:7,16,22 56:5
83:20 156:13
233:18 235:13
consulted 12:10
Consulting 11:8
contact 19:1,4,8
contacted 12:11,17
15:18 18:24 20:2
contain 113:2
contained 9:6
113:18,20 250:5
container 54:5
contains 247:21
context 35:13 74:22
76:9 161:25
166:17 249:21
continuation 75:24
continue 13:16
continuing 190:5
continuously
226:14
contract 21:16,18
39:3 40:12,15,22
40:25 41:16 64:21
69:22 70:2,9
75:12 76:11 77:5
77:9,14 78:10,18
79:2,5 80:3,6 81:1
89:14 90:19 143:6
145:2,6,11,14,16
145:20 146:7,10
152:1 155:13,20
156:6 159:13,15
159:19 160:1,2
161:2,2,11,16,21
162:7 165:25
167:13,19,25
169:6 173:14,15
174:9,12 179:16
181:5,7 182:18
183:6,16 185:17

Ali Hashimi
April 29, 2024

196:6,7,11,12,23
213:14 223:13,16
224:1 229:24
230:3,17 231:25
246:15,19,24
247:3,5,16,20
248:3,10,15,18
251:17 253:8,10
253:16,18,25
contracted 74:3,8
74:18 76:21 87:24
144:14 145:10
158:20 163:3
contracting 41:3
contractor 77:23
156:11 177:8
183:25 184:14
185:15 210:23
211:5 212:2
contractors 85:22
144:8,12,13,20
157:14 175:22,23
176:1,8 212:5
233:18 235:12
247:12
contractors' 167:9
contracts 39:6,11
39:22 40:7 156:15
211:4 246:3,5,6
246:10
contractual 20:6
91:1,5 94:21
102:9 115:3 157:9
236:11 255:14,16
control 60:18,21,25
61:7,21 62:4 63:7
63:23 64:6,15
67:10 69:3 75:1
81:12 99:1 101:16
102:2 120:16
127:8,15,25
128:19 133:21,25
134:6 138:16
146:15,19 147:6
147:20 148:5,11
148:22 149:5,6,15
149:17,22 150:21
150:25 151:2,4,10
151:15,17 152:2
152:18,22 153:20
169:6 173:9 175:8
176:14 177:10
178:7,11,15 179:4
180:12,15 181:2
181:15,18 182:2
182:15,19 183:3,8
183:10 184:5,10

184:17 185:6,10
185:24 186:22
187:20 188:21
189:6,17 195:8,11
197:1,7,15 230:6
244:8 245:24
247:22 248:1,8
controlling 132:6
controls 74:4,9,19
74:21,23 75:16
98:24
conversation
235:17 245:16
conversations 23:20
cooperating 62:12
copied 105:9
copies 79:9,21
copy 8:25 16:16
23:8 64:25 65:1
78:17 105:5,7,13
110:8,9 135:4
141:22 145:14
159:1 254:18
Cornerstone 226:6
Corporation 9:17
17:9 18:6 43:14
78:13 79:6 80:7
80:17 199:13
correct 17:20 30:14
30:22 32:20,21
35:21 41:17 44:19
53:5 56:6 57:9
58:5 65:6,18
66:12 67:13,20
68:11,14 70:10
73:10 80:19 81:2
86:11 88:2,8 91:2
93:7,18,24 96:24
97:25 99:13 101:8
101:24 103:2
106:18,25 107:4
108:19,22 115:11
115:19 121:6
122:2,5,20 125:1
134:1 135:22
136:1,4 138:5
140:10 144:9,14
144:21 145:6
148:19 149:6
153:21,23,24
155:8 156:15,21
159:9,10,23 160:4
161:16,17 163:14
170:10 174:12
175:12 177:1
181:23 183:12
184:1,10 185:6

189:24 193:13
197:12,18 198:19
199:22 204:17,20
204:25 206:21
207:2,4 208:3
209:12,14 210:8
210:12,13,25
212:18 217:22
220:7,24,25
222:16 224:22
227:21 231:17
232:11 233:5,9,13
234:9 235:6
236:20,23 237:2
237:11 239:24
240:12 245:20
246:8,12 249:13
249:25 250:8,12
250:20,23 251:1,4
251:11 252:6
253:10 255:9
corrective 137:13
correctly 56:21 57:5
68:3,21 70:6 99:2
106:8 107:11
108:16 109:5
122:17 154:13
244:13
correspondence
77:20 95:18 205:2
214:20
council 49:13,20
114:19 184:22
counsel 5:4 9:23
10:2 16:2 20:9
21:23 22:5 23:5
23:11,21 27:22
28:1,19 57:20
105:11 122:7
141:6,11 199:13
255:19
count 22:10
couple 52:9 54:3
101:13 106:1
121:11 132:19
137:21 140:24
180:21 242:19
246:2 249:17,24
250:2 251:15
course 126:17 157:7
158:15 175:24
200:21 241:11
courses 51:10,12
court 1:1,24 7:23
48:11,25 54:20
58:17,21 205:11
254:17,20 255:17

255:23
courtesy 6:24
cover 11:10 67:7
69:16 96:5,11,12
96:18,20,21 97:14
98:7,14 101:15
102:1,3,10,14,22
102:24 103:1,8,9
103:18,24 104:4
104:10,15 105:2
109:1,4,8,11,14
109:19 110:17,24
111:12,19,23
112:3 114:6
120:14,21,21
121:3,4 123:9,14
123:22 124:1,10
124:15 125:20,22
125:24 126:4,10
126:12,15,23
127:1,8,14,24
128:8,12 129:6,8
129:12,23 130:17
131:4,12 132:4,16
147:11 150:6,9
181:17,21 184:4
184:15,17,20
185:5,24 242:23
243:4
covered 70:3 216:4
217:9
covering 216:19
covers 103:11
127:21 128:18,23
create 113:3 190:10
created 81:7 92:22
creating 112:22
crucial 138:18
140:9 244:9
245:17
crushed 223:10
current 31:21 33:3
currently 59:12
cut 119:11 134:17
134:21 135:2
229:12
cutting 226:4
CV 43:19,24 52:9

───────────
       D
───────────

D 2:21 4:1,10 5:17
199:7
daily 75:1 96:5,11
96:12 97:13 98:6
98:13 102:10,14
102:19,21,23
103:7,9 104:4,10

104:15,19 105:1
109:1,8,14,19
110:17,24 111:11
111:19,23 112:3,6
112:8 120:21
123:9,14 124:1,10
124:14 125:22,24
126:3,10,11,14,22
127:1,14,20,24
128:8,12,18,23
129:6,7,23 130:17
131:4,12 147:11
150:6,9 164:19
181:16,20 184:4
184:15,17,20
185:5,23 200:23
200:25 242:23
243:4
data 202:22 207:14
208:6 218:17
220:17 221:18,25
222:5 230:23
231:4,6,8,11
240:5,14,15
date 31:24 80:19
122:19 188:11
208:16 250:10,22
250:25
dated 8:15 30:10,12
65:8 78:18 79:7
80:17 105:22
106:11,15 118:23
125:6 134:16
dates 220:25
day 78:19 79:7
96:14,15 165:2,2
165:5,5 199:20,20
199:25,25 201:3,3
208:13
days 59:13 243:9,12
249:20
DC 2:4
dealing 85:21
160:10
deals 197:12
dealt 47:11,21
249:19
December 65:8
70:15 105:22
205:17 224:4
250:23
decide 130:5 234:2
decided 114:25
173:22
decides 40:21
decision 92:16
115:10,14,17

Ali Hashimi
April 29, 2024

116:11,13,16,18
117:10 128:3
160:1 173:21
187:16,22 188:15
189:4 193:23
declined 49:1
decrease 192:19,22
193:17
decreases 195:12
deemed 253:1
defendants 1:9 16:3
16:5 20:12,24
73:9 88:11 90:23
93:5 113:15
115:23 116:25
117:3 130:16
135:22 145:10,18
146:18 147:5
148:12,21 149:16
152:16,23 153:18
155:4 163:4,19
164:10 165:9,23
166:10 167:2,14
171:1,6 172:11,20
174:10 178:6,14
179:11 181:23
182:4,21 183:6
184:1 186:12
187:20 189:5,23
190:25 191:8,16
193:2,12,16 194:3
196:25 241:13,24
242:10
Defendants' 163:13
179:4
defense 56:16
deficiences 196:3,14
249:14 253:18
deficiency 104:2
define 89:13
defined 61:10 173:7
255:14
definitely 235:24
delayed 204:12
209:5
deliver 247:8
delve 14:6
demand 226:5
department 39:8,21
40:14,24 62:13
65:10 105:21
106:5 107:8
110:21 156:14
246:9,18
depend 111:13,14
127:3,4,5,9,11,17
130:8 143:12

198:9
dependency 198:23
dependent 198:3,10
depends 120:24
123:20 126:24
160:8
deposed 45:13
deposition 1:17 5:4
6:10,19 7:25 8:3,4
8:10,14,14 9:10
26:24 28:18 29:9
30:2 39:14 43:20
44:8,12 46:21,24
56:15 59:5 64:23
242:9 254:18
255:13
describe 14:3 46:4
85:7 97:12 125:17
described 47:4
48:20 61:1 78:20
97:24 120:23
201:9 236:5
241:16 253:17
254:10
describing 14:4
description 123:4
244:23 254:1
deserve 168:7
design 86:1 99:25
164:22 175:19
177:3 188:13
203:16,18,21
204:16,24
designate 49:2
designated 48:21
designation 34:1
designed 176:23
188:2 198:5 204:5
253:3
designer 177:21,25
designers 176:7
desist 7:3
Despite 110:20
Desselle 106:10
detailed 98:20
determination
158:6 159:12
206:1
determine 86:5,24
128:7 132:5
159:13 162:20
189:17
determining 251:18
253:9
develop 76:21 99:24
234:22
developed 100:2

232:19 237:20
developer 43:4
177:14
developing 43:8
development
142:13
device 58:24
Diamond 2:5 21:22
27:7 28:5,11,14
40:4 56:17 57:9
255:4,23
difference 129:13
129:24 130:3,6
160:7
different 9:12 10:25
11:1,2 12:8 20:10
25:6 34:4,5 37:6
41:23 90:21
100:20 139:24
140:11,24 150:22
153:12 175:19,22
175:25 179:25
180:21 190:17
203:6 211:5
222:18 246:4
difficult 81:20,25
82:5,6 95:9
124:22 166:15
175:10 249:8
DiGiglia 2:14 4:6
73:3 199:9,11,13
205:24 206:11,19
207:10 209:19
212:15,23 213:21
214:13 216:11
221:13 223:15
227:13 237:25
240:23 241:2
254:17,19
diligence 196:22
direct 12:24 255:17
directed 65:13
direction 255:9
directly 15:24 22:22
35:23 83:12 91:18
200:20
Director 65:14
dirt 120:9 137:5
228:21
disagree 109:21
173:1,4 222:21
discharge 245:2,6
245:22
disconnected
228:25
discuss 21:23 181:2

188:17
discussed 23:18
48:2 84:15 140:21
156:18 160:21
162:25 163:23
186:25 192:4
194:25 195:4
205:3 208:25
228:25 232:18
233:22 234:17
239:18 243:20
244:21
discusses 18:14
68:13
discussing 178:4
193:13,24 211:24
214:25
discussion 50:2
112:5 114:22
159:6 178:2 186:7
191:22 198:6,22
204:11 226:16
228:17 240:22
discussions 9:22
10:1 13:3 197:4
235:5
disposal 62:12
186:5,15 245:9
disposed 203:9
disseminated
235:16,22
distance 125:12
distinct 96:4 138:16
139:20 197:7,17
244:7
distinction 97:23
199:2
distributed 233:7
234:13
DISTRICT 1:1,2
ditches 67:7
divided 10:25
division 107:7,9
250:18,19
document 9:6 31:5
34:11 42:14 52:23
56:17 58:4 70:12
79:12 80:9,22
85:15,15 92:15
97:9 98:10 100:25
102:20 104:23
105:4,11,17,25
106:18,20,23
117:18 118:16,17
118:22 119:13,18
121:18 130:21,25
134:14 135:3,12

135:17 159:19
174:19 205:22
206:4 230:8
232:16 233:1
234:13 236:16
237:10 250:17
251:9
documentation
104:13 112:7
147:14,15 148:1
171:21 211:22
228:20,24 229:23
documentations
225:2
documented 103:25
132:8,9 228:13
documenting 148:2
documents 8:10
15:10,13,14 19:13
19:20,21,24 25:16
27:1 28:19 29:4,6
40:12 53:6,9,14
54:12 58:3 65:25
70:2 72:18 81:3
90:25 97:16 99:21
113:10 117:23
118:13 154:18
155:13,21 156:2
159:13 167:18
168:1 171:23
175:21 190:16,18
202:12,14,17,24
202:25 203:1,3,4
203:5,10 204:10
205:2 208:23
211:2 213:3,5
219:1 222:9
225:13 226:9
230:1 233:4,13
234:8,8,10,15,24
235:4 240:2,21
246:22,24 247:1
252:20,24
doing 7:10 15:25
18:15 41:8 45:21
50:17 89:20 107:3
116:16 130:14
148:3 158:9
173:18 194:17
200:8 203:6 223:7
dollar 27:11
dollars 168:8
DOUGLAS 3:1
downhole 210:6
214:1
dozen 176:4
drafted 25:12,14

Ali Hashimi
April 29, 2024

drafts 23:14
drawing 219:19
drawings 204:7
drive 226:24
drywall 112:24
    243:21
due 196:22
duly 6:4 255:6
duplication 253:5
duties 12:22 34:23
    77:6,9 91:6
DYLAN 3:4

**E**

E 1:12 2:1,1 4:1,10
    4:10 255:1,1
e-mail 19:3,5 54:6
    54:10 84:7,17
    118:1,25 120:5,23
    121:5 134:15,22
    135:20,24 137:8
    215:17
e-mails 54:3,9 55:2
    77:20 83:3 116:6
    116:9,13,17,23
    117:8,12 140:20
    178:19 188:6,17
    191:22 192:1,8
    211:24 224:16
    228:13
earlier 83:11 95:19
    130:8 141:25
    155:10 156:13
    163:24 164:15
    178:3 183:15
    193:10 220:15
    232:18 235:17
    239:18 241:14
    243:20 244:20
    246:22 253:14
early 188:11
easier 160:20
EASTERN 1:2
educational 51:5,7
    237:19
effect 57:2 151:3
    220:18
effecting 165:7
effective 98:25
    132:5
efficacy 252:5
efficiencies 185:4
efficiency 216:6,21
efficient 247:8
eight 36:12,14,15
    119:12
Eighty 25:6

either 9:17 10:6
    22:6 30:7 44:7,11
    50:11 60:10 70:3
    103:8 121:4 189:2
    228:4
electrical 67:11
electronic 19:21,24
    254:19
elements 151:10
    153:1,6
elevation 108:15
emanating 47:11,21
    49:22 129:9
    156:20 157:24
emission 132:6
emit 191:18
emitted 206:2
employed 11:18
    25:3
employee 12:7
employees 12:2
    25:3
employment 37:3
    255:16
ends 205:17
energy 201:21
    239:12
enforce 212:14
enforcement 107:7
    250:18
engaged 34:25 57:8
    88:19 158:14
    165:18 173:18
    175:20 176:11
    194:16
engagement 39:25
    40:25 41:2 43:6
    157:7
engagements 39:24
engineer 32:7,19
    34:2,8,9,17,21,22
    34:25 35:7,9,11
    36:18,19 40:23
    42:13 49:19 50:2
    65:18,23 69:23
    158:19 237:14
engineering 18:19
    35:15,20 37:18,19
    42:7 49:9 50:10
    50:12,12,19 51:8
    63:1 90:17 98:11
    98:24 175:19
    237:14 249:3
engineers 18:20
ensure 184:6
ensuring 88:6
entered 40:16

entering 161:21
    162:7 196:23
enters 246:6
entire 44:5 74:13
    76:8 109:1,8,20
    196:10 203:22
    206:18 208:9,11
    233:8 244:3
entities 10:6 21:14
    21:17 62:13 73:7
    82:10,19 86:21
    88:13,23 89:22
    224:12 241:24
entitled 8:16 56:13
    68:1
entity 10:22,23
    39:10,17 64:4
    73:17 142:22
    143:16 224:21,23
    242:3,11 255:13
environmental
    65:10 105:22
    106:6,7,11,15
    107:8 110:1,21
    121:15 138:16
    197:7 244:7
    249:23
environments
    236:10
equate 61:6
equipment 180:12
    213:11
ERIC 2:3
especially 81:9
    175:7 176:17
ESQ 2:3,3,6,6,9,14
    2:17,18,21 3:1
essence 17:17
    158:20
establish 96:4
established 94:21
estimate 11:17
    30:20 52:3,6
estimates 155:19
et 1:4,8 6:15
ETA 236:24
ethical 18:18
event 120:19 211:9
    212:1
events 61:4
eventual 245:9
eventually 157:16
    164:6 167:13
everybody 107:18
    234:18 243:25
everyday 112:1,3
    160:15

evidence 124:17,19
    140:16 190:13
    191:5
exact 25:5 208:16
exactly 32:25
    226:19
EXAMINATION
    4:3
examined 6:6
example 11:9 75:3,6
    75:11,15 76:19
    120:24 153:8
    155:15 156:2
    198:1,7
excavate 68:17
exceedances 230:15
    230:20 231:13
exceeds 231:1
excess 70:1
excluded 64:20
    163:9 173:8
excluding 163:5
exclusively 55:7
    86:18
excuse 12:11 82:24
    128:24 135:24
    201:24 214:22
    217:13 218:23
executed 77:25
    146:24
executing 22:23
execution 24:19
    83:5
exhibit 4:12,13,14
    4:15,16,17,18
    7:25 8:15 16:10
    16:14,24 27:4
    53:4,10 56:15
    58:2,8 64:24 65:6
    69:11 77:14 79:10
    80:2,5,14 110:5,7
    152:12 154:16
    183:1,16,20
exhibits 59:2
exist 189:9 237:6
existed 108:14
    149:18
existing 86:7 87:1
    162:23 183:9
    186:12 187:9
    189:19
expanded 77:13
expanding 155:16
expansion 49:18
expect 124:10,13
    160:14 163:25
    190:24 193:11,15

193:22 194:2
expected 235:19
    248:23
expenditures
    213:23
expense 142:3
expenses 213:14
experience 34:7,19
    37:16,18,19,19 41:18
    43:22 44:4 48:17
    83:15 85:11,13,18
    85:20 95:1 98:9
    99:20 160:9 162:2
    162:12 176:16
    195:5 199:20
    200:1 201:3,5,7
    214:16 237:17
    241:15,16 246:3
experienced 160:19
experiences 36:2
expert 7:15 8:16
    12:12 13:1,20
    14:18 15:11 16:11
    20:3 27:3 29:22
    30:3 40:1 44:7,10
    44:22,25 45:10,19
    47:10,24,25 48:12
    48:22 49:1,2
    55:24 56:9,13
    57:18 199:15
    201:24,24 235:19
    236:12 248:7
expertise 143:20
    144:13,21 247:7
experts 26:2,8
    29:10,18 95:12
explain 35:13 60:23
    81:13 139:14
    161:7 196:4
    244:15,20
explained 160:24,25
explaining 154:13
explanation 60:11
    70:24 98:20
    124:24,25 245:19
    249:11 253:22
explication 60:7
exposed 109:4
    111:3,9,20 112:13
    112:16 121:22
    122:1 123:6,6,15
    125:10,19 242:24
extent 147:9 151:16
    172:5 182:6 223:4
extenuating 130:12
extraction 232:6

Ali Hashimi
April 29, 2024

| | | | | |
|---|---|---|---|---|
| **F** | feel 60:8,9 70:23 | 207:7,16,25 211:1 | 147:23 148:14 | funding 76:25 184:6 |
| F 69:23 255:1 | 98:19 146:1 161:9 | 250:12 | 149:7,19 150:7,14 | further 36:20 70:24 |
| face 109:2,3,9,20 | 161:25 208:5 | fit 223:13 224:1 | 151:5 152:7 160:5 | 75:18 76:20 149:3 |
| 254:4 | 249:6 | five 120:1 176:9,20 | 161:5 163:7,15 | 167:5 200:5 |
| facilities 38:16,21 | felt 178:23 202:22 | 241:1 | 164:13 166:4,13 | 254:16 |
| 62:12 91:21 | FGD 192:13 193:18 | fix 120:14 | 168:10,21 170:11 | Futrell 2:9 4:5 |
| 239:12 | 194:9 | fixed 173:23 | 171:10,17 179:14 | 17:12 18:10 |
| facility 44:23 45:3 | field 98:11 143:20 | flagging 123:19 | 182:13,22 185:11 | 141:13,15 144:5 |
| 46:16 60:19,22 | 160:19 200:10,25 | flare 226:13,18,21 | 186:16 187:4 | 144:25 146:3,13 |
| 61:8,22 62:5 | 201:10,13 231:4 | 227:6 239:22,22 | 188:23 189:25 | 147:2,18 148:6,17 |
| 63:24 64:16 75:14 | 239:11,14,17 | 240:18 | 191:2,11,20 193:5 | 149:13 150:1,10 |
| 75:22 76:8,15 | 240:6 | flip 16:21 52:8 | 193:19 194:5 | 150:17 151:13 |
| 82:12,21 86:7 | fields 200:11 | 181:9 | 195:13 198:13,20 | 152:10 154:20,25 |
| 87:1 88:1,8,15,22 | figure 219:12 | flooded 216:2 | 205:19 206:7,14 | 160:22 161:12 |
| 89:21,22,25 96:12 | figures 245:1 | Floor 2:7 | 207:5 209:13 | 163:10,17 165:3 |
| 96:22 107:15 | figuring 222:4 | flow 248:22 | 212:8,9,20 213:16 | 166:7,21 168:13 |
| 122:14 138:17 | file 19:10,12,22 | focus 159:3 162:24 | 214:5,6 216:8 | 168:24 170:19 |
| 155:16 162:22 | 81:23 | 163:11 173:11 | 221:6 223:2 227:8 | 171:13 172:4 |
| 169:8 180:7 | filing 5:10 | 174:18 184:3,14 | 248:4,11 252:11 | 179:8,20 182:16 |
| 189:19 190:8 | fill 27:23 142:2 | 185:5,23 | 253:11 254:11 | 182:25 185:14 |
| 197:8 201:21 | 155:22 227:20 | focused 217:18 | formalities 5:9 | 186:19 187:18 |
| 203:22 206:18 | final 40:15 67:7 | 252:23 | format 84:6 255:11 | 188:25 189:11 |
| 208:10,10 244:8 | 96:5,21,22 97:14 | follow 97:5,7 158:5 | former 66:8 | 190:2 191:4,13 |
| facility's 81:9 82:25 | 98:6,14 115:14 | 168:19 172:15 | forms 155:21 | 192:5 193:8,25 |
| 84:3 175:6 | 181:17,21 216:1 | 197:25 | forth 225:5 228:17 | 194:8 195:18 |
| fact 8:21 44:20,24 | 224:18 | follow-up 241:9 | 255:7 | 199:4 212:8,19 |
| 47:4 59:6 140:8 | financial 255:12 | followed 153:13,15 | forward 205:16 | 213:16 214:5 |
| 165:14 174:24 | find 30:21 35:3 62:2 | follows 6:6 | found 14:17 35:3 | 221:6 223:2 227:8 |
| 179:15 205:11 | 82:8 99:17 117:20 | foot 108:14 | 82:6 148:24 203:5 | 247:14 248:4,11 |
| factors 130:5 | 129:22 160:16 | footnote 138:14 | 229:17 | 251:14 252:15 |
| facts 14:4 102:16 | 165:22 194:14 | force 67:8 68:14,18 | four 10:25 44:13 | 254:7,15,20,21 |
| failed 29:23 71:5,11 | 205:4 | 212:4 | 47:3 48:19 119:10 | |
| 71:17,23 72:7,24 | finding 109:18 | foregoing 255:5,7 | 135:1 | **G** |
| 107:16 108:12 | 221:24 233:15 | foremost 111:15 | fourth 80:15 239:9 | G-O-L-D-E-R 36:5 |
| failure 108:25 | findings 59:6 | forget 243:14 | **FREDERICK** 1:4 | 36:6 |
| 109:19 | 205:10 229:11,14 | forgot 13:18 29:20 | free 60:8,9 70:23 | gained 234:20 |
| fair 63:14 67:16 | finds 243:21 | 194:6 | 98:19 161:25 | gas 43:4,8 48:7 |
| 86:17 155:1 | fine 6:12 12:23 | form 5:13 17:12 | freeze 207:19 | 60:20 64:6,15 |
| 159:11 214:19 | 20:13 60:13 80:24 | 18:9,10 29:25 | frequency 226:24 | 69:3,8 75:22 76:7 |
| 222:22 225:8 | 126:3,5,7 130:23 | 38:14 40:17 52:16 | 231:16,22 | 76:14 81:12 85:21 |
| 229:22 237:22 | 131:8 154:15 | 53:12 54:16 62:18 | frequent 201:20,22 | 88:22 93:17,20,22 |
| fairly 168:9 | finish 7:3 | 63:16 66:24 71:7 | front 7:25 9:7 30:17 | 94:1,9 95:3,20 |
| Falgoust 136:1 | finished 7:2 | 71:13 72:10 73:2 | 141:23 159:1 | 98:25 112:23 |
| 137:1 | firm 21:21 57:7 | 73:3,11,23 76:24 | 182:24 183:17 | 113:23 120:12 |
| fall 12:14 14:14,15 | 255:17 | 77:16 81:14 82:13 | 218:1 | 121:3,3 132:6,21 |
| 15:19 18:25 20:2 | firms 57:12 175:19 | 83:1 84:21 85:9 | froze 207:22 | 133:5 136:6,14 |
| 22:1 36:24 | first 6:4 10:10 12:10 | 86:16 87:3 88:16 | fulfilling 91:5 | 137:11,17,18 |
| familiar 57:11 | 12:11 16:12 18:24 | 89:1,7 90:1,9 92:9 | function 158:24 | 138:3,20 140:10 |
| 91:12 154:1 | 19:4 20:1 25:16 | 92:24 94:4,16 | 198:10 248:24 | 140:17,23 155:16 |
| 169:19 172:2 | 26:5 29:24 56:12 | 95:7 114:2 115:12 | 253:5 | 162:19,20 163:5 |
| 208:17,19 | 59:19,24 62:6 | 116:4,21 123:16 | functioning 164:12 | 163:12,22 164:11 |
| far 53:16,20 55:11 | 67:12 69:16,18 | 124:3 128:14 | 179:13 | 165:6,16 166:1,11 |
| 206:6 | 71:14 81:10 99:10 | 129:1,15 131:6,19 | functions 76:12 | 173:9 175:6,8 |
| favor 18:21 | 106:2 111:15 | 132:25 133:9 | 101:16 | 176:13,22,24 |
| February 213:7 | 122:11 131:23 | 134:2 138:10 | fund 71:1,5,11,16 | 177:9,13 178:6,11 |
| 220:13 | 183:21,24 206:9,9 | 144:2,22 145:21 | 71:18,19,23,24 | 178:15,21 179:4 |
| Federal 5:6 | | 146:11,20 147:7 | 72:2,8,25 | 180:13 181:14 |

186:21 187:7,9,10
187:15,20 188:21
189:6,16 195:8,11
197:15 198:4,11
198:12,18 199:21
200:1,9 201:3,21
203:18 204:19
206:24 207:3,12
208:1,8,20 210:15
212:6,25 213:8
214:23 215:9
216:6,22 217:6,13
217:13 219:15
220:1 222:15
224:4,13 225:10
228:21 230:21
231:11 232:6,14
236:18,25 239:1
239:12 240:4,5
244:12,17 245:13
245:20,21
gas-related 121:6
gases 101:24 136:21
206:2
GCCS 60:21 81:10
81:11,18 82:25
84:3 85:8 86:2,5,5
86:24,24 87:7
88:1,5,6 90:5
99:23 138:19,21
142:3 164:6
188:13 189:17
203:21 204:5,9,16
206:6,13,18
222:23 244:10,13
244:18,23 245:18
gears 158:25
general 57:25 58:2
58:7 59:3 69:22
96:8,16 99:15
101:4 104:7,8
129:11 132:19
156:3 160:14
164:3 195:15
205:7,12,25
245:20
general's 158:17,22
generally 12:5
34:16 69:6 72:20
98:22 99:18
100:17 101:2
126:2,18 155:21
168:11 169:21
177:24 195:19,22
223:3
generate 27:24
243:16

generated 53:7
113:22
generation 101:17
102:2 114:1
generic 219:19
220:3,4
generically 241:23
253:17
geographic 11:7
geologic 35:19
Georgia 44:17
45:18,25
getting 140:3
162:12 203:8
213:24 232:16
GGCS 81:9
Gieger 2:14 56:17
gigabytes 202:22
give 6:14,23 11:17
11:23 13:12 16:24
18:20 27:20 52:5
52:20 54:14 110:9
120:2 143:15
153:15 159:8
199:16 215:17
224:11
given 15:10 19:16
24:17 44:7,11
46:21,23 47:6,10
144:20 176:5,10
176:15 179:15
180:22 187:1
gives 113:11 116:3
giving 12:1,7 57:18
170:22
go 7:4 10:11 35:23
54:18 60:13 67:1
69:9,11 79:19
83:7 85:23,24
87:17,17,18 95:25
104:22 110:23
115:6 130:25
131:21 149:3
156:9 159:3
165:24 175:3
196:4 205:3
206:15 214:17
217:25 218:5,16
219:11 223:13
234:2 244:1
248:19 252:12
253:15
goals 229:24
goes 27:23 28:1
185:17 192:11
197:8 206:6
going 9:5 13:15

14:2,6 15:1 16:13
20:11,23 31:12
38:23 39:14 54:9
54:14 56:14,19
59:19 64:22,23
71:2 78:6,14,15
80:12,13 87:10,19
96:19 98:16 99:25
105:14,25 110:7
117:9 118:14,15
118:22 119:3,6,18
119:19,25 120:1,8
122:11 134:12
135:13 136:24
137:4 141:5
142:14 146:6
148:7,20 151:21
153:17 155:24
157:3 158:25
159:3 164:9 166:5
168:20 170:7
171:2,14,18
173:25 174:13
188:2,20 205:15
205:16 225:23
238:1 254:6
Golder 36:3,5,10,22
36:25 37:12,20,22
38:6,13 203:15
Gonzalez 136:4
good 6:8,13 26:11
247:23 248:1,9
gotten 53:16,20
217:6
Government 107:3
governmental 49:8
142:22
grain 126:3,5,7
130:23 131:8
greater 238:13,21
239:3 241:20
Greek 160:11
ground 124:22
126:20 165:18
group 6:1 8:18
10:10,13,16,19,21
10:25 11:19,25
12:3 17:23 18:7
18:15 22:12 24:10
24:22 25:4 39:15
50:15 51:14 56:5
88:11 156:14
Group's 31:3
groups 25:6
growth 184:7
guess 34:5 44:20
48:18 77:3 79:15

89:18 95:14
153:12 158:2
160:7 165:16
171:18 174:20
175:24 184:13,18
185:18 196:18
202:13 212:13
215:19 237:21
239:4,12 249:5
guidance 232:20
guidelines 232:23
236:25 255:11
gypsum 112:21
113:18

**H**

H 2:6 4:10 183:2
H20 128:25
H2O 128:24
half 36:12,14,15
176:4
halfway 139:7
Hall 22:16,24
Hall's 22:17
halting 240:7
HAMMEL 3:1
hand 181:8 246:5
246:13 253:19
handed 8:13 14:5
64:25
handful 104:19
123:23
handing 16:9 80:2,5
handle 81:20 82:1,5
handles 156:14
hands 199:20,25
201:2 236:17
237:10
happen 254:6
happened 48:4
167:20 170:23
220:17 239:8
happening 111:17
happens 11:5
happy 6:23 7:3,9
hard 125:13
Harry 2:3 6:9 16:16
199:5
Hashimi 1:17 4:12
4:13,14,15,16,17
4:18 5:5 6:1,8
8:19 30:14 31:6
34:7,20 64:23
93:14 121:10
141:14 199:12
238:1 241:8
Hashimi's 119:15

haul 223:22
head 32:16 92:17,18
97:18,20 108:12
108:14 141:4
152:8 205:1 209:2
209:17 214:10
224:2 226:22
238:24
head's 120:2
hear 26:5 207:20
heard 178:10
207:20 236:14
239:20
hearing 46:25 49:17
229:3
held 50:18 51:4,6
233:22
help 22:19 128:18
178:24 184:4,17
197:10
helped 200:7
helpful 161:7
helping 184:19
hesitate 236:6
hesitating 142:24
hey 168:5 234:2
high 132:20 133:4
215:2 216:18
240:4
higher 253:6
Hillside 45:5 46:16
47:16 156:18
157:21
hire 144:8,12 212:4
hired 40:11 44:21
158:12 235:18
hires 144:21
hold 50:23 164:8
254:15
holder 61:4,6 108:5
175:18 177:16
holding 11:1
honestly 174:16
hook 210:11
hope 25:18 105:14
hopefully 221:23
horizontal 211:19
212:6 224:5
hour 7:11,11
hours 27:11,15,21
52:7 251:6,7
hover 105:16
Huh 100:5
hydrogen 48:6
112:22 113:3,21
128:22,25 129:9
130:1 132:21

Ali Hashimi
April 29, 2024

133:5 190:11
191:18 243:16
hypothetical 94:18
95:9,12 165:11
168:22 214:7
216:23 239:4
hypothetically
223:8

**I**

**Ictech-Bendeck**
7:16
**idea** 31:19
**ideas** 113:11
**identified** 53:4
110:10
**identifies** 122:16
**identify** 8:20 54:6
72:18 80:14 84:5
105:17 106:4
135:14
**IESI** 65:15 66:4,21
67:15,23 68:5,9
68:17 69:13 70:13
78:12 79:5 80:7
80:16 81:2 145:2
145:8 167:13
182:18 196:8
**ignore** 149:4 166:2
**IL** 6:3
**Illinois** 24:25 25:1
33:6 45:5 46:16
47:16 156:18
157:22
**immediately** 68:20
137:13
**impact** 54:13 86:5
86:24 130:12
162:19 163:21
166:12 189:16
**impacts** 166:2
**implement** 62:13
74:4,9,18 151:2
**implementation**
133:20 181:17
182:1
**implemented** 74:25
**implementing**
75:17
**improperly** 67:14
**improved** 114:20
**in-person** 19:1
**inches** 103:8
**include** 85:13 101:7
142:15 156:2
173:13 204:18
246:15

included 11:22
15:10 43:25 58:15
67:19 72:21 77:11
102:21 122:12
145:13 148:1
151:15 155:6,20
171:22 178:1
182:14 190:15
196:13 211:13
221:17 224:17
228:11 229:9
232:4
includes 116:15
182:19 245:5
including 5:9 60:19
142:2 169:7
inconsistency
140:13
inconsistent 139:12
incorrect 138:25
incorrectly 56:3
increase 216:6
231:16,21
increased 191:18
216:21
index 30:17
Indiana 33:6 51:14
indicate 199:19
indicated 104:14
238:11,19 240:5
indicates 10:12
35:18 61:20 62:3
67:14
indirect 255:17
individual 199:1
243:9
industrial 154:3
169:18
industries 232:22
industry 85:5 96:2
96:3,6 97:1,3,8,11
97:13 98:2,5,9,12
98:22 99:16,19
100:17 101:3,5
102:16 103:2,4
104:9 109:16
110:18 113:1,4,9
125:22 162:3
181:13 186:6
193:3 194:4,17
196:2 232:9,11,14
232:21 233:8,12
235:1 236:2,18,19
237:1,9,18
industry-wide
235:14 236:21
inefficient 253:2

infiltrating 102:5
information 19:15
58:15 71:4 72:6
94:11,13,15 104:1
115:21 116:3
132:12 133:11
143:24 144:20
145:16 146:21,24
148:2 153:3,14
155:25 170:15,15
188:4 190:4,8,23
191:9 192:2,15
193:10,13 194:11
194:12 205:4
208:15 213:10
215:12 217:17
218:14 224:8
225:4,6 226:1,8
227:11 228:12,15
229:9 232:17
233:17,20 234:4
235:21 236:1,9
237:6 248:15
252:17,21 254:5
informed 114:19
255:12
initial 15:9,13 209:1
initially 139:17
157:4,13
initials 20:23
insert 156:6 246:23
insignificant 125:15
inspect 110:23
148:12,23
inspection 68:1
102:19 103:10,14
104:12,20,21
105:20 106:25
112:6,7 140:22
242:16,20 250:10
250:25 251:7
install 210:9 212:25
213:8 214:2,9
218:23,23
installation 86:1
177:4 195:8,24
208:7,20 209:8
211:8 212:5
220:16,21 227:5
installed 58:25
113:23 164:6
179:25 188:2
203:19 207:4,12
208:2 209:11,21
210:4,7,15,20,24
211:12,19 214:3
217:14 218:2,7

219:7,23 220:1,12
224:6
installing 212:18
instance 246:25
instruction 13:11
insufficient 114:6
integral 142:12
intended 101:15
198:5
interdependent
138:8,12 140:1
197:17 198:8,19
interest 43:7 69:25
117:20 118:21
174:17 177:14,17
interested 194:14
255:20
interim 96:5,17
97:14 98:6,13
102:10 103:1,24
104:4,10,15
120:21 127:20
130:17 181:16,21
internal 17:16
172:1 233:4,12
234:8,22 235:3
internally 234:2
interpose 14:1
interpretation
62:23
interpreted 62:19
interrelated 197:22
interrupt 6:25
interval 7:8
introduced 6:9
141:15 152:11
investigated 158:4
investigation
103:22 104:5
132:16 215:22
invoice 27:24,25
28:11
invoices 28:13
involve 48:6,9
involved 38:17 41:8
42:20 47:16 82:7
83:12 85:2 91:18
91:20 156:20
164:20 175:11,14
176:1,15,21
177:19,22 200:11
200:13,20 202:19
involvement 43:6
involving 43:21
Iowa 33:12
IPA 158:22
issue 23:9,17 27:6

47:17,19,22 54:5
78:5 121:6 140:21
147:9,12 150:22
157:21 165:12
211:4
issued 8:21 17:25
18:7 22:25 23:3,6
25:17 28:10,13
40:15 55:25 56:7
59:7 66:15 104:3
224:19 243:3
issues 49:8 94:1,6
104:20 105:2
178:23 186:24
203:6 204:12
225:17,20,22
226:3 248:16
item 49:25 58:1
122:13 221:8,10
228:4
items 31:22 70:23
117:22 146:1

**J**

**J** 2:14 106:10
**January** 188:13
213:2,7 217:15,22
218:7,11,12,21
**Jeff** 65:14
**Jefferson** 8:17,17
9:17,23 16:11
17:8,19,22 18:5
56:3,7 60:17 61:2
61:20 62:3 63:5
63:21 65:9,24
66:12,20,21 67:15
68:9,16 69:12
70:9,25 71:4,10
71:15,23 72:7,24
74:3,8,17 77:23
78:11,14 79:6
80:7,16 81:1,6,17
84:1 85:25 86:2
86:11,15 87:24
93:6 100:13 102:8
103:15,15 107:2,3
112:5 113:19,20
115:1,11,18
116:11,19 117:16
118:2,3,10,16
122:14 127:2,15
127:21,23 128:13
130:17 131:11
133:15 134:1,7
136:8 140:19
141:16 145:3

Ali Hashimi
April 29, 2024

147:15,21 151:18
154:4,8 162:17
163:3 166:23
167:6 169:4,13
170:1,3,9 171:8
171:25 175:17
177:6 180:17,19
180:23 182:18
186:13 187:23
188:19 189:14
190:7,13,20 191:8
191:17 192:7
212:2,4,17,24
213:15,24 214:3
214:21,22 215:6
218:21 221:16
222:6,25 223:17
227:4 229:23
230:4 231:21
239:22 242:12
247:20 251:1
**job** 39:2
**jobs** 41:24
**John** 2:6 136:4
157:13 241:12
**Johnson** 2:3 4:4 6:7
6:9 7:22 12:25
13:5,8,10 14:8
16:8,18,23 17:15
18:12 20:10,14,17
20:21 21:4,9,10
30:5 38:20 40:20
52:17 53:18 54:18
54:20 55:1,10,16
56:23 57:3,20,23
57:24 58:20 62:21
63:17 66:25 71:8
71:20 72:17 73:5
73:13 74:1 77:18
78:22 79:1,19,25
80:1 81:21 82:16
82:23 83:6 84:24
85:12 86:19 87:9
88:20 89:3,10
90:4,13 92:10
93:2,13 94:8,24
95:11 105:3,10
110:6,13 114:4
115:15 116:1,8,22
117:2,13 118:7,12
119:5,16 120:4
121:9 122:7,10
123:25 124:7
128:16 129:4,16
129:21 131:9
132:2 133:3,12
134:4,15 135:1,6

135:9 138:13
141:5,17 145:4
150:12 156:19
159:5 163:1 175:9
183:15 186:7
197:4 214:20
241:14 242:15
249:16 251:13
**Johnson's** 178:2
**joined** 37:9
**joint** 56:16
**Jose** 136:3
**Joseph** 65:17
**JP** 105:23 125:4
154:21
**JPLF** 78:9 105:24
119:7 134:25
152:13 154:21
169:7 173:7
208:13 220:24
221:4 222:25
224:12 225:9
232:2
**JPLP** 134:18
**Judge** 1:12,13 59:7
59:13
**Julie** 22:16,17
**July** 80:17 205:17
215:6 216:18
**jumped** 153:25
**jumper** 223:20,23
**jumpers** 227:15,25
228:18
**June** 114:7,15,18
211:18
**jurisdiction** 45:15
45:25
**jurisdictions** 33:2
**juror** 161:1
**jury** 159:23,25
160:25 161:1
247:16,25 248:8
249:1 251:18
253:8,23 254:14

### K

**K** 16:12
**Kansas** 33:14
**keep** 27:5 34:13
117:19 173:22
**keeping** 33:7
**Keith** 118:1,10
136:3
**Kentucky** 33:6
**kept** 22:10 52:6
**kind** 34:3 94:17
155:22 156:7

164:2 165:10
217:11 219:18
223:7 232:23
236:13
**Kind's** 201:24
**kinds** 97:17 246:4
**Kline** 30:3 202:7
**Kline's** 30:8 201:24
**knew** 28:3 93:22
113:16,22 218:3
**know** 7:9,10,13,18
7:19 9:19 11:22
13:22 14:17 16:1
16:21 17:5,25
18:1,2,8,11 25:5
25:20 26:17 30:2
30:6 33:2,10
34:21 35:4 43:7
45:2,15 46:3,7
48:14,17,24 49:4
53:15 57:14 58:7
58:13 64:1 65:20
66:4 74:24 75:1
78:1 84:19 91:19
94:18 95:3 96:16
97:1 98:18 99:15
101:4 103:22
109:23 113:8,9
114:25 123:19
124:5 128:1,2,6
132:3,12,13
141:23 145:1
146:1,24 153:10
158:10 159:5
160:13 162:9
166:15,18 170:14
171:21 172:6
173:21 174:2,7,20
175:15 176:21
180:24 185:19
188:9 191:24
192:1,2,3,9,11,21
200:9 201:11,17
202:13,14,15,21
202:21 203:2
208:6,24 211:6,8
213:19 215:17,18
217:7,24 218:13
218:14 219:20,24
221:7 223:12
224:17 226:24
227:17 228:6
232:21 234:1
235:11 236:11
237:5,13,15
240:15 241:2
243:17,19 248:13

**knowing** 94:9,11,13
94:15 195:9 218:2
225:23
**knowledge** 48:11
144:7 179:2,4,22
186:11,25 190:19
193:17,23 194:3
215:15 224:14
225:11 237:18
239:2 255:16
**known** 189:8 241:1
**knows** 95:2

### L

**L** 5:1
**LA** 1:20 2:11,16,19
2:23 3:2 7:17
78:12 79:5 80:7
80:16
**labeled** 152:12
**Laborde** 2:14 56:18
**LAC** 107:20
**land** 49:13 127:21
195:15
**landfill** 1:7 6:16
8:17 16:11 21:7
37:18,19 38:5
42:8 43:8 47:11
47:22 48:3,4 49:9
49:18 50:12 51:9
51:11,16 60:20
64:6,13,15 65:18
65:23,24 66:11,22
69:2,23 71:1,5,11
71:24 72:8,25
74:24 75:22 76:7
76:14,22 78:12,13
79:5 80:7,17
83:16,18 86:11,15
89:6 92:1 93:6
95:2 97:6 98:25
102:8,20 104:3
107:4 113:19,20
114:6 115:1,11,18
116:12,20 117:16
120:25 121:23
122:15 125:1,5
126:10,12,15,23
127:2,15,24
128:13,19 129:10
130:18 131:5,11
131:14 132:24
133:8,15 134:1,8
136:8,21,22,25
137:17,18 138:3
140:17,19 142:8
142:12,14,23

143:10,11,12,17
144:19 151:18
154:5,9 156:21
157:5,12,22,24
163:5 164:5 166:3
166:12,18 169:3
169:14 170:2,9
174:14 177:7
180:13 186:13,23
187:24 188:19
190:16,17 195:5,7
195:16 196:10
198:2 199:21
200:1 201:3
203:16 206:3
219:24 228:20
232:14 239:12,22
240:5 241:15,17
241:20 242:6,13
245:8 251:1
**landfills** 37:25 38:3
38:12 41:23 42:4
42:21 43:17,22
47:1 49:23 50:3
65:14 83:14,19,21
85:21 91:16
112:19 113:7
142:2 143:4 144:8
144:9,11 195:11
**language** 62:23
149:12 160:14
213:18
**Laperouse** 2:14
56:18
**lapse** 32:13,15
**lapsed** 32:23,24
**large** 145:22
**larger** 10:15,22
253:4
**largest** 10:9
**late** 15:15,16 46:8
218:20 240:20
242:16
**law** 5:8 21:21 59:7
205:11
**laws** 97:25 99:13
**lawsuits** 237:21
**layman** 249:9
**layout** 239:25
**LDEQ** 114:10,17
140:22 141:2
242:15 243:3,9
**leachate** 58:25 59:1
67:8,8,9,9,20,24
68:2,11,14,18,20
93:17 94:2,6 95:4
101:17 102:2

Ali Hashimi
April 29, 2024

107:16,25 108:12
108:15 120:13
137:12,15,20
138:2,15,19 139:9
142:6,11,18
150:13 165:17
173:10,12,17
174:24,25 179:9
179:12,22 180:4,6
186:22 195:25
196:9 197:1,6,16
198:1,17 219:15
219:25 222:1
244:6,10,16,24
245:13,23 247:22
248:1,8 251:19,24
252:5,7,18
leak 67:8 68:14,18
learned 234:20
leary 218:2
leave 36:22,25
lecture 51:20,24
left 222:14 227:7
legal 38:25 39:8,11
39:21 40:14,23
44:19 46:3 48:14
62:24 63:11,14,19
73:25 90:15
104:23 156:14
159:8 161:14
162:5,9 246:9,18
247:1
lessons 234:19
let's 10:11 59:18
60:16 69:9,11
81:5 85:23,24
87:17 93:10 95:25
101:10,12 104:19
118:21 125:21
163:11 165:8
177:14
letter 20:8 64:25
65:1,3,5,8,13,17
66:15,19,19 67:5
67:6,13,21 70:15
77:12 84:7 215:18
215:24,25
letters 77:20 108:8
level 22:21 35:1
221:15 222:2
240:19
levels 59:1 191:18
215:2,13 216:12
216:18 221:3
240:4
LEWIS 1:19 2:17
LFG 190:8 232:9

237:9
liaison 158:20
license 32:13,15
33:2
licensed 32:19
42:19
life 219:24
Lift 68:19,19
light 252:13
likewise 6:23 179:9
lime 48:9 91:13,16
91:23 92:1,4,8,13
92:22,23 93:4
112:21 113:17,18
114:25 115:10,18
115:24 116:11,19
186:5,14 187:2,23
188:18 189:5
limit 149:24 151:19
182:9 206:5,12,20
limitations 98:24
213:20
limited 182:6
213:14,23 238:4
Lindsey 122:16
line 167:6 187:11
197:25 223:10,11
223:20 227:18
250:12 251:20
liner 75:14 219:20
lines 108:15 209:23
209:23 210:6
211:13,14 219:6
227:16 228:1,25
liquid 154:3,9
169:17,20 221:3
245:14,21,22
liquids 121:3
138:20 180:13
215:2 216:4,18
244:12,17 245:7
LISKOW 1:18 2:17
list 37:12 52:15 53:1
53:6,6 54:24 55:4
55:8,9 58:1,2
105:9,18 117:24
118:6 134:23
250:6
listed 31:1 32:17
35:10 36:2 43:24
46:23 52:21 54:25
67:21 84:10
105:12,17,19
106:3 117:22
119:14 121:13
132:17 142:17
187:13 209:15

lists 67:6 153:11
literature 50:10,11
litigant 255:17,19
litigation 12:8
little 30:16 31:24
47:18 54:10 87:11
90:21 123:21
125:21 129:7
141:21 155:10
157:20 169:2
193:9 200:5 236:7
LLC 2:9,14,21 6:2
8:19 10:13,20
11:5,19 24:22
25:4 39:15 56:18
56:19
LLP 2:2
load 120:9 137:4
located 19:19 24:24
36:7
location 25:3
229:19
Lockwood 118:2,11
118:24 119:3
135:25
logic 197:25
long 19:7 20:7
36:10 96:19
145:11 200:14,16
200:16,18
longer 32:12 177:22
178:1
look 9:3 16:13 29:5
35:7 57:4 61:13
61:15 64:24 69:17
70:24 74:12 78:16
80:8,12,13,21
98:17 99:7 100:7
101:10 102:13
105:14,18 117:23
118:15 122:12
123:2 124:21,23
125:8 130:5,24,24
131:21 134:13
135:5,8,13,15
137:8 139:5 149:9
152:14 160:8
184:21 206:16
208:4,6,7 209:16
209:24 211:15
218:17 221:8
223:25 230:23
231:9,14 240:15
243:23 248:19
251:25 252:2,13
looked 8:24 28:25
29:1 44:3 58:15

77:12 97:19
110:16 111:6
121:12 122:9
130:15 134:19,20
211:2 249:24
looking 20:17 31:5
31:9 44:2 66:18
67:14 73:19 98:21
99:5 147:10
165:15 199:14
222:3 226:18
228:4 231:10,10
240:2 244:4 252:2
253:8
looks 106:11 119:7
192:18
lost 76:1 172:16
lot 24:18 112:25
124:6,9 141:17
146:23 160:9
200:12 214:17
228:16 233:18
235:11,25 241:22
lots 112:5
Louisiana 1:2,7
5:24 6:15 8:18
21:6 32:17,20
42:19,21 43:17
61:10 105:21
106:5 107:7 110:2
110:20 121:14
185:22 241:15
242:5 249:22
255:4,14,24
lowest 108:14 247:9
LRLC 9:14 73:10
73:15 74:3,8,18
75:4,16 76:10,21
77:5,25 90:23
91:2,5 94:10
102:14,25 109:14
110:16 113:16
180:11 186:4
242:1,4,12 247:17
247:21
LRLC's 75:13
173:6
lunch 119:21 121:8
121:11

**M**

M 2:4 88:5 176:1,8
177:13 182:6
221:17,9
Magistrate 1:13
main 67:8 68:14,18
maintain 78:11 86:6

86:25 108:12
162:22 174:1
184:19 189:18
206:25 240:19
maintained 88:7,14
maintaining 147:13
177:9 181:6 184:3
184:14
maintenance 60:20
86:2 87:25 173:19
176:13,22 195:25
making 26:15 55:19
117:10 200:10
201:12 224:13
225:3,9 239:1,2
255:13
Malone 122:17
manage 75:22 76:7
76:14 78:11 83:19
83:21 96:14
113:12 120:18
128:20 163:4,14
244:11,17 245:7
managed 83:14
157:25 248:17
management 24:14
24:18 37:24 38:3
38:13 50:16 62:14
81:7,19 82:1,5,11
82:20 83:8,18
84:2 85:3,7,17
88:11 89:25 100:8
100:10,15,20
105:20 113:11
138:15,19 139:9
142:4,6 143:13
175:5,10 183:10
190:7,16 196:1
197:6 198:24
233:1,3 244:6,11
244:16
manager 22:18,20
41:20,24 42:2,5
83:17 106:15
136:25
managers 24:13
managing 22:22
81:9 89:22 160:10
174:14 175:7
181:14
manner 88:6,14
March 8:16 30:10
55:25 56:7,12
79:7
mark 56:14 64:23
78:7 79:10,17,20
79:25 110:4,7

129:16
marked 7:24 8:14
  16:10 65:6 78:8
  80:14 154:15,16
  183:1
marks 78:17
mass 102:5 121:1
master's 35:19
  50:25 51:3
material 55:11
  97:10 98:11
  106:17 113:3
  126:14 129:6,8
  131:12,22 187:7
  190:6 191:25
  193:22 250:5
materials 19:13
  51:18 52:11,19
  53:2 54:24 55:5
  59:9 64:3 78:5
  81:22 82:9,17
  83:23 84:11 91:24
  101:15 102:1,3,7
  105:8,12,19 106:3
  112:18,21,24
  113:6,21 118:5,18
  119:15 120:15
  121:13 122:4
  125:23 130:15
  132:4 134:24
  146:6 181:11
  190:21 191:1,15
  191:18 192:14
  193:18 202:7,8,9
  228:7 243:18
math 218:3
Matt 14:24,25
matter 60:4 145:1
  165:14 170:6
  172:10 194:15
  245:20 255:18,19
Matthew 2:21 16:12
  56:1
maximize 185:4
maximized 184:7
Mayer 136:1
mean 12:4,5 19:12
  22:20 23:10 24:11
  35:6 48:14 53:19
  55:8 58:22 60:23
  60:24 76:4 89:11
  95:24 100:19
  110:4 111:24
  124:22 139:15
  143:8 146:22
  147:21 148:16
  165:11 167:18

198:25 201:9
207:6 208:9
212:16 217:1
219:19 223:6
229:12 231:4
248:25
means 34:2,4 96:18
  220:21
meant 18:2 100:19
  155:14 253:2
measurement 221:3
measurements
  201:1 216:14,15
  221:15 222:2
measures 137:13
  181:18 182:2
mechanism 11:24
  76:25
meet 21:23
meeting 19:7 49:13
  49:20 234:17
meetings 22:5,8
meets 131:16
MEGAN 2:6
member 50:6
memory 92:20
  157:3
mental 146:7
mention 29:19
  165:12 239:20
mentioned 25:15
  50:1 54:11 61:9
  103:6 176:20
  209:15 220:15
  228:8 229:5
  232:10,25 239:9
  239:21 240:13
met 28:18 174:1,3,4
  174:6 229:25
Metairie 2:11,23
  3:2
methane 101:24
method 255:8
Michael 1:13 2:9,14
  2:18
Michigan 44:16
  45:7,16 46:9
midwest 11:12
Mike 118:2,11,24
  135:25 141:14
  199:7,12
milky 123:5
MIMS 2:18
mind 54:22 105:15
  118:8 134:13
  146:5 181:10
  235:24

minimizing 101:23
minimum 112:1
  201:19
minor 223:5
minute 64:24 69:12
  148:8 151:22
minutes 7:11
  119:23 120:1
  189:21 194:15
  241:1
misheard 178:25
misquote 81:24
misread 148:8
missed 239:15
missing 52:14
Mississippi 33:16
Missouri 33:18
Missouri-Rolla
  35:21 50:22
mistake 195:4
misting 150:3 182:6
  182:11
mixed 125:19
MM-CN-18-00614
  108:8
modeling 248:23
  249:13
modification 154:5
  154:8 155:2,7
modifications
  226:17
MOGHIS 2:21
moment 9:15 29:21
Monday 1:18
monitor 59:1 99:25
monitoring 69:7
  182:19 183:3,7
  200:8 207:14
  231:11,16,22
  232:1,7 240:5
monthly 72:12,21
  201:16,19 221:17
  221:18 228:3,9
  231:5,9 232:1
months 114:18
  220:23 250:14
Morgan 1:12 59:7
  59:13
morning 6:8 8:5
  141:16 155:10
mouth 236:5,13
move 70:18 81:5
  93:10 118:21
movement 101:23
moving 24:17
  108:18 117:19
  119:19

multiple 11:4 23:15
  177:19 227:15,25
  232:22
municipal 37:24
  38:4,12 42:20
  43:16 46:25 91:15
  97:5 112:18 113:6
  142:1,7,23 143:4
  144:7 243:15
municipalities 62:8
  62:16

_____ N _____

N 2:1 4:1,10 5:1
name 6:8 10:22
  21:2,4 25:19
  26:13 29:14,19
  30:7 37:6,8 51:13
  66:1 107:22 122:14
  125:5 141:14
  145:25 194:7
  199:12 241:11
named 7:15 21:15
  26:2 44:7,9
names 20:11 26:11
Naperville 6:3
  24:24 25:1
national 234:12
nationwide 192:13
naturally 142:14
near 109:2,20
Nebraska 33:20
necessarily 150:20
  164:7,8,11 200:24
  228:4 235:23
necessary 69:24
  138:17 197:8
  244:8
need 7:12 31:23
  35:16 61:15
  120:22 128:6
  132:3,11 160:24
  161:4,24 164:11
  207:18 224:10
  247:9 251:18
needed 70:10
  157:24 253:22
needs 31:25
negotiates 41:15
never 22:10 118:8
  134:13 154:7
  171:7 172:12,13
  172:21 175:1
  227:5
new 1:19 2:7,16,19
  42:24 43:8,9

223:11 231:17,22
  241:17,20 253:3
nine 153:11 207:3,6
  208:3 209:10,18
  209:20
non-routine 221:4
  223:23
Nope 33:19,21
normally 44:2
North 1:13 2:10,22
  6:2 8:19 10:13,19
  11:5,9,10,11,19
  22:12 24:11,22
  . 25:4 39:15 157:18
note 13:8 107:13,15
  146:8,8
noted 67:25 72:13
  104:20 130:21
  140:17,23 240:4
notes 8:10 196:8
notice 5:6 8:3,5
  32:17 70:5 100:14
  100:23 104:25
  108:21,24 114:11
  141:22,23 229:1
noticed 142:16
  232:10
notices 104:2,12
  109:13
November 59:8
  108:22 251:4
noxious 101:22
nuisance 195:9
number 11:23 25:5
  27:20 31:7 32:12
  52:7 82:7 85:1
  97:15 105:23
  110:10 113:10
  117:24 123:20
  131:20 134:16,17
  134:24 135:2,11
  153:1,8 154:21
  156:7 175:11
  188:6 204:7 208:4
  209:3 232:19
  248:17 252:24
numbered 199:16
numbers 78:23
  79:15
numerals 107:21
numerous 190:15
NW 2:4
NY 2:7

_____ O _____

O 5:1 88:5 176:1,8
  177:13 182:6

221:17,19
O'Connor 84:16
118:24 119:2
135:21,25
oath 5:25 255:5
object 12:21 13:15
17:12 18:9,10
29:25 38:14 40:17
52:16 53:12 54:16
62:18 63:16 66:24
71:7,13 72:10
73:2,3,11,23
77:16 81:14 82:13
83:1 84:21 85:9
86:16 87:3 88:16
89:1,7 90:1,9 92:9
92:24 94:4,16
95:7 114:2 115:12
116:4,21,22
123:16 124:3
128:14 129:1,15
131:6,19 132:25
133:9 134:2
138:10 144:2,22
145:21 146:11,20
147:7,23 148:14
149:7,19 150:7,14
151:5 152:7 160:5
161:5 163:7,15
164:13 166:4,13
168:10,21 170:11
171:10,17 179:6
179:14 182:13,22
185:11 186:16
187:4 188:23
189:25 191:2,11
191:20 193:5,19
194:5 195:13
198:20 205:19
206:7,14 207:5
209:13 212:8,9,19
212:20 213:16
214:5,6 216:8
221:6 223:2 227:8
248:4,11 252:11
253:11 254:11
objection 13:9,13
14:2 82:22 115:25
objections 5:12,16
objectives 174:1,3
objects 13:12
obligated 95:17
obligates 89:15
obligation 77:8
88:10,13 89:16
91:6,10 161:3
163:13

obligations 88:18
89:23 94:22
145:19 159:14
160:3 236:11
253:9
observed 123:5
125:19
obtained 51:3
occasion 72:13
Occasionally
207:19
occasions 72:14
occur 76:25 200:14
occurred 171:12
213:4 239:7
240:11
occurrence 238:5
occurring 120:19
October 250:11
251:3
odor 127:8,15
128:19 129:14,24
133:21,25 134:6
146:15,18 147:6
147:20 148:5,11
148:22 149:15,22
150:20 151:2,4,10
151:15 152:2
157:21 181:18
182:2,15,19 183:3
183:7,10 185:5,24
195:9 230:5,6
odors 47:11,21
49:22 75:22 76:7
76:14 92:22
101:23 112:20
114:1 127:25
128:8,22,24,25
129:9 130:1 131:5
131:13 132:6
149:5,6,17 150:25
151:17 156:20
157:23 158:2,7
181:12,14 184:5
184:10,18 185:10
195:12 206:2
offer 10:7 20:3
52:12,24 95:14,15
153:17 165:19
171:15 178:19
offered 30:10 53:10
84:9 95:19 106:21
142:5 214:22,23
251:22
offhand 217:16
office 19:10,20 36:8
37:2 106:6 109:25

121:14 158:17,22
249:23
officer 41:21,25
42:9 255:4
official 103:23
officiated 5:24
oftentimes 42:13
Oh 125:2 194:22
okay 7:5,13,14
13:17 29:4 31:13
32:4,14 33:5 41:6
42:2 47:24 48:18
55:14 59:22,23
60:15 62:2,15
65:2 69:10 74:15
76:3 86:20 87:10
87:22 99:9 100:4
101:11 106:13
122:3 123:2,3
125:7,9 130:4
135:1,6 140:16
142:10,16 146:4
147:3 148:7,18
149:14 150:2,11
150:23 152:19
153:6 162:4,11
169:21 171:14
172:5,9,24 176:12
178:25 180:10
183:4 184:21,24
185:18,23,25
186:3 192:9,9
193:15 194:1
195:4 201:8
205:25 206:20
208:18 211:11
213:22 218:5
222:8 226:20
227:2 230:14
234:7,25 241:5
on-site 169:18
215:23 220:23
once 160:25 173:23
176:17,18,23
245:10
ones 32:11,22 46:23
79:20 103:6 116:7
194:10 207:7
open 34:13 109:1,8
109:20 217:1,4
operable 173:24
operate 78:11
107:16 108:3
163:4,14 164:22
177:1 180:4 198:4
206:25 210:10,12
222:23

operated 210:8
230:21
operating 41:22
42:3 62:11 69:7
95:2 98:23 108:2
133:19 149:22
164:4 173:8
174:13 177:9
179:17 180:25
196:19 199:21
200:1 201:3 242:3
operation 60:19,20
61:8,22 62:5
63:23 64:5,15
69:2 71:2,6,12,25
72:9 73:1 75:23
86:1 95:20 107:25
138:17,18 140:10
142:5,23 165:12
166:2,12 176:13
176:21 195:24
197:8 198:3
214:24 218:16
228:20 244:9,10
244:12,18 245:18
246:1
operational 142:21
143:5,16 196:3
243:9
operationally 138:5
operations 73:18
75:20 76:5,12,16
87:25 138:21
142:1 165:7 169:3
185:4 195:6
233:16
operator 64:14
66:11 88:5,21
89:5 96:13 143:10
143:17,18,23
157:5,11 195:16
operators 51:16
195:10
opine 72:24 89:20
opinion 19:14 53:15
57:18 59:9,25
60:9 61:24 62:7
62:24 63:1,19
69:9 70:18,19,25
71:10 72:1,7
75:18 78:6 81:5,6
81:13,18 83:8
85:4,23 87:19,23
90:8,15,17,18
91:4 94:14 99:3,4
99:10 101:10,14
102:13 109:13,16

109:21 110:15
111:10 112:17
113:24 120:6
126:9,13 131:4,18
136:13,18 137:14
137:16,24 138:2
139:1,18 140:5
145:17 146:17
147:4 152:3,15,22
153:4,17 155:3
159:5,8 161:14
162:5,10,16
166:22 167:6
170:7 171:15
173:5,13 175:4
178:13 180:8,23
181:10 186:2,9,10
186:18 187:1
189:12 193:1
194:19,24 195:23
197:10,14 198:11
212:14 230:10
232:6 235:25
236:12 238:2
247:7,15 248:13
249:1 251:22
252:4,9 254:4,9
opinions 12:1,8
18:20 19:17 30:9
52:12,20,22,24
53:3,9 54:13 60:1
60:6,7,10,12
86:13 93:11
106:21 113:14
128:10 137:23
159:4 206:5,12,16
206:17,21 236:15
241:25 250:7
252:3 255:15
order 19:16 35:14
78:5 79:16 132:4
154:3 184:7
243:10 247:23
248:2,9 253:23
orders 77:25 79:14
80:11 243:3,11,14
organic 113:20
organizations 51:8
organized 81:17
original 70:8 77:14
219:7 255:2,3
Orleans 1:20 2:16
2:19 42:24 43:8,9
241:17,20
outcome 255:20
outlined 92:15
outlines 153:10

outside 173:10,12
173:17 174:25,25
187:11 196:1
221:18 222:7
outward 101:23
overall 139:22
169:6 198:24
245:5
overpulled 240:6
oversaw 38:12
oversee 38:4 91:6
91:10
oversight 81:8
82:12,21,24 84:3
85:8 175:6
owe 63:7,24
owed 64:2
owner 24:12 61:2,3
61:5 77:1 108:5
143:9,17,18,23
144:19 156:1,5
157:8 175:17
177:16 195:20
owner-operator
158:16,21
owners 144:7,11
156:9 195:7
oxygen 230:15,20
231:13 240:4
oxygens 231:1

**P**

P 2:1,1 5:1 26:20
P-0297R1 107:20
p.m 1:21
packages 246:14,19
page 4:2 30:16
56:12 59:21 60:11
60:17 61:17,19,23
70:22 81:6 98:17
99:7 108:18,19
138:24 139:3,5,6
139:15 141:23
159:4 161:18
162:16 168:25
173:5 180:9 181:9
183:2,20 184:21
184:22,23 186:2
189:13 190:5
192:10 194:18
195:23 197:3,5
199:16 219:11
230:11,13 243:24
244:5 245:1
250:16,19 255:3
pages 52:9 255:7
Palutis 65:14

panels 67:10
paper 235:23
paragraph 5:17
34:10,18,20 62:6
67:12 69:17,18
139:6,7 183:21
194:23,25 238:9
parameters 96:4
98:5
parens 60:21
parent 10:18
parish 8:17,17 9:17
9:23 16:11 17:9
17:19,22 18:5
56:4,7 60:17 61:2
61:20 62:3 63:6
63:22 65:9,24
66:12,20,21 67:15
68:9,16 69:13,25
70:9,25 71:4,11
71:15,23 72:7,24
74:3,8,17 76:21
77:23 78:1,12,13
79:6 80:6,16 81:1
81:7,17 84:1
85:25 86:2,11,15
87:24 93:6 100:13
102:8,18 103:14
103:16 107:2,3
108:4 112:5
113:19,20 114:19
115:1,7,11,18
116:12,19 117:16
118:2,3,10,16
122:15 127:2,15
127:22,23 128:13
130:18 131:11
133:15 134:1,7
136:8 140:19
141:16 145:3
147:15,21 151:18
154:4,9 162:17
163:3 164:21
166:23 167:7
169:5,14 170:1,3
170:9,17 171:2,8
171:25 172:14
173:18 175:17
176:6 177:7
180:17,19,23
182:18 186:13
187:23 188:19
189:14 190:13,20
191:8,17 192:7
212:2,4,17,24
213:15,24 214:21
214:22 215:7

218:21 221:16
222:6,25 223:17
227:4 229:23
230:2,4 231:21
239:22 242:13
247:17,21 251:1
252:9 253:19
parish's 69:23
75:21 76:6,13
81:8 82:12,21
84:2 175:6 190:7
214:4
parishes 62:9,16
parse 95:21
part 24:19 26:5
30:21 40:6 59:8
69:24 72:1 83:10
83:15 87:7 98:25
107:7 111:22
118:18 142:12
147:25 148:10
149:15 150:20,24
153:2 155:11
157:25 158:3
173:11,15 177:7
179:24 181:5,7
183:5 188:19
190:7 194:21,22
196:22 197:5,21
198:15 201:12
206:9,9 244:15
245:3,4,16 247:2
247:10
partially 128:9
185:10
participate 13:20
167:21
participated 51:9
participation
165:20 181:3
particular 24:4
35:16 111:7 128:6
139:23 143:20
156:21 171:5
172:13,20 176:4
182:9 188:17
205:22 209:4
254:9
particularly 129:25
142:20 184:5
parties 78:19 82:7
83:12 85:1 175:11
175:14 176:14,20
177:19 215:15
241:10 255:20
partner 157:8
parts 163:9 187:11

party 89:14 161:3
161:21 162:8
192:3 255:17,18
pass 141:5,11
Paul 2:6 4:7 7:20
12:18,21 13:3,12
14:1,17 16:16,20
18:9,25 20:13,16
20:19 21:2,6,14
29:25 38:14 40:17
52:16 53:12 54:16
54:22 55:3,14,19
56:16,22,25 57:22
62:18 63:16 65:1
66:24 71:7,13
72:10 73:2,11,23
77:16 79:17,21,23
81:14 82:13,22
83:1 84:21 85:9
86:16 87:3 88:16
89:1,7 90:1,9 92:9
92:24 94:4,16
95:7 105:3 110:4
110:12 114:2
115:12,25 116:4
116:21,24 117:5
118:6 119:9,13
123:16 124:3
128:14 129:1,15
131:6,19 132:25
133:9 134:2,16,23
135:4,10 138:10
144:2,22 145:21
146:11,20 147:7
147:23 148:14
149:7,19 150:7,14
151:5 152:7 160:5
161:5 163:7,15
164:13 166:4,13
168:10,21 170:11
171:10,17 179:6
179:14 182:13,22
185:11 186:16
187:4 188:23
189:25 191:2,11
191:20 193:5,19
194:5 195:13
198:20 205:19
206:7,14 207:5
209:13 212:9,20
214:6 216:8
240:25 241:5,7,12
248:5 249:15,19
251:15 252:11
253:11 254:11
pause 13:14
pay 174:16

paying 143:25
payment 174:11
PC 56:17
PDF 16:20
PE 31:6
penalty 108:21,25
people 11:18 34:5
73:21 164:21
176:8,11 195:21
211:6 215:19
234:20 238:25
peoples' 236:15
percent 210:2 217:2
238:4,14,22 239:3
percentage 217:8
238:6
perforations 216:3
216:19 217:1,2,4
217:8
perform 76:11 77:6
77:9 88:14 89:15
101:15 144:8
performance 83:5
229:24 230:2
performances
139:22
performed 72:16
88:6 112:8 232:8
performing 232:23
perimeter 245:6,23
period 20:7 73:18
111:4 119:21
175:25 177:8
193:21 196:17
200:14 205:15
219:23 230:17,20
249:20
Perkey 136:4
permit 49:18 50:1
61:4,5 88:7,15
99:25 102:15
103:1 107:18,20
108:5 109:15
110:17 154:2,5,7
155:2,6 175:17
177:16
permits 86:8 87:2
162:23 189:19
permitted 5:7 62:11
103:9 188:2
permitting 175:20
188:8,9
persistent 230:16
person 22:6,7 41:15
42:6 160:11,15
200:24 255:13
personal 59:14

Ali Hashimi
April 29, 2024

255:9
personally 22:3
156:23
personnel 116:10
116:18 117:1,3
perspective 48:14
phase 67:6,7 68:20
86:10,14 87:15
91:7 93:6 102:11
103:11,18 104:6
108:1 111:3,9
113:24 114:25
115:10 121:22
127:2,16 128:13
132:22,23 133:6,7
133:14 136:7,15
140:18 165:8
173:10,12 175:1
179:21,23,24
180:14 187:8,21
188:22 189:7
196:1 203:9,19
204:16,19,24
206:2,6,13,21,24
207:4,7,12 208:2
208:11,20 209:1,6
209:7,7,11,21
210:15,17,20
211:1,20 212:7,18
213:1,9 214:3,24
215:2 216:2
217:14,22 218:8
218:24 219:8
220:2,13,22
222:16,23 224:6
225:18 227:16
228:1,22 229:17
229:25 230:21
231:13 240:11
phases 88:1 230:16
phasing 142:3 208:8
208:19
phone 22:2 31:7
photograph 111:16
122:12,22,24
123:10,18 124:2
124:11,14,18,20
125:3,7,11,18
photographer
122:16 125:5,17
photographs 111:2
111:9 112:12,13
112:14 121:22
122:1,8 242:20
251:10
photos 111:6
phrase 75:19 76:4

175:4
physically 138:4
picture 123:24
165:16
pieces 123:23
pipe 198:2,3 245:15
pipeline 226:6
piping 245:1,3,6,12
245:23
Pitre 26:20
place 11:24 19:8,8
77:2 120:9,14
150:12 176:19,24
182:7 187:8,21
188:22 189:7
219:21,22
placed 96:14 103:25
123:22 124:1
187:12 243:18
placement 76:23
102:21 184:17
Plaintiffs 1:5
plan 10:7 23:17
52:24 146:15,19
147:6,20 148:5,11
148:22 149:15
151:2,4,10,15
152:2,6,9,18,22
152:24 153:2,5,20
155:5 182:15
183:10 188:13
203:21 204:3
planned 23:9 188:1
planning 62:10
155:16
plans 42:15 59:14
155:18 204:9,13
209:24 210:1
211:15
plant 176:7
play 181:4
please 6:21 7:8
49:11 64:25 69:17
69:21 81:13 82:15
84:5 102:13
124:21 137:12
216:10 254:19
plenty 55:12
point 28:3 55:11
57:21 59:20 85:6
85:16 91:25 97:10
98:10 99:17 100:4
100:6 110:14
113:8 162:13
172:8 173:20
176:10 177:18,21
178:3,20 188:16

211:7 245:10,11
249:5,6 254:8
points 60:10 242:8
pond 136:15
ponded 136:7
pop 125:15 146:5
portion 76:22
103:25 109:3
140:11 173:16
174:18 180:6
209:4
position 22:17
50:23 51:4 160:18
212:4
positions 50:19 51:6
positive 121:1,2
136:20,21 137:17
137:17 203:23
possibility 215:8
possible 235:10
possibly 119:9
145:12 149:24
217:5,7
potential 14:18
108:21,24 112:19
112:22 181:12
190:10 191:17
235:13 243:15,22
247:12 249:7
253:13
potentially 78:3
120:13 150:21
180:2 185:16
186:24 240:6
POTW 112:25
power 67:11
Poydras 1:19 2:15
2:18
practice 233:12
235:2
practices 97:5
113:11 235:15
236:18
precipitation 102:4
predated 193:24
predecessor 66:10
predecessors
242:12
prefaced 253:14
preliminary 224:18
prepare 26:23 27:3
28:17 40:12
155:12,17 156:4
prepared 8:18 17:6
17:10 25:25 26:6
56:9 72:22 99:21
102:18 105:21

153:16 170:14,15
171:24 246:20
247:1 255:8,10
preparing 22:12
27:8 154:18
246:14
PRESENT 3:4
presentation 49:19
50:3
presented 154:3
171:1
presently 24:16,23
pressure 121:2,2
136:20,21 137:18
PRESTON 2:2
pretty 181:4
prevent 128:8
previous 191:21
previously 25:15
147:11 152:11
154:15 191:23
195:1,5
price 214:12,15
247:9
pricing 214:17
primarily 11:11,14
32:2 37:15 86:10
86:14,18 98:8
157:23 158:14,23
159:16 217:18
252:23
primary 33:7
principal 24:10,11
25:2 41:6
principals 24:21
41:13
prior 8:13 25:13
43:20 47:9 59:5
93:15 213:15,24
229:1
proactive 195:7
probably 164:18
185:21 205:3
223:11
probing 12:23
problem 137:6
147:16
procedurally
155:23
procedure 5:7 75:2
255:15
procedures 74:5,10
74:19 75:10
153:10,12,14
proceed 120:3
proceeded 115:19
proceeding 48:14

process 38:24 74:4
74:9,18,21,23
113:2 117:10
155:23 167:15
168:15 169:12,19
170:22 171:7,12
171:15,19 172:1
173:21 176:11
188:14 209:8
212:17
processes 113:1
167:8,22 168:3
processing 62:11
produce 181:12
produced 138:21
202:7,12,14
244:12,17
producing 112:19
product 91:17,19
products 91:22
professional 30:13
30:22 31:1,8,12
31:17 32:7,19,24
34:2,8,9,17,18,21
34:22,25 35:7,8
35:11,15 36:1
37:13,16 42:13
43:22 50:7,15
51:5,7 59:14
94:25 158:19
235:24 236:10,15
237:14
profile 172:13,18,21
program 35:14 51:1
Progressive 7:17
185:21
prohibited 255:16
prohibition 255:14
project 22:18,20
24:19 34:7,19,24
36:19 41:18,20,24
42:2,5,12 43:12
43:15 156:10,18
156:20,24 157:2
158:1,4,15 168:4
168:7,18 200:21
201:8,21 204:9
207:8 246:24
247:8
projects 22:22 38:5
38:18 40:13 41:22
42:20 155:13
promised 168:20
promises 168:16
promote 102:4
promoted 36:19
pronounce 26:17

**Ali Hashimi**
**April 29, 2024**

29:14 125:6
proper 111:19
properly 88:23 89:5
  93:23 94:3,10
  107:16 128:18
  178:7,12,16
  179:13,23 242:24
  248:24
property 111:3
proposal 44:3
proposed 155:18
  246:15
proposition 128:17
protected 12:23
  13:4
protection 96:21
protective 12:25
protocol 165:2,5
proven 196:18
provide 35:15 44:1
  44:21 45:10,19
  51:17,20 78:10
  84:9 87:25 102:10
  108:25 109:19
  128:24 129:8
  131:4,13 143:3,7
  143:24 144:13
  153:4 155:12,19
  184:19 226:15
  235:19 236:11
  239:10,13 246:6
  247:6 253:21
  254:5
provided 15:5,7,13
  16:2 19:14 44:25
  47:25 105:9 142:1
  142:21 145:17
  156:1 157:16
  202:11 203:3
  207:15 209:22
  210:5 215:12,24
  217:5 218:14
  221:18 222:1,9,25
  225:14 226:10
  228:7,9,10,14
  238:11,19 246:22
  252:21
provides 51:15
  69:15
providing 32:13
  42:8 109:7 155:3
  184:4,15 225:1,6
  239:17 249:10
provision 69:14
  146:10 196:7
provisions 247:21
  248:3,10

public 49:17 142:25
  233:21
publication 162:14
publications 190:21
  191:1
publicly 190:15
published 50:9
  98:11 233:8
  236:24
puddle 124:5,8
pull 132:14 135:7
  151:7
pulled 177:24
pulling 226:5
pump 214:8,11
  218:15 245:2
pumped 108:13
  245:8
pumping 245:14
pumps 67:9,20,23
  67:25 68:11 181:6
  210:6 213:8 214:2
  214:14,17 216:4
  216:20 218:9,23
  219:2,16 220:6,11
  220:21,22 229:6
  245:14,20
purchase 214:1
  218:22
purchased 66:8
  213:8,11
purchasing 219:2
purpose 9:10
  184:12 185:9
purposes 5:7 39:14
  81:10 96:5 97:13
  98:6,13 119:5,17
  184:9
pursuant 5:5
push 121:2 239:11
pushing 228:21
put 51:12 78:14
  110:14 137:4
  150:6,9 166:10,16
  168:1 170:13
  182:7 187:22
  188:11 197:19
  219:2 227:10
  236:17 237:10
  254:13
puts 168:2,4,16
**PWSLA** 185:5,13

—— **Q** ——

**QAQC** 152:5
**QC** 239:15
qualified 248:7

quality 41:20,25
  42:9 74:4,9,19
  75:9,16 105:22
  106:6 107:8
  110:21 152:17,18
  152:21,21 153:19
  153:20
quarterly 201:16,18
question 5:13 6:20
  6:21,25 7:1,4
  13:14,18 18:3,4
  29:24 34:3,16
  35:5,6,10,12 38:2
  40:19 54:23 60:13
  61:15,16 63:10,11
  63:13,14,20,21
  64:12 71:3 72:4
  74:14,16 76:1,3
  82:15 87:20 90:20
  90:24 94:18 95:9
  98:17 104:11
  116:16 117:7,15
  119:4 129:16
  131:3 135:8,14
  139:10,25 144:4
  145:23 149:2
  152:20 164:2,9
  165:11 166:20
  171:3 174:21
  176:18 178:5
  193:7 202:16
  230:24 238:15
  240:16 242:25
  249:19 252:2
  254:12
questions 9:5 17:1
  28:16 31:13 45:18
  57:25 58:1 87:21
  95:13 105:6
  117:21 119:23,25
  132:20 136:11
  137:22 141:7,9,11
  141:18,20,24
  145:5 150:12
  177:22,23 199:7
  199:14 240:24
  241:8,9,23 243:5
  247:15 249:15,18
  251:16,20
quickie 215:25
quite 220:10
quote 68:17
quote-unquote
  120:17 191:9
quoting 75:19

—— **R** ——

**R** 2:1,6 255:1,6
rain 124:17,19
rained 124:5,23
raining 124:19
ran 223:10
random 217:10
randomly 217:11
range 214:12,15
re-routing 228:17
reached 158:10
read 15:3 17:2
  18:13,17 56:20
  57:4 59:6 68:2,13
  68:21 69:19 70:6
  74:13 76:8 80:18
  85:14 87:18,19
  92:12 99:1 106:7
  106:24 107:11,14
  108:16 109:5
  119:2,6 122:17
  136:11 137:9
  138:23,25 139:8
  141:1 142:17
  145:23 159:21,23
  159:25 160:1
  161:1,24 180:21
  184:18 202:6
  213:18 223:13,16
  223:18 228:5
  244:3,13 247:16
  248:18
readily 190:4,9,12
  191:9 192:16
  193:10 194:13,15
reading 5:10 30:2
  76:2 83:3 87:18
  90:18 98:18 99:8
  101:20 114:14
  139:17 160:11
  173:14 184:13
  225:12,15 228:2
  229:4 243:11
  252:24
readings 58:16,22
  200:9 201:11,22
  208:1
reads 69:24 71:15
real 26:11 220:3
realize 241:3
really 9:19,21 14:12
  52:6 125:13 158:2
  158:9 164:18
  170:22 174:17
  201:17 212:1
  217:18 219:18
  222:8 249:20
  253:21

reason 142:18
  144:16 147:1
  173:1,3,22 209:4
  222:20 232:5
reasonable 7:8
  143:23 144:18,24
reasons 92:15
rebuttal 44:22,25
  47:5,25
recall 12:16 15:25
  19:4,9 20:7 26:22
  27:15 28:15 30:1
  32:11 36:21 38:10
  38:15 43:5,18
  45:21 48:1,5
  49:12 50:17 51:13
  51:25 54:8 65:4
  66:17 70:16 77:24
  80:23 83:2 84:6
  84:13 92:14,25
  94:22 97:18 111:7
  114:14,15,16,17
  114:22 117:11
  118:19 123:1
  140:20,25 146:12
  147:14 148:24
  154:11,23 157:11
  157:15 163:23
  165:15 172:7
  178:8 189:2 200:6
  200:19 201:15,17
  209:15 211:9,21
  213:3,17,19
  214:19,25 219:3
  221:21 222:5,11
  224:15 225:12,15
  226:7,11,16,20,23
  227:11 228:2,23
  228:24 229:3,7,18
  229:22 231:12
  240:14,21 243:7,8
  243:11 252:17
recalling 92:17,18
  112:15 116:7
  147:17 149:8,10
  152:9 203:12
  205:5 207:25
  211:7,23,25
  217:16,19 218:18
  218:25 219:9
  221:10,24 225:25
  228:16 229:21
  230:1,8 238:23
  239:19,25 248:14
receipt 74:25
receive 156:10

169:8
received 35:19,24
106:14 174:11
202:21
RECESS 55:15
93:12 121:8
141:12 189:10
199:10 237:24
241:6
recognize 196:7
recollect 27:14
92:20
recommendation
227:10 231:15
recommendations
212:12 231:19
recommended
226:13
recommending
72:15
record 13:13 16:7
21:2 55:18 56:6
56:25 57:21 78:8
78:15 81:11 93:15
106:4 119:6
154:20 205:4
233:21 241:11
244:4
recorded 208:1
recording 200:9
redesigning 252:25
reduce 101:22
reduced 226:5
reduction 174:23
193:4
refer 10:24 60:5,8,9
60:9 72:11 73:9
74:22 78:1 98:19
99:12 102:19
112:4 232:15
reference 15:21
58:2 61:20 76:17
78:7 84:10 85:6
97:10 102:23
108:6 110:5
113:10 118:4,9
119:15 121:13
122:13 132:14,15
134:24 195:15
230:5 231:1
248:20 250:6
referenced 29:7
110:6 178:18
224:24 243:12
references 55:6
61:17 140:25
230:9

referencing 35:2
149:10 187:11
referred 14:19
95:18 112:6
120:16 130:22
168:1 191:23
204:10 209:6
235:9,10 246:21
referring 32:8
34:14 60:3 61:12
65:5 69:20 73:14
79:14 80:11 89:18
93:19 96:7 97:2
103:13,15,16
114:12 116:24
117:11 142:13
145:9 180:2
193:21 203:20,21
207:8 210:1 215:5
232:21 235:2
236:3,8 241:23
242:11 245:15
refers 134:24
refresh 92:19
regard 40:10 42:3
68:10 70:15 89:24
90:3 104:3 116:6
128:11 129:25
131:10 178:18
206:13 232:13
regarding 10:6
46:25 50:15 54:4
54:5 58:16,18
81:8 82:11,20
83:3,4 104:5,6
116:10,13,18
117:9 142:22
143:4 175:4,5
191:8 215:13
226:17 227:12
228:20 230:2,5
240:22 247:21
regional 1:7 6:15
21:6 62:9,14,16
242:5
registered 32:7,18
34:2 35:6,8,11,17
registrations 11:4
32:2,4,6,10,24
33:8 35:8
regularly 164:20
regulation 61:12
162:13 169:5
regulations 61:10
86:8 87:2 96:2,3
96:17,25 97:23
98:22 99:12

162:23 189:20
232:15 237:1
regulatory 49:8
51:14 97:15
158:23
reject 172:22
rejected 48:25 49:6
171:5 172:11,19
relate 86:14 166:19
related 10:20 49:9
50:19 51:8 81:18
87:6 88:18 206:17
239:21 255:19
relates 164:5 166:11
252:6
relating 243:3
relationship 91:2
94:21 157:9
255:17,18
relationships
255:14
relative 177:7
relevant 44:3
205:15
reliable 238:12,20
reliance 53:2 55:5
105:8,12,18,19
106:3,17 118:18
122:4 202:7,9
250:5
reliant 199:1
relied 52:11 84:11
85:10,19,22
138:20 244:11,17
rely 52:15 53:11
72:6 143:24
144:19
relying 98:4 102:17
103:5
remediation 129:14
129:25 131:5,13
remember 9:14
14:11,12,12 24:4
38:19 45:24 46:11
52:2 72:14 104:18
104:23 112:10
117:14 121:15,23
121:25 138:22
142:25 200:20
208:15 209:3
211:3 220:10
228:19 229:16
241:17,19 242:17
242:25 243:5,13
247:18 251:20
252:24
remembering

209:18 211:25
remove 67:23
180:13 245:21
render 19:17 63:19
147:4 161:14
170:7
rendered 157:6
rendering 162:5
Renovar 224:21
225:22 226:3
238:12,20 239:16
239:23
repair 67:25 68:18
104:22 173:19
repaired 196:16
repairs 223:5
repeat 6:22 18:3
63:20 74:6 75:25
82:14 129:2,18
133:1 145:13
166:6 193:6 206:8
207:23 216:10
238:15
repeated 60:1
rephrase 6:22 129:6
216:9,10 248:6
replacement 132:22
133:6
replacing 109:11
report 7:21 8:15,16
8:20,21,21,25
10:12 15:21,22
16:2,11,15 17:1,3
17:6,10,18,24
18:8,13,17 22:4,9
22:13,24 23:2,5,9
23:17,20 24:6,9
25:8,11,13,14,25
26:6 27:3,8 28:22
28:24,25 29:2,7
29:15,22 30:3,10
30:12 44:22 45:1
45:10,19 47:25
48:2 53:3,7,22
55:3,20,22,25
56:6,9,13,14
59:18,19 60:4,8
60:12 61:1,9,16
66:16 73:10,15
90:21 96:1 101:14
101:19 103:16,21
103:22 105:21
106:10,25 107:6
108:19 109:25
110:16 119:15
120:17 121:15
122:3,8,13 125:4

127:19 134:5,9
137:19 138:24
139:9 140:12,23
141:2,22,24 148:9
148:13,19,23,25
149:9,11 151:9
154:19 159:1
168:25 169:4
170:13 181:9
189:13 192:10
194:18 197:3
199:15 201:25
202:2,3,5 207:15
207:21,25 211:22
216:1 219:12
221:22 224:18,18
226:13,17,18
227:10 229:6,10
231:2,3,16 232:11
238:7 240:8,10
242:1,16,20
243:24 244:5,20
245:16 249:23
250:3,10 252:1,10
254:10,13
reported 1:23
165:17 207:16
218:18 220:17
229:15 231:5
255:8
reportedly 225:19
reporter 1:24 7:24
54:21 58:17,21
254:17,20 255:23
reporting 194:11
255:8,17
reports 15:3,6,8,11
26:1,7 29:18
72:13,22 102:19
102:22 103:11,14
103:17 104:12,12
104:20,21 112:6
221:14,17,19
228:3,9 231:5,10
repository 19:15
represent 9:4 56:15
57:14 141:16
219:17 220:4
241:12
representation
218:6 219:14
220:2,20
represented 222:17
Republic 100:9
233:3
request 231:23
requested 67:23

203:4
requesting 66:21
  67:15 68:16 69:13
require 34:24 75:16
  97:25 245:9
  248:22
required 70:1 75:2
  86:6,25 94:23
  147:25 149:16
  150:8,15 151:11
  153:2,9 158:19
  162:21 181:5
  183:9 189:18
  201:22 255:3,11
requirement 96:10
requirements
  102:11,15 103:2
  104:15 109:15
  110:18 131:16
requires 42:13
  249:3
research 203:6
researched 97:19
researching 222:3
reserved 5:14
residual 91:22
resolution 184:23
  185:9,16
resolved 137:5
resolving 253:19
Resource 43:13
respect 145:1
  168:18 176:12
respond 61:16
  240:16
responded 147:16
respondent 108:11
responding 61:14
response 64:11
  74:11 112:11
responsibilities
  24:15,18 36:16
  40:6 75:21 76:6
  76:11 87:14 90:3
  145:20 151:25
  152:5 159:14
  160:3 166:17
  167:9 173:7 253:9
responsibility 40:9
  60:18,24 61:7,21
  62:4,17 63:3,6,7
  63:22,25 64:2,5
  64:14 69:2,5 71:1
  71:16 72:2 75:13
  76:13 86:3,22
  87:5 88:24 89:9
  89:11,13,17 90:11

90:15 95:17,23
  102:9 108:3,4
  113:15,25 133:20
  151:17,19,20
  159:7,12 161:15
  161:20 162:6,18
  163:20 166:23
  167:3 169:6 173:9
  178:21 180:4,12
  180:14,22,24
  181:22 182:3,20
  189:14 245:7
responsible 11:9
  37:23 38:2 39:6
  42:6 62:10 63:4
  69:7 71:18 73:17
  75:4,8,17 76:24
  77:2 85:25 88:5
  93:16 107:24
  109:7,11 149:22
  177:12 183:7
responsiveness 5:14
restate 52:18
result 131:2
  167:15 205:12
  223:21 226:5
resulted 132:22
  133:6 206:1
results 196:3
resume 30:13,22
  31:2,9,13,17,22
  32:6 34:6 35:4,18
  37:13
retained 20:3 73:21
  157:1,5 169:5
retainer 10:5 20:8
  21:11
retire 24:20
retirement 24:17
review 22:24 23:2,5
  26:1,7 27:25
  28:23,24 29:9,15
  39:24 40:7 59:2
  64:3 66:1 77:19
  78:4 81:16 82:8
  91:24 93:21 102:7
  122:3 132:13
  146:14 152:25
  172:1,14 191:15
  201:23 202:6
  203:15 206:4
  231:7 239:15  .
  246:19
reviewed 15:23
  16:15 27:1 28:19
  29:6,17,22 30:8
  40:3 52:18 78:5

81:22 82:9,18
  83:24 91:1 103:10
  103:17,20 104:1
  116:2,9,17,23
  117:23 118:4
  145:2,6,16 148:2
  154:17,18 170:16
  174:9 191:6 196:6
  205:10 230:3
  231:8 250:4,6
reviewing 30:6 39:6
  67:4 146:7 152:15
  152:20 159:13
  230:7 252:17
reviews 39:10,22
  246:9
revised 57:1
Richard 136:1
Rick 65:18
Rickie 136:1,25,25
right 20:15 24:25
  25:19 53:19 58:14
  59:24 65:15 71:3
  73:14 79:20 91:4
  99:1 107:22 118:9
  119:24 129:20
  144:1 159:21
  161:3 167:16
  169:2 177:4 192:6
  194:25 195:20
  197:20 198:14
  199:6 201:23
  202:18 203:13
  207:13 209:9
  210:3,11 214:15
  216:13,15 217:9
  221:20 230:11,17
  231:2 234:11
  235:3 242:4 246:7
  246:16 247:23
  251:7,15 253:7
rightly 159:7
ring 205:22
ringing 118:20
riser 68:20 245:2
risers 58:25 67:24
  140:18,24 245:13
risk 195:12
risks 195:9
River 92:1,21 93:3
  115:23 191:24
  225:9
road 6:19 67:8
roads 223:22
role 42:10,11
  161:10 176:19
Roman 107:21

rough 254:22
roughly 7:10 202:17
routing 250:22
ROWE 2:3 78:21
rudimentary
  170:21
rules 6:19 255:11
  255:15
run 219:5 226:14
  227:15,25 240:18
running 124:10,12
  177:15,17 223:20
  223:22
runoff 102:4
runs 102:6
rush 254:22

—— S ——
S 2:1,3,9,17 3:1 5:1
  255:6
sake 241:11
Sananes 29:13 30:7
sandy 126:22,25,25
  127:7,13,22
  128:11,23 129:5,7
sanitary 41:22 42:4
  78:12 107:4
  122:15
saw 25:11 35:4 55:1
  95:16 111:7 112:4
  112:11,14 167:18
  171:23 204:8,8,10
  204:14 224:7
saying 25:18 41:16
  63:18 70:13 71:21
  71:22 90:6 112:2
  115:13,16 128:5
  131:18 132:11
  164:10 165:23
  166:9 172:15
  195:14,19 215:16
  216:24 222:10,11
  233:25 248:14
  254:3
says 24:9 30:13 32:6
  32:6 34:6,20 35:8
  56:16 69:22 76:4
  80:3,15 81:6
  97:11 100:7 106:5
  106:24 107:15
  108:11,21,24
  118:16 122:14,19
  123:4 125:4
  132:15 137:9
  138:15 152:11
  160:2 161:2,19
  166:22 169:4

180:11 185:20,23
  186:1,4 189:13
  237:16 238:3
  251:6
scenario 223:7
scheduled 59:11,12
scholarship 184:6
science 35:19 249:4
scientific 50:10
Scientist 106:11,15
scope 12:22 34:23
  64:19 77:11,13,21
  87:8 89:16 145:11
  146:9 150:24
  151:1 158:8
  164:25 167:9
  221:9 223:12
  253:24
scopes 145:25
screening 171:7
seal 255:3
sealing 5:10
searched 237:3
seasonal 184:5
second 34:19
  101:22 183:20,20
  183:23 224:11
  232:5 237:8 238:2
  238:2 250:16
  254:15
section 1:12 32:5
  41:19 59:19 93:10
  95:25 107:18
  139:2 145:12
  148:9 153:9
  161:24 169:3
  183:2 184:25
  194:22 195:2
  199:15 204:6
sections 59:20
see 8:7 13:15 25:12
  36:1 43:19 53:22
  70:12 77:20 78:16
  82:18 83:24 92:19
  95:18 101:12
  104:2 106:1
  107:10,14 110:24
  112:12 117:8
  118:24 123:6,9
  124:10,13,17,19
  125:10,13 131:22
  140:13 147:13
  149:9,11 161:22
  164:14 167:10,18
  171:20 176:10,19
  183:4,19 184:25
  194:17 218:17

Ali Hashimi
April 29, 2024

219:1 221:9,14
223:13 224:1
225:4 230:5
238:10,18 244:25
252:9,14 253:15
seeing 70:16 77:24
80:23 92:20
114:16,17 117:11
125:13 136:22
154:11,23 208:15
213:3 222:5,5,11
224:15 225:25
226:7 227:11
228:19,24 229:22
233:14,23 239:19
seeking 84:1
seen 8:4 53:14
55:21,24 65:3,25
66:15 78:18 79:2
79:4,11,11 80:9
80:21 99:20
104:11 106:18
111:2 121:21
122:1,24 135:17
154:7,14 155:2
174:8 189:1 191:5
191:14 205:20
235:25
seep 126:19 137:12
137:15
seeping 120:13
seeps 150:13
select 34:6,19 41:18
156:10
selected 203:1
selectively 231:10
send 23:8 27:22
sending 28:4
senior 22:18,20
sense 76:9
sent 23:15 55:2
65:17 84:14,19
119:2 137:12
203:2
sentence 62:8 69:20
74:13 76:8 99:10
137:10 142:17
161:19 169:4
180:11,20 238:3
243:23 244:3
separate 138:5,16
139:20 140:9
197:6,16 221:14
239:23 244:7
September 108:9
240:20
sequencing 142:2

series 28:16 31:13
119:25
serve 54:23
served 7:20 34:7,20
41:19 55:3,4
service 67:7 70:1,5
services 32:13 35:15
40:11 41:4 42:7
64:19 78:10 84:9
87:25 100:9 143:7
144:14 145:12
146:9 150:24
151:1 155:11
157:6,16 233:3
246:7 255:13
servicing 181:6
serving 12:12 67:6
set 15:9,13 25:16
179:25 221:25
255:7
settings 236:10
settlement 223:21
seven 217:13,20
218:7
seven-eighths 30:19
Sexton 157:13
share 25:8 233:17
234:24
sheet 155:20
shelf 237:16
shift 158:25
short 55:15 93:12
120:13 141:12
189:10 199:10
237:24 241:6
show 54:2,9 56:16
56:19,24 64:22
77:13 105:5,25
111:9 117:19
118:14,22 130:25
134:14 154:14,15
155:18,23 220:6
showed 53:25 81:3
109:12 111:3
121:18 208:24,25
218:15 242:15,19
249:22 250:19
251:10
showing 122:7
125:18 137:11
shown 53:21 54:12
105:11 123:24
245:1
shows 99:18 123:22
side 140:18
sign 21:16,18
signature 255:3

signed 20:9 21:12
significant 112:20
181:12 192:19,22
193:3,17
signing 5:11
silt 130:23 131:3
silty 130:22 131:12
similar 96:9 147:10
167:21 241:25
similarly 248:7
simpler 64:13 161:9
simplistic 249:11
simply 80:8 216:20
246:23
sir 7:15 8:1,13 16:9
21:5 32:9 34:16
38:25 43:19 47:9
50:6 52:1,8 55:18
56:24 57:25 59:11
61:14 64:22 66:4
68:8 69:1,9 72:5
76:2 79:4 80:2,4
81:5 89:19 91:12
93:15 98:17
102:14 103:10
105:11,25 108:6
109:13 110:14
113:14 114:5
117:22 118:15,22
122:11 132:3
134:12 135:12
138:14 139:5
140:16 208:19
249:18
sit 33:9 72:19 98:15
146:4 147:3
188:16 190:20
204:22 252:16
site 47:16 66:22
75:20,23 76:5,12
76:16 86:3,4,22
86:23 87:6,11,14
110:24 111:12,20
114:19,21 132:7
162:18,19 163:20
163:21 164:1,4
166:24 167:3
189:15,15,23
212:13
sitting 146:2 205:5
situation 89:24
168:23 214:8
216:24 239:5
situations 133:24
134:7
six 103:8 176:9
210:14,19 211:12

skip 224:9
skipping 237:22
slight 248:25
slope 140:18
slow 15:12
sludges 112:25
243:19,20
societies 50:7
soil 103:8,11,18
126:3,5,7,22,25
126:25 127:7,13
127:23 128:12,23
129:5,7 130:23
131:8 150:13
soils 132:10,16,17
solar 26:16
Soler 26:13,15
solid 37:24 38:4,12
42:21 43:16 46:25
50:11,15 91:15
97:5 105:20
106:24 107:18
142:1,7,23 143:4
144:7 154:2 233:8
234:9,12 236:19
236:25 243:15
solidification 152:5
155:5
solidified 154:4
169:18
solidify 154:10
Solutions 7:17
185:21
somebody 16:17
27:16 239:14
242:9 249:10
somewhat 253:17
soon 188:3
sorry 16:16 17:13
18:1 26:4,20
34:11,14 54:17
58:17 75:25 76:9
78:22 83:4 85:23
85:24 99:3,5
100:18,21 105:24
117:18 129:19
139:4 153:24
166:5,14 172:16
176:1 199:5
200:13 202:8
215:4,22 217:10
219:3 229:4,12
241:4 244:23
sound 26:16 202:18
203:13 242:4
sounds 63:10
208:17 236:7,13

source 85:18 158:1
158:7 231:6
243:22
south 68:20 120:10
spacing 204:19,19
speak 97:16 100:25
158:3,9 171:21
176:18 184:11
202:24 213:12
226:19 240:1
speaking 103:7
169:16
speaks 83:12
special 115:4
170:16 171:16
172:10,12,18,20
specific 11:7 32:11
42:10,17 46:11
47:18 51:13 61:11
67:22 84:6 92:15
104:23 113:9
114:9 116:7
157:19 188:11
206:16 211:9,25
215:17 221:8
227:12 228:3
230:9,24 232:16
233:24 242:1
248:20 252:13
specifically 5:11
12:16 64:20 66:17
87:7 93:17 97:12
99:23 100:25
103:7 112:16
118:20 128:21
131:10 140:25
141:25 152:1
164:5 170:3 196:8
219:10 229:19
237:4 240:14
244:19
specifications 42:16
specifics 14:13 46:3
114:23 183:11
213:19 248:16
specify 98:23
specifying 167:8
speed 212:5,17
spelled 37:11
spend 214:9
spent 27:7 48:9 52:4
91:12,16,23 92:1
92:4,8,13,21,23
93:4 112:21
113:17,18 114:18
114:25 115:10,18
115:24 116:11,19

Ali Hashimi
April 29, 2024

186:4,14 187:2,23
188:18 189:4
251:6
spoke 178:17
248:16 252:4,21
spoken 14:25 25:22
50:14
spread 236:1,9
spreadsheet 58:11
spur 141:7
stacks 117:21
staff 36:18 106:11
stand 110:15
standard 85:6 97:8
97:11 100:7 101:3
107:20 181:13
221:10 232:8,13
232:21 233:11
234:5 235:1,14
236:18 237:8,11
237:16,20
standardize 233:16
234:3
standards 96:2,4,7
97:1,3,13 98:3,5
98:12,23,23 99:16
99:19,24 100:3,14
100:16,17,23
101:5 102:16
103:2,4 104:9
109:16 110:18
113:4,9 125:23
186:6 196:2
232:11 234:23
235:15
standing 105:15
standpoint 18:19
stands 9:15 185:19
242:5
start 6:18 26:20
60:11,16 76:10
80:4 88:12 96:1,3
101:13 137:24
141:21 203:8
243:7 248:14
started 6:10 28:16
36:18 93:5 188:9
218:17 220:17
starting 70:22 159:4
208:21
starts 139:9 167:6
205:17 249:2
state 5:23 11:3
35:14,16,17 41:19
67:13 71:9 85:24
88:4 96:9,25
99:13 104:25

106:5 109:25
110:1,20 121:14
195:24 230:15
249:22 255:4,24
stated 56:3 62:8,20
174:12 199:23
205:21 238:8
240:9 253:10
statement 67:17
102:17 111:22
129:17 134:8
138:25 139:8,15
162:1 173:2,6
253:14
statements 72:21,23
103:5 139:11
140:14
states 1:1 32:12,14
32:18 33:7 35:9
96:16 97:24
stating 72:14
station 67:10 68:19
68:19 225:23
226:4 228:12,20
239:16,24
stationery 65:9
status 33:10 118:10
118:17
statute 255:11
stenotype 255:8
step 81:23 149:3
172:21
steps 149:17
stipulated 5:3
stop 71:2 171:3
stopped 92:3,8,12
93:4 115:24
storm 102:6 142:4
stream 169:12,20
169:22,25 170:25
171:5,16 172:10
172:12,18
streamline 185:3
street 1:19 2:4,15
2:18 3:1 6:2
160:15 236:14
strike 10:11 30:25
192:25
structure 63:3 81:8
81:19 82:1,5,11
82:20 83:9 84:2
85:3,8,17 173:15
175:5
structured 9:20
11:21 143:13
247:4
stuck 229:6

stuff 224:10
Stutz 14:24 15:4
16:12 17:2,6,10
17:25 18:7,15
25:9,12,19,19,20
25:22 55:20 56:1
56:8 57:17
Stutz's 15:21 16:1
subcontractor 77:4
submit 192:6
submitted 154:8
171:25
submitting 44:2
substance 128:6
sufficient 109:1,8
109:19 156:8
184:4,15,20
219:21 248:2,9
252:8 253:2
suggest 136:24
suggesting 192:15
Suite 1:19 2:4,10,15
2:19,22 6:2
sulfide 48:7 112:22
113:3,21 128:23
128:25 129:9
130:1 132:21
133:5 190:11
191:19 243:16
sulfur-containing
113:2,6
sulphate-rich
132:23 133:7,13
sum 168:8
summary 34:18
60:2,3
summer 84:23
sump 58:25 245:2,2
sumps 67:9 180:5,6
229:1
Superfund 38:17,22
38:24
supervision 255:9
supplement 53:9
supplemental 69:15
70:3
supplemented
77:22
supply 67:11
support 72:6 98:4
102:17 142:1,6,22
143:6,16 184:7
supporting 232:5
supposed 89:21
96:13 184:16
239:13
sure 8:24 9:20

11:20,21,25 12:6
29:8 31:4 36:20
38:1 40:18 48:13
49:16 52:5 54:4
55:7 56:20 63:9
73:24 78:3 80:18
84:18 91:22
101:21,21 114:23
129:19 136:10
154:12 157:9
158:5,18 164:4
166:8,19 178:13
179:1 180:1,24
181:4 184:11
186:8 191:25
193:9 207:8 208:6
208:16 211:16,17
220:16 221:12,24
222:4 224:2
230:11
sureties 70:6
surprise 17:8,14
surveillance 107:9
250:18
Susie 1:12
suspicion 248:21
switching 211:6
sworn 6:4 255:6
system 17:16 19:21
19:22 27:24 60:21
64:6,16 67:24
69:8 75:14 81:12
88:22 89:4 93:17
93:18,20,23 94:1
94:2,6,10 95:3,4
95:20 99:1 107:17
108:1,5 113:23
133:21,25 137:21
138:3,4,15,17,18
138:19 139:22,23
140:10 142:7
149:23 150:3
155:17 162:20,21
163:12,22 164:7
164:12,17,18
165:7 166:1,11
173:9,17 175:7,8
175:10 176:14,18
176:22,24 177:1
177:10,13,15,17
178:7,12,15,21
179:5,10,12,22,24
180:5,25 181:15
182:7,12 186:22
186:23 187:7,9,10
187:15,21 188:1
188:21 189:7,17

195:9,12 196:1,10
196:18 197:1,6,7
197:12,16,16,20
197:21 198:4,11
198:13,13,15,18
198:19 201:4
215:10 219:20,25
220:1 226:15,18
244:6,8,9,11,16
244:21,24 245:3,5
245:11,17,23,24
247:22 248:1,9,23
251:19,24 252:5,7
252:18,25 253:3
systems 62:14 68:2
69:3 85:22 96:6
97:14 98:7,14
99:23 100:1 134:6
138:9 139:19
140:1,9 142:11,19
157:18 163:6
198:17,23,24
199:21 200:2

_____ T _____
T 4:10 5:1,1 255:1,1
TA 50:24
tab 119:16
table 68:1 209:16
209:16 218:1
take 7:7,9,12 9:3,7
17:17 19:7,8 24:1
24:6 27:2 28:23
29:21 52:25 57:4
61:15 64:24 78:16
80:21 81:23 90:12
95:19 118:15
119:21 120:1
122:12 123:2
125:8 135:8,13
137:13 149:5,16
152:13 178:20
196:11,11 208:10
213:22 214:1,22
214:23 234:21
244:23 249:13
254:1
taken 1:17 5:5
23:23,25 48:3
55:15 93:12
111:17 121:8
125:12 141:12
189:10 199:10
237:24 240:25
241:6 255:5
talk 59:21 73:7
90:22,23 103:17

125:21 140:8
169:1 181:10,14
181:16 189:12
192:12 224:10
talked 26:25 48:2
96:24 144:17
145:3 155:10
183:14 186:20,22
189:20 220:9
238:16 243:25
246:4 250:17
talking 20:25 39:16
41:1 52:10 61:23
61:24 76:20 86:10
86:13 97:12 99:23
101:13 106:4
133:24 136:6
139:18,21,24
140:4,5 143:5
150:2 153:6
161:22 164:16
169:17 170:20
175:9 176:3 182:8
185:1 188:7
192:12 193:9
196:5 203:24
204:1 210:18
214:19 222:13
235:3 247:14
talks 85:16 98:12
140:7 240:3
tangent 151:23
TAPLIN 2:17
tasked 101:4
tasks 89:15 144:9
148:4 153:9
TAYLOR 2:2
teacher's 50:24
teaching 50:18 51:4
51:6
technical 249:2
technology 43:14
234:19
telephone 19:5 22:6
22:7
tell 6:4 7:1 9:9 10:9
10:18 12:15,19
13:6 14:9 16:14
28:7 29:23 31:25
32:4,14,22,23
33:1 34:1,8 38:8
38:11 40:24 42:2
43:2 44:14 47:13
49:11 52:3 61:11
61:19 62:2 69:18
79:11 80:8 82:4
96:6 97:17 102:1

104:17 105:3
112:11,20 120:8
137:24 141:2
142:10 145:5
148:16 152:14
155:13 157:20
200:4 201:8
204:23 209:9
222:13 234:11
tells 13:17 168:4
temporarily 120:15
120:18 137:7
temporary 125:20
181:18 182:1
ten 46:18,20,22 47:6
term 44:19 120:14
159:6 161:2 227:2
termed 55:4 205:9
terms 43:5 90:19
151:25 156:3
160:13,20,24,25
161:9,15 241:25
246:15,19 251:16
tested 196:18
testified 6:6 46:5,24
47:20,23 49:7,21
172:9,17 181:20
testify 45:7,22
255:7
testifying 49:12
testimony 6:14 9:24
10:2,7 20:3 29:10
43:20 44:8,12
46:21,24 47:6,10
49:17 50:3 54:13
75:5 81:24 93:15
151:14 248:6
249:25 255:5,7
textbook 235:22
thank 13:17 21:9
57:23 60:15 78:22
79:19 107:24
117:5 125:21
141:6,10 251:13
thanks 55:18
theoretical 223:8
theorizing 248:21
theory 128:20
they'd 248:17
thickness 103:24
thing 75:7 149:21
170:21 184:8
185:12 203:25
223:8
things 15:22 34:4
41:23 44:1 48:4
55:12 62:10 74:24

77:10 85:14 95:16
97:17 101:13
106:1 107:13
111:17 113:12
124:6,9 139:24
161:8,8 166:19
171:22 180:21
187:13 223:22
235:10 236:2
250:3,6
think 8:8 9:13 26:13
30:21 44:18 54:20
55:4,10 58:10
70:19 79:22 82:4
83:10 86:17 96:23
104:25 117:6
120:16 121:6
127:9,17 133:10
134:17,22 137:22
137:23 140:2
145:23 148:7,20
150:5,21 151:6
155:12 156:12,19
159:7,17 160:6
161:6 162:24
164:15 165:1,19
169:1 175:8 178:4
180:8 181:20
183:15 185:15
189:20,21 194:19
194:21 195:19,21
199:6,7 203:24
204:8 205:3 217:5
220:9 224:7
233:14,23 235:17
235:20 238:16
243:20,24 246:4
248:19 249:17
253:12 254:16
thinking 176:3
third 2:7 34:9,17
161:21 162:8
167:6
thought 134:21
139:2 140:4
148:18 178:10
211:16 222:1
248:13 252:3
thousands 202:23
202:23,23
three 20:19 30:16
38:18,19 47:3
48:20 80:25 81:3
175:19 202:17
220:23 227:6
239:20,21 241:10
time 5:15 7:7,12

9:13 12:19 20:5,7
25:13 27:2,5,7
29:24 31:11,16
36:8,21 39:15
52:3 61:4,15
73:18 76:1 84:8
96:19 111:4
115:24 117:20
118:21 119:20,22
128:4 129:18
133:2 137:23
141:6,10 152:14
157:6 172:8
173:20 176:5,10
176:15 177:8,18
178:3,20 185:16
187:6,8 188:15
189:4 193:21
205:15 207:16,25
209:20 215:1
218:6 219:5
221:25 230:25
234:21 249:20
timeframe 59:16
192:22 219:16
times 23:15 95:16
112:25 227:15,25
232:10 246:2
249:24
timesheet 27:23
timing 220:20
tipping 109:2,20
title 39:3 65:23
106:23 108:7
today 6:11,14 8:10
19:24 26:24 28:7
28:18 33:9 54:14
58:5 59:5 72:19
98:15 145:9 146:4
147:3 174:6
186:25 188:16
190:20 204:22
241:10,14 252:16
told 13:25 14:9 52:1
99:11 105:4
156:19 193:11
206:20 229:23
234:7
top 32:16 92:17,18
97:18,20 141:4
152:8 162:24
183:3 205:1 209:2
209:17 214:10
224:2 226:22
238:23
topic 51:23 227:12
topics 233:22

234:16 237:13
total 217:21 224:4
totally 166:1
track 27:5 52:7
training 38:25
51:10,11,18
transcribed 255:8
transcript 255:2,9
255:10,11
transducer 58:16
58:19,22,24
transfer 173:25
transferred 161:20
162:7
transition 196:20
transmitted 222:6
transposed 78:23
trash 121:22 122:1
123:6,7,15,23
125:10
treatment 169:15
trend 193:3,24
trial 5:15 43:20
44:8,12 46:2,5
58:2,7 59:3,12,13
153:18 155:3
170:6 171:15
205:7,12 206:1
tried 205:16
trigger 248:2,10
trouble 197:11,23
197:24
true 255:9
truth 6:4,5,5
try 119:6 120:15
125:6 130:5 149:4
trying 6:24 14:11
14:11 30:1 44:18
48:1 89:19 92:14
95:21 97:22 98:3
129:22 142:25
165:22 166:8
197:24 199:3
200:6,19 211:3,21
217:25 219:17
224:9 234:25
244:19 249:5,11
tuning 231:17 232:2
232:7
turn 30:19 59:18,24
132:19
turnaround 215:25
turned 175:1 252:8
TURNER 3:4
turning 125:3
250:16
Tusa 106:14

two 10:6 18:19 19:6
26:21 38:15,15
41:23 44:18 47:5
55:1 57:12 79:21
100:20 103:5
114:18 134:21
139:11,24 140:1
140:14 141:9
166:19 175:18,22
175:22,25 198:17
204:4 211:19
234:8 235:4
243:12 246:4
249:20 250:14
**type** 38:11 42:6
96:10,10,18,20
100:24 115:4
126:2 129:12,23
130:23 132:4
167:24 169:15
219:19 247:10
**types** 100:1,2
113:13 125:23
130:15 132:10,17
160:19 169:7
232:23 234:16
236:2
**typically** 44:1 58:25
143:5,6 155:22,25
214:14 237:19
243:21

_____ **U** _____

**U** 5:1
**Uh-uh** 41:5 98:1
101:9
**ultimate** 60:17,24
61:7,21 62:4,17
63:6,22 161:19
162:6
**ultimately** 9:11
40:21 41:6 63:4
64:1 108:4 115:6
172:2 245:22
**umbrella** 11:22
**underscore** 78:9,9
105:23,24 119:7,7
134:18,21,25,25
152:13,13 154:21
**understand** 6:13,21
20:24 31:14 35:12
39:16 40:19 67:4
84:25 87:12 89:19
93:25 99:11 117:7
133:13 145:24
160:16,21,23
165:4 186:8

247:25 248:8
249:9 254:2,6,14
**understanding**
46:21 53:1 63:2
65:22 66:7 70:11
73:16 74:2,7,17
75:12 88:3 90:25
91:3 92:6,7,11
93:8 109:22 115:2
137:2 161:11
167:17 169:11,22
181:24 182:5
187:25 196:14,21
204:17 207:1
210:19 212:10
222:12,19 223:19
234:18,23 235:1
239:5 242:2
245:25 249:3
253:24 255:10
**understands** 234:19
**understood** 144:4
153:16 156:12
158:12 170:23
**undertake** 67:16
68:10 70:13
**undertook** 77:5
**Unfortunately**
105:13
**UNITED** 1:1
**universal** 39:18
**University** 35:20
50:22
**update** 118:10,17
**updated** 31:17
**use** 76:22 126:2,14
127:6,8,14 128:12
130:20 186:5,14
192:13 193:18
198:1 227:2
**useful** 133:25 134:6
**utilize** 235:12,12
**utilized** 113:12
232:9,14 237:9
239:10

_____ **V** _____

**v** 1:6
**vacuum** 216:6,20
217:5 223:20
225:17,20,22
226:3,4,15 227:16
227:17 228:1,25
238:11,19 239:10
239:14,17 240:19
**vacuums** 216:25
**valid** 33:8 255:2

**value** 254:4
**variable** 226:24
**varied** 217:10
**various** 73:7 148:3
**vehicles** 235:21
**venting** 140:18
**verbatim** 242:23
**version** 31:21 57:1
**versus** 6:15 7:16
160:11 236:14
**VFD** 227:2,5
**video** 1:17 137:9,11
**VIDEOGRAPHER**
3:4
**violation** 104:13,25
109:13 114:11
**violations** 107:17,19
**Virginia** 33:22
**visible** 123:6
**volumes** 169:7

_____ **W** _____

**wait** 6:20,24 13:11
13:12,15
**waived** 5:11
**walked** 151:9
**want** 7:7 26:15
34:21 55:6,17
56:5 60:13,16
81:24 96:25 98:20
99:15 105:16
121:11 126:2
129:19 130:24
137:21 141:19,21
155:9 156:17
159:3 162:24
173:11 175:3
178:12 186:8
189:12 196:15
210:2 215:14
221:11 234:3
240:1 250:2 252:1
**wanted** 12:20 115:5
115:17 117:19
127:6 179:1
**wanting** 214:8
**warned** 191:16
**Washington** 2:4
**wasn't** 64:20 84:18
87:7 89:8 91:18
95:17,21,23 139:3
142:16 147:9
158:8 160:11
174:17 179:2
187:7,15 200:24
220:16 222:8
228:3 252:23

**waste** 7:17 9:11
16:5 20:11,24
21:7,8 37:24 38:5
38:12 42:21 43:16
46:25 50:11,15
66:8,9,10 73:8,21
74:25 76:22 82:10
82:19 83:3,25
84:8,14 86:20,21
87:13 88:10,11,13
88:23 89:22,23
90:6,22 91:16,17
93:4,16,22 95:15
96:14 97:6 99:21
100:2,8,10,15,19
100:19,22 101:7
102:5,12 104:21
105:20 106:24,24
107:18 108:2
109:4,10 111:3,9
111:20 112:13,16
112:18,18,20
113:1,13,15,15,25
115:3,4,9,16,22
116:10,17,25
117:1,2 121:1
123:19 125:19
130:16 132:23
133:7,15,19
135:21 142:2,7,23
143:4 144:7 145:9
145:18 146:8,17
147:5 148:11,21
149:15 150:24
151:11,16,23
152:3,16,17,21,23
153:4,18,19 154:2
154:3,9 155:4
157:18 163:3,13
163:18 164:10,24
165:8,18,23 166:9
167:1,13 169:8,12
169:12,15,18,20
169:22,25 170:8
170:14,16,25,25
171:5,6,16,24
172:10,11,12,18
172:19,20 173:25
174:10 178:5,14
178:20 179:3,11
181:11,22 182:3,8
182:20 183:6
184:1 185:21
186:11 187:17,19
189:5,22 190:24
191:7,16 193:1,12
193:16 194:2

196:24 214:21,23
215:7,8 219:21,22
223:22 232:19,25
233:2,8,15,24
234:9,12 236:19
237:1 241:12,23
241:24 242:10,25
243:15,18 247:17
**wastes** 133:14 203:8
**water** 102:6 105:20
123:5 124:2,11,12
124:13 125:1
126:19 136:7,15
142:4 215:13
216:12 217:9
221:15
**way** 9:16 11:20
30:20,24 37:11
64:13 90:21,24
120:3 121:7 147:4
151:7 169:24
171:7 172:14
233:15 245:12
247:8
**Wayne** 106:10
**WC** 78:9 119:7
134:18,25 152:12
**we'll** 7:9,13 96:1
120:3 168:7
**we're** 20:25 31:9
40:11 41:3 59:21
64:23 73:8 86:10
87:10 88:12 93:14
99:22 103:7 106:4
113:16 133:24
139:21 148:7,20
165:24 177:3
193:20 203:24
216:24 223:7
233:14
**we've** 7:10,20 53:4
73:6 116:24 145:8
222:13 234:5
246:25
**Weaver** 6:1 8:18
10:10,13,19,21,24
11:8,15,18,25
12:2 14:21 17:23
18:6,14 22:11
23:3 24:10,21
25:3 27:17 30:24
31:2 35:24 37:5
37:10,14 39:5,11
39:13,18 40:7,16
40:22 56:4 83:20
143:7,19 156:13
167:21 168:2,6,16

Ali Hashimi
April 29, 2024

246:10,13
Weaver's 10:15
246:18
website 31:3,7
week 8:8
wellhead 238:3
wells 180:13 203:19
203:23 204:23,23
206:24 207:3,12
207:17 208:1,3,8
208:20 209:3,11
209:21 210:4,7,15
210:20,24 211:12
211:12 212:6,18
212:25 213:1,9
214:2 215:2,13
216:2,5,7,17,17
216:21,22 217:6,9
217:11,14,21,21
218:7,8,9,15,22
218:24 219:2,7,16
219:22 220:7,12
220:13,22 221:3
222:15 224:5,14
225:3,10,18 229:5
229:5,17 230:21
231:17,22 232:2
239:1 245:21,21
went 23:14
weren't 95:16
164:24 211:3
West 33:22
wet 113:19 124:23
whatever's 151:15
whatnot 200:9
203:7
white 123:5
WHITEFORD 2:2
Wininger 1:24 5:23
255:4,23
Wisconsin 33:24
witness 5:25 7:16
12:12 13:2 17:13
18:11 30:1 38:15
40:1,18 43:21
44:20,25 47:4,5
48:12,22 49:1,2
53:13 54:17,19
58:19 62:19 71:14
72:11 73:4,12,24
77:17 78:24 81:16
82:14 83:2 84:22
85:10 86:17 87:4
88:17 89:2,8 90:2
90:10 92:25 94:5
94:17 95:8 105:6
114:3 115:13

116:5 117:6
119:11 123:17
124:4 128:15
129:2,18 131:7,20
133:1,10 134:3
135:16 138:11
141:6 144:3,23
145:22 146:12,21
147:8,24 148:15
149:8,20 150:8,15
151:6 152:8
154:23 160:6
161:6 163:8,16
164:14 166:5,14
168:11,22 170:12
171:11,18 179:7
179:15 182:14,23
185:12 186:17
187:5 188:24
190:1 191:3,12,21
193:6,20 194:6
195:14 198:21
205:20 206:8,15
207:6 209:14
212:10,21 213:17
214:7 216:9 221:7
223:3 227:9
248:12 252:12
253:12 254:12
255:5
witnesses 172:9,17
word 58:14 89:18
103:23 111:24
213:22 236:5,13
words 70:8 95:22
216:3 253:16
work 11:6,14 18:16
20:6 22:23 33:7
35:23 36:2,10
39:17 41:8,14
43:25 46:20 67:3
67:16,19,20 68:6
68:10,23 69:14,16
70:1,5,10,14
72:15 77:11,13,22
81:17 83:5 87:8
89:5 91:6,10
93:23 94:3,10
95:4,5 114:24
130:14 142:25
143:3 145:25
155:18,19,24
156:24 157:1
164:25 166:17
167:7,24 173:19
174:11 178:7,12
178:15 188:7

204:12,12 209:1,4
210:17 211:8
212:12 215:18,21
215:22 221:5,8
223:12,24 247:2
247:10,11 249:4
worked 27:21 37:20
37:22 38:5 43:16
91:15 135:21
working 43:4,11
52:4 88:23 90:5
109:2,3,9,20
158:16 233:19
247:23 248:2,9
works 48:13
world 202:25
wouldn't 48:16
164:18 174:7
210:2 221:11
233:11 240:1,25
252:1
written 51:17 53:3
159:19 179:16
235:23 253:25
wrong 96:24 99:6
105:1 118:8
148:19
wrote 15:4 16:18
22:4,9 148:9
184:12 244:6
www.wcgrp.com
31:8

___X___
X 4:1,10,10 168:8

___Y___
y'all 207:19
yeah 25:1 47:24
75:6 96:8 101:6,9
106:13 110:7
125:2,25 127:17
128:1 134:10
137:2 164:14
165:10,19 167:25
176:9 177:20
194:23 195:2,21
201:10 203:14
210:22 217:23
221:11 229:8
231:9 252:12
year 15:15 31:18
46:11 200:22
years 36:13 37:15
37:17 46:10,13,18
46:20,22 47:7
157:4 195:6

Yep 56:22
York 2:7
young 24:20

___Z___
Zoom 2:13

___0___
0003152 105:24
0027058 119:8
134:18
00270584 134:25
003 105:24
00418708 78:9
00423946 152:13
00512275 154:22

___1___
1 4:12 8:15 27:4
53:4,10 68:19
141:23 199:16
209:7 230:16
250:11 251:3
1.1 199:15
10 46:13 168:25
173:5 238:4,14,22
239:3
10/31/2018 122:19
100 210:2 217:2
10022 2:7
1011 154:16
108 6:3
1085 183:2
1086 152:12
11/30/2018 250:11
11/5/2018 125:7
12/3/18 106:15
12/3/2018 106:12
250:23
12:00 119:24
1204 58:3,8
12th 59:12
13 122:22
1316 6:2
141 4:5
1434 255:15
1443 5:17
15 46:13 59:13
216:17 217:8
219:7
150 251:7
1500 213:14,23
214:10
16 4:14
16th 2:7
17 183:2
17th 78:19 81:2

208:14 222:14
18 24:23 108:9
213:1,6 215:4,24
1800 2:4
19-cv-11133 1:11
1989 35:21
199 4:6
19th 108:22
1st 205:17

___2___
2 4:13 7:25 65:8
68:19,20 79:4,17
107:17 184:25
209:6,7 210:17
230:16
20 119:23 204:1,24
2000s 46:12
2003 6 2:4
2012 78:21,22 81:2
2013 65:9 203:13
2015 79:7
2016 92:4,5 188:11
192:14,19
2017 80:17 188:13
203:15 205:17
217:18
2018 84:8,20 87:24
105:22 108:9,22
111:4,10 114:7,15
114:18 118:23
206:25 207:3,13
207:21,24 208:21
209:11,22 210:4
210:16,21,24,25
211:13,18 213:2
216:18 217:18
226:13 227:24
240:20 242:16
250:11,23 251:3,4
2019 111:5,10
192:14,19 205:18
208:14,22 213:2,7
217:15,22 218:7
218:12,21 220:14
222:15 227:24
2020 224:4
2021 16:10 17:2,24
18:7 55:21 56:5
78:19 202:2
2022 59:8
2023 14:15 15:16,19
18:25 20:2 22:1
2024 1:18 8:16
30:10 55:25 56:7
56:12 202:2
20s 46:12

**Ali Hashimi**
**April 29, 2024**

21 204:1,24 224:5
21st 80:17
22 204:2,24 217:21
218:8,22,23,24
220:13 222:15
24 202:4
241 4:7
25 37:14
27 117:24 118:6,7,9
28 119:14,16
29 1:18
2nd 70:15 79:7

_____ 3 _____

3 4:14 16:10,14
60:11,17 70:22
79:23 80:3,6 81:6
105:22 183:16
3,000 224:15
3.1 59:25 61:24
159:25 247:15
3.2 162:16 166:22
169:3
3.3 69:9 70:19,25
74:12,13 75:24
76:4 169:1
3.4 81:5 169:1 175:4
3.5 173:5
3.7 85:24,24
3.8 85:23 87:17,19
3/8/2024 30:12
30 16:10 17:2,24
18:7 196:17
30-day 196:17
30th 55:21 251:4
3129 3:1
31st 205:17
32 180:9 203:18,23
33:7 107:20
34 37:17
3421 2:10,22
36 105:19 121:14
122:13 181:9
37:2554 255:6
39 192:10
3A 230:16
3B 67:6,7 230:16
3rd 250:23

_____ 4 _____

4 4:15 64:24 65:6
69:11 77:15 79:24
91:7 93:6,10
95:25 98:17 99:7
108:19 111:3
113:24 115:1,10
121:22 133:14

136:7,15 139:2
220:22
4.1 96:1
4.2 137:24 139:18
140:5,7 197:10,11
4.4 98:21,21 99:4,10
4/30/2024 255:24
4:44 1:21
400,000 202:17
408 2:10,22
41 186:2
450N 2:4
47 58:1 189:13
4800 2:15
4A 86:10,14 87:15
102:11 103:12,18
103:25 104:6,10
108:1 111:10
120:10 127:2,16
128:13 132:22
133:6 140:18
163:11,11 165:8
173:10,12,17
175:1 179:21,23
179:24 180:14
187:8,15,21
188:22 189:7
196:1 203:9,19,22
204:16,19,24
206:2,6,13,21,24
207:4,12 208:2,8
208:11,21 209:11
209:21 210:15,20
211:20 212:7,18
213:1,9 214:3,24
215:2 216:2
217:14,22 218:8
218:24 219:8
220:3,13 222:16
222:23 224:6
225:18 227:16
228:1,22 229:17
229:25 230:22
231:13 240:12,14
252:19

_____ 5 _____

5 4:16 79:18 195:23
5.1 180:8
5.2 101:10 102:13
102:13 109:16
5.3 112:17 181:10
5.7 186:2
50 194:18
5000 1:19 2:19
51 224:4
521.G.2.A 107:18

56 138:24 139:5,6
139:15 197:3,5
219:11 243:24
244:5 245:1
584 119:9

_____ 6 _____

6 4:4,17 69:22 80:2
80:5 118:23
122:22 153:9
183:16
6.3 189:12
6.4 194:19,21,22
195:2
6.5 194:24
6.7 195:23
60563 6:3
61 230:13
64 4:15

_____ 7 _____

7 4:13,18 80:14,14
107:19
7.3 230:10 232:6
238:2
70001 3:2
70002 2:11,23
701 1:19 2:15,18
70139 1:20 2:16,19
79 4:16,17

_____ 8 _____

8 61:17,19,23
107:19 159:5
161:18
80 4:18
825 2:7
8th 8:16 30:10

_____ 9 _____

9 4:12 59:8
9:09 1:20
901.A 107:21
90s 43:1 46:8
97 36:24