UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL** | * | **CIVIL ACTION NO.** |
| | * | **19-11133 C/W 19-14512** |
| | * | |
| | * | **SECTION "E-5"** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| | * | |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL** | * | **MAGISTRATE JUDGE EVA DOSSIER** |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * |

## NOTICE OF SUBMISSION DATE

Please take notice that Defendant Jefferson Parish's Motion in Limine to Exclude the Report and Testimony of Ali Hashimi is noticed for submission on June 19, 2024, before the Honorable Susie Morgan, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading was served upon all counsel of record in the parties named herein through the Court's ECF system.

Metairie, Louisiana, this 6th day of June, 2024.

/s/ *Michael S. Futrell*
MICHAEL S. FUTRELL

Respectfully submitted,

**CONNICK AND CONNICK, LLC**

/s/ *Michael S. Futrell*
W. PETER CONNICK, LA. BAR NO. 14158
MICHAEL S. FUTRELL, LA. BAR NO. 20819
MATTHEW D. MOGHIS, LA. BAR NO. 33994
3421 N. Causeway Boulevard, Suite 408
Metairie, Louisiana 70002
Telephone:  (504) 681-6663
Facsimile:  (504) 838-9903
E-mail:  *mfutrell@connicklaw.com*
         *moghis@connicklaw.com*

*Counsel for Defendant, Jefferson Parish*