UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**  **Plaintiffs**  V.  **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**  **Defendants**  *Applies to: Both Cases* | CIVIL ACTION  NO. 19-11133, c/w 19-14512  SECTION: "E" (5)  JUDGE: Morgan  MAGISTRATE JUDGE: North |

### BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF MICHAEL CORN

Pursuant to §VI.2 of the Thirteenth Case Management Order, Plaintiffs move this Court to exclude the testimony of proposed defense expert, Michael Corn. For the reasons stated herein, his testimony should be excluded in its entirety.

1. Mr. Corn's proposes to testify that there were "other sources" of odors in the community where the Plaintiffs reside. But he has not measured the emissions from the "other sources," or identified the specific chemicals associated with the "other sources."

2. Moreover, Mr. Corn's testimony does not establish that the "other sources" affected the Plaintiffs at any relevant time.

3. Neither does Mr. Corn propose to offer any opinions regarding the odor thresholds, emission rates and amounts, or air modeling related to the supposed "other sources."

4. As a result, his opinions as to "other sources" do not inform the jury regarding how or when the ostensible "other sources" may have affected the Plaintiffs, if at all.

5.	Instead, Mr. Corn's "opinions" offer nothing more than common sense observations which bring nothing to the jury more than counsel can offer in argument and are not the proper subject of expert testimony.

6.	Plaintiffs incorporate by reference their accompanying brief in support of this motion to exclude evidence.

WHEREFORE, for the reasons set forth above and as set forth in their accompanying brief in support of this motion to exclude evidence, Plaintiffs respectfully request that this Court exclude the Defendants from presenting the testimony of proposed defense expert, Michael Corn at trial.

Respectfully submitted, this 6th day June, 2024.

            **/s/** S. Eliza James
            Byron M. Forrest (La. Bar No. 35480)
            Nicholas V. Cressy (La. Bar No. 35725)
            S. Eliza James (La. Bar No. 35182)
            FORREST CRESSY & JAMES, LLC
            1222 Annunciation Street
            New Orleans, Louisiana 70130
            Tele:(504) 605.0777
            Fax: (504) 322.3884
            Email: byron@fcjlaw.com
            nicholas@fcjlaw.com
            eliza@fcjlaw.com


            /s/ Eric C. Rowe
            C. Allen Foster (Admitted Pro Hac Vice)
            Eric C. Rowe (Admitted Pro Hac Vice)
            Harry S. Johnson (Admitted Pro Hac Vice)
            James Jeffcoat (Admitted Pro Hac Vice)
            Masten Childers, III (Admitted Pro Hac Vice)
            WHITEFORD, TAYLOR & PRESTON, L.L.P.
            1800 M Street, NW, Suite 450N
            Washington, DC 20036
            Tele: (202) 659.6800
            Fax: (202) 331.0573
            Email: cafoster@wtplaw.com
            erowe@wtplaw.com

mchilders@wtplaw.com
*Counsel For Addison Plaintiffs*