UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br><br>    Plaintiffs<br><br>V.<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br><br>    Defendants<br><br><br>*Applies to: Both Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

**PLAINTIFFS' MOTION TO EXCLUDE
EVIDENCE REGARDING DR. SPODAK'S RESOLVED MEDICAL CONDITION**

Pursuant to §VI.2 of the Thirteenth Case Management Order, Plaintiffs move this Court to exclude any evidence, testimony, or argument regarding Dr. Michael Spodak's prior and fully resolved medical condition. For the reasons stated herein, any evidence, testimony, or argument on this topic should be excluded.

1.   Over 20 years ago, Dr. Spodak suffered an unfortunate medical condition.

2.   Defendants have dredged this episode up and, apparently, intend to attempt to use it as a way to undermine Dr. Spodak's testimony and opinions at trial.

3.   Because Dr. Spodak fully recovered from both the medical condition at issue and all side-effects and impairments related it in 2008 – 16 years ago.

4.   Under the circumstances, the probative value of this line of attack is substantially outweighed by the danger of unfair prejudice, unnecessary delay, and confusion of the issues.

5.     Plaintiffs incorporate by reference their accompanying brief in support of this motion to exclude evidence.

WHEREFORE, for the reasons set forth above and as set forth in their accompanying brief in support of this motion to exclude evidence, Plaintiffs respectfully request that this Court preclude Defendants from presenting at trial any evidence, testimony, or argument at trial regarding this issue because the probative value of this line of questioning is substantially outweighed by the danger of unfair prejudice, delay, and confusion of the issues pursuant to F.R.Evid. 403.

Dated: June 6, 2024

Respectfully submitted:

          /s/ S. Eliza James
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
FORREST CRESSY & JAMES, LLC
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com

          /s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Harry S. Johnson (Admitted Pro Hac Vice)
James Jeffcoat (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573

        Email: cafoster@wtplaw.com
        erowe@wtplaw.com
        mchilders@wtplaw.com
        *Counsel For Addison Plaintiffs*