1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3     In re:

4     FREDERICK ADDISON, et al.,

5              Plaintiffs,

6     vs.                          Case No. 19-CV-11133

7     LOUISIANA REGIONAL LANDFILL

8     COMPANY, et al.,

9              Defendants.

10    _____/

11

12       The Above-Captioned Video-Recorded Deposition of

13                 MICHAEL CORN, CPA

14              10:10 a.m. - 6:52 p.m.

15                 April 23, 2024

16

17

18

19

20

21

22

23    REPORTED BY:

24    STEVEN POULAKOS, RPR

25    JOB NO:  J11168216



1

2

3

4

5

6

7                The above-captioned video-recorded

8    deposition of MICHAEL CORN, CPA, was held via Zoom

9    videoconference on Tuesday, April 23, 2024, commencing

10   at 10:10 a.m., at the Law Offices of Beveridge and

11   Diamond, P.C., 1900 N Street, N.W., Suite 100,

12   Washington, D.C. 20036, before Steven Poulakos, Notary

13   Public.

14

15

16

17

18

19

20   REPORTED BY:  Steven Poulakos, RPR

21

22

23

24

25



1   odors during the relevant time period, right?

2        A     Well, they're always emitting.  They are

3   permitted to emit chemicals.  So they're always

4   emitting.  There are times when they emit more and

5   those are unpermitted discharges.  So we always know

6   that they are emitting the chemicals.

7        Q     Do you have any idea what they are always

8   emitting on any given day?

9        A     Well, that's in their permit and they put

10  in the permit because they are emitting that.  Unless

11  they're shut down, they may not be emitting.  But if

12  they're operating, they are emitting those chemicals

13  typically.

14       Q     So you agree with my question?  The first

15  step is figuring out when they emitted emissions,

16  right?

17       A     And I will repeat they're always emitting.

18  So, yes.  When I look at the permit, I know they're

19  emitting.

20       Q     The next thing you can do, Mr. Corn, is

21  after figuring out when it is they're emitting, you can

22  model the emissions for those time periods, right?

23       A     That is one option.

24       Q     You did not do that, right?

25       A     I have not done any modeling.



1    Q      You could do an air dispersion model that

2   would show where the emissions say from Cornerstone

3   went when and in what concentrations based on the

4   meteorological data, correct?

5    A      I have not been asked to do that and I have

6   not done that.

7    Q      That's not the question, Mr. Corn.  The

8   question is:  You could do that, right?

9    A      If I was asked to do that, I could do that.

10    Q      But you just didn't do that, right?  You

11   weren't asked to do that?

12    A      I was not asked to do that.  That's not my

13   assignment.

14    Q      Then go to the next page, page 6 of your

15   Ictech-Bendeck report.  It's your opinion the

16   concentration of the air pollutant that reaches an

17   individual location is also different from each

18   individual location for each pollutant due to the

19   dispersion and transformation of different chemicals,

20   right?

21    A      Correct.

22    Q      Are you saying that the concentration of

23   the air pollutant that reaches a specific class

24   representative's location on a given day at a given

25   time will always be different from that class



1    Q      Let's talk about the permits first, the

2   Title 5 permit.  I think you told us already that

3   that's just -- that's just what -- the level at which

4   they're permitting to emit these various things, right?

5    A      If they're operating 24 hours a day 365.

6    Q      And so they can emit a certain amount of

7   these gases without violating their permit, right?

8    A      They can.

9    Q      But the fact that they are permitted to

10  discharge these gases doesn't tell us whether they're

11  actually emitting any of the gases at all, right?

12   A      It does not, but the TRI says they did emit

13  those gases if they give a mass for the year.

14   Q      Right.  Okay.  So with regard to the Title

15  5 permit in isolation, that doesn't tell us whether

16  they were emitting any gases or odors at all, right?

17   A      The Title 5 permit doesn't talk about how

18  much is emitted, that's correct.  It's how much they

19  can.

20   Q      Okay.  And so now the TRI thing that you

21  talked about, that is an amount that's discharged over

22  some time period.  Is that what you're telling us?

23   A      A one-year period.

24   Q      That also doesn't tell us when it happened

25  or at the rate at which it happened, does it?



MICHAEL CORN, CPA                                                    April 23, 2024
Addison vs Louisiana Regional Landfill                                          213

1    A      The rate at which it happened, it can't go
2  over the Title 5 emissions except during the startup,
3  shutdown and maintenance activities which they give
4  a -- get a pass on that.
5    Q      The rate is not one of those things that
6  sets out in the TRO -- TRI report, correct?
7    A      Except for the fact that they're limited on
8  the Title 5 emission rates, emission amounts.  So
9  that's -- those two have to go hand and hand.
10    Q      With regard to -- similarly with regard to
11  the Gremillions, that be Wendy, Scott, Braxton
12  Gremillion, you're not telling us today that any of
13  them were actually exposed to any particular gas or
14  chemical on any particular day, correct?
15            MS. BRILLAULT:  Object to form.
16            THE WITNESS:  Other than the fact that
17  they're in the wind direction from some of these
18  plants, all of the plants at one time or another that
19  I've listed.  So they would be exposed at some
20  concentration.
21  BY MR. ROWE:
22    Q      But you haven't told us what they were
23  exposed to exactly or when they were exposed to it
24  exactly.  All your testimony is they might have been
25  exposed to it at some point, right?



1              MS. BRILLAULT:  Object to form.

2              THE WITNESS:  I have listed in there what

3    the plants that they're downwind from and we know what

4    those plants produced.  We know what their Title 5

5    permit limits are.  So I have indicated what they

6    may -- what concentrate -- what chemicals could reach

7    their site from these different locate -- from the

8    different 15 industries' city that I've listed.

9    BY MR. ROWE:

10       Q     Okay.  But you haven't told us that any

11   chemical actually did reach their residence at any

12   specific concentration at any specific time, right?

13             MS. BRILLAULT:  Object to form.

14             THE WITNESS:  I have not told you what the

15   concentration might reach them, that is correct.

16   BY MR. ROWE:

17       Q     And the same is true with Andrew Section

18   and Jonathan Tank, correct?

19             MS. BRILLAULT:  I'll object to form while

20   he's looking.

21             THE WITNESS:  Again, I just again pointed

22   out which plants are closest to them which they for all

23   practical purposes would be exposed from those plants

24   based on wind direction.

25



1  BY MR. ROWE:

2      Q     But, again, no specific chemical or gas and

3  no specific concentration, right?

4            MS. BRILLAULT:  Object to form.

5            THE WITNESS:  No concentration.  The gases

6  would be from the plants that we've listed as being

7  close to them.

8  BY MR. ROWE:

9      Q     And no specific times, right?

10     A     When the winds are blowing in those

11  directions.

12     Q     And so you have not set out anywhere in

13  your report and you can't tell us that on any

14  particular day where any of these plaintiffs were

15  actually exposed to anything, can you?

16     A     I have not --

17            MS. BRILLAULT:  Object to form.

18            THE WITNESS:  I have not been asked to do

19  that, no.

20  BY MR. ROWE:

21     Q     Okay.  And the same is true with Mary Ann

22  Winningkoff, Geneva Green, Stanley Myles and Reshaun

23  Richardson, correct?

24     A     Ms. Winningkoff we have discussed that her

25  next-door neighbor would get odors and she would not.



1   So around about way, we've talked about that.

2        Q     Okay.  But my question was about whether or

3   not your opinion involves specific concentrations of

4   specific gases at specific times?

5        A     I have not -- I'm sorry.

6        Q     You have not been asked to do that I think

7   is what you told me.

8              MS. BRILLAULT:  Object to form.

9              THE WITNESS:  That is -- I have not been

10  asked to look at concentrations, that is correct.

11             MR. ROWE:  Okay.  Can we go off the record

12  for just a second?

13             MS. BRILLAULT:  Sure.

14             THE VIDEOGRAPHER:  We are off the record at

15  4:38.

16             (Deposition recessed at 4:38 p.m.)

17             (Deposition resumed at 4:41 p.m.)

18             THE VIDEOGRAPHER:  We are back on the

19  record at 4:41.

20             MR. ROWE:  Thank you, Mr. Corn.  I don't

21  have any other questions.  Jason has got some more I

22  know.  And I appreciate, you know, letting me kind of

23  getting here in the middle so I can catch my airplane

24  in a few minutes.  Thank you very much and thank you

25  for being here today.

