UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**    Plaintiffs  V.  **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**    Defendants  *Applies to: Both Cases* | CIVIL ACTION  NO. 19-11133, c/w 19-14512  SECTION: "E" (5)  JUDGE: Morgan  MAGISTRATE JUDGE: North |

**PLAINTIFFS' MOTION TO EXCLUDE
EXPERT TESTIMONY OF JOSEPH GARDEMAL**

Pursuant to §VI.2 of the Thirteenth Case Management Order, Plaintiffs move this Court to exclude the testimony of proposed defense expert, Joseph Gardemal. For the reasons stated herein, his testimony should be excluded in its entirety.

1. Defendants propose to call Mr. Gardemal to testify in support of their defense that Plaintiffs have failed to mitigate their damages related to moving.

2. Mr. Gardemal's testimony should be excluded in its entirety for several reasons, however.

3. Mr. Gardemal's first opinion offers nothing more than argument that counsel could make based on the evidence adduced at trial.

4. Mr. Gardemal's second opinion is not based on an area of expertise held by Mr. Gardemal or on any scientific or technical basis whatsoever.

5. As a result, Mr. Gardemal's proposed expert testimony will not assist the jury to determine any issue in this case and should be excluded in its entirety.

6. Plaintiffs incorporate by reference their accompanying brief in support of this motion to exclude evidence.

WHEREFORE, for the reasons set forth above and as set forth in their accompanying brief in support of this motion to exclude evidence, Plaintiffs respectfully request that this Court preclude the Defendants from presenting the testimony of proposed defense expert Joseph Gardemal at trial.

Respectfully submitted, this 6th day June, 2024.

/s/ S. Eliza James
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
FORREST CRESSY & JAMES, LLC
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com


/s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Harry S. Johnson (Admitted Pro Hac Vice)
James Jeffcoat (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@wtplaw.com
erowe@wtplaw.com
mchilders@wtplaw.com

*Counsel For Addison Plaintiffs*