Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, | CIVIL ACTION |
| ET AL., | NO. 19-11133 |
| Plaintiffs | c/w 19-14512 |
| VERSUS | SECTION: "E"(5) |
| | JUDGE: Morgan |
| LOUISIANA REGIONAL | MAGISTRATE |
| LANDFILL COMPANY, ET AL., | JUDGE: North |

      Videotaped deposition of TERRANCE LIONEL THOMPSON, 1116 South Starrett Road, Metairie, Louisiana 70003, taken remotely (via Zoom) in the offices of FORREST CRESSY & JAMES, 1222 Annunciation Street, New Orleans, Louisiana 70130, on Friday, January 5, 2024, commencing at 2:45 p.m.

                                                              Page 72
```
 1   2019?
 2        A.    2019, yes.
 3        Q.    And from 2017 to 2019, did the smell
 4   ever change?
 5        A.    No.  It stayed the same.
 6        Q.    Okay.  Did you ever smell that
 7   chemical smell and garbage smell inside your
 8   house?
 9        A.    Yes.
10        Q.    Was it stronger or weaker than
11   outside?
12        A.    It's the same.
13        Q.    The same?
14        A.    Yeah.
15        Q.    So the odors stayed indoors 24/7 from
16   2017 to 2019?
17        A.    Yes.
18        Q.    Did you ever complain about the odors
19   to anyone besides your parents or Maxine?
20        A.    No.
21        Q.    Why not?
22        A.    I didn't -- I didn't explain it to
23   nobody.
24        Q.    Did you ever think about moving from
25   1116 South Starrett because of the odors?
```

```
                                                     Page 73
 1         A.    No.
 2         Q.    Did you ever -- Did you keep a
 3   journal or any notes about the odors you
 4   experienced at your house?
 5         A.    No.
 6         Q.    Did you ever have to leave your house
 7   because of the odors?
 8         A.    No.  I just was happy to go to work
 9   some days just to get away from it a little
10   bit.
11         Q.    Do you know where the Jefferson
12   Parish Landfill is located?
13         A.    Yes.
14         Q.    Where is that?
15         A.    It's on -- I just know it's on
16   Highway 90.
17         Q.    Okay.  Did you pass the Jefferson
18   Parish Landfill for your work as a truck
19   driver?
20         A.    No.  It was close to it, within -- I
21   would say within about 2 miles from it.
22         Q.    Okay.  But you never passed it?
23         A.    Correct.
24         Q.    Are you familiar with the River Birch
25   Landfill?
```