Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   FREDERICK ADDISON, ET AL.,     CIVIL ACTION NO.
               Plaintiffs,          19-11133, c/w 19-14512
 5   VERSUS
                                    SECTION: "E" (5)
 6   LOUISIANA REGIONAL
     LANDFILL COMPANY, ET AL.,
 7             Defendants.
 8   * * * * * * * * * * * * * * * * * * * * * * * * *
 9         TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:
10                    SCOTT GREMILLION,
11   TAKEN ON BEHALF OF DEFENDANTS, LOUISIANA REGIONAL
12   LANDFILL COMPANY, WASTE CONNECTIONS BAYOU, INC., WASTE
13   CONNECTIONS US, INC., JEFFERSON PARISH, AND APTIM
14   CORP.
15   * * * * * * * * * * * * * * * * * * * * * * * * *
16             REPORTED AT THE LAW OFFICES OF:
17             LISKOW & LEWIS, APLC
18             701 POYDRAS STREET, SUITE 5000
19             NEW ORLEANS, LOUISIANA  70139
20
         COMMENCING AT 9:08 A.M., ON JUNE 8, 2023
21
22   Reported by:
23       YOLANDA J. PENA, Certified
         Court Reporter No. 2017002
24       in and for the State of
         Louisiana
25
```

Page 107

1    Q.   Can you elaborate -- and I don't -- I
2  certainly don't want to be redundant with what you told
3  me earlier.
4    A.   I got you.
5    Q.   Obviously, I know your child didn't want to go
6  outside sometimes.  They didn't want to go to swim
7  practice.  I got all that.  If there's anything beyond
8  that that you feel like we should know or that's
9  relevant to your claim, that's what I'd like to know.
10              MR. FOSTER:  Objection; form.  Go ahead.
11   A.   The safety of my family is the most important
12  thing to me.  When I had my daughter for the first
13  time, it changed my perspective on life, and my son.
14  And when we went through this and saw the effect it was
15  having on overall family health, we were very concerned
16  about the long-term health.
17         And that's what I mean when I said the smell
18  was so bad, we had to move.  We didn't know -- you
19  know, the overall lifestyle.  It was affecting their
20  activities.  It was affecting our activities.  We were
21  scared.  We were stressed.
22         It was not an easy decision to move.  We've
23  lived -- my wife has lived here her whole life.  We're
24  not -- we're not -- I don't know the correct word, but
25  we don't jump to decisions.  We're very analytical,

Page 108

1  both of us.  We thought about this thoroughly.
2           We were taking the kids away from their -- you
3  know, family, their friends, their schools, their team
4  sports.  We were leaving our family, our friends,
5  community we loved.  And we were that nervous about
6  what this was going to do to us long term.
7  BY MR. MOGHIS:
8      Q.   Okay.  Regarding that specific concern about
9  your health long term, did you-guys ever go and get
10 evaluated by any professional with respect to those
11 concerns?
12          MR. FOSTER:  Objection; form.  Go ahead
13      and answer.
14     A.   Not other than we've already stated.
15 BY MR. MOGHIS:
16     Q.   Okay.  And I think what we had already stated
17 was that at different times when symptoms may have been
18 presented, there may have been a doctor visit
19 contemporaneous with those symptoms, right?
20          MR. FOSTER:  Objection; form.  Go ahead
21      and answer.
22     A.   Say that again?  I'm not understanding.
23 BY MR. MOGHIS:
24     Q.   Sure.  I'm just trying to differentiate what
25 I'm currently asking you versus what I asked you

```
                                              Page 127
 1   form.
 2       Q.   Sure.
 3       A.   That's the environment.
 4       Q.   Sure.  Do you -- you told me that a large --
 5   or I guess -- let me ask you that.  So you told me that
 6   there were quite a few elements that led to you moving
 7   and then a few elements that led you moving
 8   particularly to South Carolina, right?  Right?
 9            MR. FOSTER:  Objection; form.
10       A.   Right.
11   BY MR. MOGHIS:
12       Q.   With respect to just the moving element -- I
13   don't care particularly about South Carolina -- but you
14   moving from this house, how -- how prevalent of an
15   issue amongst those other issues that we talked about
16   was the experiencing of the odors?
17       A.   We wouldn't even started to have the
18   conversation if the odors weren't present.
19       Q.   Okay.  So it was a primary -- the primary
20   factor; is that fair?
21       A.   Primary, yes.
22       Q.   Okay.  Do you think that the Hodges, that
23   that's something the Hodges folks would have wanted to
24   know before purchasing the property?
25            MR. FOSTER:  Objection to form.
```