# In the Matter of:

*Frederick Addison, et al*     *Plaintiffs*

*vs.*

*Louisiana Regional Landfill Company, et al Defendants*

_____

# Ali Hashimi

April 29, 2024

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FREDERICK ADDISON, et al

  Plaintiffs

v.

LOUISIANA REGIONAL LANDFILL COMPANY,

  et al

Defendants

Case No.: 19-cv-11133

Section: E   Judge Susie Morgan

Magistrate Judge: Michael North

*Applies to all cases.

*******************************************

    VIDEO DEPOSITION OF ALI HASHIMI taken
on Monday, April 29, 2024 at LISKOW &
LEWIS, 701 Poydras Street, Suite 5000, New
Orleans, LA 70139 beginning at 9:09 a.m.
and concluding at 4:44 p.m.

REPORTED BY:

DIANNE C. WININGER, CCR
Certified Court Reporter

 1      A.   I'm not sure how to answer that
 2   question when you say I was responsible for
 3   the management of any landfills.
 4      Q.   Did you oversee any municipal solid
 5   waste landfill projects when you worked for
 6   Golder Associates?
 7      A.   Yes.
 8      Q.   Tell us about those.  Well, how
 9   many?
10      A.   I don't recall.
11      Q.   Can you tell me what type of
12   municipal solid waste landfills you oversaw
13   the management of at Golder Associates?
14          MR. PAUL:  Object to form.
15          THE WITNESS:  The two I recall are two
16   facilities that were being closed under
17   Superfund and I was involved with those
18   projects.  Actually, there was three.  I can
19   remember three now.
20   BY MR. JOHNSON:
21      Q.   And all of those were facilities
22   being closed under Superfund?
23      A.   Closed or going through the
24   Superfund process.
25      Q.   Sir, do you have any legal training?

```
 1        A.   No.
 2        Q.   Have you ever had a job where your
 3   title was contract administrator?
 4        A.   No.
 5        Q.   Does Weaver Consultants have someone
 6   responsible for reviewing contracts?
 7        A.   Yes.
 8        Q.   Is there a legal department there?
 9        A.   Yes.
10        Q.   Is that the entity that reviews
11   legal contracts for Weaver Consultants?
12        A.   Yes.
13        Q.   And when I say Weaver Consultants,
14   for purposes of this deposition I'm not going
15   to say every time Group North Central, LLC.
16   So you understand, that's who I'm talking
17   about, the entity you work for.  Not the
18   universal Weaver Consultants.  Can we agree to
19   that?
20        A.   Yes.
21        Q.   So there is a legal department that
22   reviews contracts?
23        A.   Yes.
24        Q.   And do they also review engagements
25   such as your engagement in this case as an
```

```
 1   expert witness?
 2       A.   Yes.
 3       Q.   So they reviewed your agreement with
 4   Beveridge & Diamond in this case?
 5       A.   Yes.
 6       Q.   Is it part of your responsibilities
 7   at Weaver Consultants to review contracts?
 8       A.   Yes.
 9       Q.   And what is your responsibility in
10   that regard?
11       A.   One of the services that we're hired
12   for is to prepare contract documents to bid
13   projects out.
14       Q.   And does the legal department have
15   the final say when the contract that is issued
16   by or is entered into by Weaver Consultants?
17            MR. PAUL:  Object to form.
18            THE WITNESS:  I'm not sure I
19   understand the question.
20   BY MR. JOHNSON:
21       Q.   Who ultimately decides whether a
22   contract can be accepted by Weaver Consultants
23   or not?  Is it the engineer?  Is it the legal
24   department?  Can you tell me who that is?
25       A.   For a contract for our engagement or
```

```
 1    are you talking about a client's?
 2         Q.   For a client engagement.
 3         A.   For when we're contracting our
 4    services to a client?
 5         Q.   Uh-uh.
 6         A.   Okay.  Ultimately, it's principal.
 7         Q.   So that would be you in a case that
 8    you're involved in doing the work for?
 9         A.   It could be.
10         Q.   Well, it could be.  Who else could
11    it be?
12         A.   It could be any one of the
13    principals.  We all have that authority.
14         Q.   So you may work on assignments that
15    you aren't the person that actually negotiates
16    the contract; is that what you're saying?
17         A.   Correct.
18         Q.   Under your select project experience
19    section, you state that you have served as a
20    project manager and construction quality
21    assurance officer for several construction
22    projects at operating and closed sanitary
23    landfills.  Are those things two different
24    jobs, the project manager and the construction
25    quality assurance officer?
```

 1      A.   Yes.
 2      Q.   Okay, tell me what a project manager
 3   does with regard to operating and closed
 4   sanitary landfills.
 5      A.   A project manager could be the
 6   person who's responsible for any type of
 7   engineering services that we might be
 8   providing in a landfill; whereas a
 9   construction quality assurance officer is a
10   very specific role.
11      Q.   And what is the role?
12      A.   When a project is being constructed
13   it oftentimes requires a professional engineer
14   certification to document that it was
15   completed in accordance with the plans and
16   specifications.  So that's why it's a very
17   specific assignment.
18      Q.   I asked you whether you were
19   licensed in Louisiana.  Have you ever been
20   involved in any projects concerning municipal
21   solid waste landfills in Louisiana?
22      A.   Yes.
23      Q.   Where?
24      A.   In New Orleans.
25      Q.   When?

     1          A.   In the 90s.
     2          Q.   And tell me about that.  What was
     3    the assignment?
     4          A.   I was working for a gas developer
     5    who, and I don't recall the terms of their
     6    engagement or what their involvement was, but
     7    I know they at least had some interest in
     8    developing gas at a landfill in New Orleans.
     9          Q.   In New Orleans?
    10          A.   Yes.
    11          Q.   And who were you working for in that
    12    project?
    13          A.   The company was called Resource
    14    Technology Corporation.
    15          Q.   Other than that one project, have
    16    you worked on any other solid waste municipal
    17    landfills in Louisiana?
    18          A.   Not that I recall.
    19          Q.   Sir, I don't see anything on your CV
    20    about prior deposition or trial testimony.
    21    Have you been a witness in cases involving
    22    landfills in your professional experience?
    23          A.   Yes.
    24          Q.   Why isn't that listed on your CV?
    25          A.   Because I included work in here that

```
 1   I typically provide and things that we would
 2   normally be looking for if we were submitting
 3   a proposal.  So I just looked for relevant
 4   experience.  It's certainly not everything
 5   I've done in my entire career.
 6        Q.   Well, how many cases have you been
 7   named as an expert where you've given either
 8   deposition or trial testimony?
 9        A.   How many cases was I named as an
10   expert?
11        Q.   Where you have given either
12   deposition or trial testimony.
13        A.   Four.
14        Q.   And can you tell me what those were?
15        A.   Yes.  One was a bankruptcy case in
16   Michigan.  Another was a, I believe it was
17   another bankruptcy case in Georgia.  And then
18   the other two were a -- I'm trying to think of
19   the correct legal term.  One was I was, I
20   guess I believe you call it a fact witness,
21   and the other was I was hired to provide
22   rebuttal to an expert report for the same
23   facility.
24        Q.   So the case where you were a fact
25   witness and you provided the expert rebuttal
```

```
 1    report, that was the same case?
 2         A.   I don't know if it was the same case
 3    or not.  It was the same facility.
 4         Q.   Where was that?
 5         A.   In Hillside, Illinois.
 6         Q.   Now, in the bankruptcy case in
 7    Michigan, did you actually testify in that
 8    case?
 9         A.   No.
10         Q.   Did you provide a expert report in
11    that case?
12         A.   I believe so, yes.
13         Q.   And were you deposed in that case?
14         A.   Yes.
15         Q.   And do you know what jurisdiction
16    that bankruptcy case was in Michigan?
17         A.   No.
18         Q.   Same questions about the Georgia
19    case.  Did you provide an expert report in
20    that case?
21         A.   I don't recall doing that.
22         Q.   Did you testify in that case?
23         A.   Yes.
24         Q.   And do you remember what
25    jurisdiction that case was in in Georgia?
```

1      A.    Well, since it was in bankruptcy,
2  the trial was actually in Chicago.  So I don't
3  know the legal specifics of how you would
4  describe that.
5      Q.    You testified in trial in Chicago?
6      A.    Yes.
7      Q.    And do you know about when that was?
8      A.    It would have been the late 90s.
9      Q.    And when was the Michigan case?
10     A.    It was several years ago.  I can't
11 remember the specific year.
12     Q.    Was it in the 20s, the 2000s?
13     A.    I would say 10 to 15 years ago.
14 Approximate.
15     Q.    And what about the case concerning
16 the facility Hillside, Illinois, when was
17 that?
18     A.    I believe that was about ten years
19 ago.
20     Q.    So in the last ten years, have you
21 given deposition testimony, understanding you
22 said these are about ten years ago, since the
23 ones that you listed for me, have you given
24 deposition testimony or testified in any
25 hearing regarding municipal solid waste

1    landfills?
2        A.   Other than these?
3        Q.   Other than the four or three cases
4    that you described, one is a fact witness and
5    one is rebuttal witness and the other two,
6    have you given any testimony in the last ten
7    years?
8        A.   No.
9        Q.   Sir, prior to this case, have you
10   given any expert testimony in a case that
11   dealt with odors emanating from a landfill?
12       A.   Yes.  I believe so.
13       Q.   And tell me what case that was.
14   What cases.
15       A.   That would have been the cases
16   involved in the Hillside, Illinois site.
17       Q.   What was the issue there?
18       A.   Could you be a little more specific?
19   When you say the issue, I'm not --
20       Q.   I asked you if you testified in a
21   case that dealt with odors emanating from a
22   landfill.  So was that a issue in the case
23   that you testified about it?
24       A.   Okay, one of the expert or yeah, the
25   expert report that I provided rebuttal to that

```
 1    -- I'm trying to recall, but I believe it
 2    basically talked, his report discussed how the
 3    landfill or actions that had taken at the
 4    landfill, things that had happened there.
 5    That's what I recall.
 6         Q.   Did that case involve hydrogen
 7    sulfide gas at all?
 8         A.   I do not believe it did, no.
 9         Q.   Did that case involve spent lime?
10         A.   Not that I'm aware of.
11         Q.   To your knowledge, has any court
12    ever accepted you as an expert witness?
13         A.   I'm not sure how that works from a
14    legal proceeding perspective.  I mean, I know
15    I've acted in that capacity, so I would assume
16    my answer is yes, but I wouldn't have the
17    experience to know that.
18         Q.   Okay, I'm not asking you to guess.
19    Would it have been one of the four cases or
20    three cases that you described before that you
21    would have been designated, accepted as an
22    expert witness?
23         A.   Yes.
24         Q.   Do you know whether you've ever
25    been, the court has ever rejected you as an
```

 1          A.   I believe the opinions are repeated.
 2     There's a summary in the beginning.  Are you
 3     referring to the summary in the beginning or
 4     later on in the report or does it matter?
 5          Q.   You can refer to both because you
 6     have opinions and then you have some
 7     explication about your opinions later on in
 8     the report.  So feel free to refer to, when I
 9     refer to an opinion, feel free to refer to
10     either your bullet points under opinions that
11     start with Page 3 or your explanation of your
12     opinions later in the report.  Wherever you
13     want to go to answer my question is fine with
14     me.
15          A.   Okay.  Thank you.
16          Q.   So I want to ask you, let's start at
17     Page 3, you say Jefferson Parish bore ultimate
18     responsibility for control over all aspects of
19     the operation of the facility, including the
20     operation and maintenance of the landfill gas
21     control and collection system, GCCS in parens,
22     at the facility.
23          What do you mean or explain to us what
24     you mean by ultimate responsibility for
25     control?

```
 1        A.   As I described in my report,
 2   Jefferson Parish was the owner and still may
 3   be, I shouldn't say was, but the owner and the
 4   permit holder at the time of these events.
 5        Q.   While they were the owner and permit
 6   holder, how does that equate to them having
 7   ultimate responsibility for control over all
 8   aspects of the operation of the facility?
 9        A.   As I mentioned in my report, that's
10   defined in the Louisiana regulations.
11        Q.   Can you tell me the specific
12   regulation that you're referring to?
13        A.   Can I look through?
14        Q.   Yes, sir.  In responding to my
15   question, take whatever time you need to look
16   through your report to respond to my question.
17        A.   So on Page 8, I made references
18   there.
19        Q.   On Page 8 tell me what here, what
20   reference here indicates that Jefferson Parish
21   had ultimate responsibility for control over
22   all aspects of the operation of the facility?
23   I assume you're talking about on Page 8 under
24   Opinion 3.1, is that what you're talking
25   about?
```

```
 1         A.    Yes.
 2         Q.    Okay, tell me where you find
 3   something that indicates Jefferson Parish bore
 4   ultimate responsibility for control over all
 5   aspects of the operation of the facility.
 6         A.    Where I say in the first paragraph
 7   under the basis of the opinion in the last
 8   sentence there where I stated municipalities,
 9   parishes and regional commissions are
10   responsible for among other things planning
11   and operating permitted processing and/or
12   disposal facilities while cooperating with the
13   department or other entities to implement
14   regional management systems.
15         Q.    Okay, where in there does it say
16   that municipalities, parishes and regional
17   commissions bore ultimate responsibility?
18              MR. PAUL:  Object to form.
19              THE WITNESS:  That's how I interpreted
20   what this stated here.
21   BY MR. JOHNSON:
22         Q.    Well, what is the basis for your
23   interpretation of this language?  Is that a
24   legal opinion?
25         A.    No.  I'm not an attorney.
```

Ali Hashimi
April 29, 2024

Page 63

```
 1        Q.   Is that an engineering opinion?
 2        A.   That was my understanding of the
 3   responsibility structure for who was
 4   ultimately responsible for activities.
 5        Q.   Assuming that you say that Jefferson
 6   Parish bore ultimate responsibility for
 7   control, who do they owe that responsibility
 8   to?
 9        A.   I'm not sure how to answer that
10   question because it sounds like more of a
11   legal question to me.
12        Q.   Well, if your answer is I can't
13   answer that question because you're asking me
14   a legal question, that's a fair answer if
15   that's what your answer is.
16             MR. PAUL:  Object to form.
17   BY MR. JOHNSON:
18        Q.   Are you saying what I asked you is
19   asking you to render a legal opinion?
20        A.   Could you repeat your question?
21        Q.   My question is if you say Jefferson
22   Parish bore ultimate responsibility for
23   control over all aspects of the operation of
24   the facility, to whom did they owe that
25   responsibility?
```