# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>          **Plaintiffs**<br>**V.**<br>**LOUISIANA REGIONAL LANDFILL**<br>**COMPANY, ET AL.,**<br>          **Defendants**<br><br>***Applies to: Both Cases*** | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, in accordance with Local Rule 5.6 and the Agreed Protective Order in this case entered into on November 4, 2019 ("Protective Order") (R. Doc 79), file this motion for leave to file under seal portions of:

- the Brief in Support of Plaintiffs' Motions to Exclude the Expert Testimony of Dr. Brobson Lutz;

- the Brief in Support of Plaintiffs' Motion to Exclude Evidence Regarding Dr. Spodak's Resolved Medical Condition;

- Dr. Kind's Expert Report and Deposition Transcript Excerpts;

- Dr. Lutz's Expert Report, Deposition Transcript Excerpts, and Deposition Exhibits of IME Reports; and

- Dr. Spodak's Deposition Transcript Excerpts and Declaration.

This motion is filed pursuant to the Protective Order, and the Eastern District of Louisiana's "need to protect sensitive personal and medical information,"[1] and for the reasons more fully set forth in the attached memorandum.

WHEREFORE, Plaintiffs pray that this Motion be granted and that they be allowed to file under seal and deem "Confidential" or "Confidential-Outside Counsel Only" portions of the Brief in Support of Plaintiffs' Motions to Exclude the Expert Testimony of Dr. Brobson Lutz; the Brief in Support of Plaintiffs' Motion to Exclude Evidence Regarding Dr. Spodak's Resolved Medical Condition; Dr. Kind's Expert Report and Deposition Transcript Excerpts; Dr. Lutz's Expert Report, Deposition Transcript Excerpts, and Deposition Exhibits of IME Reports; and Dr. Spodak's Deposition Transcript Excerpts and Declaration.

Dated: June 6, 2024

Respectfully submitted:

＿＿＿＿**/s/** S. Eliza James＿＿＿＿＿＿＿
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
FORREST CRESSY & JAMES, LLC
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com

＿＿＿＿＿/s/ Eric C. Rowe＿＿＿＿＿＿
C. Allen Foster (Admitted Pro Hac Vice)

---

[1] *Molina v. Unum Life Ins. Co. of Am.*, No. 22-CV-4744, 2024 U.S. Dist. LEXIS 33070, at *3 (E.D. La. Feb. 27, 2024) (quoting *E.W. v. Health Net Life Ins. Co.*, 86 F.4th 1265, 1303-03 (10th Cir. 2023)).

Eric C. Rowe (Admitted Pro Hac Vice)
Harry S. Johnson (Admitted Pro Hac Vice)
James Jeffcoat (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@wtplaw.com
erowe@wtplaw.com
mchilders@wtplaw.com
*Counsel For Addison Plaintiffs*