UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs<br>V.<br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants<br><br>*Applies to: Both Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

### PLAINTIFFS' MEMORANDUM IN SUPPORT OF
### MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, in accordance with Local Rule 5.6 and the Agreed Protective Order in this case entered into on November 4, 2019 ("Protective Order") (R. Doc 79), have requested leave to file under seal portions of:

- the Brief in Support of Plaintiffs' Motions to Exclude the Expert Testimony of Dr. Brobson Lutz;

- the Brief in Support of Plaintiffs' Motion to Exclude Evidence Regarding Dr. Spodak's Resolved Medical Condition;

- Dr. Kind's Expert Report and Deposition Transcript Excerpts;

- Dr. Lutz's Expert Report, Deposition Transcript Excerpts, and Deposition Exhibits of IME Reports; and

- Dr. Spodak's Deposition Transcript Excerpts and Declaration.

for the following reasons:

1

1. The Motion to Exclude the Expert Testimony of Dr. John Kind (the "Kind Motion") attaches as an Exhibit Dr. Kind's Expert Report.

2. The Kind Motion attaches as an Exhibit Dr. Kind's Deposition Transcript Excerpts.

3. The Motion to Exclude the Expert Testimony of Dr. Brobson Lutz (the "Lutz Motion") is being filed simultaneously with a Brief in Support of that Motion.

4. The Lutz Motion attaches as an Exhibit Dr. Lutz's Expert Report

5. The Lutz Motion attaches as an Exhibit Dr. Lutz's Deposition Transcript Excerpts.

6. The Lutz Motion attaches as Exhibits the IME Reports which were used as Exhibits for Dr. Lutz's Deposition.

7. Plaintiffs' Motion to Exclude Evidence Regarding Dr. Spodak's Resolved Medical Condition (the "Spodak Motion") is being filed simultaneously with a Brief in Support of that Motion.

8. The Spodak Motion attaches as an Exhibit Dr. Spodak's Deposition Transcript Excerpts.

9. The Spodak Motion attaches as an Exhibit Dr. Spodak's Declaration.

10. In support of the Lutz Motion, Plaintiffs were required to attach a Brief.

11. In support of the Kind Motion and the Lutz Motion, Plaintiffs were required to attach as Exhibits the Expert Reports and Deposition Transcript Excerpts.

12. In support of the Lutz Motion, Plaintiffs were required to attach as an Exhibit the Deposition Exhibit IME Reports.

13. In support of the Spodak Motion, Plaintiffs were required to attach a Brief.

14. In support of the Spodak Motion, Plaintiffs were required to attach as Exhibits Dr. Spodak's Deposition Transcript Excerpts and Declaration.

15.     Pursuant to the Protective Order and the Eastern District of Louisiana's "need to protect sensitive personal and medical information,"[1] these aforementioned documents should be designated as "Confidential" or "Confidential-Outside Counsel Only" because they include confidential, protected health information relating to the medical treatment of the Plaintiffs.

16.     In an effort to comply with the Protective Order, Plaintiffs have requested that portions of the Brief in Support of Plaintiffs' Motions to Exclude the Expert Testimony of Dr. Brobson Lutz; the Brief in Support of Plaintiffs' Motion to Exclude Evidence Regarding Dr. Spodak's Resolved Medical Condition; Dr. Kind's Expert Report and Deposition Transcript Excerpts; Dr. Lutz's Expert Report, Deposition Transcript Excerpts, and Deposition Exhibits of IME Reports; and Dr. Spodak's Deposition Transcript Excerpts and Declaration, be filed under seal and deemed "Confidential" or "Confidential-Outside Counsel Only."

WHEREFORE, Plaintiffs pray that this Motion be granted and that they be allowed to file under seal and deem "Confidential" or "Confidential-Outside Counsel Only" portions of the Briefs in Support of Plaintiffs' Motions to Exclude the Expert Testimony of Dr. John Kind and Dr. Brobson Lutz; the Brief in Support of Plaintiffs' Motion to Exclude Evidence Regarding Dr. Spodak's Resolved Medical Condition; Dr. Kind's Expert Report, Deposition Transcript, and Deposition Exhibit of IME Reports; Dr. Lutz's Expert Report, Deposition Transcript, and Deposition Exhibits of IME Reports; and Dr. Spodak's Deposition Transcript and Declaration.

---

[1] *Molina v. Unum Life Ins. Co. of Am.*, No. 22-CV-4744, 2024 U.S. Dist. LEXIS 33070, at *3 (E.D. La. Feb. 27, 2024) (quoting *E.W. v. Health Net Life Ins. Co.*, 86 F.4th 1265, 1303-03 (10th Cir. 2023)).

Dated: June 6, 2024

                          Respectfully submitted:

                          **/s/** S. Eliza James
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
FORREST CRESSY & JAMES, LLC
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com

                         /s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Harry S. Johnson (Admitted Pro Hac Vice)
James Jeffcoat (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@wtplaw.com
erowe@wtplaw.com
mchilders@wtplaw.com
*Counsel For Addison Plaintiffs*

4