
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | CIVIL ACTION |
| Plaintiffs | NO. 19-11133, c/w 19-14512 |
| V. | SECTION: "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | |
| Defendants | JUDGE: Morgan |
| | MAGISTRATE JUDGE: North |
| *Applies to: Both Cases* | |

## BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF BALDWIN JUSTICE

Pursuant to §VI.2 of the Thirteenth Case Management Order, Plaintiffs move this Court to exclude the testimony of proposed defense expert, Baldwin Justice. Because no Trial Plaintiff is making a claim for diminution in property value, his testimony is irrelevant. For the reasons stated herein, his testimony should be excluded in its entirety.

1. Mr. Justice's testimony is not relevant and will not assist the trier of fact.

2. In this case, not one of the Trial Plaintiffs seeks damages for diminution in property value.

3. In attempting to make his opinions relevant to this case, Mr. Justice has opined that "the loss of the 'right of enjoyment' will result in a limitation to the property and a diminished market value.

4.	Because Mr. Justice concludes that there was no decrease in property values, the Plaintiffs' complaints did not occur.

5.	This conclusion is purely the ipse dixit of Mr. Justice and is, therefore, not admissible as expert testimony in this case.

6.	Plaintiffs incorporate by reference their accompanying brief in support of this motion to exclude evidence.

WHEREFORE, for the reasons set forth above and as set forth in their accompanying brief in support of this motion to exclude evidence, Plaintiffs respectfully request that this Court exclude Defendants from presenting the testimony of proposed defense expert Baldwin Justice at trial.

Respectfully submitted, this 6th day June, 2024.

          **/s/** S. Eliza James
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
FORREST CRESSY & JAMES, LLC
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com

/s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Harry S. Johnson (Admitted Pro Hac Vice)
James Jeffcoat (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@wtplaw.com
erowe@wtplaw.com

mchilders@wtplaw.com
*Counsel For Addison Plaintiffs*