# In the Matter Of:

Addison, et al. vs Louisiana Regional Landfill Co.

19-cv-11133

# BALDWIN R. JUSTICE

*April 15, 2024*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4

 5   FREDERICK ADDISON, ET AL      CIVIL ACTION

 6   VERSUS                        NO. 19-cv-11133

 7   LOUISIANA REGIONAL LANDFILL
     COMPANY ET AL                 SECTION E
 8

 9

10

11   VIDEOTAPED DEPOSITION OF BALDWIN R. JUSTICE, TAKEN IN
     THE OFFICES OF LISKOW & LEWIS, 701 POYDRAS STREET,
12   SUITE 5000, ON THE 15TH DAY OF APRIL, 2024,
     COMMENCING AT 9:34 A.M. AND CONCLUDING AT 11:40 A.M.
13

14

15

16   REPORTED BY:

17
             RUBY M. WALLEN
18           CERTIFIED COURT REPORTER

19

20

21

22

23

24

25
```



| | | |
|---|---|---|
| 1 | depositions. | 09:50:00 |
| 2 | Q.    Have you spoken to any of the property | 09:50:01 |
| 3 | owners? | 09:50:09 |
| 4 | A.    No. I have not. | 09:50:11 |
| 5 | Q.    Have you spoken to any of the adjacent | 09:50:15 |
| 6 | property owners? | 09:50:17 |
| 7 | A.    No. I have not. | 09:50:18 |
| 8 | Q.    Those being people, I'm sorry.  To | 09:50:20 |
| 9 | clarify, those people living around the homes that | 09:50:22 |
| 10 | are at issue in this case. | 09:50:25 |
| 11 | MR. MIMS: | 09:50:26 |
| 12 | I'm going to object to form. | 09:50:26 |
| 13 | THE WITNESS: | 09:50:28 |
| 14 | No.  I have not directly spoken with | 09:50:29 |
| 15 | any of the property owners adjoining the properties. | 09:50:31 |
| 16 | BY MR. JOHNSON: | 09:50:38 |
| 17 | Q.    Has your, the person that assisted you | 09:50:38 |
| 18 | spoken to any of the plaintiffs? | 09:50:39 |
| 19 | A.    No. | 09:50:41 |
| 20 | Q.    Have you been told that there was a | 09:50:55 |
| 21 | general causation trial in this case? | 09:50:57 |
| 22 | A.    No. Not to my knowledge. | 09:51:02 |
| 23 | Q.    So if you have not been told that | 09:51:04 |
| 24 | there was a general causation trial, have you been | 09:51:28 |
| 25 | provided with a copy of the findings of fact and | 09:51:33 |



|     |                                                                                  |          |
|-----|----------------------------------------------------------------------------------|----------|
| 1   | conclusions of law issued by Judge Susie Morgan on                               | 09:51:35 |
| 2   | November 29, 2022?                                                               | 09:51:39 |
| 3   |     A.    I do not believe I've been provided | 09:51:42 |
| 4   | that.                                                                            | 09:51:44 |
| 5   |     Q.    Sir, I'm going to read you something | 09:51:44 |
| 6   | from that judge's finding and ask you if you have                                | 09:51:51 |
| 7   | been, since you haven't been provided with the                                   | 09:51:54 |
| 8   | opinion, I'm going to ask you if you have been told                              | 09:51:56 |
| 9   | this information.                                                                | 09:51:58 |
| 10  | Counsel, I am referring to the                                                   | 09:52:00 |
| 11  | opinion, the findings of fact and conclusion of law                              | 09:52:04 |
| 12  | from Judge Morgan.  It is case number 2:19-CV-11133.                             | 09:52:08 |
| 13  | Madam Court Reporter, if I start talking too fast,                               | 09:52:18 |
| 14  | just let me know because I talk fast.                                            | 09:52:20 |
| 15  | Let me start over again.  Case number                                            | 09:52:22 |
| 16  | 2:19-CV-11133-Capital S, capital M-MBN.  And it is                               | 09:52:25 |
| 17  | document number 323, filed 11-9-22.                                              | 09:52:42 |
| 18  | And, counsel, I'm referring to Page 41                                           | 09:52:50 |
| 19  | and 42 of Judge Morgan's opinion.  And let me know                               | 09:52:53 |
| 20  | when you are there, so I won't start reading until                               | 09:52:58 |
| 21  | you tell me you are ready.                                                       | 09:53:01 |
| 22  |     MR. MIMS:                                                | 09:53:03 |
| 23  | Harry, we don't have that document,                                              | 09:53:04 |
| 24  | but if you want to pull it up, we are happy to look                              | 09:53:05 |
| 25  | at it.                                                                           | 09:53:08 |



```
 1      MR. JOHNSON:                                              09:53:08
 2              Well, I don't have it to pull up.  But            09:53:08
 3   you all had it.  So I will read it, and if someone           09:53:12
 4   thinks I have read it correctly, they can put an             09:53:16
 5   objection on the record and we will do what we need          09:53:18
 6   to do.                                                       09:53:20
 7      MR. MIMS:                                                 09:53:20
 8              That's fine.                                      09:53:20
 9   BY MR. JOHNSON:                                              09:53:20
10      Q.      Okay.  Thank you sir.  Page 41 in the             09:53:22
11   judge's opinion.  "The odor complaints by residents          09:53:26
12   are consistent with these findings and show an               09:53:28
13   interference with daily life and loss of use and             09:53:32
14   enjoyment of their property.  Examples of how                09:53:34
15   residents alter their daily life include not wanting         09:53:37
16   to go outside, being unable to enjoy outdoor                 09:53:40
17   activities, like walking the dog, watching sports at         09:53:43
18   the playground and yardwork, feeling trapped in their        09:53:45
19   homes, avoiding inviting people over due to                  09:53:49
20   embarrassment, fearing for the health of themselves          09:53:56
21   and their families, having to leave their homes and          09:53:57
22   sleep elsewhere during the odor and moving to escape         09:54:01
23   the odor."                                                   09:54:04
24              Did I speak clearly enough for you to             09:54:06
25   understand what I just read to you, sir?                     09:54:08
```



```
 1        A.    Yes.                                              09:54:10
 2        Q.    Okay.  Have you ever been told that              09:54:10
 3   Judge Morgan found that in the general causation            09:54:16
 4   portion of this trial?                                      09:54:19
 5        MR. MIMS:                                               09:54:20
 6              Object to form.                                   09:54:21
 7        THE WITNESS:                                            09:54:22
 8              I have not been given that                        09:54:22
 9   information.                                                 09:54:24
10   BY MR. JOHNSON:                                              09:54:25
11        Q.    Would that information have been                 09:54:26
12   important to you in the opinions that you are               09:54:28
13   rendering in this case?                                      09:54:30
14        MR. MIMS:                                               09:54:31
15              Object to form.                                   09:54:32
16        THE WITNESS:                                            09:54:36
17              No.  In my expert, with regard to my             09:54:36
18   expert opinion, no, that would not have impacted my         09:54:37
19   opinions.                                                    09:54:40
20   BY MR. JOHNSON:                                              09:54:40
21        Q.    So your expert opinion is not impacted           09:54:41
22   by findings of fact made by the trier of fact in this       09:54:46
23   case, the judge?                                             09:54:47
24        MR. MIMS:                                               09:54:48
25              Object to form.                                   09:54:49
```

