UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**   Plaintiffs  V.  **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**   Defendants  *Applies to: Both Cases* | CIVIL ACTION  NO. 19-11133, c/w 19-14512  SECTION: "E" (5)  JUDGE: Morgan  MAGISTRATE JUDGE: North |

## PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. JOHN KIND

Pursuant to §VI.2 of the Thirteenth Case Management Order, Plaintiffs move this Court to exclude the testimony of proposed defense expert, Dr. John Kind. For the reasons stated herein, his testimony should be excluded in its entirety.

1. Defendants propose to call Dr. Kind to testify in support of their defense that Plaintiffs' health complaints resulted from sources other than the Jefferson Parish Landfill and that other sources are to blame for the odors.

2. Dr. Kind's testimony should be excluded in its entirety for several reasons, however.

3. Dr. Kind's opinion offers nothing more than argument that counsel could make based on the evidence adduced at trial.

4. Dr. Kind's opinion attempts to make conclusion based on issues of law.

5. Dr. Kind's opinion is not based on an area of expertise held by Dr. Kind or on any scientific or technical basis whatsoever.

6. Dr. Kind's opinion regarding potential other causes is not relevant because Defendants have not demonstrated any other cause capable of causing the injuries complained of.

7. As a result, Dr. Kind's proposed expert testimony will not assist the jury to determine any issue in this case and should be excluded in its entirety.

8. Plaintiffs incorporate by reference their accompanying brief in support of this motion to exclude evidence.

WHEREFORE, for the reasons set forth above and as set forth in their accompanying brief in support of this motion to exclude evidence, Plaintiffs respectfully request that this Court preclude the Defendants from presenting the testimony of proposed defense expert Dr. John Kind at trial.