

World Health Organization
Regional Office for Europe
Copenhagen

# Air Quality Guidelines

## for Europe

### Second Edition

WHO Regional Publications, European

A similar situation occurs for effects on vegetation. Plants are generally damaged by short-term exposures to high concentration as well as by long-term exposures to low concentration. Therefore, both short- and long-term guidelines to protect plants are proposed.

### Criteria for consideration of sensory effects

Some of the substances selected for evaluation have malodorous properties at concentrations far below those at which toxic effects occur. Although odour annoyance cannot be regarded as an adverse health effect in a strict sense, it does affect the quality of life. Therefore, odour threshold levels have been indicated where relevant and used as a basis for separate guideline values.

For practical purposes, the following characteristics and respective levels were considered in the evaluation of sensory effects:

- intensity, where the *detection threshold level* is defined as the lower limit of the perceived intensity range (by convention the lowest concentration that can be detected in 50% of the cases in which it is present);

- quality, where the *recognition threshold level* is defined as the lowest concentration at which the sensory effect, such as odour, can be recognized correctly in 50% of the cases; and

- acceptability and annoyance, where the *nuisance threshold level* is defined as the concentration at which not more than a small proportion of the population (less than 5%) experiences annoyance for a small part of the time (less than 2%); since annoyance will be influenced by a number of psychological and socioeconomic factors, a nuisance threshold level cannot be defined on the basis of concentration alone.

During revision of the guidelines, the problems of irritation (for example, of the skin) and headache were also considered as possible problems of annoyance. It was agreed that headache should be regarded as a health endpoint and not merely as a matter of annoyance.

### CRITERIA FOR CARCINOGENIC ENDPOINT

Cancer risk assessment is basically a two-step procedure, involving a qualitative assessment of how likely it is that an agent is a human carcinogen, and a quantitative assessment of the cancer risk that is likely to occur at given levels and duration of exposure (*11*).