# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | **CIVIL ACTION** |
| Plaintiffs | NO. 19-11133, c/w 19-14512 |
| V. | SECTION: "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | |
| Defendants | **JUDGE:** Morgan<br>**MAGISTRATE JUDGE:** North |
| *Applies to: Both Cases* | |

## PLAINTIFFS' MOTION TO EXCLUDE
## EXPERT TESTIMONY OF BARRY KLINE

Pursuant to §VI.2 of the Thirteenth Case Management Order, Plaintiffs move this Court to exclude the testimony of proposed defense expert, Barry Kline. For the reasons stated herein, his testimony should be excluded in its entirety.

1. Defendant Aptim Corporation proposes to call Mr. Kline to testify in support of their defense that Aptim was not responsible for what happened in this case.

2. Mr. Kline's testimony should be excluded in its entirety for several reasons, however.

3. Mr. Kline cannot testify as a fact witness.

4. Mr. Kline's opinion attempts to testify as to conclusions of law.

5. As a result, Mr. Kline's proposed expert testimony will not assist the jury to determine any issue in this case and should be excluded in its entirety.

6.      Plaintiffs incorporate by reference their accompanying brief in support of this motion to exclude evidence.

WHEREFORE, for the reasons set forth above and as set forth in their accompanying brief in support of this motion to exclude evidence, Plaintiffs respectfully request that this Court preclude the Defendants from presenting the testimony of proposed defense expert Mr. Kline at trial.