UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | CIVIL ACTION |
| Plaintiffs | NO. 19-11133, c/w 19-14512 |
| V. | SECTION: "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | |
| Defendants | JUDGE: Morgan<br>MAGISTRATE JUDGE: North |
| *Applies to: Both Cases* | |

## PLAINTIFFS' MOTION TO EXCLUDE
## EXPERT TESTIMONY OF DR. BROBSON LUTZ

Pursuant to §VI.2 of the Thirteenth Case Management Order, Plaintiffs move this Court to exclude the testimony of proposed defense expert, Dr. Brobson Lutz. For the reasons stated herein, his testimony should be excluded in its entirety.

1. Defendants propose to call Dr. Lutz to testify in support of their defense that Plaintiffs' health complaints resulted from sources other than the Jefferson Parish Landfill.

2. Dr. Lutz's testimony should be excluded in its entirety for several reasons, however.

3. Dr. Lutz's testimony is not relevant and does not focus on the two principal issues for trial.

4. Dr. Lutz's opinion offers nothing more than argument that counsel could make based on the evidence adduced at trial.

5. Dr. Lutz's opinion attempts to make conclusion based on issues of law.

6.      Dr. Lutz's opinion is not based on an area of expertise held by Dr. Lutz or on any scientific or technical basis whatsoever.

7.      As a result, Dr. Lutz's proposed expert testimony will not assist the jury to determine any issue in this case and should be excluded in its entirety.

8.      Plaintiffs incorporate by reference their accompanying brief in support of this motion to exclude evidence.

WHEREFORE, for the reasons set forth above and as set forth in their accompanying brief in support of this motion to exclude evidence, Plaintiffs respectfully request that this Court preclude the Defendants from presenting the testimony of proposed defense expert Dr. Brobson Lutz at trial.