# In the Matter of:

*Frederick Addison, et al*      *Plaintiffs*

*vs.*

*Lousiana Regiona Landfill Company, et al*      *Defendants*

_____

# Brobson Lutz, M.D.

May 14, 2024

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


In Re: FREDERICK ADDISON, et al

  Plaintiffs

v.

LOUISIANA REGIONAL LANDFILL COMPANY,

  et al

Defendants


Case No.: 19-cv-11133

Section: E  Judge Susie Morgan

Magistrate Judge: Michael North

*Applies to all cases.

*********************************************


     VIDEO DEPOSITION OF BROBSON LUTZ, M.D.

  taken on Tuesday, May 14, 2024 at LISKOW &

  LEWIS, 701 Poydras Street, Suite 5000, New

  Orleans, LA 70139 beginning at 9:34 a.m.

  and concluding at 5:34 p.m.


REPORTED BY:

DIANNE C. WININGER, CCR
Certified Court Reporter

**Brobson Lutz, M.D.**
**May 14, 2024**

1  talked about it or?

2      A.   I read Dr. Kline's initial or I read

3  his report and I considered it in my opinion,

4  but I did my own independent research as to

5  potential health effects of hydrogen sulfide.

6          MR. MIMS:  And just to keep the record

7  clean, we have a expert Dr. Kind and a Barry

8  Kline.  The witness has reviewed documents

9  related to Dr. Kind.  I don't believe you've

10  reviewed anything related to Barry Kline, but

11  you can correct me if I'm wrong.

12          THE WITNESS:  That's correct.  That's

13  correct.  K-I-N-D was the gentleman I met.

14  BY MR. ROWE:

15      Q.   Okay, yeah, we're going to talk

16  about that.  In referring you to the first

17  page of your report, if you could look at

18  that, and you say, and this is a letter from

19  you to Mr. Mims, right?

20      A.   (No response.)

21      Q.   And the first line says at your

22  request, I reviewed medical records, pharmacy

23  dispensing records and other documents in the

24  above matter.  My first question is what other

25  documents?

Brobson Lutz, M.D.
May 14, 2024

```
 1        A.   I think those are referenced later
 2   in the report.  I know I reviewed some, if you
 3   look at Appendix 1 of my report, that's the
 4   medical records.  But that also lists the
 5   depositions I reviewed, the plaintiff fact
 6   sheets I reviewed and the expert reports.  I
 7   reviewed the complainant damages, health
 8   department records and a couple of articles.
 9        Q.   And I see that you did not review
10   the expert reports of Pamela Dalton.
11        A.   No, sir.
12        Q.   Do you know who she is?
13        A.   No.
14        Q.   Do you know who Susan Schiffman is?
15        A.   No.
16        Q.   And do you know that they are both
17   have been tendered as experts in this case on
18   the subject of odors and their effect on
19   humans?
20        A.   I didn't know that.  But if you tell
21   me, I believe it.
22        Q.   But in any event, you were not shown
23   either the reports of Pamela Dalton or Susan
24   Schiffman or any part of their testimony in
25   this case?
```

**Brobson Lutz, M.D.**
**May 14, 2024**

```
 1   not the most likely cause of the trial

 2   plaintiffs' alleged health conditions as

 3   explained in defendants' expert reports served

 4   on March 8, 2024 including, and then on the

 5   next page it lists the report of Brobson Lutz,

 6   M.D., okay?

 7        A.   Yes, sir.

 8        Q.   Now, is part of your opinion in this

 9   case that the JPLF emissions was more than

10   likely not the cause of the plaintiffs'

11   alleged health effects?

12        A.   My opinion is that there were other

13   factors that I considered to be far more

14   likely the cause of any alleged health

15   conditions than any odors exposure regardless

16   of where it came from.

17        Q.   And so when you say any odors

18   exposure regardless where it came from, that

19   would include all of those places listed that

20   were listed in Interrogatory #1, right?

21        A.   Yes, sir.

22        Q.   And so as I understand your basic

23   opinion, the medical records don't really

24   reflect any exposure to any odors from any

25   source?
```

Brobson Lutz, M.D.
May 14, 2024

1    because I'm confused here.  What it said in

2    the interrogatory answers, the chemical

3    substances, the Waste Connections Defendants

4    contend more likely than not caused

5    plaintiffs' injuries are identified in and

6    then it identified your report.

7         So my question is what are the chemical

8    substances the Waste Connections Defendants

9    contend more likely than not caused the

10   plaintiffs' injuries?

11        A.   I did not identify any chemical

12   substance that caused injuries.

13        Q.   Okay.  So there are -- okay, good.

14   So there are no such chemical substances

15   identified in your report?

16        A.   Now, there were, there was

17   substances that could have been a nuisance,

18   but I did not detect, I did not see any

19   injuries at all caused by any fume or odor.

20        Q.   And just to make a point clear about

21   the nuisance, you know, two of the claims that

22   are made by the plaintiffs are decrease in the

23   quality of life and interference with their

24   enjoyment or use of the property, the nuisance

25   kind of claims, right.  And so if I'm

Brobson Lutz, M.D.
May 14, 2024

1    understanding you right, you're not saying

2    there were no odors.  You're not saying there

3    was no nuisance, right?  You're just saying

4    that these health effects aren't shown in the

5    medical records; is that right?

6          MR. MIMS:  Object to form.

7          THE WITNESS:  I'm saying that the

8    medical records do not reflect any physical

9    injury from the odors.  I have no opinion as

10   to whether it decreased quality of life or

11   whatever.  If it did, again, that's not

12   reflected in the medical records.

13   BY MR. ROWE:

14        Q.   But you're not saying that there

15   weren't any odors?

16        A.   No, sir.

17        Q.   And then if we could turn to Page 11

18   of the interrogatories answers, and under

19   Subpart C, the bolded part says the contact

20   information of persons with knowledge of the

21   emissions, you see that?

22        A.   Yes, sir.

23        Q.   And the highlighted part says upon

24   information and belief, the following

25   individuals have knowledge about odors, gases,

**Brobson Lutz, M.D.**
**May 14, 2024**

```
 1   dust and particulates from one or more of the

 2   sources identified in Response #1.  And then

 3   the fourth one listed is you.  Do you see

 4   that?

 5        A.   Yes, sir.

 6        Q.   What information, what knowledge do

 7   you have about odors, gases, dust and

 8   particulates from any of the sources

 9   identified in the Response to Interrogatory

10   #1?

11        A.   Well, I read reports from both

12   plaintiff and defendant expert reports.  I

13   also read the DEQ or Department of Health

14   report, maybe I read a DEQ report, all of

15   which did some air sampling studies.  I don't

16   recall the specifics of those.  But it's my

17   recollection that certain odors were

18   detectable.  But I didn't see where in

19   particular the state health department I don't

20   believe thought that any of the levels they

21   found were at a sufficient level to cause any

22   adverse health effects.

23        Q.   Now, what do you mean by an adverse

24   health effect?

25        A.   Adverse health effect to me is a
```

Brobson Lutz, M.D.
May 14, 2024

1        Q.   So then was the teacher anxious at
2    all trying to figure out where this smell was
3    coming from?
4        A.   I don't remember.  A couple of other
5    members of the class knew about it, but I
6    think we all kept quiet and she just I guess
7    figured the cushion went bad or something.  I
8    don't.
9        Q.   And who was it that had the tobacco,
10   your grandfather?
11       A.   That was my father who diced a man's
12   pipe tobacco.
13       Q.   And that man never bought that brand
14   of tobacco again?
15       A.   That's what my father said.  And I
16   think maybe that's where I got the idea from
17   my father to douse a little hydrogen sulfide
18   in the teacher's cushion.
19       Q.   So do you think that guy who bought
20   the tobacco when somebody would, you know,
21   hand him a copy or some of the same kind of
22   tobacco would worry about how it was going to
23   effect him?
24       A.   I suspect he thought it was more
25   that lot than the entire brand because he

**Brobson Lutz, M.D.**
**May 14, 2024**

```
 1    probably had been smoking that brand for

 2    awhile.  You know, figured he got a bad lot of

 3    it.

 4         Q.   Because you said he never bought the

 5    tobacco again.

 6         A.   Well, that was my father's tale.

 7         Q.   And there are lots of causes for

 8    headaches?

 9         A.   Yes, sir.

10         Q.   And some of them come and go, right?

11         A.   Yes, sir.

12         Q.   And so if a headache, you know,

13    people don't go to the doctor every time they

14    get a headache, right?

15         A.   Most people don't.

16         Q.   Right, and that's why they sell over

17    the counter medications, aspirin, ibuprofen,

18    Tylenol, right?  People can self-medicate for

19    headaches, right?

20         A.   Yes, people can self-medicate.  I

21    guess they sell them though so they can make

22    money is the reason they sell them.

23         Q.   Well, I mean, do you think that

24    those particular pain killers don't work?

25         A.   No.  They do work in some
```

**Brobson Lutz, M.D.**
**May 14, 2024**

```
 1        Q.   And so when you smell something

 2   that's, you know, that causes that kind of a

 3   reaction, it tells you don't eat this, don't

 4   go in there, you know, things like that,

 5   right?

 6            MR. MIMS:  Object to form.

 7            THE WITNESS:  Well, not always.  I

 8   mean, there's some foods that have terrible

 9   odors that people like.  There's some kind of

10   Swedish canned food that's supposed to be the

11   worst smell of food in the world.  But if you

12   were raised on it, even though it smells bad,

13   you like the taste, you eat it.

14   BY MR. ROWE:

15        Q.   Right, some people like it and other

16   people it makes them sick, right?

17        A.   May make them nauseated, yes.

18        Q.   Yeah.  And that's something that

19   comes from the smell even though there's no

20   real health effect.  You understand that,

21   right?

22            MR. MIMS:  Object to form.

23            THE WITNESS:  Yes.  It's a nuisance

24   smell.

25   BY MR. ROWE:
```

Brobson Lutz, M.D.
May 14, 2024

```
 1        Q.   Right.  And so and that kind of
 2   nausea sometimes can trigger vomiting too,
 3   right?
 4        A.   Yes, sir.
 5        Q.   And if you have an adverse or the
 6   smells is effecting you adversely, it can
 7   cause you to lose your appetite too, right?
 8        A.   Yes, sir.
 9        Q.   It can wake you up at night
10   sometimes if you smell a bad smell?
11        A.   Yes, sir.
12        Q.   Bad smells can make you feel dizzy
13   sometimes?
14        A.   I guess anything's possible.  I
15   haven't had patients come to me and say I
16   smelled something and I got dizzy.  But I
17   guess anything's possible.
18        Q.   What about fatigue, is that possible
19   too?
20        A.   From nausea?
21        Q.   Well, you know, from smelling a bad
22   smell.  If it happens, you know, lots of
23   times.
24        A.   I've never had a patient with that
25   complaint.
```

**Brobson Lutz, M.D.**
**May 14, 2024**

```
 1        Q.   What about anxiety and worry, if
 2   you're smelling a bad smell and you don't know
 3   where it's coming from, you're anxious about
 4   that, can that cause anxiety?
 5        MR. MIMS:  Object to form.
 6        THE WITNESS:  Yes.
 7   BY MR. ROWE:
 8        Q.   Because all of those things that you
 9   just answered yes to are things that people
10   have complained of in this case.  You
11   understand that, right?
12        MR. MIMS:  Object to form.
13        THE WITNESS:  Well, those are all very
14   common human complaints.  But what we have in
15   this situation is people complaining of not
16   feeling nausea once, but people who said they
17   were nauseous and vomiting every day.  And
18   somebody that's vomiting every day, that's a
19   lot more serious than opening a carton of bad
20   cottage cheese and smelling it.  That's not
21   something that happens every day.
22        You've got to look at this over, you've
23   got to look at any kind, any symptom over the
24   context of time.  Chest pain being a prime
25   example.  If somebody comes in and says they
```

**Brobson Lutz, M.D.**
**May 14, 2024**

```
 1    basis for several months as a consultant when

 2    a couple of schools over there on the Westbank

 3    were having some odor-related problems.

 4         Q.   And in your position as you were the

 5    director of the New Orleans Health Department;

 6    is that right?

 7         A.   Yes, sir.

 8         Q.   In your position as the director of

 9    the New Orleans Health Department, do you ever

10    have to do any of the odor investigations?

11         A.   Well, that's when the RTA incident

12    happened.  I was also the on-site medical

13    command of a railroad derailment out in New

14    Orleans East in the Gentilly area that caused

15    evacuation of a large area.

16         Q.   And so do you know people at the

17    Louisiana Department of Health that were there

18    in 2019?

19         A.   I think Joe Kanter was the chief

20    medical officer there.  I knew Joe.

21         Q.   You knew him?

22         A.   Yes.

23         Q.   Do you trust him?

24         A.   Yes.

25         Q.   Is he competent at what he does?
```

Brobson Lutz, M.D.
May 14, 2024

1      A.   Yes.

2      Q.   And I want to go down to page, I

3  think it's Page 19 of this report.  And

4  there's a section here and this is on go down

5  to the bottom and see Page 19 of the report

6  and there's a Section 8 that talks about odors

7  and health effects.  Do you see that?

8      A.   Yes, sir.

9      Q.   And I wanted to see if you agree

10  with some of this stuff.

11      A.   I agree with those first two

12  sentences.

13      Q.   Good.  And the first sentence, odor

14  complaints surrounding landfills are very

15  common because of the decomposition of organic

16  matter.  They generate noxious smells.  Do you

17  agree with that?

18      A.   Yes.

19      Q.   And then the second sentence, odors

20  are not a reliable way to determine the risk

21  of health effects.  Do you agree with that?

22      A.   Yes.

23      Q.   And then the third sentence, noxious

24  odors from landfills are detected by human

25  nose at levels well below those that would

Brobson Lutz, M.D.
May 14, 2024

1    BY MR. ROWE:

2        Q.   Well, let's see if we can say this a

3    little bit differently.  There's a

4    toxicological effect that's different from the

5    effect of just smelling it.  Do you agree with

6    that statement?

7            MR. MIMS:  Object to form.

8            THE WITNESS:  I believe the ability to

9    detect the hydrogen sulfide molecules by the

10   human nose precedes the onset of any adverse

11   effects from the hydrogen peroxide -- hydrogen

12   sulfide.  But if I've got a cup of hydrogen

13   sulfide here and it saturates the room and it

14   gets to a level of 100 parts-per-billion, your

15   eyes are going to burn.  The hydrogen sulfide

16   is sitting right here.  The molecules in the

17   air, that's what causing you to burn.  We may

18   just be arguing over terminology.  But to me,

19   if you can smell it, you got the molecules,

20   you got the chemicals.

21   BY MR. ROWE:

22       Q.   And I think that's right because,

23   you know, to the extent you're talking about

24   smells are particles and molecules are, you

25   know, smells.  But what I'm asking you is if

**Brobson Lutz, M.D.**
**May 14, 2024**

```
 1    you understand as an expert in this field that

 2    there is a difference, that there can be

 3    different things caused by just smelling the

 4    odor, the reaction that the body has to the

 5    odor and then reactions to the chemical that

 6    is the odorant, the actual chemical, and if

 7    you understand if there's any difference at

 8    all between those two mechanisms.

 9             MR. MIMS:  Object to form.

10             THE WITNESS:  I understand the higher

11    the concentration of molecules of a chemical

12    are, the more likely you are to have adverse

13    effects from that chemical.  But to me, if

14    you've got the odor, you've got the molecules,

15    and so you've got the chemical.

16    BY MR. ROWE:

17        Q.   Right, and that's not really my

18    question.  Maybe we're arguing over words

19    here.  But there are -- do you understand that

20    there are reactions to odors?

21        A.   Yes.

22        Q.   And there are reactions to odors can

23    include things like headache and worry and

24    stress and anxiety and nausea, all that?

25        A.   Yes.
```

**Brobson Lutz, M.D.**
**May 14, 2024**

1      Q.   Just from smelling it.

2      A.   All dependent on concentration and

3   duration.  Yes, sir.

4      Q.   And so the reaction, do you

5   understand the mechanisms in the body for that

6   occur when you smell it and your body has a

7   reaction to the smell?

8      A.   I'm not sure what you mean.

9      Q.   You know what nerves are stimulated

10   by the smell and how those nerves work?

11      A.   I know the olfactory nerve is the

12   first cranial nerve.

13      Q.   What about trigeminal nerve?  Do you

14   know about that?

15      A.   I have read in Dr. DeLorenzo's

16   report about sensitization of the trigeminal

17   nerve, but that's nothing I know anything

18   about that.  They didn't teach me that in

19   medical school 50 years ago.

20      Q.   Let's stop share.  And I think we

21   already talked about this, but you didn't

22   review any of the expert report testimony of

23   either Dr. Pamela Dalton or Dr. Susan

24   Schiffman in this case, right?

25      A.   That's correct.

**Brobson Lutz, M.D.**
**May 14, 2024**

```
 1    headaches and nausea that they are
 2    experiencing?
 3         A.   No.
 4         Q.   And so there could be causes in
 5    addition to that; is that right?
 6         A.   Yes.
 7         Q.   And so based on the medical record
 8    can you exclude any other causes other than
 9    the opiates?
10         MR. MIMS:  Object to form.
11         THE WITNESS:  Well, what I do when I'm
12    seeing a patient, if a patient comes in with
13    nausea is I take the history, I find out what
14    medications they're on, I find out what prior
15    hospitalizations and surgery they have and
16    then I come up, examine the patient and then
17    come up with a differential diagnosis of the
18    most likely cause.
19         And if I've got somebody who's been on
20    opiates for a long time, varying doses and
21    they have some gastrointestinal complaints,
22    that sort of moves up the list as far as the
23    likely etiology.
24    BY MR. ROWE:
25         Q.   Now in this case, did you do a
```

 1    differential diagnosis for anybody?

 2         A.   I considered differential diagnoses

 3    in all of these records that I reviewed,

 4    including review of past medical history,

 5    allergies, surgeries, hospitalizations and

 6    review of symptoms.  Yes, sir.

 7         Q.   How about personal interviews with

 8    the individual plaintiffs?

 9         A.   I didn't interview them.  I based my

10    differential diagnosis on the medical records

11    which also included the examinations by Dr.

12    Santos and Dr. Justin.

13         Q.   And so you reviewed the medical

14    records, right?

15         A.   Yes, sir.

16         Q.   You reviewed the examination reports

17    by Dr. Santos and Dr. Rabon?

18         A.   Yes, sir.

19         Q.   And you did not actually talk to any

20    of the plaintiffs themselves, right?

21         A.   No, sir.

22         Q.   You didn't examine them personally?

23         A.   No, sir.

24         Q.   Didn't follow up with any questions

25    that you might have had and asked them about

**Brobson Lutz, M.D.**
**May 14, 2024**

```
 1   odors and what the parish was going to do to
 2   fix them, do you remember any of that?
 3           MR. MIMS:  Object to form.
 4           THE WITNESS:  No, sir.
 5   BY MR. ROWE:
 6       Q.   Are you aware that that happened?
 7       A.   I wasn't aware Joe Kanter said
 8   people should move away.  I was aware of a lot
 9   that Yenni did, but I don't remember that
10   particular situation.  He did some other
11   things that were better known.
12       Q.   Did you see in your review of the
13   medical records, and this was in July of 2018,
14   okay, that this happened, did you see any
15   increase in the medical record of people
16   complaining to their doctors about odors?
17       A.   No, sir.
18       Q.   So the medical record would then be
19   inconsistent with the conclusion that you
20   reached based on the odor complaints itself;
21   is that right?
22           MR. MIMS:  Object to form.
23           THE WITNESS:  I don't understand what
24   you're saying.
25   BY MR. ROWE:
```

**Brobson Lutz, M.D.**
**May 14, 2024**

1        Q.    Because we're talking about the

2    medical records, and then you were talking

3    about the odor complaints.  Well, the odor

4    complaints that you're talking about are the

5    plaintiff fact sheets, the things in the

6    lawsuit, right?

7        A.    From 2000.

8        Q.    The ones that they filled out in

9    2020 and 2021?

10       A.    Correct.

11       Q.    Those are not part of the medical

12   records, rights?

13       A.    Correct.

14       Q.    And so I think your theory is that

15   when people understood that there were all

16   these odors out there and there's litigation

17   about them, that they would then start

18   reporting those symptoms that, you know,

19   reporting, correlating their health symptoms

20   with the odors; is that right?

21            MR. MIMS:  Object to form.

22            THE WITNESS:  Well, I understand that.

23   But the most amazing thing was that after the

24   judge's opinion came out of the symptoms which

25   could possibly be caused by five

**Brobson Lutz, M.D.**
**May 14, 2024**

1   in primary care to go through a day's work

2   without having somebody come in with nasal

3   allergies, ENT allergies, a headache.  These

4   are normal run of the mill problems.

5        And if you look over time at all the

6   plaintiff medical records, most of them had

7   symptoms of one sort of another before the

8   incident period, during the incident period

9   and after the incident period.  I didn't see

10  any increase in complaints or use of any kind

11  of medications of anything significant before,

12  during or after.

13       Q.   And we've talked about already about

14  how headaches, nausea, et cetera, et cetera,

15  common things, right?

16       A.   They are common medical complaints.

17  Yes, sir.

18       Q.   And there are lots of particular

19  causes for, I mean, there are -- each one of

20  them can be caused by a number of different

21  things, right?

22       A.   The differential diagnosis --

23       Q.   Before we get to the differential

24  diagnosis, the question is, you know, all

25  these are common complaints, each one of them

Brobson Lutz, M.D.
May 14, 2024

1    any source, right?

2         A.    I did not see any provider address

3    any odor-related complaint.  No, sir.

4         (A SHORT LUNCH IS TAKEN)

5    BY MR. ROWE:

6         Q.    Dr. Lutz, before the break we were

7    talking about your major opinions and in

8    particular major opinion #3.  I wanted to move

9    into your major opinion #4 if that's okay.

10        A.    Yes, sir.

11        Q.    And you say that Drs. Spodak and

12   DeLorenzo have attempted to determine the

13   etiologies of the trial plaintiffs' medical

14   symptoms without performing a differential

15   diagnosis which you say is not a reliable

16   medical methodology, right?

17        A.    Yes, sir.

18        Q.    Can you explain what you mean by

19   differential diagnosis?

20        A.    Differential diagnosis is a list of

21   possible explanations for a set of symptoms.

22   And for example, if someone comes in and says

23   they have heartburn, call it once into is it

24   cardiac or is it GI and then you've got

25   different components for both GI and cardiac.

Brobson Lutz, M.D.
May 14, 2024

1     A.   Yes.

2     Q.   And so with the differential

3  diagnosis just exclude those if the doctor

4  just doesn't think those could possibly be

5  involved here?

6     A.   No.  I mean, if you had a machine

7  that monitored hydrogen sulfide and you found

8  he had a level, in his home he had a level of

9  20 to 40 or something like that, it would be

10  in your differential, but you don't have that.

11  All you have is information that there was low

12  level hydrogen sulfide in the community,

13  enough that some people could detect by smell,

14  but not enough to cause these problems.

15     Q.   And how do --

16     A.   In the typical person.

17     Q.   Okay, well how do you know that they

18  are not enough to cause the problems in a

19  typical person?  How do you know that?

20     A.   It's based on my education, my

21  evaluation of patients and my research and

22  also my vacation last summer.

23     Q.   How's that?

24     A.   I was in Iceland and I went to one

25  of those baths where they have hydrogen

Brobson Lutz, M.D.
May 14, 2024

1   sulfide in the air, probably level 20,

2   30 percent.  It cost me $120 to get in it.

3   And there were little babies running around

4   and everybody else.  Nobody had any symptoms.

5       Q.   And then we talked this morning

6   about whether or not you had reviewed any of

7   the papers or deposition testimony or

8   testimony at trial in this case of Dr. Pamela

9   Dalton and Dr. Susan Schiffman, right?  And

10  you've not done that, right?

11      A.   For the third time, no.

12      Q.   And so if in those papers and in

13  that testimony they had explained how it is

14  that levels of, that hydrogen sulfide even at

15  these low levels can elicit, to use Dr.

16  Dalton's phrase, headaches, nausea, fatigue,

17  et cetera, even at these low levels, would

18  that make a difference in your conclusions

19  here?

20          MR. MIMS:  Object to form.

21          THE WITNESS:  Well, I can't say

22  without seeing exactly what they had.

23  BY MR. ROWE:

24      Q.   Right, because you haven't reviewed

25  any of their work at all, right?