

# Transcript of Jefferson Parish Landfill Press Conference

**Date:** July 23, 2018
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

TRANSCRIPT OF VIDEO-RECORDED

TELEVISION REPORT


"7.23.2018 Jefferson Parish Landfill Press Conference"

Job No.: 520186

Pages: 1 - 33

Transcribed by: Christian Naaden

P R O C E E D I N G S

1

2          MALE 1:  Very well. All right, well, thank you

3  first and foremost for coming out to this press

4  conference as we address the landfill concerns.

5          We have obviously heard people asking a lot of

6  questions and demanding answer. And hopefully today we

7  can get you some answers and also allow you to

8  understand better what we're doing on the parish's end

9  to combat this issue.

10          Today, you're going to hear from the district

11  councilmen, you're going to hear from President Yenni.

12  You're going to hear from the state, for s- -- from

13  several departments from the state, as well.

14          So what I will do now is bring everyone up

15  here, and what we'll do is we'll have several speakers,

16  and then we'll have question and answers at the end of

17  the press conference. Thank you.

18          MR. YENNI:  Good morning. [Inaudible] Okay.

19  [Inaudible] Okay. Today, I am announcing corrective

20  actions to the dramat- -- and to dramatically reduce

21  and outright eliminate noxious odors that are emanating

22  from the parish landfill in Waggaman.

1        Upon this administration's review of current

2    landfill operations, and working in conjunction with

3    Councilman Mark Spears, it was determined we needed an

4    independent, third party assessment of the landfill

5    state of operations.

6        Jefferson Parish retained Carlson

7    Environmental Consultants. These experts from Carlson

8    Environmental Consultants are req- -- are reviewing all

9    practical programs, facility designs, operational

10   procedures, and oversight maintenance protocols, as

11   well as odor alleviation practices.

12       The Carlson contract was executed April 25th.

13   Fieldwork was done throughout May, and follow-up should

14   be completed by the end of July, with recommendations.

15       The study focuses on the leachate collection

16   system. This is a priority; when the system gets

17   rehabbed, there should be no leachate or gas odors.

18   Complaints of reoccurring odors in Harahan, River Ridge

19   and Waggaman led me, and -- and along with others to

20   assemble a strike team to uncover a contributing source

21   or sources of the smell.

22       The strike team consist of: the Department of

1    DEQ, the administration, Councilmen Spears and

2    Johnston, emergency management, IESI management and

3    telecommunications, the department of fire, our HAZMAT

4    division, the Eastbank Consolidated Fire Department,

5    the Harahan Fire Department, the Third District

6    Volunteer Fire Department, the Bridge City Volunteer

7    Fire Department, and the Live Oak Volunteer Fire

8    Department.

9            This strike team has been in the field

10   inspecting industrial plants, landfills, and barge

11   operations, gathering data in Waggaman, River Ridge,

12   and Harahan areas, responding to complaints of odors,

13   and speaking with residents. All the data is being

14   compiled and stored in our EIS department.

15           We have met and are working with citizens from

16   the group Harahan/River Ridge Air Quality in this area

17   that have been pr- -- had a presence on social media.

18   We have included their valuable data in our GIS system.

19           The collaborative effort of my strike team and

20   our preliminary information from these environmental

21   consultants led me to the following immediate actions:

22   IESI, the waste management company, contracted in 2012

1    to manage the landfill by the former administration,

2    has been officially notified by me that they, IESI, are

3    in breach of contract for failing to maintain a

4    uniform, immediate, daily cover to prevent odors, and

5    failing to fully implement the leachate collection --

6    the leachate control and monitoring plan that would

7    contain or prevent these odors.

8            Furthermore, IESI has not properly managed the

9    leachate minimization. Leachate, spelled L-e-a-c-h-a-t-

10   e, leachate, is the liquid that drains or leaches from

11   a landfill. Leachate contains both dissolved and

12   suspended materials that results from water percolating

13   through the landfill.

14           Leachate collects in wells that must be

15   drained and maintained properly. If the leachate system

16   is not maintained, that substance obstructs their

17   ability to capture and move the methane gas out of the

18   landfill. This -- this is a pr- -- this is problematic

19   because the methane gas will raise into the atmosphere;

20   it will travel and has an odor.

21           In reviewing all legal documents dating back

22   to the 2012 agreement between the Parish and IESI, my

1    legal team has brought a matter of concern to my

2    attention.

3          To my surprise and disappointment, I have

4    learned that it seems to -- there seems to have been a

5    side letter that was signed by the past administration.

6    That side letter was an act of the former

7    administration and came after the parish council agreed

8    to the contract terms.

9          IESI knows fully well that the leachate

10   minimization collection, treatment and disposal are all

11   critical responsibilities of any landfill operator. And

12   we maintain that the responsibility is solely that of

13   IESI to maintain leachate mitigation on site in all

14   phases.

15         This week, I am sending a letter to Inspector

16   General David McClintock, asking him to review the

17   contract and his addendum letter to determine if it is

18   properly executed according to the parish charter.

19         The letter amending the contract seems to have

20   been done without council approval. It was done

21   administratively, and may have relieved IESI of

22   operation and maintenance of -- of the first three

1  phases of a four-phase leachate collection system. If

2  the council did not approve this measure, the action by

3  that administration was done in violation of the parish

4  charter, ordnances, and procurement policies.

5        It should also be noted that there was no

6  diminution of cost to the parish as a result of backing

7  out these duties. And therefore, at the very least,

8  IESI should refund some of the money to the parish for

9  the services they did not provide.

10        I did, however, notify IESI on July 12th that

11  they are in breach of contract, they were given ten

12  days to correct those deficiencies. Return receipt

13  indicated they received the letter on or before July

14  16th, so they have until July 26th.

15        The landfill's misting system, designed to

16  contain and deodorize landfill gases, was not in proper

17  working order.

18        Today, I have accepted the resignation of the

19  parish's landfilled engineer. This employee has been

20  responsible for oversight of the landfill, and he is

21  responsible for overseeing IESI. Persistent offsite

22  odors are not standard operating procedures for a

1    landfill, and not acceptable to me.

2            One year ago, IESI began accepting liquid

3    industrial waste at the landfill. I have determined

4    that process, we are no -- I'm sorry, I have terminated

5    that process, and we are no longer accepting liquid

6    industrial waste.

7            While I am taking all necessary actions to

8    immediately correct the problems that we have uncovered

9    in our due diligence, I want the citizens to understand

10   that there will always be an occasional odor emanating

11   from a landfill.

12           It is, after all, a landfill. But properly --

13   properly operated landfills do not operate persistent,

14   offsite odors and corrective ac- -- and the corrective

15   actions that we are taking are essential.

16           In the name of public safety, we are also

17   going to ask the council to adopt a resolution calling

18   for IESI to stop taking any residential storage or

19   commercial waste generated outside of Jefferson Parish.

20   Additionally, no industrial waste will come into the

21   landfill until we can get a handle on this situation.

22           It should also be noted that the -- that the

1  past administrations have kicked this can down the road

2  and -- when it comes to landfill operations and

3  maintenance. And I'm not sure what the motivation was,

4  but between this administration's efforts in

5  conjunction with Inspector General's office, perhaps we

6  can get that fleshed out.

7          This administration has seen this problem with

8  many infrastructure needs. We will be honest with the

9  public about -- about the needs of the -- to upgrade a

10 near 50-year-old landfill so that we may provide our

11 citizens with the quality of life they expect and truly

12 deserve.

13         Next, you will hear from our councilmembers,

14 and two other state agencies. I would like to say we

15 have two councilmembers from Harahan joining us,

16 Councilman Tim Baudier and Councilman Craig Johnston.

17         The state agencies here today are the

18 Department of Environmental Quality and the Department

19 of Health, and I would like to thank Governor John Bel

20 Edwards and his chief of staff, Mark Cooper, for their

21 assistance and allowing these agencies to be here

22 today.

1        First, I'd like you to hear from Councilman

2    Paul Johnston, who lives in the Harahan area, and has

3    experienced what was -- what is going on out there with

4    the residents that surround him. Councilman.

5        MR. JOHNSTON:  Thank you.  Good morning. As

6    the parish president said, I am experiencing the -- the

7    discomfort of an -- of -- and of an odor in my area.

8        We re- -- reported this about three or four

9    months ago to administration; it has gotten really,

10   really bad in the last four to five months. It's been

11   an odor go- -- ongoing odor, but it hasn't gotten this

12   bad.

13       Like the parish president said, we -- we're

14   all going to experience odors from the landfill because

15   it's a landfill, but not the odors we've been having

16   for the past three or four months to five months; it's

17   been bad.

18       I have been woken up at night with my nose

19   burning, couldn't breathe, at 4 o'clock in the morning,

20   3 o'clock in the morning; this has happened to me more

21   than one time. I have family, I have grandchildren, I

22   have friends, my constituents need to be protected. We

1   need to make sure we correct this problem.

2           Do I think all the odors are coming from the

3   landfill? No; I think we have other odors around the

4   area that are causing problems. So let the citizens

5   know that my opinion, that if landfill is taken care

6   of, which we know will be, and you still have an odor

7   coming back, it's because of other possible sources.

8           I think we have issues in the area with

9   chemical plants, with loading grain, with the grain of

10  operations working at nighttime; a lot of the people

11  work at night. We had a lan- -- we had an odor problem

12  the other day and we talked to the -- Michael Awkward.

13  And the odor was co- -- the -- the -- the wind was

14  blowing from the northwest; it couldn't have been the

15  landfill, had to have been another source.

16          So we know the landfill's causing problems, we

17  know it's a big source of problems, but we feel there

18  may be other issues, and we need to correct them too.

19  And we're going to have a live with DEQ to make sure

20  they address those issues; that's their inp- -- that's

21  their job to do. And I'd like to introduce Mark Spears

22  now.

1        MR. SPEARS:  Good morning. I would like to

2    thank everyone for coming out here. This has definitely

3    been a concern in Waggaman, the area I represent, and

4    also the areas that Paul Johnston represent.

5        At the council meeting on Wednesday in Grand

6    Isle, we're going to present a resolution that is not

7    going to allow industrial waste in sludge to come to

8    our landfill; we're going to put a one-year monitory

9    [inaudible] so we can figure what's going on. This has

10   been a concern of the citizens and is something that we

11   want to address as fast as possible, as it's been great

12   working with the council and also the administration.

13       I also want to give kudos to Keith Conley,

14   who's been working on this very -- for the last year or

15   so, and definitely keep -- kept -- kept us abreast of

16   everything that was going on. Thank you.

17       MR. YENNI:  We're now going to hear from Mr.

18   Vijon Saravkoni [ph] and Mr. Michael Algero with the

19   Department of Environmental Quality.

20       MR. LANGLEY:  [Inaudible] Greg Langley.

21       MR YENNI:  Oh, I'm sorry.

22       MALE 2:  Greg's talking now.

1          MR. YENNI:  I'm sorry.

2          MALE 2:  Yeah.

3          MR YENNI:  Give -- give him --

4          MR. LANGLEY:  Good morning. I'm Greg Langley,

5    the press secretary at the LDEQ. I just want to make a

6    brief statement that LDEQ is working with the parish.

7          We've been here three times; this is the third

8    time that we've come down here. This last Friday, on

9    the 20th, we got a mobile air monitoring lab stationed

10   over in River Ridge. We are monitoring; we've got odor

11   patrols going out at night.

12         We also had it here in February, and again at

13   the end of March. During those visits, we did not find

14   anything that exceeded any standard. We found nothing

15   in quantities that is harmful to human health.

16         I think our top rating, highest rating, was

17   about 12 parts per billion for H2S, hydrogen sulfide,

18   which is the sulfur compound that's most commonly

19   associated with landfills, and the standard for that's

20   237 parts per billion. So I'm not saying you can't

21   smell it, depends on your nose.

22         You might be able to smell it at five parts

1    per billion, but it's not going to be harmful to your

2    health. It is a nuisance, and we're working with the

3    parish to reduce that. So we'll take questions later.

4    Thank you.

5              MR. YENNI:  Okay. From the Department of

6    Health, we have Dr. Ratard and Dr. Joseph Katner [sic].

7    Dr. Katner.

8              DR. KANTER:  Thank you, President Yenni. I'm

9    Dr. Joseph Kanter, the medical director and

10   administrator for Region 1 of the Louisiana Department

11   of Health. I wanted to thank Councilmen Spears and

12   Johnston and President Yenni for the leadership you've

13   shown and for inviting us here today.

14             There's nothing that the Department of Health

15   takes more serious than our residents' immediate and

16   acute health. And with regards to the type of

17   complaints that we've heard, both in the news and

18   coming up, President Johnston, your account as well,

19   there's nothing more serious to us than that.

20             This is an ongoing process, and the Department

21   of Health, particularly in the section of epidemiology

22   and environmental toxicology, is working very closely

1   with the Louisiana Department of Envi- -- Environmental

2   Quality to monitor the levels that are being taken

3   right now.

4           There's ongoing measurements in the field, and

5   the Department of Health works very closely with LDEQ

6   to monitor those; that work is ongoing.

7           I should say, and we take our guidance from

8   the CDC on this, that the overwhelming majority of

9   these type of indices, which are odor events coming

10  from landfills -- overwhelming majority do not reach

11  anywhere close to the level of a serious health threat,

12  although they surely present quality of life issues.

13          And they surely affect residents' sense of

14  wellbeing, and we take those issues very seriously, as

15  well.

16          The CDC points to some few recommendations:

17  when the odors are at a high level, you know, residents

18  should, if they're able to, leave the area,

19  particularly if they have certain chronic conditions

20  that put them at increased risk, mainly pulmonary

21  disease, asthma, COPD; again, if they are able.

22          The quality of life and nuisance issues,

1    again, these we take very seriously, and I would like

2    to assure everyone that the Department of Health

3    monitors these closely, and is working closely with the

4    LDEQ to keep track of the ongoing measurements.

5           I'd like to ask Dr. Ratard, who's the state

6    epidemiologist, to speak a little bit more specifically

7    about the toxicologies that we're dealing with.

8           MALE: [Inaudible]

9           MALE:  Do we have a portal?

10          MALE:  Yeah.

11          MALE:  [Inaudible]

12          DR. KANTER:  I don't think it's got much slide

13   going [ph].

14          MALE:  [Inaudible] mic.

15          DR. KANTER: Yeah.

16          MALE:  I'm just going to [inaudible] it here.

17          DR. RATARD:  I can -- I can speak loud. The

18   only problem I have is that there is a French accent,

19   and I'd like to keep it. Only dead people and zombies

20   don't have an accent.

21          Hydrogen sulfide has a very nasty odor. The

22   issue with hydrogen sulfide is that our nose can detect

1    very, very low levels of hydrogen sulfide: up to 0.5

2    parts per billion. The part per billion is the

3    [inaudible] for an elephant. At this level, we are

4    going to smell it.

5            In fact, when you are boiling eggs and things

6    like that, you can smell a funny odor. So these odors,

7    if they are persisting, they are very unpleasant, and

8    they can give you some upper respiratory infecti- --

9    irritation. The eyes may water and things like that.

10   Usually, when your eyes are watering, you have 500

11   parts per billion, and that's way, way above what you

12   can smell.

13           The levels that the DEQ have found were way

14   above what you can smell and way above the levels that

15   are going to have serious health effect at very high

16   levels, in multiple parts per million; then hydrogen

17   sulfide can be very toxic.

18           In fact, they -- they are at the huge level,

19   somebody can breathe that hydrogen sulfide and die

20   immediately, but you are a million times lower than

21   these high levels. So I will try to answer any

22   questions --

1          MR. YENNI:  Yeah. We're going to --

2          DR. RATARD:  -- you have.

3          MR. YENNI:  We're going to open the floor to

4     questions now.

5          DR. RATARD:  Yeah.

6          MR. YENNI:  If you -- if y'all -- Ms.

7     [Inaudible].

8          FEMALE 1:  [Inaudible]. So you talked about

9     this side letter. Who -- who do you think is the

10    culprit here? Who's responsible?

11         MR. YENNI:  Well, Mr. Conley.

12         MR. CONLEY:  Well, it was from the last --

13         MR. YENNI:  It's --

14         MR. CONLEY:  -- administration.

15         MR. YENNI:  It -- the last administration.

16         MR. CONLEY:  In 20- --

17         MR. YENNI:  So, I mean --

18         FEMALE 1:  Well, can you be more specific?

19         MR. YENNI:  I'll turn that over to

20    [inaudible].

21         MR. CONLEY:  Well, it -- we're going to get

22    with our parish attorney's office and inspector

1    general, but it was executed by the last administration

2    and we're the [inaudible] administration.

3         MALE 3:  What's your basic timeframe on when

4    you think you will be able to tell whether or not

5    changes at the landfill will have made a remarkable

6    difference in the air quality?

7         I think the residents are using their nose to

8    determine what is and isn't the case, but can they

9    expect to make a decision on whether or not they think

10   what you've done has solved the problem?

11        MR. CONLEY:  Well, we think some of the things

12   that we're enacting right now and that we have enacted

13   in the past couple of weeks should have an impact.

14        But when we get the Carlson report back,

15   having some preliminary conversations with that

16   company, you know, we're going to follow their

17   suggestions and treat it like a bottle [ph].

18        And we're going to -- we're going to revamp,

19   and if we have to reengineer and reconstruct that

20   landfill, I think the citizens deserve that. So

21   anywhere from maybe 30 to 60 days, to six months, to a

22   year.

1          MALE 4: Mark, you said that you're going to

2    have a resolution advanced industrial sludge at the JP

3    landfill. Will that --

4          MALE:  Mm.

5          MALE 4:  -- also include sludge from the JP

6    wastewater plant?

7          MR. SPEARS:  No.

8          MR. YENNI:  Mm. Okay.

9          MR. SPEARS:  No. We have to treat that -- we

10   can pret- -- pretreat that to alleviate and neutralize

11   some of the odors, but we have a system; we'd have to

12   take that in, that services the community.

13         But right now, what we're learning is we're

14   taking in a lot of petroleum sludge and some other

15   matters that we're not required to take in servicing

16   the -- the people of Jefferson Parish.

17         And until we get a handle on what the

18   deficiencies are at that landfill, we're not going to

19   take anything we're not -- we don't have to take.

20         MALE 5:  So, again, if you could just rattle

21   off a laundry list of things that your current landfill

22   contractor is not doing that a contractor should be

1    doing, and is it [inaudible] are you putting that

2    contract back out?

3           MR. SPEARS:  Well, the leachate collection

4    system is obviously -- it's one of the ones that's what

5    the side letter to- -- basically gave the information

6    not to do.

7           And so that's what we're going to look at, and

8    that's -- and we're going to -- we're getting with our

9    legal department right now to figure out what

10   corrective action measures can be taken.

11          We're going to work with IESI at this point to

12   figure out, you know, if we put them in breach, we're

13   going to see what happens by the 26th, because that's

14   the date that they have to adhere to this breach by,

15   and that's what we're -- that's -- we'll take it from

16   that point.

17          MALE 6:  But drill down a little bit, what --

18   what have they not been doing --

19          MR. SPEARS:  Keith, I'm going to let you --

20          MR. CONLEY:  Yes.

21          MALE 6:  -- [inaudible]?

22          MR. CONLEY:  Well -- well, basically, when the

1    contract was ratified by the council, approved by the

2    council, the way it was put out for bid, it included

3    the operation and maintenance of the leachate

4    collection system for the entire landfill; that's all

5    three phases and any additional phases.

6              Somewhere after the contract was ratified by

7    the council and put into place, the leachate collection

8    and operation and maintenance collection system for the

9    first three phases were backed out by this si- -- what

10   we're calling a side letter.

11             There was no diminution and cost to the

12   parish; it -- we have no record that was ratified by

13   the council. So it is -- but when -- fourth [ph] was

14   not the contract that was ratified, approved by the --

15   by the council or was the wishes of the administration

16   at the time.

17             So we feel that there's an obligation, a

18   contractual obligation, for that contractor to handle

19   the leachate operation from phase 1 through any active

20   phases.

21             [talking over each other]

22             MALE 7:   Do you have any [inaudible]?

1        FEMALE 2:  Who is currently handling that part

2   of the process?

3        MR. CONLEY:  Right now, we have -- we have in-

4   house staff that -- that's been handling it the -- the

5   best they can, but we have contractors onsite now --

6        FEMALE 2:  [Inaudible]

7        MR. CONLEY:  -- and we have inside

8   engineering.

9        FEMALE 2:  [Inaudible]

10        MR. CONLEY:  Well, we've had some other

11   engineering firms come in, but I think it was just too

12   overwhelming for them to get a handle of, which was

13   when we said, you know, we're just -- we might have to

14   redesign and reconstruct and reengineer the whole

15   collection system.

16        MALE 8:  Is there a feeling that the problem

17   is in the inactive portion of the -- the [inaudible]

18   with -- with those specific collection systems in the

19   inactive portion of the [inaudible]?

20        MR. CONLEY:  Right. In speaking with other

21   landfill engineers, we have a closed system with one,

22   what they call a header, which is also known as a main,

1   collecting both the leachate and the connitives [ph] --

2   con- -- condiment -- condensation.

3          It's using pneumatic air as well as electric

4   pumps, which overwhelms, so we don't think the system

5   is capturing anything at all; it's basically competing

6   against itself.

7          We have a four-inch header that we're using

8   for -- for leachate, which is going back to specs from

9   the '70s or '80s.

10         We've grown, as a populist -- we've grown with

11  the -- some of this refuge we've taken. When you look

12  at other model landfills, they use two ten-inch headers

13  around -- ar- -- around the landfill to collect them

14  individually.

15         So w- -- you know, we real- -- we have

16  realized, and it's taken a little due diligence, it's

17  taken a little time -- we realized that we have a lot

18  of work to do, and we're committed to doing it.

19         The first phase was getting a third-party

20  consultant that's independent and has no ties with the

21  landfill on board.

22         We worked with the council, there was a

1   selection made, we found that firm. They walked, they

2   worked the field for May, they -- they -- they looked

3   at all three, four phases, and we're waiting on -- on

4   their report, which should be at the end of July.

5          You know, we asked for a brutally honest

6   report; we want to know, you know, everything we need

7   to do to certainly mitigate these odors and to give us

8   a -- a produc- -- a productive system.

9          What you have to look at is that, if you don't

10  collect the gas, it's going to go somewhere. But

11  there's also a profit in collecting the gas, because

12  it's marketed and sold down a line. I think we only

13  collected maybe 20 percent of the gas out of our

14  landfill operations.

15         A model system, if you look at it from the gas

16  -- as a gas plant, rather than a landfill, you'd

17  collect 98 -- 97, 98 percent of your gas. So that's why

18  the parish president stressed that we realized we have

19  problems.

20         You know, it has been a priority to this

21  administration and this council; we've been working

22  with -- very closely to drill down on that.

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018                          26

1          As far as the legalities and the li- -- the

2     potential litigation, that's going to be in the parish

3     attorney's wheelhouse, as well as the inspector

4     general, who we're going to bring into it, hopefully by

5     the end of the week.

6          But, you know, right now, a lot of our

7     priority i- -- in -- in the name of public safety and

8     our police powers is to address the existing system, to

9     get it operational, and to pull as much gas out of that

10    landfill as we can.

11          MALE:  A couple more questions.

12          MALE 9:  Can you -- can you say how -- how far

13    away the people that smell this problem? Would that go

14    as far away as [inaudible] that people can smell? Is

15    that conceivable?

16          MR. CONLEY:  Well, that is conceivable,

17    depending on wind direction. When the parish president

18    and Councilman Johnston put together the strike force,

19    the -- the goal of that strike force was to go out and

20    -- and collect data.

21          They're out till 3:00 or 4:00 every morning,

22    they monitor the Facebook site, the 911 system,

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018                                          27

1    dispatches to our environmental department.

2              So we're going out collecting data, speaking

3    with residents, we have a map over here with some of

4    the incidents we've pinpointed.

5              Our EIS department is going to take all that,

6    plug in wind direction, plug in incident logs and

7    activity at our own landfills and other institutions

8    around this corridor.

9              And we're hoping that by putting -- techno- --

10   through techno- -- technology, putting all this

11   information in a GI- -- a GIS system, it will tell us -

12   - it'll give us an idea of what's going on, at what

13   times, when -- when these odors are peaked. Yes.

14             MALE 10:  The most severe symptoms of burning

15   eyes, respiratory problems, you know, nosebleeds, and

16   such, have been coming around from the Eastbank.

17             And can you explain why the people that have

18   actually worked at the landfill and the people on the

19   Westbank near the Waggaman and the Waggaman vicinity

20   are not experiencing those type of severe symptoms?

21             MR. CONLEY:  And that -- and that's a good

22   point. And, you know, when we first started hearing

1    about these symptoms, we immediately reached out to

2    some health professionals and some chemists, and we

3    were told that if those odors were emanating or -- you

4    know, from the landfill that could cause such physical

5    ailments as that, we would have a death zone behind it.

6           Because it would have an imme- -- immediate

7    impact on people at ground zero, which would -- say if

8    it was at a landfill, we would have the -- the

9    [inaudible] effect. So that's why we're concerned as to

10   what other factors this might be [inaudible] in to

11   cause these ailments. We're very concerned about, you

12   know, what the cause of that could be.

13          FEMALE 3:  And specifically, what are the

14   consultants doing on site to try to make a difference?

15          MR. CONLEY:  The co- -- the consultants right

16   now are evaluating our current system. They're going to

17   be -- they're going to be the boots on the ground;

18   they're going to start rehabbing it.

19          They're working with our contractor, they're

20   going to be vacuuming out all the wells right now, and

21   taking out leachate off property, and giving a good

22   assessment of how we move forward.

1          It -- it might be at this point where we start

2     the redesign and reconstruction on the current

3     contracts, but we will be working in hand with our

4     council. If we have to d- -- do a -- dir- -- direct a

5     declared emergency to get this project moving in an

6     expedient manner, that's what we're going to do.

7          [talking over each other]

8          MALE :  One more question.

9          MALE 11:   [Inaudible] --

10         MALE:  That's all --

11         MALE 11:  -- DEQ.

12         MR. CONLEY:  DEQ. Greg Langley.

13         MALE:  Just ask the question.

14         MALE 12:  We -- we have research which shows

15    that DEQ has quote unquote, warned the parish about the

16    smell for years now. Why has DEQ not fined the parish

17    or fined the landfill operator for these odors?

18         MALE:  [Inaudible]

19         MR. LANGLEY:   [Inaudible]

20         MALE 12:  Why -- why just a warning that this

21    has happened?

22         MR. LANGLEY:  Actually, a -- a compliance

1  order has been issued to Jefferson Parish for the

2  violations that were recently noted during a cover

3  inspection and the significant findings when it comes

4  to the leachate collection system.

5          So there is an outstanding compliance order

6  that has been issued.

7          MALE 12:  So is the fine pending?

8          MR. LANGLEY:  There's a potential for a fine.

9  This is the preliminary part of the enforcement

10  process.

11          MALE 12:  When did that -- when was that

12  issued and -- and when is the time limit?

13          MR. LANGLEY:  I think the timeline on the --

14  the signature on the document was June 22nd, and the

15  parish has 30 days to respond to that compliance order.

16  I think that they have asked for an extension.

17          And the compliance order demands that the

18  parish outline the incident and what the problems are

19  at the facility, and report back to the department as

20  to the plans to correct those violations at the

21  facility.

22          MALE 12:  But those complaints date back to

1    2008, as I understand it.

2              MR. LANGLEY:  Yeah. So we -- we have

3    complaints throughout Jefferson Parish that we've been

4    working, and in the past, we've looked at various

5    facilities that could give rise to odors in Jefferson

6    Parish.

7              Sometimes those facilities are actually

8    operating in compliance, but we find that they're

9    handling materials that do have a high odor threshold.

10             So one -- at least one facility ha- -- had

11   voluntarily agreed to stop handling a material at their

12   wastewater treatment plant.

13             We continue to inspect facilities, and have

14   directed our regional office staff to conduct full

15   compliance evaluations of all the facilities that we

16   regulate in the area that can give rise to odors.

17             MALE 12:  There was another compliance order

18   in 2009 [ph] --

19             MR. LANGLEY:  I'm not aware of that.

20             MR. YENNI:  Okay. Just to -- just to close to

21   your questions, when I took over as the chief opera- --

22   chief administrative officer in the city of Kenner, we

1   inherited an $80 million compliance order from DEQ with

2   our storage and wastewater system.

3           We put the system back into condition, and

4   didn't have one fine or forfeiture working with DEQ to

5   make sure we corrected those problems, and that is

6   exactly what we're going to do here with this landfill.

7           We need to put our money into the

8   infrastructure, not in the fines and forfeitures. We

9   have a plan in place; we're going to do everything in

10  our power to implement that plan and work with DEQ to -

11  - to go through that process.

12          MALE 13:  Will we get a chance --

13          MR. YENNI:  So --

14          MALE 13:  -- to look at that plan?

15          MR. YENNI:  We -- we will -- we'll -- when we

16  -- when we have it all addressed, we'll get it out

17  there. Thank you all very much for your attendance

18  today. If you have any further questions, please see

19  our public information officer, Mr. Antoine Harris.

20  Thank you.

21          [talking over each other]

22

```
1                    CERTIFICATE OF TRANSCRIBER

2          I, Chris Naaden, a transcriber, hereby declare

3      under penalty of perjury that to the best of my ability

4      from the audio recordings and supporting information;

5      and that I am neither counsel for, related to, nor

6      employed by any of the parties to this case and have no

7      interest, financial or otherwise, in its outcome, the

8      above 32 pages contain a full, true and correct

9      transcription of the tape-recording that I received

10     regarding the event listed on the caption on page 1.

11

12             I further declare that I have no interest in

13     the event of the action.

14

15     _____

16             January 5, 2024

17             Chris Naaden

18

19     (520186, 7.23.2018 Jefferson Parish Landfill Press

20     Conference)

21

22
```

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018

34

| A | | | |
|---|---|---|---|
| **ability** | **addendum** | **agreed** | **answers** |
| 5:17, 33:3 | 6:17 | 6:7, 31:11 | 2:7, 2:16 |
| **able** | **additional** | **agreement** | **antoine** |
| 13:22, 15:18, | 22:5 | 5:22 | 32:19 |
| 15:21, 19:4 | **additionally** | **ailments** | **any** |
| **about** | 8:20 | 28:5, 28:11 | 6:11, 8:18, |
| 9:9, 10:8, | **address** | **air** | 13:14, 17:21, |
| 13:17, 16:7, | 2:4, 11:20, | 4:16, 13:9, | 22:5, 22:19, |
| 18:8, 28:1, | 12:11, 26:8 | 19:6, 24:3 | 22:22, 32:18, |
| 28:11, 29:15 | **addressed** | **algero** | 33:6 |
| **above** | 32:16 | 12:18 | **anything** |
| 17:11, 17:14, | **adhere** | **all** | 13:14, 20:19, |
| 33:8 | 21:14 | 2:2, 3:8, 4:13, | 24:5 |
| **abreast** | **administration** | 5:21, 6:10, | **anywhere** |
| 12:15 | 4:1, 5:1, 6:5, | 6:13, 8:7, 8:12, | 15:11, 19:21 |
| **ac** | 6:7, 7:3, 9:7, | 10:14, 11:2, | **approval** |
| 8:14 | 10:9, 12:12, | 22:4, 24:5, | 6:20 |
| **accent** | 18:14, 18:15, | 25:3, 27:5, | **approve** |
| 16:18, 16:20 | 19:1, 19:2, | 27:10, 28:20, | 7:2 |
| **acceptable** | 22:15, 25:21 | 29:10, 31:15, | **approved** |
| 8:1 | **administration's** | 32:16, 32:17 | 22:1, 22:14 |
| **accepted** | 3:1, 9:4 | **alleviate** | **april** |
| 7:18 | **administrations** | 20:10 | 3:12 |
| **accepting** | 9:1 | **alleviation** | **ar** |
| 8:2, 8:5 | **administrative** | 3:11 | 24:13 |
| **according** | 31:22 | **allow** | **area** |
| 6:18 | **administratively** | 2:7, 12:7 | 4:16, 10:2, |
| **account** | 6:21 | **allowing** | 10:7, 11:4, |
| 14:18 | **administrator** | 9:21 | 11:8, 12:3, |
| **act** | 14:10 | **along** | 15:18, 31:16 |
| 6:6 | **adopt** | 3:19 | **areas** |
| **action** | 8:17 | **also** | 4:12, 12:4 |
| 7:2, 21:10, | **advanced** | 2:7, 7:5, 8:16, | **around** |
| 33:13 | 20:2 | 8:22, 12:4, | 11:3, 24:13, |
| **actions** | **affect** | 12:12, 12:13, | 27:8, 27:16 |
| 2:20, 4:21, | 15:13 | 13:12, 20:5, | **asked** |
| 8:7, 8:15 | **after** | 23:22, 25:11 | 25:5, 30:16 |
| **active** | 6:7, 8:12, 22:6 | **although** | **asking** |
| 22:19 | **again** | 15:12 | 2:5, 6:16 |
| **activity** | 13:12, 15:21, | **always** | **assemble** |
| 27:7 | 16:1, 20:20 | 8:10 | 3:20 |
| **actually** | **against** | **amending** | **assessment** |
| 27:18, 29:22, | 24:6 | 6:19 | 3:4, 28:22 |
| 31:7 | **agencies** | **announcing** | **assistance** |
| **acute** | 9:14, 9:17, | 2:19 | 9:21 |
| 14:16 | 9:21 | **another** | **associated** |
| | **ago** | 11:15, 31:17 | 13:19 |
| | 8:2, 10:9 | **answer** | **assure** |
| | | 2:6, 17:21 | 16:2 |

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018

35

asthma
15:21
atmosphere
5:19
attendance
32:17
attention
6:2
attorney's
18:22, 26:3
audio
33:4
aware
31:19
away
26:13, 26:14
awkward
11:12

**B**

back
5:21, 11:7,
19:14, 21:2,
24:8, 30:19,
30:22, 32:3
backed
22:9
backing
7:6
bad
10:10, 10:12,
10:17
barge
4:10
basic
19:3
basically
21:5, 21:22,
24:5
baudier
9:16
because
5:19, 10:14,
11:7, 21:13,
25:11, 28:6
been
4:9, 4:17, 5:2,
6:4, 6:20, 7:19,

10:10, 10:15,
10:17, 10:18,
11:14, 11:15,
12:3, 12:10,
12:11, 12:14,
13:7, 21:18,
23:4, 25:20,
25:21, 27:16,
30:1, 30:6, 31:3
before
7:13
began
8:2
behind
28:5
being
4:13, 15:2
bel
9:19
best
23:5, 33:3
better
2:8
between
5:22, 9:4
bid
22:2
big
11:17
billion
13:17, 13:20,
14:1, 17:2,
17:11
bit
16:6, 21:17
blowing
11:14
board
24:21
boiling
17:5
boots
28:17
both
5:11, 14:17,
24:1
bottle
19:17

breach
5:3, 7:11,
21:12, 21:14
breathe
10:19, 17:19
bridge
4:6
brief
13:6
bring
2:14, 26:4
brought
6:1
brutally
25:5
burning
10:19, 27:14

**C**

call
23:22
calling
8:17, 22:10
came
6:7
can't
13:20
caption
33:10
capture
5:17
capturing
24:5
care
11:5
carlson
3:6, 3:7, 3:12,
19:14
case
19:8, 33:6
cause
28:4, 28:11,
28:12
causing
11:4, 11:16
cdc
15:8, 15:16
certain
15:19

certainly
25:7
certificate
33:1
chance
32:12
changes
19:5
charter
6:18, 7:4
chemical
11:9
chemists
28:2
chief
9:20, 31:21,
31:22
chris
33:2, 33:17
christian
1:22
chronic
15:19
citizens
4:15, 8:9,
9:11, 11:4,
12:10, 19:20
city
4:6, 31:22
close
15:11, 31:20
closed
23:21
closely
14:22, 15:5,
16:3, 25:22
collaborative
4:19
collect
24:13, 25:10,
25:17, 26:20
collected
25:13
collecting
24:1, 25:11,
27:2
collection
3:15, 5:5,

6:10, 7:1, 21:3,
22:4, 22:7,
22:8, 23:15,
23:18, 30:4
**collects**
5:14
**combat**
2:9
**come**
8:20, 12:7,
13:8, 23:11
**comes**
9:2, 30:3
**coming**
2:3, 11:2,
11:7, 12:2,
14:18, 15:9,
27:16
**commercial**
8:19
**committed**
24:18
**commonly**
13:18
**community**
20:12
**company**
4:22, 19:16
**competing**
24:5
**compiled**
4:14
**complaints**
3:18, 4:12,
14:17, 30:22,
31:3
**completed**
3:14
**compliance**
29:22, 30:5,
30:15, 30:17,
31:8, 31:15,
31:17, 32:1
**compound**
13:18
**con**
24:2
**conceivable**
26:15, 26:16

**concern**
6:1, 12:3,
12:10
**concerned**
28:9, 28:11
**concerns**
2:4
**condensation**
24:2
**condiment**
24:2
**condition**
32:3
**conditions**
15:19
**conduct**
31:14
**conference**
1:9, 2:4, 2:17,
33:20
**conjunction**
3:2, 9:5
**conley**
12:13, 18:11,
18:12, 18:14,
18:16, 18:21,
19:11, 21:20,
21:22, 23:3,
23:7, 23:10,
23:20, 26:16,
27:21, 28:15,
29:12
**connitives**
24:1
**consist**
3:22
**consolidated**
4:4
**constituents**
10:22
**consultant**
24:20
**consultants**
3:7, 3:8, 4:21,
28:14, 28:15
**contain**
5:7, 7:16, 33:8
**contains**
5:11

**continue**
31:13
**contract**
3:12, 5:3, 6:8,
6:17, 6:19,
7:11, 21:2,
22:1, 22:6,
22:14
**contracted**
4:22
**contractor**
20:22, 22:18,
28:19
**contractors**
23:5
**contracts**
29:3
**contractual**
22:18
**contributing**
3:20
**control**
5:6
**conversations**
19:15
**cooper**
9:20
**copd**
15:21
**correct**
7:12, 8:8,
11:1, 11:18,
30:20, 33:8
**corrected**
32:5
**corrective**
2:19, 8:14,
21:10
**corridor**
27:8
**cost**
7:6, 22:11
**could**
20:20, 28:4,
28:12, 31:5
**couldn't**
10:19, 11:14
**council**
6:7, 6:20, 7:2,

8:17, 12:5,
12:12, 22:1,
22:2, 22:7,
22:13, 22:15,
24:22, 25:21,
29:4
**councilman**
3:3, 9:16,
10:1, 10:4,
26:18
**councilmembers**
9:13, 9:15
**councilmen**
2:11, 4:1,
14:11
**counsel**
33:5
**couple**
19:13, 26:11
**cover**
5:4, 30:2
**craig**
9:16
**critical**
6:11
**culprit**
18:10
**current**
3:1, 20:21,
28:16, 29:2
**currently**
23:1

**D**

**d**
29:4
**daily**
5:4
**data**
4:11, 4:13,
4:18, 26:20,
27:2
**date**
21:14, 30:22
**dating**
5:21
**david**
6:16

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018                                    37

day
11:12
days
7:12, 19:21,
30:15
dead
16:19
dealing
16:7
death
28:5
decision
19:9
declare
33:2, 33:12
declared
29:5
deficiencies
7:12, 20:18
definitely
12:2, 12:15
demanding
2:6
demands
30:17
deodorize
7:16
department
3:22, 4:3, 4:4,
4:5, 4:6, 4:7,
4:8, 4:14, 9:18,
12:19, 14:5,
14:10, 14:14,
14:20, 15:1,
15:5, 16:2,
21:9, 27:1,
27:5, 30:19
departments
2:13
depending
26:17
depends
13:21
deq
4:1, 11:19,
17:13, 29:11,
29:12, 29:15,
29:16, 32:1,

document
30:14
documents
5:21
doing
2:8, 20:22,
21:1, 21:18,
24:18, 28:14
done
3:13, 6:20,
7:3, 19:10
don't
24:4, 25:9
down
9:1, 13:8,
21:17, 25:12,
25:22
dr
14:6, 14:7,
14:8, 14:9,
16:5, 16:12,
16:15, 16:17,
18:2, 18:5
drained
5:15
drains
5:10
dramat
2:20
dramatically
2:20
drill
21:17, 25:22
due
8:9, 24:16
during
13:13, 30:2
duties
7:7

deserve
9:12, 19:20
designed
7:15
designs
3:9
detect
16:22
determine
6:17, 19:8
determined
3:3, 8:3
didn't
32:4
die
17:19
difference
19:6, 28:14
diligence
8:9, 24:16
diminution
7:6, 22:11
dir
29:4
direct
29:4
directed
31:14
direction
26:17, 27:6
director
14:9
disappointment
6:3
discomfort
10:7
disease
15:21
dispatches
27:1
disposal
6:10
dissolved
5:11
district
2:10, 4:5
division
4:4

32:4, 32:10

—————————
E
—————————
each
22:21, 29:7,
32:21
eastbank
4:4, 27:16
edwards
9:20

effect
17:15, 28:9
effort
4:19
efforts
9:4
eggs
17:5
eis
4:14, 27:5
electric
24:3
elephant
17:3
eliminate
2:21
emanating
2:21, 8:10,
28:3
emergency
4:2, 29:5
employed
33:6
employee
7:19
enacted
19:12
enacting
19:12
end
2:8, 2:16,
3:14, 13:13,
25:4, 26:5
enforcement
30:9
engineer
7:19
engineering
23:8, 23:11
engineers
23:21
entire
22:4
envi
15:1
environmental
3:7, 3:8, 4:20,
9:18, 12:19,

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018

38

14:22, 15:1,
27:1
**epidemiologist**
16:6
**epidemiology**
14:21
**essential**
8:15
**evaluating**
28:16
**evaluations**
31:15
**event**
33:10, 33:13
**events**
15:9
**every**
26:21
**everyone**
2:14, 12:2,
16:2
**everything**
12:16, 25:6,
32:9
**exactly**
32:6
**exceeded**
13:14
**executed**
3:12, 6:18,
19:1
**existing**
26:8
**expect**
9:11, 19:9
**expedient**
29:6
**experience**
10:14
**experienced**
10:3
**experiencing**
10:6, 27:20
**experts**
3:7
**explain**
27:17
**extension**
30:16

**eyes**
17:9, 17:10,
27:15

**F**

**facebook**
26:22
**facilities**
31:5, 31:7,
31:13, 31:15
**facility**
3:9, 30:19,
30:21, 31:10
**fact**
17:5, 17:18
**factors**
28:10
**failing**
5:3, 5:5
**family**
10:21
**far**
26:1, 26:12,
26:14
**fast**
12:11
**february**
13:12
**feel**
11:17, 22:17
**feeling**
23:16
**female**
18:8, 18:18,
23:1, 23:6,
23:9, 28:13
**few**
15:16
**field**
4:9, 15:4, 25:2
**fieldwork**
3:13
**figure**
12:9, 21:9,
21:12
**financial**
33:7
**find**
13:13, 31:8

**findings**
30:3
**fine**
30:7, 30:8,
32:4
**fined**
29:16, 29:17
**fines**
32:8
**fire**
4:3, 4:4, 4:5,
4:6, 4:7
**firm**
25:1
**firms**
23:11
**first**
2:3, 6:22,
10:1, 22:9,
24:19, 27:22
**five**
10:10, 10:16,
13:22
**fleshed**
9:6
**floor**
18:3
**focuses**
3:15
**follow**
19:16
**follow-up**
3:13
**following**
4:21
**force**
26:18, 26:19
**foremost**
2:3
**forfeiture**
32:4
**forfeitures**
32:8
**former**
5:1, 6:6
**forward**
28:22
**found**
13:14, 17:13,

**25:1**
**four**
10:8, 10:10,
10:16, 25:3
**four-inch**
24:7
**four-phase**
7:1
**fourth**
22:13
**french**
16:18
**friday**
13:8
**friends**
10:22
**full**
31:14, 33:8
**fully**
5:5, 6:9
**funny**
17:6
**further**
32:18, 33:12
**furthermore**
5:8

**G**

**gas**
3:17, 5:17,
5:19, 25:10,
25:11, 25:13,
25:15, 25:16,
25:17, 26:9
**gases**
7:16
**gathering**
4:11
**gave**
21:5
**general**
6:16, 19:1,
26:4
**general's**
9:5
**generated**
8:19
**getting**
21:8, 24:19

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018

39

gi
27:11
gis
4:18, 27:11
give
12:13, 13:3,
17:8, 25:7,
27:12, 31:5,
31:16
given
7:11
giving
28:21
go
10:11, 25:10,
26:13, 26:19,
32:11
goal
26:19
going
2:10, 2:11,
2:12, 8:17,
10:3, 10:14,
11:19, 12:6,
12:7, 12:8,
12:9, 12:16,
12:17, 13:11,
14:1, 16:13,
16:16, 17:4,
17:15, 18:1,
18:3, 18:21,
19:16, 19:18,
20:1, 20:18,
21:7, 21:8,
21:11, 21:13,
21:19, 24:8,
25:10, 26:2,
26:4, 27:2,
27:5, 27:12,
28:16, 28:17,
28:18, 28:20,
29:6, 32:6, 32:9
good
2:18, 10:5,
12:1, 13:4,
27:21, 28:21
gotten
10:9, 10:11

governor
9:19
grain
11:9
grand
12:5
grandchildren
10:21
great
12:11
greg
12:20, 13:4,
29:12
greg's
12:22
ground
28:7, 28:17
group
4:16
grown
24:10
guidance
15:7

**H**

h2s
13:17
ha
31:10
hand
29:3
handle
8:21, 20:17,
22:18, 23:12
handling
23:1, 23:4,
31:9, 31:11
happened
10:20, 29:21
happens
21:13
harahan
3:18, 4:5,
4:12, 4:16,
9:15, 10:2
harmful
13:15, 14:1
harris
32:19

hazmat
4:3
header
23:22, 24:7
headers
24:12
health
9:19, 13:15,
14:2, 14:6,
14:11, 14:14,
14:16, 14:21,
15:5, 15:11,
16:2, 17:15,
28:2
hear
2:10, 2:11,
2:12, 9:13,
10:1, 12:17
heard
2:5, 14:17
hearing
27:22
here
2:15, 9:17,
9:21, 12:2,
13:7, 13:8,
13:12, 14:13,
16:16, 18:10,
27:3, 32:6
hereby
33:2
high
15:17, 17:15,
17:21, 31:9
highest
13:16
honest
9:8, 25:5
hopefully
2:6, 26:4
hoping
27:9
house
23:4
however
7:10
huge
17:18

human
13:15
hydrogen
13:17, 16:21,
16:22, 17:1,
17:16, 17:19

**I**

idea
27:12
iesi
4:2, 4:22, 5:2,
5:8, 5:22, 6:9,
6:13, 6:21, 7:8,
7:10, 7:21, 8:2,
8:18, 21:11
imme
28:6
immediate
4:21, 5:4,
14:15, 28:6
immediately
8:8, 17:20,
28:1
impact
19:13, 28:7
implement
5:5, 32:10
inactive
23:17, 23:19
incident
27:6, 30:18
incidents
27:4
include
20:5
included
4:18, 22:2
increased
15:20
independent
3:4, 24:20
indicated
7:13
indices
15:9
individually
24:14

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018

40

**industrial**
4:10, 8:3, 8:6,
8:20, 12:7, 20:2
**infecti**
17:8
**information**
4:20, 21:5,
27:11, 32:19,
33:4
**infrastructure**
9:8, 32:8
**inherited**
32:1
**inp**
11:20
**inside**
23:7
**inspect**
31:13
**inspecting**
4:10
**inspection**
30:3
**inspector**
6:15, 9:5,
18:22, 26:3
**institutions**
27:7
**interest**
33:7, 33:12
**introduce**
11:21
**inviting**
14:13
**irritation**
17:9
**isle**
12:6
**issue**
2:9, 16:22
**issued**
30:1, 30:6,
30:12
**issues**
11:8, 11:18,
11:20, 15:12,
15:14, 15:22
**it'll**
27:12

**itself**
24:6

**J**

**january**
33:16
**jefferson**
1:9, 3:6, 8:19,
20:16, 30:1,
31:3, 31:5,
33:19
**job**
1:20, 11:21
**john**
9:19
**johnston**
4:2, 9:16,
10:2, 10:5,
12:4, 14:12,
14:18, 26:18
**joining**
9:15
**joseph**
14:6, 14:9
**jp**
20:2, 20:5
**july**
3:14, 7:10,
7:13, 7:14, 25:4
**june**
30:14

**K**

**kanter**
14:8, 14:9,
16:12, 16:15
**katner**
14:6, 14:7
**keep**
12:15, 16:4,
16:19
**keith**
12:13, 21:19
**kenner**
31:22
**kept**
12:15
**kicked**
9:1

**know**
11:5, 11:6,
11:16, 11:17,
15:17, 19:16,
21:12, 23:13,
24:15, 25:5,
25:6, 25:20,
26:6, 27:15,
27:22, 28:4,
28:12
**known**
23:22
**knows**
6:9
**kudos**
12:13

**L**

**l-e-a-c-h-a-t**
5:9
**lab**
13:9
**lan**
11:11
**landfill**
1:9, 2:4, 2:22,
3:2, 3:4, 5:1,
5:11, 5:13,
5:18, 6:11,
7:16, 7:20, 8:1,
8:3, 8:11, 8:12,
8:21, 9:2, 9:10,
10:14, 10:15,
11:3, 11:5,
11:15, 12:8,
19:5, 19:20,
20:3, 20:18,
20:21, 22:4,
23:21, 24:13,
24:21, 25:14,
25:16, 26:10,
27:18, 28:4,
28:8, 29:17,
32:6, 33:19
**landfill's**
7:15, 11:16
**landfilled**
7:19

**landfills**
4:10, 8:13,
13:19, 15:10,
24:12, 27:7
**langley**
12:20, 13:4,
29:12, 29:19,
29:22, 30:8,
30:13, 31:2,
31:19
**last**
10:10, 12:14,
13:8, 18:12,
18:15, 19:1
**later**
14:3
**laundry**
20:21
**ldeq**
13:5, 13:6,
15:5, 16:4
**leachate**
3:15, 3:17,
5:5, 5:6, 5:9,
5:10, 5:11,
5:14, 5:15, 6:9,
6:13, 7:1, 21:3,
22:3, 22:7,
22:19, 24:1,
24:8, 28:21,
30:4
**leaches**
5:10
**leadership**
14:12
**learned**
6:4
**learning**
20:13
**least**
7:7, 31:10
**leave**
15:18
**led**
3:19, 4:21
**legal**
5:21, 6:1, 21:9
**legalities**
26:1

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018

41

**letter**
6:5, 6:6, 6:15,
6:17, 6:19,
7:13, 18:9,
21:5, 22:10
**level**
15:11, 15:17,
17:3, 17:18
**levels**
15:2, 17:1,
17:13, 17:14,
17:16, 17:21
**li**
26:1
**life**
9:11, 15:12,
15:22
**limit**
30:12
**line**
25:12
**liquid**
5:10, 8:2, 8:5
**list**
20:21
**listed**
33:10
**litigation**
26:2
**little**
16:6, 21:17,
24:16, 24:17
**live**
4:7, 11:19
**lives**
10:2
**loading**
11:9
**logs**
27:6
**longer**
8:5
**look**
21:7, 24:11,
25:9, 25:15,
32:14
**looked**
25:2, 31:4

**lot**
2:5, 11:10,
20:14, 24:17,
26:6
**loud**
16:17
**louisiana**
14:10, 15:1
**low**
17:1
**lower**
17:20

**M**

**made**
19:5, 25:1
**main**
23:22
**mainly**
15:20
**maintain**
5:3, 6:12, 6:13
**maintained**
5:15, 5:16
**maintenance**
3:10, 6:22,
9:3, 22:3, 22:8
**majority**
15:8, 15:10
**make**
11:1, 11:19,
13:5, 19:9,
28:14, 32:5
**male**
2:2, 12:22,
13:2, 16:8,
16:9, 16:10,
16:11, 16:14,
16:16, 19:3,
20:1, 20:4,
20:5, 20:20,
21:17, 21:21,
22:22, 23:16,
26:11, 26:12,
27:14, 29:8,
29:9, 29:10,
29:11, 29:13,
29:14, 29:18,

**29:20, 30:7,**
30:11, 30:22,
31:17, 32:12,
32:14
**manage**
5:1
**managed**
5:8
**management**
4:2, 4:22
**manner**
29:6
**many**
9:8
**map**
27:3
**march**
13:13
**mark**
3:3, 9:20,
11:21, 20:1
**marketed**
25:12
**material**
31:11
**materials**
5:12, 31:9
**matter**
6:1
**matters**
20:15
**maybe**
19:21, 25:13
**mcclintock**
6:16
**mean**
18:17
**measure**
7:2
**measurements**
15:4, 16:4
**measures**
21:10
**media**
4:17
**medical**
14:9
**meeting**
12:5

**met**
4:15
**methane**
5:17, 5:19
**mic**
16:14
**michael**
11:12, 12:18
**might**
13:22, 23:13,
28:10, 29:1
**million**
17:16, 17:20,
32:1
**minimization**
5:9, 6:10
**misting**
7:15
**mitigate**
25:7
**mitigation**
6:13
**mm**
20:4, 20:8
**mobile**
13:9
**model**
24:12, 25:15
**money**
7:8, 32:7
**monitor**
15:2, 15:6,
26:22
**monitoring**
5:6, 13:9,
13:10
**monitors**
16:3
**monitory**
12:8
**months**
10:9, 10:10,
10:16, 19:21
**more**
10:20, 14:15,
14:19, 16:6,
18:18, 26:11,
29:8

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018                          42

morning
2:18, 10:5,
10:19, 10:20,
12:1, 13:4,
26:21
most
13:18, 27:14
motivation
9:3
move
5:17, 28:22
moving
29:5
much
16:12, 26:9,
32:17
multiple
17:16
must
5:14

**N**

naaden
1:22, 33:2,
33:17
name
8:16, 26:7
nasty
16:21
nd
30:14
near
9:10, 27:19
necessary
8:7
need
10:22, 11:1,
11:18, 25:6,
32:7
needed
3:3
needs
9:8, 9:9
neither
33:5
neutralize
20:10
news
14:17

next
9:13
night
10:18, 11:11,
13:11
nighttime
11:10
northwest
11:14
nose
10:18, 13:21,
16:22, 19:7
nosebleeds
27:15
noted
7:5, 8:22, 30:2
nothing
13:14, 14:14,
14:19
notified
5:2
notify
7:10
noxious
2:21
nuisance
14:2, 15:22

**O**

o'clock
10:19, 10:20
oak
4:7
obligation
22:17, 22:18
obstructs
5:16
obviously
2:5, 21:4
occasional
8:10
odor
3:11, 5:20,
8:10, 10:7,
10:11, 11:6,
11:11, 11:13,
13:10, 15:9,
16:21, 17:6,

31:9
odors
2:21, 3:17,
3:18, 4:12, 5:4,
5:7, 7:22, 8:14,
10:14, 10:15,
11:2, 11:3,
15:17, 17:6,
20:11, 25:7,
27:13, 28:3,
29:17, 31:5,
31:16
office
9:5, 18:22,
31:14
officer
31:22, 32:19
officially
5:2
offsite
7:21, 8:14
oh
12:21
okay
2:18, 2:19,
14:5, 20:8,
31:20
one
8:2, 10:21,
21:4, 23:21,
29:8, 31:10,
32:4
one-year
12:8
ones
21:4
ongoing
10:11, 14:20,
15:4, 15:6, 16:4
only
16:18, 16:19,
25:12
onsite
23:5
open
18:3
opera
31:21

operate
8:13
operated
8:13
operating
7:22, 31:8
operation
6:22, 22:3,
22:8, 22:19
operational
3:9, 26:9
operations
3:2, 3:5, 4:11,
9:2, 11:10,
25:14
operator
6:11, 29:17
opinion
11:5
order
7:17, 30:1,
30:5, 30:15,
30:17, 31:17,
32:1
ordnances
7:4
other
9:14, 11:3,
11:7, 11:12,
11:18, 20:14,
22:21, 23:10,
23:20, 24:12,
27:7, 28:10,
29:7, 32:21
others
3:19
otherwise
33:7
out
2:3, 5:17, 7:7,
9:6, 10:3, 12:2,
13:11, 21:2,
21:9, 21:12,
22:2, 22:9,
25:13, 26:9,
26:19, 26:21,
27:2, 28:1,
28:20, 28:21,

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018                                    43

32:16
**outcome**
33:7
**outline**
30:18
**outright**
2:21
**outside**
8:19
**outstanding**
30:5
**over**
13:10, 18:19,
22:21, 27:3,
29:7, 31:21,
32:21
**overseeing**
7:21
**oversight**
3:10, 7:20
**overwhelming**
15:8, 15:10,
23:12
**overwhelms**
24:4
**own**
27:7

**P**

**page**
33:10
**pages**
1:21, 33:8
**parish**
1:9, 2:22, 3:6,
5:22, 6:7, 6:18,
7:3, 7:6, 7:8,
8:19, 10:6,
10:13, 13:6,
14:3, 18:22,
20:16, 22:12,
25:18, 26:2,
26:17, 29:15,
29:16, 30:1,
30:15, 30:18,
31:3, 31:6,
33:19
**parish's**
2:8, 7:19

**part**
17:2, 23:1,
30:9
**particularly**
14:21, 15:19
**parties**
33:6
**parts**
13:17, 13:20,
13:22, 17:2,
17:11, 17:16
**party**
3:4
**past**
6:5, 9:1,
10:16, 19:13,
31:4
**patrols**
13:11
**paul**
10:2, 12:4
**peaked**
27:13
**penalty**
33:3
**pending**
30:7
**people**
2:5, 11:10,
16:19, 20:16,
26:13, 26:14,
27:17, 27:18,
28:7
**percent**
25:13, 25:17
**percolating**
5:12
**perhaps**
9:5
**perjury**
33:3
**persistent**
7:21, 8:13
**persisting**
17:7
**petroleum**
20:14
**ph**
12:18, 16:13,

19:17, 22:13,
24:1, 31:18
**phase**
22:19, 24:19
**phases**
6:14, 7:1,
22:5, 22:9,
22:20, 25:3
**physical**
28:4
**pinpointed**
27:4
**place**
22:7, 32:9
**plan**
5:6, 32:9,
32:10, 32:14
**plans**
30:20
**plant**
20:6, 25:16,
31:12
**plants**
4:10, 11:9
**please**
32:18
**plug**
27:6
**pneumatic**
24:3
**point**
21:11, 21:16,
27:22, 29:1
**points**
15:16
**police**
26:8
**policies**
7:4
**populist**
24:10
**portal**
16:9
**portion**
23:17, 23:19
**possible**
11:7, 12:11
**potential**
26:2, 30:8

**power**
32:10
**powers**
26:8
**pr**
4:17, 5:18
**practical**
3:9
**practices**
3:11
**preliminary**
4:20, 19:15,
30:9
**presence**
4:17
**present**
12:6, 15:12
**president**
2:11, 10:6,
10:13, 14:8,
14:12, 14:18,
25:18, 26:17
**press**
1:9, 2:3, 2:17,
13:5, 33:19
**pret**
20:10
**pretreat**
20:10
**prevent**
5:4, 5:7
**priority**
3:16, 25:20,
26:7
**problem**
9:7, 11:1,
11:11, 16:18,
19:10, 23:16,
26:13
**problematic**
5:18
**problems**
8:8, 11:4,
11:16, 11:17,
25:19, 27:15,
30:18, 32:5
**procedures**
3:10, 7:22

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018

44

| | | | |
|---|---|---|---|
| **process**<br>8:4, 8:5,<br>14:20, 23:2,<br>30:10, 32:11<br>**procurement**<br>7:4<br>**produc**<br>25:8<br>**productive**<br>25:8<br>**professionals**<br>28:2<br>**profit**<br>25:11<br>**programs**<br>3:9<br>**project**<br>29:5<br>**proper**<br>7:16<br>**properly**<br>5:8, 5:15,<br>6:18, 8:12, 8:13<br>**property**<br>28:21<br>**protected**<br>10:22<br>**protocols**<br>3:10<br>**provide**<br>7:9, 9:10<br>**public**<br>8:16, 9:9,<br>26:7, 32:19<br>**pull**<br>26:9<br>**pulmonary**<br>15:20<br>**pumps**<br>24:4<br>**put**<br>12:8, 15:20,<br>21:12, 22:2,<br>22:7, 26:18,<br>32:3, 32:7<br>**putting**<br>21:1, 27:9,<br>27:10 | **Q**<br>**quality**<br>4:16, 9:11,<br>9:18, 12:19,<br>15:2, 15:12,<br>15:22, 19:6<br>**quantities**<br>13:15<br>**question**<br>2:16, 29:8,<br>29:13<br>**questions**<br>2:6, 14:3,<br>17:22, 18:4,<br>26:11, 31:21,<br>32:18<br>**quote**<br>29:15<br>**R**<br>**raise**<br>5:19<br>**ratard**<br>14:6, 16:5,<br>16:17, 18:2,<br>18:5<br>**rather**<br>25:16<br>**ratified**<br>22:1, 22:6,<br>22:12, 22:14<br>**rating**<br>13:16<br>**rattle**<br>20:20<br>**reach**<br>15:10<br>**reached**<br>28:1<br>**real**<br>24:15<br>**realized**<br>24:16, 24:17,<br>25:18<br>**really**<br>10:9, 10:10<br>**receipt**<br>7:12 | **received**<br>7:13, 33:9<br>**recently**<br>30:2<br>**recommendations**<br>3:14, 15:16<br>**reconstruct**<br>19:19, 23:14<br>**reconstruction**<br>29:2<br>**record**<br>22:12<br>**recordings**<br>33:4<br>**redesign**<br>23:14, 29:2<br>**reduce**<br>2:20, 14:3<br>**reengineer**<br>19:19, 23:14<br>**refuge**<br>24:11<br>**refund**<br>7:8<br>**regarding**<br>33:10<br>**regards**<br>14:16<br>**region**<br>14:10<br>**regional**<br>31:14<br>**regulate**<br>31:16<br>**rehabbed**<br>3:17<br>**rehabbing**<br>28:18<br>**related**<br>33:5<br>**relieved**<br>6:21<br>**remarkable**<br>19:5<br>**reoccurring**<br>3:18<br>**report**<br>1:7, 19:14, | 25:4, 25:6,<br>30:19<br>**reported**<br>10:8<br>**represent**<br>12:3, 12:4<br>**req**<br>3:8<br>**required**<br>20:15<br>**research**<br>29:14<br>**residential**<br>8:18<br>**residents**<br>4:13, 10:4,<br>14:15, 15:13,<br>15:17, 19:7,<br>27:3<br>**resignation**<br>7:18<br>**resolution**<br>8:17, 12:6,<br>20:2<br>**respiratory**<br>17:8, 27:15<br>**respond**<br>30:15<br>**responding**<br>4:12<br>**responsibilities**<br>6:11<br>**responsibility**<br>6:12<br>**responsible**<br>7:20, 7:21,<br>18:10<br>**result**<br>7:6<br>**results**<br>5:12<br>**retained**<br>3:6<br>**return**<br>7:12<br>**revamp**<br>19:18<br>**review**<br>3:1, 6:16 |

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018

**reviewing**
3:8, 5:21
**ridge**
3:18, 4:11,
4:16, 13:10
**right**
2:2, 15:3,
19:12, 20:13,
21:9, 23:3,
23:20, 26:6,
28:15, 28:20
**rise**
31:5, 31:16
**risk**
15:20
**river**
3:18, 4:11,
4:16, 13:10
**road**
9:1

**S**

**s**
2:12, 24:9
**safety**
8:16, 26:7
**said**
10:6, 10:13,
20:1, 23:13
**saravkoni**
12:18
**say**
9:14, 15:7,
26:12, 28:7
**saying**
13:20
**secretary**
13:5
**section**
14:21
**see**
21:13, 32:18
**seems**
6:4, 6:19
**seen**
9:7
**selection**
25:1

**sending**
6:15
**sense**
15:13
**serious**
14:15, 14:19,
15:11, 17:15
**seriously**
15:14, 16:1
**services**
7:9, 20:12
**servicing**
20:15
**several**
2:13, 2:15
**severe**
27:14, 27:20
**should**
3:13, 3:17,
7:5, 7:8, 8:22,
15:7, 15:18,
19:13, 20:22,
25:4
**shown**
14:13
**shows**
29:14
**si**
22:9
**sic**
14:6
**side**
6:5, 6:6, 18:9,
21:5, 22:10
**signature**
30:14
**signature-bi6ds**
33:14
**signed**
6:5
**significant**
30:3
**site**
6:13, 26:22,
28:14
**situation**
8:21
**six**
19:21

**slide**
16:12
**sludge**
12:7, 20:2,
20:5, 20:14
**smell**
3:21, 13:21,
13:22, 17:4,
17:6, 17:12,
17:14, 26:13,
26:14, 29:16
**social**
4:17
**sold**
25:12
**solely**
6:12
**solved**
19:10
**some**
2:7, 7:8,
15:16, 17:8,
19:11, 19:15,
20:11, 20:14,
23:10, 24:11,
27:3, 28:2
**somebody**
17:19
**something**
12:10
**sometimes**
31:7
**somewhere**
22:6, 25:10
**sorry**
8:4, 12:21,
13:1
**source**
3:20, 11:15,
11:17
**sources**
3:21, 11:7
**speak**
16:6, 16:17
**speakers**
2:15
**speaking**
4:13, 23:20,

**27:2**
**spears**
3:3, 4:1,
11:21, 12:1,
14:11, 20:7,
20:9, 21:3,
21:19
**specific**
18:18, 23:18
**specifically**
16:6, 28:13
**specs**
24:8
**spelled**
5:9
**staff**
9:20, 23:4,
31:14
**standard**
7:22, 13:14,
13:19
**start**
28:18, 29:1
**started**
27:22
**state**
2:12, 2:13,
3:5, 9:14, 9:17,
16:5
**statement**
13:6
**stationed**
13:9
**still**
11:6
**stop**
8:18, 31:11
**storage**
8:18, 32:2
**stored**
4:14
**stressed**
25:18
**strike**
3:20, 3:22,
4:9, 4:19,
26:18, 26:19
**study**
3:15

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018

46

**substance**
5:16
**suggestions**
19:17
**sulfide**
13:17, 16:21,
16:22, 17:1,
17:17, 17:19
**sulfur**
13:18
**supporting**
33:4
**sure**
9:3, 11:1,
11:19, 32:5
**surely**
15:12, 15:13
**surprise**
6:3
**surround**
10:4
**suspended**
5:12
**symptoms**
27:14, 27:20,
28:1
**system**
3:16, 4:18,
5:15, 7:1, 7:15,
20:11, 21:4,
22:4, 22:8,
23:15, 23:21,
24:4, 25:8,
25:15, 26:8,
26:22, 27:11,
28:16, 30:4,
32:2, 32:3
**systems**
23:18

**T**

**take**
14:3, 15:7,
15:14, 16:1,
20:12, 20:15,
20:19, 21:15,
27:5
**taken**
11:5, 15:2,

21:10, 24:11,
24:16, 24:17
**takes**
14:15
**taking**
8:7, 8:15,
8:18, 20:14,
28:21
**talked**
11:12, 18:8
**talking**
12:22, 22:21,
29:7, 32:21
**tape-recording**
33:9
**team**
3:20, 3:22,
4:9, 4:19, 6:1
**techno**
27:9, 27:10
**technology**
27:10
**telecommunicatio-**
**ns**
4:3
**television**
1:7
**tell**
19:4, 27:11
**ten**
7:11
**ten-inch**
24:12
**terminated**
8:4
**terms**
6:8
**th**
3:12, 7:10,
7:14, 13:9,
21:13
**thank**
2:2, 2:17,
9:19, 10:5,
12:2, 12:16,
14:4, 14:8,
14:11, 32:17,
32:20

**therefore**
7:7
**things**
17:5, 17:9,
19:11, 20:21
**think**
11:2, 11:3,
11:8, 13:16,
16:12, 18:9,
19:4, 19:7,
19:9, 19:11,
19:20, 23:11,
24:4, 25:12,
30:13, 30:16
**third**
3:4, 4:5, 13:7
**third-party**
24:19
**threat**
15:11
**three**
6:22, 10:8,
10:16, 13:7,
22:5, 22:9, 25:3
**threshold**
31:9
**through**
5:13, 22:19,
27:10, 32:11
**throughout**
3:13, 31:3
**ties**
24:20
**till**
26:21
**tim**
9:16
**time**
10:21, 13:8,
22:16, 24:17,
30:12
**timeframe**
19:3
**timeline**
30:13
**times**
13:7, 17:20,
27:13

**today**
2:6, 2:10,
2:19, 7:18,
9:17, 9:22,
14:13, 32:18
**together**
26:18
**told**
28:3
**took**
31:21
**top**
13:16
**toxic**
17:17
**toxicologies**
16:7
**toxicology**
14:22
**track**
16:4
**transcribed**
1:22
**transcriber**
33:1, 33:2
**transcript**
1:6
**transcription**
33:9
**travel**
5:20
**treat**
19:17, 20:9
**treatment**
6:10, 31:12
**true**
33:8
**truly**
9:11
**try**
17:21, 28:14
**turn**
18:19
**two**
9:14, 9:15,
24:12
**type**
14:16, 15:9,

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018

47

27:20

**U**

uncover
3:20
uncovered
8:8
under
33:3
understand
2:8, 8:9, 31:1
uniform
5:4
unpleasant
17:7
unquote
29:15
until
7:14, 8:21,
20:17
upgrade
9:9
upper
17:8
use
24:12
using
19:7, 24:3,
24:7
usually
17:10

**V**

vacuuming
28:20
valuable
4:18
various
31:4
vicinity
27:19
video-recorded
1:6
vijon
12:18
violation
7:3
violations
30:2, 30:20

visits
13:13
voluntarily
31:11
volunteer
4:6, 4:7

**W**

w
24:15
waggaman
2:22, 3:19,
4:11, 12:3,
27:19
waiting
25:3
walked
25:1
want
8:9, 12:11,
12:13, 13:5,
25:6
wanted
14:11
warned
29:15
warning
29:20
waste
4:22, 8:3, 8:6,
8:19, 8:20, 12:7
wastewater
20:6, 31:12,
32:2
water
5:12, 17:9
watering
17:10
way
17:11, 17:13,
17:14, 22:2
we'll
2:15, 2:16,
14:3, 21:15,
32:15, 32:16
we're
2:8, 10:13,
11:19, 12:6,

12:8, 12:17,
14:2, 16:7,
18:1, 18:3,
18:21, 19:2,
19:12, 19:16,
19:18, 20:13,
20:15, 20:18,
20:19, 21:7,
21:8, 21:11,
21:12, 21:15,
22:10, 23:13,
24:7, 24:18,
25:3, 26:4,
27:2, 27:9,
28:9, 28:11,
29:6, 32:6, 32:9
we've
10:15, 13:7,
13:8, 13:10,
14:17, 23:10,
24:10, 24:11,
25:21, 27:4,
31:3, 31:4
wednesday
12:5
week
6:15, 26:5
weeks
19:13
wellbeing
15:14
wells
5:14, 28:20
westbank
27:19
wheelhouse
26:3
whether
19:4, 19:9
whole
23:14
wind
11:13, 26:17,
27:6
wishes
22:15
without
6:20

woken
10:18
work
11:11, 15:6,
21:11, 24:18,
32:10
worked
24:22, 25:2,
27:18
working
3:2, 4:15,
7:17, 11:10,
12:12, 12:14,
13:6, 14:2,
14:22, 16:3,
25:21, 28:19,
29:3, 31:4, 32:4
works
15:5

**Y**

y'all
18:6
yeah
13:2, 16:10,
16:15, 18:1,
18:5, 31:2
year
8:2, 12:14,
19:22
year-old
9:10
years
29:16
yenni
2:11, 2:18,
12:17, 12:21,
13:1, 13:3,
14:5, 14:8,
14:12, 18:1,
18:3, 18:6,
18:11, 18:13,
18:15, 18:17,
18:19, 20:8,
31:20, 32:13,
32:15

**Z**

zero
28:7

Transcript of Jefferson Parish Landfill Press Conference
Conducted on July 23, 2018

48

| | | | |
|---|---|---|---|
| **zombies** | **2012** | **7.23** | |
| 16:19 | 4:22, 5:22 | 1:9, 33:19 | |
| **zone** | **2024** | **70** | |
| 28:5 | 33:16 | 24:9 | |
| **$** | **22** | **8** | |
| **$80** | 30:14 | **8** | |
| 32:1 | **237** | 23:16 | |
| | 13:20 | **80** | |
| **.** | **25** | 24:9 | |
| **.2018** | 3:12 | **9** | |
| 1:9, 33:19 | **26** | **9** | |
| **0** | 7:14, 21:13 | 26:12 | |
| **0.5** | **3** | **911** | |
| 17:1 | **3** | 26:22 | |
| **00** | 19:3, 26:21, | **97** | |
| 26:21 | 28:13 | 25:17 | |
| **1** | **30** | **98** | |
| **1** | 19:21, 30:15 | 25:17 | |
| 2:2, 18:8, | **32** | | |
| 18:18 | 33:8 | | |
| **10** | **33** | | |
| 27:14 | 1:21 | | |
| **11** | **4** | | |
| 29:9, 29:11 | **4** | | |
| **12** | 20:1, 20:5, | | |
| 7:10, 13:17, | 26:21 | | |
| 29:14, 29:20, | **5** | | |
| 30:7, 30:11, | **5** | | |
| 30:22, 31:17 | 20:20 | | |
| **13** | **50** | | |
| 32:12, 32:14 | 9:10 | | |
| **16** | **500** | | |
| 7:14 | 17:10 | | |
| **2** | **520186** | | |
| **2** | 1:20, 33:19 | | |
| 12:22, 13:2, | **6** | | |
| 23:1, 23:6, 23:9 | **6** | | |
| **20** | 21:17, 21:21 | | |
| 13:9, 18:16, | **60** | | |
| 25:13 | 19:21 | | |
| **2008** | **7** | | |
| 31:1 | **7** | | |
| **2009** | 22:22 | | |
| 31:18 | | | |