**From:**          Mike Lockwood [MLockwood@jeffparish.net]
**Sent:**          Thursday, July 19, 2018 6:32 PM
**To:**            Keith Conley
**Cc:**            Rick Buller; Brett O'Connor; Jose Gonzalez
**Subject:**       Odor Study

**Importance:**    High


NCM, a consulting firm out of California has started the odor study commissioned by IESI.  They have already been in the field this week, in response to specific odor complaints coming into our hot line, assessing the intensity and characteristics of odors.  This is being done by technicians who are certified in the use of an instrument called a Nasal Ranger.  **Nasal Ranger** is a state of the art **field olfactometer** for confidently measuring and quantifying odor strength in the ambient air.  This is a portable odor detecting and measuring device, which objectively determines ambient odor "Dilution-to-Threshold" (D/T) values.

This data will then be analyzed by an engineer specializing in dispersion modeling in an effort to identify sources of odors affecting the community.

Mike

Michael P. Lockwood, MSPH, Director
Jefferson Parish Department of Environmental Affairs
834 S. Clearview Pkwy.
Harahan, LA  70123
Phone:  (504) 736-6440     Fax:  (504) 731-4607

Please be advised any information provided to Jefferson Parish Government may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.

WC_JPLF_00272294