## RE: Jefferson Parish - Status Update

From:      Keith Conley <KConley@jeffparish.net>
To:        Mike Lockwood <MLockwood@jeffparish.net>
Sent:      July 23, 2018 5:46:06 PM CDT
Received:  July 23, 2018 5:46:07 PM CDT

Thanks

From: Mike Lockwood
Sent: Monday, July 23, 2018 7:22 AM
To: Keith Conley <KConley@jeffparish.net>
Subject: FW: Jefferson Parish - Status Update

I asked IESI to provide a time line summary of what has been done at the landfill to assist in the current odor problems. See below.

Michael P. Lockwood, MSPH, Director
Jefferson Parish Department of Environmental Affairs
834 S. Clearview Pkwy.
Harahan, LA 70123
Phone: (504) 736-6440 Fax: (504) 731-4607

From: Brett O'Connor [mailto:BrettO@WasteConnections.com]
Sent: Saturday, July 21, 2018 1:56 PM
To: Mike Lockwood <MLockwood@jeffparish.net<mailto:MLockwood@jeffparish.net>>
Cc: Chris Ruane <Christopher.Ruane@WasteConnections.com<mailto:Christopher.Ruane@WasteConnections.com>>; Rob Nielsen <RobN@WasteConnections.com<mailto:RobN@WasteConnections.com>>; Bruce Emley <bruce.emley@wasteconnections.com<mailto:bruce.emley@wasteconnections.com>>; Jim Little <James.Little@WasteConnections.com<mailto:James.Little@WasteConnections.com>>
Subject: Jefferson Parish - Status Update

Mike

I thought I would send over a summary of what I have previously communicated by phone to you. The following is a summary of the items that we've undertaken.

· FRI 6/29 - LRLC purchases tarping system for daily cover called tarp-o-matic. Approximately ¾ of an acre of tarps are ordered along with tarping machine for $100k. Expected to be onsite first or second week of August.

· FRI 7/13 - LRLC retained NCM Odor & Dust Control to fully repair the odor misting system and reposition if necessary.

· FRI 7/13 - LRLC retained Ray Kapahi of NCM to complete an odor study including all odor sources in proximity to JP Landfill including JP Landfill, Riverbirch LF, Riverbirch C&D, Cornerstone, nearby barge operations, nearby sewage treatment facilities and conveyance structures.

· MON 7/16 - NCM on site at JP to begin odor study and to assess the misting system.

· TUE 7/17 - Meeting held between LRLC & Jefferson Parish. LRLC proposes to help trouble shoot the issues of the

gas management system within Phase III-B and Phase IV-A of the Landfill at LRLC's sole cost and expense.

· WED 7/18 - LRLC deploys Region Engineer, Brett O'Connor, to serve as the on-site project manager over the gas management and leachate management assessment/improvement efforts at JP Landfill.

· WED 7/18 - LRLC deploys Landfill Gas Specialist, Brad Robbins,to serve as the on-site field superintendent over the gas management and leachate management improvement effort at JP.

· WED 7/18 - LRLC contacts APTIM, Steve Martin, to retain their field services relative to gas management at JP Landfill.

· THU 7/19 - Brad and Brett onsite to trouble shoot the existing gas system. Met with Aptim and Rick Buller to go over existing system design. Brett met with NCM to understand the current status of the odor study.

· FRI 7/20 - LRLC responds to Parish with proposal to operate gas system in 4A/3B. Respond to notice of compliance order.

Brett O'Connor, P.E.
Southern Region Engineer

T: 832-442-2920
C: 620-778-2039
3 Waterway Square Place Suite 550
The Woodlands, TX 77380