| | |
|---|---|
| **From:** | Rob Nielsen |
| **Sent:** | Monday, July 23, 2018 10:51 PM |
| **To:** | Bruce Emley; Clay Richardson; Barry Bordelon; Talair Adams |
| **Cc:** | Southern Region Office; Chris Ruane; Brett O'Connor; Rickie Falgoust; Dean Divalerio; Guice Giambrone III |
| **Subject:** | FW: Louisiana Regional Landfill Company reply to Jefferson Parish Press Conference today July 23 2018 |

All:

If any phone calls come in on questions, we want all of them to be directed to Worthing Jackman @ the Corporate office number:  (832) 442 2200 or his e-mail.

We sent this out to all the local media in reply to the Press Conference today.

Let me know if you have any questions, thanks.

Rob

---

**From:** Rob Nielsen
**Sent:** Monday, July 23, 2018 4:44 PM
**To:** 'ccalder@theadvocate.com'; 'news@wgno.com'; 'jlarino@nola.com'; 'lbale@wwltc.com'
**Subject:** Louisiana Regional Landfill Company reply to Jefferson Parish Press Conference today July 23 2018

Please see attached company response to Jefferson Parish Press Conference held today on the Jefferson Parish Landfill:

On July 18, 2018, Louisiana Regional Landfill Company (formerly known as IESI LA Landfill Corporation) ("LRLC") received a Notice of Breach from the Jefferson Parish Attorney, Michael Power, related to LRLC's operation of the Jefferson Parish Sanitary Landfill Site (the "Landfill").  LRLC has operated Phase IV of the Landfill since May 2012 pursuant to the terms and conditions of that certain *Contract to Provide Services to Operate, Manage, and Maintain the Jefferson Parish Sanitary Landfill Site* between LRLC and Jefferson Parish (the "Landfill Operating Agreement").  LRLC strongly denies the Parish's assertion that LRLC is in breach of the Landfill Operating Agreement.  LRLC has at all times operated the Landfill in accordance with the provisions of the Landfill Operating Agreement and under the direction and supervision of Jefferson Parish, which has approved all waste streams accepted by LRLC at the Landfill.

As it relates to the allegation of foul odors coming from the Landfill, the landfill gas collection and control system at the Landfill is designed to capture landfill gases which cause odors.  Jefferson Parish operates and maintains the landfill gas collection and control system at the Landfill, not LRLC.  It is well documented that the landfill gas collection and control system at the Landfill does not function properly.  In an effort to assist Jefferson Parish with potential odors that may be coming from the Landfill, LRLC, by letter dated July 20, 2018, has offered to take over the operation, inspection, adjustment, repair, and maintenance of the landfill gas collection and control system for Phase III-B and Phase IV-A of the Landfill for 90 days at LRLC's sole cost and expense.  The Parish has not yet responded to that offer.  In addition, LRLC, at its own expense, has hired a nationally known odor mitigation firm in order to assist the Parish in identifying all sources of local odors, including the two River Birch landfills immediately adjacent to the Jefferson Parish Landfill.  A final report detailing those findings will be made public in the coming weeks.

We were led to believe today's press conference was intended to alert the public to our offer to resolve the Parish's odor issue at the Landfill and thank us for our offer.  We are dismayed by the Parish's actions today and can only speculate on what may have transpired behind the scenes since our offer, especially in light of the troubled history of the site prior to our involvement and historical political influence of the neighboring River Birch landfill.

1

Contact:

Worthing Jackman

President

Waste Connections

3 Waterway Square Place

Suite 110

Worthing.Jackman@wasteconnections.com

832 442 2200

Confidential

WC_JPLF_00270153