# Rowe, Eric

| | |
|---|---|
| **From:** | Rowe, Eric |
| **Sent:** | Friday, March 1, 2024 3:44 PM |
| **To:** | Megan R. Brillault; John H. Paul; Katelyn E. Ciolino; Katrina M. Krebs; Michael Mims |
| **Cc:** | mfutrell@connicklaw.com; Moghis@connicklaw.com; John Baay; Mike DiGiglia; 'Jason Z. Landry'; Douglas Hammel (douglashammel@gmail.com); Bruce Betzer; Foster, C. Allen; Childers lll, Masten; Jeffcoat, James R.; Johnson, Harry S.; S. Eliza (eliza@fcjlaw.com) |
| **Subject:** | JPLF -- request for NCM Odor Study |

Counsel,

We are writing to request production of the odor study undertaken by NCM Odor Control in July 2018. The commissioning of this report was reported by the Parish on July 19, 2018 (WC_JPLF_00272294 and JP_JPLF_00403854 , email from Lockwood to Conley), and listed by Brett O'Connor as one of "the steps we've undertaken" to assist in the odor problems. JP_JPLF_00326372 (email thread involving O'Connor and Lockwood). Bruce Emley reported that $30,000 had been spent on the study on July 2018. WC_JPLF_00519259, attachment, at *61 ("Engineering fees unfavorable <$30K> due to NCM air/odor study of the landfill and surrounding area." ). Waste Connections mentioned the odor study in its press release on July 23, 2018. WC_JPLF_00270152. And two days after that, on July 25, 2018, Waste Connections Region Vice President Rob Nielsen confirmed to a reporter that NCM Odor Control was doing the odor study, stressing it was "our cost and we make public no matter the results." WC_JPLF_00421579. At his deposition, Nielsen testified that he believed NCM had undertaken to identify all sources of local odors but did not know if they ever did a final report. Nielsen Dep. at 107. On August 6, 2018, the Parish cited the NCM odor study as an activity having been undertaken prior to the commencement of the mandated weekly progress reports. JP_JPLF_00086568.

We do note that three documents involving NCM employees Kapahi, Levin and O'Shields are listed on the Waste Connections privilege log served on August 18, 2020 (entries 83, 112, and 116). These were emails dated July 26 and 27, 2018, with attachments, sent by Ray Kapahi to Chris Ruane and Brett O'Connor (and no lawyers). The privilege log does not identify the emails or the attachments as the odor study. There are no other documents on the log indicating any communication between NCM and attorneys for Waste Connections. If these emails do involve the odor study, and even if they do not, there does not appear to be any discernable basis for a privilege. The available evidence refutes any notion that the odor study was undertaken only to assist counsel.

The NCM odor study was responsive to topics B.3.a., b.,  e., and g. in the case management orders on general causation, as well as to *Addison* document requests ## 17, 21, 31, 39 to Waste Connections (served on June 18, 2019). But no such document has been provided. Please provide it, and please produce documents 83, 112 and 116 on the privilege log.

Please produce these documents no later than Friday, March 8.

Thanks.

Eric



Eric C. Rowe | Senior Counsel
1800 M Street, NW, Suite 450N | Washington, DC | 20036
t: 202.659.6787 | f: 202.689.3164
erowe@whitefordlaw.com | www.whitefordlaw.com

Legal Assistant: Jeanne Steer
t: 202.689.3152 | jsteer@whitefordlaw.com

  *Note our new URL whitefordlaw.com!*
*Future emails will come from @whitefordlaw.com*

A proud member of two global law firm networks.

