# Rowe, Eric

| | |
|---|---|
| **From:** | Katelyn E. Ciolino <KCiolino@bdlaw.com> |
| **Sent:** | Wednesday, March 13, 2024 1:01 PM |
| **To:** | Rowe, Eric; Megan R. Brillault; John H. Paul; Katrina M. Krebs; Michael Mims |
| **Cc:** | Mike Futrell; Matthew Moghis; John Baay; Mike DiGiglia; 'Jason Z. Landry'; Douglas Hammel (douglashammel@gmail.com); Bruce Betzer; Foster, C. Allen; Childers lll, Masten; Jeffcoat, James R.; Johnson, Harry S.; S. Eliza (eliza@fcjlaw.com) |
| **Subject:** | RE: JPLF -- request for NCM Odor Study |

**This Message Is From an External Sender**

This message came from outside your organization.

For assistance, contact the IS Service Center at issc@whitefordlaw.com or 410.347.8733

Counsel –

As discussed during the meet and confer, the Waste Connections Defendants have withheld certain documents and communications related to the preparation of a draft technical memorandum by NCM under the attorney-client privilege, work product doctrine, and consulting expert privilege. The withheld documents were identified on our privilege log dated August 18, 2020. The Waste Connections Defendants maintain these privileges and protections apply to these documents but recognize that Judge Morgan has made it clear it is her intention to require the production of facts and data where substantial need is shown, and she has indicated that substantial need exists as to unilaterally conducted air sampling data that the opposing party cannot access or recreate. We are also cognizant of Judge Morgan's firm admonition that the parties resolve discovery disputes outside of the courtroom.

For these reasons, the Waste Connections Defendants will agree to produce these documents and communications, identified by the below privilege IDs. The Waste Connections Defendants are agreeing to do so without waiving their objections to the production of documents protected by the attorney-client privilege, work product doctrine, or Rule 26(b)(4)(D). The production of this limited set of documents also does not constitute a waiver of the Waste Connections Defendants' objections or the applicable privileges and protections for these or any other documents. We will make the production no later than Monday, March 18.

WC_JPLF_PRIV_0002
WC_JPLF_PRIV_0003
WC_JPLF_PRIV_0004
WC_JPLF_PRIV_0082
WC_JPLF_PRIV_0083
WC_JPLF_PRIV_0084
WC_JPLF_PRIV_0107
WC_JPLF_PRIV_0112
WC_JPLF_PRIV_0116

Regards,

Principal

**BEVERIDGE & DIAMOND PC**
  +1.212.702.5428        +1.908.447.6457      KCiolino@bdlaw.com

**From:** Rowe, Eric <ERowe@whitefordlaw.com>
**Sent:** Friday, March 1, 2024 3:44 PM
**To:** Megan R. Brillault <MBrillault@bdlaw.com>; John H. Paul <JPaul@bdlaw.com>; Katelyn E. Ciolino <KCiolino@bdlaw.com>; Katrina M. Krebs <KKrebs@bdlaw.com>; Michael Mims <mmims@liskow.com>
**Cc:** Mike Futrell <mfutrell@connicklaw.com>; Matthew Moghis <moghis@connicklaw.com>; John Baay <jbaay@glllaw.com>; Mike DiGiglia <mdigiglia@glllaw.com>; 'Jason Z. Landry' <jzl@mbfirm.com>; Douglas Hammel (douglashammel@gmail.com) <douglashammel@gmail.com>; Bruce Betzer <bruce@brucebetzer.com>; Foster, C. Allen <CAFoster@whitefordlaw.com>; Childers lll, Masten <MChilders@whitefordlaw.com>; Jeffcoat, James R. <jjeffcoat@whitefordlaw.com>; Johnson, Harry S. <HJohnson@whitefordlaw.com>; S. Eliza (eliza@fcjlaw.com) <eliza@fcjlaw.com>
**Subject:** JPLF -- request for NCM Odor Study

**[EXTERNAL SENDER: Use caution with links/attachments]**

Counsel,

We are writing to request production of the odor study undertaken by NCM Odor Control in July 2018.  The commissioning of this report was reported by the Parish on July 19, 2018 (WC_JPLF_00272294 and JP_JPLF_00403854 , email from Lockwood to Conley), and listed by Brett O'Connor as one of "the steps we've undertaken" to assist in the odor problems.  JP_JPLF_00326372 (email thread involving O'Connor and Lockwood).  Bruce Emley reported that $30,000 had been spent on the study on July 2018.  WC_JPLF_00519259, attachment, at *61 ("Engineering fees unfavorable <$30K> due to NCM air/odor study of the landfill and surrounding area." ).  Waste Connections mentioned the odor study in its press release on July 23, 2018.  WC_JPLF_00270152.  And two days after that, on July 25, 2018, Waste Connections Region Vice President Rob Nielsen confirmed to a reporter that NCM Odor Control was doing the odor study, stressing it was "our cost and we make public no matter the results."  WC_JPLF_00421579.  At his deposition, Nielsen testified that he believed NCM had undertaken to identify all sources of local odors but did not know if they ever did a final report.  Nielsen Dep. at 107.  On August 6, 2018, the Parish cited the NCM odor study as an activity having been undertaken prior to the commencement of the mandated weekly progress reports.  JP_JPLF_00086568.

We do note that three documents involving NCM employees Kapahi, Levin and O'Shields are listed on the Waste Connections privilege log served on August 18, 2020 (entries 83, 112, and 116).  These were emails dated July 26 and 27, 2018, with attachments, sent by Ray Kapahi to Chris Ruane and Brett O'Connor (and no lawyers).  The privilege log does not identify the emails or the attachments as the odor study.   There are no other documents on the log indicating any communication between NCM and attorneys for Waste Connections.  If these emails do involve the odor study, and even if they do not, there does not appear to be any discernable basis for a privilege.  The available evidence refutes any notion that the odor study was undertaken only to assist counsel.

The NCM odor study was responsive to topics B.3.a., b.,  e., and g. in the case management orders on general causation, as well as to *Addison* document requests ## 17, 21, 31, 39 to Waste Connections (served on June 18, 2019).  But no such document has been provided.  Please provide it, and please produce documents 83, 112 and 116 on the privilege log.

Please produce these documents no later than Friday, March 8.

Thanks.

Eric



Eric C. Rowe | Senior Counsel
1800 M Street, NW, Suite 450N | Washington, DC | 20036
t: 202.659.6787 | f: 202.689.3164
erowe@whitefordlaw.com | www.whitefordlaw.com

Legal Assistant: Jeanne Steer
t: 202.689.3152 | jsteer@whitefordlaw.com

*Note our new URL whitefordlaw.com!*
*Future emails will come from @whitefordlaw.com*

A proud member of two global law firm networks.

LEXWORK     PANGEA NET