| | |
|---|---|
| From: | Rob Nielsen |
| Sent: | Wednesday, October 31, 2018 10:57 PM |
| To: | ccalder@theadvocate.com |
| Cc: | Rob Nielsen |
| Subject: | Press Release - JP Landfill Odor Study |
| Attachments: | Louisiana Regional Landfill Company. Odor Study Summary (Jefferson Parish Landfill) (00083632).pdf; Louisiana Regional Landfill Company. 11-1-18 Press Release (SCS Engineers Odor Study) (00083631).pdf |
| BCC : | john.perkey@wasteconnections.com |

Chad –

Attached are the following docs:

(1) Press Release
(2) Odor Study Summary (this is **our** summary of the odor study SCS performed – to be clear)

I will follow up with the full odor study tomorrow.  We will release this to you at the same time we release it to the LDEQ after our meeting concludes with JP.

We are meeting with Jefferson Parish tomorrow at 8:30 am, and I will let you know when you can release this as soon as our meeting is over.  It could be as early as 10:00 am, but it will be no later than noon.

Let me know if you have any questions.  I'll be in budgets reviews all day tomorrow, however will have my cell handy if you need to call to discuss anything.

Happy Halloween, cheers.

Rob

## Rob Nielsen | Region Vice President

Waste Connections, Inc.
Southern Region
3 Waterway Square Place, Ste. 550
The Woodlands, TX 77380

Office: 281.873.3912 |Mobile: 832.904.7439 | Fax: 281.873.3299
E-Mail:  RobN@wasteconnections.com



Confidential                                                                                                                                                                                         WC_JPLF_00274330

## Summary of SCS Engineers Report

### Introduction

SCS Engineers has issued a report on behalf of Louisiana Regional Landfill Company (LRLC), a subsidiary of Waste Connections, Inc., assessing sources of odors affecting Jefferson Parish. SCS is a national engineering company that is a recognized expert in landfill gas systems, landfill operations, and odor assessment studies. SCS inspected the Jefferson Parish Landfill and surrounding areas to gauge potential odor sources and odor concentrations at the landfill and in nearby communities.  SCS also evaluated the potential of the landfill's gas collection and leachate systems to emit odors.  SCS's report concludes that the Jefferson Parish Landfill is not a significant source of nuisance odors experienced in Jefferson Parish.

This initial survey involved sensory odor observations as well as spot sampling for hydrogen sulfide (H2S) concentrations in all significant operational areas of the landfill. SCS also surveyed off-site locations including: nearby industrial facilities and activities; River Birch Landfill and the Highway 90 Construction and Demolition (C&D) Landfill; natural sources of odor like bogs, lakes, and farmland; and neighborhoods that have called in frequent complaints, including Elmwood, Harahan, and River Ridge.

SCS reviewed extensive information about the landfill operations, odor complaints, weather conditions, and the results of other surveys. This information included: waste disposal records at the Jefferson Parish Landfill; permit information; correspondence and compliance orders from the Louisiana Department of Environmental Quality (LDEQ); LDEQ's Mobil Air Monitoring Lab (MAML) surveillance and monitoring report (April 2018); odor complaint data; weather data from the landfill and the New Orleans International Airport; and the landfill gas system assessment report prepared for Jefferson Parish by Carlson Environmental Consultants, which focused on the landfill's gas collection efficiency.

### Conclusions

SCS concluded that the Jefferson Parish Landfill is not a significant source of odors in the area.

- Based on a comparison of recorded wind data and past odor complaints, numerous sources in the region contribute to odor detections by the public.  Of 157 verifiable odor complaints between late July/early September, very few correlated to a wind direction (measured just before and after the start of the odor event) consistent with the Jefferson Parish Landfill being the possible source. **The data indicate that over 80% of the odor observations were most likely from sources other than the Jefferson Parish Landfill**, including potentially the River Birch and Highway 90 C&D landfills, the Cornerstone, Evonik, and Kemira facilities complex, ADM grain operations, numerous dredging and barge cleaning operations, several waste water treatment facilities and the inactive Kelvin Sanitary Landfill.

- **Observed odors and measured concentrations of hydrogen sulfide at the Jefferson Parish Landfill are minimal and not detectable at off-site locations.** Based on observations and H2S measurements, any generated odors at the Jefferson Parish Landfill would not be detectable at offsite locations. Results of the survey indicate that the gas

WC_JPLF_00274331

plant on the River Birch Landfill appears to be producing significant emissions of H2S, and the Highway 90 C&D Landfill is a confirmed generator of off-site H2S emissions.

- **LDEQ's MAML data corroborates the finding that the Jefferson Parish Landfill was not the source of odors detected during the April MAML survey.** The MAML report provides useful and accurate information, and recorded relatively high concentrations of H2S during April 28 – 29. These elevated H2S levels could not be attributed to the Jefferson Parish Landfill because the MAML sampling did not detect two marker gases linked to emissions from municipal waste – the absence of these two marker gases suggests that the Jefferson Parish Landfill could not be the source of these elevated H2S levels. However, these two marker gases are not known to be present in gases emanating from C&D landfills, and therefore their absence in this study does not rule out the C&D Landfill as a potential source of the elevated H2S levels.

- **Potential Jefferson Parish Landfill on-site emissions of H2S are too low to be the source of downwind H2S levels measured by LDEQ during the April MAML survey** – a much more substantial source is responsible. In order to be responsible for the MAML H2S levels of 120 ppb, the landfill would need to generate on-site H2S concentrations of at least 180,000 ppb over a large area. Sampling at the landfill by SCS and CEC did not detect H2S at any concentrations near those levels. Based on the modeling performed, another substantial source of H2S likely exists in the region. The C&D Landfill has the potential to generate these types of surface concentrations.

- Challenges that have been identified with respect to the management of leachate and landfill gas at the Jefferson Parish Landfill may reduce the collection efficiency of landfill gas, but do not contribute to off-site odors.

### SCS Observations During Site Survey

SCS observed the following in the course of its survey:

*Landfill Conditions and On-Site Odors*

SCS conducted an initial survey of the Jefferson Parish Landfill, followed by a methodical assessment of on-site odor sources and operations that encompassed all border and access road locations and the collection of H2S readings at 25 locations throughout the landfill facility.

Aggressive methods were being used to minimize exposure of newly deposited solid waste, limiting odor potential. An active odor control system was also operational. Slight trashy and sweet odors were observed near the working face (as expected), but not a sulfur or rotten egg-like smell that can be associated with landfill gas. These working face odors were minimal and were not detectable at downwind locations near the facility border. Minimal gaseous or sulfurous odors were also briefly observed at the landfill's western border adjacent to a leachate pond located on the adjacent River Birch Landfill to the west.

WC_JPLF_00274332

Concentrations of H2S were detected at four locations on the landfill, from 3 parts per billion (ppb) to 11 ppb. Slight odors having a wet soil or sewage character were detected in three locations, with no H2S detected. The most significant detections were near the gas separation plant on the River Birch Landfill, and the wind was from the direction of the gas plant. No odors from the Jefferson Parish Landfill were detected off-site.

*Off-Site Landfill Odor and H2S Survey*

SCS also conducted a regional survey of potential odor sources in the vicinity of the Jefferson Parish Landfill. Significant odors were detected just west of the entrance to the Highway 90 C&D Landfill. Significant sulfur (rotten egg) odors were experienced and H2S readings of 58 and 72 ppb were recorded at these locations. Light winds were from the direction of the Highway 90 C&D Landfill at the time of measurement. Almost an hour later, odors were still present at this location, albeit at lower levels with higher winds.

Other sources of odor were observed along the observation route through the region. H2S readings from 0 to 2 ppb were measured, with a variety of odor types being sensed. There are a wide variety of sources of industrial odors in the region that can be detected during generally prevalent weather conditions, including under extremely light and stable air flow when odors are more common. Odor observations were made downwind of 14 potential sources during the SCS survey. These 14 sources are not the only additional sources in the region in addition to the landfills, but are just a sampling of potential sources.

*Landfill Gas System*

The Landfill is subject to federal and state air regulations that require a landfill gas collection and control system (GCCS). Gas is collected through 220 vertical wells and a number of horizontal collectors, and then is piped to two central collection stations. The collected gas is sold for energy use, using a plant located in the northeast part of the River Birch Landfill property. The site appears to be in substantial compliance with the regulations, and the GCCS meets the regulatory design criteria.

During its on-site odor survey, SCS observed on-site and off-site odors and their likely sources. Only slight odors of landfill gas were detected on-site. Although odor potential can vary day to day depending upon weather conditions, it is unlikely that odors from Jefferson Parish Landfill could ever rise to a level of odor nuisance off-site under the current conditions of the GCCS operation.

*Leachate System*

Leachate is collected from all phases of the Jefferson Parish Landfill. During SCS's site visit, the site's leachate pond was not in use, instead leachate is piped directly to the sewer and then to the POTW, through a completely contained system. In this type of contained system, there is little opportunity for release of leachate odors from the collection system into the air. Issues with liquid collection in the landfill gas wells have impaired optimum gas collection for the energy

WC_JPLF_00274333

plant and potentially diminished revenue for the developer, but leachate is not believed to be contributing to any detectable odor on or off site.

4

WC_JPLF_00274334

## Odor Study Shows That Recent Allegations Against
## The Jefferson Parish Landfill Are Misplaced

Louisiana Regional Landfill Company (LRLC), a subsidiary of Waste Connections, Inc., today released a report prepared by SCS Engineers on sources of odors affecting Jefferson Parish.  SCS is a national engineering company that is a recognized expert in landfill gas systems, landfill operations, and odor assessment studies.  "After closely examining data from LDEQ and others and taking its own measurements at the Jefferson Parish Landfill and surrounding areas, SCS has concluded that the Jefferson Parish Landfill has not been a significant contributor to the odors that some Jefferson Parish communities have reported," said Rob Nielsen, Regional Vice President of Waste Connections.

SCS investigated odors and air quality at the Jefferson Parish Landfill and in the surrounding area, including areas of frequent odor complaints in the neighborhoods of Elmwood, Harahan and River Ridge.  SCS measured specific gases, and analyzed wind and weather data to assess possible sources of odors in the area.  The analysis included air monitoring data reported by the Louisiana Department of Environmental Quality (LDEQ).  Their work also included an evaluation of on-site operations at the landfill.

SCS concluded that Jefferson Parish Landfill could not be the cause of the vast majority of odor complaints in the area. Odor-causing gases at the landfill were not strong enough to explain the levels detected by LDEQ in neighborhoods where complaints have been prevalent.  The report explains, based on recorded weather data, that more than 80% of odor observations in the July – September 2018 timeframe were likely from sources other than the Jefferson Parish Landfill.  Sampling did not detect the gases that are typical of municipal solid waste landfills like the Jefferson Parish Landfill.

There are two large landfill operations directly adjacent to the Jefferson Parish Landfill: the River Birch Landfill to the west, and the Route 90 Construction & Demolition (C&D) debris landfill to the east.  Based on odor evidence and hydrogen sulfide (H2S) measurements collected in September, SCS determined that the gas plant on the River Birch Landfill appears to be producing significant emissions of H2S, a known odor-causing compound.  In addition, the highest H2S readings during the SCS survey were collected directly downwind from the Highway 90 C&D Landfill.  SCS also assessed the management of leachate and landfill gas at the Jefferson Parish Landfill, and concluded that while the landfill faces some challenges in maximizing the collection efficiency of landfill gas, these systems are not contributing to off-site nuisance odors.

"SCS's conclusions answer many of the questions posed by community residents and Jefferson Parish officials about sources of odors in the area and the role of Jefferson Parish Landfill.  This is an important step in focusing on science and evidence instead of allegations and finger-pointing to identify the true sources of these odors so that the problem will be solved.  The work will continue and LRLC looks forward to fully cooperating with Jefferson Parish, LDEQ and others as the effort proceeds," explained Nielsen.

WC_JPLF_00274335