1  ****************************************************

2      The transcript of a video purported to be from

3  the Jefferson Parish Council meeting held on

4  December 5, 2015, the request for transcription

5  thereof having been made to goDEPO Court Reporting

6  and Litigation Support on the 31st day of October

7  2023, by Kelley Videtich, Paralegal at Forrest,

8  Cressy & James, Attorneys at Law, 1222 Annunciation

9  Street, New Orleans, Louisiana 70130, and of which

10  said transcription was performed by and/or under the

11  supervision of Phillip A. Kaufman, Certified Court

12  Reporter, in and for the State of Louisiana.

13

14

15

16

17

18

19

20

21

22

23

24

25

1  MADAM CHAIRMAN:

2      Next, I think we have some folks here from the

3      Department of Envir -- Environmental Quality,

4      Secretary, uhm, Brown?  Good morning.

5  SECRETARY BROWN:

6      Good morning, Madam Chairman, Council Members.

7      I am Dr. Chuck Carr (sic) Brown. I am the

8      Secretary of the Louisiana Department of

9      Environmental Quality.  I'm here to update you

10     and put a few things on record regarding the

11     issues we're having, uh, with the odor issues

12     here in, uh, in your parish.

13     First thing I want to say is we started to

14     address the problems as an agency in April of

15     2018.  We've dispatched our mobile air

16     monitoring lab four times to the area.  Results

17     from our mobile air monitoring lab sampling have

18     not shown any compounds in concentrations

19     exceeding any ambient air standards.  Our

20     results from the first three MAMO (sic) missions

21     were shared with our partner agency, Louisiana

22     Department of Health.  The data does indicate

23     the presence of low concentrations of some

24     common landfill gases that produce odors.  In

25     particular, hydrogen sulfide, which is H2S.

1    LDEQ has identified Jefferson Parish Landfill as

2    a main source of these gases, but not

3    necessarily the only source of odors in the

4    area.  LDEQ personnel conducted thirty-three

5    inspections at fourteen facilities and conducted

6    sample -- and conducted sampling to determine

7    the root of the problem, which is definitely, we

8    think, the landfill.  The major source of odors.

9    A propon -- a propon -- A preponderance of

10   evidence points to that facility as a major

11   source.  We've issued three enforcement actions

12   to the parish.  They're following our normal

13   administrative process.

14   I want to also address the issues of midstream

15   loaders.  We've met with the ADM who owns the

16   midstream loaders, Gemini and ARDCO.  As

17   possible emissions of grain dust.  We've met

18   with them.  We've talked about best management

19   practices to sort of minimize any impact to the

20   communities, which could be misting or water

21   cannons.  We've also collected some dust that we

22   did find and we're analyzing it to see exactly

23   what it is.  So, I wanted to make sure that we

24   also got on -- went on record telling you that

25   we are addressing those midstream loader

1    problems.

2    So, currently where we are with the landfill is

3    we know that they're undertaking a endeavor to

4    install larger headers to – to remove the liquid

5    that's in their facilities.  It's my

6    understanding that those headers should be

7    connected in very short order.  Maybe even as

8    early as this weekend.  But we are monitoring

9    the situation, and we feel that once that's in

10   place, they start to move and remove the liquid

11   from the cells, both active and closed, and then

12   process that at your wastewater treatment plant,

13   we should start to see some significant

14   improvements in air quality.  Now, I do have

15   several staff members here that can answer any

16   detail questions you might have.  But I wanted

17   to make sure that you got this for your record

18   that we think that we are -- As I told you the

19   last time that it would take awhile -- I think

20   we're at that point now where we should start to

21   see some -- some improvements.

22   So, having said that I'll definitely take any

23   questions from you.

24 COUNCILMAN SPEARS:

25   I think – I have a question.  You say landfill.

1      I just want to make sure you specify which

2      landfill.  Since we have –

3  SECRETARY BROWN:

4      Jefferson Parish landfill.

5  COUNCILMAN SPEARS:

6      Okay.  And a follow up to that – We were told

7      that maybe it's other landfills in the area.

8      Did you look at those areas and can you specify

9      specifically what makes you come to the

10     conclusion that it's Jefferson Parish Landfill?

11 SECRETARY BROWN:

12     Well, without getting too detailed, we've

13     actually done extrapolations, we've actually

14     followed wind directions, and we've actually

15     collected samples that showed higher

16     concentrations of H2S and uh -- uhm -- H2S and

17     other -- other landfill components.  We followed

18     it right back to the facility that's run by

19     Jefferson Parish.  Now, that doesn't mean that

20     we're not inspecting other facilities in the

21     area, which we have, and we've issued orders to

22     them.  But, we don't have cover, or you might

23     have some odor issues, we addressing those on

24     our normal protocols.  But right now, there's no

25     doubt in my mind that -- that right now the

1       major source is the Jefferson Parish Landfill.
2  MALE BOARD MEMBER TWO:
3       How many times are y'all going out?  Are y'all
4       going up there two or three times a week to
5       monitor the landfill?  Is it everyday?  Exactly
6       what -- How many times a week are y'all going
7       out there?
8  SECRETARY BROWN:
9       Starting October one, we were there seven days a
10      week.  Since then, we're there five days a week.
11      So, we inspect that facility at least five times
12      a week.  We're there constantly.  We can give
13      you man hours, or we can give you the amount of
14      time that we've spent there.  But we are there
15      daily.
16 MADAM CHAIR:
17      Councilman Roberts.
18 CHRIS ROBERTS:
19      You said that you all have collected particles
20      that I'm assuming that you've seen the videos
21      from residents of particles that are in the air,
22      particularly at night time.  Which would appear
23      to be occurring when there's loading and
24      unloading of ships at that site.  It was also my
25      understanding that -- at least from what I was

1    told from residents, that you all advised them
2    that you could not test the particles that they
3    collected.  That you all needed to collect them
4    on your own so that there were not contaminated.
5    So, my question is that did you all collect
6    those particles?  Did DO -- Did the -- DEQ do
7    that and, uhm, what is the status?  I know you
8    referenced them, but what -- What is the status
9    on getting information back as it relates to,
10   uh, what that is?
11   SECRETARY BROWN:
12   All right.  Two things and then I'll let Mike
13   Algero, who's my surveillance administrator,
14   address some of those concerns.
15   One is we, uh, we have gone out at night, twice
16   in November, to actually see what was going on
17   with the midstream loaders.  We have collected
18   at least one sample from a residence mailbox.
19   That -- That's where we are doing an analysis of
20   that material.  We -- We strongly believe that
21   it's grain dust, but we are -- We're confirming
22   that.  So, when it comes to collecting samples,
23   there's a chain of custody and we have to make
24   sure that you -- That you do maintain that
25   chain.  That's why we had suggested that we

1   would do our own sampling.  But I do have Mike

2   Algero and he met with the midstream loaders.

3   And just for the record, they have gone on

4   record saying that it wasn't them.  But that's

5   not -- That's not our concern whether or not

6   what they say.

7 CHRIS ROBERTS:

8   Well, let me ask you this, if it is grain dust –

9   And I don't – I ask this out of concern for the

10   residents that are there, and I don't know the

11   answer to this because I'm certainly not a

12   biologist, scientist, or whatever else could –

13   could tell us this.  But if someone is

14   consistently inhaling grain dust, okay, is there

15   a health eff -- impact to a resident or a human

16   being by that being the case?  And the question

17   is that what are the coast guards guidelines as

18   it relates to how much of this product is

19   allowed to go offsite when they are loading and

20   unloading?  Is there a standard?  Or is there

21   something that you all regulate as it relates to

22   products being loaded and unloaded?  And if this

23   is causing respiratory issues for residents or

24   whatever else it may be, then how do we stop

25   that or what's the plan to address it?

1 SECRETARY BROWN:

2      Okay.  So, that was -- that was a lot of

3      questions.

4 CHRIS ROBERTS:

5      Several questions, right?  If you need me to --

6 SECRETARY BROWN:

7      No, I'm good.  So, and again, I'm going to turn

8      this over to Mike in just a second.  What we're

9      doing is we do issue permits.  And we do have

10     conditions in those permits.  Especially when we

11     deal with grain elevators because they are

12     stationary sources.  We can use back-houses.  We

13     do control, what we call particulate matter the

14     -- uh -- from escaping.  At some point we can

15     use mist, or we can put tarps.  But when you got

16     midstream it's a little bit more difficult.  But

17     one of the things we're working on, we call them

18     BMPs -- Best Management Practices -- to minimize

19     impact, or any offsite impact.  So, there is no

20     minimum number that we would want to allow to be

21     finding its way in the neighborhoods.

22 CHRIS ROBERTS:

23     When you say -- (microphone off) Now and it's

24     not -- There.

25 UNIDENTIFIED MALE BOARD MEMBER:

1      Here, use this one.

2  CHRIS ROBERTS:

3      Thanks.  When you say midstream, do you all have

4      regulatory authority when you're talking about

5      in the middle of the water or is that fall

6      solely on the coast guard?

7  MR. ALGERO:

8      Okay.  For the midstream loading operations,

9      they're permitted by the department.  There are

10     three buoys in the river and ships moor up to

11     these buoys.  The midstream loaders transport

12     commodities -- grain, it could be fertilizer or

13     other materials, from barges into the hold of

14     the ship.  The department issues permits, which

15     list what they can handle.  And there are permit

16     limits for different pollutants that they can

17     emit.  For the midstream loading operations, as

18     Dr. Brown said, it's difficult to get physical

19     controls such as bag-houses, and screens and

20     tarps in place.  So they have -- most of the

21     controls are workplace practices.  So they have

22     clamshell buckets, which remove the grain, or

23     the ore, or the fertilizer from these barges.

24     They transport it over into the hold of the

25     ship.  So, the workplace practice is you make

1     sure when you're transporting the grain you're

2     not over filling the bucket.  You're dropping

3     the grain -- You're only opening that bucket

4     when the -- clamshell is below the hold of the

5     ship.  When we got complaints early on about

6     dust, and we confirmed that they had issues

7     because what they were doing was opening the

8     clamshell bucket well above the hold of the

9     ship, so you get more dust being emitted.  They

10    do have specific conditions in their permit,

11    which they have to follow.  We met with ADM

12    representatives who -- they're subsidiaries of

13    Gemini and ARDCO.  We went over their permits,

14    reviewed the conditions with them.  They've

15    committed to having a sentinel watch their

16    operations, and they have staff that are going

17    through the community to make sure their

18    operators are following those workplace

19    practices.

20 CHRIS ROBERTS:

21    Okay.  Well did -- Would -- When you all issue a

22    permit, okay?  And the permit is issued for

23    these activities to occur.  Then I guess the

24    question becomes, "Yeah, I can go and hire my

25    own inspector."  Okay.  to say whether or not

1   I'm complying with whatever the permits are.

2   But do I trust that the inspector whose being

3   paid for by the company whose loading and

4   unloading is going to be --

5 MR. ALGERO:

6   That's not --

7 CHRIS ROBERTS:

8   -- accurate --

9 MR. ALGERO:

10   -- That's not what I was inferring.

11 CHRIS ROBERTS:

12   Okay.  When you -- When you said that they've

13   got people that monitor --

14 MR. ALGERO:

15   We've asked them to make sure that they're

16   following their -- their -- their oper -- their

17   loading --

18 CHRIS ROBERTS:

19   -- But we trust that they're going to monitor on

20   their own?

21 MR. ALGERO:

22   We respond to these complaints.  And we have

23   written them up before.  A notice of deficiency.

24   We're now doing night surveillance.  The problem

25   is we think that they should do a better job of

1       monitoring their activities twenty-four-seven.

2       We don't --

3  CHRIS ROBERTS:

4       Have we fined them yet?

5  MR. ALGERO:

6       No --

7  CHRIS ROBERTS:

8       Or has the state fined them yet?

9  MR. ALGERO:

10      -- There's been a notice of deficiency which was

11      cleared a couple of months ago with the first

12      complaint.  This last complaint -- We've been

13      out several times and have been unable to locate

14      dust in some of the communities where people

15      have been complaining.  We have to take these

16      samples off of fixed pieces of property.  A

17      mailbox, a windowsill, we can't take it off of

18      mobile sources.  We have to have a proper chain

19      of custody send it off to be analyzed.  So, what

20      we've done in this last complaint, we were able

21      to find some dust on a mailbox.  We sent it off

22      to a lab for full particulate analysis, and

23      we're waiting for those results.  When those

24      results come in, we're going to compare them to

25      any commodities that they were loading at the

1          time of -- of the complaint to see if it was

2          material that could have come from their loading

3          operation.

4     CHRIS ROBERTS:

5          Okay.  Let me ask you this if you don't mind.

6          When did you guys go and collect this sample?

7     MR. ALGERO:

8          I don't have the dates.  Everything we do is in

9          our electronic document management system.  I

10         could certainly look at the date of the

11         complaint, the investigation, when the sample

12         was taken, where -- I think the sample should be

13         back in the next week or so.

14    CHRIS ROBERTS:

15         So, do -- does -- Are you familiar with how long

16         the testing process occurs?

17    MR. ALGERO:

18         It's two weeks to get the sample results back

19         from receipt.  We have all of that -- All of

20         that sent certified mail.  We'll have all of

21         that -- the information in our EDMS system.

22    CHRIS ROBERTS:

23         How much tonnage is allowed with a permit and

24         without a permit?  Do you know?

25    MR. ALGERO:

1          Well, you have to have a permit if you're going

2          to have air emissions.  Now for these midstream

3          loaders, I don't have the permits in front of

4          me.  They're all going to be different.  But all

5          -- once again -- all of these permits are in

6          EDMS.

7  CHRIS ROBERTS:

8          Okay.  And if I heard you correctly, you know I

9          -- I heard you say grain, but also fertilizer.

10         Right?

11 MR. ALGERO:

12         Or fertilizers, it depends on the permit for the

13         different barges.  What they can handle.

14 CHRIS ROBERTS:

15         Okay.  So, do we know as a state, and as DEQ, or

16         Department of Health and Hospitals, what the

17         risk of airborne fertilizer is to someone who

18         inhales that?

19 MR. ALGERO:

20         And I'd have to defer to --

21 SECRETARY BROWN:

22         Yeah.

23 MR. ALGERO:

24         -- Department of Health, but the permits are

25         meant to be protective.  If they have a

```
 1        commodity that they're transporting, the permits
 2        and the limits in there, are meant to be
 3        protective of public health.  So these --
 4   CHRIS ROBERTS:
 5        Right.  I think that we've already established
 6        that the company is not doing what the company
 7        was supposed to do.
 8   MR. ALGERO:
 9        Well --
10   CHRIS ROBERTS:
11        Because if that was the case then the stuff
12        wouldn't be flying around to begin with.
13   MR. ALGERO:
14        And once again, the company has denied that
15        those videos -- that that was actually grain
16        dust.
17   CHRIS ROBERTS:
18        Okay.  Well I can tell you that there has been a
19        gentleman who -- upon himself -- has put a drone
20        up.  And, uhm, actually has footage of some of
21        this material making its way into the atmosphere
22        as these barges are unloading.  Has the state
23        done that yet?
24   MR. ALGERO:
25        No, we have not.  But we have -- we do have a
```

1        drone and we're about to.  But the -- the only

2        issue is they are permitted to have some

3        particulate emissions.  The question is -- Is it

4        reaching the bank, or is it reaching these

5        communities.  These permits allow some

6        particulate to be emitted.  They have to be

7        following their workplace practices and loading

8        properly.

9 CHRIS ROBERTS:

10        Okay.  And I don't want to sound like a fool,

11        but I'm going to ask this question.  You're

12        allowed to apparently have a certain amount

13        emitted into the atmosphere.

14 MR. ALGERO:

15        Correct.

16 CHRIS ROBERTS:

17        How do you gauge how much is going in the

18        atmosphere?

19 MR. ALGERO:

20        And it depends on the calculations they use for

21        that permit.  I don't know, Dr. Brown, you want

22        to --

23 CHRIS ROBERTS:

24        Right.  But what I am saying is that -- You all

25        -- There's a certain acceptable amount that you

1    all would determine to be acceptable under the

2    permit calculations --

3  SECRETARY BROWN:

4    Whatever permits we issue are protective of

5    human health and the environment.  There is --

6    There's not a zero emissions limit in the

7    permit.  But whatever is in the permit, it's

8    protective of human health and the environment.

9    What we are working on are Best Management

10   Practices to minimize any dust that may find its

11   way to the communities.  We're working

12   constantly.  You mentioned an unmanned aircraft,

13   we found a launch point that we're going to put

14   ours up to make sure -- that's why we inspect it

15   at night.  So, we are responding.  We're not

16   sitting idly by.  At some point, if they don't

17   fix their issues, then we'll look to move those

18   mooring points somewhere else.

19  CHRIS ROBERTS:

20   Mm-hmm.  Okay.  And I guess -- All right.  We --

21   We've established that there's a problem.  What

22   I'm trying to get for the residents concerns are

23   -- is -- what kind of time line are we looking

24   at?  Okay.  If -- If you -- you're saying -- and

25   I appreciate that you all are going to do

```
 1        surveillance and do all --
 2  SECRETARY BROWN:
 3        We're doing surveillance --
 4  CHRIS ROBERTS:
 5        -- If you all make a determination that -- Okay
 6        this is in violation and -- And there's more
 7        going out than should be based upon what the
 8        permit allows, how quickly then do they
 9        demobilize from where they are now and move to a
10        different site?
11  SECRETARY BROWN:
12        Well, what I will say is --
13  CHRIS ROBERTS:
14        And does that take a court action or --
15  SECRETARY BROWN:
16        -- We -- We're --
17  CHRIS ROBERTS:
18        -- Is it something --
19  SECRETARY BROWN:
20        -- We're going to follow our administrative
21        process.  If we find -- We send them a notice of
22        violation -- if they continue to violate, we
23        send them a compliance order, notice of
24        potential penalty.  They have the right to
25        appeal that, but ultimately, we get to -- we get
```

```
1        to some point where a penalty will be -- will be
2        issued.  If they can't correct their problem,
3        then we go into a -- some kind of resolution.
4        Because it's not easy to just pick up and moor
5        somewhere else --
6   CHRIS ROBERTS:
7        I --
8   SECRETARY BROWN:
9        -- Or down the river.
10  CHRIS ROBERTS:
11       -- That -- That's what I understand and that's
12       why I want to make sure the expectations to the
13       public are -- are reasonable.  And that's why I
14       think the more information we give them as to
15       what the steps are and the process to do that,
16       the better off we're going to be.  Because --
17  SECRETARY BROWN:
18       Absolutely.
19  CHRIS ROBERTS:
20       -- But I also believe to that this problem has
21       been going on now for -- I guess the last time
22       we had you all here was maybe two months ago,
23       about?  And -- you know -- we're taking these
24       steps now, and -- What would you say, in your
25       estimation if you're willing to, with the end --
```

1     it -- let's -- Let's assume the company

2     continues to operate like they're doing and

3     these particulates continue to show up in

4     residential areas, then what is the time frame

5     between now and when there would be fines

6     issued, or them be required to relocate?

7 SECRETARY BROWN:

8     All right.  So, where we are right now, I can't

9     give you a time frame.  Where we are right now

10    is we are working with the company to identify

11    Best Management Practices that will reduce any

12    particulate matter that makes it to the

13    communities.  Whether it be a mist screen, or

14    whether it be water cannons, or whether it be

15    wind directions -- they have all of these

16    requirements in their permits.  That they don't

17    do certain things when the wind is blowing a

18    certain way.  But if we get complaints, we're

19    going to respond to the complainants.  If we

20    find dust that we can collect, we'll collect it

21    to make sure that whatever is being emitted is

22    not a toxic substance.  So, we're going to

23    continue to do our job here.  I can't give you a

24    time line when we're going to have a midstream

25    loader remove their moor up and down the river.

```
 1        But we're going to do what we can to make sure
 2        that any impact to the community is minimized.
 3   CHRIS ROBERTS:
 4        Yeah.  One last -- One last question.  Let me
 5        ask -- And I don't want to cut you off, sir, I'm
 6        going to give you your time, too.  You said you
 7        respond to complaints.  Okay.  And I appreciate
 8        that.  What is done on a regular basis to ensure
 9        that all of these companies that have these
10        permits are complying with the language of the
11        permits?  Meaning are we reactionary or are we
12        proactive in trying to address the issues of
13        problems that may exist?
14   MR. ALGERO:
15        Well let me go back to the grain load -- to the
16        midstream loaders for just a minute.  When we
17        went out earlier without a complaint, we looked
18        at their operations in the river.  And that
19        resulted in a notice of deficiency.  We have yet
20        to document dust in a neighborhood and confirm
21        that it came from the grain -- from the
22        midstream loading operations.
23   CHRIS ROBERTS:
24        It's something flying around.
25   MR. ALGERO:
```

1       We've -- We've gone out -- Right.  We've gone

2       out several times.  We finally were able to find

3       dust on mailbox in sufficient quantity to send

4       off to get analyzed.  We're waiting for that

5       analysis.  We need to document and prove that it

6       is a commodity that is being handled.  It could

7       be from some other source.  It could be from

8       natural sources.  We're not sure.  We have to

9       document that.

10  CHRIS ROBERTS:

11      Understood.

12  MR. ALGERO:

13      We haven't gotten those results back.  So, we

14      can't make any determinations until we get those

15      results back.  As far as sampling, we do have a

16      sampling frequency.  For air, water, and waste

17      permitted facilities, that we do on an annual

18      basis, but a lot of these smaller facilities are

19      done on a complaint basis.  That's when they're

20      assigned to get inspected.

21  CHRIS ROBERTS:

22      Let me ask you another -- Is there any

23      particular reason why these companies tend to

24      load at night?

25  MR. ALGERO:

1       No, they load twenty-four hours a day.  That's

2       some of the conversations we've had.  We were

3       concerned that they might have been more laxed

4       in their loading procedures at night.  They are

5       telling us that that's not the case.  And in

6       fact they're concerned because they are actually

7       getting less productivity at night.  And if

8       you'd expect that they're slinging grain, or

9       loading these barges quicker, you'd get more

10      productivity.  So they're telling us that that's

11      not the case.  And this sentinel I was talking

12      about is what they're saying to watch over their

13      own facility.  We certainly have jurisdiction,

14      going to respond to complaints, inspect the

15      facility, send our drone, do nighttime

16      surveillance, but they're going to be watching

17      their facility twenty-four seven.  Over and

18      above what we're asking.

19 CHRIS ROBERTS:

20      Would the coast guard have a manifest of --

21      Let's say we go back twenty-four months of how

22      much activity was occurring at that site in

23      comparison to what is occurring as -- at that

24      site now --

25 MR. ALGERO:

1    I'm not sure what to answer --

2  CHRIS ROBERTS:

3    -- Would we know?  Would they be required to --

4  MR. ALGERO:

5    -- I'm not sure what the coast guard has, but

6    these permits that you were asking about --

7    emiss -- emissions and things -- a lot of it is

8    throughput limits.  And we do have records, we

9    do have access to the commodities that they are

10   allowed to load and what they load.  So we have

11   access to what they've been loading throughout

12   the year.

13 CHRIS ROBERTS:

14   Because one of the excuses that I've heard if

15   that -- that -- the fear of tariffs are causing

16   them to move things in and out a lot quicker

17   than what they had before.  Okay.  So the point

18   I'm trying to get to is would there be a

19   baseline from twenty-four months ago, or twelve

20   months ago that would exist in comparison to the

21   activity that is occurring at the site today?

22 MR. ALGERO:

23   And what I would say is they do have records of

24   what they are loading, and I think for the most

25   part there are throughput limitations on all of

1          the commodities in the permit.  So there -- They
2          would have maximums that they could load out.
3    CHRIS ROBERTS:
4          Okay.
5    MR. ALGERO:
6          And if I could --
7    CHRIS ROBERTS:
8          And -- And how -- They would have maximums what
9          they could load out.  And I -- I get that.  I
10         guess the question becomes who is supervising
11         that maximum?  Let's -- Let me use an example.
12         A truck driver, okay?  An eighteen-wheeler truck
13         driver can drive a certain amount of hours, or
14         an airline pilot can fly a certain amount of
15         hours in a day.  Okay?  And it's regulated, and
16         its investigated, and its looked into and its --
17         there's enforcement proceedings and -- in order
18         to ensure compliance.  So, what is being done to
19         ensure that similar enforcement is holding those
20         individuals to whatever their permit limits them
21         to do?  And how do we know, or not know, whether
22         or not the amounts are exceeding that?
23   MR. ALGERO:
24         In a lot of these programs, the facilities are
25         required to -- to maintain those records.  A lot

1     of it comes from the facility itself.  So -- And

2     if I could follow up --

3  CHRIS ROBERTS:

4     Is it ever -- Is it ever -- Is it ever tested?

5     Meaning -- uhm -- Do we ever go audit or does

6     the DEQ ever go in and audit and say okay this

7     is what you stated was coming in and out of

8     here, but, you know, we want to see your

9     manifest, and we want to see whatever your

10    shipping documents are to ensure that -- that

11    it's not being exceeded?

12 MR. ALGERO:

13    I mean we're looking at their records for what

14    they're saying that they're loading in and out.

15 CHRIS ROBERTS:

16    Y'all are doing that now?

17 MR. ALGERO:

18    Yes.  That's a part of our inspection.  When you

19    have throughput requirements, you're looking at

20    how much you've loaded in and out during that

21    period.

22 CHRIS ROBERTS:

23    Right.  Do we do that regularly all up and down

24    the river, or do we just do it when there's a

25    problem?

1 MR. ALGERO:

2     It's going to be when we do compliance

3     inspections of these facilities, uhm, if --

4 CHRIS ROBERTS:

5     Listen, I'm trying to help you guys out because

6     if y'all are short on people now's the time to

7     say that you all need more -- more help.

8     Because --

9 MR. ALGERO:

10     Well, there's a large part of the universe that

11     we do not look at on an annual basis.  So for

12     major air facilities, Title V facilities, we

13     inspect fifty percent of those every year.  So,

14     if you are not a Title V facility, you're going

15     to be inspected upon complaint.  A lot of these

16     midstream loaders, a lot of these grain

17     elevators and things do not qualify as Title V

18     facilities based on the amount of emissions.

19     So, it's going to be upon complaint, or

20     surveillance, which is rather rare these days

21     because of all the other activities.  So, if I

22     could follow up on what Dr. Brown was talking

23     about with the landfill.  I just want to make

24     sure it's clear that the department took a

25     systematic approach to try to determine where

```
1    these odors were coming from in Jefferson
2    Parish.  Back in 2017, we looked locally when we
3    first started getting complaints.  And we looked
4    at the Harahan Wastewater Treatment Plant --
5    they were taking a material -- industrial
6    wastewater that did smell very bad.  A lot of
7    complaints were in that area.  They voluntarily
8    decided not to handle that wastewater.  The
9    complaints subsided, but over time we did see an
10   increase in complaints.  We were unable to
11   determine a local source.  We started tracking
12   the complaints, where they were coming from wind
13   direction.  It was at that point that we asked
14   for a mobile monitoring lab to come down -- it
15   has meteorologic capabilities, extensive
16   monitoring capabilities.  It was down for
17   several days, and there was no major odor
18   incident at that time.  So we continued looking
19   at facilities, we asked to bring it back down.
20   It came back down in April.  During that mammal
21   deployment there was a major odor incident.  Our
22   staff was there.  We picked up increased levels
23   of hydrogen sulfide and methane, typical
24   landfill gases, looked at the meteorological
25   data.  It pointed to landfills on the Westbank.
```

1      Our staff was there.  We took canisters
2      immediately down-wind of the Jefferson Parish
3      Landfill, came back with significant levels of
4      hydrogen sulfide.  So, at that point we did
5      compliance inspections.  We looked at -- for
6      cover inspections.  Landfills are required to
7      cover the waste at night.  We went in.  We did
8      cover inspections at both River Birch and
9      Jefferson Parish, found issues with cover --
10     with the cover at those facilities.  But we also
11     found leachate issues at the Jefferson Parish
12     Landfill, which resulted in our first compliance
13     order.  So, we also wanted to look at all of the
14     facilities that we had regulatory authority
15     over, which are the fourteen Dr. Brown
16     discussed.  We did in depth inspections at all
17     of those facilities.  Of the fourteen
18     facilities, thirteen of those facilities are
19     either in compliance or substantially in
20     compliance.  Meaning we found minor, relatively
21     minor violations.  One of them was significantly
22     out of compliance, and that's the Jefferson
23     Parish Landfill.  So even though the mammal is
24     looking at these three landfills, we inspected
25     all three.  The Jefferson Parish Landfill was

1     significantly out of compliance.  The result of

2     that in depth multi-media inspection resulted in

3     another compliance order and notice of potential

4     penalty with a laundry list of violations.  As

5     Dr. Brown said, we've been doing daily

6     assessments since October.  Starting in

7     November, we go five days a week.  The results

8     of that is yet another referral to our

9     enforcement division for a laundry list of

10    violations.  So, I cannot say that the

11    compliance condition at the Jefferson Parish

12    Landfill has changed significantly since several

13    months ago when we issued the first compliance

14    order.  So this has been referred to

15    enforcement, and I would expect additional

16    enforcement action.

17  CHRIS ROBERTS:

18    Okay.  One last question that I have to Mr.

19    Conley is that where are we as it relates to the

20    parishes inquiry investigation into having our

21    own monitoring system?

22  MR. CONLEY:

23    We have PPM here that's going to give a

24    presentation.

25  CHRIS ROBERTS:

```
 1        Okay.
 2   MR. CONLEY:
 3        But I agree with Secretary Carr that we're in a
 4        lot better shape today than we were months ago.
 5   CHRIS ROBERTS:
 6        Okay.  And gentlemen, both -- and that concludes
 7        my questions that I have.  I want to thank you
 8        for -- for being here and thank you for
 9        answering the questions.
10   SECRETARY BROWN:
11        Thank you, sir.  Any other questions?
12   CYNTHIA LEE-SHENG:
13        Just real quick to go back to the midstream
14        loading.  We believe its just two companies,
15        Gemini and ARDCO.  And I appreciate your time,
16        Mr. Algero, a couple of weeks with me.  You --
17   MR. ALGERO:
18        Sure.
19   CYNTHIA LEE-SHENG:
20        -- You explained a lot of things.  I appreciate
21        it --
22   MR. ALGERO:
23        There are actually four midstream loaders, but
24        Othoro (spelled phonetically) by a subsidiary of
25        ADM.  So, I don't know the name of the other
```

```
 1        three.  The Gemini is actually the name of the
 2        vessel and there are three other midstream
 3        loaders that operate at those three buoys.
 4   CYNTHIA LEE-SHENG:
 5        And how many different types of cargo or how
 6        many things are we looking at that they move?  I
 7        mean just so we're on the spectrum.  The fear in
 8        the community is that it's something -- even
 9        grain -- it might be grain for animal
10        consumption that's treated with something that's
11        not -- it's not for human consumption so in
12        addition to it being a nuisance, I think there's
13        just a fear of we just don't know what it is and
14        how safe it is.  So, I just want to know how
15        many commodities we're possibly looking at?
16   MR. ALGERO:
17        And there's a list.  All of this is in our EDMS
18        system.  I can certainly get the agency interest
19        numbers for you.  I don't want to speak out of
20        turn, but there's usually a fairly long list of
21        commodities that they can handle.  So, it may be
22        not just grain --
23   CYNTHIA LEE-SHENG:
24        Like a dozen?  Like --
25   MR. ALGERO:
```

```
 1        -- Corn or corn gluten, soy, soy meal.  There
 2        may -- and it may be ferti - pelletized
 3        fertilizer -- so I don't want to speak out of
 4        turn.  I don't have those lists, but they are
 5        publicly available.
 6   CYNTHIA LEE-SHENG:
 7        And -- And --
 8   SECRETARY BROWN:
 9        And -- And we -- we expect the analysis from the
10        samples we collected in the next day or two.
11        And by then we'll -- we'll have some more
12        information we can share with you.
13   CYNTHIA LEE-SHENG:
14        And someone told me and I just want to --
15        Someone told me -- and of course you don't know
16        what to believe when you just hear it third hand
17        -- Are you allowed to issue a violation for
18        material in the residence?  Somebody said you
19        really -- the permit doesn't allow you to issue
20        that violation.  You have to find the clamshell
21        bucket -- You have to kind of catch them in the
22        act of sort of opening the clamshell bucket
23        above the shiphold or up a larger distance than
24        two-feet above the -- the mound.  So, I mean how
25        -- legally how does your permit work and where
```

1      can you legally issue violations?

2  MR. ALGERO:

3      What I will tell you is if the sample result

4      comes back that they identify a commodity that

5      they will be handling -- they had been handling

6      prior to that complaint, we will go ahead and

7      issue move to refer that to our enforcement

8      division.  So, we've met with them already.

9      We've gone over the conditions in their permit.

10      We've told them that if we do find out that

11      their not compliant with any of those elements

12      then it will be referred to enforcement for

13      appropriate enforcement action.

14  SECRETARY BROWN:

15      And -- And we also, again, we're - we're going

16      to send our unmanned aircraft anonymously.  And

17      do our own surveillance from that standpoint

18      also.  So, our main concern was we didn't want

19      them taking shortcuts at night.  And we have

20      done two night inspections.  Did not find any

21      issues at that point.  But we're going to

22      continue to be proactive and not reactive.

23  CYNTHIA LEE-SHENG:

24      Thank you.  And Mr. Algero, if you could -- for

25      the public's and for the record -- I know you

```
 1        gave me -- and I tried to get it out as much as
 2        I could -- the number that if this happens again
 3        residents can call, and you -- and you commit
 4        that you had resources of people available to --
 5        go do those tests -- you know, grab those
 6        samples from the fixed sites.  Can you just --
 7   MR. ALGERO:
 8        Right --
 9   CYNTHIA LEE-SHENG:
10        -- reiterate that?
11   MR. ALGERO:
12        -- Our single -- single point of contact number
13        is 225-219-3640.
14   CYNTHIA LEE-SHENG:
15        Alright.
16   SECRETARY BROWN:
17        And let me say one thing to is when it comes to
18        complaints, we've addressed over thirteen-
19        hundred this year just from Jefferson Parish.
20        So, we do need more manpower, but we're managing
21        to make -- to make our -- our rounds.
22   CYNTHIA LEE-SHENG:
23        And can you -- Some questions from -- that I
24        received in the past few weeks.  What kind of
25        monitors are you using?  I know you have the
```

1 mammal, but there's some other monitors that you

2 send out.  And please describe the measurements.

3 I know some are parts per million and there's

4 some questions as to why we're not using parts

5 per billion monitors.  So if you could just --

6 and someone sent me a list of the different

7 types of monitors.  Can you just go over what --

8 what's out in the field?  What you're using and

9 why?

10 MR. ALGERO:

11 So -- So what we have at our disposal is in the

12 field for handheld monitors is we have a Jerome

13 Hydrogen Sulfide monitor which does get down to

14 parts per billion range measurements.  They also

15 use a multi-ray, which for hydrogen sulfide only

16 gets down to part per million range.  So, I

17 think that was a part of the question.  We only

18 have one of the Jerome meters.  They're very

19 expensive piece of equipment.  That is used.

20 As Dr. Brown said, we're doing daily

21 assessments at the landfill.  We're also doing

22 daily odor patrols on the Westbank.  Several

23 fixed locations.  All of the industrial

24 facilities on the Westbank.  So we're using that

25 Gerome, our inspector who does those daily odor

1      patrols and assessments at the landfill is using

2      our Gerome monitor which gets down to parts per

3      billion range.  We also use it in the community

4      when it's not being used by that inspector.  So,

5      sometimes you're going to see someone from

6      emergency response.  We've kind of changed our

7      policies.  We're trying to -- If we get a large

8      number of complaints, we're actually sending

9      someone out from emergency response to respond

10     to any odors.  They have a multi-ray which only

11     gets down to part per million range; however, if

12     there's a strong odor their going to take a

13     canister sample, which we analyze with a GC Mass

14     Spec which is top of the line.  So, if there is

15     something of significance that they smell,

16     they're going to take a canister.

17  COUNCILMAN TEMPLET:

18     I -- I -- I just have a question.

19  CYNTHIA LEE-SHENG:

20     Councilman Templet.

21  COUNCILMAN TEMPLET:

22     I just want clarification because, you know,

23     we've had many meetings to where constituents

24     ask us who is responsible for this midstream

25     transfiring?  Who monitors the river and -- and

1      takes care of these permits, and issues, and

2      inspecting?  And I'm being told today that DEQ

3      is responsible for monitoring that and giving

4      the permits for this?

5  MR. ALGERO:

6      So, we do not have authority over mobile

7      sources.   So, river traffic and those type

8      things in the river.  That ship that is moored

9      at that buoy we do not regulate.  What we

10     regulate is the activity of that midstream

11     loader taking grain out, or commodities out of

12     that barge and placing it in the ship.  That's

13     what we have control over.  That's what has a

14     permit.

15  COUNCILMAN TEMPLET:

16     Your permit --

17  MR. ALGERO:

18     That activity has a permit.

19  COUNCILMAN TEMPLET:

20     -- So, you get to -- you get to inspect the

21     quality of that transfer from vessel to vessel?

22  MR. ALGERO:

23     That they're following their workplace practices

24     in loading.  Yes.

25  COUNCILMAN TEMPLET:

```
 1        And I wanted to clarity to because I saw some
 2        pictures about a month ago or three-weeks ago of
 3        one of the vessels -- you know -- They're not
 4        covered and they were churn -- one of the
 5        minerals was coal.  Is coal one of those
 6        minerals that they're allowed to transfer?
 7   MR. ALGERO:
 8        It may very well be.  I'm not -- I'm not sure,
 9        but it may very well be.
10   COUNCILMAN TEMPLET:
11        I mean it's capable of having coal dust if
12        they're releasing it too high in the air?
13   MR. ALGERO:
14        If -- If they're not following their workplace
15        practices.  They should be dropping that --
16        opening that clamshell below the hold of the
17        ship.
18   COUNCILMAN TEMPLET:
19        And that's one of the main concerns too.
20   MR. ALGERO:
21        Certainly.  That's one we identified early on --
22        a few months ago.  They've -- and they
23        responded.  They met with their staff, they met
24        with their supervisors, they reinforced their
25        policies and procedures.  And we told them if we
```

1       find any issues again we're referring it to our
2       enforcement division.
3  COUNCILMAN TEMPLET:
4       Alright.
5  CYNTHIA LEE-SHENG:
6       Councilman Impastato.
7  COUNCILMAN IMPASTATO:
8       Yes.  Are we in agreement that air quality
9       issues, whether on the river or off the river,
10      residential community, commercial community,
11      whatever, are with -- are the jurisdiction of
12      the DEQ?
13 MR. ALGERO:
14      We have regulatory authority over a lot of these
15      industrial facilities, but there are certain
16      things we do not have regulatory authority on.
17      Mobile sources, rail, transportation,
18      Mississippi River traffic.  We do not have
19      regulatory authority over those.
20 COUNCILMAN IMPASTATO:
21      Okay.
22 MR. ALGERO:
23      And if we're looking at burning sugarcane,
24      that's Department of Agriculture.  Pesticides
25      Department of Agriculture.  We do not have

1      regulatory authority over those.

2 COUNCILMAN IMPASTATO:

3      So if -- to use your example, if someone's

4      burning sugarcane and that is causing an air

5      quality problem that is not --

6 MR. ALGERO:

7      We refer --

8 COUNCILMAN IMPASTATO:

9      -- That is not in your --

10 MR. ALGERO:

11      -- those complaints over to the Department of

12      Agriculture because they are exempt from our

13      regulations for the agricultural burning.

14 COUNCILMAN IMPASTATO:

15      Okay.  In terms of the potentially -- the

16      potential suspects for the odor problems we're

17      having, it sounds like DEQ though is -- is the

18      entity with jurisdiction over the air quality.

19 MR. ALGERO:

20      Over these sources -- We've looked at a number

21      of sources.  We have regulatory authority over -

22      - It's thirteen facilities that we have

23      regulatory authority on, they hold permits with

24      us, and we do inspect.  And we're focusing on

25      those.  And once again --

1  COUNCILMAN IMPASTATO:

2      Is that a yes?

3  MR. ALGERO:

4      -- Dr. Brown said -- Yeah.  Dr. Brown said the

5      Jefferson Parish Landfill is not the only source

6      of odors in this area.  There are a number of

7      sources of odor.  These industrial facilities

8      from time-to-time have upsets, releases, spills,

9      which give rise to odors and we address those.

10     We send people out, investigate, and address

11     those.

12 COUNCILMAN IMPASTATO:

13     The -- Has the Jefferson Parish Landfill been

14     identified as a source of the emission of

15     particulate matter?

16 MR. ALGERO:

17     Not that I'm aware of for particulate.

18 COUNCILMAN IMPASTATO:

19     So, we're in agreement that the observations of

20     dust, grain, or the emissions of actual tangible

21     particulate matter would not be coming from the

22     landfill.  Is that fair?

23 MR. ALGERO:

24     I don't think you'd have much.  There's some par

25     -- particulate emitted from their flare, but I

1    think that would be -- that would be it.  And
2    once again, having particulate may not be a
3    violation of anything.
4  COUNCILMAN IMPASTATO:
5    I -- What would be --
6  MR. ALGERO:
7    It depends if the particulate is associated with
8    emissions --
9  COUNCILMAN IMPASTATO:
10    -- Let me get to my next question
11  MR. ALGERO:
12    -- from a regulated facility.
13  COUNCILMAN IMPASTATO:
14    I got you.  I got you.  I want to make sure I'm
15    -- I'm understanding though.  One of the major
16    sources of complaints that we're fielding has to
17    do with the emissions of particulate -- and the
18    videos -- are showing particulate matter
19    arriving on residential properties and what not.
20    And so, are we in agreement that it does not
21    appear that there is any evidence that that is
22    coming from the Jefferson Parish Landfill --
23  MR. ALGERO:
24    It's from --
25  COUNCILMAN IMPASTATO:

```
 1       -- but instead from -- Yeah, but --
 2  MR. ALGERO:
 3       -- a different source.
 4  COUNCILMAN IMPASTATO:
 5       -- instead from some other sources.
 6  SECRETARY BROWN:
 7       Right and --
 8  COUNCILMAN IMPASTATO:
 9       -- Are we on the same page?
10  SECRETARY BROWN:
11       -- once we get the analysis back, we will
12       identify exactly what that is.  Whether it's
13       grain, or whether it's some other --
14  COUNCILMAN IMPASTATO:
15       I understand --
16  SECRETARY BROWN:
17       -- Yeah.
18  COUNCILMAN IMPASTATO:
19       -- But you've excluded the landfill as a source
20       of that problem.  Fair?
21  SECRETARY BROWN:
22       At this point I'm going to say yes.
23  COUNCILMAN IMPASTATO:
24       Okay.  So -- But I want to see if I understand
25       something.  Y'all seem to focus on the levels of
```

1    toxicity in determining whether or not these

2    particulate emissions from whatever, river,

3    operations, or what not.  Do I understand though

4    that there are permissible levels of particulate

5    matter that can be emitted into the air by these

6    op -- very operations?  And that goes on

7    somebody's house, that goes on their mailbox,

8    that goes on their car, that lands on their dog.

9    DEQ says well, that's okay.

10   SECRETARY BROWN:

11       That's not what we said --

12   COUNCILMAN IMPASTATO:

13       I -- I want to make sure I'm under -- I'm

14   SECRETARY BROWN:

15       -- That's not what we said.

16   COUNCILMAN IMPASTATO:

17       -- Alright.  Can you ---

18   SECRETARY BROWN:

19       If it gets offsite and it --

20   COUNCILMAN IMPASTATO:

21       -- help me there?

22   SECRETARY BROWN:

23       -- causes an impact to the community then that's

24   a violation.

25   COUNCILMAN IMPASTSTO:

1      Okay.
2  SECRETARY BROWN:
3      Especially if I can trace it back to them.
4  COUNCILMAN IMPASTATO:
5      Okay.  At any level?
6  SECRETARY BROWN:
7      At any level.
8  COUNCILMAN IMPASTATO:
9      Okay.  That's -- I wanted to make sure I
10     understood that.  So if --
11 SECRETARY BROWN:
12     That's very clear.
13 COUNCILMAN IMPASTATO:
14     -- in fact -- If in fact it's not -- the amount
15     that's emitted from let's say a barge -- does
16     not exceed what the permit allows, but yet that
17     emission still ends up on a residential
18     property, that would be a violation of the
19     permit.
20 SECRETARY BROWN:
21     That would be a violation.
22 COUNCILMAN IMPASTATO:
23     Okay.  Alright.
24 SECRETARY BROWN:
25     And if we trace it back to them they would be

 1      penalized.
 2  COUNCILMAN IMPASTATO:
 3      Gotcha.  Alright.  You also used the term
 4      downwind a few different times in identifying
 5      the odor.  Now, I'm trans -- I'm transitioning
 6      from the particulate matter to the non-
 7      particulate odor issue now.  First of all, in
 8      the River Ridge area, you have confirmed that
 9      that odor you believe is hydrogen sulfide.  Am I
10      -- Is that right?
11  MR. ALGERO:
12      We have picked up hydrogen sulfide at both
13      mobile and monitoring lab and in our canisters.
14      Our staff has worked landfills for a longtime.
15      It's described as landfill odors by our staff.
16      Canisters downwind of the landfill did pick up
17      hydrogen sulfide at Jefferson Parish Landfill.
18      We have an infrared camera.  We have video
19      evidence of landfill gas being -- pouring out of
20      leachate risers.  There's bubbling up -- gas
21      coming through pooled water at the site.  Those
22      type things we have documented.
23  COUNCILMAN IMPASTATO:
24      I -- And I read the report that y'all sent me,
25      so I see all that.  I just want to make sure --

1       You've confirmed -- I understand you detected
2       hydrogen sulfide as a compound.  That is in fact
3       the odor that's being --
4  MR. ALGERO:
5       Well -- It's one component of the odor.  These
6       landfills have a variety of chemicals that --
7       That's one we use that we know that could be
8       coming from the landfill.
9  COUNCILMAN IMPASTATO:
10      And having read your report you identified other
11      potential sources of that same odor.  My concern
12      is what are other potential sources of hydrogen
13      sulfide odor?
14  MR. ALGERO:
15      And those are listed in our reports, but what I
16      can tell you is this facility is the only one
17      that's significantly out of compliance.  That's
18      why there's so much focus on it.
19  COUNCILMAN IMPASTATO:
20      I'm not focusing on other -- I'm trying to
21      figure out -- I want to make sure if this is
22      coming from a sewer system, a sewer treatment
23      plant --
24  MR. ALGERO:
25      Oh, it can and --

```
 1  COUNCILMAN IMPASTATO:
 2      -- and all of those other places.  We got to fix
 3      that stuff too.
 4  MR. ALGERO:
 5      -- You do and --
 6  COUNCILMAN IMPASTATO:
 7      -- That's what -- That's -- When I say sources
 8      I'm not necessarily pointing to another landfill
 9      or trying to exculpate the parish in any way
10      shape or form.  I want to make sure that -- and
11      -- and -- and I have a follow up question that's
12      going to explain my -- my inquisition in this
13      regard -- or my inquiry in this regard.  Because
14      I want to make sure all the source -- What are
15      the other potential sources of hydrogen sulfide
16      emission?
17  MR. ALGERO:
18      And we have those and I can get those.  But you
19      mentioned the sewage treatment plants, and those
20      are potential sources.  And one of the ones we
21      inspected was the Bridge City Wastewater
22      Treatment Plant, which receives leachate from
23      the Jefferson Parish Landfill.  When we
24      inspected that facility for a water -- under
25      their water permit, I think we picked up fifteen
```

1    parts per million H2S at the head works of that
2    facility.  So, we know that there are hydrogen
3    sulfide emissions --
4  COUNCILMAN IMPASTATO:
5    Sure.
6  MR. ALGERO:
7    -- At a lot of these wastewater treatment
8    plants.  That was a little surprising to see
9    that number at the head works.
10  COUNCILMAN IMPASTATO:
11    Yeah.  And so we've got address that -- that
12    too, for sure.
13  MR. ALGERO:
14    And we left --
15  COUNCILMAN IMPASTATO:
16    And that Bridge City location happens to be in a
17    geographic -- in a right geographic location
18    that might explain both the River Ridge and --
19    and the Waggaman complaints.  Right?
20  MR. ALGERO:
21    -- And we left a field and review form at that
22    facility identifying the part-per-million
23    concentration of H2S and recommended that they
24    implement their health and safety plan for the -
25    - the numbers that we're seeing there.  So, we

```
 1        did notify the permittee that we did see H2S
 2        there.
 3   COUNCILMAN IMPASTATO:
 4        And here's -- here's a concern that I have that
 5        I haven't been able to answer, at least, within
 6        my own head.  Is you use the term downwind,
 7        okay?  If we take the landfill site that we all
 8        seem to agree as the source of these odors -- of
 9        the odor problems --
10   MR. ALGERO:
11        A significant source.
12   COUNCILMAN IMPASTATO:
13        -- Yeah and we've got to address that.  We've
14        got to fix that.  And it sounds like we're
15        making progress.  If we take the same distance
16        and the same radius from the landfill, why are
17        we not receiving similar complaints in other
18        areas that would be within that same radius but
19        at different wind directions?
20   MR. ALGERO:
21        And I don't know what you're --
22   COUNCILMAN IMPASTATO:
23        I mean have y'all looked into that?  Cause --
24        You understand my -- my -- my concern there is
25        if -- if we assume River Ridge is hypothetically
```

1      ten miles from the landfill and the landfill is

2      -- is the source of that odor -- are we

3      receiving similar complaints, let's say, from

4      the Barataria area?  From Westwego, from other

5      sections of Jefferson Parish on the Eastbank

6      that might be the same distance away -- as the

7      crow flies -- but if the wind were to travel in

8      that direction, you would assume similar odor --

9      odor pattern.  Right?

10  MR. ALGERO:

11      And I'm not --

12  COUNCILMAN IMPASTATO:

13      You follow what I'm asking?

14  MR. ALGERO:

15      -- I'm not aware of a large number of

16      complaints.  I'm not assure -- sure if they are

17      aware of that odor, or potential source, or even

18      to call in.  We know that there's significant

19      residential areas in Jefferson Parish and

20      there's very -- there's limited residential

21      areas south of there.  So I'm not sure.  And I'm

22      not sure if they even know what their smelling,

23      or it's an issue, or who to call.

24  COUNCILMAN IMPASTATO:

25      Would -- Would that seem like something that we

```
 1        ought to look into?  Is to see if the same
 2        detections are happening in those areas as well?
 3  MR. ALGERO:
 4        What I -- What I think is that we need to focus
 5        on is getting this facility into compliance and
 6        reducing the emissions.
 7  COUNCILMAN IMPASTATO:
 8        No question.
 9  MR. ALGERO:
10        And reducing the gas --
11  COUNCILMAN IMPASTATO:
12        No question.
13  MR. ALGERO:
14        -- And I think a lot of this goes away with
15        improved air quality if we control the emissions
16        from this facility.  And I haven't seen an
17        appreciable change in the -- in the compliance
18        status yet.  And it's been months.  That's the
19        bottom line.
20  COUNCILMAN IMPASTATO:
21        I get that.
22  MALE COUNCILMAN:
23        Have not?  You said?
24  MR. ALGERO:
25        I have not.
```

1  COUNCILMAN IMPASTATO:

2       But -- Well, how do we reconcile -- It seems

3       like we're getting two different opinions on

4       that.  I thought we were -- I thought we were

5       told in the intro that substantial progress was

6       being made --

7  SECRETARY BROWN:

8       No.

9  COUNCILMAN IMPASTATO:

10      -- is that not the case?

11  SECRETARY BROWN:

12      No.  We didn't say that.  What we said was we

13      understand that the ten-inch headers should be

14      connected soon and we should start to see that

15      facility being pumped out.  And then we --

16      hopefully we'll start to see improvements.  I

17      think that's what we said.

18  MADAM CHAIRMAN:

19      You're saying the ten-inch headers, that's the

20      permitted pipes that are going arou -- the two

21      ten-inch pipes that are going around the whole

22      3B and 4A.  Right?

23  SECRETARY BROWN:

24      Correct.

25  MADAM CHAIRMAN:

1      That's what you're calling the header?
2  SECRETARY BROWN:
3      Yes.
4  MADAM CHAIRMAN:
5      Okay.
6  SECRETARY BROWN:
7      That's what I'm calling the header.  And I'm
8      sure they'll make a presentation a little later.
9      But it looks like, and what I've heard is it
10     could be as soon as this weekend that they're
11     connected.
12 MADAM CHAIRMAN:
13     And you think that's a big -- that will be a big
14     push forward?
15 SECRETARY BROWN:
16     It'll start to pump the liquid out and then
17     hopefully the gas collection systems work
18     properly and then you should start to see
19     reductions in odors anywhere in the surrounding
20     area.
21 MADAM CHAIRMAN:
22     And we're going to get a presentation on that
23     next from you?
24 SECRETARY BROWN:
25     You -- you should.

```
 1  COUNCILMAN JOHNSTON:
 2       One question.
 3  MADAM CHAIRMAN:
 4       Yes.  Yes.  Councilman Johnston.
 5  COUNCILMAN JOHNSTON:
 6       I have a couple of questions.  First thing, the
 7       coast guard -- I got a call from Chief Girard on
 8       the Westbank.  He's a Bridge City Fire Chief.
 9       He said the coast guard is coming over -- flying
10       over the boats now that are loading.  The barges
11       and they're hummering over -- Do you know what
12       they're doing?  I mean -- Are y'all communicate
13       -- Do y'all communicate with each other on this
14       issue?  I mean there -- he's telling me they're
15       over there monitoring something or -- but the
16       coast guard's involved over there he's telling
17       me.  He's seen them out there more than one
18       time.
19  SECRETARY BROWN:
20       I haven't heard that.
21  MR. ALGERO:
22       I know the coast guard has a marine safety
23       office where they inspect some of these vessels.
24       I'm not sure if it's for environmental purposes
25       or emissions.  We do not -- the only -- most of
```

1      the time when we communicate with the coast
2      guard it's in response to oil spills.  So I
3      haven't heard anything.  I don't think our
4      Regional Manager has heard anything about --
5  SECRETARY BROWN:
6      Yes, we have.
7  MR. ALGERO:
8      -- increased inspection.  But we can.
9  SECRETARY BROWN:
10     We'll -- We'll -- We'll reach out to him to see
11     exactly what they are doing there.  So, Brian --
12     Brian is here.  He's our Regional Manager.
13     We'll reach out to the fire chief and to the
14     coast guard to see exactly what they are doing
15     there.  It could be some Homeland Security stuff
16     -- It could be lots of issues.  Maybe not
17     necessarily environmental.
18  COUNCILMAN JOHNSTON:
19     And secondly, you mentioned about the quality at
20     the landfill -- it hasn't gotten much better.
21     But I know BB -- PPM is going to do a
22     presentation.  They're putting a lot of -- We're
23     putting a lot of pipes and a lot of work into
24     the plant, but we haven't really -- We've gotten
25     some added piping that's getting rid of some

1      gases from what I'm being told, but we've got
2      like fifty something of our pumps back up and
3      running.  We're low.  We have eighty-two pumps,
4      maybe?  And fifty-four, fifty-five, fifty-two
5      aren't working now.  But we still have the same
6      four-inch pipe.  What they did -- like Cynthia
7      said -- they put the ten-inch piping in and
8      we're waiting to switch over to the ten-inch
9      pipe.  And that's taking us a little time
10     because we got to get all of that -- all the
11     equipment in.  And then when that gets in it
12     should alleviate -- take care -- it'll help out
13     a lot taking care of the odor smell.  But they
14     are spending -- They are doing a lot over there
15     --
16 MR. ALGERO:
17     I realize that but what I said was that I don't
18     see an appreciable difference in the compliance
19     status --
20 CHAIRMAN JOHNSTON:
21     I understand.
22 MR. ALGERO:
23     -- So we're still seeing leachite (sic)
24     breakouts -- leachate breakouts.  We're still
25     seeing gas being emitted from leachate headers.

```
 1        We're still seeing uncovered waste.  A lot of
 2        the problems we found months ago we're still
 3        seeing now.  So the compliance status really
 4        hasn't significantly changed because we're
 5        sending another referral for a lot of the same
 6        ongoing violations we found months ago.  I think
 7        they're working hard on getting the leachate
 8        header in but as far as the compliance status we
 9        haven't seen it.
10   COUNCILMAN JOHNSTON:
11        But -- but --
12   SECRETARY BROWN:
13        And let me add too --
14   COUNCILMAN JOHNSTON:
15        But we are doing -- we are moving forward and
16        we're doing a lot of work out there to try to --
17   SECRETARY BROWN:
18        -- I think everybody in this room hopes that
19        once that header is connected that we'll start
20        to see improvements in air quality.  We are on
21        your site five-days a week.  We inspecting you
22        everyday, but we're still finding problems.  So
23        we also are saying fix those also.  You follow
24        where I'm going?  If you know I'm coming to see
25        you everyday then I shouldn't find the same
```

1          piece of paper on the ground everyday.  If -- To
2          give you an example.
3    COUNCILMAN JOHNSTON:
4          I understand.
5    SECRETARY BROWN:
6          Okay.
7    CYNTHIA LEE-SHENG
8          Councilman Spears.
9    COUNCILMAN SPEARS:
10         Yes.  Un -- Uncovered waste -- that seems
11         something that should be done every single day.
12         I think it's mandated by our contractor to do --
13   SECRETARY BROWN:
14         Yes.
15   COUNCILMAN SPEARS:
16         -- And that's still not going on?
17   SECRETARY BROWN:
18         Our daily cover and it's still sometimes we find
19         areas that's not covered.
20   COUNCILMAN SPEARS:
21         Keith, you know anything about that?
22   KEITH:
23         No, but Mr. Locke was out their everyday with
24         them.  And our construction crew has assigned
25         people to actually walk with DEQ and remedy any

1    defects.  I'm going to defer to Mr. Lockwood to

2    deal with the daily cover.  I know we invested

3    over a hundred and something thousand dollars in

4    an automatic tarp system so --

5 COUNCILMAN SPEARS:

6    Right.  Right.

7 KEITH:

8    But I'll let Mr. Lockwood come up and address

9    that.

10 MADAM CHAIRMAN:

11    And if he could address the other deficiencies

12    the secretary's talking about.  I mean --

13 SECRETARY BROWN:

14    And we're -- Again, we're not here to -- to --

15 MADAM CHAIRMAN:

16    Oh absolutely not.  Absolutely not.

17 SECRETARY BROWN:

18    -- to bring that up.  Because we're here to

19    really address the odors that are out there.

20    But just letting you know that that's something

21    that needs to be addressed.

22 MADAM CHAIRMAN:

23    We need to avert future problems.  Yes, Mr. --

24 COUNCILMAN JOHNSTON:

25    But we thought things were getting better.  You

1     know.

2  MR. ALGERO:

3     Well there's another compliance order issued for

4     the daily cover.  And that was -- I can pull the

5     compliance order out.  And that was fairly

6     recently.  So that the -- the initial compliance

7     order was -- actually was a notice of potential

8     penalty.  So, the initial compliance order

9     address leachate and daily cover, multi-media

10    inspection resulted in a compliance order and

11    notice of potential penalty.  We did another

12    cover inspection and found violations there, so

13    the department issued a notice of potential

14    penalty most recently for that.

15  COUNCILMAN SPEARS:

16    What -- What's the -- What's the date on that

17    the last time you were out there and a daily

18    cover was not over the landfill?

19  MR. TOUSSE:

20    Uhm, I'm Brian Tousse, I'm the Regional Manager

21    here for DEQ.  It was early November.

22  COUNCILMAN SPEARS:

23    Okay.

24  MR. TOUSSE:

25    Just recently.  The notice of potential penalty

1      was issued November 19th.  So, it was probably

2      very early November --

3  COUNCILMAN SPEARS:

4      Okay.

5  MR. TOUSSE:

6      -- I think when that inspection was conducted.

7  MADAM CHAIRMAN:

8      Any other questions?

9  COUNCILMAN JOHNSTON:

10     That's disappointing though.  I thought we were

11     further along.  I knew we had some issues.  I

12     know they working on putting the pipe in it

13     cause we went out there and looked at it and

14     they explained to us -- I think PPM is going to

15     explain that when they come and do their

16     presentation.  But I'm disappointed in what you

17     telling me that you -- You don't feel we're

18     progressed enough over the past few months.

19  MR. ALGERO:

20     The compliant status has not changed.  We still

21     are finding violations with the leachate -

22     leachate system, gas collection system, these

23     emissions from these leachate risers -- I don't

24     think my staff, knowing that they are coming out

25     everyday, should discover those issues.  Or

1    these leachate safes.  We have to tell them

2    there's a leachate issue before it gets

3    addressed.  We think that they know we're

4    coming.  We think that those -- We shouldn't

5    have to discover those.

6  MADAM CHAIRMAN:

7    So these are not continuing problems that we

8    know aren't going to be fixed until we know that

9    the headers are resolved.  These are other

10    issues that you think should be -- I mean we

11    know we are going to still have violations until

12    we get to the end result.  But these are other

13    things?

14  SECRETARY BROWN:

15    That's correct and so -- But we do want to make

16    sure that -- They are making progress with the

17    headers.  We -- We know that once those headers

18    are connected we should start to see the odor

19    issues addressed, but these are other compliance

20    issues that need to be addressed also.

21  COUNCILMAN SPEARS:

22    Yeah, if you not -- if you not putting a daily

23    cover then you still going to have the smell out

24    there.

25  MR. ALGERO:

```
 1        Right.  And one of the issues is that we're
 2        seeing these leachate breakouts and it is making
 3        it into the drainage for the facility and then
 4        going into the waters of the state.  In addition
 5        to some contact storm water is making it to the
 6        waters of the state.  And that's in our most
 7        recent referral.  So --
 8  MADAM CHAIRMAN:
 9        But the leachate breakout should be fixed --
10  MR. ALGERO:
11        They should be addressed.  Right.
12  MADAM CHAIRMAN:
13        It'll -- That problem should go away.  Correct?
14        When the headers are installed or you think that
15        we are still going to have the leachate
16        breakouts once the headers are installed?
17  MR. ALGERO:
18        You should --
19  MADAM CHAIRMAN:
20        I mean --
21  MR. ALGERO:
22        -- You should start to see --
23  SECRETARY BROWN:
24        We should start to see improvements.  Okay.
25        Once those headers are connected we should start
```

1          to see improvements regarding leachate.  So I
2          just want to make sure that on record.
3   MADAM CHAIRMAN:
4          Councilman Impastato.
5   COUNCILMAN IMPASTATO:
6          Can -- Do we have an estimated time frame on
7          when that will be completed?
8   CYNTHIA LEE-SHENG:
9          We have a -- We can -- If any more questions we
10         can move on to PPM giving us an update on where
11         we are.  I'm sorry, Mr. Lockwood, yeah.
12  MR. LOCKWOOD:
13         We had two inspections that cited problems with
14         - with daily cover.  One was in April and then
15         one -- one as was just said was in November.  So
16         that's two in the -- in the last year.  By
17         contract once notified the contractor is
18         responsible to address those issues within
19         twenty-four hours.  And he did so.  We have --
20  COUNCILMAN SPEARS:
21         Who was -- Who was the contractor?
22  MR. LOCKWOOD:
23         We have -- Our staff.  Parish inspectors --
24  MADAM CHAIRMAN:
25         Councilman Spears.

```
 1  MR. LOCKWOOD:
 2       -- onsite.
 3  COUNCILMAN SPEARS:
 4       Who was the contractor?
 5  MR. LOCKWOOD:
 6       Pardon me?
 7  COUNCILMAN SPEARS:
 8       Who was the contractor that's not doing a daily
 9       cover?
10  MR. LOCKWOOD:
11       For the two instances in the --
12  CHAIRMAN SPEARS:
13       Yeah.
14  MR. LOCKWOOD:
15       -- in the last year is ISI, our Louisiana
16       regional contractor.  Our -- The parish
17       inspectors are there until closing and they
18       document by photograph the efficiency of the
19       daily cover operation and report that.  And in
20       the November instance there was an issue with
21       the employees at the -- at the -- at the
22       landfill.  They were alerted that the cover was
23       not adequate and they had a poor response to
24       that request from our inspectors.  Since then
25       they have been advised by their superintendents
```

1    and -- and their -- their management that if
2    they don't react immediately when our inspectors
3    inform them of inadequate cover, they will be
4    immediately terminated.  Since November we've
5    had much improved response from the contractor
6    to the observations of the parish inspectors.
7    As for the continuing compliance problems,
8    there's no doubt -- the same compliance problems
9    that we had when we had -- when -- when the
10   parish identified the issues with the landfill
11   still exist.  They are definitely tied to
12   removal of leachate.  We've been working
13   diligently to upgrade the infrastructure of the
14   landfill in relation to removing the leachate.
15   I'm sure PPM will address that and the time line
16   for completion of those things.  The excessive
17   leachate levels in the landfill absolutely
18   contribute to poor gas collection, which has
19   resulted in some of the compliance issues with -
20   - with fugitive emissions from the landfill.  So
21   these things are tied -- they -- they are
22   related to the work that we've been doing since
23   -- since -- since earlier in this year.
24   COUNCILMAN JOHNSTON:
25   We were at the plant when we took the -- the

1    tour the other day.  They had mentioned that the
2    gases -- we were getting rid of more gases into
3    the system legally.  I mean we're getting rid of
4    it more because you had fixed the pipe you had
5    said that was underneath the road.
6  MR. LOCKWOOD:
7    Right.  We have made a number of repairs.  We've
8    -- There -- And when we first started scrolling
9    down on this problem there were a number of gas
10    wells that did not have vacuum to them.  This
11    was identified immediately.  I immediately
12    issued a -- a emergency order or out of scope
13    service order to cap them.  They ran a what we
14    call a -- a jumper line -- which basically a --
15    a -- a line directly to those gas wells to
16    reestablish vacuum those wells.  That did
17    increase -- That put those wells back in to
18    service.  But you have to understand, too, that
19    the odor threshold for many of these compounds
20    is very low.  We have to address the overall
21    infrastructure of the landfill and make overall
22    improvements before the offsite odor will be --
23    be significantly reduced.
24  COUNCILMAN SPEARS:
25    I have a question.

```
 1  MADAM CHAIRMAN:
 2       Councilman Spears.
 3  COUNCILMAN SPEARS:
 4       So once we connect the ten-inch pipes to -- the
 5       ten-inch pipes that's running parallel to 4A and
 6       I think it's 3A --
 7  MR. LOCKWOOD:
 8       4A and 3B.
 9  COUNCILMAN SPEARS:
10       -- 3B.  If the pumps -- If the pumps have to get
11       the liquid to those pipes, right?
12  MR. LOCKWOOD:
13       That's correct.
14  COUNCILMAN SPEARS:
15       But we -- the pumps -- How many pumps we have
16       working?
17  MR. LOCKWOOD:
18       I don't -- I don't -- I don't have the exact --
19  COUNCILMAN SPEARS:
20       We normally have about fifty-percent of the
21       pumps working.  That's consi --
22  MR. LOCKWOOD:
23       It's a little bit more than fifty.  But yes.
24       There's -- There's a significant amount of pumps
25       that are not functioning right now.  The feeling
```

1          was that we would be wasting money just putting

2          pumps -- this -- I think for almost three years,

3          Infinity kept replacing pumps, and replacing

4          pumps, and they kept burning up because of the

5          small force main line.

6   COUNCILMAN SPEARS:

7          Right.

8   MR. LOCKWOOD:

9          So it would be -- an impro -- it would be a

10         waste of money to put pumps that we knew would

11         fail immediately because of the pressure on

12         those pumps.  And I'm sure PPM will address this

13         -- I mean they're all engineers and I'm not.

14         But they would -- So once -- once the -- the --

15         these force mains are placed in -- in -- in

16         service, which will be a decision we have to get

17         approval from DEQ to actually start using those

18         force -- that force main -- and they've

19         indicated they will expedite approval -- then we

20         already have pumps on hand ready to go to

21         replace the -- the ones that are out of service.

22  COUNCILMAN SPEARS:

23         Okay.

24  MALE SPEAKER:

25         And Councilman, PPM is here and can probably

1    some of the questions that you had.  They have a
2    thorough presentation.
3  MADAM CHAIRMAN:
4    Why don't we have them come up, Mr. Conley?
5  MR. LOCKWOOD:
6    Okay.
7  SECRETARY BROWN:
8    Let me just say thank you once again.  I will be
9    back again once we get everything moving in the
10   right direction so we can update you.
11 MADAM CHAIRMAN:
12   Thank you, Mr. Brown.  Secretary, appreciate you
13   being here.  Uhm -- You want to do the public
14   part now?  Secretary Brown, I don't -- Are there
15   questions -- Are we going to -- You -- They have
16   questions of the secretary.  You want to open up
17   to --
18 UNIDENTIFIED MALE COUNCILMAN:
19   Just in case.  You know we usually get hit with
20   questions  and they're the ones who can field
21   those --
22 MADAM CHAIRMAN:
23   There's a request -- If you could just stay a
24   little longer, Secretary.  I know you're ba --
25   You're -- Or if you could just leave a staff

```
 1        member if you have to leave to just answer some
 2        technical questions.  We don't really have --
 3             - QUIET DISCUSSION AMONG BOARD MEMBERS -
 4   SECRETARY BROWN:
 5        Madam secretary you said you have some technical
 6        questions?
 7   COUNCILMAN JOHNSTON:
 8        We got the public here.  They may have some --
 9   MADAM CHAIRMAN:
10        Why don't -- Why don't we let -- We're going to
11        suspend the rules.  We really don't have the --
12        It's not really a public hearing, but I know
13        some citizens have been very active in this.  If
14        you want to come up and ask the Secretary some
15        questions, why don't we go ahead and do that.
16        And we'll just ask PPM if you could just hold
17        off on a few minutes for the Secretary.  I know
18        you're busy, Secretary.  Can leave the meeting -
19        - Is there anyone who just had some -- I know
20        they -- And if you could just keep it brief.  We
21        really -- This isn't a public hearing.  We were
22        just getting an update, but I do know you've
23        been very active.  So -- Okay.
24   MR. MORRELL:
25        Al Morrell, 4260 East Loyola Drive, Fifth
```

1      District, Kenner District, Unincorporated
2      Jefferson, forty-six years.  I don't have any
3      questions, but I got some response to some of
4      they comments that they had made earlier.
5      Councilwoman, is that fine?
6  CYNTHIA LEE-SHENG:
7      Yes.  If you could keep your remarks --
8  MR. MORRELL:
9      I'm going to keep it brief.
10 MADAM CHAIRMAN:
11     -- to three minutes, please.
12 MR. MORRELL:
13     Okay.  First of all I want to talk about LDEQ's
14     track record.  Here recently earlier this month,
15     I think December the 2nd, there was an article
16     in The Times Picayune about this chemical
17     company in LaPlace called Denka.  Okay.
18     Formerly Dupont.  That was releasing cancer
19     causing materials from that plant emissions.
20     LDEQ had a sit down with these people behind
21     closed doors and an administrative settlement
22     was reached.  And that Denka agreed to cut the
23     emissions eighty-five percent.  They never did.
24     LDEQ imposed new fin -- no fines.  Did not
25     enforce the settlement and to make matters

1    worse, Denka went to the EPA -- to the federal

2    EPA and tried to get the EPA to increase the

3    allowable -- permissible allowance of these

4    emissions coming out of that plant.  Okay.  LDEQ

5    did nothing to even enforce that settlement.

6    Now, I want to direct this to Councilman Spears.

7    Let's -- First of all let's cut to the chase,

8    man.  We all know where the -- where this

9    problem is.  It's at our landfill.  And doing --

10   and a lovely article in The Times Picayune on

11   October 26th specifically stated that that

12   landfill has been neglected.  The equipment has

13   not been maintained.  It has not on a -- on a

14   routine basis and it's been malfunctioning --

15   some of the -- the equipment over there has been

16   broken down.  That's suppose to eliminate a

17   problem like these people are going through.

18   And one more thing -- I'm going to direct this

19   one to you again, Councilman Spears, that tax

20   payer money you spent on personal affects if

21   that money would have been allocated to those

22   problems at that landfill which is in your

23   district these people in Harahan, River Ridge,

24   and Waggaman wouldn't be going through this

25   right now.  So, let's cut to the chase, man.

1        Let's stop all this dancing around and just tell
2        it like it is.  Okay.  Anybody got any comments
3        any questions?
4   COUNCILMAN SPEARS:
5        We have contractors that's actually paid to do
6        the work.  Keith, is there any issues with them
7        administration with payment of the contractors -
8        - Any issues out there with that?
9   KEITH:
10       No.  All the bills have been paid.  There's no
11       outstanding issues with any of the contractors.
12  COUNCILMAN SPEARS:
13       Thank you.
14  MR. MORRELL:
15       Can I respond, Councilwoman?  Real quick.  Real
16       quick.  I'm not talking about --
17  MADAM CHAIRMAN:
18       Thirty seconds.
19  MR. MORRELL:
20       -- I'm not talking about that, Councilman
21       Spears.  You missing the point.  I'm talking
22       about the maintenance on that equipment at that
23       landfill in an article -- a lovely article in
24       The Times Picayune on October the 26th it states
25       that that equipment at that landfill has not

1     been properly maintained.  Has not been
2     routinely -- no maintenance on it for the last
3     six years.  This is what I'm talking about.  I'm
4     not talking about these contractors.  I'm
5     talking about the people whose paying the
6     salaries of these companies over there, and the
7     enforcement of the maintenance and repair, and
8     the money that's being allocated by this
9     council.
10  MADAM CHAIRMAN:
11     Thank you, Mr. Morell.
12  MR. MORELL:
13     Thank you.
14  MR. O'BRIEN:
15     Good morning.
16  MADAM CHAIRMAN:
17     Good morning.
18  MR. O'BRIEN:
19     Michael O'Brien, 152 Garden Road, River Ridge.
20     Since I'm only limited to three minutes here,
21     I'm just going to ask if I may direct some
22     questions regarding what you guys said?  So,
23     looking at my notes today is December 5th.  You
24     -- I have a document here that shows on November
25     15th you guys went out there and had a field

```
1    survey where no dust, no odor, no emissions were
2    found.  Today, again December 5th, you guys
3    acknowledged, Dr. Brown, that it is grain.  Mr.
4    Mike made a comment that he's not sure what it
5    is.  Another comment was made about it's not the
6    only the source.  The comment that I would like
7    to have some clarification for today from you
8    gentlemen would be -- You made the comment, Mr.
9    -- Dr. Brown, a few months ago they were told
10   that if they found anything that they would be
11   in violation.  Again, my name is Michael
12   O'Brien, and I'm the one that's flying the drone
13   from my home, my levee across the river.  I have
14   documentation.  I have video that on 11/25 they
15   are going above and beyond their permit, which
16   I'm a little disappointed you didn't bring the
17   permit with you, sir.  I have it if you want to
18   -- want to read it.  This is -- This is
19   disturbing.  They're in violation.  I don't know
20   whose paying who.  I'm not technically saying
21   that somebody's being paid.  But you guys aren't
22   doing your job.  Okay.  I need you to step up.
23   I live in Jefferson Parish.  I live in River
24   Ridge.  My family is being infec -- affected.
25   My community is being affected.  All this run
```

1      around that I'm listening to today is
2      disturbing.  So you made the comment about they
3      should be in violation.  I have the video.  I
4      want to show you several videos.  And I ask for
5      you to do something about it rather than just
6      talking making wait.  So, that's it for now and
7      I'll address the council with my drone later
8      this evening.  Thank you.
9  MADAM CHAIRMAN:
10      Thank you, Mr. O'Brien.
11  MS. ANDERSON:
12      Good morning.  I am Hermein Anderson.  I live in
13      River Ridge.  I'm a resident.  If I keep
14      clearing my throat excuse me it's because I'm
15      breathing grain dust and being inundated with
16      H2S.  Okay.  After we met with you in August, we
17      went to the state and we met with the Natural
18      Resources Committee thanks to Representative
19      Talbot and Billiot.  I don't know if you watched
20      that meeting, but LDEQ was there, and Jefferson
21      Parish was represented by Mr. Yenni.  There were
22      a lot of questions brought up asking for
23      information from Jefferson Parish.  A lot of
24      them were overlooked.  One which was closing the
25      landfill and they were supposed to get a -- a

1    feasibility report to them.  That never

2    happened.  But let me tell you what I've been

3    doing.  I went to the EPA.  I've been in

4    correspondence with James Leathers whose an

5    environmental engineer who referred the case to

6    Robert Snowbarger who is Supervisor of Solid

7    Waste section of the multi-media division.  They

8    are going to be working in conjunction -- this

9    is what I was told -- with LDEQ to oversee that

10   things are happening.  We're sick and we're

11   tired of this.  Not only that, when I was up at

12   the state meeting, Representative Connick -- I

13   emailed him and he returned this email to me,

14   "Thank you for your email.  I understand your

15   fears and concerns and will continue to work to

16   make things right.  Today, I have requested

17   house staff to draft -- draft liti -- litigation

18   that will mandate DEQ issue stiff penalties and

19   fines to offenders who violate their permits.  I

20   have also requested house staff to re-file

21   HB469, which I attempted to pass in two-

22   thousand-sixteen.  My prior legislation to place

23   air monitors in plants that pollute and it was

24   killed on the house floor after the chemical

25   industry mounted a fierce operation.  It is time

1      for DEQ to be controlled by the people, and not
2      industry.  It is also time for DEQ to be
3      proactive and not reactive.  And they -- As they
4      have been for decades."  He thanked me for my
5      email and he looked forward to joining forces to
6      working with folks in Harahan, Waggaman,
7      Marrero, River Ridge, St. Rose to change things
8      for the better.  And he said, "For your
9      information below is the summary if you'd like
10     to see the bill that died on the floor."  We are
11     asking for monitors.  Obviously the landfill is
12     not going to be closed as we requested.  Also, I
13     went to a workshop --
14  MADAM CHAIRMAN:
15     Times up, Mrs. Anderson.
16  MS. ANDERSON:
17     -- this Saturday -- This is my last thing.  With
18     the Louisiana Environmental Action Network -- I
19     got a free t-shirt. And we have met with
20     representatives from that network -- I'm
21     dropping all of my papers -- I have here a
22     report.  It's a fantastic time line submitted to
23     us because we met personally with Wilma Subra.
24     And she is an activist all over the country for
25     people like us.  If you would like me to mail

1       you -- email you a copy of this document for
2       your review you will see how many things LDEQ
3       issued and are not in compliance as of this.
4       There's no storm water runoff plan.  The Jerome
5       meters that need to be used -- they have one.  I
6       will email you this report.  Please read it
7       because you will be flabbergasted.
8   MADAM CHAIRMAN:
9       Thank you.
10  MS. ANDERSON:
11      Thank you for allowing me time to speak.
12  MADAM CHAIRMAN:
13      Thank you.
14  MR. BLOISE:
15      My name is Anthony Bloise and I live in Bridge
16      City.  I -- I'm a byproduct of Katrina.  And
17      when I first got here there was no place to
18      live.  So the Navy put me up at Waggaman.  I was
19      there for three days and I told them look you
20      gotta get me outta here.  The stink was awful.
21      And I came to with the Parish President at the
22      time who later went to jail because of some
23      problem with the landfill and contracts and what
24      not.  The uh -- I believe also the, uh -- the
25      town attorney went to jail also -- it was

1       dismissed later on -- It was so many problems

2       with that landfill, I just gave up.  But this

3       has been going on since two thousand five.  It

4       didn't start recently.  It's been going on that

5       long and the same people are involved time-

6       after-time-after-time.  And the problem never

7       got solved.  The reason why you didn't put

8       enough people in jail.  That's the problem.  Put

9       enough people in jail and then you'll cure the

10      problem.  They don't.  And you should go to jail

11      first.  I -- And the other problem is --

12 MALE COUNCILMAN:

13      Me?

14 MR. BLOISE:

15      Yeah you.  You should go to jail.  You're the

16      biggest con artist there is.  You're nothing but

17      a dollar store con artist.  And don't laugh --

18 MADAM CHAIRMAN:

19      Mr. Bloise --

20 MR. BLOISE:

21      -- it off.  You laughing all the way to the bank

22      --

23 MADAM CHAIRMAN:

24      -- Mr. Bloise, if you could keep the

25      conversation to the landfill, please.

1 MR. BLOISE:

2     It's a joke.  The other problem you have is the

3     Bridge City -- I don't know what they call that

4     place -- It's - It's a joke.  It's falling

5     apart.  It's supposed to be a -- some sort of a

6     facility for decam -- decontaminating water.

7     It's not.  It's just throwing fumes into the

8     air.  It's a joke.  It hasn't been repaired in

9     years.  It needs to be fixed.  Start putting

10     people in jail.

11 MADAM CHAIRMAN:

12     Good morning.

13 MS. PEARSON:

14     Good morning.  Nancy Pearson, 8924 Rensu Drive

15     in River Ridge.  First some house cleaning.  In

16     August when I was here I mentioned then yes, we

17     do have problems with the landfill.  Granted

18     I've been here my whole life so we've been

19     smelling it for years.  We know that smell.  But

20     I also said in August that as a resident of

21     River Ridge we felt -- I feel -- most of our

22     problem was coming from the river.  Being it the

23     plants on the river or the loading -- the

24     loading which is not been here that long.  I had

25     a neighbor, who is much more intelligent than I

1    am as far as scientific stuff goes.  He had

2    given me 20 questions and I submitted to the

3    administration and it's now December 5th and I

4    still have not gotten a response from those 20

5    questions with regards to the neighbors concerns

6    with what was going on at the landfill in a

7    scientific matter.  And so I still -- and I'm

8    very disappointed that I haven't got a -- I've

9    mentioned before sometimes I feel like I stand

10   up here and it's going on deaf ear.  Well, that

11   was August, this is December and I haven't heard

12   a word.  So, it's very disappointing in the

13   administration.  As far as the coast guard, Mr.

14   Johnston, I met with the coast guard after

15   notifying the parish.  After notifying DEQ,

16   after notifying all these other people.  It was

17   on a Thursday night probably two weeks ago.  It

18   was unbearable.  It would physically make you

19   ill.  So I called the twenty-four hour -- hour

20   emergency number and I explained to them what it

21   was.  It's not like a spill or something like

22   that.  And the next day they came out to my

23   house and we met.  And also a gentleman from

24   Louisiana DEQ came out and he told me they had

25   permits so there's nothing they can do.  Well, I

1    blew that response off as you know that's a
2    spin, so I'm not worrying with them.  But the
3    coast guard were very, very interested.  And
4    since that time, I can tell you, and you might
5    hear them pass at your house at night, they are
6    coming by between eleven and twelve at night and
7    flying low.  And hopefully that's what they're
8    doing is responding to that.  If you look at --
9    and I'm hoping that everyone here has looked at
10   the videos -- they're now on that page -- where
11   you can see the videos yourselves -- Where you
12   can see the pictures of what's on those barges
13   that are left to the air.  That you can see the
14   particles flying.  I'm just very, very concerned
15   that the same thing is going to happen to us in
16   20 years that has happened to people who were
17   affected with the asbestos and stuff in the
18   fifties.  Is it the children who are growing up
19   -- We have six schools in River Ridge and
20   Harahan.  Six schools where people are sending
21   their children to those schools everyday and
22   what are they breathing?  And them monitors
23   might not say that it's toxic at this point.
24   But they're not there twenty-four-seven.  We are
25   there twenty-four-and-seven.  We have people who

1   are nauseated in the mornings when they wake up.
2   Who actually wake up in the middle of the night
3   sick.  This is a quality of life and you are --
4   as our elected officials -- we don't have the
5   abilities to go to the federal government and
6   say you have to do something.  I understand it's
7   commerce and it's money.  It's big money.  And
8   most of us don't have much big money.  These
9   companies do. We've got to get past the big
10  money and realize that there's over twenty-
11  seven-thousand people -- citizens of Jefferson
12  Parish who live in Harahan and River Ridge --
13  and we're all being affected.  First time in my
14  life I had a nosebleed.  Sixty-five years old
15  and never had a nosebleed.  And I'm sitting on
16  the couch one evening and all of a sudden I've
17  got a nosebleed for no reason at all other than,
18  you know, you get the eyes and the nose, and the
19  itchy throat all the time because we're
20  breathing it twenty-four-and-seven.  So how do
21  we know that's not affecting us?  And our
22  children -- our babies that are being raised.
23  People are leaving -- That Thursday night,
24  people physically left their homes and went to
25  relatives' houses.  I go out of state at least

1     four times a month now just to get away from
2     River Ridge, so I can breathe clean air in
3     Mississippi.  I mean this is sad that we're
4     leaving our houses.  I mean we're never going to
5     sell our houses.  Who is going to want to live
6     to River Ridge?  Where it used to be the best
7     place in Jefferson -- no offense to the Westbank
8     -- but that used to be the best place to live --
9     River Ridge -- it's like the country in the
10    city.  Nobody wants to live there anymore.  So,
11    please, you're our elected officials, it's going
12    to be up to y'all to get the feds involved
13    because it is coming from the river.  Thank you.
14 MADAM CHAIRMAN:
15    Thank you, Ms. Pearson.
16 MR. REIM:
17    Hello, John Reim.  Harahan resident.  I do
18    believe that y'all are working on the landfill
19    and that that will be resolved, hopefully soon.
20    But we'll have to see that.  But also, I think
21    most of the problems we having are along the
22    river this over industrialization.  This out of
23    control industrialization of the Mississippi
24    River.  Where I grew up along the river.  It was
25    a beautiful place, River Ridge is a beautiful

place, and Waggaman was a beautiful place.  I
lived in Waggaman for awhile.  We got some sour
garbage smell.  Never chemical odors now even
Harahan gets chemical odors.  Even I read on the
website that Metairie is getting this chemical
odors.  What's going on with the -- the area
here?  Now, eventually it looks like with all
this industrialization we getting along the
river, that nobody is going to be able to live
along the river.  So what's going to happen?
You know, the people are going to move out, sell
their homes, or just vacate the premise and --
and -- and it just be a slum area or something?
What's going on?  You know, y'all need to
protect us.  DEQ needs to protect us.  If they
need more money from the state let us know.
We'll contact whoever we have to contact, but
some of the problems are that we don't know
what's going on on the river.  I know the
companies are not going to come out and tell
y'all what they doing.  But there's cleaning of
barges -- nobody know what's going on.  They not
going to say well we doing this and putting so
many fumes out.  But some of this stuff are
chemical odors that are causing the nosebleeds,

1       eye irritations, causing their children to be

2       sick.  'Cause children breathe deeper then older

3       people.  So what's happening to our children,

4       what's happening to the older people, too?  So,

5       whatever we gotta do, we need to do it.  If

6       y'all need more help somewhere, we want to get

7       DEQ more help, coast guard, whoever else needs

8       to be involved, the federal government, we need

9       to get them in here.  But I think this didn't

10      start happening until we started getting this

11      migration of the industry down towards us.  This

12      unloading of ships and all, they should be going

13      to grain elevators where they can take care of

14      the -- the fumes and the -- the dust coming out.

15      They are built for that.  The ships unloading in

16      the river are not built for that.  They -- DEQ

17      already told you that they putting grain in one

18      spot and it's coming out the other -- the hold.

19      Mike O'Brien has pictures of that, and y'all

20      will see that.  So, I appreciate your time and

21      we need to do something about it.  So, thank you

22      very much.

23 MADAM CHAIRMAN:

24      Thank you, Mr. Reim.

25 MS. REIM:

1     Hi.  I'm Ellen Reim.  I'd like to thank the DEQ.
2     Thank you guys for being here.  I appreciate
3     y'all being here.  We needed y'all.  Thank you.
4     I'd just like to say, too, that the DEQ Report
5     on the Jefferson Parish Landfill is just very
6     disappointing.  It's just so disappointing to
7     hear that, you know, it's kind of the same.  So
8     that's just real disappointing.  So, I hope and
9     pray that will get moving really, really fast.
10    You know.  'Cause I know that you guys care, and
11    guys want -- don't want this to happen.  And
12    some of y'all are even affected.  Paul Johnston
13    is even affected, so we got to really work hard.
14    I know DEQ's being there five days a week.
15    That's tremendously good to be there five days a
16    week.  So, I hope that you guys will really just
17    try to get this fixed really soon.  As far as
18    the midstream, we don't understand that at all.
19    That midstream that's causing a lot of this
20    stuff.  Especially right across the street from
21    Rex (spelled phonetically).  I mean, did that
22    midstream just start?  Is that just?  You don't
23    have to answer me, I'm just giving you
24    questions.  Unless you choose to.  That
25    midstream, did this just start, because I know

```
1     we -- you know, I myself, have to take an
2     inhaler twice a day and Mucinex because of the -
3     - because my lungs are constricted with mucus.
4     So, I have never had that problem, ever before
5     in my life.  So, you know, is -- I don't know if
6     this has just started, or if it's just becoming
7     very much used.  And like John said, you know,
8     maybe there's a place other-where where this
9     needs to be handled, but right there in the
10    midstream and Rex is just getting knocked over
11    by it.  It's just making people have to leave
12    their homes.  This is terrible.  You know,
13    residents should have homes to get -- that's
14    where their refuge is.  They come home, they
15    relax and they -- they break from the chaos of
16    the day.  Whether it's an office, or where it is
17    -- stress every where.  So, that's the place
18    they need to come home and be happy and relax,
19    and be able to feel safe and have a good
20    environment.  So, you know, whether it's
21    Jefferson Parish Landfill, or the midstream
22    things, we're all crying out to help.  Please,
23    please, everybody do what you can.  You know,
24    everybody needs to be patient and everybody's --
25    you know, I know you guys are overloaded.  You
```

1      got air quality all over the place to have to

2      handle.  But we need to do something.  Just do -

3      - Just work for it like you are the one that's

4      being affected by it.  And when we do things as

5      though it's being done to us -- to help others -

6      - we do -- we do it fast and we get blessed.

7      God will bless those.  I'm asking for wisdom.

8      Right now I'm asking the good Lord to give

9      everyone Jefferson Parish, the DEQ, great wisdom

10     to be able to catch people doing things.  And to

11     be able to really put -- be a good source of

12     stopping this and I believe that you guys will

13     be used by the Lord greatly to get this stuff

14     situated.  And thank you, again.

15  MADAM CHAIRMAN:

16     Thank you, Mrs. Reim.

17  MR. HENNY:

18     Good morning.  My name is Tom Henny and I appear

19     before this council on -- mainly on one -- one

20     big issue.  And it happens to be, you know,

21     these bidding --  these bidding contracts.

22     Awarding contracts without bidding, not

23     following the laws.  And I want to give this to

24     the secretary.  Three months ago -- excuse me,

25     three meetings ago, there were several contracts

1        ratified by the council for Brown -- Browns
2        Field's (spelled phonetically) engineers.  And,
3        of course, we know EPA's money is involved
4        there.  But there was no bidding.  You know, the
5        council has a history and you can -- you can ask
6        these gentlemen over here with the The Advocate
7        and The Times --
8   MADAM CHAIRMAN:
9        Is this about the landfill?
10  MR. HENNY:
11       -- Picayune.
12  MADAM CHAIRMAN:
13       Is this about the landfill --
14  MR. HENNY:
15       Yes.
16  MADAM CHAIRMAN:
17       -- Contracts?
18  MR. HENNY:
19       Yes, it is.
20  MADAM CHAIRMAN:
21       About the landfill?
22  MR. HENNY:
23       It's -- It's -- Absolutely.  The contract -- the
24       -- the -- IESI -- They got their -- their
25       contract.  There's no bid.  That same thing

1    applied, you know.  We have a council member --

2    member that was working for someone that

3    actually is with IESI.  They got a hundred

4    thousand dollars a year until it was exposed.

5    Three and a half years this went by.  You know,

6    so these problems are -- a lot of them are self

7    made.  You're not hiring the best -- you're not

8    doing -- getting the best contracts for the

9    money.  This is strictly campaign contribution

10    issue.  You know, and it's -- I'm not surprised

11    that this has happened.  Why should you, you

12    know.  So, I implore the secretary to take a

13    look at this.  Come take a look -- Come take a

14    look at their contracts.  Look what they're

15    doing.  The SOQ process is done up on the tenth

16    floor of this building in a small conference

17    room.  It's supposed to be a public meeting,

18    it's not.  I've caught them not even advertising

19    on their calendar and what they do is the next

20    day, they added the date.  And I have what I

21    copied, I have the dates on that.  I can prove

22    that to you.  So, the SOQ process should be

23    gone, it should be gotten rid of.  You promised,

24    you know, when you did this ordinance, you

25    promised HUD and the rest of these federal grant

1     authorities that you would abide by 2CFR-200.

2     But you're not. So is -- why should there be

3     any surprise that we have problems at these conf

4     -- at these -- these -- at the -- the -- the

5     dump. I mean, you're not putting the best in.

6     What you're doing is, you're awarding these

7     contracts based on who gives you more money for

8     campaign contributions. Okay, so now that's

9     really the bottom of it. We solve --

10 MADAM CHAIRMAN:

11     Thirty seconds.

12 MR. HENNY:

13     -- that problem and maybe we'll get competent

14     people in there that can do the right thing.

15     Thank you.

16 MADAM CHAIRMAN:

17     Councilwoman Vrancken.

18 COUNCILWOMAN VRANCKEN:

19     I just want to ask, because for the sake of

20     clarification, I mean everyone's entitled to

21     their opinion, but -- but I do want to clarify

22     when we go through processes we are putting out

23     to the public. A bid is one form of that

24     process. In a bid all we consider is how

25     cheaply someone will do it. Cheaply is not

1    always best.  I've had experiences with

2    contracts in my own in -- district,

3    unfortunately, when someone gives us a really

4    cheap price that they then either inflate

5    because things are added.  Or its cheaply maybe

6    for a reason and may not always be best.  When

7    we put something out, for example the garbage

8    contract or the contract to oversee the

9    landfill, how is that done normally done and why

10   is it not a bid?

11 PARISH ATTORNEY:

12   Well, for the collection of trash it's done as a

13   RFP, or Request for Proposal, which covers all

14   service contracts under both state law and

15   parish ordinance.  State law does not address

16   professional services.  The parish code of

17   ordinance is defines professional service as

18   engineers, architects, et cetera.  And when

19   obtaining those services, the parish uses the

20   Statement of Qualification, or SOQ process, in

21   order to take in technical, experience, outside

22   of price factors when determining who should get

23   the award.

24 COUNCILWOMAN VRANKEN:

25   And all of those processes are legal or approved

1      by the state for different --
2  PARISH ATTORNEY:
3      Correct.
4  COUNCILWOMAN VRANKEN:
5      -- different - depending on if we need to add
6      something more than price.  When we need to know
7      about someone's qualifications, their
8      experience, have they done this before?  Some of
9      those questions are relevant.  I don't know that
10     I want a first time person handling an important
11     contract.  So, again, just for the benefit of
12     the public discussion, there are occasions when
13     something is not always best suited to say it's
14     bid, and we're only considering price.
15     Sometimes you need to ask about someone's
16     expertise and that is where we use an SOQ or an
17     RFP.  Thank you.
18 MADAM CHAIRMAN:
19     Thank you.  Secretary Brown, did you want to
20     address any -- any of the comments, or -- I
21     appreciate you staying.  You and your staff
22     staying.
23 SECRETARY BROWN:
24     No.  I just take all of the comments in, and
25     we'll try to address as much as we can from our

```
 1        standpoint.
 2  MADAM CHAIRMAN:
 3        Okay.
 4  SECRETARY BROWN:
 5        Alright.
 6  MADAM CHAIRMAN:
 7        Thank you.
 8  SECRETARY BROWN:
 9        Thank you.
10  MADAM CHAIRMAN:
11        And I know PPM is doing the update, but I know
12        you all are very involved in that process.  So,
13        thank you for being here.  Mr. Dwyer, I know
14        we're late on Executive Session.  I know, so.
15  THIS IS THE CONCLUSION OF THE VIDEO
16
17
18
19
20
21
22
23
24
25
```

1                    REPORTER'S PAGE

2

3      I, Phillip Kaufman, Certified Court Reporter, in

4  and for the State of Louisiana, do hereby state on

5  the record:

6      That due to the interaction in the spontaneous

7  discourse of this proceeding, dashes (--) have been

8  used to indicate pauses, changes in thought, and/or

9  talkovers; that same is the proper method for a

10  Court Reporter's transcription of proceeding, and

11  that the dashes (--) do not indicate that words or

12  phrases have been left out of this transcript;

13      That any words and/or names which could not be

14  verified through reference material have been

15  denoted with the phrase "(spelled phonetically)."

16

17

18

19

20

21

22

23

24

25

```
 1                        CERTIFICATE

 2        I, Phillip A. Kaufman, Certified Court Reporter

 3  in and for the State of Louisiana, do hereby certify

 4  the transcript of a video purported to be from the

 5  Jefferson Parish Council meeting held on December

 6  5, 2015, the request for transcription thereof

 7  having been made to goDEPO Court Reporting and

 8  Litigation Support on the 31st day of October 2023,

 9  by Kelley Videtich, Paralegal at Forrest, Cressy &

10  James, Attorneys at Law, 1222 Annunciation Street,

11  New Orleans, Louisiana 70130, as hereinbefore set

12  forth in the foregoing pages, was prepared and

13  transcribed by me or under my personal supervision,

14  and is true and correct to the best of my ability

15  and understanding; that I was not present during the

16  recording of the meeting; that I am not related to

17  counsel, I am in no manner associated with counsel

18  for or any of the interested parties to this matter,

19  and I am in no way concerned with the outcome

20  thereof.

21        This 26th day of February 2024, New Orleans,

22  Louisiana.

23

24        _____

25          Phillip A. Kaufman CCR# 87272
```