### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>            **Plaintiff**<br>**VERSUS**<br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>            **Defendants**<br>*Related Case:*<br>**FREDERICK ADDISON, ET AL.,**<br>            **Plaintiffs**<br>**VERSUS**<br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>            **Defendants**<br><br>***Applies to: Both Cases*** | **CIVIL ACTION**<br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312**<br><br>**SECTION: "E" (5)**<br><br>**CIVIL ACTION**<br>**NO. 19-11133, c/w 19-14512**<br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

---

### *ADDISON* PLAINTIFFS' FIRST SET OF INTERROGATORIES TO THE WASTE CONNECTIONS DEFENDANTS

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the *Addison* Plaintiffs request that the Waste Connections Defendants[1] (hereinafter "You") answer the following Interrogatories.

### DEFINITIONS

1.  The "Parish" means the Parish of Jefferson, Louisiana including all of agencies, departments, subunits, divisions, organizational units, past and present officers, directors, elected officials, agents, employees, consultants, attorneys and other persons or entities acting or purporting to act on behalf of any of the foregoing.

---

[1] Louisiana Regional Landfill Company f/a/ IESI LA Landfill Corporation, Waste Connections Bayou, Inc., f/k/a Progressive Waste Solutions of La., Inc., and Waste Connections US, Inc.

2.   "Defendants" means the Parish and every other defendant named herein including all of their past or present domestic or foreign parents, sisters, affiliates, subsidiaries (owned in whole or part, at any time), partnerships, joint ventures, predecessors-in-interest, successors-in-interest, divisions, departments, corporate subunits, organizations or other business entities, past and present officers, directors, agents, employees, consultants, attorneys and other persons or entities acting or purporting to act on behalf of any of them.

3.   "Document" means and includes the full scope of that term as contemplated by the Federal Rules of Civil Procedure

4.   "Entity" means any natural person, corporation, company, partnership, sole proprietorship, firm, board, joint venture, association, organization, trust, governmental body, agency, authority, commission, or any other juristic person, business unit or collective organization, and any legal, governmental, organizational or political subdivision thereof.

5.   "Person" means any individual, group, or entity.

6.   "Communication" means any oral, written or other contact between two or more persons or entities by which any information or knowledge of any nature is transmitted or conveyed or attempted to be transmitted or conveyed, including letters, memoranda, telegrams, telefaxes, telecopies, telexes or emails, text messages, face-to-face meetings, telephone conversations, voicemails, answering machine messages and telephonic notes.

7.   "Landfill" means the Jefferson Parish Landfill located in Avondale, LA including all of its immovable property, units, cells, components, equipment, operations, design, activities, waste material, processes, and releases.

8.   "You" means the Waste Connections Defendants or any of them.

9.   "Litigation" means the captioned cases, and any other pending or threatened lawsuit or demand involving odors complaints involving the Jefferson Parish Landfill from January 1, 2016 until the present.

## INTERROGATORIES

**INTERROGATORY #1.**   Please identify each and every "other source" of gases and emissions to which You contend the Plaintiffs were exposed in this case.

**RESPONSE:**

**INTERROGATORY #2.**   With respect to each emission from each "other source" that you contend caused the injuries complained of by Plaintiffs instead of, or in addition to, emissions from the Jefferson Parish Landfill, please state:

a.   The chemical substance that you contend caused the injury,

b.   The dates, times, durations and concentrations of each emission.

c.   The contact information of persons with knowledge of the emissions.

**RESPONSE:**

**INTERROGATORY #3.**   Please state the facts supporting Your contention that injuries claimed by the Plaintiffs were caused by:

a.   Jefferson Parish; or

b.   Aptim; or

c.   Plaintiffs themselves; or

d.   Any other person.

**RESPONSE:**

**INTERROGATORY #4.**   Please state the dates, times, methods and results of all testing done by You to determine the chemical composition of the fly ash and spent lime that was disposed of in the Landfill.

**RESPONSE:**

**INTERROGATORY #5.**   Please identify the specific Waste Connections people who were involved in negotiation with or solicitations of Rain Carbon to dispose spent lime at the Landfill.

**RESPONSE:**

**INTERROGATORY #6.**   Please identify the specific Waste Connections people who were involved in creating or maintaining any waste profiles regarding he Rain Carbon spent lime.

**RESPONSE:**

**INTERROGATORY #7.**   Since 2010, has Waste Connections, in any of the landfills at which it has worked operated or managed, encountered the generation of hydrogen sulfide gas from the disposal of sulfur containing materials such as gypsum, spent lime, fly ash, or coal combustion residuals in the landfill. If so, please describe each such instance.

**RESPONSE:**

**INTERROGATORY #8.**   Please identify any employees, contractors, inspectors, or visitors to the site who were treated for exposure to hydrogen sulfide gas between July 1, 2017 and December 31, 2019.

**RESPONSE:**


**INTERROGATORY #9.**   With respect to initial retention of Mr. Jeffrey Marshall as a consulting expert, advisor or in any other role, please state the date that Mr. Marshall was first contacts and identify the person or persons who made the contact.


Dated: February16, 2023

Respectfully submitted,
                    S. Eliza James
_____
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
FORREST CRESSEY & JAMES, LLC
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com


                /s/ Eric C. Rowe
_____
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Erik D. Bolog (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@wtplaw.com
erowe@wtplaw.com
ebolog@wtplaw.com
mchilders@wtplaw.com
*Counsel for Addison Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served this 16th day of February, 2023, upon counsel for Defendants by electronic mail, as follows:

Michael S. Futrell, Esq.
Matthew D. Moghis, Esq.
**CONNICK AND CONNICK, LLC**
3421 N. Causeway Blvd., Suite 408
Metairie, Louisiana 70002
mfutrell@connicklaw.com
moghis@connicklaw.com
*Counsel for Defendant, Parish of Jefferson*

John Baay, Esq.
Michael DiGiglia, Esq.
**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
jbaay@glllaw.co
mdigiglia@glllaw.com
*Counsel for Defendant, Aptim, Corp.*

**BRADLEY MURCHISON KELLY & SHEA LLC**

Michael C. Mims, Esq.
1100 Poydras St., Suite 2700
New Orleans, Louisiana 70163
mmims@bradleyfirm.com
**BEVERIDGE & DIAMOND, P.C.**

Megan R. Brillault, Esq. (*pro hac vice*)
John H. Paul, Esq. (*pro hac vice*)
477 Madison Avenue, 15th Floor
New York, NY 10022
MBrillault@bdlaw.com
JPaul@bdlaw.com
*Counsel for Defendants, Waste Connections US, Inc., Waste Connections Bayou, Inc. and Louisiana Regional Landfill Company*


_____/s/ Eric C. Rowe_____