Testifying Expert Report

# EXPERT REPORT OF MICHAEL R. CORN

## ON THE NON-LANDFILL ALTERNATIVE EMISSIONS SOURCES IN AND NEAR JEFFERSON PARISH, LOUISIANA

CIVIL ACTION NO. 19-11133 c/w 19-14512
JUDGE: Morgan; MAGISTRATE JUDGE: North

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ADDISON, Plaintiffs
VERSUS
LOUISIANA REGIONAL LANDFILL COMPANY, ET AL., Defendants

Mass Action *(Addison)*

Testifying Expert Report

(SARA), was passed in 1986. Section 313 of this Act requires facilities that release Reportable Quantities (RQ) of Criteria Pollutants and HAPs from their facilities to provide a yearly inventory of actual releases from air, water, and solid wastes. This inventory is collected by the USEPA/LDEQ and published in TRI reports.

TRI reports total actual emissions for each year.[4] TRI reports are required for major air emission sources. Mobile sources, such as truck traffic and barge traffic on the River, are not required to report emissions, although loading operations based on shore to ship transfers may have to be permitted. Minor sources may also have to report to the TRI program if they have a different regulatory requirement, such as wastewater discharges. TRI reports are required to be certified by an officer of the company. Submitting inaccurate information in the TRI report can be punishable by fines and/or jailtime.

TRI reports have been obtained for the years 2017 through 2019 from the EPA Envirofacts TRI Search, TRI Factsheets, and TRI Explorer. Each database pulls from the same dataset, but provides a different context. Data are available for the time period from July 1, 2017 through December 31, 2019, or as long as the facility has been reporting. The 2017 year had TRI emissions reported for the whole year, the emissions just for half of the year were estimated by dividing the total year's emissions by half. The TRI reports give the _total actual combined emissions_ (either measured or calculated) that the Cornerstone Chemical Complex with its seven separately permitted sources have released during the 2017 through 2019 period. The TRI reports for the River Birch Landfill include emissions from the landfill and non-landfill operations. None of the other seven industrial or public businesses listed in Table 1 have self-reported emissions that require submittals of TRI reports.

### 3.1.2 State

LDEQ administers the air emissions program in Louisiana for the USEPA. LDEQ can also require additional emissions limits that are more stringent than the Federal regulations. LDEQ has added additional HAPs to their Louisiana Toxic Air Pollutants (TAPs) list that are in addition to the Federal list.[5] This list includes fourteen additional chemicals that are not on the Federal list, including three that are specifically released in the Jefferson Parish area: ammonia, hydrogen sulfide, and sulfuric acid. If a facility generates less than one ton per year of emissions, LDEQ does not require the facility to have an air permit.

LDEQ has a separate system for identifying air emission sources that are either exempt or unpermitted. Exempt emissions include startup, shutdown, and malfunction conditions from normally permitted sources. These emissions tend to be at greater emissions rates

---

[4] Total actual emissions are usually calculated based on production and pounds of pollutant per 1,000 pounds of product.
[5] The TAPs are given under Louisiana Administrative Code (LAC) – LAC Title 33, Pt. III § 5112, Tables 51.1–51.3.

15

Testifying Expert Report

4.2.1.3.2     Emissions Data

The Cornerstone Acrylonitrile Plant total yearly Title V Permit emission limits are presented in Table 9.

**Table 9. Acrylonitrile Plant Title V Permitted Annual Air Emissions for 2017–2019**

| POLLUTANT | 2195-V7[87] | | 2195-V8[88] | |
| | 5/18/2017 – 9/4/2018 | | 9/5/2018 – 9/5/2023 | |
| | (tpy) | (lb/hr) | (tpy) | (lb/hr) |
|---|---|---|---|---|
| $PM_{10}$ | 19.74 | 4.507 | 19.77 | 4.514 |
| $PM_{2.5}$ | 19.74 | 4.507 | 19.77 | 4.514 |
| $SO_2$ | 59.44 | 13.571 | 59.44 | 13.571 |
| NOx | 935.81 | 213.655 | 936.13 | 213.728 |
| CO | 590.06 | 134.717 | 589.60 | 134.612 |
| VOC | 544.18 | 124.242 | 538.16 | 122.868 |
| Acetonitrile | 9.23 | 2.107 | 9.25 | 2.112 |
| Acrolein | 0.250 | 0.057 | 0.25 | 0.057 |
| Acrylic Acid | <0.01 | <0.002 | 0.02 | 0.005 |
| Acrylonitrile | 15.06 | 3.438 | 15.07 | 3.441 |
| Ammonia | 81.65 | 18.642 | 80.65 | 18.413 |
| Chlorine | 0.17 | 0.039 | 0.01 | 0.002 |
| Cobalt compounds | 0.17 | 0.039 | 0.17 | 0.039 |
| Copper and compounds | 0.02 | 0.005 | 0.02 | 0.005 |
| Glycol ethers | 0.01 | 0.002 | 0.01 | 0.002 |
| Hydrochloric Acid | 9.06 | 2.068 | 9.09 | 2.075 |
| Hydrogen Cyanide | 11.92 | 2.721 | 13.30 | 3.037 |
| Methyl methacrylate | 0.10 | 0.023 | 0.04 | 0.009 |
| Lead (and compounds) | 0.02 | 0.005 | 0.11 | 0.025 |
| Nickel (and compounds) | 0.25 | 0.057 | 0.25 | 0.057 |
| Toluene | 1.21 | 0.276 | 0.01 | 0.002 |
| Barium (and compounds) | | | 0.01 | 0.002 |
| Benzene | | | 0.02 | 0.005 |
| Formaldehyde | | | 0.14 | 0.032 |
| Methanol | | | 0.02 | 0.005 |
| n-Hexane | | | 2.87 | 0.655 |
| Zinc | | | 0.04 | 0.009 |

4.2.1.3.3     Emissions Events

The Acrylonitrile Plant has had numerous unpermitted air emissions both before and during the relevant time period. There was one incident in which a process upset resulted in diverting the leaking chemicals through the stack over the course of 8.25 hours.[89] During the release, the incinerator was not operating, resulting in untreated chemicals being

---

[87] May 18, 2017, Title V Permit 2195-V7 (WC_JPLF_00171533 at WC_JPLF_00171534–35).
[88] September 5, 2018, Title V Permit 2195-V8 (WC_JPLF_00173572 at WC_JPLF_00173573–74).
[89] August 15–16, 2016 LDEQ Incident Report (WC_JPLF_00001358 at WC_JPLF_00001365).

43

released.[90] A resident complained about the odor from this incident, and LDEQ prepared an Incident Report for this odor complaint.[91] The resident was located across the River in Harahan and about 1.6 miles from the stack.[92] Although this incident occurred in August 2016, this demonstrates the distance at which air emissions from this facility can impact the trial plaintiffs. An uncontrolled release due to equipment malfunction is not covered by the air permit for this facility.

Other emissions events occurring before July 1, 2017 included a leak of hydrogen cyanide and acrylonitrile on May 15, 2015.[93] A leak of acetonitrile solution containing acetonitrile, hydrogen cyanide, propionitrile, methanol and acetone led to an employee of Cornerstone being hospitalized on March 28, 2017.[94] It is my opinion that these emissions events illustrate the impacts that the Acrylonitrile Plant did have on Jefferson Parish residents and that some of its emissions travel some distance.

### 4.2.1.4    Urea and Melamine Plant

#### 4.2.1.4.1    Facility Information

The Cornerstone Urea and Melamine Plant operated under Title V Permit Number 1981-V6 during the relevant time period.

*Urea Process*. Urea is an organic compound with the chemical formula $CO(NH_2)_2$. Urea is widely used in fertilizers as a source of nitrogen (N) and is an important raw material for the chemical industry. Urea is the organic nitrogen in urine. The production process is described in the Title V Permit.[95] The source of ammonia is not provided.

> *Urea is produced from ammonia and carbon dioxide. The carbon dioxide is purchased and is delivered to the Fortier site by trucks and/or intra-complex pipeline distribution system. The ammonia and carbon dioxide are fed to an autoclave at 2900 psig where they react to form ammonium carbamate. Additional ammonium carbamate solution is recycled from the Melamine Plant. The mixture of urea, ammonium carbamate (unreacted carbon dioxide, ammonia, and water) leave the autoclave and are fed to separation vessels. Here the urea is separated from the ammonia carbamate solution and purified for recovery. Urea solution is then fed to melamine production, while additional urea solution is sent to storage tanks and is sold as product at various concentrations, as market conditions allow. The*

---

[90] *Id*.
[91] *See generally* WC_JPLF_00001358.
[92] *Id*. at WC_JPLF_00001365.
[93] January 20, 2015, LDEQ Incident Report (WC_JPLF_00003889).
[94] March 28, 2017, LDEQ Incident Report (WC_JPLF_00172100 at WC_JPLF_00172103–04).
[95] June 11, 2018, LDEQ Permit 1981-V6 (WC_JPLF00173342).