

**Expert Report of Pamela Dalton, PhD, MPH**
**April 30, 2021**

*Elias Jorge "George" Ictech-Bendeck, et al. v. Waste Connections Bayou, Inc. et al.*,
Civ. Action No. 18-7889 c/w 18-8071, 18-8218, 18-9312 (E.D. La.)

*Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.*,
Civ. Action No. 19-11133 c/w 19-14512 (E.D. La.)

**Pamela Dalton, Member**
**Monell Chemical Senses Center**
**3500 Market Street**
**Philadelphia, PA 19104 USA**

**Executive Summary**

I have been engaged by counsel for Defendants Louisiana Regional Landfill Company ("LRLC"), Waste Connections US, Inc., and Waste Connections Bayou, Inc. (collectively "Waste Connections") to review the evidence in this case that pertains to the frequency, intensity, and duration of odors alleged to be emanating from the Jefferson Parish Landfill ("JPLF") and the symptoms that are alleged to have been caused by certain odorous chemicals. I have also been asked to review the expert report prepared by Dr. Susan Schiffman, dated January 29, 2021, submitted on behalf of Plaintiffs in the actions *Ictech-Bendeck v. Waste Connections Bayou, Inc.* and *Addison v. Louisiana Regional Landfill Company*.[1] This report details my qualifications, the documents reviewed, and my statement and opinions on these matters.

The JPLF is a municipal solid waste landfill located near Avondale, Louisiana.[2] The JPLF is adjacent to two other landfills—a municipal solid waste landfill to the northwest, and a construction and demolition debris landfill to the southeast. In addition to the three landfills, the industrial/urban area includes a chemical manufacturing complex, petrochemical storage facilities, barge loading and cleaning operations, several wastewater treatment plants, and other industrial facilities and operations.

I understand that beginning on July 25, 2018, several class and mass action lawsuits alleging that the JPLF has emitted widespread nuisance odors were filed against Waste Connections (LRLC was the former operator of the JPLF), the Parish of Jefferson (the owner of the JPLF), and Aptim Corp. (a prior landfill contractor for the Parish). Those lawsuits have now been consolidated into two actions: a class action (*Ictech-Bendeck*) and a 549-plaintiff mass action (*Addison*). Despite the numerous potential sources of odors throughout Jefferson Parish, Plaintiffs claim that odors and emissions from the JPLF are causing nuisance damages, including interference with the use and enjoyment of their home. The mass action Plaintiffs also claim that the odors and emissions are causing a variety of health conditions ranging from headaches and eye irritation, to asthma, COPD and to even death.

This report describes the process by which people detect and recognize odors, the thresholds at which this occurs in a laboratory and field setting, and the concentrations at which odors are capable of eliciting true sensory irritation and symptom reports. I also provide information on the factors that influence individuals to report odor annoyance and adverse health symptoms from odor, including expectations and beliefs about the odors (whether true or not).

In addition, I respond to the opinions set forth by Dr. Schiffman in her January 29, 2021 report. For example, Dr. Schiffman opines that (1) the malodors from the JPLF experienced by Plaintiffs from 2017 through 2019 impaired their mood and overall health as compared to a generic definition of health by the World Health Organization (WHO, 2020), (2) exposure to odors from

---

[1] *Elias Jorge "George" Ictech-Bendeck, et al. v. Waste Connections Bayou, Inc. et al.,*
Civ. Action No. 18-7889 c/w 18-8071, 18-8218, 18-9312 (E.D. La.); *Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.*, Civ. Action No. 19-11133 c/w 19-14512 (E.D. La.).
[2] Section 4 of the Expert Report of John Kind (CTEH) and section 3 of the Expert Report of Mark Yocke (Exponent) provide additional information about the lawsuit, the JPLF, and the many potential alternative odor sources throughout Jefferson Parish.

the JPLF at a threshold of 1 microgram per cubic meter ($\mu g/m^3$) profoundly interfered with the quality of Plaintiffs' lives; and (3) malodorous emissions from the JPLF are the major contributor to the health complaints reported by Plaintiffs. However, the studies cited by Dr. Schiffman do not support her broadly stated opinions. In addition, she bases her opinions on flawed reasoning concerning the results of Louisiana Department of Environmental Quality ("LDEQ") air monitoring and modeling conducted by Plaintiffs' expert, Mr. James Lape. Further, she ignores the federally accepted and scientifically supported level of distinct odor awareness for hydrogen sulfide ("$H_2S$") and instead puts forth and relies upon on a laboratory-derived minimum odor detection threshold to determine odor impacts, which she then supports with biased self-reported odor complaints by residents. Finally, Dr. Schiffman opines that learned odor aversions resulted from the pairing of adverse biological effects with odors from the JPLF, which she contends will likely persist for Plaintiffs over time. Even if Dr. Schiffman correctly applied learned odor aversion here, which she did not, application of this theory is not proper in light of the factual evidence concerning the contribution of other sources to the odor issues in Jefferson Parish.

In sum, it is my opinion to a reasonable degree of scientific certainty that although landfills have the potential to emit odors considered unpleasant or annoying, the opinions provided by Dr. Schiffman that the JPLF is the primary source of the nuisance malodors and the consequent health symptoms, including learned odor aversions, are not scientifically valid, are unreliable, and are not supported by the evidence.

## Qualifications

I am employed as a senior research scientist and Principal Investigator at the Monell Chemical Senses Center ("Monell Center") in Philadelphia, a private, non-profit, research institute devoted to the study of the chemical senses—smell, taste, and chemical irritation. For many years, I have conducted studies investigating odors from sources such as wastewater treatment plants, agricultural operations, and landfills. My doctoral-level training was in cognitive psychology and perception. I also have a Master's Degree in Public Health. At the Monell Center, since 1996, I have led a research laboratory focused on the human perception of odor, irritation, and acute symptoms from odorous chemical exposures, especially as this perception is influenced by psychological factors. My research is funded by the National Institutes of Health, the Department of Defense, foundations such as the Bill and Melinda Gates Foundation, and various industrial sponsors of the Monell Center, and is conducted both in the laboratory and in the field. I have served as a consultant to numerous government committees, industry trade associations, and regulatory agencies. My curriculum vitae is attached to this report. My hourly rate is $450.00/hour for work performed at the Monell Center (e.g., review of records), and $550.00 plus expenses for testimony (including testifying remotely by web conference) or work requiring travel. My compensation is not dependent on the outcome of this case.

## Documents and Literature Reviewed

In preparation for this report and to inform my opinions, I reviewed the report of Plaintiffs' expert Dr. Susan Schiffman, the references she cites, and the reports of Waste Connections' experts Dr. John Kind and Dr. Mark Yocke. I have also reviewed odor complaints made by residents to the JPLF odor complaint hotline and LDEQ, "smell reports" collected through the Harahan/River

Ridge Air Quality Facebook group, a Louisiana Department of Health ("LDH") report concerning odors and air monitoring by LDEQ in Jefferson Parish, Mobile Air Monitoring Lab reports by LDEQ, news articles and social media posts about odors in Jefferson Parish, and Plaintiff Fact Sheets describing the symptoms and odors alleged by Plaintiffs. In the appendix, I further list the documents and scientific literature I reviewed to form the basis of my opinions.

**Human Ability to Detect Odors and Irritants**

There are two systems for detecting airborne chemicals in our eyes, nose, and oral cavity: olfaction (smell: Cranial Nerve I) and chemesthesis (sensory irritation or "chemical feel": Cranial Nerve V) (Cometto-Muniz, Cain, & Abraham, 2004). Stimulation of the olfactory system produces sensations of odor (i.e., fruity, smoky, or earthy). Stimulation of the chemesthetic system produces tactile sensations (i.e., tingling, stinging, burning, or cooling/warming). Nearly all volatile chemicals can be smelled at concentrations significantly lower (often one or multiple orders of magnitude lower) than the concentration that elicits sensory irritation (Cometto-Muñiz & Cain, 1993). And for most chemicals, including sulfur compounds, odor and sensory irritation provides a warning of exposure at concentrations below the level of toxicological concern (Arts, Rennen, & De Heer, 2006; Bruning et al., 2014; Nielsen & Wolkoff, 2017).

Our sense of smell is initiated when we sniff air containing odorant molecules into our nose such that they make contact with the olfactory receptors, which are located on neurons extending from an area about the size of a postage stamp, high in the back of the nasal passages. If an odorant molecule contacts and binds with the appropriate receptor, this initiates a biochemical cascade of events that sends an electrical signal through the olfactory nerve to the brain. Once this signal reaches the brain (the olfactory cortex), it is matched to previous representations of odors in order for the individual to identify or characterize what they smell.

A variety of factors, specific to each person, will determine whether that person is capable of perceiving a particular odor and the intensity with which it is perceived. Human odor detection thresholds ("ODTs")—the lowest concentration of an odorant at which a particular individual can detect the presence of an odor—can vary by orders of magnitude from person to person, such that one person may be able to detect an odor at the parts per billion (ppb) level while another person may not be able to perceive that same odor unless it is at the parts per million (ppm) level. Published studies have consistently identified enormous variations in detection thresholds across individuals, all of whom have a "normal sense of smell" (Keller, 2012). It should be noted that odor detection thresholds within the same individual will vary over time. Furthermore, the perception of odor, including its intensity, is not a reliable indicator of the concentration of chemical present as chemicals vary widely in their odor potency, with the ODT for some chemicals in the ppb level while others are in the ppm level (Nagata, 2003).

Dr. Schiffman puts forth an ODT of 1 $\mu g/m^3$ for hydrogen sulfide and then uses this threshold to opine on impacts to Plaintiffs. But an ODT is the lowest amount of an odorant that can be accurately detected when compared to a clean air sample. It is typically measured in a laboratory using an instrument that successively increases the odorant concentration until 50% of the panel can reliably indicate which of two or three presentations contain the odorant (prEN13725, 1999).

Because of the variability of odor detection thresholds within individuals over time, even a detection threshold measured this way is not a static value.

Odor recognition thresholds are distinct from odor detection thresholds. Although little has been published on recognition thresholds, recent work from our group at the Monell Center has shown that the ability to *recognize* and *perceive* the quality or identity of an odorant (e.g., identify the odor as floral or rotten egg as opposed to merely detecting that an odor is present) requires a 3–10 fold increase over the ODT when tested in a laboratory environment (Wise, Soreth, & Dalton, 2018). For example, if an odorant's lab-measured ODT is 1 ppb, then the level at which 50% of the panel can recognize and perceive the quality or identity of that odorant in a laboratory environment is 3-10 ppb.

The ability to detect or recognize a specific chemical outside of a laboratory—referred to as the level of distinct odor awareness—generally requires an increased concentration over the lab-measured ODT or recognition threshold. Thus, the extrapolation of these laboratory-based values to detectability in the real world where individuals are not always focused on detecting odors and with numerous background odors is highly questionable. A report in 2009 that aimed to "develop a methodology for assessing the concentration level at which the exposed general population is likely to become aware and potentially alarmed about the presence of a chemical due to odour detection (or rather: annoyance)" (Ruijten, van Doorn, & van Harreveld, 2009) (emphasis in original) stated that:

> There is a substantial difference between the level of odorant that *can* be detected, and the level that *will* be detected (Whisman et al., 1977). In a study on the influence of various degrees of distraction on the responsiveness of people to well-known warning odours, substantial differences [were] found between directed and undirected tests. In a *directed test*, the attention of the subject is purposely focused on the sole objective of detecting odour. In the *undirected test*, the subjects were given no indication of the object of the exercise. Recalculation of the data on log/probit coordinates resulted in a four-fold increased detection threshold for the undirected test as compared to the directed test (Amoore, 1985).

Based on these data, the authors laid out a series of steps to determine what would be considered a level of distinct odor awareness in the field among a population. After determining the ODT for a chemical, the next step was to derive a concentration that represented a "distinct odour detection level." Following that, additional factors were applied to account for field conditions among the potentially exposed population, including age, health, sex, and distractions. This method produced a value—16 times the ODT—that represented the concentration that would lead to awareness of that odor in a community.

In the Acute Exposure Guideline Levels for Selected Airborne Chemicals, the National Research Council ("NRC")—as requested by the U.S. Environmental Protection Agency ("EPA")—identified the level of distinct odor awareness for hydrogen sulfide. Applying an odor detection limit of 0.6

ppb, and taking into account "everyday life factors such as sex, age, sleep, smoking, upper airway infections, and allergy as well as distraction" and that an individual's perception of odor is very fast (about 5 seconds), the NRC calculated the level of distinct odor awareness for hydrogen sulfide as 10 ppb (NRC, 2010). Only 10% of the population experiences "a strong odor intensity" at this threshold.

**Multiple Factors are Responsible for Odor and Symptom Complaints in a Community**

What distinguishes a person who is likely to experience annoyance or a symptom after smelling an odor and one who does not? While it seems intuitive that annoyance would be driven by the strength and frequency of experienced odors, in a number of community studies, odor annoyance has surprisingly been found to be uncorrelated with either the frequency or intensity of reported odors. In contrast, it appears that personality features and attitudes that result in a negative perception of odors (e.g., are they harmful? do they depress my property value?)—as well as beliefs about odors and their risks—tend to be the drivers of increased odor annoyance and of more drastic health complaints (Dalton, 1996b; Distel et al., 1999; Distel & Hudson, 2001; Karnekull, Jonsson, Larsson, & Olofsson, 2011).

As an initial matter, odor annoyance and symptom reporting are closely related to an individual's ability to recognize an odor. Shusterman and colleagues (Neutra, Lipscomb, Satin, & Shusterman, 1991; Shusterman, Lipscomb, Neutra, & Satin, 1991) reviewed three cross-sectional studies of symptom reporting around hazardous waste sites (which the JPLF is not), and reported that both odor perception and worry about environmental health effects from the sites were strongly related to symptom reporting (e.g., headaches, nausea). The combined effects of odor perception and worry were even stronger. The authors concluded that odor perception provides a sensory cue of chemical exposure that results in either stress-related symptoms or simply heightens one's awareness of pre-existing symptoms. This is particularly found among individuals concerned about the quality of their environment. Ubiquitous low-level symptoms have been reported in numerous studies where odors were present, similar to the symptoms reported by the Plaintiffs in this lawsuit. As is explained in the report of Dr. John Kind,[3] these symptoms occur via non-toxicological pathways that are primarily driven by odor perception (M. A. Smeets & Dalton, 2005). In other words, if the odor is below the level of distinct odor awareness or the person lacks the ability to smell, any exposure to odors will not cause annoyance or reports of symptoms.

Once an odor is recognized, annoyance responses are not primarily impacted by odor intensity but have been shown to be modified by personal factors, such as age, gender and perceived health status (Luginaah, Taylor, Elliott, & Eyles, 2002; Steinheider & Hodapp, 1999; Steinheider & Winneke, 1993; Winneke, Neuf, & Steinheider, 1996), attitudes toward the exposure source, awareness of odors, and socio-demographics (Cavalini, Koeter-Kemmerling, & Pulles, 1991; Evans, Colome, & Shearer, 1988; M. A. M. Smeets, Schifferstein, Boelema, & Lensvelt-Mulders, 2008). Based on responses to surveys (Miedema, Walpot, Vos, & Steunenberg, 2000), investigators have attempted to describe the relationship between exposure to environmental odors and an adverse effect, such as annoyance. Results from these surveys have produced

---

[3] Expert Report of John Kind (CTEH) § 6.1 (Apr. 30, 2021).

"dose-response" functions, ostensibly linking the reported intensity of odor with the degree of annoyance. However, more in-depth studies have established that other variables, when measured, can be more strongly related to the potential for reported annoyance than odor intensity. A key finding of these types of studies is that using "intensity" in analyses of factors that predict annoyance did not, in fact, improve the predictions. Instead, several studies have found significant associations between individual traits of the "perceiver" and reported annoyance (Sucker, Both, & Winneke, 2001; Winneke et al., 1996). Specifically, the level of trait anxiety (a validated stable measure of an individual personality trait) has been consistently and strongly correlated with reported annoyance to environmental (and other) odors (Andersson, Claeson-A-S., Ledin, Wistig, & Nordin, 2013; Pacharra, Schaper, Kleinbeck, Blaszkewicz, & van Thriel, 2016). Thus, the variability seen in communities with respect to the concerns and reported annoyance of residents may be due, at least in part, to a personality trait experienced by only some individuals.

As evidence of this, I note that more than 1,150 complaints to the JPLF or LDEQ were made by only 25 complainants.[4] The most frequent complainant made 113 odor complaints over a two-year period, and one complainant who lives more than <u>seven</u> miles from the JPLF made 39 complaints.

Additionally, information provided about the source of an odor can induce a person to perceive an odor when none is present, to alter the perceived pleasantness of the odor and to perceive the odor as stronger or more persistent than it objectively is (Dalton, 1996b, 1997; Engen, 1972; Gottfried & Wu, 2009; R.S. Herz, 2003; R. S. Herz & von Clef, 2001; Knasko, Gilbert, & Sabini, 1990). The type of information that will induce that perception includes verbal labeling, misidentification, or expectations of the hedonic (i.e., pleasant or unpleasant) nature or risk. In a paper that details the significant pliability of odor perception, Gottfried (Gottfried & Wu, 2009) described one of the first demonstrations of this phenomenon, in which misinforming individuals that an odorant was being dispersed into the environment induced an "olfactory hallucination." In that demonstration, Edward Slosson, a chemistry professor, waved a cloth soaked in water in front of students and asked them to raise their hands if and when they smelled this "novel odor" (Slosson, 1899). Starting from the front of the classroom to the back, a wave of hands went up in expected fashion. However, the experiment had to be stopped before the last students indicated whether they smelled the "novel odor" because those in the front were leaving the room because they "felt ill" from the exposure.

A number of studies have since demonstrated further evidence for olfactory illusions. O'Mahoney (O'Mahoney, 1978) examined the utility of radio and television as a medium for suggestibility effects on odor detection. He conducted a study that required a television and radio audience to be informed in advance that an auditory signal broadcast at a certain frequency would produce the sensation of an odor. For those folks who tuned in at the appropriate time, they were told to call into the radio station to report what they smelled. Amazingly, numerous individuals called to report not only smelling an odor when the sound was played, but some

---

[4] Expert Report of John Kind (CTEH) § 4 (Apr. 30, 2021).

reported that they experienced physical symptoms and allergic reactions as a result of the "odor" the frequency induced.

Similar evidence for artificially induced odor perceptions have been found under controlled laboratory conditions. For example, verbal labeling of an odor can strongly bias the intensity and pleasantness of odor perception: subjects who were told isovaleric acid (a cheesy-smelling fatty acid) was a body odor reported it as much more unpleasant than subjects who were told it was a food odor (de Araujo, 2005; R. S. Herz & von Clef, 2001). Knasko and colleagues (Knasko et al., 1990) found that informing subjects that an aerosol delivery of odorless water was either a pleasant or an unpleasant odorous substance led people to report experiencing the odor consistent with the way the experimenter characterized it. Enhancing odor stimuli with irrelevant color cues increased the likelihood that an individual would report detecting an odor (Engen, 1972) and increased the perceived intensity and liking of an odor (Zellner, Bartoli, & Eckard, 1991; Zellner & Kautz, 1990). Sniffing a colored odorless liquid has also been shown to modulate not only odor, but trigeminal (nasal thermal) perception (Michael, Galich, Relland, & Prud'hon, 2010; Michael & Rolhion, 2008): sniffing a green-colored liquid produced reports of nasal cooling sensations, whereas sniffing a red-colored liquid resulted in reports of nasal warming.

The expectation that an odor may be more healthy or less healthy to breathe can alter how much we attend to the odor and how we react to it when we smell it. In a study to demonstrate this real-world phenomenon, participants were exposed to a normatively neutral odor (pine-balsam) for 20 minutes (Dalton, 1996b, 1999). For some of the participants, the odor was characterized as an industrial solvent while for others it was characterized as an aromatherapy agent. Although all participants were exposed to the same odorant at the same concentration, those who had the odorant characterized as "industrial" reported significantly elevated levels of odor intensity and reports of sensory irritation (eyes, nose, and throat) over time and health-related symptoms at the end of the exposure; they also failed to adapt to the odor. Those who were told the odorant was used in aromatherapy reported that the intensity of the odorant decreased significantly within the first 5 minutes and did not report any irritation or physical symptoms. In fact, they reported feeling relaxed and calm following exposure.

Similarly, expectancies provided in the form of media warnings have also been shown to exacerbate the acquisition of symptoms in response to benign odors (Winters et al., 2003).

The take-home message of these studies is that perception and response to odors is not always driven by the "bottom-up" features of the odorant (e.g., quality, intensity, and identifiability), but rather "top-down" features, such as expectations and beliefs about the odor. More than 100 years ago, a prominent scientist (William James) stated that "Whilst part of what we perceive comes through our senses from the object before us, another part (and it may be the larger part) always comes out of our own mind." Although this applies in general to all sensory systems, odor sensations appear to be more susceptible to suggestion than other sensory experience.

This "top-down" effect is evident in Jefferson Parish as it relates to the alleged JPLF odors. Most of the complaints attributing an odor to the JPLF were made *after* the Parish and LDEQ began

publicly identifying the JPLF as a source of odors, and after social media platforms started identifying JPLF as an odor source. For example, social media posts in April 2018 described a "petro/gas/oil smell" and "poop odor," and identified Cornerstone Chemical Co. ("Cornerstone"), Norco refineries, the Harahan Sewage Treatment Plant, and barge and ship cleaning operations and associated holding ponds—not the JPLF—as potential sources.[5] However, in late June 2018, residents stated on social media: "There is a consensus that the smell is coming from the Jefferson Parish Landfill. The landfill manager monitors our page and he himself has said this, along with [L]DEQ."[6] And on July 9, 2018, Jefferson Parish issued a news release stating that the JPLF "may be a contributory factor to the odor issue" and requested that residents report any odors to the JPLF odor complaint hotline.[7] On July 10, 2018, residents shared the phone number for the JPLF odor complaint hotline on social media and encouraged Facebook group members to call—with numerous residents commenting in response that they called the hotline.[8] Then on July 23, 2018, the Parish again stated publicly that the JPLF was "a contributing source to the[] odors" at a Jefferson Parish Council meeting that was reported in the media.[9] Residents continued to point to the JPLF as the source of odors and share the JPLF odor complaint hotline phone number, with one resident stating in September 2018 that Facebook group members should "[m]ake sure [they] say [they are] smelling hydrogen sulfide from the JP landfill."[10] As a result, the number of odor complaints increased significantly beginning in early July 2018, with only approximately 222 odor complaints made in 2017 and more than 2,600 odor complaints made in 2018 (and most of those occurring after June 2018).[11]

**Evaluation of Expert Report of Dr. Susan Schiffman**

Dr. Schiffman produced a report on behalf of Plaintiffs in which she set forth a number of opinions regarding the alleged impact and health effect of the odors and emissions from the JPLF. Below, I describe several of her opinions and the support she provides and then provide my evaluation of each.

1. **Schiffman Opinion**: The malodors from the JPLF experienced by Plaintiffs over the period 2017-2019 impaired their mood, cognitive function, and overall health based on a generic philosophical definition of health by the World Health Organization (WHO, 2020).[12]

---

[5] Harahan/River Ridge Air Quality, Facebook (Apr. 24, 2018) (WC_JPLF_HERBERT_00010137); Harahan/River Ridge Air Quality, Facebook (Apr. 25, 2018) (WC_JPLF_HERBERT_00010125).

[6] Harahan/River Ridge Air Quality, Facebook (June 29, 2018) (WC_JPLF_HERBERT_00009630); *see also* Harahan/River Ridge Air Quality, Facebook (June 29, 2018) (WC_JPLF_00269804).

[7] Waggaman Community Foundation, Facebook (July 10, 2018), https://bit.ly/3avwu0k.

[8] Harahan/River Ridge Air Quality, Facebook (July 10, 2018) (WC_JPLF_HERBERT_00009506); Harahan/River Ridge Air Quality, Facebook (July 10, 2018) (WC_JPLF_HERBERT_00009503).

[9] Chad Calder, *Update on Obnoxious Jefferson Parish Odor: Landfill Operator's Contract Breached, Yenni Says*, Nola.com, July 23, 2018, https://www.nola.com/article_8afadef0-281b-5f21-a983-363ecadb109c.html.

[10] Harahan/River Ridge Air Quality, Facebook (Sept. 9, 2018) (WC_JPLF_HERBERT_00007771).

[11] Expert Report of John Kind (CTEH) § 4 (Apr. 30, 2021).

[12] Expert Report of Susan Schiffman (Schiffman Consulting) at 5–9 (Jan. 29, 2021).

Dr. Schiffman's assertion that odors from the JPLF have impaired the mood, cognitive function, and overall health of Plaintiffs is not supported by the studies she cites, which are limited in their design, and relies on flawed reasoning concerning the results of LDEQ air monitoring and modeling conducted by Mr. Lape on behalf of Plaintiffs. Dr. Schiffman's reliance on a laboratory-derived ODT to determine impacts, rather than a field-based level of distinct odor awareness, and the potential for bias in the evidence that she relies upon, further undermine her opinion.

Dr. Schiffman opines that malodor is an environmental stressor with psychological, biological, and social consequences and cites a study by Blanes-Vidal et al. (2012) to support the claim. The study, conducted in Denmark, recruited participants in rural areas with livestock operations in an attempt to correlate odor annoyance with measured ammonia emissions. Out of 470 households identified, only 180 agreed to participate and of those respondents, only 83 (46%) reported annoyance from livestock odors. Notably, 60 of those respondents reported only "slight annoyance" from odor, with a mere 23 (4% of all initially recruited participants) reporting annoyance greater than "slight." Given the low reports of annoyance, it is hard to conclude that malodors had adverse consequences for the study participants.

Dr. Schiffman relies on a list of odor descriptors provided by a portion of the Plaintiffs in their respective fact sheet responses (submitted as part of this litigation) to argue that the reported odors arise from the JPLF because the majority are described as "rotten egg" odor, which is commonly attributed to hydrogen sulfide. She notes that some ambient air samples taken by LDEQ throughout Jefferson Parish show elevated concentrations of $H_2S$. However, those measurements were not specifically sourced to any facility, including the JPLF. Dr. Schiffman also notes that dispersion modeling performed by Mr. Lape indicates that hydrogen sulfide concentrations potentially experienced by Plaintiffs are above ODT. Mr. Lape's analysis is subject to criticism by other experts retained by Waste Connections. And Mr. Lape's analysis is based on a very low ODT (1 µg/m$^3$) selected by Dr. Schiffman, which, again, is a value derived in the laboratory that is not adjusted for recognition or for awareness based on field conditions. Thus, even if Mr. Lape's modeling were correctly implemented, his results depend entirely on the reliability of Dr. Schiffman's selected odor threshold.

As previously stated, the ability to detect the quality of any chemical in a non-laboratory environment, including $H_2S$, can be at multiples of the ODT. This is particularly true where, as here, Plaintiffs reside in a heavily industrial area, with background concentrations of $H_2S$ estimated to be at least 1 ppb.[13] Accordingly, Dr. Schiffman's (and Mr. Lape's) reliance on 1 µg/m$^3$ (which is approximately 0.72 ppb) as an ODT for $H_2S$ to identify areas of impact is unsubstantiated.

Furthermore, an individual's odor experience (intensity, quality, and hedonics) can be biased by prior information about the potential source of the odor (Distel & Hudson, 2001), and should not be used to validate modeling results due to this potential for biased reporting. This is evident in Jefferson Parish, where news articles described a "noxious" and "sickening" odor that "plagu[es]" residents  and causes asthma attacks, headaches, nose bleeds, tightness in the chest, and burning

[13] Expert Report of John Kind (CTEH) § 6.1(Apr. 30, 2021); Expert Report of Mark Yocke (Exponent) § 5.1.5 (Apr. 30, 2021).

eyes and skin.[14] Social media posts likewise described a "chemical attack," a "noxious stench" that causes headaches, eyes and skin burning, and sinus issues.[15] Other residents stated that they did not believe LDEQ statements that the hydrogen sulfide levels are not dangerous.[16] These widely-distributed statements are the types of communications that form people's "top-down" expectations and beliefs about what they may smell and how they should perceive it.

To underscore that point, a number of the odor complaints made to LDEQ and the JPLF reference the odor smelling of "methane," undoubtedly due to the fact that respondents have heard that methane is a constituent of landfill gas. However, methane is odorless and can only be detected when odorants are intentionally added (as in natural gas lines) or when contaminated by other pollutants. Individuals reporting the smell of "methane" are undoubtedly being influenced by the characterization in media, on social media, and elsewhere of the JPLF as the source of most odors.

Additionally, as described above, most complaints attributing the odor to the JPLF were made *after* the Parish and LDEQ began publicly identifying the JPLF as a contributing odor source around late June 2018. Residents frequently used odor descriptors attributable to other sources or not attributable to any source in the first half of 2018.[17] For example, in April 2018, more than 60 complaints were made about chemical and petrochemical odors and more than 50 complaints were made without a description of the character of the odor. In comparison, residents made fewer than 20 complaints about sulfide odors and less than 10 complaints about garbage or landfill odors that month. Then in July 2018, following comments by the Parish and LDEQ and discussion in the media and on social media about the JPLF being an odor source, the number of complaints about sulfide odors increased significantly—surpassing the number of odors not attributable to any particular source by about 50 complaints. By September 2018, sulfide was the most complained about odor. Complaints of landfill and garbage odors similarly increased significantly. Indeed, all 39 odor complaints by the resident living more than seven miles from the JPLF—which used such descriptors as dump, eggy chemical, eggy chemical dump, burning, and natural gas—were made after July 26, 2018. Dr. Schiffman's analysis fails to account for this bias.

Dr. Schiffman also opines that the descriptions of odors in the Plaintiff Fact Sheets confirm that not only do individuals experience odors from the JPLF, but that they also are impacted by chemical concentrations sufficient to produce sensory irritation of the eyes, nose, and throat.

---

[14] Mark Schleifstein, *'Thick Invisible Fog' Over Harahan, River Ridge Raises New Questions About Jefferson Landfill*, Nola.com, Apr. 23, 2019, https://www.nola.com/news/article_1875ea08-91bd-5c47-8805-56124337c619.html; Chad Calder, *Jefferson Parish Officials, DEQ Grilled Over Landfill Problems, Noxious Odors*, Nola.com, Sept. 26, 2018, https://www.nola.com/news/article_bf1603ba-f63c-5104-92e2-cfd92017f72e.html; David Hammer, *A Sickening Smell is Invading Jefferson Parish. But What is to Blame?*, 4WWL, Nov. 16, 2019, https://www.wwltv.com/article/news/investigations/david-hammer/jefferson-parish-landfill-investigation/289-84d9283d-c9ab-47d9-9019-cee69ececcb5.

[15] Harahan/River Ridge Air Quality, Facebook (Aug. 9, 2018) (WC_JPLF_HERBERT_00008648); Harahan/River Ridge Air Quality, Facebook (Nov. 17, 2019) (WC_JPLF_HERBERT_00001929).

[16] Harahan/River Ridge Air Quality, Facebook (July 10, 2018) (WC_JPLF_HERBERT_00009506).

[17] Expert Report of John Kind (CTEH) § 4(Apr. 30, 2021).

This reasoning is flawed because it is very common for individuals to describe such transient symptoms as nasal or ocular irritation simply in response to the perception of an odor. As noted earlier in the Dalton studies (Dalton, 1996a, 1999), study participants who were provided with a negative label for the source of an odor reported experiencing burning eyes, nose, and throat irritation from the exposure. In contrast, study participants provided with a neutral or a positive label for that same odor reported none of those symptoms. This underscores that symptom causation in response to an odor below the threshold for inducing irritation needs to be cautiously interpreted, and is not reliable for purposes of affirmatively validating a modeling result, given the significant potential for information about the odor source to bias sensory responses.

Moreover, the studies Dr. Schiffman cites to support her opinion do not provide objective evidence that malodors experienced at the residences of Plaintiffs impaired their mood and overall health. Dr. Schiffman cites a study she performed to evaluate the impact of living nearby a swine farm on mood. In that study, she obtained mood ratings on a scale known as the Profile of Mood States, which she characterizes as a well-standardized scale used to *quantify objectively the impact of exposure to malodors* (Schiffman, Miller, Suggs, & Graham, 1995). A scale that asks individuals to self-report on their mood state cannot be described as objective, as there is no independent way to assess a change in mood state. Additionally, the individuals were only instructed to complete the scale on the days when they smelled odors, thus biasing the results.

Dr. Schiffman also cites several other studies in which she claims the data show evidence of mood effects from individuals residing near landfills. It should be noted, however, that in none of these studies were the participants strictly unbiased. In the Heaney study, for example, individuals were recruited from a neighborhood that had previously exhibited concerns about nearby waste facilities (Heaney et al., 2011). From this population, 23 individuals were asked to make twice-daily recordings of odor, mood, and symptoms for a period of 14 consecutive days. The authors also measured $H_2S$ along the northern boundary of the community near the landfill, but not at the residents' locations. Dr. Schiffman is using Heaney's interpretation of the data from this study to argue that odorous emissions from the JPLF produced the same type of symptom and mood responses they observed in the North Carolina study. However, as in the swine farm study, the community from which they recruited participants was not an unbiased source of individuals. This neighborhood had already been involved in organizing efforts for environmental justice, and the authors did not use a random sample of participants from the neighborhood in order to reduce bias. As a result, it is highly likely that the individuals who agreed to participate either were more sensitive to odor and irritant effects or were otherwise motivated to report symptoms and mood effects that could be linked to the landfill. There was no control community in the study, wherein individuals who did not live near a landfill could have been asked to complete the same tasks in order to understand the baseline for reporting odor, symptoms, and disruptions to behavior. Moreover, the mood and symptom scales used were biased to include largely negative items: (a) stressed or annoyed, (b) nervous or anxious, (c) gloomy, blue or unhappy, (d) angry, grouchy or bad-tempered, or (e) confused or unable to concentrate (Horten et al., 2009). Particularly since the study did not obtain data from a control community, the questionnaires should have included adequate numbers of control items that could be used to confirm or disconfirm biased responding.

Finally, the World Health Organization ("WHO") definition of health that Dr. Schiffman uses to assert violations of an individuals' health status has been widely criticized since its publication in 1948 (Chatterji et al., 2002; Huber et al., 2011; Saracci, 1997; WHO, 2020). The first criticism concerns the absoluteness of the word "complete" in relation to health and well-being. This definition does not take into account that many people manage and adapt well with chronic disease or manage and adapt well when living in a variety of different environments, each with potential challenges, such as the highly industrial area of Jefferson Parish. The definition is also impractical because "complete" health in any of the domains specified cannot be operationalized or measured, and is "more an ideal to aspire to . . . than a description of a state" (Chatterji et al., 2002). Following decades of criticism of this definition of health, in 2002, WHO proposed a new definition that appears to be more applicable to the current issues. Of particular relevance to the claims regarding the health impact of the alleged JPLF emissions on Plaintiffs, WHO concluded that "health state description and measurement must be distinguished from (1) subjective evaluations of health; (2) consequences of health states; and (3) environmental impacts on health and other proximate or distal determinants of health" (Chatterji et al., 2002).

In summary, the studies cited in Dr. Schiffman's opinion cannot be used to support an objectively determined relationship between symptoms, behavior, and odor from the JPLF because the limitations of the study design and measurements do not support those relationships. Nor can the Plaintiff Fact Sheets, odor complaints, modeling, and other data cited by Dr. Schiffman reliably support a causal relationship to the JPLF due to flawed reasoning and potential for bias.

**2. Schiffman Opinion:** Exposure to odors from the JPLF at a threshold of 1 μg/m$^3$ profoundly interfered with the quality of Plaintiffs' lives.[18]

Dr. Schiffman cites a number of studies looking at alterations of activities in response to malodors to support her use of a very low threshold for hydrogen sulfide. For example, she relies on the Both et al. (2004) study, which indicated that, if odors were recognizable, they could cause annoyance even if not strong. However, Both et al. also explained that, "[i]n order to avoid attribution bias, it is important not to draw too much attention to the odour situation"—which Dr. Schiffman disregards. She instead summarily claims that odorous emissions containing as little as 1 ug/m$^3$ (approximately 0.72 ppb) of $H_2S$ could be recognized as adverse and thus alter behavior and produce annoyance. As noted by the EPA and others, the ODT obtained in a laboratory study does not correspond with the level at which residents recognize an odor, let alone an offensive one, in the field—particularly in an industrial area where the background concentration of hydrogen sulfide is estimated to be greater than the ODT—here at least 1 ppb [19]

Independent of any background odor interference, the EPA has recognized 10 ppb as the level of odor distinct awareness for $H_2S$, at which only 10% of the population experiences an offensive odor. And numerous states set nuisance standards to protect sensitive populations at much higher levels, with hydrogen sulfide limits ranging from 30 ppb for a 30-minute average to 237

---

[18] Expert Report of Susan Schiffman at 10–15 (Schiffman Consulting) (Jan. 29, 2021).
[19] Expert Report of John Kind (CTEH) § 6.1(Apr. 30, 2021); Expert Report of Mark Yocke (Exponent) § 5.1.5 (Apr. 30, 2021).

ppb for an 8-hr average.[20] Dr. Schiffman's use of a low ODT of 1 ug/m$^3$ for hydrogen sulfide (less than a conservative estimate of local background concentrations) to opine that Plaintiffs could be impacted by the emissions is thus not scientifically or factually supported by the record.

Because Dr. Schiffman selects an incredibly low concentration at which H$_2$S could cause impacts, Dr. Schiffman overstates the frequency at which H$_2$S impacts occur. When a more appropriate H$_2$S impact concentration is used, the modeling performed by Dr. Yocke from Exponent—both using his inputs and Mr. Lape's modeling configuration—illustrates that the extent and frequency of odor impacts declines. Both analyses reveal that H$_2$S concentrations at 10 ppb would occur less than 1% of the time throughout most of Jefferson Parish (with *no* impacts reaching the 10 ppb threshold over any period on the East Bank of the Mississippi River). Any higher concentrations (i.e., 30 ppb)  have the potential to occur 1% of the time or more in an even smaller area.[21] It is my opinion that hydrogen sulfide emissions at those concentrations (10 ppb or 30 ppb) which are experienced less than 1% of the time would not be sufficient to constitute a nuisance-level odor , particularly in the context of an industrial environment such as Jefferson Parish.

With regard to the reliability of self-reported impacts on daily life and activities, the studies that Dr. Schiffman cites in support of her opinion are not reliable as most studies are flawed at blinding study participants to the true purpose of the study and the source of the odors under investigation. Furthermore, in an EPA report entitled "A Study of the Social and Economic Impact of Odors" (1973), doubt was cast on the usefulness of odor complaints (such as the smell reports that Dr. Schiffman cites and the odor complaints made to the JPLF odor complaint hotline and LDEQ) in identifying and mitigating odor problems. EPA-funded research revealed that the primary complainants of odor did not represent the feelings of the community as a whole and that persons who volunteer complaints about a particular situation may be expected to overstate their concern. For these reasons, EPA concluded that odor complaints alone could not only be unreliable but also insensitive as an indicator of where odor problems may exist.

As was true for the participants in the Heaney study, Plaintiffs and other residents reporting disruption of their daily activities as a consequence of alleged odors from the JPLF are not a random sample of the community but—as discussed above—may be biased against the JPLF due to media reports, social media, personality traits, or odor sensitivity.

3. **Schiffman Opinion**: The malodorous emissions from the JPLF are the major contributor to the health complaints reported by the Plaintiffs.[22]

Dr. Schiffman, who is not a medical doctor or a toxicologist, opines that health complaints reported by Plaintiffs are characteristic of symptoms that typically occur from repeated exposure to malodorous air pollution of the type generated by municipal solid waste landfills and, in particular, sulfur-based compounds.

---

[20] Expert Report of John Kind (CTEH) § 6.2 (Apr. 30, 2021).
[21] Expert Report of Mark Yocke (Exponent) §§ 5.2, 7.1.1, 7.2 (Apr. 30, 2021).
[22] Expert Report of Susan Schiffman (Schiffman Consulting) at 20–27 (Jan. 29, 2021).

The health complaints, however, are ubiquitous symptoms that arise from myriad causes other than exposure to malodor. As the LDH report recognizes, "It is difficult to assess health effects related to odors because the symptoms are very general and associated with many other causes and are difficult to document; in addition, the symptoms associated with bad odors vary widely among individuals and are influenced by perceptions of odor."[23]

Dr. Schiffman claims that the odor and irritancy of the sulfur compounds (primarily from $H_2S$) were responsible for the symptoms that Plaintiffs have reported. She offers this opinion despite the fact that it is well known in the field of chemosensory research that $H_2S$ is used as a pure olfactory stimulus because it is an extremely weak irritant (if at all) and has been shown not to produce sensory irritation at concentrations up to 2.1 ppm (Kobal & Hummel, 1998), well above any JPLF-caused concentrations potentially experienced by Plaintiffs, and over 2,800 times the threshold Dr. Schiffman advocates.[24]

Studies of individuals who lack a sense of smell (anosmics) have shown that they can still perceive the irritancy from a chemical even if they cannot smell it (Doty, 1975; Doty et al., 1978). Despite not being able to detect a chemical's odor, anosmics can perceive irritation from volatile chemicals that are transmitted by the ethmoid branch of Cranial Nerve V (the trigeminal nerve) that innervates the eyes, nose, and oral mucosa. In multiple studies, exposure of the nose to $H_2S$ fails to elicit sensations of irritation (Grosser et al., 2000; Kobal & Hummel, 1998). Kobal and colleagues studied the evoked potential response to three compounds among a group of individuals completely lacking an ability to smell (anosmics) (Kobal & Hummel, 1998). They hypothesized that the presentation of pure olfactory stimuli (chemicals capable of only stimulating the olfactory nerve, CN1) would not produce an evoked potential response. Three stimulants were used, namely $CO_2$ (52% v/v), $H_2S$ (2.1 ppm), and vanillin (0.8 ppm). In each session, all three stimulants were applied 15 times both to the left and the right nostril. The inter-stimulus interval was 30 to 40 seconds. Thus, $H_2S$ at a concentration equal to the highest measured or modeled concentration in that study was incapable of eliciting irritation, even when applied 30 times directly into the nose.

To put the landfill odors into context, it is useful to understand that the primary chemical at issue ($H_2S$) is a naturally-occurring volatile sulfur constituent of human breath from healthy volunteers (Snel et al., 2011). Concentrations of $H_2S$ measured in a single breath from the oral cavity typically range from 0-1097 ppb (mean 115 ppb). Although there is certainly potential for these concentrations to produce unpleasant odors, there is no evidence that exposure to these concentrations directly leads to health symptoms.

In support of her opinion that malodors and sensory irritants from JPLF emissions induced the symptoms reported by Plaintiffs, Dr. Schiffman cites a study she conducted in which participants were exposed to diluted hog emissions for one hour in a trailer located adjacent to a hog barn (Schiffman, Studwell, Landerman, Berman, & Sundy, 2005). Before, during, and after exposure, a number of objective and subjective endpoints were measured. Results from this exposure were

---

[23] Louisiana Department of Health, *Final Draft* 19 (Jan. 14, 2019) (WC_JPLF_00316722).

[24] Expert Report of John Kind (CTEH) § 6.1 (Apr. 30, 2021); Expert Report of Mark Yocke (Exponent) §§ 5.2, 7.1.1, 7.2 (Apr. 30, 2021).

compared with a second exposure to clean air. None of the objective endpoints (pulmonary function, blood pressure, heart rate, or respiratory rate) or other endpoints (nasal inflammation, mood, attention, or memory) differed between the odorous and clean air conditions. However, more participants reported certain symptoms during the odor exposure than they did during the clean air exposure, as shown below in Table 1.

**Table 1.** Number of persons self-reporting symptoms; Adapted from (Schiffman et al., 2005).

| Symptom | Experimental | | | Control | | | % increase Pre-Post | |
|---|---|---|---|---|---|---|---|---|
| | Pre | Post | 2 hr Post | Pre | Post | 2 hr Post | Experimental | Control |
| | | | | | | | | |
| Headaches | 4 | 23 | 15 | 5 | 10 | 6 | 39.58% | 10.42% |
| Eyes dry, irritated | 2 | 11 | 7 | 2 | 3 | 2 | 18.75% | 2.08% |
| Nausea | 0 | 12 | 1 | 0 | 2 | 2 | 25.00% | 4.17% |
| Throat sore, irritated | 2 | 9 | 3 | 3 | 6 | 5 | 14.58% | 6.25% |
| Throat itching | 0 | 6 | 3 | 0 | 2 | 2 | 12.50% | 4.17% |
| Tearing eyes | 1 | 1 | 1 | 0 | 1 | 2 | 0.00% | 2.08% |
| Sinus/nasal congestion | 6 | 5 | 5 | 7 | 6 | 6 | -2.08% | -2.08% |
| Nasal secretions | 3 | 1 | 3 | 4 | 4 | 3 | -4.17% | 0.00% |
| Nasal irritation, burning | 0 | 1 | 2 | 0 | 3 | 1 | 2.08% | 6.25% |
| Difficulty breathing | 0 | 1 | 2 | 0 | 0 | 1 | 2.08% | 0.00% |
| Cough | 4 | 6 | 2 | 4 | 5 | 3 | 4.17% | 2.08% |

Taking these subjective symptom reports at face value, as Dr. Schiffman does, is problematic. Due to several features of the experimental design, these results require cautious interpretation. First, there was no attempt to "blind" participants to their condition, as they clearly could differentiate when they were in the odor condition vs. the clean air condition. In addition, per human subject protocol requirements, they were told they were being asked to participate in "an experiment on exposure to air from swine operations"; in other words, a well-acknowledged malodor. Both of these features would have had the potential to significantly bias the participants to anticipate and report higher levels of symptoms in the odor condition than in the clean air condition, as has been shown in numerous other studies (Andersson et al., 2013; Dalton, 1996b, 2002; Knasko, 1992, 1993; Knasko et al., 1990; Nordin et al., 2013).

Furthermore, Dr. Schiffman uses the evidence of these symptom reports following exposure to $H_2S$ to confirm the reliability of the symptom reports of Plaintiffs from their putative $H_2S$ odor exposures. However, participants in the swine study were exposed to 24 ppb of $H_2S$ *and* 817 ppb of ammonia for one hour, in addition to numerous other odorous compounds found in swine emissions (but which were not measured in this study). These exposure concentrations were significantly higher than the concentrations of $H_2S$ that she claims produced these same symptoms in the Plaintiffs,[25] and there is no evidence that Plaintiffs have been exposed to any levels of ammonia emissions from the JPLF, let alone emissions of several hundred ppb. Yet, in the swine studies, even at the higher $H_2S$ exposure concentrations, less than half of the participants reported headaches following exposure to the swine emissions. Moreover, the baseline for headache reporting was high—with 4–5 participants reporting headache prior to

---

[25] Expert Report of John Kind (CTEH) § 6.1 (Apr. 30, 2021); Expert Report of Mark Yocke (Exponent) §§ 5.2, 7.1.1, 7.2 (Apr. 30, 2021).

exposure. In the control condition, 10 participants reported headache after exposure to clean air. Thus, the value of this study is questionable, and in any event certainly does not support the 1 µg/m$^3$ threshold proposed by Dr. Schiffman.

Dr. Schiffman also opines that the combined load of volatile organic compounds emitted from the JPLF, as well as from multiple other odorous sources, more likely than not was a cause, or contributed to the cause of, the odor and irritant effects and symptoms experienced by Plaintiffs. While simultaneous exposure to multiple air pollutants can have greater adverse effects than exposure to a single compound (Zeliger, 2003), there is no analysis presented to support Dr. Schiffman's claims. The scientific literature on additivity of sub-threshold odors or irritants is sparse and depends on a number of factors, particularly if there is competitive binding to receptors across the chemical compounds (Rospars, Lansky, Chaput, & Duchamp-Viret, 2008; Sanz, Schlegel, Pernollet, & Briand, 2005). Some irritant compounds may modestly interact to increase sensory detectability, but it is dependent on physico-chemical characteristics, which Dr. Schiffman does not consider. While Dr. Schiffman presents a list of chemicals present in samples taken by LDEQ in Jefferson Parish and identifies some of those that were present in samples taken at the JPLF, she presents no analysis to show that these odors were additive in their potency, that any elevated levels reached Plaintiffs' residences, or that any of the chemicals in the neighborhoods could actually be sourced to the JPLF (e.g., she does not provide any evidence of the levels of these constituents, and no one conducted any modeling or other dispersion analysis of these "additive" chemicals). Thus, the chemicals that she claims may intensify the odors of any landfill emissions are just as likely or more likely to be from other sources in the neighboring vicinity.[26]

With respect to irritation, there is evidence that a degree of agonism can be observed such that some compounds when present below their irritant thresholds can, when mixed, surpass the threshold for irritancy (Cometto-Muñiz, Cain, & Hudnell, 1997). However, the degree to which any mixture will become an irritant even though none of the individual compounds in the mixture are at irritating concentrations depends on the degree of lipophilicity (fat solubility) of any of the compounds and whether competitive binding to receptors occurs. As well, the measured concentrations of hydrogen sulfide reaching offsite are so far below their respective thresholds for irritation that agonistic effects that would exceed irritation thresholds are unlikely.[27] Thus, with respect to either odor or irritant perception from the chemicals in the landfill gas or leachate emissions, Dr. Schiffman conjectures, but has not demonstrated, that any of these compounds have shown evidence of mixture effects.

Finally, the conjecture that odors can cause and exacerbate chronic respiratory problems has never been established in controlled studies. However, *beliefs* that an odor can exacerbate respiratory problems such as asthma have been shown to be factors that influence symptom reporting. In a study where moderate persistent asthmatics were exposed to a pure odorant (phenylethyl alcohol) under two characterizing conditions (asthmogenic vs. therapeutic), the group exposed to the asthmogenic characterization reported more breathlessness and irritation

---

[26] Expert Report of John Kind (CTEH) § 5, 7.3 (Apr. 30, 2021).
[27] Expert Report of John Kind (CTEH) § 5, 6.1 (Apr. 30, 2021).

symptoms during and following exposure than did the therapeutic group, despite the absence of any changes in pulmonary function (Jaen & Dalton, 2014).

In sum, Dr. Schiffman's opinion that emissions from the JPLF are the primary cause of Plaintiffs' health conditions is not reliable as she bases it on irrelevant and unreliable studies and insufficient facts and analysis.

4. **Schiffman Opinion**: Learned odor aversions likely resulted from the pairing of adverse biological effects with odors from the JPLF, which will likely persist for the Plaintiffs over time.[28]

Dr. Schiffman describes the mechanisms by which odors *can* become associated with adverse effects, such as mood or even certain symptoms. She also claims that aversion learning to an odor can occur with a single pairing of an odor with an endotoxin. However, for aversive odor conditioning to occur in a single instance, it is generally agreed that a neutral odor stimulus occurs concurrently or immediately prior to (i) a traumatic fearful event (e.g., assault, warfare), (ii) a painful event (e.g., shock, injury), or (iii) an acute onset of illness (e.g., vomiting following ingestion of a food or beverage). It is in this type of a situation that the formerly neutral odor becomes aversive.

According to Dr. Schiffman however, the odors that Plaintiffs experience are already aversive; thus, it is unclear that they could acquire more meaning through association. She also indicates that aversive odor conditioning induces long-term alterations in the piriform cortex and amygdala. However, all experiences where learning occurs induce alterations in the brain—changes that are intended to result in adaptive behaviors. Claiming that Plaintiffs have experienced long-term changes in the structure and function of their brains as a potential consequence of a learned association can be unnecessarily alarming as it is a normal continuous process by which our brains update information that is relevant to our everyday life.

More importantly in relation to general causation, even if established, the conditioned odor stimulus is not specific to a context or source, but in adults tends to generalize over time. In other words, *any* sulfur odor—whether from JPLF, the other two landfills, the local wastewater treatment plants, or the myriad of other sources—would have the potential to be judged aversive. Yet Dr. Schiffman inappropriately attributes all such aversions to the JPLF, despite evidence to the contrary. For example, residents reported on social media that they knew that Cornerstone and the barges were contributing to the sulfur smell.[29] Any one of those sources could be the cause of any alleged odor aversion by Plaintiffs. So even if learned aversion to an odor has occurred as Dr. Schiffman claims, it does not show a causal link to any particular source. And even putting aside Plaintiffs' likely misattribution, Dr. Schiffman presents no evidence from any of the Plaintiffs' statements that such learned odor aversion has occurred.

---

[28] Expert Report of Susan Schiffman (Schiffman Consulting) at 27 (Jan. 29, 2021).
[29] *See, e.g.*, Harahan/River Ridge Air Quality, Facebook (July 11, 2018) (WC_JPLF_00269827).

**Conclusion**

Based on my review of the relevant documents and scientific literature, and my experience with odor perception and odor impacts, it is my opinion to a reasonable degree of scientific certainty that for all but a very few individuals in close proximity to the JPLF, emissions from the JPLF could not be the source of the nuisance malodors claimed by Plaintiffs, and that emissions from the JPLF would not be the cause of health conditions, including learned odor aversions, claimed by *any* Plaintiff. Dr. Schiffman's opinions to the contrary are not scientifically valid, are unreliable, and are not supported by the evidence.

My opinions contained herein are based on a reasonable degree of scientific certainty. This report is based on the facts and information which were available to be reviewed at this time.

_____          ___4/30/2021_____

Signed: Pamela H. Dalton, PhD, MPH          Date

**Reliance Documents**

*6WDSU Live Report on Jefferson Parish Landfill Class Action Lawsuit*, 6WDSU, Dec. 20, 2018 (video provided).

Amanda Roberts, *LDEQ Cites Improvement at Jefferson Parish Landfll; Residents Still Cautious*, WVUE, Feb. 26, 2019, http://www.fox8live.com/2019/02/27/ldeq-cites-improvement-jefferson-parish-landfill-residents-still-cautious/.

Amending and Superceding Master Class Action Complaint for Damages, *Elias Jorge "George" Ictech-Bendeck, et al. v. Waste Connections Bayou, Inc. et al.*, Civ. Action No. 18-7889 c/w 18-8071, 18-8218, 18-9312 (E.D. La.) (Apr. 10, 2019)

Chad Calder, *Jefferson Parish Landfill Not to Blame for Most Odors, Private Study Claims,* advocate.com, Nov. 1, 2018, https://www.theadvocate.com/new_orleans/news/article_88f15112-ddeb-11e8-af3feb312d74ead5.html.

Chad Calder, *Jefferson Parish Looking Into Feasibility of Air Monitoring to Find Source of Odors*, Nola.com, Aug. 21, 2019, https://www.nola.com/news/article_5044eb5e-c42b-11e9-96d0-932ceb3dc35c.html.

Chad Calder, *Jefferson Parish Officials, DEQ Grilled Over Landfill Problems, Noxious Odors*, Nola.com, Sept. 26, 2018, https://www.nola.com/news/article_bf1603ba-f63c-5104-92e2-cfd92017f72e.html.

Chad Calder, *New Pipe System at Jefferson Parish Landfill Should Start Improving Odor Problems*, advocate.com, Dec. 5, 2018, https://www.theadvocate.com/new_orleans/news/article_d0187c4c-f8b1-11e8-85e1-5b83d2c8e576.html.

Chad Calder, *Update on Obnoxious Jefferson Parish Odor: Landfill Operator's Contract Breached, Yenni Says*, Nola.com, July 23, 2018, https://www.nola.com/article_8afadef0-281b-5f21-a983-363ecadb109c.html.

David Hammer, *A Sickening Smell is Invading Jefferson Parish. But What is to Blame?*, 4WWL, Nov. 16, 2019, https://www.wwltv.com/article/news/investigations/david-hammer/jefferson-parish-landfill-investigation/289-84d9283d-c9ab-47d9-9019-cee69ececcb5.

David Hammer, *Millions Spent on Sickening Smell, But Little Has Changed*, 4WWL, Nov. 19, 2019, https://www.wwltv.com/article/news/investigations/david-hammer/stench-offailure-part-2/289-84c96103-1832-4dae-a090-84e544d83a0f.

Drew Broach, *Jeff Parish Dump ID'd as Source of River Ridge Stench*, Nola.com, Dec. 5, 2018, https://us.undelete.news/post/jeff-parish-dump-idd-as-source-of-river-ridge-stench/311927.

Expert Report of John Kind (CTEH) (Apr. 30, 2021).

Expert Report of Mark Yocke (Exponent) (Apr. 30, 2021).

Expert Report of Susan Schiffman (Schiffman Consulting) (Jan. 29, 2021).

Harahan/River Ridge Air Quality, Facebook (Apr. 24, 2018) (WC_JPLF_HERBERT_00010137).

Harahan/River Ridge Air Quality, Facebook (Apr. 24, 2018) (WC_JPLF_HERBERT_00010227).

Harahan/River Ridge Air Quality, Facebook (Apr. 25, 2018) (WC_JPLF_HERBERT_00010125).

Harahan/River Ridge Air Quality, Facebook (May 17, 2018) (WC_JPLF_HERBERT_00009829).

Harahan/River Ridge Air Quality, Facebook (June 29, 2018) (WC_JPLF_HERBERT_00009630).

Harahan/River Ridge Air Quality, Facebook (June 29, 2018) (WC_JPLF_00269804).

Harahan/River Ridge Air Quality, Facebook (July 2, 2018) (WC_JPLF_00270735).

Harahan/River Ridge Air Quality, Facebook (July 10, 2018) (WC_JPLF_HERBERT_00009506).

Harahan/River Ridge Air Quality, Facebook (July 10, 2018) (WC_JPLF_HERBERT_00009503).

Harahan/River Ridge Air Quality, Facebook (July 11, 2018) (WC_JPLF_00269827).

Harahan/River Ridge Air Quality, Facebook (July 20, 2018) (WC_JPLF_00270320).

Harahan/River Ridge Air Quality, Facebook (July 21, 2018) (WC_JPLF_HERBERT_00009094).

Harahan/River Ridge Air Quality, Facebook (July 22, 2018) (WC_JPLF_HERBERT_00009060).

Harahan/River Ridge Air Quality, Facebook (July 24, 2018) (WC_JPLF_HERBERT_00008982).

Harahan/River Ridge Air Quality, Facebook (Aug. 9, 2018) (WC_JPLF_HERBERT_00008648).

Harahan/River Ridge Air Quality, Facebook (Aug. 11, 2018) (WC_JPLF_00269823).

Harahan/River Ridge Air Quality, Facebook (Sept. 9, 2018) (WC_JPLF_HERBERT_00007771).

Harahan/River Ridge Air Quality, Facebook (Nov. 17, 2019) (WC_JPLF_HERBERT_00001929).

Jefferson Parish Smell Report Maps from Apr. 22, 2018 to Sept. 12, 2019 (WC_JPLF_HERBERT_00000381).

Jennifer Crockett, *Stench of Liquid Waste Still Plaguing Jefferson Parish Residents*, 6WDSU, Jan. 3, 2019, https://www.wdsu.com/article/stench-of-liquid-waste-still-plaguing-jefferson-parish-residents/25729639.

LDEQ, *Mobile Air Monitoring Lab: River Ridge and Harahan, LA* (Feb. 19, 2018) (JP_JPLF_0009800).

LDEQ, *Mobile Air Monitoring Lab: River Ridge and Harahan, LA* (Apr. 27, 2018) (WC_JP _00158132).

LDEQ, *Mobile Air Monitoring Lab: River Ridge and Harahan, LA* (July 20, 2018) (ADD_P00135782).

LDEQ, *Mobile Air Monitoring Lab: River Ridge and Harahan, LA* (Oct. 8, 2018) (JP_JPLF_0009996).

LDEQ, *Mobile Air Monitoring Lab: Jefferson Parish Odors* (Dec. 16, 2019) (WC_JPLF_00315889).

Louisiana Department of Health, *Final Draft* (Jan. 14, 2019) (WC_JPLF_00316722).

Mark Schleifstein, *'Thick Invisible Fog' Over Harahan, River Ridge Raises New Questions About Jefferson Landfill*, Nola.com, Apr. 23, 2019, https://www.nola.com/news/article_1875ea08-91bd-5c47-8805-56124337c619.html.

Compilation of Odor Complaints Submittted to LDEQ or JPLF Odor Complaint Hotline from July 8, 2015 to Sept. 30, 2020.

Plaintiff Fact Sheets (as of Mar. 15, 2021).

Plaintiffs' First Amended and Supplemental Omnibus Complaint for Damages and Injunctive Relief, *Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.*, Civ. Action No. 19-11133 c/w 19-14512 (E.D. La.) (July 14, 2020).

Ramboll, *Landfill Gas Sampling Data Report* (Jan. 2020).

St. Croix Sensory, Inc., *Odor Evaluation Report* (Nov. 6, 2019).

St. Croix Sensory, Inc., *Odor Evaluation Report* (Nov. 7, 2019).

St. Croix Sensory, Inc., *Odor Evaluation Report* (Nov. 8, 2019).

St. Croix Sensory, Inc., *Odor Evaluation Report* (Nov. 9, 2019).

Travers Mackel, *Work Starts on Jefferson Parish Landfill, Residents Skeptical*, 6WDSU, Nov. 11, 2019, https://www.wdsu.com/article/work-starts-on-jefferson-parish-landfill-residents-skeptical/29762104.

Waggaman Community Foundation, Facebook (July 10, 2008), https://bit.ly/3avwu0k.

## References Cited

Andersson, L., Claeson-A-S., Ledin, L., Wistig, F., & Nordin, s. (2013). The influence of health-risk perception and distress on reactions to low-level chemical exposure. . *Frontiers in Psychology, 4*, 1-8.

Arts, J. H. E., Rennen, M. A. J., & De Heer, C. (2006). Inhaled formaldehyde: Evaluation of sensory irritation in relation to carcinogenicity. *Regulatory Toxicology and Pharmacology, 44*(2), 144-160.

Blanes-Vidal, V., Nadimi, E., Ellermann, T., Andersen, H., Løfstrøm., P. (2012). Perceived annoyance from environmental odors and association with atmospheric ammonia levels in non-urban residential communities: a cross-sectional study. *Environmental Health, 11*.

Both, R., Sucker, K., Winneke, G., & Koch, E. (2004). Odour intensity and hedonic tone - Important parameters to describe odour annoyance to residents? *Water Science & Technology, 50(4)*, 83-92. doi:10.2166/wst.2004.0227.

Bruning, T., Bartsch, R., Bolt, H. M., Desel, H., Drexler, H., Gundert-Remy, U., . . . van Thriel, C. (2014). Sensory irritation as a basis for setting occupational exposure limits. *Archives of Toxicology, 88*(10), 1855-1879. doi:10.1007/s00204-014-1346-z.

Cavalini, P. M., Koeter-Kemmerling, L. G., & Pulles, M. P. J. (1991). Coping with odour annoyance and odour concentrations: Three field studies. *J. Envir. Psychol, 11*, 123-142.

Chatterji, S., Usτʋn, B. L., Sadana, R., Salomon, J. A., Mathers, C. D., & Murray, C. J. L. (2002). *The conceptual basis for measuring and reporting on health*. Paper presented at the Global Programme on Evidence for Health Policy Discussion

Cometto-Muñiz, J. E., & Cain, W. (1993). Efficacy of volatile organic compounds in evoking nasal pungency and odor. *Archives of Environmental Health, 48*(5), 309-314.

Cometto-Muniz, J. E., Cain, W. S., & Abraham, M. H. (2004). Detection of single and mixed VOCs by smell and by sensory irritation. *Indoor. Air, 14 Suppl 8:108-17.*, 108-117.

Cometto-Muñiz, J. E., Cain, W. S., & Hudnell, H. K. (1997). Agonistic sensory effects of airborne chemicals in mixtures: Odor, nasal pungency, and eye irritation. *Percep. Psychophys, 59*(5), 665-674.

Dalton, P. (1996a). Cognitive aspects of perfumery. *Perfumer and Flavorist, 21*, 13-20.

Dalton, P. (1996b). Odor perception and beliefs about risk. *Chemical Senses, 21*, 447-458.

Dalton, P. (1997). Cognitive influences on odor perception. *A. C. R, 1*, 2-9.

Dalton, P. (1999). Cognitive influences on health symptoms from acute chemical exposure. *Health Psychology, 18*(6), 579-590.

Dalton, P. (2002). Odor, irritation and perception of health risk. *International Archives of Occupational & Environmental Health*.

de Araujo, I. E., Rolls, E.T., Velazco, M.I., Margo, C., Cayeux, I. (2005). Cognitive modulation of olfactory processing. *Neuron, 46*, 671-679.

Distel, H., Ayabe-Kanamura, S., Martinez-Gomez, M., Schicker, I., Kobayakawa, T., Saito, S., & Hudson, R. (1999). Perception of everday odors--Correlation between intensity, familiarity and strength of hedonic judgement. In *Chemical Senses* (Vol. 24, pp. 191-199). (Reprinted from: On Request).

Distel, H., & Hudson, R. (2001). Judgement of odor intensity is influenced by subjects' knowledge of the odor source. *Chem. Senses, 26*(3), 247-251.

Doty, R. L. (1975). Intranasal trigeminal detection of chemical vapors by humans. *Physiology and behavior, 14*, 855-859.

Doty, R. L., Brugger, W. E., Jurs, P. C., Orndorff, M. A., Snyder, P. J., & Lowry, L. D. (1978). Intranasal trigeminal stimulation from odorous volatiles: Psychometric responses from anosmic and normal humans. *Physiol. Behav, 20*, 175-185.

Engen, T. (1972). The effect of expectation on judgments of odor. *Acta Psychol, 36*, 450-458.

Evans, G. W., Colome, S. D., & Shearer, D. F. (1988). PSYCHOLOGICAL REACTIONS TO AIR-POLLUTION. *Environmental Research, 45*(1), 1-15. doi:10.1016/s0013-9351(88)80002-1

Gottfried, J. A., & Wu, K. N. (2009). Perceptual and Neural Pliability of Odor Objects. In T. E. Finger (Ed.), *International Symposium on Olfaction and Taste* (Vol. 1170, pp. 324-332).

Grosser, K., Oelkers, R., Hummel, T., Geisslinger, G., Brune, K., Kobal, G., & Lotsch, J. (2000). Olfactory and trigeminal event-related potentials in migraine. *Cephalalgia, 20*(7), 621-631. doi:10.1046/j.1468-2982.2000.00094.x

Heaney, C. D., Wing, S., Campbell, R. L., Caldwell, D., Hopkins, B., Richardson, D., & Yeatts, K. (2011). Relation between malodor, ambient hydrogen sulfide, and health in a community bordering a landfill. *Environmental Research, 111*(6), 847-852. doi:10.1016/j.envres.2011.05.021

Herz, R. S. (2003). The effect of verbal context on olfactory perception. *J. Exp. Psychol. Gen, 132*(4), 595-606.

Herz, R. S., & von Clef, J. (2001). The influence of verbal labeling on the perception of odors: Evidence for olfactory illusions? *Perception, 30*(3), 381-391. doi:10.1068/p3179

Huber, M., Knottnerus, J. A., Green, L., van der Horst, H., Jadad, A. R., Kromhout, D., . . . Smid, H. (2011). How should we define health? *British Medical Journal, 343*, d4163. doi:10.1136/bmj.d4613

Jaen, C., & Dalton, P. (2014). Asthma and odors: The role of risk perception in asthma exacerbation. *Journal of Psychosomatic Research, 77*(4), 302-308. doi:10.1016/j.jpsychores.2014.07.002

Karnekull, S. C., Jonsson, F. U., Larsson, M., & Olofsson, J. K. (2011). Affected by Smells? Environmental Chemical Responsivity Predicts Odor Perception. *Chemical Senses, 36*(7), 641-648. doi:10.1093/chemse/bjr028

Keller, A. (2012). Different noses for mice and men. *BMC Biology, 10*.

Knasko, S. C. (1992). Ambient odor's effect on creativity, mood, and perceived health. *Chem. Senses, 17*(1), 27-35.

Knasko, S. C. (1993). Performance, mood, and health during exposure to intermittent odors. *Arch. Environ. Health, 48*(5), 305-308.

Knasko, S. C., Gilbert, A. N., & Sabini, J. (1990). Emotional state, physical well-being and performance in the presence of feigned ambient odor. *Journal of Applied Social Psychology, 20*(16), 1345-1357.

Kobal, G., & Hummel, T. (1998). Olfactory and intranasal trigeminal event-related potentials in anosmic patients. *Laryngoscope, 108*(7), 1033-1035. doi:10.1097/00005537-199807000-00015

Luginaah, I. N., Taylor, S. M., Elliott, S. J., & Eyles, J. D. (2002). Community reappraisal of the perceived health effects of a petroleum refinery. *Social Science & Medicine, 55*(1), 47-61. doi:10.1016/s0277-9536(01)00206-4

Michael, G. A., Galich, H., Relland, S., & Prud'hon, S. (2010). Hot colors: The nature and specificity of color-induced nasal thermal sensations. *Behavioural Brain Research, 207*(2), 418-428. doi:10.1016/j.bbr.2009.10.027

Michael, G. A., & Rolhion, P. (2008). Cool colors: Color-induced nasal thermal sensations. *Neuroscience Letters, 436*(2), 141-144. doi:10.1016/j.neulet.2008.03.007

Miedema, H. M. E., Walpot, J. I., Vos, H., & Steunenberg, C. F. (2000). Exposure-annoyance relationships for odour from industrial sources. *Atmospheric Environment, 34*, 2927-2936.

Nagata, Y. (2003). Measurement of odor threshold by triangle odor bag method. *Odor Measurement Review*, 118-127.

National Research Council. (2010). Acute exposure guideline levels for selected airborne chemicals, volume 9.

Neutra, R., Lipscomb, J., Satin, K., & Shusterman, D. (1991). Hypotheses to explain the higher symptom rates observed around hazardous waste sites. *Environ. Health Perspect, 94*, 31-35.

Nielsen, G. D., & Wolkoff, P. (2017). Evaluation of airborne sensory irritants for setting exposure limits or guidelines: A systematic approach. *Regulatory Toxicology and Pharmacology, 90*, 308-317. doi:https://doi.org/10.1016/j.yrtph.2017.09.015

Nordin, S., Claeson, A. S., Andersson, M., Sommar, L., Andree, J., Lundqvist, K., & Andersson, L. (2013). Impact of Health-Risk Perception on Odor Perception and Cognitive Performance. *Chemosensory Perception, 6*(4), 190-197. doi:10.1007/s12078-013-9153-0

O'Mahoney, M. (1978). Smell illusions and suggestion: Reports of smells contingent on tones played on radio and television. *Chemical Senses and Flavour, 3*(2), 183-189.

Pacharra, M., Schaper, M., Kleinbeck, S., Blaszkewicz, M., & van Thriel, C. (2016). Olfactory Acuity and Automatic Associations to Odor Words Modulate Adverse Effects of Ammonia. *Chemosensory Perception, 9*(1), 27-36. doi:10.1007/s12078-016-9202-6

prEN13725. (1999). Air Quality- Determination of odour concentration by dynamic olfactometry.

Rospars, J. P., Lansky, P., Chaput, M., & Duchamp-Viret, P. (2008). Competitive and noncompetitive odorant interactions in the early neural coding of odorant mixtures. *Journal of Neuroscience, 28*(10), 2659-2666. doi:10.1523/jneurosci.4670-07.2008

Ruijten, M. W. M. M., van Doorn, R., & van Harreveld, A. P. (2009). *Assessment of odour annoyance in chemical emergency management* (609200001). Retrieved from Bilthoven, the Netherlands:

Sanz, G., Schlegel, C., Pernollet, J. C., & Briand, L. (2005). Comparison of odorant specificity of two human olfactory receptors from different phylogenetic classes and evidence for antagonism. *Chemical Senses, 30*(1), 69-80. doi:10.1093/chemse/bji002

Saracci, R. (1997). The World Health Organisation needs to reconsider its definition of health. *British Medical Journal, 314*, 1409-1410.

Schiffman, S. S., Miller, E. A. S., Suggs, M. S., & Graham, B. G. (1995). The effect of environmental odors emanating from commercial swine operations on the mood of nearby residents. *Brain Research Bulletin, 37*(4), 369-375.

Schiffman, S. S., Studwell, C., Landerman, L., Berman, K., & Sundy, J. (2005). Symptomatic Effects of Exposure to Diluted Air Sampled from a Swine Confinement Atmosphere on Healthy Human Subjects. *Environmental Health Perspectives, 113*(5), 567-576.

Shusterman, D., Lipscomb, J., Neutra, R., & Satin, K. (1991). Symptom prevalence and odor-worry interaction near hazardous waste sites. *Environ. Health Perspect, 94*, 25-30.

Slosson, E. (1899). Shorter communications and discussions: A lecture experiment in hallucinations. *Psychological Review, 6*(4), 407.

Smeets, M. A., & Dalton, P. H. (2005). Evaluating the human response to chemicals: odor, irritation and non-sensory factors. *Environmental Toxicology and Pharmacology, 19*, 581-588.

Smeets, M. A. M., Schifferstein, H. N. J., Boelema, S. R., & Lensvelt-Mulders, G. (2008). The Odor Awareness Scale: A New Scale for Measuring Positive and Negative Odor Awareness. *Chemical Senses, 33*(8), 725-734. doi:10.1093/chemse/bjn038

Snel, J., Burgering, M., Smit, B., Noordman, W., Tangerman, A., Winkel, E. G., & Kleerebezem, M. (2011). Volatile sulphur compounds in morning breath of human volunteers. *Archives of Oral Biology, 56*(1), 29-34. doi:10.1016/j.archoralbio.2010.08.016

Steinheider, B., & Hodapp, V. (1999). Environmental worry: a concept to explain differences in environmentally conscious behaviour? *Zentralblatt Fur Hygiene Und Umweltmedizin, 202*(2-4), 273-289. doi:10.1016/s0934-8859(99)80030-3

Steinheider, B., & Winneke, G. (1993). Industrial odours as environmental stressors: Exposure-annoyance associations and their modification by coping, age and perceived health. *Journal of Environmental Psychology, 13*, 353-363.

Sucker, K., Both, R., & Winneke, G. (2001). Adverse effects of environmental odours: reviewing studies on annoyance responses and symptom reporting. *Water Science and Technology, 44*(9), 43-51.

U.S. Environmental Protection Agency. (1973). A study of the social and economic impact of odors.

WHO. (2020). *Basic Documents* (67 ed.). Geneva: World Health Organization.

Winneke, G., Neuf, M., & Steinheider, B. (1996). Separating the impact of exposure and personality in annoyance response to environmental stressors, particularly odors. In *Environmental International* (Vol. 22, pp. 73-81). (Reprinted from: On Request).

Winters, W., Devriese, S., Van Diest, I., Nemery, B., Veulemans, H., Eelen, P., . . . Van den Bergh, O. (2003). Media warnings about environmental pollution facilitate the acquisition of symptoms in response to chemical substance. *Psychosomatic Medicine, 65*, 332-338.

Wise, P. M., Soreth, B., & Dalton, P. (2018). Human Sensitivity to Warning Odorants in Natural Gas. *Chemical Senses, 43*(7), E193-E193.

Zellner, D. A., Bartoli, A. M., & Eckard, R. (1991). Influence of color on odor identification and liking ratings. *Am. J. Psychol, 104*, 547-561.

Zellner, D. A., & Kautz, M. A. (1990). Color affects perceived odor intensity. *J. Exp. Psychol. Hum. Percept. Perform, 16*(2), 391-397.

Curriculum Vitae
**Pamela H. Dalton, PhD MPH**

Monell Chemical Senses Center
3500 Market Street
Philadelphia, PA  19104
Voice (267) 519-4810
Fax   (215) 898-2084
E-mail: dalton@monell.org

**Education**

| | | | |
|---|---|---|---|
| 2004 | Drexel University | Public Health | MPH |
| 1993 | New York University | Experimental Psychology | Ph.D. |
| 1991 | New York University | Experimental Psychology | M.S. |
| 1989 | Rutgers University | Psychology | B.A.(Hons.) |

**Employment and Experience**

| | |
|---|---|
| 2004- | Member, Monell Chemical Senses Center |
| 2000-04 | Associate Member, Monell Chemical Senses Center |
| 1996-00 | Assistant Member, Monell Chemical Senses Center |
| 1993-96 | Postdoctoral Fellow, Monell Chemical Senses Center |

**Honors and Awards**

| | |
|---|---|
| 1989 | Rutgers University, Psychology Department Outstanding Achievement |
| 1990-92 | New York University Fellowship |
| 1995 | National Research Service Award- NIH-NIDCD |
| 1998 | Society of Cosmetic Chemists- Most Meritorious Paper Award |
| 1999 | Moskowitz-Jacobs Award for Research Excellence in Psychophysics of Taste & Smell |
| 1999-2000 | Morley R. Kare Fellowship |

**External Advisory Committees**

Community Core Group & Lung and Airway Disease Group: Center for Excellence in Environmental Toxicology, University of Pennsylvania Medical School
Scientific Advisory Board Member, Johnson's Baby, Johnson & Johnson Consumer Products
Past Member, National Academies' Panel on Human Research at the Army Research Laboratory
Past Member, National Institutes of Health Toolbox Project, Olfaction domain leader
Past Member, Sensory Functioning Domain, National Children's Study Scientific and Coordinating Committee for Health Measurement
Member Scientific Advisory Committee for the Yale Tobacco Center of Regulatory Science
Member, National Academy of Sciences, Science & Technology Experts Group for the Office of the Director of National Intelligence

**Monell Committee Service**

Scientific Member: Institutional Review Board #4, University of Pennsylvania
Member, Monell IT Advisory Committee
Co-chair, Monell Post-doctoral Training Program Advisory Committee
Member, Personnel Committee
Chair, Monell Human Subjects Committee

Co-chair, Monell Faculty Search Committee

**Professional Societies**
American Psychological Association (Division 3; Experimental Psychology); American Psychological Society; Eastern Psychological Association; New York Academy of Sciences; Psychonomic Society – Member; Association for Chemoreception Sciences; Society for Psychophysiological Research; American Chemical Society.

**Peer Review Services**
Chemical Senses, Nature Neuroscience, International Archives of Environmental Health, Journal of Occupational and Environmental Medicine, Psychosomatic Medicine, Physiology & Behavior, Perception & Psychophysics, PLOS One, Perception, American Journal of Industrial Medicine.
Ad hoc reviewer for grants submitted to the NIDCD and the NHLBI of the National Institutes of Health, National Science Foundation.

**Educational Activities**
Provide technical seminars and consultation to regulatory agencies including American Conference of Governmental Industrial Hygienists, Environmental Protection Agency, the German MAK Commission.  Community outreach presentations. Guest seminars for undergraduate and graduate classes at the University of Pennsylvania. the Wharton School and Drexel University School of Public Health.

**Pre- and Post-doctoral Trainees**

| | | |
|---|---|---|
| Monique Smeets  University of Utrecht | Post-doctoral | 1998-2001 |
| Denise Chen  Baylor College of Medicine | Post-doctoral | 1998-2000 |
| Richard Opiekun  NJ State Dept of Health | Post-doctoral | 2000-2003 |
| Maja Petrova  University of Coimbra | Post-doctoral | 2001-2004 |
| Kai Zhao | Pre-doctoral | 2002-2004 |
| Kai Zhao  Ohio State University | Post-doctoral | 2004-2007 |
| Laurence Jacquot  Altria | Post-doctoral | 2006-2008 |
| Cristina Jaen  Monell Center | Post-doctoral | 2008-2010 |
| Jessica Gaby Middle Tennessee State Univ. | Pre-doctoral | 2014-2015 |
| Carolyn Novaleski Mayo Clinic | Post-doctoral | 2016-2019 |
| Molly Spencer Beyond Meat | Post-doctoral | 2018-2020 |

**Refereed Publications**

1. Dalton, P. (1993). The role of stimulus familiarity in context-dependent recognition. Memory & Cognition, 21, 223-234.

2. Dalton, P. & Wysocki, C.J.  (1996) The nature and duration of adaptation following long-term odor exposure.  Perception & Psychophysics, 58, 5, 781-792.

3. Dalton, P.  (1996) Odor perception and beliefs about risk.  Chemical Senses, 21,4,447-458.

4. Green, B. G., Dalton, P. Cowart, B., Shaffer, G., Rankin, K. and Higgins, J. (1996) Evaluating the 'Labeled Magnitude Scale' for measuring sensations of taste and smell. Chemical Senses, 21, 323-334.

5.  Dalton, P., Wysocki, C.J., Brody, M.J., & Lawley, H.J. (1997) Perceived odor, irritation and health symptoms following short-term exposure to acetone. American Journal of Industrial Medicine, 31, 558-569.

6.  Dalton, P., Wysocki, C.J., Brody, M.J., & Lawley, H.J.  (1997) The influence of cognitive bias on the perceived odor, irritation and health symptoms from chemical exposure. International Archives of Occupational & Environmental Health, 69, 407-417.

7.  Wysocki, C.J., Dalton, P., Brody, M.J., & Lawley, H.J. (1997) Odor and irritation thresholds for acetone in acetone-exposed factory workers and non-exposed control subjects.  American Industrial Hygiene Association Journal,58(10), 704-712.

8.  Dalton, P. (1999) Cognitive influences on health symptoms from acute chemical exposure. Health Psychology, 18, 579-590.

9.  Dalton, P., Doolittle, N., Nagata, H. & Breslin, P. (2000) Merging of the senses:  Sub-threshold integration of taste and smell.  Nature Neuroscience, 5, 431-432.

10. Dalton, P., Dilks, D. and Banton, M. (2000) Evaluation of odor and sensory irritation for Methyl iso-Butyl Ketone (MiBK) in humans.  American Industrial Hygiene Association Journal 61, 340-350.

11. Schiffman, S., Walker, J.R., Dalton, P., Lorig, T.S., Raymer, J.H., Shusterman, D., Williams, C.M.  (2000) Potential health effects of odor from animal operations, wastewater treatment, and recycling of byproducts.  Journal of Agromedicine, 7, 1-81.

12. Dalton, P., Doolittle, N. and Breslin, P.A.S. (2002) Gender-specific induction of enhanced-sensitivity to odors.  Nature Neuroscience, 5, 199-200.

13. Smeets, M.A., Maute, C.M. & Dalton, P. (2002) Acute sensory irritation from exposure to isopropanol at TLV in workers and controls: Objective versus subjective effects.  Annals of Occupational Hygiene, 46, 359-373.

14. Smeets, M.A., & Dalton, P. (2002) Perceived odor and irritation of isopropanol in occupationally-exposed workers, International Archives of Occupational and Environmental Health, 75, 541-548.

15. Dalton, P. (2003) Upper airway irritation, odor perception and health risk due to airborne chemicals. Toxicology Letters, 140-141,239-248.

16. Dalton, P. Cowart, B.J., Dilks, D., Gould, M., Emmett, E., Stefaniak, A. and Lees, P.S.J. (2003) Olfactory function in workers exposed to styrene in the reinforced-plastics industry.  American Journal of Industrial Medicine.44, 1-11.

17. Lees, P.S.J., Stefaniak, A., Emmett E., and Dalton, P. (2003) Exposure assessment for study of olfactory function in workers exposed to styrene in the reinforced-plastics industry. American Journal of Industrial Medicine, 44, 12-23.

18. Dalton, P., Gould, M., Girten, B., Stodieck, L.S. & Bateman, T.A. (2003) Sensory Evaluation of Odors for Flight Qualification of Mice in the Animal Enclosure Module Hardware.  Journal of Applied Physiology. 95, 2113-2125.

19. Opiekun, R.E., Smeets, M., Sulewski, M., Rogers, R., Prasad, N., Vedula, U., & Dalton, P. (2003) Assessment of ocular and nasal irritation in asthmatics resulting from fragrance exposure.  Clinical & Experimental Allergy, 33, 1256-1265.

20. Doty, D., Cometto-Muniz, J.E., Dalton, P., Jalowayski, A., Kendal-Reed, M. and Hodgkin, M.  (2004) Assessment of upper respiratory tract and ocular irritative effects of volatile chemicals in humans.  Critical Reviews in Toxicology, 34,2, 85-142.

21. Dalton, P., Gelperin, A & Preti, G. (2004)  Volatile metabolic monitoring for glycemic status in diabetics with electronic olfaction.  Diabetes Technology & Therapeutics, 6. 4, 534-544.

22. Nagata, H., Dalton, P., Breslin, P. & Doolittle, N. (2005) Psychophysical isolation of the sensory modality responsible for the absolute detection of a multi-modal chemosensory stimulus. Journal of Experimental Psychology: Human Perception & Performance, 31, 101-109.

23. Chen, .D. & Dalton, P. (2005) The effect of emotion and personality on olfactory perception.  Chemical Senses, 30. 345-351.

24. Smeets, M.A.M. & Dalton, P. H. (2005) Evaluating the human response to chemicals: odor, irritation and non-sensory factors.  Environmental Toxicology and Pharmacology, 19, 581-588.

25. Smeets, M.A.M., Kroeze, J. & Dalton, P.H.  (2006)  Setting occupational exposure limits in humans: contributions from the field of experimental psychology. International Archives of Occupational and Environmental Health, 79, 299-307.

26. Dalton, P., Dilks, D. and Hummel, T. (2006) Effects of long-term exposure to volatile irritants on sensory thresholds, negative mucosal potentials and event-related potentials. Behavioral Neuroscience, 120, 180-187.

27. Zhao, K., Pribitkin, E.A., Cowart, B.J., Rosen, D., Scherer, P.W., Dalton, P. (2006) Numerical modeling of nasal obstruction and endoscopic surgical intervention: outcome to airflow and olfaction. American Journal of Rhinology,. May-Jun;20 (3):308-16.

28. Smeets, M.A.M., Bulsing, P.J., van Rooden, S., Steinmann, R., de Ru, J.A., Ogink, N.W., van  Thriel, C., Dalton, P.H. (2007) Odor and irritation thresholds for ammonia: a comparison between static and dynamic olfactometry. Chemical Senses. 32, 11-20.

29. Dalton, P., Lees, P.S.J., Gould, M., Dilks, D.D., Stefaniak, A., Bader, M.J., Ihrig, A., & Triebig, G. (2007) Evaluation of long-term occupational exposure to styrene vapor on olfactory function. Chemical Senses, 32, 739-47.

30. Gallagher, M., Dalton, P., Sitvarin, L. & Preti G., (2008) Sensory and analytical evaluation of paints with and without Texanol.  Environmental Science & Technology, 42, 243-8.

31. Dalton, P., Maute, C., Oshida, A., Satosi, H. & Izumi, Y. (2008) The use of semantic differential scaling to define the multidimensional representation of odors. Journal of

<u>Sensory Studies</u>, 23, 485-497.

32. Zhao, K., Scherer, P.W.S., Coleman, D. & Dalton, P.  (Under revision)  A mass transport model of human olfactory adaptation.  <u>Chemical Senses</u>.

33. Petrova, M., Diamond, J., Shuster, B. & Dalton, P. (2008) Evaluation of trigeminal sensitivity in asthmatics and healthy human volunteers.  <u>Inhalation Toxicology</u>, 20, 1085-92.

34. Dalton, P., Mennella, J.A., Cowart B.J., Maute, C., Pribitkin, E.A, & Reilly, J.S. (2009) Assessing the prevalence of olfactory dysfunction in pediatric populations.  Olfaction and Taste XI, <u>Annals of the New York Academy of Sciences</u>, Volume 1170, 537-542.

35. Ozdener MH, Yee KK, McDermott R, Cowart BJ, Vainius AA, Dalton P, Rawson NE (2009) .Assessment of smoking status based on cotinine levels in nasal lavage fluid. <u>Tobacco Induced Diseases</u>, 5, 11-18.

36. Sneitz, N., Court, M.H., Zhang, X., Laajanen, K., Yee, K., Dalton, P., & Finel, M. (2009) Human UDP-glucuronosyltransferase UGT2A2: cDNA construction, expression, and functional characterization in comparison with UGT2A1 and UGT2A3. <u>Pharmacogenetics and Genomics</u>. 19(12):923-934.

37. Dalton P.H., Opiekun R.E., Gould M., McDermott R., Wilson T., Maute C., Ozdener M.H., Zhao K., Emmett E., Lees P.S.J., Herbert R., Moline, J. (2010) Chemosensory Loss: Functional Consequences of the World Trade Center Disaster.  <u>Environmental Health Perspectives</u>. 118, 9 1251-1256.

38. Dalton P, Mennella, J.A., Maute, C., Castor, S.M., Silva-Garcia, A., Slotkin, J., Grindle, C.R., Parkes, W., Pribitkin, E.A., & Reilly, J.S.  (2011) Development of a test to evaluate olfactory function in a pediatric population.  <u>Laryngoscope</u>, 121, 9, 1843-1850.

39. Dalton, P., Caraway, E., Gibb., H. & Fulcher, K. (2011) A multi-year field olfactometry study near a concentrated animal feeding operation, <u>Journal of the Air & Waste Management Association</u>. 61:12, 1398-1408.

40. Wise, P.M., Breslin, P.A.S. & Dalton, P. (2012) Sweet taste and menthol increase cough reflex thresholds.  <u>Pulmonary Pharmacology & Therapeutics</u>, 25 (3) 236-41.

41. Miller, S., Gordon, A., Olsson, M., Lundstrom, J. & Dalton, P. (2012) Mind over age-Stereotype activation and olfactory function.  <u>Chemical Senses</u>, 38, 2, 167-74.

42. Dalton, P., Doty, R.L., Murphy, C., Frank, R., Hoffman, H.J., Maute, C.M., Kallen, M.A., Slotkin, J. (2013) Olfactory Assessment Using the NIH Toolbox. <u>Neurology</u>. 80;S32.

43. Dalton, P., Wilson, T., Jaén, C. & Maute, C. (2013) Chemosignals of stress influence social judgments. <u>PLoS One</u>. Oct 9;8(10):e77144. doi: 10.1371/journal.pone.0077144.

44. Zhao, K., Jiang, J., Blacker, K., Lyman, B., Dalton, P., Cowart, B.J., Pribitkin, E.A. (2014) Regional peak mucosal cooling predicts the perception of nasal patency.  <u>Laryngoscope</u>, 124(3) 589-95.

45. Wise, P., Breslin, P.A.S., & Dalton, P. (2014) Effect of taste sensation on cough reflex sensitivity, <u>Lung</u>, 192 (1): 9-13.

46. Zhao, K., Jiang, J., Pribitkin, E.A., Dalton, P., Rosen, D., Lyman, B., Yee, K.K., Rawson,

N.E., Cowart, B.J. (2014) Conductive olfactory losses in chronic rhinosinusitis? A computational fluid dynamics study of 29 patients. International Forum of Allergy & Rhinology, 4(4) 298-308.

47. Maier, A., Vincent, M.J., Gadagbui, B., Patterson, J., Beckett, W., Dalton, P., Kimber, I., Selgrade M.J.K. (2014) Integrating asthma hazard characterization methods for consumer products. Regulatory Toxicology and Pharmacology, 70, 37-45.

48. Zhao, K., Malhotra, P., Rosen, D., Dalton, P. & Pribitkin, E.A. (2014) Computational fluid dynamics (CFD) as surgical planning tool: a pilot study on middle turbinate partial resection. The Anatomical Record, 297(11) 2187-2195.

49. Jaén, C. & Dalton, P. (2014) Asthma and odors: the role of risk perception in asthma exacerbation, Journal of Psychosomatic Research, 77 (4) 302-308.

50. Zhao, K., Dalton, P., Cowart, B.J., Pribitkin, E.A. (2014) In reference to Regional peak mucosal cooling predicts the perception of nasal patency. Laryngoscope, May 124(5) E211-2.

51. Jude, J., Koziol-White, C., Scala, J., Yoo, E., Jester, W., Maute, C., Dalton, P., Panettieri, R. Jr. (2016) Formaldehyde induces Rho-associated kinase activity to evoke airway hyperresponsiveness. American Journal of Respiratory Cell and Molecular Biology, 55,4, 542-553.

52. Li, C., Jiang, J., Kim, K., Otto, B.A., Farag, A.A., Cowart, B.J., Pribitkin, E.A., Dalton, P., Zhao, K. (2018) Nasal structural and aerodynamic features that may benefit normal olfactory sensitivity. Chemical Senses, 43, 4 229-237.

53. Dalton, P. and Maute, C. (2018) Odours and Incontinence: What does the nose know? Journal of Engineering in Medicine, Special Issue: Incontinence Technology. https://doi.org/10.1177/0954411918781409

54. Dalton, P., Soreth, B., Maute, C., Novaleski, C. and Banton, M. (2018) Lack of respiratory and ocular irritation following acute propylene glycol exposure in healthy humans. Inhalation Toxicology. 30 (3) 124-132. doi: 10.1080/08958378.2018.1470207

55. Yoshikawa, K., Wang, H., Jaen, C., Haneoka, M, Saito, N., Nakamura, J., Adappa, N.D., Cohen, N.A. and Dalton, P. 2018. The human olfactory cleft mucus proteome and its age-related changes. Scientific Reports. https://doi.org/10.1038/s41598-018-35102-2.

56. Wang,H., Jaen, C., Yoshikawa, K., Haneoka, M., Saito, N., Nakamura, J., Adappa, N.D., Cohen, N.A., and Dalton, P. (In press) Cytokine profile in human olfactory cleft mucus and associated changes in olfactory function. Laryngoscope.

57. Johnson, M.B., Kingston, R., Utell, M.J., Wells, J.R., Singal, M., Troy, W.R., Horenziak, S., Dalton, P., Ahmed, F.K., Herz, R.S., Oximitz, T.G., Prawer, S. & Yin, S. (2019) Exploring the science, safety and benefits of air care products: perspectives from the inaugural air care summit. Inhalation Toxicology, 31(1) 12-24. doi: 10.1080/08958378.2019.1597221

58. Kitson, J., Leiva, M., Christman, Z. & Dalton, P. (2019) Using field olfactometry to visualize odor impacts in Camden, NJ. Urban Science, 3 (3) 93. https://doi.org/10.3390/urbansci3030093

59. Gaby, J and Dalton P. (2019) Discrimination between individual body odors is unaffected by perfume. Perception. 48 (11) 1104-1123.

60. Spencer, M. and Dalton, P. (2019) The Third Dimension of Flavor: A Chemesthetic

Approach to Healthier Eating (A Review). <u>Journal of Sensory Studies</u>.
<u>https://doi.org/10.1111/joss.12551</u>

61. Dalton, P., Claeson, A-S., and Horenziak S. (2020) The Impact of Indoor Malodor: Historical Perspective, Modern Challenges, Negative Effects, and Approaches for Mitigation. <u>Atmosphere,</u>10.

62. Parma, V., Hannum, ME., O'Leary, M., Pellegrino, R., Rawson, NE.,Reed, DR., Dalton, PH. (In Press) SCENTinel 1.0: development of a rapid test to screen for smell loss. <u>Chemical Senses.</u>

63. Parma, V. et al. (2020) More than Smell- COVID-19 is Associated with Severe Impairment of Smell, Taste and Chemesthesis. Chemical Senses, 45 (7) 609-622.

64. Spencer, M., Rowe, S., Bonnell, C., & Dalton, P. (2020). Consumer acceptance of plant-forward recipes in a natural consumption setting. <u>Food Quality and Preference</u>, *88*, 104080. doi:10.1016/j.foodqual.2020.104080

65. Jaén, C. Maute C, MackinS, Camacho MR, Truran D, Nosheny R, Weiner MW, Dalton P. (2020) Remote olfactory assessment using the NIH Toolbox Odor Identification Test and the Brain Health Registry. <u>medRxiv preprint.</u> doi: 10.1101/2020.12.14.20248177.

66. Tarran, R., Barr, R.G., Benowitz, N.L., Bhatnagar, A., Chu, H.W., Dalton, P., Doerschuk, C.M., Drummond, M.B., Gold, D.R., Goniewica, M.L., Gross, E.R., Hansel, N.N., Hopke, P.K., Koner, R.A., Mikheev, V.B., Neczypor, E.W., Pinkerton, K.E., Postow, L., Rahman, I., Samet, J.M., Salathe, M., Stoney, C.M., Tsao, P., Widome, R., Xia, T., Xiao, D., Wold, L.El. (In press) E-cigarettes and cardio-pulmonary health. <u>Function</u>

67. Parma, V., Hannum, ME., O'Leary, M., Pellegrino, R., Rawson, NE.,  Reed, DR., Dalton, PH. (In press) SCENTinel 1.0: development of a rapid test to screen for smell loss. <u>Chemical Senses</u> doi: 10.1101/2020.12.10.20244301.

68. Novaleski, C.K.,,Doty, R.L., Nolden, A.A., Wise, P.M., Mainland, J.D., Dalton P.H. (2021) Examining the Influence of Chemosensation on Laryngeal Health and Disorders. Journal of Voice. DOI:<u>https://doi.org/10.1016/j.jvoice.2020.12.029</u>

**Invited Papers, Chapters and Technical Reports**

1. Dalton, P. (1996) Cognitive aspects of perfumery.  <u>Perfumer & Flavorist</u>,21, 13-20.

2. Dalton, P. (1997) Cognitive influences on odor perception. <u>Aroma-Chology Review</u>, 7, 2-9.

3. Wysocki, C.J. and Dalton, P. Odor and irritation thresholds for 1-butanol in humans. Technical report submitted to Oxo Process Panel, Chemical Manufacturers Association, January, 1997.

4. Dalton, P. & Dilks, D. Odor, annoyance and health symptoms in a residential community exposed to industrial odors.  Technical report submitted to the NJ Department of Environmental Protection, October, 1998.

5.  Dalton, P. & Beauchamp, G.K. Establishment of odor response profiles: Ethnic, racial and cultural influences. Technical report submitted to the U.S. Army Chemical Research, Development and Engineering Center, February, 1999.

6.  Dalton, P. (1999) The cognitive side of odor perception. Invironment Professional, 5, 4-6.

7.  Smeets, M. & Dalton, P.  (2000) The nose of the beholder.  Aroma-chology Review, 8, 1-10.

8.  Dalton, P. (2000)  Fragrance Perception- From the Nose to the Brain.  Journal of Cosmetic Chemistry, 51, 142-151.

9.  Dalton, P. and Hummel, T. (2000) Chemosensory function in idiopathic environmental intolerance.  In Sparks, P.J. Idiopathic Environmental Intolerance: State of the Art Reviews, Hanley & Belfus, Philadelphia, PA.

10. Dalton, P.  (2000) Psychophysical and behavioral characteristics of olfactory adaptation. Chemical Senses, 25, 487-492.

11. Dalton, P.  (2001) Evaluating the human response to sensory irritation.  American Industrial Hygiene Association Journal, 62, 723-29.

12. Dalton, P. (2001) Psychophysical methods in the study of olfaction and respiratory tract irritation, American Industrial Hygiene Association Journal, 62, 705-710.

13. Dalton, P. (2001) Cognitive influences on odor perception. In Lorig, T.S. (Ed.) Compendium of Olfactory Research: 1994-2000. New York: Kendall-Hunt.

14. Dalton, P. (2002) Odor, Irritation and Perception of Health Risk, International Archives of Occupational & Environmental Health, 75, 283-290.

15. Dalton, P. (2002) Olfaction, in Yantis, S. (ed.) Stevens' Handbook of Experimental Psychology, Volume 1, *Sensation and Perception*, 3rd Edition, pp. 691-756.

16. Keast, R.S.J., Dalton, P. H. & Breslin, P.A.S. (2004) Flavor interactions at the sensory level. In: Flavor Perception. A. Taylor & D. Roberts, (Eds.) Iowa: Blackwell Publishing.

17. Dalton, P. (2004) Olfaction and anosmia in rhinosinusitis.  Current Allergy and Asthma Reports, 4, 230-236.

18. Smeets, M.A.M. & Dalton. P. (2004) Olfactometry: The human nose as detection instrument. Ch. 66, 1-8. Handbook of Human Factors and Ergonomics Methods,  Boca Raton: CRC Press.

19. Dalton, P. & Opiekun, R. (2006) Effects of inhaled toxicants on the nose and nasal function.  Ch. 17, 373-404. Inhalation Toxicology, H. Salem, S. Katz (Eds.) Boca Raton: CRC Press.

20. Zhao, K. & Dalton, P. (2007) The way the wind blows:  Implications of modeling nasal airflow.  Current Allergy and Asthma Reports, 7 (2) 117-25.

21. Dalton, P. Olfactory Toxicity in Humans and Experimental Animals (2010) in J.B. Morris & D. Shusterman (Eds.) Toxicology of the Nose and Upper Airways, Target Organ

Toxicology Series, Ch. 15, pp215-241. New York: Informa HealthCare.

22. Dalton, P. & Jaen, C. (2010) Responses to odors in occupational environments. <u>Current Opinion in Allergy and Clinical Immunology.</u> 10(2):127-32.

23. Dalton, P.  (2012) There's something in the air: Effects of beliefs and expectations on response to environmental odors.  In G.M. Zucco, R.S. Herz & B. Schaal (Eds.) <u>Essays in Olfactory Cognition,</u> Advances in Consciousness Research, Amsterdam, Holland: John Benjamins. 23-38.

24. Dalton, P., Byrne, N. (2016) The Psychology of Chemesthesis: Why would anyone want to be in pain? In <u>Chemesthesis: The Sensations of Eating – Hot, Cold, Tingling, Numbing – and How to Use Them in Food.  Wiley-Blackwell: Hoboken, NJ.</u>


**Selected Invited Meetings, Lectures & Symposia**

3/96     Cognitive and Sensory Effects in Perception. Clinical Dermal Research Society, Newark, NJ.

5/96      Sensory and cognitive effects on flavor perception.  18th Annual Conference of the International Association of Culinary Professionals, Philadelphia, PA.

5/96     Cognitive aspects of perfumery.  42nd Annual Symposium of the American Society of Perfumers, New York, NY.

9/96     Sensory and Cognitive Processes in Adaptation to Odors, New York University-Department of Psychology, New York, NY.

10/96   Sensory and Cognitive Processes in Human Response to Odors.  John B. Pierce Laboratory, New Haven, CT.

2/97     Respiratory Tract Irritation and Olfaction Conference, sponsored by the Chemical Manufacturers Association, Miami, FLA.

2/97     Experience-Induced Changes in Chemosensory Responsiveness.  University of North Carolina and RJ Reynolds Company, Winston-Salem, NC.

5/97     From Chemicals to Cognition: The Science of Human Olfaction.  Eastman Kodak Green Tech Conference, Rochester, NY.

6/97     The Science of Human Olfaction.  Cummins International Technical Advisory Meeting, Lucent Technologies, Murray Hill, NJ.

9/97     The Influence of Expertise. Annual Meeting of The Society of Flavor Chemists, Princeton, NJ.

10/97   Cognitive Factors in Odor Perception.  Olfactory Research Fund Sensory Seminar.  New York Academy of Sciences, NY.

11/97   From Chemicals to Cognition: The Science of Olfaction.  PA-Del. Environmental Advisory Committee, Marcus Hook, DE.

4/98   Cognitive Influences on Odor Perception. Presented at the EPA-NIDCD Workshop, Health Effects of Odors, Durham, NC.

5/98   Evaluation of Odor and Sensory Irritation in Humans.  Presented at the Annual Meeting of the Basic Acrylic Monomer Manufacturers and the Methacrylate Producers Association, New Orleans, LA.

5/98   Evaluating the Human Response to Sensory Irritation.  Presented at the symposium: Use of Irritation Data in Setting Exposure Limits.  American Industrial Hygiene Conference & Exposition, Atlanta, GA.

6/98   Evaluating the Human Response to Sensory Irritation.  Presentation to the National Advisory Committee for Acute Exposure Guideline Levels for Hazardous Substances, Washington, DC.

6/98   Psychological Influences on the Perception of Odors.  Presented at the Symposium: How Irritating Is That Odor?  American Society of Heating, Refrigeration & Air-Conditioning Engineers, Toronto, Canada.

11/98   Fragrance Perception- From the Nose to the Brain.  Presentation  to the Society for Cosmetic Chemists, Morristown, New Jersey.

8/99   Techniques for Evaluating Olfactory Response.  Presentation at the Health, Safety & Environmental Seminar of the Asphalt Institute, Lexington, Kentucky.

12/99   Cognitive Mechanisms and Responses to Odors and Irritants.  Presentation at the Low-level Environmental Exposures: State of the Science Update.  Arlington, Virginia.

2/00   Sensory Irritation.  Presentation to the Chemical Substances Threshold Limit Value Committee, Tucson, Arizona.

2/00   Sensory and Cognitive Responses to Odor: Methodology and Symptomatology. Presentation to the Research Institute for Fragrance Materials, Hackensack, New Jersey.

3/00   Odors and Irritants in the Workplace: Effects on Olfaction and Chemosensation.  Johns Hopkins University, School of Public Health, Department of Environmental Health Sciences, Baltimore, Maryland.

3/00   Odorous Substances for Non-Lethal Applications.  Non-Lethal Defense IV, Tysons Corner, VA.

4/00   The Psychology of Perceiving Odors: How Expectation and Experience Determine What We Smell.  Chair of Symposium presented at the 71st Annual Meeting of the Eastern Psychological Association, Baltimore, MD.

5/00   Odor Perception and Sensory Irritation.  American Industrial Hygiene Association Conference, Orlanda, FLA.

6/00    Mechanisms of Olfactory Adaptation:  Implications for Olfactory Function in Spaceflight.  NASA- Ames Research Center, Moffett Field, CA.

10/00   Odor, Irritation and Perception of Health Risk.   Workshop on Odor and Sensory Irritation.  University of Heidelberg, Heidelberg, Germany.

4/01    Cognitive Influences on Adverse Responses to Odors and Irritants, Occupational Medicine Residents Seminar Series, Environmental and Occupational Health Sciences Institute, Rutgers University, Piscataway, NJ.

8/01    Styrene Exposure Effects on Olfactory Function.  Hospital of the University of Pennsylvania, Grand Rounds, Department of Occupational & Environmental Health, Philadelphia, PA.

11/01   The Science of Olfaction: Human Perception and Response to Malodors.  Mid-Atlantic Biosolids Association, Philadelphia, PA.

4/02    Chemical Senses and Sensors. Technology Trends Conference, National Defense Industrial Association, Baltimore, MD.

5/02    Human Chemosensory Psychophysics. Lectures given at the Conference and School on the Chemical Senses. Abdus Salam Institute for Theoretical Physics, Trieste, Italy.

7/02    Cognitive, Perceptual and Emotional Factors in Trigeminal Experience.  Plenary Lecture at Trigeminal Chemoreception 2002, Pommersfelden, Germany.

9/02    Upper airway irritation, odor perception and health risk due to airborne chemicals.  Invited symposium at the European Toxicology Association 2002, Budapest, Hungary.

10/02   The Science of Olfaction: Human Perception and Response to Malodors.  Seminar to the Department of Chemical Engineering, Kansas State University, Manhattan, KS

2/03    Human perception of malodors.  BioCycle West Coast Conference, Los Angeles, CA

3/03    Cognitive and emotional aspects of fragrance perception.  ESOMAR- The Science of Fragrance, Lausanne, Switzerland.

5/03    Occupational chemical exposure and olfactory function.  Invited lecturer.  American Conference of Occupational & Environmental Medicine, Atlanta, Georgia

6/03    Human body odors as biomarkers of stress.  Cognitive, Psychophysiological, and Behavioral Monitoring for Military Field Applications Workshop, Cincinnati, Ohio.

6/03    Olfaction: Its role in everyday function and life.  OCNS Symposium. Neurobiology for Mind-Body Interactions, Oklahoma Center for Neuroscience, University of Oklahoma, Oklahoma City, OK.

6/03    Olfaction, Taste and Chemesthesis: Multi-sensory Integration.  Symposia lecturer.  International Multi-Sensory Research Forum, McMaster University, Hamilton, Ontario.

6/03    Perceptual, Cognitive & Psychosocial Factors in Occupational Chemical Exposure.  9th Meeting of the International Neurotoxicology Association, Dresden, Germany

6/03    Airflow and Odorant Transport: Implications for Olfactory Perception.  Symposium at the University of Dresden Medical School, Dresden, Germany.

10/03   The Role of Olfaction in Human Experience. Honors Biology Seminar at Swarthmore College, Swathmore, PA

1/04    Psychological and Physiological Effects from Malodors.  Symposium lecturer. US Composting Council Annual Meeting, Las Vegas, NV

2/04    Understanding Adverse Effects from Glutaraldehyde Exposure.  California Dept. of Occupational Safety Ad Hoc Committee Meeting, Oakland, CA

3/04    Hormonal and Cognitive Influences on Olfactory Sensitivity.  Department of Psychology/Biology at Rice University, Houston, TX.

5/04    Hormonal and Cognitive Influences on Olfactory Sensitivity.  Department of Psychology, Washington & Lee University, Lexington, VA.

6/04    Physiological and Psychological Reactions to Malodor.  BioCycle Annual Conference, Philadelphia, PA.

7/04    Superordinate Interactions of Olfaction and Taste.  International Symposium on Olfaction & Taste, Kyoto, Japan.

5/05    Evaluating adverse effects of fragrance on asthmatic response.  RIFM Expert Panel Meeting, Tokyo, Japan.

7/05    Body odors as indicators of emotional and metabolic states.  NSF- Workshop on Deception and Communication,  Arlington, VA

8/05    Gender Effects on Olfactory Dynamics. Symposium: Gender Effects and Sensory Systems.  American Psychological Association, Washington, DC

9/05    Flavor interactions: Experiential and Cognitive Influences.  Cadbury-Schweppes R&D. NJ

3/06    Odor and Irritation from Biosolids: EPA- Biosolids Exposure Monitoring Workshop

4/06    The Innovative Role of Scent in Consumer Products.  Workshop at the Dial Corporation, Scottsdale, AZ.

5/06    Sensory irritation, odor and mVOCs.  American Industrial Hygiene Association & Conference. Roundtable: Mold Components Impact on Health: Spores, mVOCs, and Mycotoxins (allergies, irriation and inflammation, and mycotoxicosis) and IAQ - The Human Factor, Chicago, IL.

5/06    Health Effects of Fragrance- Consumer Specialty Products Association– Air Care Committee- Chicago, IL.

5/06   Olfacton and Cognition: What We Think and What We Smell. Seminar for the Kimberly-Clarke Company, Wausau, WI.

9/06   Olfaction in Occupational Settings.  Technical presentation to the Deutsche Forgemeinschaft (MAK Commission), Dortmund, Germany.

10/06   Understanding Sensory Irritation from VOCs: Measurement and Impact.  Technical seminar for the EPA Microbiocide Committee, Research Triangle Park, NC.

1/07  Health Effects of Nano-materials: Research opportunities and pitfalls. Invited seminar, Center for Excellence in Environmental Toxicology, University of Pennsylvania.

2/07  The Way the Wind Blows: Bioengineering insights into human nasal airflow and olfaction. Houston Society for Engineering in Medicine & Biology, Houston, TX

3/07  Understanding The Mechanistic Bases Of Chemosensation: Olfaction & Sensory Irritation. Seminar Speaker: Society of Toxicology Annual Meeting, Charlotte, NC

4/07 What is the 'Mal' in Malodor? Human Axillae: Why? Workshop at AChemS 2007, Sarasota, FLA

5/07  There's Something in the Air: Understanding the Basis for Human Olfactory Response. Seminar to the Aircare Group: Reckitt Benckiser, Montvale, NJ

6/07  Understanding Sensory Irritation from VOCs: Measurement and Impact in the Workplace. American Industrial Hygiene Associaton, WEEL Committee.

10/07   Odors and Emotions: Affective Modulation of Chemosensory Signals & Response Beirsdorf A.G. Hamburg, Germany

11/07 Chemical Exposure and Olfactory Response.  Talk at Neurotoxicology 24, San Antonio Texas

1/08  Cognitive & Emotional Factors Influencing Olfactory Adaptation Talk at SCJohnson Co. Racine WI

2/08 Odors and Emotion: Talk at "Scents of Summer" Conference for Beirsdorf A.G., Hamburg, Germany

3/08 The Human Response to Malodors.  Keynote speaker: 33rd Conference of Water Environment Foundation, Philadelphia, PA

4/08   Measuring Human Olfactory Response: Cognitive and Sensory Factors Talk given at Rohm & Haas, Springhouse, PA

7/08   ISOT.Symposium  Assessing the prevalence of olfactory dysfunction in pediatric populations.  San Francisco, CA

8/08   ACS Symposium, There's Something in the Air: Chemosensory Impact on Health,

Philadelphia, PA

10/08   NIH Toolbox Meeting, Bethesda, MD, 'Development of a Pediatric Olfactory Test"
12/08   Mt. Sinai Medical Center, "Consequences of Exposure at the World Trade Center Site on Chemosensory Function"

4/09   AChemS Symposium, "Implications for remediation of health effects from odor exposure" Sarasota, FLA

5/09   University of Leuven, Belgium. "Chemosensory triggers of symptom production'.

8/09   Psychological Impact of Fragrance: Air-Care Division of Kimberly-Clark Corporation, Appleton, WI.

9/09   Multi-modal Integration of Smell and Taste, Utrecht University, Utrecht, NL

11/09   Evaluation of Olfactory Ability in Pediatric Population, International Conference on Smell and Taste, Beijing, China

11/09   Understanding the Role of Cognition in the Chemical Senses, General Mills Corporation, Minneapolis, MN

2/10   NIH Toolbox Meeting, Bethesda, MD, 'Evaluation of a Pediatric Olfactory Test"

5/10   Sensory Preferences in Air Care Products: Consumer Trends.  Consumer Special Products Association: Air Care Division, Chicago IL

5/10   Benefits of Fragrance: The Role of Cognition and Emotion, IFRA, London, UK

4/11   The Sentinel Role of the Chemical Senses.  Clinical luncheon Talk at the Association for Chemoreception Sciences Conference, St. Pete Beach, Florida

5/11   Sensory Irritation and the Respiratory Tract Response, Asthma Science Forum, Arlington, VA

9/11   The Human Response to Malodors.  The Smell Summit, The Bill & Melinda Gates Foundation, Seattle, WA

10/11   Fragrance and Airway Sensitivity, Canadian Society of Allergy & Clinical Immunology, Quebec City, Quebec, Canada

11/11   The Science of Perception Research: Converging Risk Analysis, Management and Perception Symposium. Professional Conference for Industrial Hygiene, Baltimore, MD

11/11   Human Cognitive Models and Decision Making: Converging Risk Analysis, Management and Perception Symposium. Professional Conference for Industrial Hygiene, Baltimore, MD

4/12   Chemesthesis and the Respiratory Tract Response, Industry Symposium, AChemS 2012, Huntington Beach, CA.

4/12    Modulation of Airway Defense Functions from Environmental Chemical Exposure, Symposium: Chemical Senses in Health & Disease, AChemS 2012, Huntington Beach, CA.

11/12   Odor, Irritation and Perception of Health Risk.  Institute of Environmental Medicine, Karolinska Institute, Stockholm, Sweden.

11/12   Examining Neurobehavioral Effects of Chemosensory Exposure to Local Irritants Using Event Related Potentials.  Introduction to thesis defense of S. Juran, Karolinska Institute, Stockholm, Sweden.

1/13    The Human Response to Malodors.  Proctor & Gamble Co. Cincinnati, OH.

1/13    Behavior and Response to Human Malodor: Barriers to Utilization of Sanitation Facilities Unilever R&D, Vlaardingen, NL.

3/13    Scents and 'Scentsibility' Psychological vs. Physiological Reactions to Fragrance , Air Care Council, Copenhagen, Denmark

3/13    The Science of Olfaction. Joint AWMA/AIHA Technical Meeting, 2013.  Welch-Allyn Lodge, Skaneateles, NY.

10/13   Scents and 'Scentsibility': The Uniqueness of our Olfactory World.  Colgate-Palmolive Creative  Meeting, Somerset, NJ

1/14    The Origins of Odor Preference.  Estee Lauder Company: Origins Group.  New York, NY

4/14    The Role of Social and Non-Social Odors Across the Lifespan. Penn State Child Study Center, Pennsylvania State University, State College, PA.

10/14   Effect of Anatomy and other Peri-receptor Factors on Olfactory Function. American Association of Anatomists Regional Meeting, Philadelphia, PA.

10/14   Anxiolytic Effects of Social Chemosignals: Potential Therapeutic Applications to PTSD. Brain at War Conference, San Francisco, CA

11/14   Understanding, Identifying and Managing Odor Issues.  EREF Regional Summit on Sustainable Solid Waste Practices & Research.  Austin, Texas.

4/15    What DOES the Nose Know?  Innovating for Continence 2015, The Simon Foundation for Incontinence, Chicago, IL

5/15    There's Something in the Air: Air Care Challenges in 2015 & Beyond.  Consumer Specialty Products Association, Annual Meeting, Chicago, IL.

6/15    How Flavorings Can Affect Perception, Use & Safety of E-cigarettes.  Cardiovascular and Pulmonary Disease and the Emergence of E-cigarettes- Workshop at NIH-NHLBI, Bethesda, MD

7/15    Organoleptic Considerations for Setting Spacecraft Exposure Guidelines.  National Research Council's Committee on Spacecraft Exposure Guidelines, National Academy of Sciences, Washington, DC.

10/15   Asthma and Odors: the Role of Risk Perception in Asthma Exacerbation. International Society for the Advancement of Respiratory Psychophysiology.  Seville, Spain.

11/15   What the Nose Knows.  Incontinence: The Engineering Challenge X.  Institution of Mechanical Engineers, London, UK

8/16    Olfaction: from Babies to Moms.  International Congress of Pediatrics.;  Vancouver, BC, Canada.

12/16   Evaluation of Ocular and Respiratory Irritation from Propylene Glycol. European Chemicals Agency, Helsinki, Finland

2/17    How Flavorings Can Affect Perception, Use and Safety of E-cigarettes.  Keck School of Medicine, University of Southern California, Los Angeles, CA

2/17    Potential Inflammatory and Health Effects of Flavorings in ENDS, National Academy of Sciences, Washington, DC

10/17   The Human Response to Malodor.  Proctor & Gamble, Company.  Measurement Science Community of Practice Symposium, Mason  Business Center, Mason, OH.

4/18    Chemosensory Cues of Environmental Hazards. WIOS Symposium. Association for Chemoreception Sciences, Bonita Beach, Fl.

5/18    Benefits of Malodor Removal Air Care Safety Summit, HCPA Annual Meeting, Washington, DC

11/18   Current Perspectives on the Sensory and Psychological Response to Fragrance, Society of Cosmetic Chemists, UCLA, Los Angeles, CA.

**Trial Testimony and Depositions (Last 4 years)**
**My hourly rate for expert consultation is $450.00, for testimony $550.00.**

February 24, 2017
In the United States District Court for the Eastern District of North Carolina
Deposition in the matter of Anderson, Gillis, Artis, McGowan & McKiver Plaintiff Groups
Master Case No. 5:15-CV-00013-BR
Defense expert
*McGuire Woods, Richmond, VA*

June 21, 2018
In the United States District Court for the Eastern District of North Carolina
Trial testimony in the matter of McGowan et al. v. Murphy Brown
Defense Expert
*McGuire Woods, Richmond, VA*

July 11, 2018
In the Court of Common Pleas of Delaware County,
Deposition in the matter of Charles B. Nelson III and Jean Nelson v. BP Products North America
Inc., et al. Case No. 16-6989
Defense expert
*Maron Marvel, Wilmington, DE*

July 26, 2018
In the United States District Court for the Eastern District of North Carolina July 11, 2018
Trial testimony in the matter of Artis et al. v. Murphy Brown
Defense Expert
*McGuire Woods, Richmond, VA*

January 4, 2019
Circuit Court of Jackson County, Missouri at Kansas City
Hearing testimony for a permit for Valley Oaks Steak Farm
Defense expert
*Lathrop Gage, Kansas City, MO*

February 26, 2019
In the United States District Court for the Eastern District of North Carolina July 11, 2018
Trial testimony in the matter of McGowan et al. v. Murphy Brown
Defense Expert
*McGuire Woods, Richmond, VA*

November 2, 2019
In the Circuit Court of Cook County, Illinois County Department- Law Division
Deposition testimony in the matter of Gwendolyn Amber et al. v. Allied Waste
Defense Expert
*Lathrop Gage, Chicago, IL*

November 6, 2019
In the United States District Court Central District of California
Deposition testimony in the matter of Paul Stockinger et al. v Toyota Motor Sales, USA.
Defense Expert

*Morgan Lewis, Los Angeles, CA*

December 19, 2019
In the Circuit Court of St. Louis County, State of Missouri
Deposition testimony in the matter of Don Strong et al., v Republic Services, Inc.
Defense Expert
*Lathrop Gage, Kansas City, MO*

November 16, 2020
In the United States District Court for the Southern District of Florida
Deposition testimony in the matter of Cardenas vs. Toyota Motor Corporation U.S.A. *et al.*
Defense Expert
*Morgan Lewis, Los Angeles, CA*

December 3, 2020
In the U.S. District Court for the District of Montana, Great Falls Division
Deposition testimony in the matter of Estate of Jeffrey H.B. Alexander v. Montana Dakota
Utilities Co.
Plaintiff Expert
*Edwards Law Firm, Billings Montana*

April 28, 2021
In the General Court of Justice for the State of North Carolina, Superior Court Division
Deposition testimony in the matter of Murphy-Brown, et al. v. Ace American Insurance, et al.
Plaintiff Expert
*Reed Smith, LLP, Chicago, IL*