```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3   In re:
 4   FREDERICK ADDISON, et al.,
 5            Plaintiffs,
 6   vs.                          Case No. 19-CV-11133
 7   LOUISIANA REGIONAL LANDFILL
 8   COMPANY, et al.,
 9            Defendants.
10   _____/
11
12      The Above-Captioned Video-Recorded Deposition of
13                   MICHAEL CORN, CPA
14                10:10 a.m. - 6:52 p.m.
15                   April 23, 2024
16
17
18
19
20
21
22
23   REPORTED BY:
24   STEVEN POULAKOS, RPR
25   JOB NO:  J11168216
```



1
2
3
4
5
6
7           The above-captioned video-recorded
8  deposition of MICHAEL CORN, CPA, was held via Zoom
9  videoconference on Tuesday, April 23, 2024, commencing
10 at 10:10 a.m., at the Law Offices of Beveridge and
11 Diamond, P.C., 1900 N Street, N.W., Suite 100,
12 Washington, D.C. 20036, before Steven Poulakos, Notary
13 Public.
14
15
16
17
18
19
20 REPORTED BY:   Steven Poulakos, RPR
21
22
23
24
25



```
 1   sources.
 2             Now, with respect -- with the exception of
 3   the River Birch landfill and the Highway 90 landfill,
 4   is it your opinion that they were exposed to odors,
 5   gases, dust, particulates of all of the rest of them;
 6   is that right?
 7       A     At some point based on the wind direction.
 8       Q     Okay.  All right.  Now, that takes care of
 9   Interrogatory number 1.  There was also an
10   Interrogatory number 2 that was -- that was asked in
11   this case.  And it says with respect to each emission
12   from each other source that you contend caused the
13   injuries complained of by plaintiffs instead of or in
14   addition to emissions from the Jefferson Parish
15   landfill, please state, A, the chemical substance that
16   you contend caused the injury, B, the dates, times,
17   durations and concentrations of each emission and, C,
18   the contact information of persons with knowledge of
19   the emissions.
20             Do you see that?
21       A     Yes, sir.
22       Q     Now, were you asked to formulate opinions
23   with regard to each one of those answers A, B and C?
24             MS. BRILLAULT:  Object to form.
25             THE WITNESS:  No.  I did not do anything on
```



1  injury.  I did not do any durations and concentrations
2  of each emission and dates and times and the contact
3  person with knowledge.  I have not contacted anybody.
4  So no on -- no on all three.
5  BY MR. ROWE:
6       Q    Okay.  And so just to make sure that I'm
7  clear about all three of these that where you said the
8  chemical substance that you contend caused the injury,
9  you're not making any opinions on any actual chemical
10 causing any actual injury, right?
11      A    No, sir.  I'm not a toxicologist.
12      Q    Okay.  And do you even know what Waste
13 Connections contends are the chemical substances that
14 caused injuries in this case?
15           MS. BRILLAULT:  Object to form.
16           THE WITNESS:  I don't know anything about
17 injuries.  I know nothing about that question.
18 BY MR. ROWE:
19      Q    Okay.  And then Mr. Landry asked you a
20 number of questions here about the dates, times,
21 durations and concentrations of each emission and I
22 think you just told me that you did not do any of that;
23 is that right?
24      A    Not --
25           MS. BRILLAULT:  Object to form.



800.211.DEPO (3376)
EsquireSolutions.com

```
 1        A      Yes, sir.
 2        Q      Okay.  Were you asked to review this
 3   document prior to today, do you know?
 4        A      I do not recognize it, so --
 5        Q      And these -- you know what interrogatories
 6   are, right?
 7        A      Yes.
 8        Q      They are questions that are asked of
 9   parties in litigation?
10        A      Yes, sir.
11        Q      Okay.  And I want to scroll down to
12   Interrogatory number 1 which reads please identify each
13   and every other source of gases and emissions to which
14   you contend the plaintiffs were exposed in this case.
15               Do you see that?
16        A      Yes, sir.
17        Q      And were you told at any time which of the
18   other sources that Waste Connections contends the
19   plaintiffs were exposed to in this case?
20               MS. BRILLAULT:  Object to form.
21               THE WITNESS:  I don't remember being told
22   anything about that.
23   BY MR. ROWE:
24        Q      Okay.  And let's -- I want to scroll down
25   to the -- there's a number of objections that are after
```

