**In the Matter Of:**

Ictech-Bendeck vs Waste Connections Bayou

18-7889

**PAMELA DALTON, PHD, MPH**

*May 13, 2024*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1

 2              UNITED STATES DISTRICT COURT

 3              EASTERN DISTRICT OF LOUISIANA

 4

 5                                          )Civil Action
    ELIAS JORGE "GEORGE"                    )No. 18-7889
 6  ICTECH-BENDECK,                         )c/w 18-8071,
            Plaintiff,                      )18-8218,
 7              vs.                         )18-9312
    WASTE CONNECTIONS BAYOU,                )
 8  INC., ET AL.,                           )Section: "E"
                                            )(5)
 9          Defendants.                     )
                                            )
10  Related Case:                           )
                                            )Civil Action
11  FREDERICK ADDISON, ET AL.,              )
            Plaintiffs,                     )NO. 19-11133,
12              vs.                         )c/w 19-14512
    LOUISIANA REGIONAL LANDFILL             )
13  COMPANY, ET AL.,                        )Section: "E"
                                            )(5)
14          Defendants.                     )
                                            )
15  Applies to:  Both Cases.                )
    ----------------------------------------)
16

17

18         HYBRID VIDEOTAPED DEPOSITION OF

19     EXPERT WITNESS PAMELA DALTON, PhD, MPH

20              New York, New York

21             Monday, May 13, 2024

22

23

24  Reported by:
    TAMI H. TAKAHASHI, RPR, CSR
25  JOB NO. J11168217
```



1
2                        May 13, 2024
3                         10:15 a.m.
4
5              Hybrid Videotaped Deposition of
6      Expert Witness PAMELA DALTON, PhD, MPH, held
7      at the offices of Beveridge & Diamond PC, 825
8      Third Avenue, 16th Floor, New York, New York,
9      pursuant to Notice, before TAMI H. TAKAHASHI,
10     a Registered Professional Reporter and Notary
11     Public of the State of New York.
12
13
14
15
16
17
18
19
20
21
22
23
24
25



```
 1                      P. Dalton
 2   exposed to those odors, gases, dust,
 3   particulates.  Is that correct?
 4        A.   Yes.
 5        Q.   Okay.  Where in your opinion do you
 6   state that the other sources that did cause
 7   the plaintiffs' injuries to any of these
 8   foregoing that are listed here in the bullet
 9   points?
10        A.   Well, I have referred to those as
11   "alternative odor sources" in the -- in
12   the -- in the class area, the Jefferson
13   Parish.
14        Q.   Okay.  And -- one second.  Okay.
15   What participation did you have in -- in
16   generating the response to -- response to
17   Interrogatory Number 1?
18        A.   I don't recall any participation.
19        Q.   Okay.  All right.  And let me --
20   give me one second.  All right.
21             What specific odors do you -- odors
22   and gases do you allege are released from the
23   River Birch Landfill during the relevant time
24   period?
25             MS. KREBS:  Object to form.
```



1                       P. Dalton
2        Q.   I'm sorry, go ahead.
3        A.   No.  Just I said yes, I'm aware of
4    that.
5        Q.   Okay.  You are not providing any
6    opinions in -- in your report about the
7    chemical substances that you contend cause
8    injury --
9             MS. KREBS:  Object to form.
10   BY MS. JAMES:
11       Q.   -- with regards to these other
12   sources that were listed in Interrogatory 1;
13   is that correct?
14            MS. KREBS:  Object to form.
15       A.   I'm not providing an opinion about
16   the specific chemicals in terms of causing
17   injury.  I have merely stated that these are
18   alternative odor sources in the environment.
19   BY MS. JAMES:
20       Q.   Okay.  And you're not offering any
21   opinions in connection with your report in --
22   with your report about the dates, times and
23   durations of concentrations of each emission,
24   correct?
25            MS. KREBS:  Object to form.

