```
 1           UNITED STATES DISTRICT COURT

 2           EASTERN DISTRICT OF LOUISIANA

 3

 4
     ELIAS JORGE "GEORGE"          CIVIL ACTION
 5   ICTECH-BENDECK                NO. 18-7889 C/W 18-8071,
                                   18-8218, 18-9312
 6
     VERSUS                        SECTION E (5)
 7
     WASTE CONNECTIONS BAYOU,
 8   INC., ET AL

 9             RELATED CASE:

10
     FREDERICK ADDISON, ET AL    CIVIL ACTION
11
     VERSUS                      NO. 19-11133 C/W 19-14512
12
     LOUISIANA REGIONAL LANDFILL
13   COMPANY (LRLC), ET AL       SECTION E (5)

14

15

16
     VIDEOTAPED DEPOSITION OF JOHN KIND, PHD, CIH, CSP,
17   TAKEN IN THE LAW OFFICES OF LISKOW & LEWIS, 50TH
     FLOOR, 701 POYDRAS STREET, NEW ORLEANS, LOUISIANA, ON
18   THE 1ST DAY OF MAY, 2024, COMMENCING AT 9:02 A.M. AND
     CONCLUDING AT 6:24 P.M.
19

20

21

22   REPORTED BY:

23

             RUBY M. WALLEN
24           CERTIFIED COURT REPORTER

25
```



```
 1   with counsel about these interrogatories, yeah.  He
 2   can, it is beyond his expert report.  You can ask him
 3   if he had those conversations.  I'm not going to let
 4   you ask him what he talked about.
 5   BY MR. ROWE:
 6         Q.      Okay.  Well, let me ask you, let me
 7   ask it this way.  Did the Waste, has Waste
 8   Connections ever told you which of these other
 9   sources they contend that the plaintiffs were
10   actually exposed to?
11         A.      I don't recall having that specific
12   conversation.  I discussed the alternate sources in
13   my reports.  But that is my work that I have done.
14         Q.      Right.  And there is a difference
15   between things that might be out there and things
16   that, yeah, they were exposed to that, to actually
17   they were actually exposed.
18                 Do you understand that?
19         A.      Yes.
20         Q.      Okay.  And so, you know, the question
21   that we have been trying to figure out is we have got
22   this list of all of these other sources, which one of
23   them actually at issue here.  That is what we want to
24   know.  If there is just a possible source that never
25   emitted anything and nobody is contending that
```

