# In the Matter of:

*Frederick Addison, et al     Plaintiffs*

*vs.*

*Lousiana Regiona Landfill Company, et al     Defendants*

———————————————————————

## Brobson Lutz, M.D.

May 14, 2024

———————————————————————

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FREDERICK ADDISON, et al

  Plaintiffs

v.

LOUISIANA REGIONAL LANDFILL COMPANY,

  et al

Defendants

Case No.: 19-cv-11133

Section: E  Judge Susie Morgan

Magistrate Judge: Michael North

*Applies to all cases.

*********************************************

VIDEO DEPOSITION OF BROBSON LUTZ, M.D. taken on Tuesday, May 14, 2024 at LISKOW & LEWIS, 701 Poydras Street, Suite 5000, New Orleans, LA 70139 beginning at 9:34 a.m. and concluding at 5:34 p.m.

REPORTED BY:

DIANNE C. WININGER, CCR
Certified Court Reporter

 1        Can you tell me if there's anywhere --
 2   well, before we get there and then it lists a
 3   number of places below that:  The River Birch
 4   Landfill, the Highway 90 Landfill, the Harahan
 5   Wastewater Treatment Plant, various parts of
 6   the Cornerstone Complex, the International
 7   Matex Tank Terminals and some others on the
 8   next page.  You see those?
 9        A.   Yes, sir.
10        Q.   Were you asked to opine whether or
11   not any of those sources had emitted odors or
12   gases --
13        A.   No, sir.
14        Q.   -- in which the plaintiffs were
15   exposed?
16        A.   I was simply told that there were
17   multiple areas, including those that were in
18   the if you call it potential odor zone.
19        Q.   So you were told that there were
20   other sources?
21        A.   I was told that there were multiple
22   possible sources of odors.  I was not asked to
23   identify where the odors came from.
24        Q.   And were you told whether any of the
25   sources they actually contend that the

1  plaintiffs -- I mean did they tell you whether
2  they contended that the plaintiffs were
3  actually exposed to any of them?
4       A.   If they did, I don't remember it.
5       Q.   Now, if you could turn to
6  Interrogatory #2, which is on Page 7, and the
7  highlighted part states with respect to each
8  emission from each other source that you
9  contend caused the injuries complained of by
10 plaintiffs instead of or in addition to,
11 emissions from the Jefferson Parish Landfill
12 please state.  And then it lists A, B and C.
13      A, the chemical substance that you
14 contend caused the injury.  B, the dates,
15 times, duration and concentrations of each
16 emission.  And C, the contact information of
17 persons with knowledge of the emissions.  Do
18 you see that?
19      A.   Yes, sir.
20      Q.   And then if you could refer down to
21 the next page, Page 8, under the caption where
22 it says A and B.  The heading, the highlighted
23 part states the Waste Connections Defendants
24 contend that exposure to JPLF emissions was
25 more than likely not the cause and certainly

1  because I'm confused here.  What it said in
2  the interrogatory answers, the chemical
3  substances, the Waste Connections Defendants
4  contend more likely than not caused
5  plaintiffs' injuries are identified in and
6  then it identified your report.
7       So my question is what are the chemical
8  substances the Waste Connections Defendants
9  contend more likely than not caused the
10 plaintiffs' injuries?
11      A.   I did not identify any chemical
12 substance that caused injuries.
13      Q.   Okay.  So there are -- okay, good.
14 So there are no such chemical substances
15 identified in your report?
16      A.   Now, there were, there was
17 substances that could have been a nuisance,
18 but I did not detect, I did not see any
19 injuries at all caused by any fume or odor.
20      Q.   And just to make a point clear about
21 the nuisance, you know, two of the claims that
22 are made by the plaintiffs are decrease in the
23 quality of life and interference with their
24 enjoyment or use of the property, the nuisance
25 kind of claims, right.  And so if I'm