**In the Matter Of:**

ICTECH-BENDECK vs PROGRESSIVE WASTE

18-7899

---

**MATTHEW K. STUTZ, P.E.**

*April 12, 2024*

---



800.211.DEPO (3376)
*EsquireSolutions.com*

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3    * * * * * * * * * * * * * * * * * * * * * * * * *
     ELIAS JORGE "GEORGE"              CIVIL ACTION
4    ICTECH-BENDECK,                   NO. 18-7899
               Plaintiff,             c/w 18-8071
5                                      18-8218
                                       18-9312
6        v.
     PROGRESSIVE WASTE                 SECTION: "E"(5)
7    SOLUTIONS OF LA, INC.,
     et al,
8              Defendants.

9    Related Case:
     FREDERICK ADDISON, et            CIVIL ACTION
10   al,                              NO.19-1133
               Plaintiff,             c/w 19-14512
11       v.
     LOUISIANA REGIONAL               SECTION: "E"(5)
12   LANDFILL COMPANY,
     (LRLC), et al.,
13             Defendants.

14

15       * * * * * * * * * * * * * * * * * * * * * * *

16                 EXPERT DEPOSITION
                          OF
17             MATTHEW K. STUTZ, P.E.

18

19                     taken on
               Friday, April 12, 2024
20             commencing at 10:29 a.m.
                   at the offices
21                       of
               LISKOW & LEWIS, APLC
22              701 Poydras Street
                    49th Floor
23              New Orleans, Louisiana

24       Reported By:  MARYBETH E. MUIR, CCR, RPR

25       * * * * * * * * * * * * * * * * * * * * * * *



 1   Parish.

 2        A.    Okay.

 3        Q.    So for you it's just River Birch and

 4   Highway 90, correct?

 5        A.    That's correct.

 6        Q.    Okay.

 7              Interrogatory No. 2 says:  "With respect

 8   to each emission from each other source that you

 9   contend caused the injuries complained of by

10   plaintiffs, instead of or in addition to emissions

11   from the Jefferson Parish Landfill, please state A,

12   the chemical substance that you contend caused the

13   injury, B, the dates, time durations and

14   concentrations of each emission, and C, the contact

15   information of persons with knowledge of emissions."

16              And then the answer to that was

17   provided, which is again after a whole bunch of

18   objections and things.  And it says on the next

19   page, and this is on Page No. 9 of the answer, and I

20   highlighted it here:  "The chemical substance is the

21   Waste Connections Defendants contend more likely

22   than not caused plaintiffs' alleged injuries are

23   identified in".  And then it's listed as your report

24   that you submitted on March 8th, 2024.

25              Do you see that?



 1                (Witness peruses document.)

 2        A.    Yes.

 3        Q.    Now, can you tell me what is in your

 4   report that identifies the chemical substances the

 5   Waste Connections Defendants contend more likely

 6   than not caused Plaintiffs' alleged injuries?

 7        A.    I guess I'm not -- I don't know what the

 8   alleged injuries are.  I'm so -- I'm not sure I can

 9   speak to that.

10        Q.    Okay.

11              And now on the next page, on Page No.

12   10, the paragraph in the middle of the page says:

13   "The dates, times, durations and concentrations of

14   emissions the Waste Connections Defendants contend

15   more likely than not caused Plaintiffs' alleged

16   injuries are identified in the following expert

17   reports".

18              And then the first one that's listed is

19   yours.  Do you see that?

20        A.    Yes.

21        Q.    Could you tell me where in your report

22   it has the dates, times and durations and

23   concentrations of emissions that the Waste

24   Connections Defendants contend more likely than not

25   caused the Plaintiffs' alleged injuries?



```
 1                  MR. PAUL:  Object to form.
 2        A.    Uhmm.  No.  The report has emissions,
 3   but I'm -- I don't know what they're referring to in
 4   the alleged injuries.
 5        Q.    Okay.
 6              And do you know what they're referring
 7   to with the dates, times, durations and
 8   concentrations of emissions?
 9        A.    Uhmm.  You know, again, there are
10   concentrations.  There are emissions.  I'm not sure
11   what -- how it's being applied or used.
12        Q.    Okay.
13              So you don't really know the answer to
14   this about, you know, what information in your
15   report is responsive to this question?
16        A.    Uhmm.  Well, again, I think there's
17   information in the report that does address
18   emissions and concentrations.  But yeah, the
19   exposure and injuries, I'm just not -- I'm not sure
20   what was -- how that was used.
21        Q.    And apart from the River Birch Landfill,
22   and the Highway 90 Landfill, is there anything in
23   your report or any opinion that you're going to be
24   giving regarding the dates, times, durations,
25   concentrations of emissions, from any other source
```

1   other than the River Birch Landfill or the Highway

2   90 Landfill?

3        A.   I've not been asked to evaluate any

4   other sources.

5        Q.   Okay, thank you.

6             And then on the next page, and this is

7   in answer to Part C, and I've highlighted it here.

8   It says:  "Upon information and belief the following

9   individuals have knowledge about odors, gases, dusts

10  and particulates from one or more of the other

11  sources identified in Response No. 1."

12            And there is a list down there.  And

13  then the fifth one down there is you.

14            Do you see that?

15            (Witness peruses document.)

16       A.   Yes.

17       Q.   And we've talked a little bit today

18  about Highway 90 and River Birch.  Do you have any

19  knowledge about odors, gases, dusts or particulates

20  from any source other than River Birch or Highway

21  90?

22       A.   I have not been asked to evaluate any

23  other sources.

24       Q.   And that's fine.

25            And with regard to Highway 90 and River



 1  Birch, is there any other odors, gasses, dusts or
 2  particulates other than hydrogen sulfide about which
 3  you are going to be giving an opinion on in this
 4  case?
 5      A.    Uhmm.  My opinions at this point have
 6  been related to hydrogen sulfide.
 7      Q.    Okay, thank you.  I think that's all the
 8  questions that I have for right now.  So thank you
 9  very much for being here so late.
10      A.    Thank you.
11              MR. PAUL:  Off the record.
12              THE COURT REPORTER:  Mr. Rowe, can I
13              ask you to please E-mail me the
14              interrogatories you read from.
15              MR. ROWE:  I think the next number is
16              1568.  And I'll go ahead and put a
17              sticker on that and E-mail it to you.
18              (Whereupon, Exhibit No. 1568, was
19              marked for Identification.)
20              THE COURT REPORTER:  Thank you.
21              You guys just want regular delivery on
22              this, right?
23              MR. HAMMEL:  Yes.
24              THE COURT REPORTER:  Does anyone on
25              Zoom want a copy of the transcript?

