1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3      * * * * * * * * * * * * * * * * * * * * * * * * *

4    ELIAS JORGE "GEORGE"          CIVIL ACTION
     ICTECH-BENDECK,
5            Plaintiff            NO. 18-7889
                                  c/w 18-8071,
6    v.                           18-8218, 18-9312

7    WASTE CONNECTIONS BAYOU,     SECTION: "E"(5)
     INC., ET AL.,
8            Defendants           CIVIL ACTION

9    Related Case:                NO. 19-11133,
                                  c/w 19-14512
10      FREDERICK REGIONAL
     LANDFILL COMPANY, ET AL.,    SECTION: "E"(5)
11           Defendants

12   Applies to: Both Cases

13
        * * * * * * * * * * * * * * * * * * * * * * * * *
14

15                   Deposition of
                  PAOLO ZANNETTI, PhD
16
                  taken on April 25, 2024
17                commencing at 9:08 a.m.

18                in New Orleans, Louisiana

19

20

21

22   Reported by:   Evangeline A. Langston, CCR, RPR
                     Certified Court Reporter
23                   in and for the State of Louisiana,
                     Federal Certified Realtime Reporter,
24                   Registered Professional Reporter

25



1  still dominant.  But it's not any more five times

2  higher.  It is three times higher.

3       Q.    And you would agree that's a substantial

4  difference?

5            MR. PAUL:  Object to form.

6       A.    In the context of the results of my

7  work, no, it's not a substantial difference.  All

8  the opinions I presented in March remain valid in

9  April with the new emission rates.

10      Q.    They're just about -- the new emissions

11 are close to half what they were from -- between

12 March and April; correct?

13           MR. PAUL:  Object to form.

14      A.    We said before 15 to 25 percent lower,

15 you mentioned, which seems to be correct.  I will

16 have to double-check.  But that doesn't change any

17 of the opinion in my report.  Highway 90 emission

18 remain dominant.

19      Q.    Okay.  Now, you did not try to simulate

20 emissions from any source other than the three

21 landfills; correct?

22      A.    Those are the sources that were provided

23 to me, the emission rates, so I didn't have other

24 data to do other sources.

25      Q.    Were you asked to consider any other



1   potential source of H2S other than the three

2   landfills?

3        A.    No.   These are the only data that were

4   available for my modeling.

5        Q.    And did you suggest any other potential

6   sources?

7        A.    This was discussed somehow because we

8   know that that area is surrounded by industrial

9   activities.  And so certainly I'm aware that there

10  are other sources of H2S, in my pollution roses, by

11  the way, and one must show clearly that that is the

12  case.

13           But in terms of modeling, I could only

14  do the emission rates from the three landfills

15  because those were provided to me.

16       Q.    And did you, for example, discuss

17  emission rates from Cornerstone?

18       A.    Yeah, I remember discussing those.

19       Q.    And you didn't -- you remember not given

20  any emissions data from Cornerstone?

21       A.    No.

22       Q.    Did you ask for emissions data from

23  Cornerstone?

24       A.    Let me clarify.  I didn't use any

25  emission data from Cornerstone in my modeling, as



1          Q.    And you're not -- not being an odor

2     expert, you're not in a position to challenge that.

3               Isn't that correct?

4               MR. PAUL:  Object to form.

5          A.    I'm not challenging anybody -- the

6     judge, for sure.  But as a scientist, I've done a

7     literature review, and this value is clearly in

8     the -- sort of the lower end of the range that you

9     can find in the literature, both the scientific and

10    the regulatory literature.

11         Q.    Now, in your report at Page 7 --

12              MR. FOSTER:  Is that up?

13              MS. JAMES:  Yes.

14    BY MR. FOSTER:

15         Q.    You make the point that interpreting

16    concentration levels to assess odor impacts is

17    complicated by characterizing the intensity of an

18    odor from bare detection above the odor threshold to

19    recognition of the type of odor to levels that can

20    be considered offensive; correct?

21         A.    Yes.  You read it correctly.

22         Q.    And isn't that exactly what Judge Morgan

23    decided when she found that the exposure at which

24    people generally are able to smell hydrogen sulfide,

25    that's detection and recognition; right?



1  everywhere in your report your contentions that the

2  court was wrong?

3              MR. PAUL:  Objection.

4  BY MR. FOSTER:

5      Q.   That 5 ppb is the wrong reference level?

6              MR. PAUL:  Object to form.

7      A.   I never use this word, "wrong."

8      Q.   Okay.

9      A.   But it's very clear to me based on the

10 literature, scientific literature and regulatory

11 literature, that this level is extremely low and at

12 the lower end of the range of acceptable level.

13     Q.   But it is within the range of acceptable

14 level; right?

15     A.   It -- yeah, it is in the range of value

16 that you find in the literature for odor threshold.

17     Q.   Okay.  And odor -- and odor threshold

18 detection, right, and characterization?

19              MR. PAUL:  Object to form.

20     A.   I'm not sure about the -- what you just

21 said.  I would have to double-check.  But certainly

22 if you look at the literature, odor threshold for

23 H2S, 5 ppb is within the range.

24     Q.   And so that's smelling it and

25 identifying it is H2S; correct?



 1  with hydrogen sulfide emitted by a landfill; right?

 2      A.    I read that.

 3      Q.    And you don't contest that, do you?

 4      A.    That's the opinion of the judge.

 5      Q.    And do you have any evidence to tell me

 6  that that's an incorrect finding by the judge?

 7      A.    The attribution to the landfill,

 8  especially to one of the three landfill, is

 9  questionable.

10      Q.    You're aware, are you not, that the LDEQ

11  conducted an investigation of emissions from all

12  the -- all the facilities under its -- under its

13  jurisdiction?

14          MR. PAUL:  Object to form.

15      A.    Right now, I remember only one case

16  where the LDEQ mentioned that the odor could be --

17  have been caused by the Jefferson landfill.  It is

18  commented in my report.

19      Q.    Yes.

20          Don't you remember that the LDEQ found

21  that the source of the odors was the Jefferson

22  Parish Landfill?

23          MR. PAUL:  Object to form.

24      A.    If we are referring to the same

25  statement, that statement is discussed in my report,



1   what page that is in your revised report.

2             Well, so let's -- rather than worry

3   about that, do you disagree with Judge Morgan that

4   an average of 5 parts per billion over 30 minutes is

5   always a nuisance?

6             MR. PAUL:  Object to form.

7        A.   No, I don't have elements to agree or

8   disagree.  I only have my literature review that

9   shows that Judge Morgan decision to select 5 ppb is

10  an extreme one in terms of the normal range found in

11  the literature.

12       Q.   But it is, as we have discussed, within

13  the range?

14       A.   It is within the range of odor

15  thresholds published in the literature.  That is

16  correct.

17       Q.   Do you know what is the definition of a

18  nuisance under Louisiana law?

19       A.   I'm not sure I know.

20       Q.   Now, if Mr. Lape is correct about the

21  number of exposures to 5 parts per billion over

22  30 minutes for each of the trial plaintiffs -- and

23  you've seen his charts with regard to those

24  exposures; correct?

25       A.   Yeah.  Sorry, Counsel, let me clarify my



1        Q.    And you don't take issue with Judge

2    Morgan's finding in that regard, do you?

3                MR. PAUL:   Object to form.

4        A.    I don't take any issue with any opinion

5    of the judge.

6        Q.    Okay.

7        A.    As a scientist, however, I'm aware of

8    the literature on odor thresholds and level of

9    concern and regulatory standards for H2S.  And based

10   on this literature review, I would have used a much

11   larger values.

12       Q.    But we've already discussed that the

13   level that the judge used is within the range of the

14   literature; correct?

15       A.    It is in the range of the odor threshold

16   literature, but not in the range of regulatory

17   concern.  For example, California has a standard of

18   30 ppb.  And California has a reputation of being a

19   state with the very strict environmental

20   regulations.  So it's a complicated issue.

21       Q.    And regulatory standards have to do with

22   physiological health effects; correct?

23                MR. PAUL:   Object to form.

24       A.    Regulatory standards, like the

25   California one, are created after years of



1    BY MR. LANDRY:

2         Q.    That's your expert opinion?

3         A.    That's correct.  I don't know

4    specifically.  I cannot point the finger

5    specifically at one source, but the pollution rose

6    is absolutely clear.

7         Q.    Do you understand that your clients, all

8    three of them, have retained another purported

9    expert, Mr. Michael Corn, to opine as to potential

10   other sources?

11        A.    Yes.  And I was not involved with that

12   study.  I'm sorry.  And I -- as far as I'm

13   concerned, I cannot point the finger at specific

14   sources.  I've not done that work.  If somebody else

15   has done it, fine.  But I've not done that work.

16        Q.    But regardless, you can't really

17   identify what those multitude of potential other

18   sources are, but ultimately, your opinion is that

19   the H2S coming from those unidentified potential

20   other sources was relatively low; right?

21        A.    The pollution rose shows very clearly

22   that there are a multitude of other sources of H2S

23   in the area coming from all direction with a little

24   increment in the sector from southwest.

25        Q.    Do you know what my question was,

