**In the Matter Of:**

Ictech-Bendeck vs Progressive Waste

NO. 18-7889

**JOHN PERKEY**

*January 22, 2024*

*Vol. 1*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1  an engineering -- region engineer.  I don't --                01:53PM
 2       Q.  I believe he was a region engineer at the time.      01:53PM
 3       A.  I -- then I'm not certain who his employer was.      01:53PM
 4  I'd have to go through our records to determine that.         01:53PM
 5       Q.  Regardless of who his employer was at the time,      01:53PM
 6  you would have been representing Mr. O'Connor and             01:54PM
 7  whatever that entity is, correct?                             01:54PM
 8       A.  Well, to be clear, I would have been                 01:54PM
 9  representing the legal entity, not Mr. O'Connor in an         01:54PM
10  individual capacity.  I'm an attorney for the legal           01:54PM
11  entity.                                                       01:54PM
12       Q.  Okay.  Who at SCS did you talk to about              01:54PM
13  retaining them?                                               01:54PM
14       A.  I don't remember all the conversations we had       01:54PM
15  with SCS during this time.  I know there were                 01:54PM
16  discussions with Tom Rapple.  There were discussions          01:54PM
17  with Jim Walsh.  He was the CEO at the time and I knew        01:54PM
18  Jim, but I don't recall.                                      01:54PM
19       Q.  Is Jim in -- in July of 2018 --                      01:54PM
20       A.  I mean, I believe he was the CEO at the time.        01:54PM
21  I knew Jim.                                                   01:54PM
22       Q.  In July of 2018, who did you talk to at SCS          01:54PM
23  about retaining them?                                         01:55PM
24       A.  I don't remember specifically who we discussed       01:55PM
25  it with.                                                      01:55PM
```



| | | |
|---|---|---|
| 1 | Q.  In retaining SCS, did you yourself talk to | 01:55PM |
| 2 | anyone in July of 2018? | 01:55PM |
| 3 | A.  I don't recall. | 01:55PM |
| 4 | Q.  Is Jim Walsh from Ohio also? | 01:55PM |
| 5 | A.  I believe that he is. | 01:55PM |
| 6 | Q.  Have you engaged SCS before? | 01:55PM |
| 7 | A.  I negotiated the master services agreement with | 01:55PM |
| 8 | SCS in 2016. | 01:55PM |
| 9 | Q.  Okay.  And -- but have you engaged SCS before? | 01:55PM |
| 10 | A.  Are you asking -- well, I -- let me ask a | 01:56PM |
| 11 | clarifying -- are you asking if I was in -- ever | 01:56PM |
| 12 | involved with their engagement on any matter or specific | 01:56PM |
| 13 | to a matter in which we were asking their advice as a | 01:56PM |
| 14 | non-testifying expert? | 01:56PM |
| 15 | Q.  I think I'm asking a different question | 01:56PM |
| 16 | entirely. | 01:56PM |
| 17 | A.  Okay. | 01:56PM |
| 18 | Q.  Had you ever used the master services agreement | 01:56PM |
| 19 | that you drafted to engage SCS Engineers? | 01:56PM |
| 20 | A.  I'm sure that someone on the team did.  Or I | 01:56PM |
| 21 | shouldn't say that.  I assume -- well, I don't know. | 01:56PM |
| 22 | Q.  And when I say "you," I'm not talking about the | 01:56PM |
| 23 | team.  I'm talking about you, John Perkey, deputy | 01:56PM |
| 24 | general counsel. | 01:56PM |
| 25 | A.  I don't recall. | 01:56PM |



| | | |
|---|---|---|
| 1 | Q. And it's your testimony that you drafted | 01:56PM |
| 2 | this -- this master service agreement? | 01:56PM |
| 3 | A. I -- I believe my testimony was I negotiated | 01:56PM |
| 4 | it. Whether I drafted the original version, I don't | 01:56PM |
| 5 | recall. | 01:56PM |
| 6 | Q. Let's take a look at the master services | 01:56PM |
| 7 | agreement. | 01:57PM |
| 8 | MR. HAMMEL: This is going to be Bates | 01:57PM |
| 9 | WC_JPLF_00539227 and it goes through 539240. And I | 01:57PM |
| 10 | think we're on Exhibit 1342 -- | 01:57PM |
| 11 | MR. LANDRY: 1432. | 01:57PM |
| 12 | MR. HAMMEL: 1432. Dyslexic. | 01:57PM |
| 13 | Can we go to the last page of this | 01:57PM |
| 14 | document, please? And this is going to be the Bates | 01:57PM |
| 15 | that ends in 539240. Actually, keep it going -- the | 01:57PM |
| 16 | last document with signatures. That's the one. | 01:57PM |
| 17 | Q. (BY MR. HAMMEL) Do you see who the parties to | 01:57PM |
| 18 | this document are? | 01:57PM |
| 19 | A. I do, yes. | 01:57PM |
| 20 | Q. And it looks like it's between IESI Corporation | 01:57PM |
| 21 | and SCS Engineers; is that correct? | 01:57PM |
| 22 | A. Correct. | 01:57PM |
| 23 | Q. Why would you have been involved in negotiating | 01:57PM |
| 24 | a document for IESI Corporation? | 01:57PM |
| 25 | A. It was our legal entity starting on June 1st of | 01:58PM |



```
 1   2016.                                                              01:58PM
 2       Q.   But it still existed even after the                       01:58PM
 3   acquisition?                                                       01:58PM
 4       A.   It did.                                                   01:58PM
 5       Q.   Okay.  And this is between IESI Corporation and           01:58PM
 6   SCS Engineers, correct?                                            01:58PM
 7       A.   That is correct.                                          01:58PM
 8       Q.   And is it limited in any way as to who can --             01:58PM
 9            THE WITNESS:  So, could you scroll up to                  01:58PM
10   the first or second page in the body of the agreement              01:58PM
11   after the preamble?  You can stop right there on Section           01:58PM
12   1 under Owner Definition.                                          01:58PM
13       A.   I believe provides the basis:  "Owner as used             01:58PM
14   herein shall include IESI Corporation and all                      01:58PM
15   subsidiaries, affiliates and partnerships of IESI                  01:58PM
16   Corporation where the services of this agreement are               01:58PM
17   being provided to, or on behalf of, any one or more such           01:58PM
18   group."                                                            01:58PM
19       Q.   (BY MR. HAMMEL)  And is this document limited             01:58PM
20   in any way as to who within IESI or the parent                     01:59PM
21   corporations -- Waste Connections, Inc., Waste                     01:59PM
22   Connections US, Inc. -- as to who can engage SCS                   01:59PM
23   Engineers?                                                         01:59PM
24       A.   Not that I'm aware of.                                    01:59PM
25       Q.   Okay.  And I forgot your answer.  Have you used           01:59PM
```



```
 1  this document, you personally, to engage SCS Engineers?        01:59PM
 2       A.   And I -- I believe I answered I don't recall.        01:59PM
 3       Q.   Okay.  And I didn't -- I didn't recall your "I       01:59PM
 4  don't recall," so --                                           01:59PM
 5       A.   Yeah.                                                01:59PM
 6       Q.   If you had engaged SCS Engineers previously,         01:59PM
 7  would it have been pursuant to this master service             01:59PM
 8  agreement?                                                     01:59PM
 9       A.   Potentially, yes.                                    01:59PM
10       Q.   Okay.  And is this the master service agreement      01:59PM
11  that you were referring to in your declaration under           01:59PM
12  penalty of perjury that you used to engage SCS                 01:59PM
13  Engineers?                                                     01:59PM
14       A.   It is, yes.                                          01:59PM
15       Q.   Okay.  On the first page of this document, the      01:59PM
16  very first page, it references Exhibit A, I believe, at       02:00PM
17  the bottom.  Do you see Exhibit A?                             02:00PM
18       A.   Yeah, I do.                                          02:00PM
19       Q.   And what does it say next to Exhibit A?              02:00PM
20       A.   "Project Addendum Form."                             02:00PM
21       Q.   And is a project addendum form similar to a          02:00PM
22  scope of work?                                                 02:00PM
23       A.   It can be.  It can have similar information in      02:00PM
24  it.  It's more like a purchase order, if you think of it      02:00PM
25  that way.  That's how I would think about it.                  02:00PM
```



| | | |
|---|---|---|
| 1 | region. | 02:09PM |
| 2 | Q. And he is not a lawyer, correct? | 02:09PM |
| 3 | A. That is correct. | 02:09PM |
| 4 | Q. Okay. Did -- does it indicate here that | 02:09PM |
| 5 | Mr. O'Connor told SCS that their job was to advise the | 02:09PM |
| 6 | lawyers? | 02:09PM |
| 7 | MR. MIMS: Object to form. | 02:09PM |
| 8 | A. Does not say that in this e-mail, no. | 02:09PM |
| 9 | Q. (BY MR. HAMMEL) So, let's take a look at | 02:09PM |
| 10 | number five. Or before we go there, is there any | 02:10PM |
| 11 | mention here in this e-mail that SCS Engineers would be | 02:10PM |
| 12 | serving in the capacity of a non-testifying consulting | 02:10PM |
| 13 | expert? | 02:10PM |
| 14 | A. I don't see that in here, no. | 02:10PM |
| 15 | Q. Okay. Is there any documentation to support | 02:10PM |
| 16 | the contention that SCS was retained as a non-testifying | 02:10PM |
| 17 | expert? | 02:10PM |
| 18 | MR. MIMS: Object to form. | 02:10PM |
| 19 | A. My affidavit. | 02:10PM |
| 20 | Q. (BY MR. HAMMEL) Other than your declaration | 02:10PM |
| 21 | under penalty of perjury, is there other documentation | 02:10PM |
| 22 | that SCS Engineers was engaged as a non-testifying | 02:10PM |
| 23 | expert? | 02:10PM |
| 24 | MR. MIMS: Object to form. | 02:10PM |
| 25 | A. I don't know. | 02:10PM |

