

# Addison, et al. v. Louisiana Regional Landfill Company, et al. – Dispersion Modeling Study

## Technical Report

Prepared for
Connick and Connick, L.L.C.
https://connicklaw.com/
Gieger, Laborde & Laperouse LLC
https://www.glllaw.com/
Beveridge & Diamond PC
https://www.bdlaw.com/

Prepared by
Dr. Paolo Zannetti, QEP
EnviroComp, Inc.
https://www.envirocomp.com/

Project: EC-23-004
Report: 24-03-08
08 March 2024

*Addison, et al. v. Louisiana Regional Landfill Company, et al.– March 2024*

## Summary of Key Points

This case involves claims of frequent odor impacts presented by Plaintiffs living in Jefferson Parish, Louisiana. Plaintiffs claim that the Jefferson Parish Landfill is the cause of the odor impacts at their residences. Odors can be caused by different sources, including emissions from landfills. The Jefferson Parish Landfill is located in Avondale, Louisiana, immediately adjacent to the River Birch Landfill to the northwest and the Highway 90 Landfill to the southeast. There are also numerous other potential sources of odors throughout Jefferson Parish. In this report, we present the results of air dispersion modeling of emissions of hydrogen sulfide ($H_2S$) from the three landfills, including from the Jefferson Parish Landfill, which Plaintiffs claim is the primary cause of odor impacts at their residences. We also analyze the information presented by Plaintiffs' air dispersion modeling expert, James Lape of Integral Consulting and certain information presented by Plaintiffs' expert Dr. Susan Schiffman.

For my air dispersion modeling of $H_2S$ emissions from each of the three landfills, I was provided with the emission rates of $H_2S$ for each landfill for the years 2017, 2018, 2019, and 2020. I downloaded available meteorological data for the years 2017-2020. I used emission rates and meteorological data to run computer models and simulate the $H_2S$ concentrations in the region caused by the three landfills. Concentrations were computed at each of the Trial Plaintiff's locations, every 30 minutes, over a 30-month period from July 2017 to December 2019. The computer models I used are state-of-the-art simulation tools developed and recommended by US regulatory agencies, such as the US Environmental Protection Agency. These computer models are the same as those used before by Plaintiffs' experts.

I then compared the $H_2S$ concentrations calculated at the Trial Plaintiffs' locations with two reference levels provided to me: 5 ppb and 10 ppb. These reference levels are very conservative and much lower than typical levels of concern and air quality standards found in the literature. For example, the California standard for 1-hour average $H_2S$ ambient concertation is 30 ppb; the 8-hour Louisiana standard is 237 ppb. I also performed statistical analyses of the 30-minute periods above the 5 ppb and 10 ppb reference levels, and of transport patterns from the three landfills to the Trial Plaintiffs' locations. In spite of the very low reference levels that I used, only on rare occasions are the $H_2S$ simulated concentrations at the Plaintiffs' locations above these reference levels. Moreover, the emission rates from one of the three landfills (Highway 90 Landfill) are dominant, five times higher than those from each of the other two landfills. Therefore, for most of the rare cases when $H_2S$ concentrations are above the two reference levels, the Highway 90 Landfill is the source for such concentration impacts.

*Addison, et al. v. Louisiana Regional Landfill Company, et al.– March 2024*

In general, the larger the distance of a Plaintiff from Highway 90 Landfill, the lower the simulated $H_2S$ concentrations. Even the Plaintiffs that are closest to the three landfills show concentration impacts that are very low and rarely above the reference levels of 5 ppb and 10 ppb. Simulated $H_2S$ concentration impacts from the Jefferson Parish Landfill are negligible.

I also analyzed the information presented by Plaintiffs' air dispersion modeling expert, James Lape of Integral Consulting. Lape and I used a very similar modeling methodology. The major differences are: 1) Lape only simulated $H_2S$ emissions from the Jefferson Parish Landfill while I simulated emissions from each of the three landfills; and 2) Lape's $H_2S$ emission rates from the Jefferson Parish Landfill are 21 times higher than those I used. I analyzed Lape's use of low reference levels, his claim that his simulated concentrations represent a "lower bound," the impact Lape's failure to consider the contribution from other sources has on the reliability of his results, and Lape's claim that he has "verified" his model. I also address certain claims made by Plaintiffs' expert Dr. Susan Schiffman.

*Addison, et al. v. Louisiana Regional Landfill Company, et al.– March 2024*

Table 14.  Summary of all percentages of 30-minute intervals P1, P2, P3, P4, and P5 calculated for the eight locations of the 13 Trial Plaintiffs.

| Receptor | P1 (%) Percentage of intervals with winds from JPLF | P2 (%) Same as P1 with nighttime low winds | P3 (%) Percentage of predicted concentrations above reference levels | | P4 (%) Same as P3 but with needed contribution from JPLF | | P5 (%) Percentage of predicted concentrations above reference levels only from JPLF emissions | |
|---|---|---|---|---|---|---|---|---|
| | | | *5 ppb* | *10 ppb* | *5 ppb* | *10 ppb* | *5 ppb* | *10 ppb* |
| R1 - Thompson | 6.006 | 1.121 | 0.021 | 0.005 | 0.002 | 0.005 | 0.000 | 0.000 |
| R2 - Gremillion | 6.136 | 2.473 | 0.098 | 0.016 | 0.016 | 0.000 | 0.000 | 0.000 |
| R3 - Section | 3.501 | 1.039 | 0.729 | 0.180 | 0.119 | 0.057 | 0.011 | 0.000 |
| R4 - Tate | 5.879 | 1.359 | 0.105 | 0.018 | 0.041 | 0.009 | 0.000 | 0.000 |
| R5 - Winningkoff | 4.146 | 2.065 | 1.019 | 0.253 | 0.080 | 0.021 | 0.005 | 0.002 |
| R6 - Green | 3.540 | 0.894 | 2.193 | 1.354 | 0.137 | 0.082 | 0.078 | 0.005 |
| R7 - Meyers | 6.150 | 2.387 | 0.057 | 0.007 | 0.009 | 0.000 | 0.000 | 0.000 |
| R8 - Richardson | 6.134 | 1.062 | 0.032 | 0.002 | 0.009 | 0.002 | 0.000 | 0.000 |

All probabilities calculated above are extremely low. Of course, the probabilities of $H_2S$ concentrations above reference levels (P3, P4, and P5) would be even lower if more reasonable reference levels had been selected instead of 5 ppb and 10 ppb.

**Section Summary**

**Our CALPUFF modeling results show low $H_2S$ concentration impacts at the Trial Plaintiffs' residences. Even with the use of very low reference levels of 5 ppb and 10 ppb, the number of simulated concentrations above these levels is low. Only two Plaintiff locations (Winningkoff at R5 and Green at R6) show a probability slightly greater than 1% of experiencing concentrations greater than 5 ppb.  Moreover, these low concentration impacts are dominated by emissions from HWY90 and not JPLF.**