Page 1

```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
    * * * * * * * * * * * * * * * * * * * * * *
  FREDERICK ADDISON, et              CASE NO.
  al.,                               19-11133
           Plaintiffs,               c/w 19-14512
     v.
  LOUISIANA REGIONAL                 Section:"E" (5)
  LANDFILL COMPANY, et               JUDGE: Morgan
  al.,                               MAGISTRATE
           Defendants.               JUDGE: North

    * * * * * * * * * * * * * * * * * * * * * *

                       VIDEOTAPED
                       DEPOSITION
                          OF
                     STANLEY MEYERS
                       taken on
                Thursday, April 20, 2023

                commencing at 9:03 a.m.

                       at the
                 FOUR SEASONS HOTEL
                   2 Canal Street
                New Orleans, Louisiana
    Reported By:  MARYBETH E. MUIR, CCR, RPR
    * * * * * * * * * * * * * * * * * * * * * *
```

**Exhibit 37 in Globo**

Page 73

1  done?
2      A.   Yeah.  Before any repairs were done I
3  had moved because it was deemed unlivable.
4      Q.   At the Sawmill Creek apartment did you
5  have any pets?
6      A.   Yes.
7      Q.   What did you have?
8      A.   Huh?
9      Q.   What did you have?
10     A.   Two Pomeranians.  Those were her dogs.
11     Q.   I was going to ask you.  Those were Ms.
12  Brooks' dogs?
13     A.   They pot lickers.  I call them little
14  tiny dogs.  Snap at your ankles.  Make too much
15  noise.
16     Q.   What were the dogs' names?
17     A.   Uhmm, Miller and Shadow.
18     Q.   Did Miller and Shadow live at the
19  Sawmill Creek apartment the entire time that you
20  lived there?
21     A.   Yes.  The whole, entire time their Mama
22  lived there.
23     Q.   Right.
24          And that was --
25     A.   The whole time.

Page 74

1  Q.    -- the whole time.  And I'm assuming
2  that they were kept indoors?
3  A.    Yes.
4  Q.    Did they ever -- did Miller or Shadow
5  ever have any accidents in the house?
6  A.    No.
7  Q.    Well, trained?
8  A.    Well trained.  Take them for walks.
9  Q.    Okay.
10 A.    Be responsible.
11 Q.    So you were in charge of taking them for
12 walks?
13 A.    Oh, sometimes.
14 Q.    Sometimes.
15 A.    I looked like a big strong guy with them
16 little dogs.
17 Q.    I grew up with a Shiatzu, so I know how
18 you feel.
19       So from 2017 to 2020 how often would you
20 walk the dogs?
21 A.    I probably walk them every day.  One way
22 or another.  When I was -- during the bad times
23 during the smells, I would take them out to
24 Lafreniere Park or take them out to Treasure Chest
25 Casino and let them stretch their legs and stuff

Page 75

1   like that.
2       Q.   Just to clear it up, that's during the
3   relevant time?
4       A.   Yes.  Highly relevant time.
5       Q.   Okay.
6            But you still from time to time took
7   them for walks around the apartment complex?
8       A.   I didn't take walks.  I would get them
9   in the car and we'd just go away for a little while
10  and get a break.
11      Q.   You would take them to Lafreniere Park
12  or the Treasure Chest --
13      A.   For walks.
14      Q.   -- every day?
15      A.   Yeah, every day.
16      Q.   I'm not familiar with Pomeranians.  Do
17  they shed?
18      A.   A little.  All dogs shed.  And the ones
19  that have little hair, they shed.  All dogs shed.
20      Q.   Did you ever notice hair accumulating in
21  your apartment?
22      A.   No, I got OCD.  Military.  OCD.  I got
23  OCD real bad.
24      Q.   How often would you clean your
25  apartment?

Page 76

1    A.    All the time.
2    Q.    Every day?
3    A.    Every day.  Sometimes less than others.
4    Q.    Okay.
5          Did you notice any areas around your
6    unit that were low lying?
7    A.    No.
8    Q.    No?  You never noticed any pooling or
9    ponding of water after a rainstorm?
10   A.    No.
11   Q.    Have you had any issues with flooding at
12   the Sawmill Creek apartment?
13   A.    No.
14   Q.    Have you had any environmental,
15   biological, water, air or other testing conducted at
16   the Sawmill Creek apartment?
17   A.    No.
18   Q.    Have you ever had any -- have you ever
19   had any issues with mold in the apartment?
20   A.    No.
21   Q.    Mildew?
22   A.    No.
23   Q.    Did you ever have any leaks at the
24   apartment?
25   A.    No.

C E R T I F I C A T E

I, STANLEY MEYERS, do hereby certify that I have read or have had read to me the foregoing transcript of my testimony given on April 20, 2023, and find same to be true and correct to the best of my ability and understanding with the exceptions noted on the amendment sheet;

CHECK ONE BOX BELOW:
( ) Without Correction.
( ) With corrections, deletions, and/or
    additions as reflected on the errata
    sheet attached hereto.

Dated this ___ day of _____, 2023.

_____
STANLEY MEYERS

Reported by: Marybeth E. Muir, CCR, RPR

```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3     * * * * * * * * * * * * * * * * * * * * * *
       FREDERICK ADDISON, et              CASE NO.
 4     al.,                               19-11133
           v.
 5     LOUISIANA REGIONAL                 C/W 19-14512
       LANDFILL COMPANY, et
 6     al.
 7
 8     * * * * * * * * * * * * * * * * * * * * * *
 9
10                      VIDEOTAPED
                        DEPOSITION
11                          OF
                        GENEVA GREEN
12
                         taken on
13               Friday, April 7, 2023
14              commencing at 9:03 a.m.
15                       at the
                   FOUR SEASONS HOTEL
16                   2 Canal Street
                 New Orleans, Louisiana
17
          Reported By:  MARYBETH E. MUIR, CCR, RPR
18
       * * * * * * * * * * * * * * * * * * * * * *
19
20
21
22
23
24
25
```

Page 64

1  that in the bottom right of the photo?
2           (Witness peruses document.)
3       A.   Yes.
4       Q.   Does that appear to be the way that your
5  home looked in December of 2018?
6       A.   Yes.
7       Q.   And I notice as you testified to
8  earlier, there is no middle dormer in this
9  photograph, right?
10      A.   No, there is no middle dormer.
11      Q.   Okay.
12           Do you have a garden on your property?
13      A.   No.
14      Q.   Since you moved back into your home in
15 2017, who maintains the yard?
16      A.   My -- same guy cuts my grass.
17      Q.   Okay.
18           Does he -- does he ever fertilize your
19 yard?
20      A.   No.
21      Q.   He just cuts the grass and Weedeats?
22      A.   Uh-huh.
23      Q.   Is that yes?
24      A.   Yes.
25      Q.   Okay.

```
                                                    Page 65
```

1              Do you have any pets?
2       A.    No.
3       Q.    What about your neighbors, do any of
4    your neighbors have pets such as say chickens?
5       A.    No.
6       Q.    What about any other type of animals
7    that you are aware of?
8       A.    No.
9       Q.    Does your property have any flooding
10   issues?
11      A.    Now or when?  When -- it has flood.
12      Q.    I'm saying in 2017.
13      A.    Oh, no, no.
14      Q.    Obviously, during Katrina you had some
15   issues, correct?
16      A.    Yes.
17      Q.    Do you have any flooding issues at your
18   home in -- let's go back in 2015.  You weren't
19   there?
20      A.    That's what I'm about to say.
21      Q.    All right.
22            So you are not aware of any flooding
23   issues in 2015 or 2016?
24      A.    No.
25      Q.    Have you had any flooding issues at your

Veritext Legal Solutions
212-279-9424                www.veritext.com                212-490-3430

Case 2:19-cv-11133-SM-MBN   Document 553-37   Filed 06/06/24   Page 10 of 19

Page 66

```
 1   home since 2018?
 2        A.    No.  Not to my knowledge, no.
 3        Q.    When we have a heavy rain as we get
 4   around here, are there parts of your property that
 5   hold water?
 6        A.    Yes.
 7        Q.    What parts?
 8        A.    The back.
 9        Q.    Meaning the backyard?
10        A.    The backyard.  It don't hold it, but it
11   sits up in the back and on the side, yes.
12        Q.    Okay.
13              So is it the entire backyard?
14        A.    No.
15        Q.    Which parts?
16        A.    Well, when they did the back -- right up
17   front.  You know, it don't hold it.  But when it
18   rains -- it rains, make a puddle here, a puddle
19   there.
20        Q.    Right.
21        A.    So if that's what you're talking about
22   holding water?
23        Q.    Yes, ma'am.
24        A.    Everybody has that.
25        Q.    Okay.
```

Veritext Legal Solutions
212-279-9424                www.veritext.com                212-490-3430

Page 1

1  UNITED STATES DISTRICT COURT
2  EASTERN DISTRICT OF LOUISIANA
3
4  FREDERICK ADDISON, ET AL.,     CIVIL ACTION NO.
         Plaintiffs,              19-11133,
   VS.                            C/W 19-14512
5
6  LOUISIANA REGIONAL             SECTION: "E"(5)
   LANDFILL COMPANY, ET AL.,
         Defendants.              JUDGE: MORGAN
7
                                  MAGISTRATE JUDGE:
8                                 NORTH
9  * * * * * * * * * * * * * * * * * * * * * * *
10
11      The videotaped deposition of JONATHAN TATE,
12  taken in connection with the captioned cause,
13  pursuant to the following stipulations before
14  RITA A. DEROUEN, Certified Court Reporter, on the
15  4th of April, 2023, beginning at 12:29 p.m.
16
17
18
19
20
21
22
23
24
25

```
 1   the home?
 2        A.   No, sir.
 3        Q.   Mildew?
 4        A.   No, sir.
 5        Q.   I've asked you a couple of times about
 6   whether a particular roof event caused a leak, but
 7   have you ever had any leaks in the house?
 8        A.   No, sir.
 9        Q.   Have you ever had pests in the house?
10        A.   Only pests we had was roaches.
11        Q.   When was that?
12        A.   I can't say an exact year, I don't
13   remember.
14        Q.   Would it have been since your wife and son
15   moved into the house?
16        A.   It might -- you said since they moved in?
17        Q.   Right.
18        A.   I think it was there before they moved in.
19   I can't -- honestly, I can't remember the exact
20   year, I just know we had them.
21        Q.   So since you say you had them, did you
22   manage to get rid of them?
23        A.   Yes, I did.
24        Q.   That has never happened in New York City.
25             How did you get rid of them?
```

1      A.  I haven't posted a picture of marijuana
2   use.  I might share a post that somebody else
3   shared that probably had a picture of something.
4   I don't -- can't recall exactly.  But me
5   personally, I haven't posted any kind of marijuana
6   use.
7   BY MR. PAUL:
8       Q.  In your house, do you or any members of
9   your family use any other recreational drugs?
10           MR. CHILDERS:
11               Objection; form.  Listen, I'm going to
12           ask you to proffer the relevance of any
13           other recreational drugs.  You're asking
14           him to testify about whether anybody in
15           his family uses illegal drugs.  I don't
16           think that's relevant to his claims.
17               If you can proffer why they are,
18           great, I can think about it; if not, then
19           I'm going to shut this deposition down,
20           we're going to seek a protective order,
21           and we'll see you tomorrow.
22           MR. PAUL:
23               Same relevance.  His ability to
24           perceive odors, any other creation of
25           odors within the house, any activities

1           that would affect his perception of odors
2           or his reaction to any stimuli or his
3           health conditions.
4         MR. CHILDERS:
5               Then you need to specify which drug
6           and then we can go step by step.  But I
7           need a separate proffer for each drug.
8           You can't say blanket recreational drugs,
9           because I don't think that's a fair
10          question.  So...
11        MR. PAUL:
12              Let me rephrase the question.
13    BY MR. PAUL:
14       Q.  During the time period between 2015 and
15    2020, did you use any other smoking drug within
16    the house -- within your house?
17        MR. CHILDERS:
18              Objection; form.  Proffer to me why
19          you have to qualify it with a drug.  Why
20          can't it just be smoke anything?  What's
21          the relevance of it being a drug?
22        MR. PAUL:
23              Because it would affect his
24          perceptions and it would affect his
25          health.

Page 147

1         MR. CHILDERS:
2             How so?
3         MR. PAUL:
4             What do you mean, how so?
5         MR. CHILDERS:
6             What drug and how would that
7     particular drug affect a perception or his
8     ability to however you phrased it?
9         MR. PAUL:
10            Do we want to go through a laundry
11    list of drugs here?
12        MR. CHILDERS:
13            I mean, I'm not sure there's relevance
14    with -- you're not -- I'm not -- your
15    proffer isn't sufficient when it comes to,
16    Have you smoked any drug, right?  Like
17    isn't your relevance whether or not he's
18    smoked anything, sage, marijuana, incense?
19        MR. PAUL:
20            "Drug" is not too precise a term here.
21        MR. CHILDERS:
22            But you said recreational drug.  So
23    what's the relevance of it being a
24    recreational drug as opposed to incense or
25    sage or something else that is being

1       smoked in the home?
2       MR. PAUL:
3           Again, the affect on senses and the
4       ability to perceive and one's reactions to
5       sensory stimuli.
6       MR. MOGHIS:
7           And I'm also going to add, I mean,
8       some of the symptoms that he's
9       representing that he has related to the
10      landfill, anxiety, vomiting, those are
11      also things that can be brought about by
12      drug use or whatever he may be ingesting.
13      So I'm going to proffer that for relevance
14      as well.
15      THE WITNESS:
16          Let me ask you a question.
17      MS. JAMES:
18          Hang on.
19      MR. CHILDERS:
20          What's the -- look, I'm going to let
21      you ask the question or have her read it
22      back one more time.  It's about to the
23      point where this is borderline harassment,
24      and I am going to shut it down and seek a
25      protective order and we'll see you

1           tomorrow.  But go ahead, let's see how he
2           answers.
3           MR. PAUL:
4               Can you read that question back.
5           THE COURT REPORTER:
6               Question:  "During the time period
7           2015 through 2020, did you use any other
8           smoking drug within the house -- within
9           your house?"
10      A.   To answer the question, I have not used
11  any kind of smoking drug in my house.  I haven't
12  used any kind of recreational or any other drug,
13  never have and never will.
14  BY MR. PAUL:
15      Q.   And, of course, that response will be
16  qualified by the prescription drugs that you did
17  take, right?
18          MR. CHILDERS:
19              Objection; form.
20  BY MR. PAUL:
21      Q.   I mean, you have taken prescription drugs,
22  right?
23      A.   Yes, but nothing that would affect my
24  sensory.  What I took was cough syrup or a cough
25  suppressant medication, nothing that's going to

```
 1            MR. CHILDERS:
 2               Go ahead, ask him it for the third
 3            time.  Jesus.
 4       A.   Can I ask you, what does posting about
 5    marijuana having to do with me smoking or using?
 6            MR. CHILDERS:
 7               Let him answer the question -- let him
 8            ask the questions, you just answer his
 9            questions, okay, Jonathan.
10    BY MR. PAUL:
11       Q.   So have you ever posted anything on your
12    Facebook page pertaining to marijuana use?
13            MR. CHILDERS:
14               Objection; form, asked and answered.
15       A.   I haven't personally posted anything about
16    marijuana use.  I probably shared something from
17    somebody else.  But me creating a post, no.
18    BY MR. PAUL:
19       Q.   So you would repost -- or to your
20    recollection, you may have reposted something that
21    somebody else prepared --
22            MR. CHILDERS:
23               Objection; form.
24    BY MR. PAUL:
25       Q.   -- pertaining to marijuana use?
```

Page 152

1        MR. CHILDERS:
2            Objection; form.
3    A.  That could be possible.
4  BY MR. PAUL:
5    Q.  Do you remember anything specifically as
6  we sit here?
7        MR. CHILDERS:
8            Objection; form.
9    A.  No, I do not.
10 BY MR. PAUL:
11   Q.  Do you use perfume or cologne?
12   A.  No, I do not.
13   Q.  Does your wife?
14   A.  Nope.
15   Q.  Do you have any ongoing sinus problems?
16   A.  No, sir.
17   Q.  Have you had surgery on your sinus or your
18 nose?
19   A.  No, sir.
20   Q.  Do you have any allergies?
21   A.  No, sir -- only allergy I have is to
22 aspirin.
23   Q.  Aspirin?
24   A.  Yes.
25   Q.  What's your reaction when you take