UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | **CIVIL ACTION** |
| Plaintiffs | NO. 19-11133, c/w 19-14512 |
| V. | SECTION: "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | **JUDGE: Morgan** |
| Defendants | **MAGISTRATE JUDGE: North** |
| *Applies to: Both Cases* | |

**PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE CERTAIN EVIDENCE REGARDING SUSAN SCHIFFMAN**

Pursuant to §VI.2 of the Thirteenth Case Management Order, Plaintiffs move this Court to preclude certain cross-examination or argument regarding Susan Schiffman. For the reasons stated herein,

1. Plaintiffs intend to call Susan Schiffman to testify in support of their case as an expert witness.

2. Defendants asked numerous questions to Ms. Schiffman at her deposition that were not relevant and highly prejudicial, relating to another lawsuit she is involved in that has nothing to do with this case.

3. Defendants will likely pursue such irrelevant and highly prejudicial inquiries and inferences at trial.

4. Ms. Schiffman's character is not at issue in this lawsuit and evidence of course of conduct would be inadmissible.

5. A line of questioning related to such irrelevant and highly prejudicial inquiries will likely lead to jury confusion, waste of time, and misleading of the jury.

6. As a result, any evidence Defendants attempt to introduce relating to Ms. Schiffman's involvement in the lawsuit will not assist the jury to determine any issue in this case and should be excluded in its entirety.

7. Plaintiffs incorporate by reference their accompanying brief in support of this motion to exclude evidence.

WHEREFORE, for the reasons set forth above and as set forth in their accompanying brief in support of this motion to exclude evidence, Plaintiffs respectfully request that this Court preclude the Defendants from certain cross-examination or argument regarding Plaintiff's expert Susan Schiffman.