# EXPERT REPORT OF
# BISHOW NATH SHAHA, PH.D., P.E.


# REVIEW OF HYDROGEN SULFIDE GENERATION AT JEFFERSON PARISH LANDFILL PREPARED BY DR. JAANA PIETARI


Prepared for

**BEVERIDGE & DIAMOND, P.C.**
400 West 15th Street Suite 1410
Austin, TX 78701


*Prepared by*


Bishow Nath Shaha, PH.D., P.E.
Project Engineer, Geosyntec Consultants
Boca Raton, Florida


Project Number: FQ10035
8 March 2024



## TABLE OF CONTENTS

1.  INTRODUCTION .................................................................................................3
    1.1 Assignment and Retention ......................................................................3
    1.2 Professional and Educational Qualifications ........................................3
    1.3 Information Considered ...........................................................................5
    1.4 Limitations ................................................................................................5
    1.5 Report Organization ................................................................................5

2.  SUMMARY OF OPINIONS ...............................................................................7
    2.1 Opinion 1 ...................................................................................................7
    2.2 Opinion 2 ...................................................................................................7
    2.3 Opinion 3 ...................................................................................................8
    2.4 Opinion 4 ...................................................................................................8

3.  WHY SHAHA & MEEROFF (2020) IS NOT DIRECTLY APPLICABLE TO DR. PIETARI'S JPL $H_2S$ ESTIMATION................................................................9
    3.1 Summary of the Method Presented in Shaha & Meeroff (2020) ...........9
    3.2 Application of Shaha & Meeroff (2020) in Dr. Pietari's Expert Reports.................11
        3.2.1 The Differences in Objective of Shaha & Meeroff 2020 vs Pietari 2021(a, b, c) and Pietari 2024 ...........................................11
        3.2.2 First Order $H_2S$ Decay Rate Constant ($k$) ...................................11
        3.2.3 $H_2S$ Generation Potential ($S_0$) ......................................................12
        3.2.4 Selection of Model Constraint (Site-Specific $H_2S$ Concentration) ............13
        3.2.5 Correlation Between Actual and Model Predicted $H_2S$ Generation (Model Validation) ........................................................13

4.  REVIEW OF DR. PIETRI'S ESTIMATED $H_2S$ GENERATION ...................15
    4.1 Assumptions Considered and Modeling Approach .................................15
        4.1.1 LFG Generation Inputs .............................................................15
        4.1.2 Estimation of Sulfur Content....................................................20
        4.1.3 Sulfur Decay Rate ($k$) ...............................................................22
        4.1.4 Sulfur Generation Potential ($S_0$) ............................................23
        4.1.5 Selection of Model Constraint (Site-Specific $H_2S$ Concentration) ............23
        4.1.6 $H_2S$ Generation Model and Parameters (Supplemental Reports: Pietari 2021c and Pietari 2024)...............................................25
        4.1.7 Lack of Agreement Between Estimated/Modeled $H_2S$ and Historically Available Data .......................................................28

5.  REFERENCES ...................................................................................................32

engineers | scientists | innovators



**TABLES**

Table 1.  Summary of the $H_2S$ concentration data measured by CEC in May 2018 and data presented in WC-JPLF_00270112 measured on or before September 2018 ............................... 24

Table 2.  Comparison of $S_0$ values for the selected range of $k$ values to meet the model constraint in the supplemental report (Pietari 2021c) and for the updated LFG estimation ......................... 26

Table 3.  Comparison of $S_0$ values for the selected range of $k$ values to meet the model constraint in the supplemental report (Pietari 2024) for updated LFG estimation and new sulfur content data from Rain Carbon. .................................................................................................................... 27

**FIGURES**

Figure 1.  Estimated total LFG generaion in million cubic meters ($m^3$) between 2014 and 2019 for different combination of $K$ and $L_0$ values.  The yellow bar represents the parameters used in Pietari (2021a, c). ................................................................................................................................ 16

Figure 2.  Estimated total required $H_2S$ generation in cubic meters ($m^3$) in May 2018 for different combination of $K$ and $L_0$ values to maintain a constant $H_2S$ concentration of 1,598 ppmv. ........ 17

Figure 3.  A comparison of the cumulative LFG generation ($m^3$) using the EPA 2005 and LandGEM equations for 5 year for 100 Mg wastes placed in the beginning of the year 2016. ... 19

Figure 4.  Comparison of the volumes of $H_2S$ generated in Pietari (2021c) between 2016 and 2019, based on various LFG generation parameters selected to align with the model's constraint of an $H_2S$ concentration of 3,633 ppmv in October 2019. ................................................................... 26

Figure 5.  Comparison between the estimated $H_2S$ Concentration at JPL from field measurement and modeled concentration in the initial report (Pietari 2021a). .................................................... 29

Figure 6.  Comparison between the estimated $H_2S$ concentration at JPL from field measurement and modeled concentration in the Supplemental report (Pietari 2021c). ..................................... 29

Figure 7.  Comparison between the estimated $H_2S$ concentration at JPL from field measurement and modeled concentration in the Supplemental report (Pietari 2024). ...................................... 30

**APPENDICES**

**Appendix A**   Curriculum Vitae (CV)_Bishow Shaha, Ph.D., P.E.



# 1.   INTRODUCTION

## 1.1   <u>Assignment and Retention</u>

[1]   I was retained by Beveridge & Diamond, P.C. (B&D) to review and evaluate the reliability of opinions offered by Dr. Jaana Pietari in this Litigation.[1]

[2]   During the preparation of this report, I received assistance from engineers and scientists at Geosyntec who participated in peer reviewing and senior reviewing the report.  Dr. Sarah Gustitus-Graham, a Project Engineer at Geosyntec, conducted the peer review, while Daniel A. Schauer (Senior Principal) and Bill Gaffigan (Principal), also from Geosyntec, completed the senior review.  Finally, I affirm that all technical observations, opinions, and conclusions presented in this report are mine.

[3]   Neither I, Geosyntec, nor any of its employees or subcontractors have any interest in the outcome of this Litigation.  Our fees are not contingent upon the opinions expressed herein, and we do not have any financial interest in the outcome of this Litigation.

[4]   Geosyntec is being compensated on a time and materials basis for my time at the rate of $255.0 per hour and 2.0 times this hourly rate for deposition and trial testimony.

## 1.2   <u>Professional and Educational Qualifications</u>

[5]   I am the first author of the hydrogen sulfide ($H_2S$) generation modeling approach presented in Shaha & Meeroff (2020), which was utilized by Dr. Pietari to estimate $H_2S$ generation at Jefferson Parish Landfill (JPL).

[6]   I am a registered Professional Engineer (PE) in the state of Florida.  My expertise includes solid waste management; landfill design and permitting; landfill gas (LFG) management systems design, permitting, and construction; LFG modeling; landfill construction quality assurance; and leachate collection system design, management, and disposal.  I also have experience in environmental monitoring, remediation, multimedia sampling and a variety of civil and environmental engineering projects which includes water, sewer, and stormwater system design; complex engineering standards and design specifications; and water and wastewater geospatial analysis for municipal master planning.

[7]   I am a Project Engineer at Geosyntec Consultants, Inc. ("Geosyntec").  Geosyntec is a consulting and engineering firm that works with private and public sector clients to address new ventures and complex problems involving the environment, natural resources, and

---

[1] Ictech-Bendeck v. Progressive Waste Solutions of LA, Inc. et. al., No. 2:18-cv-07889 c/w 18-8071, 18-8218, 18-9312 (E.D.L.A.); Schaumburg v. Parish of Jefferson, No. 786-052 (24th Judicial District Court for the Parish of Jefferson); and Addison v. Louisiana Regional Landfill Company, et al., No. 19-11133 c/w 19-14512 (E.D.L.A.) and any subsequently filed actions of a similar nature (collectively the "Jefferson Parish Litigation" or "Litigation").



civil infrastructure.  With a combined staff exceeding 2,000 engineers, scientists, and related technical and project support personnel, we serve our clients from more than 100 offices in the United States, Canada, the United Kingdom, Ireland, Sweden, Spain, Finland, the United Arab Emirates, and Australia.  Prior to joining Geosyntec, I worked as a project engineer with a respected minority-owned consulting firm performing a variety of civil and environmental engineering projects, which included: water, sewer, and stormwater system design; complex engineering standards and design specifications; and water and wastewater geospatial analysis for municipal master planning.

[8]     I am also serving as an Affiliate Associate Graduate Faculty in the department of Civil, Environmental & Geomatics Engineering (CEGE), in the College of Engineering and Computer Science at Florida Atlantic University (FAU), Boca Raton, Florida since September 2021 until December 2026.  As part of this appointment, I serve on Graduate Thesis/Dissertation supervisory committees for environmental engineering students.  To date, I have been part of four Doctor of Philosophy (PhD) dissertation committees.  One of my graduate students received her PhD in December 2022 completing all requirements for the degree with a dissertation titled *"Development of a Biosensor for Objectively Quantifying Nuisance Odors Near Landfills",* and the remaining three students are currently working on their PhD dissertations.

[9]     I was also appointed as a temporary Adjunct Faculty in the department of CEGE at FAU for the Spring 2023 semester from January 7, 2023, to May 3, 2023, to teach the dual course ENV4341/ENV6356 titled "Solid and Hazardous Waste and Site Remediation".

[10]    I have been actively engaged in the peer review process for the publication of scientific manuscripts in reputed journals.  Since 2019, I have reviewed six articles for the Journal of Environmental Engineering, an esteemed publication by the American Society of Civil Engineers (ASCE), one manuscript for Environmental Science and Pollution Research, a distinguished journal under the Springer publishing platform, and one manuscript for Journal of Hazardous Materials, a peer-reviewed scientific journal published by Elsevier. Most recently, in between November 2023 and January 2024, I reviewed three Final Reports titled *"Evaluation of Management of Wet Waste Disposal in Municipal Solid Waste Landfills," "Developing High-Yield and Resilient Anaerobic Co-Digestion of Alternative Wastes," and "Non-Recyclable Plastics to Pavements (P2P),"* prepared for the Environmental Research & Education Foundation (EREF).

[11]    I received my Bachelor of Science (BSc) in civil engineering, with a focus in in environmental engineering in 2013 from Bangladesh University of Engineering and Technology (BUET) in Dhaka, Bangladesh; a Master of Science (MSc) in civil engineering with concentration in water resource/environmental engineering in 2016 from Florida Atlantic University (FAU), Boca Raton, Florida; and a Doctor of Philosophy (PhD) in Ocean Engineering with a  focus in sustainable infrastructure track in 2020 from FAU.



[12]   I have included my CV in Appendix A, which includes a summary of representative projects, a list of publications I have authored, and articles I have peer-reviewed for reputable journals.  I have not been designated as an expert witness or provided testimony in any past litigation cases.

## 1.3   Information Considered

[13]   In preparing this report, I considered the initial, rebuttal, and supplemental reports, along with the corresponding analyses prepared by Dr. Pietari, the documents and literature referenced in those reports to formulate key assumptions, as well as relevant data made available to me.  The documents relied upon for this report are listed in the reference section of this report.  In preparing this report, I also relied on various United States Environmental Protection Agency (EPA) Guidance documents, regulations, and literature sources all of which are referenced.  Additionally, I utilized my professional knowledge, experience, and expertise in LFG and $H_2S$ modeling, relating to the various issues discussed in this report.

[14]   In the review process, I scrutinized the modeling approach, assessed the assumptions, examined the data used for model parameter development, and considered the limitations associated with both assumptions and data availability relied upon by Dr. Pietari.  The primary focus was on comprehending and articulating how these factors collectively influence the overall reliability of the modeled $H_2S$ generation at JPL by Dr. Pietari.

## 1.4   Limitations

[15]   This report lays out the guiding assumptions for my evaluation process.  I have assumed that the information provided by B&D accurately reflects the facts related to the technical matters discussed here.  Throughout my review, I have relied on credible documents and articles that meet professional standards in this field.  The report summarizes my work so far, presenting my findings and opinions with a solid scientific foundation.  My opinions offered in this report are made to a reasonable degree of scientific certainty. In anticipation of potentially discovering or obtaining new documents or other information relevant to my technical ideas, I reserve the right to prepare a supplemental expert report to add to or modify my opinions.

## 1.5   Report Organization

[16]   The purpose of this report is to review the initial and supplemental expert reports prepared by Dr. Pietari and provide my opinion on the reliability of the $H_2S$ generation model and the modeling approach utilized by Dr. Pietari to estimate the volumes of $H_2S$ generated from sulfate-containing compounds predominantly present in Spent Lime and C&D debris.

[17]   This report is organized as follows:

- Section 2 presents summaries of my opinions.



- Section 3 describes the applicability of Shaha & Meeroff (2020) at JPL.

- Section 4 presents the review of Dr. Pietari's estimated $H_2S$ generation.

- Section 5 lists the references cited in the report.

Case 2:19-cv-11133-SM-MBN   Document 556-1   Filed 06/06/24   Page 8 of 47



## 2.  SUMMARY OF OPINIONS

### 2.1  <u>Opinion 1</u>

[18]  Dr. Pietari misapplied the methodology I developed (Shaha & Meeroff 2020), and as a consequence, the generated $H_2S$ data from the model lacks scientific reliability.  The $H_2S$ generation modeling approach presented in Shaha & Meeroff (2020) and the site specific modeling parameters developed for Construction and Demolition (C&D) debris co-disposed with Municipal Solid Waste (MSW) are not directly applicable (and cannot be reliably applied) to JPL, where Spent Lime is the major source of sulfur and there is limited availability of actual $H_2S$ concentration data at JPL to validate the model output. Additionally, I am unaware of the application of the method proposed by Shaha & Meeroff (2020) to flue-gas desulphurization (FGD) materials, whether spent lime or otherwise.

a.  The conservative assumptions and methodology employed in Shaha & Meeroff (2020) to determine the longest design life of the $H_2S$ treatment system are not directly applicable to Pietari (2021a, b, c and 2024), where Dr. Pietari's objective is to estimate the $H_2S$ generation with a high level of statistical confidence.

b.  The model parameters for estimating $H_2S$ generation from C&D debris significantly vary due to the distinct levels of $H_2S$ generation across sites.  This variability is influenced by factors such as waste particle size, landfill operational variations, co-disposed waste types, moisture content, pH levels, temperature, daily and intermediate covers, and numerous other factors.  The sulfur decay rate ($k$) and $H_2S$ generation potential ($S_0$) ranges found in Shaha & Meeroff (2020) for C&D debris would not be representative or directly applicable for modeling $H_2S$ generation at JPL.  This is due to the use of a distinct sulfur source, Spent Lime, even though both sources (i.e., C&D debris and Spent Lime) share gypsum as their primary sulfur-containing compound.

c.  The three most critical limitations preventing the scientifically reliable application of the modeling approach presented in Shaha & Meeroff (2020) to the reports prepared by Pietari (2021a, b, c and 2024) are the absence of available historical $H_2S$ concentration data, unknown nature of the peak $H_2S$ concentration,  and the incompleteness of measured data specific to JPL.  These limitations affect the selection of constraints and subsequent validation of the model predicted $H_2S$ generation.

### 2.2  <u>Opinion 2</u>

[19]  Dr. Pietari's analyses rely on an estimation of LFG generation using LandGEM parameters specifically developed and recommended in EPA (2005) for a closed wet landfill with groundwater intrusion (i.e., Landfill A).  However, the JPL is much more likely to function as a conventional landfill, and the LandGEM parameters for conventional landfills would be more representative.  Applying the LandGEM parameters specifically developed and

**engineers | scientists | innovators**



recommended in EPA (2005) for a closed wet landfill with groundwater intrusion (i.e., Landfill A) at the JPL would not be realistic. This leads to a considerable overestimation of LFG generation, subsequently leading to a similar overestimation of $H_2S$ generation to satisfy the modeling constraint, compromising the reliability of the model.

a. A methane decay constant, $K$ = 0.05 per year ($yr^{-1}$), and methane generation potential, $L_0$ = 100 cubic meters of methane per megagrams ($m^3$ $CH_4$/Mg), would be more realistically aligned with JPL conditions under EPA recommendations for conventional landfills and historical LFG modeling at JPL.

## 2.3    Opinion 3

[20]    The sulfur content (low, medium, or high) in Spent Lime does not impact the overall predicted generation of $H_2S$ utilizing the modeling approach in Shaha & Meeroff (2020). It is evident from Pietari (2021c and 2024) that for a fixed $k$ value (0.53 $yr^{-1}$) and a fixed $H_2S$ Constraint (3,633 ppmv), the $H_2S$ generation potential ($S_0$) varies accordingly to adjust for the sulfur content assumption. A higher sulfur content will result in a lower $S_0$ value (161 $m^3$-$H_2S$/t of sulfur, Pietari 2024) and a lower sulfur content assumption will yield a higher $S_0$ value (573 $m^3$-$H_2S$/t of sulfur, Pietari 2021c). Therefore, a low sulfur content with a higher $S_0$ value could potentially meet the constraint ($H_2S$ concentration) requirement at a specific time.

## 2.4    Opinion 4

[21]    The $H_2S$ generation model predicted $H_2S$ concentrations that were not validated by Dr. Pietari using site-specific data, resulting in estimated $H_2S$ concentrations that do not reasonably replicate the actual measurements at JPL and severely compromise the reliability of Dr. Pietari's model output.

a. Incorporating a single constraint approach to develop the $H_2S$ generation model with limited $H_2S$ concentration data at JPL results in unreliable model outputs.

b. Focusing on the parabolic relationship of the $k$ and $S_0$ does not improve the reliability of the model output (refer to Section 4.1.6).

c. It is evident from the discussion in Section 4.1.7 that the predicted $H_2S$ generation from Dr. Pietari's model does not replicate the limited available concentration actually measured at JPL and fails to follow the observed trends.



## 3. WHY SHAHA & MEEROFF (2020) IS NOT DIRECTLY APPLICABLE TO DR. PIETARI'S JPL H2S ESTIMATION

### 3.1 Summary of the Method Presented in Shaha & Meeroff (2020)

[22]   Dr. Shaha and Dr. Meeroff published an article titled "*Prediction of H2S Concentration in Landfill Gas Resulting from Construction and Demolition Debris and the Selection of Treatment Method*" in the Journal of Environmental Engineering in 2020 (Shaha & Meeroff 2020). This article proposes a method to predict $H_2S$ concentration in LFG utilizing historical $H_2S$ concentration data resulting from construction & demolition (C&D) debris. The proposed method was adapted from the final report on modeling $H_2S$ generation titled "*Modeling of Hydrogen Sulfide Generation from Landfills Beneficially Utilizing Processed Construction and Demolition Materials*" prepared by Anderson et al. (2010) for the Environmental Research and Education Foundation (EREF).

[23]   Anderson et al. (2010) studied nine landfills in the Northeast US with an objective to develop a first order model to predict $H_2S$ generation resulting from disposal or beneficial use of C&D fines in the MSW landfills. Anderson et al. (2010) compiled and evaluated existing LFG, $H_2S$ and C&D fines data, conducted supplemental testing of $H_2S$ gas concentrations where necessary, and determined sulfate content of C&D fines, if still being accepted by the site.

[24]   Based on the study, Anderson et al. (2010) presented a range of *k* values between 0.50 yr$^{-1}$ and 0.88 yr$^{-1}$ with an average of 0.70 yr$^{-1}$, and $S_0$ values between 90.2 cubic meter of $H_2S$ per ton (m$^3$-H2S/t) (3,186 ft$^3$-H2S/t) sulfur and 203.4 m$^3$-H2S/t (7,184 ft$^3$-H2S/t) sulfur with an average value of 151.8 m$^3$-H2S/t (5,360 ft$^3$-H2S/t) sulfur based on the first-order decay rate model developed for six of the nine landfills studied. Each of the six landfill sites was modeled separately to develop site specific model inputs, and the modeling results did not correlate with the site data for the remaining three study sites.

[25]   Dr. Shaha and Dr. Meeroff adopted the method presented in Anderson et al. (2010) to develop a site specific first-order model to predict $H_2S$ generation at a MSW landfill in South Florida that accepted C&D debris generated from a recycling operation between 2009 and 2014. The acceptance of C&D debris resulted in a tenfold increase in $H_2S$ concentration in the LFG, measured as high as 3,000 parts per million volume (ppmv) in 2014. The site specific historical data including monthly LFG collected, C&D debris landfilled, and average monthly $H_2S$ concentration (ppmv) were provided by the landfill Owner. The total waste and ash landfilled data were also available from 1990 to 2015 from the owner and projected until 2046 utilizing population growth within the municipal boundary and estimated waste generation per capita.

[26]   The first step to develop the model was to estimate the LFG generated at the landfill using Landfill Gas Emissions Model (LandGEM) based on the historical landfilled waste data

engineers | scientists | innovators



between 1990 and 2015, and projected waste data until 2045. EPA's default value for first-order decay rate ($K$) is 0.04 $yr^{-1}$ and methane generation potential ($L_0$) are 100 $m^3$-$CH^4$/Mg in EPA AP-42 (Compilation of Air Emission Factors from Stationary Sources) was used to forecast LFG over the design periods along with other assumptions outlined in Shaha & Meeroff (2020).

[27]   The second step was to estimate the sulfur content in the C&D debris landfilled between 2009 and 2014. The composition of the C&D debris was not readily available from the landfill owner for an actual estimation of the sulfur content. Conservatively, three different percentages of gypsum ($CaSO_4.2H_2O$) content (10%, 20%, and 25%) were considered for the sulfur content estimation based on the reported values in Musson et al. (2008). The resulting sulfate contents for the gypsum percentages considered were 5%, 10%, and 12.5% of the C&D debris landfilled, respectively, which falls within the higher end of the data reported by Anderson et al. (2010) with a range between 0.17% to 12% with an average of 4.3% sulfate content.

[28]   The next step was to determine the sulfur decay rate, or the $H_2S$ generation rate ($k$) for the first order decay model. Anderson et al. (2010) determined $k$ values from the three month moving average of site specific $H_2S$ recovery data at least six months after acceptance of C&D fines had ceased and any further acceptance of C&D fines resumed. An automated exponential trendline was fitted using Microsoft Excel from the data above, and the exponent of the natural log was selected as the site specific value of $k$. Taking into account the identical sulfur source (C&D debris), Shaha & Meeroff (2020) utilized the $k$ values reported by Anderson et al. (2010) within the range of 0.50 $yr^{-1}$ and 0.88 $yr^{-1}$ and selected seven $k$ values ranging from 0.45 to 0.90 $yr^{-1}$ (0.45, 0.50, 0.60, 0.66, 0.74, 0.82, and 0.90). The scope of the study, the availability of research funds, time constraints, and data availability significantly influenced the decision to rely on $k$ values from existing literature rather than developing site-specific value based on $H_2S$ recovery data, which is preferable when resources allow.

[29]   The remaining input parameter in the first order $H_2S$ generation model is $H_2S$ generation potential, $S_0$. For each model scenario (e.g., each gypsum content and $k$ combination), a value of $S_0$ was determined that would result in the model predicting the field-measured concentration of 3,000 ppmv in 2014. The preliminary assessment of $H_2S$, based on three chosen gypsum contents, indicates that with a 10% gypsum content, the resulting $S_0$ values for the selected $k$ values surpass the typical range of 90 to 200 $m^3$–$H_2S$/t reported by Anderson et al. (2010), consistently reaching values of $\geq$ 251 $m^3$–$H_2S$/t. For a 25% gypsum content, $S_0$ values range from 101 to 151 $m^3$–$H_2S$/t, falling below the average value (151.8 $m^3$–$H_2S$/t) reported in Anderson et al. (2010). The intermediate value of 20% gypsum content was considered to have the most realistic $S_0$ values compared to Anderson et al. (2010), and was therefore used to model the study site.

engineers | scientists | innovators



[30]   Finally, the predicted $H_2S$ concentrations for various combinations of $k$ and $S_0$ were graphically represented and compared to the actual $H_2S$ data spanning from 2010 to 2018. Notably, for both decay rates of 0.45 and 0.50 $yr^{-1}$, along with their respective $S_0$ values of 188.90 and 175.96 $m^3-H_2S/t$, the correlation coefficients exceeded 90%. The decision to opt for the lowest $k$ value of 0.45 $yr^{-1}$ was based on its longer timeframe to attain the target concentration of 300 ppmv, resulting in the most conservative design life of the treatment system.

[31]   Limitations of the model include: 1) the accuracy of LFG generation volumes calculated using LandGEM; and 2) the use of a single constraint point to determine input parameters $k$ and $S_0$. The estimated volume of LFG influences the total volumetric $H_2S$ generation/estimate (measured in cubic meters, $m^3$), as the total $H_2S$ volume at any given time results from multiplying the $H_2S$ concentration (measured in ppmv) by the estimated LFG volume for that period. Therefore, an overestimation of LFG will result in an overestimation of the volumetric $H_2S$ generation and conversely, an underestimation of LFG will result in an underestimation of $H_2S$ generation. By relying on a single field measured $H_2S$ concentration as a constraint point to calibrate the model, a high amount of variability in predicted $H_2S$ is induced for different input values. This limitation could be mitigated by incorporating additional constraint points into the model.

## 3.2   Application of Shaha & Meeroff (2020) in Dr. Pietari's Expert Reports

### 3.2.1   The Differences in Objective of Shaha & Meeroff 2020 vs Pietari 2021(a, b, c) and Pietari 2024

[32]   The objective of Pietari (2021a, b, c) and Pietari (2024) was to estimate $H_2S$ generation at JPL Phase IVA, reflecting the measured $H_2S$ concentrations with a reasonable degree of certainty. Dr. Pietari sought to apply the approach and methodology from Shaha & Meeroff (2020). In contrast, the $H_2S$ generation model developed in Shaha & Meeroff (2020) was intended to guide selection and implementation timing of an LFG treatment system for the study site. Assumptions were employed that would result in a conservative estimate (i.e., erring on the side of a higher estimate) of both $H_2S$ generation and the time to trigger Title V threshold concentrations. Therefore, the intent of the study was to predict $H_2S$ generation with an acceptable level of statistical variance compared to the actual data, not to optimize the model to reduce the variability of the predicted $H_2S$ concentration. If the goal were to reduce model variability, additional field-measured constraint points would have been used. Reducing variability would also necessitate sophisticated statistical analyses rather than relying solely on coefficient of determination ($R^2$).

### 3.2.2   First Order $H_2S$ Decay Rate Constant ($k$)

[33]   Dr. Pietari's analysis did not include derivation of a site-specific $H_2S$ decay rate ($k$) based on actual site data, given that JPL has distinct conditions that do not align with the study

**engineers | scientists | innovators**



sites referenced from Anderson et al. (2010); Tolaymat et al. (2013); Sun et al. (2016); Malmir et al. 2023; and Shaha & Meeroff (2020).  For the following reasons, Dr. Pietari's adaptation of the $H_2S$ decay rates from the literature, as presented in Table 6 (Pietari 2021a, c; Pietari 2024), lacks scientific reliability:

i.   Shaha & Meeroff (2020) applied the decay rates obtained from Anderson et al. (2010) since both scenarios involved landfills using either C&D debris as daily cover or co-disposing C&D debris with MSW, unlike at JPL, which has a different sulfur source (Spent Lime).

ii.  Shaha & Meeroff (2020) did not suggest that the derived $H_2S$ decay rate ($k=0.45$ $yr^{-1}$) would be directly applicable or relevant for landfills which accepted and co-disposed Spent Lime with MSW.

iii. Shaha & Meeroff (2020) also explicitly stated in the application and scope section of the article that *"The development of this empirical model using first-order decay kinetics and historical data provides a site-specific outcome rather than a universal one.  This method is highly dependent on data availability, the accuracy of the data, and the interval of the data set."*

[34]   While the referenced literature (Anderson et al. 2010; Tolaymat et al. 2013; Sun et al. 2016; and Shaha & Meeroff 2020) provides a range of $k$ values either developed for C&D debris or established in a laboratory setting for lime ash (the only material potentially similar to Spent Lime disposed at JPL), it does not confirm that the $k$ value at JPL will definitely fall within these ranges.  Therefore, the decay rate $k=0.45$ $yr^{-1}$ from Shaha & Meeroff (2020) cannot be used with scientific reliability at JPL.

### 3.2.3   $H_2S$ Generation Potential ($S_0$)

[35]   Dr. Pietari's expert report  (Pietari 2024) stated: "*For estimating the $H_2S$ generated from the Spent Lime and the historically disposed C&D, I used a range of first order decay rate constants and a range of $H_2S$ generation potentials, given that site-specific data were not available to estimate the constant for the JPL.  These included first order decay rate constants and $H_2S$ generation potentials determined by Anderson et al (2020) because these represented a range of values determined based on data sets from several landfills, and also the decay rate constant and $H_2S$ generation potential selected by Shaha & Meeroff (2020) for a landfill in Florida, which likely represents conditions similar to those at the JPL.*"

[36]   To begin, I believe Dr. Pietari mistakenly referenced Anderson et al. (2010) as Anderson et al. (2020) because there is no citation included in the References section that corresponds to Anderson et al. (2020).



[37]    Dr. Pietari referenced the literature based and stoichiometric $H_2S$ generation potential ($S_0$) outlined in Table 7 (Pietari 2021a, c; Pietari 2024).  This served as a guide to assess the resultant $S_0$ values for various decay rates ($k$), aiming to determine if they align within the ranges documented in existing literature.  This method is typically regarded as a standard practice in the field when there is an abundance of literature available for the specific application (i.e., Spent Lime).  However, there is limited literature available in this specific case.

[38]    Comparing the conditions at the JPL and using the site-specific value ($S_0$=188.90 $m^3-H_2S/t$) from Shaha & Meeroff (2020) is misleading in both this context and within the broader $H_2S$ generation modeling for Spent Lime.  It is not directly applicable to this specific scenario at JPLF.  The study was developed for a landfill with a different objective, involving the co-disposal of C&D debris with MSW, unlike the JPL, where Spent Lime was co-disposed and identified as the major sulfur source.

### 3.2.4    Selection of Model Constraint (Site-Specific $H_2S$ Concentration)

[39]    Shaha & Meeroff (2020) iteratively calculated $S_0$ for various $k$ values by calibrating the model to a site-wide monthly average historical $H_2S$ concentration of 3,000 ppmv by the conclusion of 2014.  Given the conservative development of the model for the entire site, and the study's focus on annual $H_2S$ concentration at the end of each year, this constraint choice was considered valid.

[40]    Dr. Pietari applied a comparable method to utilize a single constraint point in both the initial and supplemental report (Pietari 2021 a, b, c; Pietari 2024).  She used average $H_2S$ concentrations derived from field data measured for selected LFG wells within Phase IVA of the JPL.  However, limitations of the instrument utilized (i.e., exceedance of instrument measurement range), inconsistencies in data collection between events (i.e., measuring $H_2S$ concentration in different sets of wells), and the measurements of $H_2S$ concentration in only selected LFG wells (incompleteness of data) resulted in a constraint for the entire Phase IVA at JPL that is not scientifically reliable.

### 3.2.5    Correlation Between Actual and Model Predicted $H_2S$ Generation (Model Validation)

[41]    When a model is calibrated to a single constraint point, a series of $k$ and $S_0$ value combinations will be able to meet the selected $H_2S$ concentration constraint, as presented in Shaha & Meeroff (2020).  However, the most crucial step in developing a site-specific $H_2S$ generation model and selecting the best $k$ and $S_0$ combination is to validate the model by comparing the correlation between the actual measured $H_2S$ concentration and the model predicted $H_2S$ generation.  Shaha & Meeroff (2020) utilized actual $H_2S$ data from the period 2010 to 2018—at least eight separate $H_2S$ concentration measurements—to validate the model and select the combination of $k$ and $S_0$ values that resulted in the highest correlation coefficient ($R^2$).



[42]   Dr. Pietari did not validate the $H_2S$ generation model in either the initial or supplemental reports, in part because there was not enough site-specific data for model validation. Without validating the $H_2S$ generation model, there is no scientific method to demonstrate the reliability of the predicted $H_2S$ generation. Setting aside the other problems with Dr. Pietari's work, the inability to validate her $H_2S$ generation estimates against robust site-specific $H_2S$ concentration measurements taken over time makes her estimate scientifically unreliable.



## 4.    REVIEW OF DR. PIETRI'S ESTIMATED H2S GENERATION

### 4.1    Assumptions Considered and Modeling Approach

#### 4.1.1    LFG Generation Inputs

[43]    Dr. Pietari estimated monthly LFG volumes using the EPA LandGEM Model, based on inputs provided by Nestor Soler, PE (Soler 2021), and Jose Sananes (Sananes 2024). These inputs are listed as the quantities of landfilled waste over time in Phase IVA, excluding Spent Lime, a first-order methane decay constant ($K$) of 0.11 $yr^{-1}$, a methane generation potential ($L_0$) of 96 $m^3$ $CH_4$/Mg of waste, and a 50% methane content within the LFG.

[44]    The default $K$ values for conventional landfills in the Clean Air Act (CAA) and AP-42 are 0.05 $yr^{-1}$ and 0.04 $yr^{-1}$, respectively. Values of $K$ in the literature generally range from 0.01 to 0.21 $yr^{-1}$ (Garg et al. 2006; Pierce et al. 2005). The US EPA AP-42 default $K$ (0.04 $yr^{-1}$) for mixed MSW for regions that receive more than 25 inches of rain annually is a widely used parameter within the scientific and professional community for LFG generation modeling for MSW landfills. Alternatively, EPA Method 2E could be utilized to calculate site-specific $K$ values.

[45]    The EPA has suggested overall decay rates by dividing the US landfill population into three categories based on annual precipitation ranges: (1) less than 20 inches of rain $yr^{-1}$, (2) 20 to 40 inches of rain $yr^{-1}$, and (3) greater than 40 inches of rain $yr^{-1}$. These categories correspond to overall MSW decay rates of 0.020, 0.038, and 0.057 $yr^{-1}$, respectively (US EPA 2023).

[46]    Similarly, the default $L_0$ values for conventional landfills in the CAA and AP-42 are 170 $m^3$ $CH_4$/Mg and 100 $m^3$ $CH_4$/Mg, respectively. Amini et al. (2012) reported a wide range of $L_0$ values between 6 and 270 $m^3$ $CH_4$/Mg of waste, as received, depending on the composition of the waste stream and the ultimate methane yield of each component. However, it is quite common and widely accepted to use the US EPA recommended $L_0$ value of 100 $m^3$ $CH_4$/Mg in AP-42 for estimating LFG generation.

[47]    The selection of the appropriate $K$ and $L_0$ values is of the highest importance in estimating the volume of LFG generation, directly impacting the reliability of H2S modeling. The higher the estimated LFG volume, the greater the volume of H2S required to meet the selected modeling constraints (actual H2S concentration). Therefore, Mr. Soler or Sananes' selection of a higher $K$ value likely resulted in higher LFG generation, necessitating Dr. Pietari's use of higher H2S generation model parameters to generate a larger volume of H2S associated with the selected H2S concentration (the model constraint). **Figure 1** represents a comparison of total estimated LFG generation between 2014 and 2019 for different combination of $K$ and $L_0$. Assuming the use of a reasonable and widely accepted $L_0$ value of 100 $m^3$ $CH_4$/Mg, in contrast to the 96 $m^3$ $CH_4$/Mg used in Dr. Pietari's LFG



estimation, it becomes evident that Mr. Sananes' total LFG generation for the timeframe is 2.3, 1.9, and 1.6 times higher than the estimated LFG generation for EPA's recommended $K$ values of 0.04, 0.05, and 0.06, respectively (**Figure 1**).



**Figure 1.  Estimated total LFG generation in million cubic meters (m³) between 2014 and 2019 for different combination of $K$ and $L_0$ values[2].  The yellow bar represents the parameters used in Pietari (2021a, c) and Pietari (2024), adapted from Soler (2021) and Sananes (2024).**

[48]   For example, considering the calculated average $H_2S$ concentration of 1,598 ppmv in Phase IVA to constrain the $H_2S$ concentration for May 2018, **Figure 2** illustrates the required volumes of $H_2S$ needed to be generated for various combinations of selected $K$ and $L_0$ values based on the estimated LFG for May 2018.  It is crucial to highlight that both **Figure 1** and **Figure 2** exhibit a consistent trend and uphold identical ratios as observed in the estimation of LFG generation.  Therefore, for May 2018, the required $H_2S$ volumes needed to maintain the $H_2S$ concentration (1,598 ppmv) could potentially range from 1.6 to 2.3 times higher in Dr. Pietari's estimation. It is important to note that, although **Figure 2** exclusively compares data for May 2018, the depicted trend is representative of Dr. Pietari's overall $H_2S$ generation modeling throughout the entire duration.  This led to a positive statistical bias on the $H_2S$ modeling parameters, such as the sulfur decay rate, $k$ and the $H_2S$ generation potential, $S_0$.

---

[2]   LFG volumes were estimated using an Excel file developed by Dr. Pietari titled "H2S Evaluation-goal_seek_1598_k_CD," assuming a 50% methane concentration in LFG for various combinations of $K$ and $L_0$ values. The waste in place data remained unchanged from Dr. Pietari's estimation in the scenarios presented to illustrate the impacts of $K$ and $L_0$ values.

**engineers** | **scientists** | **innovators**

Geosyntec▷
consultants



**Figure 2. Estimated total required H2S generation in cubic meters (m³) in May 2018 for different combination of *K* and *L₀* values to maintain a constant H2S concentration of 1,598 ppmv[3].**

[49]     In selection of LandGEM parameters, *K* and *L₀* values of 0.11 yr⁻¹ and 96 m³ CH₄/Mg of waste, Soler (2021) and Sananes (2024) referenced the EPA study titled *"First-Order Kinetic Gas Generation Model Parameters for Wet Landfills"* (EPA, 2005) and attempted to establish that JPL is analogous to a full-scale wet landfill studied by the EPA. Soler (2021) and Sananes (2024) stated "*Considering that the JPL site is significantly saturated with liquids, where leachate levels above the landfill's bottom liner are between 34 and 59% of the landfill height, the JPL site is analogous to the full-scale wet landfill studied by the EPA, where wetting occurred due to groundwater inflow from an unconfined aquifer. Therefore, I have concluded that a k value of 0.11 yr⁻¹ is appropriate to use as an input for the LandGEM model used to calculate LFG generation at the JPL Site."* The assumption and conclusion that categorize JPL as a wet landfill, leading to the selection of LandGEM parameters from EPA's 2005 study, appear professionally and technically questionable when considering landfill operations, leachate management, and permitting aspects. From a scientific standpoint, these assertions lack reliability for the following reasons:

a.     The scope of the EPA (2005) study was clearly outlined in the introduction section of the Executive Summary which states *"The U.S. EPA has provided default values for model input parameters; however, the values are based on data obtained from conventional landfills. Waste stabilization can be enhanced and accelerated so as to occur*

---

[3] The average concentration of 1,598 ppmv H2S was taken from Dr. Pietari's calculated average concentration in gas wells located in Phase IVA in May 2018. LFG volumes were estimated using an Excel file developed by Dr. Pietari titled "H2S Evaluation-goal_seek_1598_k_CD," assuming a 50% methane concentration in LFG for various combinations of *K* and *L₀* values for the month of May 2018. The waste-in-place data remained unchanged from Dr. Pietari's estimation in the scenarios presented to illustrate the impacts of *K* and *L₀* values.

**engineers** | **scientists** | **innovators**



*significantly more rapidly if the landfill is designed and operated as a bioreactor, primarily involving moisture addition. Enhanced waste stabilization will result in increased gas production; therefore, the values of the first-order model parameters k (the landfill gas generation rate constant) and $L_0$ (the methane generation potential) will be different from conventional landfills. The objective of this report is to investigate landfill gas collection from wet cells and estimate first-order gas generation model parameters."*

b. Landfill A (EPA 2005) is the landfill Soler (2021) and Sananes (2024) considered analogous to JPL, where wetting occurred due to groundwater inflow into the base of the waste from an unconfined aquifer (moisture addition). It is also noteworthy that "Landfill A" was fully closed during both data collection and analysis. The findings for Landfill A were 0.11 yr$^{-1}$ for $K$ and 62 m$^3$ CH$_4$/Mg for ($L_0 - V_{st0}$), based on the data collected after the closure of the landfill cell. Based on my review of the report of Ali Hashimi, P.E. (2024), the data and physical observations of leachate levels at JPL do not correlate with the inflow of groundwater described for Landfill A in EPA's 2005 study.

c. Soler (2021) and Sananes (2024) disregarded the recommendations of the EPA (2005) study when applying the parameters in LandGEM. EPA (2005) recommended a modified equation (**Equation 1**) for utilizing the parameters from the study, incorporating two additional parameters: a lag time ($t_0$) equal to 1.5 years and a specific methane volume produced during the lag phase ($V_{st0}$) equal to 33 m$^3$ CH$_4$/Mg.

$$Q_{CH_4} = \sum_{i=1}^{n} \sum_{j=0.1}^{1} \frac{KM_i}{10} (L_0 - V_{st0}) e^{-k(t_{ij} - t_0)}$$

**Equation 1**

Where:

$Q_{CH4}$ = Methane generation rate in cubic meter yr$^{-1}$;
$i$ = 1 year time increment for waste placement;
$n$ = number of years of waste acceptance;
$K$ = decay rate yr$^{-1}$;
$j$ = 0.1 year time increment for methane production calculation;
$M_i$ = mass of waste accepted in the $i$th year in megagrams); and
$t_{ij}$ = age of the $j$th section of waste mass $M_i$ accepted in the $i$th year (decimal years);
$t_0$ = lag time; and
$V_{st0}$ = specific methane volume produced during the lag phase.

The LandGEM model utilizes the following equation (**Equation 2**) that does not consider lag time and specific methane volume produced during the lag phase:



$$Q_{CH_4} = \sum_{i=1}^{n} \sum_{j=0.1}^{1} \frac{KM_i}{10} (L_0) e^{-kt_{ij}}$$    **Equation 2**

**Figure 3** presents the comparison of the cumulative methane generation output utilizing the LandGEM equation and the modified recommended equation in EPA (2005). For the same input parameters, the LandGEM equation used by Soler (2021) and Sananes (2024) estimates approximately 29% higher LFG generation due to the absence of the lag time ($t_0$=1.5 years) and the specific methane volume produced during the lag phase ($V_{st0}$=33 m³/Mg) in the LandGEM equation.



**Figure 3. A comparison of the cumulative LFG generation (m³) using the EPA 2005 and LandGEM equations for 5 year for 100 Mg wastes placed in the beginning of the year 2016[4].**

d.  In selecting the $K$ value, Soler (2021) and Sananes (2024) also heavily depended on his estimation that leachate levels above the landfill's bottom liner range between 34% and 59% of the landfill height. Soler (2021) and Sananes (2024) reviewed several rounds of leachate (liquid) measurements at the LFG wells taken between 2009 and 2019 by various consultants and estimated the average percentage of landfill media saturation. The entire analysis was grounded on the assumption that the liquid levels in the LFG wells reflects the overall leachate (liquid) head on the bottom liner, typically situated approximately 10 feet below the bottom of the LFG well.

e.  Stutz (2021) discussed the liquid levels in the LFG extraction wells at JPL extensively in his expert report and also indicated the variability of the liquid levels between wells

---

[4] To simplify the calculation, annual methane generation was estimated without a time step of 0.1 year focusing on the outcome of the two equations rather than accuracy of the methane generation. The input parameters assumed are $M_i$=100 Mg (placed in the beginning of 2016), $K$=0.11/year, $L_0$=96 m³/Mg, $t_0$=1.5 years, and $V_{st0}$=33 m³/Mg.

engineers | scientists | innovators



within close proximity. The liquid levels could indicate perched liquids sitting on low permeability waste layers rather than a fully saturated layer of waste from the liner to the well. In my opinion, while a higher liquid level in the LFG well could impact the efficiency of the gas collection system by restricting gas flow in the LFG well, it is not a direct measure of landfill media saturation nor a generally accepted or scientifically reliable methodology for estimating leachate head on the bottom liner.

f. Soler (2021) and Sananes (2024) summarized the historical LFG generation and emission evaluation at JPL relying on several reports prepared by Golder Associates (Golder), Carlson Environmental Consultants (CEC) and River Birch, LLC (River Birch). The LFG modeling parameters utilized by Golder and CEC aligned with the EPA's recommended values for conventional landfills. CEC used a $K$ value of 0.05 yr$^{-1}$, while Golder evaluated both sets of parameters recommended by EPA AP-42 and CAA ($K$= 0.04 yr$^{-1}$ and 0.05 yr$^{-1}$).

[50] Based on the discussion above, it is evident the referenced study (EPA 2005) is not applicable to JPL in selecting the $K$ value as JPL more likely operates as a typical conventional landfill and does not fall under the EPA definition of wet/bioreactor landfills. Therefore, it would be more realistic to select the $K$ value as 0.05 yr$^{-1}$ and the $L_0$ value as 100 m$^3$ CH$_4$/Mg, based on the EPA recommended values and the historical LFG generation model parameters utilized at JPL. It is evident from **Figure 2** that only approximately 53% of the H$_2$S volume would be required (1,819 m$^3$) instead of Dr. Pietari's estimation (3,417 m$^3$) to satisfy the constraint in May 2018.

### 4.1.2  Estimation of Sulfur Content

[51] Dr. Pietari reviewed the daily waste delivery logs and determined that a total of 23,003.8 tons of Spent Lime was received at JPL from 17 October 2016, through 3 July 2018. Subsequently, Dr. Pietari estimated the sulfate and sulfur content utilizing the ranges provided in a Safety Data Sheet (SDS) dated February 1, 2013, for regular Spent Lime and an SDS dated January 9, 2017, for Enhanced Spent Lime. This resulted in a range of sulfur contents from 0.9% (214.2 tons) to 4.2% (962.3 tons) (Table 3b, Pietari 2024) of the total Spent Lime disposed that has the potential to bias the H$_2$S generation model parameters significantly. The variability and wide range (approximately 450%) introduce an additional variable into the H$_2$S modeling, capable of causing a similarly large discrepancy between high and low modeled parameters and the H$_2$S volume estimate.

[52] Based on recent data obtained from Rain Carbon for Spent Lime composition from Chalmette and Norco, Dr. Pietari estimated a sulfur content range of 2,293.3 to 3,439.3 tons in the Spent Lime disposed at JPL (Table 13, Pietari 2024). Additionally, she documented 4,734.3 tons of sulfite, equivalent to 1,896.1 tons of sulfur (Appendix E, Pietari 2024).



[53] Dr. Pietari also estimated a total of 10,488.4 tons of C&D debris disposal at JPL between July 2013 and June 2015, corresponding to an additional 150.5 tons of sulfur, assuming a 4.3% sulfate content (average) in C&D debris as reported by Anderson et al. (2010). In the absence of the actual sulfur content in the C&D debris disposed of at JPL, this assumption is reasonable given the extensive study and maturity of the available literature on C&D debris spanning several decades.

[54] Dr. Pietari modeled $H_2S$ generation for several scenarios with different $k$ and $S_0$ values and concluded based on her analyses that *"it is therefore highly unlikely that the Spent Lime disposed at the JPL had a low sulfur content."* Based on this determination Dr. Pietari continued $H_2S$ modeling using average and high sulfur content assumptions. The analyses and assumptions made exhibited the following flaws and drawbacks, contributing to higher $H_2S$ generation required to satisfy the selected constraint:

a. Firstly, Dr. Pietari directly used the LFG decay rate $K = 0.11$ yr$^{-1}$ and $L_0 = 96$ m$^3$ CH$_4$/Mg from Soler (2021) and Sananes (2024) to estimate the LFG generation for the purpose of estimating the $H_2S$ concentration in her modeling. I extensively discussed in Section 4.1.1, the inapplicability of these parameters at JPL. Even if JPL were operated as a wet/bioreactor landfill, where these parameters would be appropriate, EPA (2005) recommended a modified equation (**Equation 1**) to estimate the LFG generation. The disregard of this recommendation by Soler (2021), Sananes (2024), and Dr. Pietari resulted in an overestimation of LFG generation by approximately 29% (**Figure 3**). As I have discussed in paragraphs [47] and [48], and as presented in **Figure 2**, the higher the estimated LFG volume, the greater the required $H_2S$ volume to meet the constrained concentration, creating a false positive bias.

b. Secondly, Dr. Pietari's $H_2S$ generation modeling heavily relied on parameters specifically developed for C&D debris disposed of or used in MSW landfills (Shaha & Meeroff 2020; Anderson et al. 2010). It is evident from the supplemental report (Pietari 2021c) that the sulfur generation potential ($S_0$) for Spent Lime may be much higher (573 m$^3$−$H_2S$/t of sulfur) and not comparable to C&D debris. Therefore, eliminating the possibility of low sulfur content in the Spent Lime based on the modeling parameter ranges specifically developed for site-specific C&D debris was not appropriate and added further positive bias in the $H_2S$ generation modeling.

c. Finally, Yang et al. (2006) studied the impact of waste composition on $H_2S$ generation in simulated C&D debris landfills and found that co-disposed wastes have some effect on $H_2S$ generation. They also discovered that concrete plays a significant role in decreasing $H_2S$ generation by shifting the pH out of the optimum range for Sulfur Reducing Bacteria (SRBs). According to their study, they suggested that the addition of concrete or lime represents two possible control mechanisms for $H_2S$ generation. This study is highly important to consider in this case, as the Spent Lime was disposed of in significant amounts with a pH of approximately 12.4 (Pietari 2021a, b, c; Pietari 2024). The

engineers | scientists | innovators



optimum pH range for SRBs is 4.0 to 9.0 (Pietari 2021a).  This high pH might potentially act as an inhibitor for $H_2S$ generation or delay the decay of sulfur until the pH comes down to the optimum range for SRBs.

[55]   Considering the discussion above, Dr. Pietari's elimination of the possibility of low sulfur content cannot be made to a reasonable degree of scientific certainty and potentially introduced a positive bias in the selection and optimization of the model parameters.

### 4.1.3   Sulfur Decay Rate ($k$)

[56]   In selecting the sulfur decay rate ($k$), Dr. Pietari referenced Shaha & Meeroff (2020) and stated, *"In the absence of relevant site-specific data or laboratory studies, a range of literature values can be used and tested to identify values that best represent the conditions at a given landfill."* As previously discussed, Shaha & Meeroff (2020) chose a range of decay rates ($k$) based on values presented in Anderson et al. (2010) for the same type of sulfur-containing wastes (i.e., C&D debris), while the primary source of sulfur at JPL is Spent Lime.

[57]   Yang et al. (2006) studied and found that both the composition of wastes itself and the composition of co-disposed wastes significantly impact the sulfur decay rates (k). Therefore, the assumption that the first-order decay constants for Spent Lime would be similar to those of C&D debris is not scientifically reliable.

[58]   The sole reference presenting a sulfur decay rate even potentially compatible with Spent Lime was Sun et al. (2016), focusing on a laboratory-scale study of "Lime Ash."  This study reported a decay rate for lime ash at 0.22-0.23 $yr^{-1}$, corresponding to an MSW decay rate of 0.04 $yr^{-1}$.  Dr. Pietari compiled sulfur decay rates corresponding to an MSW decay rate of 0.10 $yr^{-1}$, resulting in a sulfur decay rate of 0.55-0.57 $yr^{-1}$ (multiplying the Sun et al. (2016) data by a factor of 2.5).  As previously discussed, based on the conditions of JPL not being a wet or bioreactor landfill, an MSW decay rate of 0.05 $yr^{-1}$ would be appropriate and the corresponding sulfur decay rate would be between 0.28 and 0.29 $yr^{-1}$.  Hence, a wider range of $k$ values, spanning from 0.2 $yr^{-1}$ to 0.9 $yr^{-1}$, would be conservative for the modeling purpose.

[59]   Most importantly, the generation of $H_2S$ from C&D debris has been extensively studied over decades, evolving with time, and supported by a wealth of available literature and extensive landfill case studies.  In contrast, the $H_2S$ decay rate from Spent Lime is relatively new, lacking any significant literature or case studies to provide the foundation needed for scientific reliability.



#### 4.1.4    Sulfur Generation Potential ($S_0$)

[60]    Similar to the decay rates, Dr. Pietari compiled $H_2S$ generation potentials in Table 7 (Pietari 2021 a, c ; Pietari 2024) from literature focusing on C&D debris.  The one laboratory-scale study (Sun et al. 2016; 2018) that presents sulfur generation potential for Lime Ash and flue gas desulfurization (FGD) gypsum presented the rates as mL $H_2S$/g dry sulfur containing waste.  In attempting to standardize the data, Dr. Pietari converted the reported values to $m^3$-$H_2S$/ton of Sulfur. Dr. Pietari did not specify the sulfur content in the sulfur containing waste (i.e., Spent Lime) that was used for this conversion, and if Lime Ash A or Lime Ash B was considered for these values.  This information should have been provided to establish the accuracy of the conversion.

[61]    The reported $H_2S$ generation potential for lime ash and FGD gypsum was as high as 578.6 and 676.0 $m^3$-$H_2S$/ton of Sulfur (Sun et al. 2016; 2018), respectively which were close to the theoretical stoichiometric value of 692 $m^3$-$H_2S$/ton of Sulfur.  The wastes potentially similar to the properties of Spent Lime (i.e., lime ash, FGD gypsum) have much higher $H_2S$ generation potential than the C&D debris in Anderson et al. (2010) which have a maximum reported $H_2S$ generation of 216.2 $m^3$-$H_2S$/ton of Sulfur.  This was valuable information that was ignored in Dr. Pietari's $H_2S$ modeling where she concluded that Spent Lime was not likely to have low sulfur content because modeling based on low sulfur content resulted in higher $H_2S$ generation potential for the selected $k$ values compared to published $H_2S$ generation potential for C&D debris in Anderson et al. (2010) and Shaha & Meeroff (2020).

[62]    Dr. Pietari assumed in her initial report (Pietari 2021a) that the $H_2S$ generation potential of sulfur in Spent Lime is similar to that of C&D debris (less than 216.2 $m^3$-$H_2S$/t of Sulfur) and therefore ignored the possibility of low sulfur content in the Spent Lime.  However, in her supplemental report (Pietari 2021c), it was evident that the derived $S_0$ values are much higher (573 $m^3$−$H_2S$/t of sulfur),  indicating that a low sulfur content might also be a possibility.  This likely introduced a positive bias and potentially overestimated the $H_2S$ generation.

#### 4.1.5    Selection of Model Constraint (Site-Specific $H_2S$ Concentration)

[63]    The selection of constraints holds significant importance in modeling site-specific $H_2S$ generation, and the model's reliability greatly depends on this factor.  When modeling the entire Phase IVA at JPL, the aggregated $H_2S$ concentration for a specific period (e.g., a month) within Phase IVA would have offered a comprehensive overview of the overall generation, as opposed to relying on data from selected LFG wells, which could significantly vary, either being notably higher or lower.  The limitations of the selected model constraint were also briefly discussed in Section 3.2.4.

engineers | scientists | innovators



[64]  To select the $H_2S$ model constraint in her initial report (Pietari 2021a), Dr. Pietari averaged the measured $H_2S$ concentration in May 2018 by CEC, along with data from two gas wells (EW-507 and EW-516) measured on or before September 2018 (WC_JPLF_00270112). The calculated average concentration $H_2S$ was 1,598 ppmv.  Averaging data from different events that are four months apart is not scientifically acceptable when determining the constraint for the specific month of May 2018, as it could introduce bias to the model parameters and impact its reliability.

[65]  A summary of the $H_2S$ concentration data and the comparison of the average and 95% confidence limit values are presented in **Table 1**.  It is evident that the inclusion of $H_2S$ concentration from two LFG wells measured on or before September 2018 resulted in an increase in the average concentration by more than 200 ppmv (1,598 ppmv compared to 1,379 ppmv) and may not represent the actual $H_2S$ concentration for May 2018 to accurately constrain the model.

**Table 1.  Summary of the $H_2S$ concentration data measured by CEC in May 2018 and data presented in WC-JPLF_00270112 measured on or before September 2018**

| Data Set | May 2018 | May 2018 & Sep 2018 |
|---|---|---|
| Arithmetic Mean | 1,379 | 1,598 |
| 95% confidence interval, Upper limit | 1,975 | 2,170 |
| 95% confidence interval, Lower limit | 784 | 1,027 |

[66]  Furthermore, Dr. Pietari selected an upper bound of 3,000 ppmv for $H_2S$ concentration as a constraint in July 2018, deviating from the modeling approach presented by Shaha & Meeroff (2020).

[67]  Dr. Pietari provided a supplemental report to the initial report dated 27 August 2021 in response to new $H_2S$ concentration data from TRC Environmental Corporation (TRC) measured in October 2019 (Pietari 2021c).  It is important to note that TRC also measured the concentration of $H_2S$ at selected LFG wells (10 out of a total 22 gas wells) within Phase IVA, thereby rendering the issue (incompleteness of the data set) similar to that of previous data measurement events.  Dr. Pietari estimated the arithmetic weighted average $H_2S$ concentration to be 3,035 ppmv and the gas flow weighted average $H_2S$ concentration to be 3,633 ppmv.  The gas flow weighted average $H_2S$ concentration was used in the revised estimate of $H_2S$ generation at Phase IVA.  The estimation of the average $H_2S$ concentration, relying solely on data from 10 out of the 22 gas wells and assuming it to be representative of the overall $H_2S$ generation in Phase IVA, is not defensible.  Nonetheless, this estimation provided another point of constraint that could enhance the model reliability if considered along with the initial model constraint.



[68]    Being aware of the limitations of the site data discussed above, the modeling parameters would require optimization based on multiple constraints rather than a single one, accompanied by a robust statistical analysis to ensure the model data fits within acceptable statistical errors or residuals (i.e., validation). This step was not performed, and therefore, the accuracy of the model predicted $H_2S$ generation cannot be confirmed as scientifically reliable.

### 4.1.6    $H_2S$ Generation Model and Parameters (Supplemental Reports: Pietari 2021c and Pietari 2024)

[69]    Dr. Pietari took a distinct approach and reassessed the initially chosen values of $k$ and $S_0$ by incorporating the newly estimated $H_2S$ concentration as a modeling constraint in October 2019. This evaluation resulted in failure, indicating "no solution found" for $k$ values, while $S_0$ values were anticipated to be "higher than the stoichiometric values." This outcome occurred due to an overestimation of LFG (**Figure 1**) and the use of $k$ and $S_0$ values specifically developed for C&D debris, as previously discussed.

[70]    Subsequently, Dr. Pietari identified that the $S_0$ values assumed in the initial report, drawn from literature focusing on C&D debris, were neither comparable nor relevant to the Spent Lime at JPL. As a result, efforts were made to revise the $H_2S$ generation model in the supplemental reports (Pietari 2021c; Pietari 2024). However, due to the inherited limitations and assumptions that led to the overestimation of LFG and $H_2S$ volume not being addressed, the revised model was subject to the same overestimation. Consequently, this overestimation in LFG resulted in approximately 77% higher volume of $H_2S$ between 2016 and 2019 to meet the constraint requirements of 3,633 ppmv $H_2S$ in October 2019, as shown in **Figure 4**.





**Figure 4.  Comparison of the volumes of H2S generated in Pietari (2021c) between 2016 and 2019, based on various LFG generation parameters selected to align with the model's constraint of an H2S concentration of 3,633 ppmv in October 2019.**

[71]    Regardless of the sulfur content (low, high, or medium) in the Spent Lime disposed at JPL, meeting the constraint requirement in October 2019 (3,633 ppmv of $H_2S$ concentration) or at any given point for a selected $k$ value, the only parameter that varies is $S_0$.  Assuming a high sulfur content will result in a low $S_0$ value, provided all other modeling parameters remain constant, and vice versa.  It is evident from **Table 2** that, with the new LFG estimates, an $S_0$ value of 317.3 $m^3$-$H_2S$/t would satisfy the $H_2S$ modeling constraint (3,633 ppmv) compared to 572.8 $m^3$-$H_2S$/t for the selected $k$ value of 0.53 yr$^{-1}$.  Furthermore, a decay rate as low as 0.11 yr$^{-1}$ can still meet the constraint requirement with an acceptable $S_0$ value of 667.0 $m^3$-$H_2S$/t.

**Table 2.  Comparison of $S_0$ values for the selected range of $k$ values to meet the model constraint in the supplemental report (Pietari 2021c) and for the updated LFG estimation.**

| | Modeling Constraint: 3,633 ppmv of $H_2S$ in October 2019, High Sulfur Content | |
| --- | --- | --- |
| Decay Rate, $k$ (yr$^{-1}$) | $S_0$ ($m^3$-$H_2S$/t), for LFG $K$=0.11 yr$^{-1}$, $L_0$= 96 $m^3$ $CH_4$/Mg | $S_0$ ($m^3$-$H_2S$/t), for LFG $K$=0.05 yr$^{-1}$, $L_0$= 100 $m^3$ $CH_4$/Mg |
| 0.11 | - | 667.0 |
| 0.15 | - | 530.0 |
| 0.20 | - | 439.5 |
| 0.30 | 645.4 | 357.6 |
| 0.35 | 610.6 | 338.3 |
| 0.40 | 589.4 | 326.6 |
| 0.45 | 577.7 | 320.1 |
| 0.50 | 573.0 | 317.5 |
| 0.53 | 572.8 | 317.3 |
| 0.55 | 573.8 | 317.9 |
| 0.60 | 579.0 | 320.8 |
| 0.70 | 600.6 | 332.7 |
| 0.80 | 637.6 | 351.6 |

[72]    Dr. Pietari used the new sulfur content data in her latest supplemental report (Pietari 2024), obtained from Rain Carbon for Spent Lime from Chalmette and Norco, with sulfur contents reportedly 3.6 to more than 10 times higher than the information provided in the Rain Carbon SDSs.  She ran the $H_2S$ generation model with the new sulfur content data for the $k$ value of 0.53 yr$^{-1}$, with the model constraint concentration of 3,633 ppmv of $H_2S$ for October 2019.  This resulted in an $S_0$ value of 161 $m^3$-$H_2S$/t of sulfur, falling within the range of values specifically developed for C&D debris, as reported in the literature.  She estimated total $H_2S$ generation between October 2016 and December 2019 for the new Rain

**engineers | scientists | innovators**



Carbon Spent Lime data and expectedly found only 1.1% relative percentage difference between Pietari (2021c) and Pietari (2024).

[73]     However, Dr. Pietari used the same LFG values in her latest supplemental report (Pietari 2024), estimated based on parameters developed for wet landfills.  Similar to the data presented in **Table 2**, if the LFG values were calculated with more realistic parameters- such as a $K$ value of 0.05 yr$^{-1}$ and $L_0$ value of 100 m$^3$ CH$_4$/Mg-based on the EPA recommended values and the historical LFG generation model parameters utilized at JPL, the resulting $S_0$ value would be 89.0 m$^3$-H$_2$S/t of sulfur for the selected decay rate and constraint instead of 161 m$^3$-H$_2$S/t of sulfur (**Table 3**).  It is important to note that the $S_0$ value of 89.0 m$^3$-H$_2$S/t of sulfur is much lower than the range of values reported in literature and presented in (Pietari 2021c; Pietari 2024).  Furthermore, a decay rate of 0.11 yr$^{-1}$ can still meet the constraint requirement with an $S_0$ value of 187.0 m$^3$-H$_2$S/t of sulfur, falling within the range of values presented in Pietari (2024).

**Table 3.  Comparison of $S_0$ values for the selected range of $k$ values to meet the model constraint in the supplemental report (Pietari 2024) for updated LFG estimation and new sulfur content data from Rain Carbon.**

| Modeling Constraint: 3,633 ppmv of H$_2$S in October 2019, High Sulfur Content | | |
|---|---|---|
| Decay Rate, $k$ (yr$^{-1}$) | $S_0$ (m$^3$-H$_2$S/t), for LFG $K$=0.11 yr$^{-1}$, $L_0$= 96 m$^3$ CH$_4$/Mg Sulfur content data from Rain Carbon (Pietari 2024) | $S_0$ (m$^3$-H$_2$S/t), for LFG $K$=0.0.05 yr$^{-1}$, $L_0$= 100 m$^3$ CH$_4$/Mg Sulfur content data from Rain Carbon (Pietari 2024) |
| 0.11 | - | 187.0 |
| 0.15 | - | 148.0 |
| 0.20 | - | 123.0 |
| 0.30 | - | 100.0 |
| 0.35 | - | 95.0 |
| 0.40 | - | 92.0 |
| 0.45 | - | 90.0 |
| 0.50 | - | 89.0 |
| 0.53 | 161.0 | 89.0 |
| 0.55 | - | 89.0 |
| 0.60 | - | 90.0 |
| 0.70 | - | 94.0 |
| 0.80 | - | 99.0 |

[74]     The findings discussed in paragraph [69] through [72] above indicates that optimizing the $k$ and $S_0$ values does not necessarily improve the model output.  Instead, crucial elements include a reliable model constraint and the validation of the model output with historical site data (H$_2$S concentration). Therefore, even though $k$ and $S_0$ have a nearly parabolic

engineers | scientists | innovators



relationship, and for an $H_2S$ constraint of 3,633 ppmv in October 2013, the decay rate of 0.53 $yr^{-1}$ yields the lowest $S_0$ value, it does not necessarily ensure the best model fit that statistically aligns with the actual field observations and measurements ($H_2S$ concentrations).

[75] The subsequent and ultimate step to validate the model output involved comparing the modeled $H_2S$ concentration for the selected combination of $k$ and $S_0$ values against the measured data at JPL to determine if the model prediction falls within the statistically acceptable limit.  Dr. Pietari overlooked this stage in her supplemental report before concluding a further increase in $H_2S$ generation due to the newly chosen constraint in October 2019.  This analysis would have clearly showed the differences and variances between the actual measured field $H_2S$ concentration at JPL and the modeled $H_2S$ concentration.

### 4.1.7  Lack of Agreement Between Estimated/Modeled H2S and Historically Available Data

[76] The $H_2S$ model parameters were determined for the selected constraint for chosen $k$ values, resulting in a series of corresponding $S_0$ values in the supplemental reports (Pietari 2021c; Pietari 2024).  However, the corresponding $H_2S$ concentrations do not reflect the actual $H_2S$ generation if the model outputs do not align with the available site data throughout the modeling duration.

[77] At JPL, Dr. Pietari reported three (3) different average site data points in her initial and supplemental reports: 1) an average $H_2S$ concentration of 1,598 ppmv in May 2018, 2) a revised constraint of 3,633 ppmv in October 2019, and 3) measurements above 500 ppmv of $H_2S$ by Ramboll in November 2019 (It is a standard practice to utilize the instrument's upper limit if the measurements exceed that limit).  Also, the $H_2S$ concentration measured in two LFG wells was 3,000 ppmv between May and September 2018.  Once a combination of selected $k$ and $S_0$ values is chosen, it becomes crucial to validate the model's fit with the field data to assess their correlation.

[78] **Figures 5,  Figure 6, and Figure 7** illustrate a significant discrepancy between predicted values and actual site data reported in the initial and supplemental report.  The initial report's model was constrained by a $H_2S$ concentration 1,598 ppmv in May 2018 and failed to predict the $H_2S$ concentration of 3,633 ppmv in October 2019 (**Figure 5**).  Similarly, when the October 2019 $H_2S$ concentration of 3,633 ppmv was selected as the model constraint, the resulting $H_2S$ concentrations in May 2018 and November 2019 were 4.6 and 7.0 times higher, respectively, than the actual $H_2S$ concentrations reported based on field measurements (**Figure 6 and Figure 7**).





Geosyntec consultants

**Figure 5. Comparison between the estimated $H_2S$ Concentration at JPL from field measurement and modeled concentration in the initial report (Pietari 2021a).**

**Figure 6. Comparison between the estimated $H_2S$ concentration at JPL from field measurement and modeled concentration in the Supplemental report (Pietari 2021c).**





**Figure 7.  Comparison between the estimated H₂S concentration at JPL from field measurement and modeled concentration in the Supplemental report (Pietari 2024).**

[79]   Based on **Figure 5**, **Figure 6** and **Figure 7,** the modeled H$_2$S concentrations in the initial (Pietari 2021a) and supplemental reports (Pietari 2021c; Pietari 2024) failed to estimate H$_2$S concentrations that reasonably replicate the actual measurements at JPL.  Regardless of sulfur contents (high, low, or medium), selected decay rates ($k$), or the sulfur generation potentials ($S_0$), the H$_2$S generation model failed to reliably estimate past or future H$_2$S generation at JPL with both the selected constraints in May 2018 and October 2019.  This outcome was expected for the following reasons:

a.   The absence of historical H$_2$S concentration data for Phase IVA at JPL is a critical limitation.  The modeling approaches used in both Shaha & Meeroff (2020) and Anderson et al. (2010) heavily relied on site-specific historical data.  Additionally, the incomplete H$_2$S concentration measurement events at JPL introduce significant uncertainties into the modeling process, which were not present in either Shaha & Meeroff (2020) or Anderson et al. (2010).

b.   The lack of data related to the peak H$_2$S concentration and its corresponding time is notable.  The H$_2$S generation model presented in both the initial and supplemental reports resulted in a peak H$_2$S concentration in July 2018, with estimated peak concentrations differing by more than 400%.  This also led to H$_2$S generation trends that diverged completely from the trend observed in the available site data (**Figure 5,  Figure 6, and Figure 7**).

c.   The lack of literature on H$_2$S generation from Spent Lime co-disposed at a landfill with MSW, the potential impacts of its high pH (approximately 12.4), and the probability of

**engineers | scientists | innovators**



a lag time that could potentially shift the peak $H_2S$ generation represent potential limitations that have affected the model outcome and reduced its scientific reliability.

d.  Finally, the actual historical $H_2S$ concentration data to validate the model outcome is severely limited and the model parameters were not optimized. Shaha & Meeroff (2020) used $H_2S$ concentration data from eight separate measurement events over several years to validate the model.  Anderson et al. (2010) likewise used $H_2S$ concentration data from at least six separate measurement events (and often many more) over several years to validate their model applications.  Dr. Pietari would have needed similar site-specific $H_2S$ concentration data to validate the reliability of her model output, consistent with the methodologies outlined in Shaha & Meeroff (2020) and Anderson et al. (2010).



## 5.    REFERENCES

Amini, H. R., Reinhart, D. R., & Mackie, K. R. (2012). "Determination of first-order landfill gas modeling parameters and uncertainties", *Waste Management*, *32*(2), 305-316.

Anderson, R., Jambeck, J. R., & McCarron, G. P. (2010). "Modeling of hydrogen sulfide generation from landfills beneficially utilizing processed construction and demolition materials", *Environmental Research and Education Foundation (*Alexandria, VA) *http://erefdn.org/publications/uploads/H2SModeling_Jambeck -UNH_2-26-10_FINAL. pdf.*

Garg, A., Achari, G., & Joshi, R. C. (2006). "A model to estimate the methane generation rate constant in sanitary landfills using fuzzy synthetic evaluation", *Waste Management & Research*, Vol. *24*(4), pp. 363-375.

Hashimi, A. (2024).   Expert Report of Ali Hashimi, "Jefferson Parish Landfill", *Weaver Consultants Group North Central, LLC*, Illinois.

Malmir, T, D. Lagos, and U. Eicker. 2023. "Optimization of landfill gas generation based on a modified first-order decay model: a case study in the province of Quebec, Canada" *Environmental Systems Research.* Vol. 12:6.

Musson, S. E., Xu, Q., & Townsend, T. G. (2008). "Measuring the gypsum content of C&D debris fines",  *Waste Management*, Vol. *28*(11), pp. 2091-2096.

Pierce, J., LaFountain, L., & Huitric, R. (2005). Landfill Gas Generation & Modeling Manual of Practice. *Solid Waste Association of North America*.

Pietari, J. (2021a). Expert Report of Jaana Pietari, Ph.D., MBA, P.E., "Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill", *Ramboll US Consulting, Inc*., January 29.[5]

Pietari, J. 2021b. Rebuttal Report of Jaana Pietari, Ph.D., MBA, P.E. "Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill:, Ramboll US Consulting, Inc. June 16.

Pietari, J. (2021c). Expert Report of Jaana Pietari, Ph.D., MBA, P.E., "Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill:, *Ramboll US Consulting, Inc.*, August 27.

---

[5] Separate from the text of Dr. Pietari's reports, I also reviewed the data and calculations provided with the reports.

**engineers** | scientists | innovators



Pietari, J. (2024). Expert Report of Jaana Pietari, Ph.D., MBA, P.E., "Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill:, *Ramboll US Consulting, Inc.*, February 2.

Sananes, J. (2024). Second Supplemental Expert Report of Jose Sananes, "Evaluation of Jefferson Parish Landfill Gas Emissions, Avondale, Louisiana – Jefferson Parish", *Ramboll US Consulting, Inc.*, Arlington, VA.

Shaha, B. N., & Meeroff, D. E. (2020). "Prediction of $H_2S$ Concentration in Landfill Gas Resulting from Construction and Demolition Debris and the Selection of Treatment Method", *Journal of Environmental Engineering*, Vol. *146*(6), pp. 04020045.

Soler, N. (2021). Expert report of Nestor D. Soler, "Evaluation of Jefferson Parish Landfill Gas Emissions, Avondale, Louisiana – Jefferson Parish", *Ramboll US Consulting, Inc.*, Arlington, VA.

Stutz, M. (2021). Expert Report of Matthew K. Stutz, "Jefferson Parish Landfill", *Weaver Consultants Group*, Louisiana.

Sun, W., Sun, M., & Barlaz, M. A. (2016). "Characterizing the Biotransformation of Sulfur-Containing Wastes in Simulated Landfill Reactors". *Waste Management*, Vol. *53*, pp. 82-91.

Sun, W., M. Sun, M.A. Barlaz. (2018). Development of methods to measure the hydrogen sulfide production potential of sulfur-containing wastes. Final Report, *Prepared for the Environmental Research and Education Foundation*. North Carolina State University, Department of Civil, Construction, and Environmental Engineering, Raleigh, NC.

Sun, W., Wang, X., DeCarolis, J. F., & Barlaz, M. A. (2019). Evaluation of Optimal Model Parameters for Prediction of Methane Generation from Selected US Landfills. *Waste Management*, Vol. *91*, pp. 120-127.

Tolaymat, T. M., El Badawy, A. M., & Carson, D. A. (2013). Estimate of the Decay Rate Constant of Hydrogen Sulfide from Drywall in a Simulated Bench-scale Study. *Journal of Environmental Engineering*, Vol.*139*(4), pp. 538-544.

US EPA, 2005. *First-Order Kinetic Gas Generation Model Parameters for Wet Landfills*, EPA-600/R-05/072.

US EPA (2023) Inventory of US Greenhouse Gas Emissions and Sinks: 1990–2021, EPA 430-R-23- 002, Washington.

Yang, K., Xu, Q., Townsend, T. G., Chadik, P., Bitton, G., & Booth, M. (2006). Hydrogen Sulfide Generation in Simulated Construction and Demolition Debris Landfills: Impact of Waste



Composition. *Journal of the Air & Waste Management Association*, Vol. *56*(8), pp. 1130-1138.


## ADDITIONAL DOCUMENTS CONSIDERED

APTIM Liquid Levels Spreadsheet (2nd Semi-Annual 2018) (JP_JPLF_00320482)

APTIM Liquid Levels Spreadsheet (First Quarter 2019) (APTIM-0180857)

CB&I Leachate Levels Spreadsheet (1st Semi-Annual 2015) (APTIM-0019757)

CB&I Operations & Maintenance Monthly Report (Sept. 2016) (APTIM-0138323)

CEC Landfill Gas System Assessment (Aug. 15, 2018) (WC_JPLF_00158037)

Documents produced by Rain CII Carbon in response to Subpoena (Rain CII Bendeck 0001-0518)

Documents produced by Rain CII Carbon in response to Subpoena (Rain CII Bendeck 0528-0543)

Email exchange between Mike Lockwood and Rickie Falgoust re Vacuum Levels (Sept. 4, 2018–Sept. 5, 2018) (WC_JPLF_00270112)

Landfill Gas Collection and Control Plan (Jan. 20, 2017) (WC_JPLF_00159978)

Matthew K. Stutz Expert Report (Apr. 30, 2021)

Rain CII Carbon LLC Certification of Business Records (Feb. 2, 2024)

Rain Carbon Scrubber Ash Daily Results Spreadsheet (Nov. 3, 2016–Dec. 31, 2017)

Shaw Leachate Levels Spreadsheet (Mar. 2009–Dec. 2009) (APTIM-0168049)

Shaw Leachate Levels Spreadsheet (October Liquid Levels) (June 2023) (APTIM-0130544)

Spent Lime Composition Analysis Spreadsheet (XRD Analyses)

Trial Exhibit 1204 (Daily Logs Spreadsheet) (2015–2020)

# APPENDIX A
# CV_BISHOW SHAHA, PH.D., P.E.



**Bishow N. Shaha, Ph.D., P.E.**

Solid Waste Engineer
Geosyntec Consultants, Inc.
900 Broken Sound Parkway NW, Suite 200
Boca Raton, FL  33487
Mobile: 561.480.6597

**Solid Waste Management**
**Landfill Operation, Design, and Permitting**
**Construction Quality Assurance**
**Project, and Construction Management**
**Environmental Litigation Support**

## EDUCATION

Ph.D., Sustainable Infrastructure – Florida Atlantic University, May 2020
M.S., Civil Engineering (Environmental) – Florida Atlantic University, August 2016
B.Sc., Civil Engineering (Environmental) – Bangladesh University of Engineering and
     Technology, February 2013

## REGISTRATIONS AND CERTIFICATIONS

Professional Engineer (PE) ID: 94112
OSHA HAZWOPER 8-HR Refresher (August, 2023)
Nuclear Gauge Operator Safety Training Course plus Hazmat (December 2021)
Adult First Aid/CPR/AED (May, 2021)
OSHA HAZWOPER 40-HR (June, 2019)

## CAREER SUMMARY

Dr. Shaha is a seasoned waste management professional with over eight (8+) years of experience in civil and environmental engineering projects.  His involvement spans various civil and geotechnical engineering initiatives for municipal and privately owned solid waste disposal facilities.  These projects encompass solid waste management, landfill design and permitting, landfill gas (LFG) management systems, LFG modeling, landfill construction quality assurance, and leachate collection system design, management, and disposal.

Dr. Shaha is adept at preparing engineering and construction documents, including project work plans, task hazard analyses, technical specifications, construction bid documents, CQA Plan, Operation Plan, and certification reports.  His expertise in solid waste design calculations encompasses bearing capacity evaluation, final cover performance assessment, leachate collection and removal system design analysis, slope stability analysis, and overfill liner stability analysis.

Additionally, Dr. Shaha has experience in evaluating leachate collection and disposal system clogging remediation, landfill gas modeling, and preparing technical documents for site assessments.  His skills extend to multi-media sampling, laboratory analysis, data management, trends analysis, technical writing, PowerPoint presentations, and project management.



Before joining Geosyntec, Dr. Shaha served as a project engineer with a respected minority-owned consulting firm.  In this role, he handled diverse civil and environmental engineering projects, including water, sewer, and stormwater system design, the preparation of complex engineering standards and design specifications, and conducting water and wastewater geospatial analysis for municipal master planning.

Highlights of Dr. Shaha's solid waste management and other relevant project experience are presented below.

## Solid Waste Management

***Solid Waste Characterization Study 2023, Department of Natural and Environmental Resources,*** *Puerto Rico.* Dr. Shaha was responsible for field data management and transfer to the Geosyntec team without compromising security. He planned and executed a seamless data transfer methodology to transfer field data to the Geosyntec data analysis team, maintaining a streamlined channel. He also developed an automated dashboard to visualize the field data after preliminary data processing for weekly update to the Client. Dr. Shaha also prepared weekly data summaries utilizing the automated dashboard for the data analysis team.

***Evaluation of Roadmap to Achieving 80% Recycling Goal,*** *SWANA, USA.* Dr. Shaha was responsible for evaluating the existing recycling program, estimate the recycling rates, identify the target components of municipal solid waste (MSW) with the lowest recycling rate, analyze the weightage of the target components, and finally develop a roadmap to achieve the 80% recycling goal. Dr. Shaha prepared a technical report and presented the findings at the WASTECON  2019 held in Phoenix.

***Alternative analysis and recommendations for sustainable (economically, environmentally, and socially) management practices for the recyclables,*** *SWANA, USA.* Dr. Shaha was responsible for evaluating the existing recycling program, analyze alternative options and scenarios based on the three tiers of sustainability, and finally recommend the best management alternative for the recyclables. Dr. Shaha prepared a technical report and presented the findings at the WASTECON 2017 held in Baltimore.

## Landfill Engineering, Design, and Permitting

***Phase 7 Final Closure, Engineering Services, South Broward Ash Monofill,*** *WIN Waste Innovations/Wheelabrator South Broward (WSB) Inc., Fort Lauderdale, FL.* r. Shaha provided engineering services for the Phase 7 final closure design and bid support to the client. He was responsible for preparing the complete bid package, which included construction limits identification, developing the scope of work for the contractor, preparing the bid schedule of values, construction documents, technical specifications, and Construction Quality Assurance (CQA) plans for the project.  Dr. Shaha managed the project resources, budgets, client, and contractor communications to deliver the project deliverables within deadlines.



Bishow N. Shaha, Ph.D., P.E.
Page 3

***Phase 2 Closure Slope Repair Engineering Services, South Broward Ash Monofill,*** *WIN Waste Innovations/Wheelabrator South Broward (WSB) Inc., Fort Lauderdale, FL.* Dr. Shaha provided engineering services for the Phase 2 closure slope repair and bid support to the Client. Dr. Shaha was responsible for preparing the construction limits identification, developing scope of work for the contractor, preparing bid schedule and Construction Documents for the repair work.

***ACMS Heart of Florida (HOF) Class I Landfill Financial Assurance Package (Cells 1-6),*** *Waste Connections, Bushnell, FL.* Dr. Shaha prepared and certified the updated FACE package to include the newly constructed Cell 6 (approximately 15.6 acres) for the HOF landfill to the Florida Department of Environmental protection (FDEP) for approval.

***ACMS Heart of Florida (HOF) Class I Landfill Financial Assurance Package (Cells 1-5),*** *Waste Connections, Bushnell, FL.* Dr. Shaha prepared and submitted the certified FACE package to include the newly constructed Cell 5 (approximately 15.3 acres) for the HOF landfill to the Florida Department of Environmental protection (FDEP) for approval.

***Substantial Modification Permit Application to Construct and Operate Cells 6 through 11, SLD Recycling and Disposal Facility,*** *Waste Connections, Inc., Punta Gorda, Charlotte County, FL.* Dr. Shaha supported the design and permit effort of six lined cells (Cells 6 through 11), spanning an approximate footprint of 61.0-acres at the SLD facility. Dr. Shaha prepared design calculations and technical reports for the Leachate Collection and Removal System Evaluation, Leachate Generation Lifecycle Evaluation, Leachate Transmission and Storage System Evaluation, and Financial Assurance Cost Estimate packages. Dr. Shaha also assisted the team with peer review activities of different calculation packages.

***ACMS Heart of Florida (HOF) Class I Landfill Expansion Design and Permitting,*** *Waste Connections, Bushnell, FL.* Dr. Shaha assisted in the design and permitting effort of the 161.0-acre northern expansion at the HOF landfill. Dr. Shaha completed calculation packages, including Final Cover System Performance Evaluation, Gas Management System, and Financial Assurance Cost Estimate (for full buildout). Dr. Shaha also peer-reviewed Leachate Collection System, Leachate Transmission System, and Leachate Lifecycle Analysis calculation packages.

***Indian River County Landfill Title V Air Construction Permit application,*** *Solid Waste Disposal District, Indian River County, Vero Beach, FL.* Dr. Shaha prepared the permit application package for a new emissions unit, an enclosed flare (EU008), for the Indian River County Landfill. Dr. Shaha performed rule applicability analysis, the potential to emit summary and emission calculations as part of the application package.

***Substantial Modification Permit Application to Construct and Operate Cells 4 and 5, SLD Recycling and Disposal Facility,*** *Waste Connections, Inc., Punta Gorda, Charlotte County, FL.* Dr. Shaha supported the design and permit effort of two-lined cells (Cells 4 and 5), spanning an approximate footprint of 19.0 acres at the SLD facility. Dr. Shaha prepared design calculations and technical reports for the Bearing Capacity Evaluation, Final Cover Performance Evaluation, and Overfill Liner Stability Evaluation. Dr. Shaha assisted in preparing Leachate Collection and



Bishow N. Shaha, Ph.D., P.E.
Page 4

Removal System calculations and the technical report. Dr. Shaha also assisted the project manager in preparing the Construction Quality Assurance (CQA) Plan and the Operation Plan.

***Temporary Exposed Geomembrane Cover (EGC) Design, South Broward Ash Monofill,*** *Wheelabrator South Broward Inc., Fort Lauderdale, FL.* Dr. Shaha supported the design effort and installation of approximately 3.8 acres of EGC cover to reduce and manage the contact water going to the leachate collection system. Dr. Shaha assisted the design team with field data, measuring field parameters, assisting in the CQA services during construction, and perform final measurements of the installed EGC.

***Elevated Landfill Temperature Monitoring, Monarch Hill Landfill,*** *Waste Management, Pompano Beach, FL.* Dr. Shaha supported the project manager in monitoring the elevated landfill temperature and evaluating the accuracy of measurements using two different methods. Dr. Shaha conducted field temperature measurements using existing fiber optic distributed temperature sensors (FODTS) installed in an earlier effort and using Geokon Model 3800HT thermistor. Dr. Shaha also monitored the liquid levels in each FODTS conduit utilizing a Solinst 200-ft long water level meter.

***Landfill Expansion, Heart of Florida Landfill,*** *Waste Connections, Inc., Lake Panasoffkee, FL.* Dr. Shaha provided field work support for the lateral expansion project which involved an extensive hydrogeological and geotechnical investigation to identify loose zones within the subsurface soils using Standard Penetration Test (SPT) and Cone Penetration Test (CPT) methods. The drilling activities consisted of geotechnical Standard Penetration Test (SPT) borings performed in compliance with ASTM D1586, *Standard Test Method for Standard Penetration Test (SPT) and Split-Barrel Sampling of Soils*. While monitoring the drilling activities, Dr. Shaha drafted boring logs, obtained soil samples, and performed visual soil classifications in compliance with ASTM D2488, *Standard Practice for Description and Identification of Soils*.

## Landfill Construction Quality Assurance Services

***Construction Quality Assurance (CQA) Services Cell 1C1 Construction, South Broward Ash Monofill,*** *Wheelabrator South Broward (WSB) Inc., Fort Lauderdale, FL.* Dr. Shaha is currently serving as project manager for the construction of cell 1C1 (approximately 7 acres) at the WSB monofil. Dr. Shaha is responsible for managing the onsite testing and monitoring program, ensuring conformance testing of materials per the specifications and CQA plan, maintaining stakeholder communication, and finally preparing and submitting certification reports for Florida Department of Environmental Protection (FDEP).

***CQA Services, Vista Class III Landfill Cell 7 Construction and other GCCS Expansion,*** *Waste Management, Apopka, FL.* Dr. Shaha managed the construction CQA activities of the lined disposal Cell 7 (approximately 8 acres) and was the engineer of record (EOR) for the construction certification. Dr. Shaha prepared the construction completion certification report and submitted it to FDEP within two (2) business of the substantial construction completion and received the



approval from FDEP within two (2) weeks of submission without any site inspection or additional request for Information. Dr. Shaha also assisted the project manager in the permit application and bid package preparation for the construction of Cells 7 and 8 at the Vista Landfill.

***Construction Quality Assurance (CQA) Services 2023 Landfill Gas Collection and Control System (GCCS) Expansion Phase 2, Monarch Hill Landfill,*** *Waste Management, Pompano Beach, FL.* Dr. Shaha managed the CQA services for the installation of 37 vertical LFG wells, tie-in, and associated GCCS construction activities. Twenty-five of the wells were regular LFG wells, and the remaining 12 wells were nested wells with shallow and deep wells within the same borehole for facilitating liquid level management. Dr. Shaha was responsible for managing resources, reviewing construction documents, reviewing as-built drawings, stakeholder engagement, and preparing the final construction documentation report.

***Construction Quality Assurance (CQA) Services 2022 Landfill Gas Collection and Control System (GCCS) Expansion Phase 3, Medley Landfill,*** *Waste Management, Medley, FL.* Dr. Shaha provided CQA services for the installation of 25 vertical LFG wells with a combined drill depth of 2,165 feet, installation of two (2) vertical dewatering wells with a total drill depth of 300 feet, installation of four (4) vertical piezometer wells with a total combined length of 402 feet, and associated GCCS components. Dr. Shaha was responsible for managing resources, reviewing construction documents, reviewing as-built drawings, stakeholder engagement, and preparing the final construction documentation report.

***Construction Quality Assurance (CQA) Services 2022 Landfill Gas Collection and Control System (GCCS) Expansion Phase 2, Monarch Hill Landfill,*** *Waste Management, Pompano Beach, FL.* Dr. Shaha managed the CQA services for the installation of 28 vertical LFG wells with a total boring depth of 3,950 feet, approximately 3,500 linear feet (LF) piping, and associated GCCS construction activities. Dr. Shaha was responsible for managing resources, reviewing construction documents, reviewing as-built drawings, stakeholder engagement, and preparing the final construction documentation report.

***Construction Quality Assurance (CQA) Services 2022 Gas Collection and Control System (GCCS) Phase 1 Expansion, Okeechobee Landfill***, *Waste Management, Okeechobee, FL.* Dr. Shaha provided support for the installation of 29 vertical LFG wells with a combined drill depth of 2,375 feet, and installation of approximately 30,000 linear feet of piping to the existing GCCS system of the landfill. Dr. Shaha was responsible for managing resources, reviewing construction documents, reviewing as-built drawings, stakeholder engagement, and preparing the final construction documentation report.

***Construction Quality Assurance (CQA) Services 2022 Landfill Gas Collection and Control System (GCCS) Expansion Phase 1, Monarch Hill Landfill,*** *Waste Management, Pompano Beach, FL.* Dr. Shaha managed the CQA services for the installation of 24 vertical LFG wells with a total boring depth of 3,450 feet, approximately 10,000 linear feet (LF) piping, and associated GCCS construction activities. Dr. Shaha was responsible for managing resources, reviewing



construction documents, reviewing as-built drawings, stakeholder engagement, and preparing the final construction documentation report.

***Construction Quality Assurance (CQA) Services 2022 Landfill Gas Collection and Control System (GCCS) Expansion Phase 1, Medley Landfill,*** *Waste Management, Medley, FL.* Dr. Shaha provided support for the installation of 26 vertical LFG wells with a combined drill depth of 2,300 feet, and approximately 5,000 linear feet of piping for the existing GCCS system expansion of the landfill. Dr. Shaha reviewed the construction documents, as-built drawings, and prepared the final construction documentation report.

***Construction Quality Assurance (CQA) Services 2022 Landfill Gas Collection and Control System (GCCS) Phase 6 Closure, Medley Landfill,*** *Waste Management, Medley, FL.* Dr. Shaha provided CQA services for the installation of approximately 16,000 linear feet of piping for the expansion of the GCCS system at the Medley landfill. Dr. Shaha managed resources, reviewed the construction documents, as-built drawings, and prepared the final construction documentation report.

***Construction Quality Assurance (CQA) Services Phase 6 Final Cover Construction, South Broward Ash Monofill,*** *Wheelabrator South Broward Inc., Fort Lauderdale, FL.* Dr. Shaha supported the installation of the alternative final cover system over an approximate 3.7-acre footprint of the Monofill. Dr. Shaha assisted the CQA Site manager in performing the onsite testing and monitoring program for the Phase 6 final cover installation. Dr. Shaha performed field visits to observe the Phase 6 final cover construction, prepared daily field reports, reviewed as-built drawings, and assisted in preparation of the final construction documentation report.

***Construction Quality Assurance (CQA) Services 2021 Landfill Gas Collection and Control System (GCCS) Expansion Phase 1, Medley Landfill,*** *Waste Management, Medley, FL.* Dr. Shaha provided support for the installation of 32 vertical LFG wells, and approximately 38,000 linear feet of piping for the existing GCCS system expansion of the landfill. Dr. Shaha assisted the project manager and engineer of record in reviewing construction documents, reviewing as-built drawings, and preparing the final construction documentation report.

***Construction Quality Assurance (CQA) Services 2021 Gas Collection and Control System (GCCS) Phase 1 Expansion, Okeechobee Landfill****, Waste Management, Okeechobee, FL.* Dr. Shaha provided support for the installation of 17 vertical LFG wells, abandonment of six existing vertical LFG wells, installation of four heat accumulation prevention (HAP) sand drainage trenches, and installation of approximately 15,000 linear feet of piping to the existing GCCS system of the landfill. Dr. Shaha assisted the project manager in reviewing construction documents, reviewing as-built drawings, and preparing the final construction documentation report.

***Construction Quality Assurance (CQA) Services 2021 Landfill Gas Collection and Control System (GCCS) Expansion Phase 1, Monarch Hill Landfill,*** *Waste Management, Pompano*



*Beach, FL.* Dr. Shaha provided support for the installation of 15 vertical LFG wells, and approximately 9,000 linear feet of piping to the existing GCCS system of the landfill. Dr. Shaha was responsible for assisting the project manager in reviewing construction documents, reviewing as-built drawings, and preparing the final construction documentation report.

***Construction Quality Assurance (CQA) Services 2021 Landfill Gas Collection and Control System (GCCS) Expansion Phase 2, Monarch Hill Landfill,*** *Waste Management, Pompano Beach, FL.* Dr. Shaha provided support for the installation of horizontal controls, lateral piping, and approximately 5,000 liner feet of 24-in and 30-in diameter LFG header pipe to the existing GCCS system of the landfill. Dr. Shaha was responsible for assisting the project manager in reviewing construction documents, reviewing as-built drawings, and preparing the final construction documentation report.

***Construction Quality Assurance (CQA) Services 2021 Landfill Gas Collection and Control System (GCCS) Phase 8 Closure, Monarch Hill Landfill,*** *Waste Management, Pompano Beach, FL.* Dr. Shaha managed the installation of 16 vertical LFG wells with a combined drill depth of 1.434 feet, and tie-in piping to the existing GCCS system of the landfill. Dr. Shaha was responsible for managing resources, budget, reviewing construction documents, reviewing the well logs, and preparing the final construction documentation report.

***Construction Quality Assurance (CQA) Services 2021 Gas Collection and Control System (GCCS) Phase 3 Expansion, Okeechobee Landfill,*** *Waste Management, Okeechobee, FL.* Dr. Shaha managed the installation of approximately 3,000 linear feet of 24" and 18" header pipes, 4" condensate forcemain, 2" air supply lines, three (3) – 48" condensate sumps, and other associated components to the existing GCCS system of the landfill. Dr. Shaha was responsible for managing resources, budget, reviewing construction documents, reviewing daily field reports, and preparing the final construction documentation report.

### Environmental Monitoring, Remediation and Multimedia Sampling

***On-Call Professional Hydrogeological Consulting Services for Water Quality Monitoring and Assessment at SWA Facilities in FY2022,*** *West Palm Beach, FL.* Dr. Shaha provided support for hydrogeological services associated with water quality monitoring and assessment at SWA facilities. Dr. Shaha managed the project, performed ground water monitoring data processing using Automated Data Processing Tool (ADaPT), and prepared deliverables for the client.

***Construction Oversight and Post Construction Services Hillsboro-El Rio Park Phase II Southern Expansion 2021,*** *Boca Raton, FL.* Dr. Shaha provided support for the post construction groundwater assessment and environmental controls (ECs) inspection. Dr. Shaha conducted groundwater sampling from the six existing groundwater monitoring wells and performed inspections of the constructed engineering controls documenting the condition of the ECs. Dr. Shaha assisted the project manager and engineer of record in preparing the final report based on the groundwater analysis results and field inspection.



Bishow N. Shaha, Ph.D., P.E.
Page 8

***Groundwater Monitoring Along Eastern Property Boundary Biscayne Commons 2021,*** *North Miami Beach, FL.* Dr. Shaha provided support for groundwater monitoring along the eastern boundary of the property. Dr. Shaha conducted groundwater sampling at the site pursuant to guidance in the 2017 Florida Department of Environmental Protection (FDEP) Standard Operation Procedures (SOP) for Field Activities (FDEP-SOP-FS2200) effective April 16, 2018. Dr. Shaha assisted the project manager and engineer of record in preparing the final report based on the groundwater analysis results.

***Engineering Control Plan/Engineering Control Maintenance Plan and Observation of Selected Construction Activities DMF9,*** *Homestead, FL.* Dr. Shaha provided support for observation and documentation of the movement of soil during certain construction activities within the agricultural area following the Department of Environmental Resource Management (DERM) approved Soil Management Plan (SMP). Dr. Shaha assisted in recording the estimated areas of soil excavation, stockpiles, and/or reuse locations, estimated volumes of soil removed from the Site or reused onsite, volume/weight estimations and sources of "clean soil" material imported to the Site and placed in the ag area, and offsite soil disposal weigh tickets and waste manifests (if soil removal is required).

## Biogeochemical Clogging

***Characterization of biofilms and mineralogical scale in underground injection well disposal of landfill leachate and industrial wastewater streams,*** *SWA Palm Beach County, West Palm Beach, FL.* Dr. Shaha supported the effort of evaluation of biological and chemical precipitation in the 3,200 ft deep leachate injection well. Dr. Shaha collected samples for biological and chemical analysis during the annual rehabilitation of the leachate injection well using mechanical brushing, performed laboratory analysis, analyzed data, and prepared final report for client, and published peer reviewed article.

***Critical Evaluation of Leachate Clogging Potential in Gravity Collection Systems and Management Solutions,*** *SWA Palm Beach County, West palm Beach, FL.* Dr. Shaha assisted the principal investigator (PI) in determining the trigger mechanism of clogging in leachate collection system and in proposing management solutions to the client. Dr. Shaha was responsible for collecting periodic samples for biological and chemical analysis for a period of 5 years, perform laboratory analysis, analyzing data, and prepare final report for client and manuscript for publication. Dr. Shaha was also responsible for reporting any unusual trends and propose management solutions for the challenges faced over the years.

***Effect of an Electronic Water Treatment System on Calcium Carbonate Scaling,*** *SWA Palm Beach County, West palm Beach, FL.* Dr. Shaha was responsible for evaluating the effectiveness of a vendor's product and validate the claims for the client. Dr. Shaha performed field experiments, conducted laboratory analysis, analyzed data, prepared report for the clients, and published peer reviewed article.



**Landfill Gas Modeling**

***Prediction of H₂S Concentration in Landfill Gas Resulting from Construction and Demolition Debris and the Selection of Treatment Method,*** *SWANA, USA.*  Dr. Shaha was responsible for analyzing historical data and develop a model to predict future $H_2S$ concentration in Landfill gas (LFG) and select the best available treatment options based on the three tiers of sustainability (social, economic, and environmental). Dr. Shaha estimated LFG using LANDGEM and developed a hybrid model to predict future $H_2S$ emissions due to the Construction and Demolition (C&D) waste. Dr. Shaha prepared final report, PowerPoint for presentation, and manuscript for publication.

**Litigation Support**

***Expert Opinion,*** *Beveridge & Diamond, P.C. ("B&D").*  Dr. Shaha is currently providing **Privileged and Confidential** litigation support services to B&D.

**PROFESSIONAL EXPERIENCE**

Adjunct Faculty, Florida Atlantic University, Boca Raton, Florida (January 2023 – Present)
Geosyntec Consultants, Boca Raton, Florida (April 2021 - Present)
CES Consultants, West Palm Beach, FL (August 2019 - April 2021)
PhD Candidate, Consultant to SWA Palm Beach County - LabEES, Florida Atlantic University, Boca Raton, FL (January 2015 - August 2019)

**AWARDS AND RECOGNITIONS**

International Solid Waste Design Competition (1st place), SWANA – 2019, 2017
Thesis and Dissertation Scholarship, FAU – 2019, 2018
Florida Water Environment Association Scholarship, FWEA –2016

**AFFILIATIONS**

Solid Waste Association of North America (SWANA) – (2015 - Present)
American Society for Civil Engineers (ASCE) – (2019 - Present)

**REPRESENTATIVE PUBLICATIONS**

20-1   Shaha, B. N., & Meeroff, D. E. (2020). Prediction of H2S Concentration in Landfill Gas Resulting from Construction and Demolition Debris and the Selection of Treatment Method. Journal of Environmental Engineering, 146(6), 04020045.

19-2   Meeroff, D. E., Shaha, B., Bloetscher, F., Esiobu, N., Mercer, B., McCorquordale, D., ... & Bennett, M. (2019). Characterization of biofilms and mineralogical scale in underground



Bishow N. Shaha, Ph.D., P.E.
Page 10

injection well disposal of landfill leachate and industrial wastewater streams. Journal of Geoscience and Environment Protection, 7(11), 69.

19-3   Shaha, B. N., Meeroff, D. E., Kohn, K., Townsend, T. G., Schert, J. D., Mayer, N., ... & Telson, J. (2019). Effect of electronic water treatment system on calcium carbonate scale formation in landfill leachate collection piping. *Journal of Environmental Engineering*, *145*(9), 04019052.

16-4   Meeroff, D. E., Lakner, J., Shaha, B., Walecki, E., Harris, A., & Meyer, L. (2016). Futuristic on-site Leachate management. In *World Environmental and Water Resources Congress 2016* (pp. 1-10).

16-5    Shaha, B. N., Meeroff, D. E., & Kohn, K. (2016, October). Effect of an Electronic Water Treatment System on Calcium Carbonate Scaling: A Case Study. In World Environmental and Water Resources Congress 2016 (pp. 41-50).

## JOURNAL ARTICLES PEER REVIEWED (REVIEWER)

Choudhary, A., Kumar, A., Kumar, S., Govil, T., & Sani, R. K. (2023). Enhanced biogas production from pine litter codigestion with food waste, microbial community, kinetics, and technoeconomic feasibility. *Journal of Environmental Engineering*, *149*(1), 04022089.

Feng, S. J., Chen, Z. W., & Zheng, Q. T. (2020). Effect of LCRS clogging on leachate recirculation and landfill slope stability. *Environmental Science and Pollution Research*, *27*, 6649-6658.

Kumar, G., Kopp, K. B., Reddy, K. R., Hanson, J. L., & Yeşiller, N. (2021). Influence of waste temperatures on long-term landfill performance: Coupled numerical modeling. *Journal of Environmental Engineering*, *147*(3), 04020158.

Kreling, N. E., Simon, V., Fagundes, V. D., Thomé, A., & Colla, L. M. (2020). Simultaneous production of lipases and biosurfactants in solid-state fermentation and use in bioremediation. *Journal of Environmental Engineering*, 146(9), 04020105.

Lan, D., Chen, M., Liu, Y., Liang, Q., Tu, W., Chen, Y., & Liang, J. (2020). Development of shale gas in China and treatment options for wastewater produced from the exploitation: sustainability lessons from the United States. *Journal of Environmental Engineering*, *146*(9), 04020103.

Lopes, T. D. N., Coelho, L. H. G., Mata-Lima, H., de Jesus, T. A., da Costa, A. C. R., Pereira, J. M. D. A., & Benassi, R. F. (2022). The Influence of Pollution Sources on CH 4 and CO 2 Emissions in Urbanized Wetland Areas of a Tropical Reservoir, Southeast, Brazil. *Journal of Environmental Engineering*, *148*(1), 04021071.

Wei, Z., Peng, J., Ma, X., Qiu, S., & Wang, S. (2021). Toward PM 2.5 Distribution Patterns Inside Symmetric and Asymmetric Street Canyons: Experimental Study. *Journal of Environmental Engineering*, *147*(7), 04021016.



Bishow N. Shaha, Ph.D., P.E.
Page 11

Xiao, Z., Gao, X., Mohammed, M. A., Zhang, R., Sun, H., Li, D., & Pan, F. (2020). Simultaneous removal of NO and SO 2 with a novel oxidation-absorption process based on air microbubble water system. *Journal of Environmental Engineering*, *146*(9), 04020109.

Xu, Y., Hao, Y., Zhang, T., Yan, W., Wang, Y., Guo, D., ... & Li, J. (2021). Emission Reduction Efficiency Analysis Based on Characteristics of Vehicle Emissions. *Emission Control Science and Technology*, *7*, 359-373.

**REPORTS PEER REVIEWED (REVIEWER)**

Bareither et al (2023),"Evaluation of Management of Wet Waste Disposal in Municipal Solid Waste Landfills" Final Report, Prepared for *Environmental Research and Education Foundation.*

Reyes III et al (2022), "Developing High-Yield and Resilient Anaerobic Co-Digestion of Alternative Wastes" Final Report, Prepared for *Environmental Research and Education Foundation.*

Alhadidi et al, (2023), "Non-Recyclable Plastics to Pavements (P2P)" Final Report, Prepared for *Environmental Research and Education Foundation.*