1              UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT

3                    STATE OF LOUISIANA

4

5    CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218,
     18-9312
6                       SECTION:E(5)

7          ELIAS JORGE "GEORGE" ICTECH-BENDECK

8                         VERSUS

9        WASTE CONNECTIONS BAYOU, INC., ET AL.

10                   RELATED CASE:

11   CIVIL ACTION NO. 19-11133, c/w 19-14512

12                   SECTION:E(5)

13             FREDERICK ADDISON, ET AL.

14                         VERSUS

15     LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.

16

17     VIDEOTAPED REMOTE CONFERENCE DEPOSITION OF

18                  BISHOW NATH SHAHA

19                   April 30, 2024

20                at the Law Offices of
                    LISKOW & LEWIS
21           701 Poydras Street, Suite 5000
                  New Orleans, LA 70139
22

23   REPORTED BY:

24   DOROTHY Z. JONES, CVR, CCR

25



1  report as Exhibit 1615.

2  (Plaintiff's Exhibit No. 1615 marked for

3  identification.)

4  BY MR. LANDRY:

5     Q    In this matter, you have only been retained

6  by the Waste Connections defendants; correct?

7     A    That is correct.

8     Q    When did Mr. Vitris first reach out to you

9  about a potential retention in this litigation?

10    A    Somewhere in August 2023.

11    Q    August 2023.

12    A    Uh-huh.

13    Q    What do you recall about that first

14  discussion?

15    A    So, Vitris -- Mr. Vitris reached out to my

16  professor, Dr. Meeroff, and Meeroff forwarded me that

17  contact information because he was not interested to

18  be part of this.

19    I discussed with him if it's okay for me to go

20  and be able to provide expert support on this, and he

21  agreed with that.

22    And that's when we started talking with doctor

23  -- Mr. Vitris and on this deposition.

24    Q    Okay.

25    What was your professor's name?



1      And I didn't do any projects that had this large

2  issue, so I'm not -- or that I have to review and see

3  data and do some research on that.

4      Q    Are you aware that Mr. Marshall concluded

5  that spent lime was used to solidify wastewater

6  treatment plant sludge in Phase 4A?

7      A    I do not know that.

8      Q    Do you share the same opinion with Mr.

9  Marshall that spent lime was used to solidify

10  wastewater treatment plant sludge at the JPLF?

11      A    I do not know that.

12      Q    The last bullet point here says, "Helps to

13  not commingle CCRs and MSW."

14      A    I see that.

15      Q    Do you agree with that?

16      A    I do not know.

17      Q    You don't know why not co-mingling coal

18  combustion residuals and MSW would help with odor

19  generation issues?

20      A    I'm not sure about that.

21      Q    Now, taking you to slide ending Bates

22  523214.

23      This slide is titled "Challenges for MSW

24  Landfills Handling CCRs."

25      And this talks about operations; right?



1      Q    And, again, you have not seen the Pace
2    Analytical spent lime analysis?
3      A    I have seen that.
4      Q    You have seen it?
5      A    Yes.
6      Q    Okay.
7      Do you know where you saw that?
8      A    It's one of the documents that are sent to
9    me for review purposes and analysis.
10     Q    Okay.
11     It wasn't listed in your references or
12   additional documents considered, but could it have
13   been included in the Rain Carbon production?
14     A    I'm not sure, as -- as I do not -- I did
15   not provided any opinion on my expert report on
16   sulfate content.
17     That is the reason it's not included in my
18   report as -- because this did not add anything that I
19   wanted to provide in my report.
20     Q    Okay.
21     Do you agree with Mr. Marshall's critique that
22   Dr. Pietari did not consider the Pace Analytical
23   results?
24     A    I do not, know and I cannot provide opinion
25   on that.



 1        Q     You saw where Dr. Pietari actually
 2   discussed the Pace Analytical results in her reports;
 3   right?
 4        A     I have seen that.
 5        Q     So she didn't ignore it, did she?
 6        A     I don't have any opinion on that.
 7        Q     Pulling up Mr. Marshall's report.
 8        So page 24 and it's the paragraph -- let's see.
 9        See here it says, "In other words, the SDS
10   approach employed by Pietari likely grossly
11   overestimates the amount of sulfate disposed of in
12   the landfill?"
13        A     I see that.
14        Q     Okay.
15        Do you agree with that opinion?
16        A     I don't have any opinion on that.
17        Q     Okay.
18        And Mr. Marshall continues, "Therefore,
19   Pietari's application of the first-order decay model,
20   which uses total sulfate disposed of in the landfill
21   as a key input, significantly overestimates the
22   amount of H2S generated by the spent lime."
23        Do you agree with that?
24        A     I did not review his report and critiques,
25   and I don't have an opinion on that.



1       Q     Well, you -- earlier you said you did

2   review his report.

3       A     I reviewed his report, but I did not review

4   his point of view of critiquing Dr. Pietari.

5       Q     Okay.

6       At the trial on general causation, Mr. Marshall

7   opined that Dr. Pietari's reliance on the SDSs rather

8   than the Pace Analytical result caused her to

9   overestimate H2S generation."

10      And that was at trial date, 8 a.m., page 1644 to

11  1645.

12      Do you agree with that opinion?

13      A     I don't have any opinion on that.

14      Q     Going back to Mr. Marshall's report, page

15  35.

16              MS. TAPLIN:  How are you doing?  Good.

17  Did you have a --

18              VIDEOGRAPHER:  You're not muted.

19              MS. TAPLIN:  Ben, did you have a

20  chance to look at the notes that Jack sent last

21  night?

22              MR. LANDRY:  Let's go off the record.

23              VIDEOGRAPHER:  We're now off the

24  record.

25      The time is 9:59.



```
1              MR. LANDRY:  I just got a internet
2   unstable message, Mike, so...
3   BY MR. LANDRY:
4        Q    Can you see it now?
5        A    I can see it.
6        Q    Okay.
7        So you see this highlighted text under the
8   heading "Sulfate Content Assumption For the
9   Upper-bound Estimate"?
10       A    I'm trying to read it.
11       Q    Okay.
12       A    I've read it.
13       Q    Okay.
14       So you understand that when Mr. Marshall is
15  referencing the higher sulfate assumption, he's
16  referencing the 20% calcium sulfate dihydrate listed
17  in the SDSs?
18       A    In SDS that was the highest percentage.
19       Q    Okay.
20       And so, to summarize what Mr. Marshall says
21  here, he opines that Dr. Pietari had no support to
22  assume the sulfate content in the spent lime was ever
23  at the highest sulfate concentration provided in the
24  SDSs; right?
25       A    That's what this statement says.
```



1        Q     Do you agree with that opinion?

2        A     I do not know.  I didn't review those.

3        Q     In your report, you do not render any

4   opinion as to the likely sulfate composition of the

5   spent lime from Rain Carbon Norco or Rain Carbon

6   Chalmette; is that correct?

7        A     That is correct.

8        Q     And you're aware that Mr. Marshall opined

9   that the Rain Carbon spent lime had a low sulfate

10  content based on the SDS and Pace Analytical result,

11  less than 5 percent?

12       A     I do not recall that.

13       Q     Do you agree with his opinion?

14       A     I have to review that.  And I did not

15  analyze this.

16       Q     Page 23 of Mr. Marshall's report.

17       You see this last paragraph here?  Mr. Marshall

18  criticizes Dr. Pietari for assuming that the spent

19  lime from Rain Carbon was completely dry, which is

20  what the SDS has provided data on a dry weight basis.

21  Okay.

22       Do you agree with that critique?

23       A     I did not review these documents.

24       I have to review it myself.  I do not have an

25  opinion on that.



1       A    I do not know that.

2       Q    Okay.

3       Do you agree with Mr. Marshall that Rain

4  Carbon's Beneficial Use Applications from 2017 are

5  not reliable for purposes of determining the

6  composition of the spent lime?

7       A    I don't have an opinion on that.

8       Q    Okay.

9                 MR. VITRIS:  Are you marking that as

10  an exhibit?

11                MR. LANDRY:  We can.

12                MR. VITRIS:  I mean, it's up to you.

13                MR. LANDRY:  Well, it's -- sure.

14       Exhibit 1616, November 17, 2017, Chalmette.

15                MR. VITRIS:  Okay.

16  (Plaintiff's Exhibit No. 1616 marked for

17  identification.)

18  BY MR. LANDRY:

19       Q    Mr. Marshall opined at trial that if the

20  spent lime was composed of 40 to 50% of various

21  hydrates of calcium sulfate, that would mean that the

22  40 to 50% calcium sulfate would be bound with more

23  molecules of water, such that the amount of sulfur in

24  there is going to be less than if it was simple

25  calcium sulfate dihydrate.



1    You follow me?

2    A    Do you have a question?

3    Q    Yeah.

4    Do you understand what I said?

5    A    I have heard that, but it's long sentences.

6    Could you please break it down for me.

7    Q    Okay.

8    Well, Mr. Marshall opined that if the spent lime

9    had a 40 to 50% composition of calcium sulfate

10   hydrates, he opined that that would mean that the

11   calcium sulfate would be bound with more molecules of

12   water than if it was simple calcium sulfate

13   dihydrate.

14   Do you follow that?

15   A    I follow that.

16   Q    Okay.

17   Do you agree with that opinion?

18   A    I don't know.

19   Q    Okay.

20   Well, we kind of discussed earlier the three

21   hydrates of calcium sulfate; right?

22   A    That is correct.

23   Q    Calcium sulfate dihydrate has two water

24   molecules.

25   A    That is correct.



1  of the additional documents considered is Rain Carbon

2  certification of business records in response to

3  plaintiff's discovery requests; correct?

4       A    That is correct.

5       Q    And you understand that Rain Carbon

6  provided that spent lime sulfate data in response to

7  discovery requests asking for the sulfate data of the

8  spent lime at Norco and Chalmette?

9       A    Could be.

10      Q    And in your report, you do not opine that

11 the Rain Carbon Norco and Rain Carbon Chalmette

12 plants each produced multiple types of spent lime;

13 correct?

14      A    That is correct.

15      Q    Dr. Shaha, do you agree with Mr. Marshall

16 that Dr. Pietari likely significantly overestimates

17 the levels of hydrogen sulfide gas generated from

18 spent lime?

19      A    That is correct.

20      Q    And as I understand it, your opinion that

21 she likely significantly overestimates the H2S

22 generator from the spent lime is due to what you

23 consider to be an overestimation of landfill gas

24 generation due to using a K parameter of 0.11 and a L

25 sub naught value of 96; is that right?



1     A    That is partially correct.

2     Q    Okay.

3     What am I missing?

4     A    You're missing the modeling approach she

5  took and that lack of validation of data.

6     Q    Okay.

7     We'll get to lack of validation of data.  Okay.

8     But as I see it, and you referenced it multiple

9  times in your report, you dig in on the use of the

10  0.11 methane decay rate value used?

11     A    That is correct.

12     Q    Okay.

13     And so, explain to me.  I think I understand it.

14     But in her modeling, her estimates of H2S

15  generation are tied to the estimates of landfill gas

16  generation?

17     A    That is correct.

18     Q    Okay.

19     And so if Mr. Sananes' selection of 0.11 methane

20  decay rate is incorrect, then Dr. Pietari

21  overestimates the H2S generated from the spent lime.

22     A    That is correct.

23     Q    Okay.

24     If Mr. Sananes is correct in applying the 0.11

25  methane decay rate, then Dr. Pietari likely does not



 1 | validation part.
 2 |      Q    So, okay.  So, just so I understand it.
 3 | The three steps beyond the --
 4 |      (Simultaneous speaking)
 5 |      A    -- yes.
 6 |      Q    -- methane decay rate parameter are amount
 7 | of sulfate, the constraint, and then the validation
 8 | step?
 9 |      A    That's correct.
10 |      Q    Okay.
11 |      As to step one, amount of sulfate, you don't
12 | render opinions that Dr. Pietari has input the
13 | incorrect sulfate amounts; correct?
14 |      A    That is correct.
15 |      Q    Okay.
16 |      And so, am I correct that you critique her as to
17 | steps two and three?
18 |      A    That is correct.
19 |      Q    Okay.
20 |      And we'll get to that.  I just wanted to have an
21 | understanding.
22 |      Is it your understanding that Mr. Marshall
23 | opined that Dr. Pietari overestimated H2S generation
24 | of spent lime for different reasons than the one
25 | you've stated here?



1        A    Can you please repeat the question again?

2        Q    Yeah.

3        Is it your understanding that Mr. Marshall

4   opined that Dr. Pietari overestimated H2S generation

5   from the spent lime for different reasons than the

6   ones you just stated?

7        A    Possibly could be.

8        Q    Okay.

9        We can go back to page 35 of his report.  See

10  this last sentence?  "In sum, Pietari's erroneous

11  assumption regarding the high sulfur content in

12  support of her upper-bound estimate causes her to

13  significantly overestimate H2S generation in Phase

14  4."

15       Can you see that?

16       A    I see that.

17       Q    So his opinion as to overestimation of H2S

18  generation related to the sulfur content; right?

19       A    That is correct.

20       Q    And your critiques do not involve that?

21       A    That is correct.

22       Q    And if, again, we go back up to that last

23  paragraph before the Sulfate Content Assumption

24  heading, you see that?

25       A    I can see that.



1        Q     Okay.

2        And Mr. Marshall opines that Pietari's decision

3   not to use the lowest sulfur content in her

4   lower-bound estimate, coupled with the other

5   unreliable assumptions outlined above, causes her to

6   significantly overestimate H2S generation at Phase

7   4A; right?

8        A     I can see that.

9        Q     Okay.

10       So Mr. Marshall's saying because she did not use

11   the lowest sulfur content, she's overestimating H2S

12   generation; correct?

13       A     That's what I'm reading.

14       Q     And you render no such opinion?

15       A     I did not provide any opinion on that.

16       Q     You aware that at trial, Mr. Marshall

17   opined that the way he sees it, it was not possible

18   for the spent lime to have a greater than 20% calcium

19   sulfate content?

20       A     I do not know that.

21       Q     Do you agree with that opinion?

22       A     I do not have any opinion on that.

23       Q     Changing gears a little bit, you have not

24   opined that Dr. Pietari has overestimated the H2S

25   generation by using H2S concentrations for



 1  undifferentiated waste that are not exclusively spent

 2  lime; correct?

 3      A    Could you please break down the question,

 4  please?

 5      Q    This is Mr. Marshall's opinion.

 6      I would love to ask him to break it down for

 7  you, but he is not here.

 8      A    I do not have any opinion on that.

 9      Q    None?

10      A    I do not have any opinion on that.

11      Q    Dr. Shaha, we're going to go back to your

12  report, Exhibit 1615.  Focus on paragraph 18a.

13      In here you state that "Dr. Pietari's objective

14  is to estimate the H2S generation with a high level

15  of statistical confidence."

16      A    I see that statement.

17      Q    Where'd you get that from?

18      A    I don't understand your question.

19      Q    Did Dr. Pietari state that her objective

20  was to estimate the H2S generation with a high level

21  of statistical confidence?

22      A    That was my understanding from the scope of

23  work she had.

24      Q    Okay.

25      That was your interpretation of her purpose?



1      A    That is correct.

2      Q    To have a high level of statistical

3 confidence, would Dr. Pietari need more data?

4      A    That is correct.

5      Q    Go to paragraph 18c.  You discussed the

6 three most critical limitations preventing the

7 scientifically reliable application of the modeling

8 approach from your 2020 paper; is that right?

9      A    I can see that.

10     Q    And those three are first, absence of

11 available historical H2S concentration data?

12     A    That's correct.

13     Q    Two is the unknown nature of the peak H2S

14 concentrations?

15     A    That is correct.

16     Q    And three, the incompleteness of measured

17 data specific to JPL; is that right?

18     A    That is correct.

19     Q    And you did not mention sulfate composition

20 information as a critical limitation here; right?

21     A    No.

22     Q    And so, in your report, you also opine that

23 Dr. Pietari did not have the data to validate the H2S

24 generation model results; is that right?

25     A    That is correct.



1      Q    As for validation as I understood it, and
2   correct me if I'm wrong, you only focused on the lack
3   of H2S concentration data; is that right?
4      A    That is correct.
5      Q    You did not mention the lack of sulfate
6   composition information when it comes to Dr. Pietari
7   being able to validate her modeling results; correct?
8      A    That is not critical input in the modeling
9   approach.
10      Q    So if Mr. Marshall had opined that it is
11   critically important, you would disagree.
12      A    I don't have any opinion on Mr. Marshall's
13   opinion.
14      Q    But your opinion is it's not critically
15   important?
16      A    For the modeling approach I present, it is
17   not a critical important parameter.
18      Q    Okay.
19      As to the H2S concentration data, you do not
20   have an opinion on the frequency of the H2S data that
21   Dr. Pietari would have needed to validate the H2S
22   generation model; correct?
23      A    That is correct.
24      Q    Do you agree with Dr. Pietari's opinion
25   that certain H2S concentration levels measured in May



1              THE WITNESS:  Please repeat the

2    question again.

3    BY MR. LANDRY:

4         Q    Yeah.

5         Are you saying it is essentially impossible to

6    apply the Anderson modeling approach?

7         A    I need more information to answer this

8    question.

9         Q    So you need more information to opine

10   whether it's essentially impossible to apply the

11   Anderson 2010 first-order decay model to estimate H2S

12   generation from the spent lime?

13        A    That is correct.

14        Q    Okay.

15        Are you aware of Mr. Marshall's opinion that

16   reliable application of the Anderson first-order

17   decay model is essentially impossible in this matter?

18        A    Based on the available data, it is

19   impossible.

20        Q    So you agree with him?

21        A    Yes.

22        Q    Why is that?

23        A    To explain to that first question would be

24   that if Dr. Pietari applied Anderson model

25   first-order, she did not.



1      She applied my modeling approach, which is
2  completely different than Anderson model.
3      Anderson did not do a single constraint point
4  calibration.  That is completely my approach.
5      And if you use my modeling approach, you need
6  site specific data to validate that model, which does
7  not exist at JPL.
8      And therefore it's impossible to apply the
9  modeling approach -- 2020 modeling approach, single
10  constraint point modeling approach that I used is
11  impossible to use there without specific data on
12  hydrogen sulfide concentration.
13      Q    So, you don't think Dr. Pietari used the
14  Anderson model?
15      A    No.
16      Q    You actually used the Anderson model and
17  adapted it; right?
18      A    That is correct.
19      Q    Okay.
20      Do you believe Dr. Pietari used the Anderson
21  model and your model and adapted it within this case?
22      A    No.
23      Q    No?
24      Are you certain that you understand what Dr.
25  Pietari did, when, why and how?



1        A    I understand.  I have read her report and I
2   understand Dr. Pietari's modeling approach.
3        Q    So you fully understand it?
4        A    I understand that, yes.
5        Q    Without having reviewed her two depositions
6   and her trial testimony?
7        A    That is correct.
8        Q    You believe your modeling approach set
9   forth in your 2020 paper is reliable and defendable?
10       A    That is correct.
11       Q    Believe it's valid?
12       A    That is correct.
13       Q    Let's go back to Mr. Marshall's report,
14   prior Exhibit 153.
15       You see his Opinion 2?
16       A    I can see that.
17       Q    I represent to you that he says it's
18   essentially impossible to reliably apply a
19   first-order decay model.
20       A    I can see that.
21       Q    And he says, "Reliable application of the
22   Anderson (2010) first-order decay model requires
23   years of site-specific data that do not exist for
24   JPLF."
25       A    That is correct.



1       Q     So was Mr. Marshall wrong in presuming that

2   Dr. Pietari was applying the Anderson 2010 model?

3       A     I do not know that.

4       Q     Seems so based on what -- your testimony

5   here today; right?

6       A     I don't have any opinion on that.

7       Q     You don't have an opinion or you won't give

8   me one?

9       A     I don't have an opinion on that.

10      Q     You see here in the last -- the first

11  bullet point, under Opinion 2, it says "Accurate and

12  reliable information concerning the quantities and

13  composition of sulfate-containing waste disposed in

14  the landfill are also required?"

15      A     I can see that.

16      Q     Okay.

17      Do you agree with Mr. Marshall's opinion that

18  site-specific data as to the sulfate composition of

19  the spent lime is lacking for JPLF?

20      A     Let me review that again.

21      I think that will help.

22      Q     Do you think we don't -- in this case,

23  don't have accurate and reliable information

24  concerning the quantities and composition of

25  sulfate-containing waste disposed of at the JPLF?



1       A     There is data presented to me from sulfate

2   content that are within reasonable assumptions that

3   we could assume.

4       Q     Okay.

5       So you're saying we're not lacking that data in

6   this case?

7       A     For sulfate content, maybe not, yes.

8       Q     Okay.

9       And for the quantities of spent lime that were

10  disposed, we have those as well; right?

11      A     I did not provide any opinion on that, and

12  did not question that.

13      Q     And that first sentence in this bullet

14  point No. 1, under Opinion 2, Mr. Marshall said, "In

15  particular, routine (e.g. weekly or monthly)

16  measurements of H2S concentration and landfill gas

17  and landfill gas flow rate throughout the time period

18  of concern are required for proper calibration and

19  validation of the H2S generation model."

20      Do you agree with that opinion?

21      A     I see that.

22      If we had those data, that would be great.  More

23  data you had it will improve your accuracy.

24      But in 2020 study, our data was monthly or

25  annual data that we used.



1        It would depends on how accurate the model you

2   would require.

3        Q    Exactly.

4        In your case, you did -- in your South Florida

5   landfill, you did not have monthly data for each

6   month over the course of six years; right?

7        A    We had average monthly data, and then we

8   calculated average annual data based on that.

9        Q    Okay.

10       So you had monthly averages that you calculated

11  into an annual average?

12       A    That's correct.

13       Q    And then used that annual average in your

14  modeling?

15       A    That's correct.

16       Q    So what is the site-specific data that Dr.

17  Pietari did not possess?

18       A    Hydrogen sulfide concentration.

19       Q    So what we're speaking to here, the monthly

20  or annual H2S concentrations in the landfill?

21       A    That is correct.

22       Q    In your 2020 paper, you stated it was

23  unknown if the H2S concentration had reached its peak

24  or would move toward peak concentration in the near

25  future.



1  generation from a self containing waste?

2       A    I do not understand your question.

3       Q    Okay.

4       This may help.  Pulling up Mr. Marshall's

5  report.

6       Opinion 1 on page 8, of Mr. Marshall's report.

7       Please read that.

8       A    All right.

9       Q    Do you agree with that?

10      A    I agree with the first portion.

11      Q    Okay.

12      The second portion.  Do you agree with the

13 second portion?

14      Because as I read it, Mr. Marshall rendered an

15 opinion that H2S generation models that do not

16 include these complex inputs cannot reliably estimate

17 H2S generation in a landfill.  Do you agree with

18 that?

19      A    I do not have any opinion on that.

20      Q    You understand that Mr. Marshall's opinion

21 here would also be attacking your work in your 2020

22 paper; right?

23      A    Not necessarily.

24      Q    You don't -- you don't interpret it that

25 way?



1    paragraph in that section.

2        Mr. Marshall opined that Dr. Pietari's failure

3    to incorporate into her estimate an analysis of how

4    the biological conversion of sulfate to H2S by SRB is

5    limited by the amount of dissolved sulfate available,

6    which can result in an overestimation of the H2S

7    generation rate.

8        You see that?

9    A    I see that.

10   Q    Do you agree with that?

11   A    I don't have any opinion on that.

12   Q    Section 5.1.2, on pages 14 and 15 of Mr.

13   Marshall's report.

14       See how he says -- he opines that the spent lime

15   disposed of in the JPLF included spent lime that was

16   disposed of in bulk in the working phase?

17   A    I see that.

18   Q    And then page 15, 2nd -- 1st, sorry.

19       First full paragraph says, "However, when the

20   spent lime is placed in the landfill in bulk, direct

21   contact with MSW is limited.  And there is also

22   potentially less contact with precipitation leaching

23   through the waste.  And because there's less direct

24   contact with SRB, there's a reduced rate of H2S

25   generation.""



1          You see that?

2          A    I can see that.

3          Q    Do you agree with Mr. Marshall's opinion

4     that the spent lime was disposed of in bulk at the

5     Jefferson Parish Landfill?

6          A    I do not have opinion on that.

7          Q    Have you seen anything in your review of

8     documents indicating that spent lime was disposed in

9     bulk in Phase 4A in the Jefferson Parish Landfill?

10         A    I do not remember that.

11         Q    Pulling up your report, Exhibit 1615, we're

12    going to look at paragraph 19, which is your Opinion

13    2.

14         And we briefly discussed this earlier, but this

15    is your opinion that Dr. Pietari's analyses rely on

16    an estimation of LFG generation using landfill

17    parameters specifically developed and recommended for

18    a closed wet landfill with groundwater intrusion;

19    right?

20         A    That is correct.

21         Q    Okay.

22         And in this -- in this section, you opine that

23    the Jefferson Parish Landfill was much more likely to

24    function as a conventional landfill rather than a

25    closed wet landfill; is that right?



```
 1          Q    Okay.

 2          And you had no indication that the C&D debris at

 3   your South Florida landfill was any -- was above 20%;

 4   right?

 5          A    Could be.  I did not look at it this way.

 6               MR. VITRIS:  Take five, soon?

 7               MR. LANDRY:  Soon, yes.

 8   BY MR. LANDRY:

 9          Q    Are you aware that Mr. Marshall criticized

10   Dr. Pietari for relying on the sulfate composition of

11   C&D fines discussed in Anderson 2010, to determine

12   the sulfate composition in the C&D waste disposed

13   into JPLF?

14          A    I do not recall that.

15          Q    But you don't -- do you agree with Mr.

16   Marshall's opinion?

17          A    I don't have any opinion on that.

18          Q    And any criticism that Mr. Marshall made

19   about reliance on C&D fines to estimate the sulfate

20   content of C&D debris would apply equally to your

21   work in Shaha-Meeroff (2020); right?

22          A    I don't have any opinion on that either.

23               MR. LANDRY:  Off the record.

24               VIDEOGRAPHER:  We're now off the

25   record.
```



1    not a possibility.

2         Q    Well, it's possibility, but I'm asking you

3    for probability?

4         A    I don't know that.

5         Q    Okay.

6         So from a scientific standpoint, do you believe

7    an S0 value of 573 would most likely be the correct

8    value?

9         A    I do not have data to support that.

10        Q    Are you aware that Mr. Marshall criticized

11   Dr. Pietari's acceptance of the 573 S0 value from her

12   2021 supplemental report in the general causation

13   trial?

14        A    I don't know that.

15        Q    You don't recall that?

16        A    No.

17        Q    Pulling up General Causation Trial Exhibit

18   1316, which I'll mark as Exhibit 1617.

19        Have you seen this before?

20   (Plaintiff's Exhibit No. 1617 marked for

21   identification.)

22        A    No.

23        Q    Are you aware that Mr. Marshall criticized

24   Dr. Pietari for accepting an S0 value of 573, despite

25   the fact that it was 2.6 times as high as the upper



1  end of the range she was using as a bar to consider

2  what to accept or reject in her original studies?

3      A    I'm seeing this first time.

4      Q    Do you agree with Mr. Marshall's critique?

5      A    I don't have any comments on that.

6      Q    You don't have any comments whatsoever on

7  that?

8      A    No.

9      Q    So here you are in your report saying that

10 the 573 S0 value could potentially meet the

11 constraint.

12     And Mr. Marshall is saying no, that's not

13 scientifically reliable.

14     Do you agree or disagree with Mr. Marshall?

15     A    I can see that, but I don't have any

16 opinion on that.

17     Q    Are you aware, see -- see the red diamond,

18 at the 573?

19     A    I can see that.

20     Q    Are you aware that when asked whether Dr.

21 Pietari's conclusion about the reliability of this

22 red diamond, an S0 value of 573 was reliable, Mr.

23 Marshall said it was not reliable because it fails

24 Dr. Pietari's own test by a substantial margin?

25     A    I'm not aware of that testimony by Mr.



 1  Marshall.

 2      Q    Do you agree with that critique lodged by

 3  Mr. Marshall?

 4      A    I don't have any opinion on that.

 5      Q    Are you aware that your clients relied on

 6  this Exhibit 1316 and Mr. Marshall's related

 7  testimony in their general causation post trial

 8  brief?

 9      A    I don't know that.

10      Q    Back to your opinion 20.

11      You noted that a higher sulfur content will

12  result in a lower S0 value of 161; right?

13      A    That is based on the most current report by

14  Dr. Pietari.

15      Q    And that's where she landed, 161 S0 value?

16      A    That is correct.

17      Q    And that speaks to the H2S generation

18  potential, of the spent lime?

19      A    That is correct.

20      Q    And that's what we discussed earlier.

21      You said if you have the higher sulfur content,

22  you're going to have a lower S0 value; right?

23      A    That is correct.

24      Q    And then the inverse is also true.

25      The lower sulfur content, the higher the S0



1      A     That is correct.

2      Q     If we go down.

3      See this last paragraph in this section,

4  starting considering?

5      A     I can see that.

6      Q     "Considering these seven conditions, in

7  heterogeneic landfill conditions, there are too many

8  variables to provide a reliable and defendable

9  quantitative model that considers, in any given

10  landfill, for any given period of time, each of the

11  seven required conditions that can reliably estimate

12  the rate at which sulfates are converted to $H_2S$ by

13  the SRB."

14      See that?

15      A     I can see that.

16      Q     You understand that Mr. Marshall was

17  critiquing Anderson and Shaha-Meeroff here?

18      A     I don't know that.

19      Q     He's critiquing models, but to not consider

20  the seven factors; right?

21      A     Not necessarily.

22      Q     Do you know?

23      A     I don't know.

24      Q     You read this; right?

25      A     I read this.



1      Q    Well, do you agree with Mr. Marshall's
2  opinion?
3      A    I don't have any opinion on that.
4      Q    Accepting Mr. Marshall's opinion would
5  invalidate your modeling approach.
6      You understand that; right?
7      A    Not necessarily.
8      Q    Why not necessarily?
9      A    Because my modeling approach is different.
10     Q    You understand that he reviewed and
11 critiqued your modeling approach; right?
12     A    I do not know that.
13     Q    You don't know that, despite the fact you
14 read his report?
15     A    That is correct.
16     Q    That would be a significant difference of
17 opinion between you and Mr. Marshall; right?
18     A    I do not know.
19     Q    You don't know if Mr. Marshall is
20 critiquing the reliability and defendability of H2S
21 generation modeling as a whole would affect or would
22 render a difference of opinions between you and Mr.
23 Marshall?
24     A    Not necessarily.
25     Q    All right.



1    Marshall's report.

2         You see this second full paragraph beginning

3    with further?

4         A    I can see that.

5         Q    And here, Mr. Marshall opines that "Dr.

6    Pietari appears to misinterpret the disposal at the

7    Florida Landfill as co-disposal with MSW, and relies

8    on that misinterpretation to equate the Florida

9    Landfill with the JPLF."

10        You see that?

11        A    I can see that.

12        Q    And he's talking about your landfill;

13   right?

14        A    That is correct.

15        Q    You obviously disagree with Mr. Marshall's

16   opinion here; correct?

17        A    I don't have an opinion on that.

18        Q    You know that the landfill subject of your

19   2020 paper, involved a co-disposal scenario of C&D

20   debris and MSW waste; correct?

21        A    I have to go back and review all my 2020

22   study, but I don't have any opinion on that.

23        Q    You don't know, as you sit here today,

24   whether your study of the South Florida Landfill

25   involved a co-disposal scenario of C&D debris and MSW



1   approach?

2        A    That's correct.

3        Q    Okay.

4        Again, based on H2S concentration measurements

5   specific to your South Florida Landfill?

6        A    That's correct.

7        Q    In adopting and adapting the Anderson 2010

8   model approach, you did not consider any climate

9   differences, such as rainfall and temperature between

10  the landfills in the northeast subject of Anderson in

11  your Florida Landfill; correct?

12       A    That is correct.

13       Q    Did you consider whether any such

14  comparisons could present a problem for you to use

15  and consider the Anderson 2010 model?

16       A    For my modeling approach, no.

17       Q    Why is that?

18       A    Those are not critical input in my modeling

19  approach.

20       Q    Are those critical inputs in Dr. Pietari's

21  modeling approach?

22       A    No.

23       Q    So if Mr. Marshall rendered critiques about

24  Dr. Pietari's failure to consider the different

25  conditions, temperature, rainfall at the northeast



1  landfills in Anderson, and the South Florida Landfill

2  and the Jefferson Parish Landfill, you would disagree

3  with those critiques?

4      A    I don't have any opinion on that.

5      Q    Did the fact that Anderson 2010 was unable

6  to develop a first-order decay model for three of the

7  nine landfills give you any concern about using and

8  considering Anderson 2010?

9      A    Not necessarily.

10     Q    Why not?

11     A    I was not using direct parameter staff flow

12  for those specific sites.

13     Q    Did the fact that Anderson 2010 was unable

14  to develop a first-order decay model for three of the

15  nine landfills make you think that the Anderson 2010

16  H2S generation model could not be used and adapted

17  for your needs?

18     A    No.

19     Q    You aware that Mr. Marshall opined at trial

20  that the three of the nine landfills for which

21  Anderson was not able to develop the model, are

22  examples of why Dr. Pietari's H2S generation estimate

23  is unreliable?

24     A    I do not know that.

25     Q    Do you agree with that opinion?



1      A    I don't have any opinion on that.

2      Q    For those three landfills, do you -- do you

3  recall why Anderson was unable to develop first-order

4  decay models for those three?

5      A    I don't recall at this moment.

6      Q    But you recall there were reasons set forth

7  in the report for why they couldn't do it; right?

8      A    I think they raised, but I don't remember

9  at this point.

10     Q    Fair enough.

11     What was the volume of C&D debris co-disposed

12 with MSW at the landfill in South Florida?

13     A    I don't remember the number.  It's in my

14 study.

15     Q    But again, you observed a tenfold increase

16 in H2S concentrations in the landfill gas, due to

17 acceptance of the C&D debris; right?

18     A    Based on data, yes, that's what it

19 suggests.

20     Q    And I believe that the data you had topped

21 out at measured concentrations of 3000 parts per

22 million by volume H2S?

23     A    That was the maximum concentration given to

24 us, yes.

25     Q    And you don't know whether that maximum



1        Q    Okay.

2        That second sentence -- no.

3        We discussed this earlier, Opinion 2, first

4   bullet point.

5        "Accurate and reliable information concerning

6   the quantities and composition of sulfate-containing

7   waste disposal landfill are also required"; is that

8   right?

9        A    That's correct.  I see that.

10        Q    Okay.

11        And you're aware that Anderson 2010 states that,

12   in order to more accurately model H2S from C&D fines,

13   the inputs into the model are important, including

14   the total mass of sulfur input into the landfill from

15   those fines, and the sulfate composition of the

16   fines; right?

17        A    I do not remember that.

18        Q    Okay.

19        Would you like to review Anderson?

20        A    I've done that when I'm running my analysis

21   as well, so.

22        But I do not remember at this moment.

23        Q    Okay.  We'll move on.

24        Are you aware that Mr. Marshall testified at

25   trial that a key input that was lacking for Dr.



1   Pietari's modeling was how much sulfate was in the

2   spent lime?

3        A    I don't know that.

4        Q    Okay.

5        You don't agree with that, do you?

6        A    I don't have any opinion on that.

7        Q    Okay.

8        You and Dr. Meeroff did not use LFG recovery

9   data in your application of the H2S generation model;

10  is that right?

11       A    That's correct.

12       Q    And you agree that landfill gas recovery

13  data is not a direct input in the Anderson model;

14  correct?

15       A    I do not exactly remember that.

16       Q    You agree landfill gas composition data is

17  not a direct input in the Anderson model; correct?

18       A    I don't remember that.

19       Q    Okay.

20       Do you agree with Dr. Pietari that the Anderson

21  model was developed in order to allow environmental

22  engineers like her to estimate H2S gas generation

23  from sulfur-containing waste at MSW landfills?

24       A    Not necessarily.

25       Q    Why not?



1      Q     And are you aware that Mr. Marshall opined

2   that her conclusion that the lime may have had more

3   than three times the sulfur that Dr. Pietari assumed

4   in her 2021 modeling, that that was not a reliable

5   conclusion?

6      Are you aware of that?

7      A     I do not recall that.

8      Q     Okay.

9      You don't agree with his opinion; correct?

10     A     I don't have a comment on that.

11     Q     Okay.

12     In your expert opinion, Dr. Shaha, what --

13   strike that.

14     Paragraph 54(c), here you cite Yang 2006,

15   studying the impact of waste composition; is that

16   right?

17     A     That is correct.

18     Q     And here you discuss ph; is that right?

19     A     That is correct.

20     Q     You say this high ph might potentially act

21   as an inhibitor for H2S generation or delay the

22   decay of sulfur until the ph comes down to the

23   optimum range for the sulfur reducing bacteria?

24     A     That is correct.

25     Q     Might potentially.  It doesn't sound very



1      A     -- testimony.  I did not.

2      Q     Are you aware of Mr. Marshall's testimony

3  when he was asked by the Judge in this case why the

4  data was not collected?

5      A     No.

6      Q     Bringing you to page 10 of Mr. Marshall's

7  expert report.

8  Page 10, Opinion 7 -- I'm sorry Opinion 6, last

9  bullet point.

10     Mr. Marshall opined that it is likewise

11  exceptionally unlikely that Phase 4A would have an

12  average H2S concentration of 3000ppmv in September

13  2018.

14     You see that?

15     A     I see that.

16     Q     Given you have seen the data collected by

17  TRC in October 2019, do you agree with Mr.

18  Marshall's opinion that it is exceptionally unlikely

19  that Phase 4A would have an average H2S

20  concentration of 3000ppmv in September 2018?

21     A     I do not have any data to comment on this.

22     Q     So you don't agree with him?

23     A     I do not have data to make comment on

24  this.

25     Q     If we go back to your report, paragraph

