# Expert Report of Jeffrey D. Marshall, PE

In the matters

*Frederick Addison et al. v. Louisiana Regional Landfill Co., et al,* Civ. Action No. 19-11133 c/w 19-14512 (E.D. La.)

*Elias Jorge ("George") Ictech-Bendeck et al. v. Waste Connections Bayou, Inc.,* Civ. Action No. 18-7889 c/w 18-8071, 18-8218, 18-9312 (E.D. La.)

Prepared for:

## Beveridge and Diamond, P.C.
Counsel for Louisiana Regional Landfill Company,
Waste Connections Bayou, Inc., and Waste Connections US, Inc.

## SCS ENGINEERS

April 30, 2021

11260 Roger Bacon Drive
Reston, VA 20190
703-471-6150

Table of Contents

Section                                                                                           Page

1.0   Introduction.................................................................................................................1
      1.1   Assignment and Retention ..............................................................................1
      1.2   Professional Background Relevant to Expert Opinions ....................................1
      1.3   Information Considered ...................................................................................2
2.0   Background .................................................................................................................3
      2.1   Jefferson Parish Landfill ..................................................................................3
            2.1.1   Overview........................................................................................3
            2.1.2   Phase 4A Gas Collection and Control System .........................................3
            2.1.3   Sulfate-containing Wastes ................................................................3
                    2.1.3.1   Construction and Demolition Wastes....................................3
                    2.1.3.2   "Spent lime" ...................................................................4
                    2.1.3.3   Fly Ash ..........................................................................4
            2.1.4   Solidification Pit .............................................................................4
      2.2   Required Conditions for the Conversion of Sulfate to Hydrogen Sulfide in Landfills .........5
      2.3   Previous Field-scale Studies of Hydrogen Sulfide Generation from C&D Waste.................6
3.0   Summary of Pietari Report............................................................................................7
4.0   Summary of Opinions ..................................................................................................7
5.0   Pietari's Application of the First-order Decay Model to Estimate Hydrogen Sulfide
      Generated at the Jefferson Parish Landfill from Spent Lime and C&D Waste is Very
      Unreliable and Based on Multiple and Compounding Flawed Assumptions and Modeling
      Applications.......................................................................................................... 12
      5.1   The reliability of the first-order decay model used to estimate hydrogen sulfide
            generation is limited by the types of input into the model. A reliable estimate of
            hydrogen sulfide generation from spent lime in a landfill would incorporate many
            complex inputs and is likely not practicable....................................................12
            5.1.1   Sulfate Solubility ..........................................................................12
            5.1.2   Spent Lime Was not Mixed When Placed in the Jefferson Parish Landfill............14
      5.2   Reliable application of the first-order decay model requires a series of site-specific
            data that do not exist for the Jefferson Parish Landfill. Therefore, a reliable
            application of the first-order decay model to estimate hydrogen sulfide generation
            from spent lime and C&D waste at the Jefferson Parish Landfill is essentially
            impossible. ..................................................................................................15
            5.2.1   Anderson (2010) develops a first-order decay model for estimating hydrogen
                    sulfide generated by C&D fines used at landfills as alternate daily cover............15
            5.2.2   Shaha and Meeroff (2020) apply the Anderson (2010) model to estimate
                    hydrogen sulfide generation from C&D waste at a south Florida landfill..............17
            5.2.3   The Anderson (2010) and Shaha and Meeroff (2020) studies emphasize the
                    importance of measured data to the reliability of the model results....................19
      5.3   Pietari's reliance on Safety Data Sheets instead of a laboratory analysis to estimate
            the sulfate content of spent lime renders her modeling unreliable. ...............................21
      5.4   Pietari incorrectly assumed that the sulfate content of the bulk C&D debris disposed
            of at the Jefferson Parish Landfill in southeastern Louisiana was the same as that of

C&D fines generated at New England C&D processing facilities. The Anderson (2010) study involved a completely different waste originating in a different region of the country. This assumption is inappropriate and further renders Pietari's modeling unreliable...................................................................................................................24

5.5    Pietari's assumption that the decay rate constant (k) and hydrogen sulfide generation potential ($S_0$) for spent lime and C&D waste at the Jefferson Parish Landfill are exactly the same as the decay rate constant (k) and hydrogen sulfide generation potential ($S_0$) for C&D debris in the Shaha and Meeroff (2020) south Florida landfill is arbitrary and renders her modeling unreliable...............................................26

5.6    Pietari's modeling relies on incorrect and unreliable assumptions that the hydrogen sulfide concentration of landfill gas in Phase 4A was 1,598 ppmv in May 2018 and 3,000 ppmv in September 2018.................................................................................28

5.7    Pietari's use of the unreliable assumed May 2018 and September 2018 Phase 4A hydrogen sulfide concentrations to determine the decay rate constant (k) and hydrogen sulfide generation potential ($S_0$) values makes these two critical inputs for the first-order decay model very unreliable and likely causes Pietari to significantly overestimate hydrogen sulfide generation. ...................................................................31

5.8    Pietari's modeling improperly assumes that the average May 2018 and September 2018 Phase 4A hydrogen sulfide concentrations were generated exclusively by spent lime and C&D wastes. ...................................................................................................33

5.9    Pietari's assumptions of the spent lime sulfur content used in her lower- and upper-bound hydrogen sulfide generation estimates are arbitrary and unreliable. ....................34

5.10   Pietari's selection of the mean value between estimated upper- and lower- bound estimates of hydrogen sulfide generation is an arbitrary method to estimate hydrogen sulfide generation, particularly considering the wide range. This mean-of-the-bounds approach is not an accepted method of estimating hydrogen sulfide generation............36

5.11   Pietari did not—and likely could not—validate the output of her model using empirical data. Validation using site-specific measured data points is an important and required step in accepted methods of modeling hydrogen sulfide generation. ................37

6.0    Conclusions...............................................................................................................39

7.0    References.................................................................................................................40

8.0    Additional Documents Considered ...........................................................................41

# 1.0     Introduction

## 1.1     Assignment and Retention

This rebuttal report responds to certain opinions of Dr. Jaana Pietari of Ramboll US Consulting, Inc., in her expert report prepared for Whiteford, Taylor & Preston, LLP, counsel for Plaintiffs in the actions *Frederick Addison et al. v. Louisiana Regional Landfill Co., et al,* Civ. Action No. 19-11133 c/w 19-14512 (E.D. La.), and *Elias Jorge ("George") Ictech-Bendeck et al. v. Waste Connections Bayou, Inc.,* Civ. Action No. 18-7889 c/w 18-8071, 18-8218, 18-9312 (E.D. La.), and dated January 29, 2021.

## 1.2     Professional Background Relevant to Expert Opinions

I am a Project Director and Vice President with SCS Engineers. I currently serve as the Practice Leader for the Environmental Services Practice in the Mid-Atlantic Region of the United States. I have been employed with SCS Engineers since August 1985. Prior to SCS, I was employed for three years as a process engineer at the U.S. Army Chemical Research and Development Center, located at the Edgewood Area of Aberdeen Proving Ground, Maryland.

I received a Bachelor of Science degree in Chemical Engineering from Virginia Polytechnic Institute and State University in 1982. Subsequently, I have attended scores of in-person and virtual training sessions, seminars, and webinars covering a wide range of issues related to hazardous materials, solid waste management and disposal, and related environmental topics.

I am a licensed Professional Engineer, registered in Virginia (1988), North Carolina (1994), Maryland (2001), South Carolina (2007), and West Virginia (2014).

During my employment with SCS Engineers, I have worked on hundreds of projects dealing with landfills and waste management facilities. My landfill experience includes municipal solid waste landfills, industrial waste landfills, construction and demolition debris landfills, pre-regulatory landfills and unpermitted disposal sites, Superfund landfills, and open dumps.  I have also worked on Resource Conservation and Recovery Act ("RCRA") Subtitle C hazardous waste facilities, such as surface impoundments, landfills and disposal facilities, waste processing facilities, indoor and outdoor waste piles, storage tanks, drum storage facilities, and others.

As part of my work on dozens of landfills, transfer stations, materials recovery facilities, vegetative waste facilities, and industrial facilities, I am familiar with and have experience addressing odor issues, including hydrogen sulfide ("$H_2S$") emissions. I am also knowledgeable concerning the management and beneficial re-use of fines generated by construction and demolition debris recycling facilities.

My experience with $H_2S$ at landfills dates back to about 1990.  In addition to $H_2S$ projects at landfills, I have worked on $H_2S$ projects related to coal combustion residuals generated by coal-fired electric power plants, wastewater/sludge lagoons at a coal combustion power plant, and wastewater/sludge lagoons at a paper manufacturing facility.

Along with my extensive solid waste experience, my expertise includes a wide range of hazardous materials management, remediation, permitting and compliance issues at commercial and industrial facilities.

## 1.3      Information Considered

A list of documents referenced in the preparation of this report is provide in Section 7 – References. In addition, my 38+ years in the industry have provided extensive and valuable experience and knowledge that have contributed to this report.

## 2.0    Background

## 2.1    Jefferson Parish Landfill

### 2.1.1    Overview

The Jefferson Parish Landfill (the "JPLF") is classified as a municipal solid waste ("MSW") landfill and is located at 5800 Highway 90 West in Avondale, Jefferson Parish, Louisiana. The Landfill site is approximately 346 acres, of which 324 acres are permitted for waste disposal. Between July 2, 2016, and June 30, 2019, the JPLF accepted approximately 1,126,000 tons of MSW, or about 1,028 tons per day on average. Jefferson Parish Landfill, 2016–2017 Solid Waste Certification of Compliance Part I & Part II (Sept. 26, 2017); Jefferson Parish Landfill, 2017–2018 Solid Waste Certification of Compliance Part I & Part II (Sept. 26, 2018); Jefferson Parish Landfill, 2018–2019 Solid Waste Certification of Compliance Part I & Part II (Sept. 27, 2019).

The JPLF is owned by Jefferson Parish (the "Parish"). The Louisiana Regional Landfill Company, an affiliate of Waste Connections US, Inc., operated the JPLF from 2013 through December 31, 2020. The landfill includes five existing waste disposal areas, designated as Phases 1, 2, 3A, 3B, and 4A. Phases 1, 2, 3A, and 3B are closed and no longer accepting waste. Phase 4A, which is the primary focus of this report, began accepting waste in May 2013 and is still the active working area of the site.

### 2.1.2    Phase 4A Gas Collection and Control System

A gas collection and control system at the JPLF captures landfill gas using gas collection wells, and carries that gas to a flare for destruction or to a waste-to-energy plant for beneficial reuse.

In April 2018, the gas collection and control system expanded into Phase 4A Cells 20, 21, and 22. Another expansion started in 2019, and was completed in 2020. The gas collection and control system currently includes 48 vertical gas wells and 23 horizontal gas collectors.

### 2.1.3    Sulfate-containing Wastes

Municipal solid waste can contain a variety of materials that contain trace concentrations of sulfur compounds. Such waste materials can include select textiles, paper, some plastics, wood, and some food wastes. However, the sulfur content of these wastes is very low. Nobuhisa Watanabe, *et al*., *Combustible and Incombustible Speciation of Cl and S in Various Components of Municipal Solid Waste*, Waste Management, 24, 623-632 (2004).

### 2.1.3.1    Construction and Demolition Wastes

The JPLF also accepted some construction and demolition ("C&D") waste. The exact makeup of the C&D waste is not known, but based on my experience in the solid waste industry this waste normally consists of bulk brick, concrete, wood, wallboard or drywall, metals, and other common construction and demolition debris. The wallboard or drywall in such C&D waste contains gypsum, also known as calcium sulfate dihydrate. Based on annual reports submitted by the JPLF to the Louisiana Department of Environmental Quality ("LDEQ"), about 10,488 tons of C&D waste were disposed of at the JPLF from July 2013 through June 2015. Jefferson Parish Landfill, 2013–2014 Solid Waste Certification of Compliance Part I & Part II (Sept. 29, 2014); Jefferson Parish Landfill, 2014–2015 Solid Waste Certification of Compliance Part I & Part II (Sept. 30, 2015). As explained in Section 2.2, the biological decomposition of gypsum in landfills by sulfate-reducing bacteria can generate $H_2S$ when the required conditions are present.

C&D fines, by contrast, are a separate waste stream of smaller particles and dust left over from processing and recycling activities performed on bulk C&D waste. C&D fines often contain high levels of gypsum because the fines include crumbled and pulverized wallboard. Further, the gypsum fraction of C&D fines—which have often had the non-gypsum recyclable debris (e.g., wood, bricks, metal, etc.) removed—is generally higher than that of bulk C&D waste.

### 2.1.3.2   "Spent lime"

In addition to MSW and C&D waste, the JPLF also accepted various types of "special waste" for disposal. Special wastes required dual approval by both the operator (i.e., Louisiana Regional Landfill Company) and the Parish after they received and reviewed detailed information regarding the waste proposed to be disposed. B. O'Connor Dep., 309:8–311:6 (Nov. 20, 2020). One such special waste was "spent lime" generated by Rain CII Carbon LLC ("Rain Carbon"). Spent Lime Ticket Report 2016–March 2018 (WC_JPLF_00255114); Solidification Agent Tonnage Report (2018) (WC_JPLF_00223815). Rain CII Carbon produces calcined petroleum coke, a raw material for a variety of industrial processes and products.[1] The spent lime was generated by three Rain CII Carbon facilities: Chalmette, LA; Norco, LA; and Covington, LA. Spent Line Ticket Report 2016–March 2018. A scrubbing system employed by Rain Carbon uses hydrated lime (calcium hydroxide, $Ca(OH)_2$) to remove sulfur dioxide ("$SO_2$") from the carbon facilities' exhaust gas, which results in the partial conversion of lime to calcium sulfate dihydrate (gypsum, $CaSO_4 \cdot 2H_2O$). Waste Connections Inc., Waste Profile, Rain CII Carbon Chalmette (WC_JPLF_00333198).

During the period October 17, 2016 through July 3, 2018, the JPLF received 23,003.76 tons of spent lime from Rain Carbon. Spent Lime Ticket Report 2016-March 2018. (WC_JPLF_00255114); Solidification Agent Tonnage Report (2018) (WC_JPLF_00223815).

### 2.1.3.3   Fly Ash

Fly ash is ash removed from the exhaust gas of a combustion process, often at coal-fired electric generating facilities. Fly ash can contain sulfates. Between 2014 and 2018, the JPLF accepted 149.19 tons of fly ash, or 0.008% of the total waste stream during that 5-year period.

### 2.1.4   Solidification Pit

In 2016, a pit was constructed at the JPLF to accept and hold solid wastes from an oil refining company before disposing of those wastes in the working face of the landfill. O'Connor Dep., 225:1-14. From sometime in 2017 through July 2018, the JPLF—with approval from LDEQ—used the pit to solidify certain liquid wastes before disposing of them in the working face of the landfill. O'Connor Dep., 226:4-227:22; 229:24-230:2. The types and amounts of liquid wastes solidified in the pit are identified in a "Pit Loads" spreadsheet. Spent Line Ticket Report 2016–March 2018.  Spent lime and fly ash were used as the solidification agents for these liquid wastes. O'Connor Dep., 303:23-24. The solidification agents and liquid wastes were mixed using an excavator until the waste was in a solid state without any free liquids. O'Connor Dep., 305:4-9. Waste in the pit was disposed of into the landfill working face of Phase 4A every day that the pit was used, and the pit was covered with barge covers to prevent infiltration of rain water. O'Connor Dep., 291:22-292:2; 304:4-8.

---

[1] https://www.raincarbon.com/products-and-services/carbon-products#parentHorizontalTab2

## 2.2   Required Conditions for the Conversion of Sulfate to Hydrogen Sulfide in Landfills

Calcium sulfate ("gypsum" or "$CaSO_4 \cdot 2H_2O$") is the primary sulfurous ingredient in wallboard, and flue gas desulfurization material ("FGD") from coal combustion units at electric power plants, as well as some other industrial wastes. Calcium sulfate is also a component of the "spent lime," which was both directly disposed of, and used as a solidifying agent at the JPLF.

Calcium sulfate can be biologically converted to $H_2S$ under select conditions. Specifically, the following seven conditions are required for the biodegradation of gypsum to $H_2S$. Gypsum Association, *Industry Technical Paper: Treatment and Disposal of Gypsum Board Waste* (Jan. 1991); Gypsum Association, *Treatment and Disposal of Gypsum Board Waste, Part II, Industry Position Paper* (Mar. 1992).

- Liquid Water (i.e., saturated waste with free liquids)
- Source of Soluble Sulfate
- Sulfate-reducing Bacteria
- Organic Material
- Anoxic Environment
- Appropriate pH Range
- Appropriate Temperature Range

Details concerning each condition are discussed below.

**Condition 1 - Liquid Water.** The biological conversion of sulfate to $H_2S$ occurs in the aqueous phase—i.e., sufficient free liquids must be present, and sulfates must dissolve into the free liquids. While modern landfills, such as the JPLF, are equipped with leachate collection systems, intermittent perched and discrete zones of saturation within the waste mass may be present, particularly following periods of high precipitation. Low-permeability confining layers (e.g., clay or clay-like soil used for intermediate cover) may temporarily trap water/leachate in discrete pockets within the landfill.

**Condition 2 - Source of Soluble Sulfate.** Gypsum, having the chemical formula $CaSO_4 \cdot 2H_2O$, is a source of soluble sulfate. Gypsum sources include FGD, wallboard, and some industrial wastes. Sulfates and sulfur compounds can also be present in lower concentrations in some other waste streams that may be disposed in an MSW landfill.

**Condition 3 - Sulfate-reducing Bacteria.** Sulfate-Reducing Bacteria ("SRB") use sulfate as an electron acceptor in the oxidation of carbon. Primary SRB include Desulfovibrio and Desulfotomaculum. These SRBs, as well as many other bacteria, are commonly present in MSW landfills. However, the presence of SRB within a landfill may not be ubiquitous, and may be limited to regions where the other required conditions favor their existence and survival.

**Condition 4 - Organic Material.** SRBs use organic material as a food source to multiply and degrade sulfate to $H_2S$. Carbon serves as a source of energy for the bacteria. Typical MSW has a high organic content due to the presence of a wide variety of organic materials such as wood, paper, cardboard, food, vegetative waste, and fabrics.

**Condition 5 - Anoxic Environment.** SRBs thrive under anoxic (without oxygen) conditions. The presence of oxygen can kill SRBs. While anoxic conditions are typically not present in areas where MSW was recently disposed, anoxic conditions are typical in portions of MSW landfills where organic wastes have been present for at least a few months, and are decomposing to methane and carbon dioxide.

**Condition 6 - Appropriate pH Range.** SRB reduction of sulfate to $H_2S$ is reportedly optimum within a pH range of about 7 to 8, and does not occur outside a pH range of about 4 to 9. The pH range within a typical MSW landfill falls within this activity range.

**Condition 7 - Appropriate Temperature Range.** SRB reproduction and $H_2S$ generation are reportedly optimum within a range of about 30° C to 38° C (86° F to 100° F). Many MSW landfills are within or a little above this optimum range. Studies of SRB in geologic environmental settings found reduced activity above about 60° C (140° F), and no activity above about 80° C (176° F). Similarly, SRB activity ceases in freezing conditions.

Although the necessary conditions for $H_2S$ generation are likely present within some discrete pockets within many landfills, the conditions are likely not ubiquitous throughout the waste. MSW landfill conditions and waste composition are typically highly heterogeneous with respect to both location within the landfill and time. Thus, there are zones within landfills where many, but not all of the seven required conditions are present. For example, there are undoubtedly many regions within landfills where free liquids (i.e., saturated conditions) are not present and, therefore, SRB conversion of sulfates to $H_2S$ does not occur, despite the presence of the other six conditions.

Similarly, a landfill may have pockets where bulk sulfate-containing waste has been disposed but where the internal portion of the pocket is not exposed to moisture, organics, or SRB—each a necessary condition for conversion of sulfate to $H_2S$.

Considering these seven conditions and heterogenic landfill conditions, there are too many variables to provide a reliable and defendable quantitative model that considers, in any given landfill for any given period of time, each of the seven required conditions, and that can reliably estimate the rate at which sulfates are converted to $H_2S$ by the SRB.

## 2.3     Previous Field-scale Studies of Hydrogen Sulfide Generation from C&D Waste

There are only two published field-scale studies estimating the generation of $H_2S$ from sulfate-containing waste disposed of in landfills:

1) Russell Anderson, Jenna R. Jambeck, Ph.D., and Gregory P. McCarron, PE, *Modeling of Hydrogen Sulfide Generation from Landfills Beneficially Utilizing Processed Construction and Demolition Materials*, Prepared for the Environmental Research and Education Foundation, Alexandria, VA (Feb. 2010) ("Anderson 2010"); and

2) Bishow Shaha, S. Asce, Daniel Meeroff, and A. Asce, *Prediction of H 2 S Concentration in Landfill Gas Resulting from Construction and Demolition Debris and the Selection of Treatment Method*, Environmental Engineering, 146, 10.1061/(ASCE)EE.1943-7870.0001696 (May 2020). ("Shaha and Meeroff 2020").

Dr. Jaana Pietari's report ("Pietari Report") relies extensively on the methods and conclusions developed by these studies—including the first-order decay model developed by Anderson (2010) to estimate $H_2S$ generated by C&D fines—and therefore high-level summaries of this research are outlined in Section 5.2, below. I will address faults in Pietari's application of the first-order decay model used in these studies to estimate $H_2S$ generation at the JPLF in Sections 4 and 5 below.

## 3.0      Summary of Pietari Report

Pietari applied a mathematical model (a "first-order decay" model) to estimate how much $H_2S$ the sulfur in the spent lime and C&D waste in Phase 4A generated per month from October 2016 through December 2019. In simple terms, there are three key variables in the model Pietari employed: (i) the amount of $H_2S$ that could be produced by the sulfur in the waste as it decays ($S_0$), (ii) how quickly the sulfur in the waste would convert to $H_2S$ (k); and (iii) the mass of sulfur deposited in the landfill (M). In some applications of the model, Pietari also imposed a constraint or limit on the model output by assigning a pre-determined $H_2S$ concentration for one month out of the October 2016 through December 2019 range so that she could derive other variables—($S_0$) and (k)— for which site-specific data were not available.

Pietari had little site-specific data to use to determine these variables and limits, so she imported non-site-specific data from other sources: (k) and ($S_0$) values from studies prepared for other landfills, and sulfate concentration data from a Safety Data Sheet for spent lime to determine the mass of sulfur deposited in the landfill (M). She also used measurements of $H_2S$ in some of Phase 4A's gas wells from May 2018 and a second pair of undated measurements that were noted in an email in September 2018 to determine the one-month $H_2S$ concentration constraints described above.

Pietari then produced two outputs for each month from the model: the first produced her "lower-bound" estimate of $H_2S$ generated, and the second established her "upper-bound" estimate. Pietari's final $H_2S$ estimate is the average of the upper- and lower-bound estimates for each month.

As explained further below, her lower-bound estimate is not representative of the JPLF because it is based on an average of measured $H_2S$ concentrations that is skewed high by her selection and omission of certain data. It is also based on a total generation potential ($S_0$) and $H_2S$ decay rate (k) determined for a different landfill. This lower bound estimate did not use the lowest concentration of sulfates listed in the Safety Data Sheet to derive the mass of sulfur deposited in the landfill (M), because that concentration yielded model outputs Pietari deemed inconsistent with other studies. Expert report of Dr. Jaana Pietari (Ramboll) at ¶¶ 80-84 (Jan. 29, 2021) ['Pietari Report'].

Her upper-bound estimate is also not representative because it is based on an "average" of the two highest $H_2S$ concentrations reported for two wells in Phase 4A, though the date(s) of those measurements are unknown. It is also based on the assumption that all spent lime disposed in the landfill contained the highest percentage of sulfate reported on the SDS.

## 4.0      Summary of Opinions

Pietari's method is not reliable because she takes a model developed for the specific purpose of estimating $H_2S$ generated from C&D fines used as alternate daily cover—a model designed and implemented on the basis of substantial site-specific data gathered over time at certain landfills—and applies it to estimate $H_2S$ at the JPLF for a different type of waste and a different type of disposal, without the benefit of site-specific and relevant data. When she did use data, she consistently biased her selection and use of the data to increase her estimates of $H_2S$ generation, and dismissed data that would have lowered her estimate. Further, Pietari's report and her application of the first-order decay model do not address many of the key factors that are necessary for the conversion of sulfates to $H_2S$ in the JPLF, such as saturation of sulfate-containing waste, surface areas of that waste available for dissolution in liquids, and solubility limitations in liquids. Instead, she has assumed that sulfates would be converted to $H_2S$ at a very rapid rate.

I agree with the Sun et al. (2016) study—cited repeatedly throughout Pietari's report—that "the ability to predict the rate and extent of $H_2S$ production from sulfur-containing wastes in landfills is poor." Sun, Weinjie, Mei Sun, and Morton Barlaz, *Characterizing the Biotransformation of Sulfur-containing Wastes in Simulated Landfill Reactors*, Waste Management, 2 (2016). No published field-scale study has attempted to estimate $H_2S$ generation from spent lime disposed of in a landfill. Only two published field-scale studies— Anderson (2010) and Shaha and Meeroff (2020)—have attempted to estimate $H_2S$ generation from C&D wastes; however, C&D waste is a very different type of sulfate-containing waste than spent lime. These two studies are categorically different from Pietari's effort for myriad other reasons, but most importantly because they had access to years of significant site-specific data to calibrate and validate their models and estimates, including: waste disposal volumes, detailed waste sulfate content, landfill gas flow rates, and $H_2S$ concentrations in landfill gas. These historical data are only partially available for the JPLF—and even when the data were available, Pietari did not rely on them. Therefore, even assuming that the $H_2S$ generation models applied in the Anderson (2010) and Shaha and Meeroff (2020) studies are capable of reliably estimating $H_2S$ generation from spent lime and the bulk C&D waste at the JPLF, Pietari cannot replicate that reliability because the necessary data are not available. In lieu of such data, and as outlined at length in this report, Pietari relies on multiple compounding, unreasonable, and arbitrary assumptions, many of which tended to increase, rather than decrease, her estimate of $H_2S$ generation.

Pietari also does not address many of the key factors that are relevant to the conversion of sulfates to $H_2S$ in the JPLF, such as saturation of sulfate-containing waste, surface areas of that waste available for dissolution in liquids, and solubility limitations in liquids. Pietari's estimate of $H_2S$ generation from spent lime and C&D waste disposed of at the JPLF, in my opinion, is therefore very unreliable and likely significantly overstates the levels of $H_2S$ generated from spent lime and C&D waste.

- **Opinion 1:** The reliability of the first-order decay model used to estimate $H_2S$ generation—especially where, like at the JPLF, there is almost no $H_2S$ recovery data available to calibrate the model and validate results—is limited by the types of input into the model. A reliable estimate of $H_2S$ generation from spent lime and C&D waste in a landfill would incorporate many complex inputs (e.g., extent of waste saturation and free liquids; sulfate distribution within the waste, etc.) and is likely not practicable for a landfill like the JPLF, where no data exist to quantify those inputs.

- **Opinion 2:** Reliable application of the Anderson (2010) first-order decay model requires years of site-specific data that do not exist for the JPLF. Therefore a reliable application of the first-order decay model to estimate $H_2S$ generation from spent lime and C&D waste disposed of at the JPLF during the relevant time period is essentially impossible.

  - In particular, routine (e.g, weekly or monthly) measurements of $H_2S$ concentrations in the landfill gas and landfill gas flow rate throughout the time period of concern are required for proper calibration and validation of the $H_2S$ generation model. Accurate and reliable information concerning the quantities and composition of sulfate-containing wastes disposed in the landfill are also required.

  - Therefore, even assuming that the $H_2S$ generation models for C&D waste used in the Anderson (2010) and Shaha and Meeroff (2020) studies are capable of reliably estimating $H_2S$ generation from spent lime under certain circumstances, Pietari cannot replicate that reliability because the necessary data are not available.

- **Opinion 3:** Pietari's reliance on the Safety Data Sheets instead of the Pace Analytical spent lime lab analysis to estimate the spent lime sulfate content renders her modeling unreliable.

  o  Pietari's modeling relied on a broad range of potential sulfate concentrations for spent lime estimated by Safety Data Sheets prepared for compliance with Occupational Safety and Health Administration ("OSHA") worker safety regulations. Pietari did not utilize actual sulfate concentration data for a sample of the spent lime generated by Rain Carbon, which was determined by a national certified laboratory following an established EPA analytical method. That laboratory analysis is reliable and was conducted consistent with EPA and industry practices. Pietari's decision not to rely at all on the laboratory data significantly decreases the reliability of her estimation of the $H_2S$ generated by the spent lime.

- **Opinion 4:** Pietari incorrectly assumed that the sulfate content of the bulk C&D debris disposed of at the JPLF, a southeastern Louisiana landfill, was the same as that of C&D fines generated at New England processing facilities analyzed in the Anderson (2010) study. This assumption is inappropriate because the landfills concern different waste streams and are located in different regions of the country, further rendering Pietari's modeling unreliable.

  o  C&D fines are typically comprised of the screened C&D material, and potentially ground C&D components, that remain after the recyclable components such as bulk wood, metal, and aggregate (e.g., concrete and brick) are removed at a C&D processing facility.

  o  Because other low-sulfate components of the C&D materials have been removed, but the drywall gypsum remains, the C&D fines can have a higher sulfate content in comparison to undifferentiated C&D waste disposed of at the JPLF.

- **Opinion 5:** Pietari's $H_2S$ generation estimate is unreliable because of her assumption that the decay rate constant (k) and $H_2S$ generation potential ($S_0$) for spent lime and bulk C&D debris disposed of at the JPLF are exactly the same as the decay rate constant and $H_2S$ generation potential for C&D debris in a south Florida landfill studied in Shaha and Meeroff (2020).

  o  Decay rate constants (k) and $H_2S$ generation potentials ($S_0$) can vary significantly from one landfill to another—particularly between landfills accepting different wastes in different climates, but also between landfills accepting similar wastes in similar climates. For example, in the Anderson (2010) study, cited throughout Pietari's report, the researchers determined very different decay rate constants (k) and $H_2S$ generation potentials ($S_0$) for C&D fines accepted at landfills in the Northeast US.

  o  Even if decay rate constants (k) and $H_2S$ generation potentials ($S_0$) for sulfate-containing wastes *were* similar across landfills with similar conditions, Pietari does not perform any comparison of the JPLF and the south Florida landfill studied in Shaha and Meeroff (2020) to support her assumption that the constants and $H_2S$ generation potentials should be similar.

  o  Further, the spent lime disposed of at the JPLF and the C&D waste disposed of at the Florida landfill studied in Shaha and Meeroff (2020) are different wastes with distinctly different physical and chemical compositions and therefore would be expected to decompose differently.

- **Opinion 6:** Pietari's estimates that the $H_2S$ concentration of the landfill gas in Phase 4A was 1,598 parts per million by volume ("ppmv") in May 2018 and 3,000 ppmv in September 2018 are very unreliable and likely significantly overstate $H_2S$ concentrations in Phase 4A.

  - <u>May 2018 Phase 4A $H_2S$ Concentration</u>: Pietari calculated the 1,598 $H_2S$ ppmv value by averaging $H_2S$ gas well measurements taken by Carlson Environmental Consultants ("CEC") in May 2018 at some of the Phase 4A gas wells. This average is not a reliable representation of all the landfill gas generated at Phase 4A:

    - Pietari improperly excluded the low $H_2S$ concentrations measured at GW-501, which is located in Phase 4A, from her Phase 4A average.

    - May 2018 $H_2S$ measurements were not taken for four other Phase 4A gas wells, and this significantly decreases the representativeness of Pietari's average.

    - Pietari's average does not account for landfill gas flows corresponding to each concentration measurement. A gas well could have a very high $H_2S$ measurement but comparatively little landfill gas may be generated in that area. This significantly decreases the accuracy of Pietari's average.

    - Pietari also included in the May 2018 average two very high Phase 4A gas well $H_2S$ measurements taken by River Birch LLC at unknown date(s). Adding these measurements to the May 2018 average when it is unknown when the measurements were taken renders the May 2018 average unreliable.

  - <u>September 2018 Phase 4A $H_2S$ Concentration</u>: Pietari based the 3,000 ppmv value on two undated Phase 4A gas well measurements, which had already been used for her May 2018 averaging. This is an extremely unreliable assumption.

    - There were 17 gas wells in Phase 4A during September 2018, and an average based on only 2 of them—especially 2 that are located very close together—is very unreliable.

    - It is likewise exceptionally unlikely that Phase 4A would have an average $H_2S$ concentration of 3,000 ppmv in September 2018. The two gas wells that yielded the undated 3,000 parts per million ("ppm") measurements are located very close together, and not representative of the entirety of Phase 4A.

- **Opinion 7:** Pietari's use of the unreliable May 2018 and September 2018 Phase 4A $H_2S$ concentrations (Opinion 6) to estimate the decay rate constant (k) and $H_2S$ generation potential ($S_0$) values makes these two critical inputs for the first-order decay model very inaccurate. Not only does she use unreliable Phase 4A $H_2S$ concentration assumptions to derive the (k) and ($S_0$) values, but she then applies those values to estimate three years of $H_2S$ generation, though the underlying data are taken from within a narrow time span in 2018. This causes Pietari to significantly overestimate $H_2S$ generation.

- **Opinion 8:** Pietari improperly assumes that her estimated May 2018 (1,598 ppmv) and September 2018 (3,000 ppmv) Phase 4A $H_2S$ concentrations were generated exclusively by

spent lime and C&D waste and not by any other wastes, though the measured $H_2S$ values were in gas collected from undifferentiated waste.

- **Opinion 9:**  Pietari's assumptions of the spent lime sulfate content used in her $H_2S$ generation estimates are unreliable. Pietari's $H_2S$ generation estimate is the mid-point between an upper-bound and lower-bound estimate, which were in turn derived from assumptions of sulfate content in the spent lime.

  - In Pietari's lower-bound estimate, instead of using the lowest sulfate content values derived from the composition ranges in the Safety Data Sheets for spent lime, Pietari uses the *average* sulfate content values. Pietari reasons that using the lowest sulfate values derived from the ranges in the Safety Data Sheet would result in decay rate (k) and $H_2S$ generation potential ($S_o$) values—when constraining the model with the May 2018 Phase 4A $H_2S$ concentration—that are higher than those reported in literature for C&D waste.

    However, Pietari's analysis relies on the faulty assumptions discussed above:

    - The decay rate constant (k) and $H_2S$ generation potential ($S_o$) values Pietari uses for this exercise are derived from studies of different wastes (C&D fines) and different landfills in different regions of the country (Northeastern US and Florida). *See* Opinion 5.

    - Pietari's use of the May 2018 Phase 4A $H_2S$ concentration is very unreliable. *See* Opinions 6, 7, and 8.

  - Pietari's assumptions regarding the sulfate content of the spent lime used in the upper-bound estimates are also unreliable.  Specifically, for the upper-bound range, Pietari assumes that all of the spent lime disposed of in the landfill had the highest sulfate content possible based on the highest ranges of the chemical compositions in the Safety Data Sheets.  Pietari does not provide any support for this assumption, and there is no reason to believe that the sulfate content of all of the spent lime was always at the highest threshold.

- **Opinion 10:**  Pietari's selection of the mean value between estimated upper- and lower- bound estimates of $H_2S$ generation is an arbitrary method to estimate $H_2S$ generation, particularly considering the wide range. This mean-of-the-bounds approach is not an accepted method of estimating $H_2S$ generation.

  - As discussed throughout this report, Pietari's lower- and upper-bound estimates are very unreliable. Accordingly, the average of these estimates is also very unreliable.

  - Pietari does not quantify the likelihood of the lower- and upper-bound estimates—or the likelihood of any other estimate within that range. Accordingly, if the likelihood of the upper-bound estimate is very low—and it likely is—then the upper-bound estimate is artificially raising the purported average $H_2S$ estimation.

- **Opinion 11:** Pietari did not—and likely could not—validate the output of her model using site-specific empirical data. Validation using site-specific measured data points is an important and

required step in accepted methods of modeling $H_2S$ generation, as demonstrated by validation steps used by Anderson (2010) and Shaha and Meeroff (2020).

# 5.0 Pietari's Application of the First-order Decay Model to Estimate Hydrogen Sulfide Generated at the Jefferson Parish Landfill from Spent Lime and C&D Waste is Very Unreliable and Based on Multiple and Compounding Flawed Assumptions and Modeling Applications

## 5.1 The reliability of the first-order decay model used to estimate hydrogen sulfide generation is limited by the types of input into the model. A reliable estimate of hydrogen sulfide generation from spent lime in a landfill would incorporate many complex inputs and is likely not practicable.

A reliable model to estimate $H_2S$ generation at a landfill—especially where, like at the JPLF, there is almost no $H_2S$ recovery data available to calibrate the model and validate results--would likely require detailed consideration of each of the individual conditions summarized in Section 2.2 that are necessary for the biological conversion of sulfate to $H_2S$.

But almost none of these factors are direct inputs into the first-order decay model Pietari relies on to estimate $H_2S$ generation at the JPLF. Instead, the model is a simplification of the complex and heterogeneous conditions present within most landfills, and it substitutes a relatively simple first-order approach with limited inputs for individual consideration of all the factors I described in Section 2.2. In prior cases where the model was used at landfills that accepted C&D bulk waste and fines (as opposed to bulk spent lime), this simplified approach was supported by substantial measured $H_2S$ recovery data from the landfills being studied.

While a detailed analysis of each of the conditions in Section 2.2 is not necessary to identify faults in Pietari's approach, it is nonetheless worthwhile to understand how the failure to incorporate these conditions as inputs into the first-order decay model used by Pietari limits that model's reliability. Accordingly, several of these key conditions that are not direct inputs into Pietari's first-order decay model are described in more detail below.

### 5.1.1 Sulfate Solubility

As discussed in Section 2.2., SRB can only convert sulfate to $H_2S$ after the sulfate is dissolved in free liquid. Gypsum Association (1991); Gypsum Association (Part II, 1992). Only a certain amount of sulfate can dissolve into a liquid before the liquid reaches its solubility limit.  The first-order decay model used by Pietari to estimate $H_2S$ generation from the spent lime and C&D waste does not include sulfate solubility as a direct input into the model.  Conversion of sulfate into hydrogen sulfide by SRB is limited to dissolved sulfate, and therefore the failure to directly consider this critical condition undermines the reliability of the first-order decay model and may result in overestimation of the hydrogen sulfide generation rate.  Even spent lime that is located at the base of the landfill—i.e., within leachate—may not solubilize completely due to the sulfate solubility limit.  Accordingly, sulfate solubility

can be a significant rate-limiting factor in the hydrogen sulfide generation process, and this limitation is not directly considered by Pietari or the first-order decay model.

Pietari cites authorities that inappropriately gloss over the critical limiting factor of sulfate solubility. Specifically, Pietari's report at Section 2.3: Hydrogen Sulfide in Landfills, provides background information regarding the presence of sulfate wastes such as gypsum in landfills, and the biological degradation of sulfates to produce $H_2S$. Paragraph 27 states "Gypsum contains high portion of sulfate ($SO_4^{2-}$) and is present not only in drywall but also in flue gas desulfurization (FGD) wastes (Karnachuk et al. 2002). *The sulfate in these materials readily dissolves in the moisture present in MSW landfills* (Fairweather and Barlaz, 1998; Karnachuk et al. 2002)" (emphasis added). This statement incorrectly implies that the gypsum present in the spent lime and C&D waste at the JPLF readily dissolves in water present within the landfill, without limitations, and that the dissolved gypsum becomes readily available for bioconversion to $H_2S$ by SRB. This is incorrect.

Instead, the gypsum solubility limits the bioavailability of gypsum in leachate, and the rate at which SRB convert soluble gypsum to $H_2S$. The biological conversion of sulfate (e.g., as contained in gypsum) to $H_2S$ by SRB must occur in an aqueous solution. Gypsum Association (1991); Gypsum Association (Part II, 1992). The sulfate must be present in a water-soluble form, such as gypsum, because SRB do not convert solid gypsum—even when it is wet—to calcium sulfate.

Gypsum, like most inorganics, has a finite solubility in water. As demonstrated by the following solubility curves, gypsum ($CaSO_4$ $2H_2O$, represented by the red curve below) has a solubility of about 2,050 milligrams per Liter (~2 grams per liter or 0.2 % by weight) at a temperature of 100 °F.

Once the solubility limit is reached, no additional gypsum dissolves in the leachate. Based on a solubility of 0.2% by weight, a minimum of 500 liters (= 500 kilograms) of water is required to dissolve each kilogram of gypsum.



**Figure 8.32**. Solubility of three forms of calcium sulfate ($CaSO_4$) versus water temperature: A) $CaSO_4 \cdot 2\,H_2O$, B) Anhydrous $CaSO_4$, C) Hemihydrate $CaSO_4 \cdot H_2O$.

Source: SWEP, *Refrigeration Handbook*, Chapter 8.6: Fouling (Feb. 5, 2021), https://www.swep.net/refrigerant-handbook/8.-practical-advice/qw2/.

Pietari's failure to incorporate into her estimate an analysis of how the biological conversion of sulfate to $H_2S$ by SRB is limited by the amount of dissolved sulfate available can result in an overestimation of the $H_2S$ generation rate. As explained in Section 2.2 of my report, the biological conversion of sulfate to $H_2S$ occurs in the aqueous phase. Therefore, sulfate that is present in the waste, but not dissolved in water, is not available for biological conversion by SRB, and it is not converted to $H_2S$.

## 5.1.2    Spent Lime Was not Mixed When Placed in the Jefferson Parish Landfill

The spent lime disposed of in the JPLF included spent lime that was disposed of in bulk in the working face, and spent lime that was first used to solidify liquid wastes and then disposed of in the working face. In Pietari's report, Section 4.2 Discussion of the $H_2S$ Estimates, Paragraph 92 states, "The Spent Lime was disposed in the landfill and mixed with MSW." It is important to clarify that while the spent lime was co-mingled with other MSW in the landfill once it was dumped into the working face, there is no evidence that any "active" mixing of the spent lime and MSW occurred after that disposal. Rather,

bulk loads of spent lime were transferred to the working face and disposed of in cells that also contained MSW.

This has important implications because active mixing of spent lime and MSW would result in greater dispersal of the spent lime within the landfill, and increased direct contact between spent lime and the organic components of MSW, which could result in a higher rate of $H_2S$ generation. However, when the spent lime is placed in the landfill in bulk, direct contact with MSW is limited, and there is also potentially less contact with precipitation leaching through the waste. Similarly, there is less direct contact with SRB and, thus a reduced rate of $H_2S$ generation.

Accordingly, the bulk disposal of spent lime significantly reduces the likelihood that the seven required conditions for $H_2S$ generation are present, particularly in comparison with landfills studied by Anderson (2010) that accepted sulfate in the form of C&D fines, which were used as daily cover—i.e., spread across the surface the waste every day in a manner that results in more direct surface area contact with organic waste, liquids and SRB. As such, the decay rate constant (k) and $H_2S$ generation potential ($S_o$) values employed by Pietari in her first-order decay model likely result in over-estimation of $H_2S$ generation.

## 5.2 Reliable application of the first-order decay model requires a series of site-specific data that do not exist for the Jefferson Parish Landfill. Therefore, a reliable application of the first-order decay model to estimate hydrogen sulfide generation from spent lime and C&D waste at the Jefferson Parish Landfill is essentially impossible.

Even assuming that the first-order decay model developed by Anderson (2010)—and generally followed by Pietari and Shaha and Meeroff (2020)—can reliably estimate $H_2S$ generation from sulfur-containing wastes, the importance of calibrating the model with site-specific data collected over time cannot be overstated. Pietari appears to at least generally agree with this premise, conceding in her report that "*a time series of $H_2S$ measurements is generally needed to calculate estimates* [of the first order hydrogen sulfide decay rate constant], and this information is not always available for landfills." Pietari Report ¶ 65 (emphasis added).

Following are summaries of the two published studies applying the model that Pietari relies on. These studies illustrate the importance of calibrating the model with site-specific data.

### 5.2.1 Anderson (2010) develops a first-order decay model for estimating hydrogen sulfide generated by C&D fines used at landfills as alternate daily cover.

Pietari's $H_2S$ generation estimate relies extensively on a model developed by researchers for the Anderson (2010) study. However, the important differences in the significant site-specific data used by the Anderson (2010) researchers and the unreliable assumptions and minimal site-specific data used by Pietari render her application of the model unreliable. As discussed here, the Anderson (2010) study illustrates that in order for its model to be reliably applied, it must be based on substantial site-specific measured data gathered over time.

The Anderson (2010) researchers developed a first-order decay model to estimate $H_2S$ generation at nine MSW landfills in the Northeast US that accepted "C&D fines" for disposal and/or for use as

alternate daily cover. In a first-order decay model, the compound being studied converts to something else at a fraction of the whole for each unit of time. The actual fraction per unit of time is expressed as the decay rate constant, "k." In the Anderson (2010) study, researchers analyzed how quickly sulfate in C&D fines converts to $H_2S$.

"C&D fines" are a byproduct of C&D recycling, and can include some quantity of sulfate from gypsum drywall. At recycling facilities—at least those studied in the Anderson (2010) paper—materials are separated out for recycling and reuse (e.g., metals, wood), while producing some residual fine material 6-inch to to ¾-inch pieces. (Anderson 2010). The reduced size of C&D fines has small pieces of gypsum, providing greater surface area and potentially allowing for more rapid production of $H_2S$ than larger C&D debris. Anderson (2010).  As noted above, C&D fines also contain a higher concentration of sulfates than bulk C&D waste because low-sulfate materials have been removed from the fines.

"Alternative daily cover" means that instead of using soils to cover the landfill waste at the end of each workday, and alternative material—for example, C&D fines—is used in lieu of the soil.

The following excerpt from Anderson (2010) summarizes the first-order decay model equation, site-specific inputs, and modeling approach developed to estimate the amount of $H_2S$ generated by the C&D fines at landfills:

The model equation is as follows:

$$Q_{H_2S} = \sum_{i=1}^{n} k\, S_0\, M_i\, (e^{-kt_i})$$

where,

$Q_{H_2S}$ = $H_2S$ generation rate from the landfill, cf

k = $H_2S$ generation rate constant, 1/yr

$S_0$ = $H_2S$ generation potential, CuFt/ton sulfur

$M_i$ = mass of sulfur from C&D Fines deposited in the $i^{th}$ section, tons

$t_i$ = age of the $i^{th}$ section, months

i = section number

The modeling for each site was developed in three steps:
1. Derive site specific $H_2S$ generation rate constant k (or decay rate) from $H_2S$ recovery trend data
2. Using the site specific k and sulfur inputs into the model equation, derive a specific $S_0$ value using a 'best fit' approach
3. Check the 'best fit' $S_0$ value by balancing the model outputs (cubic feet per month of $H_2S$) to the actual $H_2S$ recovery data for the same months and years.

The $H_2S$ generation rate (or "$H_2S$ decay rate") constant (k), represents how quickly the sulfur in the C&D fines converts to $H_2S$.

The $H_2S$ generation potential ($S_o$) indicates how much total $H_2S$ the C&D fines can generate.

To calibrate the model and to derive site-specific mass of sulfur (M), $H_2S$ decay rate constant (k), and $H_2S$ generation potential ($S_o$) inputs for each of the nine landfills, the Anderson (2010) researchers collected extensive site specific data (often years' worth), including:

1) Landfill gas recovery data;
2) $H_2S$ concentration data;
3) Waste composition and tonnage data;
4) C&D fines tonnage data, and sources; and
5) Sulfate content of the C&D fines.

In particular, the Anderson (2010) authors had access to very specific data regarding the sulfate content of the C&D fines. The landfills in the study were required to regularly provide composition analyses of the C&D fines to regulatory agencies, including testing for the sulfate content of the C&D fines. Accordingly, the Anderson (2010) authors obtained sulfate content data—over 80 samples for various months in 2007 across seven different C&D processing facilities. The authors also collected samples from C&D fines accepted at two of the landfill study sites. An overview of the number of samples, sulfate content range, and sulfate average of the samples is presented in the chart, below:

**Table 1. Sulfate Content of C&D Fines in the Northeast**

| Facility | n | Sulfate Concentration (%) | |
| --- | --- | --- | --- |
| | | Range | Mean |
| NE_1[a] | 6 | 3.1-3.6% | 3.3% |
| NE_2[a,b] | 14 | 0.17-3.8% | 1.6% |
| NE_3[a] | 12 | 1.2-9.3% | 4.4% |
| NE_4[a] | 12 | 2.8-5.4% | 3.6% |
| NE_5[a] | 12 | 5-12% | 8.7% |
| NE_6[a] | 10 | 4.4-12% | 6.8% |
| NE_7[a] | 20 | 0.22-8.9% | 3.2% |
| NE_8[b] | 3 | 2.4-3.6% | 3.1% |
| Overall | 89 | 0.17-12% | 4.3% |

In addition to using extensive composition data to estimate the sulfate content of the C&D fines, the Anderson (2010) researchers derived the $H_2S$ decay rate constant (k) for each landfill using a substantial base of site-specific $H_2S$ recovery data, which was selected to represent periods of changing generation rates.

After using the site-specific data to develop inputs for mass of sulfate (M), decay rate constant (k) and $H_2S$ generation potential ($S_0$) for each of the nine landfills, the authors tested each model's reliability by comparing the model output against actually-observed $H_2S$ recovery trend data at each landfill.

Based on that specific comparison of modeled $H_2S$ generation and actual data, the authors determined that the model results correlated well with actual $H_2S$ recovery trend data for six of the nine landfills they studied. This means that for three of the landfills for which they had substantial site-specific data, the calibrated model still did not correlate well with real events. Further, where the Anderson (2010) authors did not have sufficient site-specific information they were unable to develop a reliable model.

## 5.2.2   Shaha and Meeroff (2020) apply the Anderson (2010) model to estimate hydrogen sulfide generation from C&D waste at a south Florida landfill.

The process and results of a more recent application of the Anderson (2010) model further illustrates the unreliability of Pietari's work.

Shaha and Meeroff (2020) applied the Anderson (2010) first-order decay model—with some modifications—to estimate the amount of $H_2S$ generated from C&D waste at a south Florida landfill.

The study states that the landfill receives and processes MSW into a Class I landfill and C&D waste into a Class III landfill.[2]  For several years, the landfill accepted C&D debris generated from a recycling operation. The study does not specify whether the C&D waste was bulk debris or fines—but since the C&D waste came from a recycling facility it is possible that recyclable bulk debris (e.g., wood, brick, metal, etc.) were removed at the processing facility and the remaining waste had a higher drywall and sulfate content.

Further, Pietari appears to misinterpret the disposal at the Florida landfill as "co-disposal" (disposal in the same part of the landfill) with MSW and relies on that misinterpretation to equate the Florida landfill with the JPLF. Pietari Report, ¶ 45, 66, 70, Table 6. However, Shaha and Meeroff (2020) clearly state that at the Florida landfill, C&D wastes were placed in a different landfill than MSW wastes, albeit at the same facility.

Shaha and Meeroff (2020) applied the first-order decay model developed by Anderson (2010) and gathered significant amounts of site-specific data collected over multiple years, including:

1) Volume of landfill gas collected;
2) Tons of C&D debris accepted; and
3) Volume of $H_2S$ generated.

Unlike the Anderson (2010) effort, however, Shaha and Meeroff (2020) did not rely on an average of multiple lab analyses to estimate the sulfur content of the C&D waste. Instead, they estimated the sulfur content (which they reported as 18.5% of the gypsum by molecular weight) for three different percentages—10%, 20%, and 25%—of gypsum content in C&D debris. The authors eventually excluded the 10% and 25% estimates because their preliminary estimations of $H_2S$ generation showed that (1) using 10% gypsum content resulted in higher $H_2S$ generation potential ($S_0$) values than purportedly typical ranges and (2) using 25% gypsum content resulted in lower $H_2S$ generation potential ($S_0$) values than purportedly typical ranges.

Instead of deriving an $H_2S$ decay rate (k) value and $H_2S$ generation potential ($S_0$) value from extensive site-specific data—as performed by Anderson (2010)—Shaha and Meeroff (2020) ran seven applications of the model by:

1) Selecting seven $H_2S$ decay rate (k) values (0.45, 0.50, 0.60, 0.66, 0.74, 0.82, and 0.90), one for each of the seven model applications;

2) Constraining each model application—i.e., imposed a predetermined result—such that the $H_2S$ concentration at the end of 2014 must equal 3,000 ppmv; and

---

[2] The Florida Solid Waste Management Facilities regulation (Florida Administrative Code, Rule 62-701.200: Definitions) provides the following definitions:

(13) "Class I waste" means solid waste that is not hazardous waste, and that is not prohibited from disposal in a lined landfill under Rule 62-701.300, F.A.C.

(14) "Class III waste" means yard trash, construction and demolition debris, processed tires, asbestos, carpet, cardboard, paper, glass, plastic, furniture other than appliances, or other materials approved by the Department, that are not expected to produce leachate that poses a threat to public health or the environment.

3)   Solved for the H$_2$S generation potential (S$_0$) value for each of the selected (k) values.

Shaha and Meeroff (2020) evaluated their model results by plotting the calculated H$_2$S concentrations for three applications of the model (k = 0.45, 0.50, and 0.60) against eight yearly data points of actually-observed H$_2$S concentrations. The decay rate constant of k=0.45 and the respective H$_2$S generation potential (S$_0$) = 188.9 had the highest correlation to the actually-observed data (0.939) for the South Florida landfill.

### 5.2.3   The Anderson (2010) and Shaha and Meeroff (2020) studies emphasize the importance of measured data to the reliability of the model results.

The Anderson (2010) authors strongly emphasize the importance of using extensive site-specific data to calibrate the model and to more reliably predict H$_2$S generation:

> In order to more accurately model H$_2$S from C&D fines, the inputs into the model are important, including the total mass of sulfur input into the landfill from C&D fines tonnage and sulfate composition of the fines.   Both of these parameters are needed to evaluate the H$_2$S generation potential of the site through this modeling approach. Landfill F illustrates a case where not all sulfate sources are known, resulting in a poor fit and unusable model.   Representative samples and the correct test method (i.e., the Musson et al., 2008 method) are important.   In addition to this data, numerous and reliable H$_2$S characterization data from the landfill will provide calibration data for the model, allowing site-specific k values to be derived, which makes the model more accurate. In the absence of site-specific data, this research shows a k value of 0.34 for monofilled C&D fines and a k value of 0.70 for C&D fines in an MSW landfill setting are appropriate in the Northeast US.

Importantly, where the Anderson (2010) authors did not have sufficient site-specific information—for example, Landfill F of their study—they were unable to develop a reliable model.

The Shaha and Meeroff (2020) authors also emphasize the importance of site-specific data for reliable estimations of H$_2$S using the first-order decay model:

> The development of this empirical model using first-order decay kinetics and historical data provides a site-specific outcome rather than a universal one.   This method is highly dependent on data availability, the accuracy of the data, and the interval of the data set. In this study, the model was developed and validated using yearly data.

Shaha and Meeroff (2020).

Pietari's report has almost none of the site-specific data the Anderson (2010) and Shaha and Meeroff (2020) authors describe as critically important to developing a reliable first-order decay model:

| Type of Site-Specific Data | Anderson (2010) ("Landfill A")[3] | Shaha and Meeroff (2020) | Pietari (2021). |
|---|---|---|---|
| Landfill Gas ("LFG") Recovery Data | LFG recovery flow rates at landfill's two flares continuously measured by permanent flow metering devices since October 2003. | Landfill provided study authors with monthly LFG collection rates from January 2009 to January 2015. | No information in Pietari report about LFG flow rates. |
| LFG Composition Data | Measured with portable LFG analyzer once per week (minimum) since October 2003. | No information in study about LFG composition. | No information in Pietari report about LFG composition data. |
| $H_2S$ Concentration Data | From 2005 to 2007, LFG samples were collected regularly from the two flares for laboratory $H_2S$ analysis (35 tests total).<br><br>Field testing of $H_2S$ conducted at the two flares from 2005 through 2008 (476 tests) and obtained at same time as laboratory samples.<br><br>$H_2S$ testing at about 25 individual gas wells in April 2005. | Landfill provided study authors with $H_2S$ generation volumes for April of each year from 2009-2014 and additional data for January 2009 and June 2014. | $H_2S$ testing at a fraction of the Phase 4A gas collection wells May 15-17, 2018.<br><br>Additional $H_2S$ testing at two Phase 4A gas collection wells on an unknown date. |
| Sulfate Composition of Waste | In accordance with state law regulating the beneficial reuse of C&D fines, processing facilities that supplied the C&D fines to the landfill commissioned multiple publically available laboratory analyses of sulfur content. | C&D Waste: Used the average sulfur concentration for C&D fines from Anderson (2010). | Spent Lime: Two Safety Data Sheets with broad (5%–20%) composition value ranges.<br><br>C&D Waste: Used the average sulfur concentration for C&D fines from Anderson (2010) even though the Jefferson Parish Landfill did not accept C&D fines. |

---

[3] "Landfill A" is one of the nine landfills studied in the Anderson (2010) research paper. Similar data were available for the other landfills studied.

Without this site-specific data—and as outlined in more detail below—Pietari cannot reliably apply the first-order decay model to estimate $H_2S$ generated from spent lime and C&D waste at the JPLF. And as discussed at length throughout this report, the assumptions Pietari adopts in lieu of site-specific data are largely arbitrary and unreliable.

## 5.3    Pietari's reliance on Safety Data Sheets instead of a laboratory analysis to estimate the sulfate content of spent lime renders her modeling unreliable.

Pietari's reliance on two Safety Data Sheets ("SDSs") to estimate the sulfate content of the spent lime—and her failure to incorporate into her estimate the results of an available and reliable laboratory analysis of the spent lime—significantly impairs the reliability of Pietari's first-order decay modeling results.

As emphasized by the Anderson (2010) researchers, the reliability of a first-order decay model to estimate $H_2S$ generation from sulfate-containing wastes depends on the accuracy of the assumed sulfate content of the waste. The JPLF accepted spent lime generated from Rain Carbon. Spent Lime Ticket Report 2016–March 2018. Prior to the initial acceptance of the spent lime, Rain Carbon was required to submit data regarding the composition of the spent lime as part of the special waste profile application process. O'Connor Dep. at 299:1-4. Rain Carbon provided the JPLF with an analytical laboratory measurement, which provided a specific sulfate concentration for a December 2016 sample of spent lime from Rain Carbon's Norco facility—one of three Rain Carbon facilities that disposed of spent lime at the JPLF. Rain Carbon also provided the JPLF with two SDSs prepared for purposes of worker safety protection. The SDSs provide a broad range of calcium sulfate dihydrate concentrations: 5% to 20%.

### Pace Analytical's Sulfate Content Lab Testing was Reliable

Rain Carbon provided the JPLF with a December 28, 2016, analytical laboratory report from Pace Analytical, Pace Analytical, *Report of Laboratory Analysis, Project: Spent Lime*, Pace Project No.: 2047800, Rain Carbon, Inc. (Dec. 28, 2016) (WC_JPLF_00333857), a national laboratory services provider. The Pace Analytical laboratory that completed the testing is certified by the Louisiana Environmental Laboratory Accreditation Program and the National Environmental Laboratory Accreditation Program, among other certifications. The PDF file name of the report is "1483028640 2016_Norco_December_Enhanced_Lime_Analysis.pdf", which strongly suggests that this sample is of Enhanced Spent Lime collected from Rain Carbon's Norco, Louisiana facility in December 2016.

As noted in the laboratory report, Pace Analytical used EPA Method 9038[4] to estimate the sulfate concentration of the enhanced spent lime. EPA Method 9038 measures total sulfate, which may include calcium sulfate, sodium sulfate, magnesium sulfate, and other sulfates, if any, present in the spent lime. The lab results report a sulfate concentration of 16,400 milligrams per kilogram ("mg/kg") (= 1.64%) for the enhanced spent lime sample, and the sulfate concentration of a duplicate sample analyzed by Pace is reported at 17,500 mg/kg. A sulfate concentration of 16,400 mg/kg equates to a calcium sulfate dihydrate concentration of 29,400 mg/kg. The sulfate concentrations are reported

---

[4] Available at https://www.epa.gov/sites/production/files/2015-12/documents/9038.pdf.

on a wet-weight basis, representing the sample in an "as-received" state, without drying or determination of the sample moisture content.

Pletari wrongly dismisses the Pace Analytical testing as unreliable, reasoning that (1) EPA Method 9038 is only appropriate for analyzing liquids and Pace Analytical did not provide details on how it adapted the method for analyzing a solid spent lime sample; and (2) the lab sample is likely not representative of all the spent lime generated by the three Rain Carbon facilities and disposed of at the JPLF. Pietari Report ¶ 93-96.

- **EPA Method 9038**

First, Pietari's interpretation that USEPA Method 9038 is not applicable for determination of the sulfate concentration of the spent lime is incorrect. While the method is applicable for analysis of liquid samples, it is also applicable for analysis of domestic and industrial wastes (e.g., solid wastes), as stated in the following method excerpt:

METHOD 9038

<u>SULFATE (TURBIDIMETRIC)</u>

1.0  SCOPE AND APPLICATION

    1.1  This method is applicable to ground water, drinking and surface waters, and domestic and industrial wastes.

EPA Method 9038 is one of the many analytical methods presented in the following EPA publication:

- <u>Test Methods for Evaluating Solid Waste: Physical/Chemical Methods Compendium (SW-846)</u>

As indicated by the title, SW-846 is a compendium of analytical laboratory methods developed specifically for evaluating compliance with EPA's RCRA regulations and for characterization of the contents of solid and liquid wastes regulated by RCRA. EPA Method 9038 is an appropriate method for analyzing the spent lime to determine sulfate content.

The current version of EPA Method 9038 presented in SW-846 is Revision 0, dated September 1986. Thus, laboratories have been performing this analytical method on solid materials for 35 years. In other words, it appears that neither EPA nor the regulated community (laboratories and users) have identified problems that required updating the method since it was originally issued in 1986.

Pietari is correct that the solid sample of spent lime likely would need to be extracted into a liquid and the Pace Analytical report does not provide details on how this was done. But Pietari provides no reason to believe that Pace Analytical—a national laboratory services provider with extensive testing accreditations and certifications applying an EPA method that has been used for 35 years—would have performed that extraction inconsistent with industry standards or in a way that would compromise the reliability of the lab results. Pace Analytical is a very well-regarded laboratory and their testing of this spent lime sample is very likely reliable.

**Spent Lime Safety Data Sheets are Not Reliable Statements of Sulfate Content**

In addition to the Pace Analytical sulfate concentration lab testing results, Rain CII Carbon also provided JPLF with two SDSs for spent lime:

1) A January 9, 2017 SDS for Spent Reagent Lime-Enhanced, provided by Rain CII Carbon, provides a calcium sulfate dihydrate concentration range of 5% to 20% by weight (=50,000 mg/kg to 200,000 mg/kg,) on a dry basis. Rain CII Carbon LLC, *Safety Data Sheet, Spent Reagent Lime – Enhanced* (Jan. 9, 2017) (WC_JPLF_00333876) This equates to a sulfate concentration range of 2.79% to 11.16% (-27,900 mg/kg to 111,600 mg/kg).

2) A February 1, 2013 SDS for Spent Reagent Lime, Provided by Rain CII Carbon LLC, provides a calcium sulfate dihydrate concentration range of 5% to 20% by weight (=50,000 mg/kg to 200,000 mg/kg,) on a dry basis. Rain CII Carbon LLC, Safety Data Sheet, Spent Reagent Lime (Feb. 1, 2013) (WC_JPLF_00323223) This equates to a sulfate concentration range of 2.79% to 11.16% (-27,900 mg/kg to 111,600 mg/kg).

OSHA requires that chemical manufacturers, distributors or importers provide SDSs to downstream users. 29 C.F.R. § 1910.1200(g). The SDS regulations fall within OSHA's Hazard Communication ("HAZCOM") regulations at 29 C.F.R. § 1910.1200. The OSHA SDS requirement generally applies to items that are provided by manufacturers, distributors or importers to downstream users, and that contain hazardous chemicals at or above cut-off concentration limits (typically one percent for hazardous substances, and 0.1 percent for carcinogens).

Industrial wastes destined for treatment and/or disposal are typically exempt from the SDS requirement. *See, e.g.*, Thomas Galassi OSHA interpretation letter to Tom Daly (Oct. 15, 2015) https://www.osha.gov/laws-regs/standardinterpretations/2015-10-15-0). However, industrial wastes and byproducts that are beneficially re-used (e.g., the spent lime from Rain Carbon used for stabilization at the JPLF), as opposed to treated or disposed, are not exempt and can require SDSs, particularly when the materials are sold or otherwise provided to another party for beneficial re-use.

The criticisms Pietari levied against the reliability of the Pace Analytical sulfate testing apply with significantly more force against the SDSs. Specifically, the SDSs provide absolutely no information on the methods used to determine the wide composition ranges of the spent lime components. It is not even clear whether Rain Carbon performed *any* lab testing to develop these ranges.

Further, the very broad composition ranges of sulfate-containing components in the SDSs are not very helpful for determining the average sulfate content of the spent lime disposed of at the JPLF. First, it is not clear which (if any) of the three Rain Carbon facilities the SDSs relate to, or whether they are intended to be representative of spent lime generated at Rain Carbon facilities across the country. Second, they provide no data about how frequently the sulfate-containing components in the spent lime appear at the higher- or lower-ends of the provided ranges. For example, it is possible that the spent lime only very rarely exhibits calcium sulfate dihydrate near the 20% end of the composition range.

It is also important to note that the sulfate concentration provided by the laboratory report is reported on a wet-weight basis (i.e., as-received, without adjustment for moisture content). By contrast, the component ranges provided by the SDSs are on a dry-weight basis—i.e., assuming a moisture content of zero. Sulfate concentrations reported on a dry weight basis will be higher than those reported on a wet-weight basis. In other words, the sulfate concentration range derived from the SDS would be lower if reported on a wet-weight basis. For example, if the sulfate concentration range derived from the SDS is adjusted to reflect a 30% moisture content in the spent lime, the range is reduced to 1.95 to 7.81% (= 19,500 mg/kg to 78,100 mg/kg). Thus, assuming the spent lime received from Rain Carbon was not completely dry—e.g., it absorbed moisture prior (e.g., from the humidity in the air) to acceptance at JPLF—the sulfate concentration of the material would be lower—and potentially much lower—than assumed by Pietari.

**Pietari's Failure to Incorporate the Pace Analytical Test Results into Her Estimation of Spent Lime Sulfate Content Was Unreasonable**

In light of the discussion above, the sulfate concentration of 16,500 mg/kg (= 1.65%) provided by the Pace Analytical laboratory report is much more likely to be representative of the spent lime disposed of at the JPLF than the concentration range derived from the SDSs. Pietari therefore should have given significant weight—or at least *some* weight—to the Pace Analytical spent lime testing results.

Utilization of the laboratory-based sulfate concentration data, in lieu of the concentration derived from the SDSs, would result in a significant decrease in the amount of calcium sulfate dihydrate disposed of in the landfill, and a corresponding significant decrease in the $H_2S$ generation estimated by Pietari's application of the first-order decay model.

More specifically, as shown in Table 3b in Pietari's report, using the SDS ranges, Pietari estimates that the total sulfate in the 23,003.8 tons of spent lime disposed of at the JPLF ranges from 641.7 to 2,882.8 tons. Applying the sulfate concentration provided by the laboratory analysis (1.65%), the total sulfate in the 23,003.8 tons of spent lime is calculated as 379.6 tons. This is 40.8% lower than the low end (641.7 tons) of Pietari's estimate, and 86.8% lower than the high end (2,882,8 tons) of the estimate. In other words, the SDS approach employed by Pietari likely grossly over-estimates the amount of sulfate disposed of in the landfill, and does not accommodate the actual site-specific data available to her. Therefore, Pietari's application of the first-order decay model—which uses total sulfate disposed of in the landfill as a key input—significantly overestimates the amount of $H_2S$ generated by the spent lime.

## 5.4 Pietari incorrectly assumed that the sulfate content of the bulk C&D debris disposed of at the Jefferson Parish Landfill in southeastern Louisiana was the same as that of C&D fines generated at New England C&D processing facilities. The Anderson (2010) study involved a completely different waste originating in a different region of the country. This assumption is inappropriate and further renders Pietari's modeling unreliable.

Pietari incorrectly relies on a reported sulfate content of an entirely different waste—C&D fines processed in New England for beneficial use as alternative daily cover—to estimate the sulfate content of bulk C&D debris disposed of at the Jefferson Parish Landfill in Louisiana. This error significantly decreases the reliability of Pietari's first-order decay model because an accurate sulfate content of the subject waste is critically important to developing reliable estimates. Anderson (2010).

Drywall/wallboard is likely a component of some of the C&D waste disposed of at the JPLF. The primary ingredient in drywall is gypsum, which has the potential to biologically degrade and generate $H_2S$ in the landfill. Pietari rightly notes, however, that the nature and sulfate content of the C&D waste disposed of at the Jefferson Parish Landfill is unknown. Pietari Report ¶ 45. Importantly, there is no evidence that the JPLF ever received C&D fines. Instead, it is reasonable to assume that all of the C&D waste disposed of at the JPLF was bulk debris.

In lieu of site-specific analyses of the sulfate content of the bulk C&D debris waste disposed of at the JPLF, Pietari assumes that the sulfate content of the waste was 4.3%—the average sulfate content of

many laboratory analyses of C&D fines collected by the Anderson (2010) researchers. The following table is from the Anderson (2010) report:

### Table 1. Sulfate Content of C&D Fines in the Northeast

| Facility | n | Sulfate Concentration (%) | |
| | | Range | Mean |
| --- | --- | --- | --- |
| NE_1[a] | 6 | 3.1-3.6% | 3.3% |
| NE_2[a,b] | 14 | 0.17-3.8% | 1.6% |
| NE_3[a] | 12 | 1.2-9.3% | 4.4% |
| NE_4[a] | 12 | 2.8-5.4% | 3.6% |
| NE_5[a] | 12 | 5-12% | 8.7% |
| NE_6[a] | 10 | 4.4-12% | 6.8% |
| NE_7[a] | 20 | 0.22-8.9% | 3.2% |
| NE_8[b] | 3 | 2.4-3.6% | 3.1% |
| Overall | 89 | 0.17-12% | 4.3% |

[a]Sulfate data from MADEP BUD Permits;
[b]Sulfate data from UNH analysis

The distinction between the C&D fines studied by Anderson (2010) and the bulk C&D debris disposed of at the JPLF is critically important because C&D fines would be expected to have a higher sulfate content—potentially much higher—than bulk C&D debris.

Specifically, C&D fines are typically comprised of the screened C&D material, and potentially ground C&D components, that remain after the recyclable components such as bulk wood, metal, and aggregate (e.g., concrete and brick) are removed at a C&D processing facility. Anderson (2010). In fact, the Anderson (2010) authors specifically acknowledge that "[b]ecause other fractions of the C&D materials have been removed, but the gypsum remains, the C&D fines can also have a higher sulfate content in comparison to bulk C&D waste." For example, the Anderson (2010) study's analysis of one of the nine landfills—Landfill H—found that landfill gas flow rates (i.e., the amount of gas generated from the waste) in areas where "bulky" C&D waste was disposed of were comparatively low, while $H_2S$ gas well concentrations were consistently elevated (in some cases as high as 20,000 ppmv or more) in areas where C&D fines were accepted.

Accordingly, Pietari's assumption that the bulk C&D debris disposed of at the JPLF had the same 4.3% sulfate concentration as the C&D fines in the Anderson (2010) study results in a potentially significant overestimation of the sulfate concentration of the bulk C&D disposed of at the JPLF, and therefore an overestimation of $H_2S$ generation from that waste.

**5.5**   **Pietari's assumption that the decay rate constant (k) and hydrogen sulfide generation potential ($S_0$) for spent lime and C&D waste at the Jefferson Parish Landfill are exactly the same as the decay rate constant (k) and hydrogen sulfide generation potential ($S_0$) for C&D debris in the Shaha and Meeroff (2020) south Florida landfill is arbitrary and renders her modeling unreliable.**

As described in Section 5.2, above, application of the first-order decay model Pietari uses to estimate $H_2S$ generation from spent lime and C&D waste at the JPLF depends on two key inputs: (1) the $H_2S$ decay rate constant (k) (how quickly the waste degrades into $H_2S$); and (2) the $H_2S$ generation potential ($S_0$) (how much $H_2S$ the waste can generate). Selection of these variables is critically important and these inputs have significant effects on the output of the model.

Reliable application of the first-order decay model requires that the $H_2S$ decay rate constant (k) and the $H_2S$ generation potential ($S_0$) variables be determined for an individual landfill based on a series of site-specific data. Anderson (2010). Because Pietari did not have such data, she assumed that the appropriate (k) and ($S_0$) values for her application of the model were the same as those used in the Shaha and Meeroff (2020) study, which evaluated $H_2S$ generation from C&D waste at a south Florida landfill. As noted above, the C&D waste in the Shaha and Meeroff (2020) study was not "co-disposed" with MSW, contrary to Pietari's statements.

But even landfills that accept the same types of waste in the same geographic areas can have significantly different (k) and ($S_0$) values. Indeed—as noted in Section 5.2.1, above—Shaha and Meeroff (2020) underscored the importance of developing a site-specific model and specifically warned *against* simply adopting the model inputs from their study:

> The development of this empirical model using first-order decay kinetics and historical data provides a site-specific outcome rather than a universal one. This method is highly dependent on data availability, the accuracy of the data, and the interval of the data set.

Shaha and Meeroff (2020). Nonetheless, Pietari states without support that the (k) and ($S_0$) variables from the Shaha and Meeroff (2020) study were appropriate for her first-order decay model because (1) both C&D waste and spent lime contain gypsum; and (2) because the south Florida landfill "likely has similar conditions" to the Jefferson Parish Landfill. Pietari Report ¶ 83.

As discussed below, this reasoning is flawed and renders Pietari's adoption of the (k) and ($S_0$) variables from the Shaha and Meeroff (2020) study—and therefore Pietari's model outputs—extremely unreliable.

**Comparison of the Spent Lime at the Jefferson Parish Landfill and the C&D Waste at the South Florida Landfill**

The only reasoning Pietari provides to support a similarity between spent lime and C&D waste—and therefore to support the adoption of the Shaha and Meeroff (2020) (k) and ($S_0$) variables for C&D waste—is that both wastes contain gypsum. Pietari Report ¶ 70.

This is a superficial comparison.  C&D waste contains pieces of drywall (gypsum), typically dispersed throughout the waste, which consists of a variety of materials such as wood, brick, block concrete, metal, glass, asphalt shingles, and other construction materials. Thus, C&D waste is both chemically and physically different than the spent lime and spent lime-stabilized materials placed at JPLF. These chemical and physical differences can impact factors such as liquid contact with gypsum, the rate of gypsum solubility, SRB contact with gypsum, and liquid pH, all of which influence the rate of sulfate conversion to $H_2S$ by SRB.

### Comparison of the Jefferson Parish Landfill and the South Florida Landfill

Pietari does not support her statement that conditions at the Jefferson Parish Landfill and the Shaha and Meeroff (2020) south Florida landfill are likely similar.

Landfills that accept the same types of waste in the same geographic areas can have very different (k) and ($S_0$) values. For example, the Anderson (2010) study determined (k) and ($S_0$) values for four MSW landfills in the Northeast US that accepted C&D fines for use as alternate daily cover. The decay rate constant (k) ranged from 0.54 to 0.88 and the $H_2S$ generation potential ($S_0$) ranged from 3,186 ft³/ton to 7,634 ft³/ton:

| Landfill | Decay Rate Constant (k) | $H_2S$ Generation Potential ($S_0$) (ft³/ton) |
|---|---|---|
| Landfill A (Massachusetts) | 0.54 | 3,186 |
| Landfill C (New Jersey) | 0.56 | 7,634 |
| Landfill G (Massachusetts) | 0.83 | 4,548 |
| Landfill I (New York) | 0.88 | 6,430 |

The Anderson (2010) study—which was based on vastly more site-specific data than Pietari's modeling effort—demonstrates that even landfills accepting the same waste in the same geographic areas can have very different (k) and ($S_0$) values.

But even if decay rate constants (k) and $H_2S$ generation potentials ($S_0$) for sulfur-containing wastes were similar across landfills with "similar conditions," Pietari does not provide even a cursory comparison of the JPLF and south Florida landfill studied in Shaha and Meeroff (2020). Nor does the Shaha and Meeroff (2020) article itself provide any meaningful information about the south Florida landfill that would allow for a comparison with the JPLF. In fact, the study does not even provide the name or operator of the landfill.

Essentially all that is known about the south Florida landfill from the Shaha and Meeroff (2020) paper is that the facility:

1) Is an urban landfill in south Florida with a tropical climate;
2) Receives and processes MSW into a Class I landfill and C&D waste into a Class III Landfill; and
3) For about six years relevant to the study period the landfill accepted C&D "debris" generated from a recycling operation.

This is not enough information to make a meaningful comparison to the JPLF, and it is certainly not enough information to support Pietari's adoption of the (k) and (S$_0$) factors developed by Shaha and Meeroff (2020).

In sum, Pietari's adoption of the (k) and (S$_0$) values from the south Florida landfill studied in Shaha and Meeroff (2020) renders her H$_2$S generation model arbitrary and unreliable because (1) as Shaha and Meeroff note, the "method is highly dependent on data availability, the accuracy of the data, and the interval of the data set"; (2) Pietari provides no meaningful evidence that the south Florida landfill and the JPLF are similar at all; and (3) even if Pietari had done so, landfills with very similar conditions in the very same geographic area can have significantly different (k) and (S$_0$) values.

## 5.6    Pietari's modeling relies on incorrect and unreliable assumptions that the hydrogen sulfide concentration of landfill gas in Phase 4A was 1,598 ppmv in May 2018 and 3,000 ppmv in September 2018.

Pietari's estimates of the H$_2$S concentration at Phase 4A in May 2018 (1,598 ppmv) and September 2018 (3,000 ppmv) do not reliably represent—and likely significantly overstate—the H$_2$S concentrations for Phase 4A. Whether these assumptions are accurate and reliable is very important because Pietari uses them to calibrate her model and derive her (k) and (S$_0$) values, as described further in Sections 3 and 5.2.

**May 2018 Phase 4A H$_2$S Concentration**

To determine an assumed Phase 4A H$_2$S concentration for May 2018, Pietari averaged together Phase 4A gas well H$_2$S measurements taken by CEC May 15-17, 2018, Carlson Environmental Consultants, P.C., *Landfill Gas System Assessment for the Jefferson Parish Landfill*, Exhibit 1 (Aug. 15, 2018) ["CEC (2018)"],  and undated measurements reported in a September 4, 2018 e-mail from River Birch LLC to Jefferson Parish. Brian DeJean email to Mike Lockwood, RE: Vacuum Levels (Sept. 4, 2018, 12:18 PM) (WC_JPLF_00270112); Pietari Report ¶ 73. These measurements are summarized below:

| Well | H$_2$S Concentration | Date | Source |
|------|------|------|------|
| EW-500 | 125 ppmv | May 17, 2018 | CEC (2018) Report |
| EW-501 | 175 ppmv | May 15, 2018 | CEC (2018) Report |
| EW-501 | 225 ppmv | May 17, 2018 | CEC (2018) Report |
| EW-502 | 1,300 ppmv | May 17, 2018 | CEC (2018) Report |
| EW-507 | 175 ppmv | May 15, 2018 | CEC (2018) Report |
| EW-507 | 3,000 ppmv | September 4, 2018 or Earlier | Brian DeJean email to Mike Lockwood, RE: Vacuum Levels (Sept. 4, 2018, 12:18 PM) (WC_JPLF_00270112) |
| EW-509 | N/A | N/A | N/A |

| Well | H2S Concentration | Date | Source |
|------|-------------------|------|--------|
| EW-510 | 120 ppmv | May 17, 2018 | CEC (2018) Report |
| EW-511 | 2,000+ ppmv | May 17, 2018 | CEC (2018) Report |
| EW-512 | 2,000+ ppmv | May 17, 2018 | CEC (2018) Report |
| EW-513 | N/A | N/A | N/A |
| EW-516 | 3,000+ ppmv | September 4, 2018 or Earlier | Brian DeJean email to Mike Lockwood, RE: Vacuum Levels (Sept. 4, 2018, 12:18 PM) (WC_JPLF_00270112) |
| EW-517 | N/A | N/A | N/A |
| EW-518 | 1,450 pppmv | May 17, 2018 | CEC (2018) Report |
| EW-519 | 2,000+ ppmv | May 17, 2018 | CEC (2018) Report |
| EW-522 | N/A | N/A | N/A |
| EW-524 | 2,000+ ppmv | May 15, 2018 | CEC (2018) Report |
| EW-524 | 2,000+ ppmv | May 17, 2018 | CEC (2018) Report |
| HW-04 | 2,000+ ppmv | May 15, 2018 | CEC (2018) Report |
| HW-05 | N/A | N/A | N/A |

Pietari averaged these data as summarized in paragraph 73 of her report and determined an assumed Phase 4A May 2018 H2S concentration of 1,598 ppmv.

The first problem with Pietari's purported Phase 4A May 2018 H2S average of 1,598 ppmv is that she excluded gas well EW-501 from the average. An Excel document provided with Pietari's report (Phase IV H2S Concentrations.xlsx) indicates that Pietari excluded EW-501 because it is not in Phase 4A. But this is plainly incorrect based on multiple sources, and Pietari herself identifies the relevant wells sampled by CEC, including EW-501, as "located within Phase IVA." Pietari Report ¶ 72.

EW-501 is a 500-series gas well, which are located in Phase 4A. The deposition of Rick Buller, former Landfill Engineer for the JPLF, includes the following exchange:

> Plaintiffs' Counsel: The 500 series gas wells, those are all located in Phase 4A. Is that correct?

> Rick Buller: Correct.

R. Buller Dep., 53:23-25 (Dec. 2, 2020). Further, Exhibit 1 to the CEC (2018) report lists EW-501 as being located in Phase 4A. And the 2017 Golder Phase 4A gas collection system expansion plan

submitted to LDEQ includes EW-501. Golder Associates, Inc., *Landfill Gas Collection and Control Program* (Jan. 20, 2017) (WC_JPLF_00159978).

It is therefore unclear why Pietari excluded EW-501 from the Phase 4A $H_2S$ concentration average for May 2018. It is possible that Pietari assumed EW-501 was part of Phase 3B. It is true that EW-501 is the easternmost gas well in Phase 4A and is the closest one to Phase 3B. But even if EW-501 slightly encroaches onto Phase 3B, the record indicates that Phase 4A and Phase 3B overlap in this area and that EW-501 collects gas from waste in Phase 4A. This is summarized in the deposition of Rick Buller:

> Plaintiffs' Counsel: So all of the lime and fly ash that ·was accepted from October 2016 through July of 2018 ·would have been deposited into Phase 4A cells 20, 21 ·and 22?

> Rick Buller: Right. And this is where it gets confusing with the designation of cells, because Phase 4A abuts directly against Phase 3B.

> Plaintiffs' Counsel: There is a little overlap there. Right?

> Rick Buller: Yes. Yes. So on paper, on paper, some of the waste being deposited in Phase 4A is actually over some of the previous cells in Phase 3B.

Buller Dep.64:13-24.

Pietari's exclusion of EW-501 is beneficial to Plaintiffs' case because EW-501 had a very low $H_2S$ measurement and therefore would have lowered Pietari's calculation of the average Phase 4A $H_2S$ concentration for May 2018.

The second issue with Pietari's assumed May 2018 $H_2S$ 1,598 ppmv concentration for Phase 4A is that the average $H_2S$ concentration of the Phase 4A gas wells Pietari included in her calculation does not reliably represent the $H_2S$ concentration of all the landfill gas in Phase 4A. This is for several reasons:

1) In addition to Pietari's failure to include EW-501 in her average, Pietari's May 2018 $H_2S$ concentration calculation does not include $H_2S$ values for gas wells EW-509, 513, 517, 522 and HW-05, for which there were no $H_2S$ measurements in the CEC (2018) report. Accordingly, Pietari's average does not include measurements for 35% of the wells installed at the time of the CEC (2018) report. This absence of data seriously compromises the reliability of Pietari's average.

2) Landfills are very heterogeneous and different areas of landfills generate different volumes of gas. For example, in the CEC (2018) report, gas well EW-524 has an $H_2S$ measurement of 2,000 ppmv and a gas flow measurement of 6.2 SCFM. Gas well EW-501 has a much lower $H_2S$ measurement of 225 ppmv and a much higher gas flow measurement (four times higher) of 28.2 SCFM. But by assigning the $H_2S$ concentration from these gas wells equal weight in her May 2018 $H_2S$ concentration average, Pietari overweights how much $H_2S$ gas well EW-524 (with a concentration of 2,000 ppmv) contributes to gas in Phase 4A, and underweights how much $H_2S$ gas well EW-501 (with a concentration of 225 ppmv) contributes to Phase 4A.

   Accordingly, by simply averaging the $H_2S$ measurements from certain wells without accounting for the volume of landfill gas generated near each well, Pietari's purported average for May 2018 is very unreliable.

3) The report of Pietari's colleague Nestor Soler, another expert for Plaintiffs, further undermines Pietari's May 2018 $H_2S$ concentration average. Specifically, Soler estimates that the gas wells in Phase 4A collect 8.5% of the generated landfill gas. Soler Report, Table 7-1.I do not take a position on whether this is correct, but Soler's estimate would mean that Pietari's purported May 2018 $H_2S$ concentration only represents 8.5% of the generated landfill gas in Phase 4A—and actually much less since Pietari excluded 35% of the Phase 4A gas wells from her calculation. Estimating the $H_2S$ concentration of all landfill gas generated in Phase 4A based on data representing less than 8.5% of the generated landfill gas is a very unreliable method.

**September 2018 Phase 4A $H_2S$ Concentration**

Pietari's purported September 2018 $H_2S$ concentration for Phase 4A—premised on only two undated gas well measurements—is unreliable. As a preliminary matter, it is unclear when (and how) the two gas well measurements, which Pietari uses to estimate the September 2018 Phase 4A $H_2S$ concentration, were taken. In a September 4, 2018 e-mail to Jefferson Parish (WC_JPLF_00270112), River Birch LLC notes—without attaching any analytical results—that gas wells EW-507 and EW-516 each recorded $H_2S$ measurements of at least 3,000 ppmv. No landfill gas flow measurements are provided in the email. Therefore, all that can be assumed from this e-mail is that these measurements were taken on September 4, 2018 or earlier.

More importantly, these two gas wells represent only 12% of the gas wells installed at Phase 4A in September 2018. Notwithstanding the issues outlined above for Pietari's May 2018 Phase 4A $H_2S$ estimate—which apply with equal force to the September 2018 Phase 4A $H_2S$ estimate—one cannot reliably estimate the $H_2S$ concentration of landfill gas in Phase 4A from only two wells. Compounding this problem, EW-507 and EW-516 are located very close to each other, which further increases the likelihood that their $H_2S$ measurements are only representative of a small part of Phase 4A. Further, these measurements are of little value without accompanying landfill gas flow measurements.

In sum, Pietari cites no study or other authority suggesting that the $H_2S$ concentration for a large portion of a landfill can be reliably estimated using measurements from individual gas wells. And even if that was possible, Pietari's estimates of the $H_2S$ concentration for Phase 4A in May 2018 and, especially, September 2018, are very unreliable and significantly overestimate $H_2S$ concentrations at Phase 4A.

## 5.7 Pietari's use of the unreliable assumed May 2018 and September 2018 Phase 4A hydrogen sulfide concentrations to determine the decay rate constant (k) and hydrogen sulfide generation potential ($S_0$) values makes these two critical inputs for the first-order decay model very unreliable and likely causes Pietari to significantly overestimate hydrogen sulfide generation.

Pietari's erroneous assumptions for the May 2018 (1,598 ppmv) and September 2018 (3,000 ppmv) Phase 4A $H_2S$ concentrations are made worse by her incorporation of these unreliable values into her first-order decay model estimating $H_2S$ generation. Specifically, Pietari uses the May 2018 (1,598 ppmv) and September 2018 (3,000 ppmv) assumed Phase 4A $H_2S$ concentrations to determine the two principal variables, decay rate constant (k) and $H_2S$ generation potential ($S_0$), for her model—and,

therefore, to determine the total estimated $H_2S$ generated by the spent lime and C&D waste at the JPLF. Because the May 2018 and September 2018 Phase 4A $H_2S$ assumed concentrations are unreliable, the (k) and ($S_0$) values derived from them are unreliable as well. This, in turn, makes the estimated outputs of her model—the amount of $H_2S$ generated at Phase 4A—unreliable also.

### Lower-bound Estimate

To determine a lower-bound estimate of $H_2S$ generation from spent lime and C&D waste at Phase 4A, Pietari ran eight applications of the first-order decay model using four $H_2S$ decay rate constants (k) and four $H_2S$ generation potential values ($S_0$) copied from the Anderson (2010) and Shaha and Meeroff (2020) studies. In each application, Pietari constrained the model so that the Phase 4A $H_2S$ concentration in May 2018 was 1,598 ppmv. As used here, "constraining" the model means to:

1) Estimate the monthly Phase 4A $H_2S$ concentration by dividing the modeled monthly $H_2S$ generation volumes by the monthly landfill gas volumes estimated through LandGEM modeling;[5]

2) Assign a predetermined $H_2S$ concentration result for one month (Phase 4A $H_2S$ concentration in May 2018 = 1,598 ppmv);

3) Fix one of the two (k) and ($S_0$) variables using a pre-selected value from the Anderson (2010) and Shaha and Meeroff (2020) studies; and

4) Solve for the other (k) or ($S_0$) variable such that the May 2018 $H_2S$ concentration constraint is satisfied.

Here, Pietari applied this process with a flawed constraint value (the assumed May 2018 $H_2S$ concentrations) to solve for the model's key (k) and ($S_0$) inputs.

Of these eight applications of the first-order decay model, Pietari ultimately relied on only two for purposes of determining a lower-bound estimate:

1) First, Pietari fixed the decay rate (k) variable at the value Shaha and Meeroff (2020) found best represented a Florida landfill accepting C&D waste and solved for the $H_2S$ generation potential ($S_0$) such that the May 2018 $H_2S$ concentration constraint was satisfied.

2) Second, Pietari fixed the $H_2S$ generation potential ($S_0$) at the value Shaha and Meeroff (2020) found best represented a Florida landfill accepting C&D waste and solved for the decay rate (k) variable such that the May 2018 $H_2S$ concentration constraint was satisfied.

Each of the two applications of the model estimated the monthly amount of $H_2S$ generated from the spent lime and C&D waste at the JPLF from 2016 through 2019.

---

[5] Pietari's LandGEM modeling relied on inputs provided by Nestor Soler (Soler 2021). Pietari Report ¶ 77. The report of Matt Stutz (Stutz 2021) identifies the problems with Soler's LandGEM inputs. Because Pietari adopts Soler's key LandGEM inputs, Stutz's analysis applies with equal force to Pietari's LandGEM modeling and further impairs the reliability of her $H_2S$ generation estimate.

Pietari then averaged the monthly $H_2S$ generation results from each of these two model runs and proposed that average as the lower-bound estimate of monthly $H_2S$ generation from spent lime and C&D waste at Phase 4A from 2016 through 2019.

Because Pietari's purported May 2018 $H_2S$ concentration for Phase 4A is unreliable and likely overestimates actual $H_2S$ levels, the decay rate (k) and $H_2S$ generation potential ($S_0$) values derived from that May 2018 value—and, therefore, the monthly $H_2S$ generation estimates derived from *those* decay rate (k) and $H_2S$ generation potential ($S_0$) values—are unreliable and overestimated as well. This error is separate from the error of adopting (k) and ($S_0$) values from other studies in the first place.

### Upper-bound Estimate

Pietari's upper-bound estimate has the same problems. Specifically, to determine an upper-bound estimate, Pietari computes the average of three applications of her first-order decay model. For two of those applications, Pietari fixed the decay rate (k) value at values taken from certain applications of the model for her lower-bound estimate exercise described above, and solved for the $H_2S$ generation potential ($S_0$) value such that her assumed September 2018 (3,000 ppmv)[6] Phase 4A $H_2S$ concentration was satisfied. For the third application, Pietari did not constrain the model, and instead fixed both the decay rate (k) and $H_2S$ generation potential ($S_0$) values based on values Shaha and Meeroff (2020) found best represented a Florida landfill accepting C&D waste.

Each of the three applications of the model estimated the monthly amount of $H_2S$ generated from the spent lime and C&D waste at the JPLF Phase 4A from 2016 through 2019. Pietari then proposed the average of these results as an upper-bound estimate of $H_2S$ generation.

As discussed in Section 3, Pietari's assumed September 2018 3,000 ppmv $H_2S$ estimate for Phase 4A is unreliable and likely significantly overstates the actual $H_2S$ levels.  Accordingly, the decay rate (k) and $H_2S$ generation potential ($S_0$) values derived from the unreliable September 2018 $H_2S$ value—and, therefore, the monthly $H_2S$ generation estimates derived from *those* decay rate (k) and $H_2S$ generation potential ($S_0$) values—are unreliable and overestimated as well.  As above, this error compounds the error of her reliance on (k) and ($S_0$) values from other studies regarding other landfills.

## 5.8 Pietari's modeling improperly assumes that the average May 2018 and September 2018 Phase 4A hydrogen sulfide concentrations were generated exclusively by spent lime and C&D wastes.

As described in Section 5.7, immediately above, Pietari uses her estimated May 2018 (1,598 ppmv) and September 2018 (3,000 ppmv) Phase 4A $H_2S$ concentrations to constrain her application of the first-order decay model and identify $H_2S$ decay rate (k) and $H_2S$ generation potential ($S_0$) values. But Pietari fails to decrease the May 2018 and September 2018 estimates to account for $H_2S$ generated by wastes other than spent lime and C&D waste—such as MSW.

Specifically, Pietari's colleague and Plaintiffs' expert Nathan Soler estimates that the $H_2S$ concentration generated by wastes disposed of in Phase 4A—other than the spent lime studied by Pietari—was 56.5 ppm. Expert Report of Nestor Soler (Ramboll) ¶ 127-28; Table 5-14 (Jan. 2021).

---

[6] Pietari notes that she constrained the model at the midpoint between May and September 2018 since she did not know the date(s) of the two Phase 4A gas well $H_2S$ measurements used to determine her September 2018 Phase 4A concentration assumption. Expert Report of Jaana Pietari FN 16 (Jan. 2021).

Pietari, however, does not reduce her assumed May 2018 (1,598 ppmv) and September 2018 (3,000) Phase 4A $H_2S$ concentrations by this amount. Accordingly, Pietari is "double counting" this 56.5 ppm in her May 2018 and September 2018 assumptions.

This overestimate of Pietari's May 2018 (1,598 ppmv) and September 2018 (3,000) Phase 4A $H_2S$ concentrations is important because—as explained throughout this report—Pietari uses these values to calibrate and constrain her application of the first-order decay model. Accordingly, Pietari's double-counting of the non-spent lime and C&D waste $H_2S$ generation decreases the reliability of her final estimate and causes her to overestimate the amount of $H_2S$ generated at Phase 4A.

## 5.9   Pietari's assumptions of the spent lime sulfur content used in her lower- and upper-bound hydrogen sulfide generation estimates are arbitrary and unreliable.

### Sulfate Content Assumption for Lower-bound Monthly $H_2S$ Generation Estimate

In Pietari's applications of the first-order decay model in support of her lower-bound monthly $H_2S$ generation estimate, instead of using the lowest sulfate content values derived from the composition ranges in the SDSs for spent lime to calculate the total sulfur input into the model, Pietari uses the sulfate content values derived from the *average* of these composition value ranges. For example, the Rain Carbon SDS for spent lime indicates that the material is composed of 5 to 20% calcium sulfate dihydrate, which correlates to a sulfate content of 2.8 to 11.2%. But for Pietari's lower-bound monthly $H_2S$ generation estimate, instead of utilizing the lowest value in this range— 5% calcium sulfate dihydrate and therefore 2.8% sulfate—Pietari used the average of these values: 12% calcium sulfate dihydrate and therefore 6.7% sulfate.

Pietari contends that using the lowest sulfur values derived from the ranges in the SDS is unreasonable, because doing so yields (k) and ($S_0$) values higher than those reported in the prior Anderson (2010) and Shaha and Meeroff (2020) studies for C&D waste. Pietari Report ¶ 82. Specifically, Pietari explains that when either of the decay rate constant (k) or $H_2S$ generation potential ($S_0$) (which were copied from the Shaha and Meeroff (2020) study) were fixed, and the unfixed (k) or ($S_0$) value was solved for to satisfy the (erroneous) May 2018 $H_2S$ concentration of 1,598 ppmv, the "solved for" decay rate (k) and $H_2S$ generation potential ($S_0$) values were higher than those reported in the prior studies for C&D waste.

This reasoning relies on critical, interrelated, and previously-discussed errors in Pietari's report that seriously undermine Pietari's decision to use the "average" and not the "low" sulfur content value from SDSs for her lower-bound estimate.

First, as outlined in Opinion 4 of this report, Pietari's modeling relies on decay rate constants (k) and $H_2S$ generation potentials ($S_0$) derived from studies of different wastes (C&D debris and fines) at different landfills in different regions of the country (Northeast US and Florida). There is no reason to believe that these decay rate constants (k) and $H_2S$ generation potentials ($S_0$) are appropriate for the spent lime and C&D waste at the JPLF, and therefore they cannot be reliably used to determine the sulfur content in the spent lime. Likewise, the "literature" to which Pietari compares her model's outputs as a basis to exclude the "low sulfur" SDS option consists of studies that are based on landfills with different conditions than the JPLF.

Second, as outlined in Opinion 6 of this report, Pietari's assumption that the May 2018 $H_2S$ concentration of the landfill gas in Phase 4A was 1,598 ppmv is premised on:

1) Pietari's improper exclusion of GW-501 from her Phase 4A average;

2) Exclusion of 6 out of 17 Phase 4A gas wells that were not measured during the CEC May 2018 measurement event;

3) The faulty assumption that the simple arithmetic average of $H_2S$ concentrations at the Phase 4A gas wells without accounting for flow associated with each concentration represents the $H_2S$ concentrations of all the landfill gas in Phase 4A; and

4) Adding gas well measurements of an unknown date to the May 2018 average, which renders the May 2018 average unreliable.

Third, as discussed in Opinion 6 of this report, Pietari wrongly assumes that all of the Phase 4A 1,598 ppmv $H_2S$, which was measured in gas wells, was generated by spent lime and C&D waste, and not a combination of all wastes—including MSW—disposed of in Phase 4A.

Therefore, Pietari's conclusion that her lower-bound estimate should not use the lowest sulfur content that can be derived from the SDSs is unreliable because it depends on all of the erroneous assumptions summarized above. Further, Pietari's decision not to use the lowest sulfur content in her lower-bound estimate, coupled with the other unreliable assumptions outlined above, causes her to significantly overestimate $H_2S$ generation in Phase 4A.

## Sulfate Content Assumption for the Upper-bound Estimate

Pietari's assumptions regarding the sulfur content of the spent lime used to determine the total sulfur input for her applications of the first-order decay model in support of her upper-bound estimate are also unreliable. Specifically, Pietari assumes that every single load of spent lime disposed of in the landfill had the highest sulfate content possible based on the highest ranges of the chemical compositions in the SDSs. Pietari does not provide any support for this assumption, and there is no evidence or reason to believe that the sulfate content of the spent lime was ever that high in any month. In fact, there is instead a reason to assume the sulfate content was much lower, as an analysis of Rain Carbon spent lime conducted by a Pace Analytical, a nationally-accredited laboratory, found that the spent lime had a sulfate content of 16,400 mg/kg or 1.64%.

Further, Pietari purports to validate her selection of the "high" sulfur spent lime content for her upper-bound estimate on the basis that the "high" sulfur content "fit the 3,000 ppmv $H_2S$ concentration constraint the best." Pietari Report ¶ 85. This reasoning is undermined for the reasons already discussed at length, above: (1) the September 2018 3,000 ppmv $H_2S$ estimate, based on measurements from only two closely-spaced Phase 4A wells out of 17 total wells, is unreliable and unrepresentative of $H_2S$ concentrations throughout Phase 4A; (2) the purported September 2018 3,000 ppmv $H_2S$ estimate is based on single measurements made on unknown date(s); (3) Pietari did not discount the September 2018 estimate to exclude $H_2S$ generated by wastes other than the spent lime and C&D waste, such as MSW; and (4) the $(k)$ and $(S_0)$ inputs into Pietari's model are based on studies of different waste at different landfills, despite those studies' emphasis on the importance of site-specific data.

In sum, Pietari's erroneous assumption regarding the high sulfur content in support of her upper-bound estimate causes her to significantly overestimate $H_2S$ generation in Phase 4A.

## 5.10 Pietari's selection of the mean value between estimated upper- and lower- bound estimates of hydrogen sulfide generation is an arbitrary method to estimate hydrogen sulfide generation, particularly considering the wide range. This mean-of-the-bounds approach is not an accepted method of estimating hydrogen sulfide generation.

As summarized in Section 3, Pietari used the first-order decay model, relying on numerous erroneous assumptions and estimates, to estimate upper- and lower-bound monthly estimates of $H_2S$ generation from spent lime and C&D waste at the JPLF from 2016 through 2019. Pietari then proposed the average of these upper- and lower-bound monthly estimates as a "reasonable estimate" of monthly $H_2S$ generation. Pietari Report ¶ 85.

Notwithstanding the significant unreliability of Pietari's lower- and upper-bound estimates—and, therefore, the inherent unreliability of their average—simply proposing the average of these estimates as representing the likely volume of $H_2S$ generated by the spent lime and C&D waste is completely arbitrary. Pietari provides no reasoning to support why the average of the upper- and lower-bound estimates more likely represents the true $H_2S$ generation of the wastes than any other value within the range.

This is especially problematic because Pietari assigns no statistical likelihood to the lower- and upper-bound $H_2S$ generation estimates—or any value in between. For example, if there is only a very small likelihood that the upper-bound $H_2S$ generation estimate correctly predicts the actual Phase 4A $H_2S$ generation levels from spent lime and C&D waste, then this upper-bound estimate is artificially raising the "average" $H_2S$ generation value Pietari submits as reliably accurate. Without assigning a likelihood to Pietari's upper- and lower-bound estimates, her selection of the mean of these values as a "reasonable estimate" of monthly $H_2S$ generation is essentially arbitrary and random.

This average-of-the-bounds approach is also not supported by Anderson (2010) or Shaha and Meeroff (2020), and Pietari cites no other authority or study in support of this estimation method. In the end, Pietari's "average" of the lower- and upper-bounds $H_2S$ generation estimates is little more than a guess.

## 5.11    Pietari did not—and likely could not—validate the output of her model using empirical data. Validation using site-specific measured data points is an important and required step in accepted methods of modeling hydrogen sulfide generation.

Pietari's inability to validate her $H_2S$ generation estimate against actually-observed $H_2S$ recovery data significantly impairs the reliability of her $H_2S$ generation estimate.

As discussed in my summary of the Anderson (2010) and Shaha and Meeroff (2020) articles (Sections 5.2.1 and 5.2.2), the researchers in both of these studies had access to extensive site-specific data regarding the amounts of $H_2S$ actually generated at the landfills over significant periods of time. In other words, these researchers had numerous data points to use to verify their models' estimate of how much $H_2S$ was generated by the C&D fines disposed of at these landfills.

Both sets of researchers used this measured $H_2S$ recovery data to refine their (k) and ($S_0$) values as discussed in Section 5.2, and also to evaluate how well their model predicted the actually-observed $H_2S$ conditions. Specifically, the authors calculated R-squared values (from 0.0 to 1.0) to measure the correlation between the model output and the actual data. A higher R-value represents a higher correlation.

In the Anderson (2010) study, some model results for the nine studied landfills—such as Landfill I—correlated very well with the actual data, and others—such as Landfill D—did not correlate well:

Table ES-3. Summary of Model Results (k and $S_0$ Values)

| Landfill | k | $S_0$ (ft$^3$/Ton) | Model Results Correlated to Actual Data (R-SQ) |
|---|---|---|---|
| Landfill A | 0.54 | 3186 | 0.92 |
| Landfill C | 0.56 | 7634 | 0.93 |
| Landfill D | 0.50 | 1885 | 0.64 |
| Landfill G | 0.83 | 4548 | 0.95 |
| Landfill H | 0.52 | 2176 | 0.89 |
| Landfill I | 0.88 | 6430 | 0.96 |

Anderson (2010) also did not include in this summary table the model results and R-squared scores for Landfills B, E, and F because they did not correlate well with the observed data.

Without validating their model results against actual $H_2S$ recovery data, the Anderson (2010) authors would not have known that their models for Landfills B, D, E, and F failed to reliably predict $H_2S$ generation from the C&D fines. This also demonstrates that even where substantial measured data is available to derive inputs and calibrate the model, the model may not accurately predict $H_2S$ generation rates.

Shaha and Meeroff (2020) likewise validated their results for three different applications of the first-order decay model and found R-squared correlations with the actual $H_2S$ recovery data ranging from (0.865) to (0.939):

| k | $S_0$ | Model Results Correlated to Actual Data (R-SQ) |
|---|---|---|
| .45 | 188.90 | (0.939) |
| 0.50 | 175.96 | (0.917) |
| 0.60 | 156.85 | (0.865) |

By validating their model estimates against actual $H_2S$ recovery data, Shaha and Meeroff (2020) were able to develop significantly more reliable the decay rate (k) and $H_2S$ generation potential ($S_0$) values.

Separate from all of the other errors and unreliable assumptions described in this report, Pietari cannot use actual $H_2S$ recovery data to test the reliability of her model's output. Without doing so, she has no way of ascertaining the reliability of the methods she uses. This seriously impairs the reliability of Pietari's $H_2S$ generation estimates and represents an important departure from the only two published field-scale studies of landfill $H_2S$ generation from sulfur-containing wastes.

# 6.0     Conclusions

The generation—and rate of generation—of $H_2S$ from sulfur-containing wastes in landfills depends on too many complex variables to create a reliable (or, at least, practicable) model that does not depend on substantial site-specific data. Some researchers have applied a first-order decay model and developed $H_2S$ generation estimates for C&D wastes that have correlated well with actually-observed $H_2S$ recovery data. These efforts, however, incorporated significant amounts of site-specific landfill data collected over many months or years.

Pietari attempts to apply a first-order decay model to estimate the amount of $H_2S$ generated from spent lime and C&D waste disposed of at Phase 4A of the JPLF. But Pietari's model application incorporates only a very small fraction of the amount of site-specific data that would be necessary to produce a reliable estimate.

In lieu of this site-specific data, Pietari relies on a series of unreasonable, arbitrary, and compounding assumptions that cause her to significantly overestimate the amount of $H_2S$ generated from spent lime and C&D waste disposed of at Phase 4A and render her model applications extremely unreliable.

# 7.0    References

29 C.F.R. § 1910.1200.

B. O'Connor Dep. (Nov. 20, 2020).

Bishow Shaha, S. Asce, Daniel Meeroff, and A. Asce, *Prediction of H 2 S Concentration in Landfill Gas Resulting from Construction and Demolition Debris and the Selection of Treatment Method*, Environmental Engineering, 146, 10.1061/(ASCE)EE.1943-7870.0001696 (May 2020).

Brian DeJean email to Mike Lockwood, RE: Vacuum Levels (Sept. 4, 2018, 12:18 PM) (WC_JPLF_00270112).

Carlson Environmental Consultants, PC, *Landfill Gas System Assessment for the Jefferson Parish Landfill* (Aug. 15, 2018).

Expert report of Dr. Jaana Pietari (Ramboll) (Jan. 29, 2021).

Expert Report of Nestor Soler (Ramboll) (Jan. 2021).

Expert Report of Matt Stutz (April 2021).

Golder Associates, Inc., *Landfill Gas Collection and Control Program* (Jan. 20, 2017) (WC_JPLF_00159978).

Gypsum Association, *Industry Technical Paper: Treatment and Disposal of Gypsum Board Waste* (Jan. 1991).

Gypsum Association, *Treatment and Disposal of Gypsum Board Waste, Part II, Industry Position Paper* (March 1992).

Jefferson Parish Landfill, 2013–2014 Solid Waste Certification of Compliance Part I & Part II (Sept. 29, 2014)

Jefferson Parish Landfill, 2014–2015 Solid Waste Certification of Compliance Part I & Part II (Sept. 30, 2015).

Jefferson Parish Landfill, 2016–2017 Solid Waste Certification of Compliance Part I & Part II (Sept. 26, 2017).

Jefferson Parish Landfill, 2017–2018 Solid Waste Certification of Compliance Part I & Part II (Sept. 26, 2018).

Jefferson Parish Landfill, 2018–2019 Solid Waste Certification of Compliance Part I & Part II (Sept. 27, 2019).

Nobuhisa Watanabe, *et al.*, *Combustible and Incombustible Speciation of Cl and S in Various Components of Municipal Solid Waste*, Waste Management, 24, 623-632 (2004).

Pace Analytical, *Report of Laboratory Analysis, Project: Spent Lime*, Pace Project No.: 2047800, Rain Carbon Inc. (Dec. 28, 2016) (WC_JPLF_00333857).

R. Buller Dep. (Dec. 2, 2020).

Rain CII Carbon LLC, *Safety Data Sheet, Spent Reagent Lime*. (Feb. 1, 2013) (WC_JPLF_00323223).

Rain CII Carbon LLC, *Safety Data Sheet, Spent Reagent Lime – Enhanced* (Jan. 9, 2017) (WC_JPLF_00333876).

Russell Anderson, Jenna R. Jambeck, Ph.D., and Gregory P. McCarron, PE, *Modeling of Hydrogen Sulfide Generation from Landfills Beneficially Utilizing Processed Construction and Demolition Materials*, Prepared for the Environmental Research and Education Foundation, Alexandria, VA (Feb. 2010).

Solidification Agent Tonnage Report (2018) (WC_JPLF_00223815).

Spent Lime Ticket Report 2016-March 2018. (WC_JPLF_00255114).

SWEP, *Refrigeration Handbook*, Chapter 8.6: Fouling (Feb. 5, 2021), https://www.swep.net/refrigerant-handbook/8.-practical-advice/qw2/.

Thomas Galassi OSHA interpretation letter to Tom Daly (Oct. 15, 2015) https://www.osha.gov/laws-regs/standardinterpretations/2015-10-15-0.

Waste Connections Inc., Waste Profile, Rain CII Carbon Chalmette (WC_JPLF_00333198).

Weinjie Sun, Mei Sun, and Morton Barlaz, *Characterizing the Biotransformation of Sulfur-containing Wastes in Simulated Landfill Reactors*, Waste Management (2016).

## 8.0     Additional Documents Considered

E-mail from Greg McCarron (SCS) (April 21, 2021).

Gypsum Association, *Treatment and Disposal of Gypsum Board Waste, Part I, Industry Position Paper*, (Feb. 1992).

James Walsh and Thomas Rappolt, *Jefferson Parish Landfill Site Evaluation with Respect to Odors*, SCS Engineers (Oct. 24, 2018).

Jefferson Parish Landfill, 2015–2016 Solid Waste Certification of Compliance Part I & Part II (Sept. 30, 2016).Jefferson Parish Landfill, 2019–2020 Solid Waste Certification of Compliance Part I & Part II (Sept. 30, 2020).

U.S. Environmental Protection Agency, Landfill Gas Emissions Model (LandGEM) Version 3.02 User's Guide.  EPA-600/R-05/047.  May 2005.

U.S. Environmental Protection Agency, *Best Management Practices to Prevent and Control Hydrogen Sulfide and Reduced Sulfur Compound Emissions at Landfills that Dispose of Gypsum Drywall*, EPA/600/R-14/039 (Aug. 2014).