UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**  Plaintiffs  V.  **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**  Defendants  *Applies to: Both Cases* | CIVIL ACTION  NO. 19-11133, c/w 19-14512  SECTION: "E" (5)  JUDGE: Morgan  MAGISTRATE JUDGE: North |

**PLAINTIFFS' MOTION TO EXCLUDE EXPERT OPINIONS, REPORTS AND TESTIMONY BY MATTHEW STUTZ**

Pursuant to Federal Rules of Civil Procedure 26 and 37, Federal Rule of Evidence 702, and *Daubert v. Merrell Dow Pharm, Inc.*, 509 U.S. 579 (1993) and this Court's Case Management Order, the Addison Plaintiffs ("Plaintiffs") file this Motion to Exclude Expert Opinions, Reports and Testimony by Matthew Stutz. For the reasons stated herein, his testimony should be excluded in its entirety.

1.     Defendants propose to call Matthew Stutz to testify for a second time in support of their defense that Plaintiffs' were a contributing cause to the emissions.

2.     Mr. Stutz's testimony should be excluded in its entirety for several reasons, however.

3.     Mr. Stutz already testified at the General Causation trial for this case, and he offered no opinions or testimony on a very important issue at that trial.

4. Mr. Stutz cannot come to Court seeking to provide opinions that he could have provided before at an attempt at a "re-do."

5. Mr. Stutz's opinion is not based on reliable principles or methods and omits significant data.

6. As a result, Mr. Stutz's proposed expert testimony, opinions, and reports will not assist the jury to determine any issue in this case and should be excluded in its entirety.

7. Plaintiffs incorporate by reference their accompanying brief in support of this motion to exclude evidence.

WHEREFORE, for the reasons set forth above and as set forth in their accompanying brief in support of this motion to exclude evidence, Plaintiffs respectfully request that this Court preclude the Defendants from presenting the testimony, opinions, and reports of proposed defense expert Matthew Stutz.