1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3     * * * * * * * * * * * * * * * * * * * * * * * * *
      ELIAS JORGE "GEORGE"                   CIVIL ACTION
4     ICTECH-BENDECK,                        NO. 18-7899
                  Plaintiff,                 c/w 18-8071
5                                            18-8218
                                             18-9312
6        v.
      PROGRESSIVE WASTE                      SECTION: "E"(5)
7     SOLUTIONS OF LA, INC.,
      et al,
8                  Defendants.

9     Related Case:
      FREDERICK ADDISON, et                  CIVIL ACTION
10    al,                                    NO.19-1133
                  Plaintiff,                 c/w 19-14512
11       v.
      LOUISIANA REGIONAL                     SECTION: "E"(5)
12    LANDFILL COMPANY,
      (LRLC), et al.,
13                 Defendants.

14

15       * * * * * * * * * * * * * * * * * * * * * * *

16                   EXPERT DEPOSITION
                          OF
17               MATTHEW K. STUTZ, P.E.

18

19                      taken on
                  Friday, April 12, 2024
20               commencing at 10:29 a.m.
                     at the offices
21                        of
                  LISKOW & LEWIS, APLC
22                 701 Poydras Street
                       49th Floor
23               New Orleans, Louisiana

24        Reported By:  MARYBETH E. MUIR, CCR, RPR

25       * * * * * * * * * * * * * * * * * * * * * * *



1       Q.    Because Waste Connections is your
2   client?
3       A.    That's how I view it.
4       Q.    In addition to E-mail you said that some
5   documents were uploaded to -- I'll call it an online
6   portal?
7       A.    Yes.
8       Q.    And were those documents also uploaded
9   under that portal by counsel?
10      A.    Yes.
11      Q.    Okay.
12            Then you said that you -- we'll call it
13  an independent review of -- I think it's called the
14  EDMS?
15      A.    That is correct.
16      Q.    The electronic data management system
17  for the Louisiana Department of Environmental
18  Quality?
19      A.    That's correct.
20      Q.    Okay.
21            So the documents from the EDMS, you did
22  that and relied on that in your own independent
23  review?
24      A.    Yes.
25      Q.    Were there any other documents besides



 1   the documents that came from the EDMS that you

 2   located on your own?

 3        A.    Some of the scientific papers.

 4        Q.    I think the Townsend paper?

 5        A.    Sounds right, yes.

 6        Q.    Okay.

 7              Anything else?

 8        A.    Yeah, there may be other of those

 9   scientific papers, but that would be it.

10        Q.    Okay.

11              So you yourself searched the LDEQ EDMS

12   site for the relevant documents related to the River

13   Birch Landfill and Highway 90 C&D Landfill?

14        A.    I did.

15        Q.    Okay.

16              Also, the last time we spoke at a

17   deposition I asked you how many times you had been

18   to the Jefferson Parish Landfill.  Can you tell me

19   now, have you been back since the general causation

20   trial?

21        A.    I have not.

22        Q.    I believe at the last deposition you

23   told me that you had been to the Jefferson Parish

24   Landfill in November of 2019?

25        A.    That's correct.



1        Q.    Okay.

2              But certainly you didn't take into

3   account any of this information when you estimated

4   the River Birch collection efficiency?

5        A.    I did not have this document.

6        Q.    Okay.

7              Mr. Stutz, do landfills change?

8                 MR. PAUL:   Object to form.

9        A.    It depends.

10       Q.    Do active landfills change?

11       A.    It depends.

12       Q.    Do you expect active landfill to produce

13   the same amount of gases year after year, or do they

14   generate different amounts of gases based on waste?

15       A.    I'll try to answer this as best I can.

16   The gas generation does change based on waste

17   acceptance from the landfill.  So generations

18   change.  Year by year.

19       Q.    So is what is deposited into a landfill

20   a variable that must be considered when estimating

21   landfill gases generated?

22       A.    The amount of material accepted is a

23   variable in determining the generation.

24       Q.    Not just the amount, but also the type?

25       A.    Uhmm.  Yes, the type.  That's back to



MATTHEW K. STUTZ, P.E.                                          April 12, 2024
ICTECH-BENDECK vs PROGRESSIVE WASTE                                      133

 1                    that up.
 2   BY MR. HAMMEL:
 3        Q.    For 2019 that was a reduction of
 4   8,085 meters cubed per year?
 5        A.    That sounds correct.
 6        Q.    So that's just over a 23 percent
 7   reduction for 2019 as a result of using the
 8   corrected waste tonnage amounts?
 9        A.    That sounds right.
10        Q.    Okay, great.
11              Am I correct that when you re-ran
12   LandGEM to redo your H2s generation emission
13   estimates for Highway 90 you still used the 2900 ppm
14   H2s concentration?
15        A.    That's correct.
16        Q.    Okay.
17              And you derived that 2900 ppm H2s
18   concentration from the 2008 study, which is your
19   attachment No. 7 to your report, right?
20              (Witness peruses document.)
21        A.    Yes.
22        Q.    The 2900 ppm of H2s concentration you
23   used as an average, you calculated based on hydrogen
24   sulfide concentrations of 2000 ppm and 3800 ppm in
25   February of 2008?



1        Q.    And the spent lime, correct?

2        A.    Not necessarily.

3        Q.    Okay.

4              Are you familiar with the data that they

5    used to make that 200 percent increase, 200 times

6    increase?

7                   MR. PAUL:  Object to form.

8        A.    I don't recall it, no.

9        Q.    You don't recall that they used the

10   3,000 parts per million that was captured using

11   Dräger-Tubes by Carlson and Dejean?

12                  MR. PAUL:  Object to form.

13       A.    I don't recall that that was part of the

14   permit application.

15       Q.    Okay.

16             And they were using 3,000 parts per

17   million.  I'm telling you.

18       A.    Okay.

19       Q.    And you selected to use the 3633 that we

20   talked about?

21       A.    Yes.

22       Q.    Was it your understanding that was the

23   maximum concentration that was collected?

24       A.    That the 3633 was the maximum?  I

25   believe it was an average.



1   think they derived that from the TRC sampling.

2       Q.    And it's your appreciation that the 3633

3   was the concentration that was captured?

4       A.    Well, it's the concentration that was

5   determined through that TRC report.  And to be --

6   so, you know, that was the information that I used

7   in developing my models, which was the same that was

8   used by the plaintiffs.

9       Q.    Do you know the H2s generation potential

10  of one ton of green carbon rain?

11      A.    No.

12      Q.    And how was the spent lime H2s

13  generation potential accounted for in your

14  generation estimate?

15      A.    It was accounted for in that I used the

16  concentration from the landfill that included

17  whatever portion of H2s was coming from the spent

18  lime.  I used that concentration.

19      Q.    And this was from the TRC data that was

20  collected October 2nd, 2019?

21      A.    That sounds right, yes.

22      Q.    And is it your appreciation that that

23  amount was only capturing the H2s concentration of

24  spent lime?

25              MR. PAUL:  Object to form.



1        A.    That concentration also included a

2   portion of H2s from the MSW landfill.

3        Q.    Yeah.  Do you know how much?

4        A.    Uhmm.  How much of the concentration?

5        Q.    Yes.

6        A.    Uhmm.  You know, the concentration from

7   MSW -- from the MSW portion of Jefferson Parish --

8   actually, we're just talking Phase IVA, I'm sorry.

9   So the concentration of Phase IVA was I, guess, the

10  -- the plaintiff used a concentration of 56 I

11  believe.  Something about 56 parts per million from

12  the MSW contribution.  And so it wasn't something

13  that they calculated.  It was something that they

14  used from another part of the site.

15           But again, generally I figured that was

16  reasonable, a reasonable estimate.  So, you know, 50

17  -- what was number?  Let's get it right.

18       Q.    56.5.

19       A.    Thank you.  56.5 parts per million was

20  from the MSW.

21       Q.    So the remainder of the hydrogen sulfide

22  concentration of Phase IVA was attributable to the

23  spent lime?

24       A.    Yeah.

25       Q.    And you're familiar and we talked before



1  about the 2019 air permit modification for the

2  Jefferson Parish Landfill?

3        A.    Yes.

4        Q.    Okay.

5              And you understand that the

6  December 2019 air permit modification provided an

7  H2s emission estimate that was more than 200 times

8  more than the prior estimate?

9        A.    Uhmm.  I'd have to look at that.

10       Q.    Okay, we'll take a look at that.

11             And I'll show it to you, but what could

12 explain that more than 200-fold increase other than

13 the spent lime?

14       A.    In their permit?  A lot of things could

15 explain a 200-fold increase.  I mean in their

16 permitting it's not an actual emission.  It's a

17 potential to emit.  So, you know, a site can choose

18 whatever concentration levels, emission rates,

19 they'd like to choose to put in a permit.  I mean

20 there's lots of reasons.  I don't know.

21       Q.    Even though there is a lot of reasons

22 you don't know?

23       A.    There are a lot of reasons why it could

24 be 200 percent greater.  And I listed one of them,

25 one of them is the site can choose.



1   that, but I hear what you're saying.  Yeah, I think

2   it does.

3        Q.    And you didn't do a separate calculation

4   for the amount of hydrogen sulfide that would be

5   generated based on spent lime, did you?

6        A.    No, I did not run a separate model on

7   spent lime, no.

8        Q.    And is there a reason why you didn't do

9   that?

10       A.    Oh, yes.  The spent lime, you know,

11  again it's accounted for in the concentration that I

12  used.  And so given that it is accounted for there

13  and it's really not a large volume of waste, I

14  didn't feel the need to separate it out.

15       Q.    How was that H2s generation accounted

16  for in your LandGEM model?

17       A.    The hydrogen sulfide concentration was

18  used in the LandGEM model to come up with the

19  site-specific H2s emission rates for the site.

20       Q.    And your H2s concentration that you

21  placed in LandGEM was 3633?

22       A.    That sounds right, yes.

23       Q.    And what was that based on?

24       A.    Uhmm.  That's the -- that's the

25  concentration that the plaintiffs had used.  And I



1      A.    Yes.

2      Q.    Okay.

3            Mr. Stutz, if you were to use 2000 ppm

4   instead of 2900 ppm, would that further reduce your

5   estimates for Highway 90?

6      A.    Uhmm, yes.

7      Q.    Okay.

8            And you expect that to reduce your

9   estimates -- if you used 2000 instead of 2900, you

10  would expect that would reduce your estimates by

11  about a third, a little less than a third?

12     A.    I can't say for sure.

13     Q.    Well, I mean you're using 2900 ppm.  And

14  if we instead use the 2000 ppm --

15     A.    It's a little less than a third.

16     Q.    -- would you expect that your estimates

17  would be reduced commensurate to that?

18     A.    I would think -- I would think it could,

19  sure.  It seems reasonable.  Yeah, that's

20  reasonable.

21     Q.    Let's look back at attachment No. 9 to

22  your report for a minute.  Mine is really slow.  Are

23  you there?

24           (Witness peruses document.)

25     A.    Yes.



1     Q.    So before we were talking about their

2  estimates of how the H2s was going to be reduced.

3  You said that you didn't give that any credibility,

4  right?

5     A.    Uhmm.  Say that again.

6     Q.    So before in their estimates when they

7  said that it was going to be decreased by 663 parts

8  per million, and then in two years it would be down

9  to 2000 parts per million.

10           Do you remember what I'm talking about

11  now?

12     A.    Yes.

13     Q.    And you said that had no credibility

14  with you?

15     A.    That's correct.

16     Q.    Okay.

17           Wishful thinking is what you said?

18     A.    Wishful thinking, exactly.

19     Q.    And here we have the document submitted

20  to the LDEQ stating that the emissions are so low

21  that they are now requesting that a permit be

22  rescinded, correct?

23               (Witness peruses document.)

24           MR. PAUL:  Objection to form.

25     A.    Uhmm.  Yes.



 1   reading was taken specifically out at that landfill.

 2   Specifically on the C&D material, the type -- it's a

 3   C&D Landfill.  And so there's -- you know, I'm not

 4   saying it's a strong correlation, but there is a

 5   correlation.  There is a relationship.

 6        Q.    And you do also agree that the amount of

 7   C&D waste that was deposited in the Highway 90 C&D

 8   Landfill before February 2008 is significantly more

 9   than was deposited after 2008?

10        A.    The volumes?

11        Q.    The waste tonnage, yes.

12        A.    Yes.

13        Q.    Okay.

14              The next document I want to look at will

15   be marked as Exhibit No. 1557, LEDQ number 3597760.

16   Exhibit No. 1557.  Have you seen this document

17   before, Mr. Stutz?

18              (Whereupon, Exhibit No. 1557, was

19              marked for Identification.)

20              (Witness peruses document.)

21        A.    I have not.

22        Q.    Do you recall in the prior exhibit the

23   LEDQ referenced additional information -- and I

24   asked you about that -- that was received from the

25   Highway 90 Landfill and that was on August 11th?



MATTHEW K. STUTZ, P.E.                                    April 12, 2024
ICTECH-BENDECK vs PROGRESSIVE WASTE                              198

1          A.    Yes.

2          Q.    And this is an August 11th, 2018 E-mail

3    from Ed Lee of EnviroOne, correct?

4          A.    Yes.

5          Q.    And he was involved in the study which

6    is your attachment No. 7, right?

7          A.    Yes.

8          Q.    And you find that study that he did that

9    you attached to your report is credible, correct?

10         A.    I find that his sampling concentrations

11   -- not having anything to dispute them, I find them

12   to be reasonable and useful.

13         Q.    And did you call him to ask him about

14   this?

15         A.    I did not.

16         Q.    Okay.

17               Here he provides a calculation for the

18   flares system.  Do you agree with that?

19               (Witness peruses document.)

20         A.    I do not see those.

21         Q.    Do you see where it says:  "Here are the

22   calculations for the flares system"?

23               (Witness peruses document.)

24         A.    Yes.  But I don't see the calculations.

25         Q.    No, no.  That's how he starts out.



1      A.    Right.

2      Q.    See where it says "attachment" and he's

3  got H2s fugitive emission calculations?

4            (Witness peruses document.)

5      A.    Yes.

6      Q.    So he says:  "We tried to calculate the

7  fugitive emission from the C&D Landfill."

8            Do you see that part?

9      A.    Yes.

10      Q.    Why don't you go ahead and read the next

11  part.  Out loud.

12            (Witness peruses document.)

13      A.    Sure.  "The default values" --

14      Q.    It says:  "But EPA LandGEM" --

15      A.    So small.

16            MR. PAUL:  Can you enlarge it.  A

17            little bit.

18            THE WITNESS:  I got it.

19            "But EPA LandGEM was developed for

20            municipal landfills only and could not be

21            used for C&D landfills.  The default" --

22            sorry.

23  BY MR. HAMMEL:

24      Q.    That's okay.

25            Do you agree that the EPA LandGEM was



1  developed for municipal solid waste landfills only?

2      A.    (No response.)

3      Q.    I know you're reading on, but --

4      A.    No, I didn't.  But I'm just -- the

5  LandGEM is -- can't be -- the LandGEM -- it all

6  depends on the factors used.  But the LandGEM can be

7  used --

8      Q.    And my question -- I'm sorry for

9  interrupting.

10     A.    Yeah.

11     Q.    -- was developed for municipal landfills

12 only.

13     A.    I don't know that to be true.

14     Q.    Okay.

15           Do you know it to be false?

16     A.    I don't.

17     Q.    And he says:  "For municipal landfills

18 only and cannot be used for C&D landfills."

19           Did I read that correctly?

20     A.    Yes, you did.

21     Q.    Mr. Lee goes on to state:  "The default

22 values in LandGEM are" appropriate --

23 "inappropriate" --  would you have corrected me?

24     A.    Of course I would.

25     Q.    "The default values in LandGEM are



MATTHEW K. STUTZ, P.E.                                    April 12, 2024
ICTECH-BENDECK vs PROGRESSIVE WASTE                              201

1  inappropriate for C&D landfills since they

2  overestimate the gas generation rates by an order of

3  magnitude."

4          Did I read that correctly?

5     A.    Yes.

6     Q.    Is Mr. Ed Lee incorrect in that

7  statement?

8     A.    Uhmm.  I'm not sure about orders of

9  magnitude.  You know, what he's referring to there

10  or how different that would be.

11     Q.    Do you disagree that the LandGEM

12  overestimates the gas generation rates in C&D

13  landfills --

14          MR. PAUL:  Object to form.

15  BY MR. HAMMEL:

16     Q.    -- by one order of magnitude?

17     A.    Uhmm.  Not if done properly.

18     Q.    So you disagree with Mr. Lee that

19  LandGEM is appropriate to be used in the C&D

20  Landfill; is that right?

21     A.    Yes, I disagree with that.  LandGEM can

22  be used for C&D landfills.

23     Q.    And is that standard practice in the

24  solid waste industry --

25     A.    Yes.



MATTHEW K. STUTZ, P.E.                                    April 12, 2024
ICTECH-BENDECK vs PROGRESSIVE WASTE                              202

1        Q.    -- to use LandGEM to estimate the gas

2    generation in C&D landfills?

3        A.    Yes.   It can be used to do that in C&D

4    landfills.

5        Q.    It's standard practice?

6        A.    It's certainly common.

7        Q.    How many times before your March 2024

8    report had you used LandGEM to estimate the gas

9    generation at C&D landfills?

10       A.    I don't know the exact number.  There's

11   not that many C&D landfills.  And no regulatory

12   drive for them to do it.  I have done it.  I've done

13   it several times.  But I just don't know the exact

14   number.

15       Q.    Okay.

16             The next document, EDMS 3741167.  And

17   this will be marked as Exhibit No. 1558.

18             My first question is:  Have you seen

19   this document before, Mr. Stutz?

20             (Whereupon, Exhibit No. 1558, was

21             marked for Identification.)

22             (Witness peruses document.)

23       A.    Yes.

24       Q.    Okay.

25             And this appears to be a document



MATTHEW K. STUTZ, P.E.                                    April 12, 2024
ICTECH-BENDECK vs PROGRESSIVE WASTE                                210

1      Q.    And how did you consider this document
2   in forming your estimate?
3      A.    You know, again, it's I -- this document
4   is mixing different things together.  And it shows
5   that they don't really quite know what's going on.
6      Q.    So it's your opinion that EnviroOne and
7   LDEQ don't know what's going on, right?
8      A.    Yes.  Sorry, but yes.
9      Q.    Don't be sorry.  It's your opinion.
10     A.    That's it.
11     Q.    It goes on and says:  "Currently, the
12  landfill gas flow rate is less than two standard
13  cubic feet per minute per flare, which is well,
14  below the anticipated 76 SCFM per flare."
15          That's what they anticipated.  Do you
16  see that?
17              (Witness peruses document.)
18     A.    I do.
19     Q.    So have you ever been to the Highway 90
20  C&D Landfill?
21     A.    No.  I've never been on the C&D
22  Landfill.
23     Q.    Okay.
24          And have you ever been to Louisiana
25  before 2019?



 1   further reducing fugitive emissions."

 2            Did I read that correctly?

 3        A.    Yes.

 4        Q.    Does that refresh your recollection as

 5   to why they were submitting this information to the

 6   LDEQ?

 7        A.    It does, thank you.

 8        Q.    Okay.

 9            You recognize the reason that they were

10   submitting this information was for this pilot

11   study?

12        A.    Yes.

13        Q.    And, Mr. Stutz, why didn't you include

14   that in your report?

15        A.    Uhmm.  I guess I included in my report

16   what I relied on in making the model.  And I wanted

17   to make sure that the concentration that we relied

18   on was in the report.

19        Q.    Okay.

20        A.    Although this is a document that I

21   reviewed, it didn't have a model input that I was

22   needing to produce for the model inputs.  But I did

23   review the document.

24        Q.    Okay.

25            And then it goes on to say:  "While it



 1      Q.    It's not important for you to know
 2   whether what you think is correct or not; is that
 3   right?
 4              MR. PAUL:  Object to form.
 5      A.    Again, we're talking about a solar
 6   flare.  I think a solar flare is not material to
 7   estimating H2s emissions from the landfill.
 8      Q.    What was the H2s concentrations at
 9   Highway 90 in 2010?
10      A.    You know, from my -- from my modeling it
11   was 2900.
12      Q.    And what was the H2s concentration at
13   Highway 90 in 2011?
14      A.    2900 based on modeling.
15      Q.    No, no.  Not based on modeling.  What
16   was the H2s concentration on Highway 90 in 2011?
17      A.    I did not sample in 2011.  I went with
18   in the modeling, a concentration of 2900.
19      Q.    Okay.
20              What was the H2s concentration at
21   Highway 90 in 2012?
22      A.    Again, I did not -- I have not seen a
23   sample in the public record or in the information
24   about H2s concentration at Highway 90 in 2012.
25      Q.    So you used 2900 again in 2012?



1      A.   It remains the same in the modeling I

2  did for the site.

3      Q.   So again, what was the H2s concentration

4  at Highway 90 in 2013?

5      A.   I was -- there was not any additional

6  published information about a different

7  concentration in 2013.  And I used a concentration

8  for -- in the modeling of 2900.

9      Q.   What was the H2s concentration at the

10  Highway 90 C&D Landfill in 2014?

11      A.   In 2014 I did not find any information

12  about a sampling event that would show a hydrogen

13  sulfide concentration different than what I used in

14  the modeling.

15      Q.   So you used 2900?

16      A.   Yes.

17      Q.   What was the H2s concentration at

18  Highway 90 in 2015?

19      A.   In 2015?  Again, I did not see any

20  modeling information that would suggest a different

21  concentration than what I used in the modeling of

22  2900.

23      Q.   What was the H2s concentration in

24  Highway 90 in 2016?

25      A.   Uhmm.  I don't know of any additional



1  hydrogen sulfide monitoring in 2016 that would

2  support a different concentration than what I used

3  in my modeling.

4      Q.   What was the H2s concentration at

5  Highway 90 in 2017?

6      A.   I did not find any additional

7  information that would support a different

8  concentration than what I used in my modeling for

9  2017.

10     Q.   And what was the H2s concentration on

11  Highway 90 in 2018?

12     A.   Uhmm.  In 2018 I, again, do not have any

13  information that would suggest a different

14  concentration.

15     Q.   And what was the H2s concentration at

16  Highway 90 in 2019?

17          MR. PAUL:  Object to form.

18     A.   In 2019 the H2s concentration that I

19  used was 2900 and there was no new sampling events

20  that I could find.

21     Q.   And what was the H2s concentration at

22  Highway 90 in 2010?

23          MR. PAUL:  Object to form.

24     A.   Uhmm.  In 2010 I used a hydrogen sulfide

25  concentration of 2900.



MATTHEW K. STUTZ, P.E.                                          April 12, 2024
ICTECH-BENDECK vs PROGRESSIVE WASTE                                       231

1      Q.    Did you locate any other measurement

2    measuring concentrations for Highway 90 in 2010?

3      A.    Not that I recall, no.

4      Q.    So, we just looked at this last document

5    where it says that the H2s concentration was 2,000

6    based on monitoring data for the year 2010.  I need

7    you to explain to me why you excluded that

8    information from your estimate.

9            MR. PAUL:  Object to form.

10     A.    Uhmm.  As I mentioned earlier, that's --

11   it's noted as a concentration.  And I was

12   uncomfortable using that and not having any other

13   data points.  So I went with the previous monitoring

14   that included additional data points to come up with

15   an average.

16     Q.    So the H2s concentration that you used

17   to model Highway 90 H2s emissions in 2017 to 2019

18   was related to the more than 2.3 million tons of

19   Hurricane Katrina-related debris, right?

20     A.    That debris was in the landfill as part

21   of the sampling that was done at that time.

22            MR. HAMMEL:  Time to take a break.

23            Off the record.

24            (Recess.)

25            MR. HAMMEL:  On the record.



```
 1                    record.)
 2              MR. PAUL:   Can you look at Page No.
 3         257.
 4              Lines 19 through 24.  If you look at
 5         those.
 6    A.    Okay.
 7              (Witness peruses document.)
 8              MR. PAUL:  And then questioning before
 9         and after, that would be relevant.
10   BY MR. HAMMEL:
11    Q.    This seems a lot more relevant than what
12   you quoted in your document.
13    A.    Oh, yeah.
14              MR. PAUL:  Would you like something in
15         writing to correct that citation in the
16         report?
17              MR. HAMMEL:  No, I looked at his site
18         and I couldn't find it.
19   BY MR. HAMMEL:
20    Q.    Mr. Stutz, what is your understanding as
21   to why you weren't asked to estimate the Jefferson
22   Parish Landfill's H2s emissions during the general
23   causation phase?
24              MR. PAUL:  Object to form.
25    A.    Uhmm.  My understanding is that there
```



MATTHEW K. STUTZ, P.E.                                    April 12, 2024
ICTECH-BENDECK vs PROGRESSIVE WASTE                                 282

```
 1   were other estimations of H2s emissions that were

 2   performed.  I don't really know.

 3        Q.    And when you say that, you mean by other

 4   defense experts?

 5        A.    Uhmm, yeah, I don't know.

 6        Q.    Okay.

 7              What is your understanding as to why you

 8   were first asked to estimate the Jefferson Parish

 9   Landfill H2s emissions after the general causation

10   trial?

11              MR. PAUL:  Let me interrupt to the

12              extent that this involves discussions

13              with counsel before your report was

14              issued, those are privileged.

15              MR. HAMMEL:  I don't want to --

16   BY MR. HAMMEL:

17        Q.    I just want to know your understanding.

18   Not what you were told.

19        A.    Uhmm, yeah.  My understanding is that it

20   was requested that we look at all of the emission

21   sources that are in this area and how they would

22   potentially impact H2s and odors.  So it was a

23   review to try to determine how the area as a whole

24   would be impacted by H2s emissions.

25        Q.    You critique the plaintiffs' experts
```



1   emissions and emission rate in the general causation

2   phase, correct?

3        A.    I believe so, yes.

4        Q.    But you are aware that other defense

5   experts created an H2s emission rate for general

6   causation; is that right?

7        A.    Uhmm, yeah, I'd just -- I don't know.  I

8   don't know exactly what was prepared.

9        Q.    Okay.

10            Do you think that it would be helpful to

11   compare your Jefferson Parish Landfill H2s estimates

12   to those estimates done by your prior experts?

13              MR. PAUL:  Objection.

14        A.    Correct.

15              MR. PAUL:  Withdraw the objection.

16   BY MR. HAMMEL:

17        Q.    Were you asked to look into non landfill

18   potential other sources?

19        A.    I was not.

20        Q.    Is there anything you could have

21   estimated of the Jefferson Parish Landfill's

22   hydrogen sulfide emission testings before the

23   general causation trial?  Correct?

24        A.    How -- could I?  Yes.

25        Q.    But your client did not ask you to do



MATTHEW K. STUTZ, P.E.                                    April 12, 2024
ICTECH-BENDECK vs PROGRESSIVE WASTE                              284

 1  that prior to the general causation trial, right?

 2       A.    That was not part of my scope.

 3       Q.    That was not part of the scope that was

 4  given to you by your client, right?

 5       A.    That's correct.

 6       Q.    Okay.

 7             Was the leachate collection system at

 8  Jefferson Parish Landfill flooded, Mr. Stutz?

 9       A.    Uhmm, it depends.

10       Q.    Did Phase IVA of the Jefferson Parish

11  Landfill contain excessive leachate?

12       A.    I wouldn't characterize it that way.

13       Q.    Okay.

14             We spoke briefly before about the K

15  value related to rainfall.  Do you recall that

16  discussion earlier today?

17       A.    Yes.

18       Q.    And the EPA has suggested overall decay

19  rates by dividing the landfill population into three

20  categories based on annual precipitation rates.

21  One, less than 20 inches of rainfall per year.  Two,

22  20 to 40 inches of rainfall per year.  And three,

23  greater than 40 inches of rainfall per year.

24             Do you recognize that to be the

25  standard?

