# LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
## SOLID WASTE DISPOSER ANNUAL REPORT
### TYPE I AND II LANDFILLS, LANDFARMS, SURFACE IMPOUNDMENTS AND
### TYPE III CONSTRUCTION DEMOLITION DEBRIS AND WOODWASTE LANDFILLS
#### (Please Refer to the Detailed Instructions)

1. Site Identification No. ____D-051-11897___ AIN# 100642_____ July 1, _04___ thru June 30, _05____

2. Permit Number ___P-0374_____

3. Name of Permit Holder ___Hwy 90, L.L.C. _____

4. Name of Disposal Facility ___Hwy 90, L.L.C._____

5. Mailing Address___P.O. Box 1938, Gretna, LA 70054_____ Parish____Jefferson_____

6. Contact ___Mr. A.J. Ward, Jr._____ Telephone (_504_)___364-1140_____

7. Type of Facility:    Landfill    ☐ Landfarm    ☐ Surface Impoundment

   **X** Construction/Demolition Debris Landfill    ☐ Woodwaste Landfill

   **EXHIBIT**
   **1550**

8. **Surface Impoundments**. This section applies only to surface impoundments.

   A.  Indicate the quantity of waste (solids/sludge) that has been removed from the surface impoundments during the past year (July 1 - June 30).

   _____ Wet-weight Tons

   B.  Provide the identification number and permit number of the facility used to dispose of the waste.
   Site Identification Number  _____
   Facility Permit Number  _____

9. **Type I and II Landfills, Landfarms and Surface Impoundments.** This section applies only to Type I and II landfills, landfarms and surface impoundments.

   A.  Estimated remaining permitted capacity (expressed in wet-weight tons) _____
   B.  Estimated life of facility (expressed in months and based on the permitted capacity of the facility) _____

10. **Construction/Demolition and Woodwaste Landfills**. This section applies only to construction/demolition and woodwaste landfills. Please mark all that apply.

   ☐ This facility receives only woodwaste that are beneficially used in accordance with a Best Management Practice Plan that has been approved in writing by the Department of Agriculture and submitted to the Office of Environmental Services, Permits Division.

   **RECEIVED**

   ☐ This facility receives only woodwaste resulting from utility right-of-way clearings. These woodwaste are only received from utility companies or their authorized contractors.

   **AUG 0 8 2005**

   ☐ This construction/demolition debris facility receives only wastes that have been generated on site.

   **DEQ-FINANCIAL SERVICES**

   ☐ This woodwaste facility receives only waste generated by the owner of the property on which this facility is located.

This form is to be returned to Financial Services Division at the following address no later than August 1 of each reporting year. Questions regarding the form may be directed to the Financial Services Division at 225-219-3863.

Financial Services Division
Attn: SW Reports
P. O. Box 4303
Baton Rouge, LA  70821-4303    Revised 7/03    SW-FSD-2

July 1, __04__ thru June 30, __05__                                    Page __2__ of __4__

Site Identification Number ___ D-051-11897__AIN# 100642_____        Permit Number ____P-0374_____

11. **Summary of Non-industrial Waste Disposed**: Provide below a summary of the non-industrial waste received for this reporting period.

Note: Landfarm facilities are required to report in wet-weight tons and dry-weight tons. All other facilities must report only in wet-weight tons.

| (A)<br>Non-Industrial Waste | (B) Quantity<br>(Wet-Weight Tons) | (C) Quantity<br>(Dry-Weight Tons) |
|---|---|---|
| 05-Construction/Demolition | 64,194.50 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| (D) TOTAL: | | |

| (E) Quantity of Waste Received (In-State): 64,194.50 | |
|---|---|
| (F) Quantity of Waste Received (Out-of-State): 0 | |

12. CERTIFICATION: I certify under penalty of law that I have personally examined and am familiar with the information submitted in this and all attached documents, and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe that the submitted information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

Signature _____     Date _8-3-05_____

July 1, _03_ thru June 30, _04_                                         Page ___3___ of _4___

Site Identification Number ___ D-051-11897___AIN# 100642_____          Permit Number ____P-0374_____

13.     **Type I Facilities**: This section applies only to Type I facilities. Provide a summary of the industrial waste received utilizing the seven-digit number that has been assigned to each industrial waste by the administrative authority. All like industrial wastes are to be reported together. Subtotals of all like industrial wastes are to be provided. Copy this form as necessary.

| (A)<br>Seven Digit Industrial Waste<br>Number | (B)<br>Quantity<br>(Wet-Weight Tons) | (C)<br>Quantity<br>(Dry-Weight Tons) | (D)<br>Subtotals of Like<br>Industrial Wastes |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| (E) SUBTOTAL: |  |  |  |
| (F) TOTAL: |  |  |  |

| (G) Quantity of Waste Received (In-State): | |
|---|---|
| (H) Quantity of Waste Received (Out-of-State): | |

LDEQ-EDMS Document 5021795, Page 4 of 5

July 1, _03_ thru June 30, _04__                                          Page ___4___ of ___4__

Site Identification Number ___ D-051-11897___AIN# 100642_____        Permit Number ____P-0374_____. _

14.   **All Facilities**: Provide all calculations used to compute the quantity (expressed in wet-weight tons) of solid waste received at the facility. Landfarm facilities must provide the calculations used to compute the quantity (in dry-weight tons) of solid waste received at the facility. Surface impoundments must provide all calculations used to compute the quantity of total suspended solid disposed in the facility.

## SEE ATTACHED SPREADSHEET

| Month | Mixed Structural C&D Material | Mixed Inerts | Dirt, Brick, Concrete, Asphalt, (separated from other materials) | Loose Lumber | Asphalt Shingles | Asphalt Tar Roofing | Metals | Yard Trimmings | Sheetrock |
|---|---|---|---|---|---|---|---|---|---|
| Jan '05 | 2496.75 | 0 | 92 | 22.13 | 8.40 | 5.84 | 0 | 35.86 | 36.00 |
| Feb '05 | 7242.25 | 0 | 731 | 105.38 | 31.29 | 166.44 | 0 | 78.52 | 24.40 |
| Mar '05 | 7025.50 | 1815 | 1780 | 574.28 | 117.18 | 680.36 | 70.07 | 355.16 | 191.40 |
| Apr '05 | 11045.25 | 1343 | 305 | 142.35 | 1.89 | 1172.38 | 50.05 | 197.32 | 77.00 |
| May '05 | 11402.50 | 50 | 268 | 9.00 | 4.41 | 678.90 | 0 | 72.31 | 0.00 |
| June '05 | 12528.25 | 140 | 168 | 2.25 | 0.00 | 767.96 | 0 | 83.54 | 0.00 |
| Subtotals | 51740.50 | 3348 | 3344 | 855.39 | 163.17 | 3471.88 | 120.12 | 822.69 | 328.80 |
| Conversion Factors (Tons/Yd³) | 0.25 | 1 | 1 | 0.075 | 0.21 | 1.46 | 0.455 | 0.054 | 0.2 |

TOTAL TONNAGE:    64,194.55

2000 South Kenner Rd.
Avondale, Louisiana 70094
(504) 436-1288 Office
(504) 436-7247 Fax

**River Birch Landfill**



# Fax

| **To:** | Solid Waste Financial Division | **From:** | Vic Culpepper |
|---|---|---|---|
| **Fax:** | 225-219-3862 | **Pages:** | 5 |
| **Phone:** | | **Date:** | 8-7-06 |
| **Re:** | HWY 90 Annual Report | **CC:** | |

☐ **Urgent**    X **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

Page 1 of _____3_____

# LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
## SOLID WASTE DISPOSER ANNUAL REPORT
### TYPE I AND II LANDFILLS, LANDFARMS, SURFACE IMPOUNDMENTS AND
### TYPE III CONSTRUCTION DEMOLITION DEBRIS AND WOODWASTE LANDFILLS
(Please Refer to the Detailed Instructions)

1. Site Identification No. _____D-051-11897___AIN# 100642_____July 1, _05___ thru June 30, _065____

2. Permit Number ___P-0374_____

3. Name of Permit Holder ___Hwy 90, L.L.C. _____

4. Name of Disposal Facility ___Hwy 90, L.L.C._____

5. Mailing Address___P.O. Box 1938, Gretna, LA 70054_____ Parish____Jefferson_____

6. Contact ____Mr. A.J. Ward, Jr._____ Telephone (_504_) ___364-1140_____

7. Type of Facility:    Landfill    ☐ Landfarm    ☐ Surface Impoundment

    **X** Construction/Demolition Debris Landfill    ☐ Woodwaste Landfill

8. <u>Surface Impoundments</u>. This section applies only to surface impoundments.

    A. Indicate the quantity of waste (solids/sludge) that has been removed from the surface impoundments during the past year (July 1 - June 30).
    _____ Wet-weight Tons
    B. Provide the identification number and permit number of the facility used to dispose of the waste.
    Site Identification Number _____
    Facility Permit Number _____

9. <u>Type I and II Landfills, Landfarms and Surface Impoundments.</u> This section applies only to Type I and II landfills, landfarms and surface impoundments.

    A. Estimated remaining permitted capacity (expressed in wet-weight tons) _____
    B. Estimated life of facility (expressed in months and based on the permitted capacity of the facility) _____

10. <u>Construction/Demolition and Woodwaste Landfills</u>. This section applies only to construction/demolition and woodwaste landfills. Please mark all that apply.

    ☐ This facility receives only woodwaste that are beneficially used in accordance with a Best Management Practice Plan that has been approved in writing by the Department of Agriculture and submitted to the Office of Environmental Services, Permits Division.

    ☐ This facility receives only woodwaste resulting from utility right-of-way clearings. These woodwaste are only received from utility companies or their authorized contractors.

    ☐ This construction/demolition debris facility receives only wastes that have been generated on-site.

    ☐ This woodwaste facility receives only waste generated by the owner of the property on which this facility is located.

This form is to be returned to Financial Services Division at the following address <u>no later than August 1</u> of each reporting year. Questions regarding the form may be directed to the Financial Services Division at 225-219-3863.

Financial Services Division
Attn: SW Reports
P. O. Box 4303
Baton Rouge, LA 70821-4303    Revised 7/03    SW-FSD-2

July 1, __05_ thru June 30, __06___

Page___2___ of ___3___

Site Identification Number ___ **D-051-11897___AIN# 100642**_____     Permit Number ____**P-0374**_____

11.   **Summary of Non-industrial Waste Disposed**: Provide below a summary of the non-industrial waste received for this reporting period.
**Note:** Landfarm facilities are required to report in wet-weight tons and dry-weight tons. All other facilities must report only in wet-weight tons.

| (A)<br>Non-Industrial Waste | (B) Quantity<br>(Wet-Weight Tons) | (C) Quantity<br>(Dry-Weight Tons) |
|---|---|---|
| 05-Construction/Demolition | 1,522,846 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| (D) TOTAL: | | |
| (E) Quantity of Waste Received (In-State): **1,522,846** | | |
| (F) Quantity of Waste Received (Out-of-State): **0** | | |

12.   CERTIFICATION: I certify under penalty of law that I have personally examined and am familiar with the information submitted in this and all attached documents, and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe that the submitted information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

Signature _____     Date _____**8-4-06**_____

Name and Title   **Mr. Mack Mandell, General Manager**

July 1, _05_ thru June 30, _06__                                    Page ___3___ of ___3___

Site Identification Number ___ D-051-11897___AIN# 100642_____    Permit Number _____P-0374_____

14.    **All Facilities**: Provide all calculations used to compute the quantity (expressed in wet-weight tons) of solid waste received at the facility. Landfarm facilities must provide the calculations used to compute the quantity (in dry-weight tons) of solid waste received at the facility. Surface impoundments must provide all calculations used to compute the quantity of total suspended solid disposed in the facility.

## SEE ATTACHED SPREADSHEET

## HWY 90, LLC Wasteworks Program

| MATERIAL | Ticket Count | Total Volume | Conversion Factor | Tonnage |
|----------|-------------|-------------|------------------|---------|
| A. SHINGLE | 1 | 12 | 0.21 | 2.52 |
| A.TAR-ROOF | 182 | 1463 | 1.46 | 2135.98 |
| C & D | 6 | 138 | 0.25 | 34.5 |
| C&D | 37304 | 1221259 | 0.25 | 305314.8 |
| C&D CASH | 31581 | 262375 | 0.25 | 65593.75 |
| C&D CASH-A | 71 | 1273 | 0.25 | 318.25 |
| C&D FLAT | 5 | 132 | 0.25 | 33 |
| C&D VOLUME | 1 | 16995 | 0.25 | 4248.75 |
| C&D/YDS | 877 | 3797491 | 0.25 | 949372.8 |
| CONCRETE | 1 | 1 | 1 | 1 - |
| L. LUMBER | 2 | 60 | 0.075 | 4.5 |
| MIXED C&D | 363 | 3670 | 0.25 | 917.5 |
| MULCH | 1 | 60 | 0.054 | 3.24 |
| ROOF MATER | 1 | 12 | 0.25 | 3 |
| STORM DEB | 12 | 53766 | 0.25 | 13441.5 |
| STORM DEBR | 15 | 91410 | 0.25 | 22852.5 |
| STORMDEBRI | 28 | 281837 | 0.25 | 70459.25 |
| STUMPS | 5 | 14111 | 0.25 | 3527.75 |
| SWAMPGRASS | 3 | 6044 | 0.25 | 1511 |
| VEGATATION | 88 | 132405 | 0.25 | 33101.25 |
| VEGETATION | 272 | 191948 | 0.25 | 47987 |
| YARD TRIM. | 262 | 7928 | 0.25 | 1982 |
| **Totals** | | **6084390** | | **1522846** |

2000 South Kenner Rd.
Avondale, Louisiana 70094
(504) 436-1288 Office
(504) 436-7247 Fax

**HWY 90, LLC**



| To: | Carol Stamey | From: | Vic Culpepper |
|---|---|---|---|
| Fax: | 225-219-3868 | Pages: | 4 |
| Phone: | | Date: | 8-1-07 |
| Re: | | CC: | |

☐ **Urgent**    X **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

Carol:

Enclosed is HWY 90, LLC's Annual Solid Waste Report  Hardcopy will follow via mail.

Thanks,

Vic Culpepper

# LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
## SOLID WASTE DISPOSER ANNUAL REPORT
### TYPE I AND II LANDFILLS, LANDFARMS, SURFACE IMPOUNDMENTS AND
### TYPE III CONSTRUCTION DEMOLITION DEBRIS AND WOODWASTE LANDFILLS
#### (Please Refer to the Detailed Instructions)

1.  Site Identification No. _____D-051-11897_____ July 1, _2006_ thru June 30, _2007__

2.  Permit Number ___P-0374_____

3.  Agency Interest Number__100642_____

4.  Name of Permit Holder ___HWY 90, LLC_____

5.  Name of Disposal Facility ___HWY 90, LLC_____

6.  Mailing Address___2000 South Kenner Rd._____ Parish___Jefferson_____
7.  Contact _____Vic Culpepper_____ Telephone (_504__)___436-1288_____

8.  Type of Facility: ☐ Landfill    ☐ Landfarm ☐    Surface Impoundment

    **X** Construction/Demolition Debris Landfill☐    Woodwaste Landfill

9.  **Surface Impoundments.** This section applies only to surface impoundments.
    A.  Indicate the quantity of waste (solids/sludge) that has been removed from the surface impoundments during the past year (July 1 - June 30).
        _____ Wet-weight Tons
    B.  Provide the identification number and permit number of the facility used to dispose of the waste.
        Site Identification Number _____
        Facility Permit Number _____

10. **Type I, II and III Landfills, Landfarms and Surface Impoundments.** This section applies only to Type I, II and III landfills, landfarms and surface impoundments.
    A.  Estimated remaining permitted capacity (expressed in wet-weight tons) _16,875,000_____
    B.  Estimated life of facility (expressed in months and based on the permitted capacity of the facility) ____519_____

11. **Construction/Demolition and Woodwaste Landfills.** This section applies only to construction/demolition and woodwaste landfills. Please mark all that apply.
    ☐   This facility receives only woodwastes that are beneficially used in accordance with a Best Management Practice Plan that has been approved in writing by the Department of Agriculture and submitted to the Office of Environmental Services, Permits Division.

    ☐   This facility receives only woodwaste resulting from utility right-of-way clearings. These woodwastes are only received from utility companies or their authorized contractors.

    ☐   This construction/demolition debris facility receives only wastes that have been generated on-site.

    ☐   This woodwaste facility receives only waste generated by the owner of the property on which this facility is located.

This form is to be returned to Financial Services Division at the following address no later than August 1 of each reporting year. Questions regarding the form may be directed to the Financial Services Division at 225-219-3863.

Financial Services Division
Attn: SW Reports
P. O. Box 4303
Baton Rouge, LA 70821-4303

July 1, 2006 thru June 30, 2007___                     Page_2__ of __3___

Site Identification Number ___ D-051-11897_____                     Permit Number ___P-0374_____

12.  **Summary of Non-industrial Waste Disposed**: Provide below a summary of the non-industrial waste received for this reporting period.
     **Note**: Landfarm facilities are required to report in wet-weight tons and dry-weight tons.  All other facilities must report only in wet-weight tons.

| (A)<br>Non-Industrial Waste | (B) Quantity<br>(Wet-Weight Tons) | (C) Quantity for **Land Farms**<br>**Only**<br>(Dry-Weight Tons) |
|---|---|---|
| 01 – Residential | | |
| 02 - Commercial | | |
| 03 - Trash | | |
| 04 - Woodwastes | | |
| 05 – Construction/Demolition Debris | ***************************** | *************************** |
|     (A) - Tipping | 795,398 | |
|     (B) – Non-Tipping | | |
| 06 – Incinerator Ash | | |
| 07 – Domestic Sewage Sludge | | |
| 08 – Underground Storage Tank Correction Action Waste | | |
| 09 – Agricultural Waste | | |
| 10 - Stable | | |
| 11 – Infectious Waste | | |
| 12 – Friable Asbestos | | |
| 13 – Other, also specify name | | |
| | | |
| | | |
| (D) Total Quantity of Waste Received (In-State): | 795,398 | |
| (E) Total Quantity of Waste Received (Out-of-State): | 0 | |
| (F) GRAND TOTAL | 795,398 | |

13.  CERTIFICATION: I certify under penalty of law that I have personally examined and am familiar with the information submitted in this and all attached documents, and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe that the submitted information is true, accurate, and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

Signature _____  Date _8-1-07_

Name and Title ___ Victor C. Culpepper, Sc.D./Technical Director ___
(Type the name and title of the person signing the form)

LDEQ-EDMS Document 5955015, Page 4 of 5

July 1,2006_ thru June 30, 2007_                                                    Page __3___ of ___3__

Site Identification Number _____ D-051-11897_____Permit Number _____P-0374_____

15.  <u>All Facilities</u>:  Provide all calculations used to compute the quantity (expressed in wet-weight tons) of solid waste received at
     the facility.  Landfarm facilities must provide the calculations used to compute the quantity (in dry-weight tons) of solid waste
     received at the facility.  Surface impoundments must provide all calculations used to compute the quantity of total suspended
     solid disposed in the facility.

     See Attached Spreadsheet

## HWY 90, LLC
## CONSTRUCTION DEMOLITION DEBRIS

| Month | Mixed C & D, yds³ | Conversion Factor | Wet Wt., Tons | Vegetative Debris, yd³ | Conversion Factor | Wet Wt., Tons |
|---|---|---|---|---|---|---|
| Jul-06 | 298,354 | 0.25 | 74,589 | 16,964 | 0.25 | 4,241 |
| Aug-06 | 410,578 | 0.25 | 102,645 | 15,117 | 0.25 | 3,779 |
| Sep-06 | 441,166 | 0.25 | 110,292 | 16,241 | 0.25 | 4,060 |
| Oct-06 | 136,534 | 0.25 | 34,134 | 9,340 | 0.25 | 2,335 |
| Nov-06 | 272,625 | 0.25 | 68,156 | 10,824 | 0.25 | 2,706 |
| Dec-06 | 279,960 | 0.25 | 69,990 | 18,739 | 0.25 | 4,685 |
| Jan-07 | 261,686 | 0.25 | 65,422 | 13,789 | 0.25 | 3,447 |
| Feb-07 | 159,086 | 0.25 | 39,772 | 3,331 | 0.25 | 833 |
| Mar-07 | 227,235 | 0.25 | 56,809 | 7,455 | 0.25 | 1,864 |
| Apr-07 | 147,232 | 0.25 | 36,808 | 4,967 | 0.25 | 1,242 |
| May-07 | 126,598 | 0.25 | 31,650 | 68,637 | 0.25 | 17,159 |
| Jun-07 | 162,426 | 0.25 | 40,607 | 72,709 | 0.25 | 18,177 |
| | Total Tonnage Mixed C & D | | 730,870 | Total Tonnage Veg. Debris | | 64,528 |

Aug 07 2008

2000 South Kenner Rd.
Avondale, Louisiana 70094
(504) 436-1288 Office
(504) 436-7247 Fax

## River Birch Landfill



| | | | |
|---|---|---|---|
| **To:** | Financial Services Division | **From:** | Vic Culpepper |
| **Fax:** | 225-219-3868 | **Pages:** | 5 (including cover) |
| **Phone:** | | **Date:** | August 7, 2008 |
| **Re:** | HWY 90, LLC Solid Waste Annual Report | **CC:** | |

☐ **Urgent**    X **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

Original to follow via certified mail.

# LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
## SOLID WASTE DISPOSER ANNUAL REPORT
### TYPE I AND II LANDFILLS, LANDFARMS, SURFACE IMPOUNDMENTS AND
### TYPE III CONSTRUCTION DEMOLITION DEBRIS AND WOODWASTE LANDFILLS
#### (Please Refer to the Detailed Instructions)

1.   Site Identification No. _____D-051-11897_____  July 1, _2007_ thru June 30, _2008_

2.   Permit Number ___P-0374_____

3.   Agency Interest Number__100642_____

4.   Name of Permit Holder ___HWY 90, LLC_____

5.   Name of Disposal Facility ___HWY 90, LLC_____

6.   Mailing Address___2000 South Kenner Rd._____ Parish___Jefferson_____
7.   Contact ____Vic Culpepper_____ Telephone (_504___)___436-1288_____

8.   Type of Facility: ☐ Landfill    ☐ Landfarm ☐   Surface Impoundment

            **X**   Construction/Demolition Debris Landfill ☐ Woodwaste Landfill

9.   **Surface Impoundments**. This section applies only to surface impoundments.
     A.   Indicate the quantity of waste (solids/sludge) that has been removed from the surface impoundments during the past year (July 1 - June 30).
                _____ Wet-weight Tons
     B.   Provide the identification number and permit number of the facility used to dispose of the waste.
          Site Identification Number _____
          Facility Permit Number _____

10.  **Type I, II and III Landfills, Landfarms and Surface Impoundments.** This section applies only to Type I, II and III landfills, landfarms and surface impoundments.
     A.   Estimated remaining permitted capacity (expressed in wet-weight tons) _16,606,000_____
     B.   Estimated life of facility (expressed in months and based on the permitted capacity of the facility) ____511_____

11.  **Construction/Demolition and Woodwaste Landfills.** This section applies only to construction/demolition and woodwaste landfills. Please mark all that apply.
     ☐   This facility receives only woodwastes that are beneficially used in accordance with a Best Management Practice Plan that has been approved in writing by the Department of Agriculture and submitted to the Office of Environmental Services, Permits Division.

     ☐   This facility receives only woodwaste resulting from utility right-of-way clearings. These woodwastes are only received from utility companies or their authorized contractors.

     ☐   This construction/demolition debris facility receives only wastes that have been generated on-site.

     ☐   This woodwaste facility receives only waste generated by the owner of the property on which this facility is located.

**This form is to be returned to Financial Services Division at the following address <u>no later than August 1</u> of each reporting year. Questions regarding the form may be directed to the Financial Services Division at 225-219-3863.**
                      **Financial Services Division**
                      **Attn: SW Reports**
                      **P. O. Box 4303**
                      **Baton Rouge, LA 70821-4303**

July 1, 2007 thru June 30, 2008___      Page _2__ of _3__

Site Identification Number ___ D-051-11897_____      Permit Number ___P-0374_____

12.   **Summary of Non-Industrial Waste Disposed**: Provide below a summary of the non-industrial waste received for this reporting period.

Note: Landfarm facilities are required to report in wet-weight tons and dry-weight tons. All other facilities must report <u>only</u> in wet-weight tons.

| (A) Non-Industrial Waste | (B) Quantity (Wet-Weight Tons) | (C) Quantity for Land Farms Only (Dry-Weight Tons) |
|---|---|---|
| 01 – Residential | | |
| 02 - Commercial | | |
| 03 - Trash | | |
| 04 - Woodwastes | | |
| 05 – Construction/Demolition Debris | ***************************** | *************************** |
|   (A) - Tipping | 268,923 | |
|   (B) – Non-Tipping | | |
| 06 – Incinerator Ash | | |
| 07 – Domestic Sewage Sludge | | |
| 08 – Underground Storage Tank Correction Action Waste | | |
| 09 – Agricultural Waste | | |
| 10 - Stable | | |
| 11 – Infectious Waste | | |
| 12 – Friable Asbestos | | |
| 13 – Other, also specify name | | |
| | | |
| | | |
| (D) Total Quantity of Waste Received (In-State): | 268,923 | |
| (E) Total Quantity of Waste Received (Out-of-State): | 0 | |
| (F) GRAND TOTAL | 268,923 | |

13.   CERTIFICATION: I certify under penalty of law that I have personally examined and am familiar with the information submitted in this and all attached documents, and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe that the submitted information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

Signature _____     Date _8-1-08_

Name and Title ___Victor C. Culpepper, Sc.D./Technical Director___

(Type the name and title of the person signing the form)

SW-FSD-2                                              05/2007

July 1, 2006_ thru June 30, 2007_         Page __3___ of ___3__

Site Identification Number _____ D-051-11897_____ Permit Number _____ P-0374_____

15. **All Facilities**: Provide all calculations used to compute the quantity (expressed in wet-weight tons) of solid waste received at the facility. Landfarm facilities must provide the calculations used to compute the quantity (in dry-weight tons) of solid waste received at the facility. Surface impoundments must provide all calculations used to compute the quantity of total suspended solid disposed in the facility.

See Attached Spreadsheet

## HWY 90, LLC
## CONSTRUCTION DEMOLITION DEBRIS

| Month | Mixed C & D, yds³ | Conversion Factor | Wet Wt., Tons | Vegetative Debris, yd³ | Conversion Factor | Wet Wt., Tons |
|---|---|---|---|---|---|---|
| Jul-07 | 139,632 | 0.25 | 34,908 | 13,616 | 0.25 | 3,404 |
| Aug-07 | 122,749 | 0.25 | 30,687 | 19,101 | 0.25 | 4,775 |
| Sep-07 | 112,399 | 0.25 | 28,100 | 1,841 | 0.25 | 460 |
| Oct-07 | 69,860 | 0.25 | 17,465 | 5,130 | 0.25 | 1,283 |
| Nov-07 | 75,493 | 0.25 | 18,873 | 1,806 | 0.25 | 452 |
| Dec-07 | 77,938 | 0.25 | 19,485 | 640 | 0.25 | 160 |
| Jan-08 | 60,551 | 0.25 | 15,138 | 313 | 0.25 | 78 |
| Feb-08 | 70,382 | 0.25 | 17,596 | 823 | 0.25 | 206 |
| Mar-08 | 60,054 | 0.25 | 15,014 | 908 | 0.25 | 227 |
| Apr-08 | 64,821 | 0.25 | 16,205 | 830 | 0.25 | 208 |
| May-08 | 68,461 | 0.25 | 17,115 | 1,416 | 0.25 | 354 |
| Jun-08 | 105,709 | 0.25 | 26,427 | 1,219 | 0.25 | 305 |
| | Total Tonnage Mixed C & D | | 257,012 | Total Tonnage Veg. Debris | | 11,911 |

# LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
## SOLID WASTE DISPOSER ANNUAL REPORT
### TYPE I AND II LANDFILLS, LANDFARMS, SURFACE IMPOUNDMENTS AND
### TYPE III CONSTRUCTION DEMOLITION DEBRIS AND WOODWASTE LANDFILLS
#### (Please Refer to the Detailed Instructions)

1. Site Identification No. _____D-051-11897_____ July 1, _2007_ thru June 30, _2008__

2. Permit Number ___P-0374_____

3. Agency Interest Number__100642_____

4. Name of Permit Holder ____HWY 90, LLC_____

5. Name of Disposal Facility ____HWY 90, LLC_____

6. Mailing Address___2000 South Kenner Rd._____ Parish____Jefferson_____
7. Contact _____Vic Culpepper_____ Telephone (_504___)___436-1288_____

8. Type of Facility:  [ ] Landfill   [ ] Landfarm [ ]   Surface Impoundment

   **X** Construction/Demolition Debris Landfill   [ ] Woodwaste Landfill

9. **Surface Impoundments.** This section applies only to surface impoundments.
   A. Indicate the quantity of waste (solids/sludge) that has been removed from the surface impoundments during the past year (July 1 - June 30).
      _____ Wet-weight Tons
   B. Provide the identification number and permit number of the facility used to dispose of the waste.
      Site Identification Number _____
      Facility Permit Number _____

10. **Type I, II and III Landfills, Landfarms and Surface Impoundments.** This section applies only to Type I, II and III landfills, landfarms and surface impoundments.
    A. **Estimated remaining permitted capacity (expressed in wet-weight tons) _16,606,000_____**
    B. **Estimated life of facility (expressed in months and based on the permitted capacity of the facility) ____511_____**

11. **Construction/Demolition and Woodwaste Landfills.** This section applies only to construction/demolition and woodwaste landfills. Please mark all that apply.
    [ ] This facility receives only woodwastes that are beneficially used in accordance with a Best Management Practice Plan that has been approved in writing by the Department of Agriculture and submitted to the Office of Environmental Services, Permits Division.

    [ ] This facility receives only woodwaste resulting from utility right-of-way clearings. These woodwastes are only received from utility companies or their authorized contractors.

    [ ] This construction/demolition debris facility receives only wastes that have been generated on-site.

    [ ] This woodwaste facility receives only waste generated by the owner of the property on which this facility is located.

**This form is to be returned to Financial Services Division at the following address no later than August 1 of each reporting year. Questions regarding the form may be directed to the Financial Services Division at 225-219-3863.**

Financial Services Division
Attn: SW Reports
P. O. Box 4303
Baton Rouge, LA  70821-4303

**RECEIVED**

AUG 1 2 2008

SW-FSD-2

**DEQ-FINANCIAL SERVICES**

05/2007

Site Identification Number ___ D-051-11897_____    Permit Number ___P-0374_____

12.    **Summary of Non-industrial Waste Disposed**: Provide below a summary of the non-industrial waste received for this reporting period.
**Note:** Landfarm facilities are required to report in wet-weight tons and dry-weight tons. All other facilities must report <u>only</u> in wet-weight tons.

| (A)<br>Non-Industrial Waste | (B) Quantity<br>(Wet-Weight Tons) | (C) Quantity for **Land Farms Only**<br>(Dry-Weight Tons) |
|---|---|---|
| 01 – Residential | | |
| 02 - Commercial | | |
| 03 - Trash | | |
| 04 - Woodwastes | | |
| 05 – Construction/Demolition Debris | **************************** | ************************** |
| (A) - Tipping | 268,923 | |
| (B) – Non-Tipping | | |
| 06 – Incinerator Ash | | |
| 07 – Domestic Sewage Sludge | | |
| 08 – Underground Storage Tank Correction Action Waste | | |
| 09 – Agricultural Waste | | |
| 10 - Stable | | |
| 11 – Infectious Waste | | |
| 12 – Friable Asbestos | | |
| 13 – Other, also specify name | | |
| | | |
| | | |
| (D) Total Quantity of Waste Received (In-State): | 268,923 | |
| (E) Total Quantity of Waste Received (Out-of-State): | 0 | |
| (F) GRAND TOTAL | 268,923 | |

13.    CERTIFICATION: I certify under penalty of law that I have personally examined and am familiar with the information submitted in this and all attached documents, and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe that the submitted information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

Signature _____    Date _8-1-08_
Name and Title    Victor C. Culpepper, Sc.D./Technical Director
    (Type the name and title of the person signing the form)

SW-FSD-2                                                                                                        05/2007

July 1,2006_ thru June 30, 2007_                                    Page __3___ of ___3__

Site Identification Number _____ D-051-11897_____ Permit Number _____P-0374_____

15.   **All Facilities**:  Provide all calculations used to compute the quantity (expressed in wet-weight tons) of solid waste received at
      the facility.  Landfarm facilities must provide the calculations used to compute the quantity (in dry-weight tons) of solid waste
      received at the facility.  Surface impoundments must provide all calculations used to compute the quantity of total suspended
      solid disposed in the facility.

See Attached Spreadsheet

SW-FSD-2                                                                                  05/2007

## HWY 90, LLC
## CONSTRUCTION DEMOLITION DEBRIS

| Month | Mixed C & D, yds³ | Conversion Factor | Wet Wt., Tons | Vegetative Debris, yd³ | Conversion Factor | Wet Wt., Tons |
|---|---|---|---|---|---|---|
| Jul-07 | 139,632 | 0.25 | 34,908 | 13,616 | 0.25 | 3,404 |
| Aug-07 | 122,749 | 0.25 | 30,687 | 19,101 | 0.25 | 4,775 |
| Sep-07 | 112,399 | 0.25 | 28,100 | 1,841 | 0.25 | 460 |
| Oct-07 | 69,860 | 0.25 | 17,465 | 5,130 | 0.25 | 1,283 |
| Nov-07 | 75,493 | 0.25 | 18,873 | 1,806 | 0.25 | 452 |
| Dec-07 | 77,938 | 0.25 | 19,485 | 640 | 0.25 | 160 |
| Jan-08 | 60,551 | 0.25 | 15,138 | 313 | 0.25 | 78 |
| Feb-08 | 70,382 | 0.25 | 17,596 | 823 | 0.25 | 206 |
| Mar-08 | 60,054 | 0.25 | 15,014 | 908 | 0.25 | 227 |
| Apr-08 | 64,821 | 0.25 | 16,205 | 830 | 0.25 | 208 |
| May-08 | 68,461 | 0.25 | 17,115 | 1,416 | 0.25 | 354 |
| Jun-08 | 105,709 | 0.25 | 26,427 | 1,219 | 0.25 | 305 |
| | Total Tonnage Mixed C & D | | 257,012 | Total Tonnage Veg. Debris | | 11,911 |

July 1, 2008 thru June 30, 2009                                    Page 1 of 3

## LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
## SOLID WASTE DISPOSER ANNUAL REPORT
Type I & Type II Landfills, Landfarms, & Surface Impoundments; Type III Construction Demolition Debris; & Woodwaste Landfills
(To Complete Please Refer to the Detailed Instructions)

1.  Site Identification No. D-051-11897
2.  Permit Number P-0324
3.  Agency Interest Number 100642
4.  Name of Permit Holder HWY 90 LLC
5.  Name of Disposal Facility Hwy 90 Construction/Demolition Debris Landfill
6.  Mailing Address 2000 Belle Chasse Hwy Terytown Parish Jefferson
    Physical Address 5000 Hwy 90 Avondale, LA 70094
    Latitude 29·54·969 Longitude 90·14·459 Datum (circle one)  NAD83  (WGS84)
7.  Contact Vic Culpepper                      Telephone (504) 436-1288

8.  Type of Facility: Check only one.  ☐ Landfill      ☐ Landfarm      ☐ Surface Impoundment
                                        ☒ Construction/Demolition Debris Landfill  ☐ Woodwaste Landfill

9.  **Surface Impoundments**. This section applies only to surface impoundments.
    A.  Indicate the quantity of waste (solids/sludge) that has been removed from the surface impoundments during the past year (July 1 - June 30). _____ Wet-weight Tons
    B.  Provide the identification number and permit number of the facility used to dispose of the waste indicated in 9A.
        Site Identification Number _____
        Facility Permit Number _____
        Agency Interest Number _____

10. **Type I, II and III Landfills, Landfarms and Surface Impoundments Capacity.**
    A.  Please indicate all of the following capacity measurements in cubic yards. Do not leave a section blank. Indicate "0" if necessary.
        i.   **Permitted Capacity** – the initial total volume of waste expressed in cubic yards that a specific bounded facility (total landfill disposal area) is capable of accepting for disposal under an issued permit, i.e. for the permit's duration. See Attachment 1
        ii.  **Used Capacity** – the volume of waste expressed in cubic yards that have been disposed into a landfill at a specific bounded facility operating under an issued permit, i.e. for the permit's duration. See Attachment 1
        iii. **Remaining Capacity** – the volume of waste expressed in cubic yards that may be disposed into the unused permitted disposal area at a specific bounded facility under an existing permit (for the permit's duration). Remaining Capacity is determined by subtracting the amount of capacity that has been used from the total permitted capacity. (Remaining Capacity = Permitted Capacity – Used Capacity) See Attachment 1
        iv.  **Potential Capacity** – the volume of waste expressed in cubic yards that may be disposed into an area that is not yet permitted. This disposal area must be contiguous to the permitted area, must be part of the permitee's master plan, and must be available for consideration as a modification to the permit or in a renewal application. Potential Capacity represents an increase in permitted disposal area. See Attachment 1
    B.  **Estimated Life of Facility** (expressed in months and based on the remaining capacity of the facility) See Attachment 1

11. **Construction/Demolition and Woodwaste Landfills.** This section applies only to construction/demolition and woodwaste landfills. Please check all that apply.
    ☐  This facility receives only woodwastes that are beneficially used in accordance with a Best Management Practice Plan that has been approved in writing by the Department of Agriculture and submitted to the Office of Environmental Services, Waste Permits Division as described in LAC 33: VII.303.A.10.

    ☐  This facility receives only woodwaste resulting from utility right-of-way clearings. These woodwastes are only received from utility companies or their authorized contractors as described in LAC 33:305.A.9.

    ☐  This construction/demolition debris facility receives only wastes that have been generated on-site as described in LAC 33: VII.305.A.4.

    ☐  This woodwaste facility receives only waste generated by the owner of the property on which this facility is located as described in LAC 33: VII.305.A.8.

This report is to be submitted to the Office of Management and Finance (address below) no later than August 1 following the end of each reporting year. Failure to submit this report on or before August 1 following the end of each reporting year is a violation of your permit and LAC 33:VII.Subpart 1, and may result in enforcement action by the Department under the authority granted by the Louisiana Environmental Quality Act (the Act), La. R.S. 30:2001, et seq., and particularly by La. R.S. 30:2025(C), 30:2050.2 and 30:2050.3(B). The Department reserves the right to seek civil penalties in any manner allowed by law for each violation. Note: Submittal of an incomplete report or a report containing false or inaccurate information may also be considered a violation of your permit and LAC 33:VII.Subpart 1.

Financial Services Division
Attn: SW Reports
P. O. Box 4303
Baton Rouge, LA 70821-4303

RECEIVED

AUG 18 2009

DEQ FINANCIAL SERVICES

July 1, 2008 thru June 30, 2009                                    Page 2 of 3

Site Identification Number  N - O 5 1 - 11892        Permit Number  P - O374

12.  **Summary of Non-Industrial Waste Disposed**:  Provide below a summary of the **non-industrial** waste received for this reporting period. Please complete each section. If no tonnage was received, please mark "0." Do not leave any section blank.

   **Note**:  Landfarm facilities are required to report in **both** wet-weight tons and dry-weight tons.  All other facilities must report **only** in wet-weight tons.

| (A)  Non-Industrial Waste | (B) Quantity (Wet-Weight Tons) | (C) Land Farms Only Quantity (Dry-Weight Tons) |
|---|---|---|
| 01 – Residential | | |
| 02 - Commercial | | |
| 03 - Trash | | |
| 04 - Woodwastes | 37885 | |
| 06 – Incinerator Ash | | |
| 07 – Domestic Sewage Sludge | | |
| 08 – Underground Storage Tank Corrective Action Waste | | |
| 09 – Agricultural Waste | | |
| 10 - Stable | | |
| 11 – Infectious Waste | | |
| 12 – Friable Asbestos | | |
| 13 – Other: **specify name** | | |
| | | |
| | | |
| | | |
| | | |
| (D) Total Quantity of Non-Industrial Waste Received (In-State): | 37 885 | |
| (E) Total Quantity of Non-Industrial Waste Received (Out-of-State): | O | |
| (F) GRAND TOTAL NON-INDUSTRIAL WASTE | 37 885 | |

13.  **Summary of C&D Waste Disposed**:  Provide below a summary of the C&D waste received for this reporting period. Please complete each section. If no tonnage was received, please mark "0." Do not leave any section blank.

| (A)  05 - C&D Waste | (B) Quantity (Wet-Weight Tons) |
|---|---|
| Tipping | 221 908 |
| Non-Tipping | O |
| (C) GRAND TOTAL C&D WASTE | 221 908 |

SW-FSD-2                                                                01/2009

July 1, 200_8_ thru June 30, 20_09_

Page __3__ of __3__

Site Identification Number _0-051-11857_

Permit Number _P-0374_

15. **All Facilities**: Provide all calculations used to compute the quantity (expressed in wet-weight tons) of solid waste received at the facility. Landfarm facilities must also provide the calculations used to compute the quantity in dry-weight tons of solid waste received at the facility. Surface impoundments must provide all calculations used to compute the quantity of total suspended solid disposed in the facility. If the facility uses a scale, please state so. If the facility uses some other electronic method of calculations please include this data. If the facility uses any conversion factors to determine tonnage (for example, if the facility receives wastes by the cubic yard and converts to wet-weight tons), those calculations must be shown. **Some form of calculations (be it actual mathematics or scale information) must be shown or the report will be considered incomplete and may be returned.**

See Attachment 2

16. **CERTIFICATION:** I certify under penalty of law that I have personally examined and am familiar with the information submitted in this and all attached documents, and based on my inquiry of those individuals immediately responsible for obtaining the information; I believe that the submitted information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

Signature _____   Date _8-18-09_

Name and Title _Victor C. Culpepper, Sc. D./Technical Director_
Print or type the name and title of the person signing the form

SW-FSD-2

01/2009

**Attachment 1**

## Section 10: Type I, II, and III Landfills, Landfarms and Surface Impoundments Capacity

As discussed with Jason Meyers of LDEQ, calculation of Used Capacity, Remaining Capacity, Potential Capacity, and Estimated Life of Facility using the equations listed in Section 10 provide grossly erroneous results for these values. More accurate values were obtained using the historical total yardage received at the landfill since its opening and the total permitted area occupied by the waste, expressed in cubic yards. The calculations and associated figures are included herein.

- The total yardage of construction/demolition and hurricane generated debris disposed of at HWY 90, LLC from January 2005 to June 30, 2009 is 11,626,440 cubic yards.

- The approximate total square footage of area is 50 acres. The 50 acres was constructed to a grade of approximately -40 feet msl and the deposited waste occupies the area from the bottom of the cells to approximately +35 feet msl.

- This area has 7:1 side slopes from sea level to the bottom of the cells and 4:1 side slopes from sea level to +35 feet msl.

- Using this data, as shown in the attached figures, the total volume of space occupied is approximately 4,847,100 cubic yards.

- Using this volume and dividing into the total volume of waste received, a compaction ratio of 2.4 truck yards to 1 in-place yard is achieved.

Based on these figures, the following data is calculated:

### Permitted Capacity

18,000,000 in-place yards (43,200,000 truck yards)

### Used Capacity

4,847,100 cubic yards

**Attachment 1, cont.**

**Remaining Capacity**

1,3152,900 in-place yards (31,566,960 truck yards)

**Potential Capacity**

48,781,000 in-place yards:  Based on permit modification submitted
December 2008)

**Estimated Life of Facility**

498 Months:  Based on the remaining volume expressed in truck yards and
annual total disposal rate of 1.04 million cubic yards per year.

Figure 1

Area 1    306,100 yd³        [illegible] Area to Natural Ground Surface

Area 2    190,000 yd³

Area 3    305,100 yd³

Area 4    1,623,000 yd³



Area 5   121,200 yd³
Area 6   108,500 yd³
Area 7   121,200 yd³
Area 8   2,071,000 yd³

Figure 2

Fill Area From Natural Ground
Surface to +35'



## Attachment 2

## HWY 90, LLC
## CONSTRUCTION DEMOLITION DEBRIS

| Month | Mixed C & D, yds$^3$ | Conversion Factor | Wet Wt., Tons | Vegetative Debris, yd$^3$ | Conversion Factor | Wet Wt., Tons |
|---|---|---|---|---|---|---|
| Jul-08 | 73,806 | 0.25 | 18,452 | 2,206 | 0.25 | 552 |
| Aug-08 | 52,809 | 0.25 | 13,202 | 1,929 | 0.25 | 482 |
| Sep-08 | 86,839 | 0.25 | 21,710 | 97,855 | 0.25 | 24,464 |
| Oct-08 | 120,027 | 0.25 | 30,007 | 17,194 | 0.25 | 4,299 |
| Nov-08 | 57,160 | 0.25 | 14,290 | 30,441 | 0.25 | 7,610 |
| Dec-08 | 77,594 | 0.25 | 19,399 | 300 | 0.25 | 75 |
| Jan-09 | 70,379 | 0.25 | 17,595 | 41 | 0.25 | 10 |
| Feb-09 | 89,018 | 0.25 | 22,255 | 70 | 0.25 | 18 |
| Mar-09 | 67,290 | 0.25 | 16,823 | 367 | 0.25 | 92 |
| Apr-09 | 61,137 | 0.25 | 15,284 | 255 | 0.25 | 64 |
| May-09 | 59,775 | 0.25 | 14,944 | 161 | 0.25 | 40 |
| Jun-09 | 71,799 | 0.25 | 17,950 | 721 | 0.25 | 180 |
| Total Tonnage Mixed C & D | | | 221,908 | Total Tonnage Veg. Debris | | 37,885 |

**Attachment 3**

**Correspondence with Jason Meyers Regarding Calculations**

## Vic Culpepper

**From:** Jason Meyers [Jason.Meyers@LA.GOV]

**Sent:** Tuesday, August 04, 2009 10:33 AM

**To:** Vic Culpepper

**Subject:** RE: Solid Waste Annual Report

That sounds reasonable. Next time we have a chance we can discuss how we could change the calculation to be more accurate.

Thanks,

Jason

**From:** Vic Culpepper [mailto:vculpepper@riverbirchlandfill.com]
**Sent:** Tuesday, August 04, 2009 9:20 AM
**To:** Jason Meyers
**Cc:** 'Steve Burnham'
**Subject:** RE: Solid Waste Annual Report

I plan on estimating the total volume of air space used so far and, in conjunction with the total volume disposed of, calculate a compaction ratio, then use this along with the remaining air space to calculate a life expectancy. I will also use the current annual yardage received in the calculation as well. Steve is coming to my office as 10 a.m. and I'll discuss with him as well. I recommend changing the calculation, at least for C & D sites if you want to obtain more accurate air space numbers.

Vic Culpepper, Sc.D
Technical Director
River Birch Inc./Hwy. 90, LLC
2000 S. Kenner Rd.
Avondale, LA 70094
504-436-1288 office
504-436-7247 fax
504-915-6006 cell
vculpepper@riverbirchlandfill.com

**From:** Jason Meyers [mailto:Jason.Meyers@LA.GOV]
**Sent:** Tuesday, August 04, 2009 9:06 AM
**To:** Vic Culpepper
**Subject:** RE: Solid Waste Annual Report

Yes, if you have another method that is more accurate then you can use it and provide a short justification. We need this info for our biannual report to the legislature so we need accurate numbers. What other method are you proposing?

Thanks,

Jason

**From:** Vic Culpepper [mailto:vculpepper@riverbirchlandfill.com]
**Sent:** Tuesday, August 04, 2009 8:42 AM
**To:** Jason Meyers
**Subject:** FW: Solid Waste Annual Report

Jason:

I sent you this email while you were out. If you have a chance please review. I have not submitted my solid
waste report for HWY 90 yet (I did for River Birch).

Thanks,

Vic Culpepper, Sc.D
Technical Director
River Birch Inc./Hwy. 90, LLC
2000 S. Kenner Rd.
Avondale, LA 70094
504-436-1288 office
504-436-7247 fax
504-915-6006 cell
vculpepper@riverbirchlandfill.com

---

**From:** Vic Culpepper [mailto:vculpepper@riverbirchlandfill.com]
**Sent:** Thursday, July 23, 2009 7:58 AM
**To:** 'Jason Meyers'
**Cc:** 'Steve Burnham'
**Subject:** Solid Waste Annual Report

Good Morning Jason:

I am currently completing the solid waste reports for River Birch and HWY 90 C & D. On the new annual report
form, Item 10 pertains to the capacities of the landfill and estimated life of the facility. If I complete this section
using the instructions under each item, I will grossly underestimate the remaining capacity of HWY 90. For
example, our currently permitted landfill acreage is 156 acres and the permitted capacity is 18,000,000 cubic
yards. To date, we have deposited roughly 11,600,000 cubic yards of C & D and hurricane debris in the landfill,
theoretically leaving 6,400,000 cubic yards of airspace left. At our current annual volume of approximately
1,000,000 cubic yards, that equates to 6.5 years of remaining life. I have not completed my calculations on the
overall air space we have left. However, we have deposited waste in approximately 50 acres to a height not
exceeding  35 feet.  That leaves over 100 acres of untouched permitted area and our final height is up to 95 feet.
Excluding another Katrina that leaves virtually decades of life left. Can I use another method of airspace
calculation and justify as an attachment?

Best Regards,

Vic Culpepper, Sc.D
Technical Director
River Birch Inc./Hwy. 90, LLC
2000 S. Kenner Rd.
Avondale, LA 70094
504-436-1288 office
504-436-7247 fax
504-915-6006 cell
vculpepper@riverbirchlandfill.com

8/18/2009



River**Birch**
I N C O R P O R A T E D

2000 South Kenner Road • Avondale, LA 70094
504 436.1288 • 504 436.0611 FAX

October 15, 2010

CERTIFIED MAIL:   7002 2410 0006 1688 5811

Financial Services Division
Attn: SW Reports
P. O. Box 4303
Baton Rouge, LA 70821-4303

Re:      HWY-90 C & D Landfill
         REVISED Solid Waste Disposer Annual Report
         July 1, 2009- June 30, 2010
         Agency Interest No.: 100642

To Whom It May Concern,

HWY-90 C & D Landfill is respectfully submitting the REVISED Annual Solid Waste
Disposer's Report for the time period of July 1, 2009 through June 30, 2010 as per LAC
33:VII.Subpart 1. Should you have any questions regarding this submittal you can contact me at
your convenience at 504-436-1288.

Best Regards,

Vic Culpepper
Technical Director

Enclosures

July 1, 2009 thru June 30, 2010                                    Page __1__ of __3__

## LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
## SOLID WASTE DISPOSER ANNUAL REPORT

Type I & Type II Landfills, Landfarms, & Surface Impoundments; Type III Construction Demolition Debris; & Woodwaste Landfills
(To Complete Please Refer to the Detailed Instructions)

1. Site Identification No. __D-051-11897__

2. Permit Number __P-0374__

3. Agency Interest Number __100642__

4. Name of Permit Holder __HWY 90, LLC__

5. Name of Disposal Facility __HWY 90 Construction & Demolition Debris Landfill__

6. Mailing Address __2000 South Kenner Rd.__      Parish __Jefferson__

   Physical Address __5000 Hwy 90__

   Latitude __29__ °- __54__ '- __469__ " Longitude __90__ °- __14__ '- __459__ "   Datum (circle one)   NAD83  (WGS84)

7. Contact __Vic Culpepper, Technical Director__      Telephone (_504_) __436-1288__

8. Type of Facility: Check only one. ☐ Landfill   ☐ Landfarm   ☐ Surface Impoundment
   ☒ Construction/Demolition Debris Landfill   ☐ Woodwaste Landfill

9. **Surface Impoundments**. This section applies only to surface impoundments.
   A. Indicate the quantity of waste (solids/sludge) that has been removed from the surface impoundments during the past year (July 1 - June 30). _____ Wet-weight Tons
   B. Provide the identification number and permit number of the facility used to dispose of the waste indicated in 9A.
   Site Identification Number _____
   Facility Permit Number _____
   Agency Interest Number _____

10. **Type I, II and III Landfills, Landfarms and Surface Impoundments Capacity.**
    **15.** Please indicate all of the following capacity measurements in cubic yards. Do not leave a section blank. Indicate "0" if necessary.
    i. **Permitted Capacity** – the initial total volume of waste expressed in cubic yards that a specific bounded facility (total landfill disposal area) is capable of accepting for disposal under an issued permit, i.e. for the permit's duration. __148,641,360  (Truck Yards)__
    ii. **Used Capacity** – the volume of waste expressed in cubic yards that have been disposed into a landfill at a specific bounded facility operating under an issued permit, i.e. for the permit's duration. __12,419,130__
    iii. **Remaining Capacity** – the volume of waste expressed in cubic yards that may be disposed into the unused permitted disposal area at a specific bounded facility under an existing permit (for the permit's duration). Remaining Capacity is determined by subtracting the amount of capacity that has been used from the total permitted capacity. (Remaining Capacity = Permitted Capacity – Used Capacity) __136,222,230__
    iv. **Potential Capacity** – the volume of waste expressed in cubic yards that may be disposed into an area that is not yet permitted. This disposal area must be contiguous to the permitted area, must be part of the permitee's master plan, and must be available for consideration as a modification to the permit or in a renewal application. Potential Capacity represents an increase in permitted disposal area. __0__

    B. Estimated Life of Facility (expressed in months and based on the remaining capacity of the facility) __5155__

11. **Construction/Demolition and Woodwaste Landfills.** This section applies only to construction/demolition and woodwaste landfills. Please check all that apply.
    ☐ This facility receives only woodwastes that are beneficially used in accordance with a Best Management Practice Plan that has been approved in writing by the Department of Agriculture and submitted to the Office of Environmental Services, Waste Permits Division as described in LAC 33: VII.303.A.10.
    ☐ This facility receives only woodwaste resulting from utility right-of-way clearings. These woodwastes are only received from utility companies or their authorized contractors as described in LAC 33: VII.305.A.9.
    ☐ This construction/demolition debris facility receives only wastes that have been generated on-site as described in LAC 33: VII.305.A.4.
    ☐ This woodwaste facility receives only waste generated by the owner of the property on which this facility is located as described in LAC 33: VII.305.A.8.

This report is to be submitted to the Office of Management and Finance (address below) no later than August 1 following the end of each reporting year. Failure to submit this report on or before August 1 following the end of each reporting year is a violation of your permit and LAC 33:VII.Subpart 1, and may result in enforcement action by the Department under the authority granted by the Louisiana Environmental Quality Act (the Act), La. R.S. 30:2001, et seq., and particularly by La. R.S. 30:2025(C), 30:2050.2 and 30:2050.3(B). The Department reserves the right to seek civil penalties in any manner allowed by law for each violation. Note: Submittal of an incomplete report or a report containing false or inaccurate information may also be considered a violation of your permit and LAC 33:VII.Subpart 1. **RECEIVED**

Financial Services Division
Attn: SW Reports
P. O. Box 4303
Baton Rouge, LA 70821-4303

OCT 2 5 2010

**DEQ-FINANCIAL SERVICES**

SW-FSD-2                                                                01/2009

July 1, <u>2009</u> thru June 30, <u>2010</u>                                                    Page___2___ of ___3___

Site Identification Number _____D-051-11897_____                    Permit Number ___P-0374___

12.      **Summary of Non-industrial Waste Disposed**:  Provide below a summary of the **non-industrial** waste received for this reporting period. Please complete each section. If no tonnage was received, please mark "0." Do not leave any section blank.

**Note**:  Landfarm facilities are required to report in **both** wet-weight tons and dry-weight tons.  All other facilities must report <u>only</u> in wet-weight tons.

| (A)  Non-Industrial Waste | (B) Quantity (Wet-Weight Tons) | (C) **Land Farms Only** Quantity (Dry-Weight Tons) |
|---|---|---|
| 01 – Residential | | |
| 02 - Commercial | | |
| 03 - Trash | | |
| 04 - Woodwastes | 257 | |
| 06 – Incinerator Ash | | |
| 07 – Domestic Sewage Sludge | | |
| 08 – Underground Storage Tank Corrective Action Waste | | |
| 09 – Agricultural Waste | | |
| 10 - Stable | | |
| 11 – Infectious Waste | | |
| 12 – Friable Asbestos | | |
| 13 – Other: **specify name** | | |
| | | |
| | | |
| | | |
| (D) Total Quantity of Non-Industrial Waste Received (In-State): | 257 | |
| (E) Total Quantity of Non-Industrial Waste Received (Out-of-State): | 0 | |
| (F) GRAND TOTAL NON-IDUSTRIAL WASTE | 257 | |

13.      **Summary of C&D Waste Disposed**:  Provide below a summary of the **C&D** waste received for this reporting period. Please complete each section. If no tonnage was received, please mark "0." Do not leave any section blank.

| (A)  05- C&D Waste | (B) Quantity (Wet-Weight Tons) |
|---|---|
| Tipping | 197,916 |
| Non-Tipping | 0 |
| (C) GRAND TOTAL C&D WASTE | 197,916 |

SW-FSD-2                                                                                                                    01/2009

July 1,  2009 thru June 30,  2010                                                              Page___3___of___3___

Site Identification Number _____D-051-11897_____                    Permit Number ___P-0374_____

15. **All Facilities**:  Provide all calculations used to compute the quantity (expressed in wet-weight tons) of solid waste received at the facility.  Landfarm facilities must also provide the calculations used to compute the quantity in dry-weight tons of solid waste received at the facility.  Surface impoundments must provide all calculations used to compute the quantity of total suspended solid disposed in the facility. If the facility uses a scale, please state so. If the facility uses some other electronic method of calculations please include this data. If the facility uses any conversion factors to determine tonnage (for example, if the facility receives wastes by the cubic yard and converts to wet-weight tons), those calculations must be shown. **Some form of calculations (be it actual mathematics or scale information) must be shown or the report will be considered incomplete and may be returned.**

   **Refer to Attachment 1.**

16.   CERTIFICATION: I certify under penalty of law that I have personally examined and am familiar with the information submitted in this and all attached documents, and based on my inquiry of those individuals immediately responsible for obtaining the information; I believe that the submitted information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

Signature _____ Date _____10/15/2010_____

Name and Title ____Vic Culpepper, Technical Director____

                    Print or type the name and title of the person signing the form

SW-FSD-2                                                                                                            01/2009

## Attachment 1

## HWY 90, LLC
## CONSTRUCTION DEMOLITION DEBRIS

| Month | Mixed C & D, yds³ | Conversion Factor | Wet Wt., Tons | Vegetative Debris, yd³ | Conversion Factor | Wet Wt., Tons |
|---|---|---|---|---|---|---|
| Jul-09 | 83,147 | 0.25 | 20,787 | 395 | 0.25 | 99 |
| Aug-09 | 70,792 | 0.25 | 17,698 | 80 | 0.25 | 20 |
| Sep-09 | 61,826 | 0.25 | 15,457 | 160 | 0.25 | 40 |
| Oct-09 | 75,143 | 0.25 | 18,786 | 20 | 0.25 | 5 |
| Nov-09 | 66,204 | 0.25 | 16,551 | 40 | 0.25 | 10 |
| Dec-09 | 46,426 | 0.25 | 11,607 | 8 | 0.25 | 2 |
| Jan-10 | 63,492 | 0.25 | 15,873 | 0 | 0.25 | 0 |
| Feb-10 | 41,817 | 0.25 | 10,454 | 30 | 0.25 | 8 |
| Mar-10 | 78,376 | 0.25 | 19,594 | 85 | 0.25 | 21 |
| Apr-10 | 74,336 | 0.25 | 18,584 | 70 | 0.25 | 18 |
| May-10 | 63,701 | 0.25 | 15,925 | 60 | 0.25 | 15 |
| Jun-10 | 66,402 | 0.25 | 16,601 | 80 | 0.25 | 20 |
| | Total Tonnage Mixed C & D | | 197,916 | | Total Tonnage Veg. Debris | 257 |



5000 Hwy. 90 • Avondale, Louisiana 70094
Phone 504.436.1632 • Fax 504.436.1175

July 15, 2011

CERTIFIED MAIL:   7010 1060 0001 1060 7576

Financial Services Division
Attn: SW Reports
P. O. Box 4303
Baton Rouge, LA  70821-4303

Re:    HWY-90 C & D Landfill
       Solid Waste Disposer Annual Report
       July 1, 2010 - June 30, 2011
       Agency Interest No.: 100642

To Whom It May Concern,

HWY-90 C & D Landfill is respectfully submitting the Annual Solid Waste Disposer's Report
for the time period of July 1, 2010 through June 30, 2011 as per LAC 33:VII.Subpart 1.  Should
you have any questions regarding this submittal you can contact me at your convenience at 504-
436-1288.

Best Regards,

Vic Culpepper
Technical Director

Enclosures

**RECEIVED**

JUL 2 1 2011

DEQ-FINANCIAL SERVICES

*Construction & Demolition Disposal Facility*

July 1, 2010 thru June 30, 2011                                        Page 1 of 3

## LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
## SOLID WASTE DISPOSER ANNUAL REPORT
Type I & Type II Landfills, Landfarms, & Surface Impoundments; Type III Construction Demolition Debris; & Woodwaste Landfills
(To Complete Please Refer to the Detailed Instructions)

1.  Site Identification No. D-051-11897

2.  Permit Number P-0374

3.  Agency Interest Number 100642

4.  Name of Permit Holder HWY 90, LLC

5.  Name of Disposal Facility HWY 90 Construction/Demolition Debris Landfill

6.  Mailing Address 2000 South Kenner Rd, Avondale, LA 70094  Parish Jefferson

    Physical Address 5000 Hwy 90, Avondale, LA 70094

    Latitude 29 °. 54 ′. 469 ″ Longitude 90 °. 14 ′. 459 ″   Datum (circle one)   NAD83  (WGS84)

7.  Contact Vic Culpepper/Technical Director                Telephone ( 504 ) 436-1288

8.  Type of Facility: Check only one. ☐ Landfill   ☐ Landfarm   ☐ Surface Impoundment

    ☑ Construction/Demolition Debris Landfill   ☐ Woodwaste Landfill

9.  **Surface Impoundments.** This section applies only to surface impoundments.
    A.  Indicate the quantity of waste (solids/sludge) that has been removed from the surface impoundments during the past year (July 1 - June 30). _____ Wet-weight Tons
    B.  Provide the identification number and permit number of the facility used to dispose of the waste indicated in 9A.
    Site Identification Number _____
    Facility Permit Number _____
    Agency Interest Number _____

10. **Type I, II and III Landfills, Landfarms and Surface Impoundments Capacity.**
    A.  Please indicate all of the following capacity measurements in cubic yards. Do not leave a section blank. Indicate "0" if necessary.
       i.  **Permitted Capacity** – the initial total volume of waste expressed in cubic yards that a specific bounded facility (total landfill disposal area) is capable of accepting for disposal under an issued permit, i.e. for the permit's duration. 148,641,360 (truck yards)
       ii. **Used Capacity** – the volume of waste expressed in cubic yards that have been disposed into a landfill at a specific bounded facility operating under an issued permit, i.e. for the permit's duration. 13,203,608
       iii. **Remaining Capacity** – the volume of waste expressed in cubic yards that may be disposed into the unused permitted disposal area at a specific bounded facility under an existing permit (for the permit's duration). Remaining Capacity is determined by subtracting the amount of capacity that has been used from the total permitted capacity. (Remaining Capacity = Permitted Capacity – Used Capacity) 135,437,752
       iv. **Potential Capacity** – the volume of waste expressed in cubic yards that may be disposed into an area that is not yet permitted. This disposal area must be contiguous to the permitted area, must be part of the permitee's master plan, and must be available for consideration as a modification to the permit or in a renewal application. Potential Capacity represents an increase in permitted disposal area. 0
    B.  Estimated Life of Facility (expressed in months and based on the remaining capacity of the facility) 5125

11. **Construction/Demolition and Woodwaste Landfills.** This section applies only to construction/demolition and woodwaste landfills. Please check all that apply.
    ☐ This facility receives only woodwastes that are beneficially used in accordance with a Best Management Practice Plan that has been approved in writing by the Department of Agriculture and submitted to the Office of Environmental Services, Waste Permits Division as described in LAC 33: VII.303.A.10.
    ☐ This facility receives only woodwaste resulting from utility right-of-way clearings. These woodwastes are only received from utility companies or their authorized contractors as described in LAC 33: VII.305.A.9.
    ☐ This construction/demolition debris facility receives only wastes that have been generated on-site as described in LAC 33: VII.305.A.4.
    ☐ This woodwaste facility receives only waste generated by the owner of the property on which this facility is located as described in LAC 33: VII.305.A.8.

This report is to be submitted to the Office of Management and Finance (address below) no later than **August 1** following the end of each reporting year. Failure to submit this report on or before August 1 following the end of each reporting year is a violation of your permit and LAC 33:VII.Subpart 1, and may result in enforcement action by the Department under the authority granted by the Louisiana Environmental Quality Act (the Act), La. R.S. 30:2001, et seq., and particularly La. R.S. 30:2025(C), 30:2050.2 and 30:2050.3(B). The Department reserves the right to seek civil penalties in any manner allowed by law for each violation. Note: Submittal of an incomplete report or a report containing false or inaccurate information may also be considered a violation of your permit and LAC 33:VII.Subpart 1.

**RECEIVED**

Financial Services Division
Attn: SW Reports
P. O. Box 4303
Baton Rouge, LA 70821-4303

**JUL 2 1 2011**

SW-FSD-2                                      **DEQ-FINANCIAL SERVICES** 01/2009

July 1, 2010 ____ thru June 30, 2011 ____

Page 2 ___ of 3 ___

Site Identification Number D-051-11897 ___

Permit Number P-0374 ___

12. **Summary of Non-industrial Waste Disposed**: Provide below a summary of the **non-industrial** waste received for this reporting period. Please complete each section. If no tonnage was received, please mark "0." Do not leave any section blank.

**Note:** Landfarm facilities are required to report in **both** wet-weight tons and dry-weight tons. All other facilities must report **only** in wet-weight tons.

| (A) Non-Industrial Waste | (B) Quantity (Wet-Weight Tons) | (C) Land Farms Only Quantity (Dry-Weight Tons) |
|---|---|---|
| 01 – Residential | | |
| 02 - Commercial | | |
| 03 - Trash | | |
| 04 - Woodwastes | 248 | |
| 06 – Incinerator Ash | | |
| 07 – Domestic Sewage Sludge | | |
| 08 – Underground Storage Tank Corrective Action Waste | | |
| 09 – Agricultural Waste | | |
| 10 - Stable | | |
| 11 – Infectious Waste | | |
| 12 – Friable Asbestos | | |
| 13 – Other: **specify name** | | |
| | | |
| | | |
| | | |
| | | |
| (D) Total Quantity of Non-Industrial Waste Received (In-State): | 248 | |
| (E) Total Quantity of Non-Industrial Waste Received (Out-of-State): | 0 | |
| (F) GRAND TOTAL NON-IDUSTRIAL WASTE | 248 | |

13. **Summary of C&D Waste Disposed**: Provide below a summary of the **C&D** waste received for this reporting period. Please complete each section. If no tonnage was received, please mark "0." Do not leave any section blank.

| (A)  05- C&D Waste | (B) Quantity (Wet-Weight Tons) |
|---|---|
| Tipping | 195,872 |
| Non-Tipping | 0 |
| (C) GRAND TOTAL C&D WASTE | 195,872 |

SW-FSD-2

01/2009

July 1, 2010 thru June 30, 2011

Page 3 of 3

Site Identification Number D-051-11897

Permit Number P-0374

15. **All Facilities**: Provide all calculations used to compute the quantity (expressed in wet-weight tons) of solid waste received at the facility. Landfarm facilities must also provide the calculations used to compute the quantity in dry-weight tons of solid waste received at the facility. Surface impoundments must provide all calculations used to compute the quantity of total suspended solid disposed in the facility. If the facility uses a scale, please state so. If the facility uses some other electronic method of calculations please include this data. If the facility uses any conversion factors to determine tonnage (for example, if the facility receives wastes by the cubic yard and converts to wet-weight tons), those calculations must be shown. **Some form of calculations (be it actual mathematics or scale information) must be shown or the report will be considered incomplete and may be returned.**

See Attachment 1

16. CERTIFICATION: I certify under penalty of law that I have personally examined and am familiar with the information submitted in this and all attached documents, and based on my inquiry of those individuals immediately responsible for obtaining the information; I believe that the submitted information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

Signature _____ Date 7-15-2011

Name and Title Victor C. Culpepper, Sc.D./Technical Director

Print or type the name and title of the person signing the form

SW-FSD-2

01/2009

## Attachment 1

### HWY. 90, LLC
### CONSTRUCTION AND DEMOLITION DEBRIS
### SOLID WASTE REPORT - JULY 1, 2010 - JUNE 30, 2011

| Month | Mixed C&D, yd³ | Conversion Factor | Wet Wt., Tons | Vegetative Debris, yd³ | Conversion Factor | Wet Wt., Tons |
|---|---|---|---|---|---|---|
| Jul-10 | 91,204 | 0.25 | 22,801 | 110 | 0.25 | 28 |
| Aug-10 | 58,290 | 0.25 | 14,573 | 90 | 0.25 | 23 |
| Sep-10 | 55,789 | 0.25 | 13,947 | 120 | 0.25 | 30 |
| Oct-10 | 59,246 | 0.25 | 14,812 | 344 | 0.25 | 86 |
| Nov-10 | 51,389 | 0.25 | 12,847 | 50 | 0.25 | 13 |
| Dec-10 | 61,597 | 0.25 | 15,399 | 238 | 0.25 | 60 |
| Jan-11 | 55,408 | 0.25 | 13,852 | 40 | 0.25 | 10 |
| Feb-11 | 52,396 | 0.25 | 13,099 | 0 | | 0 |
| Mar-11 | 65,884 | 0.25 | 16,471 | 0 | | 0 |
| Apr-11 | 73,693 | 0.25 | 18,423 | 0 | | 0 |
| May-11 | 86,628 | 0.25 | 21,657 | 0 | | 0 |
| Jun-11 | 71,962 | 0.25 | 17,991 | 0 | | 0 |
| Total Tonnage Mixed C & D | | | 195,872 | Total Tonnage Veg. Debris | | 248 |

July 1, ___201___ thru June 30, ___2012___

Page ___2___ of ___3___

Site Identification Number ___D-051-11897___

Permit Number ___P-0374___

12.  **Summary of Non-Industrial Waste Disposed:** Provide below a summary of the non-industrial waste received for this reporting period. Please complete each section. If no tonnage was received, please mark "0." Do not leave any section blank.

Note: Landfarm facilities are required to report in both wet-weight tons and dry-weight tons. All other facilities must report **only** in wet-weight tons.

| (A)  Non-Industrial Waste | (B) Quantity (Wet-Weight Tons) | (C) Land Farms Only Quantity (Dry-Weight Tons) |
|---|---|---|
| 01 – Residential | | |
| 02 - Commercial | | |
| 03 - Trash | | |
| 04 - Woodwastes | | |
| 06 – Incinerator Ash | | |
| 07 – Domestic Sewage Sludge | | |
| 08 – Underground Storage Tank Corrective Action Waste | | |
| 09 – Agricultural Waste | | |
| 10 - Stable | | |
| 11 – Infectious Waste | | |
| 12 – Friable Asbestos | | |
| 13 – Other: __specify name__ | | |
| | | |
| | | |
| | | |
| | | |
| (D) Total Quantity of Non-Industrial Waste Received (In-State): | 0 | |
| (E) Total Quantity of Non-Industrial Waste Received (Out-of-State): | 0 | |
| (F) GRAND TOTAL NON-IDUSTRIAL WASTE | 0 | |

13.  **Summary of C&D Waste Disposed:** Provide below a summary of the C&D waste received for this reporting period. Please complete each section. If no tonnage was received, please mark "0." Do not leave any section blank.

| (A)  05- C&D Waste | (B) Quantity (Wet-Weight Tons) |
|---|---|
| Tipping | 185,102 |
| Non-Tipping | 0 |
| (C) GRAND TOTAL C&D WASTE | 185,102 |

SW-FSD-2

01/2009

 **HWY 90** LLC

5000 Hwy. 90 • Avondale, Louisiana 70094
Phone 504.436.1632 • Fax 504.436.1175

September 20, 2013

VIA CERTIFIED MAIL NO.:     7010 1060 0001 7064

Ms. Cheryl Nolan, Assistant Secretary
Louisiana Department of Environmental Quality
OEC-Enforcement Division
P.O. Box 4312
Baton Rouge, LA 70821-4312

**RECEIVED**

SEP 2 5 2013

LDEQ/OEC
ENFORCEMENT DIVISION

RE:     Solid Waste Certification of Compliance
        July 1, 2012-June 30, 2013
        HWY-90, LLC
        A.I. No.:      100642
        *Permit No.:*   P-0374-M3

Ms. Nolan,

HWY-90, LLC respectfully submits the enclosed Solid Waste Certification of Compliance for our
construction and demolition debris landfill as per LAC 33:VII.525 covering the period of July 1, 2012
through June 30, 2013.

If you should have any questions or concerns regarding the content of this report and certification
please contact me at your convenience at 504-436-1288 or vculpepper@riverbirchinc.com.

Best Regards,

Vic Culpepper, Sc.D.
Technical Director

**RECEIVED**

SEP 2 7 2013

LDEQ/OEC
ENFORCEMENT DIVISION

Enclosures

CC:     LDEQ, OMF-Financial Services Division, P.O. Box 4303, Baton Rouge, LA 70821-4303

5285682

*Construction & Demolition Disposal Facility*

July 1, 2012 thru June 30, 2013

| Department of Environmental Quality<br>Office of Environmental Compliance<br>P.O. Box 4312<br>Baton Rouge, LA 70821-4312<br>(225) 219-3710 | **Solid Waste<br>Certification of Compliance<br>Part I & Part II<br>(LAC 33:VII. 525)** |  |
| --- | --- | --- |

NOTE: All permitted facilities shall submit an annual certification of compliance due by October 1 of each year covering the period of July 1 to June 30 immediately preceding the October 1 submittal date. Report each individual permitted facility on a separate form.

Mail **the original** to: OEC - Enforcement Division, P.O. Box 4312, Baton Rouge, LA 70821-4312.

Mail **a copy** to: OMF - Financial Services Division, P.O. Box 4303, Baton Rouge, LA 70821-4303.

Beneficial use facilities and permitted facilities with closure approved by the Office of Environmental Services that began the post-closure period are not required to complete this form. Beneficial Use Facilities shall complete the annual report form for Beneficial Use Facilities (Form SW-FSD-5). Facilities in post-closure shall complete the Certification of Compliance for Post-Closure (Form 7337).

## PLEASE TYPE OR PRINT

| Name of Permit Holder<br>HWY-90, LLC | | |
| --- | --- | --- |
| Physical Address of Permitted Facility<br>5000 Hwy 90 | | City<br>Avondale |
| Permit Number/Unit Name<br>P-0374 | Solid Waste Site Identification Number<br>D-051-11897 | Agency Interest (AI) Number<br>100642 |
| Name of Billing Contact<br>Vic Culpepper | Title of Billing Contact<br>Technical Director | |
| Address of Billing Contact<br>2000 South Kenner Road, Avondale, LA 70094 | Telephone Number of Billing Contact<br>504-436-1288 | |

**CERTIFICATION OF RESPONSIBLE OFFICIAL:** *"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision according to a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations."*

| Printed Name of the Responsible Official<br>Victor C. Culpepper, Sc.D | Title of Responsible Official<br>Technical Director | | |
| --- | --- | --- | --- |
| Company<br>River Birch Inc. | | | |
| Mailing Address – Line 1<br>2000 South Kenner Road | | | |
| Mailing Address – Line 2 | | | |
| City<br>Avondale | State<br>LA | Zip<br>70094 | Business phone<br>504-436-1288 |
| Signature of responsible official (as defined in LAC 33:VII.115) | | Date<br>9-20-2013 | |

Agency Interest Number ___100642___          Permit Number ___P-0374___

## 1. Type of Operation for the Permit (Check Each Applicable Box)

| | |
|---|---|
| Type I (Industrial): Landfill ☐ Landfarm ☐ Surface Impoundment ☐ | |
| Type I-A (Industrial): Processing Transfer Station ☐ Shredder/Compactor Baler ☐ Incinerator ☐ | |
| Type II (Residential or Commercial): Landfill ☐ Landfarm ☐ Surface Impoundment ☐ | |
| Type II-A (Residential or Commercial): Processing Transfer Station ☐ Shredder/Compactor/Baler ☐ Refuse-Derived Fuel ☐ Incinerator ☐ Autoclave ☐ | |
| Type III (Minor/Recycling Facilities): Woodwaste Landfill ☐ Construction/Demolition-Debris Landfill ☒ Compost Facility ☐ Separation Facility ☐ Resource Recovery/Recycling ☐ Air Curtain Destructors ☐ | |

## 2. Calculations or Conversion Factors Used for the Certification

Provide a description, attach as **Attachment 1**, of the device or method used to determine wet-weight tonnage, sources (in state or out-of-state and if industrial waste, where it was generated), and types of incoming waste (commercial, residential, infectious, etc.). This description shall also include the facility's central control and record keeping system for tabulating this information. If the facility uses a scale, please state so. If the facility uses some other electronic method of calculations, please include this data. If the facility uses any conversion factors to determine tonnage (for example, if the facility receives waste by the cubic yard and converts to wet-weight tons), those calculations must be shown. Some form of calculations (be it actual mathematics or scale information) must be provided.

## 3. Deviations from Specific Permit Conditions

Did the facility notify LDEQ of any deviations or exceedances pertaining to the solid waste groundwater monitoring program during the reporting period?
☐Yes ☐No ☒N/A
Did the facility submit any reports or notifications to LDEQ required by LAC 33:VII.315.F (Reporting of Unauthorized Discharge) or LAC 33:VII.315.H (Notice of fire or Damage to Structures) during the reporting period?
☐Yes ☒No
If "yes," to either question, complete **Attachment 2** (Deviation Summary Report) or attach a list identifying each deviation from specific permit conditions occurring during the reporting period and steps taken by the permit holder to return to permit conditions, as well as steps taken to insure deviations of a similar type are prevented in the future. For groundwater deviations, provide proposed remedial actions to achieve and maintain compliance with the facility's solid waste permit. Deviations may or may not constitute a violation of the Louisiana Environmental Quality Act or the solid waste regulations.

## 4. Types and Quantities of Waste

| | |
|---|---|
| **A.** Did the facility generate solid waste? ☒Yes ☐No<br>If "yes," complete **Attachment 3**, the types and quantities, in wet tons, of solid waste generated, including waste generated but sent off-site for disposal. | |
| **B.** Did the facility process solid waste? ☐Yes ☒No<br>If "yes," complete **Attachment 4**, the types and quantities, in wet tons, of solid waste processed, including waste generated on-site and off-site, indicating percentage of each. For waste generated off-site, indicate whether the waste was generated in-state or out-of-state. | |
| **C.** Did the facility dispose solid waste? ☒Yes ☐No<br>If "yes," complete **Attachment 5**, the types and quantities, in wet tons, of solid waste disposed, including waste generated on-site and off-site, indicating percentage of each. For waste generated off-site, indicate whether the waste was generated in-state or out-of-state. | |

Agency Interest Number ____100642____          Permit Number ___P-0374___

## 5. Capacity (Provide capacity only for disposal units included in the permit)

**A. Provide the permitted capacity in cubic yards and wet tons.**

| | | |
|---|---|---|
| Landfill | _____ cubic yards | _____ wet tons |
| C & D Landfill | 148,641,360 cubic yards | 37,160,340 wet tons |
| Landfarm | _____ cubic yards | _____ wet tons |
| Surface Impoundment | _____ cubic yards | _____ wet tons |

**B. Provide the remaining capacity in cubic yards and wet tons.**

| | | |
|---|---|---|
| Landfill | _____ cubic yards | _____ wet tons |
| C & D Landfill | 133,758,743 cubic yards | 33,439,686 wet tons |
| Landfarm | _____ cubic yards | _____ wet tons |
| Surface Impoundment | _____ cubic yards | _____ wet tons |

**C. Provide the capacity used in the reporting period in cubic yards and wet tons.**

| | | |
|---|---|---|
| Landfill | _____ cubic yards | _____ wet tons |
| C & D Landfill | 938,603 cubic yards | 234,651 wet tons |
| Landfarm | _____ cubic yards | _____ wet tons |
| Surface Impoundment | _____ cubic yards | _____ wet tons |

**D. Provide the estimated remaining capacity in month and years.**

| | | |
|---|---|---|
| Landfill | 1710 months | 142.5 years |
| C & D Landfill | _____ months | _____ years |
| Landfarm | _____ months | _____ years |
| Surface Impoundment | _____ months | _____ years |

## 6. Off-site Reuse and/or Recycling

**A. Did the facility send materials off-site for reuse and/or recycling?**
☐ Yes  ☒ No
If "yes," complete the Type III Separation and Composting Facilities Section of **Attachment 4.** Provide the types and quantities in wet tons of materials sent off-site for reuse and/or recycling, including the end use of the material.

## 7. Requirements for Incinerator Waste-Handling Facilities, Autoclaves, Shredders, Balers, Compactors, & Transfer Stations

For incinerator waste-handling facilities, autoclaves, shredders, balers, compactors, and transfer stations, provide the types and quantities of solid waste transported for disposal, in wet tons.

| Waste Type | Quantity Transported for Disposal (Wet Tons) |
|---|---|
| 01-Residential | |
| 02-Commercial | |
| 03-Trash | |
| 04-Woodwastes | |
| 05-Construction/Demolition Debris | |
| 06-Incinerator | |
| 07-Domestic Sewage Sludge | |
| 08-Underground Storage Tank Corrective Action Waste | |
| 09-Agricultural Waste | |
| 10-Stable | |
| 11-Infectious Waste | |
| 12-Friable Asbestos | |
| 13-Other - **specify name:** | |

Agency Interest Number ___100642___    Permit Number ___P-0374___

## 8. Solid Waste Worker Certification (Type II & III Facilities)

Has the facility complied with the requirements of the Solid Waste Worker Certification program? This applies to facilities that receive residential waste, commercial waste, construction and demolition debris, woodwaste, composting facilities, and separation facilities. This requirement does not apply to a Type I only facility.
☒Yes ☐No ☐Not Applicable

Provide the number of certified operators below.

| Facility Type | Level A | Level B | Level C |
|---|---|---|---|
| Landfills | | | |
| Landfarms | | | |
| Construction/Demolition or Woodwaste Facility | 5 | 1 | |
| Incinerator Waste Handling Facility | | | |
| Refuse-Derived Fuel Facility | | | |
| Transfer Station | | | |
| Composting Facility | | | |
| Separation Facility | | | |
| Surface Impoundment | | | |

## 9. Fees

**A.** Has the facility paid all fees due to the department?
☒Yes ☐No

**B.** Is an invoice in dispute? If "yes", include a statement pertaining to the dispute, attach as **Attachment 6.**
☐Yes ☒No

## 10. Annual Certifications Required by the Permit

Are any specific items required to be certified annually as listed in the permit? If "yes", include a list and proof that the annual certification was completed, attach as **Attachment 7.**
☐Yes ☒No

## 11. Requirements for Landfills

**A.** Provide the permitted maximum elevation of the landfill, including all cover.

   95' maximum permitted elevation of the landfill

**B.** Provide the maximum current elevation of the landfill, including all cover. The method of measurement shall be included in the certification, attach as **Attachment 8**, as well as the date the measurement was taken.

   32.4 current elevation of the landfill        9/18/2013 date the measurement was taken

**C.** Did any area exceed the permitted final elevation?
☐Yes ☒No

**D.** Was the landfill elevation certified by a professional land surveyor licensed in the state of Louisiana or a registered professional engineer licensed in the state of Louisiana?
☒Yes ☐No
Note: LAC 33:VII.711.D.7 and 721.C.6 require the landfill elevation be certified **at least every five years** by a professional land surveyor licensed in the state of Louisiana or a registered professional engineer licensed in the state of Louisiana.

   **Date of Most Recent Certification:** 9/18/2013

**E.** Provide the maximum area (as stated in the permit) that will require final cover at any time during the active life of the landfill (required by LAC 33:VII.519.B.6.b.ii for financial assurance estimates).

   20 maximum area (acres) as stated in the permit

Agency Interest Number ___100642___          Permit Number ___P-0374___

## 11. Requirements for Landfills (Continued)

**F.** Provide the waste disposal area that is currently without final cover.

___18.7___ current working area (acres)          ___09-18-2013___ date of verification

## 12. Requirements for Air Curtain Destructors

For air curtain destructors, identify the location of the site and quantity of solid waste processed at each individual site, attach as **Attachment 9.**

## 13. Ultimate Off-Site Disposal Site for Unauthorized Waste

Has the facility received waste from off-site that they are not permitted to receive?  If yes, provide the facility name, agency interest number, city, state of the ultimate disposal/management site for any unauthorized waste sent off-site for disposal and/or other management options allowed for by regulation and quantity of waste, in wet tons.

☒Yes ☐No ☐Not Applicable

Facility Name: _River Birch, Inc._          Agency Interest Number: _32219_

City: _Avondale_          State: _LA_

Quantity in Wet Tons: _8.89_

Facility Name: _____          Agency Interest Number: _____

City: _____          State: _____

Quantity in Wet Tons: _____

Facility Name: _____          Agency Interest Number: _____

City: _____          State: _____

Quantity in Wet Tons: _____

Facility Name: _____          Agency Interest Number: _____

City: _____          State: _____

Quantity in Wet Tons: _____

## 14. Financial Assurance

**A.** Has the facility updated all financial assurance cost estimates as required by LAC 33:VII.1303.A.3.c.?  If "yes", provide a copy, attach as **Attachment 10** or provide the document identification number from LDEQ's Electronic Document Management System (EDMS).

☒Yes ☐No ☐Not Applicable

**EDMS Document ID Number:** _____

**B.** Has the facility updated, if required, its financial assurance mechanism(s)?  If "yes", provide only a copy of the cover letter that was sent to the Waste Permits Division, attach as **Attachment 11** or provide the EDMS Document ID Number..  The cover letter and original financial assurance documents should only be sent to the **Waste Permits Division.** (Note:  Item B is NOT applicable for those facilities providing financial assurance under LAC 33:VII.1303.I [Local Government Financial Test] or 1303.J [Local Government Guarantee] see below).

☒Yes ☐No Update Required ☐Not Applicable ☐Other (explain, attach as Attachment 12)

**EDMS Document ID Number:** _____

**C.** Does the facility use a Local Government Financial Test as the financial assurance mechanism?  If "yes" complete Items 14.C.1 & 14.C.2 below.  If "No" proceed to Item 14.D below.

☐Yes ☒No ☒Not Applicable

**1.** Has the facility updated the information as required by LAC 33:VII.1303.I.3.a?

☐Yes ☐No

**2.** Has the facility placed the updated information in the operating record within 180 days following the close of the permit holder's fiscal year as required by LAC 33:VII.1303.I.3.c?

☐Yes ☐No

LDEQ-EDMS Document 9054227, Page 7 of 26

Agency Interest Number ___100642___          Permit Number ___P-0374___

## 14.  Financial Assurance (Continued)

**D.** *Does the facility use a Local Government Guarantee as the financial assurance mechanism? If "yes" complete Items 14.D.1 – 14.D.3 below.*
☐Yes  ☒No  ☒Not Applicable

**1.** Has the facility updated the information as specified in LAC 33:VII.1303.I.3 and required by LAC 33:VII.1303.J.2.a?
☐Yes  ☐No

**2.** Has the facility placed the updated information in the operating record within 180 days following the close of the local government's fiscal year as specified in LAC 33:VII.1303.I.3 and required by LAC 33:VII.1303.J.2.a?
☐Yes  ☐No

**3.** Is a certified copy of the guarantee in the operating record as required by LAC 33:VII.1303.J.2.a?
☐Yes  ☐No

## 15.  Part II - Certification of Compliance

**A.** Has the facility been issued a permit or a major modification that list site specific conditions that require certification of compliance?
☐Yes  ☒No
If "yes", address each condition, provide a copy and attach as **Attachment 13**.
If "no", complete Items 15. B & C below.
**Date of Most Recent Permit Issuance, Permit Renewal, or Major Modification:** _3/8/2010_

**B.** Have all reports required by the permit or regulations been submitted as required?  If "no" explain and attach as **Attachment 13**.
☒Yes  ☐No  ☐Not Applicable

**C.** Have all monitoring requirements been met?  If "no" explain and attach as **Attachment 13**.
☒Yes  ☐No  ☐Not Applicable

LDEQ-EDMS Document 9054227, Page 8 of 26

Agency Interest Number __100642__          Permit Number __P-0374__

## CERTIFICATION OF COMPLIANCE ATTACHMENT LIST AND CHECKLIST

Instructions: Complete this checklist and submit it with the completed certification of compliance. Each line should have a "yes," "no," or "N/A" checked. If one of the attachments is marked as "N/A," subsequent attachments should still be labeled with the corresponding attachment number listed in the first columns. If additional attachments are needed, fill in the title(s) at the bottom of the page.

| Attachment | Item Description | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1 | Calculations or Conversion Factors Used for the Certification | ☒ | ☐ | ☐ |
| 2 | Deviations from Specific Permit Conditions | ☐ | ☒ | ☒ |
| 3 | Types and Quantities of Waste Generated | ☒ | ☐ | ☐ |
| 4 | Types and Quantities of Waste Processed | ☐ | ☒ | ☒ |
| 5 | Types and Quantities of Waste Disposed | ☒ | ☐ | ☐ |
| 6 | Invoice Disputes | ☐ | ☒ | ☒ |
| 7 | Annual Certifications Required by the Permit | ☐ | ☒ | ☒ |
| 8 | Method of Measurement to Determine Current Landfill Elevation | ☒ | ☐ | ☐ |
| 9 | Quantity of Solid Waste Processed by Air Curtain Destructors at Each Site | ☐ | ☒ | ☒ |
| 10 | Updated Financial Assurance Cost Estimates | ☒ | ☐ | ☐ |
| 11 | Updated Financial Assurance Mechanism (Cover Letter Only) | ☒ | ☐ | ☐ |
| 12 | Other Financial Assurance Update | ☐ | ☒ | ☒ |
| 13 | Part II – Certification of Compliance | ☐ | ☐ | ☒ |
| 14 | | ☐ | ☐ | ☐ |
| 15 | | ☐ | ☐ | ☐ |
| 16 | | ☐ | ☐ | ☐ |
| 17 | | ☐ | ☐ | ☐ |
| 18 | | ☐ | ☐ | ☐ |
| 19 | | ☐ | ☐ | ☐ |
| 20 | | ☐ | ☐ | ☐ |
| 21 | | ☐ | ☐ | ☐ |
| 22 | | ☐ | ☐ | ☐ |
| 23 | | ☐ | ☐ | ☐ |
| 24 | | ☐ | ☐ | ☐ |
| 25 | | ☐ | ☐ | ☐ |

Agency Interest Number ___100642___

Permit Number ___P-0374___

## Attachment 2
## Deviation Summary Report

Complete the table below if the facility notified LDEQ of any deviations or exceedances pertaining to the solid waste groundwater monitoring program during the reporting period. In addition, include reports and notifications submitted to LDEQ during the reporting period that were required by LAC 33:VII.315.F (Reporting of Unauthorized Discharge) or H (Notice of Fire or Damage to Structures). Provide the applicable regulation citation, the date the deviation began, the date the deviation was reported if required by LAC 33:VII.315.F or H, the cause of the deviation and steps taken by the permit holder to return to permit conditions, as well as steps taken to insure deviations of a similar type are prevented in the future. Copy this form and add additional pages as necessary. Deviations may or may not constitute a violation of the Louisiana Environmental Quality Act or the solid waste regulations.

| Deviation | Applicable Compliance Requirement (Include Rule Citation) | Date Deviation Began | Date Deviation Reported (if applicable) | Causes of Deviation | Corrective Action(s) Taken |
|---|---|---|---|---|---|
| NO DEVIATIONS | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

form_7336_r05
09/11/2013

Certification of Compliance
Page 8 of 17

Agency Interest Number ___100642___                    Permit Number ___P-0374___

## Attachment 3
## Types and Quantities of Waste Generated

### Non-Industrial Solid Waste

For each non-industrial solid waste generated, enter the total amount of waste generated (in wet-weight tons ONLY), enter the collector/transporter's and disposer's identification number assigned by the Department of Environmental Quality. If no tonnage was generated, mark "0". Do not leave any section blank. Copy this form and add additional pages as necessary. Add up the amounts generated and enter in the TOTAL box. Enter the amount of waste generated that remained on-site and sent off-site. If additional pages are used, add up the amounts reported on all pages and put in the TOTAL box on the **FIRST PAGE ONLY.** All calculations used to compute the quantity (expressed in wet-weight tons) of solid waste generated at the facility must be provided in Attachment 1.

| NON-INDUSTRIAL WASTE | QUANTITY OF WASTE GENERATED (WET-WEIGHT TONS) | COLLECTOR/ TRANSPORTER IDENTIFICATION NUMBER | DISPOSER IDENTIFICATION NUMBER |
|---|---|---|---|
| 01-Residential | 0 | | |
| 02-Commercial | 8.87 | | |
| 03-Trash | 0 | | |
| 04-Woodwastes | 0 | | |
| 05-Const/Demolition Debris | 0 | | |
| 06-Incinerator | 0 | | |
| 07-Domestic Sewage Sludge | 0 | | |
| 08-Underground Storage Tank Corrective Action Waste | 0 | | |
| 09-Agricultural Waste | 0 | | |
| 10-Stable | 0 | | |
| 11-Infectious Waste | 0 | | |
| 12-Friable Asbestos | 0 | | |
| 13-Other - specify name | 0 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL:** | 8.87 | | |
| Quantity of Waste Generated that Remained On-Site: 0 | | | |
| Quantity of Waste Generated that was Transported  Off-Site: 8.87 | | | |

Agency Interest Number ___100642___     Permit Number ___P-0374___

## Attachment 3 (Continued)
## Types and Quantities of Waste Generated

### Industrial Solid Waste

For each industrial solid waste generated, enter the industrial waste code number (the number assigned to the waste by the Office of Environmental Services, Waste Permits Division), enter the total amount of waste generated (in wet-weight tons ONLY), enter the the collector/transporter's and the disposer's identification number assigned by the Department of Environmental Quality. Copy this form and add additional pages as necessary. Add up the amounts generated and enter in the TOTAL box. Enter the amount of waste generated that remained on-site and sent off-site. If additional pages are used, add up the amounts reported on all pages and put in the TOTAL box on the **FIRST PAGE ONLY.** All calculations used to compute the quantity (expressed in wet-weight tons) of solid waste generated at the facility must be provided in Attachment 1.

| INDUSTRIAL WASTE CODE NUMBER | QUANTITY OF WASTE GENERATED (WET-WEIGHT TONS) | COLLECTOR/ TRANSPORTER IDENTIFICATION NUMBER | DISPOSER IDENTIFICATION NUMBER |
|---|---|---|---|
| NOT APPLICABLE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL:** | NOT APPLICABLE | | |

Quantity of Waste Generated that Remained On-Site: NOT APPLICABLE

Quantity of Waste Generated that was Transported Off-Site: NOT APPLICABLE

Agency Interest Number ___100642___        Permit Number ___P-0374___

## Attachment 4
## Types and Quantities of Waste Processed

### Non-Industrial Solid Waste

For each non-industrial solid waste, enter the amount of waste processed from on-site (in wet-weight tons ONLY), enter the amount of off-site waste processed from in-state sources (in wet-weight tons ONLY), enter the amount of off-site waste processed from out-of-state sources (in wet-weight tons ONLY). Enter disposer's identification number assigned by the Department of Environmental Quality. Add up the amounts reported and enter in the TOTAL box. Enter the percentage of waste processed that was generated on-site and off-site. Enter the amount of waste processed that remained on-site and sent off-site. Copy this form and add additional pages as necessary. If additional pages are used, add up the amounts reported on all pages and put the totals on the **FIRST PAGE ONLY**. All calculations used to compute the quantity (expressed in wet-weight tons) of solid waste processed at the facility must be provided in Attachment 1.

Method of Processing:  ☐ Transfer Station  ☐ Incinerator/Waste Handling Facility  ☐ Autoclave  ☐ Shredder
☐ Baler   ☐ Compactor   ☐ Refuse Derived Fuel Facilities

| NON-INDUSTRIAL WASTE | QUANTITY OF WASTE PROCESSED FROM ON-SITE (WET-WEIGHT TONS) | QUANTITY OF OFF-SITE WASTE PROCESSED FROM IN-STATE (WET-WEIGHT TONS) | QUANTITY OF OFF-SITE WASTE PROCESSED FROM OUT-OF-STATE (WET-WEIGHT TONS) | DISPOSER IDENTIFICATION NUMBER |
|---|---|---|---|---|
| 01-Residential | NOT APPLICABLE | | | |
| 02-Commercial | | | | |
| 03-Trash | | | | |
| 04-Woodwastes | | | | |
| 05-Const/Demolition Debris | | | | |
| 06-Incinerator | | | | |
| 07-Domestic Sewage Sludge | | | | |
| 08-UST Corrective Action Waste | | | | |
| 09-Agricultural Waste | | | | |
| 10-Stable | | | | |
| 11-Infectious Waste | | | | |
| 12-Friable Asbestos | | | | |
| 13-Other - **specify name** | | | | |
| | | | | |
| | | | | |
| **TOTAL:** | NOT APPLICABLE | | | |
| % of Waste Processed from On-Site: | | % of Waste Processed from Off-Site: | | |
| Quantity of Waste Processed that Remained On-Site: | | | | |
| Quantity of Waste Processed that was Transported Off-Site: | | | | |

Agency Interest Number ___100642___          Permit Number ___P-0374___

**Attachment 4 (Continued)**
**Types and Quantities of Waste Processed**

**Industrial Solid Waste Received by Type I-A Facilities**

For each industrial solid waste received for processing, enter the industrial waste code number (the number assigned to the waste by the Office of Environmental Services, Waste Permits Division), enter the amount of waste processed from on-site (in wet-weight tons ONLY), enter the amount of off-site waste processed from in-state sources (in wet-weight tons ONLY), enter the amount of off-site waste processed from out-of-state sources (in wet-weight tons ONLY). Enter disposer's identification number assigned by the Department of Environmental Quality. Add up the amounts reported and enter in the TOTAL box. Enter the percentage of waste processed that was generated on-site and off-site. Enter the amount of waste processed that remained on-site and sent off-site. Copy this form and add additional pages as necessary. If additional pages are used, add up the amounts reported on all pages and put the totals on the **FIRST PAGE ONLY.** All calculations used to compute the quantity (expressed in wet-weight tons) of solid waste processed at the facility must be provided in Attachment 1.

Method of Processing:  ☐ Transfer Station   ☐ Incinerator/Waste Handling Facility   ☐ Autoclave   ☐ Shredder
☐ Baler   ☐ Compactor   ☐ Refuse Derived Fuel Facilities

| INDUSTRIAL WASTE CODE NUMBER | QUANTITY OF WASTE PROCESSED FROM ON-SITE (WET-WEIGHT TONS) | QUANTITY OF OFF-SITE WASTE PROCESSED FROM IN-STATE (WET-WEIGHT TONS) | QUANTITY OF OFF-SITE WASTE PROCESSED FROM OUT-OF-STATE (WET-WEIGHT TONS) | DISPOSER IDENTIFICATION NUMBER |
|---|---|---|---|---|
| NOT APPLICABLE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| % of Waste Processed from On-Site:   NOT APPLICABLE | % of Waste Processed from Off-Site: |
|---|---|
| Quantity of Waste Processed that Remained On-Site: | |
| Quantity of Waste Processed that was Transported Off-Site: | |

LDEQ-EDMS Document 9054227, Page 14 of 26

Agency Interest Number ___100642___          Permit Number ___P-0374___

## Attachment 4 (Continued)
## Types and Quantities of Waste Processed

### Type III Separation and Composting Facilities

For each solid waste, enter the amount of waste received (in wet-weight tons ONLY), enter the amount of waste re-used or recycled (in wet-weight tons ONLY), enter the amount of waste sent off-site for processing or disposal (in wet-weight tons ONLY), enter the processor/disposer's and the transporter's identification number assigned by the Department of Environmental Quality. Add up the amounts reported and enter in the TOTAL box. Enter the amount of waste received from in-state sources and from out-of-state sources (in wet-weight tons ONLY). Copy this form and add additional pages as necessary. If additional pages are used, add up the amounts reported on all pages and put the totals on the **FIRST PAGE ONLY.** All calculations used to compute the quantity (expressed in wet-weight tons) of solid waste processed at the facility must be provided in Attachment 1.

| WASTE | QUANTITY OF WASTE RECEIVED (WET-WEIGHT TONS) | QUANTITY OF WASTE RE-USED OR RECYCLED (WET-WEIGHT TONS) | QUANTITY SHIPPED OFF-SITE FOR PROCESSING/ DISPOSAL (WET-WEIGHT TONS) | DISPOSER/ PROCESSOR IDENTIFICATION NUMBER | TRANSPORTER IDENTIFICATION NUMBER |
|---|---|---|---|---|---|
| 03-Trash | NOT APPLICABLE | | | | |
| 04-Woodwastes | | | | | |
| 05-Const/Demolition Debris | | | | | |
| 09-Agricultural Waste | | | | | |
| 10-Stable | | | | | |
| 13-Other - **specify name** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTAL:** | NOT APPLICABLE | | | | |

| Quantity of Waste Received from In-State: | Quantity of Waste Received from Out-Of-State: |
|---|---|
| Quantity of Waste Processed that Remained On-Site: | |
| Quantity of Waste Processed that was Transported Off-Site: | |

Agency Interest Number ___100642___          Permit Number ___P-0374___

### Attachment 4 (Continued)
### Types and Quantities of Waste Processed

### Type III Separation and Composting Facilities

*Provide a summary of product use. Enter the code that applies from the table below or the name of the material shipped off-site for recycling/re-use (in wet-weight tons ONLY). Enter the name of the person receiving the material for reuse, recycling or resale. Also, enter the mailing address, name of a contact person and the telephone number. All calculations used to compute the quantity (expressed in wet-weight tons) of solid waste received at the facility and shipped off-site must be provided in Attachment 1.*

**Separation Facilities Only:** What percentage of the total waste stream received by the facility has been reduced? _____

| Quantity of Material Shipped Off-Site (Wet-Weight Tons) | | | Persons Receiving Material Shipped Off-Site for Reuse/Recycling |
|---|---|---|---|
| **Code/Name** | **Quantity Recycled** | **Quantity Re-used** | Name: |
| NOT APPLICABLE | | | Mailing Address: |
| | | | Contact Person: |
| | | | Telephone: |
| | | | Received for: ☐ Reuse   ☐ Recycling |
| **Quantity of Material Shipped Off-Site (Wet-Weight Tons)** | | | **Persons Receiving Material Shipped Off-Site for Reuse/Recycling** |
| **Code/Name** | **Quantity Recycled** | **Quantity Re-used** | Name: |
| | | | Mailing Address: |
| | | | Contact Person: |
| | | | Telephone: |
| | | | Received for: ☐ Reuse   ☐ Recycling |
| **Quantity of Material Shipped Off-Site (Wet-Weight Tons)** | | | **Persons Receiving Material Shipped Off-Site for Reuse/Recycling** |
| **Code/Name** | **Quantity Recycled** | **Quantity Re-used** | Name: |
| | | | Mailing Address: |
| | | | Contact Person: |
| | | | Telephone: |
| | | | Received for: ☐ Reuse   ☐ Recycling |

### MATERIAL CODES

| SEPARATION FACILITIES | | COMPOSTING FACILITIES | |
|---|---|---|---|
| 01-A | Glass | M1 | Class M1 Compost |
| 01-B | Metals | M2 | Class MC Compost |
| 01-C | Paper | S1 | Class S1 Compost |
| 01-D | Plastic | S2 | Class S2 Compost |
| 01-E | White Goods | YW | Class YW Compost |
| 01-F | Batteries | | |
| 01-G | Waste Oil | | |
| 01-H | Other, Specify | | |

Agency Interest Number __100642__                          Permit Number __P-0374__

## Attachment 5
## Types and Quantities of Waste Disposed

### Non-Industrial Solid Waste

For each non-industrial solid waste, enter the amount of waste disposed from on-site (in wet-weight tons ONLY), enter the amount of off-site waste disposed from in-state sources (in wet-weight tons ONLY), enter the amount of off-site waste disposed from out-of-state sources (in wet-weight tons ONLY). If no tonnage was generated, mark "0". Do not leave any section blank. Add up the amounts reported and enter in the TOTAL box. Enter the percentage of waste disposed that was generated on-site and off-site. Copy this form and add additional pages as necessary. If additional pages are used, add up the amounts reported on all pages and put the totals on the **FIRST PAGE ONLY.** All calculations used to compute the quantity (expressed in wet-weight tons) of solid waste disposed at the facility must be provided in Attachment 1.

| NON-INDUSTRIAL WASTE | QUANTITY OF WASTE DISPOSED FROM ON-SITE (WET-WEIGHT TONS) | QUANTITY OF OFF-SITE WASTE DISPOSED FROM IN-STATE (WET-WEIGHT TONS) | QUANTITY OF OFF-SITE WASTE DISPOSED FROM OUT-OF-STATE (WET-WEIGHT TONS) |
|---|---|---|---|
| 01-Residential | 0 | 0 | 0 |
| 02-Commercial | 0 | 0 | 0 |
| 03-Trash | 0 | 0 | 0 |
| 04-Woodwastes | 0 | 0 | 0 |
| 06-Incinerator | 0 | 0 | 0 |
| 07-Domestic Sewage Sludge | 0 | 0 | 0 |
| 08-UST Corrective Action Waste | 0 | 0 | 0 |
| 09-Agricultural Waste | 0 | 0 | 0 |
| 10-Stable | 0 | 0 | 0 |
| 11-Infectious Waste | 0 | 0 | 0 |
| 12-Friable Asbestos | 0 | 0 | 0 |
| 13-Other - **specify name** | 0 | 0 | 0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL:** | | | |
| **GRAND TOTAL (WET-WEIGHT TONS): 0** | | | |
| % of Waste Disposed from On-Site: 0 | | % of Waste Disposed from Off-Site: 0 | |

Agency Interest Number ___100642___     Permit Number ___P-0374___

**Attachment 5 (Continued)**
**Types and Quantities of Waste Disposed**

### Construction & Demolition Debris

For construction and demolition debris (C&D) received, enter the amount of C&D disposed from on-site (in wet-weight tons ONLY), enter the amount of off-site C&D disposed from in-state sources (in wet-weight tons ONLY), enter the amount of off-site C&D disposed from out-of-state sources (in wet-weight tons ONLY). C&D tipping waste is Construction & Demolition waste that is subject to a fee imposed by the facility. If no tonnage was received, mark "0". Do not leave any section blank.

| C&D | QUANTITY OF C&D DISPOSED FROM ON-SITE (WET-WEIGHT TONS) | QUANTITY OF OFF-SITE C&D DISPOSED FROM IN-STATE (WET-WEIGHT TONS) | QUANTITY OF OFF-SITE C&D DISPOSED FROM OUT-OF-STATE (WET-WEIGHT TONS) |
|---|---|---|---|
| Tipping | 0 | 938,603 | 0 |
| Non-Tipping | 0 | 0 | 0 |
| TOTAL: | 0 | 938,603 | 0 |
| GRAND TOTAL C&D: | 938,603 | | |
| % of C&D Disposed from On-Site: 0 | | % of C&D Disposed from Off-Site: 100 | |

### Surface Impoundments

Were solids/sludges removed from the surface impoundments during this reporting period? ☐Yes  ☒No
If yes, provide the amount of waste (solids/sludge) removed from the surface impoundments during the reporting period (in wet-weight tons ONLY), enter the disposer's identification number , permit number and agency interest number assigned by the Department of Environmental Quality. Enter the transporter's identification number assigned by the Department of Environmental Quality. Add up the amounts reported and enter in the TOTAL box. Enter the percentage of waste disposed on-site and off-site.

| QUANTITY OF WASTE REMOVED FROM SURFACE IMPOUNDMENT (WET-WEIGHT TONS) | DISPOSER IDENTIFICATION NUMBER | DISPOSER PERMIT NUMBER | DISPOSER AGENCY INTEREST NUMBER | TRANSPORTER IDENTIFICATION NUMBER |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |
| % of Waste Disposed On-Site: | | % of Waste Disposed Off-Site: | | |

Agency Interest Number ___100642___       Permit Number ___P-0374___

## Attachment 5 (Continued)
### Types and Quantities of Waste Disposed

### Industrial Solid Waste Disposed at Type I Facilities

For each industrial solid waste, enter the industrial waste code (the number assigned to the waste by the Office of Environmental Services, Waste Permits Division), enter the amount of waste disposed from on-site (in wet-weight tons ONLY), enter the amount of off-site waste disposed from in-state sources (in wet-weight tons ONLY), enter the amount of off-site waste disposed from out-of-state sources (in wet-weight tons ONLY). All like industrial wastes are to be reported together. Subtotals of all like industrial wastes are to be provided. Surface impoundments shall report the quantity (expressed in wet-weight tons) of total suspended solids received by the facility. If no tonnage was generated, mark "0". Do not leave any section blank. Add up the amounts reported and enter in the TOTAL box. Enter the percentage of waste disposed that was generated on-site and off-site. Copy this form and add additional pages as necessary. If additional pages are used, add up the amounts reported on all pages and put the totals on the **FIRST PAGE ONLY**. All calculations used to compute the quantity of solid waste disposed at the facility must be provided in Attachment 1.

| INDUSTRIAL WASTE CODE NUMBER | QUANTITY OF WASTE DISPOSED FROM ON-SITE (WET-WEIGHT TONS) | QUANTITY OF OFF-SITE WASTE DISPOSED FROM IN-STATE (WET-WEIGHT TONS) | QUANTITY OF OFF-SITE WASTE DISPOSED FROM OUT-OF-STATE (WET-WEIGHT TONS) |
|---|---|---|---|
| Not Applicable | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **GRAND TOTAL (WET-WEIGHT TONS):** | | | |
| % of Waste Disposed from On-Site: | | % of Waste Disposed from Off-Site: | |

## ATTACHMENT 1:

## Calculations or Conversion Factors Used for Certification

Device or method used to, sources, and types of incoming waste.  The facility's central location and recordkeeping system for tabulating this information.

HWY-90, LLC has a trailer used as a central check-in for all trucks entering the facility.  The trucks are given a ticket that documents the transporter and amount disposed in cubic yards.  This information is then entered into the landfill management software (WasteWORKS) developed by Carolina Software, Inc. for central control and recordkeeping.

HWY-90, LLC is a Type III Construction and Demolition Debris Landfill accepting approved construction and demolition debris, as defined in LAC 33:VII. 115, including:

- Construction & Demolition Debris
- Woodwaste
- Yard trash

HWY-90 typically receives in-state waste only from 13 surrounding parishes:   Assumption, Jefferson, Lafourche, Orleans, Plaquemines, St. Charles, St. Bernard, St. James, St. John, St. Martin, St. Mary, St. Tammany, and Terrebone.

In order to convert the cubic yardage disposed of to wet-weight tonnage the facility utilizes a conversion factor of 500 lbs/cubic yard which is consistent with industry standards.

## ATTACHMENT 8:

### Elevation Certification

### *(attached)*

The elevation and corresponding coordinates below are from the highest elevation within the permitted footprint of HWY-90, LLC.

| | |
|---|---|
| Elevation (MSL): | 32.40' |
| Date of Elevation Survey: | 9/18/2013 |
| Location of Elevation Survey: | Northing: 518647.1072 Easting: 3627729.3005 |

I, Steve Burnham, have reviewed field survey data acquired for Hwy 90 Landfill by Hwy 90 Landfill, L.L.C. personnel on September 18, 2013. Based on my review of the field survey data, the maximum current elevation of Hwy 90 Landfill is approximately 32.4 feet msl. The maximum permitted height of Hwy 90 Landfill is 99 feet msl per the facility's approved solid waste permit.

Engineering Associates, Inc.

STATE OF LOUISIANA
STEPHEN J. BURNHAM
REG. No. 4619
REGISTERED
PROFESSIONAL
LAND SURVEYOR

Stephen J. Burnham, P.E., P.L.S.

9/8/13
Date

C:\09-13\23102\statement.091913

ENGINEERING
ASSOCIATES, INC.
CONSULTING ENGINEERS

**ATTACHMENT 10:**

**Updated Financial Assurance Cost Estimate**

*(attached)*

C and D Landfill
Closure and Post Closure Cost
Exhibit B

| | (A) 12/31/2009 | Price Deflator for 2010 | 12/31/2010 | Price Deflator for 2011 | 12/31/2011 | Price Deflator for 2012 | 3/31/2013 |
|---|---|---|---|---|---|---|---|
| Closure cost | $ 467,000 | 0 | $ 467,000 | 1.0217 | $ 477,134 | 1.0152 | $ 484,386 |
| Post closure cost | $ 210,000 | 0 | $ 210,000 | 1.0217 | $ 214,557 | 1.0152 | $ 217,818 |
| | $ 677,000 | | $ 677,000 | | $ 691,691 | | $ 702,205 |

(A) Revised estimates submitted to LDEQ Nov 2009

**ATTACHMENT 11:**

**Updated Financial Assurance Mechanism**

*(attached)*



2000 South Kenner Road · Avondale, LA 70094
504 436.1288 · 504 436.0611 FAX

April 8, 2013

Secretary
Louisiana Department of Environmental Quality
Post Office Box 4313
Baton Rouge, La. 70821

Attention: Office of Environmental Services,
            Waste Permits Division

RE: River Birch Landfill, P-0321, AI 32219, AI 83163
    River Birch C&D Landfill P-0374, AI 100642

Dear Sir:

I am the chief financial officer of River Birch Incorporated, 2000 S. Kenner Rd,
Waggamann, La. 70094. River Birch Incorporated has established a Trust Fund to
provide Financial Assurance for Closure and Post Closure cost as required by the
Louisiana Department of Environmental Quality Title 33, Part VII, Subpart 1 Section
1303. All documentation and calculations with respect to the Trust Fund are prepared as
of March 31, 2013 and are on file with the Louisiana Department of Environmental
Quality. The Company is currently in compliance with Financial Assurance as required
by the State Regulations.

This letter is in support of this firm's use of the Financial Test to demonstrate financial
responsibility for Closure and Post Closure as set forth in Environmental Protection
Agency section 258.74, paragraph (c).

1. The current cost estimates covered by the financial test are set forth in Exhibit A
   and Exhibit B attached hereto, total $17,307,465. They include current landfill
   closure cost of $11,653,154 and post closure cost of $5,654,311.
2. The Company meets the requirements of Section 258.74 paragraph (c)(1)(i)(B)
   which states that "A ratio of less than 1.5 comparing total liabilities to net worth."
   As of December 31, 2012 the Company has a ratio of total liabilities to net worth
   of .29, well below the amount required by Section 258.74 paragraph (c)(1)(i)(B).
3. The Company meets the requirements of Section 258.74 paragraph (c)(1)(ii)
   which states " the tangible net worth of the owner must be greater than the sum of
   the current closure and post closure cost estimates covered by the financial test
   plus $10 million." The closure and post closure cost as set forth in Exhibit A and
   Exhibit B is $17,307,465, plus $10 million equals $27,307,465. The tangible net
   worth of the Company as of December 31, 2012 is in excess of $30,000,000.



2000 South Kenner Road · Avondale, LA 70094
504 436.1288 · 504 436.0611 FAX

4. The Company meets the requirements of Section 258.74 paragraph (e)(1)(iii) which states "the owner must have assets located in the United States amounting to at least the sum of the closure and post closure cost estimates." Closure and post closure cost estimate as set forth in Exhibit A and Exhibit B are $17,307,465. The company has total assets as of December 31, 2012 in excess of $30,000,000 all of which are located in the United States.

5. Enclosed is a copy of the unqualified opinion issued by our independent Certified Public Accountants as of December 31, 2012.

6. Enclosed is a compliance report from the independent accounting firm of Ericksen, Krentel & LaPorte Certified Public Accountants confirming that the Company complies with the Financial Test specified in Section 258.74, paragraph (e) of the Environmental Protection Agency.

Sincerely,

Dominick Fazzio, CPA
Chief Financial Officer
Dated: