MAIN FILE

original to _____ IOA _____
copy to MEG/Jodi Miller/C Smith



# Enviro One

836 North Street
Baton Rouge, Louisiana 70802

PER2008000/

Telephone (225) 344-6625
Fax       (225) 344-2771

## LETTER OF TRANSMITTAL
June 24, 2008

Mr. Chris Smith  **Agency Interest No. 100642**
Louisiana Department of Environmental Quality
Office of Environmental Services
P.O. Box 4313
Baton Rouge, LA 70821-4313

ENCLOSED IS THE FOLLOWING:

| DESCRIPTION | COPIES | NUMBER | TITLE | REV. NO. | REV. DATE |
|---|---|---|---|---|---|
| | 3 | | $H_2S$ Study - Additional Information for the HWY 90 C&D Landfill AI #1006242 Air Permit Application | | |

**REMARKS:**

If you have any questions or require additional information please contact John Black at (225) 344-6625.

*Sarah Boudreaux*
Sarah Boudreaux

LDEQ RECEIPT 2008 JUN 24 PM 3:09

RECEIVED JUN 24 2008 LDEQ

EXHIBIT 1555

# Highway 90 C& D Landfill
## $H_2S$ Study by Enviro One
### Ed Lee, P.E.

On February 26, 2008, Ed Lee (Enviro One), Kenny Fontenot and two River Birch employees (Miguel and Dustin) installed four ¾-inch PVC wells and sampled the north portion of the Highway 90 landfill to determine the concentration of hydrogen sulfide. A Geoprobe® was used to bore four 2-inch holes in the top 20 feet below the landfill surface. The elevation of the landfill was approximately 30-40 feet above msl at the site where the four wells were installed. A ¾-inch PVC pipe with the bottom 5 feet slotted was then inserted into each of the four boreholes. The top surface of the hole was then covered with bentonite to prevent LFG from escaping the landfill.

The LFG was analyzed with a Landtec GEMS 2000 plus that is equipped with a pod that could detect up to 5,000 parts per million volume (ppm) $H_2S$ concentrations. The wells produced a positive pressure that varied from 10-20 inches of $H_2O$ pressure.

The concentrations observed ranged from 2,000-3,800 ppm. Enviro One prepared the permit application based on the worst case at 3,800 ppm and added 200 ppm for allowances. Therefore, the minor source air permit application was based on **4,000 ppm** $H_2S$ concentration in the LFG.

Enviro One will monitor the flow rate, $H_2S$, $CH_4$, $CO_2$, $O_2$ and balance gas on a regular basis when the passive flares are installed. It is anticipated that the Landtec or equivalent monitoring device will be used on a regular basis to measure the $H_2S$ concentration from each flare when the "tiki" flares are in operation.

All personnel were fit-tested for breathing air (Scott AV2000). However, it was not necessary during the well installation since the $H_2S$ emissions rapidly dissipated within a few feet away due to the small diameter of the wells, and therefore did not pose any danger or threat to the workers.