

**River Birch**
INCORPORATED

MAIN FILE

2000 S. Kenner Road • Avondale, Louisiana 70094
504 436.1288 • 504 436.7247 FAX

April 23, 2008

Mr. Bijan Sharafkhani, P.E., Administrator
Louisiana Department of Environmental Quality
Office of Environmental Services
P.O. Box 4313
Baton Rouge, LA 70821-4313

original to ___ IOSW ___
copy to SW1631 Oerochl
Eng / Meyero

**Re:    LAC33:VII.117 – Request for Pilot Study:  Use of Passive Flares for Odor
        Control at HWY 90, LLC's Avondale, Louisiana Facility
        A.I. No. 100642**

Dear Mr. Sharafkhani:

River Birch, Inc. is requesting allowance to install and operate passive flares under the
Louisiana Administrative Code referenced above.  Recent investigations of subsurface
gases at the facility have determined that the methane concentration in the landfill gas is
approximately 46-49%.  As we discussed in a meeting on March 11, ambient hydrogen
sulfide odors are becoming an increasing concern at the facility as well as surrounding
residential areas.  We are committed to reducing the odors to manageable levels and just
recently completed re-capping an approximate 33-acre area with one foot of clay.  While
this project has already substantially reduced fugitive emissions, we realize that
increasing subsurface pressures will result in additional fugitive emissions.  The methane
levels encountered are certainly surprising; unfortunately, the increased methanogenesis
increases subsurface gas pressures.  Conversely, the concentrations allow for the use of
affordable passive flares for additional odor control.  As landfill odors are becoming an
increasing concern to all parties involved, we are requesting a pilot study to evaluate the
effectiveness of passive flares for further reducing fugitive emissions.

While it is obvious that passive flares will assist in odor reduction, there is very limited
data on the number (and placement) of passive flares required at C & D sites to reduce
fugitive emissions.  A pilot study will enable us to gather detailed data on the number of
flares required per unit area of landfill and the volumetric flow rates going through each
well over time.  This latter data is very important as, along with other studies, will allow
us to determine the kinetic rate of methanogenesis at C & D sites and therefore the
volumetric flow rate over time.  This data will be utilized to determine the potential for
future gas recovery.  The study will also determine the number of wells that can be
connected to each flare.

EXHIBIT
**1552**

**ATTACHMENT 1**

**LANDFILL SERVICE CORPORATION SOLAR SPARK FLARE**

**SPECIFICATIONS AND TYPICAL INSTALLATION**

We estimate the following schedule to construct, install, and monitor the wells:

| Month | Tasks |
|---|---|
| Month 1 | Order and receive flares and associated supplies. Determine flare locations and initiate installation |
| Month 2 | Allow flares to operate and equilibrate, monitor and measure initial flows and $H_2S$ levels. Adjust flows if required to maintain < 25 tons/year of $SO_2$ emissions. Initiate ambient odor monitoring in landfill and residential neighborhoods. |
| Months 3-5 | Monitor equilibrated flows and $H_2S$ levels. Measure ambient $H_2S$ levels around landfill and in residential neighborhoods to determine if additional flares are required. Request minor modification to solid waste permit and revisions to air permit (if required). |

The passive flares are designed and constructed by Landfill Service Corporation. The flare type we intend to purchase (Model CF-10) has a volumetric capacity of 140 cfm with a designed methane content of 30-100%. Specifications for the flare including typical installation setups are included in Attachment 1.

Mr. Sharafkhani, I appreciate your consideration of our request. If you have any questions or require additional information, please contact me at your convenience.

Sincerely,

Victor C. Culpepper, Sc.D.
Technical Director

Cc:   Jesse Deroche
      Jason Myers
      A.J. Ward, Jr., President
      Ricky Falgoust, Landfill Manager

Attachments

# Typical Installation



 **Model CF-5(6V)**
Capacity: 2-90 SCFM

 **Model CF-10(12V)**
Capacity: 5-140 SCFM

# LANDFILL SERVICE CORPORATION

## PRODUCT SPECIFICATION DATA
### U. S. PATENT NOs. 5,957, 681;  5,984,668
**Revised:  8 AUG 03**

## PRODUCT

CF-10 Landfill Gas Vent Flare with SFI-100 Solar Igniter for 6-volt system or SFI-200 Solar Igniter for 12-volt system.

## APPLICATIONS

For use on landfill gas vents, wells or leachate system cleanout lines to combust flammable gases at low ambient pressure without need for blowers or external power.  Similar applications exist on wastewater treatment and biogas facilities and petroleum or natural gas production and transmission installations.

## BRIEF DESCRIPTION

Standard unit includes solar-powered, continuous ignition system, all-weather variable flow flarehead, inline flame arrester, 2" ID stainless steel ball valve, 2" ID Schedule 40 black steel piping and 4" black steel bushing at base.  Optional equipment includes various flange base adapters and cold weather insulation kits.  Guy wire kits are also available.  Pre-engineered flarehead modification parts can be provided to handle elevated gas pressures or flow rates.

Visit us on the Web at
**www.landfill.com**

- 2 -

## REGULATORY APPROVAL STATUS

The CF-10 vent flare has received approvals for use at landfills in many states.

Regulations vary from state to state; however, environmental comparisons always

favor combustion over release of raw gas.

When properly maintained and operated, this unit is consistent with gas flow and operating

requirements specified at 40 CFR 60.18 and 40 CFR 60.33c. USEPA has determined that

these regulations require addition of a thermocouple and flame pilot for compliance at

NSPS/EG landfill sites. These parts are available as optional accessories.

# ENGINEERING SPECIFICATIONS

## I. SEI-100 SOLAR IGNITION SYSTEM (6-volt system)

**SOLAR COLLECTOR:** 6" X 13" Solar-electric trickle charge plate; 5W panel
providing 10V peak with 8V at 300mA normal charging power

**BATTERY TYPE & VOLTAGE:** 6-volt rechargeable gel cell

**SHIPPING WEIGHT:** 21 lbs.

**DARK TIME ENDURANCE:** Fully-charged system will function for 21 days in
darkness.

**SPARK INTERVAL:** 1.5 seconds

**SPARK PLUG TYPE:** LSC SparkPilot™;

**SPARKPILOT™ GAP:** 0.045 - 0.050 inch

**SPARKPILOT™ REPLACEMENT FREQUENCY (average):**
greater than 1 year

**IGNITION WIRE:** 7 mm metallic wire insulated ignition cable with crimped
eyelet terminals

- 3 -

**IGNITION WIRE INSULATORS:** Molded polyethylene with stainless steel clamps

**FLAME ZONE SPARK STRAP:** 1/8" stainless steel

**GROUNDING STAKE:** Galvanized steel with eyelet terminal

## II. SEI-200 SOLAR IGNITION SYSTEM (12-volt system)

**SOLAR COLLECTOR:** 13" X 13" Solar-electric trickle charge plate; 6W panel providing 18V peak with 13V at 300mA normal charging power

**BATTERY TYPE & VOLTAGE:** 12-volt rechargeable gel cell

**SHIPPING WEIGHT:** 31 lbs.

**DARK TIME ENDURANCE:** Fully-charged system will function for 14 days in darkness.

**SPARK INTERVAL:** 1.25 seconds

**SPARK PLUG TYPE:** LSC SparkPilot™

**SPARKPILOT™ GAP:** 0.045 - 0.050 inch

**SPARKPILOT™ REPLACEMENT FREQUENCY (average):**
greater than 1 year

**IGNITION WIRE:** 7 mm metallic wire insulated ignition cable with crimped eyelet terminals

**IGNITION WIRE INSULATORS:** Molded polyethylene with stainless steel clamps

**FLAME ZONE SPARK STRAP:** 1/8" stainless steel

**GROUNDING STAKE:** Galvanized steel with eyelet terminal

## III. CF-10 GAS VENT FLARE

**SHIPPING WEIGHT:** 83 lbs.

**COMBUSTION FLAREHEAD:** Patented double expansion gas/air mixing

chamber; 2" inlet, 8" outlet.  Heavy carbon steel construction with high-wind

- 4 -

carburetion profile. Two SparkPilot™ taps for extra low or normal gas flows and for optional redundant safety ignition system.

**FLAME ARRESTER:** Three-inch diameter inline stainless steel wire-gauze flame arrester. Flame arrester elements should be replaced approximately every twelve months depending upon gas moisture and corrosivity.

The flame arrester is sized to absorb the flame front heat and, thus, extinguish a momentary back flash flame at the specified gas qualities and flow conditions.

**HEIGHT:** 96" inlet to top of flarehead (add ground height of flange to determine ground height of flame).

**TRANSMISSION PIPES:** 2" ID Black steel Schedule 40 standard pipes with NPT thread.

**BALL VALVE:** 2" ID Carbon steel body with stainless steel inner trim and ball valve.

**BASE BUSHING:** Schedule 40 black steel reducer bushing to 4" male NPT threads. This bushing is subsequently mated to the specific flange adapter required for local application.

IV.   **FLARE WARRANTY:** One-year warranty on all parts.

- 5 -

## RECOMMENDED PERFORMANCE RANGES

### I.  GAS FLOW RATE

The standard CF-10 unit is designed for effective combustion and reignition over a range of 5-140 SCFM of landfill gas or other low-grade biogas.  Inlet gas pressure corresponding to these flow rates is typically 0.5 to 5 inches of water column. Higher flow rates can be accommodated if methane concentrations are adequate for flame stability.

### II.  GAS QUALITY

Combusted gas should have an equivalent methane concentration between approximately 30% - 60% of total gas at the above-recommended flow rates.

### III.  FLAME TEMPERATURE

Average readings approximately 900°F. - 1200°F. depending upon gas quality, flow rate and wind velocity.  This will normally produce thermal destruction efficiencies of greater than 99% for volatile compounds.

### IV.  REIGNITION LIMITS

A properly operating CF-10 unit should provide continuous reignition of gases in less than 60 seconds after flameout regardless of wind direction or velocity. The flarehead is designed for high efficiency in windy conditions.  No external windshields are recommended.









