

BOBBY JINDAL
GOVERNOR

HAROLD LEGGETT, PH.D.
SECRETARY

# State of Louisiana

## DEPARTMENT OF ENVIRONMENTAL QUALITY
## ENVIRONMENTAL SERVICES

May 13, 2008

CERTIFIED MAIL    7003 2260 0005 9324 1842

Mr. A.J. Ward, Jr., President
Hwy. 90 C&D Facility
2000 South Kenner Rd.
Avondale, Louisiana 70094

Re:   Hwy. 90 C&D Facility
      Experimental Operations: Use of Passive Flares
      AI #100642 / D-051-11897 / P-0374
      Jefferson Parish

Dear Mr. Ward:

The Waste Permits Division is in receipt of your letter dated April 23, 2008, regarding a request to perform experimental operations at the above referenced facility.

In your letter you indicate that hydrogen sulfide odors are becoming an increasing concern at the facility, and you are requesting a permission to perform a pilot study to evaluate the effectiveness of passive flares for further reducing fugitive emissions.

Based upon careful review of the information provided, you are hereby granted one hundred and eighty days (180) to perform experimental operations to evaluate the effectiveness of passive flares for further reducing fugitive emissions in accordance with LAC 33:VII.117. If you would like to continue after this time period, a modification shall be submitted to the Department. Please note that this approval will allow you to conduct this experiment under the Solid Waste Regulations. However, you are required to meet other applicable local, state and federal regulations.

Please reference Agency Interest Number (AI 100642), Site Identification Number (D-051-11897), and Permit Number (P-0374), on all future correspondence pertaining to this matter. If you have any questions, please contact Mr. Jesse Deroche of the Waste Permits Division at (225) 219-3065.

Sincerely,

Bijan Sharafkhani, P.E.
Administrator
Waste Permits Division

jd

c:   Southeast Regional Office
     Victor Culpepper, Technical Director

EXHIBIT
1553

Post Office Box 4313 • Baton Rouge, Louisiana 70821-4313 • Phone 225-219-3181 • Fax 225-219-3309
www.deq.louisiana.gov