

BOBBY JINDAL
GOVERNOR

HAROLD LEGGETT, PH.D.
SECRETARY

# State of Louisiana
## DEPARTMENT OF ENVIRONMENTAL QUALITY
### ENVIRONMENTAL SERVICES

Certified Mail No.: 7006 3450 0001 2838 0843

Agency Interest No.: 100642
Activity No.: PER20080001

Mr. A. J. Ward
President
HWY 90, LLC
P.O. Box 1938
Gretna, LA 70054

RE:    Permit, Highway 90 C&D Landfill, HWY 90, LLC
Avondale, Jefferson Parish, Louisiana

Dear Mr. Ward:

This is to inform you that the permit request for the above referenced facility has been approved under LAC 33:III.501. The submittal was approved on the basis of the emissions reported and the approval in no way guarantees the design scheme presented will be capable of controlling the emissions as to the types and quantities stated. A new application must be submitted if the reported emissions are exceeded after operations begin. The synopsis, data sheets, and conditions are attached herewith.

It will be considered a violation of the permit if all proposed control measures and/or equipment are not installed and properly operated and maintained as specified in the application.

Also enclosed is a document entitled "General Information." Please be advised that this document contains a summary of facility-level information contained in LDEQ's TEMPO database and is not considered a part of the permit. Please review the information contained in this document for accuracy and completeness. If any changes are required or if you have questions regarding this document, you may contact Mr. David Ferrand, Environmental Assistance Division, at (225) 219-3247 or email your changes to facupdate@la.gov.

The permit number cited below and agency interest number cited above should be referenced in future correspondence regarding this facility.

Done this __15__ day of __Aug__, 2008.

Permit No.: 1340-00333-00

Sincerely,

Cheryl Sonnier Nolan
Assistant Secretary

CSN:CWS

```
EXHIBIT
1556
```

## AIR PERMIT BRIEFING SHEET
## AIR PERMITS DIVISION
## LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY

**Highway 90 C&D Landfill**
**Agency Interest No.:  100642**
**HWY 90, LLC**
**Avondale, Jefferson Parish, Louisiana**

**I.  BACKGROUND**

HWY 90, LLC, owns and operates Highway 90 C&D Landfill (Highway 90), an existing construction and demolition (C&D) landfill, which began operation in January 2005.  The facility is located on U.S. Hwy 90, 1 mile west of Live Oak Boulevard and two miles west of Waggaman, Louisiana, in Jefferson Parish.  This is the initial state air permit for the facility.

**II.  ORIGIN**

A permit application and Emission Inventory Questionnaire (EIQ) dated April 9, 2008, were received requesting a permit.  Additional information dated June 24, July 11, July 22, and August 11, 2008, was also received.

**III.  DESCRIPTION**

The Highway 90, C&D Landfill facility is devoted exclusively to the disposal of woodwaste and construction and demolition debris.  In this application, Highway 90 proposes to install three landfill gas vent flares to control the $H_2S$ concentration produced in the landfill.  These $H_2S$ gases are emitted from the anaerobic 'bugs' as they consume the debris inside the landfill.  Highway 90 C&D Landfill has a clayey soil cap to mitigate the release of gas from the site.  In order to reduce any gas emitted and to also serve as a means of odor control, the flares will be installed.

Initial samples of $H_2S$ concentrations at Highway 90 taken on February 26, 2008, indicated a range of 2,000-3,800 ppmv $H_2S$.  Plant personnel conducted sampling by installing four 3/4 –inch PVC wells along the north side of the landfill to determine the concentration of $H_2S$.  A Geoprobe was used to bore four 2-inch holes in the top twenty feet below the landfill surface.  The elevation of the landfill is approximately 30-40 feet above the mean sea level at the site where the four wells were installed.  A ¾-inch PVC pipe with the bottom 5 feet slotted was then inserted into each of the four boreholes.  The top surface of the hole was then covered with bentonite to prevent LFG from escaping the landfill.  The LFG was analyzed with a Landtec GEMS 2000 plus that is equipped with a pod which could detect up to 5,000 ppmv $H_2S$ concentrations inside the landfill. The wells produced a positive pressure that varied from 10-20 inches of $H_2O$ pressure.

After the flares are installed, concentrations of $H_2S$ at the landfill are expected to decrease by 633 ppmv for the first six months.    Highway 90 shall monitor the flow rate, concentrations of $H_2S$, $CH_4$, $CO_2$, and $O_2$, and the balance gas on a weekly basis after the passive flares are installed. After one year, concentrations of $H_2S$ at the landfill are expected to fall to 2,000 ppmv.

### AIR PERMIT BRIEFING SHEET
### AIR PERMITS DIVISION
### LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY

**Highway 90 C&D Landfill**
**Agency Interest No.:  100642**
**HWY 90, LLC**
**Avondale, Jefferson Parish, Louisiana**

Estimated emissions from this facility in tons per year are as follows:

| Pollutant | Emissions |
|---|---|
| $PM_{10}$ | 1.31 |
| $SO_2$ | 24.11 |
| $NO_X$ | 8.74 |
| CO | 12.67 |
| VOC | 4.86 |

Non-VOC LAC 33:III.Chapter 51 Toxic Air Pollutants (TAPs):

| Pollutant | Emissions |
|---|---|
| $H_2S$ | < 0.01 |

## IV.    TYPE OF REVIEW

This permit was reviewed for compliance with Louisiana Air Quality Regulations.  New Source Performance Standards (NSPS), Prevention of Significant Deterioration (PSD) and National Emission Standards for Hazardous Air Pollutants (NESHAP) do not apply.

This facility is a minor source of LAC 33:III.Chapter 51 Toxic Air Pollutants (TAPs).

## V.    PUBLIC NOTICE

Public notice is not required to permit a minor source.

## VI.    EFFECTS ON AMBIENT AIR

Emissions associated with the proposed facility were reviewed by the Air Quality Assessment Division to ensure compliance with the NAAQS and AAS.  LDEQ did not require the applicant to model emissions.

## VII.    GENERAL CONDITION XVII ACTIVITIES

| Work Activity | Schedule | $PM_{10}$ | $SO_2$ | $NO_X$ | CO | VOC |
|---|---|---|---|---|---|---|
| | | Emission Rates - tons | | | | |
| - | - | - | - | - | - | - |

**AIR PERMIT BRIEFING SHEET**
**AIR PERMITS DIVISION**
**LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY**

**Highway 90 C&D Landfill**
**Agency Interest No.:  100642**
**HWY 90, LLC**
**Avondale, Jefferson Parish, Louisiana**

## VIII.  INSIGNIFICANT ACTIVITIES

| ID No.: | Description | Citation |
|---|---|---|
| 011-08 | Diesel Tank No. 1 (500 gallons) | LAC 33:III.501.B.5.A.3 |
| 012-08 | Diesel Tank No. 2 (1,000 gallons) | LAC 33:III.501.B.5.A.3 |
| 013-08 | Diesel Tank No. 3 (1,000 gallons) | LAC 33:III.501.B.5.A.3 |
| 014-08 | Diesel Tank No. 4 (1,000 gallons) | LAC 33:III.501.B.5.A.3 |

## LOUISIANA AIR EMISSION PERMIT
### GENERAL CONDITIONS

I.      This permit is issued on the basis of the emissions reported in the application for approval of emissions and in no way guarantees that the design scheme presented will be capable of controlling the emissions to the type and quantities stated. Failure to install, properly operate and/or maintain all proposed control measures and/or equipment as specified in the application and supplemental information shall be considered a violation of the permit and LAC 33:III.501. If the emissions are determined to be greater than those allowed by the permit (e.g. during the shakedown period for new or modified equipment) or if proposed control measures and/or equipment are not installed or do not perform according to design efficiency, an application to modify the permit must be submitted. All terms and conditions of this permit shall remain in effect unless and until revised by the permitting authority.

II.     The permittee is subject to all applicable provisions of the Louisiana Air Quality Regulations. Violation of the terms and conditions of the permit constitutes a violation of these regulations.

III.    The Emission Rates for Criteria Pollutants, Emission Rates for TAP/HAP & Other Pollutants, and Specific Requirements sections or, where included, Emission Inventory Questionnaire sheets establish the emission limitations and are a part of the permit. Any operating limitations are noted in the Specific Requirements or, where included, Tables 2 and 3 of the permit. The synopsis is based on the application and Emission Inventory Questionnaire dated April 9, 2008, along with supplemental information dated June 24, July 11, July 22, and August 11, 2008.

IV.     This permit shall become invalid, for the sources not constructed, if:

   A.   Construction is not commenced, or binding agreements or contractual obligations to undertake a program of construction of the project are not entered into, within two (2) years (18 months for PSD permits) after issuance of this permit, or;

   B.   If construction is discontinued for a period of two (2) years (18 months for PSD permits) or more.

   The administrative authority may extend this time period upon a satisfactory showing that an extension is justified.

   This provision does not apply to the time period between construction of the approved phases of a phased construction project. However, each phase must commence construction within two (2) years (18 months for PSD permits) of its projected and approved commencement date.

V.      The permittee shall submit semiannual reports of progress outlining the status of construction, noting any design changes, modifications or alterations in the construction schedule which have or may have an effect on the emission rates or ambient air quality levels. These reports shall continue to be submitted until such time as construction is certified as being complete. Furthermore, for any significant change in the design, prior approval shall be obtained from the Office of Environmental Services, Air Permits Division.

## LOUISIANA AIR EMISSION PERMIT
## GENERAL CONDITIONS

VI.   The permittee shall notify the Department of Environmental Quality, Office of Environmental Services, Air Permits Division within ten (10) calendar days from the date that construction is certified as complete and the estimated date of start-up of operation. The appropriate Regional Office shall also be so notified within the same time frame.

VII.   Any emissions testing performed for purposes of demonstrating compliance with the limitations set forth in paragraph III shall be conducted in accordance with the methods described in the Specific Conditions and, where included, Tables 1, 2, 3, 4, and 5 of this permit. Any deviation from or modification of the methods used for testing shall have prior approval from the Office of Environmental Assessment, Air Quality Assessment Division.

VIII.   The emission testing described in paragraph VII above, or established in the specific conditions of this permit, shall be conducted within sixty (60) days after achieving normal production rate or after the end of the shakedown period, but in no event later than 180 days after initial start-up (or restart-up after modification). The Office of Environmental Assessment, Air Quality Assessment Division shall be notified at least (30) days prior to testing and shall be given the opportunity to conduct a pretest meeting and observe the emission testing. The test results shall be submitted to the Air Quality Assessment Division within sixty (60) days after the complete testing. As required by LAC 33:III.913, the permittee shall provide necessary sampling ports in stacks or ducts and such other safe and proper sampling and testing facilities for proper determination of the emission limits.

IX.   The permittee shall, within 180 days after start-up and shakedown of each project or unit, report to the Office of Environmental Compliance, Enforcement Division any significant difference in operating emission rates as compared to those limitations specified in paragraph III. This report shall also include, but not be limited to, malfunctions and upsets. A permit modification shall be submitted, if necessary, as required in Condition I.

X.   The permittee shall retain records of all information resulting from monitoring activities and information indicating operating parameters as specified in the specific conditions of this permit for a minimum of at least five (5) years.

XI.   If for any reason the permittee does not comply with, or will not be able to comply with, the emission limitations specified in this permit, the permittee shall provide the Office of Environmental Compliance, Enforcement Division with a written report as specified below.

A.   A written report shall be submitted within 7 days of any emission in excess of permit requirements by an amount greater than the Reportable Quantity established for that pollutant in LAC 33.I.Chapter 39.

B.   A written report shall be submitted within 7 days of the initial occurrence of any emission in excess of permit requirements, regardless of the amount, where such emission occurs over a period of seven days or longer.

## LOUISIANA AIR EMISSION PERMIT
## GENERAL CONDITIONS

C.  A written report shall be submitted quarterly to address all emission limitation exceedances not included in paragraphs A or B above. The schedule for submittal of quarterly reports shall be no later than the dates specified below for any emission limitation exceedances occurring during the corresponding specified calendar quarter:

    1.    Report by June 30 to cover January through March
    2.    Report by September 30 to cover April through June
    3.    Report by December 31 to cover July through September
    4.    Report by March 31 to cover October through December

D.  Each report submitted in accordance with this condition shall contain the following information:

    1.    Description of noncomplying emission(s);
    2.    Cause of noncompliance;
    3.    Anticipated time the noncompliance is expected to continue, or if corrected, the duration of the period of noncompliance;
    4.    Steps taken by the permittee to reduce and eliminate the noncomplying emissions; and
    5.    Steps taken by the permittee to prevent recurrences of the noncomplying emissions.

E.  Any written report submitted in advance of the timeframes specified above, in accordance with an applicable regulation, may serve to meet the reporting requirements of this condition provided all information specified above is included. For Part 70 sources, reports submitted in accordance with Part 70 General Condition R shall serve to meet the requirements of this condition provided all specified information is included. Reporting under this condition does not relieve the permittee from the reporting requirements of any applicable regulation, including LAC 33.I.Chapter 39, LAC 33.III.Chapter 9, and LAC 33.III.5107.

XII.  Permittee shall allow the authorized officers and employees of the Department of Environmental Quality, at all reasonable times and upon presentation of identification, to:

A.  Enter upon the permittee's premises where regulated facilities are located, regulated activities are conducted or where records required under this permit are kept;

B.  Have access to and copy any records that are required to be kept under the terms and conditions of this permit, the Louisiana Air Quality Regulations, or the Act;

C.  Inspect any facilities, equipment (including monitoring methods and an operation and maintenance inspection), or operations regulated under this permit; and

D.  Sample or monitor, for the purpose of assuring compliance with this permit or as otherwise authorized by the Act or regulations adopted thereunder, any substances or parameters at any location.

# LOUISIANA AIR EMISSION PERMIT
## GENERAL CONDITIONS

XIII.   If samples are taken under Section XII.D. above, the officer or employee obtaining such samples shall give the owner, operator or agent in charge a receipt describing the sample obtained. If requested prior to leaving the premises, a portion of each sample equal in volume or weight to the portion retained shall be given to the owner, operator or agent in charge. If an analysis is made of such samples, a copy of the analysis shall be furnished promptly to the owner, operator or agency in charge.

XIV.   The permittee shall allow authorized officers and employees of the Department of Environmental Quality, upon presentation of identification, to enter upon the permittee's premises to investigate potential or alleged violations of the Act or the rules and regulations adopted thereunder. In such investigations, the permittee shall be notified at the time entrance is requested of the nature of the suspected violation. Inspections under this subsection shall be limited to the aspects of alleged violations. However, this shall not in any way preclude prosecution of all violations found.

XV.   The permittee shall comply with the reporting requirements specified under LAC 33:III.919 as well as notification requirements specified under LAC 33:III.927.

XVI.   In the event of any change in ownership of the source described in this permit, the permittee and the succeeding owner shall notify the Office of Environmental Services in accordance with LAC 33:I.Chapter 19.Facility Name and Ownership/Operator Changes Process.

XVII.   Very small emissions to the air resulting from routine operations, that are predictable, expected, periodic, and quantifiable and that are submitted by the permitted facility and approved by the Air Permits Division are considered authorized discharges. Approved activities are noted in the General Condition XVII Activities List of this permit. To be approved as an authorized discharge, these very small releases must:

1.   Generally be less than 5 TPY
2.   Be less than the minimum emission rate (MER)
3.   Be scheduled daily, weekly, monthly, etc., or
4.   Be necessary prior to plant startup or after shutdown [line or compressor pressuring/depressuring for example]

These releases are not included in the permit totals because they are small and will have an insignificant impact on air quality. This general condition does not authorize the maintenance of a nuisance, or a danger to public health and safety. The permitted facility must comply with all applicable requirements, including release reporting under LAC 33:I.3901.

XVIII.   Provisions of the permit may be appealed to the secretary in writing pursuant to La. R.S. 30:2024(A) within 30 days from notice of the permit action. A request may be made to the secretary to suspend those provisions of the permit specifically appealed. The permit remains in effect to the extent that the secretary or assistant secretary does not elect to suspend the appealed provisions as requested or, at his discretion, other permit provisions as well. Construction cannot proceed, except as specifically approved by the secretary or

## LOUISIANA AIR EMISSION PERMIT
## GENERAL CONDITIONS

assistant secretary, until a final decision has been rendered on the appeal. A request for hearing must be sent to the Office of the Secretary. A request for hearing must be sent to the following:

Attention: Office of the Secretary, Legal Services Division
La. Dept. of Environmental Quality
Post Office Box 4302
Baton Rouge, Louisiana 70821-4302

XIX.    For Part 70 sources, certain Part 70 general conditions may duplicate or conflict with state general conditions. To the extent that any Part 70 conditions conflict with state general conditions, then the Part 70 general conditions control. To the extent that any Part 70 general conditions duplicate any state general conditions, then such state and Part 70 provisions will be enforced as if there is only one condition rather than two conditions.

# EMISSION RATES FOR CRITERIA POLLUTANTS

## AI ID: 100642 - Hwy 90 LLC - Hwy 90 C&D Landfill
### Activity Number: PER20080001
### Permit Number: 1340-00333-00
### Air - Minor Source/Small Source Initial

| Subject Item | CO Avg lb/hr | CO Max lb/hr | CO Tons/Year | NOx Avg lb/hr | NOx Max lb/hr | NOx Tons/Year | PM10 Avg lb/hr | PM10 Max lb/hr | PM10 Tons/Year | SO2 Avg lb/hr | SO2 Max lb/hr | SO2 Tons/Year | VOC Avg lb/hr | VOC Max lb/hr | VOC Tons/Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HWY-90 - Highway 90 C&D Landfill** | | | | | | | | | | | | | | | |
| EQT 0001 001-08 | 0.85 | 0.85 | 3.74 | 0.16 | 0.16 | 0.69 | <0.01 | <0.01 | 0.04 | 1.80 | 1.80 | 7.89 | 0.32 | 0.32 | 1.42 |
| EQT 0002 002-08 | 0.85 | 0.85 | 3.74 | 0.16 | 0.16 | 0.69 | <0.01 | <0.01 | 0.01 | 1.80 | 1.80 | 7.89 | 0.32 | 0.32 | 1.42 |
| EQT 0003 003-08 | 0.85 | 0.85 | 3.74 | 0.16 | 0.16 | 0.69 | <0.01 | <0.01 | 0.01 | 1.80 | 1.80 | 7.89 | 0.32 | 0.32 | 1.42 |
| EQT 0004 004-08 | 0.09 | 0.09 | 0.39 | 0.42 | 0.42 | 1.82 | 0.03 | 0.03 | 0.13 | 0.03 | 0.03 | 0.12 | 0.03 | 0.03 | 0.15 |
| EQT 0005 005-08 | 0.04 | 0.04 | 0.10 | 0.21 | 0.21 | 0.45 | 0.01 | 0.01 | 0.03 | 0.01 | 0.01 | 0.03 | 0.02 | 0.02 | 0.04 |
| EQT 0006 006-08 | 0.04 | 0.04 | 0.10 | 0.21 | 0.21 | 0.45 | 0.01 | 0.01 | 0.03 | 0.01 | 0.01 | 0.03 | 0.02 | 0.02 | 0.04 |
| EQT 0007 007-08 | 0.04 | 0.04 | 0.10 | 0.21 | 0.21 | 0.45 | 0.01 | 0.01 | 0.03 | 0.01 | 0.01 | 0.03 | 0.02 | 0.02 | 0.04 |
| EQT 0008 008-08 | 0.04 | | 0.10 | 0.21 | 0.21 | 0.45 | 0.01 | 0.01 | 0.03 | 0.01 | 0.01 | 0.03 | 0.02 | 0.02 | 0.04 |
| EQT 0009 009-08 | 0.30 | 0.30 | 0.66 | 1.40 | 1.40 | 3.05 | 0.10 | 0.10 | 0.22 | 0.09 | 0.09 | 0.20 | 0.11 | 0.11 | 0.25 |
| EQT 0010 010-08 | | | | | | | | | | | | | 0.01 | 0.01 | 0.05 |
| FUG 0001 FUG-001 | | | | | | | 0.36 | 0.41 | 0.78 | | | | | | |

Note: Emission rates in bold are from alternate scenarios and are not included in permitted totals unless otherwise noted in a footnote.

TPOR0145

# EMISSION RATES FOR TAP/HAP & OTHER POLLUTANTS

## AI ID: 100642 - Hwy 90 LLC - Hwy 90 C&D Landfill
### Activity Number:  PER20080001
### Permit Number:  1340-00333-00
### Air - Minor Source/Small Source Initial

| Emission Pt. | Pollutant | Avg lb/hr | | Max lb/hr | | Tons/Year | |
|---|---|---|---|---|---|---|---|
| EQT 0001 001-08 | Hydrogen sulfide | < | 0.01 | < | 0.01 | < | 0.01 |
| EQT 0002 002-08 | Hydrogen sulfide | < | 0.01 | < | 0.01 | < | 0.01 |
| EQT 0003 003-08 | Hydrogen sulfide | < | 0.01 | < | 0.01 | < | 0.01 |
| UNF 0001 HWY-90 | Hydrogen sulfide | < | 0.01 | . < | 0.01 | < | 0.01 |

Note: Emission rates in bold are from alternate scenarios and are not included in permitted totals unless otherwise noted in a footnote.  Emission rates attributed to the UNF reflect the sum of the TAP/HAP limits of the individual emission points (or caps) under this permit, but do not constitute an emission cap.

TPOR0146

## SPECIFIC REQUIREMENTS

**AI ID: 100642 - Hwy 90 LLC - Hwy 90 C&D Landfill**
**Activity Number: PER20080001**
**Permit Number: 1340-00333-00**
**Air - Minor Source/Small Source Initial**

### EQT0001  001-08  Flare No. 1

1  [LAC 33:III.1105]
Opacity <= 20 percent, except for a combined total of six hours in any 10 consecutive day period, for burning in connection with pressure valve releases for control over process upsets. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year   Statistical Basis: None specified

2  [LAC 33:III.1311.C]
Opacity <= 20 percent; except emissions may have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year   Statistical Basis: Six-minute average

3  [LAC 33:III.1513.C]
Equipment/operational data recordkeeping by electronic or hard copy once initially and annually.  Record and retain at the site sufficient data to show annual potential sulfur dioxide emissions.

4  [LAC 33:III.501.C.6]
Develop a corrective action plan for re-lighting the flare. Plan must be kept readily available for immediate implementation in the event the flare needs to be re-lit.

5  [LAC 33:III.501.C.6]
Flare gas:  Heat content > 300 BTU/scf, to ensure destruction of emissions to the flare stack.
Which Months: All Year   Statistical Basis: None specified

6  [LAC 33:III.501.C.6]
Flare gas:  Heat content monitored by gas analysis periodically, to insure the heat content is above 300 BTU/scf.
Which Months: All Year   Statistical Basis: None specified

7  [LAC 33:III.501.C.6]
Flare gas:  Heat content recordkeeping by electronic or hard copy annually.

8  [LAC 33:III.501.C.6]
Permittee shall ensure the flare operates as a continuous flame which is re-ignited using the following system.  ☐
The passive flares are equipped with a solar spark ignition system.  This system has a 12-volt rechargeable gel cell charged by a solar panel and, when fully charged, can operate for 14 days in darkness.  The spark interval is 1.25 seconds so if the flame does go out, it should restart immediately.  According the manufacturer's specifications, 'A properly operating CF-10 unit should provide continuous re-ignition of gases in less than 60 seconds after flameout regardless of wind direction or velocity.  The flarehead is designed for high efficiency in windy conditions. No external windshields are recommended.'

9  [LAC 33:III.501.C.6]
Permittee shall install the piping and gas collection system of the flare below grade.  If the gas collection system becomes damaged or destroyed during the maintainance of the Highway 90 C&D Landfill, permittee shall take the necessary steps to repair the gas collection system and/or flare to its proper working order.

10  [LAC 33:III.501.C.6]
Permittee shall monitor the flow rate, concentrations of $H_2S$, $CH_4$, $CO_2$, and $O_2$, and the balance gas periodically after the passive flares are installed.  Permittee may use Landtec or equivalent monitoring device to conduct measurements as needed to measure the $H_2S$ concentration once the flares are operational.

11  [LAC 33:III.501.C.6]
Presence of a flame monitored by visual inspection/determination daily.
Which Months: All Year   Statistical Basis: None specified

12  [LAC 33:III.501.C.6]
Presence of a flame recordkeeping by electronic or hard copy daily.

13  [LAC 33:III.5107.A.2]
Emits Class III TAP only.  Chapter 51 MACT is not required.  Include emissions of all toxic air pollutants listed in LAC 33:III.5112, Table 51.1 or 51.3 in the Annual Emissions Report unless exempted under LAC 33:III.5105.B.

### EQT0002  002-08  Flare No. 2

TPDR0147

## SPECIFIC REQUIREMENTS

**AI ID: 100642 - Hwy 90 LLC - Hwy 90 C&D Landfill**

**Activity Number:  PER20080001**

**Permit Number:  1340-00333-00**

**Air - Minor Source/Small Source Initial**

### EQT0002  002-08  Flare No. 2

**14**  [LAC 33:III.1105]  Opacity <= 20 percent, except for a combined total of six hours in any 10 consecutive day period, for burning in connection with pressure valve releases for control over process upsets. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year    Statistical Basis: None specified

**15**  [LAC 33:III.1105]  Submit notification:  Due to SPOC as soon as possible after the start of burning of pressure valve releases for control over process upsets.  Notify in accordance with LAC 33:I.3923.  Notification is required only if the upset cannot be controlled in six hours.

**16**  [LAC 33:III.1311.C]  Opacity <= 20 percent; except emissions may have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year    Statistical Basis: Six-minute average

**17**  [LAC 33:III.1513.C]  Equipment/operational data recordkeeping by electronic or hard copy once initially and annually.  Record and retain at the site sufficient data to show annual potential sulfur dioxide emissions.

**18**  [LAC 33:III.501.C.6]  Develop a corrective action plan for re-lighting the flare.  Plan must be kept readily available for immediate implementation in the event the flare needs to be re-lit.

**19**  [LAC 33:III.501.C.6]  Flare gas:  Heat content > 300 BTU/scf, to ensure destruction of emissions to the flare stack.
Which Months: All Year    Statistical Basis: None specified

**20**  [LAC 33:III.501.C.6]  Flare gas:  Heat content monitored by gas analysis periodically, to insure the heat content is above 300 BTU/scf.
Which Months: All Year    Statistical Basis: None specified

**21**  [LAC 33:III.501.C.6]  Flare gas:  Heat content recordkeeping by electronic or hard copy annually.

**22**  [LAC 33:III.501.C.6]  Permittee shall ensure the flare operates as a continuous flame which is re-ignited using the following system.  □
The passive flares are equipped with a solar spark ignition system.  This system has a 12-volt rechargeable gel cell charged by a solar panel and, when fully charged, can operate for 14 days in darkness.  The spark interval is 1.25 seconds so if the flame does go out, it should restart immediately.  According the manufacturer's specifications, 'A properly operating CF-10 unit should provide continuous re-ignition of gases in less than 60 seconds after flameout regardless of wind direction or velocity.  The flarehead is designed for high efficiency in windy conditions.  No external windshields are recommended.'

**23**  [LAC 33:III.501.C.6]  Permittee shall install the piping and gas collection system of the flare below grade.  If the gas collection system becomes damaged or destroyed during the maintainance of the Highway 90 C&D Landfill, permittee shall take the necessary steps to repair the gas collection system and/or flare to its proper working order.

**24**  [LAC 33:III.501.C.6]  Permittee shall monitor the flow rate, concentrations of H2S, CH4, CO2, and O2, and the balance gas periodically after the passive flares are installed.  Permittee may use Landtec or equivalent monitoring device to conduct measurements as needed to measure the H2S concentration once the flares are operational.

**25**  [LAC 33:III.501.C.6]  Presence of a flame monitored by visual inspection/determination daily.
Which Months: All Year    Statistical Basis: None specified

**26**  [LAC 33:III.501.C.6]  Presence of a flame recordkeeping by electronic or hard copy daily.

**27**  [LAC 33:III.5107.A.2]  Emits Class III TAP only.  Chapter 51 MACT is not required.  Include emissions of all toxic air pollutants listed in LAC 33:III.5112, Table 51.1 or 51.3 in the Annual Emissions Report unless exempted under LAC 33:III.5105.B.

TPER0147

# SPECIFIC REQUIREMENTS

## AI ID: 100642 - Hwy 90 LLC - Hwy 90 C&D Landfill
### Activity Number: PER20080001
### Permit Number: 1340-00333-00
### Air - Minor Source/Small Source Initial

## EQT0003  003-08  Flare No. 3

| 28 | [LAC 33:III.1105] | Opacity <= 20 percent, except for a combined total of six hours in any 10 consecutive day period, for burning in connection with pressure valve releases for control over process upsets. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources. |
| | | Which Months: All Year   Statistical Basis: None specified |
| 29 | [LAC 33:III.1105] | Submit notification:  Due to SPOC as soon as possible after the start of burning of pressure valve releases for control over process upsets.  Notify in accordance with LAC 33.1.3923.  Notification is required only if the upset cannot be controlled in six hours. |
| 30 | [LAC 33:III.1311.C] | Opacity <= 20 percent; except emissions may have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources. |
| | | Which Months: All Year   Statistical Basis: Six-minute average |
| 31 | [LAC 33:III.1513.C] | Equipment/operational data recordkeeping by electronic or hard copy once initially and annually.  Record and retain at the site sufficient data to show annual potential sulfur dioxide emissions. |
| 32 | [LAC 33:III.501.C.6] | Develop a corrective action plan for re-lighting the flare.  Plan must be kept readily available for immediate implementation in the event the flare needs to be re-lit. |
| 33 | [LAC 33:III.501.C.6] | Flare gas:  Heat content > 300 BTU/scf, to ensure destruction of emissions to the flare stack. |
| | | Which Months: All Year   Statistical Basis: None specified |
| 34 | [LAC 33:III.501.C.6] | Flare gas:  Heat content monitored by gas analysis periodically, to insure the heat content is above 300 BTU/scf. |
| | | Which Months: All Year   Statistical Basis: None specified |
| 35 | [LAC 33:III.501.C.6] | Flare gas:  Heat content recordkeeping by electronic or hard copy annually. |
| 36 | [LAC 33:III.501.C.6] | Permittee shall ensure the flare operates as a continuous flame which is re-ignited using the following system.  ☐ The passive flares are equipped with a solar spark ignition system.  This system has a 12-volt rechargeable gel cell charged by a solar panel and, when fully charged, can operate for 14 days in darkness.  The spark interval is 1.25 seconds so if the flame does go out, it should restart immediately.  According the manufacturer's specifications, 'A properly operating CF-10 unit should provide continuous re-ignition of gases in less than 60 seconds after flameout regardless of wind direction or velocity.  The flarehead is designed for high efficiency in windy conditions.  No external windshields are recommended.' |
| 37 | [LAC 33:III.501.C.6] | Permittee shall install the piping and gas collection system of the flare below grade.  If the gas collection system becomes damaged or destroyed during the maintainance of the Highway 90 C&D Landfill, permittee shall take the necessary steps to repair the gas collection system and/or flare to its proper working order. |
| 38 | [LAC 33:III.501.C.6] | Permittee shall monitor the flow rate, concentrations of $H_2S$, $CH_4$, $CO_2$, and $O_2$, and the balance gas periodically after the passive flares are installed.  Permittee may use Landtec or equivalent monitoring device to conduct measurements as needed to measure the $H_2S$ concentration once the flares are operational. |
| 39 | [LAC 33:III.501.C.6] | Presence of a flame monitored by visual inspection/determination daily. |
| | | Which Months: All Year   Statistical Basis: None specified |
| 40 | [LAC 33:III.501.C.6] | Presence of a flame recordkeeping by electronic or hard copy daily. |
| 41 | [LAC 33:III.5107.A.2] | Emits Class III TAP only.  Chapter 51 MACT is not required.  Include emissions of all toxic air pollutants listed in LAC 33:III.5112, Table 51.1 or 51.3 in the Annual Emissions Report unless exempted under LAC 33:III.5105.B. |

TPOR0147

# SPECIFIC REQUIREMENTS

**AI ID: 100642 - Hwy 90 LLC - Hwy 90 C&D Landfill**
**Activity Number:  PER20080001**
**Permit Number:  1340-00333-00**
**Air - Minor Source/Small Source Initial**

## EQT0004  004-08 Diesel Generator

42  [LAC 33:III.1101.B]     Opacity <= 20 percent, except during the cleaning of a fire box or building of a new fire, soot blowing or lancing, charging of an incinerator, equipment changes, ash removal or rapping of precipitators, which may have an opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year    Statistical Basis: None specified

43  ¹[LAC 33:III.1311.C]     Opacity <= 20 percent; except emissions may have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year    Statistical Basis: Six-minute average

## EQT0005  005-08 Diesel Light Plant No. 1

44  [LAC 33:III.1101.B]     Opacity <= 20 percent, except during the cleaning of a fire box or building of a new fire, soot blowing or lancing, charging of an incinerator, equipment changes, ash removal or rapping of precipitators, which may have an opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year    Statistical Basis: None specified

45  [LAC 33:III.1311.C]     Opacity <= 20 percent; except emissions may have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year    Statistical Basis: Six-minute average

46  [LAC 33:III.501.C.6]     Operating time <= 4368 hr/yr.  Noncompliance with this limitation is a reportable violation of the permit.  Notify the Office of Environmental Compliance, Enforcement Division if the operating time exceeds the maximum listed in this specific condition for any twelve consecutive month period.
Which Months: All Year    Statistical Basis: None specified

47  [LAC 33:III.501.C.6]     Operating time monitored by technically sound method continuously.
Which Months: All Year    Statistical Basis: None specified

48  [LAC 33:III.501.C.6]     Operating time recordkeeping by electronic or hard copy monthly.  Keep records of the total operating time each month, as well as the total operating time for the last twelve months.  Make records available for inspection by DEQ personnel.

49  [LAC 33:III.501.C.6]     Submit report: Due annually, by the 31st of March.  Report the the total operating time for the preceding calendar year to the Office of Environmental Compliance, Enforcement Division.

## EQT0006  006-08 Diesel Light Plant No. 2

TP0R0147

## SPECIFIC REQUIREMENTS

**AI ID: 100642 - Hwy 90 LLC - Hwy 90 C&D Landfill**

**Activity Number: PER20080001**

**Permit Number: 1340-00333-00**

**Air - Minor Source/Small Source Initial**

### EQT0006  006-08 Diesel Light Plant No. 2

50  [LAC 33:III.1101.B]   Opacity <= 20 percent, except during the cleaning of a fire box or building of a new fire, soot blowing or lancing, charging of an incinerator, equipment changes, ash removal or rapping of precipitators, which may have an opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year   Statistical Basis: None specified

51  [LAC 33:III.1311.C]   Opacity <= 20 percent; except emissions may have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year   Statistical Basis: Six-minute average

52  [LAC 33:III.501.C.6]   Operating time <= 4368 hr/yr.  Noncompliance with this limitation is a reportable violation of the permit.  Notify the Office of Environmental Compliance, Enforcement Division if the operating time exceeds the maximum listed in this specific condition for any twelve consecutive month period.
Which Months: All Year   Statistical Basis: None specified

53  [LAC 33:III.501.C.6]   Operating time monitored by technically sound method continuously.
Which Months: All Year   Statistical Basis: None specified

54  [LAC 33:III.501.C.6]   Operating time recordkeeping by electronic or hard copy monthly.  Keep records of the total operating time each month, as well as the total operating time for the last twelve months.  Make records available for inspection by DEQ personnel.

55  [LAC 33:III.501.C.6]   Submit report: Due annually, by the 31st of March.  Report the the total operating time for the preceding calendar year to the Office of Environmental Compliance, Enforcement Division.

### EQT0007  007-08 Diesel Light Plant No. 3

56  [LAC 33:III.1101.C]   Opacity <= 20 percent, except during the cleaning of a fire box or building of a new fire, soot blowing or lancing, charging of an incinerator, equipment changes, ash removal or rapping of precipitators, which may have an opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year   Statistical Basis: None specified

57  [LAC 33:III.1311.C]   Opacity <= 20 percent; except emissions may have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year   Statistical Basis: Six-minute average

58  [LAC 33:III.501.C.6]   Operating time <= 4368 hr/yr.  Noncompliance with this limitation is a reportable violation of the permit.  Notify the Office of Environmental Compliance, Enforcement Division if the operating time exceeds the maximum listed in this specific condition for any twelve consecutive month period.
Which Months: All Year   Statistical Basis: None specified

59  [LAC 33:III.501.C.6].   Operating time monitored by technically sound method continuously.
Which Months: All Year   Statistical Basis: None specified

TPOR0147

# SPECIFIC REQUIREMENTS

## AI ID: 100642 - Hwy 90 LLC - Hwy 90 C&D Landfill
## Activity Number: PER20080001
## Permit Number: 1340-00333-00
## Air - Minor Source/Small Source Initial

### EQT0007  007-08 Diesel Light Plant No. 3

60  [LAC 33:III.501.C.6]   Operating time recordkeeping by electronic or hard copy monthly.  Keep records of the total operating time each month, as well as the total operating time for the last twelve months.  Make records available for inspection by DEQ personnel.

61  [LAC 33:III.501.C.6]   Submit report: Due annually, by the 31st of March.  Report the total operating time for the preceding calendar year to the Office of Environmental Compliance, Enforcement Division.

### EQT0008  008-08 Diesel Light Plant No. 4

62  [LAC 33:III.1101.B]   Opacity <= 20 percent, except during the cleaning of a fire box or building of a new fire, soot blowing or lancing, charging of an incinerator, equipment changes, ash removal or rapping of precipitators, which may have an opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year   Statistical Basis: None specified

63  [LAC 33:III.1311.C]   Opacity <= 20 percent; except emissions may have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year   Statistical Basis: Six-minute average

64  [LAC 33:III.501.C.6]   Operating time <= 4368 hr/yr.  Noncompliance with this limitation is a reportable violation of the permit.  Notify the Office of Environmental Compliance, Enforcement Division if the operating time exceeds the maximum listed in this specific condition for any twelve consecutive month period.
Which Months: All Year   Statistical Basis: None specified

65  [LAC 33:III.501.C.6]   Operating time monitored by technically sound method continuously.
Which Months: All Year   Statistical Basis: None specified

66  [LAC 33:III.501.C.6]   Operating time recordkeeping by electronic or hard copy monthly.  Keep records of the total operating time each month, as well as the total operating time for the last twelve months.  Make records available for inspection by DEQ personnel.

67  [LAC 33:III.501.C.6]   Submit report: Due annually, by the 31st of March.  Report the total operating time for the preceding calendar year to the Office of Environmental Compliance, Enforcement Division.

### EQT0009  009-08 Diesel Water Pump

68  [LAC 33:III.1101.B]   Opacity <= 20 percent, except during the cleaning of a fire box or building of a new fire, soot blowing or lancing, charging of an incinerator, equipment changes, ash removal or rapping of precipitators, which may have an opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year   Statistical Basis: None specified

69  [LAC 33:III.1311.C]   Opacity <= 20 percent; except emissions may have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Permittee may use Method 22 Visual Determination of Fugitive Emissions from Material Sources and Smoke Emissions From Flares to comply with this requirement in lieu of Method 9 Visual Determination of Opacity from Stationary Sources.
Which Months: All Year   Statistical Basis: Six-minute average

TPOR0147

# SPECIFIC REQUIREMENTS

## AI ID: 100642 - Hwy 90 LLC - Hwy 90 C&D Landfill
## Activity Number: PER20080001
## Permit Number: 1340-00333-00
## Air - Minor Source/Small Source Initial

### EQT0009  009-08 Diesel Water Pump

70   [LAC 33:III.501.C.6]   Operating time <= 4368 hr/yr.  Noncompliance with this limitation is a reportable violation of the permit.  Notify the Office of Environmental Compliance, Enforcement Division if the operating time exceeds the maximum listed in this specific condition for any twelve consecutive month period.
Which Months: All Year   Statistical Basis: None specified

71   [LAC 33:III.501.C.6]   Operating time monitored by technically sound method continuously.
Which Months: All Year   Statistical Basis: None specified

72   [LAC 33:III.501.C.6]   Operating time recordkeeping by electronic or hard copy monthly.  Keep records of the total operating time each month, as well as the total operating time for the last twelve months.  Make records available for inspection by DEQ personnel.

73   [LAC 33:III.501.C.6]   Submit report: Due annually, by the 31st of March.  Report the total operating time for the preceding calendar year to the Office of Environmental Compliance, Enforcement Division.

### EQT0010  010-08 Gasoline Tank

74   [LAC 33:III.2103.A]   Equip with a submerged fill pipe.

75   [LAC 33:III.2103.H.3]   Determine VOC maximum true vapor pressure using the methods in LAC 33:III.2103.H.3.a-e.

76   [LAC 33:III.2103.I]   Equipment/operational data recordkeeping by electronic or hard copy at the regulation's specified frequency.  Keep records of the information specified in LAC 33:III.2103.I.1 - 7, as applicable.

### FUG0001  FUG-001 Unpaved Roads

77   [LAC 33:III.1305]   Prevent particulate matter from becoming airborne by taking all reasonable precautions. These precautions shall include, but not be limited to, those specified in LAC 33:III.1305.A.1-7.

### UNF0001  HWY-90 - Highway 90 C&D Landfill

78   [LAC 33:III.1109 B]   Outdoor burning of waste material or other combustible material is prohibited.

79   [LAC 33:III.1303 B]   Emissions of particulate matter which pass onto or across a public road and create a traffic hazard by impairment of visibility or intensify an existing traffic hazard condition are prohibited.

80   [LAC 33:III.2113.A]   Maintain best practical housekeeping and maintenance practices at the highest possible standards to reduce the quantity of organic compounds emissions.  Good housekeeping shall include, but not be limited to, the practices listed in LAC 33:III.2113.A.1-5.

81   [LAC 33:III.219]   Failure to pay the prescribed application fee or annual fee as provided herein, within 90 days after the due date, will constitute a violation of these regulations and shall subject the person to applicable enforcement actions under the Louisiana Environmental Quality Act including, but not limited to, revocation or suspension of the applicable permit, license, registration, or variance.

82   [LAC 33:III.5107.A.2]   Include a certification statement with the annual emission report and revisions to any emission report that attests that the information contained in the emission report is true, accurate, and complete, and that is signed by a responsible official, as defined in LAC 33:III.502.  Include the full name of the responsible official, title, signature, date of signature and phone number of the responsible official.

TPOR0147

## SPECIFIC REQUIREMENTS

AI ID: 100642 - Hwy 90 LLC - Hwy 90 C&D Landfill

Activity Number: PER20080001

Permit Number: 1340-00333-00

Air - Minor Source/Small Source Initial

**UNF0001  HWY-90 - Highway 90 C&D Landfill**

83  [LAC 33:III.5107.A]
Submit Annual Emissions Report (TED): Due annually, by the 31st of March unless otherwise directed by DEQ, to the Office of Environmental Assessment in a format specified by DEQ. Identify the quantity of emissions in the previous calendar year for any toxic air pollutant listed in Table 51.1 or Table 51.3.

84  [LAC 33:III.5107.B.1]
Submit notification: Due to the Department of Public Safety 24-hour Louisiana Emergency Hazardous Materials Hotline at (225) 925-6595 immediately, but in no case later than 1 hour, after any discharge of a toxic air pollutant into the atmosphere that results or threatens to result in an emergency condition (a condition which could reasonably be expected to endanger the health and safety of the public, cause significant adverse impact to the land, water or air environment, or cause severe damage to property).

85  [LAC 33:III.5107.B.2]
Submit notification: Due to SPOC, except as provided in LAC 33:III.5107.B.6, no later than 24 hours after the beginning of any unauthorized discharge into the atmosphere of a toxic air pollutant as a result of bypassing an emission control device, when the emission control bypass was not the result of an upset, and the quantity of the unauthorized bypass is greater than or equal to the lower of the Minimum Emission Rate (MER) in LAC 33:III.5112, Table 51.1, or a reportable quantity (RQ) in LAC 33:1.3931, or the quantity of the unauthorized bypass is greater than one pound and there is no MER or RQ for the substance in question. Submit notification in the manner provided in LAC 33:1.3923.

86  [LAC 33:III.5107.B.3]
Submit notification: Due to SPOC, except as provided in LAC 33:III.5107.B.6, immediately, but in no case later than 24 hours after any unauthorized discharge of a toxic air pollutant into the atmosphere that does not cause an emergency condition, the rate or quantity of which is in excess of that allowed by permit, compliance schedule, or variance, or for upset events that exceed the reportable quantity in LAC 33:1.3931. Submit notification in the manner provided in LAC 33:1.3923.

87  [LAC 33:III.5107.B.4]
Submit written report: Due by certified mail to SPOC within seven calendar days of learning of any such discharge or equipment bypass as referred to in LAC 33:III.5107.B.1 through B.3. Include the information specified in LAC 33:III.5107.B.4.a.i through B.4.a.viii.

88  [LAC 33:III.5107.B.5]
Report all discharges to the atmosphere of a toxic air pollutant from a safety relief device, a line or vessel rupture, a sudden equipment failure, or a bypass of an emission control device, regardless of quantity, IF THEY CAN BE MEASURED AND CAN BE RELIABLY QUANTIFIED USING GOOD ENGINEERING PRACTICES, to DEQ along with the annual emissions report and where otherwise specified. Include the identity of the source, the date and time of the discharge, and the approximate total loss during the discharge.

89  [LAC 33:III.5307.A]
Submit initial emissions inventory report: Due to the Department of Environmental Quality on or before October 1, 1994. Submit on a form or in an electronic format specified by the department and include the information specified in LAC 33:III.5307.A.1 through 7.

90  [LAC 33:III.5611.A]
Submit standby plan for the reduction or elimination of emissions during an Air Pollution Alert, Air Pollution Warning, or Air Pollution Emergency: Due within 30 days after requested by the administrative authority.

91  [LAC 33:III.5611.B]
During an Air Pollution Alert, Air Pollution Warning or Air Pollution Emergency, make the standby plan available on the premises to any person authorized by the department to enforce these regulations.

92  [LAC 33:III.5907]
Identify hazards that may result from accidental releases of the substances listed in 40 CFR 68.130, Table 59.0 of LAC 33:III.5907, or Table 59.1 of LAC 33:III.5913 using appropriate hazard assessment techniques, design and maintain a safe facility, and minimize the off-site consequences of accidental releases of such substances that do occur.

93  [LAC 33:III.5911.A]
Submit registration: Due January 31, 1998, or within 60 days after the source becomes subject to LAC 33:III.Chapter 59, whichever is later. Include the information listed in LAC 33:III.5911.B, and submit to the Office of Environmental Compliance.

TPOR0147

## General Information

### AI ID: 100642 Hwy 90 LLC - Hwy 90 C&D Landfill
### Activity Number: PER20080001
### Permit Number: 1340-00333-00
### Air - Minor Source/Small Source Initial

**Also Known As:**

| ID | Name | User Group | Start Date |
|---|---|---|---|
| 1340-00333 | Hwy 90 LLC | CDS Number | 04-14-2008 |
| 5 | Hurricane Katrina Response Related Facility | Emergency Debris Site | 11-30-2005 |
| 72-1217525 | Hwy 90 LLC - Hwy 90 C&D Landfill | Federal Tax ID | 01-31-2005 |
| LAG780020 | LPDES # | LPDES Permit # | 01-12-2005 |
| | River Birch LLC (parent co) | Multimedia | 07-23-2005 |
| D-051-11897 | Site ID # | Solid Waste Facility No. | 01-13-2003 |
| 7608268-001 | Hwy 90 LLC - Hwy 90 C&D Landfill | State Tax ID | 01-31-2005 |
| 13500 | Waste Tires -Landfill | Waste Tire Facility ID Number | 08-01-2002 |
| WQC JP 070111-01 | Water Quality Certification # | Water Certification | 01-11-2007 |

**Physical Location:**
5000 Hwy 90
Avondale, LA 70094

Main FAX: 5044367247
Main Phone: 5044361288

**Mailing Address:**
PO Box 697
Harvey, LA 70059

**Related People:**

| Name | Mailing Address | Phone (Type) | Relationship |
|---|---|---|---|
| Vic Culpepper | 2000 S Kenner Rd  Avondale, LA 70094 | 5044361288 (WP) | Waste Tires Contact for |
| Vic Culpepper | 2000 S Kenner Rd  Avondale, LA 70094 | VCULPEPPER@RIV | Waste Tires Contact for |
| Albert Ward | PO Box 1938  Gretna, LA 70054 | 5043662355 (WP) | Responsible Official for |
| Jim Ward | PO Box 697  Harvey, LA 70059 | 5043641140 (WP) | Water Billing Party for |
| Jim Ward | PO Box 697  Harvey, LA 70059 | 5043641140 (WP) | Solid Waste Billing Party for |
| Albert Ward | PO Box 1938  Gretna, LA 70054 | 5043662355 (WP) | Owns |

**Related Organizations:**

| Name | Address | Phone (Type) | Relationship |
|---|---|---|---|
| Hwy 90 LLC | PO Box 1938  Gretna, LA 70054 | 5043662355 (WP) | Owns |
| Hwy 90 LLC | PO Box 1938  Gretna, LA 70054 | 5043674608 (WF) | Owns |
| Hwy 90 LLC | PO Box 1938  Gretna, LA 70054 | 5043662355 (WP) | Air Billing Party for |
| Hwy 90 LLC | PO Box 1938  Gretna, LA 70054 | 5043674608 (WF) | Air Billing Party for |
| Hwy 90 LLC | PO Box 1938  Gretna, LA 70054 | 5043662355 (WP) | Operates |
| Hwy 90 LLC | PO Box 1938  Gretna, LA 70054 | 5043674608 (WF) | Operates |

**Note: This report entitled "General Information" contains a summary of facility-level information contained in LDEQ's TEMPO database for this facility and is not considered a part of the permit. Please review the information contained in this document for accuracy and completeness. If any changes are required or if you have questions regarding this document, you may contact Mr. David Ferrand, Environmental Assistance Division, at (225) 219-0775 or email your changes to facupdate@la.gov.**

TPOR0148

# INVENTORIES

**AI ID: 100642 - Hwy 90 LLC - Hwy 90 C&D Landfill**
**Activity Number: PER20080001**
**Permit Number: 1340-00333-00**
**Air - Minor Source/Small Source Initial**

## Subject Item Inventory:

| ID | Description | Tank Volume | Max. Operating Rate | Normal Operating Rate | Contents | Discharge Area (square feet) | Height (feet) | Operating Time | Temperature (oF) |
|---|---|---|---|---|---|---|---|---|---|
| **HWY-90 - Highway 90 C&D Landfill** | | | | | | | | | |
| EQT0001 | 001-08 - Flare No. 1 | | 2.31 MM BTU/hr | 2.31 MM BTU/hr | | .79 | 10 | 8760 hr/yr (All Year) | 1832 |
| EQT0002 | 002-08 - Flare No. 2 | | 2.31 MM BTU/hr | 2.31 MM BTU/hr | | .79 | 10 | 8760 hr/yr (All Year) | 1832 |
| EQT0003 | 003-08 - Flare No. 3 | | 2.31 MM BTU/hr | 2.31 MM BTU/hr | | .79 | 10 | 8760 hr/yr (All Year) | 1832 |
| EQT0004 | 004-08 - Diesel Generator | | 13.4 horsepower | 10 kW | Diesel 0.03 MM BTU/hr | .05 | 12 | 8760 hr/yr (All Year) | 900 |
| EQT0005 | 005-08 - Diesel Light Plant No. 1 | | 6.7 horsepower | 5 kW | Diesel 0.02 MM BTU/hr | .05 | 3 | 4368 hr/yr (All Year) | 900 |
| EQT0006 | 006-08 - Diesel Light Plant No. 2 | | 6.7 horsepower | 5 kW | Diesel 0.02 MM BTU/hr | .05 | 3 | 4368 hr/yr (All Year) | 900 |
| EQT0007 | 007-08 - Diesel Light Plant No. 3 | | 6.7 horsepower | 5 kW | Diesel 0.02 MM BTU/hr | .05 | 3 | 4368 hr/yr (All Year) | 900 |
| EQT0008 | 008-08 - Diesel Light Plant No. 4 | | 6.7 horsepower | 5 kW | Diesel 0.02 MM BTU/hr | .05 | 3 | 4368 hr/yr (All Year) | 900 |
| EQT0009 | 009-08 - Diesel Water Pump | | 45 horsepower | 45 horsepower | Diesel 0.11 MM BTU/hr | .5 | 3 | 8760 hr/yr (All Year) | 900 |
| EQT0010 | 010-08 - Gasoline Tank | 3000 gallons | | | Gasoline | | | 8760 hr/yr (All Year) | |
| FUG0001 | FUG-001 - Unpaved Roads | | | | | | | | |

## Stack Information:

| ID | Description | Velocity (ft/sec) | Flow Rate (cubic ft/min-actual) | Diameter (feet) | Discharge Area (square feet) | Height (feet) | Temperature (oF) |
|---|---|---|---|---|---|---|---|
| **HWY-90 - Highway 90 C&D Landfill** | | | | | | | |
| EQT0001 | 001-08 - Flare No. 1 | 60 | 2827 | 1 | .79 | 10 | 1832 |
| EQT0002 | 002-08 - Flare No. 2 | 60 | 2827 | 1 | .79 | 10 | 1832 |
| EQT0003 | 003-08 - Flare No. 3 | 60 | 2827 | 1 | .79 | 10 | 1832 |
| EQT0004 | 004-08 - Diesel Generator | 100 | 295 | .25 | .05 | 12 | 900 |
| EQT0005 | 005-08 - Diesel Light Plant No. 1 | 1 | 5 | .25 | .05 | 3 | 900 |
| EQT0006 | 006-08 - Diesel Light Plant No. 2 | 1 | 5 | .25 | .05 | 3 | 900 |
| EQT0007 | 007-08 - Diesel Light Plant No. 3 | 1 | 5 | .25 | .05 | 3 | 900 |
| EQT0008 | 008-08 - Diesel Light Plant No. 4 | 1 | 5 | .25 | .05 | 3 | 900 |
| EQT0009 | 009-08 - Diesel Water Pump | 10 | 50 | .25 | .5 | 3 | 900 |

## Relationships:

## Subject Item Groups:

| ID | | Group Type | Group Description |
|---|---|---|---|
| UNF0001 | Unit or Facility Wide | | HWY-90 - Highway 90 C&D Landfill |

## Group Membership:

NOTE: The UNF group relationship is not printed in this table. Every subject item is a member of the UNF group.

TPOR0149

TPOR0149

# INVENTORIES

AI ID: 100642 - Hwy 90 LLC - Hwy 90 C&D Landfill
Activity Number: PER20080001
Permit Number: 1340-00333-00
Air - Minor Source/Small Source Initial

Annual Maintenance Fee:

| Fee Number | Air Contaminant Source | Multiplier | Units Of Measure |
|---|---|---|---|
| 1722 | Small Source Permit | | |

SIC Codes:

| | | |
|---|---|---|
| 4953 | Refuse systems | AI100642 |
| 4953 | Refuse systems | UNF001 |

## AIR PERMIT ROUTING/APPROVAL SLIP-Permit.

AUG 1 5 2008

**DEQ** LOUISIANA

| AI No. | 100642 | Company | Hwy 90, LLC | Date Received | 4/11/2008 |
|---|---|---|---|---|---|
| Activity No. | PER20080001 | Facility | Hwy 90 C&D Landfill | Permit Type | State Permit |
| CDS No. | 1340-00333 | Permit No. | 1340-00333-00 | Expedited ☒yes ☐no | |

| 1. Technical Review | | Approved | Date rec'd | Date FW | Comments |
|---|---|---|---|---|---|
| Permit Writer | CWS | | 4/29/08 | 7/14/08 | |
| Air Quality / Modeling | | Ymm | 7/15/08 | 7/15/08 | |
| Toxics | | | | | |
| PSD/NNSR | | | | | |
| Technical Advisor | | KW | 7/15/08 | 7/17/08 | as noted |
| Supervisor | | JBT | | 7/17/08 | ok for tech review |

| 2. Management Review  (if PN req'd) | Approved | Date rec'd | Date FW | Comments |
|---|---|---|---|---|
| Supervisor | | | | |
| Manager | | | | |
| Assistant Secretary (PN) | | | | |

| 3. Response to Comments  (if PN req'd) | Approved | Date rec'd | Date FW | Comments |
|---|---|---|---|---|
| Supervisor | | | | |
| Manager | | | | |
| Administrator | | | | |
| Legal (BFD) | | | | |

| 4. Final Approval | Approved | Date rec'd | Date FW | Comments |
|---|---|---|---|---|
| Supervisor | | | | |
| Manager | | | | |
| Assistant Secretary | OSU | | 8/15/08 | 8/14 - H₂S + TAP? Why not limited? 8/13 - see lyme |

| 1. Technical Review | | | | | |
|---|---|---|---|---|---|
| PN of App needed | ☐yes ☒no | Date of PN of App | | Newspaper | |
| Fee paid | ☒yes ☐no | | | | |
| NSPS applies | ☐yes ☒no | PSD/NNSR applies | ☐yes ☒no | NESHAP applies | ☐yes ☒no |

| 2. Post-Technical Review | | | | | |
|---|---|---|---|---|---|
| Company technical review | ☒yes ☐no ☐n/a | E-mail date | 7/24/08 | Remarks received | ☐yes ☒no |
| Surveillance technical review | ☒yes ☐no ☐n/a | E-mail date | 7/24/08 | Remarks received | ☒yes ☐no |

| 3. Public Notice | | | | |
|---|---|---|---|---|
| Public Notice Required | ☐yes ☒no | | | |
| Library | | | | |
| PN newspaper 1/City | The Advocate/Baton Rouge | PN Date | | |
| PN newspaper 2/City | | PN Date | | |
| Company notification letter sent | Date mailed | | | |
| EPA PN notification e-mail sent | Date e-mailed | | | |
| OES PN mailout | Date | | | |

| 4. Final Review | | | | | |
|---|---|---|---|---|---|
| Public comments received | ☐yes ☐no | EPA comments rec'd | ☐yes ☐no | Date EPA Resp to Comments-mailed | |
| Company comments received | ☐yes ☐no | PN info entered into Permit Sec VI | ☐yes ☐no | Date EPA approved permit | |
| Comments | Hwy 90 provided documentation a CUP was not required. | | | | |

form_7193_r00
02/07/07