





836 North Street
Baton Rouge, Louisiana 70802
Phone 225-344-6625
Fax 225-344-2771

LDEQ RECEIPT November 6, 2008

2008 NOV -5 PM 4 37

Ms. Cheryl Nolan, Assistant Secretary
Office of Environmental Services
P.O. Box 4313
Baton Rouge, LA 70821-4313

original to IOSW
copy to SW Thomas
Waste Nguyen
Eng Meyers PAAR

Re: Request for Use of Tire Chips in the Construction of the Permitted Odor Control Flares at Highway 90 C&D Landfill, Avondale, LA
Standard Permit No. P-0374
Air Permit No. 1340-00333-00
Agency Interest No. 100642 ✓

Dear Ms Nolan:

Highway 90 C & D Landfill (Highway 90) recently received Air Permit No. 1340-00333-00 to construct three passive flares at its landfill to determine the feasibility of controlling hydrogen sulfide odors resulting from the disposal of hurricane-related material (sheet rocks). One of the flares was constructed with 6-inch vertical wells and handles flows of only 18 scfm versus the permitted 150 scfm flow rate for each flare. Highway 90 is currently reassessing the design of the future wells.

Attached are some sketches of the proposed unit. Highway 90 installed several 6-inch vertical wells. Because of the low flow rates measured using a Landtec GEM 2000+, Highway 90 would like to install larger diameter vertical wells up to 30-inches in diameter or horizontal wells to achieve the anticipated flow rate specified in the current air permit. The new wells should capture more C&D landfill gas to the passive flares.

If Highway 90 elects to install horizontal wells, **tire chips** would be used in lieu of No. 4 gravel because of its accessibility and cost. We are therefore seeking approval for the use of this material as a backfill for the horizontal wells.

If you have any questions, please contact me at (225) 344-6625.

Very truly yours,
Enviro One

Ed Lee

Ed Lee, P.E.
Principal

EXHIBIT
1558

Cc: Mike Algero, LDEQ Southeast Office, 201 Evans Rd., Bldg. 4, Suite 420, New Orleans, LA 70123-5230
Hoa Van Nguyen, LDEQ Solid Waste Division
Rickie Falgoust, Highway 90

RECEIVED
NOV 05 2008
LDEQ




TYPICAL LANDFILL GAS VENT
ALL WEATHER SPARK PILOT
LOW PRESSURE VARIABLE FLOW FLARE HEAD
STAINLESS STEEL SPARK STRAP
HEAT SHIELD
SOLAR SPARK® VENT FLARE
STAINLESS STEEL BALL VALVE
SOLAR FLARE IGNITER
FLAME ARRESTER MODULE
SOLID PVC PIPE (6 inch DIAMETER)
20-40 inches
COVER SOIL
PLASTIC APRON
20 inches
STONE FILL
SOLID WASTE
6-10 feet
6 +- Feet
PERFORATED PVC PIPE (6 inch DIAMETER)
3 - 6 Feet


2"Ø Landtec Accu-flo Wellhead Assembly
2"Ø Kanaflex Hose w/ Power lock Clamps
Pin-Cushion Gas Flare
SOLAR PANEL WITH SPARK IGNITER
2"x4" Fernco Reducing Coupling
4"x2" reducer coupling
4" Flange
4" steel T
Baffle Plate
4" steel T
4"Ø HDPE SDR 17 RISER
2"-6" SCH 40 PVC CAP
3'-0"
4'-0"
4"x2" Tees
5% slope
2" SDR 11 HDPE
6"x2" Tee
TO WELL
TO WELL
TO WELL
2"-8"Ø SCH 40 PVC PIPE
Cap
15'
PVC PIPES CONNECTED WITH GLUE AND SECURED.
2"-6" SLOTTED SCH 40 PVC PIPE
No.4 NON-CALCAREOUS STONE BACKFILL
2"-6" PVC Cap
6"-30"Ø BOREHOLE (MIN.)
WELL 1
WELL 2
~50'
~50'
FLARE
~50'
~50'
WELL 3
WELL 4
PLAN VIEW
HWY 90 FLARE SYSTEM
SKETCH
DWN. BY E. Lee
DATE: 4-01-2008
NOT TO SCALE
Mailing Address:
Highway 90 C&D Landfill
P.O. Box 1938
Gretna, LA 70054