

**Enviro One** MAIN FILE

LDEQ RECEIPT

836 North Street
Baton Rouge, Louisiana 70802
Phone 225-344-6625
Fax     225-344-2771

November 21, 2008 2 29

Ms. Cheryl Nolan, Assistant Secretary
Office of Environmental Services
P.O. Box 4313
Baton Rouge, LA 70821-4313

original to ____
copy to _____

Re: Design Plan for Horizontal Well Installation at Highway 90 C&D Landfill, Avondale, LA
Standard Solid Waste No. P-0374
Site No. D-051-11897
Air Permit No. 1340-00333-00
Agency Interest No. 100642

Dear Ms Nolan:

Per the Louisiana Department of Environmental Quality's (LDEQ) request, Enviro One, on behalf of Highway 90 C & D Landfill (Highway 90), is submitting the attached design plan for installing optional horizontal wells in lieu of vertical wells. The length of the horizontal wells will extend from 50 to 100 feet at a minimum of 5 percent slope.

Air Permit No. 1340-00333-00 allows for the construction of three passive flares at Highway 90's landfill to determine the feasibility of controlling hydrogen sulfide odors resulting from the disposal of hurricane-related material (sheet rocks). As stated in our October 15, 2008 letter, we plan to install larger diameter vertical wells or horizontal wells to capture more landfill gas to the flare.

We trust that the information regarding the horizontal well design satisfies your needs. If you have any questions, please contact me at (225) 344-6625 or Vic Culpepper at (504) 436-1288.

Very truly yours,
Enviro One

Ed Lee, P.E.
Principal

RECEIVED
NOV 1 2 2008
LDEQ

cc: Mike Algero, LDEQ Southeast Office, 201 Evans Rd., Bldg. 4, Suite 420, New Orleans, LA 70123-5230
Vic Culpepper, River Birch Landfill

EXHIBIT
1559

SECTION A–A
GEOTEXTILE
6"ø HDPE SDR 17 PERFORATED HORIZ. COLLECTOR PIPE
3'–0" MIN.
REFUSE
6"ø HDPE SDR 17 PERFORATED PIPE SEE DETAIL
2 5|5
3'–0" BACKFILL SOIL OVER GEOTEXTILE
6 OZ. NON–WOVEN GEOTEXTILE
LENGTH = 50'–100' @5% SLOPE MIN.
A
A
3'–0"
2'–0" MIN.
4'–0"
VARIES
GEOTEXTILE WRAPPED AROUND
BACKFILL TRENCH WITH NO. 4 NON–CALCAREOUS STONE OR 3" TIRE CHIPS
HYDRATED BENTONITE PLUG
6"ø HDPE SDR 17 SOLID–WALL PIPE
2"ø LANDTEC ACCU–FLO WELLHEAD ASSEMBLY OR EQUAL
4"x2" REDUCING COUPLING
MARK EACH WELL RISER WITH IDENTIFICATION NUMBER. WITH YELLOW OR WHITE PAINT AND 2" TALL STENCILS, OR ADHESIVE LABEL
4"ø HDPE SDR 17 LATERAL RISER
HC-10
IDENTIFICATION TAG SECURED WITH STAINLESS STEEL CABLE
2'–0"±
CLEAN SOIL BACKFILL
4" HDPE SDR 17 ELBOW
4"X6" HDPE REDUCER
6"ø HDPE SDR 17 SOLID–WALL PIPE
AT HIGH POINT
2" KANAFLEX FLEXIBLE HOSE WITH POWERLOCK CLAMPS
4"X2" FERNCO REDUCING COUPLING
4"ø HDPE SDR 17 PIPE
SLOPE TOWARD LATERAL TIE–IN
NOTES:
1. BACKFILL AROUND PERFORATED PIPE MUST BE HARD DURABLE NON–CALCAREOUS STONE OR TIRE CHIPS. DUE TO THE CORROSIVE NATURE OF LEACHATE, CRUSHED CONCRETE IS NOT ACCEPTABLE.

