**nviro One**

**MAIN FILE**

836 North Street
Baton Rouge, Louisiana 70802
Phone 225-344-6625
Fax 225-344-2771

**HAND DELIVERED**

December 23, 2010

Cheryl Nolan
Dept. of Environmental Quality
Office of Environmental Services
Air Permits Division
PO Box 4313
Baton Rouge, LA 70821-4313

original to ____JDA____
copy to ____MFG/Duhon____
PAAR

2010 DEC 23 PH 2:44 LDEQ RECEIPT

RE: Highway 90 C&D Landfill
HWY 90, LLC
Avondale, Louisiana
AI# 100642, Permit # 1340-00333-00

PER2008 0001

Dear Ms. Nolan

On behalf of our client, HWY 90, LLC, please find the attached air permit rescission request and supporting documentation. The Highway 90 C&D Landfill received its initial minor source air permit (Permit No. 1340-00333-00) on August 15, 2008. The permit authorized emissions from three (3) landfill gas flares, six (6) diesel engines, and one (1) gasoline storage tank.

The landfill gas flares were to control odorous substances, primarily hydrogen sulfide, emitted from the landfill. However, landfill gas generation is lower than initial estimates. Currently the landfill gas flow rate is less than 2 scfm per flare, which is well below the anticipated flow rate of 76 scfm per flare. A gas flow rate of 2 scfm is the minimum specified flow rating for each flare. Therefore, the gas flow is not sufficient for the flares to sustain a flame. As such, there are currently no emissions from the flares. Based on the reduced flow rate hydrogen sulfide emissions are estimated to be below the minimum emission rate set forth in LAC 33:III.5112, Table 51.1.

**RECEIVED** DEC 23 2010 LDEQ

EXHIBIT
1561

| Department of Environmental Quality<br>Office of Environmental Services<br>Air Permits Division<br>P.O. Box 4313<br>Baton Rouge, LA 70821-4313<br>(225) 219-3181 | **LOUISIANA**<br>Application for Approval of<br>Miscellaneous Permitting<br>Actions |  |
|---|---|---|

PLEASE TYPE OR PRINT

### 1. Facility Information

| Facility Name or Unit Name (if any) |
|---|
| Highway 90 C&D Landfill |

| Agency Interest Number (A.I. Number) | Currently Effective Permit Number(s) |
|---|---|
| 100642 | 1340-00333-00 |

| Company - Name of Owner |
|---|
| HWY 90, LLC |

| Company - Name of Operator (if different from Owner) |
|---|
|   |

| Parent Company (if Company – Name of Owner given above is a division) |
|---|
|   |

| Parish(es) where facility is located: |
|---|
| Jefferson |

### 2. Type of Request
Check only one box to indicate the type of request being made

☐ Exemption*†  ☒ Permit Rescission

☐ Exemption To Test*†  ☐ Application Withdrawal

☐ Variance*†  ☐ Change of Tank Service*

☐ Letter of Response/Letter of No Objection†  ☐ Relocation of a Portable Facility*

☐ Administrative Amendment*†  ☐ Authorization to Construct and Operate (ATC)*†

\* Fee required  † Justification required

Estimated date that requested activity will commence _____

### 3. Application Fee
Complete this section if a fee is required for the request being made. Consult instructions.

Is this facility considered a Small Business?   ☐ Yes  ☐ No

If "yes," is a certificate of eligibility authorized by LDEQ's Small Business/Small Community Assistance Program attached? (In order to qualify for Fee Code 2015, certificate must be attached.)   ☐ Yes  ☐ No

Fee Code: _____    Amount Enclosed: $ _____

**Electronic Fund Transfer (EFT):** If paying the application fee using an Electronic Fund Transfer (EFT), please include the EFT Transaction Number, the Date that the EFT was made, and the total dollar amount submitted in the EFT. If not paying the application fee using EFT, leave blank.

EFT Transaction Number    Date of Submittal    Total Dollar Amount
_____    _____    $_____

form_7197_r00
04/11/07

Additionally, Hwy 90 has revised emissions calculations for the small portable industrial engines (generators, water pumps, and light plants) used at the facility based on a review of the engines on site and actual operations.

As a result of the aforementioned operations, emissions of all regulated air pollutants are less than 5 tons per year; therefore, in accordance with LAC 33:III.501.B.4.a, Highway 90 C&D Landfill requests that Minor Source Air Permit No. 1340-00333-00 be rescinded. Attached is the completed "Application for Approval of Miscellaneous Permitting Actions" and supporting emissions calculations. If you have any questions, please contact me at (225) 344-6625.

Sincerely,

John Black, P.E.
Principal

## 4. Required Information

| Question | Yes | No |
|---|---|---|
| Is a detailed description of the proposed activity included? (This must be included for all requests.) | ☒ | ☐ |
| Is a justification for the request included? (Justification may include supporting calculations, reasoning to support a determination of why strict conformity with the regulations is not feasible, etc) | ☒ | ☐ |
| Is documentation attached that shows compliance with all applicable zoning criteria for the proposed location (for Relocation of a Portable Facility requests only)? | ☐ | ☐ |

## 5. Emissions Summary Table

For each pollutant, enter the pre-project emission rate in the "Before" column and enter the post-project emission rate in the "After" column. Enter the difference between the "Before" and "After" values in the "Change" column. Add rows as necessary to show any Toxic Air Pollutant (TAP) or Hazardous Air Pollutant (HAP) emissions. All values in this table should be represented in tons per year.

| Pollutant | Before (tons per year) | After (tons per year) | Change (tons per year) |
|---|---|---|---|
| $PM_{10}$ | 1.31 | 0.84 | -0.47 |
| $SO_2$ | 24.11 | 0.05 | -24.06 |
| CO | 12.67 | 1.14 | -11.53 |
| $NO_x$ | 8.74 | 0.75 | -7.99 |
| VOC | 4.86 | 0.16 | -4.70 |

## 6. Contact Information

| a. Person to contact with written correspondence | |  | | b. Person who prepared this report | | | |
|---|---|---|---|---|---|---|---|
| Name | Vic Culpepper, Sc.D | | | Name | Anthony Glass | | |
| Title | Technical Director | | | Title | Environmental Scientist | | |
| Company | HWY 90, LLC | | | Company | Enviro One | | |
| Suite, mail drop, or division | | | | Suite, mail drop, or division | | | |
| Street or P.O. Box | PO Box 1938 | | | Street or P.O. Box | 836 North Street | | |
| City | Gretna | State | LA | Zip | 70054 | | |
| City | Baton Rouge | State | LA | Zip | 70802 | | |
| Business phone | 504-436-1288 | | | Business phone | (225) 344-6625 | | |
| Email address | vculpepper@riverbirchinc.com | | | Email address | aglass@environe.com | | |

## 7. Certification of Compliance With Applicable Requirements

I certify, under provisions in Louisiana and United States law which provide criminal penalties for false statements, that based on information and belief formed after reasonable inquiry, the statements and information contained in this Application for Approval of Miscellaneous Permitting Actions, including all attachments thereto, are true, accurate, and complete. Further, I have been informed that any written approval from LDEQ does not relieve the proposed activity from the requirement to comply with any other city, parish, state, and/or federal requirements.

**Responsible Official:**

Name (please print or type):

Vic Culpepper, Sc.D

Signature: _[signed]_

Title:

Technical Director

Date: 12-22-10

form_7197_r00
04/11/07

Hwy 90 Landfill
Emissions Summary

| Pollutant | 10 kW Diesel Light Plant | 10 kW Diesel Generator | 18 kW Diesel Generator | 6.7 kW Gasoline Water Pump | 43 hp Diesel Water Pump | Landfill | 250 gal Gas Tank | 500 gal Diesel Tank | (3) 1000 gal Diesel Tanks | Unpaved Roads | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOx | 0.10 | 0.11 | 0.19 | 0.02 | 0.33 | | | | | | 0.75 |
| CO | 0.02 | 0.02 | 0.04 | 0.99 | 0.07 | | | | | | 1.14 |
| SO2 | 0.01 | 0.01 | 0.01 | 0.00 | 0.02 | | | | | | 0.05 |
| PM10 | 0.01 | 0.01 | 0.01 | 0.00 | 0.02 | | | | | 0.78 | 0.84 |
| VOC | 0.01 | 0.01 | 0.02 | 0.05 | 0.03 | | 0.05 | <0.001 | <0.001 | | 0.16 |
| H2S | | | | | | 0.42 | | | | | 0.42 |

**Diesel Generator**

By:
Checked:

Objective: Calculate air emissions for Diesel Light Plant using AP-42 Table 3.3-1 (5th Edition, 10/96).

Basis: Maximum rated capacity is 10 kW (13.4 hp) operating 500 hrs/yr.

Rating = 10 Kw
Power Output = 13.4 Hp

| Pollutants | Emission Factor (lb/hp-hr) | Average lb/hr | Maximum lb/hr | Annual tpy |
|---|---|---|---|---|
| NOx | 0.031 | 0.42 | 0.42 | 0.10 |
| CO | 0.00668 | 0.09 | 0.09 | 0.02 |
| SOx | 0.00205 | 0.03 | 0.03 | 0.01 |
| PM10 | 0.0022 | 0.03 | 0.03 | 0.01 |
| Aldehydes | 0.000463 | 0.006 | 0.006 | 0.002 |
| VOC (incl. Aldehydes) | 0.0025141 | 0.034 | 0.034 | 0.008 |
| 1,3 Butadiene | 1.17E-06 | 1.573E-05 | 1.573E-05 | 3.932E-06 |
| Formaldehyde | 3.54E-05 | 4.747E-04 | 4.747E-04 | 1.187E-04 |
| Acetaldehyde | 2.30E-05 | 3.086E-04 | 3.086E-04 | 7.714E-05 |
| Acrolein | 2.78E-06 | 3.721E-05 | 3.721E-05 | 9.303E-06 |
| Naphthalene | 2.54E-06 | 3.412E-05 | 3.412E-05 | 8.529E-06 |
| Polycyclic Aromatic Hdyrocarbons | 5.04E-06 | 6.759E-05 | 6.759E-05 | 1.690E-05 |

**Diesel Generator**

| By: |
|---|
| Checked: |

Objective:  Calculate air emissions for Diesel Generator using AP-42 Table 3.3-1 (5th Edition, 10/96).

Basis:   Maximum rated capacity is 10 kW (13.6 hp) operating 500 hrs/yr.

Rating = 10 Kw
Power Output = 13.6 Hp

| Pollutants | Emission Factor (lb/hp-hr) | Average lb/hr | Maximum lb/hr | Annual tpy |
|---|---|---|---|---|
| NOx | 0.031 | 0.42 | 0.42 | 0.11 |
| CO | 0.00668 | 0.09 | 0.09 | 0.02 |
| SOx | 0.00205 | 0.03 | 0.03 | 0.01 |
| PM10 | 0.0022 | 0.03 | 0.03 | 0.01 |
| Aldehydes | 0.000463 | 0.006 | 0.006 | 0.002 |
| VOC (incl. Aldehydes) | 0.002514 | 0.034 | 0.034 | 0.009 |
| 1,3 Butadiene | 7.82E-07 | 1.06E-05 | 1.06E-05 | 2.66E-06 |
| Formaldehyde | 2.36E-05 | 3.21E-04 | 3.21E-04 | 8.02E-05 |
| Acetaldehyde | 1.53E-05 | 2.09E-04 | 2.09E-04 | 5.22E-05 |
| Acrolein | 1.85E-06 | 2.52E-05 | 2.52E-05 | 6.29E-06 |
| Naphthalene | 1.70E-06 | 2.31E-05 | 2.31E-05 | 5.77E-06 |
| Polycyclic Aromatic Hdyrocarbons | 3.36E-06 | 4.57E-05 | 4.57E-05 | 1.14E-05 |

**Diesel Generator**

By:
Checked:

Objective: Calculate air emissions for Diesel Light Plant using AP-42 Table 3.3-1 (5th Edition, 10/96).

Basis: Maximum rated capacity for is 18 kW (24.1 hp) operating 500 hrs/yr.

Rating = 18 Kw
Power Output = 24.1 Hp

| Pollutants | Emission Factor (lb/hp-hr) | Average lb/hr | Maximum lb/hr | Annual tpy |
|---|---|---|---|---|
| NOx | 0.031 | 0.75 | 0.75 | 0.19 |
| CO | 0.00668 | 0.16 | 0.16 | 0.04 |
| SOx | 0.00205 | 0.05 | 0.05 | 0.01 |
| PM10 | 0.0022 | 0.05 | 0.05 | 0.01 |
| Aldehydes | 0.000463 | 0.011 | 0.011 | 0.003 |
| VOC (incl. Aldehydes) | 0.002514 | 0.061 | 0.061 | 0.015 |
| 1,3 Butadiene | 7.82E-07 | 1.88E-05 | 1.88E-05 | 4.71E-06 |
| Formaldehyde | 2.36E-05 | 5.69E-04 | 5.69E-04 | 1.42E-04 |
| Acetaldehyde | 1.53E-05 | 3.70E-04 | 3.70E-04 | 9.24E-05 |
| Acrolein | 1.85E-06 | 4.46E-05 | 4.46E-05 | 1.11E-05 |
| Naphthalene | 1.70E-06 | 4.09E-05 | 4.09E-05 | 1.02E-05 |
| Polycyclic Aromatic Hdyrocarbons | 3.36E-06 | 8.10E-05 | 8.10E-05 | 2.02E-05 |

**Gasoline Water Pump**

By:
Checked:

Objective: Calculate air emissions for gasoline water pump using AP-42 Table 3.3-1 (5th Edition, 10/96).

Basis: Maximum rated capacity is 6.7 kW (9) hp operating 500 hrs/yr.

Rating = 6.7 Kw
Power Output = 9.0 Hp

| Pollutants | Emission Factor (lb/hp-hr) | Average lb/hr | Maximum lb/hr | Annual tpy |
|---|---|---|---|---|
| NOx | 0.011 | 0.10 | 0.10 | 0.02 |
| CO | 0.439 | 3.94 | 3.94 | 0.99 |
| SOx | 0.000591 | 0.01 | 0.01 | 0.00 |
| PM10 | 0.000721 | 0.01 | 0.01 | 0.00 |
| Aldehydes | 0.000485 | 0.004 | 0.004 | 0.001 |
| VOC (incl. Aldehydes) | 0.02159 | 0.194 | 0.194 | 0.048 |
| 1,3 Butadiene | 7.82E-07 | 7.03E-06 | 7.03E-06 | 1.76E-06 |
| Formaldehyde | 2.36E-05 | 2.12E-04 | 2.12E-04 | 5.30E-05 |
| Acetaldehyde | 1.53E-05 | 1.38E-04 | 1.38E-04 | 3.45E-05 |
| Acrolein | 1.85E-06 | 1.66E-05 | 1.66E-05 | 4.16E-06 |
| Naphthalene | 1.70E-06 | 1.52E-05 | 1.52E-05 | 3.81E-06 |
| Polycyclic Aromatic Hdyrocarbons | 3.36E-06 | 3.02E-05 | 3.02E-05 | 7.55E-06 |

**Diesel Water Pump**

| By: |
|---|
| Checked: |

Objective: Calculate air emissions for 43 hp Diesel Water Pump using AP-42 Table 3.3-1 (5th Edition, 10/96).

Basis: Maximum rated capacity is 32.07 kW (43 hp) operating 500 hrs/yr.

Rating = 32.07 Kw
Power Output = 43.0 Hp

| Pollutants | Emission Factor (lb/hp-hr) | Average lb/hr | Maximum lb/hr | Annual tpy |
|---|---|---|---|---|
| NOx | 0.031 | 1.33 | 1.33 | 0.33 |
| CO | 0.00668 | 0.29 | 0.29 | 0.07 |
| SOx | 0.00205 | 0.09 | 0.09 | 0.02 |
| PM10 | 0.0022 | 0.09 | 0.09 | 0.02 |
| Aldehydes | 0.000463 | 0.020 | 0.020 | 0.005 |
| VOC (incl. Aldehydes) | 0.002514 | 0.108 | 0.108 | 0.027 |
| 1,3 Butadiene | 4.30E-06 | 1.85E-04 | 1.85E-04 | 4.62E-05 |
| Formaldehyde | 1.30E-04 | 5.58E-03 | 5.58E-03 | 1.40E-03 |
| Acetaldehyde | 8.44E-05 | 3.63E-03 | 3.63E-03 | 9.07E-04 |
| Acrolein | 1.02E-05 | 4.38E-04 | 4.38E-04 | 1.09E-04 |
| Naphthalene | 9.33E-06 | 4.01E-04 | 4.01E-04 | 1.00E-04 |
| Polycyclic Aromatic Hdyrocarbons | 1.85E-05 | 7.95E-04 | 7.95E-04 | 1.99E-04 |

**Hwy 90 Landfill**
**H$_2$S Emissions from Landfill**

| | | |
|---|---|---|
| Number of Flares = | 3 | (Number of flares proposed with the initial air permit to control H$_2$S) |
| Number of wells per flare = | 4 | |
| LFG flow per flare = | 2 | scf (Based on minimum gas flow rate for Solar Spark Vent Flare) |
| H$_2$S concentration = | 2000 | ppm (Based on site monitoring data) |

H$_2$S Emission Rate:

| 2 | ~~scf~~ | 2,000 | ~~parts~~ | 34 | lb H$_2$S | | ~~lb-mole H$_2$S~~ | 60 | ~~min~~ |
|---|---|---|---|---|---|---|---|---|---|
| | ~~min~~ | 1,000,000 | ~~parts~~ | | ~~lb-mole H$_2$S~~ | 379 | scf | | hr |

|  |  |  |  |
|---|---|---|---|
| | = | 0.022 | lb/hr |
| | = | 0.094 | tpy (Emissions from area of landfill controlled by 1 flare) |
| Total Emissions = | | 0.424 | tpy (Based on the minimum flow rate specification for each flare and the number of flares initially proposed to control H$_2$S emissions. For conservatism a contingency factor of 50% was applied.) |

| Emission Point: | 010-08 Gasoline Tank | By: RE 4/2/2008 |
|---|---|---|
| | | Checked: |

**Objective:** Estimate VOC emissions from the gasoline tank and speciate VOC emissions (if any toxic VOCs).

**Basis:**
1. Use TANKS 4.0.9d to estimate fugitive emissions.

2. Inputs for TANKS 4.0.9d are:

   | | |
   |---|---|
   | Tank Type: | Horizontal Tank |
   | Length: | 5.20 ft |
   | Diameter: | 3.00 ft |
   | Volume: | 250 gal |
   | Turnovers: | 12.00 (3,000 gallons/year) |
   | Shell Color/Shade: | White/White |
   | Shell Condition: | Good |
   | Vacuum Settings: | -0.03 psig |
   | Pressure Settings: | 0.00 psig |
   | Tank Contents: | Gasoline |
   | Met. Conditions: | New Orleans, LA |

3. TANKS 4.0.9d output (see attached TANKS 4.0.9d printout):

   Total VOC =   101.87 lbs/year

4. HAP speciation obtained from Gasoline Marketing (Stage I and Stage II), Table 11.3-2, Volume III, January 2001.

| | Average lb/hr | Maximum lb/hr | Annual tpy |
|---|---|---|---|
| Total VOCs | 0.01 | 0.01 | 0.05 |
| Non-Toxic VOCs | 0.01 | 0.01 | 0.05 |
| Toxic VOCs (listed below) | <0.001 | <0.001 | 0.002 |
| Benzene | <0.001 | <0.001 | 0.000 |
| Toluene | <0.001 | <0.001 | 0.001 |
| Ethylbenzene | <0.001 | <0.001 | <0.001 |
| Xylene | <0.001 | <0.001 | <0.001 |
| Hexane | <0.001 | <0.001 | 0.001 |
| 2,2,4-Trimethylpentane | <0.001 | <0.001 | <0.001 |

| Emission Point: | 011-08<br>Diesel Tank No. 1 | By: | RE | 4/2/2008 |
|---|---|---|---|---|
| | | Checked: | | |

Objective: Estimate VOC emissions from the gasoline tank and speciate VOC emissions (if any toxic VOCs).

Basis:
1. Use TANKS 4.0.9d to estimate fugitive emissions.

2. Inputs for TANKS 4.0.9d are:

    Tank Type: Horizontal Tank
    Length: 6.10 ft
    Diameter: 4.00 ft
    Volume: 500 gal
    Turnovers: 12.00 (6,000 gallons/year)
    Shell Color/Shade: White/White
    Shell Condition: Good
    Vacuum Settings: -0.03 psig
    Pressure Settings: 0.00 psig
    Tank Contents: Diesel
    Met. Conditions: New Orleans, LA

3. TANKS 4.0.9d output (see attached TANKS 4.0.9d printout):

    Total VOC = 0.30 lbs/year

| | Average lb/hr | Maximum lb/hr | Annual tpy |
|---|---|---|---|
| Total VOCs | <0.001 | <0.001 | <0.001 |

| Emission Point: | 012-08 throught 014-08<br>Diesel Tanks No. 2-4 | By: | RE | 4/2/2008 |
|---|---|---|---|---|
| | | Checked: | | |

Objective: Estimate VOC emissions from the gasoline tank and speciate VOC emissions (if any toxic VOCs).

Basis:
1. Use TANKS 4.0.9d to estimate fugitive emissions.

2. Inputs for TANKS 4.0.9d are:

   Tank Type: Horizontal Tank
   Length: 11.80 ft
   Diameter: 4.20 ft
   Volume: 1,000 gal
   Turnovers: 12.00 (12,000 gallons/year)
   Shell Color/Shade: White/White
   Shell Condition: Good
   Vacuum Settings: -0.03 psig
   Pressure Settings: 0.00 psig
   Tank Contents: Gasoline
   Met. Conditions: New Orleans, LA

3. TANKS 4.0.9d output (see attached TANKS 4.0.9d printout):

   Total VOC = 0.61 lbs/year

**Invidual Tank Emissions**

| | Average lb/hr | Maximum lb/hr | Annual tpy |
|---|---|---|---|
| Total VOCs | <0.001 | <0.001 | <0.001 |

**Total Emissions for Diesel Tanks No. 2-4**

| | Average lb/hr | Maximum lb/hr | Annual tpy |
|---|---|---|---|
| Total VOCs | <0.001 | <0.001 | <0.001 |

Emission Point:   FUG-001
                  Unpaved Roads

By: RE 2/4/2008
Checked:

For unpaved roads, use AP-42 Section 13.2.2

$$E_{ext} = k(s/12)^a (W/3)^b \ [(365-p)/365]$$

where,
  $E_{ext}$ = emission factor in lb/VMT
  k, a, b = empirical constants
  s = surface material silt content (%)
  W = mean vehicle weight (tons)
  p = number of days with at least 0.254 mm (0.01 in) of precipitation per year

For Highway 90 C&D Landfill,
  k = 1.5 lb/VMT      (AP-42 constant for PM-10, Table 13.2.2-2)
  a = 0.9             (AP-42 constant for PM-10, Table 13.2.2-2)
  b = 0.45            (AP-42 constant for PM-10, Table 13.2.2-2)
  s = 6.4 %           (AP-42 value for municipal solid waste landfills, Table 13.2.2-1)
  W = 18.5 tons/truck
  p = 110 days/yr     (AP-42 value, Figure 13.2.2-1)

From above equation,
  $E_{ext}$ = 1.35 lb $PM_{10}$/VMT

Q = (vehicles/yr)(VMT)(E)(1-CF/100)

where,  Q   = paved road emissions (lb $PM_{10}$/yr)
        VMT = vehicle miles traveled
        CF  = control factor (%)

For Highway 90 C&D Landfill,
                                         VMT = 1.06 miles
                                         CF = 95 %[a]
  Total vehicles operated on paved roads per day = 60
  Number of operational days per year            = 365
  Number of hours worked per day                 = 12



= 1,567 lb $PM_{10}$/yr

Average $PM_{10}$ Emissions:



= 0.36 lb/hr

Maximum $PM_{10}$ Emissions:  (15% increase of average emissions)

| 0.36 lb | 1.15 |
|---|---|
| hr | |

= 0.41 lb/hr

Annual $PM_{10}$ Emissions:



= 0.78 tpy

[a] Per AP-42, watering and dust suppressant application may provide emission control of up to 90%. Based on the watering frequency at Highway 90 C11/1/2010 Landfill, 90% control efficiency is assumed.