

United States
Environmental Protection
Agency

EPA-600/R-05/047
May 2005

# Landfill Gas Emissions Model (LandGEM) Version 3.02 User's Guide



GEOSYNTEC_00020722

# Abstract

The Landfill Gas Emissions Model (LandGEM) is an automated estimation tool with a Microsoft Excel interface that can be used to estimate emission rates for total landfill gas, methane, carbon dioxide, nonmethane organic compounds, and individual air pollutants from municipal solid waste landfills. This guide provides step-by-step guidance for using this software application, as well as an appendix containing background information on the technical basis of LandGEM. LandGEM can use either site-specific data to estimate emissions or default parameters if no site-specific data are available. The model contains two sets of default parameters, CAA defaults and inventory defaults. The CAA defaults are based on federal regulations for MSW landfills laid out by the Clean Air Act (CAA) and can be used for determining whether a landfill is subject to the control requirements of these regulations. The inventory defaults are based on emission factors in EPA's *Compilation of Air Pollutant Emission Factors (AP-42)* and can be used to generate emission estimates for use in emission inventories and air permits in the absence of site-specific test data.

GEOSYNTEC_00020725

# Introduction

This document provides step-by-step guidance for using the Landfill Gas Emissions Model (LandGEM), a software application with a Microsoft Excel interface that estimates air pollutants and other gases from municipal solid waste (MSW) landfills. Using this document, you will learn how to
- Enter landfill-specific data,
- Choose between site-specific and default model parameters,
- Estimate emission rates, and
- View and print tabular and graphical results.

## Overview of How LandGEM Works

LandGEM is an automated tool for estimating emission rates for total landfill gas, methane, carbon dioxide, nonmethane organic compounds (NMOCs), and individual air pollutants from MSW landfills. Landfill owners and operators can use LandGEM to determine if a landfill is subject to the control requirements of the federal New Source Performance Standards (NSPS) for new MSW landfills (40 CFR 60 Subpart WWW), the federal Emission Guidelines (EG) for existing MSW landfills (40 CFR Subpart Cc), or the National Emission Standards for Hazardous Air Pollutants (NESHAP) for MSW landfills (40 CFR Subpart AAAA).

LandGEM can use either site-specific data to estimate emissions or default parameters if no site-specific data are available. LandGEM contains two sets of default parameters.

> **CAA Defaults**—The CAA defaults are based on requirements for MSW landfills laid out by the Clean Air Act (CAA), including the NSPS/EG and NESHAP. This set of default parameters yields conservative emission estimates and can be used for determining whether a landfill is subject to the control requirements of the NSPS/EG or NESHAP.
>
> **Inventory Defaults**—With the exception of wet landfill defaults, the inventory defaults are based on emission factors in the U.S. Environmental Protection

GEOSYNTEC_00020730

Agency's (EPA's) *Compilation of Air Pollutant Emission Factors* (*AP-42*). This set of defaults yields average emissions and can be used to generate emission estimates for use in emission inventories and air permits in the absence of site-specific test data.

The default parameters in Version 3.02 of LandGEM represent values specified by NSPS/EG and NESHAP for determining applicability of CAA requirements. Also included are values specified in AP-42 for developing national and state emission inventories. The AP-42 values are being updated with new information that has been collected by EPA from more recent field tests. In addition, research is underway to obtain data for developing emission factors for wet/bioreactor landfills where leachate and other liquids are added to accelerate waste decomposition.

GEOSYNTEC_00020731