**Christopher Smith**

| | |
|---|---|
| From: | Ed Lee [elee@environe.com] |
| Sent: | Monday, August 11, 2008 6:08 PM |
| To: | Christopher Smith |
| Cc: | 'Guy Parent'; 'John Black'; 'Vic Culpepper'; sboudreaux@environe.com; 'John P. Black, III'; 'Daniel Lee' |
| Subject: | Highway 90 C&D air permit fugitive emission data |
| Attachments: | H2S fugitive emission calcuations.xls |

Christopher:
Here are the calculations for the flare system. We tried to calculate the fugitive emissions from the C&D landfill, but EPA's LandGem was developed for municipal landfills only and could not be used for C&D landfills. The default values in LandGem are inappropriate for C&D landfills since they overestimate the gas generation rates by an order of magnitude.

Highway 90 C&D Landfill has a clayey soil cap to mitigate the release of any gas. As mentioned in our earlier email, trenching could release the gas and require our workers to don breathing air masks to lay the piping. For this reason, piping will be installed above the surface, but will be protected from vehicles by fencing the area with highly visible screens. The purpose of the flare will be to determine if a "passive" flare is effective in controlling potential odors from the C&D landfill.

Regards,

Ed Lee, P.E.
Enviro One
elee@environe.com
Cell (504) 491-7995
Baton Rouge Tel (225) 344-6625 Fax (225) 344-2771
836 North Street
Baton Rouge, LA 70802
Metairie Tel (504) 454-3814 Fax (504) 454-1565
P.O. Box 6017
Metairie, LA 70009

EXHIBIT 1557

1

**Highway 90 C & D Landfill**
**H2S Fugitive Emission Calculation from LFGCCS**
By:        E Lee        8/5/2008
Chk By:    JGParent    8/11/2008

Facts: The Landfill Gas Collection and Control System at Highway 90 C&D landfill operates under vacuum caused by the heat of the passive flares. The only time LFG is emitted is when the flares are not operating. However, an automatic Solar ignition system lights the flare to ensure that a flame is constantly on. Routine daily visual inspections will be performed to verify that the flares are lit.

Worst Case Fugitive Emissions occurs when the flare is down and the valve at the Landtec is closed rather than at the well.

| Equipment | Service | Emission Factor (kg/hr/source)(1) | No. | Total LFG Emissions (kg/hr) | H2S conc. (ppmw)(2) | Total H2S Emissions (kg/hr) | Total H2S Emissions (lb/hr) | Based on being down 100 hours/year (tpy) |
|---|---|---|---|---|---|---|---|---|
| 90 degree elbows | Gas | 0.0002 | 6 | 0.0012 | 3400 | 4.08E-06 | 8.997E-06 | 4.49835E-07 |
| Fernco connections | Gas | 0.0002 | 9 | 0.0018 | 3400 | 6.12E-06 | 1.35E-05 | 6.74752E-07 |
| Valves | Gas | 0.004 | 9 | 0.036 | 3400 | 0.0001224 | 0.0002699 | 1.3495E-05 |
| Total | | | | | | 0.0001326 | 0.0002924 | 1.46196E-05 |

(1) Reference: U.S. Environmental Protection Agency, 1995 Protocol for Equipment Leak Emission Estimates, EPA-453/R-95-017, Table 2-4.
(2) 3000 ppmv is equivalent to 3000x34/30=3400 ppmw
Equipment for each of three flare system:
2 – 90 degree PVC elbows - glued
2 PVC tees – glued
60 ft PVC piping glued
2 Rubber Fernco connections with straps
2-PVC cock valves – glued at ends
1 Landtec assembly (three – ½ inch quick connects and one screwed on PVC valve)

# Christopher Smith

| | |
|---|---|
| From: | Vic Culpepper [vculpepper@riverbirchlandfill.com] |
| Sent: | Tuesday, July 22, 2008 11:50 AM |
| To: | Christopher Smith |
| Cc: | jblack@environe.com; sboudreaux@environe.com; elee@pop.powweb.com |
| Subject: | RE: A few more items required for HWY 90 |

Chris:

A couple of more points to make:

Regarding Item 1, the passive flares are equipped with a solar spark ignition system. This system has a 12-volt rechargeable gel cell charged by a solar panel and, when fully charged, can operate for 14 days in darkness. The spark interval is 1.25 seconds so if the flame does go out, it should restart immediately. According the manufacturer's specifications" "A properly operating CF-10 unit should provide continuous re-ignition of gases in less than 60 seconds after flameout regardless of wind direction or velocity. The flarehead is designed for high efficiency in windy conditions. No external windshields are recommended."

Regarding Item 2 the flare operates as a continuous flame that is re-ignited as described above.

Regarding Item 3, the flare(s) will be inspected daily and the presence of a flame will be observed and documented.

Regarding the LA Policy TEMPO requirements:

Heat Content
In-situ measurements have determined the landfill gas to contain 45-50% methane by volume which is well above 300 BTU/scf. We intend to monitor the gas for methane content as well as other constituents on a regular basis to verify gas makeup. Heat content will be recorded by hard copy.

Presence of a Flame
We will utilize Option 1 and will be recorded by hardcopy.

Text
We will develop a corrective action plan for re-lighting the flare and it will be readily available for immediate implementation. In general, the plan will call for shutting the valves from the wells until the problem is identified and corrected.

I understand that the passive flare are not "typical" flares used for gas controls in Subtitle D landfills. However, they are not without precedent in Louisiana as these identical flares are utilized for gas control at the former Greater New Orleans Landfill (GNOL) located immediately adjacent to River Birch, Inc.

Christopher, if you require additional information please contact me at your convenience.

Best Regards,

Vic Culpepper, Sc.D
Technical Director
River Birch Inc./Hwy. 90, LLC
2000 S. Kenner Rd.
Avondale, LA 70094
504-436-1288 office
504-436-7247 fax
504-915-6006 cell
vculpepper@riverbirchlandfill.com

1

**From:** John Black [mailto:jblack@environe.com]
**Sent:** Monday, July 21, 2008 12:06 PM
**To:** 'Christopher Smith'; vculpepper@riverbirchlandfill.com; sboudreaux@environe.com
**Cc:** sboudreaux@environe.com
**Subject:** RE: A few more items required for HWY 90

Chris,

The flares are ignited by a solar powered spark that is manually operated.

The flares have no pilot light and the presence of a flame is monitored visually and will be recorded when the flame is out.

This project is a voluntary effort to control odors at the C&D landfill. The gas flow to the flares is by natural draft and the flare does not have any capabilities of monitoring heat content.

The heat content of the gas is not controlled and the flame is not continuously monitored. If the flame goes out, we are emitting the landfill gas just as all C&D landfills in the state emit. We do not intend to install any controls or recorders of heat content or flame presence.

The methane content of the gas is over 40% which is well over the 300 BTU/SCFM. The gas stream will be analyzed periodically with a LanTec Gem 2000.

John Black, P.E.
Enviro One
836 North Street
Baton Rouge, LA 70802
Phone: 225-344-6625
Fax: 225-344-2771
Cell: 225-247-2152

---

**From:** Christopher Smith [mailto:Christopher.Smith@LA.GOV]
**Sent:** Friday, July 18, 2008 10:05 AM
**To:** vculpepper@riverbirchlandfill.com; jblack@environe.com; sboudreaux@environe.com
**Subject:** A few more items required for HWY 90

Good Morning

There are only a few more items remaining on this permit. During technical review, the question arose concerning method of insuring destruction of H2S at the 3 flares, 001-08 – Flare No. 1, 002-08 – Flare No. 2, and 003-08 – Flare No. 3. Typical permits for non-NSPS flares issued by LDEQ must contain sufficient imitation, monitoring, and recordkeeping requirements to ensure that a flare will perform as permitted.
Because these are not typical flares, LDEQ has several questions for you:

1. The application states these flares are used to control H2S (converted to SO2) generated in the landfill. What mechanism is in place which will cause the flare to 'turn on' and burn the gas off?
2. Does the flare operate with a pilot light, or a continuous presence of a flame?
3. How is the presence of a flame monitored and recorded?

The following are the LA Policy TEMPO requirements we are required to use for these type of flares. Please look at the Monitoring/Presence of a Flame/Option 1 or 2 and tell me what is most appropriate for your flares.

| Non-NSPS Flares | | | | |
|---|---|---|---|---|
| | | | | |

2

| Type | Parameter | Usage Description | Description |
|---|---|---|---|
| Limitation | Heat Content | La. Policy - Non NSPS Flares. | Flare gas: Heat content > 300 BTU, |
| Monitoring | Heat Content | La. Policy - Non NSPS Flares. | Flare gas: Heat content monitored 300 BTU/scf. |
| Monitoring | Presence of a flame | La. Policy - Non NSPS Flares. Option 1 of 2. | Presence of a flame monitored by |
| Monitoring | Presence of a flame | La. Policy - Non NSPS Flares. Option 2 of 2: | Presence of a flame monitored by |
| Recordkeeping | Heat Content | La. Policy - Non NSPS Flares. | Flare gas: Heat content recordkee |
| Recordkeeping | Presence of a flame | La. Policy - Non NSPS Flares. Option 1 of 2: Select if the continuous presence of a flame is monitored by a heat sensing device. | Presence of a flame recordkeeping |
| Recordkeeping | Presence of a flame | La. Policy - Non NSPS Flares. Option 2 of 2: Select if the continuous presence of a flame is monitored by daily visual observation. | Presence of a flame recordkeeping |
| Text | | La. Policy - Non NSPS Flares. Select if the continuous presence of a flame is monitored by daily visual observation. | Develop a corrective action plan fo immediate implementation in the e |

Christopher Smith
Environmental Chemical Specialist Advanced
LDEQ/Air Permits
225 219-3831

3

LDEQ-EDMS Document 3597760, Page 6 of 16

## Christopher Smith

| | |
|---|---|
| From: | Ed Lee [elee@environe.com] |
| Sent: | Friday, July 11, 2008 2:44 PM |
| To: | Christopher Smith |
| Cc: | sboudreaux@environe.com; 'John Black'; 'Vic Culpepper' |
| Subject: | Date and size of generators |

Chris:

The generators are internal combustion with small engines. I doubt if the 120 kW generator would be subject to NSPS iiii, since they were manufactured before July 11, 2005 and have less than 10 liters per cylinder displacement. The horsepower ratings are:

Diesel Gen -- 13.4 hp
Lights -- 6.7 hp
Water pump -- 45 hp.

Ed Lee, P.E.
Enviro One
elee@environe.com
Cell (504) 491-7995
Baton Rouge Tel (225) 344-6625 Fax (225) 344-2771
836 North Street
Baton Rouge, LA 70802
Metairie Tel (504) 454-3814 Fax (504) 454-1565
P.O. Box 6017
Metairie, LA 70009

1

| Emission Point: | 004-08 Diesel Generator | By: | SB | 7/11/2008 |
| --- | --- | --- | --- | --- |
| | | Checked: | EL | |

Objective: Calculate air emissions for Diesel Generator using AP-42 Table 3.3-1 (5th Edition, 10/96).

Basis: Maximum rated capacity is 10 kW (13.4 hp) operating 24 hr/day, 7 day/wk, 52 wk/yr.

Rating = 10 Kw
Power Output = 13.4 Hp

| Pollutants | Emission Factor (lb/hp-hr) | Average lb/hr | Maximum lb/hr | Annual tpy |
| --- | --- | --- | --- | --- |
| NOx | 0.031 | 0.42 | 0.42 | 1.82 |
| CO | 0.00668 | 0.09 | 0.09 | 0.39 |
| SOx | 0.00205 | 0.03 | 0.03 | 0.12 |
| PM10 | 0.0022 | 0.03 | 0.03 | 0.13 |
| Aldehydes | 0.000463 | 0.006 | 0.006 | 0.027 |
| VOC (incl. Aldehydes) | 0.0025141 | 0.034 | 0.034 | 0.148 |
| 1,3 Butadiene | 1.17E-06 | 1.573E-05 | 1.573E-05 | 6.890E-05 |
| Formaldehyde | 3.54E-05 | 4.747E-04 | 4.747E-04 | 2.079E-03 |
| Acetaldehyde | 2.30E-05 | 3.086E-04 | 3.086E-04 | 1.352E-03 |
| Acrolein | 2.78E-06 | 3.721E-05 | 3.721E-05 | 1.630E-04 |
| Naphthalene | 2.54E-06 | 3.412E-05 | 3.412E-05 | 1.494E-04 |
| Polycyclic Aromatic Hdyrocarbons | 5.04E-06 | 6.759E-05 | 6.759E-05 | 2.960E-04 |

Emission Point:   005-08
                  Diesel Light Plant No. 1

| By:      | SB | 7/11/2008 |
|----------|----|-----------|
| Checked: | EL |           |

Objective: Calculate air emissions for Diesel Light Plant using AP-42 Table 3.3-1 (5th Edition, 10/96).

Basis: Maximum rated capacity for each light plant is 5 kW (6.7 hp) operating 12 hr/day, 7 day/wk, 52 wk/yr.

Rating =       5 Kw
Power Output = 6.7 Hp

| Pollutants | Emission Factor (lb/hp-hr) | Average lb/hr | Maximum lb/hr | Annual tpy |
|---|---|---|---|---|
| NOx | 0.031 | 0.21 | 0.21 | 0.45 |
| CO | 0.00668 | 0.04 | 0.04 | 0.10 |
| SOx | 0.00205 | 0.01 | 0.01 | 0.03 |
| PM10 | 0.0022 | 0.01 | 0.01 | 0.03 |
| Aldehydes | 0.000463 | 0.003 | 0.003 | 0.007 |
| VOC (incl. Aldehydes) | 0.002514 | 0.017 | 0.017 | 0.037 |
| 1,3 Butadiene | 7.82E-07 | 5.24E-06 | 5.24E-06 | 1.15E-05 |
| Formaldehyde | 2.36E-05 | 1.58E-04 | 1.58E-04 | 3.46E-04 |
| Acetaldehyde | 1.53E-05 | 1.03E-04 | 1.03E-04 | 2.25E-04 |
| Acrolein | 1.85E-06 | 1.24E-05 | 1.24E-05 | 2.71E-05 |
| Naphthalene | 1.70E-06 | 1.14E-05 | 1.14E-05 | 2.48E-05 |
| Polycyclic Aromatic Hdyrocarbons | 3.36E-06 | 2.25E-05 | 2.25E-05 | 4.92E-05 |

| Emission Point: | 006-08 Diesel Light Plant No. 2 | By: SB 7/11/2008 Checked: EL |

**Objective:** Calculate air emissions for Diesel Light Plant using AP-42 Table 3.3-1 (5th Edition, 10/96).

**Basis:** Maximum rated capacity for each light plant is 5 kW (6.7 hp) operating 12 hr/day, 7 day/wk, 52 wk/yr.

Rating = 5 Kw
Power Output = 6.7 Hp

| Pollutants | Emission Factor (lb/hp-hr) | Average lb/hr | Maximum lb/hr | Annual tpy |
|---|---|---|---|---|
| NOx | 0.031 | 0.21 | 0.21 | 0.45 |
| CO | 0.00668 | 0.04 | 0.04 | 0.10 |
| SOx | 0.00205 | 0.01 | 0.01 | 0.03 |
| PM10 | 0.0022 | 0.01 | 0.01 | 0.03 |
| Aldehydes | 0.000463 | 0.003 | 0.003 | 0.007 |
| VOC (incl. Aldehydes) | 0.002514 | 0.017 | 0.017 | 0.037 |
| 1,3 Butadiene | 7.82E-07 | 5.24E-06 | 5.24E-06 | 1.15E-05 |
| Formaldehyde | 2.36E-05 | 1.58E-04 | 1.58E-04 | 3.46E-04 |
| Acetaldehyde | 1.53E-05 | 1.03E-04 | 1.03E-04 | 2.25E-04 |
| Acrolein | 1.85E-06 | 1.24E-05 | 1.24E-05 | 2.71E-05 |
| Naphthalene | 1.70E-06 | 1.14E-05 | 1.14E-05 | 2.48E-05 |
| Polycyclic Aromatic Hdyrocarbons | 3.36E-06 | 2.25E-05 | 2.25E-05 | 4.92E-05 |

| Emission Point: | 007-08 Diesel Light Plant No. 3 | By: SB 7/11/2008 |
|---|---|---|
| | | Checked: EL |

Objective: Calculate air emissions for Diesel Light Plant using AP-42 Table 3.3-1 (5th Edition, 10/96).

Basis: Maximum rated capacity for each light plant is 5 kW (6.7 hp) operating 12 hr/day, 7 day/wk, 52 wk/yr.

Rating = 5 Kw
Power Output = 6.7 Hp

| Pollutants | Emission Factor (lb/hp-hr) | Average lb/hr | Maximum lb/hr | Annual tpy |
|---|---|---|---|---|
| NOx | 0.031 | 0.21 | 0.21 | 0.45 |
| CO | 0.00668 | 0.04 | 0.04 | 0.10 |
| SOx | 0.00205 | 0.01 | 0.01 | 0.03 |
| PM10 | 0.0022 | 0.01 | 0.01 | 0.03 |
| Aldehydes | 0.000463 | 0.003 | 0.003 | 0.007 |
| VOC (incl. Aldehydes) | 0.002514 | 0.017 | 0.017 | 0.037 |
| 1,3 Butadiene | 7.82E-07 | 5.24E-06 | 5.24E-06 | 1.15E-05 |
| Formaldehyde | 2.36E-05 | 1.58E-04 | 1.58E-04 | 3.46E-04 |
| Acetaldehyde | 1.53E-05 | 1.03E-04 | 1.03E-04 | 2.25E-04 |
| Acrolein | 1.85E-06 | 1.24E-05 | 1.24E-05 | 2.71E-05 |
| Naphthalene | 1.70E-06 | 1.14E-05 | 1.14E-05 | 2.48E-05 |
| Polycyclic Aromatic Hdyrocarbons | 3.36E-06 | 2.25E-05 | 2.25E-05 | 4.92E-05 |

| Emission Point: | 008-08 Diesel Light Plant No. 4 | By: SB 7/11/2008 |
|---|---|---|
| | | Checked: EL |

**Objective:** Calculate air emissions for Diesel Light Plant using AP-42 Table 3.3-1 (5th Edition, 10/96).

**Basis:** Maximum rated capacity for each light plant is 5 kW (6.7 hp) operating 12 hr/day, 7 day/wk, 52 wk/yr.

Rating = 5 Kw
Power Output = 6.7 Hp

| Pollutants | Emission Factor (lb/hp-hr) | Average lb/hr | Maximum lb/hr | Annual tpy |
|---|---|---|---|---|
| NOx | 0.031 | 0.21 | 0.21 | 0.45 |
| CO | 0.00668 | 0.04 | 0.04 | 0.10 |
| SOx | 0.00205 | 0.01 | 0.01 | 0.03 |
| PM10 | 0.0022 | 0.01 | 0.01 | 0.03 |
| Aldehydes | 0.000463 | 0.003 | 0.003 | 0.007 |
| VOC (incl. Aldehydes) | 0.002514 | 0.017 | 0.017 | 0.037 |
| 1,3 Butadiene | 7.82E-07 | 5.24E-06 | 5.24E-06 | 1.15E-05 |
| Formaldehyde | 2.36E-05 | 1.58E-04 | 1.58E-04 | 3.46E-04 |
| Acetaldehyde | 1.53E-05 | 1.03E-04 | 1.03E-04 | 2.25E-04 |
| Acrolein | 1.85E-06 | 1.24E-05 | 1.24E-05 | 2.71E-05 |
| Naphthalene | 1.70E-06 | 1.14E-05 | 1.14E-05 | 2.48E-05 |
| Polycyclic Aromatic Hdyrocarbons | 3.36E-06 | 2.25E-05 | 2.25E-05 | 4.92E-05 |

| Emission Point: | 009-08 Diesel Water Pump | By: SB 7/11/2008 |
|---|---|---|
| | | Checked: EL |

Objective: Calculate air emissions for 45 hp Diesel Water Pump using AP-42 Table 3.3-1 (5th Edition, 10/96).

Basis: Maximum rated capacity is 33.56 kW (45) hp) operating 12 hr/day, 7 day/wk, 52 wk/yr.

Rating = 33.56 Kw
Power Output = 45.0 Hp

| Pollutants | Emission Factor (lb/hp-hr) | Average lb/hr | Maximum lb/hr | Annual tpy |
|---|---|---|---|---|
| NOx | 0.031 | 1.40 | 1.40 | 3.05 |
| CO | 0.00668 | 0.30 | 0.30 | 0.66 |
| SOx | 0.00205 | 0.09 | 0.09 | 0.20 |
| PM10 | 0.0022 | 0.10 | 0.10 | 0.22 |
| Aldehydes | 0.000463 | 0.021 | 0.021 | 0.046 |
| VOC (incl. Aldehydes) | 0.002514 | 0.113 | 0.113 | 0.247 |
| 1,3 Butadiene | 4.30E-06 | 1.94E-04 | 1.94E-04 | 4.23E-04 |
| Formaldehyde | 1.30E-04 | 5.84E-03 | 5.84E-03 | 1.28E-02 |
| Acetaldehyde | 8.44E-05 | 3.80E-03 | 3.80E-03 | 8.29E-03 |
| Acrolein | 1.02E-05 | 4.58E-04 | 4.58E-04 | 1.00E-03 |
| Naphthalene | 9.33E-06 | 4.20E-04 | 4.20E-04 | 9.17E-04 |
| Polycyclic Aromatic Hdyrocarbons | 1.85E-05 | 8.32E-04 | 8.32E-04 | 1.82E-03 |

COPY

original to ___E.O.A.___
copy to ___MFG / J. Miller / C Smith___

PER2008001

# Enviro One
836 North Street
Baton Rouge, Louisiana 70802

Telephone (225) 344-6625
Fax (225) 344-2771

LDEQ RECEIPT
2008 JUN 24 PM 3 09

## LETTER OF TRANSMITTAL
June 24, 2008

Mr. Chris Smith
Louisiana Department of Environmental Quality
Office of Environmental Services
P.O. Box 4313
Baton Rouge, LA 70821-4313

**Agency Interest No. 100642**

ENCLOSED IS THE FOLLOWING:

| DESCRIPTION | COPIES | NUMBER | TITLE | REV. NO. | REV. DATE |
|---|---|---|---|---|---|
| | 3 | | $H_2S$ Study - Additional Information for the HWY 90 C&D Landfill AI #1006242 Air Permit Application | | |

**REMARKS:**

If you have any questions or require additional information please contact John Black at (225) 344-6625.

_Sarah Boudreaux_
Sarah Boudreaux

RECEIVED
JUN 24 2008
LDEQ

## Highway 90 C& D Landfill
### H₂S Study by Enviro One
### Ed Lee, P.E.

On February 26, 2008, Ed Lee (Enviro One), Kenny Fontenot and two River Birch employees (Miguel and Dustin) installed four ¾-inch PVC wells and sampled the north portion of the Highway 90 landfill to determine the concentration of hydrogen sulfide. A Geoprobe® was used to bore four 2-inch holes in the top 20 feet below the landfill surface. The elevation of the landfill was approximately 30-40 feet above msl at the site where the four wells were installed. A ¾-inch PVC pipe with the bottom 5 feet slotted was then inserted into each of the four boreholes. The top surface of the hole was then covered with bentonite to prevent LFG from escaping the landfill.

The LFG was analyzed with a Landtec GEMS 2000 plus that is equipped with a pod that could detect up to 5,000 parts per million volume (ppm) $H_2S$ concentrations. The wells produced a positive pressure that varied from 10-20 inches of $H_2O$ pressure.

The concentrations observed ranged from 2,000-3,800 ppm. Enviro One prepared the permit application based on the worst case at 3,800 ppm and added 200 ppm for allowances. Therefore, the minor source air permit application was based on **4,000 ppm** $H_2S$ concentration in the LFG.

Enviro One will monitor the flow rate, $H_2S$, $CH_4$, $CO_2$, $O_2$ and balance gas on a regular basis when the passive flares are installed. It is anticipated that the Landtec or equivalent monitoring device will be used on a regular basis to measure the $H_2S$ concentration from each flare when the "tiki" flares are in operation.

All personnel were fit-tested for breathing air (Scott AV2000). However, it was not necessary during the well installation since the $H_2S$ emissions rapidly dissipated within a few feet away due to the small diameter of the wells, and therefore did not pose any danger or threat to the workers.



# JEFFERSON PARISH
# LOUISIANA

JOHN J. JONE
ADMINISTRATOR
COASTAL ZONE
MANAGEMENT PROGRAM

April 15, 2003

Mr. Jim Ward
P.O. Box 1938
Gretna, LA 70054

RE: P2003454
Construction of a private, 92 acre landfill to be used for the disposal of construction, demolition and yard waste. The project site lies on the eastern side of the Jefferson Parish Landfill between U.S. Hwy. 90 and Live Oak Boulevard near Waggaman, Louisiana (Section 9 and 39, T13S-R22E.

Dear Mr. Ward:

We are in receipt of your April 1, 2003 Coastal Use Permit application. Following a thorough review of our Coastal Zone Management Plan and an evaluation of the proposed activity's conformance with the Coastal Use Guidelines, in accordance with the State and Local Coastal Resources Management Act of 1978, as amended (la. R.S. 49:214.21, et seq), it has been determined that the proposed project is in a fastland and will have no direct and significant impact to coastal waters. Therefore, a Coastal Use Permit will not be required.

This determination does not eliminate the need for the applicant to obtain a permit from the United States Corps of Engineers, including any required mitigation, as well as any approvals or permits required by Jefferson Parish or any other local authority or agency or by any state or federal agency, as may be required by law for said activity or the construction of the referenced project.

Please be advised that if any part of said project is planned to be located on a Jefferson Parish servitude, or on a Jefferson Parish right-of-way or other property owned by the Parish:
 (1) The owner of such project, is required to obtain a right of use agreement from the Parish for said location of said project;
 (2) The Parish, its employees and agents shall not be responsible for any damage to any part of said project that may occur while the Parish is exercising its right to install and maintain any type of facility in said servitude, or on a right-of-way or other property owned by the Parish; and

(3) The owner of a project on a Parish servitude, or on a right-of-way or other property owned by the Parish shall be solely responsible for the relocation of said project and the related expenses within ninety (90) days after receipt of written notification from Jefferson Parish that said project will be in conflict with a proposed Parish improvement.

If you have any questions, please call our Coastal Programs Supervisor, Jason Smith, at (504) 731-4612.

Sincerely,

John Uhl, Administrator
Coastal Zone Management Program

cc:   Ron Ventola, U.S. Army Corps of Engineers
      Terry Howey, Louisiana Department of Natural Resources,
         Coastal Management Division
      Larry Wiesepape, Louisiana Department of Environmental Quality
      Dana R. Sanders, Sr., Authorized agent
      Marnie Winter