```
 1              UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT

 3                   STATE OF LOUISIANA

 4

 5  CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218,
    18-9312
 6                      SECTION:E(5)

 7         ELIAS JORGE "GEORGE" ICTECH-BENDECK

 8                         VERSUS

 9        WASTE CONNECTIONS BAYOU, INC., ET AL.

10                     RELATED CASE:

11  CIVIL ACTION NO. 19-11133, c/w 19-14512

12                      SECTION:E(5)

13              FREDERICK ADDISON, ET AL.

14                         VERSUS

15     LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.

16

17      VIDEOTAPED REMOTE CONFERENCE DEPOSITION OF

18                  BISHOW NATH SHAHA

19                   April 30, 2024

20                 at the Law Offices of
                       LISKOW & LEWIS
21            701 Poydras Street, Suite 5000
                   New Orleans, LA 70139
22

23  REPORTED BY:

24  DOROTHY Z. JONES, CVR, CCR

25
```



```
 1         And then your second step was to develop a
 2   hybrid model to predict future H2S emissions due to
 3   the C&D waste; is that right?
 4         A    That's correct.
 5         Q    Okay.
 6         Why wouldn't just using LandGEM provide an
 7   accurate prediction as to the future H2S
 8   concentrations in the landfill gas from the C&D
 9   waste?
10         A    LandGEM is not made for that.  And it's not
11   EPA approved method.
12         Q    It's not a what?
13         A    It is not EPA approved method for hydrogen
14   sulfide emission calculation.
15         Q    Not an EPA approved method?
16         A    Yeah, it is not an EPA approved method.
17         Q    Okay.
18         And then below on the same page, we have an
19   entry for affiliations and list of solid Waste
20   Association of North America, SWANA?
21         A    That is correct.
22         Q    You've been a member since 2015?
23         A    Yes.
24         Q    Okay.
25         Are you familiar with publications by SWANA as
```



1      A    That is correct.
2      Q    And then they'll say we receive 5000 tons
3  of C&D debris?
4      A    That is correct.
5      Q    And then they'll say we received X amount
6  of tonnage of X amount of different special waste;
7  right?
8      A    That is correct.
9      Q    Okay.
10         So you are familiar with LandGEM?
11     A    Yes, I am.
12     Q    Okay.
13         And you had run LandGEM before undertaking the
14  effort for your 2020 paper with Dr. Meeroff?
15     A    That is correct.
16     Q    Okay.
17         And you had used LandGEM in practice, working at
18  landfills; is that correct?
19     A    That is correct.
20     Q    And then you say in paragraph 27, that your
21  second step was to estimate the sulfur content in the
22  C&D debris landfill between 2009 and 2014; right?
23     A    That is correct.
24     Q    Okay.
25         Why was that second step necessary?



```
1       A    I had to estimate the sulfur content at a
2  reasonable level to make sure that I'm not estimating
3  something that doesn't have any basis.
4       So I had to measure or estimate sulfur content
5  in a level that makes sense, at least based on the
6  literature.
7       Q    And here you're saying the sulfur content
8  in the C&D debris itself, the waste that you're
9  trying to figure out how much H2S had generated?
10      A    That is correct.
11      Q    Okay.
12      Your first step referenced in paragraph 26,
13 running LandGEM based on historical landfill waste
14 data to estimate the LFG generated at the landfill.
15      Would that first step account for the H2S that
16 was generated by the C&D debris?
17      A    It has nothing to do with C&D debris.
18      Q    Okay.
19      That's kind of the question.
20      So when you use the historical landfilled waste
21 data, I presume that the tonnages of C&D debris were
22 actually included in those data?
23      A    I don't understand your question.
24      Q    Okay.
25      You say you ran LandGEM based on historical
```



1  landfilled waste data between 1990 and 2015?
2       A    That is correct.
3       Q    And paragraph 27 talks about the C&D debris
4  landfill between 2009 and 2014?
5       A    That is correct.
6       Q    That's six years?
7       A    That is correct.
8       Q    Okay.
9       So of the 20 -- you have 26 years of landfill --
10 historical landfill waste data, and six of those 26
11 include when the C&D debris was landfilled; right?
12      A    That is correct.
13      Q    The historical waste data that you input in
14 your LandGEM, did that include the tonnages of the
15 C&D debris that were landfilled for those six years,
16 2009 to 2014?
17      A    I don't exactly remember at this point.
18      Q    Okay.
19      Let's say you did.  You input the C&D debris,
20 let's call it 10,000 tons.  Okay?
21      Would running LandGEM give you a reliable
22 estimate of the hydrogen sulfide gas generated by the
23 C&D debris?
24      A    LandGEM was ran to estimate landfill gas,
25 not hydrogen sulfide.



```
1          Q    Okay.
2          As I understand, LandGEM gives you estimates of
3    methane; right?
4          A    Methane and all other gases, including all
5    other gases, carbon -- carbon monoxide, and all other
6    gases.
7          Q    And all the gases would include hydrogen
8    sulfide gas?
9          A    That is correct.
10         Q    Okay.
11         The question is a bit different.
12         So what I'm saying is, if you just input the
13   total tonnage of the C&D debris into your LandGEM
14   without specifying a specific sulfate content, would
15   the LandGEM modeling run accurately and reliably
16   estimate the amount of H2S generated from the C&D
17   debris?
18              MR. VITRIS:  Object to the form.
19              THE WITNESS:  I do not understand the
20   question.
21   BY MR. LANDRY:
22         Q    Okay.
23         Earlier, you said that LandGEM was not an EPA
24   approved method to estimate H2S generation?
25         A    That is correct.
```

