

**CARLSON ENVIRONMENTAL CONSULTANTS, PC**

LANDFILL GAS AND SOLID WASTE SPECIALISTS

MAIN FILE  π

PER20190013

original to ___10A___
copy to ___Petro/GT/Nguyen___

December 18, 2019

Mr. Elliott Vega, Assistant Secretary
Office of Environmental Services
Louisiana Department of Environmental Quality
PO Box 4313
Baton Rouge, LA 70821-4313

RE: Part 70 Operating Permit Renewal and Modification Application
Jefferson Parish Sanitary Landfill, Jefferson Parish, LA
Operating Permit No. 1340-00140-V7
Agency Interest No. 6961

Dear Mr. Vega:

On behalf of Jefferson Parish Sanitary Landfill, Carlson Environmental Consultants, PC (CEC) is pleased to submit this Part 70 (Title V) Operating Permit Renewal Application for the Jefferson Parish Sanitary Landfill (JPSL). JPSL is currently authorized under Part 70 Operating Permit 1340-00140-V7 which expires June 23, 2020. This application is being submitted at least 180 days prior to expiration. There are several modifications requested to the Part 70 Operating Permit due primarily to recalculation of emissions for existing emission points.

This application was prepared in accordance with 40 CFR Part 70, the Louisiana Administrative Code (LAC) Title 33 Part III §517, and the Louisiana Guidance for Air Permitting Actions.

One original and two copies of the application package are being submitted for your use and distribution. A copy of the application was also submitted to the U.S. EPA Region 6 Office.

If you have any questions regarding this submittal, please contact Jim Christiansen at 321-704-4162.

Sincerely,

Jim Christiansen
Carlson Environmental Consultants, PC

Seth Nunes, P.E.
Carson Environmental Consultants, PC

2019 DEC 19 AM 8:14  DEQ-OES

cc: Mike Lockwood, MSPH, Jefferson Parish
    Kris Carlson, CEC
    Brian DeJean, P.E., River Birch LLC

**EXHIBIT 1377**

305 SOUTH MAIN STREET, MONROE NC 28112 · OFFICE 704.283.9765 · FAX 704.283.9755
JUPITER, FL · ATLANTA, GA · COLUMBIA, SC · RICHMOND, VA · OLYMPIA, WA
WWW.CECENV.COM

WC_JPLF_00315306

Part 70 (Title V) Operating Permit Renewal and Modification Application
Jefferson Parish Sanitary Landfill
Operating Permit No. 1340-00140-V7
Agency Interest No. 6961
The Parish of Jefferson
Avondale, Jefferson Parish, LA

Prepared for
Jefferson Parish Sanitary Landfill
5800 Hwy. 90 West
Avondale, Louisiana 70094
(504) 436-0244
December 18, 2019

Prepared by



Carlson Environmental Consultants, PC
305 South Main Street
Monroe, NC 28112

## TABLE OF CONTENTS
SECTION A – EXECUTIVE SUMMARY

SECTION B – APPLICATION FOR APPROVAL OF EMISSIONS OF AIR POLLUTANTS FROM PART 70 SOURCES

SECTION C – AIR EMISSION CALCULATIONS

SECTION D - SITE LOCATION MAP

SECTION E - LISTING OF VARIANCES AND HOVS AND STATUS
2017 GCCS DESIGN PLAN VARIANCES APPROVAL

WC_JPLF_00315308

# SECTION A
# EXECUTIVE SUMMARY

**FACILITY AND PROCRESS DESCRIPTION**

The Jefferson Parish Sanitary Landfill (JPSL) is a municipal solid waste (MSW) landfill and is located at 5800 Hwy. 90 West, Avondale, LA. The landfill is owned by the Parish of Jefferson and currently operated by Waste Connections, Inc. JPSL is currently authorized to operate under Part 70 (Title V) Operating Permit No. 1340-00140-V7 issued on July 15, 2016 and expiring on June 23, 2020.

JPSL began accepting waste in 1982. Based on previously submitted information, the landfill has a current permitted design capacity of 27,925,852 cubic yards inclusive of all permitted phases, both closed and open. Based on current waste acceptance rates and the currently permitted design capacity, the landfill has approximately 12,403,238 cubic yards of air space and approximately 32 years of life remaining. Closure year may vary based upon actual waste acceptance rates.

The landfill has an operating gas collection and control system (GCCS) which consists of a network of vertical and horizontal landfill gas (LFG) collection devices, a blower skid, a 2,873 standard cubic feet per minute (scfm) open (utility) flare used to combust LFG, and a treatment/compression skid used to condition LFG for off-site delivery and beneficial reuse for power generation. Beneficial reuse is the primary means of managing LFG; the flare is used as a backup. Currently, River Birch, LLC operates and maintains the GCCS under contract with Jefferson Parish. There are also a variety of petroleum storage tanks and engines present at the site as described in the Application for Approval of Emissions of Air Pollutants from Part 70 Sources (Section B of this document).

No significant changes are proposed to the previously permitted facility processes and equipment, though significant upgrades to the GCCS are being undertaken to reduce liquid levels in the landfill, reduce the potential for objectionable odors, and to provide higher quality landfill gas for beneficial reuse. While these changes may increase the quantity of landfill gas collected, they will not increase the facility potential emissions.

**PURPOSE OF APPLICATION**

This application is being submitted to renew and modify the Part 70 (Title V) Operating Permit with significant adjustments to emissions calculations and estimates for several emission sources. No process, equipment, or actual design capacity changes are proposed. However, updated calculations in some cases reduced and in others increased potential emission rates. The Emission Point IDs, as set forth in the current Part 70 Operating Permit with a summary of requested changes, are provided in Table 1.

**Table 1. Existing Air Emission Sources Addressed In This Application**

| ID | Emission Point Description | Action Requested |
|---|---|---|
| UNF 1 | Landfill | No Change |
| EQT 01 | 1a - Landfill Gas Flare (2,873 scfm open flare) | Update PTE and include enforceable SO2 limit |

1

| EQT 20 | 33 - 6-in Diesel Pump No. 2 | No Change |
|---|---|---|
| EQT 21 | 34 - 6-in Diesel Pump No. 3 | No Change |
| EQT 22 | 35 - Diesel Emergency Generator No. 1 | No Change |
| EQT 23 | 41 - 6-in Diesel Pump No. 1 | No Change |
| EQT 24 | 42 - Diesel Emergency Generator Lift Station No. 2 | No Change |
| FUG 01 | 2 - Landfill Gas, Fugitives | Update PTE |
| FUG 02 | 3 - Fugitive Particulates | Update PTE |
| FUG 03 | 5- Leachate Treatment Pond | No Change |
| FUG 04 | 29 - LFG Conditioning and Compression Skid Fugitives | No Change |

**PROPOSED CHANGES FROM 2015 TITLE V RENEWAL APPLICATION AND CURRENT TITLE V PERMIT**

Proposed changes include the following items:

1. During recent investigations, JPSL became aware that elevated levels of hydrogen sulfide (H2S) were present in the site's landfill gas. This is common at landfills that accept sulfur bearing waste (certain sludges, wallboard, gypsum, etc). When combusted, all total reduced sulfur (TRS), of which by far the predominant component in landfill gas is H2S, is converted to sulfur dioxide (SO2). Preliminary information collected through sampling of landfill gas using colorimetric tubes suggested site-wide TRS concentrations are on the order of 2,000 to 3,000 parts per million by volume (ppmv). This is high enough to cause the potential to emit (PTE) for the site's flare to exceed 250 tons per year (TPY) of SO2, which would render the site a major source for New Source Review (NSR) purposes. As such, the site is proposing an enforceable limit for SO2 of 230 TPY at the flare. Note that *actual* emissions of SO2 from the flare will be substantially lower because the flare is used as a backup control device only. At most times gas from the landfill is routed to an off-site beneficial use gas-to-energy plant. A similar SO2 limit was recently established by LDEQ in the Title V permit for Woodside Landfill in Walker, LA. Provisions for ensuring compliance with the proposed limit are discussed in #3 below.

2. Estimated potential emissions for the 2,873 scfm flare were recalculated (i.e. corrected) using industry standard approaches, AP-42 emission factors, and a proposed limit for flare emissions of 230 TPY of SO2 as a rolling twelve-month total. Note that the landfill gas flare currently serves as a backup to off-site beneficial reuse. Potential emission calculations for the flare assumed continuous operation at full capacity and are thus highly conservative relative to expected actual emissions. Updated potential emissions from the flare for carbon monoxide (CO), nitrogen oxides (NOx), and volatile organic compounds (VOCs) are lower than previously permitted. SO2 potential emissions are based on the proposed limit which is reflective of potential to combust landfill gas with higher site-specific H2S concentrations. This is an increase of more than 220 TPY of SO2 relative to prior permitted emissions of SO2, making this a major modification. Emission calculations are provided in Section C and summarized in Section B.

3. JPSL proposes to ensure compliance with the 230 TPY SO2 flare limit through a program of periodic sampling and analysis of TRS in landfill gas.

WC_JPLF_00315310

- Whenever landfill gas is routed to the flare, but no more frequently than once per calendar year, the facility will collect a landfill gas sample at the flare using a Silco canister. The sample will be analyzed for TRS by a NELAP accredited laboratory using EPA Method 15/16.
- TRS results for each annual sample, along with totalized flows to the flare as measured by the continuous flow meter, will be used to calculate actual emissions from the flare for all months in that calendar year. Calculations will be performed monthly and a log of rolling 12-month total SO2 emissions will be maintained for ongoing comparison to the 230 TPY limit. Actual emissions of SO2 on a calendar year basis will continue to be reported in the annual emission inventory. The facility will notify LDEQ immediately if rolling twelve-month total SO2 emissions exceed the 230 TPY limit.
- If the flare does not operate in a given calendar year, no sample is required in that year. However, if the flare operates at all, at least one representative sample is required during the calendar year.
- Because the flare is used infrequently as a backup, actual emissions of SO2 are expected to be well below 230 TPY for the foreseeable future. However, the site will take necessary actions to ensure the SO2 limit is not exceeded if needed. Such actions may include treatment of landfill gas using sulfur scavenging media such as Sulfatreat™ or similar, either at individual wellheads or at the landfill gas flare.

4. Fugitive emission rates for the landfill were recalculated and updated using AP-42 approaches and current site-specific information, which include a conservative, site-wide estimate for H2S concentration in landfill gas of 3,000 ppm. Future waste acceptance rates were estimated to be reasonably consistent with projected closure year from the pending solid waste permit renewal application. Emission calculations are provided in Section C and summarized in Section B. Using the conservative H2S landfill gas concentration of 3,000 ppm, a substantial increase in potential fugitive H2S emission rate was calculated relative to the prior permit. With this increase, the facility is now classified as a major source of toxic air pollutants (TAPs) pursuant to LAC Title 33 Chapter 51. However, pursuant to LAC 33:III.5101.D, the facility is subject to the NESHAP requirements in 40 CFR Parts 61 and 53 and therefore not subject to the requirements of Chapter 51 Subchapter A, except for the annual emissions reporting requirements of 5107.A, the ambient air standard requirements of 5109.B, and the application applicable air toxics permit application and air toxics annual emission fees provided by LAC 33:III:Chapter 2. Facility engines are subject to 40 CFR 63 Subpart ZZZZ and are therefore exempt form the Chapter 51 regulations.

5. Minor updates were made to the applicable rules and requirements as shown in Section B.

6. Because there have been no new permitted landfill expansions since the last permit action, the volumetric design capacity has not increased. However, the design capacity on a mass/weight basis was updated to reflect the most current waste densities used in the 2019 Solid Waste Permit Renewal Application. The design capacity is updated as 23,960,381 tons or 21,736,518 megagrams. Calculations are provided in Section C.

WC_JPLF_00315311

7. In Section E, JPSL has included a table of numerous variances or higher operating values (HOVs) previously approved or requested in this application as well as a 2017 GCCS Design Plan approval from LDEQ. However, several requests to LDEQ are pending. To ensure compliance in the future, JPSL believes it is important to fully reconcile all proposed and approved HOVs with LDEQ. To this end, JPSL intends to work with LDEQ to update the facility GCCS Design Plan in 2020 to include a consolidated listing of agreed upon variances and address any necessary items related to the ongoing consolidated enforcement action.

No other significant changes for any emission points or insignificant activities are proposed. CEC and JPSL respectfully request the opportunity to review and comment on the draft Part 70 Operating Permit for the Facility before finalization.

## FEDERAL AND STATE REQUIREMENTS

JPSL is subject to a variety of federal and state air quality regulations. In accordance with LAC 33:III.517.D.10, these regulations have been identified in a matrix on Table 1 contained in Item 23 of the Application for Approval of Emissions of Air Pollutants from Part 70 Sources (Section B of this document). Specific requirements that pertain to JPSL from those regulations are discussed in Table 2. Table 3 provides rationale for any regulations that could be applicable but do not apply or from which JPSL is exempt.

The only significant change relative to the existing permit is in regarding to emissions of hazardous air pollutants (HAPs) and TAPs. The facility remains a minor source of HAPs as defined in Federal Rules. However, with the increase of fugitive H2S emissions above 10 TPY as discussed above, the facility is a now a major source of TAPs pursuant to LAC Title 33 Chapter 51. However, pursuant to LAC 33:III.5101.D, the facility is subject to the NESHAP requirements in 40 CFR Parts 61 and 53 and therefore not subject to the requirements of Chapter 51 Subchapter A, except for the annual emissions reporting requirements of 5107.A, the ambient air standard requirements of 5109.B, and the application applicable air toxics permit application and air toxics annual emission fees provided by LAC 33:III:Chapter 2. Facility engines are subject to 40 CFR 63 Subpart ZZZZ and are therefore exempt from the Chapter 51 regulations.

## NSR APPLICABILITY

JPSL is an existing facility that is not considered a major stationary source under the New Source Review (NSR) program. Per 40 CFR 52.21(b)(1)(i)(a), landfills are not included in the 28 source categories subject to a potential-to-emit threshold for any regulated NSR pollutant of 100 ton per year (TPY) at which a facility is considered a major stationary source. Per 40 CFR 52.21(b)(1)(iii), only a facility included in the defined source categories must include fugitive emissions when determining if considered a major stationary source for purposes of the NSR program. Because this existing landfill facility does not fall within the 28 listed categories, it is subject to a 250 TPY threshold for regulated NSR pollutants, excluding fugitive emissions, to determine NSR major stationary source status (40 CFR 52.21(b)(1)(i)(b)).

Per 40 CFR 52.21(b)(50), the regulated NSR pollutants for this facility currently include nitrogen oxides, sulfur dioxide, particulate matter, carbon monoxide, volatile organic compounds, and nonmethane organic compounds. See 40 CFR 52.21(b)(50) for the definition of regulated NSR pollutant. With an enforceable limit of 230 TPY for SO2 for the flare, this facility's potential to

WC_JPLF_00315312

emit each of these pollutants is less than 250 TPY, therefore the facility is not a major stationary source for NSR purposes.

WC_JPLF_00315313

## EMISSION RATE SUMMARY (TONS PER YEAR)

| Pollutant | Before (V7) | After | Change |
|---|---|---|---|
| NOx | 31.41 | 36.51 | 5.10 |
| CO | 397.66 | 143.62 | -254.04 |
| PM10 | 42.86 | 56.67 | 13.81 |
| PM2.5 | 14.16 | 12.38 | -1.78 |
| SOx | 6.23 | 230.70 | 224.47 |
| NMOC | | 34.04 | NA |
| VOC | 33.70 | 14.16 | -19.54 |
| TAPs | | 173.36 | NA |
| CO2e (anthropogenic) | | 225.55 | NA |
| CO2e (biogenic) | | 225,437.60 | NA |
| methyl chloroform | 0.04 | 0.02 | -0.03 |
| 1,1,2,2-tetrachloroethane | 0.12 | 0.01 | -0.11 |
| ethylidene dichloride | 0.15 | 0.05 | -0.10 |
| vinylidene chloride | 0.01 | 0.01 | -0.01 |
| ethylene dichloride | 0.02 | 0.01 | -0.01 |
| propylene dichloride | 0.01 | 0.00 | -0.01 |
| acrylonitrile | 0.21 | 0.01 | -0.20 |
| carbon disulfide | 0.03 | 0.01 | -0.02 |
| carbon tetrachloride | 0.00 | 0.00 | 0.00 |
| carbonyl sulfide | 0.02 | 0.01 | -0.01 |
| chlorobenzene | 0.02 | 0.02 | 0.00 |
| ethyl chloride | 0.05 | 0.02 | -0.04 |
| chloroform | 0.00 | 0.00 | 0.00 |
| 1,4-dichlorobenzene | 0.02 | 0.14 | 0.12 |
| methylene chloride | 0.04 | 0.23 | 0.19 |
| ethylbenzene | 0.31 | 0.47 | 0.16 |
| ethylene dibromide | 0.00 | 0.00 | 0.00 |
| hexane | 0.36 | 0.14 | -0.22 |
| methyl ethyl ketone | 0.33 | 0.54 | 0.21 |
| methyl isobutyl ketone | 0.70 | 0.05 | -0.65 |
| perchloroethylene | 0.39 | 0.15 | -0.24 |
| trichloroethylene | 0.23 | 0.07 | -0.16 |
| mercury | 0.03 | 0.00 | -0.03 |
| benzene | 0.11 | 0.05 | -0.05 |
| toluene | 2.31 | 1.60 | -0.70 |
| vinyl chloride | 0.01 | 0.06 | 0.05 |
| xylenes | 0.83 | 1.15 | 0.33 |
| hydrochloric acid | 2.75 | 2.89 | 0.14 |
| hydrogen sulfide | 0.78 | 165.63 | 164.85 |
| 1,2-Dichloroethylene | 0.00 | 0.00 | 0.00 |
| 1,4-Dichlorobenzene | 0.02 | 0.00 | -0.02 |
| 2,4-D | 0.00 | 0.00 | 0.00 |
| 2,4-Dinitrotoluene | 0.00 | 0.00 | 0.00 |
| 2,4,5-Trichlorophenol | 0.00 | 0.00 | 0.00 |
| 2,4,6-Trichlorophenol | 0.00 | 0.00 | 0.00 |
| Carbon Tetrachloride | 0.00 | 0.00 | 0.00 |
| Chlordane | 0.00 | 0.00 | 0.00 |

WC_JPLF_00315314

| | | | |
|---|---|---|---|
| Cresol-m | 0.00 | 0.00 | 0.00 |
| Cresol-o | 0.00 | 0.00 | 0.00 |
| Cresol-p | 0.00 | 0.00 | 0.00 |
| n-Cresol | 0.00 | 0.00 | 0.00 |
| Endrin | 0.00 | 0.00 | 0.00 |
| Heptachlor | 0.00 | 0.00 | 0.00 |
| Hexachlorobenzene | 0.00 | 0.00 | 0.00 |
| Hexachlorobutadiene | 0.00 | 0.00 | 0.00 |
| Hexachlorethane | 0.00 | 0.00 | 0.00 |
| Lindane | 0.00 | 0.00 | 0.00 |
| Methoxychlor | 0.00 | 0.00 | 0.00 |
| Nitrobenzene | 0.00 | 0.00 | 0.00 |
| Pentachlorophenol | 0.00 | 0.00 | 0.00 |
| Pyridine | 0.00 | 0.00 | 0.00 |
| Toxaphene | 0.00 | 0.00 | 0.00 |

**ENVIRONMENTAL ASSESSMENT STATEMENT**

For new Part 70 operating permits and/or major modifications, answers to certain questions must be provided by the applicant to the local governmental authority and the designated public library at no additional costs to these entities. See the Application Form in Section B for details and the local governmental authority and the designated public library to which the answers to these questions were sent.

Question 1: **Have the potential and real adverse environmental effects of the proposed facility been avoided to the maximum extent possible?** Yes. The Jefferson Parish Sanitary Landfill (JPSL) is an existing facility and no changes in process or actual capacity are proposed in this permit action. This application is considered a major modification due to solely to calculated increases in *potential* hydrogen sulfide (H2S) and sulfur dioxide (SO2) emissions. SO2 is created when combusting landfill gas that contains sulfur, in this case H2S. H2S occurs at varying levels in landfill gas at all municipal solid waste landfills. JPSL used updated site-specific estimates of H2S concentrations for potential to emit calculations in this application, which increased estimated potential emissions. Importantly, these estimates assume landfill gas is routed to the on-site flare at all times. In actuality, landfill gas is sent to off-site gas to energy plant where gas is treated to remove H2S. Therefore, actual emissions of SO2 from JPSL will be much lower than the potential emissions and overall similar to the past. There are also calculated increases in fugitive emissions of H2S from uncollected landfill gas. This is also due to the use of site-specific estimates of H2S present in landfill gas at JPSL. Nothing can be done to reduce these concentrations in landfill gas. JPSL is currently working to upgrade the landfill gas collection system to capture more landfill gas, minimize fugitive emissions and odors, and convey as much landfill gas as practicable to off-site beneficial use waste-to-energy facilities.

Question 2: **Does a cost benefit analysis of the environmental impact costs balanced against the social and economic benefits of the proposed facility demonstrate that the latter outweighs the former?** The facility is not proposed but existing. The proposed modifications are based on updated potential (not actual) emission calculations only. Both potential and actual missions from JPSL have been and remain substantially similar to other

7

municipal solid waste landfills in Louisiana and elsewhere. By providing cost-effective management of solid waste generated in the Parish, JPSL clearly provides social and economic benefits that outweigh any impacts.

Question 3: **Are there alternative projects which would offer more protection to the environment than the proposed facility without unduly curtailing non-environmental benefits?** The facility is not proposed but existing with no planned expansion, so alternative projects are not warranted.

Question 4: **Are there alternative sites which would offer more protection to the environment than the proposed facility site without unduly curtailing non-environmental benefits?** The facility is not proposed but existing with no planned expansion, so alternative sites are not warranted.

Question 5: **Are there mitigating measures which would offer more protection to the environment than the facility as proposed without unduly curtailing non-environmental benefits?** JPSL is working to upgrade the existing landfill gas collection system to capture more landfill gas, minimize fugitive emissions and odors, and convey as much landfill gas as practicable to off-site beneficial use waste-to-energy facilities.

WC_JPLF_00315316