## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | **CIVIL ACTION** |
| **Plaintiffs** | **NO. 19-11133, c/w 19-14512** |
| **V.** | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | |
| **Defendants** | **JUDGE: Morgan** |
| | **MAGISTRATE JUDGE: North** |
| *Applies to: Both Cases* | |

### PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF PAOLO ZANNETTI

Pursuant to §VI.2 of the Thirteenth Case Management Order, Plaintiffs move this Court to exclude the testimony of proposed defense expert, Paolo Zannetti. Because no Trial Plaintiff is making a claim for diminution in property value, his testimony is irrelevant. For the reasons stated herein, his testimony should be excluded in its entirety.

1.      Dr. Zannetti's opinion and methodology rely completely on the model input from Matthew Stutz. Matthew Stutz's emissions calculations are facially incorrect.

2.      As Zannetti testified during his deposition, Dr. Zannetti candidly and repeatedly concedes that "if the model input is incorrect, the output will be incorrect" because "emission and concentration are linearly related."  Id. at 15, l. 2-15; also, p. 17, l. 2-19; and p. 19, l. 7-15 ("garbage in, garbage out"). Therefore, if the data from Stutz is incorrect (which it is), Zannetti's opinions will neither be reliable or helpful to the trier of fact.

1

3. Plaintiffs incorporate their accompanying brief in support of this motion to exclude evidence, as well as their Motion to Exclude Evidence of Other Sources as if specifically pled herein. (Rec. Doc. 553)

WHEREFORE, for the reasons set forth above and as set forth in their accompanying brief in support of this motion to exclude evidence, Plaintiffs respectfully request that this Court exclude Defendants from presenting the testimony of proposed defense expert Paolo Zannetti at trial.

Respectfully submitted, this 6th day June, 2024.

/s/ S. Eliza James
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
FORREST CRESSY & JAMES, LLC
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com

/s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@whiteforlaw.com
erowe@whitefordlaw.com
mchilders@whitefordlaw.com

Harry S. Johnson, (Admitted Pro Hac Vice)
James R. Jeffcoat (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700

hjohnson@whitefordlaw.com
jjeffcoat@whitefordlaw.com