1            UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF LOUISIANA

3     * * * * * * * * * * * * * * * * * * * * * * * * * *

4  ELIAS JORGE "GEORGE"          CIVIL ACTION
   ICTECH-BENDECK,
5           Plaintiff           NO. 18-7889
                                c/w 18-8071,
6  v.                           18-8218, 18-9312

7  WASTE CONNECTIONS BAYOU,      SECTION: "E"(5)
   INC., ET AL.,
8           Defendants          CIVIL ACTION

9  Related Case:                 NO. 19-11133,
                                c/w 19-14512
10      FREDERICK REGIONAL
   LANDFILL COMPANY, ET AL.,     SECTION: "E"(5)
11          Defendants

12  Applies to: Both Cases

13
      * * * * * * * * * * * * * * * * * * * * * * * * * *
14

15                  Deposition of
                  PAOLO ZANNETTI, PhD
16
                  taken on April 25, 2024
17                commencing at 9:08 a.m.

18                in New Orleans, Louisiana

19

20

21

22  Reported by:   Evangeline A. Langston, CCR, RPR
                  Certified Court Reporter
23                in and for the State of Louisiana,
                  Federal Certified Realtime Reporter,
24                Registered Professional Reporter

25



1        A.    The Addison is dated March 8.

2        Q.    Yes.

3        A.    The one you gave me.  If I remember

4    correct, the first Ictech report was dated a few

5    days later.

6        Q.    Okay.  And you say that one of the

7    purposes of this report is to present the results of

8    air dispersion modeling of emissions of hydrogen

9    sulfide from three landfills; correct?

10       A.    Correct.

11       Q.    And the three landfills are the

12   Jefferson Parish Landfill, the River Birch landfill,

13   and the Highway 90 construction and demolition

14   landfill; correct?

15       A.    That is correct.

16       Q.    And then you go on to say that, for your

17   air dispersion modeling of H2S emissions from each

18   of the three landfills, you were provided with

19   emission rates of H2S for each landfill for the

20   years 2017, 2018, 2019, and 2020; correct?

21       A.    Correct.

22       Q.    Now, who provided you the emission rates

23   for each of those three landfills?

24       A.    Defense emission expert Stutz.

25       Q.    Matthew Stutz?



1      A.    Correct.

2      Q.    Okay.  And you would agree that if

3 Mr. Stutz' emission rates are substantially wrong,

4 your modeling would be substantially wrong?

5      A.    Yes and no.  Of course if the model

6 input is incorrect, the output will be incorrect.

7      Q.    That was my only -- that was my only

8 question.

9      A.    But there is something to clarify here.

10 Emission and concentration are linearly related.  So

11 once you make a run, if somebody tells me that the

12 emissions change by 20 percent, the same change will

13 be reflected in the concentration.  So you don't

14 need -- in theory, you don't need to rerun the

15 model.  You can reuse the model outputs.

16      Q.    Right.

17            Now, you said you brought your amended

18 report with you?

19      A.    Correct.

20      Q.    I'd like to mark it -- your amended

21 report as Exhibit 1603.

22            (Exhibit Number 1603 was marked for

23             identification.)

24 BY MR. FOSTER:

25      Q.    And it has the same title with a date of



1        A.    Correct.

2        Q.    Okay.  And you would agree that if

3  Mr. Stutz' emission rates are substantially wrong,

4  your modeling would be substantially wrong?

5        A.    Yes and no.  Of course if the model

6  input is incorrect, the output will be incorrect.

7        Q.    That was my only -- that was my only

8  question.

9        A.    But there is something to clarify here.

10  Emission and concentration are linearly related.  So

11  once you make a run, if somebody tells me that the

12  emissions change by 20 percent, the same change will

13  be reflected in the concentration.  So you don't

14  need -- in theory, you don't need to rerun the

15  model.  You can reuse the model outputs.

16        Q.    Right.

17              Now, you said you brought your amended

18  report with you?

19        A.    Correct.

20        Q.    I'd like to mark it -- your amended

21  report as Exhibit 1603.

22              (Exhibit Number 1603 was marked for

23              identification.)

24  BY MR. FOSTER:

25        Q.    And it has the same title with a date of



1    April the 12th, 2024, and a notation that it is an

2    amended report; correct?

3         A.    There is a notation on the bottom

4    showing that the actual date of this report is

5    April 12, 2024.

6         Q.    Right.

7         A.    This is the Addison and Ictech.

8         Q.    And you say that your amended report was

9    filed due to a correction made to the emission rates

10   for the -- emission rate estimates for the

11   Highway 90 landfill; correct?

12        A.    That is correct.

13        Q.    And that was based on an amended report

14   of Mr. Stutz'?

15        A.    Correct.

16        Q.    Indeed, Mr. Stutz changed his

17   calculation of the emission rate for the Highway 90

18   landfill; correct?

19        A.    Correct.

20        Q.    And he changed it for 2017, 2018, and

21   2019; right?

22        A.    And 2020.

23        Q.    And he reduced the emission rates for

24   the Highway 90 landfill by amounts approximately 15

25   to 25 percent; correct?



1      A.    That's a number out of memory, yes.

2      Q.    Okay.  So when Stutz was wrong, your

3  modeling was wrong?

4                MR. PAUL:  Object to form.

5  BY MR. FOSTER:

6      Q.    Right?

7      A.    It's not that simple.  Emission rates

8  can be adjusted and the model can be rerun.  And if

9  there is a reduction in emission rate, there will be

10  reduction in concentration impact.  The model is not

11  wrong.  The model is using a different set of

12  emission rates, but the running of the model is

13  correct.

14      Q.    Okay.  The model is not wrong, but the

15  output of the model was wrong to the same extent

16  that the input to the model was wrong?

17                MR. PAUL:  Object to form.

18      A.    The output needs to be adjusted based on

19  the new set of emission rates, yes.

20      Q.    Yeah.  And if we were to characterize

21  the original set of emission rates as wrong, then

22  the output of the model would appropriately be

23  characterized as wrong; correct?

24                MR. PAUL:  Object to form.

25      A.    Generally, I don't use this term



1    "wrong."  If somebody changes the emission data in

2    running my model, my model is right in both cases.

3    These are two different scenarios of emissions.  And

4    I understand that the latest scenario is the one

5    Stutz believes is the most correct.  But as a

6    modeler, I'm using different sets of input, and I

7    get different sets of results.

8         Q.    Okay.  And you didn't question whether

9    Mr. Stutz was right or wrong with either his

10   original emission rates or his revised emission

11   rates.  You just accepted them and ran the model;

12   correct?

13             MR. PAUL:  Object to form.

14        A.    Since I'm not an expert in emission from

15   landfills, I have no way to verify the number

16   provided to me.

17        Q.    Okay.  Well, let's try my question a

18   little bit differently.

19             If Mr. Stutz' emission rates are

20   inaccurate, then the output of the model would be

21   inaccurate?

22             MR. PAUL:  Object to form.

23        A.    Based on the same clarification I

24   mentioned before, that I don't consider my model

25   inaccurate just because the emission change.  The



1  model is still run with -- in an accurate way, but

2  if I have a second set of emissions, I'll have a

3  second set of results.

4      Q.   You've heard the old phrase, junk in,

5  junk out when it comes to computer programs, haven't

6  you?

7      A.   I heard the expression garbage in,

8  garbage out.  And certainly I will not use this

9  expression to describe my modeling approach.

10     Q.   I'm sure you wouldn't, but you'll agree

11 with me that if you put garbage in, the model -- the

12 model's going to produce garbage at the end.

13          Isn't that right?

14     A.   That is true, if there is inaccurate or

15 wrong data inputs, yes.

16          Okay.

17          MR. PAUL:  Allen, just a

18          clarification, Exhibit 1603, I assume

19          that's the Addison revised report?

20          MR. FOSTER:  Yes, sir.  Thank you.

21 BY MR. FOSTER:

22     Q.   Now, I think as a result of what we've

23 talked about, you would agree that if you use the

24 same emission rates as Mr. Lape used for the JPLF,

25 that your model would produce the same results for



1  the JPLF as Mr. Lape's did?

2        A.    If -- well, I use emission from three

3  landfills.

4        Q.    I know.  But I'm just confining myself

5  to the JPLF now.

6        A.    So if I run my model with the emission

7  rates from Lape for JPL and I only simulate JPL,

8  yes, my results will be higher.

9        Q.    And they would be the same as

10  Mr. Lape's; right?

11        A.    Well, I'm using annual averages.

12  Mr. Lape is using monthly average.  So there will be

13  a little deviation.

14        Q.    But that would be the only difference;

15  correct?

16        A.    Yes, it should be the only difference

17  because the meteorology and the modeling is the

18  same.

19        Q.    I believe you told me this, but let me

20  just make sure.  You yourself did not do anything to

21  see whether there were any flaws or questionable

22  assumptions in what Mr. Stutz did; correct?

23        A.    Correct.  I don't have the capabilities

24  and the experience to do -- or to check emission

25  rates.



1      Q.    Okay.  Now, in your modeling, you used

2   the CALMET/CALPUFF dispersion modeling system;

3   correct?

4      A.    Correct.

5      Q.    And that's the same Mr. Lape used?

6      A.    That is the same, yes.

7      Q.    And the CALPUFF model -- in the CALPUFF

8   model, you used the meteorological inputs from the

9   WRF model; correct?

10     A.    That is the input to CALMET.  That is

11   correct.

12     Q.    And that's the same thing Mr. Lape did;

13   correct?

14     A.    Correct.

15     Q.    And you agree that the models that you

16   and Mr. Lape used, I think you phrased it, are state

17   of the art simulation tools developed and

18   recommended by U.S. regulatory agencies such as the

19   U.S. Environmental Protection Agency; correct?

20     A.    That is correct.

21     Q.    And you agree that the models that you

22   and Mr. Lape used are used by scientists throughout

23   the world; correct?

24     A.    That is true.

25     Q.    You also say that in the scientific and



1    Q.    So when you used annual, do you just

2   divide by 12 for the input into the computer

3   program?

4               MR. PAUL:  Object to form.

5    A.    I use the data provided by Stutz, and

6   this data are provided as annual averages.

7    Q.    Okay.  And did you then, for the

8   purposes of your computer simulation, divide by 12

9   so that you had monthly numbers?  Or you just did an

10   annual?

11    A.    For the purpose of the computer

12   simulation, the actual input to the model is

13   emission in units of mass over area over time, like

14   grams per square meter per seconds.

15    Q.    Okay.  And so --

16    A.    And that changes -- that is inputted as

17   annual average.

18    Q.    Okay.  Now, in your revised report, you

19   correct your original opinion number three to say

20   that your results also demonstrate that H2S

21   emissions from Highway 90 are dominant about three

22   times higher than the emissions from JPLF and RBLF;

23   correct?

24               MR. PAUL:  Object to form.

25    A.    I didn't change the opinion.  They're



1  still dominant.  But it's not any more five times

2  higher.  It is three times higher.

3      Q.   And you would agree that's a substantial

4  difference?

5            MR. PAUL:  Object to form.

6      A.   In the context of the results of my

7  work, no, it's not a substantial difference.  All

8  the opinions I presented in March remain valid in

9  April with the new emission rates.

10     Q.   They're just about -- the new emissions

11 are close to half what they were from -- between

12 March and April; correct?

13           MR. PAUL:  Object to form.

14     A.   We said before 15 to 25 percent lower,

15 you mentioned, which seems to be correct.  I will

16 have to double-check.  But that doesn't change any

17 of the opinion in my report.  Highway 90 emission

18 remain dominant.

19     Q.   Okay.  Now, you did not try to simulate

20 emissions from any source other than the three

21 landfills; correct?

22     A.   Those are the sources that were provided

23 to me, the emission rates, so I didn't have other

24 data to do other sources.

25     Q.   Were you asked to consider any other



1  again, I am an atmospheric scientist, a diffusion --

2  atmospheric diffusion expert.  So I don't give

3  opinion on this type of things.

4       Q.   Okay.  Now, do you recall Dr. Dalton, an

5  expert for the defendants at the general causation

6  trial?

7       A.   The name is familiar, yeah.

8       Q.   Yes.  And do you recall that at the

9  general causation trial Dr. Dalton testified that

10 she found no reason to doubt that the symptoms

11 reported by the residents were real and she found

12 the reports to be credible?

13           Do you remember that testimony?

14      A.   I don't remember --

15           MR. PAUL:  Object to form.

16      A.   -- and that's outside my field of

17 competence.

18      Q.   Okay.  Now, you are aware that the

19 Jefferson Parish residents reported a total of

20 nearly 3,500 odor complaints to Jefferson Parish?

21      A.   I don't remember the number right now,

22 but I have examined a couple of datasets of odor

23 complaints, yes.

24      Q.   And there were also additional

25 complaints on a Facebook page.



1              Do you remember?

2         A.    I don't remember the Facebook page, but

3    I have examined two or three datasets of odor

4    complaints.

5         Q.    Do you remember a Facebook page that was

6    called the Harahan/River Ridge Air Quality Facebook

7    page?

8         A.    No, I don't remember a Facebook page.

9         Q.    Okay.  Now, you are aware that, of the

10   complaints that you did review, many of them came

11   from Harahan and River Ridge; correct?

12        A.    On the other side of the Mississippi

13   River, yes, I am aware.

14        Q.    The east side of the river?

15        A.    The east side.

16        Q.    Okay.  Your modeling results, however,

17   considering all three landfills, only rarely showed

18   any odor events -- again, being defined at an

19   average of 5 parts per billion over 30 minutes --

20   you only rarely found any odor events on the east

21   side of the river; correct?

22        A.    My model does not find odor events.  My

23   model only calculate -- simulate concentration

24   levels.

25        Q.    Okay.



 1        A.    So -- just the clarify.

 2             And but it is correct, my model shows

 3   concentration, as you expect, declining in a -- very

 4   fast, with downwind distance.

 5        Q.    And you found very, very few -- your

 6   model found very, very few occasions when the

 7   concentration on the Eastbank exceeded -- equalled

 8   or exceeded an average of 5 parts per billion over

 9   30 minutes?

10        A.    My recollection is very low number,

11   sometime even zero.

12        Q.    Okay.  So how, then, do you explain the

13   hundreds or thousands of complaints of odor events

14   by the people on the Eastbank?

15        A.    My -- the best explanation I can offer

16   is by looking at the pollution roses that I

17   calculated for the Waggaman station in 2020.  These

18   pollution roses are very clear and show H2S coming

19   from all direction, 360 degrees, with just a little

20   increase from the sector of southwest, the landfill

21   sector.  So clearly the air is complex and

22   characterized by several emission of H2S that are

23   non-landfill related.

24        Q.    So you think that the H2S that these

25   people on the Eastbank were smelling came from



 1  places other than the landfills?

 2       A.    The -- yeah, the east Mississippi River

 3  complaints, I believe the majorities cannot be

 4  attributed to the three landfill.

 5       Q.    Well, where did they come from, then?

 6       A.    Well, as I said before, the pollution

 7  roses of H2S is very clear.

 8       Q.    But where?  What's the source of the

 9  emissions?

10       A.    I don't have -- the pollution rose does

11  not point the finger in one particular direction.  A

12  little bit for the three landfill, a little bit, but

13  then there are clearly component from other

14  direction.

15            So I don't know at this point.  I cannot

16  point the finger at other sources.  But we know that

17  that area is heavily industrialized.  The

18  Mississippi River has a lot of traffic.  So I'm not

19  surprised by the fact that other sources could be

20  causing -- especially when they are very close to

21  the point of the complaints.

22       Q.    But you can't tell me what any of those

23  other sources might be?

24       A.    No.  I can just point my pollution

25  roses, which are quite evident.



```
 1                    (Reporter clarification.)

 2                    MR. FOSTER:   Now look at Judge

 3              Morgan's opinion on Page 28, please.

 4                    MS. JAMES:   It's there.

 5   BY MR. FOSTER:

 6        Q.    Okay.  Down at the bottom, last

 7   paragraph, the judge says:  As found above,

 8   Jefferson Parish residents reported a total of 3,469

 9   odor complaints to Jefferson Parish and LDEQ during

10   2017, '18, and '19, plus additional informal

11   complaints made on Facebook.  The residents'

12   complaints received by Jefferson Parish LDEQ in the

13   Facebook group reflected that the odor had the smell

14   of hydrogen sulfide.

15              You don't dispute that finding, do you?

16        A.    I don't dispute the sum of the

17   complaints.  I've seen them.  I've seen the

18   complaints.  They were mentioning the smell of

19   hydrogen sulfide.

20        Q.    Okay.  And then on Page 29 --

21                    MS. JAMES:   It's there.

22   BY MR. FOSTER:

23        Q.    -- at the bottom of the first paragraph,

24   she says:  The citizens unit formally experienced

25   the bad odor, and the odors reported were consistent
```



1  with hydrogen sulfide emitted by a landfill; right?

2        A.    I read that.

3        Q.    And you don't contest that, do you?

4        A.    That's the opinion of the judge.

5        Q.    And do you have any evidence to tell me

6  that that's an incorrect finding by the judge?

7        A.    The attribution to the landfill,

8  especially to one of the three landfill, is

9  questionable.

10       Q.    You're aware, are you not, that the LDEQ

11 conducted an investigation of emissions from all

12 the -- all the facilities under its -- under its

13 jurisdiction?

14             MR. PAUL:  Object to form.

15       A.    Right now, I remember only one case

16 where the LDEQ mentioned that the odor could be --

17 have been caused by the Jefferson landfill.  It is

18 commented in my report.

19       Q.    Yes.

20             Don't you remember that the LDEQ found

21 that the source of the odors was the Jefferson

22 Parish Landfill?

23             MR. PAUL:  Object to form.

24       A.    If we are referring to the same

25 statement, that statement is discussed in my report,



 1   and I found it apparently very strange.

 2        Q.    You disagree with the finding of the

 3   LDEQ that the Jefferson Parish Landfill was the

 4   major source of the odors?

 5               MR. PAUL:  Object to form.

 6        A.    If we are talking about the same comment

 7   in my report, the LDEQ stated that the odor cause

 8   was from the landfill -- the Jefferson landfill.

 9   And I made a comment about the distance, and I made

10   a comment about the difficulties of pointing one

11   landfill versus the other.

12        Q.    So you --

13        A.    So I didn't agree with that statement,

14   yeah.

15        Q.    Okay.  On Page 29, the judge says:

16   Exposure to malodors is capable of causing a

17   psychological response in those exposed.

18               You don't consider yourself capable --

19   qualified to comment on that; correct?

20        A.    Correct.

21        Q.    And then she says:  This reaction caused

22   by -- leads to symptoms caused by the odor itself,

23   the interaction between the olfactory nerve and the

24   trigeminal nerve.

25               You don't consider yourself competent to



 1    comment on that; correct?

 2        A.    Correct.

 3        Q.    And then she says:  Effects from

 4    malodors occur at levels much lower than the level

 5    required to experience effects from toxic chemicals.

 6              You don't disagree with that, do you?

 7        A.    Say it again.

 8        Q.    Effects from malodors occur at levels

 9    much lower than the level required to experience

10    effects from toxic chemicals.

11              You don't disagree with that?

12        A.    I'm not qualified to comment on that.

13        Q.    Okay.  Now, we looked briefly at your

14    invoices before.  I've tried to add them up.  I came

15    up with 500 -- approximately $560,000 total.

16              Does that sound right?

17        A.    I haven't done the addition, so I cannot

18    confirm that.  But you're probably close.

19        Q.    Okay.  And that just goes through that

20    last invoice we saw, which was the January 8th, 2024

21    invoice for work in December of 2023; correct?

22              MR. PAUL:  Object to form.

23        A.    You said 500,000?

24        Q.    560.

25        A.    For which period?



 1      Q.    For the whole -- from the beginning

 2   through December of 2023.

 3      A.    The beginning as in the previous case?

 4      Q.    Yes.

 5      A.    It's possible.  I haven't done -- I

 6   haven't checked.

 7      Q.    Okay.  Now, approximately -- you haven't

 8   billed since that January the 8th, 2024 invoice.

 9           Is that correct?

10           MR. PAUL:  Object to form.

11      A.    My accounting manager does the billing,

12   so I'm not 100 percent sure, but I think we sent

13   invoice for January, February, and March.

14      Q.    Okay.

15           MR. FOSTER:  I haven't been provided

16           those.

17           Can we be provided those?

18           MR. PAUL:  I'm not going to promise.

19           I don't think we've been provided with

20           Mr. Lape's ongoing invoices, but I will

21           take a look.

22           MR. FOSTER:  He hasn't rendered them.

23           MR. PAUL:  I'm sorry?

24           MR. FOSTER:  He hasn't rendered them.

25           You've gotten everything I've received.



```
 1                    MR. PAUL:  I made a note.
 2    BY MR. FOSTER:
 3        Q.    Okay.  Now, on Page 12 of your report --
 4    and you may not have to look at this to discuss --
 5    this is the visit you made to the JPLF in 2020.
 6        A.    Yeah.
 7        Q.    Now, you were first retained in 2018;
 8    correct?
 9        A.    Correct.
10        Q.    But you didn't go to the landfill until
11    February 2020; correct?
12        A.    Correct.
13        Q.    Why did you wait so long to inspect the
14    landfill?
15        A.    I don't know.  I went there when I was
16    invited to visit the site.
17        Q.    Okay.  So it was the -- you weren't
18    invited until 2020 to come?
19        A.    I don't remember if there was an
20    invitation and it was delayed.  I don't remember.
21    But, yes, you are correct with the dates.  I went
22    there in February 2020.
23        Q.    Did you ask to go there before
24    February 2020?
25        A.    I don't remember asking.  I let my
```



PAOLO ZANNETTI, PHD                                           April 25, 2024
Ictech-Bendeck vs Waste Connections Bayou                             88

 1  client decide that.

 2       Q.    Okay.  Now, as a modeler, didn't you

 3  want to see the geography or the topography of the

 4  landfill and the surrounding area?

 5       A.    A site visit is always important and

 6  useful, but with the technology we have today, with

 7  Google Earth, the maps, computerized things, it's

 8  not essential.  So I'm always glad to visit a site,

 9  but it's not absolutely required with today's

10  technology.

11       Q.    And you ran your model before you

12  actually visited the site; correct?

13       A.    I don't think so, but I'm not

14  100 percent sure.

15       Q.    Okay.  Now, in any event, you didn't

16  incorporate into your model any changes in the

17  geography or characteristics of the topography that

18  you saw when you did visit the landfill; correct?

19       A.    Any -- no.  Any topographic information

20  is found from the databases of the internet and used

21  directly by the model.

22       Q.    Okay.  Now, you say that on that visit,

23  you were driven around the perimeter of the

24  landfill; right?

25       A.    And inside the landfill, yes.



1      Q.    You went inside the Jefferson Parish
2   Landfill?
3      A.    I went inside the Jefferson landfill in
4   both the perimeter and in the middle and the Trinity
5   station.
6      Q.    Okay.  You didn't go to Phase 4A?
7      A.    We were very close to 4A.  I don't know
8   if I walked on 4A or not, but we were extremely
9   close.
10     Q.    Okay.  In any event, you didn't go onto
11  the River Birch landfill?
12     A.    No.
13     Q.    And you didn't go onto the Highway 90
14  landfill?
15     A.    No.
16     Q.    Did you drive around them?
17     A.    Yes, we drove around the area.
18     Q.    Okay.  Didn't you, in your trial
19  testimony, say that River Birch landfill and
20  Highway 90 landfills were potential sources of H2S
21  emissions?
22     A.    I could have said that, but I'm not
23  sure.
24     Q.    But you didn't model emissions from
25  River Birch or Highway 90 in preparation for your



1  testimony at the general causation trial; correct?

2       A.    That is correct.  I was not provided

3  with emission data from the other two landfills.

4       Q.    Did you ask for it?

5       A.    I believe I did, and I was told that the

6  case was the Jefferson landfill case.  That's my

7  recollection.

8       Q.    Okay.  Now, in your report, you say that

9  you smelled an unpleasant odor at a location close

10 to the River Birch gas plant at the River Birch

11 landfill with the wind blowing from the plant;

12 correct?

13      A.    Correct.

14      Q.    And what was the odor you smelled?

15 Could you characterize it?

16      A.    Yeah.  It was strong.  It was

17 unpleasant.  And I will say it was probably H2S.

18      Q.    Okay.  Now, did you or anyone connected

19 with the defendants take a sample of that odor?

20      A.    No.

21      Q.    You didn't suggest that would be a good

22 idea to take a sample of that odor?

23      A.    To take a sample, you need preparation.

24 You need instrument.  You need time.  So, no, I did

25 not suggest to take a sample at that time.

1       Q.    And in preparation for your visit, you

2   didn't make any preparations to take samples of any

3   odors; correct?

4       A.    No.  I'm not really an expert in

5   monitoring so I did not prepare for samples.

6       Q.    Okay.  Now, when you went to the

7   Jefferson Parish Landfill in February of 2020, you

8   were aware that there had been numerous improvements

9   and repairs and modifications to the various odor

10  control systems at the Jefferson Parish Landfill

11  between your retention and your visit; correct?

12                MR. PAUL:  Object to form.

13      A.    I don't know if I was aware at that

14  time.  Probably later in reading the documents.  I

15  realized, yes, there were some improvement made in

16  2019.  And, by the way, these improvement are

17  reflected in the emission data that I used from

18  Stutz.

19      Q.    You think they are?

20      A.    Pardon?

21      Q.    You think they are?

22      A.    The number seem to reflect a factor of

23  two of redaction from 2019 to 2020, and I assume

24  that Stutz' calculation are including these

25  improvements.



1    Q.    Did you -- don't you say in your report

2    that the emissions from the -- from the Jefferson

3    Parish Landfill are relatively the same for all four

4    years?

5    A.    From Jefferson, no, of course not.  My

6    numbers are very clear.  There is a 50 percent

7    reduction, of course the number from Stutz, between

8    2019 and 2020.

9    Q.    But you do say that the emissions from

10   all three landfills are relatively consistent for

11   all four years?

12   A.    Yes.  If we look at the total emission

13   from the three landfills, they are very similar for

14   the four years.

15   Q.    Now, you say that -- in any event,

16   whatever improvements there were in 2019 that you've

17   just talked about, you didn't pay a lot of attention

18   to them; correct?

19   A.    It's not my field of competence to

20   calculate the emissions, correct.

21   Q.    And now you say there's a background

22   level of H2S of approximately 1 part per billion;

23   correct?

24   A.    It seems so from my pollution rose in

25   2020.



1   you discuss local meteorology?

2         A.    Section 4 is local meteorology, correct.

3         Q.    Okay.  At the end of the day, you use

4   the same meteorology data that Mr. Lape used; right?

5         A.    That is correct.  I used his own files.

6         Q.    Okay.  In your 1921 [sic] report, you

7   noted that the meteorological data collected at the

8   airport were available and should have been included

9   in Mr. Lape's inputs.

10              That's what you said in 2021; correct?

11        A.    And it's still my opinion that that

12  should have been done, yes.

13        Q.    And then you -- but in this report, you

14  say, however, for this project, I have adopted

15  Lape's methodology and believe that the inclusion of

16  the KMSY measurements would not have altered

17  substantially the results; correct?

18        A.    That is correct.

19        Q.    So if the use of the KMSY data wouldn't

20  have substantially altered the results, why did you

21  criticize its absence?

22        A.    Because, as a scientist, I know that you

23  have to try to use all the available data.  And in

24  running CALMET, it was my opinion then, and still is

25  now, that it would have been a good idea to use the



1      Q.    Okay.  And do you -- and have you found

2   that that background level changed over the period

3   from 2017 to 2020, or you don't know?

4      A.    We only have a good set of measurement

5   in 2020, so I cannot be sure that the background was

6   exactly the same.  I don't see any reason why it

7   should be different, but we have only good

8   measurement in 2020.

9      Q.    So if the background level in the area

10  is 1 part per billion of H2S, how do you explain all

11  the complaints of the -- of the people on the

12  Eastbank?

13     A.    I cannot explain the complaints.  In my

14  2021 report, which is, by the way, attached to my

15  2024 report, there is a section in which I analyze

16  the odor complaints and I did what should be done.

17  And every time you have odor complaints, to

18  correlate with the wind direction.  And I found a

19  very poor correlation with wind direction,

20  especially from Jefferson Parish.

21           So that's all I can say.

22     Q.    And when you correlate from the wind

23  direction, you were correlating from the time that

24  the complaint was registered; correct?

25     A.    In the database that I received, there



1   airport and to add the airport data.

2             Is this a substantial problem?  No.

3             Can I accept the meteorological data

4   used by Lape at this point?  Yes.

5        Q.   Why didn't you accept it back in 2021 if

6   you're accepting it now?

7        A.   Well, in 1920- -- in 2021, this question

8   was different.

9        Q.   What was different?

10       A.   I was using my own model and my own

11  meteorological data.  I was using AERMOD, and I was

12  using the airport.  So in reviewing Lape's work, I

13  thought it was correct -- and it is correct -- to

14  criticize that he missed one task that should have

15  been useful.

16            Now that we are using the same model, I

17  conclude that substantially we can go ahead with

18  this approach.

19       Q.   Well, you used AERMOD and the KMSY data

20  in 2021; correct?

21       A.   Correct.

22       Q.   Now, you're using CALPUFF and Mr. Lape's

23  meteorological data; right?

24       A.   Correct.

25       Q.   Why did you change?



1      A.    Why did I change?

2      Q.    Yeah.

3      A.    I think the main purpose was to simplify

4  the comparison between Lape's work and my work.  The

5  idea was to minimize the difference to limit our

6  differences to what is really important, like the

7  emission rates, and try to agree as much as possible

8  between modelers to facilitate the work of attorneys

9  and jury in evaluating our work.

10     Q.    But why didn't you do that back in 2021?

11     A.    I don't have an explanation right now

12  that I can remember, but this issue came up in 2023

13  for this fuel phase, that it seemed to be a good

14  idea to simplify the differences between the two

15  models.  And I really don't know why we didn't do it

16  in 2021.

17     Q.    Now, in any event, on Page 39 of your

18  report -- and I hope that's going to be

19  approximately the same in your amended report that

20  you're looking at -- but the computer will show

21  Page 39 of your report in case it isn't.

22          You say:  The only changes I made to

23  Lape's files were, one, the inclusion of a new set

24  of emission rates from each of the three landfills

25  that were provided to me by defense expert Matthew



1  Stutz of Weaver Consultants Group LLC; and, two, the

2  addition of receptors representative of the

3  residents' locations of the trial plaintiffs.

4        Right?

5    A.    Correct.

6    Q.    So, as we discussed earlier, if you used

7  Mr. Lape's emission data for JPLF, you'd get the

8  same results re: Dispersion of the $H_2S$ from JPLF as

9  Mr. Lape did from the trial plaintiffs; right?

10        MR. PAUL:  Object to form.

11    A.    If I have used Mr. Lape's emission rates

12  in my CALPUFF run, results will be very similar

13  depending on do I use the monthly values of Lape or

14  the yearly average.  But that's minor.

15    Q.    Okay.

16    A.    Results will be very similar.

17    Q.    Now, were your locations for the trial

18  plaintiffs the same as Mr. Lape's?

19    A.    Almost identical.

20    Q.    How were they different?

21    A.    Because we both did the geocoding of the

22  addresses.  And using different geocoding software,

23  you might have difference of a few feet, especially

24  apartment location might not be perfect.  So there

25  could be just a little difference.



 1        Q.    They're not material; correct?

 2        A.    Not material.

 3        Q.    Okay.  Have you ever actually examined

 4   the trial plaintiffs' residences in person?

 5        A.    No.

 6        Q.    And there's nothing that you know of

 7   about their residences or the location that you

 8   would say would materially change the CALPUFF

 9   results; correct?

10        A.    No.  CALPUFF results cannot include the

11   details -- minor details about the residences.

12        Q.    And on Page 39 of your report, you say:

13   Later, when I examined the 2024 computer files

14   disclosed by Lape, I was able to verify that his

15   CALPUFF runs were identical to his previous 2021

16   runs, except for emissions and receptors, and

17   therefore my initial use of his 2021 computer files

18   was correct.

19             You say that; correct?

20        A.    I say that, yes.

21        Q.    Now, didn't Mr. Lape use the same

22   emissions for the JPLF in 2021 and 2024?

23        A.    No.  There were some changes.

24        Q.    What changes were there?

25        A.    If I remember correctly, after the



1  trial, his emission rate changed a little.

2       Q.    Okay.  Now, do you understand that

3  Jefferson Parish began to install gas wells and a

4  gas collection system in Phase 4A in January 2018?

5       A.    No, I'm not familiar with the landfill

6  engineering issues.

7       Q.    So you didn't take into account in the

8  work you did any gas well installations; correct?

9            MR. PAUL:  Object to form.

10      A.    I'm not an expert in landfill

11  engineering, and I just used the data -- the

12  emission data from Stutz.  So I read something about

13  this issue that you mentioned about the improvement

14  or -- of 2019, but I'm not an expert to understand

15  and include that information in my modeling.

16      Q.    Okay.  And you didn't ask Mr. Stutz

17  about whether or not he had considered installation

18  of gas wells, changes and modifications and

19  improvements to the gas collection system -- you

20  didn't ask him whether or not he had taken that into

21  consideration; correct?

22      A.    I did not discuss this technical issue

23  with Mr. Stutz.

24      Q.    Did you have any discussions with

25  Mr. Stutz?



1    A.    I don't remember any substantial

2  discussion.  Perhaps it was -- he was in some of the

3  conference calls that we had, but I don't remember

4  any substantial discussion with Mr. Stutz.

5    Q.    Okay.  And did you know Mr. Stutz before

6  this case?

7    A.    I don't think so.

8    Q.    Okay.  So you don't have any opinion as

9  to whether or not the installation of gas wells or

10  gas collection system or modifications to the gas

11  collections system at the Jefferson Parish had any

12  impact upon emissions?

13    A.    I don't have any clear information about

14  this issue except for the fact that I've noticed a

15  strong decrease in emission rates calculated by

16  Stutz from 2019 to 2020.

17    Q.    Okay.  So you don't independently have

18  an opinion with regard to the efficiency of the gas

19  collection system for any year at the Jefferson

20  Parish Landfill?

21    A.    That is correct.  I am an atmospheric

22  scientist.

23    Q.    Okay.  And so, similarly, you don't have

24  an opinion about any impact of the improvements to

25  the leachate collection system with regard to the



1  emissions from the Jefferson Parish Landfill during

2  the relevant period?

3       A.    I don't have any independent opinion on

4  these issues, correct.

5       Q.    And you didn't question Mr. Stutz at all

6  about whether he had taken these matters into

7  consideration?

8       A.    No, I did not, because it's not my field

9  of competence.

10      Q.    Okay.  Now, at Page 23 of your report,

11 you're discussing emissions measurements at the

12 Waggaman station; correct?

13      A.    That is correct.

14      Q.    And you can see that those measurements

15 didn't begin until the end of January 2020; correct?

16      A.    Correct.

17      Q.    So you would agree that any improvements

18 or remediations that had been made to the Jefferson

19 Parish Landfill before -- before those measurements

20 started, you wouldn't have any idea how those -- how

21 those improvements had affected the emissions;

22 correct?

23      A.    I believe we have some idea, and that is

24 reflected in the emission provided by Stutz, which

25 strongly decline in 2020.  So it said my



1  understanding, at least these issues were addressed.

2  Not by me, but by other experts.

3       Q.    You believe they were?

4       A.    I believe they were.

5       Q.    But you didn't question whether or

6  not --

7       A.    No, I did not.

8       Q.    Now, when you say -- on Page 23, when

9  you say the total emission said from the three

10 landfills are almost constant over the four years,

11 2017 through 2020, you're talking about the

12 aggregate emissions from the landfills; correct?

13      A.    The sum of the three, yes.

14      Q.    Okay.  Now, if that were true, wouldn't

15 that be inconsistent with the record of odor

16 complaints from the surrounding neighborhoods which,

17 as you know, began to rise in 2017, peaked in 2018,

18 declined in 2019, and were almost non-existent in

19 2020?

20           MR. PAUL:  Object to form.

21      A.    My analysis in my previous report of the

22 odor complaints show that a correlation between odor

23 complaints and wind direction is weak, or sometimes

24 maybe even non-existent.

25           So I would not use the odor complaints



1   to say that they contradict this number of emissions

2   rates provided by Stutz.

3        Q.    I'm not going to use -- I didn't use the

4   word contradict.  They're not consistent.

5              Isn't that correct?

6              The odor complaints are not consistent

7   with the total emissions from the three landfills

8   remaining constant over the four years?

9              MR. PAUL:  Object to form.

10       A.    I cannot agree, and the reason is that

11  by saying not consistent, you imply that the odor

12  complaints are caused by the three landfills.  And

13  at least for 2020, with the Waggaman data, this is

14  not really clear.  H2S is coming from all

15  directions.

16       Q.    And the H2S coming from all directions

17  has a background -- a background amount of 1 part

18  per billion; right?

19       A.    If we look at the average of the

20  pollution rose, it's about 1, 1.5.

21       Q.    Okay.  Now, are you aware that in

22  October 2019 a two-foot layer of clay was installed

23  as final cover over all of the non-active areas of

24  the JPLF?

25              MR. PAUL:  Object to form.



1      A.    I remember reading about these things,

2    this engineering issue at the landfill, but I don't

3    recall exactly what was done and which time.

4      Q.    Would you expect a two-foot layer of

5    clay to reduce emissions from the JPLF?

6              MR. PAUL:  Object to form.

7      A.    I know nothing about landfill

8    engineering.

9      Q.    Okay.  So you don't have an opinion one

10   way or another?

11     A.    I don't have an opinion, yeah.

12     Q.    Okay.  You remember Dr. Yocke?

13     A.    Yes, I do.

14     Q.    Did you know Dr. Yocke before your

15   involvement in this case?

16     A.    Not personally, but, yes, I know that he

17   was hired by my former company, Exponent, to do

18   pollution modeling work.

19     Q.    Okay.  And do you recall Dr. Yocke

20   testifying that the emission rates he calculated for

21   October 2019 were about half the emission rates used

22   by Mr. Lape?

23     A.    No, I don't remember this statement.

24     Q.    Let's take a look at his trial testimony

25   at Page 1914.



```
 1                   MR. FOSTER:  Let's take five minutes.
 2              We've got to get this pulled up.
 3                   THE VIDEOGRAPHER:  We're going off the
 4              record at 11:48 a.m.
 5                   (Off-record discussion.)
 6                   THE VIDEOGRAPHER:  We're back on the
 7              record at 11:50 a.m.
 8   BY MR. FOSTER:
 9        Q.    Looking at Page 1914 of the
10   transcript -- and we'll mark this as Exhibit 1609.
11                   (Exhibit Number 1609 was marked for
12                   identification.)
13   BY MR. FOSTER:
14        Q.    And this is Page 1914 at Line 19.
15   Dr. Yocke says:  In this case, I scaled Mr. Lape's
16   emissions down --
17        A.    Sorry, I don't have Line 19.
18        Q.    Oh, you don't?
19                   MS. JAMES:  Excuse me.  Sorry.  I have
20              to scroll.
21                   THE WITNESS:  Thank you.
22   BY MR. FOSTER:
23        Q.    Got it now?
24        A.    I got it.
25        Q.    Great.  Thanks.
```



1                In this case, I scaled Dr. -- Mr. Lape's

2      emissions down by dividing it in half, which

3      essentially changes all of his predicted

4      concentrations by a half, because that was the

5      outcome of my inverse modeling, that the emissions

6      rate for the simulation of October required half of

7      a gram per second -- roughly half a gram per second

8      to produce -- to reproduce the concentrations

9      measured at the onsite continuous monitors.

10               Do you see that?

11         A.    I see that.

12         Q.    And then over on the top of Page 1915,

13     it says:  So Mr. Lape's emission rate input --

14         A.    Sorry, next page.

15               Okay.

16         Q.    So Mr. Lape's emission rate input, which

17     he received from Dr. Pietari and Mr. Sananes, was

18     twice the emission rate input that you calculated

19     using the onsite monitoring data?

20               And he answers yes.

21               So with that testimony in mind, would

22     that cause you to question Mr. Stutz's emission

23     rates, which are 1/20th of the emission rates used

24     by Mr. Lape?

25         A.    No, I don't have the experience and



1   capability to question the -- any calculation done

2   by Stutz for the emission rates.  And what you just

3   read, it's a little confusing to me right now so I

4   would not question Stutz' emission rates.

5        Q.    And you wouldn't question Lape's

6   emission rates, either, would you?

7        A.    That is correct, but Lape is in the same

8   situation I am.  He's not an expert.  So he has to

9   use other people opinion.

10       Q.    Now, do you agree that it would be too

11  much to expect from a model to look at it and say at

12  this particular moment in time the concentration is

13  going to be this particular amount?

14       A.    Sorry, were you reading or --

15       Q.    I'm just asking you if you agree with

16  that statement.

17       A.    Which statement?  The one --

18       Q.    The one I just read you.

19             Do you agree that it would be too much

20  to expect from a model to look at it and say, at

21  this particular moment in time, the concentration is

22  going to be this particular amount?

23       A.    The model is designed, by definition, to

24  calculate concentration at specific points and

25  specific times.  That's the best scientific estimate



1  trust them.  And wind direction measurement cannot
2  really be trusted when the wind speed is so low.
3      Q.    Even though that's the time when the
4  pollution is most likely to be the highest?
5      A.    That's the time when the meteorological
6  condition are -- may give the highest numbers.
7      Q.    Okay.  Now, and your pollution roses are
8  based on data from the Waggaman station?
9      A.    Correct.
10     Q.    Which didn't start recording data until
11 February 2020?
12     A.    January 31st, I believe, but yeah.
13     Q.    Okay.  And that was after all the
14 remediation and upgrades to the landfill that we've
15 discussed?
16              MR. PAUL:  Object to form.
17 BY MR. FOSTER:
18     Q.    Right.
19     A.    I'm not aware of the dates -- the exact
20 dates of the remediation, but it is 2020.
21     Q.    Okay.  Now, at Page 33 of your report,
22 you criticize Mr. Lape for not including emissions
23 from the River Birch and Highway 90 landfills;
24 right?
25     A.    Yeah, I noticed that he did not include



 1                     THE WITNESS:  Sorry.  That's JPLF so I

 2             don't know.

 3                     MR. FOSTER:  Let's put up Table 1 from

 4             the revised report.  I don't see that

 5             there's any difference between the two.

 6     BY MR. FOSTER:

 7         Q.    Okay.  Table 1 from your original report

 8     and your revised report is up on the screen.

 9             And my only question is:  You got all

10     the figures that are in this table from Mr. Stutz;

11     correct?

12         A.    I have in front of me the new report,

13     the latest.

14         Q.    Yes.  And you got all those figures from

15     Mr. Stutz; correct?

16         A.    Sorry, yes.  I got it from Mr. Stutz,

17     yes.

18         Q.    Okay.  And there's -- there's nothing I

19     can show you about the gas collection system or the

20     leachate collection system or the cover on the

21     landfill or the lack of vacuum on the landfill that

22     would make you question any of the numbers that you

23     got from Mr. Stutz; correct?

24         A.    That is correct.

25         Q.    Okay.  That's going to cut way down on



1    correct?

2          A.    Correct.

3          Q.    Now, at Page 43 of your report -- I

4    don't think you're going to need to see this.  I

5    think you'll remember it -- you note that you used

6    the same source area sizes estimated by Lape for

7    Phase 4A in his 2021 CALPUFF runs; correct?

8          A.    Same size as Mr. Lape, correct.

9          Q.    So you used the exact same emissions

10   source area as Mr. Lape had used; correct?

11         A.    Yes.

12         Q.    So, again, we're down to the fact that

13   the only difference between you and Mr. Lape with

14   regard to the modeling of the emissions from the

15   Jefferson Parish Landfill is the emissions data?

16               MR. PAUL:  Object to form.

17         A.    Correct.  And the fact that he's using

18   monthly averages and I'm using annual averages.

19         Q.    And you've already told me that you

20   don't think those -- that that fact makes any

21   significant difference?

22         A.    Minor.

23         Q.    Okay.  Now, at Page 45 of your report,

24   this is your original report, you summarize your

25   modeling saying that, quote, the H2S emissions from



1   Highway 90 are dominant, five times higher than the

2   emissions from Jefferson Parish, River Birch; right?

3           That was your original?

4       A.    Three times in my version.  Five times

5   in the one you have in front of you.

6       Q.    Yeah, so five times originally, then

7   Mr. Stutz changed his numbers, and you reduced it to

8   three times; right?

9       A.    Approximately, yes.

10      Q.    So when Mr. Stutz sneezes, you get a

11  cold; right?

12           MR. PAUL:  Object to form.

13      A.    Say again.

14      Q.    When Mr. Stutz sneezes, you get a cold;

15  right?

16      A.    No, Counsel.  I don't think that's an

17  appropriate statement.

18      Q.    Oh, okay.

19           Now, insofar as Mr. Stutz's emissions

20  data for the Highway 90 landfill, are you aware that

21  he used 2008 statistics as the basis for his

22  calculation -- for his calculations of emissions

23  from the Highway 90 landfill?

24      A.    I'm not familiar with his calculations

25  of the emissions rates.



 1        Q.     Right.

 2               And so nothing I could tell you about

 3    Hurricane Katrina or the deposits of C&D materials

 4    into the highway landfill or any of the history of

 5    the highway landfill could cause you to challenge

 6    anything Mr. Stutz did with regard to the emissions

 7    from the highway landfill -- Highway 90 landfill;

 8    correct?

 9        A.     I'm not qualified to challenge anything

10    that Stutz have done.

11        Q.     And as a scientist, you didn't think it

12    was appropriate to investigate to see whether or not

13    you thought that Mr. Stutz' calculations with regard

14    to the Highway 90 landfill were reasonable; correct?

15               MR. PAUL:  Object to form.

16        A.     It would have been inappropriate for me

17    to try to verify something I'm not competent with.

18        Q.     Okay.  Now, Section -- let's turn to

19    Section 8 of your revised report.

20               MS. JAMES:  Which page?

21               MR. FOSTER:  I'm going to try to tell

22         you.

23    BY MR. FOSTER:

24        Q.     Maybe you can help me with what page it

25    is.



1   Dr. Yocke had quite different opinions as to the

2   emission estimates from Jefferson Parish Landfill;

3   correct?

4        A.    The only emission estimate immigration

5   reform three years ago are Dr. Abichou.  I don't

6   remember other estimates.

7        Q.    What is the difference between the

8   emission rates for JPLF used by Mr. Lape and Stutz'

9   emission as to the Jefferson Parish Landfill in

10  2017?

11            MR. PAUL:  Object to form.

12       A.    Okay.  So we are talking about Jefferson

13  Parish Landfill.

14       Q.    Yep.

15       A.    And you asked me the difference between

16  the number that Lape is using.  He did an estimate,

17  and he got it.  And the number that Stutz is using.

18            Well, there is a figure in my report

19  that shows all the -- all the emission estimates.

20  And it change month by month.  So I suggest to

21  answer that we go to that figure.

22       Q.    But isn't that what you said earlier in

23  response to Mr. Foster's questions, that it's about

24  a 20-fold difference?

25       A.    It's about 20 times different, yes, but



```
 1    it changes month by month.
 2         Q.    Which is why another part of your
 3    report, you say 20 to 21 times difference?
 4         A.    Yeah.
 5         Q.    It's a big difference; right?
 6         A.    It's a big difference.
 7         Q.    How big?  You consider -- as a
 8    scientist, do you consider that to be a significant
 9    difference that gives you as a scientist concern
10    about the gulf between those emission rate
11    estimates?
12              MR. PAUL:  Object to form.
13         A.    Since emission estimate is not my field
14    of expertise, I will not comment on this.
15         Q.    But that's the problem, Dr. Zannetti.
16    You are commenting on it in your expert report, and
17    you are opining that the emission rate used by Lape
18    is strongly overestimated; correct?
19         A.    That is correct.
20         Q.    Okay.  So we're going to dig into this a
21    bit more.
22         A.    Very good.
23         Q.    And for the 20- to 21-fold difference
24    between Lape's emission estimate used that he used
25    and the one Stutz gave you, that's across the board
```



1                MR. PAUL:   Object to form.

2          A.    The difference between Dr. Abichou

3    estimate and the 13 years ago were enormous.

4          Q.    So -- and those were -- you're talking

5    about Dr. Abichou's emission rate estimates that you

6    previously modeled?

7          A.    Yes, and the one used by the plaintiffs.

8    Those were enormous.

9          Q.    And you also previously opined that, in

10   your opinion, the rates used by Mr. Lape were

11   enormously overestimated; right?

12         A.    I would like to see the sentence with

13   the context if possible to be sure that I remember

14   correctly.

15               Which page was that?

16         Q.    It's on the screen.  Here you go.  PDF

17   Page 127, Page 2, 2021 report.

18         A.    And that is -- which report is this?

19         Q.    2021.

20         A.    Yeah, I remember writing that in 2021,

21   based on my discussion with Dr. Abichou and based on

22   my analysis of the odor complaints, especially the

23   odor complaints on the west side of the Mississippi

24   River.

25         Q.    So your answer to my question, which was



1    you previously opined that Mr. Lape's emission rate

2    estimates were enormously overestimated, is yes?

3         A.    Yes.  That's in front of me.

4         Q.    Okay.  You acknowledge that the emission

5    rate estimates that Mr. Stutz has given you, whether

6    it be the Jefferson Parish Landfill, River Birch

7    landfill, or the Highway 90 C&D, those can be

8    inaccurate; correct?

9         A.    Any estimate has a degree of

10   uncertainty.  That would be my comment.

11        Q.    So you can't admit to me right here that

12   Mr. Stutz's emission rate estimates could be

13   inaccurate?

14              MR. PAUL:  Object to form.

15        A.    I wouldn't use the word inaccurate.  I

16   would use uncertainties.  Any estimate has

17   uncertainties.

18        Q.    I'm not talking about uncertainties.

19   I'm talking about inaccuracy.  Meaning it does not

20   reflect what actually happened in reality.

21              And in that context, you agree that

22   Mr. Stutz' emission rate estimates may be inaccurate

23   to the extent they do not explain what actually

24   occurred during the relevant time period?

25              MR. PAUL:  Object to form.



 1       A.    I would not use the characterization of

 2   inaccurate, especially in a field where I'm not an

 3   expert for emission estimates.

 4       Q.    Have you always followed that

 5   philosophy, Dr. Zannetti?

 6       A.    It depends.  There are situation where I

 7   may give an opinion, like with Lape's emissions,

 8   that I think overestimate.

 9       Q.    And you were very, very confident three

10   years ago, based on Dr. Abichou's emission rate

11   estimates, that the ones used by Mr. Lape were

12   enormously overestimated; correct?

13                MR. PAUL:  Object to form.

14       A.    Yes, I was.

15       Q.    And the highest rates for the Jefferson

16   Parish Landfill estimated by Dr. Abichou three years

17   ago were more than 10,000 times lower than the rates

18   that are currently being used by Mr. Lape; correct?

19       A.    I haven't done that calculation, but

20   it's possible.

21       Q.    10,000 times.

22             That's four orders of magnitude of a

23   difference?

24       A.    Yep.

25       Q.    Well, let's take a look.  Maybe this



1  will refresh your recollection, Dr. Zannetti.  I

2  want to take you to Figure 51 of your 2021 report,

3  which is PDF Page 184, paginated Page 59.

4           And this Figure 51 is entitled estimates

5  of H2S emission rates for JPL Phase 4 with logarithm

6  vertical scale; right?

7       A.    That is a logarithmic scale.  It is a

8  vertical, correct.

9       Q.    So if we look at the green line with the

10  pyramids, this is what was -- you're visualizing

11  Dr. Abichou's highest emission rates for the

12  Jefferson Parish Landfill Phase 4A; correct?

13      A.    I think the yellow is the upper limit of

14  Dr. Abichou estimate.

15      Q.    Oh, okay.  You sure about that?

16      A.    I believe -- I cannot even read it.

17  It's just a visualization.  It's not that important.

18      Q.    I agree, it is very confusing because

19  the Y-axis kind of jumps around as well, you know,

20  showing you the magnitude.

21           You see how it goes from .0001 and then

22  we jump two decimal places?  You see that?

23      A.    Yeah, it is a logarithmic scale a factor

24  of ten.

25      Q.    Yeah, factor of ten so that's the order



1    of magnitude; correct?

2         A.    Yep.

3         Q.    So it doesn't really help the normal

4    person visualize the differences; right?

5         A.    Well, actually, no.  It is a very good

6    way in visualizing the differences by orders of

7    magnitude.

8         Q.    Well, when you're an expert scientist

9    like yourself; right?

10        A.    I don't think you need to be an expert

11   to; however --

12        Q.    Let's look at the paragraph underneath

13   it.

14              And you wrote:  In particular, the

15   difference between the Ramboll-Lape values and

16   Dr. Abichou's best estimates are four orders of

17   magnitude; i.e., Ramboll-Lape emission rates are

18   more than 10,000 times higher.

19              Is that right?

20        A.    Correct.

21        Q.    Does that refresh your recollection?

22        A.    Yes.

23        Q.    And you say these differences are

24   critical for any subsequent interpretation of model

25   results.



1            Is that right?

2       A.    Yes.   Emission rates are critical for

3   any modeling run.

4       Q.    Does this sentence right here still hold

5   true today?

6       A.    Yes.

7       Q.    You say:  In fact, if we reran

8   Mr. Lape's CALPUFF modeling simulations with

9   Dr. Abichou's best estimates of emissions rates, all

10  concentration results would be more than 10,000

11  times lower than the numbers presented in Mr. Lape's

12  report.

13           Is that right?

14      A.    Correct.

15      Q.    And that's due to the linear

16  relationship that you've discussed before?

17      A.    Yes.

18      Q.    And so you say:  Dr. Abichou's best

19  estimates of emission rates.

20           Do you see that?

21      A.    I see that.

22      Q.    Dr. Abichou's emission rates for JPLF

23  which were 10,000 times lower than the ones used by

24  Lape were the best estimates.

25           Is that right?

