UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL., | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 19-11133, |
| | * | c/w 19-14512 |
| VERSUS | * | |
| | * | |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL., | * | |
| | * | JUDGE MORGAN |
| | * | |
| DEFENDANTS. | * | MAGISTRATE |
| | * | JUDGE NORTH |
| *APPLIES TO: ALL CASES* | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISMISS PLAINTIFFS' TRADITIONAL NEGLIGENCE CLAIMS DUE TO LACK OF EVIDENCE OF SCOPE OF THE DUTY**

Defendants,[1] through undersigned counsel, move the Court for rendition of summary judgment in their favor, dismissing the Plaintiffs' negligence claims under La. Civil Code articles 2315, 2316, and 2317.1. As explained more fully in the accompanying memorandum, Plaintiffs have failed to submit any evidence on the scope of any duty owed by the Defendants or the foreseeability of any harm allegedly suffered by the Trial Plaintiffs – necessary elements of their claim. In the absence of such evidence, Plaintiffs cannot meet their burden at trial, and summary judgment should be granted in Defendants' favor, dismissing Plaintiffs' traditional negligence claims with prejudice.

Pursuant to Local Rule 78.1, Defendants respectfully request that the Court hold oral

---

[1] The Defendants in this matter are Aptim Corp., Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc.

1

argument on this motion. Defendants' motion involves unique questions of Louisiana law, specifically the interplay between nuisance claims and traditional negligence claims under the Louisiana Civil Code, and relates to the crucial question of what claims will be allowed to reach the jury at the August 2024 trial. For these reasons, Defendants respectfully assert that oral argument would assist the Court in arriving at an appropriate resolution.

WHEREFORE, Defendants pray this motion be granted and that the Court dismiss Plaintiffs' negligence claims under La. Civil Code articles 2315, 216, 2317.1 with prejudice.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:  /s/ Michael C. Mims
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Michael C. Mims (#33991)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108


BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

2

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*


CONNICK AND CONNICK, LLC

By: ___/s/ Michael S. Futrell___
William P. Connick, La. Bar No. 14158
Michael S. Futrell, La. Bar No. 20819
Matthew D. Moghis, La. Bar No. 33994
Anya M. Jones, La. Bar No. 36923
3421 N. Causeway Blvd., Suite 408
Metairie, Louisiana 70002
Telephone: (504) 681-6658
Facsimile: (504) 838-9903
E-mail: moghis@connicklaw.com

*Counsel for Defendant Jefferson Parish*


GIEGER, LABORDE & LAPEROUSE, L.L.C.

By: ___/s/ J. Michael DiGiglia___
Ernest P. Gieger, Jr. (6154)
John E. W. Baay (22928)
J. Michael DiGiglia (24378)
Nicholas S. Bergeron (37585)
Blaise Chadwick Hill (*pro hac vice*)
Gieger, Laborde & Laperouse, L.L.C.
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing was electronically filed on June 6, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

By:   /s/ Michael C. Mims