UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL., | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 19-11133, |
| | * | c/w 19-14512 |
| VERSUS | * | |
| | * | |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL., | * | |
| | * | JUDGE MORGAN |
| | * | |
| DEFENDANTS. | * | MAGISTRATE |
| | * | JUDGE NORTH |
| *APPLIES TO: ALL CASES* | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**STATEMENT OF FACTS NOT GENUINELY DISPUTED**

Pursuant to Fed. R. Civ. P. 56(c) and Local Rule 56.1, Defendants,[1] through undersigned counsel, respectfully aver that the following material facts are not genuinely disputed:

1. Plaintiffs assert nuisance claims and traditional negligence claims for the alleged annoyance and medical symptoms that they attribute to exposure to odors and gases allegedly emitted from the Jefferson Parish Landfill ("JPLF") from 2017 through 2019.[2]

2. Plaintiffs retained Jose Sananes, PE ("Mr. Sananes") as their sole liability expert to testify as to alleged breaches of duty by the Defendants.

3. In his report, Mr. Sananes opines on the duties and standards of care allegedly applicable to landfill owners and operators and the alleged breaches of those duties by the Defendants in this case, but does not opine on the issue of to whom those duties are owed or the foreseeability of any of the harm allegedly suffered by the Trial Plaintiffs.[3]

---

[1] The Defendants in this matter are Aptim Corp., Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc.
[2] Plaintiffs' Second Amended Omnibus Complaint For Damages And Injunctive Relief, R. Doc. 431, para. 35.
[3] *See* the February 16, 2024 Expert Report of Jose Sananes, attached hereto as Exhibit A at 50-65.

1

4. Mr. Sananes confirmed in deposition that he has not formed an opinion as to whether the harm to any individual Trial Plaintiff was foreseeable.[4]

5. In February 2024, the Court issued its Thirteenth Case Management Order providing that all expert discovery must be completed by April 30, 2024, and all expert depositions have been completed.[5]

6. Plaintiffs have produced no expert evidence regarding the scope of the Defendants' duty and the foreseeability of the Plaintiffs' harm.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:   /s/ Michael C. Mims
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Michael C. Mims (#33991)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108


BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

---

[4] *See* transcript of April 10, 2024 deposition of Jose Sananes, attached hereto as Exhibit B at 75:19-76:1.
[5] *See* R. Doc. 498 at 6.

        Michael F. Vitris (*pro hac vice*)
        400 W. 15th Street, Suite 1410
        Austin, TX 78701
        (512) 391-8035

        *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*


CONNICK AND CONNICK, LLC

By:   /s/ Michael S. Futrell
       William P. Connick, La. Bar No. 14158
       Michael S. Futrell, La. Bar No. 20819
       Matthew D. Moghis, La. Bar No. 33994
       Anya M. Jones, La. Bar No. 36923
       3421 N. Causeway Blvd., Suite 408
       Metairie, Louisiana 70002
       Telephone: (504) 681-6658
       Facsimile: (504) 838-9903
       E-mail: moghis@connicklaw.com

       *Counsel for Defendant Jefferson Parish*


GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   /s/ J. Michael DiGiglia
       Ernest P. Gieger, Jr. (6154)
       John E. W. Baay (22928)
       J. Michael DiGiglia (24378)
       Nicholas S. Bergeron (37585)
       Blaise Chadwick Hill (*pro hac vice*)
       Gieger, Laborde & Laperouse, L.L.C.
       Hancock Whitney Center
       701 Poydras Street, Suite 4800
       New Orleans, Louisiana 70139
       Telephone: (504) 561-0400
       Facsimile: (504) 561-1011

       *Attorneys for Defendant Aptim Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on June 6, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

By:    /s/ Michael C. Mims