**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## DECLARATION OF MICHAEL C. MIMS

I, Michael C. Mims, hereby declare as follows:

1. I am a Shareholder of the law firm Liskow & Lewis, APLC, and am duly admitted to practice before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of Defendants' Motion For Partial Summary Judgment To Dismiss Plaintiffs' Traditional Negligence Claims Due To Lack Of Evidence Of Scope Of The Duty. I am fully familiar with the facts set forth herein.

3. A true and correct copy of excerpts of the Second Supplemental Expert Report Of Jose Sananes is attached hereto as Exhibit A.

4. A true and correct copy of excerpts of the deposition of Jose Sananes is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana this 6th of June, 2024.

/s/ Michael C. Mims