```
                                                          Page 1

  1             UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
  2             CIVIL ACTION NO.  18-7889, C/W 18-8071,
                                  18-8218, 18-9312
  3             CIVIL ACTION NO.  19-11133, C/W 19-14512
      - - - - - - - - - - - - - - - - -
  4   ELIAS JORGE "GEORGE"
      ICTECH-BENDECK,
  5       Plaintiff,                      DEPOSITION OF:
          vs.                             JOSE SANANES SANGROS
  6   WASTE CONNECTIONS BAYOU,
      INC., ET AL.,
  7       Defendants.
  8
      RELATED CASE:
  9   FREDERICK ADDISON, ET AL.,
          Plaintiffs,
 10       vs.
      LOUISIANA REGIONAL LANDFILL
 11   COMPANY, ET AL.,
          Defendants.
 12   - - - - - - - - - - - - - - - - -
 13
 14
 15             TRANSCRIPT of the stenographic notes of
 16   the proceedings in the above-entitled matter as
 17   taken by and before RUTHANNE UNGERLEIDER, a
 18   Certified Court Reporter and Notary Public of the
 19   State of New Jersey, held at the office of RAMBOLL,
 20   101 Carnegie Center Drive, Princeton, New Jersey, on
 21   Wednesday, April 10, 2024, commencing at
 22   approximately 10:13 in the forenoon.
 23
 24
 25
```

Page 71

1  Waste in New Jersey.  So, in that instance, I did
2  advise with respect to the management of odors and so
3  on.
4           If you're talking about whether this
5  landfill was also receiving putrescible materials,
6  the typical household type waste, it was not
7  receiving that type of waste.
8      Q     In paragraph 40(b)i, you note that
9  "Jefferson Parish failed to ensure that Waste
10 Collections, its landfill operator, operated and
11 maintained the landfill gas collection and leachate
12 collection systems so as to prevent noxious odors
13 from escaping from the landfill, foreseeably
14 affecting neighboring individuals."
15          Do you see that?
16     A     Yep.
17     Q     First of all, in the -- in paragraph
18 (a), you note -- you say -- you conclude your
19 paragraph by saying "thereby causing noxious odors to
20 escape the landfill and harm the neighboring
21 individuals," and then in (b)i you say "foreseeably
22 affecting the neighboring individuals."
23          Do you see those two words?
24     A     Yeah.
25     Q     Do you mean different things by those

Page 72

1  two words?
2      A    I don't believe so.
3      Q    That was an elegant variation?
4      A    I don't know if it's elegant, but a
5  variation I guess.
6      Q    How do you define "neighboring
7  individuals"?
8      A    Neighboring individuals are -- in the
9  case of -- in the case of gas is anybody that can
10 perceive the odors of that gas from the landfill
11 is -- is a neighbor.  You know, it doesn't have to be
12 your immediate, you know, adjoining property owners.
13          As you know, gas travels, and anybody
14 that perceives it could be affected -- an affected
15 individual.
16     Q    So you're using the word "neighbor" here
17 differently than you might use the word "neighbor" to
18 describe people who live near you?
19     A    In the way -- I think the "neighborhood"
20 definition is just a little bit broader.
21          So the people that are adjacent to you
22 are still your neighbors, it doesn't take that away,
23 but in the context of landfill gas, if -- if that
24 neighborhood -- that neighborhood extends beyond your
25 immediate property owner because the gas doesn't

Page 73

1  stop, gas doesn't know who owns what lot, it's just
2  going to move.
3      Q    How far away from a landfill is harm
4  foreseeable to the municipal solid waste landfill?
5      A    How far?
6      Well, certainly your adjoining
7  properties.
8      To the extent that there's any
9  complaints that are received, you know, the record
10 shows that there's plenty of concerns that are
11 emanating from all throughout the area, those would
12 be foreseeable neighbors, at least gives you warning
13 that something may be happening that people are
14 complaining about operations.
15     Q    Did you assess the complaints that were
16 made with respect to the Jefferson Parish Landfill in
17 this case?
18     A    I did -- I looked at the mapping of
19 those complaints.
20     Q    Did you assess the descriptions of odors
21 made in those complaints?
22     A    I may have looked at that.  I don't
23 recall exactly what they said, but the main focus was
24 the distribution of those odors.
25     I do remember that figure that shows,

```
                                                        Page 74
 1   you know, the points where the -- the complaints were
 2   being made.
 3        Q     Did you look at any individual
 4   complaints?
 5              Or, I'm sorry, let me ask that
 6   differently.
 7              Did you look at any individual records
 8   of complaints?
 9        A     No.
10        Q     So did you compare the time of any
11   particular complaint to the wind direction at the
12   time the complaint was made?
13        A     No, there was other experts that were
14   looking at that.
15        Q     And so you did not look at the
16   description of any odor made in a particular
17   complaint with respect to whether it was attributable
18   to the Jefferson Parish Landfill?
19              MR. FOSTER:  Objection, form.
20              Go ahead and answer.
21        A     Can you repeat the question?
22        Q     Maybe.
23              You did not look at the description of
24   any odor made in a particular complaint with respect
25   to whether it was attributable to the Jefferson
```

Page 75

1  Parish Landfill?
2       MR. FOSTER:  Same objection.
3   A      So if the question is whether I looked
4  at a complaint that was specifically related to
5  Jefferson Parish, the answer is no.
6       I did not look at individual complaints
7  that pinpointed or tried to identify where the origin
8  of the complaint was.
9   Q      So you looked at a map of complaint
10 locations, correct?
11  A      Correct.
12  Q      And based on that map of complaint
13 locations, you would define each location as the
14 neighbor of the landfill?
15  A      Potentially.
16       Obviously, that needs to be vetted, but
17 potentially it could extend as far out as the
18 farthest of those complaints.
19  Q      Have you ever advised an operating a
20 municipal solid waste landfill on the scope of
21 foreseeable harm due to odors?
22  A      No.
23  Q      Do you plan to testify in this case as
24 to a specific distance from the landfill within which
25 harm is foreseeable?

```
                                                         Page 76
 1        A     No.
 2        Q     I'll stop sharing while I navigate the
 3   document.
 4              So I'm looking now at section 9.3 of
 5   your second supplemental report.
 6              For thoroughness, this is Exhibit 1533.
 7              I'd like to look at paragraph 67.
 8              Sorry, I misspoke.
 9              I'm looking at section 10, Ramboll's --
10   covering Ramboll's November 4 to 8, 2019 inspection
11   and gas characterization report.
12              Were you on site during that landfill
13   gas -- sorry.
14              Were you on site during that site
15   investigation?
16        A     No, I was not.
17        Q     Have you ever been to the Jefferson
18   Parish Landfill?
19        A     I have not.
20        Q     I believe you previously described your
21   role as quarterbacking the site inspection.
22        A     Yeah, that sounds right.
23        Q     Okay.
24              This notes that hydrogen sulfide
25   detected in all landfill phases was above the typical
```