UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL., | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 19-11133, |
| | * | c/w 19-14512 |
| VERSUS | * | |
| | * | |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL., | * | |
| | * | JUDGE MORGAN |
| | * | |
| DEFENDANTS. | * | MAGISTRATE |
| | * | JUDGE NORTH |
| *APPLIES TO: ALL CASES* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISMISS CERTAIN CLAIMS FOR LACK OF EVIDENCE OF GENERAL CAUSATION**

Defendants Aptim Corporation, Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Defendants") respectfully submit this motion and request that the Court dismiss Plaintiffs' claims for injuries or symptoms that fall outside of the relevant time period, or for which Plaintiffs failed to establish general causation (collectively, "Non-Allowed Claims"), with prejudice under Federal Rule of Civil Procedure 56.

Defendants' argument rests on two grounds: (1) Plaintiffs did not previously establish general causation for the additional injuries contained in their latest expert reports, and procedurally it is now too late to do so; and (2) Plaintiffs lack reliable expert testimony on general causation for such injuries, as shown in Defendants' contemporaneously filed Motion in Limine

to limit the opinions of Dr. Robert DeLorenzo.[1] The material facts are undisputed, and Defendants are entitled to judgment as a matter of law.

Pursuant to Local Rule 78.1, Defendants respectfully request that the Court hold oral argument on this motion. Defendants' motion relates to the crucial question of what claims will be allowed to reach the jury at the August 2024 trial, and hinges on interpretation and application of the Court's various case management orders and rulings over the past 4.5 years. For these reasons, Defendants respectfully assert that oral argument would assist the Court in arriving at an appropriate resolution.

WHEREFORE, Defendants respectfully request that the Court grant their motion for summary judgment and enter a partial dismissal of Plaintiff's claims with prejudice.

Respectfully submitted,

LISKOW & LEWIS, APLC

By: /s/ Michael C. Mims
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Michael C. Mims (#33991)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)

---

[1] *See* Defendant's Motion in Limine to Limit the Opinions of Dr. Robert DeLorenzo, M.D., being filed contemporaneous with the present motion.

       Katrina M. Krebs (*pro hac vice*)
       825 Third Avenue, 16th Floor
       New York, NY 10022
       (212) 702-5400

       James B. Slaughter (*pro hac vice*)
       1900 N Street, NW, Suite 100
       Washington, DC 20036
       (202) 789-6000

       Michael F. Vitris (*pro hac vice*)
       400 W. 15th Street, Suite 1410
       Austin, TX 78701
       (512) 391-8035

       *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*


CONNICK AND CONNICK, LLC

By:  /s/ Michael S. Futrell
   William P. Connick, La. Bar No. 14158
   Michael S. Futrell, La. Bar No. 20819
   Matthew D. Moghis, La. Bar No. 33994
   Anya M. Jones, La. Bar No. 36923
   3421 N. Causeway Blvd., Suite 408
   Metairie, Louisiana 70002
   Telephone: (504) 681-6658
   Facsimile: (504) 838-9903
   E-mail: moghis@connicklaw.com

   *Counsel for Defendant Jefferson Parish*


GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:  /s/ J. Michael DiGiglia
   Ernest P. Gieger, Jr. (6154)
   John E. W. Baay (22928)
   J. Michael DiGiglia (24378)
   Nicholas S. Bergeron (37585)
   Blaise Chadwick Hill (*pro hac vice*)
   Gieger, Laborde & Laperouse, L.L.C.
   Hancock Whitney Center
   701 Poydras Street, Suite 4800

3

New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on June 6, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

By:   /s/ Michael C. Mims

4