UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>**Plaintiffs**<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>**Defendants**<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### DECLARATION OF MICHAEL C. MIMS

I, Michael C. Mims, hereby declare as follows:

1.  I am a Shareholder of the law firm Liskow & Lewis, APLC, and am duly admitted to practice before this Court.

2.  I submit this Declaration, together with the accompanying exhibits, in support of Defendants' Motion For Partial Summary Judgment To Dismiss Certain Claims For Lack Of Evidence Of General Causation. I am fully familiar with the facts set forth herein.

3.  A true and correct copy of excerpts of the transcript of the trial on general causation in this case is attached hereto as Exhibit 1.

4.  A true and correct copy of e-mail communications between the Court and Plaintiff's counsel dated November 29, 2022 is attached hereto as Exhibit 2.

5.  A true and correct copy of excerpts of Volume 1 of the deposition of Robert DeLorenzo, M.D. is attached hereto as Exhibit 5.

6.  A true and correct copy of excerpts of Volume 2 of the deposition of Robert DeLorenzo, M.D. is attached hereto as Exhibit 6.

2

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana this 6th of June, 2024.

                                                                                                                                                             /s/ Michael C. Mims