# Michael Mims

| | |
|---|---|
| **From:** | Jason Z. Landry <jzl@mbfirm.com> |
| **Sent:** | Tuesday, November 29, 2022 12:15 PM |
| **To:** | Ellen Short |
| **Cc:** | Moghis@connicklaw.com; airpino@irpinolaw.com; angela@favretlaw.com; bruce@brucebetzer.com; casey@johnsileolaw.com; dean@favretlaw.com; douglashammel@gmail.com; dsmith@eshortylawoffice.com; David R. Taggart; egieger@glllaw.com; eshorty@eshortylawoffice.com; freddiekingiii@yahoo.com; hharper@hlharperandassociates.com; jack@johnsileolaw.com; jbaay@glllaw.com; jennifer@brucebetzer.com; Jeremy J. Landry; jpaul@bdlaw.com; jslaughter@bdlaw.com; kciolino@bdlaw.com; kgray@irpinolaw.com; kkrebs@bdlaw.com; Larry J. Centola; lfavret@favretlaw.com; lhiggins@irpinolaw.com; maxtobias504@aol.com; mbrillault@bdlaw.com; mdigiglia@glllaw.com; mfutrell@connicklaw.com; Michael C. Mims; mmurphy@bdlaw.com; mvitris@bdlaw.com; nbergeron@glllaw.com; Neil F. Nazareth; pconnick@connicklaw.com; probertson@irpinolaw.com; seth@favretlaw.com; Scott R. Bickford; CAFoster@wtplaw.com; MChilders@wtplaw.com; Moghis@connicklaw.com; byron@fcjlaw.com; David R. Taggart; ebolog@wtplaw.com; egieger@glllaw.com; eliza@fcjlaw.com; erowe@wtplaw.com; jpaul@bdlaw.com; jslaughter@bdlaw.com; kciolino@bdlaw.com; kkrebs@bdlaw.com; mbrillault@bdlaw.com; mdigiglia@glllaw.com; mfutrell@connicklaw.com; Michael C. Mims; mmurphy@bdlaw.com; mvitris@bdlaw.com; nbergeron@glllaw.com; pconnick@connicklaw.com |
| **Subject:** | RE: Clarification Request: 19-11133, 18-7889, etc. |
| **Attachments:** | Exhibit 397_JP_JPLF_0022849.pdf; JPLF - Trial Transcript - Day 1 AM Buller p. 16-17.pdf; Doc. 266 Post Trial Reply Brief.pdf |

Ms. Short,

Plaintiffs are seeking damages from July 1, 2017 through December 31, 2019 for Plaintiffs in the JPLF's surrounding areas on the West Bank (Waggaman, Avondale) and across the river (South Kenner, River Ridge, and Harahan).

Based on the JPLF's 2017 Annual Odor Complaint Report and the testimony of Rick Buller (the JPLF's former landfill engineer), the damages began by July 1, 2017. See attached **Exhibit 397** (2017 Annual Odor Complaint Report showing uptick in complaints on West Bank and across the river beginning July 2017); see also attached trial transcript excerpt **Tr. Day 1AM, 16:15-17:2 (Buller)** (explaining that it had been unusual for the JPLF to get complaints from across the river, but complaints "from the Harahan and River Ridge area started coming in sometime between August and October of 2017.").

As noted on pp. 8-9 of our Post-Trial Reply Brief (Doc. 266 attached), the supplemental modeling performed by Plaintiffs' air modeling expert Jim Lape showed exceedances of the 5 and 10 ppb thresholds from 2017 to 2019 in the JPLF's surrounding areas set forth above.

Further, the *Ictech-Bendeck* Plaintiffs will seek leave of court to file an amended class definition aimed at narrowing the geographic boundaries of the class in conformity with the evidence presented at the trial on General Causation. Although the issue of class certification is not currently pending before the Court, the proposed narrowed definition will help the Court and the parties streamline the class action case should it move forward.

Should the Court require any further information or clarification, please do not hesitate to reach out.

Respectfully,

Jason

**Jason Z. Landry**
Martzell, Bickford & Centola, A.P.C.
338 Lafayette St.
New Orleans, LA 70130
**Phone : 504-581-9065**
**Fax : 504-581-7635**
**jzl@mbfirm.com**



Confidentiality Notice: The information contained in this e-mail (and/or the documents accompanying it) is private and confidential information belonging to the sender which may be protected by the attorney-client privilege, attorney work product or other legal privileges. Delivery of this message to any person other than the intended recipient is not intended in any way to waive privilege or confidentiality. The information is intended only for the use of the individual(s) identified above and others who have been specifically authorized to receive it. If you are not the intended recipient or believe that you have received this communication in error, do not print, copy, retransmit, disseminate, or otherwise use the information. If you have received the transmission in error, please alert the sender that you have received this email by reply e-mail and delete the copy you received. Thank you.

**From:** Ellen Short <Ellen_Short@laed.uscourts.gov>
**Sent:** Monday, November 28, 2022 3:39 PM
**To:** Moghis@connicklaw.com; airpino@irpinolaw.com; angela@favretlaw.com; bruce@brucebetzer.com; casey@johnsileolaw.com; dean@favretlaw.com; douglashammel@gmail.com; dsmith@eshortylawoffice.com; dtaggart@bradleyfirm.com; egieger@glllaw.com; eshorty@eshortylawoffice.com; freddiekingiii@yahoo.com; hharper@hlharperandassociates.com; jack@johnsileolaw.com; jbaay@glllaw.com; jennifer@brucebetzer.com; Jeremy J. Landry <jjl@mbfirm.com>; jpaul@bdlaw.com; jslaughter@bdlaw.com; Jason Z. Landry <jzl@mbfirm.com>; kciolino@bdlaw.com; kgray@irpinolaw.com; kkrebs@bdlaw.com; Larry J. Centola <lcentola@mbfirm.com>; lfavret@favretlaw.com; lhiggins@irpinolaw.com; maxtobias504@aol.com; mbrillault@bdlaw.com; mdigiglia@glllaw.com; mfutrell@connicklaw.com; mmims@bradleyfirm.com; mmurphy@bdlaw.com; mvitris@bdlaw.com; nbergeron@glllaw.com; Neil F. Nazareth <nnazareth@mbfirm.com>; pconnick@connicklaw.com; probertson@irpinolaw.com; seth@favretlaw.com; Scott R. Bickford <srb@mbfirm.com>; CAFoster@wtplaw.com; MChilders@wtplaw.com; Moghis@connicklaw.com; byron@fcjlaw.com; dtaggart@bradleyfirm.com; ebolog@wtplaw.com; egieger@glllaw.com; eliza@fcjlaw.com; erowe@wtplaw.com; jpaul@bdlaw.com; jslaughter@bdlaw.com; kciolino@bdlaw.com; kkrebs@bdlaw.com; mbrillault@bdlaw.com; mdigiglia@glllaw.com; mfutrell@connicklaw.com; mmims@bradleyfirm.com; mmurphy@bdlaw.com; mvitris@bdlaw.com; nbergeron@glllaw.com; pconnick@connicklaw.com
**Subject:** Clarification Request: 19-11133, 18-7889, etc.

Dear Counsel:

The Court requests that Plaintiffs clarify the exact time period for which they are requesting damages during 2017 to 2019 (month and date).

Thank you,
Ellen Short

_____
Ellen Short
Law Clerk to the Honorable Susie Morgan
United States District Court, Eastern District of Louisiana
500 Poydras Street, Room C322
New Orleans, LA 70130

504-589-7535

**CAUTION: EXTERNAL EMAIL -** This email originated from outside of Bradley Murchison Kelly & Shea. Do not click links or open attachments unless you recognize the sender & know the content is safe.