**Placeholder for Exhibit 3**
**Excerpts of Report of Michael Spodak, M.D.**

**To be supplemented pending the parties' agreement on necessary redactions under Protective Order**
**(ECF Doc. #79)**