```
                                                    Page 398
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3   ************************************************
 4   FREDERICK ADDISON, et al.,
 5               Plaintiffs,
                                        CIVIL ACTION NO.
 6   vs.                                19-11133
                                        c/w 19-14512
 7   LOUISIANA REGIONAL LANDFILL
     COMPANY, et al.,
 8
                 Defendants.
 9
     ************************************************
10
11
                          VOLUME II
12
13           VIDEOTAPED DEPOSITION OF
14      ROBERT DeLORENZO, M.D., Ph.D., M.P.H.
15            9:12 a.m. to 1:29 p.m.
16                  May 4, 2024
17             Richmond, Virginia
18
19
20
21
22
23
24
25      REPORTED BY:  Rhonda D. Tuck, RPR, CRR
```

1   relevant time period, right?
2        A.   Based on my evaluation.  Correct.
3        Q.   Are you aware of any authorities that
4   establish that exposure to 5 parts per billion of H2S
5   over 30 minutes is capable of causing loss of
6   appetite, stress, depression, asthma, breathing
7   problems, and headaches -- or headaches, I should say,
8   that postdate the exposure period?
9             MR. FOSTER:  Objection to the form.
10            THE WITNESS:  I've answered that question
11       relative to the previous thing we did.  The
12       answer is there is not a literature that says
13       that for any of these long-term symptoms.  And
14       I'm giving you the explanation.  Now, I
15       haven't -- my experience, I haven't had
16       patients with some of these other symptoms.  My
17       only symptoms long-term were headaches that I
18       saw in regard to this, but I've given you a
19       mechanism.  So it's possible.
20  BY MR. MIMS:
21       Q.   Looking at Page 40 of your rebuttal
22  report, which is attached as Exhibit 2, you have
23  identified various symptoms that postdate the exposure
24  period for Geneva Green, Vernice Lewis, Tyrone
25  Thompson, Terrance Thompson, Stanley Meyers, Reshaun

Page 537

1  Richardson, Andrew Section, and Jonathan Tate, right?
2      A.   Correct.
3      Q.   For all of those symptoms for those
4  plaintiffs that you believe continued beyond the
5  exposure date, there does not exist any authorities
6  which establish that exposure to 5 parts per billion
7  of H2S over 30 minutes is capable of causing those
8  symptoms beyond the time of the exposure?
9           MR. FOSTER:  Objection to form.
10          THE WITNESS:  And I've answered that
11      already, in that there's a literature that says
12      that the trigeminal system and the olfactory
13      system can be sensitized.  And so when that
14      gets sensitized, you're more likely to have
15      anxiety or stress, you're more likely to give
16      out more epinephrine, and you're more likely to
17      be subjected to headaches.
18  BY MR. MIMS:
19      Q.   I understand all --
20          MR. FOSTER:  No, no.
21          THE WITNESS:  That's the literature, but
22      there isn't a paper --
23          MR. FOSTER:  Go ahead.
24          THE WITNESS:  But there's isn't a paper
25      that I can say here's somebody that did a study

Page 538

1           showing that these things persisted.
2                  Now, the question here is basically is it
3           more likely than not.  That's what we're
4           determining here, right?  This is what I'm
5           being asked.  My opinion is based on that.
6                  So this is a situation where someone has a
7           problem based on exposure to hydrogen sulfide,
8           at a dose that we know causes that symptom, and
9           they have that symptom.  The hydrogen sulfide
10          goes away, but the symptom doesn't go away.
11          Okay.  So the question is why doesn't it go
12          away.
13                 Well, I've given you some evidence to why
14          it doesn't go away.  There's a scientific
15          literature that supports that there may be a
16          sensitization of the systems involved.  Okay.
17          And the point is, is that what else would be
18          doing this.  I would say that it's more likely
19          than not that those headaches that continued
20          were related to the exposure.
21   BY MR. MIMS:
22          Q.   Is that a hypothesis?
23          A.   No.  I'm saying it's more likely than not.
24          Q.   Can you test that?
25          A.   What do you mean test it?  We've got a lot

Page 543

1  some human studies, that you can get chronic effects
2  from exposure to these agents, and so --
3          Q.   Doctor, I'm not interested in the animal
4  studies we have, in the things that we're still trying
5  to figure out.  What I'm asking you is a simple
6  question.  I think you've already answered this
7  question, but I'm trying to expand it to all the
8  symptoms on Page 40, and in order to make that clear
9  record, I need a clear answer from you.  You agree --
10             MR. FOSTER:  Why don't you just ask him if
11         the previous answers he gave applies to all the
12         symptoms and all these plaintiffs?
13             MR. MIMS:  That is not going to be a clean
14         record.
15             THE WITNESS:  Well, what I said before I
16         can say again.  I'm happy to answer for you
17         again.  It's whatever you want to do.
18  BY MR. MIMS:
19         Q.   You would agree with me that there is not
20  any authority that establishes that exposure to
21  5 parts per billion of H2S over 30 minutes is capable
22  of causing chronic symptoms that postdate the exposure
23  period, right?
24             MR. FOSTER:  Objection.  Asked and
25         answered three or four times.

Page 544

1        THE WITNESS: I have answered it, but what
2    would --
3  BY MR. MIMS:
4        Q.  And the answer is what?
5        A.  -- be a cleaner thing to say is not that
6  there's a single study. The cleaner thing would be to
7  say that there isn't a study with this exposure in
8  humans where people have looked at the chronic
9  symptoms and established that it's related. That
10 doesn't exist.
11       Q.  Let me ask this. Would you agree with me
12 that there is no acceptance in the scientific
13 community that exposure to 5 parts per billion of H2S
14 over 30 minutes in humans is capable of causing
15 chronic symptoms that postdate the exposure period?
16       MR. FOSTER: Objection to the form.
17       THE WITNESS: Yes. You're right. There's
18    no single paper that does that.
19 BY MR. MIMS:
20       Q.  And no wide acceptance of that in the
21 scientific community?
22       A.  Well, I mean, it's widely accepted in the
23 scientific community that these symptoms can be
24 potentiated by hydrogen sulfide. That's not causing
25 the headache, chronic thing. I've said there's no

1          to do.  I'm saying to you that there's a way to
2          do it, and I explained how you could do it with
3          these patients.  And I said that in addition to
4          that, there's animal studies and human studies
5          that say that when you're exposed to these
6          nerve agents, not necessarily 5 parts per
7          billion in a room or something like that, but
8          in a situation -- in the human ones, it was
9          probably 5 parts per billion.  I don't know
10         what the exact dose was.  That they can have
11         symptoms that persist -- or not symptoms, but
12         that their nervous system is potentiated.
13   BY MR. MIMS:
14         Q.   I'm going to object to the nonresponsive
15   portions of the answer.
16         A.   Okay.
17         Q.   We're going to try it again, and --
18              MR. FOSTER:  You're going to get the same
19         thing, because it wasn't nonresponsive.  It was
20         an answer.
21   BY MR. MIMS:
22         Q.   What I am asking about is whether there is
23   mainstream acceptance in the scientific community
24   connected to specific dosages.
25              And so the question is, you would agree

Page 548

1  with me that there is not mainstreamed acceptance in
2  the scientific community that exposure to 5 parts per
3  billion of H2S over 30 minutes is capable of causing
4  chronic symptoms that postdate the exposure period.
5           MR. FOSTER:  Objection to form.
6  BY MR. MIMS:
7      Q.   Right?
8      A.   The answer to that specific question would
9  be no.
10     Q.   And that would apply to all of the chronic
11 symptoms that you have listed on Page 40 of your
12 rebuttal report?
13     A.   No, but what I'm saying --
14     Q.   Right?
15     A.   No.  You didn't let me finish the first
16 answer.  I said that what you're saying wasn't
17 correct, and I'm trying to say to you why it's not
18 correct.
19     Q.   You disagree with my statement?
20     A.   Yes.  That's what I'm trying to say.
21     Q.   Okay.
22     A.   And I don't disagree --
23     Q.   So there is --
24     A.   -- with part of the statement.  I'm
25 disagreeing -- there is no scientific data that's been

Page 549

1  done to answer that question.
2       Q.   My question was about --
3       A.   So when you say -- let me finish.  When
4  you say that the scientific community would agree, I'm
5  saying to you there's nothing in the scientific
6  community to look at.  Okay.  So --
7       Q.   So there's not mainstream acceptance,
8  right?
9       A.   Well, what do you mean, mainstream
10 acceptance?
11      Q.   You don't know what that means, mainstream
12 acceptance in the scientific community?
13           MR. FOSTER:  Hold on.
14           THE WITNESS:  Yeah, I know what that
15      means, but if you don't know the answer to --
16      if there's no data on it, it doesn't mean it
17      doesn't exist.
18 BY MR. MIMS:
19      Q.   Then it's not accepted, right?
20           MR. FOSTER:  Argument.  Objection.
21           THE WITNESS:  Well, I don't know -- I
22      don't know what you mean by it doesn't exist.
23      I mean, there.  I'm saying to you, I'm giving
24      you the point, and I'm not questioning it, that
25      there is not a study that's answered your

Page 550

1       question.  So that's true.  And I would argue
2       that there is data that would support that, but
3       it's not a carefully controlled study that
4       really needs to be done.
5  BY MR. MIMS:
6       Q.   And there's not a study that would support
7  the idea that any of the chronic symptoms on Page 40
8  of your rebuttal report are capable of being caused by
9  exposure to 5 parts per billion of H2S over
10 30 minutes, correct?
11          MR. FOSTER:  Objection.  This is about the
12      sixth --
13          THE WITNESS:  I've answered as best I can.
14 BY MR. MIMS:
15      Q.   What's the answer to that?
16          MR. FOSTER:  He's answered.
17          THE WITNESS:  I've said it ten times.
18      You're trying to -- you keep changing the
19      wording, and I'm trying to tell you that the
20      question that I would say I would agree with
21      you on is that no one has done a study that
22      takes exposed patients that are known to have
23      the 5 parts per billion get symptoms from those
24      5 parts per billion and then the symptoms that
25      they have from that exposure don't go away.

Page 551

1  BY MR. MIMS:
2       Q.   My question is --
3       A.   No one's looked at that.
4       Q.   And my question is, that's true for all of
5  the symptoms that you have on Page 40 --
6       A.   Correct.
7       Q.   That's true for all of the symptoms that
8  you have on Page 40 of your expert rebuttal report?
9       A.   Correct.
10      Q.   Thank you.
11           MR. MIMS:  Take a break or move on?
12           MR. FOSTER:  It depends on how long you
13      have.  If you have under an hour, let's keep
14      going.  If you have --
15           MR. MIMS:  Let's take ten, and I'll wrap
16      up in under an hour.  Deal?
17           MR. FOSTER:  Deal.
18           THE WITNESS:  Sounds good.
19           THE VIDEOGRAPHER:  The time is
20      approximately 12:35, and we are off the record.
21           (Break in proceedings.)
22           THE VIDEOGRAPHER:  All right.  The time is
23      approximately 12:47 p.m.  We're back on the
24      record.
25

1   COMMONWEALTH OF VIRGINIA AT LARGE, to wit:
2           I, Rhonda D. Tuck, RPR, CRR, Notary Public in and
3   for the Commonwealth of Virginia at Large, and whose
4   commission expires on May 31, 2024, do certify that
5   the aforementioned appeared before me, was sworn by
6   me, and was thereupon examined by counsel; and that
7   the foregoing is a true, correct, and full transcript
8   of the testimony adduced.
9           I further certify that I am neither related to
10  nor associated with any counsel or party to this
11  proceeding, nor otherwise interested in the event
12  thereof.
13          Given under my hand and notarial seal at
14  Charlottesville, Virginia, this 7th day of May, 2024.
15
16
17
18  _____
19          Rhonda D. Tuck, RPR, CRR
20        Notary Public Registration No. 224847
21          Commonwealth of Virginia at Large
22
23
24
25