UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL.,** | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 19-11133, |
| | * | c/w 19-14512 |
| **VERSUS** | * | |
| | * | |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | * | |
| | * | **JUDGE MORGAN** |
| | * | |
| DEFENDANTS. | * | **MAGISTRATE** |
| | * | **JUDGE NORTH** |
| *APPLIES TO: ALL CASES* | * | |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' MOTION IN LIMINE TO LIMIT THE TESTIMONY OF PLAINTIFFS' EXPERT, ROBERT DELORENZO, M.D

Defendants Aptim Corporation, Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Defendants") respectfully submit this motion and request that the Court preclude Plaintiffs' expert, Robert DeLorenzo, M.D. ("Dr. DeLorenzo"), from offering any expert testimony as to (1) general or specific causation for symptoms and injuries that fall outside of the relevant time period or for which Plaintiffs have failed to establish general causation, as evidenced by this Court's Findings of Fact and Conclusions of Law ("Non-Allowed Claims"); and (2) the Plaintiffs' exposure to Volatile Organic Compounds ("VOCs"), as he lacks any reliable methodology to support such testimony. *See* Rule 702 of the Federal Rules of Evidence; *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

Defendants argument rests on three grounds: (1) Plaintiffs are procedurally barred from offering testimony as to the Non-Allowed Claims pursuant to this Court's Case Management

Order; (2) Dr. DeLorenzo has conceded that exposure to 5 ppb of hydrogen sulfide over 30 minutes, under the current state of the science, is not known to be capable of causing the Non-Allowed Injuries; and (3) Dr. DeLorenzo lacks any evidence, either measured or estimated, that Plaintiffs suffered toxic effects from exposure to VOCs.[1]

Pursuant to Local Rule 78.1, Defendants respectfully request that the Court hold oral argument on this motion. Resolution of this motion will dictate which claims will be allowed to reach the jury at the August 2024 trial, and relates to scientific issues such as the fate and transport of chemicals and whether low levels of hydrogen sulfide are capable of causing physiological injuries. For these reasons, Defendants respectfully assert that oral argument would assist the Court in arriving at an appropriate resolution.

WHEREFORE, Defendants respectfully request that the Court grant their Motion in Limine and preclude Dr. DeLorenzo from offering any expert testimony as to (1) general or specific causation for symptoms for Non-Allowed Claims; and (2) the Plaintiffs' exposure to VOCs.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:  /s/ Michael C. Mims
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Michael C. Mims (#33991)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

---

[1] *See* Defendant's Motion for Partial Summary Judgment to Dismiss Certain Claims for Lack of Evidence of General Causation, being filed contemporaneous with the present motion.

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*


CONNICK AND CONNICK, LLC

By:   /s/ Michael S. Futrell
      William P. Connick, La. Bar No. 14158
      Michael S. Futrell, La. Bar No. 20819
      Matthew D. Moghis, La. Bar No. 33994
      Anya M. Jones, La. Bar No. 36923
      3421 N. Causeway Blvd., Suite 408
      Metairie, Louisiana 70002
      Telephone: (504) 681-6658
      Facsimile: (504) 838-9903
      E-mail: moghis@connicklaw.com

      *Counsel for Defendant Jefferson Parish*


GIEGER, LABORDE & LAPEROUSE, L.L.C.

3

By:   /s/ J. Michael DiGiglia
Ernest P. Gieger, Jr. (6154)
John E. W. Baay (22928)
J. Michael DiGiglia (24378)
Nicholas S. Bergeron (37585)
Blaise Chadwick Hill (*pro hac vice*)
Gieger, Laborde & Laperouse, L.L.C.
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on June 6, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

By:   /s/ Michael C. Mims