UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>**Plaintiffs**<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL**<br>**COMPANY, ET AL.,**<br>**Defendants**<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## DECLARATION OF MICHAEL C. MIMS

I, Michael C. Mims, hereby declare as follows:

1. I am a Shareholder of the law firm Liskow & Lewis, APLC, and am duly admitted to practice before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of Defendants' Motion For Partial Summary Judgment To Dismiss Certain Claims For Lack Of Evidence Of General Causation. I am fully familiar with the facts set forth herein.

3. A true and correct copy of excerpts of the transcript of the trial on general causation in this case is attached hereto as Exhibit 1.

4. A true and correct copy of e-mail communications between the Court and Plaintiff's counsel dated November 29, 2022 is attached hereto as Exhibit 2.

5. Exhibits 3 and 4 (excerpts of the reports of Drs. Spodak and DeLorenzo) have been marked as "Confidential – Outside Counsel Only" by Plaintiffs, which, under the terms of the Agreed Protective Order (ECF Doc. #79) requires the parties to meet and confer before the documents may be filed with the Court. Defendants have reached out to Plaintiffs to discuss an agreeable method for filing these reports. Defendants will continue to coordinate with Plaintiffs

on this issue and will supplement this filing with the reports of Drs. Spodak and DeLorenzo as soon as practicable.

6.    A true and correct copy of excerpts of Volume 1 of the deposition of Robert DeLorenzo, M.D. is attached hereto as Exhibit 5.

7.    A true and correct copy of excerpts of Volume 2 of the deposition of Robert DeLorenzo, M.D. is attached hereto as Exhibit 6.

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana this 6th of June, 2024.

                                                                  /s/ Michael C. Mims