# Placeholder for Exhibit 1
# Original Report of Robert DeLorenzo, M.D.

# To be supplemented pending the parties' agreement on necessary redactions under Protective Order
# (ECF Doc. #79)