**Placeholder for Exhibit 2**
**Rebuttal Report of Robert DeLorenzo, M.D.**

**To be supplemented pending the parties' agreement on necessary redactions under Protective Order**
**(ECF Doc. #79)**