**EXHIBIT 3**

Page 1

```
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA


 ***************************************************************

  FREDERICK ADDISON, et al.,

                     Plaintiffs,        CIVIL ACTION NO.
   vs.                                  19-11133,
                                        c/w 19-14512
  LOUISIANA REGIONAL LANDFILL
  COMPANY, et al.,

                     Defendants.
 ***************************************************************



                        VOLUME I

              VIDEOTAPED DEPOSITION OF
         ROBERT DeLORENZO, M.D., Ph.D., M.P.H.
                    May 3, 2024
               10:06 a.m. to 6:45 p.m.
                 Richmond, Virginia







   Reported by:  Leslie D. Etheredge, RMR, CCR
```

1            MR. FOSTER:  Objection to form.
2       A.      I can estimate it, just like everybody's
3   estimating; and what the estimate is coming from is
4   that these people were exposed to hydrogen sulfide,
5   and with the time that hydrogen sulfide was in the
6   air like this, there was VOCs, and the VOCs that at
7   some points were measured and the types of VOCs were
8   there, so --
9       Q.      So where were they measured?
10      A.      Well, it was measured different places in
11  the landfill, I don't remember the exact -- there's a
12  map that they show --
13      Q.      Not measured at the plaintiffs' homes;
14  right?
15      A.      No, not in the homes, exactly.  I mean
16  this is all modeling data kind of, and then they used
17  that to do the modeling.
18              So what you're trying to get at, and I
19  don't disagree with what you're saying, I can't prove
20  that this patient breathed in these VOCs.  All I can
21  say is we know these VOCs were in the environment,
22  they were in the environment with the hydrogen
23  sulfide, they come from the same process that
24  produced the hydrogen sulfide-type action in the
25  landfill, and so it's very likely that they were

1   exposed to those.
2              And I believe the judge opined to that
3   effect, I mean I know she did, that they were exposed
4   to that, and she even gave the number.
5         Q.   To break my own rule, I will just remind
6   you, once again, maybe you disagree with me, the
7   judge did not make any finding about the likelihood
8   that these 13 trial plaintiffs were exposed to
9   hydrogen sulfide or VOCs.
10             MR. FOSTER:  Objection to the argument.
11        Form.
12        A.   Well, I don't know if -- you may be
13   right.  It's my interpretation the judge said that
14   they were there when the other -- in the air.  I mean
15   so -- and it was there when the hydrogen sulfide was
16   likely there, and so -- and she said that the type of
17   VOCs at the landfill were almost identical to the
18   VOCs in the area, and she said that gives evidence
19   that that was probably coming from the landfill.
20             Now, she didn't specifically opine that
21   those VOCs were exposing to every plaintiff, because
22   you can't do that, it's impossible.  All you could do
23   is say it's very likely that that happened, but you
24   can't prove it.
25        Q.   You could try to model it.

1    A.    Yeah, and I don't think -- I don't think
2  anybody modeled it, I don't believe they did.
3    Q.    Correct.  Remember, at the beginning of
4  the deposition, when I asked you are you a fate and
5  transport expert?
6    A.    What kind of transport?
7    Q.    Fate and transport expert.
8    A.    I don't remember that, but I don't even
9  know what it means.
10   Q.    Right.  And remember when I asked you if
11 you were an air modeling expert?
12   A.    Yes, I'm not -- fate and transport, I
13 don't even know what it was; and air modeling, I said
14 I'm not.  I don't pretend to be an expert on that, so
15 I'm not trying to say I am.
16   Q.    Okay.  So on this question of okay, there
17 was a certain dosage of VOCs somewhere in the
18 neighborhood, where did it go and what dosage, if
19 any, did it expose the trial plaintiffs to, you are
20 not an expert in that, are you?
21   A.    No, and I would assume that Dr. Lape is
22 going to deal with that, but that's not my, you know,
23 question.
24   Q.    You agreed with me that, in a toxic
25 exposure case, a valid causation analysis relies on

Page 240

1  evidence of dosage; right?
2       A.    Correct.
3       Q.    And if no expert in this case is giving
4  any opinion about the dose at which plaintiffs were
5  exposed to VOCs, that would not be a reliable
6  causation analysis; right?
7             MR. FOSTER:  Objection to the form.
8       A.    Well, given the way you are presenting
9  it, correct; but it is known, from landfill exposures
10 with VOCs, that it's very hard to say which VOC is
11 causing what, and some of them are at lower levels
12 than what normally would cause symptoms, and there's
13 a lot of evidence or theories that there's
14 synergistic effects between them; but, in answer to
15 your question, I would agree with what you said.
16            THE COURT REPORTER:  When you are at a
17       good stopping point, I need a break.
18            MR. MIMS:  Okay.  We can take a break.
19            THE VIDEOGRAPHER:  The time is 3:46
20       p.m. Eastern.  We are now off the record.
21            (Recess from 3:46 p.m. to 3:58 p.m.)
22            THE VIDEOGRAPHER:  And we're back.
23       This is the beginning of media unit number 4
24       in the video-recorded deposition of Dr. Robert
25       DeLorenzo.  The time is 3:58 p.m. Eastern.

Page 389

1  basically -- I mean there were red eyes and things
2  that were in here as well, you don't have in this
3  list, and they all -- the 5 parts per billion does
4  not apply to those.
5          Q.     Okay.  I will add red eyes.  Thank you.
6          A.     Red eyes and eye dryness or scratchiness.
7          Q.     All right.  Looking at our list here, are
8  there any of these where you think there is
9  literature you are aware of that 5 parts per billion
10 can cause these injuries?
11         A.     No.
12         Q.     All right.  So let's do this.  You would
13 agree with me that you are not aware of any
14 literature or other well-accepted understandings in
15 your field of expertise that 5 parts per billion of
16 H2S over 30 minutes can cause either exacerbation of
17 allergies, cough, concern for long-term effects,
18 burning of eyes, nose and throat, red eyes, eye
19 dryness, eye scratchiness, difficulty breathing,
20 asthma, light-headedness, loss of smell, sinusitis,
21 rhinitis, chest congestion, nose bleeds, decreased
22 focus, cold sweats, or joint swelling?
23         A.     I am not aware of a paper that says
24 5 parts per billion causes these symptoms.  Okay.  I
25 am aware of literature that says these symptoms occur

Page 390

1   with exposure to hydrogen sulfate and VOCs, and the
2   literature can explain that, and that's something
3   that's discussed in the literature.
4              So I mean, you know, 4 years from now, I
5   may be able to say this is caused by that; but, right
6   now, I can't say that, from the literature, so to speak.
7              So my argument is that I am saying that
8   the combination of VOCs and hydrogen sulfate may have
9   caused a synergistic effect that could cause these
10  symptoms in the respiratory, the eyes and the nose,
11  and those are so commonly seen in these exposures,
12  that there is clearly a relationship, and it is not
13  just related to the high high levels, and I
14  can't -- you know, that's where -- that's where I got
15  that literature.
16             So there is a literature that relates
17  these to lower levels of hydrogen sulfate, but the
18  literature does not say it's clearly 5 parts per
19  billion.
20       Q.    And because you are not familiar with the
21  dosage of the exposure under which those injuries
22  that I just listed can be caused by H2S in
23  combination with VOCs, you would agree with me that
24  that would not be a reliable causation opinion to
25  offer in this case?

Page 391

1             MR. FOSTER:  Objection to form.
2        A.    Well, I said it was potentially caused
3   based on that literature of association.  Okay.  And
4   I agree with you, that that's not the same as the
5   5 parts per billion.
6             Now, I'd offered the following caveat, I
7   wish I had the time to do this before the deposition.
8   I just -- you know, I'm reviewing things, and I just
9   haven't had the chance to do that.
10            I reserve the right to look at the
11  compounds, and I don't think I am going to find this,
12  but because the levels are not way high in terms of
13  the VOCs, but I want to look, because some of the
14  VOCs were not real low that were there, and I want to
15  look to see if they can cause those symptoms.
16            I am not aware of that right this moment,
17  but I would like to look at that.
18       Q.    So the injuries that I just listed,
19  currently, you have not done the analysis, and you
20  are not able to offer an opinion on whether exposure
21  to 5 parts per billion of H2S over 30 minutes can
22  cause those symptoms?
23       A.    No.  That -- I have said that.  My
24  analysis was, and the judge was talking about this,
25  that the literature does not support that these

Page 392

1    symptoms, the respiratory, occular, whatever comes
2    from 5 parts per billion, it has to be higher than
3    that, okay, and I am not disagreeing with that.
4              And I am saying in my review of the
5    symptoms that these patients complain of, some of
6    these were the most dramatic things that were
7    associated with exposure, okay, so I mean right, I
8    mean I don't know why that is, but it is.
9              And so the question is, you know, you try
10   to look for the literature to substantiate that, and
11   I can't -- you do the 5 parts per billion in that,
12   but the plaintiffs clearly said these were some of
13   the worst symptoms that they had, you know, not all
14   of them, but some of them.
15             And so, if you look in the literature,
16   these are also common symptoms associated with
17   pollution exposure, especially the hydrogen sulfate
18   kind of exposures and VOCs, and so there is a
19   discussion in the literature of why is that, and we
20   may know an answer next year or something, and the
21   only thing I can answer here is I haven't been able
22   to have the time to look at the specific VOCs that
23   were found at the -- in the community, was it the
24   concentration that they found them could potentially
25   cause these symptoms, if there is a literature for that.

Page 394

1  COMMONWEALTH OF VIRGINIA, AT LARGE, to wit:
2
3       I, LESLIE D. ETHEREDGE, a Registered Merit
4  Reporter, Certified Court Reporter and Notary Public
5  for the State of Virginia at Large, do hereby certify
6  that ROBERT DeLORENZO, M.D., Ph.D., M.P.H. appeared
7  before me, was sworn by me and was thereupon examined
8  by counsel; and that the foregoing is a true, correct
9  and full transcript of the testimony adduced, to the
10 best of my ability.
11       I further certify that I am neither related to
12 nor associated with any counsel or party to this
13 proceeding, nor otherwise interested in the event
14 thereof.
15      Given under my hand in Chesterfield, Virginia,
16 this 7th day of May, 2024.
17
18
                    _____
19
20                  LESLIE D. ETHEREDGE
                    Registered Merit Reporter, Certified
21                  Court Reporter and Notary Public for the
                    State of Virginia at Large
22
23 My commission expires:
24 February 28, 2027
25 Notary Registration No:  116406