UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL., | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 19-11133, |
| | * | c/w 19-14512 |
| VERSUS | * | |
| | * | |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL., | * | |
| | * | JUDGE MORGAN |
| | * | |
| DEFENDANTS. | * | MAGISTRATE |
| | * | JUDGE NORTH |
| *APPLIES TO: ALL CASES* | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANTS' MOTION TO EXCLUDE OPINION TESTIMONY OF
SUSAN SCHIFFMAN PURSUANT TO FEDERAL RULE OF EVIDENCE 702**

Defendants Aptim Corporation, Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Defendants") respectfully submit this motion and request that the Court preclude Plaintiffs' expert, Susan Schiffman, PhD, ("Dr. Schiffman"), from offering any expert testimony as to: (1) whether hydrogen sulfide ("H$_2$S") lingered inside the Trial Plaintiffs' homes; (2) whether Defendants adhered to best management practices in operating the Jefferson Parish Landfill ("JPLF") (3) whether exposure to volatile organic compounds ("VOCs") contributed to the Trial Plaintiffs' injuries; and (4) whether specific causation exists for the Trial Plaintiffs, for the reasons set forth in the attached memorandum.

WHEREFORE, Defendants respectfully request that the Court grant their *Daubert* motion and exclude Dr. Schiffman's proffered expert opinions on lingering H$_2$S, best practices in

operating the JPLF, Plaintiffs' alleged exposure to VOCs, and specific causation as to the individual Plaintiffs.

                                            Respectfully submitted,

                                            LISKOW & LEWIS, APLC

                                            By:   /s/ Michael C. Mims
                                                    Michael Cash (#31655)
                                                    Cherrell Simms Taplin (#28227)
                                                    Michael C. Mims (#33991)
                                                    Brady M. Hadden (#37708)
                                                    J. Hunter Curtis (#39150)
                                                    Alec Andrade (#38659)
                                                    701 Poydras Street, Suite 5000
                                                    New Orleans, LA 70139
                                                    Telephone: (504) 581-7979
                                                    Telefax: (504) 556-4108

                                            BEVERIDGE & DIAMOND, P.C.

                                            Megan R. Brillault (*pro hac vice*)
                                            Michael G. Murphy (*pro hac vice*)
                                            John H. Paul (*pro hac vice*)
                                            Katelyn E. Ciolino (*pro hac vice*)
                                            Katrina M. Krebs (*pro hac vice*)
                                            825 Third Avenue, 16th Floor
                                            New York, NY 10022
                                            (212) 702-5400

                                            James B. Slaughter (*pro hac vice*)
                                            1900 N Street, NW, Suite 100
                                            Washington, DC 20036
                                            (202) 789-6000

                                            Michael F. Vitris (*pro hac vice*)
                                            400 W. 15th Street, Suite 1410
                                            Austin, TX 78701
                                            (512) 391-8035

                                            *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

                CONNICK AND CONNICK, LLC

                By:    /s/ Michael S. Futrell
                      William P. Connick, La. Bar No. 14158
                      Michael S. Futrell, La. Bar No. 20819
                      Matthew D. Moghis, La. Bar No. 33994
                      Anya M. Jones, La. Bar No. 36923
                      3421 N. Causeway Blvd., Suite 408
                      Metairie, Louisiana 70002
                      Telephone: (504) 681-6658
                      Facsimile: (504) 838-9903
                      E-mail: moghis@connicklaw.com

                      *Counsel for Defendant Jefferson Parish*


                GIEGER, LABORDE & LAPEROUSE, L.L.C.

                By:    /s/ J. Michael DiGiglia
                      Ernest P. Gieger, Jr. (6154)
                      John E. W. Baay (22928)
                      J. Michael DiGiglia (24378)
                      Nicholas S. Bergeron (37585)
                      Blaise Chadwick Hill (*pro hac vice*)
                      Gieger, Laborde & Laperouse, L.L.C.
                      Hancock Whitney Center
                      701 Poydras Street, Suite 4800
                      New Orleans, Louisiana 70139
                      Telephone: (504) 561-0400
                      Facsimile: (504) 561-1011

                      *Attorneys for Defendant Aptim Corp.*


## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing was electronically filed on June 6, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.


                By:    /s/ Michael C. Mims

3