UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## **DECLARATION OF MICHAEL C. MIMS**

I, Michael C. Mims, hereby declare as follows:

1. I am a Shareholder of the law firm Liskow & Lewis, APLC, and am duly admitted to practice before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of Defendants' Motion To Exclude Opinion Testimony Of Susan Schiffman Pursuant To Federal Rule Of Evidence 702. I am fully familiar with the facts set forth herein.

3. A true and correct copy of the report of Susan Schiffman is attached hereto as Exhibit 1.

4. A true and correct copy of excerpts of the deposition of Susan Schiffman dated April 26, 2024 is attached hereto as Exhibit 2.

5. A true and correct copy of excerpts of the deposition of Susan Schiffman dated August 31, 2021 is attached hereto as Exhibit 3.

6. A true and correct copy of excerpts of the deposition of James Lape is attached hereto as Exhibit 4.

2

       7.      A true and correct copy of the March 8, 2024 report of John Kind is attached hereto as Exhibit 5.

       8.      A true and correct copy of excerpts of the deposition of Susan Schiffman dated August 30, 2021 is attached hereto as Exhibit 6.

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana this 6th of June, 2024.

                                                                           /s/ Michael C. Mims