**Expert Report in the Matter of Odor Complaints in Jefferson Parish, New Orleans, LA**

Dated: January 28, 2024

Prepared by Susan S. Schiffman, PhD
President, Schiffman Consulting

Prepared for:

Whiteford, Taylor & Preston LLP

## Table of Contents

Table of Contents                                                                                              2

Overview of Opinions                                                                                          3

Qualifications                                                                                                      6

Information considered                                                                                         7

Requested Services                                                                                              8

Hourly Rate                                                                                                          9

Five categories of opinions

Opinion 1: Malodor perception                                                                              9

Opinion 2. Malodor FIDO and Daily Activities                                                        15

Opinion 3. Malodor source-JPL                                                                           23

Opinion 4. Malodor health effect                                                                          31

Opinion 5 Malodor lasting impact                                                                         35

References                                                                                                          36

Appendices

Appendix A. Additional Information from Jefferson Parish Citizen Smell

Reports, LDEQ Grab samples, and Integral Consulting                                           46

Appendix B. Additional discovery materials                                                          58

Appendix C. Curriculum Vitae of Susan S. Schiffman, PhD                                   60

Appendix D. Testimony Experience for the Past Four Years                                 101

## Overview of Opinions[1]

There were widespread and persistent malodors associated with fugitive landfill gas emissions in the communities adjacent to the Jefferson Parish Landfill (JPLF) that began to spike in August, 2017[2] and continued through 2019 and into early 2020.[3]   The areas affected by the malodors included the residences where the Trial Plaintiffs[4] are or were located.[5]   These noxious emissions were an unpredictable and uncontrollable provocation[6] that adversely affected, over a multi-year period,[7] the Plaintiffs' psychological well-being, quality of life and use and enjoyment of their property,[8] as I understand the use of those terms in connection with violations of the obligations of neighborhood under Louisiana Civil Code §§ 667-669.[9]   The frequency, intensity, duration, and

---

[1] This Overview of my Opinions is taken, virtually verbatim, from my Revised Expert Report dated August 27, 2021, the essential parts of which have been adopted or validated by the Hon. Susie Morgan in her Findings of Fact and Conclusions of Law in *Addison v. Louisiana Regional Landfill et al.,* Civil Action No. 19-11133 c/w 19-14512, in the United States District Court for the Eastern District of Louisiana, dated November 29, 2022, ECF 323 (the "Opinion on General Causation"), as cited below.

[2] Opinion on General Causation at 7.  Also, "Mr. Buller testified odor complaints from Harahan and River Ridge increased between August and October 2017, around the time the Landfill began accepting waste from Rain Carbon." Opinion on General Causation at 26.

[3] The Court determined that the "relevant time period" for the purpose of the Plaintiffs' claims was from July 1, 2017 to December 31, 2019.  Opinion on General Causation at 1.

[4] The Trial Plaintiffs are Andrew Section, the Vernice Lewis/Tyrone Thompson family, Geneva Green, the Scott and Wendy Gremillion family, Jonathan Tate, Mary Ann Winningkoff, Reshaun Richardson, and Stanley Meyers.

[5] Opinion on General Causation at 20-24.

[6] Opinion on General Causation at 33, citing my testimony.

[7] *See* footnote 3 above.

[8] Opinion on General Causation at 40-42, citing my testimony.

[9]  Art. 667 provides:

"Although a proprietor may do with his estate whatever he pleases, still he cannot make any work on it, which may deprive his neighbor of the liberty of enjoying his own, or which may be the cause of any damage to him.  However, if the work he makes on his estate deprives his neighbor of enjoyment or causes damage to him, he is answerable for damages only upon a showing that he knew or, in the exercise of reasonable care, should have known that his works would cause damage, that the damage could have been prevented by the exercise of reasonable care, and that he failed to exercise such reasonable care."
https://law.justia.com/codes/louisiana/2009/cc/cc667.html

Article 668 provides:

"Although one be not at liberty to make any work by which his neighbor's buildings may be damaged, yet everyone has the liberty of doing on his own ground whatsoever he pleases, although it should occasion some inconvenience to his neighbor."

"Thus he who is not subject to any servitude originating from a particular agreement in that respect, may raise his house as high as he pleases, although by such elevation he should darken the lights of his neighbor's house, because this act occasions only an inconvenience, but not a real damage."
https://law.justia.com/codes/louisiana/2009/cc/cc668.html.

And, Article 669 provides:

offensiveness (FIDO characteristics)[10] of the malodorous mixture of $H_2S$ along with other volatile organic compounds (VOCs),[11] caused psychological effects with physiological underpinnings including headaches,[12] nausea[13] or vomiting,[14] loss of appetite,[15] dizziness,[16] sleep deprivation,[17] fatigue,[18] and anxiety and worry.[19,20]   The malodorous emissions were an environmental stressor that had adverse effects on the psychological and behavioral status of the trial Plaintiffs.[21]   A careful analysis of the $H_2S$ data that was used as a tracer of airborne contamination indicates that JPLF was the main source of the odor and resulting complaints.[22]   This conclusion is based upon a number of facts proven at the trial on general causation, importantly including the 2018 measurements of $H_2S$ in the community adjacent to JPLF by the Louisiana Department of Environmental Quality (LDEQ) and the modeling of $H_2S$ emissions from JPLF by Integral Consulting, Inc. (Jim Lape)[23] using emissions estimates from Ramboll US Corporation.   The

---

"If the works or materials for any manufactory or other operation, cause an inconvenience to those in the same or in the neighboring houses, by diffusing smoke or nauseous smell, and there be no servitude established by which they are regulated, their sufferance must be determined by the rules of the police, or the customs of the place." https://law.justia.com/codes/louisiana/2011/cc/cc669.

In this case, based upon the trial plaintiffs' complaints, there can be no reasonable contention that the noxious odors were a mere "inconvenience" as opposed to repetitive, severe, permeating, and persistent malodors which caused extensive "damage to" and "deprived the neighbor of the use and enjoyment of his property." *See* Judge Morgan's descriptions, citing my testimony, in Opinion on General Causation at 35-42.  Indeed, Defendants' expert, Dr. Dalton, testified that "she found no reason to doubt that the symptoms reported by residents were real, and she found the reports to be credible."  Opinion on General Causation at 30.

[10] Odor policies and regulations throughout the world typically rely on FIDO characteristics to assess odor exposure (Bokowa et al. 2021).  Opinion on General Causation at 40, citing my testimony.  *See also:* The Texas Commission on Environmental Quality (TCEQ) created the FIDO system for use in their investigations of odor complaints, and the U.S. Agency for Toxic Substances and Disease Registry (ATSDR) adopted it.

[11] The other VOCs present in the Landfill's emissions enhanced the intensity of the bad odor and "combinations of malodors, even when individually below odor detection thresholds, can have an additive, sub-additive, or synergistic effect to enhance the bad odor."  Opinion on General Causation at 34-35, citing my testimony.  Under those circumstances, the emissions from the JPLF would constitute *a* contributing cause of the resulting more intense odor.

[12] Opinion on General Causation at 35-36, citing my testimony.

[13] Opinion on General Causation at 36-37, citing my testimony.

[14] Opinion on General Causation at 37-38, citing my testimony.

[15] Opinion on General Causation at 38, citing my testimony.

[16] Opinion on General Causation at 38-39, citing my testimony.

[17] Opinion on General Causation at 38, citing my testimony.

[18] Opinion on General Causation at 38-39, citing my testimony.

[19] Opinion on General Causation at 39-40, citing my testimony.

[20] Opinion on General Causation at 28.  These psychological effects are grounded in the physiological effects that odors have on the human body, including the brain.  *Id.*  As the Court also found, and the Defendants' expert, Dr. Pamela Dalton, largely agreed, "malodors can cause a separate psychological response in people, eliciting 'somatic symptoms,' which are 'responses about our body experiences." Opinion on General Causation at 30.

[21] Opinion on General Causation at 29, 33, 40, citing my testimony.

[22] Opinion on General Causation at 20-26, citing my testimony and my opinion, to which I testified without objection, that the malodors came from the JPLF.  That is, there is a chemical signature for what is coming off the JPLF that matches the compounds that were detected by LDEQ in the community. See Opinion 3 for a further discussion on this topic.

[23] General Causation Exhibit 429, Exhibit 430, Exhibit 465.

malodorous emissions from JPLF contained $H_2S$ as well as other volatile compounds released from or by municipal solid waste,[24] landfill gas,[25] leaking wells,[26] leachate,[27] sulfides in the spent lime/fly ash used to solidify liquid waste,[28] and other breaches in the waste treatment system,[29] all of which were known, or should have been known, to the Defendants at times when preventive action could, and should, have been taken.[30]   When the emissions from JPLF migrated to neighboring communities, the malodorous plumes frequently contained $H_2S$ levels that exceeded the World Health Organization (WHO) perception threshold of an average of 5 ppb of $H_2S$ or greater over a 30-minute interval[31] and generated the adverse effects suffered by the Plaintiffs.[32] The psychological effects on the trial plaintiffs resulting from the combination of adverse biological effects with the noxious emissions and odor will likely continue to plague the trial plaintiffs over time.   The anxiety and dread of a renewed onslaught of malodors which the trial plaintiffs felt during the relevant period have, through rewiring in the brain, become a learned aversion.   Thus, the trial plaintiffs will likely continue to experience malaise or adverse health effects from malodors in the future.   Overall, the malodors impaired the health of the plaintiffs at every level consistent with the guideline for "health" as defined by WHO: "Health is a state of complete physical, mental and social well-being and not merely the absence of disease or infirmity.

---

[24] Opinion on General Causation at 5-10.

[25] Opinion on General Causation at 18-20.

[26] Opinion on General Causation at 18-19.

[27] Opinion on General Causation at 10-12, 14-15, 19.

[28] Opinion on General Causation at 5-10.

[29] Opinion on General Causation at 11-12, 16-17, 19.

[30]  In particular, as early as 1990 [William H. Nelson (1990) Gypsum Waste Disposal: Land vs Sea or Recycling, Chemistry and Ecology, 4:4, 247-258, DOI: 10.1080/02757549008035239)], gypsum board was rejected by some landfill operators due to the resulting odor from $H_2S$. Ultimately, the best management practice to control odors, which is well known in the waste management industry, is that gypsum board, which contains a large proportion of sulfates, should not be disposed in municipal solid waste landfills because the conditions in such landfills are likely to produce hydrogen sulfide odors.  [Jeffrey, C., 2011. Construction and demolition waste recycling: A literature review. *Dalhousie University's Office of Sustainability*, *35*; Best Management Practices to Prevent and Control Hydrogen Sulfide and Reduced Sulfur Compound Emissions at Landfills that Dispose of Gypsum Drywall. US EPA/600/R-14/039, August 2014, Office of Research and Development, National Risk Management Research Laboratory, Land Remediation and Pollution Control Division, www.epa.gov/research; Ndukwe, I. and Yuan, Q., 2016. Drywall (gyproc plasterboard) recycling and reuse as a compost-bulking agent in Canada and North America: A review. *Recycling*, 1(3), pp.311-320.]  Further, Defendants or their agents were also aware of a paper published in 2017 by Jeff Marshall, one of Defendants' own experts in this case, which reported that fly ash used to solidify liquid wastes can cause odors, noting, "[f]ly ash contains soluble sulfates that when mixed with water and the right conditions . . . can produce [hydrogen sulfide] gas."  Trial Ex. 441 at Bates No. 75384-85.

[31] Opinion on General Causation at 31-33, citing my testimony and my published studies, and 35, also citing my testimony.  According to WHO, "In order to avoid substantial complaints about odour [sic] annoyance among the exposed population, hydrogen sulfide concentrations should not be allowed to exceed 7 µg/m³ [5 ppb], with a 30-minute averaging period."   See World Health Organization. Air Quality Guidelines - Second Edition. Chapter 6.6 Hydrogen sulfide. WHO Regional Office for Europe, Copenhagen, Denmark 2000.  As the Court found, "the scientific literature and Dr. Schiffman's own studies have shown such a level of exposure 'always is a nuisance' to the individuals exposed."  Opinion on General Causation at 31.

[32] Defendants' expert, Dr. Dalton, testified that "she found no reason to doubt that the symptoms reported by residents were real, and she found the reports to be credible."  Opinion on General Causation at 30.

The enjoyment of the highest attainable standard of health is one of the fundamental rights of every human being without distinction of race, religion, political belief, economic or social condition."[33]


## Qualifications of Susan S. Schiffman, PhD

1.   I have worked in the field of odor assessment and effects for over five decades. Most of my professional career was spent at Duke University (1965-2006), first as a graduate student and ultimately as a Professor of Medical Psychology in the Department of Psychiatry, Director of the Taste and Smell Laboratory, and Professor in the Department of Psychological and Brain Sciences.  I have been a Visiting Scientist in the Department of Biochemistry at the University of Oxford, England (1980-1981), and have served on the External Advisory Committee for the University of Pennsylvania's Clinical Taste and Smell Research Center (1984-1990). From 1995 to 2007, I was Adjunct Professor in the Department of Biological and Agricultural Engineering, North Carolina State University, Raleigh, North Carolina. From 2008-2022, I was Adjunct Professor in the Department of Electrical and Computer Engineering, North Carolina State University, Raleigh, North Carolina.  Since 2022, I have been Adjunct Professor in the Joint Department of Biomedical Engineering, University of North Carolina/North Carolina State University, Raleigh, North Carolina. I am a member of the Institute of Electrical and Electronics Engineers (IEEE), and, since 2019, I have been Working Group Chair for "Standards for testing machine olfaction devices and systems" of the IEEE Sensors Council Standards Committee.  I am also President of Schiffman Consulting, a firm that specializes in issues related to smell and taste, including all of the investigations which I performed and all of the opinions which I hold in this case.

2.   During the last 30 years, a major focus of my olfactory research has been malodors in outdoor air, especially ambient odors from swine operations, wastewater treatment facilities, and landfills. My investigations have spanned the range from psychological to molecular investigations of malodorous emissions, as well as instrumentation for measuring signals from odorous compounds at confined swine facilities and landfills. I have authored or co-authored numerous publications on the subject of malodors, and these publications have appeared in peer-reviewed journals, for example, Journal of Animal Science, Agricultural and Forest Meteorology, Journal of Agromedicine, Environmental Health Perspectives, and Journal of Environmental Quality. I have also presented symposia papers on the health effects of exposure to malodorous emissions including hydrogen sulfide and ammonia. I have also previously served as an expert witness regarding the issue here - the health effects caused by landfill gases (Amber, *et al.* v. Congress Development Company, *et al.* Case Number: 09 L 15741. Re: Request for expert opinions relative to health effect of odor from Congress Landfill. Deposition.)  I am familiar with the standards and best practices for odor control in the waste management and disposal industry.

---

[33] First articulated in the 1946 Constitution of the World Health Organization [World Health Organization. Office of the United Nations High Commissioner for Human Rights. The Right to Health, Fact Sheet No. 31 and retained in the current Constitution—see:
(https://www.who.int/about/governance/constitution#:~:text=Health%20is%20a%20state%20of,belief%2C%20economic%20or%20social%20condition).

3.   My work has included conducting human odor panels and identifying odorous chemicals from malodorous operations, which, in turn, involves educating and training others in the area of odor measurement. I chaired a workshop in 1998 sponsored by the Environmental Protection Agency that focused on the effects of odorous emissions from malodorous sources, including landfills, on neighbors in surrounding communities. I have received a number of grants to help advance our understanding of the science of odor from swine operations, and have been recognized for my work in evaluating alternative technologies for odor remediation.

**Information Considered**

1.   MAML (Mobile Air Monitoring Lab). 2018a. River Ridge and Harahan, LA, February 19, 2018.
2.   MAML (Mobile Air Monitoring Lab). 2018b. River Ridge and Harahan, LA, April 27, 2018.
3.   MAML (Mobile Air Monitoring Lab). 2018c. River Ridge and Harahan, LA, July 20, 2018.
4.   Carlson Environmental Consultants, Inc. 2018. Landfill Gas System Assessment for the Jefferson Parish Landfill. Carlson Environmental Consultants, Monroe, NC. Preliminary Report dated May, 2018; Final Report dated August 15, 2018
5.   Sworn Affidavit of Paul C. Chrostowski, PhD, QEP including Exhibits 1 and 2
6.   Louisiana Department of Health. Final draft. October 25, 2018. An additional Final draft January 14, 2019 was downloaded from the web. Update on the status of the Louisiana Department of Health (LDH) review of air monitoring results from samples collected by the Louisiana Department of Environmental Quality (LDEQ) in River Ridge, Harahan, Waggaman, and Avondale between February 19, 2018 and December 14, 2018. (https://ldh.la.gov/assets/oph/Center-EH/envepi/EPHT/Publications/HealthConsultRiverRidgeHarahanOdors.pdf).
7.   Plaintiff Fact Sheets in Whiteford, Taylor & Preston database, together with any corrections, modifications and addenda
8.   Descriptions of harms and injury as reported to counsel by 626 plaintiffs during client intake process
9.   Measurements of hydrogen sulfide and other compounds at Jefferson Parish Landfill by Ramboll US Corporation, Inc. along with locations
10. Maps of sampling locations of air bags sent to St. Croix for odor characterization
11. Drone data for methane (range from 500 ppm to 5,682 ppm)
12. TestAmerica Laboratory Reports; TestAmerica, an environmental testing laboratory, provided quantitative chemical analysis of the samples from JPLF obtained by Ramboll
13. Maps from Ramboll of sampling locations for chemical analysis
14. Spread tables of concentration of analytes compiled by Ramboll.  These included calculations of ratios of analyte concentrations to odor threshold--used to determine which chemicals from JPLF would have an odor individually (independent of whether they occur in a mixture).
15. Comparison of odor data from St. Croix odor and Odor Science and Engineering compiled by Ramboll
16. Dispersion modeling results from Integral Consulting, James Lape
17. St. Croix odor reports 1931001, 1931002, 1931202, 1931301 Sensory odor parameters
18. Jefferson Parish Citizen Smell Reports from 4/25/18 to 8/17/18; Odor Logs with addresses - Harahan River Ridge Air Quality Facebook pages
19. Historical documentation of measurements and violations at JPL, see Appendix B

20. Email chain dated November 7 and November 8, 2018 among Barry Bordelon, Clay Richardson, Rickie Falgoust, Bijan Sharafkhani, Keith Conley, Bates WC_JPLF_00270540-00270542.

21. Email chain dated July 2 and July 3, 2018, among Rick Buller, John Perkey, Robert Nielsen, Brett O'Connor, Keith Conley, and Mike Lockwood, Bates JP_JPLF_00074996-00075000.

22. Email chain dated July 27, 2018 among Mike Algero, David Wagenecht, Brian Tusa, and Peter Cazeaux, with MAML readings of $H_2S$ at Waggaman, Bates No. ADD_P_LDEQ00004326-4327.

23. Jim Lape's tables from August 25, 2021 that show the Phase 4A monthly flux rates for the 30 minute and hourly averages

24. Jim Lape's dispersion modeling as to individual plaintiffs and other Lape documents

25. Depositions of the trial plaintiffs

26. WGNO web Desk, Press Conference, Jefferson officials identify source of landfill odor, landfill engineer resigns, July 23, 2018.
(https://wgno.com/news/local/jefferson-officials-identify-source-of-landfill-odor-landfill-engineer-resigns/#:~:text=Jefferson%20Parish%20President%20Mike%20Yenni,in%20Waggaman%2C%E2%80%9D%20Yenni%20said). (Accessed 01-23-2023)

27. D. Hammer, "A sickening smell is invading Jefferson Parish.  But what is to blame?" November 15, 2019. (https://www.wwltv.com/article/news/investigations/david-hammer/jefferson-parish-landfill-investigation/289-84d9283d-c9ab-47d9-9019-cee69ececcb5). (Accessed 01-23-2023)

28. D. Hammer, "Millions spent on sickening smell in Jefferson Parish, but little has changed." November 18, 2019. (https://www.wwltv.com/article/news/investigations/david-hammer/stench-of-failure-part-2/289-84c96103-1832-4dae-a090-84e544d83a0f). (Accessed 01-23-2023)

29. Stench of Failure Part 1_fulltranscript17.pdf

30. Stench of Failure Part 2_fulltranscript97.pdf

31. Reports by Dr. Pietari and Jose Sananes

32. LDEQ inspection report, October 2019

33. Pivotal Ambient Air Assessment, Bates No. JP_JPLF_0019173 – 19226

34. Articles and material listed in references and Appendix B

35. Transcript of Jefferson Parish press conference dated July 23, 2018. (https://www.facebook.com/watch/live/?ref=watch_permalink&v=10155793116437060.plai).

36. In addition, my understanding of the issues has been informed by conversations with personnel from Ramboll concerning the JPLF and with James Lape of Integral Consulting concerning modeling.

37. I reserve the right to formulate additional opinions and to revise the opinions set forth herein if additional information is presented.


**Requested Service**

I was asked by Whiteford Taylor & Preston, LLP to assess the impacts of the odors and landfill gases emanating from the Jefferson Parish Landfill, located in Avondale, LA, on the health and welfare of surrounding communities and in connection with litigation that has been initiated concerning that matter (*Frederick Addison et al. v. Louisiana Regional Landfill Co., et al.,* Civ. Action No.19-1113 and 19-14512, and *Elias Jorge ("George") Ichtech-Bendek et al. v.Waste Connections Bayou, Inc.,* Civ. Action No. 18-7889, E.D.La.), particularly the six individual

plaintiffs and two family group plaintiffs who are involved in the trial scheduled to commence on Monday, August 5, 2024 (the "trial plaintiffs").

**Hourly rate**

I am being paid at the hourly rate of $450 for my services and have no financial interest in the outcome of this litigation. All of my opinions below are given within a reasonable degree of scientific and medical certainty. They are presented below in five categories.

**Opinion 1**

**Malodor perception and psychological effects.** **The salient odor quality of the emissions reported by the trial plaintiffs was "rotten eggs" and "sulfur" that are characteristic descriptions of the aversive odor of $H_2S$. Qualities of "trash/garbage/waste" and "sewage" that contain $H_2S$ were salient as well. The trial plaintiffs' descriptions of the odors are consistent with the reports by other non-trial residents of the affected areas. Aversive and noxious odors caused negative emotions including anxiety and worry.**

Evidence for the aversive quality of the odor was obtained from information provided by the trial plaintiffs, including their Plaintiff Data Sheets, supplementation of them, discovery and pre-trial depositions of the trial plaintiffs, narrative statements by other citizens living in the same area, ratings of odor samples by a trained panel, odor descriptions by the LDEQ Odor Patrol, statements by the Louisiana Department of Health (LDH), social networking sites devoted to the malodors which affected the communities during the relevant time period, and coverage of same by the media. An elaboration of the supporting evidence for Opinion 1 is provided in the following paragraphs 1.1-1.8.

**1.1.** In their Plaintiff Fact Sheets (PFSs), the plaintiffs were asked to classify the odor quality that they perceived using the following categories: "chemical smell," "petroleum odor," "rotten egg," "ammonia smell," "garbage smell," "other." The PFSs were drafted by the Defendants and the term "Other" allowed for spontaneous response by the trial plaintiffs without prompting. During further discovery and pre-trial depositions, the trial plaintiffs provided additional descriptions of the odor in narrative form. An overview of these categories given in Table 1 below indicated that the salient component of the odor is consistent with that of $H_2S$. This includes "rotten egg," "sulfur," "sour egg," "petroleum sulfur," along with "trash/garbage/waste" and "sewage," all of which contain $H_2S$. "Rotten eggs," is characteristic descriptor for the odor of $H_2S$ (CDC, 2020; ATSDR, 2016). These responses not only demonstrate the clear perception of $H_2S$ but also illustrate the plaintiffs' perception of the noxious and aversive valence of the odor.

**Table 1**: Odor character in the trial plaintiffs' words in response to the questions in the Plaintiff Fact Sheets (including any addenda) together with the trial plaintiffs' pre-trial depositions:

| DESCRIPTION OF ODOR | CITATIONS |
| --- | --- |
| Rotten egg | Andrew Section 1st deposition at p.62, 67; Jonathan Tate PFS;; Jonathan Tate 1st deposition at p.117, 124; Mary Ann Winningkoff 1st deposition at p.168; Reshaun Richardson |

| | |
|---|---|
| | 1st deposition at p.89, 118, 120; Stanley Meyers PFS; Terrance Thompson PFS; Tyrone Thompson 1st deposition at p.66, 98; |
| Sulfur | Jonathan Tate 1st deposition at p.117, 124; Mary Ann Winningkoff PFS; Mary Ann Winningkoff 1st deposition at p.92, 115, 136, 150 |
| Trash/Garbage/Waste | Geneva Green PFS; Geneva Green 1st deposition at p.47, 48, 83; Mary Ann Winningkoff 1st deposition at p.91; Reshaun Richardson 1st deposition at p.111; Stanley Meyers PFS; Terrance Thompson PFS |
| A combination of chemical smell, petroleum odor, rotten egg, ammonia smell and garbage smell | Stanley Meyers 1st deposition at p.84; A.G. PFS; B.G. PFS; Wendy Gremillion PFS; Scott Gremillion PFS; Scott Gremillion 1st deposition at p.95-96; |
| Sewage | Andrew Section Corrections to PFS; Mary Ann Winningkoff 1st deposition at p.90; Mary Ann Winningkoff 1st deposition at p.168; Reshaun Richardson PFS; Reshaun Richardson 1st deposition at p.84-85, 123 |
| Petroleum Sulfur | Mary Ann Winningkoff 1st deposition at p.98 ("petroleum sulfate. Like sulfur. It was like a sulfur burning drug… Part of the oil in a sulfur like, you know? It stunk, but yet it burned. You know, it was mixed together. Petroleum sulfur.") |
| Petroleum | Mary Ann Winningkoff PFS; Mary Ann Winningkoff Corrections to PFS; Mary Ann Winningkoff 1st deposition at p.124; Stanley Meyers PFS; Stanley Meyers 1st deposition at p.84 |
| Chemical | Stanley Meyers PFS; Tyrone Thompson PFS; Vernice Lewis PFS; Terrance Thompson PFS |
| Gas | Geneva Green PFS; Geneva Green 1st deposition at p.47; Mary Ann Winningkoff 1st deposition at p.123 |
| Gas Petroleum | Mary Ann Winningkoff 1st deposition at p.90; |
| Sour egg | Andrew Section 1st deposition at p.14 |
| Ammonia | Stanley Meyers PFS; |
| Dirty Smell | Tyrone Thompson PFS |
| Mixed Nasty Smell | Tyrone Thompson PFS |
| Dead Body | Tyrone Thompson 1st deposition at p.98; |

**1.2.** The descriptors used by the plaintiffs given in Table 1 indicate that two different nerves in the nasal cavity were activated by the airborne emissions from JPLF.  The olfactory nerve (cranial nerve I) transmits odor quality such as "rotten egg" to the brain while the trigeminal nerve (cranial nerve V) transmits signals related to pungency such as "sour" and "ammonia." The term "ammonia" is often used to describe pungency because most people have no vocabulary for describing this type of sensation.   Activation of the trigeminal nerve leads to the release of the potent hormone epinephrine that can contribute to feelings of anxiety in response to malodors

(Schiffman et al., 2000).  The distinction between cranial nerves I and V will be explained further in Opinion 4 on the health complaints.

**1.3.** The trial plaintiffs' characterization of odor characteristics and quality in Table 1 is consistent with the odor characteristics and quality described by the entire cohort of *Addison* plaintiffs as well as by the Jefferson Parish Citizen Smell Reports from 4/25/18 to 8/17/18 (see Appendix A-Tables 1a and 1b respectively). The descriptors used by JPLF neighbors in the Citizen reports included "rotten egg," "burning sulfur," "BAD sulfur smell," "horrific sulfuric smell," and other sulfur-like descriptors. Furthermore, they included other more general comments about the aversive nature of the odor (see Appendix A-Table 1c). These comments included words such as "awful", "bad", "disgusting", "foul", "horrid", "noxious", "repulsive", and "terrible."

**1.4.** In November, 2019, Ramboll, the consulting engineering group, collected ambient odor samples in Tedlar bags from the JPLF as well as samples from gas wells and the gas flare at the JPLF, along with simultaneous $H_2S$ readings at the same locations. The Tedlar bags were sent to St. Croix Sensory for human evaluation. The correlation of the odor detection thresholds for all samples with $H_2S$ (ambient and non-ambient) was 0.92. The correlation between all of the ambient samples alone with $H_2S$ was 0.60. The most salient odor descriptors used by the St. Croix panelists for ambient samples were "sulfur" and "decay." The odor characterization of the JPLF air samples by St. Croix as "sulfur/decay" is consistent with odor descriptions by the trial plaintiffs, non-trial plaintiffs, and other citizens in neighboring areas as "rotten egg/garbage." Less salient descriptors by St. Croix included: "chemical", "petroleum", "earth", "medicinal", "plastics", and "burnt." The less salient descriptors such as "petroleum" can be accounted for by the volatile organic compounds (VOCs) that are released from JPLF along with $H_2S$ as discussed in Opinion 3.

**1.5.** The odor quality perceived by the trial plaintiffs is also consistent with odor terms used by the LDEQ Odor Patrol. The odor patrol visited the neighborhoods near the JPLF from October 9 to December 14, 2018 and noted the odors they perceived (LDH, 2019, pp 13,14). The majority of the odor descriptions (60%) were: "landfill gas" and related terms including "hydrogen sulfide odor", "rotten egg", and "gas". Eleven percent (11%) were described as "garbage." Other descriptors used by the Odor Patrol were: "chemical", "cleaner type", and "grain odor."

**1.6.** The Louisiana Department of Health acknowledged that the odiferous compounds to which the residents living near the JPLF were exposed were aversive and could be described by the terms: "foul", "noxious", and "stench" (LDH, 2019). LDEQ records indicated that complaints about malodors from the JPLF began in November 2008 but began to spike in August 2017. The odor incidents were most prevalent at night and early morning hours. Between April 2018 and the time of the LDH report on January 14, 2019, there were "more than 1,800 complaints about the stench." In her Opinion on General Causation, the Court found that "Jefferson Parish residents reported a total of 3,469 odor complaints to Jefferson Parish and LDEQ during 2017, 2018 and 2019, plus additional informal complaints made on Facebook.  The residents' complaints . . . reflect that the odor had the smell of hydrogen sulfide.  Some of the ways the residents described the odors were "dumpster," "garbage," "trash," "rotten food," "rotten egg," "sulfur," and "wet garbage."  These complaints are consistent with exposure to hydrogen sulfide odors."

**1.7.** A review of the transcriptions of the videotaped depositions of the plaintiffs (listed in footnote 4 above) shows that exposure to these malodors from JPLF over a multiyear period caused enormous anxiety, worry, stress, and unpleasant feelings.  Representative examples are given below.

Andrew Section used emotionally-laden responses to lawyers' questions indicative of anxiety including: "You couldn't breathe it." "I mean it was just horrible." "And we had to live through that." "Headaches. Throwing up. The smell. The lost weight." "I couldn't sleep." "The smell was just horrible."  "You know, the way I feel about the situation, that that smell was so horrible, I don't know what's going to go on with my body. They got people that done died already."

Stanley Meyers described numerous "physical problems, sore throats, vomiting, nausea" in response to the odors. "I just was anxious all the time trying to figure out what was going on. Trying to find answers." He also revealed that the odors caused sexual erectile dysfunction which is clearly a source of anxiety and worry. "It was due to the smells. You don't want to be doing that kind of stuff when you're breathing in all that other funky smells. I don't know. I'm just saying I thought that it was something that didn't make the mood sexual – sexual -- how you do it?"

Mary Ann Winningkoff, like other plaintiffs, used emotionally-laden responses to lawyers' questions indicative of anxiety and worry including: "burned my eyes and gave me migraines for days was terrible." "And I truly believe that my husband would be here today if it wouldn't have been that was damaging his lungs more." "The sulfur smell was there, horrible all the time." "I didn't know what to do anymore."  "My husband was having breathing problems. I had breathing problems." "You know, I just threw my hands up."  "And, you know, I mean I am literally doing this because I love my husband dearly and he deserved better. I'm doing it for me because I had to suffer and worry about him."  "I can remember it was horrible. How did I react? Oh, my God. I cried." "My whole heart thinks that he would be here longer if it wasn't for that smell going through his system. Because I know what I went through, so I can imagine what he went through."  "I'm doing it for me because I had to suffer and worry about him."

Wendy Gremillion stated that she had "a lot of stress, worry, there was anxiety I mean, you don't know what it's doing to your family, your husband, yourself." "How do you escape it? There's no answer." "I complained a lot." "I felt like I was beating my head against a brick wall with the smell." "The smell was horrendous." "I mean, once it gets in the house, it stays. It burns." "I worried about it all the time." "God, I hope it doesn't come. Is it here yet?" "It just engulfed us." "It was sickening."

Scott Gremillion reported that he was "very nervous about what was going on, very nervous about what this was doing to our kids." In discussing his wife's response to the odors, he said: "I guess her stress was through the roof with it." "We left Louisiana because we were scared for our kids' safety in the long run. For our safety in the long run, fatigue. We were scared. We were stressed." "to see your wife suffer, you hate seeing that." "You hate seeing your kids suffer. And just her overall mood. I mean, it would put her in a different state of mind. She was miserable-feeling, you know."

Reshaun Richardson reported that the odors made her "Restlessness," "fidgeting," "very, very uncomfortable" and caused "anxiety."

Jonathan Tate stated that "over time I developed anxiety from it because I was always worried." "Are my kids going to get sick, are my kids going to be safe playing."

The responses by the plaintiffs above are consistent with those in the Jefferson Parish Citizen Smell Reports from 4/25/18 to 8/17/18 (see Appendix A-Table 1d)

**1.8.**   Concerns about sickening smells from the JPLF have been chronicled on social networking sites (e.g. Facebook) and have garnered much attention in the media including newspapers and television as well as YouTube (WWLTV, 2019; Roberts, 2019, Hammer, 2019).   All of these reports are consistent with the trial plaintiffs' description of the odors and their resulting psychological revulsion and consequent effects.

### *Opinion 1. <u>Malodor perception: Rationale</u>*

These data indicate that the malodors from the JPLF were profoundly noxious with a salient odor quality of "rotten eggs" that is characteristic of $H_2S$, along with a secondary quality of "garbage"/"decay."   Additional descriptors such as "ammonia", "sour" and "petroleum" by trial plaintiffs and "pungent", and "pepper spray" by other neighbors of JPLF indicate that the rotten egg odor was accompanied by other non-sulfur-like components. Noxious odors associated with biodegradable waste have consistently been shown to trigger stress and negative mood (Schiffman et al., 1995, 2000; Schiffman, 1998; Nimmermark, 2004; Schiffman and Williams, 2005; Horton et al., 2009; Ragoobar et al., 2016). Exposure to malodors can increase feelings of discomfort and the desire to escape an environment (Asmus and Bell, 1999). The presence of malodor can also degrade performance on short-term memory tasks (Danuser et al., 2003). Aversive sulfurous compounds such as ethyl mercaptan are intentionally added to propane and butane, and its stench is a warning agent that conveys the threat of fire, explosion and asphyxiation. When a situation such as aversive odors causes a reaction in the brain that induces the body to want to flee from the danger and the affected person cannot escape, it can exacerbate the feeling of frustration and anxiety (Tompkins, 2013).  Here, in my opinion, when the plaintiffs were repeatedly assaulted by the malodors and were highly concerned for their and their loved one's health but, because of their financial or other personal situations, could not leave the area, their stress and anxiety was multiplied and reinforced.

Schiffman et al. (1995) evaluated the effect of environmental odors on mood in communities exposed to $H_2S$ as well as other breakdown chemicals of organic matter similar to those above-reported emanating from the JPLF. Mood ratings by residents in the communities were made on the Profile of Mood States (POMS) questionnaire, a well-standardized scale used to quantify objectively the impact of exposure to malodors. The ratings were made on multiple days during which residents smelled the odors. The results indicated that persons exposed to malodorous emissions experienced significantly more tension, more depression, more anger, less vigor, more fatigue, and more confusion than persons who were not exposed.  This conclusion is consistent with and supports the reports of the trial plaintiffs of the adverse effects of the malodors from the JPLF on them.

Horton et al. (2009) also found that exposure to malodors from $H_2S$ and other breakdown products of organic matter impaired mood. In that study, participants spent 10 minutes outdoors at home twice daily for two weeks and rated any odor present on a 9-point scale ranging from 0 (no odor) to 8 (very strong odor). Next, they responded to five mood state questions: "How do you feel now: (a) stressed or annoyed?, (b) nervous or anxious?, (c) gloomy, blue, or unhappy?, (d) angry, grouchy, or bad-tempered?, (e) confused or unable to concentrate?" Four further questions came from the POMS questionnaire. They found that feeling stressed or annoyed, nervous or anxious, gloomy or unhappy, angry or grouchy, and confused or unable to concentrate increased with

13

ratings of malodor. Increasing levels of $H_2S$ levels were strongly associated with elevated levels of feeling stressed or annoyed and nervous or anxious.

Rotton (1983) also showed a short exposure (15-30 minutes) to a malodorous sulfur-containing compound has psychological effects. He found that a sulfurous malodor lowered tolerance for frustration when exposure was unavoidable and impaired attention that resulted in reduced performance on a complex task. These findings support the reports of the trial plaintiffs that they suffered anxiety and other negative effects on their moods as a result of the odors from the JPLF.

Heaney et al. (2011) studied the effect of odors on community-dwelling residents who lived near a landfill in North Carolina. The landfill neighbors kept twice-daily diaries for 14 days regarding the odor intensity and quality from the landfill. They also rated their mood states (as well as physical symptoms and alteration of daily activities) associated with the odor exposure. Odor levels were rated on a 5-point scale from 0 (none)-4 (very strong). Seven mood states were rated: (a) stressed, (b) nervous, (c) gloomy, (d) angry, (e) confused, (f) active, and (g) weary. Concentrations of $H_2S$ as a marker of exposure were obtained throughout the 14-day study. Heaney et al. found that ambient $H_2S$ levels were above the odor detection limit during 72% of the diary time periods. When neighbors were exposed to landfill odor for as short a time as 5 minutes, they were 5.2 times more likely to have negative mood than when there was no odor. While $H_2S$ was positively associated with malodor, qualitative odor descriptions of the strongest odors were not the characteristic rotten egg smell of $H_2S$ but rather "rotting (garbage, food, carcasses), smoke (burning gasses), and chemical fumes." For this reason, the authors concluded that negative effects on mood appeared to arise, predominantly, from fresh garbage added to the landfill rather than anaerobic decay of organic material over time. Regardless of that conclusion, the findings regarding the effects of $H_2S$ odors on these subjects were consistent with the effects on the trial plaintiffs and, in the study, were at lower levels and for a shorter period of time than those experienced by the trial plaintiffs, as shown in Mr. Lape's dispersion modeling.

Municipal solid waste landfills (MSWLFs) are a well-known source of malodors that can cause significant annoyance for neighbors in adjacent communities. Annoyance is an unpleasant mental state that is characterized by angry irritation and distraction from one's conscious thinking. Concerns about odor annoyance from landfills frequently appear in scientific publications (Nicolas et al., 2006; Di Gilio et al., 2018; Romain et al., 2008; Ying et al., 2012; Che et al, 2013; Sarkar et al., 2003) as well as the lay press (Finnerty, 2017; Wilson, 1997; Hudak, 2016). In the case at hand, the malodors resulting from the acceptance of spent lime and other sulfur containing materials into the JPLF were in addition to the malodors usually to be anticipated from a MSWLF. The malodorous events were closely coordinated in time with the acceptance of the spent lime and the efforts to repair JPLF's gas and leachate collection systems which disturbed the landfill cover and contents.

### *Opinion 1. <u>Malodor perception</u>: Conclusion*
The data in 1.1 to 1.8 above, along with the scientific literature on odor exposure and the effects thereof, support the conclusion that the malodors from the JPLF experienced by neighbors over the period 2017 - 2019 impaired their mood and overall health as set forth by the World Health Organization (see footnote 31). Malodor is an environmental stressor with psychological,

biological, and social consequences (Blanes-Vidal et al., 2012). Exposure to malodors for as short a time as 5 minutes can impair emotional status (Villemure et al., 2003; Heaney et al., 2011). The genetic and potent biological effects of malodors have an anatomical basis because brain structures (such as the amygdala) and neural circuitry that mediate odor overlap with those involved in emotions (Kontaris et al., 2020). Physiological changes in the amygdala from exposure to the aversive odor of sulfides, but not to pleasant odors, have been recorded from the brain using positron emission tomography (Zald and Pardo, 1997).

**Opinion 2**

**<u>Malodor FIDO and Daily Activities</u>. The exposure to the aversive odors from the JPLF was frequent, temporally unpredictable, and uncontrollable. It significantly interfered with the trial plaintiffs' daily activity, quality of life, and as well as use and enjoyment of their property.**

Four "FIDO" characteristics of malodorous emissions (frequency, intensity, duration, and offensiveness) are used by scientists to assess the effects of exposure to odors on health, well-being, and quality of life (Bokowa et al., 2020). The frequency and duration of odor episodes can be modeled by Gaussian puff modeling systems to predict the odor exposure at surrogate receptors (as in the General Causation phase of this case) or, as in the current phase of this case, at the residences/locations of the trial plaintiffs. These modeling systems are regularly relied upon by odor professionals such as myself in forming opinions concerning the causation of odor effects and the degree of harm suffered by those exposed to the odors (Bokowa et al., 2020; Schiffman et al., 2005, 2008; AMIGO & Olores, 2023). An elaboration of the supporting evidence for Opinion 2 is provided below in 2a to 2d.

**2.1**. Integral Consulting used the CALPUFF model to estimate the dispersion of emissions from the active phase (Phase 4A) of the JPLF using emission rates calculated by Ramboll (see calculations from Dr. Pietari and Jose Sananes).  The Lagrangian CALPUFF model along with the Gaussian AERMOD plume model are widely used to predict odor dispersion.  However, in my experience, a Lagrangian approach (Schiffman et al., 2005) is superior to AERMOD based on experimental measurements in affected areas. The CALPUFF modeling was performed to estimate the average exposures at the homes of the trial plaintiffs as reflected on their PFSs and in their testimony in their depositions, as follows:

Andrew Section: 537 George St., Avondale, LA 70094
Family of Vernice Lewis: 1116 Starrett Rd., Metairie, LA 70003
Geneva Green: 205 Cabinet Dr., Avondale, LA 70094
Gremillion Family: 9701 Robin Lane, River Ridge, LA 70123 (Note: As described in the depositions of Mr. and Mrs. Gremillion, because of the effect of the odors on their lives, particularly their concern for their children's lives, and the use and enjoyment of their property, in the spring and summer of 2019, they decided to move, and ultimately did move, to Seneca, SC in April, 2020)
Jonathan Tate: 21 Richelle St., Waggaman, LA 70094
Mary Ann Winningkoff: 47 Donelon Dr., Harahan, LA 70123
Reshaun Richardson: 624 Wilker Neal Ave. Apt. B, River Ridge, LA 70123

Stanley Meyers: 2100 Sawmill Rd. Apt 12-101, River Ridge, LA 70123

Tables 2a,b,c give the number of 30-minute exposures at concentrations ranging from $\geq 0.7$ ppb (1 $\mu$g/m$^3$) to $\geq 25$ ppb (35 $\mu$g/m$^3$) for years 2017, 2018, and 2019.  The model indicates that during 2017-2019, the plaintiffs at all locations were exposed to $H_2S$ hundreds of times for 30-minute intervals at a concentration of $\geq 0.7$ ppb (1 $\mu$g/m$^3$), that is, for the most part, the counts are larger than 365 (days of the year).  This level ($\geq 1$ $\mu$g/m$^3$) is 5 times greater than the lowest odor threshold for $H_2S$ reported as 0.2-2 $\mu$g/m$^3$ by WHO (2000) and just above the odor threshold for $H_2S$ of 0.5 ppb (0.7 $\mu$g/m$^3$) given by ATSDR (2020b).

**Table 2a.** 2017 CALPUFF Model Counts of 30-Minute Averages Above Select Concentration Thresholds at Addison Plaintiff Locations for JPLF Phase 4A From July-December

| Concen-tration | Richardson | Lewis | Tate | Meyers | Gremillion | Winningkoff | Section | Green |
|---|---|---|---|---|---|---|---|---|
| $\geq 0.7$ ppb (1 $\mu$g/m$^3$) | 387 | 338 | 677 | 476 | 554 | 500 | 367 | 452 |
| $\geq 3.5$ ppb (5 $\mu$g/m$^3$) | 125 | 96 | 285 | 178 | 250 | 251 | 173 | 221 |
| $\geq 5$ ppb (7 $\mu$g/m$^3$) | 86 | 53 | 234 | 123 | 184 | 209 | 129 | 193 |
| $\geq 7$ ppb (10 $\mu$g/m$^3$) | 43 | 28 | 170 | 73 | 107 | 161 | 100 | 159 |
| $\geq 14$ ppb (20 $\mu$g/m$^3$) | 10 | 9 | 48 | 22 | 40 | 85 | 50 | 97 |
| $\geq 17$ ppb (25 $\mu$g/m$^3$) | 7 | 6 | 25 | 10 | 20 | 62 | 36 | 86 |
| $\geq 21$ ppb (30 $\mu$g/m$^3$) | 5 | 5 | 15 | 6 | 14 | 45 | 26 | 71 |
| $\geq 25$ ppb (35 $\mu$g/m$^3$) | 4 | 5 | 10 | 5 | 6 | 35 | 21 | 61 |

**Table 2b.** 2018 CALPUFF Model Counts of 30-Minute Averages Above Select Concentration Thresholds at Addison Plaintiff Locations for JPLF Phase 4A

| Concen-tration | Richardson | Lewis | Tate | Meyers | Gremillion | Winningkoff | Section | Green |
|---|---|---|---|---|---|---|---|---|
| $\geq 0.7$ ppb (1 $\mu$g/m$^3$) | 872 | 795 | 1415 | 885 | 1018 | 856 | 788 | 1043 |
| $\geq 3.5$ ppb (5 $\mu$g/m$^3$) | 281 | 257 | 617 | 359 | 466 | 444 | 301 | 578 |
| $\geq 5$ ppb (7 $\mu$g/m$^3$) | 205 | 163 | 495 | 240 | 361 | 390 | 263 | 502 |
| $\geq 7$ ppb (10 $\mu$g/m$^3$) | 119 | 87 | 390 | 140 | 240 | 313 | 216 | 411 |
| $\geq 14$ ppb (20 $\mu$g/m$^3$) | 29 | 26 | 150 | 32 | 61 | 192 | 115 | 250 |

| Concentration | Richardson | Lewis | Tate | Meyers | Gremillion | Winningkoff | Section | Green |
|---|---|---|---|---|---|---|---|---|
| ≥ 17 ppb (25 µg/m³) | 18 | 15 | 85 | 25 | 37 | 146 | 82 | 219 |
| ≥ 21 ppb (30 µg/m³) | 14 | 8 | 55 | 19 | 25 | 118 | 61 | 196 |
| ≥ 25 ppb (35 µg/m³) | 7 | 6 | 41 | 14 | 19 | 87 | 48 | 166 |

**Table 2c.** 2019 CALPUFF Model Counts of 30-Minute Averages Above Select Concentration Thresholds at Addison Plaintiff Locations for JPLF Phase 4A

| Concen-tration | Richardson | Lewis | Tate | Meyers | Gremillion | Winningkoff | Section | Green |
|---|---|---|---|---|---|---|---|---|
| ≥ 0.7 ppb (1 µg/m³) | 738 | 605 | 1074 | 461 | 565 | 579 | 487 | 749 |
| ≥ 3.5 ppb (5 µg/m³) | 209 | 150 | 407 | 157 | 220 | 293 | 204 | 352 |
| ≥ 5 ppb (7 µg/m³) | 122 | 86 | 330 | 101 | 156 | 231 | 159 | 278 |
| ≥ 7 ppb (10 µg/m³) | 49 | 35 | 240 | 59 | 102 | 185 | 119 | 229 |
| ≥ 14 ppb (20 µg/m³) | 10 | 7 | 61 | 15 | 23 | 72 | 42 | 139 |
| ≥ 17 ppb (25 µg/m³) | 8 | 5 | 25 | 9 | 10 | 46 | 28 | 114 |
| ≥ 21 ppb (30 µg/m³) | 5 | 5 | 11 | 5 | 5 | 32 | 19 | 95 |
| ≥ 25 ppb (35 µg/m³) | 3 | 4 | 7 | 3 | 4 | 27 | 14 | 82 |

The CALPUFF model monthly results for 30-minute odor episodes/events in 2017 – 2019 for each of the eight trial plaintiff locations are set forth in Table 2d-f. An odor episode is defined as CALPUFF 30-minute average $H_2S$ ambient air concentrations ≥ 5ppb. This concentration for a 30-minute duration was selected for modeling the number of odor events was based on WHO air quality guidelines for odor annoyance from $H_2S$ (WHO, 2000).

**Table 2d**. CALPUFF Model of the Number of Odor Events for Trial Plaintiffs in 2017 by month.

| Month | Richardson | Lewis | Tate | Meyers | Gremillion | Winningkoff | Section | Green |
|---|---|---|---|---|---|---|---|---|
| July | 3 | 2 | 29 | 20 | 44 | 69 | 30 | 47 |
| August | 10 | 4 | 51 | 28 | 47 | 36 | 15 | 27 |
| September | 11 | 10 | 24 | 16 | 26 | 48 | 35 | 49 |
| October | 21 | 15 | 43 | 24 | 24 | 14 | 10 | 23 |
| November | 32 | 19 | 60 | 30 | 36 | 8 | 3 | 7 |
| December | 9 | 3 | 27 | 5 | 7 | 34 | 36 | 40 |
| Total | 86 | 53 | 234 | 123 | 184 | 209 | 129 | 193 |

**Table 2e.** CALPUFF Model of the Number of Odor Events for Trial Plaintiffs in 2018 by month.

| Month | Richardson | Lewis | Tate | Meyers | Gremillion | Winningkoff | Section | Green |
|---|---|---|---|---|---|---|---|---|
| January | 6 | 2 | 4 | 3 | 3 | 1 | 4 | 17 |
| February | 26 | 24 | 40 | 14 | 24 | 3 | 0 | 0 |
| March | 28 | 22 | 67 | 6 | 16 | 6 | 8 | 31 |
| April | 29 | 15 | 38 | 13 | 14 | 26 | 16 | 53 |
| May | 10 | 8 | 54 | 33 | 46 | 57 | 35 | 68 |
| June | 10 | 10 | 49 | 66 | 106 | 48 | 24 | 24 |
| July | 16 | 15 | 30 | 29 | 41 | 89 | 43 | 76 |
| August | 14 | 10 | 70 | 29 | 44 | 55 | 34 | 55 |
| September | 27 | 27 | 51 | 17 | 23 | 52 | 49 | 52 |
| October | 4 | 4 | 14 | 3 | 9 | 10 | 16 | 26 |
| November | 28 | 21 | 59 | 21 | 26 | 26 | 17 | 42 |
| December | 7 | 5 | 19 | 6 | 9 | 17 | 17 | 58 |
| Total | 205 | 163 | 495 | 240 | 361 | 390 | 263 | 502 |

**Table 2f**. CALPUFF Model of the Number of Odor Events for Trial Plaintiffs in 2019 by month.

| Month | Richardson | Lewis | Tate | Meyers | Gremillion | Winningkoff | Section | Green |
|---|---|---|---|---|---|---|---|---|
| January | 9 | 10 | 41 | 12 | 16 | 15 | 26 | 35 |
| February | 17 | 7 | 29 | 8 | 8 | 1 | 1 | 5 |
| March | 6 | 4 | 16 | 2 | 6 | 9 | 5 | 11 |
| April | 4 | 3 | 29 | 8 | 11 | 12 | 10 | 23 |
| May | 2 | 2 | 20 | 2 | 4 | 6 | 6 | 13 |
| June | 30 | 20 | 71 | 8 | 22 | 28 | 12 | 24 |
| July | 12 | 7 | 34 | 28 | 45 | 38 | 25 | 41 |
| August | 28 | 24 | 60 | 24 | 31 | 72 | 37 | 48 |
| September | 5 | 7 | 16 | 7 | 11 | 27 | 19 | 28 |
| October | 5 | 2 | 6 | 1 | 1 | 6 | 3 | 10 |
| November | 0 | 0 | 4 | 1 | 1 | 8 | 5 | 10 |
| December | 4 | 0 | 4 | 0 | 0 | 9 | 10 | 30 |
| Total | 122 | 86 | 330 | 101 | 156 | 231 | 159 | 278 |

The results of the dispersion model indicate that the trial plaintiffs, who lived in the communities adjacent to the JPLF, were exposed frequently to malodors containing excessive amounts of $H_2S$. The frequency of exposure based on the 30-minute episode standard was greater in 2018 than in 2017 or 2019 for all trial plaintiffs. The data indicate that, on average, during 2018, trial plaintiffs Green, Tate and Winningkoff were exposed, on a daily average, to $H_2S$ concentrations in excess of $\geq 5$ppb for a 30-minute period. This finding is consistent with the information provided by them. Plaintiffs Section, Lewis, the Thompson family, and Richardson reported perceiving the malodors all seven days a week. Plaintiffs Winningkoff and the Gremillion family reported perceiving the odors four days per week. Plaintiffs Green and Tate reported perceiving the odors from three to seven days per week, depending on the season of the year. The plaintiffs' description of the frequency of the odors is also consistent with the Jefferson Parish Citizen Smell Reports from 4/25/18 to 8/17/18 that contain comments such as: "gotten so frequent the past 4 months," "been going on for a year and it's only gotten worse (6/21/18)" "frequency – every day," and "just about every day." The fact that some of the trial plaintiffs were assaulted by the odors less

frequently than others is merely a factor in their location which, indeed, demonstrates the accuracy of the model.

Importantly any differences between the modeling and the information on frequency of odor exposure provided by the plaintiffs are explained by the lingering of $H_2S$ in the air after dispersion. Gaseous $H_2S$ remains in the atmosphere for about 18 hours and can be converted to $SO_2$ and sulfuric acid (see Virginia Department of Health and other sources including 2006 ATSDR).  Due to this lingering property of $H_2S$, the plaintiffs could detect it odor for hours after it was emitted from JPLF.  For this reason alone, modeling underestimates the exposure.

**2.2**.  WHO guidelines state that $H_2S$ levels should not exceed 7 $\mu g/m^3$ (5ppb) for a 30-minute duration.  This value is 35 times greater than the lowest odor threshold of $H_2S$ of 0.2 $\mu g/m$ given by WHO.  Table 2g and Figure 1 show the number of counts $\geq$ 5ppb for 30-minute averages for years 2017 – 2019 for the trial plaintiffs.  It can be seen that the WHO guideline for maximum exposure to $H_2S$ was exceeded 413, 302, 1059, 464, 701, 830, 551, and 973 times for trial plaintiffs Richardson, Lewis, Tate, Meyers, Gremillion, Winningkoff, Section, and Green respectively, from 2017 – 2019.

**Table 2g**. 30-Minute Counts $\geq$5ppb $H_2S$ for 2017, 2018, and 2019 along with the total over the three years for each of the eight trial plaintiff locations.

| Year | Richardson | Lewis | Tate | Meyers | Gremillion | Winningkoff | Section | Green |
|---|---|---|---|---|---|---|---|---|
| 2017 | 86 | 53 | 234 | 123 | 184 | 209 | 129 | 193 |
| 2018 | 205 | 163 | 495 | 240 | 361 | 390 | 263 | 502 |
| 2019 | 122 | 86 | 330 | 101 | 156 | 231 | 159 | 278 |
| Total | 413 | 302 | 1059 | 464 | 701 | 830 | 551 | 973 |



**Figure 1**: Total 30-Minute Counts ≥5ppb $H_2S$ for 2017, 2018, and 2019 along with the total over the 2.5 years for each of the eight trial plaintiff locations.  The number of counts was computed in Table 2g.  The $H_2S$ concentrations at these eight trial plaintiff locations exceeded the WHO recommendation of ≥5ppb from 2017 to 2019 by 302 to 1069 times.

**2.3.**  A map based on the CALPUFF model results for total 30-Minute Counts ≥5ppb $H_2S$ for 2017, 2018, and 2019 for the six surrogate receptors in my previous report is given in Appendix A, Figure 1, for comparison.

**2.4.**  The trial plaintiffs provided information on the adverse alterations in their daily lives as a consequence of exposure to the malodors. These modifications in the pattern of daily activities are listed in Table 2h. The alterations in daily life experienced by the trial plaintiffs are consistent with those from the non-trial plaintiffs (entire cohort of *Addison* plaintiffs) as well as the Jefferson Parish Citizen Smell Reports from 4/25/18 to 8/17/18 (see Appendix A-Tables 2a,b).

**Table 2h**: Alterations in daily life reported by the trial plaintiffs in response to the malodors, in order of numerosity

| Had to stay inside/avoid being outside | Interfered with work/went to work fatigued |
| Trouble sleeping | Missing out on days of summer camp |

| | |
|---|---|
| Smelled bad inside the home/odors inside home made me sick | Could not have birthday parties |
| Could not have company over (including family generally) | Not able to relax |
| Stopped cooking outside (includes seafood/crawfish boils & barbecues) | Could not work in yard or garden |
| Could not go swim/had to leave swimming/could not enjoy pool | Woken up from sleep |
| Had to move to a different home | Forced to leave home |
| Could not have grandkids visit | Strong smell inside house |
| Turn off air conditioning/AC circulating odor/try to disinfect air conditioning filters | Smoked in the car rather than outside |
| Affected overall lifestyle | Could not go to baseball games with friends |
| Could not use patio/porch | Cried |
| Cancelled sports practices | Smelled it at church |
| Could not walk the dog/unpleasant to take dog out/had to take dog to a different part of town | Light infusers to try to keep smell out |
| Had to take care of husband who was on oxygen due to pulmonary fibrosis while also worrying about the odor | Unpleasant to collect mail and had to do so quickly |
| Had to keep windows closed | Had to close drains to try to keep smell out |
| Could not go for a run/walk | Had to leave t-ball |
| Had to take care of mentally ill son while also worrying about the odor | Not going to the fair |
| Could not use yard | Upset spouse |
| Had to get rid of furniture/had to deodorize furniture | Could not go ride a bike |
| Had to throw away clothes | Could not function properly |
| Unpleasant to take garbage out and had to do so quickly | Could not workout |

**Opinion 2. _Malodor FIDO and Daily Activities_: Rationale**

The dispersion modeling indicates that the trial plaintiffs experienced from 302 to 1059 odor assaults of $H_2S$ emissions on an average of at least 5 ppb for 30-minutes from the JPLF from 2017-2019. However, exposure to $H_2S$ at these levels was higher than that predicted by modeling because $H_2S$ lingers in the air for up to 18 hours and accumulates and concentrates in enclosed and low-lying areas within the home (OSHA, 2020). Thus, the malodors from any one particular assault would have permeated their homes, their furniture and their clothes, and their brains had become conditioned to expect, and to be affected by, the odor whether it was a renewed assault or a lingering odor.

The magnitude of the exposure is illustrated by the number of breaths that the plaintiffs endured at concentrations that exceeded the WHO guidelines of 5ppb $H_2S$ for 30-minutes. Table 2i gives the total 30-Minute Counts $\geq 7$ µg/m³ (5ppb) $H_2S$ over years 2017, 2018, and 2019 along with the

total number of breaths of aversive odor at each of the eight trial plaintiff locations.  For example, trial plaintiff Tate was exposed to 1059 odor episodes (30 minutes at ≥5ppb) over the two and one-half-year period. Given 14 breaths on average per minute x 30 minutes x 1056 episodes, this translates into 444,780 breaths of aversive odor. Research has found that frequency of exposure is a suitable predictor of annoyance among residents who experience unpleasant odors (Both et al., 2004; Steinheider and Winneke, 1993; Sucker et al., 2008). The degree of unpleasantness (hedonic dimension) adds substantially to the magnitude of annoyance (Sucker et al., 2008). Furthermore, increasing odor intensity does not necessarily lead to elevated annoyance (Steinheider et al., 1998; Both et al., 2004).

**Table 2i**. Total 30-Minute Counts ≥7 µg/m$^3$ (5ppb) H$_2$S over the three years 2017, 2018, and 2019 along with the total number of breaths of aversive odor that was 10 times above the odor threshold for each of the eight trial plaintiff locations.

| Year | Richardson | Lewis | Tate | Meyers | Gremillion | Winningkoff | Section | Green |
|---|---|---|---|---|---|---|---|---|
| Counts | 413 | 302 | 1059 | 464 | 701 | 830 | 551 | 973 |
| Breaths | 173,460 | 126,840 | 444,780 | 194,880 | 294,420 | 348,600 | 231,420 | 408,660 |

The intermittent nature of the odor exposure added to the distress experienced by the trial plaintiffs. Odor exposure was intermittent for several reasons. First, meteorological conditions, including wind direction, vary over time and, hence, affected the direction and time course of the plume from the landfill. Second, the malodors emitted from the JPLF were affected by, in part, work that was being done at the landfill and on the types of waste that were being accepted during any particular time frame. Third, odor indoors was affected by variability of ventilation patterns within and among homes. There is also differential release of odors from textiles indoors, because odors adsorbed to fabric are released at varying rates (McQueen and Vaezafshar, 2020). Annoyance from intermittent malodor is similar in numerous respects to annoyance from intermittent noise. Studies of noise show that intermittent stimuli produce more arousal with negative effects on performance than constant noise (Cohen and Weinstein, 1981). Furthermore, people do not adapt to community noise over time but, rather, continue to express emotional distress and behavioral interference (Weinstein, 1982). Neighborhood noise annoyance is a stressor that, like odors, is associated with numerous mental and physical health symptoms including headaches, sleeping problems, fatigue, anxiety, and depression (Jensen et al., 2019).

The trial plaintiffs altered their pattern of their daily activities and experienced degradation in quality of life due to exposure to unpredictable malodors from the JPLF as illustrated by their narrative statements and their depositions. The statements by the trial plaintiffs in Table 2h are consistent with the expressions by other residents of the affected neighborhoods (see Table 2a,b in Appendix A).   Heaney et al. (2011) study found a strong positive relationship between exposure to landfill odor and alteration of daily activities. The odds of alteration of daily activities when an odor from the landfill was present in the previous 12-hour period was nine times the odds of alteration of activities when there was no odor in the previous 12 hours. Alteration in daily activities due to malodor has also been reported by Radon et al. (2004) and Wing et al. (2008).

***Opinion 2. <u>Malodor FIDO and Daily Activities</u>: Conclusion***
The CALPUFF analysis showed that the odor episodes emanating from the JPLF and experienced by the trial plaintiffs were frequent and occurred at H$_2$S concentrations ≥ 0.7 ppb (1 µg/m$^3$).

Frequent exposure to temporally unpredictable and uncontrollable odor substantially altered the daily activity of the trial plaintiffs, and profoundly interfered with their quality of life. The alterations of daily living by the plaintiffs, along with concerns their health, present and in the future, are consistent with the findings of Bruvold et al. (1983), who reported that $H_2S$ levels from 0.8-7.9 $\mu g/m^3$ (~0.6-5.7 ppb) led to interference with daily living along with health concerns. Two themes emerged from the narratives by the trial plaintiffs in Table 2h. First is their lack of control due to the unpredictable nature of the malodors. There is extensive literature regarding both humans and animals that report greater emotional, behavioral, and physiological responses under uncontrollable conditions (Steptoe and Appels, 1989). Elevated responses to uncontrollable stress include greater catecholamine and corticosteroid release. Second, the malodors caused social isolation in which the trial plaintiffs reduced their social interactions with others. The recent COVID-19 pandemic has clearly shown the impacts of social isolation on mental health (Pietrabissa and Simpson, 2020). Of further concern are the delayed effects on mental health and anxiety that can occur after chronic unpredictable stress (Matuszewich et al., 2007).  As a result, it my clear conclusion that the exposure of the trial plaintiffs to the malodors emanating from the JPLF caused profound interference with their daily lives and with the use and enjoyment of their property far in excess of a mere inconvenience.

**Opinion 3**

**Malodor source – the JPLF. The maximum 30-minute and hourly averages of $H_2S$ emitted to the Addison plaintiffs' locations from the JPLF as modeled by CALPUFF exceed the hourly average of $H_2S$ measured by LDEQ in that vicinity.  Although LDEQ clearly documented elevated levels of $H_2S$ in these communities, their measurements over short discrete intervals significantly underestimated the magnitude of $H_2S$ emissions during the years 2017-2019. Volatile organic compounds (VOCs) detected in the community where the plaintiffs reside are consistent with the fingerprint of VOCs emitted by the JPLF (P=2.28E−15).  The fingerprint of VOCs along with additional documents and evidence indicate that JPLF was the source of the malodors experienced by the trial plaintiffs.**

Hydrogen sulfide was detected and quantified by LDEQ in the communities containing or near the residences of the trial plaintiffs using multiple instrumentation techniques. $H_2S$ emissions were also estimated at the JPLF by Ramboll and modeled by Mr. Lape using CALPUFF, as described in Opinion 2. The magnitude of $H_2S$ emissions emitted from the JPLF based on Ramboll/CALPUFF calculations is greater than the magnitude of $H_2S$ obtained by Louisiana regulatory agencies. This difference is due to the fact that the modeling encompassed a 2.5-year interval during 2017 to 2019 and was based upon monthly emissions data, while LDEQ obtained measurements over short, discrete periods. Air samples from neighboring communities contain such a large number of compounds that are emitted from the JPLF that there is an overwhelming support for the conclusion that the malodors suffered by the trial plaintiffs emanated from the JPLF. An elaboration of the supporting evidence for Opinion 3 is provided in 3.1 to 3.5.

**3.1**. LDEQ measured $H_2S$ by multiple methods in the area of the Addison plaintiffs' locations. These methods included use of a Mobile Air Monitoring Lab (MAML), grab canister samples, and odor patrols.  On four specific occasions in 2018, LDEQ dispatched MAML to quantify the levels of $H_2S$ in River Ridge/Harahan and Waggaman/Avondale (LEDQ, 2018; MAML, 2018a,b,c) using

an Advanced Pollution Instrumentation (API) Model 101A Fluorescent Analyzer. The results for hourly, eight-hour and 5-minute averages are given in Table 3a.  The highest hourly value was 40ppb in Waggaman.

**Table 3a**: H$_2$S measurements obtained by the Mobile Air Monitoring Laboratory (MAML, 2018a,b,c). The times above the threshold is based on the threshold value of an average of at least 0.5 ppb H$_2$S for the times shown, as given by ATSDR (2020b) and adopted by Judge Morgan in her Opinion on General Causation.

| Location | Time period (2018) | Highest hourly average of H$_2$S | | Highest eight-hour average | | Highest 5-minute average | |
|---|---|---|---|---|---|---|---|
| | | ppb | Times above odor threshold | ppb | Times above odor threshold | ppb | Times above odor threshold |
| River Ridge/Harahan | 2/19-2/23 | 3 | 6 | 2 | 4 | | |
| River Ridge/Harahan | 4/26-5/2 | 12 | 24 | 5.9 | 11.8 | | |
| River Ridge/Harahan | 7/20-7/25 | 14 | 28 | 5 | 10 | | |
| Waggaman | 7/25-7/27 | 40 | 80 | 14 | 28 | 117 | 234 |

One-minute averages were also reported in an email chain (see Information Considered) from David Wagenecht [LDEQ Environmental Scientist] to Mike Algero [LDEQ Environmental Scientist Manager] and Brian Tusa [LDEQ New Orleans Office Manager]. These are given in Table 3b and showed concentrations that rapidly increased from 6 ppb to over 100 ppb H$_2$S.

**Table 3b**: H$_2$S measurements obtained at the MAML Location: Waggaman--Corner of Dandelion and River Rd

| Date | Hour | WSP | WDIR | H$_2$S |
|---|---|---|---|---|
| CDST | | mph | degrees | ppb |
| 7/27/2018 | 7:34 | 3 | 195 | 6 |
| 7/27/2018 | 7:35 | 3 | 192 | 5 |
| 7/27/2018 | 7:36 | 3 | 189 | 6 |
| 7/27/2018 | 7:37 | 3 | 187 | 11 |
| 7/27/2018 | 7:38 | 3 | 196 | 38 |
| 7/27/2018 | 7:39 | 3 | 194 | 49 |
| 7/27/2018 | 7:40 | 3 | 197 | 58 |
| 7/27/2018 | 7:41 | 2 | 194 | 69 |
| 7/27/2018 | 7:42 | 2 | 201 | 90 |
| 7/27/2018 | 7:43 | 2 | 202 | 91 |

| 7/27/2018 | 7:44 | 2 | 204 | 95 |
| 7/27/2018 | 7:45 | 2 | 197 | 99 |
| 7/27/2018 | 7:46 | 2 | 193 | 101 |
| 7/27/2018 | 7:47 | 3 | 188 | 101 |
| 7/27/2018 | 7:48 | 2 | 184 | 103 |
| 7/27/2018 | 7:49 | 3 | 187 | 107 |
| 7/27/2018 | 7:50 | 2 | 190 | 110 |
| 7/27/2018 | 7:51 | 2 | 194 | 115 |
| 7/27/2018 | 7:52 | 2 | 191 | 120 |
| 7/27/2018 | 7:53 | 2 | 205 | 121 |
| 7/27/2018 | 7:54 | 2 | 207 | 121 |
| 7/27/2018 | 7:55 | 2 | 201 | 118 |
| 7/27/2018 | 7:56 | 2 | 198 | 113 |
| 7/27/2018 | 7:57 | 2 | 202 | 110 |
| 7/27/2018 | 7:58 | 2 | 201 | 108 |
| 7/27/2018 | 7:59 | 2 | 194 | 108 |
| 7/27/2018 | 8:00 | 1 | 206 | 110 |

LDEQ also obtained grab samples in canisters for analysis of $H_2S$. These results are given in Table 3c. LDEQ concluded that the nearby Cornerstone Chemical plant did not contribute to the $H_2S$ readings on 4/28/2018 due to the simultaneous presence of methane. The maximum methane concentration detected was 7.54 ppm.

**Table 3c:** $H_2S$ measurements from grab canister samples (MAML, 2018b,c)

| Location | Time period (2018) | $H_2S$ (ppb)[1] | Times above $H_2S$ odor threshold |
| --- | --- | --- | --- |
| River Ridge/Harahan | 4/28  10:30PM | 110 | 220 |
| Westwego | 4/28  11:05PM | 100 | 200 |
| River Ridge/Harahan | 4/29  12:55AM | 120 | 240 |
| Waggaman | 7/20  9:35PM | 6.4 | 12.8 |
| River Ridge | 7/21  2:45PM | 8.6 | 17.2 |
| Waggaman | 7/21  6:11PM | 6.4 | 12.8 |

[1]Higher values for these same samples were given in the LDH (2019, p11) report: 160, 140, 170, 8.9, 12.0, and 8.9 ppb $H_2S$ respectively. This translates to 320, 280, 340, 17.8, 24, and 17.8 times above $H_2S$ odor threshold.

LDEQ odor patrols during the period from October 8 to December 14, 2018 found a wide range of $H_2S$ levels that varied with the odor description. At locations where the odor was described as "landfill gas," "rotten egg," or "hydrogen sulfide," the $H_2S$ concentrations ranged widely from 1 ppb to 600 ppb. When the odor description was "garbage," the $H_2S$ levels ranged from 2-7 ppb

(LDH January 14, 2019 Report). It is important to note here that the odor patrol could identify the odor as landfill gas at 1 ppb $H_2S$.

**3.2**. The maximum hourly and 30-minute averages for each of the Addison plaintiff locations for years 2017-2019 were obtained by CALPUFF (see report by Jim Lape) and given in Tables 3d and 3e.  The maximum values for both hourly and 30-minute time intervals in 2018 were greater than 2017 or 2019.

**Table 3d.** CALPUFF 60-Min $H_2S$ Maximum Air Concentration at Addison Plaintiff Locations for JPLF Phase 4A in ppb

| Year | Richardson | Lewis | Tate | Meyers | Gremillion | Winningkoff | Section | Green |
|------|-----------|-------|------|--------|-----------|-------------|---------|-------|
| 2017 | 50 | 39 | 70 | 26 | 30 | 48 | 54 | 141 |
| 2018 | 45 | 35 | 75 | 54 | 50 | 151 | 66 | 116 |
| 2019 | 22 | 20 | 33 | 30 | 40 | 42 | 64 | 87 |

**Table 3e.** CALPUFF 30-Min $H_2S$ Maximum Air Concentration at Addison Plaintiff Locations for JPLF Phase 4A in ppb

| Year | Richardson | Lewis | Tate | Meyers | Gremillion | Winningkoff | Section | Green |
|------|-----------|-------|------|--------|-----------|-------------|---------|-------|
| 2017 | 54 | 40 | 99 | 38 | 35 | 72 | 62 | 217 |
| 2018 | 73 | 50 | 76 | 73 | 71 | 265 | 107 | 149 |
| 2019 | 40 | 37 | 41 | 40 | 61 | 63 | 72 | 103 |

The hourly maximum values at each of the Addison Plaintiff locations in 2018 were compared with the highest hourly concentration for $H_2S$ measured by MAML in Waggaman of 40 ppb (underlined) in Figure 2.  The hourly averages at all plaintiff locations except Lewis in 2018 exceeded the hourly values recorded by MAML in Waggaman.  The 30-minute averages at all plaintiffs' locations in 2018 exceeded the hourly values recorded by MAML in Waggaman.  The highest hourly average was 151ppb for Winningkoff followed by 116ppb for Green.  These maximum air concentration for Winningkoff is higher than levels given in Tables 3a,b,c but lower than the 600ppb recorded by LDEQ odor patrols during the period from October 8 to December 14, 2018.



**Figure 2**: Maximum hourly concentrations of $H_2S$ for 2018 are mapped at trial plaintiffs' locations (data given in Table 3d) and compared with the maximum hourly concentration of $H_2S$ for 2018 at the site of a MAML Waggaman location (40ppb-underlined).

**3.3**. It is difficult to determine the number of additional odor exposures experienced by the trial plaintiffs that were shorter than 30 minutes or 1 hour. This is due to the limitations of models in determining short-term odor concentrations involving large fluctuations around turbulent boundary layer flow. Moreover, current methods for predicting brief odor peak concentrations have shortcomings (Brancher et al., 2020). It is also possible that some brief peaks of $H_2S$ come from sources other than JPL. The odor patrol reported one $H_2S$ peak when the wind direction was from Cornerstone that emits sulfuric acid as well as acrylonitrile, melamine, methyl methacrylate, and urea (MAML, 2018b). Even under those circumstances, emissions of $H_2S$ from the JPLF are, at the very least, ***a*** major contributing cause to the effects of the malodors on the trial plaintiffs, not the least because of their learned expectation and the persistence of the odors in their homes.

**3.4**. Grab canisters were obtained in River Ridge and Waggaman as well as JPLF in July of 2018 (MAML, 2018c) and analyzed for VOC content by gas chromatography and mass spectrometry. Table 3f lists the VOCs found in canister LA2294 located directly inside JPLF.  Thirty-five (35) compounds were identified in canister LA2294 within JPLF.   Twenty-nine (29) of these same compounds were found in the neighborhoods where the plaintiffs reside (canisters LA 2017, LA

2760, and LA 2150). The probability that 29 of 35 of the same compounds found at JPLF appeared by chance near the plaintiffs' residences, an area comprising about 20% of the region surrounding and directly adjacent to JPLF is P(29)=2.28E−15, i.e., 2.28 chances in 1,000,000,000,000,000. This value is based on a binomial distribution probability calculation.

**Table 3f.** Volatile organic compounds found in grab canisters in River Ridge and Waggaman as well as JPLF in July of 2018 (MAML, 2018c)

| Canister ID | JPLF LA 2294 | Present JPLF | Neighborhoods LA 2017 | LA 2760 | LA 2150 | Present Neighbor-hood |
|---|---|---|---|---|---|---|
| Sample Date | 7/21/18 | Yes=1 | 7/22/18 | 7/20/18 | 7/22/18 | Yes=1 |
| Sample Time | 6:11 PM | No=0 | 8:15 PM | 9:35 PM | 5:54 AM | No=0 |
| Propene | 1.1 | 1 | 0.29 | 0.3 | ND | 1 |
| Freon-12 | 0.36 | 1 | 0.45 | 0.43 | 0.24 | 1 |
| Chloromethane | 0.1 | 1 | 0.17 | 0.17 | ND | 1 |
| Vinyl Chloride | 0.041 | 1 | ND | ND | ND | 0 |
| Ethanol | 1.5 | 1 | 1.5 | 0.62 | ND | 1 |
| Acrolein | 0.15 | 1 | 0.18 | ND | ND | 1 |
| Acetone | 4 | 1 | 3.1 | 3.2 | 2.4 | 1 |
| Trichlorofluoromethane (Freon-11) | 0.16 | 1 | 0.2 | 0.2 | 0.17 | 1 |
| 2-Propanol | 0.87 | 1 | ND | 0.13 | ND | 1 |
| Trichlorotrifluoroethane (Freon-113) | 0.044 | 1 | 0.059 | 0.057 | 0.045 | 1 |
| Carbon Disulfide | 0.23 | 1 | 0.16 | 0.16 | 0.19 | 1 |
| 2-Butanone | 1.3 | 1 | 0.71 | 0.9 | 0.34 | 1 |
| n-Hexane | 0.11 | 1 | 0.053 | 0.097 | 0.16 | 1 |
| Tetrahydrofuran | 0.12 | 1 | ND | 0.04 | ND | 1 |
| 1,2-Dichloroethane | 0.023 | 1 | 0.022 | ND | ND | 1 |
| Benzene | 0.12 | 1 | 0.068 | 0.087 | 0.1 | 1 |
| Carbon Tetrachloride | 0.048 | 1 | 0.065 | 0.066 | 0.081 | 1 |
| Cyclohexane | 0.06 | 1 | ND | ND | 0.071 | 1 |
| n-Heptane | 0.098 | 1 | 0.04 | 0.057 | 0.065 | 1 |
| 4-Methyl-2-Pentanone | 0.024 | 1 | ND | 0.032 | 0.022 | 1 |
| Toluene | 0.5 | 1 | 0.22 | 0.28 | 0.14 | 1 |
| n-Butyl Acetate | 0.028 | 1 | ND | ND | ND | 0 |
| n-Octane | 0.096 | 1 | 0.075 | 0.035 | ND | 1 |
| Tetrachloroethylene | 0.021 | 1 | ND | ND | 0.041 | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ethylbenzene | 0.17 | 1 | 0.074 | 0.074 | 0.049 | 1 |
| m/p-Xylene | 0.4 | 1 | 0.17 | 0.22 | 0.13 | 1 |
| o-Xylene | 0.12 | 1 | 0.036 | 0.073 | 0.046 | 1 |
| n-Nonane | 0.18 | 1 | 0.056 | 0.063 | 0.04 | 1 |
| Cumene | 0.022 | 1 | ND | ND | ND | 0 |
| alpha-Pinene | 0.53 | 1 | 0.2 | 0.25 | 0.14 | 1 |
| n-Propylbenzene | 0.026 | 1 | ND | ND | ND | 0 |
| 1,3,5-Trimethylbenzene | 0.022 | 1 | ND | ND | ND | 0 |
| 1,2,4-Trimethylbenzene | 0.053 | 1 | ND | 0.046 | 0.034 | 1 |
| p-Dichlorobenzene | 0.033 | 1 | ND | ND | ND | 0 |
| d-Limonene | 0.31 | 1 | 0.026 | 0.1 | 0.056 | 1 |
| TOTAL | | 35 | | | | 29 |

The compounds found in grab samples at JPLF by LDEQ are listed in Appendix A-Table 3 along with their odor qualities at suprathreshold concentrations. Analysis of air samples from the JPLF obtained by Ramboll in November, 2019 were consistent with those in Table 3f with 32 of the 35 compounds in grab samples also detected by Ramboll. Ramboll also found numerous other VOCs in air samples from JPLF that were not measured by LDEQ. The compounds that were above the odor threshold at the JPLF are indicated in Appendix A-Table 3 with a superscript[1] adjacent to the chemical name. Although most of these VOCs were found at levels below odor threshold, the production of robust odor responses from mixtures of subthreshold odors in aggregate has been confirmed using research paradigms (Miyazawa et al., 2008a,b; Guadagni et al, 1963; Baker, 1963; Cometto- Muñiz et al, 1997). VOCs such as n-heptane, n-hexane, n-octane, and n-nonane that were individually below the odor threshold in JPLF and community samples can interact to produce a suprathreshold "petroleum-like" odor sensation. Petroleum was a descriptor used by the plaintiffs in Table 1.

Defendants at all times pertinent to this lawsuit were in possession and control of the JPLF. They had the opportunity to obtain grab samples and analyze them for ASTM D5504, NIOSH 6004, OSHA 188, TO-11A, and TO-15 compounds in an attempt to show that the samples collected by Ramboll were unrepresentative. To my knowledge, the Defendants have offered no evidence of other grab samples that might vary the congruence of the measured chemicals. As a result, I concluded in my original report, and conclude now, that the malodors experienced by the trial plaintiffs emanated from the JPLF.

The Lape/Integral Consulting dispersion modeling only addresses $H_2S$ from the JPLF. In the cases where Dr. Lape's modeling shows $H_2S$ concentrations at or near the minimum detection levels, these are likely conservative because the other VOCs emitted from the JPLF would have made the malodors detectable even when the $H_2S$ concentrations were, by themselves, below the detection

level (an average of 5 ppb over 30 minutes).  Judge Morgan noted that emissions at JPLF during the relevant time period were not limited to $H_2S$.

**3.5**.  Further evidence that JPLF is the main source and cause of the malodors experienced by the trial plaintiffs is supported by statements from Parish President Mike Yenni and others, interviews and articles associated with WGNO and WWLTV, reports by Dr. Pietari, Jose Sananes, and Jim Lape, and the 2018 report by Carlson Environmental Consultants Assessment and Report (see Information Considered for references at the beginning of this document).  At a press conference approximately one year after the "spike" in odor complaints by residents of Waggaman/Avondale and Harahan/River Ridge, the defendant Jefferson Parish conducted a press conference that had been called to address the public uproar over the malodors.  At that conference (see WGNO), President Yenni stated: "Today, I am announcing corrective actions to dramatically reduce and outright eliminate ***noxious odors that are emanating from the Jefferson Parish landfill*** in Waggaman."  He indicated that the leachate at JPLF had not been contained and disposed of properly and that the landfill gas collection and control system did not function properly.  Rick Buller, the Jefferson Parish Landfill Engineer who had been the responsible and authorized Parish employee in charge of overseeing the operation of the JPLF, expanded on Mr. Yenni's comments in a two-part investigative series interview with David Hammer, an investigative reporter for WWLTV. The Certified Transcripts of these interviews report that Mr. Buller indicated it was his decision in 2016 to accept a white, powdery industrial waste called hydrated lime and that it was the most likely cause of high emissions of noxious $H_2S$.  Mr. Buller also stated that garbage at JPLF was flooded with leachate due to a long-standing malfunction of leachate pumps that impaired the appropriate extraction of gas from the wells.  This led to the escape of $H_2S$ into the ambient air after it rose through the surface of the landfill.  In David Hammer's interview, a resident stated: "People are livid.  They get depressed.  They get angry.  And it's no way to live your life. When you're sitting outside trying to enjoy your evening, and all of a sudden you're getting stunk out, and you go inside and all of a sudden it starts getting in your house.  That's no way to live."

Dr. Pietari's, Jose Sananes' and Jim Lape's reports and analyses along with the admissions by Parish officials (current and former), official findings of LDEQ, the Pivotal Assessment, and findings reported in the two part investigative series by David Hammer clearly support the conclusion that the acceptance of 18,600 tons of hydrated lime (mostly from the Rain Carbon plant in Chalmette) from mid-2016 through mid-2018 at the parish landfill was the direct cause for the spike in $H_2S$ gas emissions and a sickening odor that descended on neighborhoods along the Mississippi River.  This spike was compounded by long-standing maintenance issues at JPLF that were detailed in a field assessment and report by Carlson Environmental Consultants, PC on May 14 – 18, 2018 and the resulting CEC Report dated August 15, 2018. Furthermore, the fact that the River Birch landfill located next door to the JPLF replaced Waste Connections as the operator of the JPLF (and was awarded a $5 million contract to build a new gas collection system at the JPLF) rules out River Birch as a major contributor to the malodor.  Furthermore, River Birch stopped accepting spent lime as a solidification agent because of odor problems, and Waste Connections knew of that decision and reason when it decided to accept it.  Overall, the data from all of these sources corroborate that $H_2S$ odors came from the JPLF due to the acceptance of the spent lime

along with the malfunctioning leachate and gas collection systems that were the responsibility of Waste Connections and Aptim.

***Opinion 3 <u>Malodor source-JPL</u>: Rationale and Conclusion***

The maximum hourly (and 30-minute) $H_2S$ levels predicted for JPLF emissions using CALPUFF were greater than the maximum hourly $H_2S$ levels measured by LDEQ. This difference is due to the fact that sampling by LDEQ occurred over short, limited intervals during the 2017-2019 period modeled by CALPUFF. However, there is a high degree of consistency between the compounds that were measured by LDEQ in communities adjacent to the JPLF and the compounds emitted by the JPLF and collected for analysis by Ramboll. These findings, together with the other factors noted above, indicate that the JPLF is more likely than not, at the very least, the major contributing cause of the harms suffered by the trial plaintiffs, indeed, that the main source of the trial plaintiffs' complaints was the JPLF. This conclusion is consistent with the following observation by LDEQ in the April/May MAML report: "While Cornerstone Chemicals is in a west northwest direction from the MAML position in River Ridge, this facility is highly unlikely to be capable of being the source of a combined hydrogen sulfide and methane plume."

**Opinion 4**

<u>**Malodor health effects**</u>. **The malodorous emissions from the JPLF are the major contributor to the health complaints reported by the trial plaintiffs.**

The health complaints reported by the trial plaintiffs are characteristic of symptoms that typically occur from repeated exposure to malodorous air pollution of the type generated by municipal solid waste landfills (MSWLFs) and, in particular, when sulfur-based compounds are introduced into MSWLFs. Effects related to anxiety and worry were described previously in 1.7 above. Table 4 below provides a tabulation of additional health complaints that were reported by the trial plaintiffs. The symptoms of headaches, nausea, sleep disruption vomiting, dizziness, fatigue, and loss of appetite are interrelated health effects that can occur from activation of sensory nerves by airborne chemicals. Stimulation of cranial nerves I and V by $H_2S$ and/or VOCs account for these symptoms reported by the trial plaintiffs.

**Table 4**: Compilation of health effects cited by trial plaintiffs

| INJURY | CITATIONS |
|---|---|
| Headaches | Andrew Section 1st Deposition at p.70-73; Tyrone Thompson 1st Deposition at p.105-106, 112, 120.125, 128-130; Geneva Green 1st Deposition at p.96, 103-104,110,.113; Scott Gremillion 1st Deposition at p.48, 53-54,.56, 74-77, 96; Wendy Gremillion 1st Deposition at p.134, 144-148, 183-186. |
| Nausea | Tyrone Thompson 1st Deposition at p.105, 110-111, 120, 125, 128-129, 147-149, 160; Geneva Green 1st Deposition at p.96, 106, 110-111, 125; Scott Gremillion 1st Deposition at p.48-49, 54, 76-77, 96; Wendy Gremillion 1st Deposition at p.59, 112, 123, 134, 144, 146, 183-184, 187, 189 |

| | |
|---|---|
| Sleep Disruption | Andrew Section 1st Deposition at p. 77; Geneva Green 1st Deposition at p.96, 104, 111-113, 121-125; Scott Gremillion 1st Deposition at p.48, 54, 77, 96, 186; Wendy Gremillion 1st Deposition at p.59, 105, 111-112, 144, 146, 193 |
| Vomiting | Andrew Section 1st Deposition at p.73-74; Tyrone Thompson 1st Deposition at p.160-161; Geneva Green 1st Deposition at p.96, 104, 106, 110, 113, 125 |
| Dizziness | Tyrone Thompson 1st Deposition at p.128; Scott Gremillion 1st Deposition at p.76-77 |
| Fatigue | Scott Gremillion 1st Deposition at p.70-71, 76-77; Wendy Gremillion 1st Deposition at p. 59, 178 |
| Loss of Appetite | Wendy Gremillion 1st deposition at p. 184. |

**4.1**.  Headaches

Headaches are a common health symptom associated with exposures to malodorous compounds and mixtures of volatile compounds (ATSDR, 2020a; Hudnell et al., 1992; Shusterman et al., 1991; Shusterman, 1992; Schiffman and Williams, 2005; Schiffman et al., 2000; Schiffman et al., 2005; Heaney et al., 2011; Wing and Wolf, 2000). Furthermore, an increased prevalence of headaches is consistently reported near landfill sites (Vrijheid, 2000). Headaches occur as a result of exposure to $H_2S$ emissions as well as to mixtures of VOCs that do not contain $H_2S$. In a one-hour exposure study to both $H_2S$ (24 ppb) and very low concentrations of VOCs in an environmental chamber, subjects were 4.1 times more likely to report headaches than when they were exposed to clean air (Schiffman et al., 2005). A study performed by US Environmental Protection Agency found that headaches increased significantly during a 2.75-hour exposure to a low-level mixture of 22 VOCs in an environmental chamber (Hudnell et al., 1992). In an epidemiological study, neighbors living 0.75 miles from a landfill were 3.3 times more likely to report headache when malodors were present than when they were not (Heaney et al., 2011). The report by Heaney and colleagues was based on 878 twice-daily diary records during which the $H_2S$ levels were low but above detection 72% of diary time periods; however, the strongest odors were characterized by fresh garbage. In the studies by Schiffman et al., Hudnell el al. and Heaney et al., headaches were coincident with eye irritation. Volatile emissions can stimulate trigeminal nerve endings (cranial nerve V) in the eyes as well as the nose.

There are multiple sensory and psychological causes for the malodor-induced headaches experienced by the plaintiffs. First, activation of trigeminal sensory nerves results in cerebral vasodilation which is a major cause of headaches (Iannone et al., 2022; Edvinsson, 2002). Headaches can be induced when odorous volatile compounds interact with ion channels on nociceptive unmyelinated C fibers and myelinated A$\delta$ fibers of the trigeminal nerve (Iannone et al., 2022). Three channel types that are activated by odorous chemicals include TRPA1 (transient receptor potential ankyrin 1), TRPV1 (transient receptor potential vanilloid 1), and ASIC (acid-sensing ion channel).  Representative odorous compounds from landfills that interact with TRPA1 and/or TRPV1 include $H_2S$ (Koroleva et al., 2017; Trevisani et al., 2005; Hajina et al., 2016), acrolein (Leishman et al., 2017), styrene (Lanosa et al, 2010), naphthalene (Lanosa et al, 2010),

ammonia (Dhaka et al., 2009), formaldehyde (Wu et al., 2020), diesel exhaust (Deering-Rice et al., 2019), and isocyanates (Bessac et al., 2009). The reaction of $H_2S$ with $O_2$ generates $SO_2$ that enhances TRPV1 receptor function (McLeod et al., 2007). TRPA1 and TRPV1 channel activation of the trigeminal nerve results in the release of vasoactive neuropeptides including calcitonin gene-related peptide (CGRP) that induces inflammation, vasodilation, and pain including headaches (Iannone et al., 2022; Edvinsson, 2002). TRPA1 and TRPV1 are sensitized with repeated stimulation which increases the probability of subsequent trigeminal activation and additional headaches (Dux et al, 2020). In addition, $H_2S$ also activates and upregulates ASIC channels that results in increased excitability (sensitization) of the trigeminal system (Mustafina et al., 2016; Peng and Kellenberger, 2021). ASIC channel activation is not only involved in pain sensation but other physiological processes including fear conditioning (Peng and Kellenberger, 2021). Sensitization of TRPA1, TRPV1, and ASIC channels by repeated stimulation is not unique to trigeminal nerve (cranial nerve 5). Dalton (1996) and Dalton and Wysocki (1996) reported a 256-fold increase in sensitivity with intermittent repeated odor presentation which indicates that sensitization of the olfactory nerve (cranial nerve 1) occurs as well.

Second, exposure to the odor of $H_2S$ produced strong increase in regional cerebral blood flow (rCBF) bilaterally in the amygdala and in the left orbitofrontal cortex (Zald and Pardo, 1997). The amygdala receives monosynaptic projections from the olfactory bulb and plays a major role in the stress response.

Third, the frequent, temporally unpredictable, uncontrollable odor and its effects on quality of life contributed to the headaches. Anxiety, worry, stress and mood changes can trigger and/or exacerbate headaches (Caponnetto et al., 2021; Nash and Thebarge, 2006). A review of the transcriptions of the videotaped depositions of the plaintiffs given in 1f. shows that exposure to these odors from JPLF over a multiyear period caused enormous anxiety, worry, stress, and unpleasant feelings.

Fourth, headaches are also interrelated with sleep disturbance (Rains and Poceta, 2006) which was another symptom reported by the patients as a result of exposure to malodor.

### 4.2. Nausea, vomiting and loss of appetite

Nausea and vomiting occur in response to various types of malodors including those associated with biodegradation (Shusterman, 1992; Wing and Wolf, 2000; Wing et al., 2008; Thu, 2002; Schiffman and Williams, 2005; Schiffman et al., 2000; Schiffman et al., 2005). Schiffman et al. (2005) reported that subjects were 7.8 times more likely to report nausea when they were exposed to 24 ppb $H_2S$ (along with very low concentrations of VOCs) compared with clean air during a one-hour exposure in an environmental chamber. Nausea has also been reported to $H_2S$ at higher concentrations (Kourtidis et al., 2008). Nausea and vomiting also result from stimulation by peripheral irritants (Porreca and Ossipov, 2009). Nausea in response to aversive odors and irritants appears to be a reflexive innate response that protects the body from potential danger such as toxic food. There is evidence for innate aversion to malodor including the "rotten egg" odor characteristic of $H_2S$ based on facial expressions in newborns (Steiner, 1974, 1979). Cain and Garcia-Medina (1980) used the term reflex nausea to describe involuntary visceral responses to malodors.

Reviews of the mechanisms of the nausea and vomiting (e.g., Blum et al., 1990; Mathews, 1990). suggest that there are multiple mechanisms that likely caused these symptoms reported by the plaintiffs.  First, the nausea and vomiting may be a consequence of stimulation of the amygdala by the malodorous emissions that lead to involuntary visceral responses.  The amygdala in the brain receives direct input from the olfactory bulb and is anatomically connected to vomit centers in the brainstem.  Second, anxiety (e.g., from the incontrollable noxious odors) has been associated with nausea.  Third, nausea and vomiting may be consequence of headaches induced by malodor; nausea and vomiting can accompany migraines. These gastrointestinal symptoms can lead to loss of appetite and alter food intake.

**4.3.** Sleep disruption, dizziness, and fatigue
Sleep disturbances to odors have been described in the scientific literature (Bell et al., 1996; Baldwin et al., 2004). The study performed by US Environmental Protection Agency described above found that drowsiness increased during a 2.75-hour exposure to a low-level mixture of 22 VOCs in an environmental chamber (Hudnell et al., 1992). An increased prevalence of sleepiness and fatigue has been reported near malodorous sources (Shusterman, 2001, 1992) and landfill sites (Vrijheid, 2000).  Heaney et al. (2011) found that neighbors of a landfill were 4.1 times more likely to feel dizzy or lightheaded and 2.7 times more likely to report a general ill feeling during periods when odors were detected. One potential cause of this disruption in sleep along with dizziness and fatigue may be due to interruption of breathing patterns caused by the aversive odor.

The fact that malodors can interrupt sleep is consistent with my own research.  I have performed numerous studies to determine if an odorant formula could be developed that is a reliable and effective alarm mechanism for sleeping individuals, particularly those with hearing loss who cannot respond to auditory alarms.  In one of my studies (Schiffman, 1995), I assessed the efficacy of odorants dispensed from cannisters as an alarm mechanism for subjects aged 20-68 years recruited from local societies for the hearing impaired.  For one test set of odorants, 23 of 25 subjects were aroused within 96 seconds.  In a second series of tests at higher concentration, the average response time was 89 seconds.  This study from 1995, along with others that I have performed with a wider range of odorants, clearly documents that odor can disrupt sleep.

***Opinion 4*** ***Malodor health effects****: Rationale*
The scientific literature strongly validates the plaintiffs' complaints of adverse health effects from recurrent exposure to malodorous air pollution emanating from the JPLF. The Trial plaintiffs suffered from the most common health symptoms reported by ATSDR (2020a) on its web page regarding health symptoms induced by odor, including: headaches, nausea, drowsiness, and mental health issues. The health symptoms experienced by the plaintiffs are also consistent with those described in the Jefferson Parish Citizen Smell Reports from 4/25/18 to 8/17/18 (see Appendix A-Table 4).

Reactive chemistry may have played a role in activation of the trigeminal nerve and subsequent headaches. Ozone ($O_3$) is produced as a result of a complex set of reactions that involve volatile organic compounds (VOCs) and oxides of nitrogen (NOx) in the presence of sunlight. According to Vivian Aucoin from LDEQ, Louisiana experiences higher levels of ground level ozone formation in May through September (Nola.com, 2018). The odor logs from 2018 indicate that the highest number of complaints were in July, August, and September. Ozone reacts with certain

34

alkenes to form compounds with pungent sensations. For example, the alkenes D-limonene and alpha-pinene are both constituents found at the JPLF and in the community by LDEQ (see Table 3f). Reaction products of these alkenes with ozone can activate the trigeminal nerve (Wolkoff et al., 2006). Formation of fine particles in the atmosphere through the processes of nucleation and growth may also contribute to activate the trigeminal nerve (Schiffman et al., 2000).

### *Opinion 4 Malodor health effects: Conclusion*

The aversive sensory properties of emissions from the JPLF including $H_2S$ and VOCs caused the health symptoms reported by the trial plaintiffs.  Furthermore, to the extent that airborne chemicals from other sources were mixed with the $H_2S$ and VOCs from the JPLF, the health symptoms suffered by the trial plaintiffs were the consequence of activation of sensory nerves by the combination of those sources; regardless, the $H_2S$ and VOCs from the JPLF were the substantial contributing cause of those health effects during 2017-2019.   In addition, exposure of the trial plaintiffs to $H_2S$ (and VOCs) from the JPLF was not a one-time event but rather involved repeated exposure over a multiyear period. There was likely variability in the frequency and intensity of the trial plaintiffs' symptoms based on their distance from the landfill, as shown in Figures 1 and 2. The finding that the emissions from the JPLF caused numerous interrelated health symptoms is consistent with information from the American Lung Association (ALA).

### **Opinion 5**

### **Malodor lasting impact. Learned odor aversions likely resulted from pairing of adverse biological effects with noxious emissions and odor; these conditioned odor aversions will likely persist for the plaintiffs over time.**

Conditioned odor aversions can occur if the residents near a landfill repeatedly link or associate the malodors with malaise or adverse health effects they experience coincident with the presence of landfill odor. Subsequent exposure to the landfill odor alone in the absence of the adverse health effects will be perceived as a threat signal or potential danger that they must avoid for their safety and survival. Aversion to odors can be achieved with as little as a single pairing of an odor with endotoxin (Grigoleit et al., 2012). Odor conditioning affects neural wiring with alterations in the structural and functional architecture of the olfactory system (Ross and Fletcher, 2019). For example, it can modify peripheral odorant receptors in the nasal cavity resulting in enhanced sensory discrimination (Cavazzana et al., 2018). Aversive odor conditioning induces long-term alterations in the piriform cortex and the amygdala, two areas of the brain that are involved in processing emotions (Li et al., 2008; Moessnang et al., 2013; Li, 2014). Odor conditioning in the amygdala involves NMDA glutamatergic receptors along with neuronal nitric oxide synthase (nNOS), an enzyme that is coupled to the NMDA receptor (González-Sánchez et al., 2019). The α2-adrenergic, β-adrenergic, and GABAergic systems in the amygdala are involved as well (Estrade et al., 2019).

### *Opinion 5 Malodor lasting impact: Rationale and Conclusion*

The exposures from JPL experienced by the plaintiffs may have long-term consequences. Conditioned odor aversions are not trivial, transitory issues but involve modifications in brain structure, neural circuitry, and function which persist over time.

## REFERENCES

Abraham, M.H., Kumarsingh, R., Cometto-Muniz, J.E. and Cain, W.S., 1998. An algorithm for nasal pungency thresholds in man. Archives of Toxicology, 72(4), pp.227-232.

Alaoui-Ismaili, O., Vernet-Maury, E., Dittmar, A., Delhomme, G. and Chanel, J., 1997. Odor hedonics: connection with emotional response estimated by autonomic parameters. Chemical senses, 22(3), pp.237-248.

Alarie, Y., 1973. Sensory irritation by airborne chemicals. CRC Critical Reviews in Toxicology, 2(3), pp.299-363.

Allen, J.L. 2005. Pulmonary complications of neuromuscular disease. Chapter 13. In: Pediatric Pulmonology. The Requisites. Mosby. Pp. 194-207.

American Lung Association. 2020. VOCs can harm health. https://www.lung.org/clean-air/at-home/indoor-air-pollutants/volatile-organic-compounds

AMIGO & Olores, 2023. International Handbook on the Assessment of Odour Exposure using Dispersion Modelling. ISBN 978-84-09-52429-7. DOI: 10.5281/zenodo.8367724.

Asmus, C.L. and Bell, P.A., 1999. Effects of environmental odor and coping style on negative affect, anger, arousal, and escape 1. Journal of Applied Social Psychology, 29(2), pp.245-260.

ATSDR (Agency for Toxic Substances and Disease Registry), 2016. Hydrogen sulfide. https://www.atsdr.cdc.gov/toxprofiles/tp114-c1-b.pdf

ATSDR. 2020a. Environmental Odors. Agency for Toxic Substances and Disease Registry https://www.atsdr.cdc.gov/odors/faqs.html

ATSDR. 2020b. Toxic Substances Portal - Hydrogen Sulfide Carbonyl Sulfide https://www.atsdr.cdc.gov/mmg/mmg.asp?id=385&tid=67#:~:text=Inhalation%20is%20the%20major%20route,and%20at%20continuous%20low%20concentrations.

Avery, R.C., Wing, S., Marshall, S.W. and Schiffman, S.S., 2004. Odor from industrial hog farming operations and mucosal immune function in neighbors. Archives of Environmental Health: An International Journal, 59(2), pp.101-108.

Baker, R.A., 1963. Odor effects of aqueous mixtures of organic chemicals. Journal (Water Pollution Control Federation), pp.728-741.

Baldwin, C.M., Bell, I.R., Guerra, S. and Quan, S.F., 2004. Associations between chemical odor intolerance and sleep disturbances in community-living adults. Sleep Medicine, 5(1), pp.53-59.

Bell, I.R., Bootzin, R.R., Ritenbaugh, C., Wyatt, J.K., DeGiovanni, G., Kulinovich, T., Anthony, J.L., Kuo, T.F., Rider, S.P., Peterson, J.M. and Schwartz, G.E., 1996. A polysomnographic study of sleep disturbance in community elderly with self-reported environmental chemical odor intolerance. Biological Psychiatry, 40(2), pp.123-133.

Bensafi, M., Rouby, C., Farget, V., Bertrand, B., Vigouroux, M. and Holley, A., 2002. Influence of affective and cognitive judgments on autonomic parameters during inhalation of pleasant and unpleasant odors in humans. Neuroscience Letters, 319(3), pp.162-166. The Blanes-Vidal, V., Nadimi, E.S., Ellermann, T., Andersen, H.V. and Løfstrøm, P., 2012. Perceived annoyance from environmental odors and association with atmospheric ammonia levels in non-urban residential communities: a cross-sectional study. Environmental Health, 11(1), p.27.

Bessac, B.F., Sivula, M., von Hehn, C.A., Caceres, A.I., Escalera, J. and Jordt, S.E., 2009. Transient receptor potential ankyrin 1 antagonists block the noxious effects of toxic industrial isocyanates and tear gases. The FASEB Journal, 23(4), p.1102.

Blum RH; Heinrichs WL; Herxheimer A. 1990. Nausea and Vomiting: Overview, Challenges, Practical Treatments and New Perspectives. Wiley.

Bokowa, A.; Diaz, C.; Koziel, J.; McGinley, M.; Barclay, J.; Schauberger, G.; Guillot, J.; Sneath, R.; Capelli, L.; Zorich, V.; Izquierdo, C.; Bilsen, I.; Romain, A.; del Carmen Cabeza, M.; Liu, D.; Both, R.; Van Belois, H.; Higuchi, T. Summary and Evaluation of the Odour Regulations Worldwide. Preprints 2020, 2020120137 (doi: 10.20944/preprints202012.0137.v1).

Both, R., Sucker, K., Winneke, G. and Koch, E., 2004. Odour intensity and hedonic tone-important parameters to describe odour annoyance to residents?. Water Science and Technology, 50(4), pp.83-92.

Brancher, M., Hieden, A., Baumann-Stanzer, K., Schauberger, G. and Piringer, M., 2020. Performance evaluation of approaches to predict sub-hourly peak odour concentrations. Atmospheric Environment: X, p.100076.

Brüning, T., Bartsch, R., Bolt, H.M., Desel, H., Drexler, H., Gundert-Remy, U., Hartwig, A., Jäckh, R., Leibold, E., Pallapies, D. and Rettenmeier, A.W., 2014. Sensory irritation as a basis for setting occupational exposure limits. Archives of toxicology, 88(10), pp.1855-1879.

Bruvold, W.H., Rappaport, S.M., Wu, T.C., Bulmer, B.E., DeGrange, C.E. and Kooler, J.M., 1983. Determination of nuisance odor in a community. Journal (Water Pollution Control Federation), pp.229-233.

Cain WS, See LC, Tosun T. Irritation and odor from formaldehyde: Chamber studies. In: IAQ'86 Managing Indoor Air for Health and Energy Conservation. Atlanta, Georgia, USA: American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.; 1986:126-137.

Cain WS. A functional index of human sensory irritation. In Indoor air '87: Proceedings of the Fourth International Conference on Indoor Air Quality and Climate. Institute for Water, Soil and Air Hygiene, 1987.

Cain, W.S., Dourson, M.L., Kohrman-Vincent, M.J. and Allen, B.C., 2010. Human chemosensory perception of methyl isothiocyanate: Chemesthesis and odor. Regulatory Toxicology and Pharmacology, 58(2), pp.173-180.

Cain, W.S.; Garcia-Medina, M.R. 1980. Possible adverse biological effects of odor pollution. Proceedings of the 73rd Annual Meeting of the Air Pollution Control Association Montreal, Quebec, June 22-27, 1980. Manuscript No. 80-23.2 Campagna, D., Kathman, S.J., Pierson, R., Inserra, S.G., Phifer, B.L., Middleton, D.C., Zarus, G.M. and White, M.C., 2004. Ambient hydrogen sulfide, total reduced sulfur, and hospital visits for respiratory diseases in northeast Nebraska, 1998–2000. Journal of Exposure Science & Environmental Epidemiology, 14(2), pp.180-187.

Caponnetto V, Deodato M, Robotti M, et al; European Headache Federation School of Advanced Studies (EHF-SAS). Comorbidities of primary headache disorders: A literature review with meta-analysis. J Headache Pain. 2021;22(1):71.

Cavazzana, A., Poletti, S.C., Guducu, C., Larsson, M. and Hummel, T., 2018. Electro-olfactogram responses before and after aversive olfactory conditioning in humans. Neuroscience, 373, pp.199-206.

CDC (Centers for Disease Control and Prevention), 2020. Hydrogen sulfide. https://www.cdc.gov/niosh/topics/hydrogensulfide/default.html

Che, Y., Yang, K., Jin, Y., Zhang, W., Shang, Z. and Tai, J., 2013. Residents' concerns and attitudes toward a municipal solid waste landfill: integrating a questionnaire survey and GIS techniques. Environmental Monitoring and Assessment, 185(12), pp.10001-10013.

Cohen, S. and Weinstein, N., 1981. Nonauditory effects of noise on behavior and health. Journal of Social Issues, 37(1), pp.36-70.

Cometto-Muñiz JE, Cain WS, Abraham MH, Sánchez-Moreno R, Gil-Lostes J. Nasal Chemosensory Irritation in Humans. 2010. In: Toxicology of the Nose and Upper Airways (J.B. Morris and D.J. Shusterman, eds.). Informa Healthcare USA, Inc., New York, 2010, pp. 187-202.

Cometto-Muniz, J.E., Cain, W.S. and Abraham, M.H., 2003. Dose-addition of individual odorants in the odor detection of binary mixtures. Behavioural Brain Research, 138(1), pp.95-105.

Cometto-Muñiz, J.E., Cain, W.S. and Abraham, M.H., 2004. Detection of single and mixed VOCs by smell and by sensory irritation. Indoor Air, 14, pp.108-117.

Cometto-Muñiz, J.E., Cain, W.S. and Hudnell, H.K., 1997. Agonistic sensory effects of airborne chemicals in mixtures: odor, nasal pungency, and eye irritation. Perception & Psychophysics, 59(5), pp.665-674.

Cone, J.E., Wugofski, L., Balmes, J.R., Das, R., Bowler, R., Alexeeff, G. and Shusterman, D., 1994. Persistent respiratory health effects after a metam sodium pesticide spill. Chest, 106(2), pp.500-508.

Consedine, N.S. and Moskowitz, J.T., 2007. The role of discrete emotions in health outcomes: A critical review. Applied and Preventive Psychology, 12(2), pp.59-75.

Dalton, P. and Wysocki, C.J., 1996. The nature and duration of adaptation following long-term odor exposure. Perception & Psychophysics, 58(5), pp.781-792.

Dalton, P. Cognitive aspects of perfumery. Perfumer & Flavorist 21, 13-20; 1996.

Danuser, B., Moser, D., Vitale-Sethre, T., Hirsig, R. and Krueger, H., 2003. Performance in a complex task and breathing under odor exposure. Human Factors, 45(4), pp.549-562 Di Gilio, A., Palmisani, J. and De Gennaro, G., 2018. An innovative methodological approach for monitoring and chemical characterization of odors around industrial sites. Advances in Meteorology, Article ID 1567146.

Deering-Rice, C.E., Memon, T., Lu, Z., Romero, E.G., Cox, J., Taylor-Clark, T., Veranth, J.M. and Reilly, C.A., 2019. Differential activation of TRPA1 by diesel exhaust particles: relationships between chemical composition, potency, and lung toxicity. Chemical research in toxicology, 32(6), pp.1040-1050.

Dhaka, A., Uzzell, V., Dubin, A.E., Mathur, J., Petrus, M., Bandell, M. and Patapoutian, A., 2009. TRPV1 is activated by both acidic and basic pH. Journal of Neuroscience, 29(1), pp.153-158.

Di Gilio, A., Palmisani, J. and de Gennaro, G., 2018. An Innovative Methodological Approach for Monitoring and Chemical Characterization of Odors around Industrial Sites. Advances in Meteorology Volume 2018, Article ID 1567146, 8 pages

Dux, M., Rosta, J. and Messlinger, K., 2020. TRP channels in the focus of trigeminal nociceptor sensitization contributing to primary headaches. International journal of molecular sciences, 21(1), p.342.

Edvinsson, J.C.A., Viganò, A., Alekseeva, A., Alieva, E., Arruda, R., De Luca, C., D'Ettore, N., Frattale, I., Kurnukhina, M., Macerola, S. and Malenkova, E., 2020. The fifth cranial nerve in headaches. The journal of headache and pain, 21, pp.1-17.

Edvinsson, L., 2002. Sensory nerves in the human cerebral circulation and trigeminal ganglion: role in primary headaches. The Journal of headache and pain, 3(1), pp.7-14.

EH/envepi/EPHT/Publications/HealthConsultRiverRidgeHarahanOdors.pdf

Ehrlichman, H., Brown Kuhl, S., Zhu, J. and Warrenburg, S., 1997. Startle reflex modulation by pleasant and unpleasant odors in a between-subjects design. Psychophysiology, 34(6), pp.726-729.

EPA. 2020. TRI Report for Cornerstone Chemical Co.
https://enviro.epa.gov/triexplorer/release_fac_profile?TRI=70094MRCNC10800&T
RILIB=TRIQ1&V_NA_INDICATOR=.&FLD=&FLD=RELLBY&FLD=TSFDSP
&OFFDISPD=&OTHDISPD=&ONDISPD=&OTHOFFD=&YEAR=2017

Estrade, L., Cassel, J.C., Parrot, S., Duchamp-Viret, P. and Ferry, B., 2018. Microdialysis unveils the role of the α2-adrenergic system in the basolateral amygdala during acquisition of conditioned odor aversion in the rat. ACS Chemical Neuroscience, 10(4), pp.1929-1934.

Finnerty, M. What's that smell? Odor from High Acres landfill rankles residents. Democrat and Chronicle, Dec 7, 2017
https://www.democratandchronicle.com/story/news/2017/12/07/high-acres-landfill-
perinton-macedon-smell-waste-management/848323000/

Gift, J.S.; Foureman, G.L. see Schiffman et al., 2000.

Gomes, E.C. and Florida-James, G. 2014. Lung inflammation, oxidative stress and air pollution. In: Ong, K.C. (Ed.) Lung Inflammation. Intech Open Science. DOI: 10.5772/58252
González-Sánchez, H., Tovar-Díaz, J., Morin, J.P. and Roldán-Roldán, G., 2019. NMDA receptor and nitric oxide synthase activity in the central amygdala is involved in the acquisition and consolidation of conditioned odor aversion. Neuroscience Letters, 707, p.134327.

Grigoleit, J.S., Kullmann, J.S., Winkelhaus, A., Engler, H., Wegner, A., Hammes, F., Oberbeck, R. and Schedlowski, M., 2012. Single-trial conditioning in a human taste-endotoxin paradigm induces conditioned odor aversion but not cytokine responses. Brain, Behavior, And Immunity, 26(2), pp.234-238.

Guadagni, D.G., Buttery, R.G., Okano, S. and Burr, H.K., 1963. Additive effect of sub-threshold concentrations of some organic compounds associated with food aromas. Nature, 200(4913), pp.1288-1289.

Hajna, Z., Sághy, É., Payrits, M., Aubdool, A.A., Szőke, É., Pozsgai, G., Bátai, I.Z., Nagy, L., Filotás, D., Helyes, Z. and Brain, S.D., 2016. Capsaicin-sensitive sensory nerves mediate the cellular and microvascular effects of H 2 S via TRPA1 receptor activation and neuropeptide release. Journal of Molecular Neuroscience, 60, pp.157-170.

Harkema, J.R., Carey, S.A. and Wagner, J.G., 2006. The nose revisited: a brief review of the comparative structure, function, and toxicologic pathology of the nasal epithelium. Toxicologic Pathology, 34(3), pp.252-269.

Heaney, C.D., Wing, S., Campbell, R.L., Caldwell, D., Hopkins, B., Richardson, D. and Yeatts, K., 2011. Relation between malodor, ambient hydrogen sulfide, and health in a community bordering a landfill. Environmental Research, 111(6), pp.847-852.

Hertzman C, Hayes M, Singer J, Highland J. Upper Ottawa street landfill site health study. Environmental Health Perspectives. 1987 Nov;75:173.

Hodges, R.R. and Dartt, D.A., 2013. Tear film mucins: front line defenders of the ocular surface; comparison with airway and gastrointestinal tract mucins. Experimental Eye Research, 117, pp.62-78.

Holand, S., Girard, A., Laude, D., Meyer-Bisch, C. and Elghozi, J.L., 1999. Effects of an auditory startle stimulus on blood pressure and heart rate in humans. Journal of hypertension, 17(12), pp.1893-1897.

Horton, R.A., Wing, S., Marshall, S.W. and Brownley, K.A., 2009. Malodor as a trigger of stress and negative mood in neighbors of industrial hog operations. American Journal of Public Health, 99(S3), pp.S610-S615.

Hudak, S. Winds carry landfill odor to Lake Nona residents. The Orlando Sentinel (Orlando, Fla.) Tribune Content Agency LLC. Oct 29, 2016 Hudnell, H.K., Otto, D.A., House, D.E. and Mølhave, L., 1992. Exposure of humans to a volatile organic mixture. II. Sensory. Archives of Environmental Health: An International Journal, 47(1), pp.31-38.

Iannone, L.F., De Logu, F., Geppetti, P. and De Cesaris, F., 2022. The role of TRP ion channels in migraine and headache. Neuroscience letters, 768, p.136380.

Interactions of pathogens and irritant chemicals in land-applied sewage sludges (biosolids). BMC Public Health, 2(1), p.11.

Jensen, H.A., Rasmussen, B. and Ekholm, O., 2019. Neighbour noise annoyance is associated with various mental and physical health symptoms: Results from a nationwide study among individuals living in multi-storey housing. BMC Public Health, 19(1), p.1508.

Kilburn, K.H. and Warshaw, R.H., 1995. Hydrogen sulfide and reduced-sulfur gases adversely affect neurophysiological functions. Toxicology and Industrial Health, 11(2), pp.185-197.

Koch KL; Hasler WL. 2017. Nausea and Vomiting. Springer.

Kontaris, I., East, B.S. and Wilson, D.A., 2020. Behavioral and Neurobiological Convergence of Odor, Mood and Emotion: A Review. Frontiers in Behavioral Neuroscience, 14, p.35.

Koroleva, K., Mustafina, A., Yakovlev, A., Hermann, A., Giniatullin, R. and Sitdikova, G., 2017. Receptor mechanisms mediating the pro-nociceptive action of hydrogen sulfide in rat trigeminal neurons and meningeal afferents. Frontiers in cellular neuroscience, 11, p.226.

Kourtidis, K., Kelesis, A. and Petrakakis, M., 2008. Hydrogen sulfide (H2S) in urban ambient air. Atmospheric Environment, 42(32), pp.7476-7482.

Kousha T, Valacchi G. 2015. The air quality health index and emergency department visits for urticaria in Windsor, Canada. Journal of Toxicology and Environmental Health, Part A. Apr 18;78(8):524-33.

Kubzansky, L.D. and Kawachi, I., 2000. Going to the heart of the matter: do negative emotions cause coronary heart disease?. Journal of Psychosomatic Research, 48(4-5), pp.323-337.

Kwon, J.W., Park, H.W., Kim, W.J., Kim, M.G. and Lee, S.J., 2018. Exposure to volatile organic compounds and airway inflammation. Environmental Health, 17(1), p.65.

Lambert, T.W., Goodwin, V.M., Stefani, D. and Strosher, L., 2006. Hydrogen sulfide (H2S) and sour gas effects on the eye. A historical perspective. Science of the Total Environment, 367(1), pp.1-22.

Larsen, W.G., 1977. Perfume dermatitis: a study of 20 patients. Archives of dermatology, 113(5), pp.623-626.

LDEQ, 2018. River Ridge/Harahan Odor issue. https://www.deq.louisiana.gov/page/river-ridge-harahan-odor-issue

LDH (Louisiana Department of Health). Final Draft. January 14, 2019. https://ldh.la.gov/assets/oph/Center-

Lehmann, R., Schöbel, N., Hatt, H. and van Thriel, C., 2016. The involvement of TRP channels in sensory irritation: a mechanistic approach toward a better understanding of the biological effects of local irritants. Archives of Toxicology, 90(6), pp.1399-1413.

Leishman, E., Kunkler, P.E., Manchanda, M., Sangani, K., Stuart, J.M., Oxford, G.S., Hurley, J.H. and Bradshaw, H.B., 2017. Environmental toxin acrolein alters levels of endogenous lipids, including TRP agonists: a potential mechanism for headache driven by TRPA1 activation. Neurobiology of Pain, 1, pp.28-36.

Lewis, D.L., Gattie, D.K., Novak, M.E., Sanchez, S. and Pumphrey, C., 2002.

Li, W., 2014. Learning to smell danger: acquired associative representation of threat in the olfactory cortex. Frontiers in Behavioral Neuroscience, 8, p.98.

Li, W., Howard, J.D., Parrish, T.B. and Gottfried, J.A., 2008. Aversive learning enhances perceptual and cortical discrimination of indiscriminable odor cues. Science, 319(5871), pp.1842-1845.

Logue JN, Fox JM. Residential health study of families living near the Drake Chemical Superfund site in Lock Haven, Pennsylvania. Archives of Environmental Health: An International Journal. 1986 Aug 1;41(4):222-8.

Luskin, A.T., Blaiss, M.S., Farrar, J.R., Settipane, R., Hayden, M.L., Stoloff, S., Chadwick, S.J., Derebery, M.J., Ettari, M.P., Luskin, S. and Naclerio, R., 2011, March. Is there a role for aerosol nasal sprays in the treatment of allergic rhinitis: A white paper. In Allergy and Asthma Proceedings (Vol. 32, No. 2, p. 168). OceanSide Publications.

MAML (Mobile Air Monitoring Lab). 2018a. River Ridge and Harahan, LA, February 19, 2018.

MAML (Mobile Air Monitoring Lab). 2018b. River Ridge and Harahan, LA, April 27, 2018.

MAML (Mobile Air Monitoring Lab). 2018c. River Ridge and Harahan, LA, July 20, 2018.

Mataloni, F., Badaloni, C., Golini, M.N., Bolignano, A., Bucci, S., Sozzi, R., Forastiere, F., Davoli, M. and Ancona, C., 2016. Morbidity and mortality of people who live close to municipal waste landfills: a multisite cohort study. International journal of epidemiology, 45(3), pp.806-815.

Matuszewich, L., Karney, J.J., Carter, S.R., Janasik, S.P., O'Brien, J.L. and Friedman, R.D., 2007. The delayed effects of chronic unpredictable stress on anxiety measures. Physiology & Behavior, 90(4), pp.674-681.

McLeod, R.L., Jia, Y., McHugh, N.A., Fernandez, X., Mingo, G.G., Wang, X., Parra, L.E., Chen, J., Brown, D., Bolser, D.C. and Kreutner, W., 2007. Sulfur-dioxide exposure increases TRPV1-mediated responses in nodose ganglia cells and augments cough in guinea pigs. Pulmonary Pharmacology & Therapeutics, 20(6), pp.750-757.

McQueen, R.H. and Vaezafshar, S., 2020. Odor in textiles: A review of evaluation methods, fabric characteristics, and odor control technologies. Textile Research Journal, 90(9-10), pp.1157-1173.

Merchant, J.A., Naleway, A.L., Svendsen, E.R., Kelly, K.M., Burmeister, L.F., Stromquist, A.M., Taylor, C.D., Thorne, P.S., Reynolds, S.J., Sanderson, W.T. and Chrischilles, E.A., 2005. Asthma and farm exposures in a cohort of rural Iowa children. Environmental Health Perspectives, 113(3), pp.350-356.

Miltner, W., Matjak, M., Braun, C., Diekmann, H. and Brody, S., 1994. Emotional qualities of odors and their influence on the startle reflex in humans. Psychophysiology, 31(1), pp.107-110.

Mirabelli, M.C., Wing, S., Marshall, S.W. and Wilcosky, T.C., 2006. Asthma symptoms among adolescents who attend public schools that are located near confined swine feeding operations. Pediatrics, 118(1), pp.e66-e75.

Miyazawa, T., Gallagher, M., Preti, G. and Wise, P.M., 2008a. Synergistic mixture interactions in detection of perithreshold odors by humans. Chemical Senses, 33(4), pp.363-369.

Miyazawa, T., Gallagher, M., Preti, G. and Wise, P.M., 2008b. The impact of subthreshold carboxylic acids on the odor intensity of suprathreshold flavor compounds. Chemosensory Perception, 1, pp.163-167.

Moessnang, C., Pauly, K., Kellermann, T., Krämer, J., Finkelmeyer, A., Hummel, T., Siegel, S.J., Schneider, F. and Habel, U., 2013. The scent of salience—Is there olfactory-trigeminal conditioning in humans?. Neuroimage, 77, pp.93-104.

Mustafina, A.N., Koroleva, K.S., Giniatullin, R.A. and Sitdikova, G.F., 2016. Acid Sensitive Ion Channels as Target of Hydrogen Sulfide in Rat Trigeminal Neurons. BioNanoScience, 6, pp.370-372.

Nagtegaal, M.J., Pentinga, S.E., Kuik, J., Kezic, S. and Rustemeyer, T., 2012. The role of the skin irritation response in polysensitization to fragrances. Contact dermatitis, 67(1), pp.28-35.

Nash, J.M. and Thebarge, R.W., 2006. Understanding psychological stress, its biological processes, and impact on primary headache. Headache: The Journal of Head and Face Pain, 46(9), pp.1377-1386.

Nicolas, J., Craffe, F. and Romain, A.C., 2006. Estimation of odor emission rate from landfill areas using the sniffing team method. Waste Management, 26(11), pp.1259-1269.

Nigam, P.K., 2009. Adverse reactions to cosmetics and methods of testing. Indian Journal of Dermatology, Venereology, and Leprology, 75(1), p.10.

Nimmermark, S., 2004. Odour influence on well-being and health with specific focus on animal production emissions. Annals of Agricultural and Environmental Medicine, 11(2), pp.163-173.

Nola.com. 2018. https://www.nola.com/news/environment/article_1443d152-2b94-53ff-8631-d5f492eb1010.html

OSHA (Occupational Safety and Health Administration). 2020. Hydrogen Sulfide (H2S). OSHA Fact Sheet. https://www.osha.gov/OshDoc/data_Hurricane_Facts/hydrogen_sulfide_fact.pdf

Peacock, J.L., Anderson, H.R., Bremner, S.A., Marston, L., Seemungal, T.A., Strachan, D.P. and Wedzicha, J.A., 2011. Outdoor air pollution and respiratory health in patients with COPD. Thorax, 66(7), pp.591-596.

Peng, Z. and Kellenberger, S., 2021. Hydrogen sulfide upregulates acid-sensing ion channels via the MAPK-Erk1/2 signaling pathway. Function, 2(2), p.zqab007.

Pietrabissa, G. and Simpson, S.G., 2020. Psychological consequences of social isolation during COVID-19 outbreak. Frontiers in Psychology, 11, p.2201.

Porreca, F. and Ossipov, M.H., 2009. Nausea and vomiting side effects with opioid analgesics during treatment of chronic pain: mechanisms, implications, and management options. Pain Medicine, 10(4), pp.654-662.

Pressman, S.D., Gallagher, M.W. and Lopez, S.J., 2013. Is the emotion-health connection a "first-world problem"?. Psychological Science, 24(4), pp.544-549.

Radon, K., Peters, A., Praml, G., Ehrenstein, V., Schulze, A., Hehl, O. and Nowak, D., 2004. Livestock odours and quality of life of neighbouring residents. Annals of Agricultural and Environmental Medicine, 11(1), pp.59-62.

Radon, K., Schulze, A., Ehrenstein, V., van Strien, R.T., Praml, G. and Nowak, D., 2007. Environmental exposure to confined animal feeding operations and respiratory health of neighboring residents. Epidemiology, 18(3), pp.300-308.

Ragoobar, T., Ganpat, W.G., Rocke, K.D. 2016. The impact of malodour exposure on the psychological well-being of a community in Trinidad. Asian Jr. Microbiol. Biotech. Env. Sci 18: 715-723.

Rains, J.C. and Poceta, J.S., 2006. Headache and sleep disorders: review and clinical implications for headache management. Headache: The Journal of Head and Face Pain, 46(9), pp.1344-1363.

Roberts, F.A. 2019. Jefferson Parish to upgrade gas collection system at landfill in effort to combat noxious odors. The New Orleans Advocate: Nola.com, November 7, 2019 Romain, A.C., Delva, J. and Nicolas, J., 2008. Complementary approaches to measure environmental odours emitted by landfill areas. Sensors and Actuators B: Chemical, 131(1), pp.18-23.

Romain, A.C., Delva, J. and Nicolas, J. (2008) Complementary Approaches to Measure Environmental Odours Emitted by Landfill Areas. Sensors and Actuators B, 131, 18-23. http://dx.doi.org/10.1016/j.snb.2007.12.005

Ross, J.M. and Fletcher, M.L., 2019. Aversive learning-induced plasticity throughout the adult mammalian olfactory system: insights across development. Journal of Bioenergetics and Biomembranes, 51(1), pp.15-27.

Rotton, J., 1983. Affective and cognitive consequences of malodorous pollution. Basic and Applied Social Psychology, 4(2), pp.171-191.

Sapolsky, R.M., 1999. Glucocorticoids, stress, and their adverse neurological effects: relevance to aging. Experimental gerontology, 34(6), pp.721-732.

Sarkar U, Hobbs SE, Longhurst P. 2003. Dispersion of odour: a case study with a municipal solid waste landfill site in North London, United Kingdom. Journal of Environmental Management. Jun 1;68(2):153-60.

Schiffman, S. S. Use of olfaction as an alarm mechanism to arouse and alert sleeping individuals. Aroma-Chology Review 4(10):2,9; 1995.

Schiffman, S. S., McLaughlin, B., Katul, G. G., Nagle, H. T.  Eulerian-Lagrangian model for predicting odor dispersion using instrumental and human measurements. Sensors and Actuators B 106: 122-127; 2005.

Schiffman, S. S.; Graham, B. G.; Williams, C. M. Dispersion modeling to compare alternative technologies for odor remediation at swine facilities. Journal of the Air & Waste Management Association 58: 1166-1176; 2008.

Schiffman, S.S. and Williams, C.M., 2005. Science of odor as a potential health issue. Journal of Environmental Quality, 34(1), pp.129-138.

Schiffman, S.S., 1998. Livestock odors: implications for human health and well-being. Journal of Animal Science, 76(5), pp.1343-1355.

Schiffman, S.S., Miller, E.A.S., Suggs, M.S. and Graham, B.G., 1995. The effect of environmental odors emanating from commercial swine operations on the mood of nearby residents. Brain Research Bulletin, 37(4), pp.369-375.

Schiffman, S.S., Studwell, C.E., Landerman, L.R., Berman, K. and Sundy, J.S., 2005. Symptomatic effects of exposure to diluted air sampled from a swine confinement atmosphere on healthy human subjects. Environmental health perspectives, 113(5), pp.567-576.

Schiffman, S.S., Walker, J.M., Dalton, P., Lorig, T.S., Raymer, J.H., Shusterman, D. and Williams, C.M., 2000. Potential health effects of odor from animal operations, wastewater treatment, and recycling of byproducts. Journal of Agromedicine, 7(1), pp.7-81.

Shusterman D, Lipscomb J, Neutra R and Satin K. (1991). Symptom prevalence and odor-worry interaction near hazardous waste sites. Environ Health Perspect. Aug;94:25–30.

Shusterman, D., 1992. Critical review: the health significance of environmental odor pollution. Archives of Environmental Health: An International Journal, 47(1), pp.76-87.

Steiner, J.E. 1974. Discussion paper: Innate, discriminative human facial expressions to taste and smell stimulation. Annals of the New York Academy of Sciences 237: 229233.

Steiner, Jacob E. 1979. Human facial expressions in response to taste and smell stimulation. In Advances in child development and behavior, vol. 13, pp. 257-295.

Steinheider, B. and Winneke, G., 1993. Industrial odours as environmental stressors: Exposure-annoyance associations and their modification by coping, age and perceived health. Journal of Environmental Psychology, 13(4), pp.353-363.

Steinheider, B., Both, R. and Winneke, G. 1998. Field studies on environmental odours inducing annoyance as well as gastric and general health-related symptoms. J. Psychophysiol., 12(1), 64–79.

Steptoe, A., & Appels, A. (Eds.). (1989). Stress, personal control and health. John Wiley & Sons.

Sucker, K., Both, R., Bischoff, M., Guski, R., Krämer, U. and Winneke, G., 2008. Odor frequency and odor annoyance Part II: dose–response associations and their modification by hedonic tone. International Archives of Occupational and Environmental Health, 81(6), pp.683-694.

Thu, K., Donham, K., Ziegenhorn, R., Reynolds, S., Thorne, P.S., Subramanian, P., Whitten, P. and Stookesberry, J., 1997. A control study of the physical and mental health of residents living near a large-scale swine operation. Journal of Agricultural Safety and Health, 3(1), pp.13-26.

Thu, K.M., 2002. Public health concerns for neighbors of large–scale swine production operations. Journal of agricultural safety and health, 8(2), p.185.

Tompkins, M.A. Anxiety and Avoidance: A Universal Treatment for Anxiety, Panic, and Fear. New Harbinger Publications, Sep 1, 2013

Trevisani, M., Patacchini, R., Nicoletti, P., Gatti, R., Gazzieri, D., Lissi, N., Zagli, G., Creminon, C., Geppetti, P. and Harrison, S., 2005. Hydrogen sulfide causes vanilloid receptor 1-mediated neurogenic inflammation in the airways. British journal of pharmacology, 145(8), pp.1123-1131.

Villemure, C., Slotnick, B.M. and Bushnell, M.C., 2003. Effects of odors on pain perception: deciphering the roles of emotion and attention. Pain, 106(1-2), pp.101-108.

Virginia Department of Health. Hydrogen sulfide. https://www.vdh.virginia.gov/environmental-health/public-health-toxicology/hydrogen-sulfide/.  Also ATSDR July document from July 2006.  Accessed at https://www.adeq.state.ar.us/air/compliance/pdfs/hydrogen_sulfide.pdf.

Vrijheid, M., 2000. Health effects of residence near hazardous waste landfill sites: a review of epidemiologic literature. Environmental Health Perspectives, 108(suppl 1), pp.101-112.

Warren DW, Walker JC, Drake AF, Lutz RW. Effects of odorants and irritants on respiratory behavior. Laryngoscope 1994;104(5 Pt 1):623-6.

Weinstein, N.D., 1982. Community noise problems: evidence against adaptation. Journal of Environmental Psychology, 2(2), pp.87-97.

WHO (World Health Organization). 2000. Air Quality Guidelines. Second edition. Chapter 6.6 https://www.who.int/publications/i/item/9789289013581

Wilson, D. E. Landfill Neighbors Await Breath Of Fresh Air: Odors Have Been Annoying Mansfield. The Philadelphia inquirer Jan 26, 1997 Wing, S. and Wolf, S., 2000. Intensive livestock operations, health, and quality of life among eastern North Carolina residents. Environmental Health Perspectives, 108(3), pp.233-238.

Wing, S., Horton, R.A. and Rose, K.M., 2013. Air pollution from industrial swine operations and blood pressure of neighboring residents. Environmental health perspectives, 121(1), pp.92-96.

Wing, S., Horton, R.A., Marshall, S.W., Thu, K., Tajik, M., Schinasi, L. and Schiffman, S.S., 2008. Air pollution and odor in communities near industrial swine operations. Environmental Health Perspectives, 116(10), pp.1362-1368.

Wolkoff, P., Nøjgaard, J.K., Troiano, P. and Piccoli, B., 2005. Eye complaints in the office environment: precorneal tear film integrity influenced by eye blinking efficiency. Occupational and Environmental Medicine, 62(1), pp.4-12.

Wolkoff, P., Skov, P., Franck, C. and Petersen, L.N., 2003. Eye irritation and environmental factors in the office environment—hypotheses, causes and a physiological model. Scandinavian Journal of Work, Environment & Health, pp.411-430.

Wolkoff, P., Wilkins, C.K., Clausen, P.A. and Nielsen, G.D., 2006. Organic compounds in office environments-sensory irritation, odor, measurements and the role of reactive chemistry. Indoor air, 16(1), pp.7-19.

World Health Organization. Air Quality Guidelines - Second Edition. Chapter 6.6 Hydrogen sulfide. WHO Regional Office for Europe, Copenhagen, Denmark 2000.

Wu, Y., Duan, J., Li, B., Liu, H. and Chen, M., 2020. Exposure to formaldehyde at low temperatures aggravates allergic asthma involved in transient receptor potential ion channel. Environmental Toxicology and Pharmacology, 80, p.103469.

WWLTV, 2019. https://www.wwltv.com/article/news/investigations/david-hammer/jefferson-parish-landfill-investigation/289-84d9283d-c9ab-47d9-9019-cee69ececcb5

Ying, D., Chuanyu, C., Bin, H., Yueen, X., Xuejuan, Z., Yingxu, C. and Weixiang, W., 2012. Characterization and control of odorous gases at a landfill site: A case study in Hangzhou, China. Waste management, 32(2), pp.317-326.

Zald, D.H. and Pardo, J.V., 1997. Emotion, olfaction, and the human amygdala: amygdala activation during aversive olfactory stimulation. Proceedings of the National Academy of Sciences, 94(8), pp.4119-4124.

## APPENDIX A

Table 1a: Appendix A. Odor character in the non-trial plaintiffs' (entire cohort of *Addison* plaintiffs') own words when not constrained to describe its quality by adjective rating scales given in alphabetical order (from my expert repot on August 27, 2021)

| | | |
|---|---|---|
| Acid | Miserable | Smelled like feces |
| Awful | Natural gas | Smells like rotten egg |
| Body odor | Noxious | Smells like sewer gas |
| Burnt smell | Noxious odor | Smells rotten |
| Can't stomach the odor | Overwhelming | So bad |
| Compost | Pepper spray | So foul |
| Couldn't take the smell | Persistent | So strong |
| Dead animal | Pungent smell | Something dead, very powerful rotten odor |
| Dirty water | Raw sewage | Sour burning smell |
| Disgusting | Really bad | Sour odor |
| Dumpster | Really nasty to inhale | Spoiled milk |
| Embarrassing | Rotten food | Stinks |
| Feces | Rotten smell | Sulfur |
| Gas smell | Sewage | Terrible |
| Had to keep mouth and nose covered | Sewer | Toxic scent |
| Horrible | Sleep with t-shirt covering face because didn't have mask | Unbearable |
| House smells like trash | Smell is too bad | Uncontrollable |
| Like 50 trash trucks with a lot of old fish just left there | Smell makes you want to puke | Wet garbage |
| Like a sewer | Smell of death | |

Table 1b. Appendix A. Some of the descriptors of the odor quality used in the Jefferson Parish Citizen Smell Reports from 4/25/18 to 8/17/18.

| | |
|---|---|
| All too familiar rotten egg smell | Methane gassy smell |
| Ammonia and natural gas mixed together | More garbage than chemical |
| BAD sulfur smell | Organic landfill |
| Burning sulfur | Organic rather than petrochemical |
| Chemical, rotten garbage | Putrid |
| Chemical/landfill smell | Raw sewer with chemical undertone |
| Chemical/sulfuric | Rotten egg smell |
| Crude oil sulfur smell | Rotten egg/burning plastic |
| Decomposition, pungent sewer/sulfur | Rotten egg/chemical smell |
| Dump smell | Rotten garbage |

| DUMP! | Rotten, gas odor, egg smell |
|---|---|
| Garbage | Sewer |
| Garbage smell | Sewer gas |
| Garbage with a chlorine mix | Sewer/rotten garbage |
| Garbage, not chemical | Sour trash smell |
| Gas leak | Stunk like a dumpster |
| Horrid sulfur smell | Sulfur smell |
| Horrific sulfuric smell | Sulphur smell |
| Landfill | Usual sulphur-like odor |

Table 1c. Appendix A. Some general descriptors of the odor used in the Jefferson Parish Citizen Smell Reports from 4/25/18 to 8/17/18. These descriptors are similar to those reported by the Plaintiffs (alphabetical order).

| Absolutely horrendous | Outrageous |
|---|---|
| Air is poisoned | Overwhelming |
| Ammonia-like smell | Permeated my house |
| Awful | Pervasive |
| Bad | Pungent |
| Bad as always | Putrid |
| Bad as anything I've ever smelled | Reeks throughout the house |
| Bad indoors | Repulsive |
| Carcinogenic | Ridiculous |
| Choking smell | Rotten |
| Completely unbreathable | Sickening |
| Despicable | Smell assaulted me |
| Disgusting | Smell in bedroom |
| Foul | Smell inside my house |
| Getting hammered | Smell is off the chart |
| God awful smell | Smell it big time |
| Gross | Smell permeated my house |
| Hit like a ton of bricks | Smell-ick! |
| Horrendous | Sour smell |
| Horrible | Stench |
| Horrid | Stink |
| Horrific smell | STINKS! |
| Intense | Strong |
| Irritant | Terrible |
| Lagging smell | Toxic odor |
| Nasty | Ugh! |
| Nauseating | Unbearable |
| Noxious | Very bad |
| Offensive | Very strong in my house |
| OHMYGOD status | Worst it's been, inside and outside |

Table 1d. Appendix A. Descriptions of some of the feelings about the odor expressed in the Jefferson Parish Citizen Smell Reports from 4/25/18 to 8/17/18. These descriptors are similar to those reported by the Plaintiffs (alphabetical order).

| | |
|---|---|
| ANGRY! | Made me depressed |
| Anxious | Makes me mad and a little frightened |
| Can't function like this | Sad |
| Cries for help | Sad state of affairs |
| Desperate | So angry! |
| Honestly depressing | Unbearable |
| Infuriating | Will this be the death of me? |



Figure 1: Number of Times $H_2S$ from JPL $\geq 7$ μg/m³ from 2017-2019 as Determined by Modeling at 6 Surrogate Receptors

**Table 2a** Appendix A.: Alterations in daily life reported by in the non-trial plaintiffs' (entire cohort of *Addison* plaintiffs')

| | |
|---|---|
| Affected my life tremendously | Don't want to bring my son outside |
| Afraid to inhale the fumes | Drive out of area to get away from the smell |
| Air comes under door | Encroached on my way of life |

48

| | |
|---|---|
| Avoid inviting guests because they will think my home is dirty | Feel trapped because I can't move |
| Burning candles all the time to mask smell | Flies and mosquitoes |
| Can't bring my grandbaby outside to swing | Foul odor disturbs the scent of my personal space, belongings, and body |
| Can't go outside and play without having asthma or allergies act up | Go to another parish to sit outside |
| Can't do anything outside | Hard to cook and do your normal life activity |
| Can't do sidewalk art, finger painting, skating, jumping rope, hopscotch | Having to deal with allergies daily |
| Can't do yard work or enjoy outside activities | Health issue because my family is inhaling these odors inside our home |
| Can't enjoy home because we have to cover nose and mouth | House invaded by odors |
| Can't enjoy my home | Interferes with activities of daily living |
| Can't enjoy pool and deck | Interferes with my comfort |
| Can't go outside at night | Just want to move from the area |
| Can't go outside to enjoy a morning walk | Keep doors shut |
| Can't have barbecues, gatherings, or parties | Kids can't play outside |
| Can't have family functions | Missed work after sickened by odor |
| Can't leave windows or front door open | Moved from Waggaman because of the smell and headaches |
| Can't open windows for fresh air | Not as social we cut out all family and friend gatherings at our house |
| Can't ride our bikes or walk the dogs | Not wanting to cook… the smell was too strong at the time |
| Can't sit out and enjoy the breeze or fresh air | Odor gets into fabrics |
| Can't sit outside | Sleeping with a mask over my face and under covers is not my plan in life |
| Can't sleep | Smell comes into home through air conditioning and vents |
| Can't watch sports at the playground | Smell gets into home at night |
| Cannot enjoy a decent meal | Smell has interfered with my life a lot |
| Complain to Parish office almost every day | Smell permeates my clothing so much that others can smell it. |
| Confined to inside of the house | Smell won't go away even after cleaning |
| Constant need for air freshener which costs money and takes electricity | So bad I have to leave and sleep at sister's house in city |
| Couldn't stay in my house | Stops me from having a social life at home |
| Cutting grass is a challenge | Symptoms have taken over life |
| Don't cook like I used to because foul odor is in food | Uncertain of long-term effects makes me anxious |

| | |
|---|---|
| Don't have many guests over in fear some one will get sick | Very depressing because disabled and makes my life more difficult cause I can't stay in my own residence. |
| Don't invite guests | Water smells |

**Table 2b.** Appendix A. Descriptions of some of the alterations in quality of life in the Jefferson Parish Citizen Smell Reports from 4/25/18 to 8/17/18. These descriptors are similar to those reported by the Plaintiffs (alphabetical order).

| | |
|---|---|
| Can't even have a together outside | Miserable night |
| Can't flush out of the house | No escaping |
| Can't handle being in the home any longer | Our way of life is now being affected |
| Can't have grandkids spend night anymore | Smell completely took over the house |
| Can't open door | Smell gets trapped inside |
| Can't walk outside | Stench filled my home and woke me up |
| Can't walk the dog | There is no escape |
| Gets trapped in the house | Unacceptable and unlivable |
| Had to leave city for relief for the day | Unlivable |
| I can't stand it here anymore | We can no longer enjoy our yards and/or pools |
| Interior of car smelled | We don't even have the freedom to go out for a walk |
| Like I'm in a gas chamber | Woke me up |
| Losing quality of life | |

**Table 3**. Appendix A. Compounds found in grab samples in River Ridge and Waggaman (see MAML, 2018c)

| Compounds found in grab samples by GC/MS | Odor quality | Occurrence, representative uses | Representative safety issues and symptoms from exposure |
|---|---|---|---|
| Acetone (ketone) | Sweetish, fragrant | Breakdown of animal fat metabolism, plants, solvent, nail polish removers | Irritant (eye, nose, throat), headache, dizziness, central nervous system depression; dermatitis |
| Acrolein (aldehyde) | Piercing, disagreeable, acrid smell; odor of burnt fat | Tobacco, trees, plans gasoline oil, pesticides, chemical synthesis | Irritant, decreased pulmonary function, toxic |
| Benzene (hydrocarbon) | Gasoline-like, aromatic | Gasoline, hydrocarbon fuels, chemical processes, polymer industry | Irritant, dizziness; headache, nausea, staggered gait; anorexia, lassitude (weakness, exhaustion); dermatitis; bone marrow depression |
| 2-Butanone (methyl ethyl ketone (ketone) | Pungent, sharp, acetone-like, sweet | Solvent, plastic welding agent, polyester resins, paints, coatings, glue | Irritant, drowsiness, headache, vomiting, dizziness, dermatitis |
| n-Butyl acetate (ester) | Fruity odor | Component of fruits, plants, tobacco; commercial chemical; solvent | Irritant; headache, drowsiness, dizziness |
| Carbon disulfide (organosulfur) | Strong, disagreeable, ether-like, rotting radishes | Commercial chemical, rayon, soil fumigant | Adverse CNS, hematologic, and dermatologic effects; headaches, dizziness, weakness, difficulty remembering and concentrating, mood swings, anxiety, fatigue, trouble sleeping, muscle cramps, and numbness at low concentrations. |

| Carbon tetrachloride (organochlorine) | Ether-like odor | Solvent for oils and fats, refrigerant, dry-cleaning agent | Irritant, CNS depressant; nausea, vomiting, drowsiness, dizziness |
|---|---|---|---|
| Chloromethane (organochlorine) | Faint sweet | Industrial solvent, anesthetic, silicone polymer production,  extractant for oils and resins, herbicide. | CNS and reproductive effects, irritant; tiredness, blurred vision, mental confusion, headache, changes in mood, staggering gait, and tremors |
| Cumene (hydrocarbon) | Sharp, gasoline-like | Petroleum products | Irritant, CNS depressant, headache, dizziness, drowsiness |
| Cyclohexane (hydrocarbon) | Petroleum-like, detergent-like | Nylon, solvent, paint remover | Irritant; dizziness, nausea, vomiting, dermatitis |
| p-Dichlorobenzene | Moth balls | Disinfectant, deodorant, and pesticide | Accumulates in fatty tissue, carcinogen |
| Dichlorodifluoromethane (Freon-12) (chlorofluorocarbon) | Ether-like | Freezing agent, propellant | Dizziness, tremor, asphyxia, unconsciousness, cardiac arrhythmias, cardiac arrest |
| 1,2-Dichloroethane (organochlorine) | Chloroform-like, ether-like | Solvent, polyvinyl chloride (PVC) pipes, furniture and automobile upholstery, wall coverings, housewares, and automobile parts | Can induce effects on the human nervous system, liver, and kidneys, as well as respiratory distress; cardiac arrhythmia, nausea, and vomiting; probable human carcinogen |
| Ethanol (alcohol) | Alcohol, vinous, ethereal odor | Grain alcohol, solvent, ingredient in many consumer products | Irritant |
| Ethylbenzene (aromatic hydrocarbon)[1] | Petroleum-like | Industrial chemical, inks, insecticides, paints, solvent | Irritant, headache, dermatitis |

| | | | |
|---|---|---|---|
| n-Heptane (hydrocarbon) | Petroleum-like | Solvent | Dizziness, stupor, incoordination, loss of appetite, nausea, dermatitis |
| n-Hexane (hydrocarbon) | Petroleum-like, disagreeable | Solvent, paint thinner, chemical reaction medium | Irritation of respiratory tract, cough, mild depression, headache, cardiac arrhythmias; mild CNS effects |
| D-Limonene (hydrocarbon, terpene) | Citrus | Fragrance ingredient, solvent | Mild irritant |
| 4-Methyl-2-pentanone (ketone) | Ketonic and camphor odor | Solvent for gums, resins, paints, varnishes, lacquers, and nitrocellulose | Mucous membrane irritation and weak effects on the central nervous system (CNS); weakness, headache, nausea, lightheadedness, vomiting, dizziness, incoordination, narcosis |
| n-Nonane (hydrocarbon) | Sharp odor, gasoline-like, petroleum | Kerosene, solvent | Irritant, headache, drowsiness, dizziness, confusion, nausea, tremor, incoordination; chemical pneumonitis (aspiration liquid) |
| n-Octane (hydrocarbon) | Gasoline, petroleum | Gasoline component, solvent | Irritant, drowsiness; dermatitis; chemical pneumonitis (aspiration liquid) |
| α-Pinene (hydrocarbon, terpene) | Pine; turpentine | Solvent | Irritant, skin eruption, GI irritation, dizziness, nervous system disturbances |
| n-Propylbenzene (hydrocarbon)[1] | Benzene-like | Solvent | Irritant; mildly toxic |
| 2-Propanol/isopropanol (alcohol) | Sharp, musty odor like rubbing alcohol | Disinfectant, solvent | Mild irritant; drowsiness, dizziness, headache; dry cracking skin |
| Tetrachloroethylene (organochlorine)[1] | Ether-like | Cleaning solvent in dry cleaning | Irritant, nausea; flush face, neck; dizziness, incoordination; headache, |

| | | | |
|---|---|---|---|
| | | | drowsiness; skin erythema (skin redness); liver damage |
| Tetrahydrofuran (heterocyclic, ether) | Sweetish, ethereal anesthetic | Solvent | Irritant; nausea, dizziness, headache, CNS depression |
| Toluene (hydrocarbon)[1] | Benzene-like | Benzene precursor, solvent | Irritant; lassitude (weakness, exhaustion), confusion, euphoria, dizziness, headache; dilated pupils, lacrimation (discharge of tears); anxiety, muscle fatigue, insomnia; paresthesia; dermatitis; liver, kidney damage |
| Trichlorofluoromethane (Freon-11) (chlorofluorocarbon) | Mild ethereal | Refrigerant, a blowing agent for polyurethane foam insulation | Dizziness and drowsiness |
| Trichlorotrifluoroethane (Freon 113, TF) (chlorofluorocarbon) | Ether-like | Refrigerant, solvent, blowing agent | Heavier than air, lowers oxygen content in confined area, Irregular heart beat, confusion |
| 1,2,4-Trimethylbenzene (hydrocarbon)[1] | Strong, distinctive, aromatic | Coal tar, petroleum, dyes, resins | Irritant, bronchitis; hypochromic anemia; headache, drowsiness, lassitude (weakness, exhaustion), dizziness, nausea, incoordination; vomiting, confusion; chemical pneumonitis (aspiration liquid) |
| 1,3,5-Trimethylbenzene (hydrocarbon) | Sweet aromatic, peculiar odor | Plastics, dyes | Irritant, toxic |
| Vinyl chloride (organochlorine) | Mild, sweet odor | Industrial chemical, petrochemical; polyvinyl chloride (PVC) pipes, wire | Lassitude (weakness, exhaustion); abdominal pain, gastrointestinal |

| | | coatings, vehicle upholstery, and plastic kitchen ware | bleeding; enlarged liver; pallor or cyanosis of extremities; liquid: frostbite |
|---|---|---|---|
| m,p-Xylene (hydrocarbon)[1] | Sweet aromatic | Industrial applications, auto exhaust, solvent | Irritant, dizziness, excitement, drowsiness, incoordination, staggering gait; corneal vacuolization; anorexia, nausea, vomiting, abdominal pain; dermatitis |
| o-Xylene (hydrocarbon)[1] | Sweet aromatic | Precursor to many drugs and chemicals | Irritant, dizziness, excitement, drowsiness, incoordination, staggering gait; corneal vacuolization; anorexia, nausea, vomiting, abdominal pain; dermatitis |

[1] Above odor threshold in samples from JPLF

**Table 4**. Appendix A. Health symptoms from odorous plumes reported in the Jefferson Parish Citizen Smell Reports from 4/25/18 to 8/17/18. These health symptoms are similar to those reported by the Plaintiffs (alphabetical order).

| | |
|---|---|
| Allergies are back | Metallic taste in the mouth |
| Asthma acting up | Migraine |
| Bad headaches | My nose was burning |
| Being poisoned | Nasal and sinus-like pain/burning |
| Burned my nose | Nausea |
| Burning nose | Nauseated |
| Burning nostrils | Nauseous |
| Burning sinuses | Nosebleed |
| Burning throat | Nose on fire |
| Can't breathe outside | Queasy |
| Chest burns like fire | Sad and scary |
| Choking | Sad, very sad |
| Congested | Scratch throat |
| Congested and watery eyes | Scratchy eyes |
| Congestion | Scratchy throat |
| Coughing | Sick to my stomach |
| Coughing like crazy | Sickening |
| Coughing spell | Sinus congestion |
| Definitely impacting my health | Smell woke me up |
| Depressing and maddening | Sneezing |
| Difficulty breathing | Sore throat |
| Disheartening | Splitting headache |
| Exhausted | Sting nostrils |
| Eyes and nose burning | Stuffed up nose |
| Eyes burning | Suffering |
| Fearful | Takes breath away |
| Has made me physically ill | Takes your breath away |
| Headache | That taste in my mouth |
| Hoarse voice | The lack of sleep, headache, burning eyes, and throat is taking its toll on my body |
| Hoarseness | Triggered migraine |
| Instant headache | Very discouraging |
| Irritating | Wake me up from sound sleep |
| Itchy throat and eyes | Wanted to vomit |
| Itchy, watery eyes | Wheezing |
| Lightheaded | Wheezing during the night |
| Made me gag | Woke me up |
| Made my stomach churn | Woke me up with a headache |

**APPENDIX B.** Additional discovery materials

WC_JPLF_00255217  March 16, 2017 Tipping area too large, insufficient cover

WC_JPLF_00255896  July 5, 2018 Elemental sulfur and lime from Cornerstone in the waste stream (20.4 tons since January 1)

WC_JPLF_00256049   June 17, 2018 Spent lime and fly ash needed for the consolidation pit

WC_JPLF_00256354  July 5, 2018 Rick rejected profile for Cornerstone

WC_JPLF_00256524  June 28, 2018 Spent lime contains 5-20% Calcium sulfate. Fly ash is another potential source of sulfates. Need for solidification agent without sulfate

WC_JPLF_00257294   Nov 5, 2018 DEQ: Leachate seeps, exposed trash, thickness of cover etc.

WC_JPLF_00258382  June 16, 2019 Phase 4. Multiple gas well leaks

WC_JPLF_00258387  June 16, 2019 Tipping area was scraped and covered with sand

WC_JPLF_00258853 Feb 19, 2018 LDEQ received odor complaint

WC_JPLF_00260212  August 7, 2019. Water issues, exposed waste, moderate aldehyde smell (likely acetaldehyde or acrolein—both above threshold per Ramboll)

WC_JPLF_00261863  Jan 10, 2018 Spent lime disposal from Chalmette, Rain CII Carbon

WC_JPLF_00262171   April 23, 2019 Erosion exposing waste.  Tipping area scraped and covered with tarps and sand

WC_JPLF_00262220  August 13, 2018 On July 25, parish council put a moratorium on industrial waste. No longer taking liquid waste.  Recommended Timberlane Landfill in Oakdale

WC_JPLF_00262267 Dec 14,, 2017 Issues at River Birch and C&D along with solidification covers at JPL

WC_JPLF_00262385  June 26, 2018 Landfill gas system out of compliance, River Birch leachate conveyed in an open channel through JPL.  Need Tarpomatic

WC_JPLF_00262388  May 2, 2019 River Birch taking over some functions at JPL (water pumps and gas wells)

WC_JPLF_00262642  Nov 26, 2018 H2S smell associated with River Birch

WC_JPLF_00263593  July 18, 2019 Slight landfill gas odor behind JPL

WC_JPLF_00263703  Nov 18, 2018 Gas leakage, garbage exposure

WC_JPLF_00266678 Nov 8, 2018 Leachate riser issue

WC_JPLF_00268278  October 17, 2018 Garbage odors

WC_JPLF_00269826  April 2, 2018 Leachate seeps

WC_JPLF_00269957  August 30, 2018 Warning letter

WC_JPLF_00270110 June 18, 2018 Lime and fly ash issue raised again re: odors

WC_JPLF_00270123 June 23, 2018 Suggestion of Quick Spray

WC_JPLF_00270127 Feb 16, 2019 Leachate issue

WC_JPLF_00270329 April 22, 2018 Odors—gas pressure—bubbling gas

WC_JPLF_00270360 May 4, 2017 Locations of bad wells

WC_JPLF_00270361 Aug 31, 2018 Leachate line leaking

WC_JPLF_00270405 March 30, 2016 Not enough tarps

WC_JPLF_00270409 July 12, 2018 120 odor complaints in two days

WC_JPLF_00270439 April 5, 2018 Leachate breaks

WC_JPLF_00255218 March 15, 2016 Tipping area too large; insufficient cover; strong garbage odor

WC_JPLF_00270406 March 29, 2016 Not enough tarps

WC_JPLF_00262507 Cornerstone generation of waste

WC_JPLF_00262508 Kemira Water Solutions waste

WC_JPLF_00262509 Evonik CYRO waste

WC_JPLF_00262510 DYNO Nobel waste

WC_JPLF_00268041 Spent lime

WC_JPLF_00228721-23 Sept 6, 2019 Gas well 521--100 ppm Blowing gas

WC_JPLF_00228743-46 Sept 6, 2019  GW 521; Sept 19, 2019 Landfill gas sent to Cornerstone

WC_JPLF_00228749-51 Sept 6, 2019

WC_JPLF_00228891 Sept 6, 2019 GW 521

| WC_JPLF_00255218 | WC_JPLF_00262508 | WC_JPLF_00269956 |
|---|---|---|
| WC_JPLF_00255894 | WC_JPLF_00262509 | WC_JPLF_00269961 |
| WC_JPLF_00257248 | WC_JPLF_00262510 | WC_JPLF_00269977 |
| WC_JPLF_00257288 | WC_JPLF_00262596 | WC_JPLF_00270130 |
| WC_JPLF_00257405 | WC_JPLF_00262643 | WC_JPLF_00270161 |
| WC_JPLF_00258385 | WC_JPLF_00262780 | WC_JPLF_00270205 |
| WC_JPLF_00258868 | WC_JPLF_00262806 | WC_JPLF_00270262 |
| WC_JPLF_00258973 | WC_JPLF_00263704 | WC_JPLF_00270349 |
| WC_JPLF_00259694 | WC_JPLF_00266993 | WC_JPLF_00270406 |
| WC_JPLF_00260216 | WC_JPLF_00267988 | WC_JPLF_00270449 |
| WC_JPLF_00260235 | WC_JPLF_00268041 | WC_JPLF_00257288 |
| WC_JPLF_00260691 | WC_JPLF_00268281 | WC_JPLF_00258868 |
| WC_JPLF_00261844 | WC_JPLF_00269722 | WC_JPLF_00267988 |
| WC_JPLF_00262507 | WC_JPLF_00269846 | |

**APPENDIX C.  Curriculum Vitae of Susan S. Schiffman, PhD**

CURRICULUM VITAE

<u>Name</u>:  Susan S. Schiffman

<u>Degrees</u>:        B.A.  Syracuse University.  Cum laude, 1965.

                      Ph.D. Duke University.  April, 1970.

<u>Positions Held</u>:

| | |
|---|---|
| 1960 | Director of Spectrographic Lab, International Harvester, Hinsdale, Illinois. |
| 1962-1965 | Computer consultant, self-employed. |
| 1965-1970 | Graduate student, Duke University, Durham, North Carolina. |
| 1970-1972 | Postdoctoral Fellow, Center for the Study of Aging and Human Development, Duke University Medical Center, Durham, North Carolina. |
| 1972-1977 | Assistant Professor of Medical Psychology, Department of Psychiatry, Duke University Medical Center. |
| 1972-1975 | Scientific Associate, Center for the Study of Aging and Human Development, Duke University Medical Center. |
| 1974-1975 | Training faculty, Research Training Program in Mental Health, Department of Psychiatry, Duke University Medical Center. |
| 1974-1984 | Lecturer, Department of Psychology, Duke University. |
| 1975-2006 | Senior Fellow, Center for the Study of Aging and Human Development, Duke University Medical Center. |
| 1978-1983 | Associate Professor of Medical Psychology, Department of Psychiatry, Duke University Medical Center. |
| 1980-1981 | Visiting Scientist, Department of Biochemistry, University of Oxford, England. Laboratory of Dr. George Radda. |
| 1983-2006 | Professor of Medical Psychology, Department of Psychiatry, Duke University Medical Center, Durham, North Carolina. |
| 1985-2006 | Professor, Department of Psychology & Neuroscience (previously Psychology: Experimental), Duke University, Durham, North Carolina. |

1995-2007   Adjunct Professor, Department of Biological and Agricultural Engineering, North Carolina State University, Raleigh, North Carolina.

2006-       Schiffman Consulting, President

2008-2022   Adjunct Professor, Department of Electrical and Computer Engineering, North Carolina State University, Raleigh, North Carolina.

2022-       Adjunct Professor, Joint Department of Biomedical Engineering, University of North Carolina/North Carolina State University, Raleigh, North Carolina.


Books and Audio:

Schiffman, S. S.  The eating companion[®]:  Eight lessons to help you lose weight and stay thin.  Distributed by RCA under trademark Better than a Diet[®], 1977.

Schiffman, S. S.; Reynolds, M. L.; Young, F. W.  Introduction to multidimensional scaling: Theory, methods, and applications.  New York: Academic Press; 1981: 413 pages.

Schiffman, S. S.; Scobey, J.  The flavor set-point weight-loss cookbook.  Boston: Little, Brown and Company; 1990: 340 pages.

Pearce, T. C.; Schiffman, S. S.; Nagle, H. T.; Gardner, J. W. (eds.) Handbook of machine olfaction: Electronic nose technology. Weinheim: Wiley-VCH; 2003: 592 pages.


Other Publications:

1. Schiffman, S. S.  Silicon and manganese contents of cast irons: A spectrographic analysis. International Harvester 2-15; 1960.

2. Schiffman, S. S.  Boron contents in high-alloy steels.  International Harvester 23-29; 1960.

3. Schiffman, S. S.; Erickson, R. P.  A psychophysical model for gustatory quality. Physiology & Behavior 7: 617-633; 1971.

4. Schiffman, S. S.  Does taste and smell change with advancing age?  What is the significance of this?  In: Busse, E. W.; Pfeiffer, E., eds. Mental illness in later life. Washington, D.C.: American Psychiatric Association; 1973: 269-270.

5. Schiffman, S. S.  Contributions to the physicochemical dimensions of odor:  A psychophysical approach.  Annals of the New York Academy of Sciences 237: 164-183; 1974.

6. Schiffman, S. S.  Physicochemical correlates of olfactory quality. Science 185: 112-117; 1974.

7. Schiffman, S. S.; Dackis, C.  Taste of nutrients:  Amino acids, vitamins, and fatty acids. Perception and Psychophysics 17: 140-146; 1975.

8. Schiffman, S.; Moroch, K.; Dunbar, J.  Taste of acetylated amino acids.  Chemical Senses

1: 387-401; 1975.

9. Schiffman, S.; Erickson, R. P.  Dimensions of olfactory quality. <u>Science</u> 188: 75; 1975.

10. Erickson, R. P.; Schiffman, S. S.  The chemical senses:  A systematic approach.  In: Gazzaniga, M. S.; Blakemore, C., eds.  <u>Handbook of psychobiology</u>.  New York: Academic Press; 1975: 393-426.

11. Schiffman, S.  Multidimensional scaling: A useful tool to measure flavor.  <u>Cereal Foods World</u> (February): 64-68; 1976.

12. Schiffman, S. S.; Engelhard, H. H.  Taste of dipeptides.  <u>Physiology & Behavior</u> 17: 523-535; 1976.

13. Schiffman, S. S.; Dackis, C.  Multidimensional scaling of musks. <u>Physiology & Behavior</u> 17: 823-829; 1976.

14. Schiffman, S. S.; Moss, J.; Erickson, R. P.  Thresholds of food odors in the elderly. <u>Experimental Aging Research</u> 2: 389-398; 1976.

15. Schiffman, S.  Food recognition by the elderly.  <u>Journal of Gerontology</u> 32: 586-592; 1977.

16. Schiffman, S.; Robinson, D. E.; Erickson, R. P.  Multidimensional scaling of odorants: Examination of psychological and physicochemical dimensions.  <u>Chemical Senses</u> 2: 375-390; 1977.

17. Schiffman, S. S.; Nash, M. L.; Dackis, C.  Reduced olfactory discrimination in patients on chronic hemodialysis.  <u>Physiology & Behavior</u> 21: 239-242; 1978.

18. Schiffman, S. S.  Changes in taste and smell in older persons. <u>Center Reports on Advances in Research</u> 2(3).  Duke University Center for the Study of Aging and Human Development; 1978.

19. Schiffman, S. S.; Musante, G.; Conger, J.  Application of multidimensional scaling to ratings of foods for obese and normal weight individuals.  <u>Physiology & Behavior</u> 21: 417-422; 1978.

20. Schiffman, S.; Pasternak, M.  Decreased discrimination of food odors in the elderly. <u>Journal of Gerontology</u> 34: 73-79; 1979.

21. Schiffman, S. S.; Reilly, D. A.; Clark, T. B.  Qualitative differences among sweeteners. <u>Physiology & Behavior</u> 23: 1-9; 1979.

22. Schiffman, S. S.; Hornack, K.; Reilly, D.  Increased taste thresholds of amino acids with age.  <u>American Journal of Clinical Nutrition</u> 32: 1622-1627; 1979.

23. Schiffman, S.  Changes in taste and smell with age: Psychophysical aspects.  In: Ordy, J. M.; Brizzee, K., eds. <u>Sensory systems and communication in the elderly (</u>Aging, Vol. 10).  New York: Raven Press; 1979: 227-246.

24. Schiffman, S.; Orlandi; M.; Erickson, R. P.  Changes in taste and smell with age: Biological aspects.  In: Ordy, J. M.; Brizzee, K. eds. <u>Sensory systems and communication</u>

in the elderly (Aging, Vol. 10).  New York: Raven Press; 1979: 247-268.

25. Owen, G. M.; Kaminetzky, H. A.; Langford, H. G.; Sandstead, H. H.; Schiffman, S. S. Sodium-restricted diets and the use of diuretics.  Rationale, complications, and practical aspects of their use.  Committee on Sodium-Restricted Diets.  Food and Nutrition Board. Division of Biological Sciences.  National Research Council. National Academy of Sciences; 1979.

26. Schiffman, S. S.  Preference:  A multidimensional concept.  In: Kroeze, J. H. A. ed. Preference behavior and chemoreception.  London: Information Retrieval Ltd; 1979: 63-79.

27. Schiffman, S. S.; McElroy; A. E., Erickson, R. P.  The range of taste quality of sodium salts.  Physiology & Behavior 24: 217-224; 1980.

28. Schiffman, S. S.; Erickson, R. P.  The issue of primary tastes versus a taste continuum. Neuroscience & Biobehavioral Reviews 4: 109-117; 1980.

29. Schiffman, S. S.; Clark, T. B.  Magnitude estimates of amino acids for young and elderly subjects.  Neurobiology of Aging 1: 81-91; 1980.

30. Southwick, E.; Schiffman, S. S.  Odor quality of pyridyl ketones. Chemical Senses 5: 343-357; 1980.

31. Schiffman, S. S.  Contribution of the anion to the taste quality of sodium salts.  In: Kare, M. R.; Fregley, M. J. ; Bernard, R. A., eds. Biological and behavioral aspects of NaCl intake.  Nutrition Foundation Monograph Series.  New York: Academic Press; 1980: 99-111.

32. Blackburn, J. O.; Schiffman, S. Faculty retirement at the COFHE Institutions: An analysis of the impact of age 70 mandatory retirement and options for institutional response. Consortium on Financing Higher Education, Cambridge; 1980, 90pp.

33. Schiffman, S.  Magnitude estimation of amino acids for young and elderly subjects.  In: van der Starre, H., ed.  Olfaction and taste VII. London:  IRL Press; 1980: 379-383.

34. Schiffman, S. S.  Characterization of odor quality utilizing multidimensional scaling techniques.  In: Moskowitz, H. R.; Warren, C. B. eds.  Odor quality and chemical structure.  Washington, D.C.: American Chemical Society; 1981: 1-21.

35. Schiffman, S. S.; Sennewald, K.; Gagnon, J.  Comparison of taste qualities and thresholds of D- and L-amino acids.  Physiology & Behavior 27: 51-59; 1981.

36. Schiffman, S. S.; Leffingwell, J. C.  Perception of odors of simple pyrazines by young and elderly subjects:  A multidimensional analysis.  Pharmacology Biochemistry & Behavior 14: 787-798; 1981.

37. Schiffman, S. S.; Cahn, H.; Lindley, M. G.  Multiple receptor sites mediate sweetness: Evidence from cross adaptation.  Pharmacology Biochemistry & Behavior 15: 377-388; 1981.

38. Schiffman, S. S.; Lindley, M. G.; Clark, T. B.; Makino, C.  Molecular mechanism of sweet

taste:  Relationship of hydrogen bonding to taste sensitivity for both young and elderly. Neurobiology of Aging 2: 173-185; 1981.

39. Schiffman, S. S.  Multidimensional concepts in sweetness evaluation.  In: Birch, G. G. ed. Nutritive sweeteners.  Essex: Applied Science; 1981: 287-310.

40. Huber, J.; Holbrook, M. B.; Schiffman, S.  Situational psychophysics and the vending-machine problem.  Journal of Retailing 58: 82-94; 1982.

41. Schiffman, S. S.; Clark, T. B.; Gagnon, J.  Influence of chirality of amino acids on the growth of perceived taste intensity with concentration.  Physiology & Behavior 28: 457-465; 1982.

42. Schiffman, S. S.  Future design of flavour molecules by computer.  Chemistry and Industry 3: 39-42; 1983.

43. Schiffman, S. S.  Taste and smell in disease.  New England Journal of Medicine 308:1275-1279; 1337-1343; 1983.

44. Schiffman, S. S.  Taste and smell in disease.  New England Journal of Medicine 309: 1063; 1983.

45. Schiffman, S. S.; Lockhead, G. R.  Individual differences scaling of taste and smell.  In: Martens, H.; Russwurm, Jr, H., eds. Food research and data analysis. London: Applied Science; 1983: 271-303.

46. Schiffman, S. S.; Lockhead, E.; Maes, F. W.  Amiloride reduces the taste intensity of $Na^+$ and $Li^+$ salts and sweeteners.  Proceedings of the National Academy of Sciences USA 80: 6136-6140; 1983.

47. Schiffman, S. S.  Sweet sensation:  How sweet is it?  Runner's World (February): 44; 1984.

48. Schiffman, S. S.  Mathematical approaches for quantitative design of odorants and tastants.  In: Warren, C; Walradt, J., eds. Computers in flavor and fragrance research. Washington, D.C.: American Chemical Society; 1984: 33-50.

49. Schiffman, S. S.  Comparison of the taste properties of aspartame with other sweeteners. In: Stegink, L. D.; Filer, L. J. Jr., eds. Aspartame: Physiology and biochemistry.  New York: Marcel Dekker; 1984: 207-246.

50. Schiffman, S. S.; Covey, E.  Changes in taste and smell with age:  Nutritional aspects.  In: Ordy, J. M.; Harman, D.; Alfin-Slater, R., eds. Nutrition in gerontology.  New York: Raven Press; 1984:43-64.

51. Schiffman, S. S.; von Toller, C.  Mapping fragrances.  Fragrance Forum 1(2): 7; 1984.

52. Schiffman, S. S.; Gill, J. M.II; Beeker, T. G.; Diaz, C. Caffeine selectively enhances taste: Role of adenosine receptor.  Chemical Senses 10: 457; 1985.

53. Schiffman, S. S.; Gill, J. M.; Diaz, C.  Methyl xanthines enhance taste:  Evidence for modulation of taste by adenosine receptor. Pharmacology Biochemistry & Behavior 22:

195-203; 1985.

54. Schiffman, S. S.; Crofton, V. A.; Beeker, T. G.  Sensory evaluation of soft drinks with various sweeteners.  Physiology & Behavior 34: 369-377; 1985.

55. Schiffman, S. S.; Simon, S. A.; Gill, J. M.; Beeker, T. G. Bretylium tosylate enhances salt taste.  Chemical Senses 11: 656; 1986.

56. Schiffman, S. S.  Comprehensive smell testing over the lifespan. Fragrance Forum 2: 7; 1986.

57. Schiffman, S. S.  Review of Taste, olfaction, and the central nervous system by Donald W. Pfaff.  Quarterly Review of Biology 61: 142; 1986.

58. Schiffman, S. S.  The salient sensory losses with age.  In: Busse, E. W., ed. Aspects of aging.  Unit II.  Physiological Issues Report Number 3.  Philadelphia:  Smith, Kline, and French; 1986.

59. Schiffman, S. S.  Age-related changes in taste and smell and their possible causes.  In H. L. Meiselman & R. S. Rivlin, eds. Clinical measurement of taste and smell.  New York: Macmillan; 1986: 326-342.

60. Schiffman, S. S.  The nose as a port of entry for aluminosilicates and other pollutants: Possible role in Alzheimer's disease. Neurobiology of Aging 7: 576-578; 1986.

61. Schiffman, S. S. Recent insights into the mechanisms of taste transduction and modulation.  Food Chemistry 21: 259-281; 1986.

62. Schiffman, S. S.  Recent findings about taste:  Important implications for dieters.  Cereal Foods World 31: 300-302; 1986.

63. Schiffman, S. S. The use of flavor to enhance efficacy of reducing diets.  Hospital Practice 21: 44H, K, N, P, R; 1986.

64. Schiffman, S. S.; Beeker, T. G.  Multidimensional scaling and its interpretation.  In: Piggott, J. R., ed. Statistical procedures in food research.  Amsterdam: Elsevier; 1986: 255-291.

65. Schiffman, S. S.  The role of flavors in treating patients with feeding problems.  In Proceedings of the 10th International Congress of Essential Oils, Fragrances, and Flavors, Washington, DC; 1986: 47-50.

66. Schiffman, S. S.; Simon, S. A.; Gill, J. M.; Beeker, T. G.  Bretylium tosylate enhances salt taste.  Biophysical Journal 49: 182a; 1986.

67. Schiffman, S. S.; Diaz, C.; Beeker, T. G.  Caffeine intensifies taste of certain sweeteners: Role of adenosine receptor.  Pharmacology, Biochemistry and Behavior 24: 429-432; 1986.

68. Schiffman, S. S.; Hopfinger, A. J.; Mazur, R. H.  The search for receptors that mediate sweetness.  In: Conn, M., ed., The receptors.  New York: Academic Press; 1986: 315-377.

69. Schiffman, S. S.; Simon, S. A.; Gill, J. M.; Beeker, T. G.  Bretylium tosylate enhances salt taste.  Physiology & Behavior 36: 1129-1137; 1986.

70. Schiffman, S. S.  Smell.  In: Maddox, G. L., ed. Encyclopedia of aging.  New York: Springer; 1987:618-619; second edition, 1995:867-869.

71. Schiffman, S. S.  Taste.  In: Maddox, G. L., ed.  Encyclopedia of aging.  New York: Springer; 1987:655-658; second edition, 1995:920-922.

72. Schiffman, S. S. Inosine-5'-monophosphate and inosine enhance some sweet tastes.  Chemical Senses 12: 694; 1987.

73. Schiffman, S. S.  Recent developments in taste enhancement.  Food Technology 41(6): 72-73, 124; 1987.

74. Schiffman, S. S.  Diagnosis and treatment of smell and taste disorders.  Western Journal of Medicine 146: 471-473; 1987.

75. Schiffman, S. S.  Natural and artificial sweeteners.  In: Wahlqvist, M. L.; King, R. W. F.; McNeil, J. J.; Sewell, R., eds.  Food and health:  Issues and directions.  London:  John Libbey; 1987:42-48.

76. Schiffman, S. S.  The role of taste and smell in nutrition: Effects of aging, disease state, and drugs. In: Wahlqvist, M. L.; King, R. W. F.; McNeil, J. J.; Sewell, R., eds.  Food and health:  Issues and directions.  London:  John Libbey. 1987:85-91.

77. Schiffman, S. S.  Taste and smell:  Models for biosensors.  In A. Deepak & R. A. MacKay (Eds.), Advanced Technologies for CB Detection:  A Symposium Proceedings. Hampton, VA:  A. Deepak Publishing; 1987:153-158. (U.S. Army Chemical Research, Development and Engineering Center, Aberdeen Proving Ground).

78. Schiffman, S. S.; Buckley, C. E.; Sampson, H. A.; Massey, E. W.; Baraniuk, J. N.; Follett, J. V.; Warwick, Z. S.  Aspartame and susceptibility to headache.  New England Journal of Medicine 317: 1181-1185; 1987.

79. Schiffman, S. S.; Gill, J. M.  Psychophysical and neurophysiological taste responses to glutamate and purinergic compounds.  In: Kawamura, Y.; Kare, M. R. eds. Umami:  A basic taste.  New York:  Marcel Dekker; 1987:271-288.

80. Schiffman, S. S.; Simon, S. A.; Gill, J. M.; Beeker, T. G.  Bretylium tosylate enhances salt taste via amiloride-sensitive pathway.  Annals of the New York Academy of Sciences 510: 584-586; 1987.

81. Schiffman, S. S.; Sugarman, D.; Jakinovich, W. Jr.; Paikin, A.; Crofton, V.  Inhibition of sweet taste in humans by methyl 4,6-dichloro-4,6-dideoxy-$\alpha$-D-galactopyranoside.  Chemical Senses 12: 71-76; 1987.

82. Schiffman, S. S. Approaches to restoring the pleasure of taste and smell.  Journal of the Society of Cosmetic Chemistry 38(2): 142-143; 1987.

83. Schiffman, S. S.  Aspartame and headache.  Headache 28: 370-372; 1988.

84. Schiffman, S. S.  Basic concepts of multidimensional scaling.  In: Moskowitz, H. R., ed.

Applied sensory analyses of foods (Vol. 2). Boca Raton: CRC Press; 1988: 3-33.

85. Schiffman, S. S. Dysgeusia and anosmia: Etiology and possible treatment. Journal of the American Medical Association 259(15): 2295; 1988.

86. Schiffman, S. S. Neurobiology of taste and smell. Book Review. Food Technology 41(11): 136; 1988.

87. Schiffman, S. S. Taste transduction and modulation. News in Physiological Sciences 3:109-112; 1988.

88. Schiffman, S. S.; Buckley, C. E.; Sampson, H. A.; Massey, E. W.; Baraniuk, J. N.; Follett, J. V.; Warwick, Z. S. Aspartame and headache. New England Journal of Medicine 318: 1201-1202; 1988.

89. Schiffman, S. S.; Warwick, Z. S. Flavor enhancement of foods for the elderly can reverse anorexia. Neurobiology of Aging 9: 24-26; 1988.

90. Schiffman, S. S.; Simon, S. A.; Gill, J. M. II; Erickson, R. P. 4-aminopyridine and $BaCl_2$ block taste responses to KCl in rat. Chemical Senses 13:733-734; 1988.

91. Gill, J. M. II; Erickson, R. P.; Schiffman, S. S. Calcium chloride depresses specific tastes in rat. Chemical Senses 13:691-692; 1988.

92. Warwick, Z. S.; Gill, J. M. II; Schiffman, S. S. Age-related changes in hedonic and intensity ratings of dairy-sucrose and dairy-salt mixtures. Chemical Senses 13: 744-745; 1988.

93. Schiffman, S. S.; Warwick, Z. S. Impairment of taste and smell in the elderly. Directions in Applied Nutrition. Vol. 2(3), Aspen Publishers; 1988:1, 2, 7, 8.

94. Simon, S. A.; Robb, R.; Schiffman, S. S. Transport pathways in rat lingual epithelium. Pharmacology Biochemistry & Behavior 29: 257-267; 1988.

95. Schiffman, S. S. A psychology of food: More than a matter of taste. Book Review. Food Technology 12: 151; 1988.

96. Schiffman, S. S.; Warwick, Z. S. Changes in taste and smell over the lifespan: Their effect on appetite and nutrition in the elderly. Appetite 12: 77; 1989.

97. Costanzo, P. R.; Schiffman, S. S. Thinness--not obesity--has a genetic component. Neuroscience & Biobehavioral Reviews 13:55-58; 1989.

98. Schiffman, S. S.; Warwick, Z. S. Use of flavor-amplified foods to improve nutritional status in elderly patients. Annals of the New York Academy of Sciences 561: 267-276; 1989.

99. Schiffman, S. S.; Warwick, Z. S. Preferences among three potassium supplements in elderly patients. Consultant Pharmacist (November):640-642; 1989.

100. Schiffman, S. Aspartame and headache: No association found in clinical study. Cephalalgia 9:Supplement 10:101-102; 1989.

101. Schiffman, S. S.  Bitter taste. Journal of the American Medical Association 23: 3347; 1989.

102. Schiffman, S. S.; Crumbliss, A. L.; Warwick, Z. S. Detection thresholds of sodium salts are related to molar conductivity of the anion.  Chemical Senses 14: 742-743; 1989.

103. Schiffman, S. S.; Rascoe, D.; Garcia, R. A. The effects of age and race on thresholds and magnitude estimates of edible gums.  Chemical Senses 14: 743; 1989.

104. Erickson, R. P.; Warwick, Z. S.; Schiffman, S. S. Taste mixtures can lead to syntheses of new 'non-basic' tastes, or suppression.  Chemical Senses 14: 744-745; 1989.

105. Schiffman, S. S.  Adverse reactions to aspartame. Journal of Applied Nutrition 41: 40; 1989.

106. Warwick, Z. S.; Costanzo, P. R.; Gill, J. M.; Schiffman, S. S.  Eating restraint, presentation order, and time of day are related to sweet taste preference.  Annals of the New York Academy of Sciences 575: 588-591; 1989.

107. Powers, M. A.; Schiffman, S. S.; Lawson, D. C.; Pappas, T. N.; Taylor, I. L.  Cephalic phase of gastric acid secretion in dogs: Impact of smell, sight, memory, and taste. Digestive Diseases and Sciences 4: 984; 1989.

108. Schiffman, S. S.  The role of sodium and potassium transport pathways in taste transduction:  an overview.  Chemical Senses 15: 129-135; 1990.

109. Schiffman, S. S.; Frey, A. E.; Suggs, M. S.; Cragoe, E. J. Jr.; Erickson, R. P.  The effect of amiloride analogs on taste responses in gerbil.  Physiology & Behavior 47: 435-441; 1990.

110. Schiffman, S. S.; Suggs, M. S.; Cragoe, E. J. Jr.; Erickson, R. P.  Inhibition of taste responses to $Na^+$ salts by epithelial $Na^+$ channel blockers in gerbil.  Physiology & Behavior 47: 455-459; 1990.

111. Powers, M. A.; Schiffman, S. S.; Lawson, D. C.; Pappas, T. N.; Taylor, I. L.  The effect of taste on gastric and pancreatic responses in dogs.  Physiology & Behavior 47: 1295-1297; 1990.

112. Schiffman, S. S.; Clark, C. M.; Warwick, Z. S.  Gustatory and olfactory dysfunction in dementia:  Not specific to Alzheimer's disease.  Neurobiology of Aging 11: 597-600; 1990.

113. Warwick, Z. S.; Schiffman, S. S.  Sensory evaluations of fat-sucrose and fat-salt mixtures:  Relationship to age and weight status.  Physiology & Behavior 48: 633-636; 1990.

114. Warwick, Z. S.; Schiffman, S. S.; Anderson, J. J.  Relationship of dietary fat content to food preferences in young rats.  Physiology & Behavior 48: 581-586; 1990.

115. Erickson, R. P.; Priolo, C. V.; Warwick, Z. S.; Schiffman, S. S.  Synthesis of tastes other than the "primaries": implications for neural coding theories and the concept of suppression.  Chemical Senses 15: 495-504; 1990.

116. Schiffman, S. S.; Crumbliss, A. L.; Warwick, Z. S.; Graham, B. G.  Thresholds for sodium salts in young and elderly human subjects: correlation with molar conductivity of anion. <u>Chemical Senses</u> 15: 671-678; 1990.

117. Warwick, Z. S.; Schiffman, S. S.  Preference for fat-rich foods is related to the level of fat in the rearing diet.  <u>Chemical Senses</u> 15: 650-651; 1990.

118. Schiffman, S. S.; Frey, A. E.; Warwick, Z. S.  Nutritional assessment of elderly persons eating flavor enhanced foods. <u>Chemical Senses</u> 15: 633; 1990.

119. Schiffman, S. S.; Suggs, M. S.; Cragoe, E. J. Jr.; Erickson, R. P.  Inhibition of taste responses to $Na^+$ salts by epithelial $Na^+$ channel blockers in gerbil. <u>Chemical Senses</u> 15: 633; 1990.

120. Schiffman, S. S.; Frey, A. E.; Suggs, M. S.; Cragoe, E. J. Jr.; Erickson, R. P.  The effect of amiloride analogs on taste responses in gerbil. <u>Chemical Senses</u> 15: 633-634; 1990.

121. DuBois, G. E.; Walters, D. E.; Schiffman, S. S.; Warwick, Z. S.; Booth, B. J.; Pecore, S. D.; Gibes, K.; Carr, B. T.; Brands, L. M.  Concentration-response relationships of sweeteners: a systematic study.  In: Walters, D. E.; Orthoefer, F. T.; DuBois, G. E., eds. <u>Sweeteners. Discovery, molecular design, and chemoreception</u>.  ACS Symposium Series 450. Washington, D.C.: American Chemical Society; 1991; 261-276.

122. Warwick, Z. S.; Schiffman, S. S.  Flavor-calorie relationships: effect on weight gain in rats.  <u>Physiology & Behavior</u> 50: 465-470; 1991.

123. Schiffman, S. S.  Receptors and transduction mechanism for sweet taste: an overview.  In: Gracey, M.; Kretchmer, N; Rossi, E, eds. <u>Sugars in nutrition: Nestle nutrition workshop series,</u> Volume 25. New York: Raven Press; 1991: 55-67.

124. Schiffman, S. S.  Taste and smell perception in elderly persons.  In: J. E. Fielding, & H. I. Frier (Eds.) <u>Nutrition research: Future directions and applications</u>. New York: Raven Press. 1991:61-73.

125. Schiffman, S. S.  Taste and smell: their role in aging and obesity.  In: Gaull, G. E.; Kotsonis, F. N.; Mackey, M. A., eds.  <u>Nutrition in the '90's: Current controversies and analysis</u>.  Marcel Dekker: New York. 1991:51-61.

126. Schiffman, S. S. Taste and smell losses with age.  In: Cohen, E., ed. <u>Contemporary nutrition (General Mills)</u> 16 (2): 1-2; 1991.

127. Schiffman, S. S.; Frey, A. E.; Luboski, J. A.; Foster, M. A.; Erickson, R. P.  Taste of glutamate salts in young and elderly subjects: Role of inosine 5'-monophosphate and ions.  <u>Physiology & Behavior</u> 49: 843-854; 1991.

128. Schiffman, S. S.; Siebert, J. M.  New frontiers in fragrance use.  <u>Cosmetics and Toiletries</u> 106 (6): 39-45; 1991.

129. Schiffman, S. S.; Warwick, Z. S.  Changes in taste and smell over the lifespan:  Effects on appetite and nutrition in the elderly. In: Friedman, M. I.; Tordoff, M. G.; Kare, M. R., eds.  <u>Chemical Senses.</u>  Volume 4.  Appetite and Nutrition.  New York: Marcel Dekker; 1991:341-365.

130. Schiffman, S. S.  Drugs influencing taste and smell perception.  In: Getchell, T. V.; Doty, R. L.; Bartoshuk, L. M.; Snow, J. B., eds. <u>Smell and taste in health and disease</u>. New York: Raven Press; 1991: 845-850.

131. Schiffman, S. S.; Gatlin, L. A.; Suggs, M. S.; Heiman, S. A.; Stagner, W. C.; Erickson, R. P.  The effect of modulators of the adenylate cyclase system on taste responses in gerbil. <u>Chemical Senses</u> 16: 576; 1991.

132. Schiffman, S. S.; Simon, S. A.; Suggs, M. S.; Sostman, A. L.  Comparison of chorda tympani and trigeminal nerve responses to astringent compounds in rodents.  <u>Chemical Senses</u> 16: 576; 1991.

133. Schiffman, S. S.; Gatlin, L. A.; Sattely, E. A.; Graham, B. G.; Heiman, S. A.; Stagner, W. C.; Erickson, R. P.  The effect of sweeteners on bitter taste thresholds.  <u>Chemical Senses</u> 16: 575; 1991.

134. Schiffman, S. S.; Crumbliss, A. L.; Warwick, Z. S.  Detection thresholds of potassium salts are related to the molar conductivity of the anion. <u>Chemical Senses</u> 16: 574-575; 1991.

135. Schiffman, S. S.; Simon, S. A.; Graham, B. G.  Regional differences in sensitivity to astringent compounds in the oral cavity of humans.  <u>Chemical Senses</u> 16: 575; 1991.

136. Dubois, G. E.; Schiffman, S. S.; Warwick, Z. S.; Pecore, S.; Booth, B.; Walters, D. E.; Carr, T.; Gibes, K.; Brands, L.  Covariance of panelist stimulus concentration response functions regarding receptor multiplicity.  <u>Chemical Senses</u> 16: 516; 1991.

137. Schiffman, S. S. Taste and smell losses with age. <u>Boletin Asociacion Medica de Puerto Rico</u> 83:411-414; 1991.

138. Schiffman, S. S.; Suggs, M. S.; Sostman, A. L.; Simon, S. A.  Chorda tympani and lingual nerve responses to astringent compounds in rodents. <u>Physiology & Behavior</u> 51: 55-63; 1991.

139. Muller, G. W.; Culberson, J. C.; Roy, G., Ziegler, J.; Walters, D. E.; Kellogg, M. S.; Schiffman, S. S.; Warwick, Z. S.  Carboxylic acid replacement structure-activity relationships in suosan type sweeteners. A sweet taste antagonist. 1. <u>Journal of Medicinal Chemistry</u> 35: 1747-1751; 1992.

140. Schiffman, S. S.; Warwick, Z. S.  The biology of taste and food intake.  In Bray, G. A.; Ryan, D. H., eds.  <u>The science of food regulation: Food intake, taste, nutrient partitioning, and energy expenditure.  Pennington Center Nutrition Series</u>, Volume 2.  Baton Rouge: Louisiana State University Press; 1992:293-312.

141. Schiffman, S. S.  Olfaction in aging and medical disorders. In: Serby, M. J.; Chobor, K. L, eds.  <u>Science of olfaction</u>. New York: Springer-Verlag; 1992:500-525.

142. Schiffman, S. S.  The five fragrance ages and stages of women:  An update. <u>Fragrance Forum</u> 9: 2,8; 1992.

143. Schiffman, S. S.; Graham, B. G.; Vance, A. R.; Gaillard, K.; Warwick, Z. S.; Erickson, R. P.  Detection thresholds for emulsified oils in young and elderly subjects. <u>Chemical</u>

Senses 17: 693; 1992.

144. Schiffman, S. S.; Suggs, M. S.; Simon, S. A. Astringent compounds suppress taste responses in gerbil. Chemical Senses 17: 694; 1992.

145. Schiffman, S. S.; Gatlin, L. A.; Graham, B. G.; Sattely-Miller, E. A.; Heiman, S. A.; Stagner, W. A. Perceived taste intensity of bitter compounds in mixtures with sucrose and sorbitol. Chemical Senses 17: 693; 1992.

146. Warwick, Z. S.; Schiffman, S. S. Effect of meal sensory properties on post-prandial hunger and taste reactivity in human subjects. Chemical Senses 17: 716; 1992.

147. Schiffman, S. S.; Sattely-Miller, E. A.; Zimmerman, I. A.; Graham, B. G.; Erickson, R. P. Thresholds and preferences for monosodium glutamate (MSG) with and without inosine-5'-monophosphate (IMP) in foods for young and elderly subjects. Chemical Senses 17: 694; 1992.

148. Schiffman, S. S.; Nagle, H. T. Effect of environmental pollutants on taste and smell. Otolaryngology-Head and Neck Surgery 106: 693-700; 1992.

149. Schiffman, S. S.; Suggs, M. S.; Simon S. A. Astringent compounds suppress taste responses in gerbil. Brain Research 595: 1-11; 1992.

150. Warwick, Z. S.; Schiffman, S. S. Role of dietary fat in calorie intake and weight gain. Neuroscience & Biobehavioral Reviews 16: 585-596; 1992.

151. Schiffman, S. S. Taste and smell: the effect of aging, disease states, and medications. Journal of Cellular Biochemistry (Suppl 16B): 260; 1992

152. Simon, S. A.; Hall, W. L.; Schiffman, S. S. Astringent-tasting compounds alter ion transport across isolated canine lingual epithelia. Pharmacology Biochemistry & Behavior 43:271-283; 1992.

153. Schiffman, S. S. Food acceptability and nutritional status: Considerations for the aging population in the 21st century. In: Leathwood, P.; Horisberger, M.; James, W. P. T., ed. For a better nutrition in the 21st century. Nestle nutrition workshop series, Vol. 27; New York: Raven Press; 1992:149-162.

154. Schiffman, S. S. Aging and the sense of smell: potential benefits of fragrance enhancement. In: Van Toller, S.; Dodd, G H., eds. Fragrance: the psychology and biology of perfume. London: Elsevier Applied Science; 1992:51-62.

155. Warwick, Z. S.; Hall, W. G.; Pappas, T. N.; Schiffman, S. S. Taste and smell sensations enhance the satiating effect of both a high-carbohydrate and high-fat meal in humans. Physiology & Behavior 53:553-563; 1993.

156. Schiffman, S. S.; Warwick, Z. S. Effect of flavor enhancement of foods for the elderly on nutritional status: food intake, biochemical indices and anthropometric measures. Physiology & Behavior 53:395-402; 1993.

157. Schiffman, S. S.; Knecht, T. W. Basic concepts and programs for multidimensional scaling. In: Ho, C. T.; Manley, C. H, eds. Flavor Measurement. New York: Marcel

Dekker; 1993:133-157.

158. Schiffman, S. S.  Perception of taste and smell in elderly persons. <u>Critical Reviews in Food Science and Nutrition</u> 33:17-26; 1993.

159. Schiffman, S. S.; Gatlin, C. A.  Clinical physiology of taste and smell.  <u>Annual Review of Nutrition</u> 13: 405-436; 1993.

160. Lawson, D. C.; Schiffman, S. S.; Pappas, T. N.  Short-term oral sensory deprivation: Possible cause of binge eating in sham feeding dogs. <u>Physiology & Behavior</u> 53:1231-1234; 1993.

161. Englehardt, R.; Zuniga, J.; Davis, S; Chen, N.; Phillips, C.; Schiffman, S.; Miller, I. Taste performance of the anterior human tongue varies with fungiform taste bud density. <u>Chemical Senses</u> 18: 550-551; 1993.

162. Schiffman, S. S.; Sattely-Miller, E.; Graham, B. G.; Warwick, Z. S; Pecore, S. D.; Booth, B. J.; Losee, M. L. The effect of tannic acid on sweetness intensity ratings during the adaptation of sweet compounds. <u>Chemical Senses</u> 18: 623; 1993.

163. Schiffman, S. S.; Sattely-Miller, E.; Graham, B. G.; Pecore, S. D.; Booth, B. J.; Losee, M. L. Sweetness intensity ratings of binary mixtures of various sweeteners. <u>Chemical Senses</u> 18: 623; 1993.

164. Schiffman, S. S.; Suggs, M. S.; Losee, M. L. Effect of modulators of the adenylate cyclase system on sweet electrophysiological taste responses in gerbil. <u>Chemical Senses</u> 18: 623-624; 1993.

165. Schiffman, S. S.; Graham, B. G.; Sattely-Miller, E.; Welsh, K. A. Taste and smell function in persons at risk for Alzheimer's disease. <u>Chemical Senses</u> 18: 622-623; 1993.

166. Zuniga, J. R.; Davis, S. H.; Englehardt, R. A.; Miller, I. J., Jr.; Schiffman, S. S.; Phillips, C.  Taste performance on the anterior human tongue varies with fungiform taste bud density. <u>Chemical Senses</u> 18:449-460; 1993.

167. Schiffman, S. S.; Erickson, R. P.  Psychophysics: insights into transduction mechanisms and neural coding.  In: Simon, S. A.; Roper, S. D. eds. <u>Mechanisms of Taste Transduction</u>. Boca Raton: CRC Press; 1993, 395-424.

168. Schiffman, S. S.; Gatlin, C. A.  Sweeteners: State of knowledge review.  <u>Neuroscience & Biobehavioral Reviews</u> 17: 313-345; 1993.

169. Schiffman, S. S.  Sensory properties of food: their role in nutrition.  In: Schlierf, G. (Ed.) <u>Recent advances in clinical nutrition.</u> III; London: Smith-Gordon; 1993: 67-81.

170. Schiffman, S. S.; Warwick, Z. S.; Mackey, M.  Sweetness and appetite in normal, overweight, and elderly persons.  In: Fernstrom, J. D.; Miller, G. D., eds.  <u>Appetite and body weight regulation. Sugar, fat, and macronutrient substitutes.</u> Boca Raton: CRC Press; 1994: 99-112.

171. Bacon, A. W.; Miles, J. S.; Schiffman, S. S. Effect of race on perception of fat alone and in combination with sugar.  <u>Physiology & Behavior</u> 55: 603-606; 1994.

172. Schiffman, S. S.; Sattely-Miller, E. A.; Zimmerman, I. A.; Graham, B. G.; Erickson, R. P.  Taste perception of monosodium glutamate (MSG) in foods in young and elderly subjects. Physiology & Behavior 56:265-275; 1994.

173. Schiffman, S. S.  Biological and psychological benefits of exercise in obesity. In: Hills, A. P.; Wahlqvist, M. L., eds.  Exercise & obesity. London: Smith-Gordon; Niigata-Shi, Japan: Nishimura;1994:103-113.

174. Schiffman, S. S.; Gatlin, L. A.; Frey, A. E.; Heiman, S. A.; Stagner, W. C.; Cooper, D. C. Taste perception of bitter compounds in young and elderly persons: relation to lipophilicity of bitter compounds.  Neurobiology of Aging 15:743-750; 1994.

175. Schiffman, S. S.; Gatlin, L. A.; Suggs, M. S.; Heiman, S. A.; Stagner, W. C.; Erickson, R. P.  Modulators of the adenylate cyclase system can alter electrophysiological taste responses in gerbil.  Pharmacology Biochemistry & Behavior 48:983-990; 1994.

176. Schiffman, S. S.; Suggs, M. S.; Losee, M. L. Effect of modulators of the adenylate cyclase system on sweet electrophysiological taste responses in gerbil. Pharmacology Biochemistry & Behavior 48:991-998; 1994.

177. Schiffman, S. S.; Gatlin, L. A.; Sattely-Miller E. A.; Graham, B. G.; Heiman, S. A. Stagner, W. C.; Erickson, R. P.  The effect of sweeteners on bitter taste in young and elderly subjects. Brain Research Bulletin 35:189-204; 1994.

178. Schiffman, S. S. Changes in taste and smell: Drug interactions and food preferences. Nutrition Reviews 52:S11-S14; 1994.

179. Schiffman, S. Psychological effects of swine odor on humans. Proceedings of the International Round Table on Swine Odor Control. Ames:Iowa State University; 1994: 8-11.

180. Schiffman, S. S.; Pecore, S. D.; Booth, B. J.; Losee, M. L.; Carr, B. T.; Sattely-Miller, E.; Graham, B. G.; Warwick, Z. S.  Adaptation of sweeteners in water and in tannic acid solutions.  Physiology & Behavior 55: 547-559; 1994.

181. Schiffman, S. The effect of fragrance on the mood of woman at midlife. Aroma-Chology Review 2(1):1,5; 1994.

182. Simon, S. A.; Disalvo, E. A.; Gawrisch, K.; Borovyagin, V.; Toone, E.; Schiffman, S. S.; Needham, D.; McIntosh, T. J. Increased adhesion between neutral lipid bilayers: Interlayer bridges formed by tannic acid.  Biophysical Journal 66:1943-1958; 1994.

183. Schiffman, S. S.; Sattely-Miller, E. A. Pleasant odors improve mood of men as well as women at mid-life. Aroma-Chology Review 3(2):2,9; 1994.

184. Schiffman, S. S.; Sattely-Miller, E. A.  Perception of monosodium glutamate in water and food for young and elderly subjects. In: Kurihara, K.; Suzuki, N.; Ogawa, H., eds. Olfaction and Taste XI. New York:Springer-Verlag; 1994:348-352.

185. Lee, M. C.; Schiffman, S. S.; Pappas, T. N.  Role of neuropeptides in the regulation of feeding behavior: A review of cholecystokinin, bombesin, neuropeptide Y, and galanin.

Neuroscience & Biobehavioral Reviews 19:313-323; 1994.

186. Miletic, I. D.; Miletic, V. D.; Sattely-Miller, E. A.; Schiffman, S. S. Identification of gliadin presence in pharmaceutical products.  Journal of Pediatric Gastroenterology and Nutrition 19:27-33; 1994.

187. Schiffman, S. S. The role of taste and smell in appetite and satiety: impact of chemosensory changes due to aging and drug interactions.  In:  Wahlqvist, M. L.; Truswell, A. S.; Smith, R.; Nestel, P. J. eds. Nutrition in a sustainable environment (Proceedings of the XV International Congress of Nutrition: IUNS Adelaide). London:Smith-Gordon; Niigata-Shi, Japan:Nishimura; 1994:728-731.

188. Graham, C. S.; Graham, B. G.; Bartlett, J. A.; Heald, A. E.; Schiffman, S. S. Taste and smell function in HIV infection.  Chemical Senses 19:477; 1994.

189. Schiffman, S. S.; Sattely-Miller, E. A.; Graham, B. G.; Pecore, S. D.; Booth, B. J.; Carr, B. T.; Losee, M. L. Synergism among binary mixtures of fourteen sweeteners. Chemical Senses 19:547; 1994.

190. Schiffman, S. S.; Suggs, M. S.; Abou Donia, M. B.; Nagle, H. T.; Erickson, R. P. Effect of environmental pollutants on taste in gerbil. Chemical Senses 19:547; 1994.

191. Schiffman, S. S.; Suggs, M. S.; Losee, M. L. Effect of modulators of the phosphotidyl inositol system and the arachidonic acid system on electrophysiological taste responses in gerbil. Chemical Senses 19:547-548; 1994.

192. Schiffman, S. S. Book review. Appetite and body weight regulation. Sugar, fat, and macronutrient substitutes.  Fernstrom, J. D.; Miller, G. D. (Eds.) CRC Press: Boca Raton. American Journal of Clinical Nutrition 60:644; 1994.

193. Schiffman, S. S. Requerimientos de energía: conocimientos actuales y controversias. (Energy requirements: present knowledge and controversies.) In: Arroyo, P.; Represas, J. eds. Nutricion Clinica. 1994. Memorias de un simposio internacional. Fundación Mexicana para la Salud, México. México City: Editorial Médica Panamericana; 1994: 43-58.

194. Lucas, C.; Pearce, B.; Schiffman, S. Reactivating appetite. Contemporary Long-Term Care: December 1994:54-55.

195. Schiffman, S. S.; Sattely-Miller, E. A.; Suggs, M. S.; Graham, B. G.  The effect of pleasant odors and hormone status on mood of women at midlife. Brain Research Bulletin 36:19-29; 1995.

196. Schiffman, S. S.; Suggs, M. S.; Sattely-Miller, E. A.  Effect of pleasant odors on mood of males at midlife: Comparison of African-American and European-American men. Brain Research Bulletin 36:31-37; 1995.

197. Brazer, S. R.; Onken, J. E.; Dalton, C. B.; Smith, J. W.; Schiffman, S. S. Effect of different coffees on esophageal acid contact time and symptoms in coffee-sensitive subjects.  Physiology & Behavior 57:563-567; 1995.

198. Graham, C. S.; Graham, B. G.; Bartlett, J. A.; Heald, A. E.; Schiffman, S. S. Taste and smell losses in HIV infected patients.  Physiology & Behavior 58:287-293; 1995.

199. Schiffman, S. S.; Booth, B. J.; Losee, M. L.; Pecore, S. D.; Warwick, Z. S. Bitterness of sweeteners as a function of concentration. Brain Research Bulletin 36:505-513; 1995.

200. Miletic, I. D.; Schiffman, S. S.; Miletic, V. D. Development of Elisa-based assays for detection, quantitation and avidity determination of salivary IgA anti-gliadin antibodies. Jogoslovian Medical Biochemistry 14:15-25; 1995.

201. Schiffman, S. S.; Sattely-Miller, E. A. Pleasant odors improve mood of men as well as women at mid-life.  Aroma-Chology Review 3(2):2,9;1994; also In: Gilbert, A. N. Compendium of olfactory research. Explorations in aroma-chology: Investigating the sense of smell and human response to odor. 1982-1994; 1995:97-103.

202. Schiffman, S. S.; Suggs, M. S.; Losee, M. L.; Gatlin, L. A.; Stagner, W. C.; Bell, R. M. Effect of lipid-derived second messengers on electrophysiological taste responses in the gerbil. Pharmacology Biochemistry & Behavior 52:49-58; 1995.

203. Schiffman, S. S.; Booth, B. J.; Carr, B. T.; Losee, M. L.; Sattely-Miller, E. A.; Graham, B. G. Investigation of synergism in binary mixtures of sweeteners. Brain Research Bulletin 38:105-120; 1995.

204. Erickson, R. P.; Schiffman, S. S.; Doetsch, G. S.; DiLorenzo, P. M.; Woodbury, M. A.  A fuzzy set approach to the organization of the gustatory system. Primary Sensory Neuron 1(1):65-80; 1995.

205. Schiffman, S. S. Environmental odors emanating from commercial swine operations: Psychological, psychophysical, and chemical measurement. In: Environmental science for lawyers. Raleigh: North Carolina Bar Foundation. 1995.

206. Schiffman, S. S. Physiology of sweet taste. In: Curzon, M. E.; Diehl, J. M.; Ghraf, R.; Lentze, M. J. Carbohydrates in infant nutrition and dental health. München: Urban & Vogel; 1995:85-98.

207. Schiffman, S. S.; Sattely-Miller, E. A.; Suggs, M. S.; Graham, B. G.  The effect of environmental odors emanating from commercial swine operations on the mood of nearby residents. Brain Research Bulletin 37:369-375; 1995.

208. Bierman, N. C.; Sattely-Miller, E. A.; Ranson, M. C.; Schiffman, S. S. Reconceptualizing aroma.  Aroma-Chology Review 4(2):1,8-9;1995.

209. Schiffman, S. S. Aspartame and headache. Neurology 45:1632; 1995.

210. Schiffman, S. S.; Suggs, M. S.; Abou Donia, M. B.; Erickson, R. P.; Nagle, H. T. Environmental pollutants alter taste responses in the gerbil.  Pharmacology Biochemistry & Behavior 52:189-194; 1995.

211. Miletic, I. D.; Sattely-Miller, E. A.; Schiffman, S. S.; Miletic, V. D.; Stankovich, E. Identification of gliadin presence in pharmaceutical products: Appropriateness of polyclonal antibodies for detection of gliadin and other toxic prolamins.  Journal of

Pediatric Gastroenterology and Nutrition 21(4):482-3, 1995.

212. Schiffman, S. S.; Manning, M. P.; Warwick, Z. S.; Crumbliss, A. L. Detection thresholds of potassium salts are related to the molar conductivity of the anion. Brain Research Bulletin 37:623-626; 1995.

213. Schiffman, S. S. Measurement of environmental odors emanating from commercial swine operations. In: Proceedings of the 39th annual 1995 North Carolina Pork Producers conference. Fayetteville, NC. 1995:21-24.

214. Schiffman, S. S. Use of olfaction as an alarm mechanism to arouse and alert sleeping individuals. Aroma-Chology Review 4(10):2,9; 1995.

215. Schiffman, S. S.; Wedral, E. Taste and smell changes with age: Implications for nutrition and immunity. In: Proceedings of the second international conference on nutrition and aging. Tokyo:ILSI, 1995: 60-71.

216. Schiffman, S. S.; Graham, B. G.; Sattely-Miller, E. A.; Booth, B. J.; Carr, B. T.; Losee, M. L. Effect of $\pm$2-(4-methoxyphenoxy)propionic acid on the sweetness intensity ratings of fifteen sweeteners. Chemical Senses 20:772; 1995.

217. Schiffman, S. S.; Suggs, M. S.; Graham, B. G.; Sattely-Miller, E. A.; Gatlin, L. A. The effect of bitter inhibitors on taste perception of urea, quinine HCl., magnesium chloride, and caffeine. Chemical Senses 20:773; 1995.

218. Miletic, I. D.; Miletic, V. D.; Schiffman, S. S. Development of a reliable method for determination of secretory IgA in saliva. Chemical Senses 20:743; 1995.

219. Schiffman, S. S.; Miletic, V. D.; Miletic, I. D.  Determination of salivary IgA in healthy people of different age groups.  Chemical Senses 20:772-773; 1995.

220. Schiffman, S. S.; Sattely-Miller, E. A.; Suggs, M. S.; Graham, B. G. Effect of odors from livestock wastes on the mood of neighboring residents. Chemical Senses 20:773; 1995.

221. Williams, C. M.; Schiffman, S. S. Livestock odor control additives: Effectiveness and laboratory-scale protocol for evaluation.  Proceedings of the international livestock odor conference '95, Ames, Iowa; 1995:50-53.

222. Williams, C. M.; Schiffman, S. S. The potential of thermophilic anaerobic fermentation for biological methane production and odor control using swine manure as a substrate. Proceedings of the international livestock odor conference '95, Ames, Iowa;1995:149-153.

223. Schiffman, S. S. Public perception of odor in animal industries and how to measure it. In: New horizons in animal nutrition and health. Proceedings.  Chapel Hill: North Carolina Institute of Nutrition. 1995: 31-40.

224. Schiffman, S. S.; Sattely-Miller, E. A. Pleasant odors improve mood of women and men at mid-life.  In: Gilbert, A. N. Compendium of olfactory research. Explorations in

Aroma-Chology: Investigating the sense of smell and human response to odor. 1982-1994. Dubuque: Kendall/Hunt Publishing Company; 1995: 97-103.

225. Schiffman, S. S.; Suggs, M. S. Odors from swine operations: analysis by human odor panels, gas chromatography, and an electronic nose.  In: Proceedings of the 39th annual 1995 North Carolina Pork Producers conference. Fayetteville, NC. 1995:27-44.

226. Schiffman, S. S.  Evaluation of headaches.  In: Tschanz, C.; Butchko, H. H.; Stargel, W. W.; Kotsonis, F. N. (Eds.) The clinical evaluation of a food additive: Assessment of aspartame. Boca Raton: CRC Press; 1996: 195-204.

227. Miletic, I. D.; Schiffman, S. S.; Miletic, V. D.; Sattely-Miller, E. A.  Salivary IgA secretion rate in young and elderly persons.  Physiology & Behavior 60: 243-248; 1996.

228. Schiffman, S. S. Smell and taste. In: Birren, J. E. ed. Encyclopedia of gerontology. Vol. 2. San Diego, Academic Press, 1996:497-504.

229. Schiffman, S. S.; Classen, J. J.; Kermani, B. G.; Nagle, H. T. Application of an electronic nose to differentiate odors from exhaust fans and lagoon. International conference on air pollution from agricultural operations. Kansas City; 1996: 255-261.

230. Williams, C. M.; Schiffman, S. S. Effect of liquid swine manure additives on odor parameters. International conference on air pollution from agricultural operations. Kansas City; 1996: 409-412.

231. Schiffman, S. S.; Wedral, E. Contribution of taste and smell losses to the wasting syndrome. Age and Nutrition 7(2):106-120; 1996.

232. Schiffman, S. S. Update on monosodium glutamate: Sensory properties and safety. Nutrition 12(6):451-452; 1996.

233. Williams, C. M.; Schiffman, S. S. Odor abatement: Case studies of the swine industry. In: Patterson, P. H.; Blacke, J. P. Proceedings: 1996 national poultry waste management symposium, Auburn, AL: Auburn University Printing Service; 1996: 50-64.

234. Schiffman, S. S.; Suggs, M. S. Characterization of odors from swine operations. Chemical Senses 21:665; 1996.

235. Schiffman, S. S.; Graham, B. G.; Sattely-Miller, E. A.; Swithers, S. E.; Hall, W. G. Habituation to sweet foods in Caucasian and African-American subjects.  Chemical Senses, 21:664-665; 1996.

236. Schiffman, S. S.; Sattely-Miller, E. A.; Graham, B. G.; Booth, B. J.; Gibes, K. Effects of pre-rinsing with $\pm$2-(4-methoxyphenoxy)propionic acid (Cypha) on subsequent sweetness intensity ratings for fifteen sweeteners.  Chemical Senses 21:665; 1996.

237. Booth, B. J.; Schiffman, S. S.; Sattely-Miller, E. A.; Gibes, K. Carr, B. T.  Evaluation of the reliability of sweet ratings by a trained panel for five sweeteners at four concentrations.  Chemical Senses 21:579; 1996.

238. Schiffman, S. S.; Sattely-Miller, E. A.; Graham, B. G.; Booth, B. J.; Gibes, K. Synergism among ternary mixtures of fourteen sweeteners.  Chemical Senses, 21:664; 1996.

239. Schiffman, S. S. The potential use of odor for weight loss and weight maintenance. Aroma-Chology Review 5(2):2,8; 1996.

240. Schiffman, S. S.; Kermani, B. G.; Nagle, H. T. Analysis of medication off-odors using an electronic nose. Chemical Senses 22: 119-128; 1997.

241. Schiffman, S. S. Receptors that mediate sweetness: Inferences from biochemical, electrophysiological, and psychophysical data. Pure and Applied Chemistry 69:701-708; 1997.

242. Miletic, I. D.; Schiffman, S. S.  Influence of modest caloric reduction on secretory IgA in saliva. Jogoslovian Medical Biochemistry 16:101-104; 1997.

243. Heald, A. E.; Schiffman, S. S. Taste and smell: Neglected senses that contribute to the malnutrition of AIDS.  North Carolina Medical Journal, 58:100-104; 1997.

244. Schiffman, S. S. Taste and smell losses in normal aging and disease.  Journal of the American Medical Association: JAMA 278: 1357-1362; 1997.

245. Schiffman, S. S.; Sattely-Miller, E. A.; Graham, B. G.; Booth, B. J.  The effects of temperature and pH on sweetness intensity ratings of 15 sweeteners.  Chemical Senses 22: 786; 1997.

246. Schiffman, S. S.; Graham, B. G.; Shaio, E.; Sattely-Miller, E. A.  Effect of psychotropic drugs on a range of taste responses in young and elderly persons.  Chemical Senses 22: 786; 1997.

247. Schiffman, S. S.; Suggs, M. S; Nagle, H. T.  Effect of psychotropic drugs on electrophysiological taste responses in the gerbil.  Chemical Senses 22: 787; 1997.

248. Schiffman, S. S.; Suggs, M. S.; Raymer, J. H.  Measurement of odor emissions from swine operations: psychophysical and gas chromatographic data.  Chemical Senses 22: 786-787; 1997.

249. Schiffman, S. S. Health impacts of large livestock farms on the neighbors.  Proceedings of the 1997 livestock waste management conference. Urbana, Illinois. 1997.

250. Classen, J. J.; Schiffman S. S.; Nagle, H. T.; Gutierrez-Osuna, R.  Electronic nose evaluation of synthetic hog farm odor.  In: Voermans, J. A. M.; Monteny, G. J., eds. Ammonia and odour emissions from animal production facilities.  International Symposium, Vinkeloord, The Netherlands.  NVTL: Rosmalen, The Netherlands. 1997: pp. 72-82.

251. Schiffman, S.S. Complaints of health symptoms from odors associated with intensive livestock operations.  Health & Environment Digest 12(8): 60-62; 1998.

252. Schiffman, S. S. Sensory enhancement of foods for the elderly with monosodium

glutamate and flavors.  <u>Food Reviews International</u> 14(2&3): 321-333; 1998.

253. Kermani, B. G.; Schiffman, S. S.; Nagle, H. T. A novel method for reducing the dimensionality in a sensor array.  <u>IEEE Transactions on Instrumentation and Measurement</u> 47: 728-741; 1998.

254. Heald, A. E.; Pieper, C.; Schiffman, S. S.  Taste and smell complaints in HIV-infected patients. <u>AIDS</u> 12: 1667-1674; 1998.

255. Schiffman, S. S. Livestock odors: Implications for human health and well-being.  <u>Journal of Animal Science</u> 76: 1343-1355; 1998.

256. Schiffman, S. S.; Satteley-Miller, E. A.; Graham, B. G.; Booth, B. J. The effects of mono- and di-valent salts on taste profiles of twelve sweeteners.  <u>Chemical Senses</u> 23: 558; 1998.

257. Schiffman, S. S.; Suggs, M. S.; Zervakis, J.; Heald, A. E.  Effect of medications used by HIV-infected patients on the sense of taste.  <u>Chemical Senses</u> 23: 607; 1998.

258. Schiffman, S. S.; Nagle, H. T. Use of an electronic nose to evaluate methods for odor remediation. <u>Chemical Senses</u> 23: 631; 1998.

259. Schiffman, S. S.; Nagle, H. T. Applications of electronic nose in clinical diagnosis. <u>Journal of Automatic Chemistry</u> 20(5): 153; 1998.

260. Schiffman, S. S.; Graham, B. G.; Suggs, M. S.; Sattely-Miller, E. A.  Effect of psychotropic drugs on taste responses in young and elderly persons.  <u>Annals of the New York Academy of Sciences</u> 855: 732-737; 1998.

261. Schiffman, S. S. Physiology of taste.  <u>Annales Nestle</u> 56(1):1-10;1998.

262. Schiffman, S. S. The role of taste in feeding hydrolysates to infants.  In: <u>Physiologic/immunologic responses to dietary nutrients: Role of elemental and hydrolysate formulas in management of the pediatric patient.</u>  107th Ross Conference on Pediatric Research.  Columbus: Ross: 1998: 193-198.

263. Schiffman, S. S.; Graham, B. G.; Sattely-Miller, E. A.; Warwick, Z. S. Orosensory perception of dietary fat.  <u>Current Directions in Psychological Science</u> 7: 137-143; 1998.

264. Nagle, H. T.; Schiffman, S. S.; Gutierrez, R.  The how and why of electronic noses. <u>IEEE Spectrum</u>  September, 1998: 22-31.

265. Schiffman, S. S.; Sattely-Miller, E. A.; Suggs, M. S.; Graham, B. G.  Mood changes experienced by persons living near commercial swine operations.  In: Thu, K. M.; Durrenberger, E. P.. (eds.).  <u>Pigs, profits, and rural communities</u>.  SUNY (State University of New York) Press.  1998: 84-102.

266. Schiffman, S.; Yokoyama, M.; Classen, J.; Masten, S.; Nagle, H.  A new method for evaluating and validating odor remediation techniques.  In: <u>Animal Production Systems and the Environment</u>.  An International Conference on Odor, Water Quality, Nutrient

Management and Socioeconomic Issues.  Des Moines: Iowa State University; 1998.

267. Heald, A. E.; Pieper, C. F.; Schiffman, S. S. Taste and smell dysfunction in HIV infection. <u>International Conference on AIDS</u> 12: 844-845; 1998.

268. Schiffman, S. S.; Walker, J. M.; Small, R.; Millner, P. D. Workshop on health effects of odors. In: <u>Animal Production Systems and the Environment</u>.  An International Conference on Odor, Water Quality, Nutrient Management and Socioeconomic Issues. Des Moines: Iowa State University; 1998: 407-412.

269. Schiffman, S. S. Chemosensory impairment and appetite.  Commentary on "Impaired sensory functioning in elders: the relation with its potential determinants and nutritional intake." <u>Journal of Gerontology: Biological Sciences</u> 54A:B332-B333; 1999.

270. Lucas, C.; Schiffman, S. The essence of enhancement. Increasing residents' health and quality of life while increasing revenue. <u>National Investment Center Review</u> 7:35-41; 1999.

271. Kermani, B. G.; Schiffman, S. S.; Nagle, H. T.  Using neural networks and genetic algorithms to enhance performance in an electronic nose.  <u>IEEE Transactions on Biomedical Engineering</u> 46: 429-439; 1999.

272. Schiffman, S. S.; Miletic, I. D.  Effect of taste and smell on secretion rate of salivary IgA in elderly and young persons.  <u>Journal of Nutrition, Health, and Aging</u> 3:158-164; 1999.

273. Schiffman, S. S.; Booth, B. J.; Sattely-Miller, E. A.; Graham, B. G.; Gibes, K. M. Selective inhibition of sweetness by the sodium salt of $\pm$2-(4-methoxyphenoxy)propanoic acid.  <u>Chemical Senses</u> 24: 439-447; 1999.

274. Schiffman, S. S.; Zervakis, J.; Suggs, M. S.; Shaio, E.; Sattely-Miller, E. A. Effect of medications on taste: Example of amitriptyline HCl. <u>Physiology & Behavior</u> 66: 183-192; 1999.

275. Finkelstein, J. A.; Schiffman, S. S. Workshop on taste and smell in the elderly: An overview. <u>Physiology & Behavior</u> 66: 173-176; 1999.

276. Bloomfeld, R. S.; Graham, B. G.; Schiffman, S. S.; Killenberg, P. G.  Alterations of chemosensory function in end-stage liver disease.  <u>Physiology & Behavior</u>, 66: 203-208; 1999.

277. Schiffman, S. S.; Zervakis J.; Shaio E.; Heald, A. E.  Effect of the nucleoside analogs zidovudine, didanosine, stavudine and lamivudine on the sense of taste.  <u>Nutrition</u> 15: 854-859; 1999.

278. Schiffman, S. S.; Zervakis, J.; Heffron, S.; Heald, A. E. Effect of protease inhibitors on the sense of taste.  <u>Nutrition</u> 15: 767-772; 1999.

279. Schiffman, S. S. Book review: Letters home: How writing can change your life. <u>Duke Magazine</u>, March-April, 1999. p. 55.

280. Schiffman, S. S.; Williams, C. M. Evaluation of swine odor control products using human odor panels.  In: Animal Waste Management Symposium. Raleigh: NC State University. 1999: 110-118.

281. Nagle, H. T.; Schiffman, S. S.; Gutierrez-Osuna, R.; Wyrick, D. Development of the electronic nose for monitoring odors. In : Animal Waste Management Symposium. Raleigh: NC State University. 1999: 119-127.

282. Williams, C. M.; Schiffman, S. S. Procedures to evaluate odor abatement products and technologies.  In: Animal Waste Management Symposium. Raleigh: NC State University. 1999: 99-109.

283. Armstrong, T. A.; Williams, C. M.; Spears, J. W.; Schiffman, S. S. Effect of copper source and level on odor and performance of swine. In: Animal Waste Management Symposium. Raleigh: NC State University. 1999: 239-242.

284. Gutierrez-Osuna, R.; Nagle, H. T.; Schiffman, S. S.  Transient response analysis of an electronic nose using multi-exponential models. Sensors and Actuators B, Chemical 61(1-3): 170-182; 1999.

285. Raymer, J. H.; Schiffman, S. S. Quantitative measurement of odor.  In: Proceedings of the first NSF international conference on indoor air health.  Impacts, issues, and solutions.  Ann Arbor: NSF International; 1999: 129-138.

286. Schiffman, S. S. Future directions for use of odors in overall health. Aroma-Chology Review 8: 5,11; 1999.

287. Bottcher, R. W.; Keener, K. M., Munilla, R. D.; C. Michael Williams, Schiffman, S. S. Scent of a swine building.  Resource 7(10): 13-14; 2000.

288. Schiffman, S. S. Taste: Biological organization. In: Kazdin, A. E. (Ed.) Encyclopedia of psychology. American Psychological Association (APA); ISBN: 1557981876; (May 2000)

289. Schiffman, S. S.; Zervakis, J.; Suggs, M. S.; Budd, K. C.; Iuga, L. Effect of tricyclic antidepressants on taste responses in humans and gerbils.  Pharmacology Biochemistry and Behavior 65: 599-609; 2000.

290. Schiffman, S. S. Intensification of sensory properties of foods for the elderly.  Journal of Nutrition 130(4): 927-930S; 2000.

291. Schiffman, S. S. Impairments of taste and smell. In: Evans, J. G.; Williams, T. F.; Beattie, B. L.; Michel, J-P.; Wilcock, G. K., eds. Oxford textbook of geriatric medicine, Oxford University Press: Oxford. 2000: 899-906.

292. Armstrong, T. A.; Williams, C. M.; Spears, J. W.; Schiffman, S. S. High dietary copper improves odor characteristics of swine waste. Journal of Animal Science 78: 859-864; 2000.

293. Schiffman, S. S.; Sattely-Miller, E. A.; Graham, B. G.; Booth, B.J.; Gibes, K. M.

Synergism among ternary mixtures of fourteen sweeteners.  <u>Chemical Senses</u> 25: 131-140; 2000.

294. Schiffman, S. S.; Graham, B. G. Taste and smell perception affect appetite and immunity in the elderly.  <u>European Journal of Clinical Nutrition</u>, 54(Supplement 3):S54-S63; 2000.

295. Schiffman, S. S. Taste quality and neural coding: Implications from psychophysics and neurophysiology.  <u>Physiology & Behavior</u> 69: 147-159; 2000.

296. Kermani, B. G.; Schiffman, S. S.; Nagle, H. T. Introducing fuzz to neural network training.  <u>2000 IEEE International symposium on circuits and systems</u>, Geneva, Switzerland, May 28 - 31, 2000.

297. Schiffman, S. S.; Sattely-Miller, E. A.; Graham, B. G.; Bennett, J. L.; Booth, B.J.; Desai, N.; Bishay, I. Effect of temperature, pH, and ions on sweet taste.  <u>Physiology & Behavior</u> 68: 469-481; 2000.

298. Zervakis, J.; Graham, B. G.; Schiffman, S. S. Taste effects of lingual application of cardiovascular medications.  <u>Physiology & Behavior</u> 68: 405-413; 2000.

299. Schiffman, S. S.; Zervakis, J.; Westall, H. L.; Graham, B. G.; Metz, A.; Bennett, J. L.; Heald, A. E.  Effect of antimicrobial and anti-inflammatory medications on the sense of taste.  <u>Physiology & Behavior</u> 69:413-424; 2000.

300. Schiffman, S. S.; Wyrick, D. W.; Payne, G. A.; O'Brian, G.; Nagle, H. T. Detecting microbial contamination using an electronic nose.  In: <u>Proceedings of the seventh international symposium olfaction and electronic nose (ISOEN2000)</u> 2000: 95-96.

301. Schiffman, S. S.; Bennett, J.; Raymer, J. H.  Measurement of odor and odorants from swine facilities.  In: <u>Proceedings of the thirteenth international symposium olfaction & taste (ISOT 2000)</u> and <u>Fourteenth European Chemoreception Research Organisation congress</u> (ECRO 2000); 2000: 94.

302. Wyrick, D.; Schiffman, S.; Payne, G.; O'Brian, G.; Van Dyke, C.; Allison, H.; Ledbetter, J.; Nagle, H.  Testing HVAC ducts for microbial contamination using an electronic nose.  In:  <u>Proceedings of world congress on medical physics and biomedical engineering</u> (CHICAGO 2000); 2000.

303. Schiffman, S. S.; Walker, J. M.; Dalton, P.; Lorig, T. S.; Raymer, J. H.; Shusterman, D.; Williams, C. M.  Potential health effects of odor from animal operations, wastewater treatment, and recycling of byproducts.  <u>Journal of Agromedicine</u> 7: 7-81; 2000.

304. Schiffman, S. S.; Graham, B. G.; Sattely-Miller, E. A.; Peterson-Dancy, M. Elevated and sustained desire for sweet taste in African-Americans: A potential factor in the development of obesity.  <u>Nutrition</u> 16: 886-893; 2000.

305. Bottcher, R. W.; Keener, K. M.; Munilla, R. D.; Williams, C. M.; Schiffman, S. S.  Dust and odor emissions from tunnel ventilated swine buildings in North Carolina.  In: <u>Air pollution from agricultural operations, Proceedings of the 2nd international conference</u>, October 9-11, 2000, Des Moines, IA. American Society of Agricultural Engineers: St. Joseph, MI. 2000, p. 196-203.

306. Schiffman, S. S.; Suggs, M. S.; Heald, A. E. Taste effects of antiretroviral drugs on chorda tympani responses in gerbil. Sensory Neuron 3(2): 97-108; 2000.

307. Schiffman, S. S. Odor: Quantification and health impacts. In: Proceedings of Y2K Composting in the Southeast. Charlottesville, VA CD-ROM. October, 2000.

308. Schiffman, S. S.; Wyrick, D. W.; Gutierrez-Osuna, R.; Nagle, H. T. Effectiveness of an electronic nose for monitoring bacterial and fungal growth. In: Gardner, J.W.; Persaud, K.C. Electronic noses and olfaction 2000. Bristol: Institute of Physics Publishing. 2000: 173-180.

309. Schiffman, S. S.; Auvermann, B. W.; Bottcher, R. W. Health effects of aerial emissions from animal production waste management systems. In: Havenstein, G. B. (Ed.) Proceedings. International symposium: Addressing animal production and environmental issues. Volume 1. Raleigh, College of Agriculture and Life Sciences, North Carolina State University; 2001: 103-113. Also available on CD-ROM. ISBN 0-9669770-1-7.

310. Schiffman, S. S. Taste and smell. In: Maddox, G. L.; Atchley, R. C.; Evans, J. G.; Hudson, R. B.; Kane, R. A.; Masoro, E. J.; Mezey, M. D.; Poon, L. W.; Siegler, I. C. The encyclopedia of aging, 3rd edition. A comprehensive resource in gerontology and geriatrics. New York: Springer Publishing Co. 2001: 999-1001.

311. Schiffman, S. S.; Bennett, J. L.; Raymer, J. H. Quantification of odors and odorants from swine operations in North Carolina. Agricultural and Forest Meteorology 108: 213-240; 2001.

312. Schiffman, S. S.; Gutierrez-Osuna, R.; Nagle, H. T. Use of an electronic nose to evaluate odors from swine operations. In: Stetter, J. R.; Penrose, W. R. (Ed.) Artificial chemical sensing: Proceedings of the eighth International Symposium on Olfaction and the Electronic Nose (ISOEN). Electrochemical Society: Pennington, NJ. 2001: 200-205.

313. Gutierrez-Osuna, R.; Schiffman, S. S.; Nagle, H. T. Correlation of sensory analysis with electronic nose data for swine odor remediation assessment. In: Proceedings of the 3rd European congress on odours, meteorology and electronic noses, Paris, France, June 19-21, 2001.

314. Butchko H. H.; Stargel, W. W.; ..Schiffman, S. S. et al. Aspartame: Review of safety. Regulatory Toxicology and Pharmacology 35: S1-S93; 2002.

315. Schiffman, S. S.; Zervakis, J.; Graham, B. G.; Westhall, H. L. Age-related chemosensory losses: effect of medications. In: Givens, P.; Paredes, D. Chemistry of Taste. Washington, DC: American Chemical Society, 2002: 94-108.

316. Schiffman, S. S.; Zervakis, J. Taste and smell perception in the elderly: effect of medications and disease. Advances in Food and Nutrition Research, 44: 247-346; 2002.

317. Schiffman S. S.; Graham, B. G.; Sattely-Miller, E. A.; Zervakis, J.; Welsh-Bohmer, K. A. Taste, smell and neuropsychological performance of individuals at familial risk for Alzheimer's disease. Neurobiology of Aging 23(3):397-404; 2002.

318. Schiffman, S. S. Flavor enhancement and its positive health benefits. Aroma-Chology Review, 10, 1-5; 2002.

319. Schiffman, S. S.; Zervakis, J.; Campagna, L. K.; Garst, J. L. Chemosensory perception in elderly lung cancer patients on chemotherapy. Chemical Senses 27(7):A21; 2002.

320. Zervakis, J.; Schiffman, S. S. Adverse taste side effects of cardiovascular medications. Geriatric Times 3(1) January/February: 19-23; 2002.

321. Schiffman, S. S.; Auvermann, B. W.; Bottcher, R. W. Health effects of aerial emissions from animal production waste management systems. National Center for Manure & Animal Waste Management White papers, 2002. Searchable CD, WP-CD-1 available from MidWest Plan Service, 122 Davidson Hall, Iowa State University, Ames, IA 50011. Available at https://www.mwpshq.org/catalog.html, 1-800-562-3618, or MWPS@iastate.edu.

322. Bottcher, R. W.; Munilla R. D.; Schiffman, S. S.; Sundberg, P. System for exposing humans to low levels of swine building odorants and dust. ASAE Paper No. 024173. In: Proceedings of the 2002 annual international meeting of the ASAE/XVth world congress of the International Commission of Agricultural Engineering (CIGR). American Society of Agricultural Engineers: St. Joseph, Michigan. 2002.

323. Schiffman, S. S.; Graham, B. G.; Nagle, H. T. Measuring odor intensity with a photoionization detector (PID). In: D'Amico, A.; Di Natale, C. ed. Technical digest. 9th international symposium on olfaction and electronic nose (ISOEN '02). Aracne: Rome. 2002: 33-34.

324. Schiffman, S. S.; Graham, B. G.; Gutierrez-Osuna, R.; Zervakis, J.; Nagle, H. T. Assessment of animal odors: Comparison of electronic nose and human panel. In: D'Amico, A.; Di Natale, C. ed. Technical digest. 9th international symposium on olfaction and electronic nose (ISOEN '02). Aracne: Rome. 2002: 224-225.

325. Conway, C. R.; Bollini, A. M.; Graham, B. G.; Keefe, R. S. E.; Schiffman, S. S.; McEvoy, J. P. Sensory acuity and reasoning in delusional disorder. Comprehensive Psychiatry 43(3):175-178; 2002.

326. Schiffman. S. S.; Gutierrez-Osuna; R.; Nagle H. T. Measuring odor intensity with E-noses and other sensor types. In: D'Amico, A.; Di Natale, C. ed. 9th International Symposium on Olfaction and Electronic Nose (ISOEN '02). Aracne Editrice S.r.l.:Rome; 2002: 68-72. ISBN 88-7999-450-6.

327. Schiffman, S. S.; Pearce, T. C. Introduction to olfaction: perception, anatomy, physiology, and molecular biology. In: Pearce, T. C.; Schiffman, S. S.; Nagle, H. T.; Gardner, J. W. (eds.) Handbook of machine olfaction: Electronic nose technology. Weinheim: Wiley-VCH. 2003: 1-31.

328. Gutierrez-Osuna, R.; Nagle, H. T.; Kermani, B.; Schiffman, S. S. Signal conditioning and preprocessing. In: Pearce, T. C.; Schiffman, S. S.; Nagle, H. T.; Gardner, J. W. (eds.) Handbook of machine olfaction: Electronic nose technology. Weinheim: Wiley-VCH. 2003: 105-132.

329. Nagle, H. T.; Gutierrez-Osuna, R.; Kermani, B. G; Schiffman, S. S. Environmental Monitoring.  In: Pearce, T. C.; Schiffman, S. S.; Nagle, H. T.; Gardner, J. W. (eds.) Handbook of machine olfaction: Electronic nose technology. Weinheim: Wiley-VCH. 2003: 419-444.

330. Schiffman, S. S.; Sattely-Miller, E. A.; Graham, B. G., Zervakis, J; Butchko H. H.; Stargel, W. W.  Effect of repeated presentation on sweetness intensity of binary and ternary mixtures of sweeteners. Chemical Senses 28: 219-229; 2003.

331. Schiffman, S. S. Taste enhancers. In: Caballero, B.; Trugo, L.; Finglas, P. M. (eds.) Encyclopedia of Food Sciences and Nutrition. London: Academic Press/Harcourt; 2003: 5734-5737.

332. Schiffman, S. S.; Rogers, M. O.; Zervakis, J. Loss of taste, smell, and other senses with age: effects of medication.  In: Bales, C. W.; Ritchie, C. S. Handbook of Clinical Nutrition and Aging.  Totowa, NJ: Humana Press; 2003: 211-289.

333. Schiffman, S. S. Introduction: health and ecological linkages. Environment International 29/2-3: 351; 2003.

334. Schiffman, S. S.; Kondor, A. M.; Zervakis, J. Effect of anticholinergic medications on taste, smell, and other senses as well as cognition in the elderly.  Chemical Senses 28:A40, 2003.

335. Aneja V.P.; Kim D.-S.; Schiffman, S.; Graham, B. An integrated study of the emissions of ammonia, odor and odorants, and pathogens and related contaminants from potential environmentally superior technologies for swine facilities. Program OPEN (Odor, Pathogens, and Emissions of Nitrogen).  In: Proceedings of Gaseous and odour emissions from animal production facilities, Horsens, Denmark 1-4 June 2003.

336. Schiffman, S. S.; McLaughlin, B.; Katul, G. G.; Nagle, H. T.  Method for determining odor dispersion using instrumental and human measurements. Technical Digest. 10th International symposium on olfaction and electronic nose (ISOEN '03). Riga, Latvia 2003: 22-25.

337. Schiffman, S. S.; Graham, B. G.; McLaughlin, B.; Fitzpatrick, D.; Katul, G. G.; Nagle, H. T.; Williams, C. M. Predicting odor dispersion at five swine facilities Using a Eulerian Lagrangian model. In: Proceedings of the North Carolina animal waste management workshop, Research Triangle Park, Oct 17-17, 2003. Compact Disk. Raleigh: North Carolina State University College of Agriculture and Life Sciences Waste Management Programs.

338. Schiffman, S. S. Taste and smell.  In: Niedert K. C.; Dorner, B. (Eds.) <u>Nutrition care of the older adult: a handbook for dietetics professionals working throughout the continuum of care, 2nd edition</u>. American Dietetic Association. 2004: 89-93.

339. Bottcher, R. W.; Keener, K. M.; Munilla, R. D.; Williams, C. M.; Schiffman, S. S. Dust and odor emissions from tunnel ventilated swine buildings in North Carolina and comparison of different odor evaluation methods. <u>Applied Engineering in Agriculture</u> 20 (3): 343-347; 2004.

340. Avery, R.C.; Wing, S.; Marshall, S.W.; Schiffman, S. S. Odor from industrial hog farming operations and mucosal immune function in neighbors. <u>Archives of Environmental Health</u> 59:101-108; 2004.

341. Schiffman, S. S. Smell and behavior. <u>ENT News</u> 12(6): 52-53; 2004.

342. Kermani, B. G.; Schiffman, S. S.; Nagle, H. T.  Fuzzy training for neural networks. <u>Proceedings of 8th world multiconference on systems, cybernetics, and informatics, vol. IX,</u>  Orlando, FL; 2004: 124-125.  www.iiisci.org/sci2004.

343. Schiffman, S. S.; Murray, S. G.; Watson, E. L. Repeatability and intercorrelations of sensory and cognitive tests in unmedicated elderly subjects.  <u>Proceedings of the 2004 AChemS annual meeting</u>, Sarasota, April 21-25, 2004.

344. Classen, J. J.; Schiffman, S. S. Evaluation of the Carbofil International downflow tube reactor for treatment of swine waste. Paper number 044031.  In: <u>Proceedings of the 2004 annual international meeting of the ASAE/XVth world Congress of the International Commission of Agricultural Engineering (CIGR).</u> American Society of Agricultural Engineers: St. Joseph, Michigan. 2004.

345. Schiffman, S. S., McLaughlin, B., Katul, G. G., Nagle, H. T.  Eulerian-Lagrangian model for predicting odor dispersion using instrumental and human measurements. <u>Sensors and Actuators</u> B 106: 122-127; 2005.

346. Schiffman, S. S.; Studwell, C. E.; Landerman, L. R.; Berman, K.; Sundy, J. S. Symptomatic effects of exposure to diluted air sampled from a swine confinement atmosphere on healthy human subjects.  <u>Environmental Health Perspectives</u> 113: 567-576; 2005.

347. Kermani, B. G.; Schiffman, S. S.; Nagle, H. T. Performance of the Levenberg-Marquardt neural network training method in electronic nose applications.  <u>Sensors and Actuators B: Chemical</u> 110(1): 13-22; 2005.

348. Schiffman, S. S.; Williams, C. M. Science of odor as a potential health issue. <u>Journal of Environmental Quality</u> 34: 129-138; 2005.

349. Schiffman, S. S.; Graham, B. G.; DuBose, P. A.; Williams, C. M. Odor dispersion modeling from swine operations with conventional and alternative waste treatment technologies. In: <u>Proceedings of the 2005 Animal Waste Management Symposium: The</u>

<u>Development of Alternative Technologies for the Processing and Use of Animal Waste</u>. On CD-ROM. Raleigh: North Carolina State University.

350. Schiffman, S. S.; Graham, B. G. Quantification of odor and odorants at swine facilities and assessment of their impact downwind.  In: Aneja, V. P.; Schlesinger, W. H.; Knighton, R.; Jennings, G.; Niyogi, D.; Gilliam, W.; Duke, C. S. <u>Proceedings: Air quality: State of the science</u>. Potomac, MD. 2006: 136-137.

351. Schiffman, S. S.; Sattely-Miller, E. A., Bishay, I. E.  Time to maximum sweetness intensity of binary and ternary blends of sweeteners.  <u>Food Quality and Preference</u> 18: 405-415; 2007.

352. Schiffman, S. S. Smell and taste. In: Birren, J. E. (ed.) <u>Encyclopedia of gerontology (Second Edition): Age, Aging, and the Aged</u>. Elsevier; 2007: 515-525.

353. Schiffman, S. S.; Sattely-Miller, E. A.; Taylor, E. L.; Graham, B. G.; Landerman, L. R.; Zervakis, J.; Campagna, L. K.; Cohen, H. J.; Blackwell, S.; Garst, J. L. Combination of flavor enhancement and chemosensory education improves nutritional status in older cancer patients. <u>Journal of Nutrition, Health, and Aging</u> 11(5): 439-454; 2007.  Also published as: Impact d'une combinaison d'enrichissement de la saveur des aliments et d'une éducation sensorielle sur l'état nutritionnel des personnes âgées atteintes de cancer. <u>Age & Nutrition</u> 18: 123-136; 2007.

354. Schiffman, S. S. Critical illness and changes in sensory perception. <u>Proceedings of the Nutrition Society</u> 66(3): 331-345; 2007.

355. Schiffman, S. S.; Graham, B. G.; Williams, C. M. Dispersion modeling to compare alternative technologies for odor remediation at swine facilities. <u>Journal of the Air & Waste Management Association</u> 58: 1166-1176; 2008.

356. Schiffman, S. S.; Sattely-Miller, E. A.; Bishay, I. E. Sensory properties of neotame: Comparison with other sweeteners.  In: Weerasinghe, D. K.; Dubois, G. E. eds. <u>Sweetness and sweeteners: Biology, chemistry and psychophysics</u>. ACS Symposium Series 979. Oxford University Press; 2008: 511-529.

357. Schiffman, S. S. The aging gustatory system.  In: Basbaum, A. I.; Kaneko, A.; Shepherd, G. M.; Westheimer, G. eds. <u>The senses: A comprehensive reference</u>. Volume 4, Olfaction & Taste, Firestein, S. and Beauchamp, G. K.  San Diego: Academic Press; 2008: 479-498.

358. Abou-Donia M. B., El-Masry E. M., Abdel-Rahman, A. A., McLendon, R. E., and Schiffman, S. S.  Splenda alters gut microflora and increases intestinal P-glycoprotein and cytochrome P-450 in male rats.  <u>Journal of Toxicology and Environmental Health, Part A</u> 71: 1415-1429; 2008.

359. Wing, S.; Horton, R. A.; Marshall, S. W.; Thu, K.; Tajik, M.; Schinasi, L.; Schiffman, S. S. Air pollution and odor in communities near industrial swine operations. <u>Environmental Health Perspectives</u> 116(10): 1362-1368; 2008.

360. Schiffman, S. S. Sensory impairment: Taste and smell impairments with aging.  In: Bales, C. W.; Ritchie, C. S. Handbook of clinical nutrition and aging. Second edition. New York, NY: Humana Press; 2009: 77-97.

361. Schiffman, S. S. Effects of aging on the human taste system.  Annals of the New York Academy of Sciences 1170:725-729; 2009.

362. Schiffman, S. S. Taste disorders.  In: Goldstein, E. B. (Ed.) Encyclopedia of Perception, Volume 2. Thousand Oaks, CA: Sage Publications; 2010: 957-961.

363. Schiffman, S. S.; Abou-Donia, M. B. Sucralose revisited: Rebuttal of two papers about Splenda safety.  Regulatory Toxicology and Pharmacology 63: 505–508; 2012.

364. Schiffman, S. S. Rationale for further medical and health research on high potency sweeteners. Chemical Senses 37:671-679; 2012.

365. Schiffman, S. S.; Rother, K. I. Sucralose, a synthetic organochlorine sweetener: overview of biological issues. Journal of Toxicology and Environmental Health, Part B: Critical Reviews 16(7) 399-451; 2013.

366. Li, J., Hodges R. D., Gutierrez-Osuna, R., Luckey, G., Crowell, J., Schiffman, S. S., Nagle, H. T. Odor assessment of air inside vehicle cabin by machine olfaction. In: Sensors 2014 IEEE, Valencia, Spain; 2014: 1726-1729.

367. Schiffman, S. S. Influence of drugs on taste function. Chapter 40. In: Doty, R. M., ed. Handbook of Olfaction and Gustation, 3rd Edition, John Wiley & Sons, 2015: 913-928.

368. Nagle, H. T, Gutierrez-Osuna, R., Suslick, R. K., Persaud, K., Hodges, R. D., Covington, J., Luckey, G., Crowell, J., and Schiffman, S. S. Augmenting human odor assessments of cabin air quality of automobiles by instrumental measurements. Proceedings of the sixteenth international symposium on olfaction and electronic noses (ISOEN2015) 2015. Dijon, France.

369. Li, J., Gutierrez-Osuna, R., Hodges R. D., Luckey, G., Crowell, J., Schiffman, S. S., Nagle, H. T. Odor assessment of automobile interior components using ion-mobility spectrometry. IEEE Sensors 2015 Proceedings. Busan, Korea, November 1-4, 2015. IEEEXplore. Pp. 1-4.

370. Rother, K. I.; Sylvetsky, A. C.; Schiffman, S. S. Non-nutritive sweeteners in breast milk: Perspective on potential implications of recent findings. Archives of Toxicology 89(11); 2169-2171; 2015. doi 10.1007/s00204-015-1611-9

371. Li, J., Hodges R. D., Gutierrez-Osuna, R., Luckey, G., Crowell, J., Schiffman, S. S., Nagle, H. T. Odor assessment of automobile cabin air with field asymmetric ion mobility spectrometry and photoionization detection.  IEEE Sensors Journal 16(2): 409-417: 2016.

372. Li, J., Gutierrez-Osuna, R., Hodges R. D., Luckey, G., Crowell, J., Schiffman, S. S., Nagle, H. T. Using field asymmetric ion mobility spectrometry for odor assessment of automobile interior components. IEEE Sensors Journal 16(14): 5747-5756; 2016.

373. Schiffman, S. S. The how and why of sweetener synergies.  The World of Food Ingredients, pp. 40, 42-44: September, 2017.

374. Schiffman, S. S.; Nagle, H. T.  Standard analytes for E-noses and E-tongues. 2017 ISOCS/IEEE International Symposium on Olfaction and Electronic Nose (ISOEN). DOI: 10.1109/ISOEN.2017.7968867. http://ieeexplore.ieee.org/document/7968867/

375. Schiffman, S. S. Influence of medications on taste and smell. World Journal of Otorhinolaryngology-Head and Neck Surgery, 2018. https://doi.org/10.1016/j.wjorl.2018.02.005

376. Bornemann, V.; Werness, S. C.; Buslinger, L.; Schiffman, S. S. Intestinal metabolism and bioaccumulation of sucralose in adipose tissue in the rat. Journal of Toxicology and Environmmental Health, Part A 81(18): 913-923; 2018.

377. Nagle, H. T.; Schiffman, S. S. Electronic taste and smell: The case for performance standards. Proceedings of the IEEE 106(9): 1471-1478; 2018.

378. Schiffman, S.S.; Nagle, H.T. 2019. Revisited: Assessing the in vivo data on low/no-calorie sweeteners and the gut microbiota. Food and Chemical Toxicology 132: 110692; 2019. https://doi.org/10.1016/j.fct.2019.110692.

379. Schiffman, S.S. The Aging Gustatory System. In: Fritzsch, B. (Ed.) and Meyerhof, W. (Volume Editor), The Senses: A Comprehensive Reference, vol. 3. Elsevier, Academic Press, pp. 382–397; 2020.

380. Covington, J.A., Marco, S.; Persaud, K.C.; Schiffman, S.S.; and Nagle, H.T. Artificial olfaction in the 21st century.  IEEE Sensors Journal 21(11), 12969-12990; 2021. DOI: 10.1109/JSEN.2021.3076412.

381. Danesh, E., Palma, S.I.C.J., Covington, J.A., Schiffman, S.S., and Nagle, H.T. Introduction to the IEEE P2520TM Series of Standards on Olfaction Devices and Systems. IEEE SA White Paper: IEEE Xplore, 2021. https://ieeexplore.ieee.org/stamp/stamp.jsp?tp=&arnumber=9652486

382. Schiffman, S.S.; Nagle, H.T. Severe SARS-CoV-2 infection: Does the artificial sweetener sucralose play a role? BMJ Open Gastroenterology 10:e001159; 2023. doi:10.1136/ bmjgast-2023-001159.

383. Schiffman, S.S; Scholl, E.H., Furey, T.S., and Nagle, H.T. Toxicological and pharmacokinetic properties of sucralose-6-acetate and its parent sucralose: In vitro screening assays. Journal of Toxicology and Environmmental Health, Part B. Critical Reviews 26:6, 307-341; 2023. 10.1080/10937404.2023.2213903

Patent:

Schiffman, S. S. Method of enhancing the taste perception of sweetness of aspartame and

derivatives thereof.  US Patent #4,826,824.  Issued May 2, 1989.

Representative/Abbreviated Symposia Presentations:

Organization of olfactory stimuli and neurons.  VII$^e$ Symposium Mediterranean sur L'Odorat, Cannes, 1972.  (S. S. Schiffman and R. P. Erickson)

On a methodology for multivariate psychophysics.  Society of Multivariate Experimental Psychology 1973 Annual Meeting, Educational Testing Service, Princeton, NJ.  (A. Conger, H. Schiffman, and S. Schiffman)

The dietary rehabilitation clinic:  A multi-aspect, dietary, and behavioral approach to the treatment of obesity, taste and smell of foods. Association for Advancement of Behavior Therapy, Miami Beach, FL, 1973.

Physicochemical parameters related to olfactory quality.  Annual Meeting of Society for Neuroscience, St. Louis, MO, 1974.

The range of gustatory quality:  Psychophysical and neural approaches.  First Congress of the European Chemoreception Research Organization, Orsay, 1974.  (S. S. Schiffman and R. P. Erickson)

Taste of dipeptides.  Annual Meeting of Society for Neuroscience, New York, 1975.

Taste and smell changes of foods during the aging process.  Twenty-Eighth Annual Scientific Meeting of the Gerontological Society, Louisville, KY, 1975.

Taste and smell discrimination in obese, pregnant, and aged subjects.  Eighty-Third Annual Convention of the American Psychological Association, Chicago, 1975.

Individual differences in multidimensional scaling.  Second Congress of the European Chemoreception Research Organization, University of Reading, England, 1976.

Odor of musks.  Eighty-Fourth Annual Convention of the American Psychological Association, Washington, D.C., 1976.

Application of multidimensional scaling to the chemical senses.  Abstract. Sixth International Symposium on Olfaction and Taste, Paris--Gif sur Yvette, 1977.  In J. LeMagnen and P. MacLeod (Eds.), Olfaction and taste VI.  London:  Information Retrieval Ltd., 1977.   P. 491.

Psychophysiology of taste and smell during aging.  American Aging Association Meeting, New York, 1977.

Contribution of the anion to the salty taste.  Annual Meeting of Society for Neuroscience, Anaheim, CA, 1977.

Taste and smell changes with age.  Congress of the European Chemoreception Research Organization, University of Pavia, Italy, 1978.

Behavioral treatments for obesity.  American Association of Behavior Therapy, Chicago,

1978.

The five fragrance ages and stages of women.  Fragrance Foundation, New York, 1979.

Effect of age on taste and smell.  American Aging Association, 9th Annual Meeting, Washington, D.C., 1979.

Systematic classification of odors using multidimensional scaling techniques.  American Chemical Society, Washington, D.C., 1979.

Odor of pyrazines over the life span.  XXVIII International Congress of Physiological Sciences, Budapest, 1980.

Molecular mechanism of sweet taste:  Evidence for the importance of hydrogen bonding. Annual Meeting of Society for Neuroscience, Los Angeles, 1981.

Effects of the diuretic amiloride on the sense of taste.  Annual Meeting of Society for Neuroscience, Minneapolis, 1982.  (S. S. Schiffman and E. Lockhead)

Evidence of a Na current in taste:  A multidisciplinary approach.  Association for Chemoreception Sciences, Sarasota, FL, 1983.  (J. A. DeSimone, S. S. Schiffman, F. W. Maes, G. L. Heck, S. K. DeSimone, and S. Mierson)

Evidence for modulation of taste by adenosine receptor on tongue of humans and rats. Congress of the European Chemoreception Research Organization, Lyon, France, 1984.

Methyl xanthines enhance taste:  Evidence for modulation of taste by adenosine receptor. Annual Meeting of Society for Neuroscience,  Anaheim, CA, 1984.

Use of flavors to treat overweight and elderly people.  Flavor and Extract Manufacturers' Association, Greenbriar, 1985.

Changes in taste and smell with age.  XIIIth International Congress of Gerontology.  Chair in Nutrition in the Elderly Symposium, New York, 1985.

Pharmacological approaches to taste:  Implication for olfaction.  Molecular mechanisms in vertebrate olfaction.  NATO Advanced Research Workshop, Organizing Committee, Warwick, U.K., 1985.

Chemical and gustatory dimensions of taste.  Royal Chemical Society, London, 1985.

The role of taste and smell in nutrition.  Royal Australasian College of Physicians meeting, Melbourne, 1986.

Bretylium tosylate enhances salt taste. ISOT/AChemS (International Symposium on Olfaction and Taste/Association of Chemorecption Sciences), Denver, CO, 1986. (Schiffman, S. S.; Simon, S. A.; Gill, J. M.; Beeker, T. G.)

Artificial sweeteners.  Royal Australasian College of Physicians meeting, Melbourne, 1986.

Flavor sprays:  An approach to weight loss.  American Dietetic Association, Atlanta, 1987.

Evidence for possible role of potassium pathways in taste transduction. Congress of the European Chemoreception Research Organization, Coventry, England, 1988.  (S. S.

Schiffman, S. A. Simon, J. M. Gill II, and R. P. Erickson)

Immunophysiologic correlates of cutaneous histamine reactivity in patients with alleged aspartame sensitivity. <u>American Academy of Allergy and Immunology</u>, Anaheim, CA, 1988. (J. N. Baraniuk, J. V. Follett, S. S. Schiffman, E. W. Massey, H. A. Sampson, Z. S. Warwick, and C. E. Buckley)

Headache susceptibility and aspartame. <u>American Academy of Neurology</u>, Cincinnati, 1988. (S. S. Schiffman and E. W. Massey)

A thin-film flexible microelectrode array for use in electrophysiology research. Symposium on Biosensors. <u>North Carolina Section of the American Chemical Society</u>, Chapel Hill, NC, 1989. (B. Ash, S. S. Schiffman, H. T. Nagle, and J. J. Wortman)

Aspartame and headache: No association found in clinical study. <u>IV International Headache Congress</u>, Sydney, Australia, 1989.

Receptors and transduction mechanisms for sweet taste: an overview. In: <u>Sugars and Nutrition</u>, Sydney, Australia, 1989.

Differential response to sweetness, saltiness, and taste variety by restrained vs. unrestrained eaters. <u>Eastern Psychological Association</u>, Philadelphia, 1990. (Warwick, Z. S., Costanzo, P. R., and Schiffman, S. S.)

Taste and smell in the elderly: Role in altered pancreatic polypeptide secretion. <u>American Gastroenterological Association</u>, San Antonio, 1990. (Wilson, J. A. P., Davis, B. C., Taylor, I. L., and Schiffman, S.)

Neuropeptide Y and galanin: Opposing central and peripheral actions on gastric acid secretion. <u>Society for Neuroscience</u>, St. Louis, 1990. (Geoghegan, J. G., Lawson, D. C., Schiffman, S. S., and Pappas, T. N.)

Intensity-concentration curves for sweeteners provide insight into receptor populations. <u>American Chemical Society</u>, Division of Agricultural and Food Chemistry, Washington, D. C., 1990. (DuBois, (G. E., Walters, D. E., Schiffman, S. S., Warwick, Z. S., Booth, B., and Pecore, S.)

Non-association of dietary flavor-density relationships enhances weight gain and impairs acquisition of novel conditioned taste preferences in rat. <u>Eastern Psychological Association</u>, 1991. (Warwick, Z. S. and Schiffman, S. S.)

Short term oral sensory deprivation causes binge eating in sham feeding dogs. <u>American Association for the Study of Liver Diseases</u>, New Orleans, 1991. (Lawson, D. C., Geoghegan, J. G., Cheng, C. A., Schiffman, S. S., and Pappas, T. N.)

The biology of taste and food intake. Symposium on <u>The Science of Food Regulation</u>, Baton Rouge, 1991. (Schiffman, S. S. and Warwick, Z. S.)

Intracerebroventricular neuropeptide Y increases basal gastric acid by decreasing central adrenergic inhibition of acid. <u>Society for Neuroscience</u>, New Orleans, LA, 1991 (Geoghegan, J. G., Cheng, C. A., Schiffman, S. S., and Pappas, T. N.)

Ageing, the sense of smell and appreciation of perfume. <u>Second International Conference on the the Psychology of Perfumery</u>, University of Warwick, Coventry, England, 1991.

Astringent compounds suppress taste responses in gerbil. <u>North Carolina Society for Neuroscience</u>, Durham, NC, 1992.  (Schiffman, S. S., Suggs, M. S., and Simon, S. A.)

Palatability and nutrient effects on postprandial satiety. <u>Society for the Study of Ingestive Behavior</u>, Princeton, NJ, 1992.  (Warwick, Z. S. and Schiffman, S. S.)

Present knowledge and controversies of energy requirements. Universidad Autonoma de Guadalajara and Universidad Iberoamericana, Guadalajara and Mexico City, 1992.

Better eating for better aging.  <u>Washington State Dietetic Association</u>, 1992; <u>South Carolina Dietetic Association</u>, <u>Minnesota Dietetic Association</u>, <u>Florida Dietetic Association</u>, <u>Wisconsin Dietetic Association</u>, <u>Rhode Island Dietetic Association</u>, 1993; <u>American Society for Hospital Food Service Administrators</u>, New Orleans, 1995.

Role of taste reception in clinical nutrition. <u>Newstrition II: A Nutrition Update.</u> Baptist Memorial Hospital, Memphis, TN, 1993.

Appetite stimulation: Compensating for loss of taste and smell. Geriatric Research, Education and Clinical Center (GRECC) Symposium. Gainesville, FL, 1993.

The effect of different coffees on esophageal acid contact time EACT), heartburn (HB) & regurgitation (RG) in coffee-sensitive subjects.  Brazer, S. R., Onken, J. E., Dalton, C. B., Smith, J. W., Schiffman, S. S. American Gastroenterological Association and American Association for the Study of Liver Diseases. Boston, 1993.

Taste changes in the elderly. <u>New York Institute of Food Technologists</u>. Islin, NJ, 1993.

The role of taste and smell in appetite and satiety: Impact of chemosensory changes due to aging and drug interactions. XV International Congress of Nutrition. Adelaide, 1993.

Perception of monosodium glutamate (MSG) in water and in foods for young and elderly subjects.  (Schiffman, S. S.; Sattely-Miller, E. A.) 11th International Symposium on Olfaction and Taste. Sapporo, 1993.

Why we choose the foods we eat: An overview. How far can you food the body?  Calorie Control Council Annual Meeting.  Orlando, 1993.

Identification of gliadin presence in pharmaceutical products.  (Miletic, I. Dj.; Miletic, V. D.; Sattely-Miller, E. A.; Schiffman, S. S.)  I Kongres Farmaceuta Sr Jugoslavije, Vrnjacka Banja. Yugoslavia, 1994.

Taste and smell changes with aging - What do we know? Kansas State University. Jean F. Caul lecturer. Manhattan, Kansas, 1994.

Psychophysical assessment of chemosensory disorders in clinical populations. Ciba Foundation Symposium Human Olfaction and Audition. London, 1994.

Anorexia and dysgeusia in the elderly. Symposium.  Malnutrition in the hospitalized patient-- Major advances in nutritional and metabolic support. Harvard Medical School. Deaconess Hospital. 1994.

Tasteful solutions to elderly nutrition. Society for Nutrition Education Annual Meeting. Portland, Oregon, 1994.

Olfactory disorders--Etiology and assessment. Seminar on cranial nerve dysfnction: Contemporary assessment, surgical therapy, and rehabilitation. Durham, NC. 1995.

Menu inspirations for a new age. American Society on Aging. Atlanta, Georgia, 1995. (Lucas, C.; Schiffman, S. S.)

Diminished smell and taste sapping quality from life. Communication Awareness Day 1995, Senate Office Building, Washington, DC, 1995.

Olfactory disorders. Etiology and assessment. Cranial nerve dysfunction: Contemporary assessment, surgical therapy, and rehabilitation. Durham, NC, 1995.

Use of an electronic nose to detect the source of environmental pollutants. Pittcon, Chicago, IL, 1996. (Schiffman, S. S.; Kermani, B. G.; Nagle, H. T.)

Quantification of odors from swine operations.  Second annual North Carolina Environmental Science Research Fair.  National Institute of Environmental Health Sciences, Research Triangle Park, NC, 1996. (Schiffman, S. S.; Raymer, J. H.; Suggs, M. S.; Velez, G. R.; Nagle, H. T. ).

Odor problems and agricultural operations.  North Carolina Cooperative Environmental Professional Association.  Raleigh, NC, 1996.

Better eating for better aging. Food and Lifestyles Media Conference. Coral Gables, FL, 1996.

Flavor enhancement and food intake in the elderly.  Nutrition Conference, Maine Consultant Dietitians, Augusta, 1996.

Feeding dynamics: Why rats eat in meals and what this means for foraging. (B. S. Zannutto, J. E. R. Staddon, S. Schiffman). Society for Neuroscience, 1996.

Taste and olfaction: Important factors to consider in drug design. American Association of Pharmaceutical Scientists.  Morrisville RTP, NC, 1996.

Importance of taste and smell in food intake of the elderly. Presented at Nutrition Update '96. University of Manitoba, October 5, 1996.

Better eating for better aging - A geriatric nutrition primer. American Dietetic Association. San Antonio, Texas, Cctober, 1996.

Psychological and sensory aspects of livestock odor: Implications to human health and well-being.  American Scoiety of Animal Science and American Dairy Science Association joint meeting.  Des Moines, Iowa, March 18, 1997.

Role of taste and smell in health related behaviors.  National Institutes of Health, NIH Office of Behavioral and Social Sciences Research, Bethesda, MD, March 31, 1997.

Role of immunological status, appetite, taste and smell in nutritional status of HIV-infected individuals.  Nestle Clinical Nutrition Symposium: Oral nutrition support in HIV

infection: Practical Aspects. Cannes, France, April 23, 1997.

Role of olfaction in human health.  The sense of smell--from molecules to perception.  SmithKline Beechum symposium, Assmannshausen, Germany, September 22, 1997.

Taste and smell losses in normal aging and disease. 16th Annual Science Reporters Conference.  National Press Club.  Washington, DC. October 20, 1997.

Odor monitoring applications of electronic nose technology.  IEEE NTDC Workshop on Electronic Nose Technology.  Atlanta, GA. November 7, 1997.

Sensory solutions: A new approach to stress reduction.  New York Academy of Sciences.  New York, NY. November 19, 1997.

Applications of electronic nose in clinical diagnosis. Pittcon, New Orleans, LA, March 3, 1998.

Tempting appetites: What's helpful and what's harmful.  Clinical Nephrology Meetings.  National Kidney Foundation, Nashville, TN. March 26, 1998.

Alteration of chemosensory function in patients with end-stage liver disease.  Bloomfeld, R. S.; Schiffman, S. S.; Killenberg, P. J.  Gastroenterology Fellows Conference. April 17-19, 1998.

Electronic nose technology.  21st Army Science Conference.  Science and Technology for Army After Next.  Norfolk, VA. June 16, 1998.

Workshop on health effects of odors. Animal Production Systems and the Environment: An International Conference on Odor, Water Quality, Nutrient Management and Socioeconomic Issues.  Des Moines: Iowa  July 19-22, 1998. (Schiffman, S. S.; Walker, J. M.; Small, R.; Millner, P. D.)

Characteristics and measurement of airborne emissions from pig farms.  Animal Production Systems and the Environment: An International Conference on Odor, Water Quality, Nutrient Management and Socioeconomic Issues.  Des Moines: Iowa  July 19-22, 1998. (S. S. Schiffman; H. T. Nagle.)

MSG amd taste/smell in normal aging and disease.  International Symposium on Glutamate.  Mario Negri Institute for Pharmacological Research. Bergamo, Italy, October 12-14, 1998.

Health effects of odors.   Conference on Public Health Impact of Intensive Livestock Operations. NC State University. Jane S. McKimmon Center. Raleigh, NC. July 15-16, 1999.

Workshop on health effects of odors. North American Agromedicine Consortium. Raleigh, NC. September 28, 1999.

Health effects of odors on dairy farms.  North Carolina Dairy Conference. February 23, 2000.

Taste perception and changes with age: Mechanisms for modification. American Chemical Society, San Francisco. March 26-30, 2000.

Taste and smell losses with age. Basic and Applied Research on Nutrition in Old Age. Barry-Callebaut Symposium. Marbach Castle, Oehningen, Germany. May 15-16, 2000.

Effect of vitamins and minerals on taste of foods for the elderly.  ILSI Argentina, Buenos Aires, September, 2000.

Bulimia and its treatment. Hospital de Clinicas Jose de San Martin, Buenos Aires, September, 2000.

Taste and smell losses: aging, disease, and medications. Sanatorio Otamendi, Buenos Aires, September, 2000.

Using flavor enhancement to compensate for taste and smell losses in the elderly.  New York Institute of Food Technologists, Fairfield, NJ.  October, 2000

Case studies in environmental monitoring with the electronic nose.  Electronic Nose Technologies – Advances in Engineering, Integrating and Commercializing Novel Sensor Technologies. The Knowledge Foundation, San Diego, October, 2000.

Hydrogen sulfide: Its role in odor and health.  Hydrogen Sulfide Health Research and Risk Assessment Symposium, Chapel Hill, NC, October-November, 2000.

Sociedad y Medio Ambiente, V Congreso Argentino, 8[vas] Jornadas Rioplatenses de Obesidad y Trastornos Alimentarios, I Consenso de Señalización Alimentaria June, 2001.

Beneficios de los Alimentos Funcionales en la Obesidad. V Congreso Argentino, 8[vas] Jornadas Rioplatenses de Obesidad y Trastornos Alimentarios, I Consenso de Señalización Alimentaria June, 2001.

Actualizacion en la Dietoterapia de la Obesidad. V Congreso Argentino, 8[vas] Jornadas Rioplatenses de Obesidad y Trastornos Alimentarios, I Consenso de Señalización Alimentaria June, 2001.

Health effects of aerial emissions from animal production waste management systems. S.S. Schiffman, B. Auvermann, and R. W. Bottcher. RTP, NC. October, 2001.

Taste is number one: The latest on taste perception.  Calorie Control Council Meeting entitled Obesity: Meeting the Challenges of a Growing Issue.  S. S. Schiffman. San Juan, Puerto Rico, November 13, 2001.

Odor Quantification and Human Health Impacts. Innovation in Swine Air Emission Measurement and Mitigation, National Research Council, National Academy of Sciences, Air Emissions from Animal Feeding Operations Workshop, Durham, NC, January, 2002.

Anorexia as a feature of decreased sensation associated with age and disease.  S. S. Schiffman. 24th ESPEN Congress (European Society of Parenteral and Enteral Nutrition). Glasgow, Scotland. September, 2002.

Critical illness and changes in sensory perception. British Association for Parenteral and Enteral Nutrition 2006 Annual Conference.  Brighton, UK. November, 2006.

Potential health effects of odorous aerial emissions from swine production waste: role of VOCs and particulates. Society of Toxicology 46th annual meeting.  Charlotte, North Carolina. March, 2007.

Artificial sweeteners: An update on biological effects.  Association of Chemoreception Sciences.  St. Pete Beach, FL. April, 2011.

Using machine olfaction to assist human odor panels.  IEEE Sensors 2013.  S. S. Schiffman and H. T. Nagle. Baltimore, MD.  November, 2013.

Using electronic sensors to assess environmental odors. EPA Air Sensors 2014: A New

Frontier, Research Triangle Park. S. S. Schiffman, J. Li, and H. T. Nagle, June 2014.

Standards needed for electronic taste and smell. IEEE Sensors 2016.  S. S. Schiffman and H. T. Nagle. Orlando, FL.  November, 2016.

Standard analytes for e-noses and e-tongues. S. S. Schiffman and H. T. Nagle. ISOEN 2017, ISOCS/IEEE International Symposium on Olfaction and Electronic Nose. Montreal, May, 2017.

Integrating Sweetener-Sensory Perception in Product Development.  IFT17 (Institute of Food Technologists 2017), Las Vegas, June, 2017.

Towards IEEE standards for electronic taste and smell.  IEEE Sensors 2017.  S. S. Schiffman and H. T. Nagle. Glasgow, UK.  November, 2017.

Sucralose (Splenda®) Disrupts the Microbiome and Other Biological Systems. S. S. Schiffman and H. Troy Nagle. PharmSci2018, Drug Delivery and the Microbiome, University of North Carolina, Chapel Hill, NC, USA. June 4, 2018.

On developing IEEE standards for electronic taste and smell.  H. Troy Nagle and Susan S. Schiffman. IEEE Sensors 2018, New Delhi, India, October, 2018.

IEEE P2520 standard for testing machine olfaction devices & systems: Startup report. Susan S. Schiffman and H. Troy Nagle.  IEEE Sensors 2019.  Montreal, Canada, October, 2019.

IEEE P2520.1 – Standard for baseline performance of odor analysis devices and systems. James A. Covington, Susan S, Schiffman, and H. Troy Nagle. IEEE Sensors 2020. Virtual Conference. October, 2020.

Overview of the IEEE P2520™ Standards Series:  Testing Machine Olfaction Devices and Systems.IEEE 7th World Forum on Internet of Things. James A. Covington, Ehsan Danesh, Susana Palma, Susan S. Schiffman, and H. Troy Nagle. 14 June–31 July 2021, New Orleans, Louisiana, USA.

E-nose Technology: The Beginning. Osmocosm '21.  Global Machine Olfaction Technologies Conference At MIT. October 28-30, 2021.

Psychological and Biological Consequences of Exposure to Malodors.  Odour Talks: Exposure & Annoyance. Organized by Olores.org.  Online October 27, 2022.


Workshops and/or Session Chair (Representative):

Taste and smell in the elderly: Behavioral and nutritional consequences.  Workshop Co-Chair with Dr. Judith Finkelstein, National Institute on Aging.  Bethesda, MD. 1997.

Health effects of ambient odors.  Workshop Chair. Duke University. 1998 Cosponsored by the Environmental Protection Agency (EPA) and National Institute on Deafness and Other Communication Disorders (NIDCD).

Machine olfaction for environmental monitoring. IEEE Sensors 2016, Session co-chair with

H. Troy Nagle.

Chemical Sensing with an Olfaction Analogue: High-Dimensional, Bio-Inspired Sensing and Computation.  NSF Convergence Accelerator workshop. Co-organizer. October 7-14, 2022.


Honors, Memberships, Listings (past and present):

Westinghouse National Scholarship

Phi Beta Kappa

Sigma Xi

Cum laude (undergraduate degree)

NIMH Traineeship (graduate school)

Outstanding Young Women of America

Who's Who in North America

World Who's Who of Women

Who's Who in Frontier Science and Technology

Who's Who of American Women

Who's Who among Human Service Professionals

Who's Who in Science and Engineering

International Who's Who of Contemporary Achievement

International Who's Who of Professional and Business Women

Personalities of the South

Annual Award, Women in Flavor and Fragrance Commerce, 1987, Teaneck, N.J.

American Men and Women of Science

Fragrance Research Fund Award, 1990

Frito Lay Award, Association for Chemoreception Sciences, 1991

Society for Neuroscience

North Carolina Psychological Association

European Chemoreception Research Organization (ECRO)

Gerontological Society

American Association for the Advancement of Science

Association for Chemoreception Sciences (AChemS), currently emeritus member

Finaliste Prize-Science Pour L'Art, Moet Hennessy-Louis Vuitton, 1991

Honorary Professor "Maestro Ilustre", La Universidad Autonoma de  Guadalajara, Mexico, 1992

31st Fred W. Tanner Award, Chicago Section of the Institute of Food

Technologists, 1993

International Who's Who of Professional and Business Women

The Institute of Electrical and Electronic Engineers (IEEE)

International Behavioral Neuroscience Society

Recognition of outstanding service, State of North Carolina, Department

of Administration, Council for Women, 1994

International Directory of Distinguished Leadership

Who's Who in America

Distinguished service award, Olfactory Research Fund, 1994

Society for the Study of Ingestive Behavior

International Behavioral Neuroscience Society (IBNS)

Who's Who in Science and Engineering

National Institute of Deafness and Communication Disorders, Advisory Panel

American Psychological Society, Fellow

Health Services Provider, Psychologist, North Carolina Psychology Board

Prof. Dr. W. Göpel award presented at the Seventh International Symposium

Olfaction and Electronic Nose (ISOEN2000), Brighton, UK 2000

Institute of Electrical and Electronic Engineers (IEEE)

Advanced Self-Powered Systems of Integrated Sensors and Technologies (ASSIST)
Nanosystems Center at North Carolina State University. Scientific Advisory Board, 2019


Editorial Boards (past and present):

Neuroscience & Biobehavioral Reviews

Neurobiology of Aging

Physiology & Behavior, North American Editor-in-Chief

Sensory Neuron

Yugoslav Medical Biochemistry, International Advisory Board

Chemosensory Perception

Current Olfaction Science


Offices, Committees, and Boards: Representative

American Association of University Women, President of Durham Chapter, 1973-75.

North Carolina Psychological Association, Chairperson of Committee on Scientific Affairs, 1975-77.

Duke Chapter Sigma Xi, Treasurer, 1975-78.

North Carolina Neuroscience Society, Executive Board, 1978-80.

External Advisory Committee - Clinical Taste and Smell Research Center, University of Pennsylvania, 1984-1990

Board of Directors, Fragrance Foundation Philanthropic Fund, 1985-1987

Chairman of the Scientific Advisory Committee, Olfactory Research Fund, 1987-2000

National Health Sciences Advisory Board, NutriSystem, 1987-1996

Nestle Advisory Board on Adult Nutrition, 1990-1998

Scientific Advisory Committee, Sense of Smell Institute (SOSI), 2001

Scientific Advisory Board of numerous electronic nose companies including AromaScan and Cyrano Sciences

Technical Program Committee for IEEE Sensors 2016 and 2017.

Working Group Chair, Standard for testing machine olfaction devices and systems, IEEE Sensors Council Standards Committee and IEEE Industrial Electronics Society Standards Committee, 2019-


Federal Grants:

NICHD, 1972-77

NIA, 1977-2006 including NIA Merit Awards from 1986-1996, 2001-2006

NIDCD, 1996-2001


Federal Committees:

Consultant, United States House Agriculture Committee, 1975-76.

Consultant, Federal Trade Commission, 1976.

National Hypertension Task Force, Salt and Water Subgroup, 1976.

Food and Nutrition Board:  Committee on Sodium Restricted Diets, National Research Council, National Academy of Science, 1974-79.

Deafness and Other Communication Disorders Programs Advisory Committee, National Institute on Deafness and Other Communication Disorders, 1991-1996

License:

Practicing Psychologist, State of North Carolina.

**APPENDIX D.** Testimony Experience for the Past Four Years Case: Amber, *et al.* v. Congress Development Company, *et al.* Case Number: 09 L 15741. Re: Request for expert opinions relative to health effect of odor from Congress Landfill. Deposition.