```
 1         IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF LOUISIANA
 2   - - - - - - - - - - - - - - -+
                                   |
 3   ELIAS JORGE "GEORGE"          |  CIVIL ACTION NO.
     ICTECH-BENDECK,               |
 4                                 |  18-7889 c/w 18-8071
             Plaintiff,            |  18-8218, 18-9312
 5                                 |
       vs.                         |
 6                                 |  SECTION E(5)
     WASTE CONNECTION BAYOU,       |
 7   INC., et al,                  |
                                   |
 8           Defendants.           |
                                   |
 9   - - - - - - - - - - - - - - -+
                                   |  CIVIL ACTION NO.
10   Related Case:                 |
                                   |  19-11133, c/w
11   FREDERICK ADDISON, et al,     |  19-14512
                                   |
12       Plaintiffs,               |  SECTION E(5)
                                   |
13     vs.                         |
                                   |
14   LOUISIANA REGIONAL LANDFILL|
     COMPANY, et al,               |
15                                 |
         Defendants.               |
16                                 |
     (Applies to Both Cases)       |
17   ----------------------------x
18              Video Deposition of
19                  JAMES LAPE
20            Monday, April 22, 2024
21                 10:28 a.m.
22
23
24
25   Reported by:  Laurie Donovan, RPR, CRR, CLR
```

Page 2

April 22, 2024

10:28 a.m.

Video Deposition of JAMES LAPE, held in person in Washington, D.C. and also via videoconference (Zoom), with the witness appearing in person and some parties participating remotely, some parties appearing in person, pursuant to the Rules of the United States District Court in the Eastern District of Louisiana, subject to such stipulations as may be recited herein or attached hereto, before Laurie Donovan, a Registered Professional Reporter and notary public of the District of Columbia, who officiated in administering the oath to the witness.

Page 3

1                    A P P E A R A N C E S
2     ON BEHALF OF THE ADDISON PLAINTIFF:
3              Whiteford, Tayor & Preston LLP
4              1800 M Street, NW
5              Suite 450N
6              Washington, D.C. 20036
7              (202)689-3153
8              By:   C. Allen Foster, Esq.
9                    cafoster@whitefordlaw.com
10
11     ON BEHALF OF THE ICTECH-BENDECK PLAINTIFFS:
12              Law Office of Bruce Betzer
13              3129 Bore Street
14              Metairie, Louisiana 7001
15              (504)832-9942
16              By:   Bruce C. Betzer, Esq. (Remote)
17                    bruce@brucebetzer.com
18
19
20
21
22
23
24
25

212-279-9424                www.veritext.com                212-490-3430

1   (Appearances continued)
2   ON BEHALF OF THE WASTE CONNECTION DEFENDANTS:
3            Beveridge & Diamond
4            825 Third Avenue, 16th Floor
5            New York, New York 10022
6            (202)789-6242
7       By:  John Paul, Esq.
8            jpaul@bdlaw.com
9            Lia M. Crutchfield, Esq.
10           lcrutchfield@bdlaw.com
11           Katelyn E. Ciolino, Esq. (Remote)
12           kciolino@bdlaw.com
13
14  ON BEHALF OF DEFENDANT JEFFERSON PARISH LANDFILL:
15           Connick and Connick, LLC
16           3421 N. Causeway Blvd.
17           Suite 408
18           Metairie, Louisiana 70002
19           (504)681-6658
20      By:  Matthew D. Moghis, Esq. (Remote)
21           moghis@connicklaw.com
22
23
24
25

1  (Appearances continued)
2  ALSO PRESENT:
3          Paolo Zannetti, QEP (Remote)
4          Gordon Thomas, videographer
5          Douglas Hammel (Remote)
6          J. Michael DiGiglia (Remote)
7          Jason Z. Landry (Remote)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    Q    So that indoor air assessment might include
2  intrusion of air through -- from soils and from
3  ambient air as well?
4    A    Correct.
5    Q    In order to be an expert in indoor air
6  dispersion modeling, would someone need qualifications
7  similar to yours?
8    A    I would think so, yes.
9    Q    In this matter, you do not opine on any
10 indoor air dispersion modeling, do you?
11   A    I do not.
12   Q    Let me back up.
13        Before, without regard to this matter, when
14 you've done indoor air assessments, have those
15 assessments involved hydrogen sulfide?
16   A    There may have been a component, but I don't
17 remember it being the dominant component in any
18 analyses.
19   Q    So often you'd be looking at dispersion of
20 VOCs?
21   A    Exactly.
22   Q    For the record, "VOCs" is volatile organic
23 compounds, correct?
24   A    Correct.
25   Q    Do you prefer compounds or chemicals in the

```
                                                        Page 16
 1   VOC?
 2        A    Either.  I'm fine either way.
 3        Q    So you -- let me repeat the question.  You
 4   did not do any evaluation of indoor air dispersion in
 5   this matter, correct?
 6        A    Correct.
 7        Q    Did you discuss indoor air dispersion with
 8   Dr. Susan Schiffman?
 9        A    We discussed it briefly, yes.
10        Q    Did you provide her with any techniques to
11   assess the dispersion of indoor air?
12        A    I did not.
13        Q    Did you provide her with any data relating
14   to the dispersion of indoor air?
15        A    No, I did not.
16        Q    Do you know that Dr. Schiffman did comment
17   on indoor air dispersion in this case?
18        A    Yes.
19        Q    Did she consult with you on those comments?
20        A    Not beforehand, no.
21        Q    Do you know why you did not opine on indoor
22   air dispersion in this case?
23        A    It made sense to me that this was a good
24   separation point between myself and Dr. Schiffman.  I
25   provided ambient air concentrations as a starting
```

Page 17

1  point to the exposure analysis that she was doing.
2         She was doing the detailed exposure
3  analysis, so she could take the ambient air
4  concentrations and then do what she felt was necessary
5  in order to, to match the kinds of exposures that the
6  individuals would have experienced.
7     Q    Do you plan in this case to present an
8  opinion on indoor air and hydrogen sulfide -- let me
9  start over.
10        Do you plan in this case to present an
11 opinion on hydrogen sulfide concentrations of indoor
12 air at trial?
13    A    I have not been asked to do that, no.
14    Q    So as far as you are aware, you do not plan
15 to do that, right?
16    A    Correct.
17    Q    As far as you are aware, does Dr. Schiffman
18 rely on any opinion of yours with respect to indoor
19 air dispersion?
20    A    No.
21    Q    Okay.  I'm switching topics.  No longer
22 talking about indoor air dispersion.
23        In this case, did you visit the locations of
24 the plaintiffs' homes?
25    A    Many of them, yes.  All of the Addison and