

# SUPPLEMENTAL EXPERT REPORT OF JOHN KIND, PHD, CIH, CSP

In the Matter of Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.

March 8, 2024

## Table of Contents

**1.0**  Statement of Qualifications ................................................................. 1

**2.0**  Purpose of Report ............................................................................ 2

**3.0**  Case Background .............................................................................. 3

3.1  Jefferson Parish Landfill and Alternate Odor and Emission Sources.............................. 3

3.2  Air Monitoring and Sampling throughout Jefferson Parish ................................... 6

November 29, 2022, Court Ruling ........................................................................ 6

**4.0**  Summary of Opinions ........................................................................ 8

**5.0**  General Overview of Hydrogen Sulfide ............................................... 10

5.1  Natural Occurrence in the Environment and Anthropogenic Sources ........................... 10

5.2  Natural Occurrence in the Human Body ..................................................... 11

5.3  Toxicology of Hydrogen Sulfide ............................................................ 11

5.4  Health Protective Benchmarks ............................................................. 12

Case Summaries ................................................................................ 14

5.5  Geneva Green ............................................................................ 14

5.6  Scott Gremillion ........................................................................ 17

5.7  Wendy Gremillion ........................................................................ 19

5.8  A.G. & B.G. ............................................................................ 21

5.9  Vernice Lewis .......................................................................... 24

5.10  Stanley Meyers ......................................................................... 26

5.11  Reshaun Richardson .................................................................... 29

5.12  Andrew Section ......................................................................... 33

5.13  Jonathan Tate .......................................................................... 34

5.14  Terrance Thompson ..................................................................... 37

5.15  Tyrone Thompson ....................................................................... 38

5.16  Mary Ann Winningkoff .................................................................. 40

**6.0**  Opinions ................................................................................ 43

6.1  The scientific causation methodology must be followed when attributing an adverse condition to exposure to a chemical, such as hydrogen sulfide................................................. 43

6.2  There is insufficient scientific basis for Plaintiffs' claims that airborne exposure to 5 ppb hydrogen sulfide for 30 minutes is capable of causing their claimed nuisance health effects. .... 45

6.3  The Trial Plaintiffs' health conditions cannot be attributed to odorous emissions from the JPLF. 47

6.4  Emission fate and transport data do not support the trial Plaintiffs' allegation that the JPLF is a substantial factor contributing to the cause of the nuisance impacts claimed by the trial Plaintiffs................................................................................. 68

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | ii

CTEH®

6.5      The trial Plaintiffs' allegations that odors from the JPLF accumulate in their homes and are absorbed to household fabrics in sufficient quantities to cause or exacerbate their claimed nuisance injuries are not supported by scientific fact.................................................................. 78

7.0      Critique of Plaintiffs' Expert Reports.................................................................... 80

7.1      Dr. Schiffman ....................................................................................................... 80

7.2      Dr. DeLorenzo ...................................................................................................... 82

7.3      Dr. Spodak ............................................................................................................ 83

Conclusions............................................................................................................................ 84

8.0      References............................................................................................................. 86

## List of Figures

Figure 1. Potential Alternate Odor Sources in Jefferson Parish....................................................... 4

Figure 2. Trial Plaintiffs' Residential Locations During the Relevant Time Period ......................... 14

Figure 3. Percentage of Time Geneva Green's Residential Address was Downwind of the JPLF during the Relevant Time Period................................................................................... 70

Figure 4. Percentage of Time Scott, Wendy,    A.G. & B.G.    Gremillion's Residential Address was Downwind of the JPLF during the Relevant Time Period ..................................... 71

Figure 5. Percentage of Time Vernice Lewis and Terrance and Tyrone Thompson's Residential Address was Downwind of the JPLF during the Relevant Time Period........................ 72

Figure 6. Percentage of Time Stanley Meyers' Residential Address was Downwind of the JPLF during the Relevant Time Period.................................................................................... 73

Figure 7. Percentage of Time Reshaun Richardson's Residential Address was Downwind of the JPLF during the Relevant Time Period ........................................................................ 74

Figure 8. Percentage of Time Andrew Section's Residential Address was Downwind of the JPLF during the Relevant Time Period.................................................................................... 75

Figure 9. Percentage of Time Jonathan Tate's Residential Address was Downwind of the JPLF during the Relevant Time Period.................................................................................... 76

Figure 10. Percentage of Time Mary Ann Winningkoff's Residential Address was Downwind of the JPLF during the Relevant Time Period ........................................................................ 77

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | iii

CTEH®

## List of Tables

Table 1. Health Conditions Alleged by the Trial Plaintiffs................................................. 8

Table 2. Health Conditions Alleged by the Trial Plaintiffs (Pertinent to the Decision on General Causation) ................................................................................................. 48

Table 3. Medication Taken by Geneva Green During the Relevant Time Period Known to Cause the Alleged Injuries.................................................................................. 53

Table 4 Medication Taken by Scott Gremillion During the Relevant Time Period Known to Cause the Alleged Injuries.................................................................................. 55

Table 5.  Medication Taken by Wendy Gremillion During the Relevant Time Period Known to Cause the Alleged Injuries. .......................................................................... 56

Table 6.  Medication Taken by     A.G.      During the Relevant Time Period Known to Cause the Alleged Injuries. .......................................................................... 57

Table 7.  Medication Taken by     B.G.      During the Relevant Time Period Known to Cause the Alleged Injuries. .......................................................................... 57

Table 8.  Medication Taken by Vernice Lewis During the Relevant Time Period Known to Cause the Alleged Injuries.............................................................................. 58

Table 9.  Medication Taken by Stanley Meyers During the Relevant Time Period Known to Cause the Alleged Injuries.............................................................................. 59

Table 10.  Medication Taken by Reshaun Richardson During the Relevant Time Period Known to Cause the Alleged Injuries. .................................................................. 61

Table 11.  Medication Taken by Jonathan Tate During the Relevant Time Period Known to Cause the Alleged Injuries.............................................................................. 63

Table 12. Medication Taken by Terrance Thompson During the Relevant Time Period Known to Cause the Alleged Injuries. .................................................................. 64

Table 13.  Medication Taken by Tyrone Thompson During the Relevant Time Period Known to Cause the Alleged Injuries. .................................................................. 65

Table 14.  Medication Taken by Mary Ann Winningkoff During the Relevant Time Period Known to Cause the Alleged Injuries........................................................... 67

## Appendices

Appendix A  .........................................................................................CV and Past Testimony

Appendix B  .........................................................................................Documents Reviewed

Appendix C  .........................................................................................List of All Documents

Appendix D  ........................................................... Additional Wind Angles and Their Percentages

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | iv



## 1.0   STATEMENT OF QUALIFICATIONS

I am a Principal Toxicologist at CTEH® specializing in risk assessment, exposure assessment, toxicity evaluations, the evaluation of experimental design and methodologies, and assessing causal relationships between chemical exposure and disease. My educational background includes a B.S. in biochemistry with an emphasis in toxicology from Murray State University in 1993 and a Ph.D. in toxicology from The University of Georgia in 2000. I am also a Certified Industrial Hygienist ("CIH") and Certified Safety Professional. I am a member of the Oil and Gas Working Group of the American Industrial Hygiene Association ("AIHA"), American Conference of Industrial Hygienists ("ACGIH®"), the American Society for Testing and Materials ("ASTM") International – Subcommittee D18.26 on Hydraulic Fracturing, and the Society of Toxicology ("SOT"). I am a member of the AIHA's Emergency Response Planning Guideline ("ERPG") committee, which establishes exposure guidelines for communities after emergency chemical releases.

My current duties at CTEH® include serving as a consulting toxicologist and industrial hygienist, providing guidance for risk assessment and remediation plans, leading responses to and providing toxicological and industrial hygiene support for hazardous materials incidents, and providing toxicological support to care providers and workers with potential chemical exposures. I have gained extensive knowledge and experience in the mechanisms and toxicities of a wide range of compounds, including hydrogen sulfide ("$H_2S$"), chlorinated hydrocarbons, volatile organic compounds ("VOCs"), constituents associated with oilfield exploration and production, polycyclic aromatic hydrocarbons ("PAHs"), pesticides/herbicides, irritant gases, heavy metals, and airborne particulates, including silica and asbestos. I have personally led air monitoring and environmental sampling teams on over 50 hazardous materials incidents in the last 17 years, and I have remotely supported dozens more.

Toxicology—a blend of biology, chemistry, and medicine—is the science of the adverse effects of substances (e.g., chemicals, physical agents, and drugs) on biological systems, including the effects, the recognition, and the mechanisms of a chemical-related disease. Whether a substance is a toxicant depends upon two inseparable criteria: 1) the intrinsic nature of the substance, and 2) the dose, or how much of a substance the individual actually takes into their body. In toxicology, we study the dose-response of chemicals on biological systems, with emphasis on understanding the mechanisms of harmful effects. Toxicologists also provide expert opinions with respect to causation in toxic tort litigation. As stated by the Federal Reference Manual on Scientific Evidence[1],

> "*In tort litigation, toxicologists offer evidence that either supports or refutes plaintiffs' claims that their diseases or injuries were caused by chemical exposures.*"

---

[1] NRC, 2011.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 1



Based on my work as a toxicologist and a CIH, I have been retained in this case to assess issues related to hydrogen sulfide and odors. I have extensive experience addressing hydrogen sulfide and odors in a multitude of situations, including after hazardous materials incidents, in relation to indoor air quality in residential/commercial buildings, in relation to manufacturing facilities, landfills, confined animal feeding operations and animal processing facilities, and around oil and gas exploration and production facilities. I have led many air monitoring teams in relation to odor concerns, have directed multiple odor investigations using field olfactometry, and I am certified by St. Croix Sensory as a Nasal Ranger® Instructor. Regarding air quality, I have evaluated the potential for adverse health effects from airborne chemicals in many different situations over the previous 24 years, including hazardous materials incidents, facility fires, industrial emissions, vapor intrusion, and indoor air quality concerns.

At the 2022 trial on general causation in this case, I was qualified by the Court as an expert in toxicology, fate and transport, and odor science (including fate and transport of odorous compounds, how they impact people, and how they are measured in the environment).

I have attached a copy of my curriculum vitae and list of testimony in **Appendix A**. CTEH® is compensated at a rate of $415 per hour for my time.

## 2.0    PURPOSE OF REPORT

I understand that Plaintiffs in *Addison v. Louisiana Regional Landfill Co.* seek damages related to odors allegedly caused by the Jefferson Parish Landfill ("JPLF"). Between January and February 2022, the Court held a bench trial to decide general causation. As further explained below, the Court concluded in November 2022 that Plaintiffs met their burden of establishing general causation with respect to complaints of headaches, nausea, vomiting, loss of appetite, sleep disruption, dizziness, fatigue, anxiety and worry, a decrease in quality of life, and a loss of enjoyment and use of property.

The purpose of my supplemental report is to now evaluate specific causation—i.e., whether the alleged nuisance injuries and health complaints reported by 13 Plaintiffs whose claims will be heard at trial[2] (the "trial Plaintiffs") were caused by exposures to odors from the JPLF during the relevant time period, defined by the Court and Plaintiffs as between July 1, 2017, and December 31, 2019 ("relevant time period"). In doing so, I have individually evaluated each of the trial Plaintiffs' potential hydrogen sulfide exposures, risk factors, and confounders documented in medical records to assess whether the JPLF emissions are

---

[2] Listed alphabetically by last name: Geneva Green;    A.G.    ;    B.G.    ; Scott Gremillion; Wendy Gremillion; Vernice Lewis, Stanley Meyers; Reshaun Richardson; Andrew Section; Jonathan Tate; Terrance Thompson; Tyrone Thompson; Mary Ann Winningkoff.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 2



more likely than not the cause of the alleged conditions, and to assess whether identified risk factors and confounders are substantial factors contributing to the plaintiffs' alleged injuries.

Additionally, I have considered the potential contribution of alternate odor and emission sources to the trial Plaintiffs' complaints. To make this evaluation, I have considered available air quality data, wind data and meteorological conditions, the trial Plaintiffs' deposition testimony, the trial Plaintiffs' fact sheet responses, the expert reports of Mike Corn and Dr. Paolo Zannetti, and other pertinent information required to evaluate the likelihood of reported odors being attributable to the JPLF as opposed to other potential sources.

I have also evaluated the reports of Plaintiffs' experts, including Dr. Schiffman, Dr. DeLorenzo, and Dr. Spodak, and the opinions they have offered. A list of materials considered in forming my opinions is provided in **Appendix B**.

## 3.0   CASE BACKGROUND

### 3.1   Jefferson Parish Landfill and Alternate Odor and Emission Sources

The JPLF is a municipal solid waste landfill located in Avondale, Louisiana, on the West Bank of the Mississippi River. The JPLF is owned by the Parish of Jefferson. Louisiana Regional Landfill Company (LRLC) and Aptim Corp. were contractors to the Parish.

The JPLF is located in between two adjacent landfills—(i) the Hwy 90 Construction & Demolition Debris ("C&D") Landfill, which primarily accepts construction and demolition debris, and (ii) the River Birch Landfill, a municipal solid waste landfill that is the largest landfill by volume in the State of Louisiana and that also has an onsite high-btu landfill gas treatment plant. Both the Hwy 90 C&D Landfill and the River Birch Landfill (and its accompanying high-btu gas plant) are documented sources of offsite odors including from emissions of hydrogen sulfide, as well as VOCs and other gases, during the relevant time period.

Air dispersion modeling conducted by Dr. Paolo Zannetti confirms that the Hwy 90 C&D Landfill and to a lesser extent the River Birch Landfill were potential sources of odor in Jefferson Parish during the relevant time period, including at each of the trial Plaintiffs' residences. Dr. Zannetti modeled emissions from each of the three landfills between July 2017 and December 2019. Dr. Zannetti found that emissions from the Highway 90 C&D Landfill were dominant, being five times higher in magnitude than the emissions from the other two landfills. For most of the cases where hydrogen sulfide concentrations were found to be above the two reference levels of 5 ppb and 10 ppb, the Highway 90 C&D Landfill was responsible for the impact. Dr. Zannetti found that emissions from the River Birch Landfill were similar in magnitude to the emissions from the JPLF. The results of Dr. Zannetti's air dispersion modeling also revealed that 30-minute average air concentrations of hydrogen sulfide rarely exceed the 5 ppb WHO reference value or the USEPA's level of distinct odor awareness of 10 ppb, and that contributions from the JPLF were negligible.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 3



Dr. Zannetti's modeling also demonstrates that when the wind direction is coming from the south-southwest, the plume from the JPLF overlaps with those of the adjacent River Birch and Highway 90 C&D landfills, with this effect increasing with distance from the landfills.

Landfill engineering expert Matthew Stutz opines that C&D landfills—called "Type III" landfills in Louisiana— have fewer required environmental controls, so they are covered less frequently and do not require landfill gas collection and control systems.  C&D landfills can emit a significant amount of hydrogen sulfide. The H2S emitted from C&D landfills is the result of both (1) significant quantities of gypsum from construction materials; and (2) the lack of a gas collection and control system.  Given that in Louisiana, C&D landfills are only required to cover the waste monthly (within 30 days of disposal), this can create optimal conditions for H2S production due to the increased infiltration of rainwater into the sulfur-containing waste mass and sufficient organic material to sustain sulfur-reducing bacteria.

Mr. Stutz further opines that in its operation of its gas collection system, the River Birch Landfill had more than 100 oxygen exceedances and nearly 500 pressure exceedances between 2017 and 2019. Plaintiffs' experts opine that elevated oxygen and wells with positive pressure are indications of ineffective GCCS operations, so based on their assumptions they would seem to conclude that the River Birch Landfill would also be a contributor to landfill gas emissions in the area. Plaintiffs have asserted that deficiencies and breaches of the landfill cap system at JPLF were a source of off-site odors. Applicable rules and standard industry practice do not prohibit cover breaches, erosion, settlement, or surface emissions; instead, routine inspections and monitoring make sure that such conditions are routinely identified and corrected. It should be noted that these same situations during the same time period were also present at the River Birch Landfill, as noted in an LDEQ Compliance Order issued to the River Birch Landfill in June 2018.

In addition to the Hwy 90 C&D Landfill and the River Birch Landfill, the Louisiana Department of Environmental Quality ("LDEQ") and Louisiana Department of Health ("LDH") have identified other potential sources of odors in Jefferson Parish, including the Harahan Wastewater Treatment Plant, Cargill, Inc., Cornerstone Chemical Company and other chemical plants operating on the same property, International-Matex Tank Terminal ("IMTT") in Avondale, Wood Materials, LLC, and loading and transport operators along the Mississippi River (Figure 1).[3]

**Figure 1. Potential Alternate Odor Sources in Jefferson Parish.**

---

[3] Louisiana Department of Health, Final Draft 19 (Jan. 14, 2019) (WC_JPLF_00316722); LDEQ, Mobile Air Monitoring Lab: River Ridge and Harahan, LA at 4 (July 20, 2018) (ADD_P00135782); Email from Angela Scheuer, LDEQ to Loren Monahan, River Birch (Sept. 1, 2017, 2:16 PM) (RIVER_BIRCH_0001142).

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 4





Engineering expert Michael Corn examined fifteen non-landfill facilities in and around Jefferson Parish as potential alternative odor sources. Mr. Corn concluded that there are many known and potential odor sources in and around Jefferson Parish that likely contribute to odors that the trial Plaintiffs may perceive, including Cornerstone Chemical Company (as well as Dyno Nobel and Roehm American, formerly Evonik Cyro, LLC, which operate on the same property footprint), ARTCO Fleeting Services, Cargill, ADM Grain River Systems, the Harahan Sewage Treatment Plant, IMTT, Wood Materials, LLC, and the River Birch high BTU plant. Mr. Corn describes how the emissions from each potential odor source could have an impact at the locations of the trial Plaintiffs' residences and that such impacts would vary depending on wind speed and direction, odor strength, and the location of the property. Specifically, unpermitted emissions represent highly concentrated emission sources that have been documented by LDEQ to have specific impacts on areas that are downwind from the sources at different times, in different wind conditions, and by different release mechanisms. Mr. Corn also identifies large potential area sources that could have impacted the trial Plaintiffs, including the molten sulfur tanks at the Cornerstone Sulfuric Acid Regeneration Plant and the sewer system in Harahan. Mr. Corn also identifies the numerous volatile organic compounds that are released from these other sources.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 5

CTEH®

Based on my review of the data and other information, I have also identified sewage lift stations and natural sources of hydrogen sulfide emissions (e.g., swamps, bayous, and marshlands) as alternative odor sources that could have impacted Plaintiffs.

## 3.2   Air Monitoring and Sampling throughout Jefferson Parish

Hourly air quality data collected by LDEQ across Jefferson Parish between February 2018 and October 2018 reported hydrogen sulfide concentrations ranging between 3 ppb[4] and 40 ppb[5], well below Louisiana's Ambient Air Standard of 237 ppb. Parallel air sampling efforts from LDEQ to evaluate other odorous compounds (including amines, ammonia, carboxylic acids, aldehydes, and sulfides) showed that these constituents were found at levels typically found in unimpacted ambient air, resulting in the conclusion that hydrogen sulfide, sulfur dioxide, and multiple other volatile organic compounds (VOCs) were at levels *"below health-based standards"* and *"do not pose a health risk."*

Data collected during "odor patrols" performed by LDEQ between October and December 2018 showed that odors were not specifically associated with the JPLF. Similarly, odor surveys conducted by SCS on September 2018[6] noted odors near the Hwy 90 C&D Landfill, whereas odors near the JPLF were not significant. SCS concluded:

> *"odor complaint correlation with concurrent wind measurements suggests that numerous sources in the region contribute to odor detection by the public."*

> *"observed odors and measured concentrations of hydrogen sulfide at the JPLF are minimal and not detectable at offsite locations."*

Measurements taken by LDEQ in December 2019 using their Mobile Air Monitoring Lab (MAML) showed that hydrogen sulfide was not detected above 5 ppb.[7]

My April 30, 2021 report issued in the *Ictech-Bendeck* and *Addison* actions, contains a more comprehensive discussion of air monitoring and sampling efforts in Jefferson Parish and at the JPLF including the efforts described above.

## November 29, 2022, Court Ruling

Plaintiffs allege that during the relevant time period, odors from the JPLF purportedly caused injuries to their use and enjoyment of their property and their enjoyment of life, and caused physical and mental

---

[4] LDEQ, Mobile Air Monitoring Lab: River Ridge and Harahan, LA (Feb. 19, 2018) (JP_JPLF_0009800).
[5] LDEQ, Mobile Air Monitoring Lab: River Ridge and Harahan, LA (July 20, 2018) (ADD_P00135782).
[6] SCS Engineers, *Jefferson Parish Landfill Site Evaluation with Respect to Odors* (Oct. 24, 2018) (WC_JPLF_00082561).
[7] LDEQ, *Mobile Air Monitoring Lab: Jefferson Parish Odors* (Dec. 16, 2019) (WC_JPLF_00315889).

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 6



injuries. In its November 29, 2022 decision on general causation, the Court concluded that exposure to hydrogen sulfide at a concentration of 5 parts per billion (ppb) for 30 minutes was sufficient to cause headaches, nausea, vomiting, loss of appetite, sleep disruption, dizziness, fatigue, anxiety and worry, a decrease in quality of life, and loss of enjoyment or use of property to individuals generally. As a general causation decision, the Court did not find that such an exposure actually caused such injuries to each of the trial Plaintiffs.

Table 1 below summarizes the health conditions that the trial Plaintiffs allege were associated with exposure to odors from the JPLF, as reported by the trial Plaintiffs in their Plaintiff Fact Sheets or during the depositions, which the Court held were capable of being caused by odors in the decision on general causation.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 7

CTEH®

**Table 1. Health Conditions Alleged by the Trial Plaintiffs.**

| Trial Plaintiff | Health Conditions Alleged by Plaintiffs |
|---|---|
| Geneva Green | Anxiety/worry, fatigue, headaches, nausea, vomiting |
| A.G. | Headaches, nausea |
| B.G. | Fatigue, headaches, nausea |
| Scott Gremillion | Headaches, nausea, sleep disruption |
| Wendy Gremillion | Anxiety/worry, fatigue, headaches, loss of appetite, nausea, sleep disruption |
| Vernice Lewis | Nausea, vomiting |
| Stanley Meyers | Anxiety/worry, headaches, nausea, vomiting, sleep disruption |
| Reshaun Richardson | Anxiety/worry, headaches, nausea, sleep disruption |
| Andrew Section | Fatigue, headaches, loss of appetite, vomiting |
| Jonathan Tate | Anxiety/worry, headaches, nausea, vomiting, sleep disruption |
| Terrance Thompson | Headaches, vomiting |
| Tyrone Thompson | Dizziness, headaches, nausea, vomiting |
| Mary Ann Winningkoff | Headaches, nausea |

In its general causation decision, the Court held that Plaintiffs had not met their burden in showing that hydrogen sulfide is capable of causing other personal injuries or health conditions, including irritation of the eyes, nose, or throat, trouble breathing, asthma, skin irritation, burning lungs, nose bleeds, neurological disorders, or chronic obstructive pulmonary disease (COPD). For purposes of this report, I may refer to some of the conditions symptoms for which Plaintiffs did not establish general causation because the trial Plaintiffs alleged that odors caused those symptoms, but based on the Court's November 2022 decision, I do not address whether these symptoms are the result of odors from the JPLF in my opinions or conclusions.

## 4.0   SUMMARY OF OPINIONS

I have reviewed the scientific literature, the deposition testimony of the trial Plaintiffs, available air quality data for hydrogen sulfide and VOCs across Jefferson Parish, medical records and discovery responses of the trial Plaintiffs, documents produced by the trial Plaintiffs, and other pertinent information. In reviewing these materials, I considered whether the available scientific literature and toxicological studies support the conclusion that the nuisance and health conditions alleged by the trial Plaintiffs are caused by 30-minute exposures to hydrogen sulfide at a concentration of 5 ppb or greater from the JPLF. I have reached the opinions summarized below:

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 8



1. The scientific causation methodology must be followed when attributing an adverse condition to exposure to a chemical, such as hydrogen sulfide.

2. There is insufficient scientific basis for the trial Plaintiffs' claims that airborne exposure to 5 ppb hydrogen sulfide for 30 minutes is capable of causing their claimed nuisance health effects.

3. Exposure to emissions from the JPLF are more than likely not the cause and certainly not the most likely cause of the trial Plaintiffs' claimed health conditions.

   a. The health conditions alleged by the trial Plaintiffs are non-specific and occur frequently in the general population in the absence of exposures to odors.

   b. The conditions alleged by the trial Plaintiffs are confounded by a multitude of alternate potential causes unrelated to the JPLF, including preexisting conditions and side effects of prescriptions.

4. Emissions and fate and transport data do not support the trial Plaintiffs' allegation that the JPLF is a substantial factor contributing to the cause of the nuisance impacts claimed by the trial Plaintiffs.

5. The trial Plaintiffs' allegations that odors from the JPLF accumulate in their homes and are adsorbed to household fabrics in sufficient quantities to cause or exacerbate their claimed nuisance injuries are not supported by scientific fact.

6. Dr. Schiffman's opinions are unreliable and do not employ any scientifically reliable methodology for determining specific causation as to the trial Plaintiffs. She also relies on the court's general causation nuisance standard without objective evidence demonstrating that any of the trial Plaintiffs fall within the most sensitive population, further undermining the reliability of her opinions.

7. Dr. DeLorenzo and Dr. Spodak's conclusions that hydrogen sulfide and VOC emissions from the JPLF were a substantial cause of the health complaints reported by the trial Plaintiffs is not supported by reliable and credible evidence, nor was it conducted with a scientifically reliable methodology.

All my opinions in this report are stated to a reasonable degree of toxicological and scientific certainty. This report supplements my April 30, 2021 report issued in the *Ictech-Bendeck* and *Addison* actions. I reserve the right to amend or supplement my opinions as new information and data become available.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 9



## 5.0    GENERAL OVERVIEW OF HYDROGEN SULFIDE

Hydrogen sulfide is a colorless gas that is, at times, associated with decomposing organic material containing sulfur and is often described as having the odor of rotten eggs. It is found naturally in the environment and is also produced by the human body. Natural sources account for about 90% of the total hydrogen sulfide in the atmosphere.[8]

### 5.1    Natural Occurrence in the Environment and Anthropogenic Sources

Hydrogen sulfide is well documented to occur naturally in the environment and produced from man-made processes. The National Research Council of the National Academies reported that mean ambient air concentrations for hydrogen sulfide range between 0.7 ppb and 66 ppb.[9] Hydrogen sulfide concentrations have been documented at concentrations greater than 90 ppb for intermittent periods near shorelines, in association with decaying seaweed and shellfish.[10] Hydrogen sulfide has been documented to range between 20 and 70 ppb in "unpolluted" areas of the United States.[11] In studies conducted by the Agency for Toxic Substances and Disease Registry (ATSDR) and the United States Environmental Protection Agency (USEPA), hydrogen sulfide was frequently detected in urban settings, with peak concentrations exceeding 90 ppb, with fluctuations in the 30 – 50 ppb range documented in residential areas, and fluctuations in the 9 – 19 ppb in locations far away from known sources.[12] Near ground level by an active underground geothermal vent in New Zealand, hydrogen sulfide concentrations were documented in the range of 125 – 3,900 ppb, which produced no visible adverse effects on indigenous bird or plant populations.

Hydrogen sulfide can come from natural sources such as swamps, bogs and volcanos, as well as from industrial sources, such as petroleum refineries, natural gas plants, food processing plants, kraft paper mills, manure treatment facilities, wastewater treatment facilities, tanneries and others.[13] Hydrogen sulfide has been reported to be present in cigarette smoke between 23,000 and 108,000 ppb, tens to hundreds of thousands of times above environmentally relevant concentrations such as those documented across Jefferson Parish.[14] Similarly, hydrogen sulfide has been documented to be present at average concentrations of 100,000 ppb and peak concentrations of 1,000,000 ppb in car exhaust.[15]

In Jefferson Parish, LDEQ evaluated hydrogen sulfide emissions and found that levels were within these background ranges for urban environments across the United States. Plaintiffs' expert James Lape even

---

[8] WHO, 2003.
[9] NRC, 2010.
[10] ATSDR, 2016b.
[11] Hill, 1973 as cited by ATSDR, 2016b.
[12] White, 1999.
[13] ATSDR, 2016a.
[14] Newsome et al., 1965; Pedersen & Sprinkle, 1963.
[15] Morel, 1997.



estimated background concentrations of hydrogen sulfide in Jefferson Parish as ranging between 2 and 3 ppb.[16]

## 5.2    Natural Occurrence in the Human Body

Hydrogen sulfide is produced naturally in the human body and can be found at measurable levels in human breath and intestinal gas.[17] The human body produces hydrogen sulfide endogenously at varying concentrations. For example, hydrogen sulfide is produced within the oral cavity and gastrointestinal ("GI") tract via bacterial metabolism of sulfur-containing amino acids from plants and animals.[18] As reported, hydrogen sulfide "*may compose up to 10% [100,000,000 ppb] of intestinal gases*" and "*the average levels recorded in intestinal gas have been between 1.4 and 5.6 mg/m$^3$ [1,000 – 4,000 ppb].*"[19] Hydrogen sulfide was reported by Suarez et al., (1998) at concentrations of 25,000 ppb in intestinal gas.[20]

The average hydrogen sulfide concentration in morning breath reported in the scientific literature for healthy individuals with no history of bad breath was 525 ppb, with a maximum concentration of approximately 2,500 ppb.[21]

## 5.3    Toxicology of Hydrogen Sulfide

Whereas humans produce and are exposed to hydrogen sulfide on a daily basis, as detailed in Sections 5.1 and 5.2 above, exposure to higher concentrations of hydrogen sulfide can produce a spectrum of adverse health effects. Asthmatics represent one of the populations most sensitive to hydrogen sulfide. Human studies have shown that, in a small percentage of asthmatics (20%), mild and reversible pulmonary function changes may be observed following 30-minute exposures to 2,000 ppb of hydrogen sulfide.[22]

Regarding the irritant properties of hydrogen sulfide, the lowest concentrations at which irritation (i.e., eye irritation) has been documented range between 5,000 and 50,000 ppb, depending on factors such as exposure duration, and the presence of other irritants in air.[23] According to the American Conference of Governmental Industrial Hygienists, who establish health-protective values for workers, peak exposures of 5,000 ppb may produce minor irritation but would not be expected to produce serious effects on the respiratory, central nervous, or cardiovascular systems.[24] In contrast, prolonged exposures of an hour or more to hydrogen sulfide at levels in excess of 50,000 ppb have been associated with considerable

---

[16] Expert Report of James Lape at 8-1 (Feb. 16, 2024).
[17] ATSDR, 2016b.
[18] ATSDR, 2016b; WHO, 2003.
[19] ATSDR, 2016b; WHO, 2003.
[20] Suarez et al., 1998.
[21] Suarez et al., 2000.
[22] Jappinen et al., 1990.
[23] ACGIH, 2010; Beauchamp et al., 1984.
[24] ACGIH, 2010.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 11



damage to eye tissues, producing findings such as swollen and inflamed conjunctiva, clouding of the cornea, and blurred vision.[25] This condition is known as "gas eye," and is characterized by pain, lacrimation, photophobia, and eventually progressing to vesiculation of the corneal epithelium.[26]

Exposure to hydrogen sulfide in air at a concentration of 100,000 ppb results in loss of smell through olfactory nerve paralysis in 3-15 minutes.[27-28] Olfactory fatigue occurs at these higher concentrations, as well as at continuous low concentrations. In other words, hydrogen sulfide odors can become imperceptible. At higher concentrations (i.e., 100,000 – 1,000,000 ppb), hydrogen sulfide can produce olfactory paralysis and more severe, life-threatening effects, including pulmonary edema, unconsciousness and death.[29]

Regarding chronic and/or repeated exposures to hydrogen sulfide, the studies documented in the scientific literature have shown increases in the occurrence of subjective symptoms of respiratory irritation in workers or residents living near paper mills; however, these studies are of limited value, as they have poor characterization of exposure to hydrogen sulfide, and do not distinguish between effects associated with hydrogen sulfide and co-exposures to other chemicals. No animal studies of chronic toxicity to hydrogen sulfide have been identified.[30]

## 5.4   Health Protective Benchmarks

Health-protective screening levels are developed using reasonable maximum exposure assumptions that are intended to rule out risk under worst-case scenarios. The procedures used to estimate these plausible upper limits of exposure do not necessarily give a realistic prediction of the risk, as the true value of risk depends on the actual exposure and may be as low as zero. Exceedance of a health-protective value is not automatically indicative that any remedial actions are needed. The intended usage of a screening level is implied in its very name, "screening;" screening levels are used for the purposes of identifying and defining areas, contaminants, and conditions at a particular site that represent levels below which no further attention is required.

Because of the conservative exposure parameters utilized in developing health-protective screening values such as the USEPA Regional Screening Levels (RSLs) or the ATSDR Minimal Risk Levels (MRLs), the intended usage of these is to account for a reasonable maximum exposure (RME), as expressed in the Federal Register[31], which states:

---

[25] Ahlborg, 1951; WHO, 2003; Yant, 1930.
[26] ACGIH, 2010.
[27] Beauchamp et al., 1984.
[28] ATSDR, 2014
[29] Beauchamp et al., 1984; Burnett et al., 1977; ERPG, 2014; Guidotti, 2010.
[30] ATSDR, 2016b
[31] USEPA, 1998.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 12



> "*A legitimate use of worst-case scenarios is to determine if the exposure or risk is low enough even at this extreme so as to dismiss concern for this scenario. It is not legitimate to use a worst-case scenario to prove that there in fact exists a concern in a real population.*" (emphasis added)

The risk assessment process is protective of human health on many levels. For example, the USEPA publishes toxicity values for hundreds of chemicals that serve as the toxicological underpinnings of regulatory human health risk assessments. These toxicity values are intended to protect even the most sensitive individuals in the general population and are derived by dividing the lowest levels at which adverse effects are observed (i.e., Lowest Observable Adverse Effect Level – LOAEL, or No Observable Adverse Effect Level - NOAEL) in the most sensitive laboratory animal species by "uncertainty factors" designed to account for differences in responses between animals and humans and other sources of uncertainty in the model. Therefore, these toxicity constants are health protective in nature and by design are likely to overestimate the hazard posed by a given dose of a chemical.

Similarly, the World Health Organization Regional Office for Europe (WHO) guideline for hydrogen sulfide of 5 ppb average for 30 minutes, referenced by the Court and Dr. Schiffman, is proposed as a conservative value to reduce annoyance associated with odors. The WHO value is defined as a nuisance threshold level at which:

> "*not more than a small proportion of the population (less than 5%) experiences annoyance for a small part of the time (less than 2%).*"[32]

In other words, according to WHO, the guidance value of 5 ppb for 30 minutes is the level at which 95% of the population (or a greater) will not experience an annoyance, and those who do, would only be expected to experience annoyance less than 2% of the time. It is also important to recognize that this value (annoyance by no more than 5% of the population, and only for less than 2% of the time) is well below levels at which health effects would occur. As stated by the World Health Organization (WHO):

> "*hydrogen sulfide causes odor nuisance at concentrations far below those that cause health hazards*"[33]

In this regard, human exposures that exceed health-protective benchmarks must not be misinterpreted as "unacceptable" or "unsafe", as these values are not brightline levels above which adverse health effects are anticipated.

---

[32] WHO, 2000.
[33] WHO, 2000.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 13



## CASE SUMMARIES

In evaluating specific causation for each of the 13 trial Plaintiffs, I reviewed and summarized pertinent materials from all case materials received by counsel (**Appendix C**). Figure 2 below illustrates where each trial Plaintiff resided during the relevant time (July 1, 2017 to December 31, 2019).

**Figure 2. Trial Plaintiffs' Residential Locations During the Relevant Time Period**

**CTEH® Map of Trial Plaintiffs**
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.

Jefferson Parish, Louisiana

Legend
- ○ Plaintiff Addresses
- ▨ JPLF Property Boundary
- ▨ Other Landfills
- ▭ Jefferson Parish

Vernice Lewis and Terrance & Tyrone Thompson
Stanley Meyers
Reshaun Richardson
Adelyn, Braxton, Scott & Wendy Gremillion
Jonathan Tate
River Birch Landfill
Mary Ann Winningkoff
Hwy 90 C&D Landfill
Jefferson Parish Landfill
Geneva Green
Andrew Section

New Orleans

COORDINATE SYSTEM: NAD 1983 UTM Zone 15N | DATUM: North American 1983        Last Saved: 3/8/2024 3:34 PM

## 5.5   Geneva Green

### 5.5.1   Background

Ms. Geneva Green was born on August 22, 1957, and has lived at 205 Cabinet Drive, Avondale, Louisiana, for approximately 30 years.[34] Ms. Green testified that she has been unemployed since 1978 due to a

---

[34] Green Dep. Tr. 21:25, 23:8-10; Green PFS.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 14



disability involving her back, knees, and shoulders.[35] Ms. Green noted that her son, Jeremiah Green,[36] came to live with her in 2017 after becoming mentally ill.[37] Ms. Green spends most of her time at home caring for her son[38]. When asked how Ms. Green first learned about the lawsuit involving JPLF she stated, "*I heard it on the news from the Parish president first,*" and added, "*And a friend of mine in the neighborhood, Christine Jones, she made me aware of it.*"[39]

### 5.5.2   Odor Experience

Ms. Green testified that she smelled an odor around her home all day, every day from approximately 2017 to early 2020.[40] Ms. Green explained that starting in 2017, the odor was so bad that she could not enjoy sitting on her patio, hosting her 60th birthday party, or having her family over to visit.[41] She added that her children would not allow her grandkids to visit because of the smell.[42] She could smell the odor in her patio area, home, and on her clothes stating, "*I couldn't even escape it.*"[43] She described the odor as *"gassy, stinky, trashy."*[44] When asked how she would characterize the odor on a scale of one to ten (with ten being the worst) she stated, *"If you said 10, I say it's above it.*"[45] Ms. Green also remarked, "*In early 2020 the odor was still there, but it wasn't as strong…*"[46]

Ms. Green noted she went to JPLF in 2019 with her contractor to dump some construction materials left in her yard from home repairs.[47] Ms. Green estimated the landfill to be 15 to 20 minutes away from her residence but was not certain of the distance.[48] She noted that the same "*stinky, trashy*" odor appeared to be worse at the landfill; however, she did not exit her vehicle while there.[49] Ms. Green testified that she had not experienced the odors during the day of her deposition.[50]

### 5.5.3   Health Complaints

Ms. Green claimed the odor contributed to scratchy throat, coughing, and asthma on her plaintiff fact sheet and testified to having headaches, trouble sleeping, anxiety, gagging, coughing, vomiting, nausea,

---

[35] Green Dep. Tr. 25:12-26:2.
[36] Documented as "Geraldmiah Green" on plaintiff's Personal Fact Sheet.
[37] Green Dep. Tr. 23:11-16, 31:3-32:7.
[38] Green Dep. Tr. 88:20-89:15.
[39] Green Dep. Tr. 15:8-14.
[40] Green Dep. Tr. 50:11-17, 52:5-15.
[41] Green Dep. Tr. 44:18-46:23, 59:15-19, 124.
[42] Green Dep. Tr. 76:20-77:1.
[43] Green Dep. Tr. 47:2-6.
[44] Green Dep. Tr. 47:13-15, 62:22-25.
[45] Green Dep. Tr. 50:8.
[46] Green Dep. Tr. 61:18-19.
[47] Green Dep. Tr. 80:16-81:3, 85:17-86:4.
[48] Green Dep. Tr. 81:8-22.
[49] Green Dep. Tr. 82:17-84:17.
[50] Green Dep. Tr. 87:16-18.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 15



and stress.[51] It is worth noting that Ms. Green stated in her deposition she experienced some of these symptoms starting in 2017 and ending in 2020, but her plaintiff fact sheet indicated her symptoms started in 2018 and continued until the present day (i.e. the date she recorded her fact sheet answers- January 11, 2020).[52] In her deposition, Ms. Green stated her doctor believed her throat issues were caused by nasal drip and provided her with a nasal spray.[53] She testified that her son also complained of insomnia, vomiting, and headaches.[54] Ms. Green stated that she did not have any issues with stress until 2017, and further claimed the stress was caused by the odor and its unknown source.[55] However, earlier in her deposition Ms. Green discussed the stress of caring for her ill son.[56]

### 5.5.4   Lifestyle, Medication, and Confounders

Ms. Green confirmed she smoked cigarettes for approximately 30 to 40 years and only recently quit in January 2023.[57] She smoked about 10 to 15 cigarettes per day initially, but by 2017 she had decreased the number of cigarettes she smoked per day to approximately 5 to 10.[58] She currently smokes 5 to 6 cigarettes per day.[59] She advised that she did not smoke in her home.[60] Consistent with her testimony, Ms. Green's medical records showed a history of being a smoker of one pack per day since at least January 1971, with a reported reduction in cigarettes smoked around 2017.[61] According to her records, Ms. Green was advised to quit smoking on several occasions and given a rationale for the recommendation, including emphysema and chronic obstructive pulmonary disease.[62]

Ms. Green's pre-existing conditions  prior to July of 2017 included the following: acute bronchitis, acute lymphadenitis, acute pharyngitis, acute sinusitis, arthritis, cervical degenerative disc disease, cystocele and rectocele, depression/stress, diabetes, diverticulosis, gastritis, gastroesophageal reflux disease and epigastric pain, high cholesterol, hypertension, migraine with aura, muscle spasms and pain of the neck, myalgia and myositis, obesity, osteoarthritis of the neck, and tobacco use disorder.[63] On September 11, 2011, Ms. Green presented to the emergency department with shortness of breath.[64] While in triage, it was noted that Ms. Green coded from a heart attack and was placed on a ventilator.[65] Doctors believed

[51] Green Dep. Tr. 103:13-104:16, 112:18-23; Green PFS.
[52] Green Dep. Tr. 104:1-106:21, 110:7-113:5, 120:8-121:22; Green PFS.
[53] Green Dep. Tr. 108:2-17.
[54] Green Dep. Tr. 113:10-20.
[55] Green Dep. Tr. 114:1-10.
[56] Green Dep. Tr. 31:13-20.
[57] Green Dep. Tr. 98:12-24.
[58] Green Dep. Tr. 98:25-99:24.
[59] IME Report Geneva Green (Jan 11, 2024): 4
[60] Green Dep. Tr. 99:25-100:5.
[61] Green_Geneva_BJC: 000081; Green_Geneva_WJMC-FDL_000460; Green_Geneva_WJMC-P: 000033.
[62] Green_Geneva_WJMC-FDL_000537, 000761.
[63] WCI_GREEN, GENEVA_WJMC-FDL (" Green_Geneva_WJMC-FDL"): 000058, 000568, 000621, 000646, 000653, 000738, 000788, 000813-814, 000898, 000920, 001047; WCI_Green, Geneva_BJC_ (" Green_Geneva_BJC"): 000081.
[64] WCI_ Green, Geneva_West Jefferson_001714
[65] WCI_ Green, Geneva_West Jefferson_001714

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 16


her heart attack resulted from Ms. Green's worsening COPD.[66] Symptoms from this visit were recorded as follows: Cardiac arrect, acute hypoxic/hypercapnic respiratory failure, COPD, COPD with acute Exacerbation, chronic systolic/diastolic heart failure, depression/anxiety, hypertension, hypokalemia, metabolic and respiratory acidosis, lactic acidosis, and leukocytosis.[67] Ms. Green's medical records indicated that on October 23, 2017, she was diagnosed with an incompetent lower esophageal sphincter and Gastroesophageal reflux disease (GERD).[68]

Specific to depression, anxiety, and stress, on April 21, 2017 and August 19, 2019, it was documented that Ms. Green reported that these symptoms were associated with her son's illness.[69] Additionally, during the August 19, 2019 visit, Ms. Green's records indicated she had a chronic cough that improved with the use of medication.[70] Ms. Green's medical records noted multiple occasions where she was noncompliant with the plan of care, including medication misuse.[71] Additionally, there were multiple occasions where elevated readings of blood pressure, cholesterol, and glucose were reported.[72]

### 5.6   Scott Gremillion

### 5.6.1   Background:

Mr. Scott Henry Gremillion was born on June 28, 1978, and resides at 509 Beacon Shores Drive Seneca, South Carolina 29672, since April of 2020.[73] However, the address in question is 9701 Robin Lane, River Ridge, LA 70123.[74] He is married to Wendy Gremillion, and they have two children together, A.G. & B.G. .[75] He is currently employed at Foley Equipment as a sales and purchasing representative for used equipment since May 2019.[76]

### 5.6.2   Odor Experience:

Mr. Gremillion testified to noticing an odor starting around the summer of 2017 and ending at the end of 2019 or the beginning of 2020.[77] When asked how often he would experience the odor he stated, "*I did not keep track. I don't know. But it was routinely.*"[78] He later clarified "routine" meant anywhere from two

---

[66] WCI_ Green, Geneva_West Jefferson_001714

[67] WCI_ Green, Geneva_West Jefferson_001714

[68] WCI_Green, Geneva_West Jefferson_001390, 001407-001408

[69] Geneva_Green_WJMC-FDL: 000568, 000573; Green Dep. Tr. 31:13-20; WCI_GREEN, GENEVA_WJMC-P (" Green_Geneva_WJMC-P"): 000019-21

[70] Green_Geneva_WJMC-P: 000019-21.

[71] Green_Geneva_WJMC-FDL_000558, 000568, 000907, 001028.

[72] Green_Geneva_ WJMC-FDL_000155-156, 000169-170, 000247-249, 000272, 000288, 000354.

[73] S. Gremillion Dep. Tr. 8-9; Gremillion PFS.

[74] S. Gremillion PFS.

[75] S. Gremillion Dep. Tr. 9-10; PFS.

[76] S. Gremillion Dep. Tr. 10-11.

[77] S. Gremillion Dep. Tr. 49.

[78] S. Gremillion Dep. Tr. 49:9-10.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 17



to five times a week.[79] However, his personal fact sheet indicates the frequency of the odor to be seven days a week.[80] Mr. Gremillion stated the odor, "…*was a smell I've never smelled before*." He described the odor as a mixture of all the odors listed on the plaintiff fact sheet.[81] When referring to the intensity of the odor, Mr. Gremillion stated, "*Sometimes it was mild; sometimes it was severe*" and ranged on average anywhere from a seven to eight out of ten when present depending on if he was inside or outside of the house. He added that the peak intensity was a nine out of ten and the lowest was anywhere between three and four out of ten.[82]

Mr. Gremillion noted he was concerned about the odor and the long-term health effects it might have on him and his family. According to his experience, the odor affected their lifestyle and caused them so much stress and worry that they made the tough decision to move.[83] It is worth noting that although Mr. Gremillion stated the odor was the primary reason to move, it was not the only deciding factor. Others included safety, the school system, and cost of living.[84] Mr. Gremillion noted that the odors affected his life, his wife's life, his children's lives, and the lives of the community.[85]

### 5.6.3   Health Complaints:

Mr. Gremillion stated he and his family left Louisiana because they were concerned for their safety and their health stating, "*When the smell would come in, immediately headaches would onset. You'd feel nauseous. [It] would wake you up, [I] couldn't sleep…*"[86] However, Mr. Gremillion also testified that he would not always experience those symptoms when the odor was present and that sometimes his symptoms would change depending on the intensity of the odor.[87] When asked how often he would experience symptoms when the odor was present, he noted "*probably say 60% of the time*"[88]

### 5.6.4   Lifestyle, Medication, and Confounders

Medical records indicate that prior to July 2017, Mr. Gremillion had a documented medical history significant for the following: nausea and vomiting, diarrhea, weakness, elevated blood pressure, acute gouty arthritis, benign prostatic hyperplasia with the presence of lower urinary tract symptoms, and blood in the stool.[89] Referrals to urology and gastroenterology were recommended on May 24, 2017.[90] Lab work,

---

[79] S. Gremillion Dep. Tr. 50:16.
[80] S. Gremillion PFS.
[81] S. Gremillion Dep. Tr. 96:1-2; 11; PFS.
[82] S. Gremillion Dep. Tr. 50:11-12; 51.
[83] S. Gremillion Dep. Tr. 107-108, 136; PFS.
[84] S. Gremillion Dep. Tr. 111, 127, 136.
[85] S. Gremillion Dep. Tr. 187.
[86] S. Gremillion Dep. Tr. 48:15-24.
[87] S. Gremillion Dep. Tr. 53.
[88] S. Gremillion Dep. Tr. 53:23.
[89] WCI_GREMILLION, SCOTT_OCH-NOLA (" GREMILLION_SCOTT_OCH-NOLA"): 000032, 000444-445, 000491.
[90] GREMILLION_SCOTT_OCH-NOLAz; 000445.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 18



collected on September 5, 2018, reported results of a low sodium level and an elevated glucose level.[91] Per the reviewed medical records, Mr. Gremillion had no documented tobacco use, but alcohol use of 11.9 ounces, or more, per week was noted.[92]

### 5.7   Wendy Gremillion

#### 5.7.1   Background

Ms. Wendy Gremillion was born on September 3, 1978. She is married to Mr. Scott Gremillion. They have two children together,          A.G. & B.G.          .[93] Ms. Gremillion lived in Jefferson Parish her entire life until she moved to South Carolina with her family in April of 2020.[94] Between April 2009 and April 2020, Mrs. Gremillion resided at 9701 Robin Lane with her family.[95] Ms. Gremillion was part of a private Facebook group where people would report odors.[96]  Ms. Gremillion noted she has never visited the JPLF.[97]

#### 5.7.2   Odor Experience

Ms. Gremillion testified she experienced odors from approximately August 23, 2017, to sometime in 2020.[98] Ms. Gremillion noted that she'd experience the odor approximately three to five days a week and stated it was *"smothering."*[99] Ms. Gremillion noted that most days the odor was a ten out of ten, but there would be occasions where it was an eight out of ten and a *"handful"* of times a three out of ten.[100] She mentioned having to tape the door frames, place towels under the doors, turn bathroom vents on, and close the flue in the fireplace to eliminate the odor as much as she could in the house.[101] When asked about the intensity of the odor in 2020 she stated, *"...It might have been subtle odors but nothing that was significant."*[102]

Ms. Gremillion noted the odor was worse during warmer days, compared to breezier days.[103] Ms. Gremillion admitted to complaining about the odor to whomever would listen, including complaints to LDEQ both via phone and online.[104] While an LDEQ record indicated that she submitted an odor complaint

---

[91] GREMILLION_SCOTT_OCH-NOLA: 000263-264.
[92] GREMILLION_SCOTT_OCH-NOLA: 000122, 000490.
[93] W. Gremillion PFS.
[94] W. Gremillion Dep. Tr. 9:23.
[95] W. Gremillion Dep. Tr. 10, 16, 86, 119.
[96] W. Gremillion Dep. Tr. 53, 54, 69, 70.
[97] W. Gremillion Dep. Tr. 121.
[98] W. Gremillion Dep. Tr. 71, 126, 141, 205, 206.
[99] W. Gremillion: p. 145; p. 144:16.
[100] W. Gremillion Dep. Tr. 132 – 133.
[101] W. Gremillion Dep. Tr. 112, 142 – 144.
[102] W. Gremillion Dep. Tr. 141:12-13.
[103] W. Gremillion Dep. Tr. 126:20-21.
[104] W. Gremillion Dep. Tr. 40, 162.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 19



and described the odors as a chemical/petroleum smell, at her deposition she stated  the odor *"was a chemical-sulfur smell, like eggs."*[105]

Ms. Gremillion testified she experienced the odor at Paradise Manor, driving to and from her house and the grocery store, nail salons, gas stations, friend's houses, and her parents' home in Harahan. She narrowed down the geographic boundaries to Metairie, River Ridge, Harahan, Elise Avenue on Airline, parks, Little Farms, and the Elmwood area.[106]

Ms. Gremillion noted that she and her family wouldn't attend any outside events at their church between 2018 and 2019 because of the odor.[107] Ms. Gremillion noted her children enjoyed going to summer camps, however, there were *"a handful of times"* the odors were bad enough during 2017-2019 that she'd choose to keep them home.[108]

Ms. Gremillion stated she and her husband started the decision process in the summer of 2018 to sell their home because they were tired of the smell.[109]

### 5.7.3   Health Complaints

During deposition testimony, Ms. Gremillion noted that the odor affected her eyes causing them to burn, complained of throat, nose and ear problems, fatigue, gagging, headaches, sleepless nights, nausea, loss of appetite, and stress.[110] However, the plaintiff fact sheet she completed in December 2020, only listed nausea as a complaint.[111] Ms. Gremillion stated she was diagnosed with asthma during the relevant time period and prescribed an inhaler.[112]

### 5.7.4   Lifestyle, Medication and Confounders

Prior to July 2017, Ms. Wendy Gremillion had a documented medical history of the following: pharyngitis, upper respiratory infection, probable viral gastroenteritis, abdominal pain and bloating, diarrhea, low back pain, and endometriosis.[113] In December 2017, Ms. Gremillion had reported complaints of sinus problems, coughing, congestion, ear pain, headaches, sore throat, and swollen glands; potential exposure to the flu was indicated and she was diagnosed with viral syndrome.[114] In 2020, Ms. Gremillion had reported complaints of a non-productive cough, wheezing, postnasal drip, and a voice change; it was

---

[105] W. Gremillion Dep. Tr. 171:21.
[106] W. Gremillion Dep. Tr. 74 – 75, 125.
[107] W. Gremillion Dep. Tr. 64.
[108] W. Gremillion Dep. Tr. 66 – 67.
[109] W. Gremillion Dep. Tr. 96, 104; Gremillion PFS.
[110] W. Gremillion Dep. Tr. 59, 112, 123, 134, 184.
[111] W. Gremillion PFS.
[112] W. Gremillion Dep. Tr. 144, 184, 187.
[113] WCI_GREMILLION, WENDY_OCH-NOLA (" Gremillion_Wendy_OCH-NOLA"): 000023, 000028, 000045; WCI_GREMILLION, WENDY_EJGH (" Gremillion_Wendy_EJGH"): 000044, 000077
[114] Gremillion_Wendy_OCH-NOLA: 000161-163

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 20



noted that she had been exposed to the flu, through a sick contact, and was diagnosed with influenza, cough, nasal sinus congestion, and wheezes.[115] There was no tobacco use history documented in the reviewed medical records, but alcohol use of five to six glasses of wine, per week, was reported.[116] Additionally, her testimony stated she takes a Zyrtec for seasonal allergies.[117]

## 5.8       A.G. & B.G.

### 5.8.1   Odor Experience

Parents, Wendy, and Scott Gremillion, testified regarding the odor experiences and alleged injuries for their children,       A.G. & B.G.       . After the parents were deposed, the children also were deposed. According to Mr. Scott Gremillion, his daughter,  A.G. , did not attend swim practice a handful of times at Paradise Manor or Elmwood due to the odor.[118] Mr. Scott Gremillion noted he used to coach his son's t-ball team out at Little Farms and Harahan playground.[119] He noted that the odor affected ball practice and games to the point they had to cancel.[120] Ms. Wendy Gremillion stated she and her family would frequent Paradise Manor Country Club about two or three days a week from May to September during the years 2017 to 2020 to attend swim meets and other events.[121] Ms. Wendy Gremillion noted that both of her children were part of swim teams and at times the odor would interfere with their practices stating, "*There were days where we would go outside to go to practice, and we'd go right back inside.*"  B.G.  did not personally recall missing swim practices, but said that his mom told him he missed practices.[122] Ms. Wendy Gremillion noted she would not take her daughter to swim lessons or leave her there to practice if the odor was bad.[123]       A.G.       agreed that there were occasions she had to miss swim practice due to the odor.[124]       A.G.       stated she noticed the odor *"twice"* at a friend's house that was located *"…on the other side of the highway"*, and *"once at PMCC"* where she swam.[125]       A.G.       stated she specifically recalled a time, when she was riding her bike near her home, that she decided to go home because the odor was *"bad"*.[126]       A.G.       stated, *"Sometimes my parents wouldn't even let me go outside because of the smell".*[127] According to   A.G.   Plaintiff Fact Sheet, she alleged exposure to the JP Landfill emissions in the River Ridge area and

[115] Gremillion_Wendy_OCH-NOLA: 000072-73
[116] Gremillion_Wendy_OCH-NOLA: 000063, 000386
[117] W. Gremillion Dep. Tr. 179
[118] S. Gremillion Dep. Tr. 64-65, 69
[119] S. Gremillion Dep. Tr. 176
[120] S. Gremillion Dep. Tr. 176-177
[121] W. Gremillion Dep. Tr. 31
[122] B. Grelillion Dep. Tr. 20 :9-22
[123] W. Gremillion Dep. Tr. 55, 56:8-9, 138, 139.
[124] A. Gremillion Dep. Tr. 30
[125] A. Gremilion Dep Tr. 22:9-21
[126] A. Gremillion Dep. Tr. 20-21:2
[127] A. Gremillion Dep. Tr. 21:17-18

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 21



record "…the smell makes me sick".[128] It was also recorded that the intensity of the odor would depend on the wind [direction].[129]

Ms. Wendy Gremillion explained that her son played T-ball at Little Farms and they would leave on occasion because of the odor.[130] She noted that her kids couldn't go outside because of the odor and stated she'd avoid any outside activities if the odor was present.[131] She explained that her children would say, *"[It] smells like farts. It smells sour. It smells bad. It hurts."*[132] During **A.G.** deposition, she confirmed that the odor smelled *"Like a fart".[133]* Both **A.G. & B.G.** Plaintiff Fact Sheets described the odor as a mixture of the smells listed. These included chemical, petroleum, rotten egg, ammonia, and garbage smells.[134] **B.G.** also agreed that there were times he did not want to be outside because of the odor and stated, *"It was [a] very unpleasant [odor]".[135]* He stated he couldn't remember what it smelled like but knew *"it smelled bad".[136]* **B.G.** stated he could smell the odor around his house and while riding his bike around the neighborhood.[137] When asked how he felt when he smelled the odor, he stated, *"Kind of made me feel disgusting".[138]* **B.G.** Gremillion reported that he'd smell the odor indoors and recalled his mother stating she'd occasionally taped the door frames shut and kept the windows closed to keep the odor out.[139] **B.G.** stated he'd *"sometimes"* smell the odor at bedtime, when he woke up, or through the day.[140]

### 5.8.2   Health Complaints

Both **A.G. & B.G.** alleged injuries due to the odor. At the father's deposition, Mr Gremillion stated he assumed the odor contributed to his children's symptoms.[141] The mother testified her children complained about the smell clarifying that **A.G.** complained about her eyes and nose burning about three to four times per week and **B.G.** had a persistent cough.[142] According to **A.G.** deposition, she suffered from minor headaches and red eyes.[143] Although, her Plaintiff Fact Sheet has

---

[128] A. Gremillion PFS Tr. 3:63-66
[129] A. Gremillion PFS Tr. 3:73
[130] W. Gremillion Dep. Tr. 204.
[131] W. Gremillion Dep. Tr. 113.
[132] W. Gremillion Dep. Tr. 130 :20-21, 133.
[133] A. Gremillion Dep. Tr. 22:4, 23:5
[134] A. Gremillion PFS; B. Gremillion PFS
[135] B. Gremillion Dep. Tr. 18 :19
[136] B. Gremillion Dep. Tr. 19:2
[137] B. Gremillion Dep. Tr. 19
[138] B. Gremillion Dep. Tr. 25:10
[139] B. Gremillion Dep. Tr. 27
[140] B. Gremillion Dep. Tr. 28:10-13
[141] S. Gremillion Dep. 72-73.
[142] W. Gremillion Dep. Tr. 130, 146, 149 – 150
[143] A. Gremillion Dep. Tr. 28:3-5, 29

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 22



nausea listed as her only personal injury.[144] Additionally, she stated that the odor made her feel dirty and unwell.[145]

Mr. Scott Gremillion recalled his daughter, A.G., complaining of headaches and feeling the need to throw up due to the odor and stated she did not want to ride her bike or attend swim practice because of the odor.[146] In addition, Mr. Gremillion testified that his son, B.G., experienced periods of being lethargic, and having a bad cough for months.[147] He noted that B.G. would also complain of headaches and make comments on the odor stating, *"it stinks."*[148] Mr. Scott Gremillion stated, *"It was odd that we would get headaches at the same time when we were smelling that. That's what started throwing up red flags that there's something not right about this."*[149] Mr. Scott Gremillion stated he assumed the odor contributed to his children's symptoms.[150]

After B.G. was deposed, he noted that he did not recall the frequency in which he experienced the odor due to his nose being stuffy a lot of the time.[151] B.G. recalled suffering from a stuffy nose *"most of the time"*, while living at his prior residence in Louisiana.[152] It's noteworthy to note that he stated he does not have issues with a stuffy nose anymore.[153] In contrast to his testimony, his Plaintiff Fact Sheet indicated B.G. suffered from nausea, cough, and upper respiratory issues.[154]

### 5.8.3   Lifestyle, Medication, and Confounders

A review of A.G. & B.G. 's medical records indicated that A.G. had a documented medical history notable for adenoiditis with adenoidectomy, recurrent otitis media with effusion, myringotomy with insertion of pressure equalization tube, fever, and upper respiratory tract infection prior to July of 2017.[155] Symptoms noted to be associated with those diagnoses included the following: cough, decreased appetite, vomiting, and nasal congestion.[156] On December 10, 2017, A.G. was diagnosed with influenza A; she was given instructions that reported potential symptoms of the flu including the following: fever, sore throat and headache, dry cough, runny nose, tiredness and weakness, and muscle aches.[157] She also had a history of fever associated with symptoms of abdominal pain, decreased appetite, and

---

[144] A. Gremillion PFS
[145] A. Gremillion Dep. Tr. 28:3
[146] S. Gremillion Dep. Tr. 55-56
[147] S. Gremillion Dep. Tr. 70-71
[148] S. Gremillion Dep. 74:3-4
[149] S. Gremillion. Dep. Tr. 76, ln. 15-18
[150] S. Gremillion Dep. Tr. 72-73
[151] B. Gremillion Dep. Tr. 19
[152] B. Gremillion Dep. Tr. 19-20:8
[153] B. Gremillion Dep. Tr. 19
[154] B. Gremillion PFS
[155] WCI_   A.G.   _EJGH ("   A.G.   _EJGH"): 000020, 000047-48, 000059, 000080; WCI_   A.G.   _OCH-NOLA ("   A.G.   _OCH-NOLA"): 000026, 000053
[156] A.G.   _OCH-NOLA: 000024, 000057
[157] A.G.   _OCH-NOLA: 000155, 000169-170

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 23



pharyngitis.[158] On January 31, 2019, A.G. was diagnosed with a viral exanthem; she was given instructions indicating that a viral rash could be accompanied by a fever, decreased energy, loss of appetite, headache, muscle aches, and stomach aches.[159]

B.G. has a medical history notable for recurrent otitis media with fluid with reported adenoid removal prior to 2017.[160] On November 24, 2013, it was noted B.G. was on a second course of antibiotics for an ear infection and developed vomiting and diarrhea on his third day of antibiotic use.[161] Associated symptoms of activity change, appetite change, fatigue, and diaper rash were also reported.[162] In 2018, B.G. was diagnosed with viral syndrome; written instructions reported that a virus was the most common cause of illness among children and could cause a number of different symptoms.[163]

## 5.9   Vernice Lewis

### 5.9.1   Background

Vernice Lewis was born on November 23, 1963 and is a resident at 1116 South Starrett Rd. in Metairie, Louisiana. Ms. Lewis has resided at this address since 2004.[164] Ms. Lewis lives at this residence with her partner Tyrone Thompson and (adult) son Terrance Thompson.[165] Per her deposition testimony, Ms. Lewis has never smoked or vaped, but her partner, Tyrone Thompson, does smoke outside the home only.[166]

### 5.9.2   Odor Experience

In both her plaintiff fact sheet and at her deposition, Ms. Lewis stated that she smelled emissions from Jefferson Parish Landfill seven days a week from summer 2017 to winter 2019.[167] In her fact sheet, she also noted that there was an odor in 2015 that was daily until summer of 2017. Ms. Lewis first noted that she only smelled the landfill odor at her home and later changed that statement to include smelling the odor in her community at church, the grocery store, and hair salon.[168] Whereas she originally described the odor as a *"mixed nasty smell"* on her plaintiff fact sheet, in her deposition, she changed the odor description to a *"rotten egg"* smell.[169]   Notably, Ms. Lewis identified various chemical plants as possible

---

[158] WCI_ B.G. _CHMPC_000108
[159] A.G. _OCH-NOLA: 000127, 000141
[160] WCI_ B.G. _EJGH_000019
[161] WCI_ B.G. _OCH-NOLA (" B.G. OCH-NOLA"): 000085
[162] B.G. _OCH-NOLA:000085
[163] B.G. _OCH-NOLA: 000054-56
[164] Vernice Lewis PFS; Vernice Lewis Deposition Transcript (Lewis Dep. Tr.) 19, 20, 25
[165] Lewis Dep. Tr. 45
[166] Lewis Dep. Tr. 65
[167] Lewis Dep. Tr. 24, 31
[168] Lewis Dep. Tr. 20, 48, 116, 117
[169] Lewis PFS; Lewis Dep. Tr. 73: 16

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 24



sources of the odors in the area on her plaintiff fact sheet and later changed that answer during testimony to state that she did not make that claim.[170]

### 5.9.3   Health Complaints

In her plaintiff fact sheet, Ms. Lewis stated that she began experiencing vomiting, nausea, and allergies and sinusitis in summer of 2017 and last experienced those symptoms in spring 2018.[171] According to her testimony, Ms. Lewis began experiencing nausea and gagging up two to three times a day, every day, during the relevant time period and would take Pepto Bismol twice a day to help with the symptoms; however, she never discussed it with her doctor.[172] She claims that these were not symptoms she experienced prior to 2017.[173] Along with her nausea symptoms, Ms. Lewis reported experiencing anxiety and a loss of sleep due to the odor.[174] Ms. Lewis indicated she could not go outside of her property and avoided having company over due to the odors.[175]

### 5.9.4   Lifestyle, Medication, and Confounders

Prior to July of 2017, Ms. Vernice Lewis, had the following documented medical diagnoses: obesity, acid reflux, chronic prescription opioid use, chronic pain syndrome, other spondylosis of the cervical region, muscle spasms of the neck and back, neuritis, degenerative arthritis of the hip, cesarean section.[176] Symptoms recorded from multiple visits starting prior to January 2017 and post December 2019 included headache, musculoskeletal pain, numbness, gait disturbance, and trouble sleeping.[177] An allergy to Bactrim, with a reaction of itching, was noted.[178] A diagnoses of hypertension was not discovered in the reviewed medical records, but multiple elevated blood pressure readings were recorded throughout.[179] Per the medical records, Ms. Lewis was on disability; a fall injury was documented to have occurred in 2013.[180] According to the records, Ms. Lewis abstained from alcohol, tobacco, and illicit drugs; however, lab results dated November 11, 2019, noted the presence of a nicotine metabolite.[181]

Ms. Lewis completed a questionnaire provided by LA Pain Doctor on October 31, 2016, in which she reported the following symptoms: acid reflux, inability to fall asleep, difficulty staying asleep due to pain, feet swelling, anemia, headache, numbness and tingling, muscle cramps, musculoskeletal pain, and

---

[170] Lewis PFS; Lewis PFS Corrected; Lewis Dep. Tr. 83.
[171] Lewis PFS
[172] Lewis Dep. Tr. 87,90, 91
[173] Lewis Dep. Tr. 102
[174] Lewis Dep. Tr. 114
[175] Lewis PFS; Lewis Dep. Tr. 55, 56
[176] WCI_Lewis, Vernice_LA Pain Doctor_000014, 000025, 000122
[177] WCI_Lewis, Vernice_LA Pain Doctor_000127-128, 000046-48, 000025, 000020-21, 000014-17, 000264-265, 000249, 000235-236, 000102-103, 000098-99.
[178] WCI_Lewis, Vernice_Ochsner 180_000012
[179] WCI_Lewis, Vernice_LA Pain Doctor_000021, 000025, 000099, 000264
[180] WCI_Lewis, Vernice_LA Pain Doctor_000014-15
[181] WCI_Lewis, Vernice_LA Pain Doctor_000041, 000093

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 25



frustration because of the pain.[182] Ms. Lewis reported increased acid reflux following her colonoscopy, which took place on August 28, 2017, but claimed relief with medication management.[183]

## 5.10  Stanley Meyers

### 5.10.1  Background

Mr. Stanley Meyers was born on July 18, 1966,[184] and currently resides at 1041 Magnolia Drive, Apartment A, in Westwego, Louisiana.[185] However, Mr. Meyer resided at 2100 Sawmill Road, Apartment 12-101, River Ridge, Louisiana from May 2017 to January 2020.[186] He joined the military after graduating high school in 1983 and served until 1997.[187] Mr. Meyers has one child who resides with the mother in Jacksonville, Florida.[188]

Mr. Meyers stated he was on disability from 2017 through 2020 and worked part-time as a salesman for NOLA Water Systems LLC. [189] Mr. Meyers testified he spent approximately five hours per week travelling for his job with NOLA Water while the rest of the time he spent working from home.[190] His other jobs included Lyft and SAS NOLA Enterprises.[191]

### 5.10.2  Odor Experience

When asked about the source of odors he experienced, Mr. Meyers noted he was uncertain as to the source of the odor.[192] While Mr. Meyers resided at 2100 Sawmill Road, Apartment 12-101, he reportedly smelled an odor around both his home and the Elmwood area.[193] He first noticed the odor in the summer of 2017, and he noticed it all day, every day. Mr. Meyers stated that the odors were particularly strong during the morning (between 5 a.m. and 9 a.m.), in the afternoon (between 2 p.m. and 6 p.m.), and at night (between 8 p.m. and midnight).[194] On a scale of one to ten (with ten being the worst), Mr. Meyers indicated the odors occurred between a six and a nine starting in the summer of 2017 and ending in the winter of 2019.[195] Although, at first, Mr. Meyers stated he could not describe the odor, he later agreed with what was documented on his personal fact sheet that the odor was a combination of chemical,

---

182 WCI_Lewis, Vernice_LA Pain Doctor_000046-48
183 WCI_Lewis, Vernice_Ochsner 180_000041; WCI_Lewis, Vernice_LA Pain Doctor_000264, 000269
184 Meyers Dep. Tr. 17:4-5; Meyers PFS .
185 Meyers Dep. Tr. 52:14-22.
186 Meyers Dep. Tr. 16, 23, 53, 65.
187 Meyers Dep. Tr. 42:6-10, 128:10.
188 Meyers Dep. Tr. 48:10-13, 49:1-6.
189 Meyers Dep. Tr. 24:19-21, 25:11-26:3, 27:14-18, 32:10-16; Meyers PFS.
190 Meyers Dep. Tr. 32:18-25.
191 Meyers Dep. Tr. 29-30.
192 Meyers Dep. Tr. 91:10-92:22.
193 Meyers Dep. Tr. 23:7-24:12.
194 Meyers Dep. Tr. 81:3-5-83:3.
195 Meyers Dep. Tr. 83:5-17, 85:9-20.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 26



petroleum, rotten egg, ammonia, and garbage.[196] Mr. Meyers could smell the odor both outside and inside his apartment.[197] The odor lingered after the relevant time period, but was *"not as bad,"* with Mr. Meyers ranking the odor a four.[198]

According to Mr. Meyers, the odor kept him from enjoying the pool at his apartment, opening his windows, and enjoying his patio during the relevant time period.[199] He added that his girlfriend had two dogs that he would take every day for walks to Lafreniere Park or Treasure Chest Casino to escape the odor.[200]

### 5.10.3  Health Complaints

Mr. Meyers believed the odor caused him a variety of symptoms. He testified that symptoms such as headaches, night sweats, joint pain, anxiety, sore throat, nose bleeds and vomiting.[201] He testified that these symptoms began around the winter of 2017 and subsided around the summer of 2020.[202] More specifically, Mr. Meyers stated his nausea occurred *"maybe twice a week"* and was a ten on a scale of one to ten, his night sweats occurred about three times a week and were so severe that he would be soaking wet, and his headaches occurred about five times a week.[203]

### 5.10.4  Lifestyle, Medication, and Confounders

Prior to July 2017, Mr. Stanley Meyers had a medical and surgical history that included the following: arthritis, diabetes mellitus, heart disease, high blood pressure, high cholesterol, psychological problems, chronic prescription opioid use, myocardial infarction and a quadruple bypass.[204] In addition to those, Mr. Meyers' records report a history of fatigue, depression, difficulty sleeping, and poor circulation all before July of 2017 and continued to report those symptoms as the years went on.[205] Mr. Meyers' body mass index of 35.89,[206] calculated from his height of seventy-three inches and a minimum documented weight of two hundred thirty-two pounds, indicated he was obese.[207] Mr. Meyers reported having pain since 1996, with a disability of ninety percent calculated by the Unites States Navy.[208] As far back as 2015, Mr. Meyers' medical records stated that *"His joint problems, heart disease, diabetes, and mental health problems have clear and specific etiologies and diagnoses."*[209]

[196] Meyers Dep. Tr. 83:18-85:7; Meyers PFS.
[197] Meyers Dep. Tr. 89:12-16.
[198] Meyers Dep. Tr. 87:6-22.
[199] Meyers Dep. Tr. 60:8-10, 64:21-65:12, 67:22-69:2; Meyers PFS.
[200] Meyers Dep. Tr. 73:4-75:15, 90:24-91:4.
[201] Meyers Dep. Tr. 90:9-15, 99:2-25; Meyers PFS.
[202] Meyers Dep. Tr. 106:13-16.
[203] Meyers Dep. Tr. 103:25-104:12, 106-108
[204] WCI_MEYERS, STANLEY_BJC ("Meyers, Stanley_BJC"): 000148, 000153, 000380; 2023.06.20 LA Pain Specialists (CERT Med Recs) p. 73
[205] 2023.06.20 LA Pain Specialists (CERT Med Recs) p. 72; 2023.06.20 LA Pain Specialists (CERT Med Recs) p. 21-22, 31-32
[206] WCI_Meyers, Stanley_Norco-Ochsner-Lapalco_000329
[207] Meyers, Stanley_BJC: 000380
[208] Meyers, Stanley_BJC: 000147; CTEH 003887
[209] CTEH 003908



At a medical visit on January 25, 2018, Mr. Meyers stated that his diabetes had been out of control.[210] He had received a letter related to noncompliance from his doctors stating that if he did not follow up on his diabetes care, then he would have to find another provider.[211] Pharmacy records also stated that he was non-compliant with his medications and did not check his blood sugar frequently.[212] His recorded hemoglobin A1C levels were between 13.4 and 13.6 in 2017 and 2018 and reached 14.5 in 2019.[213] Elevated blood pressure readings were noted throughout the reviewed medical records from January 2019 through November 2019.[214] According to his medical records, Mr. Meyers visited the Louisiana Pain Specialists in May of 2017 for a follow-up and discussion of pain management from his motor vehicle accident that occurred on March 15, 2017.[215] It was recorded that his pain medication relieved approximately 90 percent of his pain and Mr. Meyers requested continuing this regimen. [216] Symptoms recorded during this visit were as follows: fatigue, poor circulations and limb swelling, sleep apnea, and anxiety.[217] Records from October 31, 2017 noted a discussion the doctors from Belle Meade Pain Medicine [group] had with Mr. Meyers on the serious outcomes of chronic opioid use and advised against the use of opioid therapy.[218] On January 25, 2019, Mr. Meyers noted increased neck pain since being involved in a motor vehicle accident that reportedly occurred in November of 2018.[219] On December 9, 2019, Mr. Meyers stated that his pain affected his sleep, mood, and ability to work and perform household duties.[220] In contrast, during his deposition, Mr. Meyers declined to list the specific injuries that resulted from his accident and advised he did not suffer any mental or emotional damage.[221] Though he took his medications as prescribed, he reported nausea whenever he did not take the medications with *"enough food."*[222]

Medical records from May of 2019 list a diagnosis of chronic kidney disease, likely due to diabetic nephropathy.[223] In July of the same year, doctors made a note of two cysts in his left kidney and an additional examination was recommended.[224]

[210] Meyers, Stanley_BJC: 000143
[211] WCI_Meyers, Stanley_Norco-Ochsner-Lapalco_000030; 2023.06.20 LA Pain Specialists (CERT Med Recs) p. 17
[212] CTEH 003782
[213] WCI_Meyers, Stanley_Norco-Ochsner-Lapalco_000038, 000039; CTEH 000708
[214] Meyers, Stanley_BJC: 000108, 000113, 000117, 000125, 000130; CTEH 003764
[215] 2023.06.20 LA Pain Specialists (CERT Med Recs) p. 35
[216] 2023.06.20 LA Pain Specialists (CERT Med Recs) p. 35
[217] 2023.06.20 LA Pain Specialists (CERT Med Recs) p. 36
[218] 2023.05.18 Ohsner Main Campus (CERT Med Recs) p. 571
[219] Meyers, Stanley_BJC: 000130, 000301; 2023.05.18 Ochsner Main Campus (CERT Med Recs) p. 697; 2023.06.20 LA Pain Specialists (CERT Med Recs) p. 35; Meyers Dep. Tr. 121:24.
[220] WCI_Meyers, Stanley_Culicchia Neurological Clinic_000030
[221] Meyers Dep. Tr. 121-124
[222] WCI_Meyers, Stanley_Norco-Ochsner-Lapalco_000150
[223] 2023.05.18 Ochsner Main Campus (CERT Med Recs) p. 126
[224] 2023.06.29 Ochsner Main Campus (CERT Med Recs) p. 28-30

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 28



Per the reviewed medical records dated 2014, Mr. Meyers was noted to be a former smoker, but in records dated in November of 2017 it was documented that he smoked less than a pack per day.[225] Per reviewed records dated December 6, 2019, Mr. Meyers' social history included smoking and social alcohol use.[226] Medical records are consistent with his testimony that he reported smoking a cigar about once a week and ten cigarettes per day.[227] His smoking habits were consistent during the relevant time period.[228]

## 5.11  Reshaun Richardson

### 5.11.1  Background

Ms. Richardson was born on September 30, 1976.[229]  She has one daughter, Helena Lashay Jefferson.[230] She currently resides at 500 Avenue H, Apartment B in Marrero, Louisiana, and she has lived at that address since April of 2020.[231] Between 2014 and April 2020, Ms. Richardson resided at 624 Wilker Neal Avenue in River Ridge, which is the location she claims that her injuries occurred.[232] Ms. Richardson testified that her daughter lived with her starting in 2014 and moved out sometime in 2019.[233]

Ms. Richardson testified she became aware that a landfill was producing an odor after Mike Yenni announced it on the news.[234] However, at ther deposition, she could not recall which landfill was part of the lawsuit and was not familiar with Jefferson Parish Landfill.[235] She explained that she did not contact a lawyer about the odor issue but instead completed some paperwork that came to her email.[236]

### 5.11.2  Odor Experience

Ms. Richardson testified that her alleged odor exposure began sometime in 2017 and ended in January 2020.[237] According to Ms. Richardson, she experienced the odors all day, every day, beginning in the summer of 2017 until she moved in April 2020.[238] The odor was allegedly her reason for moving in April 2020.[239]

---

[225] Meyers, Stanley_BJC: 000149, 000367; 2023.06.20 LA Pain Specialists (CERT Med Recs) p. 118
[226] Meyers, Stanley_BJC: 000301
[227] Meyers Dep. Tr. 36:9-25.
[228] Meyers Dep. Tr. 36:17-18
[229] Richardson Dep. Tr. 10:17-18; Richardson PFS.
[230] Richardson Dep. Tr. 10:3-11; Richardson PFS.
[231] Richardson Dep. Tr. 10:2011:17.
[232] Richardson: p. 12:8-13:14, 81:6-20; Richardson PFS.
[233] Richardson Dep. Tr. 23:22-25:2, 64:24-65:2.
[234] Richardson Dep. Tr. 107:14-23, 123:17-24.
[235] Richardson Dep. Tr. 39:10-25.
[236] Richardson Dep. Tr. 107:25-108:12.
[237] Richardson Dep. Tr. 81:22-82:5; Richardson PFS.
[238] Richardson Dep. Tr. 82:7-24, 87:19-88:5, 93:4-11, 108:14-109:5; Richardson PFS.
[239] Richardson Dep. Tr. 88:1189:1, 92:15-93:5.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 29



Despite not selecting *"rotten egg"* as one of the few options available in her plaintiff fact sheet for odor descriptor,[240] at her deposition, Ms. Richardson testified that the odor smelled like sewer and rotten eggs and was the strongest at midday.[241] In 2017, Ms. Richardson called her landlord, Douglas Brown, because she thought the strong smell was coming from her sewer.[242] Mr. Brown recalls checking the property for this sewer issue and found that a cap on the sewer line under the house was not plugged or capped, which he testified was probably what resulted in the sewer smell.[243]

Ms. Richardson also testified that the odor had permeated her personal belongings so badly that she had to throw out her clothes and sofa.[244] She added that she constantly cleaned her home and sprayed her air filters with Lysol to keep the odor out.[245]

### 5.11.3  Health Complaints

Ms. Richardson testified that the odor caused her headaches, nausea, restless sleeping, and fidgeting.[246] She also listed on her plaintiff fact sheet that she was experiencing sinus issues and allergies as her only symptoms.[247] She explained fidgeting to be a form of anxiety and uncomfortableness.[248] However, Ms. Richardson noted she was not medically diagnosed with anxiety until sometime in 2022.[249] At the time of her diagnosis, Ms. Richardson believed that her anxiety was triggered from her car accident in 2021 and the loss of her job.[250] Lastly, Ms. Richardson believed the odors affected her personal life and prohibited her from sitting outside and spending time with friends and neighbors.[251]

### 5.11.4  Lifestyle, Medications, and Confounders

Ms. Reshaun Richardson's medical records noted she is overweight.[252] Per the medical records, Ms. Richardson abstained from alcohol, tobacco, and illicit drugs.[253] Prior to July of 2017, Ms. Richardson's medical history was notable for the following diagnoses: allergic rhinitis, insomnia, abdominal bloating, abdominal pain, constipation, nausea and vomiting, depression, dermatitis, hypertension, motor vehicle accident, type II diabetes, and vitamin D deficiency.[254] In review of the medical records, it was noted that

---

240 Richardson Dep. Tr. 122:6-123:2.
241 Richardson Dep. Tr. 82:25-83:7, 83:16-85:3, 89:7-12, 117:24-118:8, 119:25-120:16; Richardson PFS.
242 Richardson Dep. Tr. 85:1, 87:2
243 Brown Dep. Tr. 18:1-5, 18:18-23
244 Richardson Dep. Tr. 41:13-42:3.
245 Richardson Dep. Tr. 41:13-42:13, 119:1-23.
246 Richardson Dep. Tr. 41:9-22, 45:19-21.
247 Richardson PFS
248 Richardson Dep. Tr. 45:22-23.
249 Richardson Dep. Tr. 46:7-22.
250 Richardson Dep. Tr. 53:7-54:8.
251 Richardson Dep. Tr. 99:1-12, 103:19-25; Richardson PFS.
252 Richardson_000017, 003672
253 Richardson_000017
254 Richardson_000014, 000015, 000364, 004043, 004128, 004229, 004265, 004437, 004776, 004490, 005117

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 30



Ms. Richardson had experienced side effects from medications and had medication doses changed or the medication discontinued in response.[255]

Emergency room notes from May 2, 2009, show that Ms. Richardson visited for a headache that she rated as an eight out of ten on a pain scale and had induced physical symptoms of nausea and vomiting. A head CT during the same visit showed 6mm wedge of calcification that could be a cyst.[256] A doctors visit on September 26, 2012 showed that she had two lumps on her scalp that were tender to the touch and seemed to be associated with her headaches.[257] On September 28, 2015, Ms. Richardson was prescribed Excedrin migraine for her diagnosis of acute frontal sinusitis, associated with frontal headaches.[258] In April of 2016, Ms. Richardson reported having headaches, associated with her sinus symptoms, occurring two times per week.[259]

As early as August 2006, Ms. Richardson presented with symptoms of dizziness, nausea, vomiting, and a diagnosis of gastroenteritis.[260] It was reported that on April 2, 2013, Ms. Richardson was experiencing vomiting and intermittent stomach aches for the last week and stated that she would sometimes vomit if she does not eat in the mornings.[261] On June 12, 2013 she was diagnosed with chronic constipation and fatty food intolerance after presenting at the emergency department with vomiting and constipation that she had been experiencing since early April.[262] In 2014, her medical records stated that she admits to experiencing weekly constipation and has to frequently take stool softener and laxatives to alleviate stomach cramps.[263] On October 21, 2014 she was diagnosed with viral gastroenteritis.[264] Around January of 2016, Ms. Richardson initially reported complaints of abdominal pain and constipation.[265] In April of 2016, Ms. Richardson continued to have complaints related to abdominal pain and constipation, despite medication management with daily MiraLAX.[266] A gastroenterology evaluation was completed in July of 2016 with a trial of Linzess prescribed for constipation.[267] Ms. Richardson continued to report gastrointestinal problems and was seen in the emergency room on February 16, 2017, with complaints of abdominal pain and nausea and vomiting.[268] Lab work drawn on June 21, 2019, returned positive for Helicobacter Pylori, a bacteria of the stomach and the most common cause of peptic ulcer disease.[269] Ms. Richardson was seen in August of 2019 for symptoms of gastroesophageal reflux disease; on August 14,

[255] Richardson_000364, 001259, 002037, 002860
[256] WCI_Richardson, Reshaun_Ochsner - Main_000211, 000212, 000215
[257] WCI_Richardson, Reshaun_Ochsner-Main_011880
[258] Richardson_004930-4932
[259] Richardson_004775
[260] Reshaun_Ochsner - Main_000129, 00013
[261] WCI_Richardson, Reshaun_Ochsner-Main_011679
[262] WCI_Richardson, Reshaun_Ochsner-Main_011548, 011549
[263] WCI_Richardson, Reshaun_Ochsner-Main_011222
[264] WCI_Richardson, Reshaun_Ochsner-Main_011155
[265] Richardson_004434
[266] Richardson_004775-4776
[267] Richardson_004437
[268] Richardson_004228-4229
[269] Richardson_003107-3108, 003143

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 31



2020, it was reported that Ms. Richardson's symptoms of acid in the mouth and burning of her esophagus and throat did not resolve after her treatment of Helicobacter Pylori and that she took Pantoprazole since that time.[270] An esophagogastroduodenoscopy (EGD), completed around August of 2019, reported erythematous mucosa, without bleeding, in the gastric antrum and non-bleeding duodenal ulcers in the duodenal bulb[271] On July 9, 2018[272] [273]

According to medical records, Ms. Richardson was diagnosed with type II diabetes in 2007.[274] Records show that on October 12, 2009, Ms. Richardson was experiencing nausea and vomiting in relation to an increase in her Metformin prescription,[275] and in 2010, she stopped taking it contributing to her diabetes being uncontrolled since she refused other methods of intervention.[276] On June 30, 2016, Ms. Richardson received a recommendation to schedule a diabetic education appointment due to elevated blood sugar levels, emphasizing the need for improved control.[277] In June of 2017, it was noted that Ms. Richardson was not checking her blood sugar; her Hemoglobin A1C was high at 7.5 percent.[278] Documented elevated Hemoglobin A1C levels were noted in October of 2017, December of 2017, July of 2018, October of 2018, December of 2018, January of 2019, and September of 2019.[279] On September 09, 2019, Ms. Richardson endorsed that she could not tell when she had an elevated blood sugar, but admitted to shakiness and sweating with low blood sugar readings.[280]

In July of 2016, Ms. Richardson admitted to being easily agitated, *"getting blue sometimes"*, and having a lack of concentration and motivation.[281] She was diagnosed with depression and referred to a psychology provider.[282]

On November 25, 2019, Ms. Richardson was recommended to take an iron supplement as her iron levels were low.[283] In August of 2020, it was reported that Ms. Richardson continued to be iron deficient.[284] A computed tomography (CT) scan was completed due to ongoing headache and fatigue; it was noted that Ms. Richardson had an accolade cyst, which was present on a remote study from 2009.[285]

---

[270] Richardson_001707-1711
[271] Richardson_002928, 002936
[272] Richardson_003637
[273] Richardson 000618
[274] Richardson_000364
[275] WCI_Richardson, Reshaun_Ochsner-Main_000258
[276] WCI_Richardson, Reshaun_Ochsner-Main_000351
[277] Richardson_004534
[278] Richardson_004019
[279] Richardson_002683, 003297-3298, 003652, 003838, 003865
[280] Richardson_002733
[281] Richardson_004042, 4489-4490
[282] Richardson_004042, 4489-4490
[283] Richardson_002506
[284] Richardson_001707
[285] Richardson_005391, 005394

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 32



### 5.12  Andrew Section

#### 5.12.1  Background

Andrew Section was born June 13, 1963.[286] His current residential address is 537 George Street, Avondale, Louisiana.[287] He has resided at this address since approximately 1980.[288] Mr. Section has held different maintenance roles throughout his career, and currently works for the Port of New Orleans assisting in cleaning up oil spills in the area.[289]

Mr. Section testified at his deposition that several of the original answers provided on his plaintiff fact sheet were not true. When asked about his answers he stated that he only recognized the back page of the fact sheet with his signature, however, the date is not in his handwriting, and he did not review the answers provided prior to signing the document.[290] His plaintiff fact sheet states that he began smelling the odors in 2001, but at deposition testified that *"that is a false statement."*[291]

#### 5.12.2  Odor Experience

At his deposition, Mr. Section testified that he began noticing an odor he believed came from the JPLF in 2017.[292] Mr. Section testified that the odor he experienced was *"like a sour egg"* and *"it was an odor [he] never smelled before."*[293] Though his fact sheet stated that he could smell the odor when at the gas station and out shopping, Mr. Section initially testified that he could not smell anything outside of his home.[294] He then stated that during 2017 to 2020 *"you could smell it. It was loud. Loud."* all throughout Avondale.[295] He testified that during the relevant time-period he could smell the odor seven days a week with it being worse during the summertime than the winter.[296] At one point, he called the Jefferson Parish Sewage Department because he thought the smell was coming from the sewage.[297] Mr. Section did not make any other odor complaints.[298]

---

[286] Section Dep. Tr. 29:19; Section PFS.
[287] Section Dep. Tr. 20:21-22; Section PFS.
[288] Section Dep. Tr. 59:7-60:8.
[289] Section Dep. Tr. 41:4-15.
[290] Section Dep. Tr. 18, 19, 62:4-7.
[291] Section Dep. Tr. 66: 13-24
[292] Section Dep. Tr. 11:21-12:10, 66:13-25.
[293] Section Dep. Tr. 14:4-11.
[294] Section Dep. Tr. 50:21-25, 60:17-24, 62:4-10; Section PFS.
[295] Section Dep. Tr. 62:16-22.
[296] Section Dep. Tr. 63:16-20; 64:10-21.
[297] Section Dep. Tr. 93:21-94:7.
[298] Section Dep. Tr. 94:11-18.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 33



### 5.12.3  Health Complaints

Mr. Section testified that between 2017 to 2020, he experienced headaches, vomiting, and trouble sleeping.[299] In addition, his plaintiff fact sheet notes that he experienced a loss of appetite and stomach issues, earaches, runny eyes and nose, sinus problems.[300] He claimed that his headaches would typically happen more than once a day, and they could last for anywhere between one and three hours.[301] Mr. Section says that his vomiting would occur every two to three days during the week.[302] Mr. Section also testified that he lost a lot of weight due to the vomiting.[303] According to Mr. Section, he did not seek professional treatment for these symptoms or take over-the-counter medications for them.[304] It is noteworthy that there are no medical records provided for the time-period, 2017 to 2020, to confirm any medical treatment provided for the occurrences mentioned above.

### 5.12.4  Lifestyle, Medications, and Confounders

It is noteworthy that there are no medical records provided for the time-period, 2017 to 2020, to confirm any medical treatment provided for the occurrences mentioned above. However, per the reviewed medical records, Mr. Section had complaints of difficulty sleeping since Katrina in 2005[305] On September 3, 2022, it was noted that Mr. Section saw a psychiatrist around age eleven for anxiety, with associated symptoms of a nervous stomach, irritability, and trouble sleeping[306] On February 2, 2023, it was reported in his medical records that Mr. Section stated that his *"nerves have been bad since a child.*[307]

## 5.13  Jonathan Tate

### 5.13.1  Background

Jonathan Tate was born on December 31, 1992, and has lived in Jefferson Parish his entire life.[308] Since 2015, he has resided at 21 Richelle Street, Waggaman, Louisiana 70094, now with his wife Breana and his infant son, Jayden.[309] Jonathan has worked for CSX Transportation as a railroad freight conductor from September 2022 to present. Previously, he was employed as a security guard at various faculties from 2014 to 2019.[310] Following this, Mr. Tate worked as a cell tower operator from mid-2019 through May of

---

[299] Section Dep. Tr. 70:14-21, 76:23-25.
[300] Section PFS.
[301] Section Dep. Tr. 71:2-11, 73:7-10.
[302] Section Dep. Tr. 73:22-25.
[303] Section Dep. Tr. 74:6-20.
[304] Section Dep. Tr. 77:1-10.
[305] WCI_SECTION, ANDREW_JCHCC ("Section, Andrew_JCHCC"): 000020, 000031.
[306] Section, Andrew_JCHCC: 000014.

[308] Tate Dep. Tr. 13:20, 14:7-8; Tate PFS.
[309] Tate Dep. Tr. 37:13-20, 39:9-11, 40:12-16; Tate PFS.
[310] Tate Dep. Tr. 25:8-10.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 34



2020.[311] He has also been a member of the Army National Guard since 2013, where he has served as a federal technician, a role that included logistics, transportation, clerical work, and maintenance.[312] As a member of the National Guard Reserves, he has active service weeks and periodically attends trainings during the summer as well as one weekend locally every month. During the time period of 2017 to 2019, Mr. Tate was deployed outside of Jefferson Parish for approximately 13 weeks.[313] Included in his training, Mr. Tate travels once a year to train on shooting Howitzers artillery.[314]

### 5.13.2  Odor Experience

Mr. Tate testified that he first began experiencing an odor in 2012 or 2013, describing it as a faint rotten egg smell.[315]  He claims that when the odor started it would only occur about once or twice a month, and then it stopped in 2013.[316] A constant odor presence began in 2017.[317] During summer 2017, the odor occurred about three times a week; but beginning fall 2017 through summer 2019, the odor increased to five times a week.[318] He testified that this odor was *"a very strong sulfur and rotten egg smell."*[319] The frequency of the odor dropped back down to about three times a week in fall 2019; and starting winter of 2020, Mr. Tate no longer experienced odors.[320]

In addition to experiencing odors at his property, Mr. Tate noticed odors at his wife's mother's home on Azalea and at Waggaman Playground.[321] Mr. Tate testified that the odors affected the sports practices he coached at Waggaman Playground, and he had to cancel on average 50 percent of practices in spring of 2018.[322] Mr. Tate also testified that he smelled a light ammonia smell when he drove by the Cornerstone Chemical facility.[323]

### 5.13.3  Health Complaints

Mr. Tate testified that he began experiencing the following symptoms as a result of the odors: trouble sleeping, nausea and vomiting, headaches, cough, and he developed anxiety.[324] He classified these occasional symptoms as *"upper respiratory issues,"* and they were listed this way on his plaintiff fact

---

[311] Tate Dep. Tr. 28:12-14.
[312] Tate Dep. Tr. 16:8-13, 16:18-19, 16:24-17:4
[313] Tate Dep. Tr. 02.08.24 11, 62; Tate Int. #3
[314] Tate Dep. Tr. 18-19
[315] Tate Dep. Tr. 114:6-9, 114:13-16; Tate PFS
[316] Tate Dep. Tr. 114: 17-20, 115:2-6
[317] Tate Dep. Tr. 114:13-21
[318] Tate Dep. Tr. 115:21-116:3
[319] Tate Dep. Tr. 117:13-14
[320] Tate Dep. Tr. 120:11-14, 122:25; Tate PFS
[321] Tate Dep. Tr. 101:13-102:6 ; Tate Dep. Tr. 02.08.24 26, 31
[322] Tate Dep. Tr. 130:16-18 ; Tate Dep. Tr. 02.08.24 35, 36
[323] Tate Dep. Tr. 100:1-101:8
[324] Tate Dep. Tr. 119:2-23, 133:4-5

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 35



sheet.[325] Mr. Tate explained that his headaches would get so intense that he would wake up with them, despite taking over-the-counter medication.[326] At the time that he was experiencing nausea, he was throwing up twice a day at its worst.[327] Mr. Tate testified that he went to his primary care physician twice, in 2018, for his nausea and headaches where he received a diagnosis of an upper respiratory infection and was prescribed cough medicine and anti-nausea pills.[328]

### 5.13.4  Lifestyle, Medications, and Confounders

Prior to 2017, Mr. Jonathan Tate had a medical history that included hypertension, rhabdomyolysis, elevated liver enzymes, low back pain, and proteinuria.[329] According to his medical records, in 2013, Mr. Tate complained of headaches twice a week, which over-the-counter medication did not relieve, and was nauseous at times.[330] The notes indicate a family history of migraines that Mr. Tate had elevated blood pressure.[331] In 2014, the records indicate he reported daily episodes of midsternal chest pain associated with a shortness of breath and was diagnosed with hypertension and migraine headaches.[332] In 2016, Mr. Tate's body mass index was documented as 38.8, indicating obesity.[333] As time passed, Mr. Tate's weight continued to increase and by July of 2019 he was documented to be severely obese with a body mass index greater than 40.0.[334] Mr. Tate participated in military drills, where he endorsed jumping out of trucks and being outside in fields.[335] On July 24, 2019, it was reported that Mr. Tate had an allergic reaction to shellfish and had been seen by emergency providers.[336] On December 23, 2019, Mr. Tate presented to the clinic with complaints of sleep disturbance and fatigue.[337] The visit diagnoses included sleep apnea, anemia, and chronic kidney disease; lab work collected on December 23, 2019, reported low hemoglobin and hematocrit values and an elevated creatine kinase level.[338] Historical records show that Mr. Tate has documented daily episodes of chest pain and shortness of breath. Mr. Tate was diagnosed with Migraine in February of 2014. Mr. Tate also reported with a history of headaches twice per week during an emergency department visit on December 2013, with reports of nausea, during his evaluation it was noted that the headache may be secondary to his elevated blood pressure.

---

[325] Tate Dep. Tr. 134:14-135:2; Tate PFS
[326] Tate Dep. Tr. 133:4-5, 133:14-18
[327] Tate Dep. Tr. 133:25-134:3 ; Tate Dep. Tr. 02.08.24 60
[328] Tate Dep. Tr. 135:11-25, 136:5-9, 137:8-10, 154:3-6
[329] WCI_Tate, Jonathan_IC ("Tate, Jonathan_IC"): 000138, 000144-145
[330] WCI_Tate, Jonathan_UMC-000789
[331] WCI_Tate, Jonathan_UMC-000789
[332] WCI_Tate, Jonathan_UMC-000728
[333] Tate, Jonathan_IC: 000146
[334] Tate, Jonathan_IC: 000084
[335] Tate, Jonathan_IC: 000141, 000144
[336] Tate, Jonathan_IC: 000082, 000084
[337] Tate, Jonathan_IC: 000065
[338] Tate, Jonathan_IC: 000066, 000204

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 36



### 5.14  Terrance Thompson

#### 5.14.1  Background

Terrance Thompson was born on April 23, 1990, and lives at 1116 South Starrett Rd. in Metairie, Louisiana with his father, Tyrone Thompson, and mother, Vernice Lewis. Mr. Thompson has resided at this address since 2005.[339] Mr. Thompson currently works as a delivery driver for Bunzl. He was previously employed by Crescent Crown from 2016 to 2021 as a delivery driver and the Jefferson Parish Streets Department as a skilled laborer, construction worker, and driver from 2009 to 2016.[340]

#### 5.14.2  Odor Experience

Mr. Thompson stated on his plaintiff fact sheet and at his deposition that he smelled odors from the Jefferson Parish Landfill, both inside and outside of the home, seven days a week for twenty-four hours a day from June 2017 to December 2019.[341] While the most frequent odor he says he encountered at the property was garbage smells, he also says that he encountered chemical smells describing them as *"…smelly garbage, chemicals. It was just a bad odor."*[342] On his fact sheet, Mr. Thompson also named chemical plants, oil refineries, wastewater treatment plants, barge loading and unloading, and other landfills as possible sources of odor in the area; however, at his deposition testified that those statements were not correct and that only the JPLF is responsible for the odors.[343] Along with odors, Mr. Thompson also testified to seeing a dark colored, smokey, dust like material in the air outside his home.[344]

#### 5.14.3  Health Complaints

Mr. Thompson stated that he began experiencing symptoms he attributed to the Jefferson Parish Landfill in summer of 2017. Symptoms pertinent to this case included nausea, vomiting and headaches. He has also testified to experiencing sinus and breathing issues and chronic stuffy nose. Mr. Thompson stated on his plaintiff fact sheet that his symptoms also included burning eyes and vomiting.[345] He was prescribed medication by doctors for his chest congestion and stuffy nose, and also used over-the-counter nasal spray to try to treat his symptoms.[346] Mr. Thompson testified that he went to the doctor at least *"every other month"* from 2017 to 2019 due to his various symptoms.[347] Due to the odors, he said that he could no

---

[339] Thompson PFS; Thompson Dep. Tr. 15, 19, 50
[340] Thompson Dep. Tr. 24, 25, 26, 29
[341] Thompson PFS; Thompson Dep Tr. 31, 32, 71, 72.
[342] Thompson PFS; Thompson Dep. Tr. 32:13-14.
[343] Thompson PFS; Thompson Dep. Tr. 78, 79.
[344] Thompson Dep. Tr. 79.
[345] Thompson PFS; Thompson Dep. Tr. 85.
[346] Thompson Dep. Tr. 83, 85.
[347] Thompson Dep. Tr. 94: 9-10.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 37



longer run or workout daily, not able to relax, and could no longer have family gatherings or barbecues outside.[348]

### 5.14.4  Lifestyle, Medications, and Confounders

Prior to July 2017, Mr. Terrance Thompson had significant documented medical history for acute pansinusitis, acute pharyngitis, acute upper respiratory infection, and throat pain.[349] Mr. Thompson's throat pain was noted to be associated with a headache.[350] Based upon multiple lab reports, he showed signs of anemia.[351] On October 21, 2018, Mr. Thompson was seen for sinus problems, reported to be recurrent and associated with symptoms of congestion and sinus pressure.[352] A diagnosis of seasonal allergic rhinitis, with an unspecified trigger, was diagnosed on the October 21, 2018, visit; seasonal allergic rhinitis, due to pollen, was diagnosed on an encounter dated April 16, 2019.[353]

## 5.15  Tyrone Thompson

### 5.15.1  Background

Mr. Tyrone Thompson, born on April 9, 1961, resides at 1116 South Starrett Road in Metairie, Louisiana, and has done so since 2004.[354] He lives there with his partner Vernice Lewis, son Terrance Thompson, and mother-in-law Maxine.[355] Mr. Thompson has been on disability for fifteen years, but formerly worked for River Parish Disposal and Bunzl Paper Company where he drove trucks.[356]

### 5.15.2  Odor Experience

According to his fact sheet response, Mr. Thompson began experiencing an odor on his property seven days a week in the summer of 2017, and the frequency of exposure continued through the winter of 2019.[357] At his deposition, Mr. Thompson testified that the odor he experienced lasted until July of 2020, with it decreasing in prevalence to about 3 days a week.[358] He describes the odors as *"…like a rotten stinking egg. And a dead body,"* rating them a ten out of ten intensity for 2017 through 2020 and stating that they were present twenty-four hours a day, seven days a week.[359] Mr. Thompson states that *"in '21 it got better,"* and he was able to resume the family gatherings, parties, and crawfish boils that they used

---

[348] Thompson PFS.
[349] WCI_THOMPSON_TERRANCE_IC ("Thompson_Terrance_IC"): 000003; WCI_THOMPSON, TERRANCE_OCH-NOLA ("Thompson_Terrance_OCH-NOLA"): 000044, 000286, 000335.
[350] Thompson_Terrance_OCH-NOLA: 000040.
[351] Thompson_Terrance_OCH-NOLA: 000188, 000276.
[352] Thompson_Terrance_OCH-NOLA:000247.
[353] Thompson_Terrance_OCH-NOLA: 000230, 000248.
[354] Thompson Dep. Tr. 12, 35; Thompson PFS.
[355] Thompson Dep. Tr. 18, 19; Thompson PFS.
[356] Thompson Dep. Tr.  21, 23.
[357] Thompson PFS.
[358] Thompson Dep. Tr. 94, 95, 97.
[359] Thompson Dep. Tr. 98:4-5; p. 99, 100, 101, 102.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 38



to have.[360] Despite these odors, Mr. Thompson says that he never made formal complaints to Jefferson Parish Landfill or the Louisiana Department of Environmental Quality, did not make any complaints on Facebook groups or any social media, and never complained to family or friends about the odors outside of those who live with him.[361] Mr. Thompson's plaintiff fact sheet states that along with Jefferson Parish Landfill he also feels that chemical plants in the area were contributing to the odors on his property. However, at his deposition, Mr. Thompson changed his position stating that the answer regarding chemical plants was incorrect.[362]

### 5.15.3  Health Complaints

Mr. Thompson testified that he experienced the following symptoms in relation to the odors on his property: upset stomach, nausea, breathing problems, headaches, and runny and watery eyes.[363] His plaintiff fact sheet also included coughing and allergies as symptoms.[364] He claims that at first he believed these symptoms were related to an annual virus; but when the symptoms allegedly persisted beyond seven days, he began to believe that the symptoms were caused by something else.[365] Mr. Thompson claims that he was experiencing these symptoms daily from 2017 through 2019, and they would last a few hours at a time.[366] Mr. Thompson claims that he would vomit *"about once a day"* due to nausea he was experiencing from 2017 through 2019.[367] He also claimed the odors caused him to have a headache and feel dizzy.[368] His runny and watery eyes would happen regardless of whether he was indoors or outdoors, and he still experiences runny and watery eyes occasionally.[369] He testified that he still has headaches when he wakes up every morning, and he rates the pain as an eight out of ten. He also does not take any medication for them as they only last about thirty minutes now.[370] Mr. Thompson states that from July 2017 to about the middle of 2019 he would have a hard time breathing when he would go from outside to inside and that it was different from just being out of breath from smoking.[371] He testified that he smokes a half a pack of Kools cigarettes a day.[372] During this time-period he only addressed symptoms with his primary care doctor but did not receive any prescription medication; he simply took Pepto Bismal and Tylenol on his own.[373]

---

[360] Thompson Dep. Tr. 99:11; p. 159.
[361] Thompson Dep. Tr. 107, 109.
[362] Thompson Dep. Tr. 87; Thompson PFS.
[363] Thompson Dep. Tr. 105; Thompson PFS.
[364] Thompson PFS.
[365] Thompson Dep. Tr. 105.
[366] Thompson Dep. Tr. 125, 126, 127, 128, 129.
[367] Thompson Dep. Tr. 160:25; p. 161.
[368] Thompson Dep. Tr. 128.
[369] Thompson Dep. Tr. 126, 127.
[370] Thompson Dep. Tr. 129, 130.
[371] Thompson Dep. Tr. 130, 131.
[372] Thompson Dep. Tr. 61.
[373] Thompson Dep. Tr. 110, 112.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 39



### 5.15.4  Lifestyle, Medications, and Confounders

Prior to July of 2017, Mr. Tyrone Thompson had a medical history significant for obesity, tobacco use, hyperlipidemia, hypertension, hyponatremia, abdominal pain, diverticulitis of the colon, and sinus tachycardia.[374] It was documented in the medical records that Mr. Thompson's abdominal pain was associated with nausea and non-bloody, food content vomiting, reportedly consistent with gastroenteritis versus dyspepsia.[375] Polypharmacy was noted in the reviewed medical records; symptoms of which can be a result of drug interactions or side effects of drugs.[376]

On February 4, 2015, Mr. Thompson was diagnosed with an opioid dependency.[377] Doctor's notes show that he was on Vicodin *"like clockwork."*[378] associated with long-term opioid dependency including respiratory depression, somnolence, and immune and endocrine dysfunction.[379] Mr. Thompson was prescribed Lortab, a form of hydrocodone and acetaminophen, through June of 2017 and reported that *"Lortab gives [him] a headache."*[380] Records from March 26, 2019, show that a urine drug screen was positive for oxycodone, which he was not prescribed. This was the second time he had this violation with the first being in 2018.[381]

Mr. Thompson's tobacco history included one pack of cigarettes a day for twenty years, as reported in the medical records dated in 2015.[382] In addition, Mr. Thompson had a stent placed in his left leg for a blockage in 2015 and now walks with a cane.[383] Medical records state that Mr. Thompson was prescribed Xanax for anxiety on May 25, 2017.[384]

### 5.16  Mary Ann Winningkoff

### 5.16.1  Background

Mary Ann Winningkoff was born on March 9, 1944.[385] Ms. Winningkoff resides at 47 Donelon Drive, Harahan, Louisiana, 70123 and has lived there since late 2005.[386] She retired from the Louisiana Army and Air National Guard in 2004 after 26 years of service.[387] Ms. Winningkoff and her husband were married

---

[374] 2023.06.01. Thompson_Lewis_RFRD Produced_Supplemental ("Thompson_Lewis"): 0077, 0079, 0097, 0108, 0319, 0530; WCI_Thompson, Tyrone_Ochsner-Metarie_0000007.
[375] Thompson_Lewis: 0319.
[376] Thompson_Lewis: 0408, 0416.
[377] WCI_Thompson, Tyrone_Ochsner-Kenner_000032.
[378] WCI_Thompson, Tyrone_UMC_000100-101
[379] WCI_Thompson, Tyrone_Ochsner-Kenner_000038.
[380] WCI_Thompson, Tyrone_UMC_000286
[381] WCI_Thompson, T_La Pain Specialists_000090, 000096; WCI_Thompson, T_La Pain Specialists_000244
[382] Thompson_Lewis: 0070, 0078, 0302.
[383] Thompson Dep. Tr. 115, 133.
[384] WCI_Thompson, T_La Pain Specialists_000310.
[385] Winningkoff Dep. Tr. 19:4-5; Winningkoff PFS; Winningkoff Medical Records.
[386] Winningkoff Dep. Tr. 43:10-17; Winningkoff PFS.
[387] Winningkoff Dep. Tr. 21:14-22:25.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 40



for 25 years before he passed away on May 17, 2018.[388] Ms. Winningkoff has three daughters, and two stepsons.[389]

Ms. Winningkoff recognized the Plaintiff Fact Sheet and stated that she handwrote the responses herself and someone else typed it up.[390] She confirmed that she reviewed the document and signed it.[391] Ms. Winningkoff explained that she learned of the lawsuit through Facebook.[392]

### 5.16.2  Odor Experience

Ms. Winningkoff testified that she is not very familiar with the Jefferson Parish Landfill but believes it is located across the river.[393] Initially, she did not know where the odor was coming from, but she read online that her neighbors speculated the odor was coming from the Jefferson Parish Landfill.[394]

Ms. Winningkoff indicated that she experienced two odors from her residence: one she believed came from the Harahan Pump Station, but wasn't certain, and a much stronger odor coming from an unspecified location.[395] The odors first started at or around 2017, and she noted that she did not smell the odors from the pump station as frequently as the other *"sulfur smell."*[396] She differentiated the odor sources based on whether they were sulfurous in nature – she attributed the sulfur odors to the Harahan pump station, describing the odor as *"rotten egg type"* when driving by it.[397] She noted that odors from the Harahan pump station were at an eight, on a scale from zero to ten, ten being the worst.[398]

Ms. Winningkoff testified that she made an odor complaint in 2017 to LDEQ where she reported a strong odor, like that of *"sewage or gas petroleum fumes,"* being emitted from the Harahan sewage treatment plant after hearing that they were accepting Chalmette refinery waste.[399] However, when questioned about it later she testified, *"I [do] not remember typing [that] in."*[400]

When asked to describe the other odor she experienced between 2017 to 2019, Ms. Winningkoff stated it smelled like *"petroleum sulfate."*[401] She specified that the odor was worse around the summer months of 2017 and 2018.[402] She explained that the intensity would depend on the direction of the wind and the

[388] Winningkoff Dep. Tr. 28:2-11.
[389] Winningkoff Dep. Tr. 28:13-16; Winningkoff PFS.
[390] Winningkoff Dep. Tr. 13-14.
[391] Winningkoff Dep. Tr. 14, 16.
[392] Winningkoff Dep. Tr. 151:18-152:8.
[393] Winningkoff Dep. Tr. 77:20-78:7.
[394] Winningkoff Dep. Tr. 79:14-80:1.
[395] Winningkoff Dep. Tr. 87:1-6, 91:11-92:1, 93, 115:7-19.
[396] Winningkoff Dep. Tr. 92:12-13, 93, 115; Winningkoff PFS.
[397] Winningkoff Dep. Tr. 115:7-19.
[398] Winningkoff Dep. Tr. 93:19-20, 94, 115.
[399] Winningkoff Dep. Tr. 84-86, 95, 90:1.
[400] Winningkoff Dep. Tr. 168:15.
[401] Winningkoff De. Tr. 98:17; Winningkoff PFS.
[402] Winningkoff Dep. Tr. 100, 101, 102.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 41



time of year.[403] She advised that she would leave in the mornings to run her errands in places where the odor was not present.[404] She also stated that, unless she had to, she would avoid going outside at her home.[405] Ms. Winningkoff testified she would *"very seldom"* notice an odor by 2019 defining *"very seldom"* to mean every few months.[406]

Ms. Winningkoff testified that her grandkids would sometimes come and visit between 2017 and 2019, unless the odor was bad, then she would go visit them.[407] According to her Plaintiff Fact Sheet, Ms. Winningkoff was unable to have guests over, unable to sit outside on her patio, and unable to garden or walk due to the odor.[408] In addition to her personal residence, Ms. Winningkoff claims she experienced odors in the River Ridge and Harahan areas, including at both St. Rita and St. Mathew churches.[409]

### 5.16.3  Health Complaints

Regarding her own personal injuries, Ms. Winningkoff claimed that the odor caused debilitating migraines.[410] She noted that she would get a migraine every time she would smell the *"sulfur smell."*[411] When asked if she still experiences migraines, she stated, "*not really. I haven't had one in a good while.*"[412] Ms. Winningkoff testified that her headaches would subside if she left the house where she experienced odors.[413] Ms. Winningkoff also listed eye irritation and swelling, trouble breathing, and a tight chest as symptoms she experienced on her plaintiff fact sheet.[414]

### 5.16.4  Lifestyle, Medications, and Confounders

Prior to July of 2017, Ms. Winningkoff had a documented medical history that included the following: hypertension, hypercholesterolemia, morbid obesity, hypothyroidism, gastroesophageal reflux disease, headache, chronic sinusitis, obstructive sleep apnea, malaise and fatigue, and menopause.[415]

Several side effects from medications were reported from the multitude of medications Ms. Winningkoff was taking.[416] For example, gastrointestinal disturbances were claimed side effects following antibiotic use in August of 2019.[417] During a telephone encounter in 2007, Ms. Winningkoff reported poor sleep and

---

[403] Winningkoff Dep. Tr. 100, 101, 102.
[404] Winningkoff Dep. Tr. 111.
[405] Winningkoff Dep. Tr. 111, 112.
[406] Winningkoff Dep. Tr. 106, 107:2.
[407] Winningkoff Dep. Tr. 170-171.
[408] Winningkoff PFS.
[409] Winningkoff Dep. Tr. 103:22-105:7.
[410] Winningkoff Dep. Tr. 88, 110, 112; Winningkoff PFS.
[411] Winningkoff Dep. Tr. 136:12.
[412] Winningkoff Dep. Tr. 137:7-8.
[413] Winningkoff Dep. Tr. 135-136:1-2.
[414] Winningkoff PFS.
[415] WCI_WINNINGKOFF, MARY_OCH-NOLA_000096, 000109, 000111, 000114, 000127, 000263, 000344, 004128.
[416] WCI_WINNINGKOFF, MARY_OCH-NOLA_000186; 003614; WCI_WINNINGKOFF, MARY_Claiborne Derm_000025.
[417] WCI_WINNINGKOFF, MARY_OCH-NOLA_002350-2351.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 42



snoring; a sleep study was recommended for her diagnosed obstructive sleep apnea.[418] In January of 2017, Ms. Winningkoff inquired about her recommended weight loss amount, and it was suggested for her to continue to lose weight until she reached a body mass index (BMI) of less than thirty.[419]

Per the medical records dated May of 2014, Ms. Winningkoff's husband had been ill, and Ms. Winningkoff was reported to have been under stress.[420]  In May of 2018, it was noted that Ms. Winningkoff's husband was in hospice; stress, along with weight gain, was again noted.[421]  In October of 2018, it was reported that Ms. Winningkoff's husband had recently died, and she had recently sustained a fall injury.[422] During that time, Ms. Winningkoff had a recorded body mass index of 35.2; her severe obesity was documented as a contributing factor of her comorbidities.[423] In May of 2019, it was reported that her sister-in-law had recently died; and Ms. Winningkoff had situational depression, weight gain, and increased headaches.[424] A body mass index of 36.9 was recorded, and her severe obesity was again noted to be a contributing factor of her comorbidities.[425]

In the reviewed medical records, it was noted that Ms. Winningkoff had headaches with exacerbation of allergic rhinitis.[426] Sinus problems, with associated headaches and sinus pressure, were reported in November of 2017 and February of 2018 with a documented diagnosis of upper respiratory infection.[427] Information was provided related to her viral upper respiratory illness.[428]  Additionally, it was noted that Ms. Winningkoff had chronic, recurrent rhinitis since childhood, with *"sinus infections"* occurring approximately twice per year.[429] Allergy testing was completed and was reportedly high for dust mites and cat dander.[430] After placement of temporary, bilateral lacrimal tubes, Ms. Winningkoff claimed immediate relief of her headaches.[431]

## 6.0   OPINIONS

### 6.1   The scientific causation methodology must be followed when attributing an adverse

---

[418] WCI_WINNINGKOFF, MARY_OCH-NOLA_000127.
[419] WCI_WINNINGKOFF, MARY_OCH-NOLA_003475-3476.
[420] WCI_WINNINGKOFF, MARY_OCH-NOLA_004126.
[421] WCI_WINNINGKOFF, MARY_OCH-NOLA_003074.
[422] WCI_WINNINGKOFF, MARY_OCH-NOLA_002671.
[423] WCI_WINNINGKOFF, MARY_OCH-NOLA_002673-2674.
[424] WCI_WINNINGKOFF, MARY_OCH-NOLA_002395-2397.
[425] WCI_WINNINGKOFF, MARY_OCH-NOLA_002399.
[426] WCI_WINNINGKOFF, MARY_OCH-NOLA_000109.
[427] WCI_WINNINGKOFF, MARY_OCH-NOLA_003188-3189, 003215-3216.
[428] WCI_WINNINGKOFF, MARY_OCH-NOLA_003190.
[429] WCI_WINNINGKOFF, MARY_OCH-NOLA_002620.
[430] WCI_WINNINGKOFF, MARY_OCH-NOLA_002593, 002602.
[431] WCI_WINNINGKOFF, MARY_OCH-NOLA_002620.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 43



condition to exposure to a chemical, such as hydrogen sulfide.

In order to attribute an adverse condition to a chemical exposure, a valid scientific causation analysis is required. In this case, the trial Plaintiffs allege nuisance injuries and various non-specific health effects (e.g., headaches, nausea, vomiting, loss of appetite, sleep disruption, dizziness, fatigue, anxiety, and worry) as a result of exposure to odors purportedly emitted from the JPLF.

Established and generally accepted methods exist for determining cause and effect relationships, including whether an individual's disease or adverse condition or health effect was caused by an alleged chemical exposure. To establish that an alleged chemical exposure resulted in any adverse health condition, two separate analyses must be performed: a general causation analysis and a specific causation analysis.

1. General causation is the scientific determination as to whether or not the chemical in question can cause a particular condition in the general population at some specified dose. It is a determination of what toxicities the chemical is known to produce in humans. During this analysis, the scientist using this method must ensure that the studies relied upon are known to be internally valid studies (i.e., the observations cannot be explained by chance, bias, confounding or some other factor related to the experimental design of the study).

2. Specific causation is a scientific determination as to whether a known or alleged chemical exposure an individual may have received was the most likely cause of the injuries or diseases that individual has and to whether there was an absence of alternate causes that could have resulted in the alleged injuries or diseases.

The process for proving specific causation has been established in the scientific literature for many years.[432] If general causation has been established for a given chemical(s) and disease(s), the following additional steps are still required to establish specific causation in an individual person:

1. The exposure was of sufficient magnitude (concentration and duration) to produce the alleged condition or health effect in that person (satisfying the principle of dose-response).

2. The chemical exposure was temporally related to the onset of the alleged condition or health effect (satisfying the principle of temporality).

---

[432] Guzelian et al., 2005; Sackett et al., 1991; Sullivan, 1992.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 44



3.  Potential alternate causes of the condition or health effect (confounders) can be adequately ruled out as being the substantial cause of the condition or health effect (eliminating alternative possible etiologies for the condition).

4.  There is coherence and consistency in the evidence evaluated in this specific case (establishing that the evidence is consistent with all scientific facts).

Because both specific and general causation must be established, it is my opinion that if it were shown that the trial Plaintiffs were exposed to hydrogen sulfide at an average of 5 ppb or greater for 30 minutes, this would be inadequate to establish specific causation (i.e., that the trial Plaintiffs' alleged injuries were in fact caused by the exposure) without consideration of additional factors and alternate etiologies of the alleged injuries, as further discussed in this report.

## 6.2   There is insufficient scientific basis for Plaintiffs' claims that airborne exposure to 5 ppb hydrogen sulfide for 30 minutes is capable of causing their claimed nuisance health effects.

The Court previously ruled in its general causation decision that exposure to hydrogen sulfide at an average concentration of at least 5 ppb for 30 minutes is capable of causing headaches, nausea, vomiting, loss of appetite, sleep disruption, dizziness, fatigue, anxiety and worry, a decrease in quality of life, and loss of enjoyment and use of property. In reaching this conclusion, the Court cited Dr. Pam Dalton's statement that people need to be able to smell an odor as a "prerequisite" to experience symptoms. Under this framework exposures to hydrogen sulfide at 5 ppb for 30 minutes is necessary (i.e., a prerequisite) to elicit symptoms. But that is not sufficient for the specific causation inquiry - described above  because such exposure must also be sufficient to elicit a response. In other words, whereas smelling an odor may be <u>required</u> to elicit a response, smelling an odor may not be <u>sufficient</u> to elicit such a response in a particular person.

Applying that standard here where specific causation is being determined with respect to the 13 trial Plaintiffs, such a concentration must be sufficient to elicit a response in each particular trial Plaintiff and result in the health conditions for that particular trial Plaintiff. Said another way, is 5 ppb for 30 minutes a level at which each particular trial Plaintiff is able to detect, recognize, and be annoyed by hydrogen sulfide in the environment and to experience health conditions?

In applying this framework, it is important to understand how the WHO Regional Office for Europe defined its own guidance level and refer to other health-protective benchmarks and guidance values. As discussed in detail in Section 5.4 of this report and in my 2021 report, those types of health-protective benchmarks and guidance values inherently overestimate risk, as they are intended to be protective in nature. For

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 45



example, WHO qualified that its odor nuisance guidance value was established to minimize annoyance associated with odors by identifying a concentration of hydrogen sulfide—5 ppb for 30 minutes—that would result in annoyance in no more than 5% of the population for less than 2% of the time.[433] Even the most sensitive 5% of the population would not experience odor annoyance at this concentration for at least 98% of the time.  In other words, 95% of the population would not experience annoyance after 30 minutes of exposure to 5 ppb of hydrogen sulfide, and those that do would only experience annoyance for a very short period of time (i.e., less than 2% of the time).

This conservative nature of guidance levels is well described by the WHO in their health risk evaluation of hydrogen sulfide, stating that:

> "_Most probably, at concentrations below 1.5 mg/m³ (1 ppm) [1,000 ppb], even in exposure for longer periods, there are very few detectable health hazards in the toxicological sense_. The malodorous property of hydrogen sulfide is a source of annoyance for a large proportion of the general population at concentrations below 1.5 mg/m³ [1,000 ppb], but from the existing data it cannot be concluded whether any health effects result" emphasis added.[434]

In establishing the guideline, value of 5 ppb of hydrogen sulfide over 30 minutes, the WHO Task Group noted that odor nuisance would not generally be expected at this value:

> "_The Task Group considered that a level of 0.007 mg/m³ [5 ppb] averaged over 30 min should not produce odour nuisance in most situations._" emphasis added.[435]

The California Ambient Air Quality Standard (CAAQS) of 30 ppb is consistent with this concept. The California Air Resources Board notes that this is the level at which, on a population basis, is the average odor detection threshold (between 30 and 50 ppb), emphasizing that:

> "_health effects have only been reported with exposures greater than 50 ppm (eye irritation), considerably higher than the odor threshold based standard._"

and

> "_hydrogen sulfide is regulated as a nuisance based on its odor detection level. If the standard were based on adverse health effects, it would be set at a much higher level._" [436]

Given the conservatism of the WHO guidance value, it is my opinion that merely modeling hydrogen sulfide exceedances of the 5 ppb for 30 minutes guidance value proposed by WHO is insufficient and

---

[433] WHO, 2000
[434] WHO, 2000.
[435] WHO, 1981.
[436] CARB, 2023.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 46



unreliable evidence to demonstrate that any of these particular 13 trial Plaintiffs fell within the small percentage of individuals able to be annoyed at this low concentration. Moreover, it is my opinion that modeling hydrogen sulfide exposures to each of the 13 trial Plaintiffs' residences at this low level would not establish that such exposure would likely cause headaches, nausea, vomiting, loss of appetite, sleep disruption, dizziness, fatigue, or anxiety in each of the trial Plaintiffs.

Illustrating that modeling hydrogen sulfide exposure exposures does not, on its own, establish annoyance, 39 residents in the Jefferson Parish area signed declarations, stating that they either had no odor experience, or any odors they experienced did not impact their life, activities, or enjoyment of their property.[437] Several residents also noted they heard the news reports about the Jefferson Parish landfill, and did not believe it was a source of odors in the area.[438]

Without evidence that each trial Plaintiff fell within the most sensitive portion of the population when it comes to olfactory sensing, I cannot assume that any of the 13 trial Plaintiffs would in fact be impacted by exposure to hydrogen sulfide at the concentration established for general causation in this case. In fact, I am not aware of any evidence indicating the concentrations of hydrogen sulfide emissions at which each specific trial Plaintiff is able to detect, recognize, be annoyed, and experience health conditions.

In sum, guidance values for hydrogen sulfide exposures, including the WHO odor nuisance value of 5 ppb for 30 minutes, are inherently conservative and health protective. The Court's general causation standard, which tracks the WHO guidance level, does not establish that any of the trial Plaintiffs in fact experienced health conditions or annoyance caused by exposure to hydrogen sulfide emissions modeled by the experts in this case because it is unlikely that the 13 trial Plaintiffs would fall within the 5% of the population that would be bothered by such concentrations.

### 6.3   The Trial Plaintiffs' health conditions cannot be attributed to odorous emissions from the JPLF.

In conducting a valid causation analysis, potential alternate causes of alleged conditions must be addressed in order to determine whether the alleged injuries would have occurred regardless of any emissions from the JPLF. The health conditions alleged by the trial Plaintiffs throughout the litigation are identified in the chart below. While many of the trial Plaintiffs alleged additional health conditions in their fact sheet responses, these are not included in Table 2 because the Court did not allow claims based on those conditions to proceed past the general causation trial.

---

[437] WC_JPLF_00292017 - WC_JPLF_00292018; WC_JPLF_00292022 - WC_JPLF_00292024; WC_JPLF_00292026 - WC_JPLF_00292059; WC_JPLF_00539825-827; WC_JPLF00539833-834.
[438] *See e.g.*, Declaration of Vincent Barcelona (Aug. 17, 2019), Declaration of Sandra Bradford (Aug. 25, 2019), Declaration of Claude Lowe (Aug. 29, 2019).



**Table 2. Health Conditions Alleged by the Trial Plaintiffs (Pertinent to the Decision on General Causation)**

| Plaintiff | Health Conditions Alleged, Pertinent to this Case | |
|---|---|---|
| | Prior to General Causation Decision | Post General Causation Decision |
| Geneva Green | None | Headaches, anxiety, vomiting, fatigue |
| Scott Gremillion | Nausea, headaches | Nausea, headaches, sleep disruption |
| Wendy Gremillion | Nausea | Fatigue, headaches, sleepless nights, nausea, loss of appetite, worry |
| A.G. | Nausea | Headaches, nausea[439] |
| B.G. | Nausea | Headaches, fatigue[440] |
| Vernice Lewis | Vomiting, nausea | Nausea, vomiting, anxiety and worry |
| Stanley Meyers | Anxiety, headaches, nausea, vomiting | Vomiting, nausea, headaches, sleep disruption, anxiety |
| Reshaun Richardson | None | Headaches, nausea, restless sleep, anxiety |
| Andrew Section | Headaches, loss of appetite | Headaches, vomiting, fatigue |
| Jonathan Tate | None | Nausea, vomiting, headaches, sleep disruption, anxiety |
| Terrance Thompson | Vomiting, headaches | Nausea |
| Tyrone Thompson | Nausea | Nausea, headaches, dizziness, vomiting |
| Mary Ann Winningkoff | Headaches | Headaches, nausea |

These conditions identified by the trial Plaintiffs have several confounders, including medication, preexisting medical conditions and risk factors, family history, previous occupational exposures, and others. These symptoms also are nonspecific in nature and have a high prevalence rate in the general population. Thus, to evaluate whether any JPLF emissions more likely than not contributed to their alleged symptoms and health conditions, I evaluated each of these potential causes or contributors in the context of each of the plaintiffs' medical record history available to me. A summary of this evaluation is provided in sub-opinions 8.2.1 and 8.2.2, below.

---

[439] As noted in deposition testimony of Scott Gremillion and Personal Fact Sheets. S. Gremillion Dep. Tr. 55-56.
[440] As noted in deposition testimony of Scott Gremillion and Personal Fact Sheets. S. Gremillion Dep. Tr. 70-71, 74:3-4.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 48



### 6.3.1   The health conditions alleged by trial Plaintiffs are non-specific and occur frequently in the general population in the absence of exposures to odorous emissions.

Many of the symptoms alleged by the trial Plaintiffs, including headaches, nausea, vomiting, loss of appetite, sleep disruption, dizziness, fatigue, anxiety and worry, are common in the general population without any specific chemical exposure. Barsky & Borus found that 86-95% of the general population reports at least one of the common somatic (i.e., non-specific) symptoms in any given two- to four-week period and that a typical adult reports one or more non-specific health symptoms every four to six days.[441] These types of general symptoms have been demonstrated to be more common in surveys where there is a perceived threat of pollution, hazards, contamination, or other health threats, whether the threat is real or not.[442] Identifying the etiology of nonspecific symptoms would begin by characterizing the conditions appropriately. The following sections illustrate the prevalence and common occurrence of the health complaints alleged by the trial Plaintiffs:

**Headache**

Headaches refer to pain in any region of the head and may appear as sharp pains, throbbing, or a dull ache. Headaches are among the most common disorders of the nervous system, and the World Health Organization ("WHO") estimates that approximately 50% of adults experience headaches at least once per year.[443] Headaches were responsible for approximately 2.5% of all emergency department visits and were the 6th most common reason for an emergency department visit in 2020.[444]  Nearly three-quarters (75%) of all emergency department visits for headaches were among those aged 15 to 64 years. In addition, headaches were responsible for approximately 1.7% of all emergency department visits for people 15 to 64.[445] From 2016 to 2020, headaches were the 6th most common reason for an emergency department visit with a rate of 11.4 per 1,000 people.[446] Lipscomb et al., surveyed 404 females and 176 males via telephone and in-person interviews for prevalence of headaches during a one-year period, and the authors found headache prevalence for females and males recorded at 21.0% and 12.5%, respectively.[447]

**Nausea and Vomiting**

According to the NCHS, vomiting was among the top 6 principal reasons for an emergency department visit for children under 15 in 2020. Approximately 3.4% of all emergency department visits in the US among children under 15 years were due to vomiting. In many cases, nausea or vomiting are associated

---

[441] Barsky & Borus (1995).
[442] Watson & Pennebaker, 1989; Williams et al., 1993.
[443] WHO, 2016.
[444] CDC, 2023; NCHS, 2022.
[445] NCHS, 2022.
[446] Cairns et al., 2022; CDC, 2022a.
[447] Lipscomb et al., 1992.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 49



with diarrhea, fever, abdominal pain, headache, or weakness.[448] There are many apparent causes of nausea and vomiting symptoms.[449]

## Loss of Appetite

Loss of appetite is a non-specific symptom defined as a loss of the desire to consume foods, and it may result in weight loss as well as severely impacting individuals with pre-existing conditions.[450] Contributing factors associated with loss of appetite include anxiety, depression, stress, fatigue, nausea or vomiting, viral infections, constipation, certain cardiovascular diseases, aging dental problems like tooth pain, or pain in general.[451] Medications such as antibiotics, amphetamines, chemotherapy, and opioids also influence loss of appetite.[452] Any of these factors, or a combination thereof, could significantly influence loss of appetite.

## Sleep Disruption

In a three-part survey conducted by the California Department of Health Services (CDHS), males and females responded to self-administered questionnaires via mail (Study A), telephone interviews (Study B), and to in-person interviews (Study C) in order to determine one-year prevalence rates to four symptoms including sleep disturbance, skin irritation, eye irritation, and fatigue.[453] In Study A, authors surveyed 183 females and 171 males and reported a one-year prevalence rate of 42.1% and 36.5% for sleep disturbance, respectively. In Study B, authors surveyed 234 females and 76 males and reported a one-year prevalence rate of 15.8% and 18.4% for sleep disturbance, respectively. In Study C, authors surveyed 170 females and 100 males and reported a one-year prevalence rate of 17.2% and 9.1% for sleep disturbance, respectively. It is important to emphasize that the rates of symptoms reported are subjective.[454] Studies also show that menopause, a normal process in women while aging, influences sleep disruption.[455] Salari et al. (2023) conducted a meta-analysis of 41 studies regarding prevalence of sleep disorders during menopause.[456] The authors reported approximately 51.6% of postmenopausal women with sleep disorders.

Certain medications may induce sleep disruption. These common medications may include cold and allergy decongestant medications like Sudafed, mood and anxiety (antidepressant) medications like Prozac, stimulant medications like Adderall, steroid medications like dexamethasone, blood pressure medications like beta blockers, memory medications like Aricept, and more.[457]

---

[448] Frese et al., 2011.
[449] Mayo Clinic, 2022aª.
[450] Andreae et al., 2016; Banerjee et al., 2017.
[451] Asch et al., 2021
[452] Cleveland Clinic, 2022a.
[453] Lipscomb et al., 1992.
[454] Lipscomb et al., 1992.
[455] Baker et al., 2019; Salari et al., 2023
[456] Salari et al., 2023
[457] Garling, 2023; Lee, 2023

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 50



### Dizziness

Dizziness or lightheadedness are terms used to describe a range of feelings or sensations, which can include feeling faint, woozy, unsteady, or unbalanced. It is estimated that approximately 40% of the U.S. population will experience dizziness at some time in their lifetime.[458] The Centers for Disease Control and Prevention conducted an epidemiological study that suggested approximately 35% of adults aged 40 years or older will experience some form of dizziness in their lifetime.[459] In most cases, dizziness does not indicate a life-threatening condition but rather is the result of underlying causes.[460] Epidemiological studies investigating the causes of dizziness suggest that nearly 25% of the dizziness episodes experienced by patients are due to central causes, such as central vestibular disorders, migraines, and phobic causes.[461] Other known causes of dizziness include health conditions, motion sickness, inner ear disturbances, or pharmaceutical/medication side effects. Additionally, low blood pressure/poor circulation, low iron levels, low blood sugar, and overheating/dehydration are all known causes for symptoms of dizziness.[462] Risk factors for dizziness include age and previous history of dizziness episodes.[463]

### Fatigue

Fatigue is a common term used to describe tiredness or reoccurring exhaustion that is both constant and limiting. Fatigue can be particularly prevalent among adults. A study from the Department of Symptom Research at the University of Texas reported that 91% of adults reported mild to severe fatigue.[464] In the same survey from CDHS described above half (49.2%) of the women reported a one-year prevalence for fatigue.[465] In addition, one third of adolescents also report feeling fatigued several times throughout the week.[466] In 2005, approximately one fifth of primary care patients report having fatigue.[467] There is a myriad of causes of fatigue such as overexertion, deconditioning, viral illness, upper respiratory tract infection, anemia, lung disease, medications, cancer, depression, etc.[468]

### Anxiety and Worry

Psychological symptoms and mental disorders were among the top ten reasons for an Emergency Department visit for those 65 and older and males between the ages of 15 to 64 years in 2020. For males between 15 to 64 years, psychological symptoms and mental disorders accounted for approximately 2.6%

---

[458] NIDCD, 2015.
[459] Agrawal et al., 2009.
[460] Mayo Clinic, 2019.
[461] Karatas, 2008.
[462] Mayo Clinic, 2019.
[463] Mayo Clinic, 2019.
[464] Reyes-Gibby et al., 2003.
[465] Lipscomb et al., 1992.
[466] Viner & Christie, 2005.
[467] Viner & Christie, 2005.
[468] Rosenthal et al., 2008.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 51



of all emergency department visits. In addition, psychological symptoms and mental disorders accounted for 2.6% of all emergency department visits for people 65 years or older.[469]

### 6.3.2 The symptoms alleged by the trial Plaintiffs are confounded by a multitude of alternate potential causes unrelated to the JPLF.

As the above data show, the symptoms reported by trial Plaintiffs are prevalent in the United States and worldwide and are frequently reported due to a multitude of reasons that do not involve exposure to hydrogen sulfide. In fact, many of the symptoms reported are largely of unknown etiology and, thus, cannot be attributed to any one specific cause. Given that the trial Plaintiffs experts have not ruled out confounders in this case, the reported symptoms could be wrongfully attributed to JPLF.

In my review of medical records for the trial Plaintiffs, I identified several drugs that they were either taking or had been prescribed prior to and during the relevant time. These medications have known side effects identical to the conditions alleged to be attributed to JPLF. To illustrate the multitude of potential causes of the alleged symptoms,[470] I summarized below medications and other factors that could contribute to their alleged injuries.

---

[469] NCHS, 2022.
[470] Whereas some of the plaintiffs reported symptoms of asthma, throat pain, nosebleeds, and others, those were not considered as part of my analysis given the court's ruling that the plaintiffs did not meet the burden of proof for those symptoms.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 52



### 6.3.2.1   Geneva Green

**Table 3. Medication Taken by Geneva Green During the Relevant Time Period Known to Cause the Alleged Injuries.**

| Alleged Injuries | Medication Taken by Geneva Green that can cause the Alleged Injuries |
|---|---|
| Anxiety | Baclofen, bupropion, Celebrex, doxycycline hyclate, fluticasone, hydrocodone/acetaminophen, hydrocortisone, ibuprofen, lisinopril-HCTZ, lovastatin, omeprazole, ondansetron, percocet, prednisone, tramadol, valsartan |
| Headaches | Baclofen, Benzonatate, Bupropion, Carafate, Cefuroxime, Celebrex, Doxyclycline hyclate, Fluticasone, Gabapentin, Ibuprofen, Lisinopril-HCTZ, Lotemax, Lovastatin, Omeprazole, Ondansetron, Percocet, Prednisone, Tramadol, Tranexamic acid, Valacyclovir |
| Insomnia | Atorvastatin, azelastine, baclofen, bupropion, celebrex, fluticasone, gabapentin, hydrocortisone, ibuprofen, levocetirizine, lovastatin, omeprazole, percocet, prednisone, tramadol, valsartan |
| Nausea, vomiting | Aspirin, atorvastatin, azelastine, baclofen, benzonatate, bupropion, carafate, cefuroxime, Celebrex, doxycycline hyclate, gabapentin, hydrocodone/acetaminophen, hydrocortisone, ibuprofen, levocetirizine, lisinopril-HCTZ, lovastatin, omeprazole, percocet, prednisone, tramadol, tranexamic acid, valacyclovir, valsartan |

As is evident above, Ms. Green was taking multiple medications during the relevant time period that are capable of causing her symptom complaints. As such, these cannot be eliminated as substantial contributing factors to her complaints.

As noted in section 7.1.4, Ms. Green's medical history revealed numerous pre-existing conditions occurring prior to July of 2017: acute bronchitis, acute lymphadenitis, acute pharyngitis, acute sinusitis, arthritis, cervical degenerative disc disease, cystocele and rectocele, depression/stress, diabetes, diverticulosis, gastritis, gastroesophageal reflux disease and epigastric pain, high cholesterol, hypertension, migraine with aura, muscle spasms and pain of the neck, myalgia and myositis, obesity, osteoarthritis of the neck, and tobacco use disorder. [471] There are likely risk factors, confounders or

---

[471] WCI_GREEN, GENEVA_WJMC-FDL ("Green_Geneva_WJMC-FDL"): 000058, 000568, 000621, 000646, 000653, 000738, 000788, 000813-814, 000898, 000920, 001047; WCI_Green, Geneva_BJC_("Green_Geneva_BJC"): 000081.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 53



comorbidities that could explain some of Ms. Green's alleged conditions. According to medical records, Ms. Green has a history of experiencing headaches and migraine.[472] In 2002, it was documented that her headaches would last "around periods for years" and would be relieved when sleeping. In 2012, it was documented that Ms. Green complained to the emergency department for headaches.[473] These are indications that Ms. Green has been experiencing headaches before the relevant time period.

It has been shown that gastroesophageal reflux disease (GERD) increases the likelihood of experiencing nausea and vomiting.[474] Similarly, GERD is also associated with headaches.[475] Headaches and migraines are also symptoms in patients diagnosed with hypertension.[476]   It was noted that Ms. Green had gastrointestinal complaints, including pain and nausea, related to medications.[477] This predates the alleged exposure during the relevant time period. Medical records also show Ms. Green's use of opioids, specifically Percocet,[478] which can cause side effects of headache, nausea and vomiting.[479]

Ms. Green was also a cigarette smoker, which is known to be a contributing factor to the majority of symptoms she alleges. Her use of cigarettes could influence her alleged symptoms. Smoking is known to exacerbate headache,[480] increases the incidence of insomnia,[481] and increases anxiety.[482] Hydrogen sulfide exposures through cigarette smoke can be tens to hundreds of thousands of times higher than those resulting from exposure to ambient air as alleged in this case (as detailed in Section 5.1). As noted in section 7.1.4, there are several conditions identified in Ms. Geneva Green's medical records that could explain the alleged conditions that Ms. Green's attributes to the JPLF.

Ms. Green's pre-existing conditions and risk factors (i.e., medication, cigarette smoker) are significant factors that cannot be eliminated as substantial contributing factors to her injury claims in this case. Therefore, I cannot agree to a reasonable degree of scientific and toxicological certainty that Ms. Green's alleged health conditions were more likely than not caused by exposure to hydrogen sulfide at the concentration at issue in this case.

---

[472] WCI_Green, Geneva_WJMC-FDL_000806
[473] WCI_ Green, Geneva_West Jefferson_001692-001695
[474] Antunes et al., 2023; Brzana & Koch, 1997; Clarrett & Hachem, 2018; Gerson et al., 2011.
[475] Noghani et al., 2016.
[476] Bauer, 1976; Friedman et al., 2014; Janeway, 1913.
[477] Green_Geneva_BJC: 000110; Green_Geneva_WJMC-FDL: 000492, 000896, 000939.
[478] WCI_Meyers, Stanley_Norco-Ochsner-Lapalco_000384, 000355, 000217, 000036, 000019; WCI_Meyers, Stanley_BJC_000013 - 000302
[479] Drugs.com, 2023; MedlinePlus, 2023
[480] Payne et al., 1991; Rozen, 2018; Waldie et al., 2008.
[481] Hu et al., 2021; Nuñez et al., 2021.
[482] Garey et al., 2020; Moylan et al., 2012, 2013.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 54



#### 6.3.2.2   Scott Gremillion

**Table 4 Medication Taken by Scott Gremillion During the Relevant Time Period Known to Cause the Alleged Injuries.**

| Alleged Injuries | Medication Taken by Scott Gremillion that can cause the Alleged Injuries |
|---|---|
| Headaches | Allopurinol, Azithromycin, Benzonatate, Betamethasone acetate-betamethasone sodium phosphate, Cephalexin, Colchicine, Fluticasone (Flonase), Guaifenesin-codeine, Meloxicam (Mobic), Tivorbex |
| Nausea | Allopurinol, Augmentin, Azithromycin, Benzonatate, Betamethasone acetate-betamethasone sodium phosphate, Cephalexin, Colchicine, Diclofenac, Guaifenesin-codeine, Meloxicam (Mobic), Tivorbex |
| Sleep disruption | Allopurinol, Augmentin, Azithromycin, Betamethasone acetate-betamethasone sodium phosphate, Meloxicam (Mobic) |

As is evident above, Mr. Gremillion was taking multiple medications during the relevant time period that are capable of causing his symptom complaints.  As such, these cannot be eliminated as substantial contributing factors to his complaints.

Mr. Scott Gremillion's medical history revealed numerous pre-existing conditions occurring prior to July of 2017: nausea and vomiting, diarrhea, weakness, elevated blood pressure, acute gouty arthritis, benign prostatic hyperplasia with the presence of lower urinary tract symptoms, and blood in the stool. [483] As such, these conditions could be likely risk factors, confounders, or comorbidities that could explain some of Mr. Gremillion's alleged symptoms. For example, it has been shown that the likelihood of a person experiencing sleep disruption, classified as obstructive sleep apnea or sleep disorder, can be increased if a person has a history of high blood pressure.[484] Similarly, studies also discuss the relationship between headache and high blood pressure dating back several decades, suggesting that headaches are a symptom of high blood pressure. Publications highlight a 1913 study that reported elevated blood pressure in patients who also complained of headache or migraine, and this was deemed a "hypertensive headache" (Janeway, 1913). Bauer (1976) developed a study involving 400 patients with high blood pressure, and over half of those patients complained of headache as a result of their high blood pressure (Bauer, 1976). In a 2014 study involving patients with headache as their primary complaint, 23.9% (95% CI: 21.4%, 26.%) of those patients had high blood pressure.[485] The medication side effects and pre-existing medical

---

[483] WCI_GREMILLION, SCOTT_OCH-NOLA ("GREMILLION_SCOTT_OCH-NOLA"): 000032, 000444-445, 000491.
[484] Calhoun, 2010; Calhoun & Harding, 2010; Lavie et al., 2000.
[485] Friedman et al., 2014.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 55

CTEH®

conditions exhibited by Mr. Gremillion cannot be eliminated as substantial contributing causes to his alleged health conditions. Therefore, I cannot agree to a reasonable degree of scientific and toxicological certainty that Mr. Gremillion's alleged health conditions were more likely than not caused by exposure to hydrogen sulfide at the concentrations at issue in this case.

### 6.3.2.3   Wendy Gremillion

**Table 5.  Medication Taken by Wendy Gremillion During the Relevant Time Period Known to Cause the Alleged Injuries.**

| Alleged Injuries | Medication Taken by Wendy Gremillion that could cause the Alleged Injuries |
|---|---|
| Anxiety, worry | Albuterol (ventolin HFA), Betamethasone acetate-betamethasone sodium phosphate (injection), Escitalopram oxalate (Lexapro), Promethazine-dextromethorphan |
| Headache | Albuterol (ventolin HFA), Betamethasone acetate-betamethasone sodium phosphate (injection), Dexamethasone (injection), Escitalopram oxalate (Lexapro), Mupirocin (Bactroban ointment), Promethazine-dextromethorphan |
| Nausea | Albuterol (ventolin HFA), Betamethasone acetate-betamethasone sodium phosphate (injection), Dexamethasone (injection), Escitalopram oxalate (Lexapro), Mupirocin (Bactroban ointment), Promethazine-dextromethorphan |
| Sleep disruption | Albuterol (ventolin HFA), Betamethasone acetate-betamethasone sodium phosphate (injection), Dexamethasone (injection), Escitalopram oxalate (Lexapro), Promethazine-dextromethorphan |

As is evident above, Ms. Gremillion was taking multiple medications during the relevant time period that are capable of causing her symptom complaints. In addition, Dr. Lutz notes that many of Ms. Gremillion's alleged symptoms were more likely caused by her pre-existing conditions as opposed to alleged exposure to hydrogen sulfide. As such, these factors cannot be eliminated as substantial contributing factors to her alleged health conditions, and I cannot agree to a reasonable degree of scientific and toxicological certainty that Ms. Gremillion's alleged health conditions were more likely than not caused by exposure to hydrogen sulfide at the concentrations at issue in this case.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 56

CTEH®

6.3.2.4        A.G.

**Table 6.  Medication Taken by         A.G.        During the Relevant Time Period Known to Cause the Alleged Injuries.**

| Alleged Injuries | Medication Taken by        A.G.        that could cause the Alleged Injuries |
|---|---|
| Headaches | Allegra, Benadryl, Claritin, Ibuprofen, Tamiflu, Tylenol, Zyrtec |
| Nausea | Benadryl, Claritin, Ibuprofen, Tylenol, Xyzal, Zyrtec |

As is evident above, Ms. Gremillion was taking multiple medications during the relevant time period that are capable of causing her symptom complaints. In addition, Dr. Lutz noted that many of Ms. Gremillion's alleged complaints were more likely caused by her pre-existing conditions than exposure to hydrogen sulfide emissions. As such, these factors cannot be eliminated as substantial contributing factors to her alleged health conditions. Therefore, I cannot agree to a reasonable degree of scientific and toxicological certainty that Ms. Gremillion's alleged health conditions were more likely than not caused by exposure to hydrogen sulfide at the concentrations at issue in this case.

6.3.2.5        B.G.

**Table 7.  Medication Taken by         B.G.        During the Relevant Time Period Known to Cause the Alleged Injuries.**

| Alleged Injuries | Medication Taken by        B.G.        that could cause the Alleged Injuries |
|---|---|
| Headaches | Bactrim, Claritin, Ibuprofen, Ondansetron |
| Nausea | Bactrim, Claritin, Ibuprofen |

As is evident above, Mr. Gremillion was taking multiple medications during the relevant time period that are capable of causing his symptom complaints. In addition, Dr. Lutz noted that many of Mr. Gremillion's alleged complaints were more likely caused by his pre-existing conditions than exposure to hydrogen sulfide emissions. As such, these factors cannot be eliminated as substantial contributing factors to his complaints.  Therefore, I cannot agree to a reasonable degree of scientific and toxicological certainty that

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 57

CTEH®

Mr. Gremillion's alleged health conditions were more likely than not caused by exposure to hydrogen sulfide at the concentrations at issue in this case.

### 6.3.2.6    Vernice Lewis

**Table 8.  Medication Taken by Vernice Lewis During the Relevant Time Period Known to Cause the Alleged Injuries.**

| Alleged Injuries | Medication Taken by Vernice Lewis that could cause the Alleged Injuries |
|---|---|
| Anxiety, stress | Famotidine, Lidocaine, Mobic, Norco (Hydrocodone Acetaminophen), Propofol (Diprivan), Xanax |
| Nausea, vomiting | Famotidine, Lidocaine, Mobic, Gabapentin, Norco (Hydrocodone Acetaminophen), Propofol (Diprivan), Tizanidine (Zanaflex), Xanax |

As is evident above, Mrs. Lewis was taking multiple medications during the relevant time period that are capable of causing her symptom complaints.   As such, these cannot be eliminated as substantial contributing factors to her alleged health conditions.

Ms. Vernice Lewis stated that her symptoms of nausea and vomiting began in the summer of 2017, and she last experienced those symptoms in the spring of 2018.[486]  Prior to July of 2017, Ms. Lewis had the following documented medical diagnoses: acid reflux, chronic prescription opioid use, chronic pain syndrome, other spondylosis of the cervical region, muscle spasms of the neck and back, neuritis, degenerative arthritis of the hip, and a cesarean section.[487] With regards to acid reflux and nausea, medical records indicate that her chronic opioid prescription began in late 2016,[488] and opioid use has been linked to onset of nausea and vomiting symptoms.[489] Ms. Lewis completed a questionnaire provided by LA Pain Doctor in October of 2016, in which she reported acid reflux symptoms among many other symptoms.[490] Ms. Lewis also reported increased acid reflux following her colonoscopy, which took place in August of 2017, but claimed relief with medication management by November of 2017.[491] There is no further evidence in the medical records to support that Ms. Lewis experienced nausea and vomiting from November of 2017 until the spring of 2018, or until the end of the relevant time period. Thus, Ms. Lewis'

---

[486] Lewis PFS
[487] WCI_Lewis, Vernice_LA Pain Doctor_000014-17; WCI_Lewis, Vernice_LA Pain Doctor_000025.
[488] WCI_Lewis, Vernice_LA Pain Doctor_000014-17
[489] Porreca and Ossipov, 2009; Smith and Laufer, 2014.
[490] WCI_Lewis, Vernice_LA Pain Doctor_000046-48.
[491] WCI_Lewis, Vernice_Ochsner 180_000041; WCI_Lewis, Vernice_LA Pain Doctor_000264-162; WCI_Lewis, Vernice_LA Pain Doctor_000269.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 58



exhibits pre-existing conditions and prescription medications whose side effects cannot be eliminated as substantial factors that contributed to her alleged health conditions nausea and vomiting. Therefore, I cannot agree to a reasonable degree of scientific and toxicological certainty that Ms. Lewis' alleged health conditions were more likely than not caused by exposure to hydrogen sulfide at the concentrations at issue in this case.

### 6.3.2.7   Stanley Meyers

**Table 9.  Medication Taken by Stanley Meyers During the Relevant Time Period Known to Cause the Alleged Injuries.**

| Alleged Injuries | Medication Taken by Stanley Meyers that could cause the Alleged Injuries |
| --- | --- |
| Anxiety | Celestone, Cetirizine (Zyrtec), Ciprofloxacin HCl, Fluticasone (Flovent), Ibuprofen, Lyrica, Marcaine, Metoprolol Succinate (Lopressor, Toprol XL), Percocet, Zolpidem Tartrate tablet, Guaifene-codeine |
| Headaches | Aspirin, Celestone, Cetirizine (Zyrtec), Ciprofloxacin HCl, Clindamycin, Fluticasone (Flovent), Gabapentin, Hydrochlorothiazide, Ibuprofen, Levemir, Lisinopril, Lyrica, Marcaine, Mucinex, Depo-medrol, Novolog, Percocet, Rosuvastatin, Tadalafil (Cialis, Adcirca), Zolpidem Tartrate tablet, Guaifene-codeine, |
| Nausea, vomiting | Aspirin, Atorvastatin (Lipitor), Celestone, Cetirizine (Zyrtec), Ciprofloxacin HCl, Clindamycin, Gabapentin, Hydrochlorothiazide, Ibuprofen, Levemir, Lyrica, Marcaine, Metoprolol Succinate (Lopressor, Toprol XL), Mucinex, Depo-Medrol, Novolog, Percocet, Rosuvastatin, Tadalafil (Cialis, Adcirca), Zolpidem Tartrate tablet, Guaifene-codeine |
| Sleep disruption | Atorvastatin (Lipitor), Celestone, Cetirizine (Zyrtec), Ciprofloxacin HCl, Depo MedrSol, Fluticasone (Flovent), Gabapentin, Glipizide, Ibuprofen, Omnipaque, Percocet, Rosuvastatin (Crestor), Tadalafil (Cialis, Adcirca), Zolpidem Tartrate tablet |

As is evident above, Mr. Meyers was taking multiple medications during the relevant time period that are capable of causing his symptom complaints.  As such, these cannot be eliminated as substantial contributing factors to his alleged health conditions.

Mr. Stanley Meyers' medical history revealed numerous pre-existing conditions occurring prior to July of 2017: arthritis, diabetes mellitus, heart disease such as coronary artery disease with stents, high blood pressure, high cholesterol, psychological problems, chronic prescription opioid use, myocardial infarction

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 59



and a quadruple bypass.[492] As such, these conditions may represent risk factors, confounders, and comorbidities that are substantial factors to explain some of Mr. Meyers' alleged symptoms.[493]

Mr. Meyers also has a history of chronic prescription opioid use, specifically Percocet.[494] According to medical records, Mr. Meyers was involved in a motor vehicle accident in March 2017. Mr. Meyers used medications for pain relief.  Medical records show that approximately two weeks later, Mr. Meyers was using oxycodone-acetaminophen (Percocet) likely for pain relief. Beyond March of 2017, medical records further show that Mr. Meyers was using this medication throughout 2017, 2018, 2019, 2020, 2021, 2022, and 2023 indicating chronic use.[495] Side effects of Percocet medication may include headaches, nausea, or vomiting.[496] Records from October 2017 indicate that it was discussed with Mr. Meyers that "*[the doctor] do[es] not employ the use of chronic opioid therapy in [their] practice.*" Furthermore, it was indicated that the doctor and Mr. Meyers "*discussed the deleterious effects of opioids.*"[497]

Mr. Meyers testified to smoking a cigar and has smoked approximately 10 cigarettes in a week during the relevant time period.[498] His use of cigars or cigarettes and his medical history could explain his reported symptoms. Smoking is known to exacerbate headache,[499] and increase anxiety.[500]

As previously stated, studies discuss the relationship between headache and high blood pressure, or hypertension, dating back several decades, indicating that headaches are a symptom of hypertension. Publications highlight a study that reported elevated blood pressure in patients who also complained of headache or migraine, and this was deemed a "hypertensive headache".[501] Bauer (1976) developed a study involving 400 patients with high blood pressure, and over half of those patients complained of headache as a result of their high blood pressure.[502] In a 2014 study involving patients with headache as their primary complaint, 23.9% (95% CI: 21.4%, 26.%) of those patients had high blood pressure.[503]

Mr. Meyers' alleged symptoms can be explained due to his pre-existing health conditions or medication use and cannot be eliminated as substantial causes of his alleged injuries. Therefore, I cannot agree to a reasonable degree of scientific and toxicological certainty that Mr. Meyers' alleged health conditions were more likely than not caused by exposure to hydrogen sulfide at the concentrations at issue in this case.

---

[492] WCI_MEYERS, STANLEY_BJC_000130, 000380.

[493] Garey et al., 2020; Moylan et al., 2012, 2013.

[494] WCI_Meyers, Stanley_Norco-Ochsner-Lapalco_000384, 000355, 000217, 000036, 000019; WCI_Meyers, Stanley_BJC_000013 - 000302

[495] 2023.06.20 LA Pain Specialists (CERT Med Recs) 35

[496] Drugs.com, 2023; MedlinePlus, 2023

[497] 2023.05.18 Ochsner Main Campus (CERT Med Recs) 571

[498] Meyers Dep. Tr. 36:9-25.

[499] Payne et al., 1991; Rozen, 2018; Waldie et al., 2008.

[500] Garey et al., 2020; Moylan et al., 2012, 2013.

[501] Janeway, 1913.

[502] Bauer, 1976.

[503] Friedman et al., 2014.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 60



### 6.3.2.8   Reshaun Richardson

**Table 10.  Medication Taken by Reshaun Richardson During the Relevant Time Period Known to Cause the Alleged Injuries.**

| Alleged Injuries | Medication Taken by Reshaun Richardson that could cause the Alleged Injuries |
|---|---|
| Anxiety | Betamethasone dipropionate (diprolene), Butalbital/Acetaminophen/Caffeine (Fioricet), Clarithromycin (Biaxin), Fluticasone propionate (Flonase), Ibuprofen, Lubiprostone (Amitiza), Meloxicam (Mobic), Metformin, Norgestimate-ethinyl estradiol (Tri-Sprintec), Omeprazole (Prilosec), Triamcinolone acetonide (Kenalog) |
| Headaches | Amoxicillin, Azelastine (Astelin), Benzonatate, Betamethasone dipropionate (diprolene), Butalbital/Acetaminophen/Caffeine (Fioricet), Clarithromycin (Biaxin), Fluticasone propionate (Flonase), Gavilyte-G, Glimepiride, Ibuprofen, Januvia (Sitagliptin), Lubiprostone (Amitiza), Meloxicam (Mobic), Norgestimate-ethinyl estradiol (Tri-Sprintec), Omeprazole (Prilosec), Pantoprazole (Protonix), Spironolactone (Aldactone), Triamcinolone acetonide (Kenalog), Zantac (Ranitidine) |
| Nausea | Amoxicillin, Azelastine (Astelin), Benzonatate, Betamethasone dipropionate (diprolene), Butalbital/Acetaminophen/Caffeine (Fioricet), Clarithromycin (Biaxin), Ferrous Gluconate, Gavilyte-G, Glimepiride, Ibuprofen, Januvia (Sitagliptin), Levocetirizine (Xyzal), Lubiprostone (Amitiza), Meloxicam (Mobic), Metformin, Norgestimate-ethinyl estradiol (Tri-Sprintec), Omeprazole (Prilosec), Pantoprazole (Protonix), Penicillin VK, Polyethylene Glycol (MiriLAX), Spironolactone (Aldactone), Triamcinolone acetonide (Kenalog), Zantac (Ranitidine) |
| Sleep disruption | Atorvastatin (Lipitor), Butalbital/Acetaminophen/Caffeine (Fioricet), Clarithromycin (Biaxin), Fluticasone propionate (Flonase), Ibuprofen, Levocetirizine (Xyzal), Metformin, Omeprazole (Prilosec), Pantoprazole (Protonix), Spironolactone (Aldactone), Triamcinolone acetonide (Kenalog) |

As is evident above, Ms. Richardson was taking multiple medications during the relevant time period that are capable of causing her symptom complaints.   As such, these factors cannot be eliminated as substantial contributing factors to her complaints.

Ms. Reshaun Richardson testified to experiencing the following alleged conditions, anxiety (fidgeting), headaches, nausea, and restless sleep. Ms. Richardson's medical history revealed numerous pre-existing conditions occurring prior to July of 2017: obesity,[504] allergic rhinitis, insomnia, abdominal bloating,

---

[504] Richardson_000017, 003672

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 61



abdominal pain, constipation, nausea and vomiting, depression, dermatitis, hypertension, multiple motor vehicle accidents, type II diabetes, and vitamin D deficiency.[505]

Ms. Richardson has experienced headaches numerous times. In 2009, emergency room notes state that Ms. Richardson visited for headaches leading to nausea and vomiting. During that visit to the emergency room, Ms. Richardson's head CT scan showed 6mm wedge of calcification that could be a cyst.[506] A 2012 doctor's visit indicates that Ms. Richardson may have also had headaches that appeared to be associated with two lumps on her head and that were tender to the touch.[507] In 2015, Ms. Richardson was prescribed Excedrin migraine medication for acute frontal sinusitis, a potential cause of her diagnosed frontal headaches.[508] In 2016, Ms. Richardson reported headaches associated with sinus symptoms, and this was occurring two times per week.[509] Medical records from 2017 also indicate that Ms. Richardson has chronic sinusitis with headaches.[510]

It was noted in the medical records that Ms. Richardson has GERD and takes Zantac medication.[511] Medical records from 2014 also show that Ms. Richardson was diagnosed with viral gastroenteritis,[512] along with symptoms of dizziness, nausea, vomiting, and another diagnosis of gastroenteritis in 2016.[513] I cannot agree to a reasonable degree of scientific and toxicological certainty that Ms. Richardson's alleged health conditions were more likely than not caused by exposure to hydrogen sulfide at the concentrations at issue in this case.

### 6.3.2.9   Andrew Section

At the time of this report, Mr. Andrew Section does not have medical records for the relevant time-period of July 2017 to December 2019, thus an evaluation of potential confounding effects associated with medications cannot be conducted at this time. Mr. Section states that he experienced the following alleged conditions, headaches, loss of appetite, and nausea or vomiting. However, without this information, I cannot agree to a reasonable degree of scientific and toxicological certainty that Mr. Section's alleged health conditions were more likely than not caused by exposure to hydrogen sulfide at the concentrations at issue in this case.

---

[505] Richardson_000014, 000015, 000364, 004043, 004128, 004229, 004265, 004437, 004776, 004490, 005117
[506] WCI_Richardson, Reshaun_Ochsner - Main_000211, 000212, 000215
[507] WCI_Richardson, Reshaun_Ochsner-Main_011880
[508] Richardson_004930-4932
[509] Richardson_004775
[510] WCI_Richardson, Reshaun_Ochsner - Main_009857
[511] Richardson_003195.
[512] WCI_Richardson, Reshaun_Ochsner-Main_011155
[513] Reshaun_Ochsner - Main_000129, 00013

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 62



### 6.3.2.10 Jonathan Tate

**Table 11.  Medication Taken by Jonathan Tate During the Relevant Time Period Known to Cause the Alleged Injuries.**

| Alleged Injuries | Medication Taken by Jonathan Tate that could cause the Alleged Injuries |
|---|---|
| Anxiety | Astelin, Cetirizine tablet (Zyrtec), Hydrocodone/acetaminophen (Norco,Vicadin), Ibuprofen, Indomethacin, Ketorolac(Toradol), Lidocaine/prilocaine topical cream, Losartan tablet, Meloxicam (Mobic), Metoprolol tartrate tablet, Montelukast (Singulair), Oxycodone-acetaminophen, Potassium chloride, Promethazine, Terbinafine, Tramadol, Neomycin-Polymyxin-dexamethasone |
| Headaches | Astelin, Benedryl, Cetirizine tablet (Zyrtec), Chlorthalidone tablet, ibuprofen, Indomethacin, Influenza vaccine, Ketorolac (Toradol), Lidocaine/prilocaine topical cream, Losartan tablet, Meloxicam (Mobic), Methylprednisolone (Depo Medrol), Metoprolol tartrate tablet, Montelukast (Singulair), Oxycodone-acetaminophen, Terbinafine, Tessalon Perles, Tramadol, Neomycin-Polymyxin-dexamethasone |
| Sleep disruption | (Oxycodone-acetaminophen-drowsiness), Potassium chloride, Promethazine, Terbinafine, (Tessalon Perles-Drowsiness), Tramadol, Neomycin-Polymyxin-dexamethasone |
| Nausea, vomiting | Astelin, Benedryl, Cetirizine tablet (Zyrtec), Chlorthalidone tablet, Diclofenac, Iron, Hydrocodone/acetaminophen (Norco,Vicadin), Ibuprofen, Indomethacin, Influenza vaccine, Ketorolac (Toradol), Lidocaine/prilocaine topical cream, Losartan tablet, Meloxicam (Mobic), Methylprednisolone (Depo Medrol), Metoprolol tartrate tablet, Montelukast (Singulair), Oxycodone-acetaminophen, Potassium chloride, Terbinafine, Tessalon Perles, Tramadol, Neomycin-Polymyxin-dexamethasone |

As is evident above, Mr. Tate was taking multiple medications during the relevant time period that are capable of causing his symptom complaints.  As such, these factors cannot be eliminated as substantial contributing factors to his complaints.

Medical records also show that Mr. Jonathan Tate's body mass index was 38.8, an indication of obesity,[514] and by mid 2019 his weight continued to increase to a body mass index of 40.0, an indication of severe

---

[514] Tate, Jonathan_IC: 000146.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 63



obesity.[515] As noted in section 7.9.4, Mr. Tate's medical history revealed numerous pre-existing conditions occurring prior to July of 2017: hypertension, rhabdomyolysis, elevated liver enzymes, low back pain, and proteinuria. [516] As such, these conditions could be likely risk factors, confounders or comorbidities that could explain some of Mr. Tate's alleged symptoms. As previously stated, studies discuss the relationship between headache and hypertension, a condition Mr. Tate alleges and one Mr. Tate has a history of battling.[517]

Mr. Tate's alleged symptoms can be explained due to his pre-existing health conditions or medication use and these factors cannot be eliminated as potential causes of his alleged injuries. Therefore, I cannot agree to a reasonable degree of scientific and toxicological certainty that Mr. Tate's alleged health conditions were more likely than not caused by exposure to hydrogen sulfide at the concentrations at issue in this case.

### 6.3.2.11  Terrance Thompson

**Table 12. Medication Taken by Terrance Thompson During the Relevant Time Period Known to Cause the Alleged Injuries.**

| Alleged Injuries | Medication Taken by Terrance Thompson that could cause the Alleged Injuries |
| --- | --- |
| Nausea, vomiting | Cephalexin, Cetirizine, Guaifenesin, Ibuprofen, Ketorolac (Toradol), Meloxicam, Tobramycin |
| Headaches | Cephalexin, Cetirizine, Fluticasone propionate, Guaifenesin, Ibuprofen, Ketorolac (Toradol), Meloxicam, Tobramycin |

As is evident above, Mr. Terrance Thompson was taking multiple medications during the relevant time period that are capable of causing his symptom complaints.  As such, these factors cannot be eliminated as substantial contributing factors to his complaints.

Mr. Thompson's medical history revealed numerous pre-existing conditions occurring prior to July of 2017:[518] As such, these conditions could be likely risk factors, confounders or comorbidities that could explain some of Mr. Tate's alleged symptoms. For example, sinus headache is a term used to diagnose patients with facial pain, and acute pansinusitis, an illness of the sinuses, can cause pressure in the head. Thus, the alleged headache could be explained as a result of his previous condition. Similarly, upper

---

[515] Tate, Jonathan_IC: 000084.

[516] WCI_Tate, Jonathan_IC ("Tate, Jonathan_IC"): 000138, 000144-145.

[517] Bauer, 1976; Friedman et al., 2014; Janeway, 1913.

[518] WCI_THOMPSON_TERRANCE_IC ("Thompson_Terrance_IC"): 000003; WCI_THOMPSON, TERRANCE_OCH-NOLA ("Thompson_Terrance_OCH-NOLA"): 000044, 000286, 000335.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 64



respiratory infections can lead to throat pain and swelling (acute pharyngitis), sinusitis, as well as [519] These are also conditions alleged that could be attributed to his previous diagnoses. It was stated that Mr. Thompson's throat pain was associated with his headache. It was also stated that in 2015, Mr. Thompson showed signs of anemia, and a symptom of this condition is also headache. The commonalities between his pre-existing conditions and his alleged symptoms make it not scientifically possible to suggest specific causation in this case. Therefore, I cannot agree to a reasonable degree of scientific and toxicological certainty that Mr. Thompson's alleged health conditions were more likely than not caused by exposure to hydrogen sulfide at the concentrations at issue in this case.

### 6.3.2.12  Tyrone Thompson

**Table 13.  Medication Taken by Tyrone Thompson During the Relevant Time Period Known to Cause the Alleged Injuries.**

| Alleged Injuries | Medication Taken by Tyrone Thompson that could cause the Alleged Injuries |
|---|---|
| Headaches | Clopidogrel (Plavix), Gabapentin, Lisinopril (Prinvil, Zestril), Lovastatin, Metoprolol Tartrate (Lopressor), Movantik, Ranitidine (Zantac), Triamcinolone Acetonide (Kenalog), Desipramine HCl, Hydrochlorothiazide, Lisinopril |
| Nausea, vomiting | Alprazolam, Clopidogrel (Plavix), Gabapentin, Hydrocodone Bitartrate/Acetaminophen (Vicodin/Lortab), Lovastatin, Metoprolol Tartrate (Lopressor), Movantik, Polyethylene glycol, Ranitidine (Zantac), Triamcinolone Acetonide (Kenalog), Desipramine HCl, Hydrochlorothiazide |

As is evident above, Mr. Tyrone Thompson was taking multiple medications during the relevant time period that are capable of causing his symptom complaints.  As such, these factors cannot be eliminated as substantial contributing factors to his complaints.

As noted in section 7.11.4, Mr. Thompson's medical history revealed numerous pre-existing conditions occurring prior to July of 2017: obesity, tobacco use, hyperlipidemia, hypertension, hyponatremia, abdominal pain, diverticulitis of the colon, and sinus tachycardia.[520] As such, these conditions could be likely risk factors, confounders or comorbidities that could explain some of Mr. Thompson's alleged symptoms.  For example, studies discuss the relationship between headache and hypertension, a

---

[519] Cleveland Clinic, 2021.
[520] 2023.06.01. Thompson_Lewis_RFRD Produced_Supplemental ("Thompson_Lewis"): 0077, 0079, 0097, 0108, 0319, 0530; WCI_Thompson, Tyrone_Ochsner-Metarie_0000007.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 65



condition Mr. Thompson alleges and one he has a history of battling.[521] It was documented that Mr. Thompson has used tobacco products. Smoking, a form of tobacco use, is known to exacerbate headache.[522] It was also documented in Mr. Thompson's medical records that he suffered from abdominal pain, and it was associated with nausea and non-bloody, food content vomiting.[523] Nausea and vomiting are also symptoms of hyponatremia and diverticulitis, conditions also alleged.[524]

Medical records show Mr. Thompson's use of hydrocodone or Lortab, which contains hydrocodone,[525] prior to the relevant time period. Mr. Thompson stated that Lortab would cause him to have a headache.[526] Also, it was documented that Mr. Thompson had a positive urine drug screen for oxycodone that was not prescribed in 2018 and 2019.[527] Hydrocodone and oxycodone are both opioids. Side effects of opioid medication may include headaches, nausea, or vomiting, and this may contribute to his alleged symptoms.[528] Mr. Thompson was also a cigarette smoker, smoking as many as 10 cigarettes per day. Records show that he was warned about side effects associated with cigarette use.[529] Cigarette use or smoking is known to exacerbate headache.[530] The commonalities between his pre-existing conditions, drug and cigarette use, and his alleged symptoms make it not scientifically possible to suggest specific causation in this case. Therefore, I cannot agree to a reasonable degree of scientific and toxicological certainty that Mr. Thompson's alleged health conditions were more likely than not caused by exposure to hydrogen sulfide at the concentrations at issue in this case.

---

[521] Bauer, 1976; Friedman et al., 2014; Janeway, 1913.
[522] Payne et al., 1991; Rozen, 2018; Waldie et al., 2008.
[523] Thompson_Lewis: 0319.
[524] Mayo Clinic, 2022b, 2022c.
[525] WCI_Thompson, Tyrone_UMC_000286; Lewis_Thompson_0510; WCI_Thompson, Tyrone_UMC_000448-449
[526] WCI_Thompson, Tyrone_UMC_000286
[527]
[528] Benjamin et al., 2008
[529]
[530] Payne et al., 1991; Rozen, 2018; Waldie et al., 2008.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 66

CTEH®

#### 6.3.2.13  Mary Ann Winningkoff

**Table 14.  Medication Taken by Mary Ann Winningkoff During the Relevant Time Period Known to Cause the Alleged Injuries**

| Alleged Injuries | Medication Taken by Mary Ann Winningkoff that could cause the Alleged Injuries |
| --- | --- |
| Headaches | Amoxicillin, Aspirin, Azelastine, Azithromycin, Betamethasone Val, Betamethasone acetate/betamethasone sodium phosphate, Benadryl, Cephalexin, (Chlorzoxaxone), Ciprofloxacin, Clindamycin, Desoximetasone, Diphenoxylate/atroine, Ezetimibe, Fluconazole, Fluticasone, Ibuprofen, Levothyroxine, Meloxicam, Phenazopyridine, Temovate, Terconazole, Tramadol/Acetaminophen, Triamcinolone, Valcyclovir, Valsartan, Zetia |
| Nausea | Amoxicillin, Aspirin, Azelastine, Azithromycin, Betamethasone Val, Betamethasone acetate/betamethasone sodium phosphate, Benadryl, Cephalexin, (Chlorzoxaxone), Ciprofloxacin, Clindamycin, Diphenoxylate/atroine, Ezetimibe, Fluconazole, Ibuprofen, Lidocaine cream, Levothyroxine, Meloxicam, Penicillin, Potassium Cl, Terconazole, Tramadol/Acetaminophen, Triamcinolone, Valcyclovir, Valsartan, Zetia |

As is evident above, Mrs. Mary Winningkoff was taking multiple medications during the relevant time period that are capable of causing her symptom complaints.  As such, these factors cannot be eliminated as substantial contributing factors to her complaints.

As noted in section 7.12.4, Ms. Winningkoff's medical history revealed numerous pre-existing conditions occurring prior to July of 2017: hypertension, hypercholesterolemia, morbid obesity, hypothyroidism, GERD, headache, chronic sinusitis, obstructive sleep apnea, malaise and fatigue, and menopause.[531] As such, these conditions could be likely risk factors, confounders, or comorbidities that could explain some of Ms. Winningkoff's alleged symptoms. According to her medical history, Ms. Winningkoff previously suffered from headaches unrelated to events occurring after July of 2017. In addition, Ms. Winningkoff's headache could also be explained as a symptom of her previously diagnosed hypertension.[532] Moreover, headache is also symptom in patients diagnosed with chronic sinusitis,[533] headache is associated with morbid obesity, and gastrointestinal disorders like GERD have been associated with headache.[534] Not only may GERD influence headache severity, but GERD is known to be frequently and directly related to nausea

---

[531] WCI_WINNINGKOFF, MARY_OCH-NOLA_000096, 000109, 000111, 000114, 000127, 000263, 000344, 004128.

[532] Bauer, 1976; Friedman et al., 2014; Janeway, 1913.

[533] Kwon & O'Rourke, 2023.

[534] Noghani et al., 2016.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 67



symptoms.[535] Ms. Winningkoff's also has a history of menopause, which could be a source of her sleep disruption. Salari et al. (2023) conducted a meta-analysis of 41 studies, finding approximately 51.6% of postmenopausal women with sleep disorders (Salari et al., 2023).[536] In addition, since Ms. Winningkoff's medical records indicate that she previously suffered from sleep apnea prior to July 2017, this may also be a cause of her symptom of sleep disruption. Of note, studies show that sleep disruption is associated with headaches.[537] Ms. Winningkoff's previously established medical conditions should be considered with regard to her alleged symptoms. Ms. Winningkoff's reports of stress were previously reported to be associated with her husband's deteriorating health, thus, unrelated to odors. Therefore, I cannot agree to a reasonable degree of scientific and toxicological certainty that Ms. Winningkoff's alleged health conditions were more likely than not caused by exposure to hydrogen sulfide at the concentrations at issue in this case.

In summary, it is my opinion that there is substantial evidence of potential confounders and alternate causes for each and every one of the trial Plaintiffs and their alleged conditions in this matter. Given that the conditions alleged in this case could possibly be associated with pre-existing medical conditions or side effects from their medications, the trial Plaintiffs and their experts cannot conclude to a reasonable degree of scientific or medical certainty that the conditions experienced by any of the trial Plaintiffs are attributable to alleged exposures to hydrogen sulfide from the JPLF.

### 6.4   Emission fate and transport data do not support the trial Plaintiffs' allegation that the JPLF is a substantial factor contributing to the cause of the nuisance impacts claimed by the trial Plaintiffs.

The human olfactory system can sense an odor when an interaction occurs between a sufficient concentration of volatile odorous compounds and interact with sensory receptors located in the olfactory epithelium tissue within the nasal cavity. In other words, odors are perceived by people when those odorous compounds are inhaled through the nose, regardless of the source of the odorant molecules or how far those odorous compounds may have traveled before reaching the human nose. Thus, identification of odor sources involves not only identifying the odor character (i.e., rotten egg), but also identifying all potential sources of those odors (i.e., rotten eggs, trash, flatulence, sewer, sewage treatment plants, decaying organic material in water bodies, etc.), as well as the fate and transport of odorous compounds in the environment. Because most airborne constituents travel downwind from the point of release, generally, individuals smelling odors would need to be in a downwind path from the actual source to attribute an odor to that source.

---

[535] Antunes et al., 2023; Brzana & Koch, 1997; Clarrett & Hachem, 2018; Gerson et al., 2011.
[536] Salari, 2023
[537] Luntamo et al., 2012; Brennan & Charles 2009; Korabelnikova, et al., 2020

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 68



In my review of case materials and deposition testimony, it is noteworthy that multiple trial Plaintiffs reported constant odors they attributed to the JPLF. For example, Ms. Green testified that she smelled an odor around her home 24-hours per day, 7-days per week between 2017 and 2020.[538] Similarly, Ms. Richardson noted she experienced odors 24-hours per day 7-days per week starting from the summer of 2017 up until she moved in April of 2020.[539] Mr. Thompson reportedly began experiencing an odor on his property seven days a week in the summer of 2017 and it continued through the winter of 2019. As demonstrated below, it is not physically possible for these individuals to have experienced constant odors attributable to the JPLF over these time periods.

To evaluate the likelihood of these odors being continuously attributable to the JPLF, I conducted an evaluation of wind direction data from Louis Armstrong New Orleans International Airport (MSY) to determine whether prevailing winds would support the conclusion that JPLF could be the continuous source of odors. For each of the trial Plaintiffs' residences, I evaluated the percentage of time (throughout the relevant period) they were downwind of the JPLF. For each residence, I provide a summary figure illustrating downwind percentages when considering a wind angle of 30° from the potential odor source. Additional analyzes of downwind percentages were conducted at 20°, 45° and 60°, and are provided in **Appendix D**. The proportion of time Plaintiffs' residences were found downwind of the JPLF, and the various facilities considered as alternate odor sources did not change substantially between the 20°, 45° and 60° wind angles when compared to the 30° wind angle illustrated below.

---

[538] Green Dep. Tr. 50, 52.
[539] Richardson Dep. Tr. 82, 87, 88, 93, 108, PFS.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 69

CTEH®

**Figure 3. Percentage of Time Geneva Green's Residential Address was Downwind of the JPLF during the Relevant Time Period**

| Facility | Percent of Time Plaintiff Downwind of Facility |
|---|---|
| American River Transportation Co. LLC | 21.31% |
| Harahan Sewage Treatment Plant | 7.93% |
| Cargill Inc | 7.52% |
| Wood Resources | 7.46% |
| International-Matex Tank Terminal (Avondale) | 7.17% |
| Cornerstone Chemical Company | 5.46% |
| Dyno Nobel LA Ammonia | 5.46% |
| Evonik Cyro LLC | 5.46% |
| Kemira Chemicals Inc. | 5.46% |
| JPLF | 4.33% |
| ADM Grain River System Inc | 4.17% |

As illustrated in Figure 3, above, Ms. Green's residence was downwind the JPLF and other west bank landfills approximately 4.33% of the time. In contrast, her residence was found downwind of individual alternate odor sources up to 21.31% of the time, nearly five times more frequently than the JPLF. Cumulatively, Ms. Green's residence (205 Cabinet Drive, Avondale, LA 70094) was downwind of alternate odor sources over 77% of the time. Thus, it is my opinion that the percentage of time downwind of alternate odor sources, in comparison to JPLF does not support the allegation that the JPLF is a substantial cause of the odor impact alleged.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 70

CTEH®

**Figure 4. Percentage of Time Scott, Wendy,** A.G. & B.G. **Gremillion's Residential Address was Downwind of the JPLF during the Relevant Time Period**

| Facility | Percent of Time Plaintiff Downwind of Facility |
|---|---|
| International-Matex Tank Terminal (Avondale) | 10.83% |
| Cargill Inc | 10.00% |
| Harahan Sewage Treatment Plant | 8.85% |
| Wood Resources | 7.41% |
| American River Transportation Co. LLC | 5.17% |
| JPLF | 5.17% |
| ADM Grain River System Inc | 3.74% |
| Dyno Nobel LA Ammonia | 3.29% |
| Kemira Chemicals Inc. | 3.29% |
| Cornerstone Chemical Company | 3.14% |
| Evonik Cyro LLC | 3.14% |

As illustrated in Figure 4, above, the Gremillion family's residence was downwind the JPLF and other west bank landfills approximately 5.17% of the time. In contrast, their residence was found downwind of individual alternate odor sources up to 10.83% of the time, nearly double in comparison to the JPLF. Cumulatively, the Gremillion's residence (9701 Robin Lane, River Ridge, LA 70123) was downwind of alternate odor sources over 58% of the time. Their residence is located 3.48 miles away from the JPLF with other odors sources such as Harahan Sewage Treatment Plant being located closer (0.93 miles). Thus, it is my opinion that the percentage of time downwind of alternate odor sources, in comparison to JPLF does not support the allegation that the JPLF is a substantial cause of the odor impacts alleged.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 71

CTEH®

**Figure 5. Percentage of Time Vernice Lewis and Terrance and Tyrone Thompson's Residential Address was Downwind of the JPLF during the Relevant Time Period**

| Facility | Percent of Time Plaintiff Downwind of Facility |
|---|---|
| International-Matex Tank Terminal (Avondale) | 11.49% |
| American River Transportation Co. LLC | 9.90% |
| Harahan Sewage Treatment Plant | 8.85% |
| Wood Resources | 8.85% |
| Cargill Inc | 7.41% |
| JPLF | 6.65% |
| Kemira Chemicals Inc. | 5.69% |
| ADM Grain River System Inc | 4.73% |
| Cornerstone Chemical Company | 4.73% |
| Evonik Cyro LLC | 4.73% |
| Dyno Nobel LA Ammonia | 3.74% |

0.00%   10.00%   20.00%   30.00%   40.00%   50.00%

As illustrated in Figure 5, above, the Thompson family's residence was downwind of the JPLF and other west bank landfills approximately 6.65% of the time. In contrast, their residence was found downwind of individual alternate odor sources up to 11.49% of the time. Cumulatively, their residence (1116 Starrett Road, Metairie, LA 70003) was downwind of alternate odor sources about 70% of the time period. Thus, it is my opinion that the percentage time downwind of alternate odor sources, in comparison to JPLF does not support the allegation that the JPLF is a substantial cause of the odor impacts alleged.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 72

CTEH®

**Figure 6. Percentage of Time Stanley Meyers' Residential Address was Downwind of the JPLF during the Relevant Time Period**

| Facility | Percent of Time Plaintiff Downwind of Facility |
|---|---|
| Cargill Inc | 21.31% |
| Wood Resources | 7.52% |
| American River Transportation Co. LLC | 6.30% |
| Harahan Sewage Treatment Plant | 5.46% |
| Cornerstone Chemical Company | 4.33% |
| Dyno Nobel LA Ammonia | 4.33% |
| Evonik Cyro LLC | 4.33% |
| International-Matex Tank Terminal (Avondale) | 4.33% |
| Kemira Chemicals Inc. | 4.33% |
| ADM Grain River System Inc | 4.17% |
| JPLF | 4.17% |

As illustrated in Figure 6, above, Mr. Meyers' residence was downwind of the JPLF and other west bank landfills approximately 4.17% of the time. In contrast, his residence was found downwind of individual alternate odor sources up to 21.31% of the time, more than five times more frequently that the JPLF. Cumulatively, his residence (1041 Magnolia Drive, Westwego, LA 70094) was downwind of alternate odor sources about 66% of the time period. Mr. Meyers' residence is located 6.95 miles away from the JPLF with other odors sources such as Wood Resources, LLC being located closer (1.97 miles). Thus, it is my opinion that the percentage of time downwind of alternate odor sources, in comparison to JPLF does not support the allegation that the JPLF is a substantial cause of the odor impacts alleged.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 73

CTEH®

**Figure 7. Percentage of Time Reshaun Richardson's Residential Address was Downwind of the JPLF during the Relevant Time Period**

| Facility | Percent of Time Plaintiff Downwind of Facility |
|---|---|
| International-Matex Tank Terminal (Avondale) | 11.49% |
| Harahan Sewage Treatment Plant | 11.16% |
| American River Transportation Co. LLC | 10.57% |
| Cargill Inc | 7.41% |
| Wood Resources | 7.41% |
| JPLF | 6.65% |
| ADM Grain River System Inc | 4.73% |
| Cornerstone Chemical Company | 4.73% |
| Evonik Cyro LLC | 4.73% |
| Dyno Nobel LA Ammonia | 3.74% |
| Kemira Chemicals Inc. | 3.74% |

As illustrated in Figure 7, above, Ms. Richardson's residence was downwind of the JPLF and other west bank landfills approximately 6.65% of the time. In contrast, her residence was found downwind of individual alternate odor sources up to 11.49% of the time, nearly twice that of the JPLF. Cumulatively, Ms. Richardson's residence (624 Wilker Neal Avenue, River Ridge, LA 70123) was downwind of other odor sources approximately 69% of the time. Thus, it is my opinion that the percentage of time downwind of alternate odor sources, in comparison to the time downwind of the JPLF, does not support the allegation that the JPLF is a substantial cause of the odor impacts alleged.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 74

CTEH®

**Figure 8. Percentage of Time Andrew Section's Residential Address was Downwind of the JPLF during the Relevant Time Period**



| Facility | Percent of Time Plaintiff Downwind of Facility |
|---|---|
| Harahan Sewage Treatment Plant | 23.39% |
| Cargill Inc | 7.52% |
| International-Matex Tank Terminal (Avondale) | 7.52% |
| Wood Resources | 7.46% |
| American River Transportation Co. LLC | 7.43% |
| Dyno Nobel LA Ammonia | 5.46% |
| Kemira Chemicals Inc. | 5.46% |
| Cornerstone Chemical Company | 4.83% |
| Evonik Cyro LLC | 4.83% |
| ADM Grain River System Inc | 4.17% |
| JPLF | 4.17% |

As shown in Figure 8, above, Mr. Section's residence was downwind the JPLF and other west bank landfills approximately 4.17% of the time. In contrast, his residence was downwind of the Harahan Sewage Treatment Plant 23.39% of the time, more than five times more frequently that the JPLF. Cumulatively, Mr. Section's residence (537 George Street, Westwego, LA 70094)) was downwind of other odor sources approximately 78% of the time. His residence is located 2.56 miles away from the JPLF with other odors sources such as International-Matex Tank Terminal being located closer (1.13 miles). Thus, it is my opinion that the percentage of time downwind of alternate odor sources, in comparison to the time downwind of the JPLF, does not support the allegation that the JPLF is a substantial cause of the odor impacts alleged.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 75

CTEH®

**Figure 9. Percentage of Time Jonathan Tate's Residential Address was Downwind of the JPLF during the Relevant Time Period**



As illustrated in Figure 9, above, Mr. Tate's residence was downwind of the JPLF and other west bank landfills approximately 5.10% of the time. In contrast, his residence was found downwind of individual alternate odor sources up to 10% of the time, nearly twice as often as the JPLF. Cumulatively, Mr. Tate's residence (21 Richelle Street, Westwego, LA 70094) was downwind of other odor sources approximately 61% of the time. His residence is located 2.08 miles away from the JPLF with other odors sources such as American River Transportation Co., LLC being located closer (0.73 miles). Thus, it is my opinion that the percentage of time downwind of alternate odor sources, in comparison to the time downwind of the JPLF, does not support the allegation that the JPLF is a substantial cause of the odor impacts alleged.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 76

CTEH®

**Figure 10. Percentage of Time Mary Ann Winningkoff's Residential Address was Downwind of the JPLF during the Relevant Time Period**



| Facility | Percent of Time Plaintiff Downwind of Facility |
|---|---|
| Harahan Sewage Treatment Plant | 20.80% |
| International-Matex Tank Terminal (Avondale) | 10.63% |
| Cargill Inc | 7.17% |
| Wood Resources | 7.04% |
| American River Transportation Co. LLC | 4.83% |
| Cornerstone Chemical Company | 4.33% |
| Dyno Nobel LA Ammonia | 4.33% |
| Evonik Cyro LLC | 4.33% |
| Kemira Chemicals Inc. | 4.33% |
| ADM Grain River System Inc | 3.80% |
| JPLF | 3.29% |

As illustrated in Figure 10, above, Ms. Winningkoff's residence was downwind of the JPLF and other west bank landfills approximately 3.29% of the time. In contrast, her residence was found downwind of individual alternate odor sources up to 20.80% of the time, more than six times more frequently that the JPLF. Cumulatively, Ms. Winningkoff's residence (47 Donelon Drive, Harahan, LA 70123) was downwind of other odor sources approximately 67% of the time. Her residence is located 2.87 miles away from the JPLF with other odors sources such as International-Matex Tank Terminal being located closer (0.93 miles). Thus, it is my opinion that the percentage of time downwind of alternate odor sources, in comparison to the time downwind of the JPLF, does not support the allegation that the JPLF is a substantial cause of the odor impacts alleged.

In summary, these evaluations of available meteorological data indicate that the JPLF would not be the most predominant upwind potential source of odors for any of the trial Plaintiffs. In fact, most of the identified alternate potential odor sources were found more frequently upwind of the trial Plaintiffs' homes than the JPLF. Thus, based on prevailing wind data, it is my opinion to a reasonable degree of scientific certainty that the scientific evidence does not support the claim that trial Plaintiffs' were subjected to near-constant emissions from the JPLF.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 77

CTEH®

**6.5**   The trial Plaintiffs' allegations that odors from the JPLF accumulate in their homes and are absorbed to household fabrics in sufficient quantities to cause or exacerbate their claimed nuisance injuries are not supported by scientific fact.

During deposition testimony, several trial Plaintiffs contended that odors they attribute to the JPLF lingered in their clothes, carpets, and various other fabrics, accumulating in their homes. For example, during Ms. Green's deposition, she stated that "*[the odor] was in my clothes. I wore it every day with me. It was in my furniture. I sat on it every day. I slept in it every day. All of that was there 24/7.*"[540] Similarly, Ms. Richardson stated he "*had to*" throw away clothes and get rid of a sofa because the odors "*set into that.*"[541] Mr. Meyers stated that "*the furniture, of course, it has some odors in there.*"[542] Ms. Gremillion alleged that even when you would go outside and she couldn't smell the odors, she would still smell them in the house, in her clothes and carpets.[543]

Upholstery, carpeting, curtains and other textiles and household fabrics may contribute to indoor odors coming from a variety sources, including aerosolized liquid and solid droplets (i.e., cigarette smoke, cooking fumes), biogenic sources (i.e., human body secretions including sweat, sebum, oils, dead skin, etc.), and microbiological sources (i.e., breakdown of human secretions, food, household waste, etc.), among others. In addition, indoor odors may come from sources within the home, such as household products, scented products, furniture and appliances, cosmetics, home and construction materials (i.e., wood composites, latex paints, etc.), pets, faulty sewer systems, and others.

However, there is a critical difference between the processes by which odorous particulates "stick" to fabrics in these instances, and the processes by which odorous gases interact with fabrics. For example, cigarette smoke and fumes from cooking foods are aerosols composed of a mixture of liquid and/or solid particles suspended in the air. These microscopic particles can settle and build up on surfaces and fabrics over time. In addition, these liquid and solid particles may embed themselves in soft surfaces, contributing to the phenomenon of odors "sticking" to fabrics. Similarly, body odors typically associated with soiled clothing and fabrics arise from malodorous chemicals produced by microbial organisms that form textile biofilms, feeding on sweat and sebum adhered to clothing.[544]

In contrast, whether an odorous gas in ambient air - such as hydrogen sulfide- adsorbs or adheres to a fabric, as alleged by the trial Plaintiffs, depends largely on the equilibrium between the amount of odorous gas molecules in ambient air and the amount of odorous molecules that are likely to adhere to a fabric or textile.[545] From a scientific standpoint, the adsorption can be considered a partitioning of the adsorbate

---

[540] Green Dep. Tr. 50:11-17.
[541] Richardson Dep. Tr. 41:13-42:3.
[542] Meyers Dep. Tr. 117:12-118:3.
[543] W. Gremillion Dep. Tr. 142:4-19.
[544] Callewaert et al., 2014; Møllebjerg et al., 2021.
[545] Gabelman, 2017; Munk et al., 2001.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 78



(i.e., hydrogen sulfide) between the air and the adsorbent (i.e., fabric or textile). Whereas the natural affinity of specific chemicals will differ between fabrics of different composition, the equilibrium between concentration of gases in the air and gases adhered to fabrics is a function of the partial pressure[546] of the gas, which in turn, is proportional to the concentration of the gas (Dalton's law of partial pressures).

In this regard, not only would the ambient-level concentration of hydrogen sulfide be unlikely to cause meaningful adherence or adsorption onto fabrics, but any theoretical adherence would not result in desorption of enough hydrogen sulfide molecules to increase concentrations above ambient air, as desorbed hydrogen sulfide would reach equilibrium with ambient air. On the other hand, if hydrogen sulfide from the JPLF could adhere to fabrics at those low concentrations, as the trial Plaintiffs allege, given that adsorption of gases to adsorbents is a function of partial pressure, then the contribution of hydrogen sulfide from other sources such as morning breath or flatulence would be a much more significant contributor, at concentrations thousands of times higher than those documented across the communities near the JPLF, as detailed in Section 5.2, above.[547] Simply put, if the argument that hydrogen sulfide from JPLF emissions were to adhere to fabrics as alleged by the trial Plaintiffs, then every single sofa couch, bed linens, pants, bathroom towels, etc. worldwide would have an odor problem, and therefore every home would also have an odor problem, as the human body emits hydrogen sulfide in flatulence at concentrations hundreds to thousands of times above 5 ppb. Similarly, given that hydrogen sulfide in cigarette smoke has been reported to range between 23,000 – 108,000 ppb, tens to hundreds of thousands of times above levels detected in ambient air across the Jefferson Parish,[548] it is unlikely that hydrogen sulfide emitted from the JPLF would have meaningful contributions to any alleged adherence of odors, particularly for Ms. Green, Mr. Meyers, and Mr. Thompson, who are reported smokers.

Simply put, whereas odor accumulation in homes can be a real phenomenon that is well documented and studied in indoor environments (i.e., homes of cigarette smokers), the processes by which that occurs differ from the processes by which ambient gases would theoretically accumulate on fabrics or other household goods. The same principles that would dictate adherence factors of hydrogen sulfide to fabrics inside the trial Plaintiffs' homes are the same principles that would dictate whether those chemicals would remain adhered (i.e., desorption factors) within similar conditions (i.e., temperature, pressure, humidity). Thus, it is my opinion to a reasonable degree of scientific certainty that the claims that JPLF emissions accumulated into or onto trial Plaintiffs' household fabrics and furniture is a not supported by the available scientific knowledge and data.

---

[546] Partial pressure of a gas is the pressure each gas in a mixture of gases (i.e., atmospheric air) exerts across a volume of air and onto surfaces. Gases diffuse across media according to their partial pressures.
[547] ATSDR, 2016b; WHO, 2003.
[548] Newsome et al., 1965; Pedersen and Sprinkle, 1963.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 79

CTEH®

## 7.0   CRITIQUE OF PLAINTIFFS' EXPERT REPORTS

### 7.1   Dr. Schiffman

There are several methodological shortcomings which undermine the scientific credibility and reliability of Dr. Schiffman's opinions in this case.  Firstly, Dr. Schiffman failed to conduct a specific causation analysis to expand on her previous report of general causation. As detailed above, specific causation requires that a determination is made as to whether an individual's alleged exposure was in fact the most likely cause of the claimed injury or disease.  This analysis includes an evaluation of dose response, temporality, elimination of confounding or alternate causes, and an evaluation of the coherence of the evidence. Simply put, Dr. Schiffman's report is a mere expansion of general causation. For example:

- In her expert report, Dr. Schiffman does not consider or evaluate alternate causes for the trial Plaintiffs' complaints.  As detailed above, there are a multitude of confounding factors that can explain the trial Plaintiffs' complaints.  These include alternate odor sources, medications and medical conditions that can produce many of the trial Plaintiff's symptom complaints.

- Dr. Schiffman failed to evaluate actual exposures to determine whether those were of sufficient magnitude to cause adverse effects. The mere reference to a model that shows potential exposure to 5 ppb is insufficient evidence of exposure, as she has not considered a multitude of factors that would determine whether exposures occurred (i.e., what is the concentration indoors vs outdoors, were the trial Plaintiffs at their home at the time of modeled exceedances, etc.).  Whereas air dispersion modeling could be employed to provide a conservative high-end estimate of potential odor impacts related to emissions from JPLF, the models cannot show actual odor impacts to each of the trial Plaintiff's properties. Furthermore, it is notable that trial Plaintiffs' modeling does not support their claims of constant odors emanating from the JPLF.

- While the health conditions alleged by the Trial Plaintiffs are very common in the general population, and as I've detailed throughout my report, many of the conditions were pre-existing for the trial plaintiffs prior to the relevant period, Dr. Schiffman did nothing to objectively demonstrate that there was an increased severity or increase in frequency of these symptoms. Thus, Dr. Schiffman has not conducted a proper specific causation analysis and she cannot reliably conclude that emissions from the JPLF are the cause of the trial Plaintiffs' health complaints.

- Dr. Schiffman fails to adequately consider alternate sources of hydrogen sulfide or odors, including major contributors adjacent to the JPLF, such as the Hwy-90 C&D landfill and the River Birch landfill, or other sources identified by LDEQ, including the Harahan Wastewater Treatment Plant, Cargill, Cornerstone, International-Matex Tank Terminal, Wood Resources, and various swamps, bayous and marshlands. Instead, she assumes that every single complaint and testimony from Plaintiffs was

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 80



attributable to the JPLF. It is also noteworthy she attributed odors such as those of ammonia to the JPLF, despite having a well characterized emission source of ammonia within the Jefferson Parish.

Dr. Schiffman's attempt to link VOCs measured in ambient air samples collected from the community areas to JPLF emissions is also scientifically flawed.  Dr. Schiffman opines that VOCs detected in the community are consistent with the "fingerprint" of VOCs emitted by the JPLF, as if the chemicals evaluated were indicator compounds unique to landfill emissions; however, it is critical to understand that the compounds measured in those samples are commonly found VOCs in ambient air in urban and industrialized locations. In other words, while those chemicals may be emitted from landfills, they are also emitted by a myriad of sources and thus, there is nothing specific about those chemicals that would provide a "fingerprint" of landfill gases. This fact alone makes her analysis meaningless, however there are additional methodological flaws that render her analysis unreliable.

For example, using a binomial distribution evaluation, Dr. Schiffman calculates an exceedingly low chance of chemicals occurring in both landfill and community samples ($p = 2.28 \times 10^{-15}$). However, a binomial distribution is used to calculate the chance of a specific combination of events occurring if each event has two possible outcomes and each outcome has the same chance of occurring every time. By using this approach, Dr. Schiffman contends that detecting chemicals offsite could be predicted based on unspecified criteria or rationale, ignoring the fact that these chemicals are expected in ambient air in urban environments. Because the probability that a chemical is detected offsite depends on many more factors than proximity to the landfill, she cannot establish that the presence of those chemicals in one set of samples or two sets of samples is informative of the source. It is particularly notable that the ambient air sample from the landfill was taken on a different day than any of the community samples, which were also collected over two different days.  Therefore, her paired analysis is flawed from the start.  For instance, Dr. Schiffman notes that odors vary in part due to meteorological conditions, including wind direction varying over time, yet she disregards the fact that the VOC sampling locations were not downwind of the JPLF at the time of the sampling.[549] Similarly, the assumption that each chemical has an equal chance of detection is a poor one based on the data she provides.  Whereas Dr. Schiffman claims that 29 chemicals were detected in residential areas, this was not the case in any single residential sample. The highest number of overlapping compounds detected was 19 in sample LA 2760, whereas the lowest was 15 in sample 2150. These two samples alone disagreed on the detection of 8 compounds, further indicating that it is unreasonable to conclude the detection chance of each chemical is the same. The observation that some off-site detection concentrations were greater than those found directly at the JPLF also points to the potential for other local sources of select compounds, as concentrations would be expected to decrease with distance from the source.

---

[549] Expert Report of Dr. Paolo Zannetti, EnviroComp Consulting Inc. March 8, 2024, Section 10.5.2.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 81



Finally, Dr. Schiffman mischaracterizes the WHO 5 ppb guideline value as a level that "is always a nuisance". As discussed in detail above, this is an incorrect interpretation of the WHO exposure guideline. In fact, the WHO indicates that at least 95% of the population would not experience a nuisance at that level, and the 5% or less that may experience a nuisance would only experience a nuisance less than 2% of the time.  This misinterpretation of the guideline value that forms the foundation of Dr. Schiffman's opinions further highlights the unreliability of her opinions in this case.

## 7.2   Dr. DeLorenzo

In his expert report, Dr. Robert DeLorenzo opines that the hydrogen sulfide and VOC emissions from the Jefferson Parish Landfill were a substantial cause of the health complaints reported by the trail Plaintiffs during the relevant time period, including headaches, nausea, vomiting, dizziness, sleep disruption, fatigue, loss of appetite, and irritation of the eyes, nose and throat."[550]  The basis of his opinion stems from his understanding of Dr. James Lape's modeling data that shows "many 30-minute and 60-minute exposures to hydrogen sulfide at levels equal to or greater than 5 ppb in 2017, 2018, and 2019."[551]  Dr. DeLorenzo discusses each of the trial Plaintiffs separately and evaluates the likelihood of alleged symptoms due to their alleged exposure. In my review of Dr. DeLorenzo's report, he overlooked much of the trial Plaintiffs' evidence of pre-existing health conditions, and he has failed to critically evaluate specific causation as it related to each of the trial Plaintiffs. Thus, his opinions are not supported by the evidence.

There are many pitfalls in Dr. DeLorenzo's report. According to Dr. DeLorenzo, each of the trial Plaintiffs were "in a general state of good health" prior to July 2017. In addition, for many of the trial Plaintiffs, he also mentions that the individuals have minimal to no prior medical history.

- In my review of the trial Plaintiffs' medical records, there is substantial evidence on the contrary, and substantial evidence that many of the trial Plaintiffs' conditions predate the alleged period of exposures, as they were pre-existing conditions. For example, Dr. DeLorenzo notes that Ms. Wendy Gremillion has no past medical history. However, the medical records I detailed in this report note a history of pharyngitis, upper respiratory infection, probable viral gastroenteritis, abdominal pain and bloating, diarrhea, low back pain, and endometriosis prior to July 2017. More importantly, many of Ms. Gremillion's conditions could explain her alleged symptoms. Ms. Reshaun Richardson, like other trial Plaintiffs, was diagnosed with GERD prior to July 2017. GERD is linked to symptoms of nausea and vomiting, symptoms alleged by many of the plaintiffs previously diagnosed with GERD. Also, many of the trial Plaintiffs were previously diagnosed with hypertension (high blood pressure), which is known contributing factor of symptoms alleged by the trial Plaintiffs (i.e., headaches). In short, Dr. DeLorenzo did not investigate any association between pre-existing symptoms or medical histories and the symptoms alleged during the relevant time period.

It is evident that many of the trial Plaintiffs were taking multiple medications or using drugs during the relevant time period. Dr. DeLorenzo does not take into account the adverse effects associated with use of the medications or drugs in relation to the plaintiffs' complaints. For example, Dr. DeLorenzo does not

---

[550] Expert Report of Robert DeLorenzo: 17
[551] Expert Report of Robert DeLorenzo: 15, 16

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024



discuss Mr. Meyers' opioid use. Meyers, like other trial Plaintiffs, used opioids, which can induce headaches, nausea, or vomiting. Ms. Geneva Green and other plaintiffs were cigarette smokers. This can lead to headache, stress, and anxiety. Medical records note that Ms. Green has had gastrointestinal complaints that include pain and nausea, and these complaints were related to her medications much like other trial Plaintiffs. Dr. DeLorenzo does not consider any associations between medicine, drug, or tobacco use and the symptoms alleged during the relevant time period.

Dr. DeLorenzo opines that the symptoms experienced by the trial Plaintiffs during the relevant time period are caused by their alleged exposures to hydrogen sulfide and VOCs from the Jefferson Parish Landfill. The basis of his opinion comes from correlating symptoms associated with exposure to hydrogen sulfide equal to or exceeding 5 ppb. Dr. DeLorenzo has cited to no evidence of any of the trial Plaintiffs' actual—or even predicted—exposure to VOCs, or which particular VOC(s) more likely than not contributed to each of the trial Plaintiffs' alleged health conditions.  I am not aware of any sampling conducted at the trial Plaintiffs' residences to demonstrate exposure to VOCs at their home, nor am I aware of any modeling of VOCs from the JPLF that would support an estimate of which VOCs and at what concentrations each of the trial Plaintiffs were exposed to. Thus, it is my opinion that there is no scientific basis to conclude that exposure to VOCs were a cause (let alone a substantial cause) to the trial Plaintiffs' alleged injuries.

While failing to provide a single scientific citation or scientific basis supporting the conclusion that exposure to 5 ppb hydrogen sulfide is sufficient to cause the alleged symptoms, he also failed to rule out significant confounders, and apparently ignored the temporality of alleged symptoms and injuries, predating the alleged exposures. Thus, it is unclear how Dr. DeLorenzo reached his conclusions "*to a reasonable degree of medical and scientific certainty.*"

Therefore, it is my opinion, to a reasonable degree of scientific and toxicological certainty that Dr. DeLorenzo's conclusion that hydrogen sulfide and VOC emissions from the JPLF were a substantial cause of the health complaints reported by the trial Plaintiffs is not supported by reliable and credible evidence, nor was it conducted with a scientifically reliable methodology.

### 7.3   Dr. Spodak

Dr. Spodak's reports suffer from the same deficiencies as those of Dr. DeLorenzo and Dr. Schiffman in that he takes for a fact that all the trial Plaintiffs were exposed specifically to hydrogen sulfide from the JPLF. He provides no basis to explain how he made that determination, other than taking the trial Plaintiffs' testimony as fact (and does not address issues related to the trial Plaintiffs' changing odor experiences and injuries between the fact sheet responses and deposition testimony). Importantly, the trial Plaintiffs could not have made that determination, since emissions of hydrogen sulfide from adjacent landfills would have contributed in part, or in total, to ambient levels of hydrogen sulfide, and thus, no assertion could be made from simply experiencing odors, as to the specific source of hydrogen sulfide in ambient air.

*Supplemental Expert Report of John Kind, PhD, CIH, CSP*
*Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.*
*March 8, 2024*

Page | 83



Whereas Dr. Spodak opines that the trial Plaintiffs' preexisting conditions were "worsened" by alleged exposures to odors, he provides no description of the scientific methodology used to make that determination. Dr. Spodak did not provide an explanation as to how he measured the claimed worsening of preexisting conditions, nor did he even clearly define which of the conditions alleged by the trial Plaintiffs were preexisting and which were not.

In this regard, his opinions boil down to taking the trial Plaintiff's descriptions of events and their belief of the source of the issue as fact. For example, he notes that Mr. Stanley Meyers denied psychiatric, psychological and emotional problems in general and in particular denied difficulty with sleep, appetite, energy level, crying spells, depression or thoughts of suicide prior to the relevant time period. Yet, as I've detailed in this report, Mr. Meyers had multiple medical records as far back as 2015 noting his mental health problems.

In short, Dr. Spodak appears to connect every symptom reported to malodors reportedly attributed to the JPLF without a sound scientific rationale and without following a specific causation methodology, thus rendering his opinions in this case unreliable. Therefore, it is my opinion, to a reasonable degree of scientific and toxicological certainty that Dr. Spodak's conclusion that the trial Plaintiffs' alleged health conditions were caused or worsened by exposure to JPLF odors is not supported by reliable and credible evidence, nor was it conducted with a scientifically reliable methodology.

## CONCLUSIONS

First and foremost, the available evidence does not support the conclusion that the trial Plaintiffs were exposed in sufficient duration to concentrations of hydrogen sulfide from any source, much less the JPLF, to cause their claimed nuisance injuries and health conditions. Secondly, the commonality of trial Plaintiffs' reported symptoms, lack of temporality between alleged exposures and pre-existing conditions, and the multiple documented confounding factors cannot be scientifically eliminated as substantial causes of their symptoms. Based on the detailed evaluation of confounders and risk factors discussed in Section 8.2.2, these are likely substantial factors that contributed to the trial Plaintiffs' alleged injuries. Third, the opinions of Dr. Schiffman, Dr. DeLorenzo and Dr. Spodak do not follow a scientifically reliable methodology and are not supported by reliable or credible evidence.

In conclusion, based on my analysis of available data, scientific studies, and trial Plaintiffs' specific pertinent information (i.e., medical records, complaints, etc.), and prevalence of symptoms described, there is insufficient evidence to conclude to a reasonable degree of scientific toxicological certainty that the alleged JPLF emissions are more likely than not the cause of the nuisance injuries and health conditions claimed by trial Plaintiffs. The symptoms reported by the Plaintiffs are common within the general population and cannot be attributed to a specific chemical exposure, much less to a specific source of a chemical that has been documented to be emitted from a multitude of sources near their homes.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 84



I declare that the foregoing opinions are true and correct to a reasonable degree of scientific and toxicological certainty. I reserve the right to supplement this report as necessary if additional information becomes available.

Respectfully,

John Kind, PhD, CIH, CSP

Principal Toxicologist

CTEH, LLC

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 85

CTEH®

# 8.0   REFERENCES

ACGIH. (2010). Hydrogen Sulfide. *Documentation of Threshold Limit Values and Biological Exposure Indices*.

Agrawal, Y., Carey, J. P., Santina, C. C. D., Schubert, M. C., & Minor, L. B. (2009). Disorders of balance and vestibular function in US adults: data from the National Health and Nutrition Examination Survey, 2001-2004. *Archives of Internal Medicine*, *169*, 938–944. https://doi.org/10.1001/archinternmed.2009.66

Ahlborg, G. (1951). Hydrogen sulfide poisoning in shale oil industry. *AMA Archives of Industrial Hygiene and Occupational Medicine*, *3*, 247–266.

Andreae, C., Strömberg, A., & Årestedt, K. (2016). Prevalence and associated factors for decreased appetite among patients with stable heart failure. *Journal of Clinical Nursing*, *25*(11–12), 1703–1712. https://doi.org/10.1111/jocn.13220

Antunes, C., Aleem, A., & Curtis, S. A. (2023). Gastroesophageal Reflux Disease. In *StatPearls*. https://www.ncbi.nlm.nih.gov/books/NBK441938/

Asch, D. A., Buresh, J., Allison, K. C., Islam, N., Sheils, N. E., Doshi, J. A., & Werner, R. M. (2021). Trends in US Patients Receiving Care for Eating Disorders and Other Common Behavioral Health Conditions Before and During the COVID-19 Pandemic. *JAMA Network Open*, *4*(11), e2134913. https://doi.org/10.1001/jamanetworkopen.2021.34913

ATSDR. (2014). Medical Management Guidelines for Hydrogen Sulfide. ATDSR. https://wwwn.cdc.gov/TSP/MMG/MMGDetails.aspx?mmgid=385&toxid=67

ATSDR. (2016a). *PUBLIC HEALTH STATEMENT Hydrogen Sulfide*. Agency for Toxic Substances and Disease Registry. https://www.atsdr.cdc.gov/toxprofiles/tp114-c1-b.pdf

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 86



ATSDR. (2016b). *Toxicological Profile for Hydrogen Sulfide and Carbonyl Sulfide* (Annual Review of Pharmacology and Toxicology, pp. 109–134). Agency for Toxic Substances and Disease Registry.

Baker, F. C., Lampio, L., Saaresranta, T., & Polo-Kantola, P. (2018). Sleep and Sleep Disorders in the Menopausal Transition. *Sleep Medicine Clinics*, *13*(3), 443–456. https://doi.org/10.1016/j.jsmc.2018.04.011

Banerjee, S., Vijayamohan, M., Patel, A. C., Singh, S. B., Manjrekar, P. V., & Rathod, R. T. (2017). Prevalence of loss of appetite in patients visiting primary care physicians: A Cross- sectional Survey. *Indian Journal of Medical Science*, *69*(2), 2–7.

Bányai, K., Estes, M. K., Martella, V., & Parashar, U. D. (2018). Viral gastroenteritis. *The Lancet*, *392*(10142), 175–186. https://doi.org/10.1016/s0140-6736(18)31128-0

Barsky, A. J., & Borus, J. F. (1995). Somatization and medicalization in the era of managed care. *JAMA*, *274*, 1931–1934.

Bauer, G. E. (1976). Hypertension and Headache. *Australian and New Zealand Journal of Medicine*, *6*(5), 492–497. https://doi.org/10.1111/j.1445-5994.1976.tb03044.x

Beauchamp, R. O., Bus, J. S., Popp, J. A., Boreiko, C. J., & Andjelkovich, D. A. (1984). A critical review of the literature on hydrogen sulfide toxicity. *Critical Reviews in Toxicology*, *13*(1), 25–97. https://doi.org/10.3109/10408448409029321

Benyamin, R., Trescot, A. M., Datta, S., Buenaventura, R., Adlaka, R., Sehgal, N., Glaser, S. E., & Vallejo, R. (2008). Opioid complications and side effects. *Pain Physician*, *11*(2 Suppl), S105-20.

Brennan, K. C., & Charles, A. (2009). Sleep and Headache. *Semin Neurol*, *29*(04), 406–418. https://doi.org/10.1055/s-0029-1237113

Brzana, R. J., & Koch, K. L. (1997). Gastroesophageal Reflux Disease Presenting with Intractable Nausea. *Annals of Internal Medicine*, *126*(9), 704. https://doi.org/10.7326/0003-4819-126-9-199705010-00005

Burnett, W. W., King, E. G., Grace, M., & Hall, W. F. (1977). Hydrogen sulfide poisoning: review of 5 years' experience. *Canadian Medical Association Journal*, *117*, 1277–1280.

Cairns, C., Ashman, J. J., & Kang, K. (2022). Emergency Department Visit Rates by Selected Characteristics: United States, 2019. *NCHS Data Brief*, *434*, 1–8.

Calhoun, D. A. (2010). Obstructive Sleep Apnea and Hypertension. *Current Hypertension Reports*, *12*(3), 189–195. https://doi.org/10.1007/s11906-010-0112-8

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 87



Calhoun, D. A., & Harding, S. M. (2010). Sleep and Hypertension. *Chest*, *138*(2), 434–443. https://doi.org/10.1378/chest.09-2954

Callewaert, C., Maeseneire, E. D., Kerckhof, F.-M., Verliefde, A., Wiele, T. V. de, & Boon, N. (2014). Microbial Odor Profile of Polyester and Cotton Clothes after a Fitness Session. *Applied and Environmental Microbiology*, *80*(21), 6611–6619. https://doi.org/10.1128/aem.01422-14

CARB. (2023). *Hydrogen Sulfide & Health*. https://ww2.arb.ca.gov/resources/hydrogen-sulfide-and-health

CDC. (2022a, December 15). *Estimates of Emergency Department Visits in the United, 2016-2020*. https://www.cdc.gov/nchs/dhcs/ed-visits/index.htm

CDC. (2022b, September 30). *All About Your A1C*. https://www.cdc.gov/diabetes/managing/managing-blood-sugar/a1c.html#print

CDC. (2023, July 3). *Estimates of Emergency Department Visits in the United States, 2016-2021*. https://www.cdc.gov/nchs/dhcs/ed-visits/index.htm

Chai, N. C., Scher, A. I., Moghekar, A., Bond, D. S., & Peterlin, B. L. (2014). Obesity and Headache: Part I – A Systematic Review of the Epidemiology of Obesity and Headache. *Headache: The Journal of Head and Face Pain*, *54*(2), 219–234. https://doi.org/10.1111/head.12296

Clarrett, D. M., & Hachem, C. (2018). Gastroesophageal Reflux Disease (GERD). *Missouri Medicine*, *115*(3), 214–218.

Cleveland Clinic. (2021, May 25). *Upper Respiratory Infection*. https://my.clevelandclinic.org/health/articles/4022-upper-respiratory-infection

Cleveland Clinic. (2022a, October 3). *Loss of Appetite*. https://my.clevelandclinic.org/health/symptoms/24228-loss-of-appetite

Cleveland Clinic. (2022b, November 22). *A1C*. https://my.clevelandclinic.org/health/diagnostics/9731-a1c

Drugs.com. (2023, March 21). *Percocet Side Effects*. https://www.drugs.com/sfx/percocet-side-effects.html

ERPG. (2014). *Emergency Response Planning Guidelines for Hydrogen Sulfide*. American Industrial Hygiene Association.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 88



Ferrero, S., Pretta, S., Bertoldi, S., Anserini, P., Remorgida, V., Sette, M. D., Gandolfo, C., & Ragni, N. (2004). Increased frequency of migraine among women with endometriosis. *Human Reproduction*, *19*(12), 2927–2932. https://doi.org/10.1093/humrep/deh537

Fortini, I., & Felsenfeld, B. D. (2022). Headaches and obesity. *Arquivos de Neuro-Psiquiatria*, *80*(5 Suppl 1), 204–213. https://doi.org/10.1590/0004-282x-anp-2022-s106

Frese, T., Klauss, S., Herrmann, K., & Sandholzer, H. (2011). Nausea and Vomiting as the Reasons for Encounter in General Practice. *Journal of Clinical Medicine Research*, *3*(1), 23–29. https://doi.org/10.4021/jocmr410w

Friedman, B. W., Mistry, B., West, J. R., & Wollowitz, A. (2014). The association between headache and elevated blood pressure among patients presenting to an ED. *The American Journal of Emergency Medicine*, *32*(9), 976–981. https://doi.org/10.1016/j.ajem.2014.05.017

Gabelman, A. (2017). Adsorption Basics: Part 1. *AICHE*. https://www.aiche.org/sites/default/files/docs/pages/adsorption_basics_part_1.pdf

Garey, L., Olofsson, H., Garza, T., Shepherd, J. M., Smit, T., & Zvolensky, M. J. (2020). The Role of Anxiety in Smoking Onset, Severity, and Cessation-Related Outcomes: a Review of Recent Literature. *Current Psychiatry Reports*, *22*(8), 38. https://doi.org/10.1007/s11920-020-01160-5

Garling, A. (2023, June 30). *10 Common Medications That Can Affect Sleep*. https://www.aarp.org/health/drugs-supplements/info-04-2013/medications-that-can-cause-insomnia.html

Gerson, L. B., Kahrilas, P. J., & Fass, R. (2011). Insights Into Gastroesophageal Reflux Disease–Associated Dyspeptic Symptoms. *Clinical Gastroenterology and Hepatology*, *9*(10), 824–833. https://doi.org/10.1016/j.cgh.2011.05.015

Giannoglou, G. D., Chatzizisis, Y. S., & Misirli, G. (2007). The syndrome of rhabdomyolysis: Pathophysiology and diagnosis. *European Journal of Internal Medicine*, *18*(2), 90–100. https://doi.org/10.1016/j.ejim.2006.09.020

Guidotti, T. L. (2010). Hydrogen sulfide: advances in understanding human toxicity. *International Journal of Toxicology*, *29*, 569–581.

Guzelian, P. S., Victoroff, M. S., Halmes, N. C., James, R. C., & Guzelian, C. P. (2005). Evidence-based toxicology: a comprehensive framework for causation. *Human & Experimental Toxicology*, *24*, 161–201.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 89



Hu, N., Wang, C., Liao, Y., Dai, Q., & Cao, S. (2021). Smoking and incidence of insomnia: a systematic review and meta-analysis of cohort studies. *Public Health*, *198*, 324–331. https://doi.org/10.1016/j.puhe.2021.07.012

Janeway, T. C. (1913). A CLINICAL STUDY OF HYPERTENSIVE CARDIOVASCULAR DISEASE. *Archives of Internal Medicine*, *XII*(6), 755–798. https://doi.org/10.1001/archinte.1913.00070060147012

Jappinen, P., Vilkka, V., Marttila, O., & Haahtela, T. (1990). Exposure to hydrogen sulphide and respiratory function. *British Journal of Industrial Medicine*, *47*(12), 824–828. https://doi.org/10.1136/oem.47.12.824

Karatas, M. (2008). Central vertigo and dizziness: epidemiology, differential diagnosis, and common causes. *Neurologist*, *14*, 355–364. https://doi.org/10.1097/nrl.0b013e31817533a3

Kelly, G. A., Blake, C., Power, C. K., O'Keeffe, D., & Fullen, B. M. (2011). The Association Between Chronic Low Back Pain and Sleep. *The Clinical Journal of Pain*, *27*(2), 169–181. https://doi.org/10.1097/ajp.0b013e3181f3bdd5

Korabelnikova, E. A., Danilov, A. B., Danilov, A. B., Vorobyeva, Y. D., Latysheva, N. V., & Artemenko, A. R. (2020). Sleep Disorders and Headache: A Review of Correlation and Mutual Influence. *Pain and Therapy*, *9*(2), 411–425. https://doi.org/10.1007/s40122-020-00180-6

Kwon, E., & O'Rourke, M. C. (2023). Chronic Sinusitis. In *StatPearls*. https://www.ncbi.nlm.nih.gov/books/NBK441934/

Lavie, P., Herer, P., & Hoffstein, V. (2000). Obstructive sleep apnoea syndrome as a risk factor for hypertension: population study. *BMJ*, *320*(7233), 479. https://doi.org/10.1136/bmj.320.7233.479

Lee, K. (2023, September 13). *9 Prescription and OTC Medications That Can Interfere With Sleep*. https://www.everydayhealth.com/sleep/medications-that-affect-sleep.aspx

Lipscomb, J. A., Satin, K. P., & Neutra, R. R. (1992). Reported symptom prevalence rates from comparison populations in community-based environmental studies. *Archives of Environmental Health*, *47*, 263–269.

Luntamo, T., Sourander, A., Rihko, M., Aromaa, M., Helenius, H., Koskelainen, M., & McGrath, P. J. (2012). Psychosocial determinants of headache, abdominal pain, and sleep problems in a community sample of Finnish adolescents. *European Child & Adolescent Psychiatry*, *21*(6), 301–313. https://doi.org/10.1007/s00787-012-0261-1

Martin, V. T., Wernke, S., Mandell, K., Ramadan, N., Kao, L., Bean, J., Liu, J., Zoma, W., & Rebar, R. (2006). Symptoms of Premenstrual Syndrome and Their Association With Migraine

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 90



Headache. *Headache: The Journal of Head and Face Pain*, *46*(1), 125–137. https://doi.org/10.1111/j.1526-4610.2006.00306.x

Marty, M., Rozenberg, S., Duplan, B., Thomas, P., Duquesnoy, B., Allaert, F., & Rhumatologie, T. S. R. de la S. F. de. (2008). Quality of sleep in patients with chronic low back pain: a case-control study. *European Spine Journal*, *17*(6), 839–844. https://doi.org/10.1007/s00586-008-0660-7

Mayo Clinic. (2019). *Dizziness*. *2020*. https://www.mayoclinic.org/diseases-conditions/dizziness/symptoms-causes/syc-20371787

Mayo Clinic. (2022a, April 8). *Nausea and vomiting*. https://www.mayoclinic.org/symptoms/nausea/basics/causes/sym-20050736

Mayo Clinic. (2022b, April 19). *Diverticulitis*. https://www.mayoclinic.org/diseases-conditions/diverticulitis/symptoms-causes/syc-20371758

Mayo Clinic. (2022c, May 17). *Hyponatremia*. https://www.mayoclinic.org/diseases-conditions/hyponatremia/symptoms-causes/syc-20373711

MedlinePlus. (2023, May 15). *Oxycodone*. https://medlineplus.gov/druginfo/meds/a682132.html

Mold, J. W., Holtzclaw, B. J., & McCarthy, L. (2012). Night Sweats: A Systematic Review of the Literature. *The Journal of the American Board of Family Medicine*, *25*(6), 878–893. https://doi.org/10.3122/jabfm.2012.06.120033

Møllebjerg, A., Palmén, L. G., Gori, K., & Meyer, R. L. (2021). The Bacterial Life Cycle in Textiles is Governed by Fiber Hydrophobicity. *Microbiology Spectrum*, *9*(2), e01185-21. https://doi.org/10.1128/spectrum.01185-21

Morel, G. M. (1997). Measurement of Hydrogen Sulfide Formation at the Exhaust of Three-Way Catalyst Cars Using an Original Semi-Continuous Method - Evaluation of the Key Parameters. *SAE Technical Paper Series*. https://doi.org/10.4271/971611

Moylan, S., Jacka, F. N., Pasco, J. A., & Berk, M. (2012). Cigarette smoking, nicotine dependence and anxiety disorders: a systematic review of population-based, epidemiological studies. *BMC Medicine*, *10*(1), 123. https://doi.org/10.1186/1741-7015-10-123

Moylan, S., Jacka, F. N., Pasco, J. A., & Berk, M. (2013). How cigarette smoking may increase the risk of anxiety symptoms and anxiety disorders: a critical review of biological pathways. *Brain and Behavior*, *3*(3), 302–326. https://doi.org/10.1002/brb3.137

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 91



Munk, S., Johansen, C., Stahnke, L. H., & Adler-Nissen, J. (2001). Microbial survival and odor in laundry. *Journal of Surfactants and Detergents*, *4*(4), 385–394. https://doi.org/10.1007/s11743-001-0192-2

NCHS. (2022). *National Hospital Ambulatory Medical Care Survey: 2020 Emergency Department Summary Tables*. National Center for Health Statistics.

Newsome, J. R., Norman, V., & Keith, C. H. (1965). Vapor Phase Analysis of Tobacco Smoke. *Tobacco Science*, *9*, 102–110.

NIDCD. (2015). *NIDCD Fact Sheet: Balance Disorders* (Hearing and Balance). National Institute on Deafness and Other Communication Disorders.

Noghani, M. T., Rezaeizadeh, H., Fazljoo, S. M. B., & Keshavarz, M. (2016). Gastrointestinal Headache; a Narrative Review. *Emergency (Tehran, Iran)*, *4*(4), 171–183.

NRC. (2010). *Acute Exposure Guideline Levels for Selected Airborne Chemicals: Hydrogen Sulfide*. *9*.

NRC. (2011). *Reference Manual on Scientific Evidence*. https://doi.org/10.17226/13163

Nuñez, A., Rhee, J. U., Haynes, P., Chakravorty, S., Patterson, F., Killgore, W. D. S., Gallagher, R. A., Hale, L., Branas, C., Carrazco, N., Alfonso-Miller, P., Gehrels, J.-A., & Grandner, M. A. (2021). Smoke at night and sleep worse? The associations between cigarette smoking with insomnia severity and sleep duration. *Sleep Health*, *7*(2), 177–182. https://doi.org/10.1016/j.sleh.2020.10.006

Payne, T. J., Stetson, B., Stevens, V. M., Johnson, C. A., Penzien, D. B., & Dorsten, B. (1991). The Impact of Cigarette Smoking on Headache Activity in Headache Patients. *Headache: The Journal of Head and Face Pain*, *31*(5), 329–332. https://doi.org/10.1111/j.1526-4610.1991.hed3105329.x

Pedersen, P. M., & Sprinkle, R. S. (1963). *Determination of hydrogen sulfide in cigarette smoke* (http://legacy.library.ucsf.edu/tid/mxq80a00/pdf). American Tobacco.

Reyes‐Gibby, C. C., Mendoza, T. R., Wang, S., Anderson, K. O., & Cleeland, C. S. (2003). Pain and Fatigue in Community‐Dwelling Adults. *Pain Medicine*, *4*(3), 231–237. https://doi.org/10.1046/j.1526-4637.2003.03033.x

Rosenthal, T. C., Majeroni, B. A., Pretorius, R., & Malik, K. (2008). Fatigue: an overview. *American Family Physician*, *78*(10), 1173–1179.



Rozen, T. D. (2018). Linking Cigarette Smoking/Tobacco Exposure and Cluster Headache: A Pathogenesis Theory. *Headache: The Journal of Head and Face Pain*, *58*(7), 1096–1112. https://doi.org/10.1111/head.13338

Sackett, D. L., Haynes, R. B., Guyatt, G. H., & Tugwell, P. (1991). Deciding whether your treatment has done harm. *Clinical Epidemiology: A Basic Science for Clinical Medicine*, 283–302.

Salari, N., Hasheminezhad, R., Hosseinian-Far, A., Rasoulpoor, S., Assefi, M., Nankali, S., Nankali, A., & Mohammadi, M. (2023). Global prevalence of sleep disorders during menopause: a meta-analysis. *Sleep and Breathing*, *27*(5), 1883–1897. https://doi.org/10.1007/s11325-023-02793-5

Singhal, K., Muliyala, K., Pakhare, A., Behera, P., & Santoshi, J. (2021). Do Patients of Chronic Low Back Pain have Psychological Comorbidities? *Avicenna Journal of Medicine*, *11*(03), 145–151. https://doi.org/10.1055/s-0041-1734385

Stovner, L. J., Ægidius, K., & Linde, M. (2011). Endometriosis and Headache. *Current Pain and Headache Reports*, *15*(5), 415–419. https://doi.org/10.1007/s11916-011-0209-z

Stuart, A. (2023, May 1). *Rhabdomyolysis*. WebMD. https://www.webmd.com/a-to-z-guides/rhabdomyolysis-symptoms-causes-treatments

Stuempfig, N. D., & Seroy, J. (2023). Viral Gastroenteritis. In *StatPearls*. https://www.ncbi.nlm.nih.gov/books/NBK518995/

Suarez, F. L., Furne, J. K., Springfield, J., & Levitt, M. D. (2000). Morning breath odor: influence of treatments on sulfur gases. *Journal of Dental Research*, *79*(10), 1773–1777. https://doi.org/10.1177/00220345000790100701

Suarez, F. L., Springfield, J., & Levitt, M. D. (1998). Identification of gases responsible for the odour of human flatus and evaluation of a device purported to reduce this odour. *Gut*, *43*, 100–104.

Sullivan. (1992). Toxic exposure and medical causation. *Hazardous Materials Toxicology*, 309–319.

Sussman, S., Zimmerman, Z., Chishom, T., Reid, L., & Seyyedi, M. (2022). Migraine-Associated Otalgia: An Underappreciated Entity. *Korean Journal of Audiology*, *26*(2), 90–96. https://doi.org/10.7874/jao.2021.00465

Tervilä, L., & Marttila, P. (1975). Headache as a symptom of endometriosis externa. *Annales Chirurgiae et Gynaecologiae Fenniae*, *64*(4), 239–241.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 93



Tietjen, G. E., Bushnell, C. D., Herial, N. A., Utley, C., White, L., & Hafeez, F. (2007). Endometriosis Is Associated With Prevalence of Comorbid Conditions in Migraine. *Headache: The Journal of Head and Face Pain*, *47*(7), 1069–1078. https://doi.org/10.1111/j.1526-4610.2007.00784.x

USEPA. (1998). *Linear Low dose Extrapolation for Cancer Risk Assessments: Sources of Uncertainty and How They Affect the Precision of Risk Estimates*. U.S. Environmental Protection Agency. https://archive.epa.gov/scipoly/sap/meetings/web/pdf/session2.pdf

Viner, R., & Christie, D. (2005). Fatigue and somatic symptoms. *BMJ*, *330*(7498), 1012. https://doi.org/10.1136/bmj.330.7498.1012

Waldie, K. E., McGee, R., Reeder, A. I., & Poulton, R. (2008). Associations Between Frequent Headaches, Persistent Smoking, and Attempts to Quit. *Headache: The Journal of Head and Face Pain*, *48*(4), 545–552. https://doi.org/10.1111/j.1526-4610.2007.01037.x

Watson, D., & Pennebaker, J. W. (1989). Health Complaints, Stress, and Distress: Exploring the Central Role of Negative Affectivity. *Psychological Review*, *96*(2), 234–254. https://doi.org/10.1037/0033-295x.96.2.234

White, M. C. (1999). Health concerns for communities exposed to hydrogen sulfide -- A perspective from two communities. *Environmental Epidemiology and Toxicology*, *1*, 236–240.

WHO. (1981). *Hydrogen sulfide* (http://www.inchem.org/documents/ehc/ehc/ehc019.htm; Environmental Health Criteria). World Health Organization.

WHO. (2000). Hydrogen Sulfide. *Air Quality Guidelines for Europe*.

WHO. (2003). *Hydrogen sulfide: human health aspects* (Concise International Chemical Assessment Document). World Health Organization.

WHO. (2016). *Headache disorders*. *2020*. https://www.who.int/news-room/fact-sheets/detail/headache-disorders

Williams, C. W., Lees-Haley, P. R., & Brown, R. S. (1993). Human response to traumatic events: an integration of counterfactual thinking, hindsight bias, and attribution theory. *Psychological Reports*, *72*, 483–494.

Xu, C., Fu, Z., Wang, J., Wu, B., & Wang, X.-Q. (2022). Differences and Correlations of Anxiety, Sleep Quality, and Pressure-Pain Threshold between Patients with Chronic Low Back Pain and Asymptomatic People. *Pain Research and Management*, *2022*, 8648584. https://doi.org/10.1155/2022/8648584

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 94



Yang, Q.-H., Zhang, Y.-H., Du, S.-H., Wang, Y.-C., & Wang, X.-Q. (2023). Association Between Smoking and Pain, Functional Disability, Anxiety and Depression in Patients With Chronic Low Back Pain. *International Journal of Public Health*, *68*, 1605583. https://doi.org/10.3389/ijph.2023.1605583

Yant, W. P. (1930). Hydrogen sulfide in industry:  occurrence, effects and treatment. *American Journal of Public Health*, *20*, 598–608.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 95

CTEH®

# Appendix A

## CV and List of Testimony



# CTEH®

# John Kind, Ph.D., CIH, CSP
Principal Toxicologist



## CONTACT

 jkind@cteh.com

 501-801-8500

 North Little Rock, AR

## EDUCATION

**Ph.D., Interdisciplinary Toxicology,**
University of Georgia, Athens, Georgia

**B.S., Biochemistry-Toxicology,**
Murray State University, Murray, Kentucky

**Professional Licenses, Certifications and Accreditations:**
Diplomate American Board of Industrial Hygiene, December 2012
Certified Industrial Hygienist #10224
Certified Safety Professional #CSP-31865
40-Hour HAZWOPER
TWIC Card

**Memberships and Affiliations**
Society of Toxicology - Full Member
Society of Toxicology - Public Health Specialty Section
American Board of Industrial Hygiene
American Industrial Hygiene Association
American Industrial Hygiene Association - Emergency Response Planning Guidelines (ERPG) comittee

## INTRODUCTION

John Kind is a Principal Toxicologist in the Health Sciences Division at CTEH® where he works on a broad range of human-health based issues including exposure assessment, dose reconstruction, industrial hygiene, and human health risk assessment. He also participates in the Toxicology Emergency Response Program, supporting air monitoring and environmental sampling teams to address worker and public safety after hazmat incidents across the country. Based on this work, he routinely faces a variety of issues and concerns related to chemical releases from fixed facilities, the transportation industry, oil and gas exploration and production, and landfills. Dr. Kind also serves as an expert witness in toxic tort litigation providing testimony regarding disease causation.

## EMPLOYMENT

Principal Toxicologist | 2016-Present
Sr. Vice President, Health Sciences | 2017-2022
Senior Toxicologist | 2007-2016
CTEH, LLC, North Little Rock, Arkansas

Toxicologist, TERRA, Inc., Tallahassee Florida, 2000-2007

Graduate Research Assistant, University of Georgia, Department of Pharmaceutical and Biomedical Sciences, Athens, Georgia, 1993-2000

## TEACHING EXPERIENCE

Guest Lecturer | 2020
University of Louisville, Louisville, Kentucky
Guest Lecturer, University of Florida, Gainesville, Florida, 2005
Graduate Teaching Assistant, College of Pharmacy at the University of Georgia, Athens, Georgia, 1995-1998

1



# John Kind, Ph.D., CIH, CSP
## Principal Toxicologist

## PUBLICATIONS

**Peer Reviewed Publications**:

1. Bisphenol A: Update on newly developed data and how they address NTP's 2008 finding of "Some Concern". Shelnutt, S., Kind, J., and Allaben, W. Food and chemical toxicology : an international journal published for the British Industrial Biological Research Association. 2013; 57:284-95.

2. HF 101: Hydrogen Fluoride and Hydrofluoric Acid. How to Prepare for Potential Exposures. Shelnutt, S. R. and Kind, J. A. The Synergist. 2012; 23(9):30-32.

3. The Gulf Oil Spill: Worker and Community Health Update. Millner, G.; Goad, P., and Kind, J. Presented at 21st Annual Clean Gulf Training & Exhibition, November 30 - December 1, 2011; San Antonio, TX. Houston, TX: Tradefair Group; 2011.

4. Effective Monitoring and Protection of Workers and the Community during Waterway Chemical Spills. Davis, C.; Kind, J.; Shelnutt, S.; Nony, P., and Millner, G. In 2011 International Oil Spill Conference Proceedings; Portland, OR. Washington, DC: American Petroleum Institute; 2011.

5. Investigation of the Radioadaptive Response in Brain and Liver of Pur288 LacZ Transgenic Mice. Kind, J.A., Winn, R.N., Boerringter, M.E.T.I., Jagoe, C.H., Glenn, T.C., and Dallas, C.E. Journal of Toxicology and Environmental Health. 2001; 63(3):207-20.

6. Interspecies Differences in Oxidative Stress Response and Radiocesium Levels in Rodents Inhabiting Areas Highly Contaminated by the Chernobyl Nuclear Disaster. Holloman, K.A., Dallas, C.E., Jagoe, C.H., Tackett, R., Kind, J.A., and Rollor, E.A.. Environmental Toxicology and Chemistry. 2000; 19: 2830-34.

7. Flow Cytometric Analysis of Erythrocyte and Leukocyte DNA in Fish from Chernobyl-Contaminated Ponds in the Ukraine. Dallas, C.E., Lingenfelser, S.F., Lingenfelser, J.T., Holloman, K.A., Jagoe, C.H., Kind, J.A., Chesser, R.K., and Smith, M.H. Ecotoxocology 1998; 7(4): 211-219.

8. Wnek, S. M., Kuhlman, C. L., Harrill, J. A., Nony, P. A., Millner, G. C. and Kind, J. A. 'Chapter 5 - Forensic Aspects of Airborne Constituents Following Releases of Crude Oil Into the Environment A2 - Stout, Scott A', in Wang, Z. (ed.) Oil Spill Environmental Forensics Case Studies: ButterworthHeinemann, 2018; pp. 87-115.

9. Kind, J.A. and Keller, R. (2019). Chapter 3 – Principles of Toxicology in Toxicology Principles for the Industrial Hygienist 2nd Edition. AIHA Press.

10. Tuttle, K. Kind, J.A., Nony, P., and Still, K. (2019). Chapter 27 – Asbestos in Toxicology Principles for the Industrial Hygienist 2nd Edition. AIHA Press.

**Presentations**:

1. October 2018: The St Louis Para-Nitro Aniline Release - How a single exposure event impacted four major metropolitan emergency rooms. Arkansas Department of Health Grand Rounds. Little Rock, AR.

2. December 2017: Crude Oil Derailments – How to Respond Safely and Effectively, Clean Gulf. Houston, TX.

3. June 2017: Case Study of a Worker Exposure Response Call. AIHCE 2017, American Association of Railroads (AAR) Railroad Industrial Hygiene Forum Meeting. Seattle, WA.

4. November 2015: CN Perryville Incident and Response Panel. Railroad Environmental Conference. Champaign, IL.

5. August 2015: Planning for and Dealing with Catastrophic Releases "Better Safe Than Sorry." 27th Annual Texas Environmental Superconference. San Antonio, TX.

6. May 2015: Air Monitoring and Environmental Sampling Strategies in Early Phase Response to Crude Oil Releases. 28th Annual AAR/BOE Hazmat Seminar. Dallas, TX.

7. May 2014: Human Health and Environmental Hazards Associated with Crude Oil. 27th Annual AAR/BOE Hazmat Seminar. Dallas, TX.

8. May 2014: Response to an Airborne Hazardous Material Event. The Clean Air Act: New Directions in Law, Policy, and Practice. Co-sponsored by the American Law Institute and the Environmental Law Institute. Washington, DC.

9. June 2014: Health and Safety Concerns Associated with Response to Crude Oil Releases. American Industrial Hygiene Association Annual Meeting. San Antonio, TX.

10. November 2013: Human Health and Environmental Hazards Associated with Crude Oils. Railroad Environmental Conference. Champaign, IL.

11. October 2013: Addressing Potential Hazards and Exposure to Workers During Hydraulic Fracturing Operations. Shale Envirosafe Conference. San Antonio, TX.

12. August 2013: Overview of Current Public Concerns Associated with Hydraulic Fracturing. 8th Annual Georgia Environmental Conference. Jekyll Island, GA.

13. May 2013: Addressing Potential Hazards and Exposure to Workers During Hydraulic Fracturing Operations. American Industrial Hygiene Association Annual Meeting. Montreal, Canada.

14. May 2013: Update on Health Effects Studies From Deepwater Horizon Events of 2010. Annual Meeting of American College of Occupational and Environmental Medicine. Orlando, FL.

2

# CTEH®

# John Kind, Ph.D., CIH, CSP
## Principal Toxicologist

15. May 2013: Toxicology of Hydraulic Fracturing. Annual Meeting of American College of Occupational and Environmental Medicine. Orlando, FL.

16. November 2012: Natural Gas Production, Chemicals, and Protection of Public Health: State of the Art Update. Shale Envirosafe Conference. New Orleans, LA.

17. October 2012: Scientific Evidence - Daubert Issues Related to Personal Injury and Property Damage Claims. Panel Discussion. HB Litigation Conference on Shale Gas Drilling Operations. New York, NY.

18. September 2012: The East St. Louis Para-Nitroaniline Spill - A Case Study in the Cascading Effects of a Single Exposure Incident. Annual Meeting of the Alliance of Hazardous Materials Professionals. Anchorage, AK.

19. August 2012: Hydraulic Fracturing: Case Study on Communication of Scientific Information in a Highly Politicized Environment. CTEH® Crisis Communication Seminar. Little Rock, AR.

20. June 2012: Background VOCs in Indoor Air: Sources, Concentrations, and Comparison to Health-Based Indoor Air Standards. Round Table RT 213 - Addressing Background Sources of VOCs During Vapor Intrusion Investigations. American Industrial Hygiene Association Annual Meeting. Indianapolis, IN.

21. March 2012: Evaluating "Action" Levels for Methane in Groundwater – What "Action" Should be Taken? 2010 Fayetteville Shale Symposium. Fort Smith, AR.

22. February 2012: What's That Smell? Technologies and Strategies for Characterizing Odor Nuisance and Related Health Impacts and Resulting Legal Claims from Industrial Activities. Defense Research Institute Toxic Torts and Environmental Law Seminar. Miami, FL.

23. September 2011: Effective Monitoring and Protection of Workers and the Community during Waterway Chemical Spills. Cheminnovations 2011 Conference & Expo. Houston, TX.

24. September 2011: Expected The Unexpected. A Case Study in Real-World Crisis Communication Experience with Railroad and Non-railroad Chemical Releases. CTEH® Crisis Communication Seminar. Little Rock, AR.

25. May 2011: The Gulf Oil Spill: Worker, Community, and Environmental Sampling Overview. AIHCE 2011, American Association of Railroads (AAR) Railroad Industrial Hygiene Forum Meeting. Portland, OR.

26. May 2011: Air Monitoring Air Sampling and Interacting with Regulators During Emergency Response. Union Pacific Railroad Tank Car Safety Course Emergency Response Training Center, Transportation Technology Center, Inc. Pueblo, CO.

27. December 2011: Toxicology of Selected Hazardous Materials Shipped by Rail. Canadian National Railroad Dangerous Goods Officer Annual Meeting. Chicago, IL.

28. October 2010: Overview of the Role of CTEH® in the MC252 Response. October 2010 meeting of The Arkansas Bar Association Environmental Law Section. Little Rock, AR.

29. April 2009: Communication Breakdown: A Case Study in the Cascading Effects of a Single Exposure Incident. 2009 Arkansas Governor's Safety and Health Conference. Rogers, AR.

30. March 2008: Chemical Protective Clothing and Respiratory Protection Overview. BNSF Hamzat Refresher Training, Emergency Response Training Center, Transportation Technology Center, Inc. Pueblo, CO.

31. March 2008: Toxicology for the Emergency Responder. BNSF Hamzat Refresher Training, Emergency Response Training Center, Transportation Technology Center, Inc. Pueblo, CO.

32. March 2008: Poster presentation at the 47th Annual Meeting of the Society of Toxicology, Seattle, WA. The Protective Effect of the Upper Airways Against Water Soluble Irritant Gas Exposure – A Case Study of Acute Ammonia Exposure. Kind, J., Nony, P., Hewitt, D.

33. March 2008: The Role of Toxicology in Emergency Response. Monthly meeting of the La Porte, Texas Local Emergency Planning Committee.

34. August 2007: "Air Monitoring During Hazardous Material Incidents." West Tennessee Emergency Management Association, Local Emergency Planning Committee August 21, 2007.

35. March 2006: Poster presentation at the 45th Annual Meeting of the Society of Toxicology, San Diego, CA. Predicting Blood Lead Levels with IEUBK: Over-Prediction at Moderate Soil Lead Levels? Freeman, R.W., Britt, J.K., Halmes, C, Kind, J.A., and James, R.C.

36. April 2000: Podium presentation at the third annual meeting of The Interdisciplinary Program in Toxicology, The University of Georgia, Athens, GA. Effects of Temperature on Mutagenesis in the $\lambda$-LIZ Transgenic Medaka Fish Model. Kind, J.A., Winn, R.N., Jagoe, C.H., Glenn, T.C., Dallas, C.E.

37. April 2000: Poster presentation at the third annual meeting of The Interdisciplinary Program in Toxicology, The University of Georgia, Athens, GA. The Application of Transgenic Mouse Models For Radiation Research. Winn, J.A., Winn, R.N., Boerringter, M.E.T.I., Jagoe, C.H., Glenn, T.C., Dallas, C.E.

38. March 2000: Poster presentation at the 39th Annual Meeting of the Society of Toxicology, Philadelphia, PA. Tissue Specific Differences in the Radioadaptive Response of Pur288 LacZ Transgenic Mice. Kind, J.A., Winn, R.N., Boerrigter, M.E.T.I., Jagoe, C.H., Glenn, T.C., Dallas, C.E.

3

39. October 1999: Podium presentation at the Southeast Society of Toxicology Meeting, University of Georgia, Athens, GA. Investigation of the Radioadaptive Response in Brain and Liver of Pur288 LacZ Transgenic Mice. Kind, J.A., Winn, R.N., Boerringter, M.E.T.I., Jagoe, C.H., Dallas, C.E.

40. March 1999: Poster presentation at the 38th Annual Meeting of the Society of Toxicology, New Orleans, LA. Use of a LacZ Plasmid-Based Transgenic Mouse Model for the Detection of Mutations Induced by Ionizing Radiation. Kind, J.A., Boerrigter, M.E.T.I., Winn, R.N., Jagoe, C.H., Dallas, C.E. Department of Pharmacology and Toxicology

41. November 1997: Podium presentation at the 18th Annual Meeting of the Society of Environmental Toxicology and Chemistry, San Francisco, CA. Mercury in Perch (Perca fluviatilis) from Waters in the Transcarpathain Mountain Region, Western Ukraine. Kind, J., Jagoe, C. Oleksyk, T., Dallas, C., Smith, M.

42. February 1996: Seminar presentation to the Department of Pharmacology and Toxicology, University of Georgia. Flow-Cytometric Evidence for the Division of Teolost Erythrocytes in Circulation. Kind, J.A., Jagoe, C.H., Holloman, K.A., McCreedy, C., Lingenfelser, S., and Dallas, C.E.

43. March 1995: Seminar presentation to the Department of Pharmacology and Toxicology, University of Georgia. Application of the p53 Tumor Suppressor Protein as a Biomarker for Environmental Toxicity. Kind, J.A.

44. February 1995: Poster presentation at the 1995 AAAS Annual Meeting and Science Innovation Exposition, Atlanta, GA. Patterns of Aneuploidy and Other Abnormalities in Blood Cell DNA in Fish From Chernobyl-Contaminated Regions in Ukraine. Holloman, K.A., Dallas, C.E., Kind, J.A., Jagoe, C.H., Chesser, R.K., Smith, M.H.

45. October 1994: Poster presentation at the Southeast Society of Toxicology Meeting, University of Tennessee, Knoxville, TN. Variation in Blood Cell DNA Content in Fish From Chernobyl-Contaminated Regions in The Ukraine. Holloman, K.A., Fisher, S.K., Kind, J.A., Lingenfelser, J.T. Dallas, C.E., Jagoe, C.H., Chesser, R.K., Smith, M.H.

46. April 1993: Poster presentation at area Sigma Xi meeting, Murray State University. High Performance Chromatography of Uridine Nucleotides. Kind, J.A. and Musico, O.



# Previous 4 Years of Expert Testimony

## John A. Kind, Ph.D., CIH, CSP

In the 16th Judicial District Court, Parish of Iberville, State of Louisiana
 McCorvey et al. v. Multi-Chem Group, LLC, et al.
 Trial Testimony August 12, 2019

In the Civil District Court for the Parish of Orleans
 Dennis M. Jeter v. Ameron International Corporation, et al.
 Deposition Testimony October 8, 2019

In the Superior Court of Washington for King County
 William J. Tocco v. BNSF
 Deposition Testimony October 10, 2019

In the Superior Court of the State of Arizona
 Ronald Chaff v. Autozone, Inc. et al.
 No. CV2017-091917
 Deposition Testimony February 6, 2020

In the United States District Court for the Eastern District of Louisiana
 Barry Wilburn et al. v. BP Exploration & Production, Inc and BP American Production Company
 No. 2:18-cv-10228
 Deposition Testimony February 19, 2020

In the Superior Court of the State of California, in and for the County of Los Angeles
 John and Gail Metzger v. Exxon, et al.
 No. 19STCV27717
 Deposition Testimony February 21, 2020 and March 28, 2023 and April 13, 2023

In the Civil District Court for the Parish of Orleans, State of Louisiana
 Arthur Ray Reinninger v. Exxon, et al.
 No. 2016-4992 Division C-10
 Deposition Testimony February 25, 2020

In the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana
    Hero Lands Company, LLC v. Chevron et al.
    No. 64-320 Division A
    Deposition Testimony October 27, 2020

In the Superior Court of the State of Delaware
    Raymond Reed, v. BNSF Railway Company, et al.
    No. N17C-10-366 EMD
    Deposition Testimony October 30, 2020

In the 25th Judicial District Court for the Parish of Plaquemines of the State of Louisiana
    Hero Lands Company, LLC v. Chevron USA Inc, et al.
    Division A Docket No. 64,320
    Hearing Testimony December 16, 2020

In the 16th Judicial District Court for the Parish of St. Mary of the State of Louisiana
    Louisiana Wetlands, LLC and New 90, LLC v. Energen Resources Corporation, et al.
    Division B Docket No. 130-527
    Deposition Testimony February 12, 2021
    Hearing Testimony February 26, 2021

In the Superior Court of California county of San Francisco
    David Springer and Dorothy Springer v. Asbestos Companies et al.
    No. CGC-20-276849
    Deposition Testimony April 23, 2021

In the Civil District Court for the Parish of New Orleans
    Samuel Scott v. Anco Insulations, Inc., et al.
    Division 12 Docket No. 2020-3994
    Deposition Testimony June 22, 2021

In the Circuit Court of Cook County, Illinois County Department, Law Division
    Mary Ann Stimac, Rep. of the Estate of R. Stimac, deceased, v. BNSF Railway Company, et al.
    No. 2019 L005045
    Deposition Testimony June 29, 2021

In the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana
    Frederick Addison et al v. Louisiana Regional Landfill Company
    Division J Suit No. 790-369
    Deposition Testimony August 11, 2021

In the United States District Court for the Eastern District of Tennessee at Knoxville
    Greg Adkisson, et al v. Jacobs Engineering Group
    No. 3:13-CV-505-TAC-HBG
    Deposition Testimony September 15, 2021

In the Civil District Court for the Parish of Orleans State of Louisiana
    James B Reno v. Anco Insulations, Inc. et al.
    Division B-5 Docket No. 2020-03366
    Deposition Testimony October 21, 2021

In the Superior Court of the State of California, County of Alameda
    Walter Hand v. ExxonMobil Corporation, et al.
    No. RG20063286
    Deposition Testimony January 25, 2022

In the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana
    Frederick Addison et al v. Louisiana Regional Landfill Company
    Division J Suit No. 790-369
    Trial Testimony February 3, 2022

In the General Court of Justice, Superior Court Division, State of North Carolina, Mecklenburg County
    Sharon C. Whitlock, Personal Representative for the Estate of Larry E. Whitlock, v. Norfolk
    Southern Railway Company
    21-CvS-6157
    Deposition Testimony June 21, 2022

In the 23rd Judicial District Court, Parish of St. James, LA
    Charles E Barker v. Taylor-Seidenbach, Inc. et al
    Division B Docket No. 40665
    Deposition Testimony July 14, 2022

In the Court of Common Pleas Philadelphia County
    Robert G Philips v. Penn Central Corporation et al.
    Case No. 2896
    Trial Testimony July 20, 2022

In the Montana Thirteenth Judicial District Court, Yellowstone County
   Donald Newland v. BNSF Railway Company
   Cause No. DV 18-1081 Dept. 7
   Deposition Testimony August 17, 2022

In the 31st Judicial District Court Parish of Jefferson Davis State of Louisiana
   Henning Management, LLC v. Chevron USA, Inc. et al.
   Case No. C-733-18
   Deposition Testimony August 24, 2022

In the Civil District Court for the Parish of Orleans, State of Louisiana
   Millard Clark v. Dixie Carriers, Inc et al
   Case No. 20-03891
   Deposition Testimony September 7, 2022

In the Superior Court of California County of Ventura
   Salvatore D Papetti v. Air & Liquid Systems Corp et al.
   Case No. 56-2022-00563261 CU-AS-VTA
   Deposition Testimony September 9, 2022

In the Civil District Court for the Parish of Orleans, State of Louisiana
   John Wayne Daigle and Pattie G Daigle v. Anco Insulation, Inc et al.
   Case No. 2021-09379
   Deposition Testimony October 12, 2022

In the Civil District Court for the Parish of Orleans, State of Louisiana
   Henry Falcone v. Anco Insulation, Inc et al.
   Civil Action No. 2021-00233
   Deposition Testimony October 25, 2022

In the Superior Court of California, County of Los Angeles
   Irene Ray v. Air & Liquid Systems Corporation, et al.
   Case No. JCCP 4674 / 19STCV24126
   Deposition Testimony November 1, 2022

In the 215th Judicial District Court, Harris County, TX
   John Willis v. Westlake Chemical Corporation
   Case No. 2020-08082
   Deposition Testimony December 20, 2022

In the Cook County Circuit Court, IL
    Richard Lobianco, vs. BNSF Railway Conway and AG Valley Railroad, LLC DFTS.
    Case No. 2019L000405
    Deposition Testimony January 24, 2023

In the Circuit Court of Camden County, Missouri
    Crystal Gray et al. v. Modine Manufacturing Company, et al.
    Case No. 18CM-CC00218
    Deposition Testimony January 27, 2023

In the Civil District Court for the Parish or Orleans, State of Louisiana
    Clarence Lipscomb v. Jacobs Constructors, Inc, et al
    Division B No. 2022-6461
    Deposition Testimony January 31, 2023

In the Second Judicial District Court, county of Bernalillo, State of New Mexico
    Larry Delaney at al. v. BNSF et al.
    Case No. D-202-CV-2021-05130
    Deposition Testimony February 3, 2023

In the United States District Court Western District of Louisiana Lake Charles Division
    Henning Management, LLC v. Chevron USA Inc., et al.
    Case No. 2:20-CV-00004
    Trial Testimony February 6, 2023 and February 13, 2023

In the Montana Thirteenth Judicial District Court, Yellowstone County
    Donald Newland v. BNSF Railway Company
    Case No. DV 18-1081 Dept 7
    Trial Testimony February 16, 2023

In the United States District Court for the District of Montana, Missoula Division
    Mary Diana Moe vs. BNSF Railway Company
    Case No. 9:22-CV-00068-DWM
    Deposition Testimony May 3, 2023

In the Superior Court of the State of Washington In and For Spokane County
    Jane Cundy vs. BNSF Railway Company
    Case No. 21-2-03718-32
    Deposition Testimony October 4, 2023



# Previous 4 Years of Expert Testimony

## John A. Kind, Ph.D., CIH, CSP

In the 38th Judicial District Court for the Parish of Cameron, State of Louisiana
   The Parish of Cameron vs. Auster Oil and Gas, Inc., et al
   Docket No: 10-198582
   Deposition Testimony October 25, 2023

In the Civil District Court for the Parish of Orleans, State of Louisiana
   Thomas Tully v. Ethyl Corporation, et al.
   Case No. 2023-046660
   Deposition Testimony December 21, 2023

In the State Court of Fulton County, State of Georgia
   Cornelia Stuckey, Executor of the Estate of LeGrant Stuckey v. Norfolk Southern
   Case No. 21EV000682
   Deposition Testimony January 18, 2024

In the United States District Court for the District of Montana, Great Falls Division
   Jackson Wells, as Personal Representative for the Estate of Thomas Wells; and Judith Hemphill,
   as Personal Representative for the Estate of Joyce Walder
   Case No. CV-21-97-GF-BMM
   Deposition Testimony February 13, 2024
In the Civil District Court for the Parish of New Orleans, State of Louisiana
Delos M. Blackwell v. ExxonMobil Corporation, et al.
Case No. 2023-4384
Deposition Testimony February 20, 2024

# Appendix B

## Documents Reviewed



Documents Reviewed and Considered
Jefferson Parish Landfill

| Document Type | Summary |
|---|---|
| Deposition | Deposition of Geneva Green |
| Deposition | Deposition of Scott Gremillion |
| Deposition | Deposition of Wendy Gremillion + Condensed |
| Depostion | Deposition of            A.G. |
| Depositon | Deposition of            B.G. |
| Deposition | Deposition of Stanley Meyers |
| Deposition | Deposition of Reshaun Richardson |
| Deposition | Deposition of Andrew Section |
| Deposition | Depositions of Jonathan Tate |
| Deposition | Deposition of Terrance Thompson |
| Deposition | Deposition of Tyrone Thompson + Condensed |
| Deposition | Deposition of Mary Ann Winningkoff |
| Deposition | Deposition of Vernice Lewis |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Geneva Green + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Scott Gremillion |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Wendy Gremillion + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of            A.G.            + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Andrew Section + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Jonathan Tate + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Mary Ann Winningkoff + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Reshaun Richardson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Stanley Meyers + Corrections |
| Plaintiff Fact Sheet | Plaintff Fact Sheet of Terrance Thompson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Tyrone Thompson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Vernice Lewis + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of            B.G.            + Corrections |
| Pleading | Jonathan Tate: Subpoena to Produce Documents, Information, or Objects or to Permit inspection of Premises in a Civil Action |

| | |
|---|---|
| Pleading | Plaintiff Jonathan Tate's Objections and Responses to the Waste Connections Defendants Third Supplemental Set of Interrogatories |
| Pleading | Declaration of Jonathan Tate |
| Pleading | Plaintiff Wendy Gremillion's Supplemental Objections and Responses to Waste Connection's Interrogatories and Request for Production of Documents |
| Medical Records | Thompson, Terrance_WalMart Pharm |
| Medical Records | WCI_Green, Geneva_CMS |
| Medical Records | WCI_Green, Geneva_BJC_000001-000158 |
| Medical Records | WCI_Green, Geneva__WALGREENS_000001-000088 |
| Medical Records | WCI_Green, Geneva__WJMC-FDL_000001-001076 |
| Medical Records | WCI_Green, Geneva__WJMC-P_000001-000071 |
| Medical Records | WCI_Green, Geneva_Dynamic PT Westwego_00001-00006 |
| Medical Records | WCI_ Green, Geneva_West Jefferson_00001-002211 |
| Medical Records | WCI_Green, Geneva_WJMC-FDL_00001-001436 |
| Medical Records | Green, Geneva_2023.06.05 WJMC - Dr. Borron (CERT Med Recs).pdf |
| Medical Records | Green, Geneva_2023.06.09 Bone & Joint (CERT Med Recs).pdf |
| Medical Records | Green, Geneva_2023.06.24 Walgreens Pharmacy (CERT Records).pdf |
| Medical Records | Green, Geneva_2023.08.30 Marc Glovinsky (CERT Billing & Med Rec CD).pdf |
| Medical Records | WCI_ A.G. _EJGH_000001-000104 |
| Medical Records | WCI_ A.G. _OCH-NOLA_000001-000174 |
| Medical Records | WCI_ A.G. _Walmart Pharmacy_00001-00003 |
| Medical Records | WCI_ A.G. _Blue Ridge Pediatrics_00001-00014. |
| Medical Records | A.G. _2023.05.31 CVS Pharmacy (CERT Med Recs) |
| Medical Records | A.G. _2023.06.05 Children's Pediatrics (CERT Med Recs).pdf |
| Medical Records | B.G. _2023.06.01 CVS Pharmacy (CERT Med Recs).pdf |
| Medical Records | B.G. _2023.06.05 Children's Pediatrics (CERT Med Recs).pdf |
| Medical Records | WCI_ B.G. _EJGH_000001-000019 |

| | |
|---|---|
| Medical Records | WCI_        B.G.        _OCH-NOLA_000001-000100 |
| Medical Records | WCI_        B.G.        _CHMPC_ 00001-000125[44] |
| Medical Records | WCI_        B.G.        _Walgreens_00001-00014.pdf |
| Medical Records | WCI_        B.G.        _Children Hospital NO_00001-00003.pdf |
| Medical Records | WCI_        B.G.        _Lakeside Childrens_0001-00022.pdf |
| Medical Records | WCI_        B.G.        _Blue Ridge Pediatrics_00001-00013 |
| Medical Records | WCI_Gremillion, Scott_OCH-NOLA_000001-000495 |
| Medical Records | WCI_ Gremillion, Scott_Walgreens Pharmacy_00001-00027 |
| Medical Records | Gremillion, Scott_2023.05.31 CVS Pharmacy (CERT Med Recs).pdf |
| Medical Records | Gremillion, Scott_2023.06.21 Ochsner Main Campus (CERT Med Recs).pdf |
| Medical Records | WCI_Gremillion, Wendy_EJGH_000001-000098 |
| Medical Records | WCI_Gremillion, Wendy_OCH-NOLA_000001-000617 |
| Medical Records | WCI_ Gremillion, Wendy_CVS-Minute 0001-00005 |
| Medical Records | WCI_Gremillion, Wendy_Doctors After Hour UC_00001-00014 |
| Medical Records | WCI_Meyers, Stanley_BJC_000001-000237 |
| Medical Records | WCI_Meyers, Stanley_BJC_000238-000418 |
| Medical Records | WCI_Meyers, Stanley_ Culicchia Neurological Clinic_00001-00072[67] |
| Medical Records | WCI_Meyers, Stanley_Norco-Ochsner-Lapalco_00001-00439 |
| Medical Records | WCI_ Meyers, Stanley_LeBlanc Chiro_00001-00338 |
| Medical Records | WCI_Meyers, Stanley_Dr. B. Bartholomew_00001-000395 |
| Medical Records | WCI_Tate, Jonathan_IC_000001-000232 |
| Medical Records | WCI_Tate, Jonathan_L.I.F.T._00001-00041 |
| Medical Records | WCI_Tate, Jonathan_Magnolia Diagnostic_00001-00012.pdf |
| Medical Records | WCI_Tate, Jonathan_UMC-00001-00861.pdf |
| Medical Records | WCI_Thompson, Terrance_IC_000001-000009 |
| Medical Records | WCI_Thompson, Terrance_OCH-NOLA_000001-000350 |

| | |
|---|---|
| Medical Records | WCI_Thompson, Terrance_OHC-Kenner_No Records |
| Medical Records | WCI_Thompson, Terrance_OMC-Main |
| Medical Records | WCI_Thompson, Terrance_WALMART_000001-000009[95] |
| Medical Records | WCI_Winningkoff, Mary Ann_EJWC_000001-000049 |
| Medical Records | WCI_Winningkoff, Mary Ann_JenCare_000001-000087 |
| Medical Records | WCI_Winningkoff, Mary Ann_MHM UC_000001-000147 |
| Medical Records | WCI_Winningkoff, Mary Ann_OCH-NOLA_000001-004273 |
| Medical Records | WCI_Winningkoff, Mary Ann_WALGREENS_000001-000054 |
| Medical Records | WCI_Winningkoff, Mary Ann_ClaiborneDerm_000001-000061[87] |
| Medical Records | WCI_Winningkoff, Mary Ann_MHM Urgent CareKen0001-0052[33] |
| Medical Records | WCI_ Winningkoff, Mary Ann_Dr. Schott_00001-00017 |
| Medical Records | WCI_Thompson, Tyrone_OCHSNER-KENNER_000001-000606[16] |
| Medical Records | WCI_Thompson, Tyrone_Ochsner-Kenner_00001-00049[40] |
| Medical Records | WCI_Thompson, Tyrone_ UMC_00001-00838.pdf |
| Medical Records | WCI_Thompson, T_La Pain Specialists_00001-00477.pdf |
| Medical Records | WCI_Thompson, Tyrone_ Ochsner-Metairie_00001-00055.pdf |
| Medical Records | WCI_ Thompson, Tyrone_Walmart_0001-0004 |
| Medical Records | WCI_Thompson, Tyrone_UMC_00001-00885 |
| Medical Records | Lewis, Vernice_0008-0625 |
| Medical Records | WCI_Lewis, Vernice_Walmart Pharmacy_00001-0006 |
| Medical Records | WCI_Lewis, Vernice_LA Pain Doctor_00001-00288.pdf |
| Medical Records | WCI_ Lewis, Vernice_Dr. Thomas Lyons_00001-00046 |
| Medical Records | WCI_Lewis Vernice_ JenCare Senior_00001-00216 |
| Medical Records | Lewis, Vernice_Radiology Films |

| | |
|---|---|
| Medical Records | WCI_Lewis, Vernice_EJGH_00001-00439 |
| Medical Records | Lewis, Vernice_2023.05.23 LA Pain Doctor (CERT Med Recs).pdf |
| Medical Records | WCI_Lewis, Vernice_Dr. Yuatrich 00001-00002 |
| Medical Records | WCI_Lewis, Vernice_Ochsner 180_000001-000170 |
| Medical Records | Ricahrdson, Reshaun_000003 |
| Medical Records | Ricahrdson, Reshaun_000004 |
| Medical Records | Ricahrdson, Reshaun_000005 |
| Medical Records | Ricahrdson, Reshaun_000006 |
| Medical Records | Ricahrdson, Reshaun_005188 |
| Medical Records | Ricahrdson, Reshaun_005218 |
| Medical Records | Ricahrdson, Reshaun_005400 |
| Medical Records | Ricahrdson, Reshaun_005488 |
| Medical Records | Richardson, Reshaun_2023.12.01 Ochsner Metairie (CERT Med Recs).pdf |
| Medical Records | WCI_Richardson, Reshaun_Ochsner - Main_00001-0011917.pdf |
| Misc Med Records | 2023.11.14 UMC (CERT Med Recs).pdf |
| Misc Med Records | 2023.06.20 LA Pain Specialists (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.31 Walgreens (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.24 Ochsner Lapalco (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.18 Ochsner Main Campus (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.09 Culicchia Neuro (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.05 Lapalco Drugs (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0000001.pdf |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0001001 |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0002001.pdf |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0003001 |
| Expert Report | Expert Report of James Lape |
| Expert Report | Expert Report of Dr. Susan Schiffman |
| Expert Report | Expert Report of Dr. Robert DeLorenzo |

| | |
|---|---|
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Andrew Section |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Wendy Gremillion |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Vernice Lewis |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Terrance Thompson |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Scott Gremillion |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Geneva Green |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Tyrone Thompson |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Mary Ann Winningkoff |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Stanley Meyers |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Reshaun Richardson |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Jonathan Tate |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of          A.G. |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of          B.G. |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Thompson Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Gremillion Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Section Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Tate Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Winningkoff Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Green Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Meyers Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Richardson Household |
| Expert Report | Mike Corn_Copy of KII_P2_2001 743 naph.xls |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of          A.G. |

| | |
|---|---|
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Andrew Section |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of          B.G. |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Geneva Green |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Reshaun Richardson |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Terrance Thompson |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Vernice Lewis |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Wenday Gremillion |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Jonathan Tate |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Mary Ann Winningkoff |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Scott Gremillion |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Stanly Meyers |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Tyrone Thompson |
| Expert Report | Dr. Robert DeLorenzo and Dr. Michael Spodak's Analysis Chart  of all Plaintiff's_BA Draft 3.5.24.xlsx |
| Expert Report | Expert Report of Matthew K. Stutz: Addendum to Expert Report in the Matter of the Jefferson Parish Landfill |
| Expert Report | Expert Report of Dr. Paolo Zannetti: Addison, et al. v. Louisiana Regional Landfill Company, et al. - Dispersion Modeling Study |
| Expert Report | Expert Report of Michael Corn on the Non-Landfill Alternative Emissions Sources in and Near Jefferson Parish, Louisiana |
| Misc Docs | LSC Odor Surveys_REV00031326 |
| Misc Docs | Google Earth File for the Jefferson Parish litigation_Trial Plaintiffs |
| Misc Docs | Court Filing_2023.05.11. Addison_Supplemental Rule 26 Disclosures |
| Misc Docs | Discovery_2023.06.01. Thompson_Lewis_RFPD Produced_Supplemental |
| Misc Docs | Exhibit 42 - WHO Air Quality Guidelines for Europe |

Misc Docs        GEOSYNTEC_00014948
Misc Docs        pdr.net
Misc Docs        https://www.wunderground.com/history
                 Paper by Thomas L. Potter and Kathleen E.
                 Simmons_Composition of Petroleum Mixtures
Misc Docs        Vol. II_1998

# Appendix C

## List of All Documents



All Documents Received
Jefferson Parish Landfill

| Document Type | Summary |
|---|---|
| Deposition | Deposition of Geneva Green |
| Deposition | Deposition of Scott Gremillion |
| Deposition | Deposition of Wendy Gremillion + Condensed |
| Deposition | Deposition of         A.G. |
| Deposition | Deposition of         B.G. |
| Deposition | Deposition of Stanley Meyers |
| Deposition | Deposition of Reshaun Richardson |
| Deposition | Deposition of Andrew Section |
| Deposition | Depositions of Jonathan Tate |
| Deposition | Deposition of Terrance Thompson |
| Deposition | Deposition of Tyrone Thompson + Condensed |
| Deposition | Deposition of Mary Ann Winningkoff |
| Deposition | Deposition of Vernice Lewis |
| Deposition | Deposition of Christina Jones |
| Deposition | Deposition of Frederick L Addison Sr |
| Deposition | Deposition of Gina M Bloodsworth |
| Deposition | Deposition of Javine Shy-Johnson |
| Deposition | Deposition of Kevin Wood |
| Deposition | Deposition of Latoya Manson |
| Deposition | Deposition of Ruffus Allen |
| Deposition | Depositon of Steven Serpas |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Geneva Green + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Scott Gremillion |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Wendy Gremillion + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of         A.G.         + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Andrew Section + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Jonathan Tate + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Mary Ann Winningkoff + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Reshaun Richardson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Stanley Meyers + Corrections |

| | |
|---|---|
| Plaintiff Fact Sheet | Plaintff Fact Sheet of Terrance Thompson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Tyrone Thompson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Vernice Lewis + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of          B.G.          + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Betty Ferrell + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Brett Nelson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Christina Jones |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Corneal Dawson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Frederick Addison + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Gina Bloodsworth + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Javine Johnson |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Kevin Wood + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Latoya Manson |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Mary Hickingbottom + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Ruffus Allen + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Shawanda Ferrell + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Stephanie Thomas Bell + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Steven Serpas + Corrections |
| Pleading | Jonathan Tate: Subpoena to Produce Documents, Information, or Objects or to Permit inspection of Premises in a Civil Action |
| Pleading | Plaintiff Jonathan Tate's Objections and Responses to the Waste Connections Defendants Third Supplemental Set of Interrogatories |
| Pleading | Declaration of Jonathan Tate |
| Pleading | Plaintiff Wendy Gremillion's Responses and Set of Interogatories_2024-02-29 |
| Errata | Executed Errata of Andrew Section |

| | |
|---|---|
| Errata | Executed Errata for Mary Ann Winningkoff |
| Errata | Executed Errata for Stanley Meyers |
| Medical Records | Thompson, Terrance_WalMart Pharm |
| Medical Records | WCI_Green, Geneva_CMS |
| Medical Records | WCI_Green, Geneva_BJC_000001-000158 |
| Medical Records | WCI_Green, Geneva__WALGREENS_000001-000088 |
| Medical Records | WCI_Green, Geneva__WJMC-FDL_000001-001076 |
| Medical Records | WCI_Green, Geneva__WJMC-P_000001-000071 |
| Medical Records | WCI_Green, Geneva_Dynamic PT Westwego_00001-00006 |
| Medical Records | WCI_ Green, Geneva_West Jefferson_00001-002211 |
| Medical Records | WCI_Green, Geneva_WJMC-FDL_00001-001436 |
| Medical Records | Green, Geneva_2023.06.05 WJMC - Dr. Borron (CERT Med Recs).pdf |
| Medical Records | Green, Geneva_2023.06.09 Bone & Joint (CERT Med Recs).pdf |
| Medical Records | Green, Geneva_2023.06.24 Walgreens Pharmacy (CERT Records).pdf |
| Medical Records | Green, Geneva_2023.08.30 Marc Glovinsky (CERT Billing & Med Rec CD).pdf |
| Medical Records | WCI_ A.G. _EJGH_000001-000104 |
| Medical Records | WCI_ A.G. _OCH-NOLA_000001-000174 |
| Medical Records | WCI_ A.G. _Walmart Pharmacy_00001-00003 |
| Medical Records | WCI_ A.G. _Blue Ridge Pediatrics_00001-00014. |
| Medical Records | A.G. _2023.05.31 CVS Pharmacy (CERT Med Recs) |
| Medical Records | A.G. _2023.06.05 Children's Pediatrics (CERT Med Recs).pdf |
| Medical Records | B.G. _2023.06.01 CVS Pharmacy (CERT Med Recs).pdf |
| Medical Records | B.G. _2023.06.05 Children's Pediatrics (CERT Med Recs).pdf |
| Medical Records | WCI_ B.G. _EJGH_000001-000019 |

| | |
|---|---|
| Medical Records | WCI_ B.G. _OCH-NOLA_000001-000100 |
| Medical Records | WCI_ B.G. _CHMPC_00001-000125[44] |
| Medical Records | WCI_ Gremillion, B.G. _Walgreens_00001-00014.pdf |
| Medical Records | WCI_ B.G. _Children Hospital NO_00001-00003.pdf |
| Medical Records | WCI_ B.G. _Lakeside Childrens_0001-00022.pdf |
| Medical Records | WCI_ B.G. _Blue Ridge Pediatrics_00001-00013 |
| Medical Records | WCI_Gremillion, Scott_OCH-NOLA_000001-000495 |
| Medical Records | WCI_ Gremillion, Scott_Walgreens Pharmacy_00001-00027 |
| Medical Records | Gremillion, Scott_2023.05.31 CVS Pharmacy (CERT Med Recs).pdf |
| Medical Records | Gremillion, Scott_2023.06.21 Ochsner Main Campus (CERT Med Recs).pdf |
| Medical Records | WCI_Gremillion, Wendy_EJGH_000001-000098 |
| Medical Records | WCI_Gremillion, Wendy_OCH-NOLA_000001-000617 |
| Medical Records | WCI_ Gremillion, Wendy_CVS-Minute 00001-00005 |
| Medical Records | WCI_Gremillion, Wendy_Doctors After Hour UC_00001-00014 |
| Medical Records | WCI_Meyers, Stanley_BJC_000001-000237 |
| Medical Records | WCI_Meyers, Stanley_BJC_000238-000418 |
| Medical Records | WCI_Meyers, Stanley_ Culicchia Neurological Clinic_00001-00072[67] |
| Medical Records | WCI_Meyers, Stanley_Norco-Ochsner-Lapalco_00001-00439 |
| Medical Records | WCI_ Meyers, Stanley_LeBlanc Chiro_00001-00338 |
| Medical Records | WCI_Meyers, Stanley_Dr. B. Bartholomew_00001-000395 |
| Medical Records | WCI_Tate, Jonathan_IC_000001-000232 |
| Medical Records | WCI_Tate, Jonathan_L.I.F.T._00001-00041 |
| Medical Records | WCI_Thompson, Terrance_IC_000001-000009 |

| | |
|---|---|
| Medical Records | WCI_Thompson, Terrance_OCH-NOLA_000001-000350 |
| Medical Records | WCI_Thompson, Terrance_OHC-Kenner_No Records |
| Medical Records | WCI_Thompson, Terrance_OMC-Main |
| Medical Records | WCI_Thompson, Terrance_WALMART_000001-000009[95] |
| Medical Records | WCI_Winningkoff, Mary Ann_EJWC_000001-000049 |
| Medical Records | WCI_Winningkoff, Mary Ann_JenCare_000001-000087 |
| Medical Records | WCI_Winningkoff, Mary Ann_MHM UC_000001-000147 |
| Medical Records | WCI_Winningkoff, Mary Ann_OCH-NOLA_000001-004273 |
| Medical Records | WCI_Winningkoff, Mary Ann_WALGREENS_000001-000054 |
| Medical Records | WCI_Winningkoff, Mary Ann_ClaiborneDerm_000001-000061[87] |
| Medical Records | WCI_Winningkoff, Mary Ann_MHM Urgent CareKen0001-0052[33] |
| Medical Records | WCI_ Winningkoff, Mary Ann_Dr. Schott_00001-00017 |
| Medical Records | WCI_Thompson, Tyrone_OCHSNER-KENNER_000001-000606[16] |
| Medical Records | WCI_Thompson, Tyrone_Ochsner-Kenner_00001-00049[40] |
| Medical Records | WCI_Thompson, Tyrone_ UMC_00001-00838.pdf |
| Medical Records | WCI_Thompson, Tyrone_La Pain Specialists_00001-00477.pdf |
| Medical Records | WCI_Thompson, Tyrone_ Ochsner-Metairie_00001-00055.pdf |
| Medical Records | WCI_ Thompson, Tyrone_Walmart_0001-0004 |
| Medical Records | WCI_Thompson, Tyrone_UMC_00001-00885 |
| Medical Records | Lewis, Vernice_0008-0625 |
| Medical Records | WCI_Lewis, Vernice_Walmart Pharmacy_00001-0006 |

| | |
|---|---|
| Medical Records | WCI_Lewis, Vernice_LA Pain Doctor_00001-00288.pdf |
| Medical Records | WCI_ Lewis, Vernice_Dr. Thomas Lyons_00001-00046 |
| Medical Records | WCI_Lewis Vernice_ JenCare Senior_00001-00216 |
| Medical Records | **Lewis, Vernice_Radiology Films** |
| Medical Records | WCI_Lewis, Vernice_EJGH_00001-00439 |
| Medical Records | Lewis, Vernice_2023.05.23 LA Pain Doctor (CERT Med Recs).pdf |
| Medical Records | Ricahrdson, Reshaun_000003 |
| Medical Records | Ricahrdson, Reshaun_000004 |
| Medical Records | Ricahrdson, Reshaun_000005 |
| Medical Records | Ricahrdson, Reshaun_000006 |
| Medical Records | Ricahrdson, Reshaun_005188 |
| Medical Records | Ricahrdson, Reshaun_005218 |
| Medical Records | Ricahrdson, Reshaun_005400 |
| Medical Records | Ricahrdson, Reshaun_005488 |
| Medical Records | Richardson, Reshaun_2023.12.01 Ochsner Metairie (CERT Med Recs).pdf |
| Medical Records | Tate, Jonathan_Inclusive Care_2023-04-04 |
| Medical Records | Tate, Jonathan_Wal-Mart Pharmacy_2023-04-04 |
| Medical Records | Dawson, Corneal |
| Medical Records | fax_Mar30_2023_0955am_p1 |
| Medical Records | Green, Geneva_Medical Records |
| Medical Records | Hickingbottom, Mary_Walgreens |
| Medical Records | Dawson, Corneal_JP#221 |
| Medical Records | Bloodsworth, Gina_JP#77 |
| Medical Records | Wood, Kevin_Medical Records |
| Medical Records | Hickingbottom, Mary_Medical Records |
| Medical Records | Winnkingkoff, Mary_Medical Records |
| Medical Records | Ferrell, Shawanda_Medical Records |
| Medical Records | WCI_Bloodsworth, Gina_AD_000001-000014 |
| Medical Records | WCI_Bloodsworth, Gina_FDS_000001-000006 |
| Medical Records | WCI_Bloodsworth, Gina_IMS-000001-000018 |
| Medical Records | WCI_Bloodsworth, Gina_OMC_000001-000007 |

| | |
|---|---|
| Medical Records | WCI_Bloodsworth, Gina_TDC_000001-000006 |
| Medical Records | WCI_Bloodsworth, Gina_TDC_000007-000016 |
| Medical Records | WCI_Bloodsworth, Gina_TDMSC_000001-000009 |
| Medical Records | WCI_Bloodsworth, Gina_TDMSC_000010-000019 |
| Medical Records | WCI_Bloodsworth, Gina_Touro_000001-000273 |
| Medical Records | WCI_Dawson, Corneal_IC_000001-000466 |
| Medical Records | WCI_Ferrell, Betty_CMS_000001-000118 |
| Medical Records | WCI_Section, Andrew_JCHCC_000001-000053 |
| Medical Records | WCI_Winningkoff, Mary Ann_CMS NO RECORDS |
| Medical Records | WCI_Wood, Kevin_Dr.Pool_000001 |
| Medical Records | WCI_Wood, Kevin_EJ Internal Medicine_No Records |
| Medical Records | WCI_Wood, Kevin_WALGREENS_000001-000051 |
| Medical Records | WCI_ Section, Andrew Westcare Medical Ctr_00001 |
| Medical Records | WCI_Green, Geneva_Walmart Pharmacy_00001 |
| Medical Records | WCI_Green, Geneva_Westcare Medical Ctr_00001 |
| Medical Records | WCI_Tate, Jonathan_Walmart Pharmacy_00001 |
| Medical Records | Richardson, Reshaun_005179 |
| Medical Records | Richardson, Reshaun_005213 |
| Medical Records | WCI_Richardson, Reshaun_WJMC_00001-00002.pdf |
| Medical Records | Section, Andrew_2023.06.09 Walgreens (CERT Recs).pdf |
| Medical Records | Section, Andrew_2023.07.11 InclusivCare (CERT Med Recs).pdf |
| Medical Records | Tate, Jonathan_2023.06.01 Walmart Pharmacy (CERT Med Recs).pdf |
| Medical Records | Tate, Jonathan_2023.06.06 Walgreens Pharmacy (CERT Pharmacy Records).pdf |
| Medical Records | Thompson,Terrance_2023.05.31 Ochsner Kenner (CERT Med Recs).pdf |

| | |
|---|---|
| Medical Records | Thompson, Terrance_2023.06.21 Ochsner Main Campus (CERT Med Recs).pdf |
| Medical Records | Thompson, Tyrone_2023.06.12 Dr. Raul Estaris (CERT Med Recs).pdf |
| Medical Records | Gremillion, Wendy_2023.09.06 Ochsner Main Campus (CERT Med Recs).pdf |
| Medical Records | Gremillion, Wendy_2023.09.06 Ochsner Urgent Care - River Ridge (CERT Med Recs).pdf |
| Medical Records | Winningkoff, Mary Ann_2023.04.24 Ochsner Urgent Care River Ridge (CERT Med Recs).pdf |
| Medical Records | Winningkoff, Mary Ann_2023.06.05 EJGH - Women's Health (CERT Med Recs).pdf |
| Medical Records | Winningkoff, Mary Ann_2023.06.06 Ochsner Primary Care (CERT Med Recs).pdf |
| Medical Records | Winningkoff, Mary Ann_2023.06.08 Ochsner Main Campus (CERT Med Recs).pdf |
| Medical Records | Winningkoff, Mary Ann_2023.07.11 MD Claiborne & Assoc. (CERT Med Recs).pdf |
| Medical Records | Winningkoff, Mary Ann_2023.11.09 Dr. Kellene Cole (Med Recs).pdf |
| Medical Records | WCI_Richardson, Reshaun_Ochsner - Main_00001-0011917.pdf |
| Medical Records | Radiology Films - Jonathan Tate |
| Medical Records | 2023.05.18 Ochsner Main Campus (CERT Med Recs).pdf |
| Medical Records | 2023.05.25 Walmart Pharmacy (CERT Records).pdf |
| Medical Records | 2023.10.06 MedRehab Metairie |
| Medical Records | 2023.11.14 Ochsner Main Campus (CERT Med Recs).pdf |
| Medical Records | 2023.11.14 Ochsner Urgent Care-River Ridge (CERT Med Recs) [AG].pdf |
| Medical Records | 2023.11.14 Ochsner Urgent Care-River Ridge (CERT Med Recs).pdf |
| Medical Records | 2023.11.14 UMC (CERT Med Recs).pdf |
| Medical Records | 2023.11.28 Ochsner Kenner (CERT Med Recs).pdf |
| Medical Records | 2023.12.11 Walgreens (CERT Recs).pdf |
| Medical Records | 2023.12.14 Walgreens (CERT Recs).pdf |
| Medical Records | 2023.12.18 Walgreens (CERT Recs).pdf |
| Medical Records | WCI_ Lewis, Vernice_UMC_00001-00824.pdf |

| | |
|---|---|
| Medical Records | WCI_Tate, Jonathan_ CVS Pharmacy_00001-00006.pdf |
| Medical Records | WCI_Gremillion, Wendy_Doctors After Hour UC_00001-00014.pdf |
| Medical Records | WCI_Tate, Jonathan_L.I.F.T._00001-00041.pdf |
| Medical Records | WCI_Tate, Jonathan_Magnolia Diagnostic_00001-00012.pdf |
| Medical Records | WCI_Tate, Jonathan_UMC-00001-00861.pdf |
| Misc Med Records | 2023.11.14 UMC (CERT Med Recs).pdf |
| Misc Med Records | 2023.06.20 LA Pain Specialists (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.31 Walgreens (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.24 Ochsner Lapalco (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.18 Ochsner Main Campus (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.09 Culicchia Neuro (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.05 Lapalco Drugs (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0000001.pdf |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0001001 |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0002001.pdf |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0003001 |
| Expert Report | Expert Report of James Lape |
| Expert Report | Expert Report of Dr. Susan Schiffman |
| Expert Report | Expert Report of Dr. Robert DeLorenzo |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Andrew Section |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Wendy Gremillion |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Vernice Lewis |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Terrance Thompson |

| | |
|---|---|
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Scott Gremillion |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Geneva Green |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Tyrone Thompson |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Mary Ann Winningkoff |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Stanley Meyers |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Reshaun Richardson |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Jonathan Tate |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of        A.G. |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of        B.G. |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Thompson Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Gremillion Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Section Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Tate Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Winningkoff Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Green Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Meyers Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Richardson Household |
| Expert Report | Mike Corn_Copy of KII_P2_2001 743 naph.xls |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of   A.G. Gremillion |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Andrew Section |

| | |
|---|---|
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of   B.G. Gremillion |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Geneva Green |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Reshaun Richardson |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Terrance Thompson |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Vernice Lewis |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Wenday Gremillion |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Jonathan Tate |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Mary Ann Winningkoff |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Scott Gremillion |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Stanly Meyers |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Tyrone Thompson |
| Expert Report | Dr. Robert DeLorenzo and Dr. Michael Spodak's Analysis Chart  of all Plaintiff's_BA Draft 3.5.24.xlsx |
| Expert Report | Expert Report of Matthew K. Stutz: Addendum to Expert Report in the Matter of the Jefferson Parish Landfill |
| Expert Report | Expert Report of Dr. Paolo Zannetti: Addison, et al. v. Louisiana Regional Landfill Company, et al. - Dispersion Modeling Study |
| Expert Report | Expert Report of Mike Corn |
| Misc Docs | LSC Odor Surveys_REV00031326 |

| | |
|---|---|
| Misc Docs | Google Earth File for the Jefferson Parish litigation_Trial Plaintiffs |
| Misc Docs | Court Filing_2023.05.11. Addison_Supplemental Rule 26 Disclosures |
| Misc Docs | Discovery_2023.06.01. Thompson_Lewis_RFPD Produced_Supplemental |
| Misc Docs | Exhibit 42 - WHO Air Quality Guidelines for Europe |
| Misc Docs | GEOSYNTEC_00014948 |
| Misc Docs | pdr.net |
| Misc Docs | Met Data Website from Eric Callahan |
| Misc Docs | Paper by Thomas L. Potter and Kathleen E. Simmons_Composition of Petroleum Mixtures Vol. II_1998 |
| Misc Docs | Text Messanges from Wendy Gremillion_001969.jpg |
| Misc Docs | Text Messages from Wendy Gremillion_001970.jpg |
| Misc Docs | Text Messages from Wendy Gremillion_001971.jpg |
| Misc Docs | Text Messages from Wendy Gremillion_001972.jpg |
| Misc Docs | Text Messages from Wendy Gremillion_001973.jpg |
| Misc Docs | Text Messages from Wendy Gremillion_001974.jpg |
| Misc Docs | Text Messages from Wendy Gremillion_001975.jpg |
| Misc Docs | Text Messages from Wendy Gremillion_001975[16] |
| Texts from Wendy Gremillion | PLAINTIFFS_001969.jpg |
| Texts from Wendy Gremillion | PLAINTIFFS_001970.jpg |
| Texts from Wendy Gremillion | PLAINTIFFS_001971.jpg |
| Texts from Wendy Gremillion | PLAINTIFFS_001972.jpg |
| Texts from Wendy Gremillion | PLAINTIFFS_001973.jpg |
| Texts from Wendy Gremillion | PLAINTIFFS_001974.jpg |
| Texts from Wendy Gremillion | PLAINTIFFS_001975.jpg |
| Texts from Wendy Gremillion | PLAINTIFFS_001975[16] |
| Nextdoor Complaints | Wendy Gremillion Nextdoor Comments |
| Facebook Posts | WC_JPLF_HERBERT_00001823 |
| Facebook Posts | WC_JPLF_HERBERT_00002257 |
| Facebook Posts | WC_JPLF_HERBERT_00002416 |

| | |
|---|---|
| Facebook Posts | WC_JPLF_HERBERT_00002480 |
| Facebook Posts | WC_JPLF_HERBERT_00002558 |
| Facebook Posts | WC_JPLF_HERBERT_00002645 |
| Facebook Posts | WC_JPLF_HERBERT_00002724 |
| Facebook Posts | WC_JPLF_HERBERT_00003479 |
| Facebook Posts | WC_JPLF_HERBERT_00003812 |
| Facebook Posts | WC_JPLF_HERBERT_00003826 |
| Facebook Posts | WC_JPLF_HERBERT_00004731 |
| Facebook Posts | WC_JPLF_HERBERT_00004805 |
| Facebook Posts | WC_JPLF_HERBERT_00004902 |
| Facebook Posts | WC_JPLF_HERBERT_00004987 |
| Facebook Posts | WC_JPLF_HERBERT_00004992 |
| Facebook Posts | WC_JPLF_HERBERT_00005012 |
| Facebook Posts | WC_JPLF_HERBERT_00005013 |
| Facebook Posts | WC_JPLF_HERBERT_00005357 |
| Facebook Posts | WC_JPLF_HERBERT_00005500 |
| Facebook Posts | WC_JPLF_HERBERT_00005539 |
| Facebook Posts | WC_JPLF_HERBERT_00005595 |
| Facebook Posts | WC_JPLF_HERBERT_00005622 |
| Facebook Posts | WC_JPLF_HERBERT_00005729 |
| Facebook Posts | WC_JPLF_HERBERT_00005767 |
| Facebook Posts | WC_JPLF_HERBERT_00005774 |
| Facebook Posts | WC_JPLF_HERBERT_00005937 |
| Facebook Posts | WC_JPLF_HERBERT_00006000 |
| Facebook Posts | WC_JPLF_HERBERT_00006049 |
| Facebook Posts | WC_JPLF_HERBERT_00006055 |
| Facebook Posts | WC_JPLF_HERBERT_00006077 |
| Facebook Posts | WC_JPLF_HERBERT_00006098 |
| Facebook Posts | WC_JPLF_HERBERT_00006109 |
| Facebook Posts | WC_JPLF_HERBERT_00006114 |
| Facebook Posts | WC_JPLF_HERBERT_00006246 |
| Facebook Posts | WC_JPLF_HERBERT_00006365 |
| Facebook Posts | WC_JPLF_HERBERT_00006369 |
| Facebook Posts | WC_JPLF_HERBERT_00006373 |
| Facebook Posts | WC_JPLF_HERBERT_00006377 |
| Facebook Posts | WC_JPLF_HERBERT_00006440 |
| Facebook Posts | WC_JPLF_HERBERT_00006459 |
| Facebook Posts | WC_JPLF_HERBERT_00006636 |
| Facebook Posts | WC_JPLF_HERBERT_00006992 |
| Facebook Posts | WC_JPLF_HERBERT_00007165 |
| Facebook Posts | WC_JPLF_HERBERT_00007441 |
| Facebook Posts | WC_JPLF_HERBERT_00007637 |
| Facebook Posts | WC_JPLF_HERBERT_00007682 |
| Facebook Posts | WC_JPLF_HERBERT_00007705 |

| | |
|---|---|
| Facebook Posts | WC_JPLF_HERBERT_00007787 |
| Facebook Posts | WC_JPLF_HERBERT_00007886 |
| Facebook Posts | WC_JPLF_HERBERT_00008020 |
| Facebook Posts | WC_JPLF_HERBERT_00008072 |
| Facebook Posts | WC_JPLF_HERBERT_00008378 |
| Facebook Posts | WC_JPLF_HERBERT_00008388 |
| Facebook Posts | WC_JPLF_HERBERT_00008409 |
| Facebook Posts | WC_JPLF_HERBERT_00008461 |
| Facebook Posts | WC_JPLF_HERBERT_00008470 |
| Facebook Posts | WC_JPLF_HERBERT_00008494 |
| Facebook Posts | WC_JPLF_HERBERT_00008940 |
| Facebook Posts | WC_JPLF_HERBERT_00009124 |
| Facebook Posts | WC_JPLF_HERBERT_00009149 |
| Facebook Posts | WC_JPLF_HERBERT_00009156 |
| Facebook Posts | WC_JPLF_HERBERT_00009197 |
| Facebook Posts | WC_JPLF_HERBERT_00009238 |
| Facebook Posts | WC_JPLF_HERBERT_00009255 |
| Facebook Posts | WC_JPLF_HERBERT_00009286 |
| Facebook Posts | WC_JPLF_HERBERT_00009320 |
| Facebook Posts | WC_JPLF_HERBERT_00009362 |
| Facebook Posts | WC_JPLF_HERBERT_00009382 |
| Facebook Posts | WC_JPLF_HERBERT_00009408 |
| Facebook Posts | WC_JPLF_HERBERT_00009409 |
| Facebook Posts | WC_JPLF_HERBERT_00009431 |
| Facebook Posts | WC_JPLF_HERBERT_00009433 |
| Facebook Posts | WC_JPLF_HERBERT_00009475 |
| Facebook Posts | WC_JPLF_HERBERT_00009589 |
| Facebook Posts | WC_JPLF_HERBERT_00009603 |
| Facebook Posts | WC_JPLF_HERBERT_00009626 |
| Facebook Posts | WC_JPLF_HERBERT_00009713 |
| Facebook Posts | WC_JPLF_HERBERT_00009716 |
| Facebook Posts | WC_JPLF_HERBERT_00009724 |
| Facebook Posts | WC_JPLF_HERBERT_00009876 |
| Facebook Posts | WC_JPLF_HERBERT_00009880 |
| Facebook Posts | WC_JPLF_HERBERT_00009884 |
| Facebook Posts | WC_JPLF_HERBERT_00009900 |
| Facebook Posts | WC_JPLF_HERBERT_00009920 |
| Facebook Posts | WC_JPLF_HERBERT_00009973 |
| Facebook Posts | WC_JPLF_HERBERT_00010128 |
| Facebook Posts | WC_JPLF_HERBERT_00010601 |
| Facebook Posts | WC_JPLF_HERBERT_00011018 |
| Facebook Posts | WC_JPLF_HERBERT_00011205 |
| Facebook Posts | WC_JPLF_HERBERT_00011231 |
| Facebook Posts | WC_JPLF_HERBERT_00011635 |

| | |
|---|---|
| Facebook Posts | WC_JPLF_HERBERT_00012799 |
| Odor Complaints | WC_JPLF_00424876 |
| Odor Complaints | WC_JPLF_00424912 |
| Odor Complaints | WC_JPLF_00424949 |
| Odor Complaints | WC_JPLF_00424979 |
| Odor Complaints | WC_JPLF_00424998 |
| Odor Complaints | WC_JPLF_00425020 |
| Odor Complaints | WC_JPLF_00425067 |
| Odor Complaints | WC_JPLF_00425104 |
| Odor Complaints | WC_JPLF_00425146 |
| Odor Complaints | WC_JPLF_00425197 |
| Odor Complaints | WC_JPLF_00425232 |
| Odor Complaints | WC_JPLF_00425264 |
| Odor Complaints | WC_JPLF_00425311 |
| Odor Complaints | WC_JPLF_00425363 |
| Odor Complaints | WC_JPLF_00425371 |
| Odor Complaints | WC_JPLF_00425454 |
| Odor Complaints | WC_JPLF_00425485 |
| Odor Complaints | WC_JPLF_00425522 |
| Odor Complaints | WC_JPLF_00425594 |
| Odor Complaints | WC_JPLF_00425633 |
| Odor Complaints | WC_JPLF_00425653 |
| Odor Complaints | WC_JPLF_00425672 |
| Odor Complaints | WC_JPLF_00425684 |
| Odor Complaints | WC_JPLF_00425699 |
| Odor Complaints | WC_JPLF_00425771 |
| Odor Complaints | WC_JPLF_00425793 |
| Odor Complaints | WC_JPLF_00425813 |
| Odor Complaints | WC_JPLF_00425833 |
| Odor Complaints | WC_JPLF_00425846 |
| Odor Complaints | WC_JPLF_00425858 |
| Odor Complaints | WC_JPLF_00425868 |
| Odor Complaints | WC_JPLF_00425927 |
| Odor Complaints | WC_JPLF_00425992 |
| Odor Complaints | WC_JPLF_00426022 |
| Odor Complaints | WC_JPLF_00426077 |
| Odor Complaints | WC_JPLF_00426107 |
| Odor Complaints | WC_JPLF_00426151 |
| Odor Complaints | WC_JPLF_00426169 |
| Odor Complaints | WC_JPLF_00426197 |
| Odor Complaints | WC_JPLF_00426212 |
| Odor Complaints | WC_JPLF_00426226 |
| Odor Complaints | WC_JPLF_00426248 |
| Odor Complaints | WC_JPLF_00426267 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00426292 |
| Odor Complaints | WC_JPLF_00426314 |
| Odor Complaints | WC_JPLF_00426348 |
| Odor Complaints | WC_JPLF_00426387 |
| Odor Complaints | WC_JPLF_00426419 |
| Odor Complaints | WC_JPLF_00426441 |
| Odor Complaints | WC_JPLF_00426457 |
| Odor Complaints | WC_JPLF_00426517 |
| Odor Complaints | WC_JPLF_00426584 |
| Odor Complaints | WC_JPLF_00426637 |
| Odor Complaints | WC_JPLF_00426683 |
| Odor Complaints | WC_JPLF_00426716 |
| Odor Complaints | WC_JPLF_00426735 |
| Odor Complaints | WC_JPLF_00426779 |
| Odor Complaints | WC_JPLF_00426808 |
| Odor Complaints | WC_JPLF_00426845 |
| Odor Complaints | WC_JPLF_00426883 |
| Odor Complaints | WC_JPLF_00426918 |
| Odor Complaints | WC_JPLF_00426927 |
| Odor Complaints | WC_JPLF_00427008 |
| Odor Complaints | WC_JPLF_00427032 |
| Odor Complaints | WC_JPLF_00427091 |
| Odor Complaints | WC_JPLF_00427130 |
| Odor Complaints | WC_JPLF_00427166 |
| Odor Complaints | WC_JPLF_00427205 |
| Odor Complaints | WC_JPLF_00427227 |
| Odor Complaints | WC_JPLF_00427294 |
| Odor Complaints | WC_JPLF_00427319 |
| Odor Complaints | WC_JPLF_00427351 |
| Odor Complaints | WC_JPLF_00427380 |
| Odor Complaints | WC_JPLF_00427404 |
| Odor Complaints | WC_JPLF_00427435 |
| Odor Complaints | WC_JPLF_00427534 |
| Odor Complaints | WC_JPLF_00427570 |
| Odor Complaints | WC_JPLF_00427623 |
| Odor Complaints | WC_JPLF_00427677 |
| Odor Complaints | WC_JPLF_00427738 |
| Odor Complaints | WC_JPLF_00427792 |
| Odor Complaints | WC_JPLF_00427846 |
| Odor Complaints | WC_JPLF_00427878 |
| Odor Complaints | WC_JPLF_00427882 |
| Odor Complaints | WC_JPLF_00428078 |
| Odor Complaints | WC_JPLF_00428111 |
| Odor Complaints | WC_JPLF_00428144 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00428199 |
| Odor Complaints | WC_JPLF_00428228 |
| Odor Complaints | WC_JPLF_00428251 |
| Odor Complaints | WC_JPLF_00428285 |
| Odor Complaints | WC_JPLF_00428320 |
| Odor Complaints | WC_JPLF_00428361 |
| Odor Complaints | WC_JPLF_00428395 |
| Odor Complaints | WC_JPLF_00428414 |
| Odor Complaints | WC_JPLF_00428432 |
| Odor Complaints | WC_JPLF_00428453 |
| Odor Complaints | WC_JPLF_00428495 |
| Odor Complaints | WC_JPLF_00428532 |
| Odor Complaints | WC_JPLF_00428581 |
| Odor Complaints | WC_JPLF_00428604 |
| Odor Complaints | WC_JPLF_00428627 |
| Odor Complaints | WC_JPLF_00428648 |
| Odor Complaints | WC_JPLF_00428665 |
| Odor Complaints | WC_JPLF_00428701 |
| Odor Complaints | WC_JPLF_00428735 |
| Odor Complaints | WC_JPLF_00428757 |
| Odor Complaints | WC_JPLF_00428774 |
| Odor Complaints | WC_JPLF_00428808 |
| Odor Complaints | WC_JPLF_00428840 |
| Odor Complaints | WC_JPLF_00428873 |
| Odor Complaints | WC_JPLF_00428893 |
| Odor Complaints | WC_JPLF_00428921 |
| Odor Complaints | WC_JPLF_00428944 |
| Odor Complaints | WC_JPLF_00428967 |
| Odor Complaints | WC_JPLF_00429003 |
| Odor Complaints | WC_JPLF_00429039 |
| Odor Complaints | WC_JPLF_00429056 |
| Odor Complaints | WC_JPLF_00429074 |
| Odor Complaints | WC_JPLF_00429098 |
| Odor Complaints | WC_JPLF_00429121 |
| Odor Complaints | WC_JPLF_00429142 |
| Odor Complaints | WC_JPLF_00429164 |
| Odor Complaints | WC_JPLF_00429186 |
| Odor Complaints | WC_JPLF_00429209 |
| Odor Complaints | WC_JPLF_00429231 |
| Odor Complaints | WC_JPLF_00429256 |
| Odor Complaints | WC_JPLF_00429281 |
| Odor Complaints | WC_JPLF_00429336 |
| Odor Complaints | WC_JPLF_00429362 |
| Odor Complaints | WC_JPLF_00429679 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00429776 |
| Odor Complaints | WC_JPLF_00429955 |
| Odor Complaints | WC_JPLF_00431089 |
| Odor Complaints | WC_JPLF_00431239 |
| Odor Complaints | WC_JPLF_00431890 |
| Odor Complaints | WC_JPLF_00432230 |
| Odor Complaints | WC_JPLF_00432406 |
| Odor Complaints | WC_JPLF_00433563 |
| Odor Complaints | WC_JPLF_00433756 |
| Odor Complaints | WC_JPLF_00434038 |
| Odor Complaints | WC_JPLF_00434063 |
| Odor Complaints | WC_JPLF_00434088 |
| Odor Complaints | WC_JPLF_00434275 |
| Odor Complaints | WC_JPLF_00435029 |
| Odor Complaints | WC_JPLF_00435046 |
| Odor Complaints | WC_JPLF_00435334 |
| Odor Complaints | WC_JPLF_00435349 |
| Odor Complaints | WC_JPLF_00435367 |
| Odor Complaints | WC_JPLF_00435386 |
| Odor Complaints | WC_JPLF_00435404 |
| Odor Complaints | WC_JPLF_00435419 |
| Odor Complaints | WC_JPLF_00435441 |
| Odor Complaints | WC_JPLF_00435464 |
| Odor Complaints | WC_JPLF_00435487 |
| Odor Complaints | WC_JPLF_00435513 |
| Odor Complaints | WC_JPLF_00435536 |
| Odor Complaints | WC_JPLF_00435560 |
| Odor Complaints | WC_JPLF_00436503 |
| Odor Complaints | WC_JPLF_00436528 |
| Odor Complaints | WC_JPLF_00436551 |
| Odor Complaints | WC_JPLF_00436571 |
| Odor Complaints | WC_JPLF_00436596 |
| Odor Complaints | WC_JPLF_00436617 |
| Odor Complaints | WC_JPLF_00436732 |
| Odor Complaints | WC_JPLF_00436745 |
| Odor Complaints | WC_JPLF_00436761 |
| Odor Complaints | WC_JPLF_00436775 |
| Odor Complaints | WC_JPLF_00436796 |
| Odor Complaints | WC_JPLF_00436809 |
| Odor Complaints | WC_JPLF_00436823 |
| Odor Complaints | WC_JPLF_00436839 |
| Odor Complaints | WC_JPLF_00436857 |
| Odor Complaints | WC_JPLF_00436984 |
| Odor Complaints | WC_JPLF_00437178 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00437292 |
| Odor Complaints | WC_JPLF_00437308 |
| Odor Complaints | WC_JPLF_00437322 |
| Odor Complaints | WC_JPLF_00437348 |
| Odor Complaints | WC_JPLF_00437368 |
| Odor Complaints | WC_JPLF_00445831 |
| Odor Complaints | WC_JPLF_00448042 |
| Odor Complaints | WC_JPLF_00448858 |
| Odor Complaints | WC_JPLF_00449244 |
| Odor Complaints | WC_JPLF_00449706 |
| Odor Complaints | WC_JPLF_00449715 |
| Odor Complaints | WC_JPLF_00449724 |
| Odor Complaints | WC_JPLF_00449736 |
| Odor Complaints | WC_JPLF_00449746 |
| Odor Complaints | WC_JPLF_00449806 |
| Odor Complaints | WC_JPLF_00449813 |
| Odor Complaints | WC_JPLF_00449818 |
| Odor Complaints | WC_JPLF_00449860 |
| Odor Complaints | WC_JPLF_00450294 |
| Odor Complaints | WC_JPLF_00450302 |
| Odor Complaints | WC_JPLF_00450306 |
| Odor Complaints | WC_JPLF_00450536 |
| Odor Complaints | WC_JPLF_00450554 |
| Odor Complaints | WC_JPLF_00450610 |
| Odor Complaints | WC_JPLF_00450635 |
| Odor Complaints | WC_JPLF_00450660 |
| Odor Complaints | WC_JPLF_00450693 |
| Odor Complaints | WC_JPLF_00450701 |
| Odor Complaints | WC_JPLF_00450709 |
| Odor Complaints | WC_JPLF_00450715 |
| Odor Complaints | WC_JPLF_00450728 |
| Odor Complaints | WC_JPLF_00450740 |
| Odor Complaints | WC_JPLF_00450951 |
| Odor Complaints | WC_JPLF_00451092 |
| Odor Complaints | WC_JPLF_00451104 |
| Odor Complaints | WC_JPLF_00451122 |
| Odor Complaints | WC_JPLF_00451149 |
| Odor Complaints | WC_JPLF_00451172 |
| Odor Complaints | WC_JPLF_00451189 |
| Odor Complaints | WC_JPLF_00451206 |
| Odor Complaints | WC_JPLF_00451221 |
| Odor Complaints | WC_JPLF_00451236 |
| Odor Complaints | WC_JPLF_00451244 |
| Odor Complaints | WC_JPLF_00451254 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00451266 |
| Odor Complaints | WC_JPLF_00451274 |
| Odor Complaints | WC_JPLF_00451284 |
| Odor Complaints | WC_JPLF_00451411 |
| Odor Complaints | WC_JPLF_00451420 |
| Odor Complaints | WC_JPLF_00451434 |
| Odor Complaints | WC_JPLF_00451439 |
| Odor Complaints | WC_JPLF_00451443 |
| Odor Complaints | WC_JPLF_00451458 |
| Odor Complaints | WC_JPLF_00451471 |
| Odor Complaints | WC_JPLF_00451484 |
| Odor Complaints | WC_JPLF_00451497 |
| Odor Complaints | WC_JPLF_00451512 |
| Odor Complaints | WC_JPLF_00451530 |
| Odor Complaints | WC_JPLF_00451549 |
| Odor Complaints | WC_JPLF_00451567 |
| Odor Complaints | WC_JPLF_00451582 |
| Odor Complaints | WC_JPLF_00451586 |
| Odor Complaints | WC_JPLF_00451604 |
| Odor Complaints | WC_JPLF_00451626 |
| Odor Complaints | WC_JPLF_00451703 |
| Odor Complaints | WC_JPLF_00451726 |
| Odor Complaints | WC_JPLF_00451753 |
| Odor Complaints | WC_JPLF_00451776 |
| Odor Complaints | WC_JPLF_00451800 |
| Odor Complaints | WC_JPLF_00451823 |
| Odor Complaints | WC_JPLF_00451828 |
| Odor Complaints | WC_JPLF_00452027 |
| Odor Complaints | WC_JPLF_00452031 |
| Odor Complaints | WC_JPLF_00452040 |
| Odor Complaints | WC_JPLF_00452072 |
| Odor Complaints | WC_JPLF_00452078 |
| Odor Complaints | WC_JPLF_00452887 |
| Odor Complaints | WC_JPLF_00452961 |
| Odor Complaints | WC_JPLF_00452973 |
| Odor Complaints | WC_JPLF_00452984 |
| Odor Complaints | WC_JPLF_00452995 |
| Odor Complaints | WC_JPLF_00453004 |
| Odor Complaints | WC_JPLF_00453014 |
| Odor Complaints | WC_JPLF_00453075 |
| Odor Complaints | WC_JPLF_00453150 |
| Odor Complaints | WC_JPLF_00453175 |
| Odor Complaints | WC_JPLF_00453198 |
| Odor Complaints | WC_JPLF_00453211 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00453231 |
| Odor Complaints | WC_JPLF_00453256 |
| Odor Complaints | WC_JPLF_00453277 |
| Odor Complaints | WC_JPLF_00453300 |
| Odor Complaints | WC_JPLF_00453319 |
| Odor Complaints | WC_JPLF_00453344 |
| Odor Complaints | WC_JPLF_00453357 |
| Odor Complaints | WC_JPLF_00453373 |
| Odor Complaints | WC_JPLF_00453387 |
| Odor Complaints | WC_JPLF_00453408 |
| Odor Complaints | WC_JPLF_00453421 |
| Odor Complaints | WC_JPLF_00453435 |
| Odor Complaints | WC_JPLF_00453451 |
| Odor Complaints | WC_JPLF_00453461 |
| Odor Complaints | WC_JPLF_00453479 |
| Odor Complaints | WC_JPLF_00453546 |
| Odor Complaints | WC_JPLF_00453638 |
| Odor Complaints | WC_JPLF_00454235 |
| Odor Complaints | WC_JPLF_00454242 |
| Odor Complaints | WC_JPLF_00454257 |
| Odor Complaints | WC_JPLF_00454263 |
| Odor Complaints | WC_JPLF_00454279 |
| Odor Complaints | WC_JPLF_00454293 |
| Odor Complaints | WC_JPLF_00454319 |
| Odor Complaints | WC_JPLF_00454333 |
| Odor Complaints | WC_JPLF_00454342 |
| Odor Complaints | WC_JPLF_00454360 |
| Odor Complaints | WC_JPLF_00454369 |
| Odor Complaints | WC_JPLF_00454380 |
| Odor Complaints | WC_JPLF_00454969 |
| Odor Complaints | WC_JPLF_00454982 |
| Odor Complaints | WC_JPLF_00455028 |
| Odor Complaints | WC_JPLF_00455058 |
| Odor Complaints | WC_JPLF_00455068 |
| Odor Complaints | WC_JPLF_00455087 |
| Odor Complaints | WC_JPLF_00455099 |
| Odor Complaints | WC_JPLF_00455143 |
| Odor Complaints | WC_JPLF_00455869 |
| Odor Complaints | WC_JPLF_00455882 |
| Odor Complaints | WC_JPLF_00455891 |
| Odor Complaints | WC_JPLF_00455901 |
| Odor Complaints | WC_JPLF_00456023 |
| Odor Complaints | WC_JPLF_00456062 |
| Odor Complaints | WC_JPLF_00456072 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00456090 |
| Odor Complaints | WC_JPLF_00456137 |
| Odor Complaints | WC_JPLF_00456145 |
| Odor Complaints | WC_JPLF_00456152 |
| Odor Complaints | WC_JPLF_00456245 |
| Odor Complaints | WC_JPLF_00456252 |
| Odor Complaints | WC_JPLF_00456260 |
| Odor Complaints | WC_JPLF_00456271 |
| Odor Complaints | WC_JPLF_00456278 |
| Odor Complaints | WC_JPLF_00456284 |
| Odor Complaints | WC_JPLF_00456291 |
| Odor Complaints | WC_JPLF_00456298 |
| Odor Complaints | WC_JPLF_00456351 |
| Odor Complaints | WC_JPLF_00456546 |
| Odor Complaints | WC_JPLF_00456556 |
| Odor Complaints | WC_JPLF_00456564 |
| Odor Complaints | WC_JPLF_00456578 |
| Odor Complaints | WC_JPLF_00456584 |
| Odor Complaints | WC_JPLF_00456590 |
| Odor Complaints | WC_JPLF_00456643 |
| Odor Complaints | WC_JPLF_00456659 |
| Odor Complaints | WC_JPLF_00456663 |
| Odor Complaints | WC_JPLF_00456669 |
| Odor Complaints | WC_JPLF_00456675 |
| Odor Complaints | WC_JPLF_00456681 |
| Odor Complaints | WC_JPLF_00456691 |
| Odor Complaints | WC_JPLF_00456699 |
| Odor Complaints | WC_JPLF_00456707 |
| Odor Complaints | WC_JPLF_00456716 |
| Odor Complaints | WC_JPLF_00456724 |
| Odor Complaints | WC_JPLF_00456881 |
| Odor Complaints | WC_JPLF_00456895 |
| Odor Complaints | WC_JPLF_00456916 |
| Odor Complaints | WC_JPLF_00456922 |
| Odor Complaints | WC_JPLF_00456997 |
| Odor Complaints | WC_JPLF_00457005 |
| Odor Complaints | WC_JPLF_00457021 |
| Odor Complaints | WC_JPLF_00457043 |
| Odor Complaints | WC_JPLF_00457069 |
| Odor Complaints | WC_JPLF_00457074 |
| Odor Complaints | WC_JPLF_00457079 |
| Odor Complaints | WC_JPLF_00457084 |
| Odor Complaints | WC_JPLF_00457420 |
| Odor Complaints | WC_JPLF_00457566 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00458313 |
| Odor Complaints | WC_JPLF_00458322 |
| Odor Complaints | WC_JPLF_00458331 |
| Odor Complaints | WC_JPLF_00458343 |
| Odor Complaints | WC_JPLF_00458353 |
| Odor Complaints | WC_JPLF_00458411 |
| Odor Complaints | WC_JPLF_00458418 |
| Odor Complaints | WC_JPLF_00458423 |
| Odor Complaints | WC_JPLF_00458485 |
| Odor Complaints | WC_JPLF_00458902 |
| Odor Complaints | WC_JPLF_00458910 |
| Odor Complaints | WC_JPLF_00458913 |
| Odor Complaints | WC_JPLF_00458931 |
| Odor Complaints | WC_JPLF_00458949 |
| Odor Complaints | WC_JPLF_00458967 |
| Odor Complaints | WC_JPLF_00458978 |
| Odor Complaints | WC_JPLF_00459026 |
| Odor Complaints | WC_JPLF_00459051 |
| Odor Complaints | WC_JPLF_00459076 |
| Odor Complaints | WC_JPLF_00459112 |
| Odor Complaints | WC_JPLF_00459451 |
| Odor Complaints | WC_JPLF_00459459 |
| Odor Complaints | WC_JPLF_00459465 |
| Odor Complaints | WC_JPLF_00459478 |
| Odor Complaints | WC_JPLF_00459490 |
| Odor Complaints | WC_JPLF_00459501 |
| Odor Complaints | WC_JPLF_00459610 |
| Odor Complaints | WC_JPLF_00459633 |
| Odor Complaints | WC_JPLF_00459650 |
| Odor Complaints | WC_JPLF_00459667 |
| Odor Complaints | WC_JPLF_00459684 |
| Odor Complaints | WC_JPLF_00459699 |
| Odor Complaints | WC_JPLF_00459707 |
| Odor Complaints | WC_JPLF_00459717 |
| Odor Complaints | WC_JPLF_00459729 |
| Odor Complaints | WC_JPLF_00459737 |
| Odor Complaints | WC_JPLF_00459747 |
| Odor Complaints | WC_JPLF_00459760 |
| Odor Complaints | WC_JPLF_00459769 |
| Odor Complaints | WC_JPLF_00459788 |
| Odor Complaints | WC_JPLF_00459793 |
| Odor Complaints | WC_JPLF_00459798 |
| Odor Complaints | WC_JPLF_00459813 |
| Odor Complaints | WC_JPLF_00459826 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00459839 |
| Odor Complaints | WC_JPLF_00459852 |
| Odor Complaints | WC_JPLF_00459867 |
| Odor Complaints | WC_JPLF_00459885 |
| Odor Complaints | WC_JPLF_00459904 |
| Odor Complaints | WC_JPLF_00459922 |
| Odor Complaints | WC_JPLF_00459937 |
| Odor Complaints | WC_JPLF_00459941 |
| Odor Complaints | WC_JPLF_00459959 |
| Odor Complaints | WC_JPLF_00459981 |
| Odor Complaints | WC_JPLF_00460002 |
| Odor Complaints | WC_JPLF_00460025 |
| Odor Complaints | WC_JPLF_00460052 |
| Odor Complaints | WC_JPLF_00460075 |
| Odor Complaints | WC_JPLF_00460099 |
| Odor Complaints | WC_JPLF_00460122 |
| Odor Complaints | WC_JPLF_00460127 |
| Odor Complaints | WC_JPLF_00462621 |
| Odor Complaints | WC_JPLF_00462627 |
| Odor Complaints | WC_JPLF_00462636 |
| Odor Complaints | WC_JPLF_00462650 |
| Odor Complaints | WC_JPLF_00462656 |
| Odor Complaints | WC_JPLF_00462723 |
| Odor Complaints | WC_JPLF_00462739 |
| Odor Complaints | WC_JPLF_00462751 |
| Odor Complaints | WC_JPLF_00462762 |
| Odor Complaints | WC_JPLF_00462773 |
| Odor Complaints | WC_JPLF_00462782 |
| Odor Complaints | WC_JPLF_00462792 |
| Odor Complaints | WC_JPLF_00462803 |
| Odor Complaints | WC_JPLF_00462816 |
| Odor Complaints | WC_JPLF_00462841 |
| Odor Complaints | WC_JPLF_00462864 |
| Odor Complaints | WC_JPLF_00462877 |
| Odor Complaints | WC_JPLF_00462897 |
| Odor Complaints | WC_JPLF_00462922 |
| Odor Complaints | WC_JPLF_00462943 |
| Odor Complaints | WC_JPLF_00462966 |
| Odor Complaints | WC_JPLF_00462985 |
| Odor Complaints | WC_JPLF_00463044 |
| Odor Complaints | WC_JPLF_00463057 |
| Odor Complaints | WC_JPLF_00463073 |
| Odor Complaints | WC_JPLF_00463087 |
| Odor Complaints | WC_JPLF_00463108 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00463121 |
| Odor Complaints | WC_JPLF_00463135 |
| Odor Complaints | WC_JPLF_00463151 |
| Odor Complaints | WC_JPLF_00463161 |
| Odor Complaints | WC_JPLF_00463179 |
| Odor Complaints | WC_JPLF_00463200 |
| Odor Complaints | WC_JPLF_00463217 |
| Odor Complaints | WC_JPLF_00463582 |
| Odor Complaints | WC_JPLF_00463589 |
| Odor Complaints | WC_JPLF_00463593 |
| Odor Complaints | WC_JPLF_00463599 |
| Odor Complaints | WC_JPLF_00463615 |
| Odor Complaints | WC_JPLF_00463629 |
| Odor Complaints | WC_JPLF_00463655 |
| Odor Complaints | WC_JPLF_00463669 |
| Odor Complaints | WC_JPLF_00463678 |
| Odor Complaints | WC_JPLF_00463696 |
| Odor Complaints | WC_JPLF_00463705 |
| Odor Complaints | WC_JPLF_00463716 |
| Odor Complaints | WC_JPLF_00463740 |
| Odor Complaints | WC_JPLF_00463753 |
| Odor Complaints | WC_JPLF_00463762 |
| Odor Complaints | WC_JPLF_00463768 |
| Odor Complaints | WC_JPLF_00463793 |
| Odor Complaints | WC_JPLF_00463803 |
| Odor Complaints | WC_JPLF_00463873 |
| Odor Complaints | WC_JPLF_00463879 |
| Odor Complaints | WC_JPLF_00463898 |
| Odor Complaints | WC_JPLF_00463908 |
| Odor Complaints | WC_JPLF_00463932 |
| Odor Complaints | WC_JPLF_00463948 |
| Odor Complaints | WC_JPLF_00463960 |
| Odor Complaints | WC_JPLF_00463969 |
| Odor Complaints | WC_JPLF_00463978 |
| Odor Complaints | WC_JPLF_00463984 |
| Odor Complaints | WC_JPLF_00463988 |
| Odor Complaints | WC_JPLF_00464014 |
| Odor Complaints | WC_JPLF_00464036 |
| Odor Complaints | WC_JPLF_00464077 |
| Odor Complaints | WC_JPLF_00464106 |
| Odor Complaints | WC_JPLF_00464119 |
| Odor Complaints | WC_JPLF_00464128 |
| Odor Complaints | WC_JPLF_00464179 |
| Odor Complaints | WC_JPLF_00464206 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00464218 |
| Odor Complaints | WC_JPLF_00464254 |
| Odor Complaints | WC_JPLF_00464264 |
| Odor Complaints | WC_JPLF_00464282 |
| Odor Complaints | WC_JPLF_00464296 |
| Odor Complaints | WC_JPLF_00464304 |
| Odor Complaints | WC_JPLF_00464314 |
| Odor Complaints | WC_JPLF_00464380 |
| Odor Complaints | WC_JPLF_00464387 |
| Odor Complaints | WC_JPLF_00464395 |
| Odor Complaints | WC_JPLF_00464412 |
| Odor Complaints | WC_JPLF_00464427 |
| Odor Complaints | WC_JPLF_00464451 |
| Odor Complaints | WC_JPLF_00464460 |
| Odor Complaints | WC_JPLF_00464470 |
| Odor Complaints | WC_JPLF_00464477 |
| Odor Complaints | WC_JPLF_00464484 |
| Odor Complaints | WC_JPLF_00464534 |
| Odor Complaints | WC_JPLF_00464539 |
| Odor Complaints | WC_JPLF_00464568 |
| Odor Complaints | WC_JPLF_00464573 |
| Odor Complaints | WC_JPLF_00464582 |
| Odor Complaints | WC_JPLF_00464590 |
| Odor Complaints | WC_JPLF_00464605 |
| Odor Complaints | WC_JPLF_00464611 |
| Odor Complaints | WC_JPLF_00464617 |
| Odor Complaints | WC_JPLF_00464640 |
| Odor Complaints | WC_JPLF_00464648 |
| Odor Complaints | WC_JPLF_00464653 |
| Odor Complaints | WC_JPLF_00464656 |
| Odor Complaints | WC_JPLF_00464768 |
| Odor Complaints | WC_JPLF_00464773 |
| Odor Complaints | WC_JPLF_00464781 |
| Odor Complaints | WC_JPLF_00464787 |
| Odor Complaints | WC_JPLF_00464793 |
| Odor Complaints | WC_JPLF_00464799 |
| Odor Complaints | WC_JPLF_00464818 |
| Odor Complaints | WC_JPLF_00464828 |
| Odor Complaints | WC_JPLF_00464838 |
| Odor Complaints | WC_JPLF_00464849 |
| Odor Complaints | WC_JPLF_00464860 |
| Odor Complaints | WC_JPLF_00464871 |
| Odor Complaints | WC_JPLF_00464877 |
| Odor Complaints | WC_JPLF_00464897 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00464905 |
| Odor Complaints | WC_JPLF_00464913 |
| Odor Complaints | WC_JPLF_00464922 |
| Odor Complaints | WC_JPLF_00464927 |
| Odor Complaints | WC_JPLF_00464931 |
| Odor Complaints | WC_JPLF_00464939 |
| Odor Complaints | WC_JPLF_00464969 |
| Odor Complaints | WC_JPLF_00464978 |
| Odor Complaints | WC_JPLF_00464985 |
| Odor Complaints | WC_JPLF_00465001 |
| Odor Complaints | WC_JPLF_00465017 |
| Odor Complaints | WC_JPLF_00465032 |
| Odor Complaints | WC_JPLF_00465045 |
| Odor Complaints | WC_JPLF_00465049 |
| Odor Complaints | WC_JPLF_00465057 |
| Odor Complaints | WC_JPLF_00465070 |
| Odor Complaints | WC_JPLF_00465083 |
| Odor Complaints | WC_JPLF_00465111 |
| Odor Complaints | WC_JPLF_00465138 |
| Odor Complaints | WC_JPLF_00465170 |
| Odor Complaints | WC_JPLF_00465177 |
| Odor Complaints | WC_JPLF_00465182 |
| Odor Complaints | WC_JPLF_00465188 |
| Odor Complaints | WC_JPLF_00465197 |
| Odor Complaints | WC_JPLF_00465213 |
| Odor Complaints | WC_JPLF_00465244 |
| Odor Complaints | WC_JPLF_00465263 |
| Odor Complaints | WC_JPLF_00465271 |
| Odor Complaints | WC_JPLF_00465283 |
| Odor Complaints | WC_JPLF_00465293 |
| Odor Complaints | WC_JPLF_00465309 |
| Odor Complaints | WC_JPLF_00465329 |
| Odor Complaints | WC_JPLF_00465337 |
| Odor Complaints | WC_JPLF_00465345 |
| Odor Complaints | WC_JPLF_00465351 |
| Odor Complaints | WC_JPLF_00465356 |
| Odor Complaints | WC_JPLF_00465364 |
| Odor Complaints | WC_JPLF_00465388 |
| Odor Complaints | WC_JPLF_00465411 |
| Odor Complaints | WC_JPLF_00465434 |
| Odor Complaints | WC_JPLF_00465457 |
| Odor Complaints | WC_JPLF_00465482 |
| Odor Complaints | WC_JPLF_00465497 |
| Odor Complaints | WC_JPLF_00465509 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00465520 |
| Odor Complaints | WC_JPLF_00465549 |
| Odor Complaints | WC_JPLF_00465559 |
| Odor Complaints | WC_JPLF_00465654 |
| Odor Complaints | WC_JPLF_00465675 |
| Odor Complaints | WC_JPLF_00465692 |
| Odor Complaints | WC_JPLF_00465709 |
| Odor Complaints | WC_JPLF_00465714 |
| Odor Complaints | WC_JPLF_00465719 |
| Odor Complaints | WC_JPLF_00465724 |
| Odor Complaints | WC_JPLF_00465760 |
| Odor Complaints | WC_JPLF_00465787 |
| Odor Complaints | WC_JPLF_00465794 |
| Odor Complaints | WC_JPLF_00465807 |
| Odor Complaints | WC_JPLF_00465818 |
| Odor Complaints | WC_JPLF_00465834 |
| Odor Complaints | WC_JPLF_00465854 |
| Odor Complaints | WC_JPLF_00465857 |
| Odor Complaints | WC_JPLF_00465888 |
| Odor Complaints | WC_JPLF_00465920 |
| Odor Complaints | WC_JPLF_00465928 |
| Odor Complaints | WC_JPLF_00465934 |
| Odor Complaints | WC_JPLF_00465950 |
| Odor Complaints | WC_JPLF_00465961 |
| Odor Complaints | WC_JPLF_00465979 |
| Odor Complaints | WC_JPLF_00466003 |
| Odor Complaints | WC_JPLF_00466020 |
| Odor Complaints | WC_JPLF_00466023 |
| Odor Complaints | WC_JPLF_00466065 |
| Odor Complaints | WC_JPLF_00466113 |
| Odor Complaints | WC_JPLF_00466120 |
| Odor Complaints | WC_JPLF_00466129 |
| Odor Complaints | WC_JPLF_00466138 |
| Odor Complaints | WC_JPLF_00466150 |
| Odor Complaints | WC_JPLF_00466159 |
| Odor Complaints | WC_JPLF_00466164 |
| Odor Complaints | WC_JPLF_00466186 |
| Odor Complaints | WC_JPLF_00466222 |
| Odor Complaints | WC_JPLF_00466229 |
| Odor Complaints | WC_JPLF_00466234 |
| Odor Complaints | WC_JPLF_00466244 |
| Odor Complaints | WC_JPLF_00466249 |
| Odor Complaints | WC_JPLF_00466261 |
| Odor Complaints | WC_JPLF_00466305 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00466335 |
| Odor Complaints | WC_JPLF_00466347 |
| Odor Complaints | WC_JPLF_00466355 |
| Odor Complaints | WC_JPLF_00466362 |
| Odor Complaints | WC_JPLF_00466365 |
| Odor Complaints | WC_JPLF_00466384 |
| Odor Complaints | WC_JPLF_00466388 |
| Odor Complaints | WC_JPLF_00466404 |
| Odor Complaints | WC_JPLF_00466415 |
| Odor Complaints | WC_JPLF_00466430 |
| Odor Complaints | WC_JPLF_00466438 |
| Odor Complaints | WC_JPLF_00466449 |
| Odor Complaints | WC_JPLF_00466460 |
| Odor Complaints | WC_JPLF_00466479 |
| Odor Complaints | WC_JPLF_00466491 |
| Odor Complaints | WC_JPLF_00466508 |
| Odor Complaints | WC_JPLF_00466522 |
| Odor Complaints | WC_JPLF_00466536 |
| Odor Complaints | WC_JPLF_00466550 |
| Odor Complaints | WC_JPLF_00466561 |
| Odor Complaints | WC_JPLF_00466575 |
| Odor Complaints | WC_JPLF_00466624 |
| Odor Complaints | WC_JPLF_00466646 |
| Odor Complaints | WC_JPLF_00466658 |
| Odor Complaints | WC_JPLF_00466669 |
| Odor Complaints | WC_JPLF_00466681 |
| Odor Complaints | WC_JPLF_00466698 |
| Odor Complaints | WC_JPLF_00466718 |
| Odor Complaints | WC_JPLF_00466734 |
| Odor Complaints | WC_JPLF_00466769 |
| Odor Complaints | WC_JPLF_00466781 |
| Odor Complaints | WC_JPLF_00466795 |
| Odor Complaints | WC_JPLF_00466822 |
| Odor Complaints | WC_JPLF_00466836 |
| Odor Complaints | WC_JPLF_00466840 |
| Odor Complaints | WC_JPLF_00466858 |
| Odor Complaints | WC_JPLF_00466876 |
| Odor Complaints | WC_JPLF_00466887 |
| Odor Complaints | WC_JPLF_00466909 |
| Odor Complaints | WC_JPLF_00466929 |
| Odor Complaints | WC_JPLF_00466945 |
| Odor Complaints | WC_JPLF_00466970 |
| Odor Complaints | WC_JPLF_00466995 |
| Odor Complaints | WC_JPLF_00467026 |

| Odor Complaints | WC_JPLF_00467034 |
|---|---|
| Odor Complaints | WC_JPLF_00467044 |
| Odor Complaints | WC_JPLF_00467052 |
| Odor Complaints | WC_JPLF_00467057 |
| Odor Complaints | WC_JPLF_00467091 |
| Odor Complaints | WC_JPLF_00467111 |
| Odor Complaints | WC_JPLF_00467130 |
| Odor Complaints | WC_JPLF_00467145 |
| Odor Complaints | WC_JPLF_00467154 |
| Odor Complaints | WC_JPLF_00467168 |
| Odor Complaints | WC_JPLF_00467182 |
| Odor Complaints | WC_JPLF_00467196 |
| Odor Complaints | WC_JPLF_00467208 |
| Odor Complaints | WC_JPLF_00467224 |
| Odor Complaints | WC_JPLF_00467240 |
| Odor Complaints | WC_JPLF_00467272 |
| Odor Complaints | WC_JPLF_00467289 |
| Odor Complaints | WC_JPLF_00467300 |
| Odor Complaints | WC_JPLF_00467317 |
| Odor Complaints | WC_JPLF_00467332 |
| Odor Complaints | WC_JPLF_00467346 |
| Odor Complaints | WC_JPLF_00467357 |
| Odor Complaints | WC_JPLF_00467371 |
| Odor Complaints | WC_JPLF_00467386 |
| Odor Complaints | WC_JPLF_00467394 |
| Odor Complaints | WC_JPLF_00467404 |
| Odor Complaints | WC_JPLF_00467416 |
| Odor Complaints | WC_JPLF_00467424 |
| Odor Complaints | WC_JPLF_00467434 |
| Odor Complaints | WC_JPLF_00467459 |
| Odor Complaints | WC_JPLF_00467468 |
| Odor Complaints | WC_JPLF_00467479 |
| Odor Complaints | WC_JPLF_00467484 |
| Odor Complaints | WC_JPLF_00467488 |
| Odor Complaints | WC_JPLF_00467503 |
| Odor Complaints | WC_JPLF_00467518 |
| Odor Complaints | WC_JPLF_00467531 |
| Odor Complaints | WC_JPLF_00467544 |
| Odor Complaints | WC_JPLF_00467557 |
| Odor Complaints | WC_JPLF_00467572 |
| Odor Complaints | WC_JPLF_00467590 |
| Odor Complaints | WC_JPLF_00467609 |
| Odor Complaints | WC_JPLF_00467627 |
| Odor Complaints | WC_JPLF_00467642 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00467646 |
| Odor Complaints | WC_JPLF_00467664 |
| Odor Complaints | WC_JPLF_00467686 |
| Odor Complaints | WC_JPLF_00467717 |
| Odor Complaints | WC_JPLF_00467740 |
| Odor Complaints | WC_JPLF_00467766 |
| Odor Complaints | WC_JPLF_00467789 |
| Odor Complaints | WC_JPLF_00467813 |
| Odor Complaints | WC_JPLF_00467836 |
| Odor Complaints | WC_JPLF_00467841 |
| Odor Complaints | WC_JPLF_00467853 |
| Odor Complaints | WC_JPLF_00467861 |
| Odor Complaints | WC_JPLF_00467875 |
| Odor Complaints | WC_JPLF_00467896 |
| Odor Complaints | WC_JPLF_00467905 |
| Odor Complaints | WC_JPLF_00467914 |
| Odor Complaints | WC_JPLF_00467917 |
| Odor Complaints | WC_JPLF_00467974 |
| Odor Complaints | WC_JPLF_00467980 |
| Odor Complaints | WC_JPLF_00467985 |
| Odor Complaints | WC_JPLF_00468016 |
| Odor Complaints | WC_JPLF_00468026 |
| Odor Complaints | WC_JPLF_00468034 |
| Odor Complaints | WC_JPLF_00468054 |
| Odor Complaints | WC_JPLF_00468062 |
| Odor Complaints | WC_JPLF_00468074 |
| Odor Complaints | WC_JPLF_00468085 |
| Odor Complaints | WC_JPLF_00468096 |
| Odor Complaints | WC_JPLF_00468105 |
| Odor Complaints | WC_JPLF_00468115 |
| Odor Complaints | WC_JPLF_00468125 |
| Odor Complaints | WC_JPLF_00468133 |
| Odor Complaints | WC_JPLF_00468158 |
| Odor Complaints | WC_JPLF_00468181 |
| Odor Complaints | WC_JPLF_00468194 |
| Odor Complaints | WC_JPLF_00468214 |
| Odor Complaints | WC_JPLF_00468239 |
| Odor Complaints | WC_JPLF_00468256 |
| Odor Complaints | WC_JPLF_00468277 |
| Odor Complaints | WC_JPLF_00468300 |
| Odor Complaints | WC_JPLF_00468319 |
| Odor Complaints | WC_JPLF_00468354 |
| Odor Complaints | WC_JPLF_00468369 |
| Odor Complaints | WC_JPLF_00468384 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00468401 |
| Odor Complaints | WC_JPLF_00468416 |
| Odor Complaints | WC_JPLF_00468443 |
| Odor Complaints | WC_JPLF_00468456 |
| Odor Complaints | WC_JPLF_00468472 |
| Odor Complaints | WC_JPLF_00468486 |
| Odor Complaints | WC_JPLF_00468507 |
| Odor Complaints | WC_JPLF_00468520 |
| Odor Complaints | WC_JPLF_00468534 |
| Odor Complaints | WC_JPLF_00468548 |
| Odor Complaints | WC_JPLF_00468562 |
| Odor Complaints | WC_JPLF_00468578 |
| Odor Complaints | WC_JPLF_00468588 |
| Odor Complaints | WC_JPLF_00468606 |
| Odor Complaints | WC_JPLF_00468672 |
| Odor Complaints | WC_JPLF_00468676 |
| Odor Complaints | WC_JPLF_00468687 |
| Odor Complaints | WC_JPLF_00468699 |
| Odor Complaints | WC_JPLF_00468712 |
| Odor Complaints | WC_JPLF_00468725 |
| Odor Complaints | WC_JPLF_00468738 |
| Odor Complaints | WC_JPLF_00468742 |
| Odor Complaints | WC_JPLF_00468779 |
| Odor Complaints | WC_JPLF_00468795 |
| Odor Complaints | WC_JPLF_00468820 |
| Odor Complaints | WC_JPLF_00468851 |
| Odor Complaints | WC_JPLF_00468858 |
| Odor Complaints | WC_JPLF_00468873 |
| Odor Complaints | WC_JPLF_00468894 |
| Odor Complaints | WC_JPLF_00468944 |
| Odor Complaints | WC_JPLF_00468960 |
| Odor Complaints | WC_JPLF_00468974 |
| Odor Complaints | WC_JPLF_00469000 |
| Odor Complaints | WC_JPLF_00469014 |
| Odor Complaints | WC_JPLF_00469023 |
| Odor Complaints | WC_JPLF_00469050 |
| Odor Complaints | WC_JPLF_00469059 |
| Odor Complaints | WC_JPLF_00469070 |
| Odor Complaints | WC_JPLF_00469084 |
| Odor Complaints | WC_JPLF_00470248 |
| Odor Complaints | WC_JPLF_00472798 |
| Odor Complaints | WC_JPLF_00472882 |
| Odor Complaints | WC_JPLF_00472889 |
| Odor Complaints | WC_JPLF_00472938 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00472946 |
| Odor Complaints | WC_JPLF_00472951 |
| Odor Complaints | WC_JPLF_00472969 |
| Odor Complaints | WC_JPLF_00472987 |
| Odor Complaints | WC_JPLF_00473012 |
| Odor Complaints | WC_JPLF_00473037 |
| Odor Complaints | WC_JPLF_00473070 |
| Odor Complaints | WC_JPLF_00473083 |
| Odor Complaints | WC_JPLF_00473095 |
| Odor Complaints | WC_JPLF_00473106 |
| Odor Complaints | WC_JPLF_00473158 |
| Odor Complaints | WC_JPLF_00473163 |
| Odor Complaints | WC_JPLF_00473189 |
| Odor Complaints | WC_JPLF_00473193 |
| Odor Complaints | WC_JPLF_00473231 |
| Odor Complaints | WC_JPLF_00473237 |
| Odor Complaints | WC_JPLF_00473289 |
| Odor Complaints | WC_JPLF_00473301 |
| Odor Complaints | WC_JPLF_00473312 |
| Odor Complaints | WC_JPLF_00473323 |
| Odor Complaints | WC_JPLF_00473332 |
| Odor Complaints | WC_JPLF_00473342 |
| Odor Complaints | WC_JPLF_00473373 |
| Odor Complaints | WC_JPLF_00473398 |
| Odor Complaints | WC_JPLF_00473421 |
| Odor Complaints | WC_JPLF_00473434 |
| Odor Complaints | WC_JPLF_00473454 |
| Odor Complaints | WC_JPLF_00473479 |
| Odor Complaints | WC_JPLF_00473500 |
| Odor Complaints | WC_JPLF_00473519 |
| Odor Complaints | WC_JPLF_00473721 |
| Odor Complaints | WC_JPLF_00473902 |
| Odor Complaints | WC_JPLF_00473912 |
| Odor Complaints | WC_JPLF_00474075 |
| Odor Complaints | WC_JPLF_00474082 |
| Odor Complaints | WC_JPLF_00474108 |
| Odor Complaints | WC_JPLF_00474119 |
| Odor Complaints | WC_JPLF_00474203 |
| Odor Complaints | WC_JPLF_00474384 |
| Odor Complaints | WC_JPLF_00474433 |
| Odor Complaints | WC_JPLF_00474553 |
| Odor Complaints | WC_JPLF_00474576 |
| Odor Complaints | WC_JPLF_00474588 |
| Odor Complaints | WC_JPLF_00474661 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00486157 |
| Odor Complaints | WC_JPLF_00486247 |
| Odor Complaints | WC_JPLF_00486258 |
| Odor Complaints | WC_JPLF_00486373 |
| Odor Complaints | WC_JPLF_00486386 |
| Odor Complaints | WC_JPLF_00486399 |
| Odor Complaints | WC_JPLF_00487245 |
| Odor Complaints | WC_JPLF_00487263 |
| Odor Complaints | WC_JPLF_00487288 |
| Odor Complaints | WC_JPLF_00487311 |
| Odor Complaints | WC_JPLF_00487336 |
| Odor Complaints | APTIM-0011454 - Page 34 |
| Odor Complaints | JP_JPLF_0005341 - Page 18 (incorrectly identified as Lindsey) |
| Odor Complaints | JP_JPLF_0007159 - Page 15 (incorrectly identified as Linda) |
| Odor Complaints | JP_JPLF_0008411 - Page 15 |
| Odor Complaints | LDEQ_PRR_00010079 |
| Odor Complaints | LDEQ_PRR_00010281 |
| Odor Complaints | LDEQ_PRR_00010464 |
| Odor Complaints | LDEQ_PRR_00011304 |
| Odor Complaints | WC_JP_00199037 - pages 88, 151 |
| Odor Complaints | WC_JP_00199197 - Page 16 |
| Odor Complaints | WC_JP_00199234 - Pages 98 |
| Odor Complaints | WC_JPLF_00166852 - Page 3 |
| Odor Complaints | WC_JPLF_00167951 - Page 9, 30 |
| Odor Complaints | WC_JPLF_00168168 |
| Odor Complaints | WC_JPLF_00168168 - pages 8, 29, 41 |
| Odor Complaints | WC_JPLF_00174519 |
| Odor Complaints | WC_JPLF_00174547 |
| Odor Complaints | WC_JPLF_00174796 - Pages 6, 10 |
| Odor Complaints | WC_JPLF_00202525 - Page 62 |
| Odor Complaints | WC_JPLF_00202887 - Pages 34, 61 |
| Odor Complaints | WC_JPLF_00203005 - Page 15 |
| Odor Complaints | WC_JPLF_00316844 - Pages 10, 32 |
| Odor Complaints | WC_JPLF_00316878 - Pages 6, 21 |
| Odor Complaints | WC_JPLF_00317637 - Pages 2, 8 |
| Odor Complaints | WC_JPLF_00318177 - Pages 6, 19 |
| Odor Complaints | WC_JPLF_00318949 - Pages 10, 26 |
| Odor Complaints | WINNINGKOFF_0001 (Page 15) |

# Appendix D

## Additional Wind Angles and Their Percentages



*Percentage of Time Geneva Green's Residential Address (205 Cabinet Dr. Avondale, LA 70094) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| American River Transportation Co. LLC | 18.41% |
| Cargill Inc | 7.52% |
| Harahan Sewage Treatment Plant | 5.16% |
| Wood Resources | 5.15% |
| International-Matex Tank Terminal (Avondale) | 4.61% |
| Cornerstone Chemical Company | 3.93% |
| Dyno Nobel LA Ammonia | 3.93% |
| Evonik Cyro LLC | 3.93% |
| Kemira Chemicals Inc. | 3.93% |
| ADM Grain River System Inc | 2.84% |
| JPLF | 2.80% |

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| American River Transportation Co. LLC | 23.70% |
| Cargill Inc | 12.99% |
| International-Matex Tank Terminal (Avondale) | 12.67% |
| Harahan Sewage Treatment Plant | 10.32% |
| Cornerstone Chemical Company | 9.69% |
| Evonik Cyro LLC | 9.69% |
| Wood Resources | 9.69% |
| Dyno Nobel LA Ammonia | 8.36% |
| Kemira Chemicals Inc. | 8.36% |
| JPLF | 7.66% |
| ADM Grain River System Inc | 6.66% |

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 29.07% |
| American River Transportation Co. LLC | 28.22% |
| Cargill Inc | 18.35% |
| International-Matex Tank Terminal (Avondale) | 15.58% |
| Wood Resources | 14.21% |
| Cornerstone Chemical Company | 12.26% |
| Dyno Nobel LA Ammonia | 12.26% |
| Evonik Cyro LLC | 12.26% |
| Kemira Chemicals Inc. | 12.26% |
| JPLF | 8.62% |
| ADM Grain River System Inc | 7.62% |

*Percentage of Time Scott, Wendy,* A.G. & B.G. *Gremillion's Residential Address (9701 Robin Lane, River Ridge, LA 70123) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 8.85% |
| International-Matex Tank Terminal (Avondale) | 6.91% |
| Wood Resources | 5.10% |
| Cargill Inc | 4.45% |
| American River Transportation Co. LLC | 3.56% |
| JPLF | 3.56% |
| Kemira Chemicals Inc. | 3.29% |
| Dyno Nobel LA Ammonia | 2.33% |
| ADM Grain River System Inc | 2.18% |
| Cornerstone Chemical Company | 1.93% |
| Evonik Cyro LLC | 1.93% |

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| International-Matex Tank Terminal (Avondale) | 18.24% |
| Harahan Sewage Treatment Plant | 15.08% |
| Wood Resources | 11.16% |
| Cargill Inc | 10.00% |
| American River Transportation Co. LLC | 8.62% |
| JPLF | 6.73% |
| Dyno Nobel LA Ammonia | 5.97% |
| Kemira Chemicals Inc. | 5.97% |
| ADM Grain River System Inc | 4.70% |
| Cornerstone Chemical Company | 4.50% |
| Evonik Cyro LLC | 4.50% |

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 21.48% |
| International-Matex Tank Terminal (Avondale) | 21.39% |
| Wood Resources | 17.67% |
| Cargill Inc | 16.31% |
| American River Transportation Co. LLC | 9.83% |
| JPLF | 9.83% |
| Kemira Chemicals Inc. | 8.86% |
| ADM Grain River System Inc | 8.02% |
| Cornerstone Chemical Company | 7.53% |
| Evonik Cyro LLC | 7.53% |
| Dyno Nobel LA Ammonia | 7.30% |

*Percentage of Time Vernice Lewis, Terrance, and Tyrone Thompson's Residential Address (1116 Starrett Road, Metairie, LA 70003) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| International-Matex Tank Terminal (Avondale) | 7.73% |
| American River Transportation Co. LLC | 6.75% |
| Harahan Sewage Treatment Plant | 6.71% |
| Wood Resources | 5.10% |
| ADM Grain River System Inc | 4.73% |
| Cargill Inc | 4.45% |
| Cornerstone Chemical Company | 3.52% |
| Evonik Cyro LLC | 3.52% |
| JPLF | 3.50% |
| Dyno Nobel LA Ammonia | 2.77% |
| Kemira Chemicals Inc. | 2.77% |

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 15.08% |
| International-Matex Tank Terminal (Avondale) | 14.58% |
| Cargill Inc | 13.75% |
| American River Transportation Co. LLC | 13.72% |
| JPLF | 11.91% |
| Wood Resources | 11.16% |
| ADM Grain River System Inc | 7.30% |
| Cornerstone Chemical Company | 7.30% |
| Evonik Cyro LLC | 6.33% |
| Dyno Nobel LA Ammonia | 5.69% |
| Kemira Chemicals Inc. | 5.69% |

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| International-Matex Tank Terminal (Avondale) | 21.20% |
| American River Transportation Co. LLC | 19.53% |
| Harahan Sewage Treatment Plant | 18.90% |
| Wood Resources | 17.67% |
| Cargill Inc | 16.31% |
| JPLF | 13.87% |
| ADM Grain River System Inc | 9.87% |
| Cornerstone Chemical Company | 8.91% |
| Evonik Cyro LLC | 8.91% |
| Dyno Nobel LA Ammonia | 8.26% |
| Kemira Chemicals Inc. | 8.26% |

*Percentage of Time Stanley Meyers' Residential Address (1041 Magnolia Drive, Westwego, LA 70094) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Cargill Inc | 18.41% |
| Harahan Sewage Treatment Plant | 5.46% |
| Wood Resources | 4.61% |
| Cornerstone Chemical Company | 4.33% |
| Evonik Cyro LLC | 4.33% |
| American River Transportation Co. LLC | 2.86% |
| Dyno Nobel LA Ammonia | 2.86% |
| Kemira Chemicals Inc. | 2.86% |
| ADM Grain River System Inc | 2.84% |
| JPLF | 2.84% |
| International-Matex Tank Terminal (Avondale) | 2.80% |

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Cargill Inc | 23.70% |
| Wood Resources | 12.99% |
| Harahan Sewage Treatment Plant | 9.69% |
| Cornerstone Chemical Company | 7.66% |
| Evonik Cyro LLC | 7.66% |
| JPLF | 6.66% |
| American River Transportation Co. LLC | 6.30% |
| Dyno Nobel LA Ammonia | 6.30% |
| Kemira Chemicals Inc. | 6.30% |
| International-Matex Tank Terminal (Avondale) | 5.70% |
| ADM Grain River System Inc | 5.13% |

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Cargill Inc | 28.22% |
| Wood Resources | 15.58% |
| Harahan Sewage Treatment Plant | 13.72% |
| Cornerstone Chemical Company | 10.59% |
| Evonik Cyro LLC | 10.59% |
| American River Transportation Co. LLC | 9.63% |
| Dyno Nobel LA Ammonia | 9.63% |
| Kemira Chemicals Inc. | 9.63% |
| International-Matex Tank Terminal (Avondale) | 8.62% |
| ADM Grain River System Inc | 7.62% |
| JPLF | 7.62% |

*Percentage of Time Reshaun Richardson's Residential Address (624 Wilker Neal Avenue, River Ridge, LA 70123) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
| --- | --- |
| American River Transportation Co. LLC | 10.57% |
| International-Matex Tank Terminal (Avondale) | 7.67% |
| Harahan Sewage Treatment Plant | 5.10% |
| Wood Resources | 5.10% |
| JPLF | 5.04% |
| Cornerstone Chemical Company | 4.73% |
| Cargill Inc | 4.45% |
| Evonik Cyro LLC | 3.52% |
| ADM Grain River System Inc | 2.77% |
| Dyno Nobel LA Ammonia | 2.77% |
| Kemira Chemicals Inc. | 2.77% |

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
| --- | --- |
| American River Transportation Co. LLC | 17.64% |
| International-Matex Tank Terminal (Avondale) | 17.54% |
| JPLF | 11.91% |
| Harahan Sewage Treatment Plant | 11.16% |
| Wood Resources | 11.16% |
| Cargill Inc | 10.00% |
| ADM Grain River System Inc | 7.30% |
| Cornerstone Chemical Company | 7.30% |
| Evonik Cyro LLC | 7.30% |
| Dyno Nobel LA Ammonia | 6.65% |
| Kemira Chemicals Inc. | 6.65% |

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
| --- | --- |
| American River Transportation Co. LLC | 23.28% |
| International-Matex Tank Terminal (Avondale) | 19.68% |
| Harahan Sewage Treatment Plant | 17.67% |
| Wood Resources | 17.67% |
| Cargill Inc | 16.31% |
| JPLF | 15.01% |
| Cornerstone Chemical Company | 9.87% |
| Evonik Cyro LLC | 8.91% |
| ADM Grain River System Inc | 8.26% |
| Dyno Nobel LA Ammonia | 8.26% |
| Kemira Chemicals Inc. | 8.26% |

*Percentage of Time Andrew Section's Residential Address (537 George Street, Westwego, LA 70094) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| International-Matex Tank Terminal (Avondale) | 7.52% |
| Cargill Inc | 5.30% |
| Wood Resources | 5.15% |
| Harahan Sewage Treatment Plant | 4.95% |
| American River Transportation Co. LLC | 4.87% |
| Cornerstone Chemical Company | 3.50% |
| Dyno Nobel LA Ammonia | 3.50% |
| Evonik Cyro LLC | 3.50% |
| Kemira Chemicals Inc. | 3.50% |
| ADM Grain River System Inc | 2.84% |
| JPLF | 2.80% |

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| American River Transportation Co. LLC | 25.24% |
| Harahan Sewage Treatment Plant | 23.39% |
| International-Matex Tank Terminal (Avondale) | 12.99% |
| Cargill Inc | 10.43% |
| Dyno Nobel LA Ammonia | 9.69% |
| Kemira Chemicals Inc. | 9.69% |
| Wood Resources | 9.69% |
| Cornerstone Chemical Company | 6.79% |
| Evonik Cyro LLC | 6.79% |
| JPLF | 6.66% |
| ADM Grain River System Inc | 5.13% |

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 28.73% |
| American River Transportation Co. LLC | 26.77% |
| International-Matex Tank Terminal (Avondale) | 18.35% |
| Cargill Inc | 15.76% |
| Wood Resources | 14.21% |
| Cornerstone Chemical Company | 11.16% |
| Dyno Nobel LA Ammonia | 11.16% |
| Evonik Cyro LLC | 11.16% |
| Kemira Chemicals Inc. | 11.16% |
| JPLF | 8.62% |
| ADM Grain River System Inc | 7.62% |

*Percentage of Time Jonathan Tate's Residential Address (21 Richelle Street, Westwego, LA 70094) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| American River Transportation Co. LLC | 8.85% |
| International-Matex Tank Terminal (Avondale) | 6.71% |
| Cargill Inc | 4.90% |
| Harahan Sewage Treatment Plant | 4.79% |
| Wood Resources | 4.45% |
| Cornerstone Chemical Company | 3.80% |
| JPLF | 3.50% |
| Dyno Nobel LA Ammonia | 2.80% |
| Kemira Chemicals Inc. | 2.80% |
| Evonik Cyro LLC | 2.33% |
| ADM Grain River System Inc | 2.18% |

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| American River Transportation Co. LLC | 15.08% |
| International-Matex Tank Terminal (Avondale) | 12.77% |
| Harahan Sewage Treatment Plant | 12.07% |
| Cargill Inc | 11.83% |
| Wood Resources | 10.00% |
| JPLF | 8.25% |
| Dyno Nobel LA Ammonia | 6.66% |
| Kemira Chemicals Inc. | 6.66% |
| Cornerstone Chemical Company | 6.09% |
| Evonik Cyro LLC | 6.09% |
| ADM Grain River System Inc | 4.70% |

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| American River Transportation Co. LLC | 21.48% |
| International-Matex Tank Terminal (Avondale) | 18.90% |
| Wood Resources | 16.31% |
| Harahan Sewage Treatment Plant | 14.98% |
| Cargill Inc | 14.78% |
| JPLF | 13.87% |
| Cornerstone Chemical Company | 8.83% |
| Dyno Nobel LA Ammonia | 8.62% |
| Kemira Chemicals Inc. | 8.62% |
| ADM Grain River System Inc | 8.02% |
| Evonik Cyro LLC | 7.30% |

*Percentage of Time Mary Ann Winningkoff's Residential Address (47 Donelon Drive, Harahan, LA 70123) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 18.24% |
| International-Matex Tank Terminal (Avondale) | 7.67% |
| Wood Resources | 4.90% |
| Cargill Inc | 4.79% |
| American River Transportation Co. LLC | 3.50% |
| Dyno Nobel LA Ammonia | 2.86% |
| Kemira Chemicals Inc. | 2.86% |
| Cornerstone Chemical Company | 2.80% |
| Evonik Cyro LLC | 2.80% |
| ADM Grain River System Inc | 2.33% |
| JPLF | 1.93% |

0.00%  10.00%  20.00%  30.00%  40.00%

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 25.96% |
| International-Matex Tank Terminal (Avondale) | 14.45% |
| Cargill Inc | 12.67% |
| Wood Resources | 9.60% |
| American River Transportation Co. LLC | 8.26% |
| Cornerstone Chemical Company | 7.66% |
| Evonik Cyro LLC | 7.66% |
| Dyno Nobel LA Ammonia | 6.30% |
| Kemira Chemicals Inc. | 6.30% |
| ADM Grain River System Inc | 4.76% |
| JPLF | 4.50% |

0.00%  10.00%  20.00%  30.00%  40.00%

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 28.86% |
| International-Matex Tank Terminal (Avondale) | 19.68% |
| Cargill Inc | 14.98% |
| Wood Resources | 14.78% |
| American River Transportation Co. LLC | 11.16% |
| Dyno Nobel LA Ammonia | 9.63% |
| Kemira Chemicals Inc. | 9.63% |
| Cornerstone Chemical Company | 8.62% |
| Evonik Cyro LLC | 8.62% |
| JPLF | 7.53% |
| ADM Grain River System Inc | 7.30% |

0.00%  10.00%  20.00%  30.00%  40.00%