```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   ELIAS JORGE "GEORGE"            ) CIVIL ACTION
     ICTECH-BENDECK,                 )
 4                                   ) NO. 18-7889
                      Plaintiff,     ) c/w 18-8071,
 5      vs.                          ) 18-8218, 18-9312
                                     )
 6   PROGRESSIVE WASTE SOLUTIONS OF  ) SECTION "E" (5)
     LA, INC., ET AL.,               )
 7                                   )
                      Defendants.    )
 8                                   )
     Related Case:                   )
 9                                   )
     FREDERICK ADDISON, ET AL.,      ) CIVIL ACTION
10                                   )
                      Plaintiff,     ) NO. 19-1133
11                                   )
        vs.                          ) SECTION "E" (5)
12                                   )
     LOUISIANA REGIONAL LANDFILL     )
13   COMPANY (LRLC), ET AL.,         )
                                     )
14                    Defendants.    )

15
                 REMOTE VIDEOTAPED DEPOSITION OF
16
                      SUSAN SCHIFFMAN, Ph.D.
17

18                   Monday, August 30, 2021
                          10:08 a.m. EST
19

20
                       Durham, North Carolina
21

22

23
                       Renee Habrack, Stenographer
24                     Patrick Murphy, Videographer

25
```



```
 1   APPEARANCES:

 2   For the Ictech-Bendeck Plaintiffs:

 3                   HAMMEL LAW FIRM, LLC
                     DOUGLAS HAMMEL, ESQ.
 4                   3129 Bore Street
                     Metairie, LA 70001
 5                   Douglashammel1@gmail.com

 6                   IRPINO, AVIN & HAWKINS LAW FIRM
                     KACIE GRAY, ESQ.
 7                   2216 Magazine Street
                     New Orleans, LA 70130
 8                   Info@irpinolaw.com

 9                   MARTZELL BICKFORD & CENTOLA
                     JASON Z. LANDRY, ESQ.
10                   338 Lafayette Street
                     New Orleans, LA 70130
11                   Jzl@mbfirm.com

12
     For the Addison Plaintiffs:
13
                     WHITEFORD, TAYLOR & PRESTON, LLP
14                   ERIC C. ROWE, ESQ.
                     BARRY NEUMAN, ESQ.
15                   1800 M. Street, N.W.
                     Suite 450N
16                   Washington, D.C. 20036
                     Erowe@wtplaw.com
17

18   For the Waste Connections Defendants:

19                   BEVERIDGE & DIAMOND, P.C.
                     MEGAN R. BRILLAULT, ESQ.
20                   KATRINA M. KREBS, ESQ.
                     JOHN PAUL, ESQ.
21                   477 Madison Avenue, 15th Floor
                     New York, NY 10022
22                   Mbrillault@bdlaw.com
                     Kkrebs@bdlaw.com
23                   Jpaul@bdlaw.com

24

25
```



```
 1   APPEARANCES (Continued):

 2   For the Aptim Corporation Defendants:

 3                    GIEGER, LABORDE & LAPERHOUSE, LLC
                     J. MICHAEL DIGIGLIA, ESQ.
 4                    701 Poydras Street, Suite 4800
                     New Orleans, LA 70163
 5                    Mdigiglia@glllaw.com

 6
     For the Parish of Jefferson Defendant:
 7
                     CONNICK & CONNICK
 8                    MICHAEL S. FUTRELL, ESQ.
                     3421 Causeway Boulevard, Suite 408
 9                    Matairie, LA 70002
                     Mfutrell@connick.com
10

11   Also Present:

12                    Pamela Dalton
                     Pablo Sanchez-Soria
13                    John Perkey
                     John Kind
14                    Katelyn Ciolino
                     Michael Vitris
15
                     *  *  *  *  *  *  *  *
16

17

18

19

20

21

22

23

24

25
```



1     established, which you have just established, the
2     vinyl chloride was found on the landfill by MAML and
3     -- by LDEQ and that it was also found on the landfill
4     by Ramboll.  Okay.  Given whatever wind direction
5     that is, if I take the wind direction coming from the
6     southwest, it will be up in River Ridge and in
7     Harahan, and in the other communities, and we would
8     be able to find it there at another point in time.
9     So you just --
10 Q. Doesn't that depend on the concentration of it and
11     you would need to do air dispersion modeling to
12     confirm that?  Because right now it seems like you're
13     guessing that just because it's located on the
14     landfill, it was going to get off the landfill.
15           MR. ROWE:  Objection.
16 A. This is -- this was an afterthought of we were trying
17     to look at the hydrogen sulfide.  This was kind of an
18     afterthought of trying to explain why irritation
19     occurs.  We don't have the full range of compounds,
20     but the fact of the matter is there are other
21     compounds there.  You just, you just came up with
22     vinyl chloride yourself, okay.  So there are other
23     compounds there, and we have to take those into
24     account in looking at the sensory properties that
25     people are experiencing downwind.  So that's the,



1       right, so we have canister 2760, 2796, 2987, 2294,
2       2150 and 2017, we can walk through them, but I will
3       represent to you that 2796, 2987, and 2294 are all
4       taken from either the Jefferson Parish Landfill or
5       the River Birch landfill.  So did you compare, maybe
6       we just take Jefferson Parish, did you compare the
7       detections in 2294 to the detections in 2150, 2017 or
8       2760, which were off-site samples?
9                    MR. ROWE:  Object to the form.
10  A.  I don't have, I don't remember, okay.  This was just
11      an afterthought of the fact that there were other --
12      the main point is here is, say it for the last time,
13      the main point --
14  Q.  Okay.
15  A.  -- there were other compounds on the landfill and in
16      the vicinity that can contribute to some of the
17      perception, and that there is an overlap between
18      those on the landfill and those in the community and
19      that's the answer.
20  Q.  Okay.  Last question in this area.  Besides the
21      July 2018 MAML report and the Ramboll November 2019
22      sampling, are you relying on any other information to
23      say, any other data to say that the VOCs in the
24      Jefferson Parish Landfill emissions are consistent
25      with the VOCs found in the neighborhoods?

