UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>**Plaintiffs**<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>**Defendants** | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

### DEFENDANTS' JOINT MOTION TO EXCLUDE OPINION TESTIMONY OF JASON SCHELLHAAS PURSUANT TO FEDERAL RULE OF EVIDENCE 702

NOW INTO COURT, through undersigned counsel, come all Defendants in the above numbered and entitled actions, who jointly move to exclude opinion testimony of Plaintiffs' damages expert, Jason Schellhaas. For the reasons set forth more fully in the accompanying memorandum of law, the Declaration of Joseph T. Gardemal III CPA/ABV, CVA, CFE, CDBV, the Declaration of Megan R. Brillault, and the exhibits attached thereto, Mr. Schellhaas' estimated costs do not satisfy the requirements for Fed. R. Evid. 702 because they are hypothetical losses, irrelevant, and rely on false assumptions. In addition, his damages calculations based on of lodging, meal, storage, and cleaning costs are unreliable, are based on insufficient facts, and do not consist of specialized knowledge that would be helpful to the trier of fact. Therefore, his report and testimony should be excluded under Fed. R. Evid. 702.

Pursuant to Local Rule 78.1, Defendants respectfully request that the Court hold oral argument on this motion. Defendants' motion involves important issues regarding the reliability, relevancy, and admissibility of the proposed testimony of Plaintiffs' damages expert Jason Schellhaas, and whether those opinions should be excluded from the August 2024 jury trial. For

these reasons, Defendants respectfully assert that oral argument would assist the Court in arriving at an appropriate resolution.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, the Declaration of Joseph T. Gardemal III CPA/ABV, CVA, CFE, CDBV, the Declaration of Megan R. Brillault, and the exhibits attached thereto, Defendants pray that their Joint Motion to Exclude be granted, and that the Court order the exclusion of opinion testimony of Mr. Schellhaas and so limit his testimony at trial.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:    /s/ Michael C. Mims
      Michael Cash (#31655)
      Cherrell Simms Taplin (#28227)
      Michael C. Mims (#33991)
      Brady M. Hadden (#37708)
      J. Hunter Curtis (#39150)
      Alec Andrade (#38659)
      701 Poydras Street, Suite 5000
      New Orleans, LA 70139
      (504) 581-7979


BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

CONNICK AND CONNICK, LLC

By:   /s/ Michael S. Futrell
William P. Connick, La. Bar No. 14158
Michael S. Futrell, La. Bar No. 20819
Matthew D. Moghis, La. Bar No. 33994
Anya M. Jones, La. Bar No. 36923
3421 N. Causeway Blvd., Suite 408
Metairie, Louisiana 70002
Telephone: (504) 681-6658
Facsimile: (504) 838-9903
E-mail: moghis@connicklaw.com

*Counsel for Defendant Jefferson Parish*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   /s/ J. Michael DiGiglia
Ernest P. Gieger, Jr. (6154)
John E. W. Baay (22928)
J. Michael DiGiglia (24378)
Nicholas S. Bergeron (37585)
Blaise Chadwick Hill (*pro hac vice*)
Gieger, Laborde & Laperouse, L.L.C.
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on June 6, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Michael C. Mims
    OF COUNSEL