UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

### DECLARATION OF MEGAN R. BRILLAULT IN SUPPORT OF DEFENDANTS' JOINT MOTION TO EXCLUDE OPINION TESTIMONY OF JASON SCHELLHAAS PURSUANT TO FEDERAL RULE OF EVIDENCE 702

I, Megan R. Brillault, hereby declare as follows:

1.  I am a Principal of the law firm Beveridge & Diamond, P.C., and am duly admitted to practice *pro hac vice* before this Court.

2.  I submit this Declaration, together with the accompanying exhibits, in support of Defendants' Motion to Exclude Opinion Testimony of Jason Schellhaas Pursuant to Federal Rule of Evidence 702. I am fully familiar with the facts set forth herein.

3.  A true and correct copy of the Preliminary Analysis, *Frederick Addison v. Louisiana Regional Landfill Company*, Malcolm M. Dienes, L.L.C, dated February 8, 2024, ("Schellhaas Report"), is attached hereto as Exhibit 1.

4.  A true and correct copy of the Updated Report, *Frederick Addison v. Louisiana Regional Landfill Company*, Malcolm M. Dienes, L.L.C, dated March 29, 2024 ("Schellhaas Updated Report"), is attached hereto as Exhibit 2.

5.  A true and correct copy of an email from Aaron Oppegard, counsel for Plaintiffs, regarding Storage Unit Rental, dated January 29, 2024, is attached hereto as Exhibit 3.

2

6.     A true and correct copy of excerpts of the transcript of the deposition of Mr. Jason Schellhaas, taken on April 18, 2024, is attached hereto as Exhibit 4.

7.     A true and correct copy of an email from Aaron Oppegard, counsel for Plaintiffs, regarding Stanley Steemer Quotes (Instant Pricing through Stanley Steemer website), dated February 1, 2024, is attached hereto as Exhibit 5.

8.     A true and correct copy of the Expert Report of Joseph T. Gardemal III CPA/ABV, CVA, CFE, CDBV ("Gardemal Rebuttal Report"), dated March 8, 2024, is attached hereto as Exhibit 6, with redactions added to protect the identity of the minor children.

9.     A true and correct copy of excerpts of the transcript of the deposition of Dr. Joseph Kanter, taken on January 25, 2024, is attached hereto as Exhibit 7.

10.    A true and correct copy of excerpts of the transcript of the deposition of Mr. Joseph T. Gardemal III, taken on April 22, 2024, is attached hereto as Exhibit 8.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York this 6th of June, 2023.

                                                                                        /s/ Megan R. Brillault
                                                                                           PRINCIPAL