**Updated Report**

**Frederick Addison, et al**

**versus**

**Louisiana Regional Landfill Company, et al**

**March 29, 2024**

# MALCOLM M. DIENES, L.L.C.

### Certified Public Accountants



March 29, 2024

C. Allen Foster, Esquire
Aaron Oppegard, Esquire
Whiteford Law
161 North Eagle Creek Drive, Suite 210
Lexington, KY 40509

> **RE:** **Frederick Addison, et al versus Louisiana Regional Landfill Company, et al; United States District Court Eastern District of Louisiana; Civil Action No. 19-CV-1113, 19-CV-14512; Judge Susie Morgan, Magistrate Judge Michael North**

Dear Mr. Foster & Mr. Oppegard,

At your request, we have prepared a rebuttal to the Report of Joseph T. Gardemal, III regarding the alleged damages sustained by certain plaintiffs in this matter. This report has been prepared solely for use in connection with the civil action identified above and is not to be used for any other purpose.

With kindest regards, we remain,

Very truly yours,

John W. Theriot
CPA, CFF, CRFAC, MACCT

Jonathan A. Stoltz
CPA, MACCT

Jason R. Schellhaas
CPA, ABV, MACCT

JWT:jrs

---

Independent Member BKR International • Represented in Major Cities Worldwide

611 N. Causeway Boulevard • Metairie, LA 70001 • (504) 588-9288 • Fax (504) 588-9323 • www.malcolmdienes.com

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

## Contents

| | | |
|---|---|---|
| I | Background | 4 |
| II | Purpose | 4 |
| III | Assumptions from Counsel | 5 |
| IV | Lodging Costs | 5 |
| V | Meal Costs | 6 |
| VI | Storage Costs | 6 |
| VII | Cleaning Costs | 7 |
| VIII | Conclusion | 8 |
| IX | Rebuttal to the expert report of Joseph T. Gardemal, III | 8 |
| X | Documents Relied Upon | 12 |
| XI | Estimated Fees | 12 |
| XII | Exhibits | 13 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

## I     Background

Jefferson Parish is the owner of the Jefferson Parish Landfill (the "Landfill") located at 5800 Highway 90 West in Avondale, Jefferson Parish, Louisiana.   At all relevant times, the Landfill has been used as a Type I/II landfill permitted to accept municipal and commercial solid waste, non-hazardous industrial waste, trash, construction debris, vegetative waste, and dewatered municipal wastewater sludge.[1]

Waste Connections, successor to I.E.S.I., was the Landfill operator at most times relevant to this report.  In its operation of the Landfill, Waste Connections was responsible for, among other things, "implement[ing] a comprehensive odor control plan that included both operational best management practices and odor control systems."  Aptim, Inc. was the operator of the Landfill gas control system.

This case concerns the operation of the Landfill, and the resulting noxious odors which the Plaintiffs allege were emitted from the Landfill and caused them personal injury and the loss of the use and enjoyment of their property.  Along with Jefferson Parish, Waste Connections and Aptim are defendants in a lawsuit brought by the Plaintiffs.[2]   The Plaintiffs allege that the Defendants failure to properly design, operate and maintain the Landfill, including its gas and leachate collection systems, and have caused harmful, noxious and repulsive odors and chemicals to be released from the Landfill into the surrounding environment and into Plaintiffs' homes and immovable property, resulting in Plaintiffs' personal injuries from continuing exposure to these odors and chemicals and the loss of the use and enjoyment of their property.

In an earlier phase of the case, the Hon. Susie Morgan, Judge in the United States District Court for the Eastern District of Louisiana, found that, during the period from July 1, 2017 through December 31, 2019 (the "Relevant Period"), noxious odors were emitted from the landfill and that those odors were capable of causing the injuries and loss of use alleged by the Plaintiffs.[3]   The instant phase of the case will be a trial beginning August 12, 2024 where the issues will be (a) whether emission from the JPLF did, in fact, harm the trial Plaintiffs and, if so, (b) what are their damages.

## II     Purpose

We have been retained to conduct an analysis of one aspect of the alleged losses sustained by the plaintiffs in the above-described matter.  Our analyses were discussed in our prior report.  This report replaces our prior report in this matter which was dated February 8, 2024.  This Rebuttal Report is a response to the Report of Joseph T. Gardemal, III.  The significant differences between the original report and this report are as follows:

- Incorporating the cost of inflation to the lodging costs (Section IV), storage costs (Section VI) and cleaning costs (Section VII) to reflect 2017 through 2019 pricing of these items

---

[1] 2012 Contract between Jefferson Parish and IESI

[2] Plaintiffs' Second Amended and Supplemental Omnibus Complaint for Damages and Injunctive Relief.

[3] Findings of Fact and Conclusions of Law, dated November 29, 2022.

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

- Rebuttal to the Report of Joseph T. Gardemal, III

We reserve the right to update this Rebuttal Report, if any additional information is provided.

## III.   <u>Assumptions from counsel</u>

We were asked to make the following assumptions in our analysis:

1. The plaintiffs analyzed in this report were impacted by the actions of the defendants and are owed damages as a result of the defendant's actions.
2. Noting that, at a Press Conference on July 23, 2018, the Parish admitted that the Landfill was a major source of the odors suffered by the Plaintiffs and that, at the same Press Conference, Dr. Joseph Kanter, the medical director and administrator for Region 1 of the Louisiana Department of Health, appeared with and on behalf of the Parish and advised residents of the areas affected by the noxious odors "residents should, if they are able to, leave the area," the assumption is that the jury will find that a potential measure of damages for personal injury as a result of the odors is based on the costs that the Plaintiffs would have incurred had they been able to move away from the odors, as recommended by Dr. Kanter, including
   a. Lodging costs for temporary lodging away from the area impacted by the odors
   b. Replacement costs of meals
   c. Moving and storage costs for their furniture and personal property to keep it from being further affected by the odors; and
   d. Cleaning Costs to remove the odors from their furniture and personal property upon their return to their residences at the end of the Relevant Period.
3. The lodging costs are owed whether the plaintiff owned their home or was renting during the relevant time period

## IV   <u>Lodging Costs</u>

Assuming that the jury were to find that lodging costs are an appropriate measure of damages related to the exposure of odors suffered by the Plaintiffs, we have computed what we believe to be the reasonable costs of this lodging that would have been incurred had the Plaintiff's been able to utilize such lodging. In order to make these calculations, we searched for multiple extended stay hotels in the metropolitan New Orleans area and utilized the average daily cost of lodging to calculate monthly lodging costs. In determining these costs, we adjusted the current costs to the 2017 through 2019 costs using the historical inflation rates included in the consumer price index for the category "Other lodging away from home including hotels and motels." The number of rooms selected for each Plaintiff is based on the number of occupied bedrooms that were in use in their home prior to the odors occurring. A summary of these costs over the relevant period for each plaintiff are included in the table on the following page.

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

| Plaintiffs | Lodging |
|---|---|
| Richardson, Reshaun | $   44,763 |
| Lewis Family | 89,526 |
| Tate, Jonathan | 44,763 |
| Meyers, Stanley | 44,763 |
| Gremillion Family | 134,290 |
| Winningkoff, Mary Ann | 44,763 |
| Section, Andrew | 44,763 |
| Green, Geneva | 44,763 |
| | $   492,394 |

The detailed calculations for each of these line items are included in the exhibits of this report.

## V    Meal Costs

As stated previously in this report, we have been asked to assume that a measure of damages in this case is cost of meals that would have been incurred while using the extended stay lodging. In order to make these calculations, we relied upon the USDA Food Plans: Cost of Food at Home tables. A summary of these costs over the relevant period for each plaintiff and their family are included in the table below. These costs represent 100% of the cost of meals for each plaintiff based on the USDA tables. If the jury were to determine that an amount less than 100% of the value were an appropriate measure of damages, then the percentage determined by the jury would be multiplied to the values below.

| Plaintiffs | Meals |
|---|---|
| Richardson, Reshaun | $   7,719 |
| Lewis Family | 26,511 |
| Tate, Jonathan | 9,062 |
| Meyers, Stanley | 8,505 |
| Gremillion Family | 31,101 |
| Winningkoff, Mary Ann | 10,588 |
| Section, Andrew | 8,505 |
| Green, Geneva | 7,631 |
| | $   109,622 |

The detailed calculations for each of these line items are included in the exhibits of this report.

## VI    Storage Costs

Assuming that the jury were to find that storage costs are an appropriate measure of damages for the exposure of odors suffered by the Plaintiffs, we have computed the costs of storage that would have been incurred had the Plaintiffs been able to utilize these facilities. We were provided with storage costs by counsel from a local storage facility in the New Orleans area that

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

was located outside of the affected area. The current cost of a storage facility quoted is for a medium sized facility that is $279 per month. We adjusted the current costs to the 2017 through 2019 costs using the historical inflation rates included in the consumer price index for the category "Moving, storage, freight expense". A summary of these costs over the relevant period for each plaintiff is included in the table below.

| Plaintiffs | | Storage |
|---|---|---|
| Richardson, Reshaun | $ | 6,703 |
| Lewis Family | | 6,703 |
| Tate, Jonathan | | 6,703 |
| Meyers, Stanley | | 6,703 |
| Gremillion Family | | 6,703 |
| Winningkoff, Mary Ann | | 6,703 |
| Section, Andrew | | 6,703 |
| Green, Geneva | | 6,703 |
| | $ | 53,624 |

## VII    Cleaning Costs

Assuming that the jury were to find that cleaning costs are an appropriate measure of damages related to the exposure of odors suffered by the Plaintiffs, we have computed the cleaning costs that would have been incurred had the Plaintiff's been able to utilize these cleaning services. We were provided with estimates of cleaning costs from Stanley Steamer by counsel. The Stanley Steemer costs were calculated using the instant pricing feature on the Stanley Steemer website. We adjusted the current costs to the 2020 costs using the historical inflation rates included in the consumer price index for the category "Domestic Services". The reason that 2020 costs were used is this is the first year after the Relevant Period. A summary of these costs over the Relevant Period for each plaintiff are included in the table below.

| Plaintiffs | | Cleaning |
|---|---|---|
| Richardson, Reshaun | $ | 1,496 |
| Lewis Family | | 1,389 |
| Tate, Jonathan | | 1,027 |
| Meyers, Stanley | | 1,468 |
| Gremillion Family | | 2,495 |
| Winningkoff, Mary Ann | | 1,663 |
| Section, Andrew | | 2,249 |
| Green, Geneva | | 2,051 |
| | $ | 13,838 |

The detailed calculations for each of these line items are included in the exhibits of this report.

Frederick Addison, et al
versus
Louisiana Regional Landfill Company, et al

## VIII   Conclusion

The following table is a summary of the various damage categories previously discussed in this report.

| Plaintiffs | Lodging | Meals | Storage | Cleaning | Grand Total |
|---|---|---|---|---|---|
| Richardson, Reshaun | $ 44,763 | $ 7,719 | $ 6,703 | $ 1,496 | $ 60,681 |
| Lewis Family | 89,526 | 26,511 | 6,703 | 1,389 | 124,129 |
| Tate, Jonathan | 44,763 | 9,062 | 6,703 | 1,027 | 61,555 |
| Meyers, Stanley | 44,763 | 8,505 | 6,703 | 1,468 | 61,439 |
| Gremillion Family | 134,290 | 31,101 | 6,703 | 2,495 | 174,589 |
| Winningkoff, Mary Ann | 44,763 | 10,588 | 6,703 | 1,663 | 63,717 |
| Section, Andrew | 44,763 | 8,505 | 6,703 | 2,249 | 62,220 |
| Green, Geneva | 44,763 | 7,631 | 6,703 | 2,051 | 61,148 |
| | $ 492,394 | $ 109,622 | $ 53,624 | $ 13,838 | $ 669,478 |

We reserve the right to update this report should any additional financial documentation be produced that would impact our analysis.

## IX   Rebuttal to the Expert Report of Joseph T. Gardemal, III, CPA/ABV, CVA, CFE, CDBV

The report of Joseph T. Gardemal, III, CPA/ABV, CVA, CFE, CDBV ("Gardemal Report") contains a summary of findings critiquing certain components of our earlier expert report. The following items discuss our rebuttal to his summary of findings

Summary of Findings 9(a)(1)

The Gardemal Report states that "Dienes incorrectly assumes that monetary damages should be measured by reference to hypothetical costs the Trial Plaintiff's might have incurred had they moved away from their homes despite the fact that they did not incur any such costs."

As stated in our expert report, counsel has advised us that the jury may find that an appropriate method of calculating damages is based on the costs that the Plaintiffs would have incurred had they been able to move away from the odors as recommended by Dr. Kanter.  We were asked to assume that these costs be comprised of the following items:

1. Lodging costs for temporary lodging away from the area impacted by the odors
2. Replacement costs of meals
3. Moving and storage costs for their furniture and personal property to keep it from being further affected by the odors
4. Cleaning costs to remove the odors from their furniture and personal property upon their return to their residences as the end of the Relevant Period.

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

Summary of Findings 9(a)(2)

    The Gardemal Report states that "Dienes incorrectly assumes that JPLF is the sole source of the complained of odors and fails to account for or apportion the claimed damages among the other sources of such odors, including the Highway 90 Construction & Demolition Debris ("C&D") landfill and River Birch landfill."

    The AICPA Forensic & Valuation Services Practice Aid "Attaining Reasonable Certainty in Economic Damages Calculations" states that "While the plaintiff's burden to establish causation is clear, the damages expert's role in establishing causation is less certain and may vary both by jurisdiction and the specific facts and circumstances of the case. In many matters, the damages experts may, at least to some degree, assume the plaintiff will prove its liability case and also assume causation on the instruction of retaining counsel. This scenario is particularly true when the issue of liability does not involve accounting, financial, or economic issues." Therefore, we believe that the fact that our analysis does not opine regarding other sources of odors as a basis for liability in this matter is appropriate under the AICPA practice aid.

Summary of Findings 9(a)(3)

    The Gardemal Report states that "Dienes incorrectly assumes that every Trial Plaintiff" suffered monetary damages every day during the Relevant Period and ignores the Trial Plaintiff's own expert analysis that alleges that the Trial Plaintiffs were, in the worst case, potentially impacted only 16 to 35 percent of the days in the Relevant Period. Additionally, Dienes assumes without any evidence that every Trial Plaintiff experienced chronic conditions such as pulmonary disease, asthma, or COPD and would have to leave the area during the Relevant Period.

    We have provided calculations for every day during the relevant period in order to provide the trier of fact with all of the appropriate calculations so they can award damages depending upon the evidence that is presented at trial. It is outside the scope of our expertise to testify on the medical condition of the Plaintiff's, and any evidence regarding such and its impact on the specific conditions as they apply to the Plaintiff's would be presented by other witnesses.

Summary of Findings 9(b)(1)

    The Gardemal Report states that "In calculating lodging costs, Dienes fails to consider and account for the number of days each Trial Plaintiff resided away from their homes for non-odor related reasons during the Relevant Period. This error overstates any potential damages."

    We were asked to assume that each Trial Plaintiff was financially able to move away from the odors and to compute the cost of such a move. If the trier of fact determines that it is appropriate to expect the Trial Plaintiff to move out of this alternative housing for short periods of time, then the amounts related to this time away from their alternate housing can be computed. The daily lodging rate utilized in the calculations for each Trial Plaintiff is included in the exhibits to this report.

Summary of Findings 9(b)(2)

    The Gardemal Report states that "Also, in their calculation of lodging costs, Dienes fails to consider the fact that, during the Relevant Period, three of the thirteen Trial Plaintiffs resided in

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

rental properties from which they could have moved immediately without incurring additional lodging costs. For these Trial Plaintiffs, the lodging costs should be rejected in their entirety"

As stated previously in our report, we were asked to assume that lodging costs were owed whether the plaintiff owned their home or they were renting. It is our understanding that this is a legal argument that will be determined by the trier of fact.

Summary of Findings 9(b)(3)
The Gardemal Report states that "Also, in their calculation of lodging costs, Dienes fails to consider that Trial Plaintiffs could have moved to a rental property that was less expensive than an extended stay facility (e.g., to a rental property similar to their then-current property). Moreover, Dienes incorrectly relies on the cost of the extended stay facility from January 2024 instead of the cost during the Relevant Period. These errors overstate any potential damages."

As stated previously in this report, counsel asked us to assume that the costs of temporary lodging is an appropriate measure of damages in this matter. Additionally, in this rebuttal report, the costs provided have been adjusted for the impact of inflation to reflect the assumed 2017 through 2019 costs of housing, storage and cleaning.

Summary of Findings 9(b)(4)
The Gardemal Report states that "In their calculation of meal costs, Dienes fails to consider the fact that Trial Plaintiffs would have incurred meal costs regardless of any odors that they were exposed to during the Relevant Period. Therefore, these estimated damages should be rejected in their entirety."

As stated previously in this report, counsel has asked us to make the meals calculations to assist the trier of fact so they can award damages based on the evidence that is presented at trial. In that regard, the trier of fact can determine whether it is reasonable to expect the Trial Plaintiffs to cook all of their meals under the conditions of their alternate housing.

Summary of Findings 9(b)(5)
The Gardemal Report states that "Dienes fails to consider the fact that the Trial Plaintiffs do not seek physical property damages and that the Court did not allow recovery for any physical property damage in its General Causation decision, including odor-related damages to physical property such as furniture, drapes and carpets. Therefore, Dienes' estimate of damages for storage and cleaning costs should be rejected in its entirety. Moreover, Dienes incorrectly relies one estimated storage and cleaning costs for January 2024 instead of costs during the Relevant Period. This error overstates any potential damages even if the Trial Plaintiffs could be awarded storage and cleaning costs.

The purpose of our calculations was to provide a measure for the costs the Trial Plaintiffs would have incurred to move away from the alleged nuisance (assuming they could afford to do so). Counsel has instructed us that these costs are related to this estimation and do not indicate that the Trial Plaintiffs are seeking recovery for physical damage to their property. This is a legal determination that will be considered by the trier of fact. As stated previously in this report, counsel

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

has asked us to assume that moving, storage and cleaning costs are an appropriate measure of damages in this matter to be presented to the trier of fact so that they can award damages based on the evidence that is presented at trial.

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

X      **Documents Reviewed**

The documents that have been reviewed or relied upon in this case are as follows:

- Plaintiffs' First Amended and Supplemental Omnibus Complaint for Damages and Injunctive Relief
- Findings of Fact and Conclusions of Law on General Causation
- 2017, 2018 and 2019 USDA Cost of Food at Home
- 2012 Contract between Jefferson Parish and IESI
- Stanley Steemer Instant Pricing Quotes
- Plaintiff Fact Sheets
- Depositions of Plaintiffs
- Facebook correspondence
- Extended stay lodging rates
- Report of Joseph T. Gardemal III
- AICPA Forensic & Valuation Services Practice Aid; Attaining Reasonable Certainty in Economic Damages Calculations
- Bureau of Labor Statistics, Consumer Price Index
- Rental agreement with D&A Property Management for 624 Wilker Neal St "B"
- Rental agreement with 1st Lake Properties for 12-101 2100 Sawmill Rd


XI      **Estimated Fees**

The fees for this report are based on our standard hourly rates of $150 to $425 per hour.

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

**XII**   **Exhibits**

### Reshaun Richardson Detailed Damage Calculation

| 2017 | Lodging Rate | # of Rooms | Nightly Cost | # of Nights | Monthly Lodging Cost | Monthly Food Costs | Monthly Storage Costs | Grand Total |
|------|------|------|------|------|------|------|------|------|
| Jul | 49 | 1 | 49 | 31 | 1,507 | 261 | 216 | 1,985 |
| Aug | 49 | 1 | 49 | 31 | 1,507 | 261 | 216 | 1,985 |
| Sep | 49 | 1 | 49 | 30 | 1,459 | 253 | 216 | 1,928 |
| Oct | 49 | 1 | 49 | 31 | 1,507 | 261 | 216 | 1,985 |
| Nov | 49 | 1 | 49 | 30 | 1,459 | 253 | 216 | 1,928 |
| Dec | 49 | 1 | 49 | 31 | 1,507 | 261 | 216 | 1,985 |
| | | | | | $   8,947 | $   1,551 | $   1,298 | $   11,796 |

| 2018 | Lodging Rate | # of Rooms | Nightly Cost | # of Nights | Monthly Lodging Cost | Monthly Food Costs | Monthly Storage Costs | Grand Total |
|------|------|------|------|------|------|------|------|------|
| Jan | 49 | 1 | 49 | 31 | 1,516 | 262 | 219 | 1,996 |
| Feb | 49 | 1 | 49 | 28 | 1,369 | 236 | 219 | 1,824 |
| Mar | 49 | 1 | 49 | 31 | 1,516 | 262 | 219 | 1,996 |
| Apr | 49 | 1 | 49 | 30 | 1,467 | 253 | 219 | 1,939 |
| May | 49 | 1 | 49 | 31 | 1,516 | 262 | 219 | 1,996 |
| Jun | 49 | 1 | 49 | 30 | 1,467 | 253 | 219 | 1,939 |
| Jul | 49 | 1 | 49 | 31 | 1,516 | 262 | 219 | 1,996 |
| Aug | 49 | 1 | 49 | 31 | 1,516 | 262 | 219 | 1,996 |
| Sep | 49 | 1 | 49 | 30 | 1,467 | 253 | 219 | 1,939 |
| Oct | 49 | 1 | 49 | 31 | 1,516 | 262 | 219 | 1,996 |
| Nov | 49 | 1 | 49 | 30 | 1,467 | 253 | 219 | 1,939 |
| Dec | 49 | 1 | 49 | 31 | 1,516 | 262 | 219 | 1,996 |
| | | | | | $   17,847 | $   3,082 | $   2,625 | $   23,553 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

**Reshaun Richardson Detailed Damage Calculation (Continued)**

| **2019** | _Lodging Rate_ | _# of Rooms_ | _Nightly Cost_ | _# of Nights_ | _Monthly Lodging Cost_ | _Monthly Food Costs_ | _Monthly Storage Costs_ | _Grand Total_ |
|---|---|---|---|---|---|---|---|---|
| Jan | 49 | 1 | 49 | 31 | 1,526 | 262 | 232 | 2,020 |
| Feb | 49 | 1 | 49 | 28 | 1,379 | 237 | 232 | 1,847 |
| Mar | 49 | 1 | 49 | 31 | 1,526 | 262 | 232 | 2,020 |
| Apr | 49 | 1 | 49 | 30 | 1,477 | 254 | 232 | 1,962 |
| May | 49 | 1 | 49 | 31 | 1,526 | 262 | 232 | 2,020 |
| Jun | 49 | 1 | 49 | 30 | 1,477 | 254 | 232 | 1,962 |
| Jul | 49 | 1 | 49 | 31 | 1,526 | 262 | 232 | 2,020 |
| Aug | 49 | 1 | 49 | 31 | 1,526 | 262 | 232 | 2,020 |
| Sep | 49 | 1 | 49 | 30 | 1,477 | 254 | 232 | 1,962 |
| Oct | 49 | 1 | 49 | 31 | 1,526 | 262 | 232 | 2,020 |
| Nov | 49 | 1 | 49 | 30 | 1,477 | 254 | 232 | 1,962 |
| Dec | 49 | 1 | 49 | 31 | 1,526 | 262 | 232 | 2,020 |
| | | | | | $ 17,970 | $ 3,087 | $ 2,780 | $ 23,836 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**
**Vernice Lewis Detailed Damage Calculation**

| 2017 | Lodging Rate | # of Rooms | Nightly Cost | # of Nights | Monthly Lodging Cost | Female | Male | Male | Monthly Food Costs | Monthly Storage Costs | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul | 49 | 2 | 97 | 31 | 3,015 | 261 | 306 | 306 | 874 | 216 | 4,105 |
| Aug | 49 | 2 | 97 | 31 | 3,015 | 261 | 306 | 306 | 874 | 216 | 4,105 |
| Sep | 49 | 2 | 97 | 30 | 2,917 | 253 | 297 | 297 | 846 | 216 | 3,980 |
| Oct | 49 | 2 | 97 | 31 | 3,015 | 261 | 306 | 306 | 874 | 216 | 4,105 |
| Nov | 49 | 2 | 97 | 30 | 2,917 | 253 | 297 | 297 | 846 | 216 | 3,980 |
| Dec | 49 | 2 | 97 | 31 | 3,015 | 261 | 306 | 306 | 874 | 216 | 4,105 |
|  |  |  |  |  | 17,894 |  |  |  | 5,189 | 1,298 | 24,381 |

| 2018 | Lodging Rate | # of Rooms | Nightly Cost | # of Nights | Monthly Lodging Cost | Female | Male | Male | Monthly Food Costs | Monthly Storage Costs | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | 49 | 2 | 98 | 31 | 3,031 | 262 | 307 | 307 | 876 | 219 | 4,126 |
| Feb | 49 | 2 | 98 | 28 | 2,738 | 317 | 277 | 277 | 872 | 219 | 3,828 |
| Mar | 49 | 2 | 98 | 31 | 3,031 | 317 | 307 | 307 | 931 | 219 | 4,181 |
| Apr | 49 | 2 | 98 | 30 | 2,934 | 317 | 297 | 297 | 911 | 219 | 4,064 |
| May | 49 | 2 | 98 | 31 | 3,031 | 317 | 307 | 307 | 931 | 219 | 4,181 |
| Jun | 49 | 2 | 98 | 30 | 2,934 | 317 | 297 | 297 | 911 | 219 | 4,064 |
| Jul | 49 | 2 | 98 | 31 | 3,031 | 317 | 307 | 307 | 931 | 219 | 4,181 |
| Aug | 49 | 2 | 98 | 31 | 3,031 | 317 | 307 | 307 | 931 | 219 | 4,181 |
| Sep | 49 | 2 | 98 | 30 | 2,934 | 317 | 297 | 297 | 911 | 219 | 4,064 |
| Oct | 49 | 2 | 98 | 31 | 3,031 | 317 | 307 | 307 | 931 | 219 | 4,181 |
| Nov | 49 | 2 | 98 | 30 | 2,934 | 317 | 297 | 297 | 911 | 219 | 4,064 |
| Dec | 49 | 2 | 98 | 31 | 3,031 | 317 | 307 | 307 | 931 | 219 | 4,181 |
|  |  |  |  |  | 35,693 |  |  |  | 10,977 | 2,625 | 49,295 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

**Vernice Lewis Detailed Damage Calculation (Continued)**

| **2019** | *Lodging Rate* | *# of Rooms* | *Nightly Cost* | *# of Nights* | *Monthly Lodging Cost* | *Female* | *Male* | *Male* | *Monthly Food Costs* | *Monthly Storage Costs* | ***Grand Total*** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | 49 | 2 | 98 | 31 | 3,052 | 262 | 308 | 308 | 879 | 232 | 4,163 |
| Feb | 49 | 2 | 98 | 28 | 2,757 | 237 | 278 | 278 | 794 | 232 | 3,782 |
| Mar | 49 | 2 | 98 | 31 | 3,052 | 262 | 308 | 308 | 879 | 232 | 4,163 |
| Apr | 49 | 2 | 98 | 30 | 2,954 | 254 | 298 | 298 | 850 | 232 | 4,036 |
| May | 49 | 2 | 98 | 31 | 3,052 | 262 | 308 | 308 | 879 | 232 | 4,163 |
| Jun | 49 | 2 | 98 | 30 | 2,954 | 254 | 298 | 298 | 850 | 232 | 4,036 |
| Jul | 49 | 2 | 98 | 31 | 3,052 | 262 | 308 | 308 | 879 | 232 | 4,163 |
| Aug | 49 | 2 | 98 | 31 | 3,052 | 262 | 308 | 308 | 879 | 232 | 4,163 |
| Sep | 49 | 2 | 98 | 30 | 2,954 | 254 | 298 | 298 | 850 | 232 | 4,036 |
| Oct | 49 | 2 | 98 | 31 | 3,052 | 262 | 308 | 308 | 879 | 232 | 4,163 |
| Nov | 49 | 2 | 98 | 30 | 2,954 | 254 | 298 | 298 | 850 | 232 | 4,036 |
| Dec | 49 | 2 | 98 | 31 | 3,052 | 262 | 308 | 308 | 879 | 232 | 4,163 |
|  |  |  |  |  | 35,940 |  |  |  | 10,345 | 2,780 | 49,065 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

**Jonathan Tate Detailed Damage Calculation**

| 2017 | Lodging Rate | # of Rooms | Nightly Cost | # of Nights | Monthly Lodging Cost | Male | Monthly Food Costs | Monthly Storage Costs | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| Jul | 49 | 1 | 49 | 31 | 1,507 | 306 | 306 | 216 | 2,030 |
| Aug | 49 | 1 | 49 | 31 | 1,507 | 306 | 306 | 216 | 2,030 |
| Sep | 49 | 1 | 49 | 30 | 1,459 | 297 | 297 | 216 | 1,972 |
| Oct | 49 | 1 | 49 | 31 | 1,507 | 306 | 306 | 216 | 2,030 |
| Nov | 49 | 1 | 49 | 30 | 1,459 | 297 | 297 | 216 | 1,972 |
| Dec | 49 | 1 | 49 | 31 | 1,507 | 306 | 306 | 216 | 2,030 |
| | | | | | 8,947 | | 1,819 | 1,298 | 12,064 |

| 2018 | Lodging Rate | # of Rooms | Nightly Cost | # of Nights | Monthly Lodging Cost | Male | Monthly Food Rate | Monthly Storage Costs | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| Jan | 49 | 1 | 49 | 31 | 1,516 | 307 | 307 | 219 | 2,041 |
| Feb | 49 | 1 | 49 | 28 | 1,369 | 277 | 277 | 219 | 1,865 |
| Mar | 49 | 1 | 49 | 31 | 1,516 | 307 | 307 | 219 | 2,041 |
| Apr | 49 | 1 | 49 | 30 | 1,467 | 297 | 297 | 219 | 1,983 |
| May | 49 | 1 | 49 | 31 | 1,516 | 307 | 307 | 219 | 2,041 |
| Jun | 49 | 1 | 49 | 30 | 1,467 | 297 | 297 | 219 | 1,983 |
| Jul | 49 | 1 | 49 | 31 | 1,516 | 307 | 307 | 219 | 2,041 |
| Aug | 49 | 1 | 49 | 31 | 1,516 | 307 | 307 | 219 | 2,041 |
| Sep | 49 | 1 | 49 | 30 | 1,467 | 297 | 297 | 219 | 1,983 |
| Oct | 49 | 1 | 49 | 31 | 1,516 | 307 | 307 | 219 | 2,041 |
| Nov | 49 | 1 | 49 | 30 | 1,467 | 297 | 297 | 219 | 1,983 |
| Dec | 49 | 1 | 49 | 31 | 1,516 | 307 | 307 | 219 | 2,041 |
| | | | | | 17,847 | | 3,614 | 2,625 | 24,085 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

**Jonathan Tate Detailed Damage Calculation (Continued)**

| **2019** | *Lodging Rate* | *# of Rooms* | *Nightly Cost* | *# of Nights* | *Monthly Lodging Cost* | *Male* | *Monthly Food Rate* | *Monthly Storage Costs* | ***Grand Total*** |
|---|---|---|---|---|---|---|---|---|---|
| Jan | 49 | 1 | 49 | 31 | 1,526 | 308 | 308 | 232 | 2,066 |
| Feb | 49 | 1 | 49 | 28 | 1,379 | 278 | 278 | 232 | 1,889 |
| Mar | 49 | 1 | 49 | 31 | 1,526 | 308 | 308 | 232 | 2,066 |
| Apr | 49 | 1 | 49 | 30 | 1,477 | 298 | 298 | 232 | 2,007 |
| May | 49 | 1 | 49 | 31 | 1,526 | 308 | 308 | 232 | 2,066 |
| Jun | 49 | 1 | 49 | 30 | 1,477 | 298 | 298 | 232 | 2,007 |
| Jul | 49 | 1 | 49 | 31 | 1,526 | 308 | 308 | 232 | 2,066 |
| Aug | 49 | 1 | 49 | 31 | 1,526 | 308 | 308 | 232 | 2,066 |
| Sep | 49 | 1 | 49 | 30 | 1,477 | 298 | 298 | 232 | 2,007 |
| Oct | 49 | 1 | 49 | 31 | 1,526 | 308 | 308 | 232 | 2,066 |
| Nov | 49 | 1 | 49 | 30 | 1,477 | 298 | 298 | 232 | 2,007 |
| Dec | 49 | 1 | 49 | 31 | 1,526 | 308 | 308 | 232 | 2,066 |
| | | | | | 17,970 | | 3,629 | 2,780 | 24,379 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

**Stanley Meyers Detailed Damage Calculation**

| 2017 | Lodging Rate | # of Rooms | Nightly Cost | # of Nights | Monthly Lodging Cost | Monthly Food Costs | Monthly Storage Costs | Grand Total |
|---|---|---|---|---|---|---|---|---|
| Jul | 49 | 1 | 49 | 31 | 1,507 | 287 | 216 | 2,011 |
| Aug | 49 | 1 | 49 | 31 | 1,507 | 287 | 216 | 2,011 |
| Sep | 49 | 1 | 49 | 30 | 1,459 | 278 | 216 | 1,953 |
| Oct | 49 | 1 | 49 | 31 | 1,507 | 287 | 216 | 2,011 |
| Nov | 49 | 1 | 49 | 30 | 1,459 | 278 | 216 | 1,953 |
| Dec | 49 | 1 | 49 | 31 | 1,507 | 287 | 216 | 2,011 |
| | | | | | 8,947 | 1,706 | 1,298 | 11,951 |

| 2018 | Lodging Rate | # of Rooms | Nightly Cost | # of Nights | Monthly Lodging Cost | Monthly Food Costs | Monthly Storage Costs | Grand Total |
|---|---|---|---|---|---|---|---|---|
| Jan | 49 | 1 | 49 | 31 | 1,516 | 288 | 219 | 2,022 |
| Feb | 49 | 1 | 49 | 28 | 1,369 | 260 | 219 | 1,848 |
| Mar | 49 | 1 | 49 | 31 | 1,516 | 288 | 219 | 2,022 |
| Apr | 49 | 1 | 49 | 30 | 1,467 | 279 | 219 | 1,964 |
| May | 49 | 1 | 49 | 31 | 1,516 | 288 | 219 | 2,022 |
| Jun | 49 | 1 | 49 | 30 | 1,467 | 279 | 219 | 1,964 |
| Jul | 49 | 1 | 49 | 31 | 1,516 | 288 | 219 | 2,022 |
| Aug | 49 | 1 | 49 | 31 | 1,516 | 288 | 219 | 2,022 |
| Sep | 49 | 1 | 49 | 30 | 1,467 | 279 | 219 | 1,964 |
| Oct | 49 | 1 | 49 | 31 | 1,516 | 288 | 219 | 2,022 |
| Nov | 49 | 1 | 49 | 30 | 1,467 | 279 | 219 | 1,964 |
| Dec | 49 | 1 | 49 | 31 | 1,516 | 288 | 219 | 2,022 |
| | | | | | 17,847 | 3,389 | 2,625 | 23,861 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

### Stanley Meyers Detailed Damage Calculation (Continued)

| 2019 | Lodging Rate | # of Rooms | Nightly Cost | # of Nights | Monthly Lodging Cost | Monthly Food Costs | Monthly Storage Costs | Grand Total |
|---|---|---|---|---|---|---|---|---|
| Jan | 49 | 1 | 49 | 31 | 1,526 | 290 | 232 | 2,047 |
| Feb | 49 | 1 | 49 | 28 | 1,379 | 262 | 232 | 1,872 |
| Mar | 49 | 1 | 49 | 31 | 1,526 | 290 | 232 | 2,047 |
| Apr | 49 | 1 | 49 | 30 | 1,477 | 280 | 232 | 1,989 |
| May | 49 | 1 | 49 | 31 | 1,526 | 290 | 232 | 2,047 |
| Jun | 49 | 1 | 49 | 30 | 1,477 | 280 | 232 | 1,989 |
| Jul | 49 | 1 | 49 | 31 | 1,526 | 290 | 232 | 2,047 |
| Aug | 49 | 1 | 49 | 31 | 1,526 | 290 | 232 | 2,047 |
| Sep | 49 | 1 | 49 | 30 | 1,477 | 280 | 232 | 1,989 |
| Oct | 49 | 1 | 49 | 31 | 1,526 | 290 | 232 | 2,047 |
| Nov | 49 | 1 | 49 | 30 | 1,477 | 280 | 232 | 1,989 |
| Dec | 49 | 1 | 49 | 31 | 1,526 | 290 | 232 | 2,047 |
| | | | | | 17,970 | 3,410 | 2,780 | 24,160 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**
**Scott Gremillion Detailed Damage Calculation**

| 2017 | Lodging Rate | # of Rooms | Nightly Cost | # of Nights | Monthly Lodging Cost | Male | Female | Female | Male | Monthly Food Rate | Monthly Storage Costs | Grand Total |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Jul | 49 | 3 | 146 | 31 | 4,522 | 306 | 261 | 236 | 173 | 976 | 216 | 5,714 |
| Aug | 49 | 3 | 146 | 31 | 4,522 | 306 | 261 | 236 | 173 | 976 | 216 | 5,714 |
| Sep | 49 | 3 | 146 | 30 | 4,376 | 297 | 253 | 228 | 167 | 945 | 216 | 5,537 |
| Oct | 49 | 3 | 146 | 31 | 4,522 | 306 | 261 | 236 | 173 | 976 | 216 | 5,714 |
| Nov | 49 | 3 | 146 | 30 | 4,376 | 297 | 253 | 228 | 167 | 945 | 216 | 5,537 |
| Dec | 49 | 3 | 146 | 31 | 4,522 | 306 | 261 | 236 | 173 | 976 | 216 | 5,714 |
| | | | | | 26,840 | | | | | 5,793 | 1,298 | 33,932 |

| 2018 | Lodging Rate | # of Rooms | Nightly Cost | # of Nights | Monthly Lodging Cost | Male | Female | Female | Male | Monthly Food Rate | Monthly Storage Costs | Grand Total |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Jan | 49 | 3 | 147 | 31 | 4,547 | 307 | 262 | 236 | 174 | 979 | 219 | 5,745 |
| Feb | 49 | 3 | 147 | 28 | 4,107 | 277 | 236 | 214 | 157 | 884 | 219 | 5,210 |
| Mar | 49 | 3 | 147 | 31 | 4,547 | 307 | 262 | 236 | 236 | 1,042 | 219 | 5,808 |
| Apr | 49 | 3 | 147 | 30 | 4,401 | 297 | 253 | 266 | 229 | 1,045 | 219 | 5,665 |
| May | 49 | 3 | 147 | 31 | 4,547 | 307 | 262 | 275 | 236 | 1,080 | 219 | 5,846 |
| Jun | 49 | 3 | 147 | 30 | 4,401 | 297 | 253 | 266 | 229 | 1,045 | 219 | 5,665 |
| Jul | 49 | 3 | 147 | 31 | 4,547 | 307 | 262 | 275 | 236 | 1,080 | 219 | 5,846 |
| Aug | 49 | 3 | 147 | 31 | 4,547 | 307 | 262 | 275 | 236 | 1,080 | 219 | 5,846 |
| Sep | 49 | 3 | 147 | 30 | 4,401 | 297 | 253 | 266 | 229 | 1,045 | 219 | 5,665 |
| Oct | 49 | 3 | 147 | 31 | 4,547 | 307 | 262 | 275 | 236 | 1,080 | 219 | 5,846 |
| Nov | 49 | 3 | 147 | 30 | 4,401 | 297 | 253 | 266 | 229 | 1,045 | 219 | 5,665 |
| Dec | 49 | 3 | 147 | 31 | 4,547 | 307 | 262 | 275 | 236 | 1,080 | 219 | 5,846 |
| | | | | | 53,540 | | | | | 12,486 | 2,625 | 68,651 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**
**Scott Gremillion Detailed Damage Calculation (Continued)**

| 2019 | Lodging Rate | # of Rooms | Nightly Cost | # of Nights | Monthly Lodging Cost | Male | Female | Female | Male | Monthly Food Rate | Monthly Storage Costs | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | 49 | 3 | 148 | 31 | 4,579 | 308 | 262 | 279 | 240 | 1,089 | 232 | 5,899 |
| Feb | 49 | 3 | 148 | 28 | 4,136 | 278 | 237 | 252 | 216 | 984 | 232 | 5,351 |
| Mar | 49 | 3 | 148 | 31 | 4,579 | 308 | 262 | 279 | 240 | 1,089 | 232 | 5,899 |
| Apr | 49 | 3 | 148 | 30 | 4,431 | 298 | 254 | 270 | 232 | 1,054 | 232 | 5,716 |
| May | 49 | 3 | 148 | 31 | 4,579 | 308 | 262 | 279 | 240 | 1,089 | 232 | 5,899 |
| Jun | 49 | 3 | 148 | 30 | 4,431 | 298 | 254 | 270 | 232 | 1,054 | 232 | 5,716 |
| Jul | 49 | 3 | 148 | 31 | 4,579 | 308 | 262 | 279 | 240 | 1,089 | 232 | 5,899 |
| Aug | 49 | 3 | 148 | 31 | 4,579 | 308 | 262 | 279 | 240 | 1,089 | 232 | 5,899 |
| Sep | 49 | 3 | 148 | 30 | 4,431 | 298 | 254 | 270 | 232 | 1,054 | 232 | 5,716 |
| Oct | 49 | 3 | 148 | 31 | 4,579 | 308 | 262 | 279 | 240 | 1,089 | 232 | 5,899 |
| Nov | 49 | 3 | 148 | 30 | 4,431 | 298 | 254 | 270 | 232 | 1,054 | 232 | 5,716 |
| Dec | 49 | 3 | 148 | 31 | 4,579 | 308 | 262 | 279 | 240 | 1,089 | 232 | 5,899 |
| | | | | | 53,909 | | | | | 12,822 | 2,780 | 69,511 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**
**Mary Ann Winningkoff Detailed Damage Calculation**

| 2017 | Lodging Rate | # of Rooms | Nightly Cost | # of Nights | Monthly Lodging Cost | Female | Male | Monthly Food Rate | Monthly Storage Costs | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Jul | 49 | 1 | 49 | 31 | 1,507 | 254 | 283 | 536 | 216 | 2,260 |
| Aug | 49 | 1 | 49 | 31 | 1,507 | 254 | 283 | 536 | 216 | 2,260 |
| Sep | 49 | 1 | 49 | 30 | 1,459 | 246 | 273 | 519 | 216 | 2,194 |
| Oct | 49 | 1 | 49 | 31 | 1,507 | 254 | 283 | 536 | 216 | 2,260 |
| Nov | 49 | 1 | 49 | 30 | 1,459 | 246 | 273 | 519 | 216 | 2,194 |
| Dec | 49 | 1 | 49 | 31 | 1,507 | 254 | 283 | 536 | 216 | 2,260 |
| | | | | | 8,947 | | | 3,183 | 1,298 | 13,428 |

| 2018 | Lodging Rate | # of Rooms | Nightly Cost | # of Nights | Monthly Lodging Cost | Female | Male | Monthly Food Rate | | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Jan | 49 | 1 | 49 | 31 | 1,516 | 255 | 284 | 539 | 219 | 2,273 |
| Feb | 49 | 1 | 49 | 28 | 1,369 | 230 | 256 | 486 | 219 | 2,074 |
| Mar | 49 | 1 | 49 | 31 | 1,516 | 255 | 284 | 539 | 219 | 2,273 |
| Apr | 49 | 1 | 49 | 30 | 1,467 | 246 | 275 | 521 | 219 | 2,207 |
| May | 49 | 1 | 49 | 31 | 1,516 | 255 | 284 | 539 | 219 | 2,273 |
| Jun | 49 | 1 | 49 | 30 | 1,467 | 246 | - | 246 | 219 | 1,932 |
| Jul | 49 | 1 | 49 | 31 | 1,516 | 255 | - | 255 | 219 | 1,989 |
| Aug | 49 | 1 | 49 | 31 | 1,516 | 255 | - | 255 | 219 | 1,989 |
| Sep | 49 | 1 | 49 | 30 | 1,467 | 246 | - | 246 | 219 | 1,932 |
| Oct | 49 | 1 | 49 | 31 | 1,516 | 255 | - | 255 | 219 | 1,989 |
| Nov | 49 | 1 | 49 | 30 | 1,467 | 246 | - | 246 | 219 | 1,932 |
| Dec | 49 | 1 | 49 | 31 | 1,516 | 255 | - | 255 | 219 | 1,989 |
| | | | | | 17,847 | | | 4,381 | 2,625 | 24,852 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**
**Mary Anne Winningkoff Detailed Damage Calculation (Continued)**

| **2019** | *Lodging Rate* | *# of Rooms* | *Nightly Cost* | *# of Nights* | *Monthly Lodging Cost* | *Female* | *Male* | *Monthly Food Rate* | | ***Grand Total*** |
|---|---|---|---|---|---|---|---|---|---|---|
| Jan | 49 | 1 | 49 | 31 | 1,526 | 257 | - | 257 | 232 | 2,015 |
| Feb | 49 | 1 | 49 | 28 | 1,379 | 232 | - | 232 | 232 | 1,842 |
| Mar | 49 | 1 | 49 | 31 | 1,526 | 257 | - | 257 | 232 | 2,015 |
| Apr | 49 | 1 | 49 | 30 | 1,477 | 249 | - | 249 | 232 | 1,957 |
| May | 49 | 1 | 49 | 31 | 1,526 | 257 | - | 257 | 232 | 2,015 |
| Jun | 49 | 1 | 49 | 30 | 1,477 | 249 | - | 249 | 232 | 1,957 |
| Jul | 49 | 1 | 49 | 31 | 1,526 | 257 | - | 257 | 232 | 2,015 |
| Aug | 49 | 1 | 49 | 31 | 1,526 | 257 | - | 257 | 232 | 2,015 |
| Sep | 49 | 1 | 49 | 30 | 1,477 | 249 | - | 249 | 232 | 1,957 |
| Oct | 49 | 1 | 49 | 31 | 1,526 | 257 | - | 257 | 232 | 2,015 |
| Nov | 49 | 1 | 49 | 30 | 1,477 | 249 | - | 249 | 232 | 1,957 |
| Dec | 49 | 1 | 49 | 31 | 1,526 | 257 | - | 257 | 232 | 2,015 |
| | | | | | 17,970 | | | 3,024 | 2,780 | 23,774 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**
**<u>Andrew Section Detailed Damage Calculation</u>**

| **2017** | *Lodging Rate* | *# of Rooms* | *Nightly Cost* | *# of Nights* | *Monthly Lodging Cost* | *Monthly Food Rate* | *Monthly Storage Costs* | ***Grand Total*** |
|---|---|---|---|---|---|---|---|---|
| Jul | 49 | 1 | 49 | 31 | 1,507 | 287 | 216 | 2,011 |
| Aug | 49 | 1 | 49 | 31 | 1,507 | 287 | 216 | 2,011 |
| Sep | 49 | 1 | 49 | 30 | 1,459 | 278 | 216 | 1,953 |
| Oct | 49 | 1 | 49 | 31 | 1,507 | 287 | 216 | 2,011 |
| Nov | 49 | 1 | 49 | 30 | 1,459 | 278 | 216 | 1,953 |
| Dec | 49 | 1 | 49 | 31 | 1,507 | 287 | 216 | 2,011 |
|  |  |  |  |  | 8,947 | 1,706 | 1,298 | 11,951 |

| **2018** | *Lodging Rate* | *# of Rooms* | *Nightly Cost* | *# of Nights* | *Monthly Lodging Cost* | *Monthly Food Rate* | *Monthly Storage Costs* | ***Grand Total*** |
|---|---|---|---|---|---|---|---|---|
| Jan | 49 | 1 | 49 | 31 | 1,516 | 288 | 219 | 2,022 |
| Feb | 49 | 1 | 49 | 28 | 1,369 | 260 | 219 | 1,848 |
| Mar | 49 | 1 | 49 | 31 | 1,516 | 288 | 219 | 2,022 |
| Apr | 49 | 1 | 49 | 30 | 1,467 | 279 | 219 | 1,964 |
| May | 49 | 1 | 49 | 31 | 1,516 | 288 | 219 | 2,022 |
| Jun | 49 | 1 | 49 | 30 | 1,467 | 279 | 219 | 1,964 |
| Jul | 49 | 1 | 49 | 31 | 1,516 | 288 | 219 | 2,022 |
| Aug | 49 | 1 | 49 | 31 | 1,516 | 288 | 219 | 2,022 |
| Sep | 49 | 1 | 49 | 30 | 1,467 | 279 | 219 | 1,964 |
| Oct | 49 | 1 | 49 | 31 | 1,516 | 288 | 219 | 2,022 |
| Nov | 49 | 1 | 49 | 30 | 1,467 | 279 | 219 | 1,964 |
| Dec | 49 | 1 | 49 | 31 | 1,516 | 288 | 219 | 2,022 |
|  |  |  |  |  | 17,847 | 3,389 | 2,625 | 23,861 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**
**<u>Andrew Section Detailed Damage Calculation (Continued)</u>**

| **2019** | *Lodging Rate* | *# of Rooms* | *Nightly Cost* | *# of Nights* | *Monthly Lodging Cost* | *Monthly Food Rate* | *Monthly Storage Costs* | ***Grand Total*** |
|---|---|---|---|---|---|---|---|---|
| Jan | 49 | 1 | 49 | 31 | 1,526 | 290 | 232 | 2,047 |
| Feb | 49 | 1 | 49 | 28 | 1,379 | 262 | 232 | 1,872 |
| Mar | 49 | 1 | 49 | 31 | 1,526 | 290 | 232 | 2,047 |
| Apr | 49 | 1 | 49 | 30 | 1,477 | 280 | 232 | 1,989 |
| May | 49 | 1 | 49 | 31 | 1,526 | 290 | 232 | 2,047 |
| Jun | 49 | 1 | 49 | 30 | 1,477 | 280 | 232 | 1,989 |
| Jul | 49 | 1 | 49 | 31 | 1,526 | 290 | 232 | 2,047 |
| Aug | 49 | 1 | 49 | 31 | 1,526 | 290 | 232 | 2,047 |
| Sep | 49 | 1 | 49 | 30 | 1,477 | 280 | 232 | 1,989 |
| Oct | 49 | 1 | 49 | 31 | 1,526 | 290 | 232 | 2,047 |
| Nov | 49 | 1 | 49 | 30 | 1,477 | 280 | 232 | 1,989 |
| Dec | 49 | 1 | 49 | 31 | 1,526 | 290 | 232 | 2,047 |
| | | | | | 17,970 | 3,410 | 2,780 | 24,160 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**
**Geneva Green Detailed Damage Calculation**

| 2017 | *Lodging Rate* | *# of Rooms* | *Nightly Cost* | *# of Nights* | *Monthly Lodging Cost* | *Monthly Food Rate* | *Monthly Storage Costs* | ***Grand Total*** |
|------|-------|-------|-------|-------|-------|-------|-------|-------|
| Jul | 49 | 1 | 49 | 31 | 1,507 | 258 | 216 | 1,981 |
| Aug | 49 | 1 | 49 | 31 | 1,507 | 258 | 216 | 1,981 |
| Sep | 49 | 1 | 49 | 30 | 1,459 | 249 | 216 | 1,925 |
| Oct | 49 | 1 | 49 | 31 | 1,507 | 258 | 216 | 1,981 |
| Nov | 49 | 1 | 49 | 30 | 1,459 | 249 | 216 | 1,925 |
| Dec | 49 | 1 | 49 | 31 | 1,507 | 258 | 216 | 1,981 |
|  |  |  |  |  | 8,947 | 1,530 | 1,298 | 11,775 |

| 2018 | *Lodging Rate* | *# of Rooms* | *Nightly Cost* | *# of Nights* | *Monthly Lodging Cost* | *Monthly Food Rate* | *Monthly Storage Costs* | ***Grand Total*** |
|------|-------|-------|-------|-------|-------|-------|-------|-------|
| Jan | 49 | 1 | 49 | 31 | 1,516 | 258 | 219 | 1,993 |
| Feb | 49 | 1 | 49 | 28 | 1,369 | 233 | 219 | 1,821 |
| Mar | 49 | 1 | 49 | 31 | 1,516 | 258 | 219 | 1,993 |
| Apr | 49 | 1 | 49 | 30 | 1,467 | 250 | 219 | 1,935 |
| May | 49 | 1 | 49 | 31 | 1,516 | 258 | 219 | 1,993 |
| Jun | 49 | 1 | 49 | 30 | 1,467 | 250 | 219 | 1,935 |
| Jul | 49 | 1 | 49 | 31 | 1,516 | 258 | 219 | 1,993 |
| Aug | 49 | 1 | 49 | 31 | 1,516 | 258 | 219 | 1,993 |
| Sep | 49 | 1 | 49 | 30 | 1,467 | 250 | 219 | 1,935 |
| Oct | 49 | 1 | 49 | 31 | 1,516 | 258 | 219 | 1,993 |
| Nov | 49 | 1 | 49 | 30 | 1,467 | 250 | 219 | 1,935 |
| Dec | 49 | 1 | 49 | 31 | 1,516 | 258 | 219 | 1,993 |
|  |  |  |  |  | 17,847 | 3,040 | 2,625 | 23,511 |

**Frederick Addison, et al**
**versus**
**Louisiana Regional Landfill Company, et al**

### Geneva Green Detailed Damage Calculation (Continued)

| **2019** | *Lodging Rate* | *# of Rooms* | *Nightly Cost* | *# of Nights* | *Monthly Lodging Cost* | *Monthly Food Rate* | *Monthly Storage Costs* | ***Grand Total*** |
|------|------|------|------|------|------|------|------|------|
| Jan | 49 | 1 | 49 | 31 | 1,526 | 260 | 232 | 2,018 |
| Feb | 49 | 1 | 49 | 28 | 1,379 | 235 | 232 | 1,845 |
| Mar | 49 | 1 | 49 | 31 | 1,526 | 260 | 232 | 2,018 |
| Apr | 49 | 1 | 49 | 30 | 1,477 | 252 | 232 | 1,960 |
| May | 49 | 1 | 49 | 31 | 1,526 | 260 | 232 | 2,018 |
| Jun | 49 | 1 | 49 | 30 | 1,477 | 252 | 232 | 1,960 |
| Jul | 49 | 1 | 49 | 31 | 1,526 | 260 | 232 | 2,018 |
| Aug | 49 | 1 | 49 | 31 | 1,526 | 260 | 232 | 2,018 |
| Sep | 49 | 1 | 49 | 30 | 1,477 | 252 | 232 | 1,960 |
| Oct | 49 | 1 | 49 | 31 | 1,526 | 260 | 232 | 2,018 |
| Nov | 49 | 1 | 49 | 30 | 1,477 | 252 | 232 | 1,960 |
| Dec | 49 | 1 | 49 | 31 | 1,526 | 260 | 232 | 2,018 |
| | | | | | 17,970 | 3,061 | 2,780 | 23,810 |