# Oppegard, Aaron

| | |
|---|---|
| **From:** | Oppegard, Aaron |
| **Sent:** | Monday, January 29, 2024 9:42 PM |
| **To:** | Jason Schellhaas |
| **Cc:** | Foster, C. Allen |
| **Subject:** | Storage Unit Rental |

Riverfront Self Storage quoted me a medium sized unit, 10x15 or 10x20 sized, at $159 or $279 per month respectively. They are located a little further out of the affected area in the Lower Garden District/Irish Channel neighborhood of New Orleans. It seemed important to find a place that is well outside of the affected area.



**Aaron M. Oppegard** | *Associate*
161 North Eagle Creek Drive | Suite 210 | Lexington, KY | 40509
**t:** 859.309.4417 | **f:** 859.687.6696
aoppegard@whitefordlaw.com | www.whitefordlaw.com

