## Oppegard, Aaron

| | |
|---|---|
| **From:** | Oppegard, Aaron |
| **Sent:** | Thursday, February 1, 2024 5:39 PM |
| **To:** | Jason Schellhaas |
| **Cc:** | Foster, C. Allen |
| **Subject:** | RE: Stanley Steemer Quotes (Instant Pricing through Stanley Steemer website) |

Yes they just came in –

**Reshaun Richardson:**

1. Carpet Cleaning
    a. Rooms
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

2. Upholstery Cleaning
    a. Sofa - 2
    b. Sectional
    c. Loveseat
    d. Chair
    e. Ottoman
    f. Dining Room Chair - 2

3. Leather Cleaning
    a. Sofa - 2
    b. Sectional
    c. Loveseat
    d. Chair
    e. Ottoman - 1

4. Tile & Grout Floor Cleaning
    a. Rooms
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

5. Hardwood Floor Cleaning
    a. Rooms
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

6. Air Duct Cleaning
    a. Indicate # of furnaces/HVAC/Air handling units - 1
    b. Home has central air conditioning: Y
    c. Dryer vent: Y

7. In-Home Area Rug Cleaning
    a. Length & Width of Each Rug
        i. 2x3 – 3

Total Cleaning Estimate: **$1,888.29**



**Aaron M. Oppegard** | *Associate*
161 North Eagle Creek Drive | Suite 210 | Lexington, KY | 40509
**t:** 859.309.4417 | **f:** 859.687.6696
aoppegard@whitefordlaw.com | www.whitefordlaw.com

 

---

**From:** Jason Schellhaas <JSchellhaas@mmdcpa.net>
**Sent:** Thursday, February 1, 2024 5:35 PM
**To:** Oppegard, Aaron <AOppegard@whitefordlaw.com>
**Cc:** Foster, C. Allen <CAFoster@whitefordlaw.com>
**Subject:** RE: Stanley Steemer Quotes (Instant Pricing through Stanley Steemer website)

**This Message Is From an External Sender**

This message came from outside your organization.

For assistance, contact the IS Service Center at issc@whitefordlaw.com or 410.347.8733

Any update on the cleaning costs for Richardson?

Regards,

*Jason Schellhaas, CPA*
Partner



611 N. Causeway Blvd.
Metairie, Louisiana 70001
Phone 504.588.9288
Direct 504-207-1711
Fax 504.588.9323
www.malcolmdienes.com [malcolmdienes.com]

Click here to send me a file with MMD Sharefile [mmdcpa.sharefile.com]

This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

**From:** Oppegard, Aaron <AOppegard@whitefordlaw.com>
**Sent:** Wednesday, January 31, 2024 2:56 PM
**To:** Jason Schellhaas <JSchellhaas@mmdcpa.net>
**Cc:** Foster, C. Allen <CAFoster@whitefordlaw.com>
**Subject:** RE: Stanley Steemer Quotes (Instant Pricing through Stanley Steemer website)

Updated total for Gremillion family (removed cost of cleaning hardwood floors)

$3,148.90



*Aaron M. Oppegard* | *Associate*
161 North Eagle Creek Drive | Suite 210 | Lexington, KY | 40509
**t:** 859.309.4417 | **f:** 859.687.6696
aoppegard@whitefordlaw.com | www.whitefordlaw.com

 

**From:** Oppegard, Aaron
**Sent:** Wednesday, January 31, 2024 3:55 PM
**To:** Jason Schellhaas <JSchellhaas@mmdcpa.net>
**Cc:** Foster, C. Allen <CAFoster@whitefordlaw.com>
**Subject:** RE: Stanley Steemer Quotes (Instant Pricing through Stanley Steemer website)

Updated total for Mary Ann Winningkoff (removed cost of cleaning hardwood floors)

$2,099.81



*Aaron M. Oppegard* | *Associate*
161 North Eagle Creek Drive | Suite 210 | Lexington, KY | 40509
**t:** 859.309.4417 | **f:** 859.687.6696
aoppegard@whitefordlaw.com | www.whitefordlaw.com

 

**From:** Oppegard, Aaron
**Sent:** Wednesday, January 31, 2024 3:52 PM
**To:** Jason Schellhaas <JSchellhaas@mmdcpa.net>
**Cc:** Foster, C. Allen <CAFoster@whitefordlaw.com>
**Subject:** RE: Stanley Steemer Quotes (Instant Pricing through Stanley Steemer website)

**Andrew Section:**

1. Carpet Cleaning
    a. Rooms - 1
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

2. Upholstery Cleaning
    a. Sofa
    b. Sectional - 2
    c. Loveseat
    d. Chair
    e. Ottoman - 1
    f. Dining Room Chair - 6

3. Leather Cleaning
    a. Sofa
    b. Sectional - 2
    c. Loveseat
    d. Chair
    e. Ottoman

4. Tile & Grout Floor Cleaning
    a. Rooms
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

5. Hardwood Floor Cleaning
    a. Rooms
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

6. Air Duct Cleaning
    a. Indicate # of furnaces/HVAC/Air handling units - 1
    b. Home has central air conditioning: Y
    c. Dryer vent: Y

7. In-Home Area Rug Cleaning
    a. Length & Width of Each Rug
        i. 8x10 – 1

Total Cleaning Estimate: **$2,837.56**



**Aaron M. Oppegard** | *Associate*
161 North Eagle Creek Drive | Suite 210 | Lexington, KY | 40509
**t:** 859.309.4417 | **f:** 859.687.6696

aoppegard@whitefordlaw.com | www.whitefordlaw.com

A proud member of two global law firm networks.

 

---

**From:** Oppegard, Aaron
**Sent:** Tuesday, January 30, 2024 5:27 PM
**To:** Jason Schellhaas <JSchellhaas@mmdcpa.net>
**Cc:** Foster, C. Allen <CAFoster@whitefordlaw.com>
**Subject:** RE: Stanley Steemer Quotes (Instant Pricing through Stanley Steemer website)

**Mary Ann Winningkoff:**

1. Carpet Cleaning
    a. Rooms - 1
    b. Bath or Laundry - 2
    c. Entry or Hall
    d. Staircase

2. Upholstery Cleaning
    a. Sofa - 2
    b. Sectional
    c. Loveseat
    d. Chair - 4
    e. Ottoman - 1
    f. Dining Room Chair - 6

3. Leather Cleaning
    a. Sofa
    b. Sectional
    c. Loveseat
    d. Chair
    e. Ottoman

4. Tile & Grout Floor Cleaning
    a. Rooms
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

5. Hardwood Floor Cleaning
    a. Rooms - 4
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

6. Air Duct Cleaning
    a. Indicate # of furnaces/HVAC/Air handling units - 1
    b. Home has central air conditioning: Y
    c. Dryer vent: Y

7. In-Home Area Rug Cleaning

      a. Length & Width of Each Rug
          i. 2 x 3 rugs – 5
          ii. 7 x 2 runner – 1
          iii. 7 x 3 runner – 1
          iv. 5 x 7 rug – 1
          v. 7 x 8 rug – 1

Total Cleaning Estimate: **$2,556.26**



**Aaron M. Oppegard** | *Associate*
161 North Eagle Creek Drive | Suite 210 | Lexington, KY | 40509
**t:** 859.309.4417 | **f:** 859.687.6696
aoppegard@whitefordlaw.com | www.whitefordlaw.com

A proud member of two global law firm networks.

 

**From:** Oppegard, Aaron
**Sent:** Tuesday, January 30, 2024 1:53 PM
**To:** Jason Schellhaas <JSchellhaas@mmdcpa.net>
**Cc:** Foster, C. Allen <CAFoster@whitefordlaw.com>
**Subject:** RE: Stanley Steemer Quotes (Instant Pricing through Stanley Steemer website)

**Stanley Meyers:**

1. Carpet Cleaning
    a. Rooms - 3
    b. Bath or Laundry
    c. Entry or Hall - 1
    d. Staircase

2. Upholstery Cleaning
    a. Sofa - 1
    b. Sectional
    c. Loveseat - 1
    d. Chair
    e. Ottoman
    f. Dining Room Chair - 4

3. Leather Cleaning
    a. Sofa
    b. Sectional
    c. Loveseat
    d. Chair
    e. Ottoman

4. Tile & Grout Floor Cleaning
    a. Rooms

- b. Bath or Laundry
- c. Entry or Hall
- d. Staircase

5. Hardwood Floor Cleaning
    a. Rooms
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

6. Air Duct Cleaning
    a. Indicate # of furnaces/HVAC/Air handling units - 1
    b. Home has central air conditioning: Y
    c. Dryer vent: Y

7. In-Home Area Rug Cleaning
    a. Length & Width of Each Rug
        i. 8 x 10 area rugs - 2

Total Cleaning Estimate: **$1,852.03**



**Aaron M. Oppegard** | *Associate*
161 North Eagle Creek Drive | Suite 210 | Lexington, KY | 40509
**t:** 859.309.4417 | **f:** 859.687.6696
aoppegard@whitefordlaw.com | www.whitefordlaw.com

 

---

**From:** Oppegard, Aaron
**Sent:** Tuesday, January 30, 2024 12:23 PM
**To:** Jason Schellhaas <JSchellhaas@mmdcpa.net>
**Cc:** Foster, C. Allen <CAFoster@whitefordlaw.com>
**Subject:** RE: Stanley Steemer Quotes (Instant Pricing through Stanley Steemer website)

**Vernice Lewis Family:**

1. Carpet Cleaning
    a. Rooms - 3
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

2. Upholstery Cleaning
    a. Sofa - 1
    b. Sectional
    c. Loveseat - 1
    d. Chair - 2

7

     e. Ottoman
     f. Dining Room Chair - 6

3. Leather Cleaning
    a. Sofa
    b. Sectional
    c. Loveseat
    d. Chair
    e. Ottoman

4. Tile & Grout Floor Cleaning
    a. Rooms
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

5. Hardwood Floor Cleaning
    a. Rooms
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

6. Air Duct Cleaning
    a. Indicate # of furnaces/HVAC/Air handling units - 1
    b. Home has central air conditioning: Y
    c. Dryer vent: Y

7. In-Home Area Rug Cleaning
    a. Length & Width of Each Rug

Total Cleaning Estimate: **$1,752.66**



**Aaron M. Oppegard** | *Associate*
161 North Eagle Creek Drive | Suite 210 | Lexington, KY | 40509
**t:** 859.309.4417 | **f:** 859.687.6696
aoppegard@whitefordlaw.com | www.whitefordlaw.com

A proud member of two global law firm networks.

 

---

**From:** Oppegard, Aaron
**Sent:** Tuesday, January 30, 2024 12:21 PM
**To:** 'Jason Schellhaas' <JSchellhaas@mmdcpa.net>
**Cc:** Foster, C. Allen <CAFoster@whitefordlaw.com>
**Subject:** RE: Stanley Steemer Quotes (Instant Pricing through Stanley Steemer website)

**Gremillion family:**

1. Carpet Cleaning
    a. Rooms - 4
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

2. Upholstery Cleaning
    a. Sofa
    b. Sectional - 1
    c. Loveseat
    d. Chair
    e. Ottoman - 2
    f. Dining Room Chair - 8

3. Leather Cleaning
    a. Sofa - 1
    b. Sectional
    c. Loveseat
    d. Chair
    e. Ottoman

4. Tile & Grout Floor Cleaning
    a. Rooms
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

5. Hardwood Floor Cleaning
    a. Rooms - 3
    b. Bath or Laundry
    c. Entry or Hall - 1
    d. Staircase - 1

6. Air Duct Cleaning
    a. Indicate # of furnaces/HVAC/Air handling units - 2
    b. Home has central air conditioning: Y
    c. Dryer vent: Y

7. In-Home Area Rug Cleaning
    a. Length & Width of Each Rug
       8 x 10 – 1 rug
       5 x 7 – 1 rug
       4 x 6 – 1 rug

Total Cleaning Estimate: **$3,659.41**



**Aaron M. Oppegard** | *Associate*
161 North Eagle Creek Drive | Suite 210 | Lexington, KY | 40509

**t:** 859.309.4417 | **f:** 859.687.6696
aoppegard@whitefordlaw.com | www.whitefordlaw.com

A proud member of two global law firm networks.

 

---

**From:** Oppegard, Aaron
**Sent:** Tuesday, January 30, 2024 12:18 PM
**To:** Jason Schellhaas <JSchellhaas@mmdcpa.net>
**Cc:** Foster, C. Allen <CAFoster@whitefordlaw.com>
**Subject:** RE: Stanley Steemer Quotes (Instant Pricing through Stanley Steemer website)

<u>**Jonathan Tate:**</u>

1. Carpet Cleaning
    a. Rooms
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

2. Upholstery Cleaning
    a. Sofa - 1
    b. Sectional - 1
    c. Loveseat
    d. Chair
    e. Ottoman
    f. Dining Room Chair

3. Leather Cleaning
    a. Sofa
    b. Sectional
    c. Loveseat
    d. Chair
    e. Ottoman

4. Tile & Grout Floor Cleaning
    a. Rooms
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

5. Hardwood Floor Cleaning
    a. Rooms
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

6. Air Duct Cleaning
    a. Indicate # of furnaces/HVAC/Air handling units - 1
    b. Home has central air conditioning: Y
    c. Dryer vent: Y

7. In-Home Area Rug Cleaning
    a. Length & Width of Each Rug

Total Cleaning Estimate: **$1,296.21**



**Aaron M. Oppegard** | *Associate*
161 North Eagle Creek Drive | Suite 210 | Lexington, KY | 40509
**t:** 859.309.4417 | **f:** 859.687.6696
aoppegard@whitefordlaw.com | www.whitefordlaw.com

A proud member of two global law firm networks.

 

---

**From:** Oppegard, Aaron
**Sent:** Tuesday, January 30, 2024 12:11 PM
**To:** Jason Schellhaas <JSchellhaas@mmdcpa.net>
**Cc:** Foster, C. Allen <CAFoster@whitefordlaw.com>
**Subject:** Stanley Steemer Quotes (Instant Pricing through Stanley Steemer website)

**Geneva Green:**

1. Carpet Cleaning
    a. Rooms - 2
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

2. Upholstery Cleaning
    a. Sofa
    b. Sectional - 1
    c. Loveseat - 1
    d. Chair - 2
    e. Ottoman
    f. Dining Room Chair - 6

3. Leather Cleaning
    a. Sofa
    b. Sectional
    c. Loveseat
    d. Chair
    e. Ottoman – 1

4. Tile & Grout Floor Cleaning
    a. Rooms
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

5. Hardwood Floor Cleaning
    a. Rooms
    b. Bath or Laundry
    c. Entry or Hall
    d. Staircase

6. Air Duct Cleaning
    a. Indicate # of furnaces/HVAC/Air handling units – 1 unit
    b. Home has central air conditioning: Y
    c. Dryer vent: Y

7. In-Home Area Rug Cleaning
    a. Length & Width of Each Rug
        3 rugs 10 x 12
        1 rug 8 x 10
        3 rugs 2 x 3

Total Cleaning Estimate: **$2,588.26**



**Aaron M. Oppegard** | *Associate*
161 North Eagle Creek Drive | Suite 210 | Lexington, KY | 40509
**t:** 859.309.4417 | **f:** 859.687.6696
aoppegard@whitefordlaw.com | www.whitefordlaw.com

A proud member of two global law firm networks.

 

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.