```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   ELIAS JORGE ICTECH-BENDECK        *
                                       * No. 18-7889
 5   VERSUS                            * c/w18-8071,
                                       * 18-8218, 18-9312
 6                                     *
                                       * SECTION E (5)
 7   PROGRESSIVE WASTE SOLUTIONS       *
     OF LA, INC., ET AL                *
 8                                     *
 9               RELATED CASE:
10   FREDERICK ADDISON, ET AL          *
                                       * No. 19-1133 c/w
11                                     *     19-14512
     VERSUS                            *
12                                     * SECTION E (5)
     LOUISIANA REGIONAL LANDFILL       *
13   COMPANY (LARC), ET AL             *
                                       *
14   ***************************************************
15
16   DEPOSITION OF JOSEPH KANTER, MD, MPH
17   TAKEN AT LISKOW & LEWIS
18   701 POYDRAS STREET, SUITE 5000
19   NEW ORLEANS, LOUISIANA
20   ON THURSDAY, JANUARY 25, 2024
21   BEGINNING AT 2:28 P.M.
22
23
24   REPORTED BY:
25   LESLEY H. CROCHET, CCR
```

```
 1    APPEARANCES:
 2
 3    ATTORNEYS FOR ICTECH-BENDECK PLAINTIFFS:
 4    DOUGLAS S. HAMMEL
      douglashammel@gmail.com
 5    HAMMEL LAW FIRM, LLC
      3129 BORE STREET
 6    METAIRIE, LOUISIANA 70001
      504-832-9942
 7
      JOHN D. SILEO (via Zoom)
 8    jack@johnsileolaw.com
      JOHN D. SILEO, LLC
 9    3816 BIENVILLE STREET
      NEW ORLEANS, LOUISIANA 70119
10    504-486-4343
11    JASON Z. LANDRY
      jzl@mbfirm.com
12    MARTZELL, BICKFORD & CENTOLA
      338 LAFAYETTE STREET
13    NEW ORLEANS, LOUISIANA 70130
      504-581-9065
14
15    ATTORNEY FOR ADDISON PLAINTIFFS:
16    SARA ELIZA JAMES
      eliza@fcjlaw.com
17    FORREST CRESSY AND JAMES, LLC
      1222 ANNUNCIATION STREET
18    NEW ORLEANS, LOUISIANA 70130
      504-605-0777
19
20    ATTORNEYS FOR WASTE CONNECTIONS US, INC.,  WASTE
      CONNECTIONS BAYOU INC., AND LOUISIANA REGIONAL
21    LANDFILL COMPANY:
22    MICHAEL C. MIMS
      michael.mims@liskow.com
23    LISKOW & LEWIS
      701 POYDRAS STREET, SUITE 5000
24    NEW ORLEANS, LOUISIANA 70139
      504-299-6113
25
```

```
 1   MEGAN R. BRILLAULT
     mbrillault@bdlaw.com
 2   KATRINA KREBS (via Zoom)
     BEVERIDGE & DIAMOND
 3   825 THIRD AVENUE, 16TH FLOOR
     NEW YORK, NEW YORK 10022
 4   202-789-6000
 5
 6   ATTORNEY FOR APTIM CORP.:
 7   JOHN MICHAEL DIGIGLIA (via Zoom)
     mdigiglia@glllaw.com
 8   GIEGER, LABORDE, & LAPEROUSE
     701 POYDRAS STREET, SUITE 4800
 9   NEW ORLEANS, LOUISIANA  70130-3288
     504-561-0400
10
11   ATTORNEY FOR JEFFERSON PARISH:
12   MICHAEL FUTRELL
     mfutrell@connicklaw.com
13   CONNICK AND CONNICK, LLC
     3421 NORTH CAUSEWAY BOULEVARD, SUITE 408
14   METAIRIE, LOUISIANA 70002
     504-681-6658
15
16   ATTORNEY FOR LOUISIANA DEPARTMENT OF HEALTH:
17   MARIANNE FLETCHINGER
     marianne.fletchinger@la.gov
18   LA DEPARTMENT OF HEALTH
     1450 POYDRAS STREET, SUITE 1567
19   NEW ORLEANS, LOUISIANA 70112
     504-339-1119
20
21
22
23
24
25
```

1           STIPULATION
2    The deposition of JOSEPH KANTER, MD, MPH, is taken
3    at Liskow & Lewis, 701 Poydras Street, Suite 5000,
4    New Orleans, Louisiana, on Thursday, January 25,
5    2024, beginning at 2:28 p.m., before Lesley H.
6    Crochet, Certified Court Reporter.
7           This deposition is taken by counsel for
8    defendants for the uses as provided for in the
9    Federal Code of Civil Procedure, according to notice
10   as provided by law.
11          The parties hereto waive all formalities
12   in connection with the taking of this deposition,
13   including the reading and signing thereof, except to
14   the swearing of the witnesses and the reduction of
15   the questions and answers to typewriting.
16
17
18
19
20
21
22
23
24
25

Page 60

1   communities affected by the noxious odors emanating
2   from the Jefferson Parish Landfill that they should,
3   if they could, leave the area until the problems at
4   the landfill were remediated.
5            Do you recall advising all persons living
6   in the communities to leave, if they could, until
7   the problems at the landfill were remediated?
8      A.   I would have to go back and review the
9   press conference that you mentioned, July 23, I
10  think.
11           To the best of my recollection, what I
12  had attempted to communicate there was that certain
13  people who are predisposed to exacerbations of
14  chronic conditions, usually pulmonary conditions,
15  asthma and COPD, that can be exacerbated by noxious
16  odors, that those individuals, when the odors are
17  bad, if they can leave, that's feasible that they
18  should do so.
19           That was what I intended.  That's my
20  recollection to communicate and, if it came out the
21  wrong way, then, you know, I apologize for that.
22  But again, I can't -- that would have been the only
23  time, I think, that that message was being
24  communicated by me.
25      Q.   Okay.  And when you say leave until --