```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3   In re:
 4   FREDERICK ADDISON, et al.,
 5            Plaintiffs,
 6   vs.                          Case No. 19-CV-11133
 7   LOUISIANA REGIONAL LANDFILL
 8   COMPANY, et al.,
 9            Defendants.
10   _____/
11
12     The Above-Captioned Video-Recorded Deposition of
13            JOSEPH T. GARDEMAL, III, CPA
14              10:07 a.m. - 12:14 p.m.
15                  April 22, 2024
16
17
18
19
20
21
22
23   REPORTED BY:
24   STEVEN POULAKOS, RPR
25   JOB NO:  J11168218
```



```
 1
 2
 3
 4
 5
 6              The above-captioned video-recorded
 7   deposition of JOSEPH T. GARDEMAL, III, CPA, was held
 8   via Zoom videoconference on Monday, April 22, 2024,
 9   commencing at 10:07 a.m., at the Law Offices of
10   Beveridge and Diamond, P.C., 1900 N Street, N.W., Suite
11   100, Washington, D.C. 20036, before Steven Poulakos,
12   Notary Public.
13
14
15
16
17
18
19
20   REPORTED BY:   Steven Poulakos, RPR
21
22
23
24
25
```



```
 1   APPEARANCES:
 2       ON BEHALF OF THE PLAINTIFF ADDISON:
 3       HARRY S. JOHNSON, ESQUIRE
 4           Whiteford, Taylor & Preston, LLP
 5           1800 M Street, N.W.
 6           Suite 450N
 7           Washington, D.C.   20036
 8           Telephone:  202.659.6800
 9           Email:  hjohnson@whitefordlaw.com
10
11       ON BEHALF OF THE DEFENDANTS LOUISIANA REGIONAL
12       LANDFILL COMPANY, WAST CONNECTION BAYOU:
13       KATRINA KREBS, ESQUIRE
14       MEGAN BRILLAULT, ESQUIRE
15           Beveridge and Diamond, P.C.
16           1900 N Street, N.W.
17           Suite 1
18           Washington, D.C.   20036
19           Telephone:  212.702.5472
20           Email:  kkrebsw@bdlaw.com
21
22
23
24
25   ALSO PRESENT:  NATHAN KANE - THE VIDEOGRAPHER
```



1  deposition exhibit.
2       A     So my response to this is that what Mr.
3  Schellhaas has written here leads me to conclude that
4  he's failed to consider the professional standards of
5  the AICPA in the performance of his work in this
6  matter.
7       Q     Can you be more explicit about what
8  professional standards you believe he hasn't complied
9  with?
10      A     Sure.  I believe he may have -- and I'm not
11 going to say this conclusively because an investigation
12 hasn't been done by the appropriate body of the AICPA,
13 but the AICPA's code of professional conduct at
14 sections 102 and 201 require first that a member not
15 subordinate their judgment to that of others.  And,
16 two, that a member must have sufficient evidence to
17 support any opinions or conclusion that they reach.
18      Q     And in your opinion, he does not -- what is
19 your basis for saying he subordinated his opinion to
20 somebody else?
21      A     So a great example of that would be with
22 respect to his calculation of cleaning costs that he
23 opines is a measure of damages in this case.  The work
24 he did there was to accept counsel's direction that he
25 should assume that cleaning costs are appropriate as an



```
 1   element of damages.  He then took an analysis and
 2   calculations that were performed by counsel and put
 3   those into his report and adopted them as his own
 4   opinion.
 5              I understand in his deposition, he
 6   testified that he did no work to demonstrate that those
 7   were first an appropriate measure of damages, second
 8   calculated appropriately.  So that is a subordination
 9   of his judgment to that of counsel and it is a failure
10   to obtain sufficient evidence to support the conclusion
11   that he's going to present to the Court as his opinion.
12        Q    Where did you get the inform -- where did
13   you get that information from that you said you heard
14   from his deposition?
15        A    The transcript.
16        Q    You read the deposition transcript?
17        A    Well, I attended part of the deposition and
18   then I read the rough transcript for the remainder of
19   it.
20        Q    So you're saying that an economic expert in
21   a case can't rely on information that's given to them
22   by counsel to make -- to give them assumptions about
23   what damages are in a case?  Is that your opinion?
24        A    No, not at all.  That's not what I'm
25   saying.
```

