**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL.,** | * | |
| | * | |
| **PLAINTIFF,** | * | **CIVIL ACTION NO. 19-11133,** |
| | * | **c/w 19-14512** |
| **VERSUS** | * | |
| | * | |
| **LOUISIANA REGIONAL LANDFILL** | * | |
| **COMPANY, ET AL.,** | * | **JUDGE MORGAN** |
| | * | |
| **DEFENDANTS.** | * | **MAGISTRATE** |
| | * | **JUDGE NORTH** |
| *APPLIES TO: ALL CASES* | * | |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants[1] will bring the attached Daubert Motion To Exclude Opinions Of Plaintiffs' Expert, Jose Sananes On Standards Of Care for submission before the Honorable Susie Morgan, United States District Judge, 500 Poydras Street, New Orleans, Louisiana 70130, on June 19, 2024, at 10:00 a.m., as called for by the Case Management Order (ECF Doc. #498), or as soon thereafter as counsel can be heard.

---

[1] The Defendants in this matter are Aptim Corp., Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:   /s/ Michael C. Mims
          Michael Cash (#31655)
          Cherrell Simms Taplin (#28227)
          Michael C. Mims (#33991)
          Brady M. Hadden (#37708)
          J. Hunter Curtis (#39150)
          Alec Andrade (#38659)
          701 Poydras Street, Suite 5000
          New Orleans, LA 70139
          Telephone: (504) 581-7979
          Telefax: (504) 556-4108


          BEVERIDGE & DIAMOND, P.C.

          Megan R. Brillault (*pro hac vice*)
          Michael G. Murphy (*pro hac vice*)
          John H. Paul (*pro hac vice*)
          Katelyn E. Ciolino (*pro hac vice*)
          Katrina M. Krebs (*pro hac vice*)
          825 Third Avenue, 16th Floor
          New York, NY 10022
          (212) 702-5400

          James B. Slaughter (*pro hac vice*)
          1900 N Street, NW, Suite 100
          Washington, DC 20036
          (202) 789-6000

          Michael F. Vitris (*pro hac vice*)
          400 W. 15th Street, Suite 1410
          Austin, TX 78701
          (512) 391-8035

          *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*


CONNICK AND CONNICK, LLC

By:   /s/ Michael S. Futrell
          William P. Connick, La. Bar No. 14158

Michael S. Futrell, La. Bar No. 20819
Matthew D. Moghis, La. Bar No. 33994
Anya M. Jones, La. Bar No. 36923
3421 N. Causeway Blvd., Suite 408
Metairie, Louisiana 70002
Telephone: (504) 681-6658
Facsimile: (504) 838-9903
E-mail: moghis@connicklaw.com

*Counsel for Defendant Jefferson Parish*


GIEGER, LABORDE & LAPEROUSE, L.L.C.

By: ___/s/ J. Michael DiGiglia_____
       Ernest P. Gieger, Jr. (6154)
       John E. W. Baay (22928)
       J. Michael DiGiglia (24378)
       Nicholas S. Bergeron (37585)
       Blaise Chadwick Hill (*pro hac vice*)
       Gieger, Laborde & Laperouse, L.L.C.
       Hancock Whitney Center
       701 Poydras Street, Suite 4800
       New Orleans, Louisiana 70139
       Telephone: (504) 561-0400
       Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on June 6, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.


By: ___/s/ Michael C. Mims_____

3