# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133, c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** **Defendants** | **SECTION: "E" (5)** **JUDGE: Morgan** **MAGISTRATE JUDGE: North** |

## DECLARATION OF JOHN H. PAUL IN SUPPORT OF DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT JOSE SANANES ON STANDARDS OF CARE

I, John H. Paul, hereby declare as follows:

1. I am a Principal of the law firm Beveridge & Diamond, P.C., and am duly admitted to practice *pro hac vice* before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of Defendants' *Daubert* Motion to Exclude Opinions of Plaintiffs' Expert Jose Sananes on Standard of Care. I am fully familiar with the facts set forth herein.

3. A true and correct copy of the Second Supplemental Expert Report of Jose Sananes, Evaluation of Jefferson Parish Landfill Gas Emissions, dated February 16, 2024, is attached hereto as Exhibit 1.

4. A true and correct copy of excerpts of the transcript of the deposition of Jose Sananes, taken on April 10, 2024, is attached hereto as Exhibit 2.

5. A true and correct copy of excerpts of the Transcript of Morning Session Trial on Causation/Daubert Hearing Day 2, dated February 1, 2022, is attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York this 6th day of June, 2024.

   /s/ John H. Paul   <br>
PRINCIPAL