Page 1

1          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
2          CIVIL ACTION NO.  18-7889, C/W 18-8071,
                              18-8218, 18-9312
3          CIVIL ACTION NO.  19-11133, C/W 19-14512
   - - - - - - - - - - - - - - - -
4  ELIAS JORGE "GEORGE"
   ICTECH-BENDECK,
5       Plaintiff,              DEPOSITION OF:
        vs.                  JOSE SANANES SANGROS
6  WASTE CONNECTIONS BAYOU,
   INC., ET AL.,
7       Defendants.
8

   RELATED CASE:
9  FREDERICK ADDISON, ET AL.,
        Plaintiffs,
10      vs.
   LOUISIANA REGIONAL LANDFILL
11 COMPANY, ET AL.,
        Defendants.
12 - - - - - - - - - - - - - - - -
13
14
15          TRANSCRIPT of the stenographic notes of
16 the proceedings in the above-entitled matter as
17 taken by and before RUTHANNE UNGERLEIDER, a
18 Certified Court Reporter and Notary Public of the
19 State of New Jersey, held at the office of RAMBOLL,
20 101 Carnegie Center Drive, Princeton, New Jersey, on
21 Wednesday, April 10, 2024, commencing at
22 approximately 10:13 in the forenoon.
23
24
25

```
                                          Page 2

 1   A P P E A R A N C E S:
 2
     BRUCE BETZER LAW OFFICE
 3   3129 Bore Street
     Metairie, Louisianna  70001
 4       BY:  BRUCE C. BETZER, ESQ.
     Attorneys for Ictech-Bendeck Plaintiffs
 5
     MARTZELL BICKFORD & CENTOLA
 6   338 Lafayette Street
     New Orleans, Louisiana  70130
 7       BY:  JASON Z. LANDRY, ESQ.
     Attorneys for Ictech-Bendeck Plaintiffs
 8
     WHITEFORD TAYLOR PRESTON LLP
 9   1800 M Street NW, Ste. 450N
     Washington, DC  20036
10       BY:  C. ALLEN FOSTER, ESQ.
              ERIC ROWE, ESQ.
11   Attorneys for Addison Plaintiffs
12
     BEVERIDGE & DIAMOND
13   825 Third Avenue, 16th Floor
     New York, New York  10022
14       BY:  JOHN H. PAUL, ESQ.
     Attorneys for Waste Connections Defendants
15
     CONNICK & CONNICK
16   3421 North Causeway Boulevard, St. 408
     Metaire, Louisianna  70002
17       BY:  MICHAEL S. FUTRELL, ESQ.
              MATTHEW D. MOGHIS, ESQ.
18   Attorneys for Parish of Jefferson
19
     GIEGER LABORDE & LAPEROUSE, LLC
20   701 Poydras Street, Ste. 4800
     New Orleans, Louisiana  70139
21       BY:  MICHAEL DiGIGLIA, ESQ.
     Attorneys for APTIM Corporation
22
23   ALSO PRESENT:
     Matt Stutz, Defendant Expert
24   Ali Hashimi, Waste Connections Expert
     Alan Paller, Videographer
25
```

Page 48

1        A        They do not.

2        Q        So not specific to any of the projects

3    we've discussed, but, in general, in your experience,

4    have you ever advised the operator of a municipal

5    solid waste landfill on the types of wastes that are

6    acceptable at that landfill?

7        A        This was part of a redevelopment project

8    of a landfill where they were bringing recyclable

9    materials to raise elevations, I think it's a project

10   that's listed on my CV, and as part of that -- as

11   part of that project, like I said, they were bringing

12   recyclable materials.  They were trying to build a

13   golf course, essentially, out of --

14       Q        This is the Bayonne project?

15       A        The Bayonne golf course, right.

16                So what was done there was a relatively

17   flat area -- it was a relatively flat area that had

18   an elevation of about 10 feet above sea level, and

19   there were mounds that were created that were as high

20   as 90, a hundred feet.  To do that they imported all

21   sorts of recyclable materials, you know, crushed

22   glass, bricks and whatever, and some of the materials

23   that were brought in, we actually found, had an issue

24   with respect to actually having sulfate odors.

25                There was a significant amount of C&D,

1   construction and demolition, screenings that were

2   brought in that started to create issues with

3   hydrogen sulfide generation.

4              So our recommendation to the client at

5   the time was "You need to stop bringing in this

6   material," which they ultimately did.  Those odor

7   issues subsided, and the project, like you know, is

8   now a golf course.

9        Q    Your client there was -- was

10  redeveloping that property was a brownfield

11  redeveloper, right?

12       A    Right.

13       Q    Did they have a solid waste management

14  permit to receive those recyclable materials?

15       A    They had something similar, which was a

16  beneficial use determination, that allowed them to

17  bring in materials for the purpose of essentially

18  closing the landfill and this adjoining property that

19  were part of the redevelopment.

20       Q    So because those materials were subject

21  to a beneficial use determination they were not

22  regulated as solid wastes?

23       A    No, they were still solid waste, it's

24  just that the facility received permission to accept

25  them because there were a number of engineering

```
                                            Page 52
 1        A      There was waste that was still being
 2   placed -- we were involved before this change in
 3   ownership took place, but it was towards the tail end
 4   of that operation.
 5        Q      Okay.
 6               Have you ever designed cells for
 7   specific types of waste to be disposed at a municipal
 8   solid waste landfill?
 9        A      No.
10        Q      Since February 2022 have you testified
11   as an expert in a trial or a deposition?
12        A      No.
13        Q      Since February 2022 have you had to
14   estimate fugitive emissions from an area source for
15   use in an air dispersion model?
16        A      No.
17        Q      You may have answered this, but I just
18   want to make sure that it's clear:  Since
19   February 2022 have you had to prepare an estimate of
20   emissions of landfill gas from the surface of a
21   landfill?
22        A      No.
23        Q      So I think we will move out of this
24   after just a few more questions.
25               Since the February 1, 2022 general
```

```
                                          Page 53
 1    causation trial have you had any experience designing
 2    a landfill gas collection and control system for a
 3    municipal solid waste landfill?
 4         A      No.
 5         Q      Have you had any experience designing
 6    changes to a landfill gas collection and control
 7    system for delivery of gas to a high BTU plant?
 8         A      No.
 9         Q      During the same time period, have you
10    had any experience operating a landfill gas
11    collection system?
12         A      Nope.
13         Q      Have you had any experience designing a
14    cover system for a municipal solid waste landfill
15    since February 2022?
16         A      No.
17         Q      Any experience designing a leachate
18    collection system for a municipal solid waste
19    landfill?
20         A      Nope.
21         Q      Any experience with the installation of
22    pumps in landfill gas collection wells at a municipal
23    solid waste landfill?
24         A      Other than what we talked about earlier
25    of observing when we were out on site at this site on
```

Page 54

1    the west coast, no.

2         Q      And in that case your scope of work

3    didn't involve the installation of that pump?

4         A      That's right.

5         Q      And since February 2022 have you had any

6    experience advising an operator of a municipal solid

7    waste landfill on particular wastes being accepted at

8    that landfill?

9         A      No.

10        Q      It has been, I think, a little more than

11   an hour since we started.  Do you want to take a

12   break?

13        A      I'm good.

14        Q      Okay.

15               Well, I could use a break.  Let's take a

16   break because I'm going to change topics here.

17               THE VIDEOGRAPHER:  This concludes media

18   number one of the videotape deposition of Jose

19   Sananes.  The time is 11:20.  We are off the record.

20               (Brief recess taken.)

21               THE VIDEOGRAPHER:  This begins media

22   number two of the videotape deposition of Jose

23   Sananes.  The time is 11:31.  We are on the record.

24        Q      So, Mr. Sananes, I would like to start

25   doing what we'll do for most of the rest of the day,

```
                                            Page 61
1    essentially short-circuiting the gas well.
2               Right.
3               The gas well ideally is pulling from the
4    waste media and should not be pulling anything from
5    atmospheric air.  If you pull too hard, I think some
6    of your experts have alluded to this as well, you
7    know, you'll start introducing atmospheric air, which
8    is an undesirable condition.
9               But, you know, if you have an infinite
10   cover, yes, the more vacuum applied, you know, the
11   further out you should be able to go, you know, if
12   none of the other factors play -- have a play.
13        Q    And before the point at which a radius
14   of influence starts pulling atmospheric air through
15   the cover, if you increase vacuum, the radius of
16   influence will increase, right?
17        A    Yes.
18        Q    So I'd like to look at section 6.5.  We
19   will -- this is a summary of your opinions that are
20   stated later in the report, but we'll look at this
21   now and then look in more detail later.
22               This is the first time in this case that
23   you have articulated standards of care that apply to
24   the Defendants in this case, is that right?
25        A    Yes.
```

```
                                        Page 62
 1        Q      You never assisted a municipal land -- a
 2   municipal solid waste landfill in the preparation of
 3   an air permit application, have you?
 4        A      I have not.
 5        Q      Have you ever supported modeling of
 6   emissions from an operating municipal solid waste
 7   landfill before this case?
 8        A      Modeling, in terms of providing inputs
 9   for that model, yes.  So that type of support, yes.
10        Q      And was that for air dispersion
11   modeling?
12        A      That would be for stack emissions.
13               So in the case of a flared system, you
14   know, we need to provide information with respect to
15   the amount of gas that's expected to be generated,
16   the amount of gas that's expected to be collected, so
17   that then that information can be fed into the model
18   that talks about or that's going to address the --
19   the release of pollutants to the atmosphere via that
20   stack.
21        Q      So have you ever supported modeling of
22   fugitive emissions from an operating municipal solid
23   waste landfill before this case?
24        A      No.
25        Q      Before this case had you ever worked
```

```
                                        Page 63
 1   with an air dispersion modeler to predict emissions
 2   from an operating municipal solid waste landfill?
 3        A      Again, in the context of what I
 4   explained previously.
 5        Q      In the --
 6        A      Yes.
 7        Q      -- context of emissions from landfill
 8   gas control system, right?
 9        A      Correct.
10        Q      But have not worked with an air
11   dispersion modeler to predict dispersion of fugitive
12   emissions from an operating municipal solid waste
13   landfill, correct?
14        A      Correct.
15        Q      So before this case you haven't been
16   involved in predicting municipal solid waste
17   landfills' fugitive emissions impacts on off-site
18   locations, correct?
19        A      Correct.
20        Q      Have you ever advised the operator of a
21   municipal solid waste landfill on compliance with
22   odor control requirements?
23        A      The one case that comes to mind is the
24   one that I mentioned before, the golf course of
25   Bayonne landfill where we had those odor issues and
```

                                                      Page 64

1    implementing measures there to mitigate those odors,

2    not only for workers at the site, but neighboring

3    properties, because, as you know, if you're familiar

4    with that area, it's pretty densely populated in and

5    around that golf course.

6         Q      But that was not an operating municipal

7    solid waste landfill at the time, right?

8         A      It was not a municipal solid waste

9    landfill.  It was accepting waste that was causing

10   these odors, emissions.

11        Q      And was there a former -- a formal odor

12   control plan in place at the time?

13        A      It was only developed after the issue

14   was discovered, you know, what the genesis of the

15   odors was, and, again, it primarily involved stopping

16   additional material from coming in, and then there

17   was control over where that material was being

18   placed.  It was all placed within the same designated

19   area and away from other materials that could promote

20   further hydrogen sulfide generation.

21               So there were certain measures that were

22   implemented in response to the odors that was being

23   generated.  Once that was investigated and confirmed

24   what the source of the odors were, certain measures

25   were taken to mitigate those odors.

Page 75

1   Parish Landfill?

2              MR. FOSTER:   Same objection.

3        A      So if the question is whether I looked

4   at a complaint that was specifically related to

5   Jefferson Parish, the answer is no.

6              I did not look at individual complaints

7   that pinpointed or tried to identify where the origin

8   of the complaint was.

9        Q      So you looked at a map of complaint

10  locations, correct?

11       A      Correct.

12       Q      And based on that map of complaint

13  locations, you would define each location as the

14  neighbor of the landfill?

15       A      Potentially.

16              Obviously, that needs to be vetted, but

17  potentially it could extend as far out as the

18  farthest of those complaints.

19       Q      Have you ever advised an operating a

20  municipal solid waste landfill on the scope of

21  foreseeable harm due to odors?

22       A      No.

23       Q      Do you plan to testify in this case as

24  to a specific distance from the landfill within which

25  harm is foreseeable?

Page 153

1    in this paragraph?

2          A       I have not, again, except -- I mean,

3    these are Louisiana specific, but they are in -- in

4    many cases very similar to those of other states, but

5    specific to Louisiana, no.

6          Q       In the third bullet it lists leachate

7    control collection treatment and removal systems, and

8    then you cite two sections of Louisiana regulations.

9                  Do you recall whether those regulations

10   define pumps in gas wells as part of a leachate

11   control system?

12         A       I do not recall.

13         Q       We could look at the rule if you'd like,

14   but do you believe that it does?

15         A       I don't think it does.

16         Q       Have you advised the operator of a

17   municipal solid waste landfill as to compliance with

18   any of these rules as they appear analogously in

19   other states?

20         A       Yeah, most -- most with -- mostly

21   related to gas collection and -- and -- and -- and

22   treatment.

23         Q       And if I understand your earlier

24   testimony, while you've looked at those rules, you

25   have not advised the operator of an active municipal

```
                                          Page 154
 1   solid waste landfill on compliance with those rules,
 2   is that right?
 3        A       That's correct.
 4        Q       Paragraph 170, this summarizes
 5   operational plans required under Louisiana
 6   requirements that address leachate collection and
 7   treatment, leachate head monitoring, and actions to
 8   be taken when the monitoring exceeds the standard.
 9                Have you advised any client with respect
10   to compliance with regulations like these?
11        A       Regarding leachate collection, treatment
12   and so on.
13        Q       And compliance with the head -- leachate
14   head control standards.
15        A       Yeah, maybe not all, but some of these,
16   yes.
17        Q       Have you advised a client as to
18   compliance with regulations governing leachate depth
19   management in any landfill?
20        A       We have looked at landfills where
21   there's been leachate mounding and helped define
22   solutions to address those -- those conditions.
23                The same thing as retrofitting existing
24   leachate collection systems to enhance their
25   performance to meet some of those requirements.
```

1      Q      When you say "we," who do you mean?

2      A      We, as Ramboll, or prior entities that

3   I've been involved with, but I personally have been

4   involved with those as well, you know, as part of

5   this organization, so yes.

6      Q      Did any of that work you just described

7   relate to compliance with the regulation governing

8   leachate depth at the bottom of the municipal solid

9   waste landfill?

10     A      No.  They related mostly with ensuring

11  that there were inward gradient in the leachate

12  collection system, essentially ensuring that water is

13  not flowing out of the landfill -- not water,

14  leachate is not flowing out of the landfill, but

15  staying within the landfill and in the leachate

16  collection system.

17     Q      So paragraph 171 summarizes Louisiana

18  regulations that define facility operational

19  standards governing potential production of methane,

20  an air monitoring plan, odor control, again the

21  leachate head standard, and the maintenance of

22  sufficient equipment.

23            Did I fairly summarize that without

24  reading all of it?

25     A      Yes.

```
                                        Page 162
 1   provision?
 2        A      Yeah, that would be true.
 3              MR. FOSTER:  You were correcting that
 4   citation.  What was the corrected citation?
 5              MR. PAUL:  Sure.
 6              It's titled 33, section 711.D, as in
 7   dog, .3.a.vi.
 8              MR. FOSTER:  A.vi, okay, thank you very
 9   much.
10              MR. PAUL:  Sure.
11        Q      So we're still in paragraph 173 here on
12   your report.  I'm looking at 173, subparagraph (c).
13              Do you see that?
14        A      I do.
15        Q      I'll tell you, this citation to
16   711.B.3.e.iii is another error, it's 711.D, as in
17   dog, .3.e.iii.
18              And I'd like to take a look at that
19   provision with you.
20              So this is that subsection that I just
21   cited, it's D.3.e.iii under section 711, titled
22   "Leachate Pumps."
23              And the subparagraph I would like to
24   look at with you is, "For" -- can you read that?
25        A      I can see it.
```

1          Q       "For non-functioning leachate pumps

2     and/or not maintaining liquid head below the 1 foot

3     leachate head standard set forth in another rule,

4     action to repair and/or replace pumps shall be

5     initiated and completed within seven days or as

6     otherwise approved by the administrative authority."

7                  Correcting, for the citation, the D

8     instead of B, this is the provision cited in your

9     report, correct?

10         A       Can you show me that other one?

11         Q       Yes.

12         A       I think it is, but...

13         Q       So this is the rule citation.  I'm

14    highlighting it here.

15         A       Yep.

16         Q       I think you agreed with me earlier that

17    you never advised the operator of an active municipal

18    solid waste landfill on compliance with this rule, is

19    that correct?

20         A       That's correct.

21         Q       Do you -- is it your understanding that

22    this requirement applies to pumps installed in

23    landfill gas collection wells?

24         A       This -- it could, but I think the intent

25    here is this is about the leachate collection system.

Page 179

```
 1        A       As I'm looking at this, it may be the
 2    Marshall quote belongs after or before the second
 3    "and," but I would need to look at -- at that paper.
 4        Q       Okay.
 5                So I highlighted a sentence in paragraph
 6    175.
 7                Do you see that?
 8        A       I do.
 9        Q       It says, "The standard of care and the
10    obligation to use best management practices in the
11    control of odors entails that the Defendants, with
12    the assistance of their consultants, assess
13    conditions, summarized above, during the planning
14    phase and prior to accepting the disposal of spent
15    lime in an MSW landfill area and prior to
16    implementing the stabilization of liquid waste and
17    sludge using spent lime."
18                Did I read that correctly?
19        A       Yep.
20        Q       Have you advised the operator of an
21    active municipal solid waste landfill on the
22    acceptance of any type of waste?
23        A       No.
24                Sorry.  Other -- other than that example
25    that we kept talking about earlier of the Bayonne
```

1   landfill where we were taking in different types of

2   beneficially used materials?

3          Q       Right.

4                  So you, I presume, have not advised the

5   operator of an active municipal solid waste landfill

6   on the acceptance of flue gas desulfurization

7   materials?

8          A       Correct.

9          Q       So I'm looking at section 15.3,

10  paragraph 176.  You state that, "Although some of the

11  conditions" -- I'll paraphrase -- "conducive to the

12  production of H2S cannot be controlled by the

13  landfill operator, several best management practices

14  are typically implemented to control the production

15  of hydrogen sulfide."

16                 Did I read that fairly?

17         A       You did.

18         Q       Where you state that these best

19  management practices are typically implemented, where

20  are they typically implemented?

21         A       Well, that's -- yeah, again, these are

22  the recommendations that are made by the different

23  agencies that I listed below, and what is done in

24  facilities that are going to be accepting materials

25  that have the potential to generate hydrogen sulfide

1           What they're citing is methods here for

2   H2S formation, and what are some of the measures that

3   are implemented to avoid that, or prevent that

4   hydrogen sulfide formation.

5       Q       If I can interrupt you.

6               They don't actually say "implemented,"

7   right, they say "recommended"?

8       A       That are recommended, correct.

9       Q       Sorry, I interrupted.  Were you --

10      A       Now I don't know where I was going, no.

11              No, all I'm saying is that by reference,

12  essentially, they are extending those

13  recommendations.  They're presenting, under this

14  section, methods to prevent hydrogen sulfide

15  formation, and they list what is being done in

16  certain areas or what is being recommended in certain

17  areas; as you said, California, Florida, Vancouver,

18  and so on.

19              And this is -- under that heading, what

20  you need to take out is this is a method to prevent

21  hydrogen sulfide formation, is divert it.

22      Q       So what EPA says here in the paragraph

23  above that, in the introductory paragraph to section

24  3, EPA says, "Given the differences in site

25  characteristics and regulatory schemes that landfill

1   sites may be subject to, an integrated approach that

2   employs one or more of the strategies in this

3   section, coupled with effective site specific BMPs,

4   may yield effective results."

5                Did I read that correctly?

6        A       Yeah.

7        Q       Again, that's not an expressed

8   recommendation to do anything listed in this report,

9   is it?

10               MR. FOSTER:  Objection to form.

11       A       No, it isn't.  What that is simply

12  saying is that there are methods to prevent hydrogen

13  sulfide emissions, and what would work in a certain

14  site and area will be specific to that site and area,

15  and maybe a single BMP here will not take care of it

16  for you, but you may need a combination of -- of

17  BMPs, and they go ahead and proceed with what are

18  these BMPs that could be considered.

19               I don't think it's saying that all

20  those -- there's no requirement there.  It's not

21  telling you you need to implement any of these BMPs.

22  It's just making landfill owners, operators,

23  facilities, know what some of the tools in the

24  toolbox are so you can choose what best works in your

25  situation.

Page 213

1         A       I do.

2         Q       And this section is titled "Breaches of

3    Standards of Care by Defendants in this Case," right?

4         A       Yes.

5         Q       You have not advised the operator of a

6    municipal solid waste landfill on the standards of

7    care described in this section, have you?

8         A       The standards of care in the prior

9    section, yes.

10        Q       Does section 16 introduce new standards

11   of care that were not discussed in section 15?

12        A       I don't believe so, unless they're

13   referring to specific contract requirements.

14        Q       Have you advised the owner or operator

15   of an active municipal solid waste landfill on the

16   acceptance of sulfur-containing materials for

17   disposal?

18        A       Again, the only example I can think of

19   is the landfill in Bayonne.

20        Q       Which was not an active MSW landfill at

21   the time, right?

22        A       It was not MSW, no.

23        Q       So I'd like to look at paragraph 183(b).

24                This paragraph states your opinion that

25   "A municipal solid waste landfill owner or operator

```
                                            Page 218
 1                Have you ever advised the operator of an
 2     active municipal solid waste landfill on its
 3     responsibilities under a contract for operation of a
 4     landfill?
 5          A     No.
 6          Q     Have you ever advised the operator of an
 7     active municipal solid waste landfill on its
 8     responsibilities under an odor control program?
 9          A     No.
10          Q     Have you ever drafted a contract
11     governing operations of an active municipal solid
12     waste landfill?
13          A     No, but I have -- those tend to be more
14     legal documents.
15                I have reviewed and contributed to
16     sections as it relates to systems associated with a
17     landfill, so, for instance, gas control systems, I
18     would, you know, provide input with respect to what
19     the expectations, obligations and so on would be for,
20     you know, operating a gas control system.
21          Q     Would that be at an active municipal
22     solid waste landfill?
23          A     No, this would be in closed landfills,
24     for the most part.
25          Q     So you highlight a portion of a sentence
```

1    you know, relative basic and common information

2    regarding the -- the materials.  Based on that

3    information, the -- the landfill or the operator of

4    the landfill will make a determination as to those

5    materials can be categorically approved because they

6    are -- they fall within the purview of the approvals

7    to operate the landfill, or if additional studies

8    need to be performed, and that may be requiring the

9    generator to provide additional information, or if

10   there is an interest in bringing in that material,

11   potentially doing tests of its own to figure out,

12   like in the case of the spent lime, how that material

13   could be handled to minimize issues that -- that

14   could have been foreseen related to the production of

15   hydrogen sulfide.

16        Q      Okay.

17               So if I understand you correctly, as

18   relates to specifically with the acceptance of spent

19   lime into the Jefferson Parish Landfill, do you know

20   what process was followed before that decision was

21   made?

22        A      I don't.  I've seen conflicting

23   information regarding bench -- or sorry, studies that

24   were done on that material regarding how it was going

25   to be handled to minimize odor issues and whatnot,

                                                    Page 260

1    but I don't know anything beyond that.

2          Q       And what conflicting materials are you

3    referring to?

4          A       Well, that.

5                  I mean, there is indication that bench

6    scale studies were performed and bench scale studies

7    were not performed, so it's not immediately clear.

8                  I have not seen any documentation that

9    indicates that any type of bench scale study was done

10   with those materials before they were imported.

11   There's discussion of, I think in Mr. Hashimi's

12   report, regarding the field testing essentially by --

13   importing some of that material and seeing how it

14   behaves, but at that point it's too late, that

15   material is already on site.

16         Q       I think that's it.  I'm going to leave

17   some time for Mike D. if he has some questions for

18   you.

19                 Mr. Sananes, thank you.

20         A       Thank you.

21                 MR. DiGIGLIA:  Mr. Sananes, good to see

22   you again.

23                 THE WITNESS:  Same here.

24                 MR. DiGIGLIA:  Actually, I have no

25   questions.

Page 263

```
 1           C E R T I F I C A T E

 2

 3          I, RUTHANNE UNGERLEIDER, a Certified Court

 4   Reporter and Notary Public of the State of New

 5   Jersey, certify that the foregoing is a true and

 6   accurate transcript of the stenographic notes of the

 7   deposition of said witness who was first duly sworn

 8   by me, on the date and place hereinbefore set forth.

 9          I FURTHER CERTIFY that I am neither

10   attorney, nor counsel for, nor related to or

11   employed by, any of the parties to the action in

12   which this deposition was taken, and further that I

13   am not a relative or employee of any attorney or

14   counsel in this case, nor am I financially

15   interested in this case.

16

17

18

19

20   _____

     RUTHANNE UNGERLEIDER, C.C.R., C.R.R.

21   LICENSE NO. XI01634, XIO0115

22

23

24

25
```