1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5   ELIAS JORGE "GEORGE" ICTECH-BENDECK        CIVIL ACTION
                                               NO. 18-7889
6                                                c/w 18-8071
    VERSUS                                     18-8218, 18-9312
7                                              SECTION "E"(5)
                                               FEBRUARY 1, 2022
8   WASTE CONNECTIONS BAYOU, INC., ET AL

9
    *Related case:*
10

11  FREDERICK ADDISON, ET AL
                                               CIVIL ACTION
12                                             NO. 19-11133
    VERSUS                                       c/w 19-14512
13                                             SECTION "E"(5)

14  LOUISIANA REGIONAL LANDFILL COMPANY, ET AL

15

16  *Applies to: All Cases*

17

18

19                   TRANSCRIPT OF MORNING SESSION
               TRIAL ON CAUSATION/DAUBERT HEARING DAY 2
20             BEFORE THE HONORABLE SUSIE MORGAN
                   UNITED STATES DISTRICT JUDGE
21

22

23

24

25


                      OFFICIAL TRANSCRIPT

1    APPEARANCES:

2    FOR THE ICTECH-BENDECK PLAINTIFFS:

3

4                                    Bruce C. Betzer, Esq.
                                     LAW OFFICE OF BRUCE C. BETZER
5                                    3129 Bore Street
                                     Metairie, LA  70001
6

7                                    Douglas S. Hammel, Esq.
                                     HAMMEL LAW FIRM
8                                    3129 Bore Street
                                     Metairie, LA  70001
9                                    New Orleans, Louisiana  70130

10

11                                   Jason Z. Landry, Esq.
                                     MARTZELL, BICKFORD & CENTOLA
                                     338 Lafayette Street
12                                   New Orleans, LA 70130

13

14                                   Kacie F. Gray, Esq.
                                     IRPINIO, AVIN & HAWKINS
15                                   2216 Magazine Street
                                     New Orleans, LA 70130
16

17

18

19   FOR THE ADDISON PLAINTIFFS:

20

21                                   S. Eliza James, Esq.
                                     FORREST CRESSY & JAMES
22                                   1222 Annunciation Street
                                     New Orleans, LA  70130
23

24

25


                         OFFICIAL TRANSCRIPT

```
 1   APPEARANCES CONTINUED:

 2                                  Eric C. Rowe, Esq.
                                    Masten Childers, III, Esq.
 3                                  WHITEFORD TAYLOR & PRESTON
                                    1800 M Street, NW, Suite 450N.
 4                                  Washington DC  20036

 5

 6

 7   FOR THE WASTE CONNECTIONS DEFENDANTS:

 8

 9                                  John H. Paul, Esq.
                                    BEVERIDGE & DIAMOND
10                                  477 Madison Avenue, 15th Floor
                                    New York, NY 10022
11

12                                  Michael F. Vitris, Esq.
                                    400 West 15th Street
13                                  Suite 1410
                                    Austin, TX 78701
14

15

16   FOR APTIM CORP:                John E.W. Baay, Esq.
                                    GIEGER LABORDE & LAPEROUSE
17                                  701 Poydras Street
                                    Suite 4800
18                                  New Orleans, LA 70139

19

20

21

22   FOR JEFFERSON PARISH:          Michael S. Futrell, Esq.
                                    Matthew D. Moghis, Esq.
23                                  CONNICK AND CONNICK
                                    3421 N. Causeway Boulevard
24                                  Suite 408
                                    Metairie, LA 70002
25


                       OFFICIAL TRANSCRIPT
```

```
 1   ALSO PRESENT:                    John Perkey
                                      Wade Bass
 2

 3

 4

 5

 6

 7   Official Court Reporter:         Alexis A. Vice, CCR, RPR, CRR
                                      500 Poydras Street, HB-275
 8                                    New Orleans, LA   70130
                                      (504) 589-7777
 9                                    Alexis_Vice@laed.uscourts.gov

10

11

12

13

14

15

16   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER.
17

18

19

20

21

22

23

24

25


                         OFFICIAL TRANSCRIPT
```

1  Q.   So, Mr. Sananas, I'd first like to talk about your

2  background and your qualifications.

3       You've never testified as an expert witness in deposition

4  or trial before today -- before this case; right?

5  A.   That's correct.

6  Q.   You've never published any articles in the field of

7  engineering; right?

8  A.   That's correct.

9  Q.   Before this case, you've never estimated fugitive

10 emissions of landfill gas like those you just discussed with

11 Judge Morgan for use in an air dispersion model; is that right?

12 A.   I do not believe so.

13 Q.   So you've never had to estimate emissions of landfill gas

14 for permitting purposes; right?

15 A.   Not for permitting purposes.

16 Q.   You've never been in charge of preparing an air permit

17 application for an operating landfill; correct?

18 A.   Correct.

19 Q.   And yesterday, you acknowledged that while you were

20 talking to Mr. Rowe; right?

21 A.   Right.

22 Q.   You've never designed a new landfill before, have you?

23 A.   I have not.

24 Q.   So I'd like to move on to some of the issues you were just

25 discussing with Judge Morgan about the estimation of the

OFFICIAL TRANSCRIPT

```
 1   lunch.  So let's take our break now, and we will come back at
 2   1:00 on the dot.
 3           Dr. Pietari, please don't discuss your testimony with
 4   anyone during the break.
 5               THE WITNESS:  Understood, Your Honor.
 6               DEPUTY CLERK:  All rise.
 7                    (A lunch recess was taken.)
 8        (Whereupon this concludes the morning proceedings.)
 9
10
11
12                         CERTIFICATE
13
14
15      I, Alexis A. Vice, RPR, CRR, Official Court Reporter for
16   the United States District Court, Eastern District of
17   Louisiana, do hereby certify that the foregoing is a true and
18   correct transcript, to the best of my ability and
19   understanding, from the record of the proceedings in the
20   above-entitled and numbered matter.
21
22                         /s/Alexis A. Vice, RPR, CRR
                            Alexis A. Vice, RPR, CRR
23                          Official Court Reporter
24
25


                         OFFICIAL TRANSCRIPT
```