UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Motion in Limine and 29-Page Memorandum to Exclude $H_2S$ Emissions Opinions of Jose Sananes by Defendants Aptim Corp., Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.,

**IT IS ORDERED** that the motion is **GRANTED;** the Clerk is directed to file the Motion in Limine to Exclude $H_2S$ Emissions Opinions of Jose Sananes along with the memorandum and other attachments thereto.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**THE HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**