UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL., | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 19-11133, |
| | * | c/w 19-14512 |
| VERSUS | * | |
| | * | |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL., | * | JUDGE MORGAN |
| | * | |
| DEFENDANTS. | * | MAGISTRATE |
| | * | JUDGE NORTH |
| *APPLIES TO: ALL CASES* | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
### $H_2S$ EMISSIONS OPINIONS OF JOSE SANANES

Defendants Aptim Corporation, Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Defendants") respectfully submit this motion and request that the Court preclude Plaintiffs' expert, Jose Sananes, from offering opinions estimating the amount of hydrogen sulfide gas generated by, and emitted from, the Jefferson Parish Landfill, for the reasons set forth in the attached memorandum.

Pursuant to Local Rule 78.1, Defendants respectfully request that the Court hold oral argument on this motion. Defendants' motion involves important issues regarding the reliability, relevancy, and admissibility of the proposed testimony of Plaintiffs' damages expert Jose Sananes and whether those opinions should be excluded from the August 2024 jury trial. For these reasons, Defendants respectfully assert that oral argument would assist the Court in arriving at an appropriate resolution.

WHEREFORE, Defendants respectfully request that the Court grant their *Daubert* motion and preclude Plaintiffs' expert, Jose Sananes, from offering opinions estimating the amount of hydrogen sulfide gas generated by, and emitted from, the Jefferson Parish Landfill, for the reasons set forth in the attached memorandum.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:  /s/ Michael C. Mims
 Michael Cash (#31655)
 Cherrell Simms Taplin (#28227)
 Michael C. Mims (#33991)
 Brady M. Hadden (#37708)
 J. Hunter Curtis (#39150)
 Alec Andrade (#38659)
 701 Poydras Street, Suite 5000
 New Orleans, LA 70139
 Telephone: (504) 581-7979
 Telefax: (504) 556-4108


 BEVERIDGE & DIAMOND, P.C.

 Megan R. Brillault (*pro hac vice*)
 Michael G. Murphy (*pro hac vice*)
 John H. Paul (*pro hac vice*)
 Katelyn E. Ciolino (*pro hac vice*)
 Katrina M. Krebs (*pro hac vice*)
 825 Third Avenue, 16th Floor
 New York, NY 10022
 (212) 702-5400

 James B. Slaughter (*pro hac vice*)
 1900 N Street, NW, Suite 100
 Washington, DC 20036
 (202) 789-6000

 Michael F. Vitris (*pro hac vice*)
 400 W. 15th Street, Suite 1410
 Austin, TX 78701
 (512) 391-8035

2

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

CONNICK AND CONNICK, LLC

By:   /s/ Michael S. Futrell
     William P. Connick, La. Bar No. 14158
     Michael S. Futrell, La. Bar No. 20819
     Matthew D. Moghis, La. Bar No. 33994
     Anya M. Jones, La. Bar No. 36923
     3421 N. Causeway Blvd., Suite 408
     Metairie, Louisiana 70002
     Telephone: (504) 681-6658
     Facsimile: (504) 838-9903
     E-mail: moghis@connicklaw.com

*Counsel for Defendant Jefferson Parish*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   /s/ J. Michael DiGiglia
     Ernest P. Gieger, Jr. (6154)
     John E. W. Baay (22928)
     J. Michael DiGiglia (24378)
     Nicholas S. Bergeron (37585)
     Blaise Chadwick Hill (*pro hac vice*)
     Gieger, Laborde & Laperouse, L.L.C.
     Hancock Whitney Center
     701 Poydras Street, Suite 4800
     New Orleans, Louisiana 70139
     Telephone: (504) 561-0400
     Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on June 6, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

By:   /s/ Michael C. Mims