UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** **Plaintiffs** VERSUS **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** **Defendants** | **CIVIL ACTION** **NO. 19-11133, c/w 19-14512** **SECTION: "E" (5)** **JUDGE: Morgan** **MAGISTRATE JUDGE: North** |

### DECLARATION OF JOHN H. PAUL IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE H$_2$S EMISSIONS OPINIONS OF JOSE SANANES

I, John H. Paul, hereby declare as follows:

1. I am a Principal of the law firm Beveridge & Diamond, P.C., and am duly admitted to practice *pro hac vice* before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of Defendants' Motion to Exclude H$_2$S Emissions Opinions of Jose Sananes. I am fully familiar with the facts set forth herein.

3. A true and correct copy of the Second Supplemental Expert Report of Jose Sananes, Evaluation of Jefferson Parish Landfill Gas Emissions, dated February 16, 2024, is attached hereto as Exhibit 1.

4. A true and correct copy of excerpts of the Transcript of Afternoon Session Trial on Causation/Daubert Hearing Day 2, dated January 31, 2022, is attached hereto as Exhibit 2

5. A true and correct copy of excerpts of the Transcript of Morning Session Trial on Causation/Daubert Hearing Day 2, dated February 1, 2022, is attached hereto as Exhibit 3.

6. A true and correct copy of excerpts of the transcript of the deposition of Kris Carlson, taken on January 17, 2024, is attached hereto as Exhibit 4.

7. A true and correct copy of excerpts of the transcript of the deposition of Jose Sananes, taken on April 10, 2024, is attached hereto as Exhibit 5.

8. A true and correct copy of Plaintiffs' First Amended Disclsoure of Expert Witnesses in the General Causation Phase, dated January 7, 2022, is attached hereto as Exhibit 6.

9. A true and correct copy of excerpts of the transcript of the deposition of Nestor Soler, taken on June 28, 2021, is attached hereto as Exhibit 7.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York this 6th day of June, 2024.

                                                                                  /s/ John H. Paul
                                                                                   PRINCIPAL