# SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES

# EVALUATION OF JEFFERSON PARISH LANDFILL GAS EMISSIONS

## AVONDALE, LOUISIANA – JEFFERSON PARISH

Jose Sananes PE (NJ and NY)
Principal, Ramboll Americas Engineering Solutions, Inc.
February 16, 2024



SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

## CONTENTS

| | | |
|---|---|---|
| 1. | QUALIFICATIONS | 3 |
| 2. | FACTS AND DATA CONSIDERED | 4 |
| 3. | LIST OF PUBLICATIONS | 5 |
| 4. | LIST OF DEPOSITION OR TRIAL TESTIMONY | 6 |
| 5. | BASIS OF COMPENSATION | 7 |
| 6. | SUMMARY OF OPINIONS | 8 |
| 6.1 | Landfill Gas and Leachate Management Problems and Issues | 8 |
| 6.2 | Ramboll's November 2019 Inspection and Gas Characterization | 10 |
| 6.3 | Estimation of Landfill Gas Generation and Emissions | 10 |
| 6.4 | Standards of Care Applicable to Landfill Owners and Operators | 13 |
| 6.5 | Breaches of Standards of Care by Defendants in this Case | 14 |
| 7. | EXHIBITS USED TO SUMMARIZE OR SUPPORT OPINIONS | 17 |
| 8. | DESCRIPTION OF REPORT | 18 |
| 8.1 | Scope and Purpose | 18 |
| 8.2 | Limitations | 18 |
| 9. | BACKGROUND | 19 |
| 9.1 | Site Location and Description | 19 |
| 9.2 | Summary of Landfill Operations | 19 |
| 9.3 | Summary of Landfill Gas and Leachate Management Problems and Issues at the Site | 20 |
| 10. | RAMBOLL'S NOVEMBER 4-8, 2019 INSPECTION AND GAS CHARACTERIZATION REPORT | 24 |
| 11. | EVALUATION OF LANDFILL GAS GENERATION, GAS AND LEACHATE COLLECTION SYSTEMS, AND EMISSIONS | 26 |
| 11.1 | Previous Landfill Gas System Evaluations | 26 |
| 11.1.1 | 2017 Landfill Gas Collection and Control Plan – Golder Associates24F | 26 |
| 11.1.2 | 2018 Landfill Gas System Assessment – CEC26F | 27 |
| 11.1.3 | 2019 High BTU Landfill Gas Utilization Plan – CEC28F | 29 |
| 11.1.4 | 2019 Assessment of Jefferson Parish Landfill Gas Field – CEC and River Birch30F | 31 |
| 11.2 | Leachate Saturation within JP Landfill Areas | 32 |
| 11.2.1 | Summary of the Landfill Gas and Leachate Management at the Site | 34 |
| 12. | LANDFILL GAS GENERATION MODELING FROM SOLID WASTE | 37 |
| 12.1 | Methods for Estimating Landfill Gas Generation from Solid Waste | 37 |
| 12.1.1 | Composition of Landfill Gas | 37 |
| 12.1.2 | Rate of LFG Generation | 38 |
| 12.2 | Application of the LandGEM Model to Estimate $H_2S$ Generation from Solid Waste at the JPL Site | 39 |
| 12.2.1 | Waste Acceptance | 39 |

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

| | | |
|---|---|---|
| 12.2.2 | Selection of the Kinetic Constant k | 40 |
| 12.2.2.1 | Factors Affecting the K Value | 40 |
| 12.2.2.2 | Selected K Value for the JPL Site | 41 |
| 12.2.3 | Selection of the Methane Potential Lo for the JPL Site | 41 |
| 12.2.4 | $H_2S$ Concentration for each Landfill Phase | 41 |
| 12.3 | Results of the Application of the LandGEM Model to Estimate $H_2S$ Generation from Solid Waste | 42 |
| **13.** | **ESTIMATED COLLECTION EFFICIENCIES** | **43** |
| **14.** | **ESTIMATED EMISSIONS** | **48** |
| 14.1 | $H_2S$ Generation from Spent Lime Operations | 48 |
| 14.2 | $H_2S$ Fugitive Emissions | 48 |
| **15.** | **STANDARDS OF CARE APPLICABLE TO LANDFILL OWNERS AND OPERATORS** | **50** |
| 15.1 | Federal and State Design, Operation and Monitoring Requirements | 50 |
| 15.2 | Ideal Conditions for Hydrogen Sulfide Generation | 52 |
| 15.3 | Best Management Practices (BMP) for Hydrogen Sulfide in Landfills | 53 |
| 15.4 | Selected Cases of Hydrogen Sulfide Generation at Landfills | 56 |
| **16.** | **BREACHES OF STANDARDS OF CARE BY DEFENDANTS IN THIS CASE** | **58** |
| 16.1 | General | 58 |
| 16.2 | Defendants' Role on the Design, Operation and Maintenance of JPLF | 58 |
| 16.3 | Breaches of Standard of Care by Defendants | 60 |
| **17.** | **REFERENCES** | **66** |

## APPENDICES

Exhibits

Appendix A:   Curriculum Vitae of Jose Sananes

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 1. QUALIFICATIONS

[1] My name is Jose Sananes Sangros, and I am a Principal at Ramboll Americas Engineering Solutions, Inc. ("Ramboll"). Ramboll is an international engineering and consulting company founded in Denmark in 1945. Ramboll currently employs approximately 16,500 professionals around the globe, providing services in the areas of Environment & Health, Water, Energy, Buildings and Transport, among others. A current copy of my curriculum vitae, including a list of cases in which I have testified in depositions previously, is attached as Appendix A. Other than in relation to this case, I have not testified as an expert, either in trial or at a deposition, during the last four years.

[2] I received my bachelor's degree in civil and environmental engineering in 1994 from Rutgers University in New Brunswick, New Jersey and, in 1996, I received my master's degree in civil and environmental engineering from the University of Illinois in Urbana-Champaign. I have held a professional engineering license in the State of New Jersey since 2001 and in the State of New York since 2007. With over 25 years of experience in geo-environmental engineering, I have led, or contributed to, the investigation, design and implementation of numerous large-scale geo-environmental engineering projects. In reference to my solid waste experience, it includes landfill permitting; landfill investigations, assessments and remediation; landfill gas and leachate generation, control and treatment; landfill closure and post-closure care; and landfill redevelopment. I have led, or participated in, landfill projects in the United States, Latin America, China, and Australia.

[3] I am submitting this expert report at the request of Whiteford, Taylor & Preston, LLP (WTP) in connection with the *Addison* Martzell, Bickford & Centola in connection with the *Ictech-Bendeck* cases.[1] During the preparation of this report, I was assisted by engineers and scientists who work at Ramboll and have relevant knowledge and expertise relating to the technical matters in question. Their names are listed below:

- Nestor Soler, P.E.
- Christopher Buzgo, Ph.D.
- Barry Schnorr
- Emily Ireland

[4] These scientists and engineers provided assistance in screening, reviewing and evaluating certain case documents. Their technical assistance was also directed toward specific engineering evaluations, which I needed to confirm relevant information. As such, I carefully reviewed, and assume responsibility for, all the technical information that they processed and provided to me. Finally, I attest that all technical observations, opinions, and conclusions provided in this report are mine and that I hold them to a reasonable degree of scientific certainty.

---

1 Frederick Addison et al. v. Louisiana Regional Landfill Co., et al., Civ. Action No.19-1113 and 19-14512, and Elias Jorge ("George") Ictech-Bendeck et al. v. Waste Connections Bayou, Inc., Civ. Action No. 18-7889, E.D.La.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 2.    FACTS AND DATA CONSIDERED

[5]    In preparing this report, I considered documents produced by the parties in this case, documents publicly available on the website of the Louisiana Department of Environmental Quality ("LDEQ"), and other documents cited below and in Ramboll's 2019 site inspection report, Ramboll's January 28, 2021 Expert Report ("Expert Report", Ramboll's June 16, 2021 Expert Rebuttal Report ("Rebuttal Report"), and Ramboll's August 27, 2021 Supplemental Report to the Expert Report ("Supplemental Expert Report"). These documents include, among other things, general information about the Jefferson Parish landfill (JPLF); reports written by other consultants; inspection reports completed by, or on behalf of, the JPLF, Jefferson Parish, and/or LDEQ; landfill gas (LFG) collection system (LFGCS) measurements; emails; and waste disposal records for the facility. The documents relied upon for this report are listed in Sections 8 of the Expert Report and the Rebuttal Report and **Section 17** of this report. In preparing this report I also relied on various EPA Guidance documents and other documents relating to industry standards and best practices,[2] regulations and literature sources identified below, as well as my own professional knowledge, experience, and expertise concerning solid waste landfills and the various issues discussed in this report.

---

[2]   In this case, "best practices" concerning odor control, and the leachate and gas collection systems which are essential to odor control, are particularly relevant because paragraph II(B)(5)(H) (Phase IV-A Operations) in the Scope of Services in the Agreement Section of the Contract between Jefferson Parish and IESI Louisiana Landfill Corporation, the predecessor in interest to Waste Connections, who assumed that contract, obligates Waste Connections to "implement a comprehensive odor control plan that includes both operational best management practices and odor control systems." In my experience, the purpose of emissions and odor controls is both for the health and safety of landfill personnel and of persons inhabiting neighboring properties.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 3.    LIST OF PUBLICATIONS

[6]    Within the last ten years, I have co-authored the following technical presentations:

- Risk Management: Developing Protective, Cost-Effective Remedies for the LCP-Chemicals Site within the Context of a Facilitated Feasibility Study Process (co-author, poster presentation). Battelle, Dallas, TX (February 2013).

- Designing an Environmental Remedy for Chromium in Sediments of the Lower Hackensack River, Jersey City, New Jersey (co-author). Battelle, Dallas, TX (February 2013).

- Design Considerations for Thin-Cover Placement at a Saltwater Estuary, Brunswick, Georgia (co-author). Battelle, New Orleans, LA (January 2015).

- Implementing a Capping Remedy for Chromium in Sediments of the Lower Hackensack River, Jersey City, New Jersey (co-author). Battelle, New Orleans, LA (January 2015).

- Long-Term Monitoring of Remedy Effectiveness for Study Area 7 in Upper Newark Bay, USA (co-author). Battelle, New Orleans, LA (January 2015).

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 4.   LIST OF DEPOSITION OR TRIAL TESTIMONY

[7]     Other than in relation to this case, I have not testified as an expert, either in trial or at a deposition, during the last four years.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 5.    BASIS OF COMPENSATION

[8]     Ramboll is being compensated on a time and materials basis for my time at the rate of $247.50 per hour for deposition and trial testimony; Ramboll charges 1.5 times my standard hourly rate.

[9]     Both I and Ramboll are independent environmental consultants in this matter. Neither I, Ramboll, nor any of its employees or subcontractors has any interest in the outcome of this matter. Our fees are not contingent upon the opinions expressed herein, and none of us has any financial interest in the outcome of this case

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 6.   SUMMARY OF OPINIONS

[10]   The following paragraphs: (a) summarize the main opinions detailed in Ramboll's January 28, 2021 Expert Report, Ramboll's June 16, 2021 Expert Rebuttal Report, and Ramboll's August 27, 2021 Supplemental Report; and (b) describe how previously identified operational and maintenance deficiencies at the JP Landfill are inconsistent with the standard of care, industry standards and best management practices to control hydrogen sulfide generation and emissions at solid waste disposal facilities.

## 6.1   Landfill Gas and Leachate Management Problems and Issues

[11]   Before and during the relevant period (July 1, 2017 – December 31, 2019), the landfill gas and leachate management systems at the JPL Site were either non-performing or were inefficiently operated and improperly maintained, requiring significant infrastructure improvements to correct LFG and leachate extraction deficiencies (Golder 2017; CEC 2018; CEC 2019; River Birch, 2019). These deficiencies caused increased gas emissions and odors of the nature complained of by the Plaintiffs in this case as determined by the U.S. District Court of the Eastern District of Louisiana[3]. In fact, the LFG recovery data for Phases IIIA, IIIB, and IVA provided by Golder (Golder, 2017) indicate that the efficiency of the LFG collection systems for these landfill areas had been decreasing over time since 2011.

[12]   Deficiencies include, among others, inadequate numbers and placement of gas collection wells to provide complete coverage of the landfill surface, and inadequate capacity of leachate collection to prevent leachate to accumulate within the landfill (CEC, 2018).

[13]   The leachate collection system at JPL was designed to avoid liquid accumulation above the bottom of the landfill. However, during the period between 2016 and 2019, numerous inspection reports indicated deficiencies in leachate collection that allowed significant leachate mounds to be generated in all of the landfill phases, and consultants for the Parish recommended rehabilitating both the leachate and the LFG extraction system.

[14]   Between 2009 and 2019, more than 1,600 leachate level measurements have been made by the Parish's consultants and contractors (including Shaw Environmental, CB&I, CEC, and APTIM) in more than 240 LFG wells to determine the amount of liquid (leachate) in the waste media. While each landfill cell could be envisioned as an individual waste container with soil layers enclosing the waste, the more than 240 LFG extraction wells at the JPL Site have breached these soil layers and the perforations of each landfill cell have hydraulically connected the waste layers, allowing liquid to move between cells. Because of this hydraulic connectivity, leachate measured in the gas wells is representative of saturated leachate mound elevations generated within the landfill media rather than leachate levels in individual gas wells.

[15]   The August 2018 CEC and 2019 River Birch assessments clearly document the inadequacy of the landfill gas collection system and significant deficiencies in liquid (leachate) collection in the landfill, which contribute to $H_2S$ gas emissions and site odors. In fact, CEC found that the leachate within the landfill media reached levels that block, to varying degrees, the screens of

---

3   Findings of Fact and Conclusions of Law for Case 2:19-cv-11133-SM-MBM Document 323, Addison v. Louisiana Regional Landfill et al., Civil Action No. 19-11133 c/w 19-14512, and

    Elias Jorge ("George") Ictech-Bendeck et al. v.Waste Connections Bayou, Inc., Civ. Action No. 18-7889, c/w 18-80741, 18-8218, 18-9312).

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

the LFG extraction wells and impeded collection of the gas that was being generated, which in turn allowed this gas to be emitted to ambient air as fugitive emissions. Ultimately, CEC concluded that the landfill was wet, with subsurface liquids impacting the limited pathways of available LFG recovery, contributing to $H_2S$ gas emissions and site odors. CEC noted significant deficiencies in the maintenance and operation of the landfill gas condensate and leachate collection pumping systems and provided numerous recommendations to improve them. River Birch reported improper construction and maintenance of the new infrastructure as part of the Parish's attempt to correct a multitude of historical operational problems.

[16]    In May 2019, CEC proposed that the LFG extraction system be rehabilitated in stages to achieve higher collection efficiencies. The significant and costly rehabilitation plans proposed to extract LFG from the different landfill phases indicate the magnitude of the deficiencies in the collection of landfill gas at JPL Site, deficiencies which have resulted in high emissions of $H_2S$ gases generated within the landfill media.

[17]    Because of high leachate levels, the original leachate collection system was modified by installing pneumatic pumps within the gas extraction wells to vertically withdraw leachate that was saturated within the landfill media. By reducing leachate levels, this modification improved LFG extraction as more well screen is available for the additional unsaturated zone that is created by the leachate pumps, as illustrated in **Exhibit 1**.

[18]    Operational issues related to the gas collection system wells historically reported in numerous field inspection, field monitoring, and maintenance and operation reports included high vacuum pressure at the extraction wells, high leachate levels, limited gas flow, distressed vegetation around wells, damaged or missing components, and detection of LFG odors and $H_2S$.

[19]    Operational deficiencies relating to the leachate collection and landfill gas condensate management systems historically reported in numerous field inspection, field monitoring, and maintenance and operation reports included drainage issues on the condensate sumps, leachate and landfill gas leaks, plugged conveyance lines, detection of LFG odors and $H_2S$, and damaged or missing components.

[20]    Because of the deficient condition of the LFG extraction system (including elevated leachate levels and inadequate number of LFG extraction wells), the most significant sources of emissions were:

(a)    area source emissions resulting from the poor collection efficiency of the LFG extraction system due to the ineffectiveness of the leachate collection system to manage liquids; and

(b)    $H_2S$ gas emissions from placing sulfur containing materials, such as solidified liquid waste, spent lime and construction and demolition debris (C&D), in Phase IVA.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

## 6.2      Ramboll's November 2019 Inspection and Gas Characterization

[21]   Ramboll's November 4 to 9, 2019 field sampling and monitoring activities[4] demonstrated the presence of relatively high methane concentrations in some locations in all phases of the landfill, which indicated that:

(a)   there was active anaerobic biodegradation of waste in all areas of the landfill;[5] and

(b)   the existing landfill gas collection system was either nonperforming, or was ineffectively operated and inadequately maintained, resulting in high uncontrolled LFG emissions (including $H_2S$) from the site, especially at Phase IVA.

[22]   Mapping of pressure, oxygen, and the combination of oxygen and carbon dioxide monitoring data collected by Ramboll on November 4 to 9, 2019, indicate an ineffective operation of the landfill gas collection system.

[23]   While typical sulfate-rich waste streams had been historically deposited in certain areas of each landfill phase, mapping of $H_2S$ monitoring data collected in November 4 to 9, 2019, indicates that Phase IVA received very substantial deposits of a unique sulfate-rich waste stream (spent lime) that had resulted in significantly higher $H_2S$ generation from solid waste placed in this area, with concentrations of $H_2S$ in landfill gas at least ten times higher than the concentrations in other landfill areas.

## 6.3      Estimation of Landfill Gas Generation and Emissions

[24]   The LandGEM model, developed and approved for use for regulatory purposes by the US Environmental Protection Agency (EPA, 2005a), is an extensively used, widely accepted and appropriate model to estimate the generation of LFG (and its constituents, including $H_2S$) due to the degradation of waste (other than the sulfur-rich spent lime and fly ash) placed in the JPLF.[6] The model estimated that this $H_2S$ generation was as set forth in columns 2 and 3 on **Exhibit 2**.

[25]   For the purpose of estimating the generation of hydrogen sulfide from solid waste (other than from sulfate-rich spent lime or fly ash placed in Phase IVA), an average $H_2S$ concentration was calculated for each landfill phase (other than Phase IVA) based on measurements taken by Ramboll in November 2019, as presented in **Exhibit 3**.

[26]   For Phase IVA, where the waste placed included spent lime and related wastes, instead of an average $H_2S$ concentration based on measurements taken in November 2019, which were abnormally high, I assumed that the average $H_2S$ generated from solid wastes placed in

---

4   Through counsel, Plaintiffs had previously been seeking access to the Landfill for nearly one year to make these measurements, during which time, discovery has revealed, numerous changes and improvements to the Landfill had been made in an attempt to reduce $H_2S$ emissions.  Specifically, in May 2019, CEC stated "LFG system improvements made in 2019 included significant upgrades to the gas well dewatering infrastructure" (CEC 2019)

5   Several of Defendants' experts questioned whether the conditions necessary for the production of $H_2S$ exist at the JPLF. (e.g., Marshall, 2021, p. 12; Stutz 2021, p. 50). The presence of $H_2S$ (and, in Phase IVA, amounts of $H_2S$ far in excess of that ordinarily expected from a normal MSW landfill) conclusively demonstrate the existence of these conditions.

6   As described more fully herein, I used the LANDGEM model to estimate the $H_2S$ generated from the JPLF not including the $H_2S$ generated by the sulfur-rich spent lime and fly ash. A colleague, Dr. Jaana Pietari, also used the principles of biodegradation embodied in the LANDGEM model to estimate the $H_2S$ generated from the spent lime and solidified waste. Ultimately, I added the $H_2S$ generated from "spent lime and solidified waste" estimated by Dr. Pietari to the $H_2S$ generated from traditional MSW, which I estimated, in order to arrive at total estimated $H_2S$ emissions from the JP Landfill. Both Dr. Pietari and I used very conservative parameters and values so that our estimates are, in my opinion, at the low range of reasonable $H_2S$ estimations.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

Phase IVA (other than sulfate-rich spent lime or fly ash) was equivalent to that of Phase IIIB or 56.5 ppm. This assumption ensures that the $H_2S$ contribution from non-municipal solid waste, such as the sulfate-rich spent lime and fly ash waste streams, was not double-counted.

[27]   The methodology used to estimate landfill gas generation and collection efficiencies at the JPL Site is reasonable given the saturated conditions of the landfill. Consultants for the Parish working extensively in the JPL Site did not perform field tests to estimate site-specific ROIs and gas generation (e.g., through vacuum testing) or define surface emissions (e.g., through flux chamber testing)[7]. Given the scope and duration of vacuum tests and the scope and number of flux chamber tests required to address spatial and temporal variations, Ramboll did not perform these tests and relied on site-specific knowledge from these consultants. Further, since the LFG zones of capture were significantly impacted by high leachate levels, the CEC method of using ROIs to determine collection efficiency (and therefore estimate emissions) was most relevant and appropriate. This is further supported by the fact that the Parish relied on this simplified method as the basis for rehabilitating / redesigning the underperforming LFG extraction system (as shown in Exhibits 4a and 4b). CEC stated that the "*solution to preventing the gaps in the ROI coverage is to increase the wellfield density*" (CEC 2019). Exhibit 4a presents the "*ROIs after CEC's recommended LFG system expansion are completed*" (CEC 2019). Exhibit 4b presents an overlay of the original LFG collection system design for Phase IVA (Golder 2017) with the LFG collection system installed between 2018 and 2020 in Phase IVA as designed by CEC (CEC 2019). As shown in Exhibit 4b, the original design of the LFG collection system contemplated installation of 27 vertical LFG extraction wells in Cells 20 and 21 of Phase IVA, of which 22 were installed between 2018 and 2019. However, due to the deficiencies of the LFG collection system identified by CEC (CEC 2018, CEC 2019), in 2020 it was expanded by 32 vertical LFG extraction wells to a total of 54 vertical wells, which is twice the number of vertical extraction wells initially proposed. In addition, 14 horizontal wells, none of which were in the original LFG collection system design, were installed in Cells 20 and 21.

[28]   For Phase IVA, I used Dr. Pietari's estimations of $H_2S$ generation that is attributable to the spent lime and C & D waste, as set forth in columns 4 and 5 on **Exhibit 2**. In my opinion, Dr. Pietari's estimations are appropriate and conservative (i.e., they underestimate the $H_2S$ generated by the sulfate-rich waste) because $H_2S$ generated from the following sulfate-containing waste was not accounted for:

(a)   any spent lime that may have also been disposed as boiler blowout;

(b)   construction and demolition debris that was likely disposed at the Jefferson Parish Landfill after 2015 when it was last formally reported to LDEQ;

(c)   other "special wastes" that were disposed at the same time as the spent lime, which likely contributed to sulfate and sulfur; and

---

7   While limited flux chamber testing and surface emission monitoring have been performed at the JPL Site, these have not been conducted in a manner that address known limitations with these tests and, therefore, could not be relied on to estimate emissions (refer to Section 13).

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

    (d)     fly ash, which also contains sulfur and sulfate, used as a solidification agent when spent lime was not available. (Pietari, 2021).

[29]    The resulting estimate of total $H_2S$ generated by the Jefferson Parish Landfill as set forth in columns 6 and 7 of **Exhibit 2** is conservative (i.e., it underestimates actual $H_2S$ generated during the relevant time period).

[30]    Gases generated at the site that are not captured by the LFG extraction system are considered fugitive emissions. The collection efficiency of the LFG system was conservatively and appropriately estimated using data generated by the Parish's consultants, Carlson Environmental Consultants, in its 2018 report. As a result of the inadequacy of the landfill gas collection system and significant deficiencies in liquid (leachate) collection in the landfill, which resulted in high leachate levels, the collection efficiency of the LFG system in Phase IVA ranged from 0% to 17.3% during the relevant period, as set forth in column 8 of **Exhibit 2**. As shown in **Exhibit 5**, with the presence of high leachate levels, the zone of capture is drastically reduced as the liquid effectively blocks the screen and gas cannot be recovered.

[31]    Subtracting the $H_2S$ collected by the gas collection system at the landfill from the total $H_2S$ generated appropriately estimates the $H_2S$ emitted into the atmosphere (as fugitive emissions) during the relevant time period, as set forth in columns 9 and 10 of **Exhibit 2**.

[32]    LFG is continuously generated within a landfill, where pressure will build up until the gas can migrate vertically to the atmosphere or laterally to preferential pathways and surrounding subsurface media. Where there is an effective barrier to vertical flow (e.g., partial capping system), LFG will migrate horizontally until it finds an area of less resistance where it can migrate vertically to the atmosphere if not extracted by a gas collection system.

[33]    While certain types of soil cover can reduce or attenuate $H_2S$ emissions, in Phase IVA it was negligible because of the type, conditions, and placement of daily and interim daily covers. Inspection reports, notices of violations, and other landfill documentation reveal serious operational deficiencies in complying with the permit requirements for covers in Phase IVA, including deficient or incomplete placement of cover materials.

[34]    Emissions estimated from the JPL Site are conservative (i.e., they underestimate the emissions) because they do not account for:

    (a)     emissions from multiple point sources resulting from numerous construction, operation, and maintenance issues associated with the gas extraction and leachate collection systems;

    (b)     emissions from the side slopes of the landfill phases, where there is no active gas collection; and

    (c)     the numerous wells that did not capture any LFG at various times during which they were documented to be under positive pressure. LFG extraction wells under positive pressure cannot effectively collect gas and, therefore, capture zones around these wells are exceptionally limited, an operational condition that decreases collection efficiency.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

## 6.4    Standards of Care Applicable to Landfill Owners and Operators

[35]    The standard of care requires, among other items, compliance with all applicable federal and state statutes and regulations and contractual requirements. Many of the Louisiana requirements were not complied with by the JP Landfill owner and operator and contributed to the fugitive emissions. For example,

(a)    As evidenced by the nature of complaints by the Plaintiffs in this case, as well as numerous other residents of the affected areas, and as detailed in **Sections 11.1.2 and 13**, the daily and interim covers placed in Phase IVA did not meet the requirement of LAC 33:VII.711.B.2.a.v to mitigate noxious odors and outward movement of gases.

(b)    The Defendants failed to use best management and engineering practices to control odors as required by LAC 33:VII.711.B.3.a, as evidenced by the measurements of gases and odors at and off the site and the nature and frequency of complaints by the Plaintiffs and others in this case.

(c)    Waste Connections did not "*implement a comprehensive odor control plan that included both* operational *best management practices and odor control systems"* or comply with the other provisions of Section II.B.5.H of its contract with Jefferson Parish.

(d)    As detailed in **Sections 11.1.2 and 11.1.4**, a significant portion of the leachate collection system equipment, including pumps within the gas wells, was inoperable and need of replacement or repair for extended time periods thereby not meeting the requirements of LAC 33:VII.711.B.3.e.iii. This condition was also documented in the LDEQ inspection reports. Further, as indicated in **Section 11.2**, measured leachate levels are so high within the waste media that the gas wells, the bottom of which are 10 feet above the bottom liner system, are inundated.

(e)    As documented by the JP Landfill consultants, the absence or malfunctioning equipment indicated a failure to provide or maintain adequate equipment at the JP Landfill to meet the landfill's operational needs as required by LAC 33:VII.711.B.4.

[36]    Waste Connections violated its own internal "*minimum standards and expectations of Waste Connections landfills*," describing in internal communications[8] its "*leachate management practices and gas management practices that are simply not best practices.*" These communications also indicate that if the "*site is experiencing odors or odor complaints from neighbors that is unacceptable*" and define their goal "*to keep less than 12 inches of leachate stored in any sump*;" neither of these two goals was routinely achieved.

[37]    Favorable conditions conducive to the generation of hydrogen sulfide in landfills have been recognized by the waste management industry for well over two decades. The standard of care and the obligation to use best management practices in the control of odors entails that the Defendants, with the assistance of their consultants, assess these conditions during the planning phase and prior to the disposal of spent lime in a MSW landfill area and prior to implementing the stabilization of liquid waste and sludge using spent lime, which started in October 2016 in Phase IVA. There is no documentation available to indicate that the

---

8   WC_JPLF_00415277

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

Defendants or their consultants conducted any evaluation to address and control hydrogen sulfide generation and emissions based on the above conditions, specifically in terms of preventing mixing spent lime with MSW. In fact, internal email correspondence[9, 10, 11] from Waste Connection indicates the opposite specifically Waste Connections' knowledge that the neighboring River Birch Landfill stopped accepting liquid waste requiring solidification in around mid-June 2016 due to odor complaints and adverse impacts to their landfill gas production.

[38]    The Solidification Plan prepared by the JP Landfill did not incorporate most BMPs to minimize or control $H_2S$ generation and/or emissions. Notably, there was no segregation of waste processed during the liquid waste and sludge stabilization process using spent lime from the MSW in Phase IVA or use of specifically designed isolated areas to mitigate odors from handling the sulfur containing materials. Additionally, the timely installation of the landfill gas collection system was neglected, and, even when implemented, it did not specifically account for the location of different waste types, particularly the spent lime. Moisture control measures were not implemented, the capping system was deficient, and there was insufficient consideration of SRB inhibitors or other effective controls for waste odors.

[39]    The standard of care required the Defendants to have been aware of landfills that accepted sulfate containing materials and had subsequent odor issues before 2016. However, no considerations or proactive measures were taken by the JP Landfill to mitigate the potential for hydrogen sulfide emissions, drawing from the experience provided by historical cases.

## 6.5    Breaches of Standards of Care by Defendants in this Case

[40]    The Landfill Owner, engineers and/or operator(s) in this case breached the standards of care in the following manners:

(a)    They failed to ensure that the landfill gas collection and leachate collection systems were properly designed, constructed, operated, and/or maintained in order to prevent the formation and emission of noxious odors or to collect and treat such odors, and failed to take corrective action, thereby causing noxious odors to escape the landfill and harm neighboring individuals.

(b)    They did not ensure that the landfill gas collection and leachate collection systems were being operated and maintained properly. Specifically,

i.    Jefferson Parish failed to ensure that Waste Connections, its landfill operator, operated and maintained the landfill gas collection and leachate collection systems so as to prevent noxious odors from escaping from the landfill, foreseeably affecting neighboring individuals.

ii.    Waste Connections, the operator and manager of the landfill responsible for the Phase IVA landfill construction and its leachate collection system, did not operate and maintain the landfill leachate collection system so as to prevent leachate buildup within the landfill. This failure resulted in adverse impacts to the gas

---

9   WC_JPLF_00260849

10   WC_JPLF_00270624

11   WC_JPLF_00271367

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

collection system, which in turn caused noxious odors to escape from the landfill, foreseeably affecting neighboring individuals. Furthermore, given the deficiencies in the leachate and gas collection systems, Waste Connections did not undertake other odor control measures to ensure that noxious odors did not escape from the landfill, foreseeably harming neighboring individuals.

iii.     Aptim, the operator of the landfill gas collection system, failed to ensure that it was operated and maintained so as to prevent noxious odors from escaping from the landfill, foreseeably affecting neighboring persons.

(c)     They failed to ensure the improperly designed, maintained, or operated landfill gas collection and leachate collection systems were remediated (i.e., repaired, replaced or enhanced) in a timely manner. Specifically,

i.     Waste Connections did not adequately inform Jefferson Parish or ensure that Jefferson Parish remediated the improperly designed, maintained or operated landfill gas collection and leachate collection systems.

ii.     Jefferson Parish did not promptly remediate the improperly designed, maintained or operated landfill gas collection and leachate collection systems in a timely manner.

iii.     Aptim did not adequately inform the Jefferson Parish or ensure that Jefferson Parish remediated the improperly designed, maintained or operated landfill gas and leachate collection systems.

(d)     Waste Connections and Jefferson Parish accepted sulfur-containing materials without considering BMPs for controlling gas fugitive emissions and without implementing a proper and effective odor control plan, despite having firsthand knowledge of the issues experienced by River Birch with this same material (refer to **Section 6.4**) or its own experience with the disposal of other sulfur-containing materials (e.g., coal combustion residuals or CCR) since at least October 2016[12, 13] (refer to **Section 16.3**).

i.     Jefferson Parish and Waste Connections co-disposed sulfur-containing materials, such as spent lime, with MSW, which have the well-known reasonably foreseeable potential to generate noxious odors that would escape the landfill and affect neighboring individuals.

ii.     As indicated in **Section 6.4**, the neighboring River Birch Landfill stopped accepting the liquid waste requiring solidification in around mid-June 2016 due to odor complaints and impacts to their landfill gas production[14, 15, 16].

iii.     In email correspondence to prospective clients[17] and accompanying 2016-2017 brochure titled "Safe Reliable and Cost-Effective CCR Disposal," Waste

---

12   WC_JPLF_00523445-450

13   WC_JPLF_00523182-218

14   WC_JPLF_00260849

15   WC_JPLF_00270624

16   WC_JPLF_00271367

17   WC_JPLF_00523445-446

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

Connections presents itself as a leader in the management of CCR,[18] a sulfur-containing material category that includes fly ash, bottom ash, slag, and flue gas desulfurization waste, such as the spent lime in this case. Since at least October 2016, when Waste Connections received a presentation on "Energy Waste (CCR) Disposal in Subtitle D Landfills"[19], it has been aware of the challenges for MSW landfills handling CCRs. This document specifically outlined considerations for MSW landfills that may receive CCRs that included, among others, the generation of odors through the conversion of sulfate and sulfites in flue gas desulfurization waste into hydrogen sulfide which can cause problems. This document concluded that it "*helps to not comingle CCRs with MSW*."

iv.   Given that (1) sulfur-containing materials were disposed or processed within the MSW landfill area without waste segregation by physical containment (e.g., isolated cell), (2) the JP Landfill is a municipal landfill containing organic waste, (3) the JP landfill had historical serious problems in controlling leachate levels and (4) there was no gas collection system in place in Phase 4A to collect any landfill gases that were generated prior to the spring of 2019, the Jefferson Parish and Waste Connections should have refused to allow the disposal of spent lime in the JP Landfill.

---

18  WC_JPLF_00523447-450

19  WC_JPLF_00523182-218

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 7. EXHIBITS USED TO SUMMARIZE OR SUPPORT OPINIONS

[41]     Following is a list of the exhibits used to summarize and support my opinions:

- Exhibit 1: Figure 2 of the Rebuttal Report: Typical Dual LFG-Leachate Extraction Well-Under Pumping Conditions

- Exhibit 2: Table 2 of the Supplemental Expert Report: Phase IVA $H_2S$ Monthly Emissions based on TRC $H_2S$ Concentrations

- Exhibit 3: Table 5-14 of the prior Expert Report: Average $H_2S$ Concentrations for Waste-In-Place

- Exhibit 4a: Projected Radii of Influence after Completion of CEC's recommended LFG System Expansion

- Exhibit 4b: Comparison of 2017 LFG Collection System Design for Phase IVA with Installed Collection System between 2018 and 2020

- Exhibit 5: Figures 3 and 4 of the Rebuttal Report: Schematic of a Zone of LFG Capture for Dry and Wet Landfills

- Exhibit 6: Figure 4-1A of the Expert Report: Pressure Measurement Mapping Based on Field Data Collected November 2019

- Exhibit 7: Figure 4-1B of the Expert Report: Methane Percentage Mapping Based on Field Data Collected November 2019

- Exhibit 8: Figure 4-1F of the Expert Report: Hydrogen Sulfide Concentration Mapping Based on Field Data Collected November 2019

- Exhibit 9: Figure 4-1G of the Expert Report: Oxygen Percentage Mapping Based on Field Data Collected November 2019

- Exhibit 10: Table 4-1 of the Expert Report

- Exhibit 11: Table 4-2 of the Expert Report: Landfill Gas Extraction Well Configuration (CEC, May 2018)

- Exhibit 12: Figure 3-3 of the Expert Report: Existing Landfill Gas Control System Effective Radius of Influence

- Exhibit 13: Average Landfill Media Liquid Saturation

- Exhibit 14: Table 6-1 of the Expert Report: Estimated Collection Efficiencies

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 8.   DESCRIPTION OF REPORT

## 8.1   Scope and Purpose

[42]   WTP initially retained Ramboll on behalf of plaintiffs in the matter of *Frederick Addison et al. v. Louisiana Regional Landfill Co.*, et al., (E.D. La., Civ. Action No.19-1113 and 19-14512) to conduct a site inspection of and collect landfill gas samples at the Jefferson Parish Landfill site ("JPLF", "Site," "JPLF," "JP Landfill," or "JPLF Site"), an active municipal, industrial, and commercial solid waste landfill located in Avondale, Louisiana on the west bank of the Mississippi River. The landfill gas sampling activities, which were carried out under Ramboll's general supervision, included gas monitoring, sampling, and analysis, which were conducted at the Site between November 4 and 8, 2019 in accordance with Ramboll's October 31, 2019 Landfill Gas Characterization Work Plan (Ramboll, 2019). That work plan was prepared after extensive consultation with the defendants in these cases and with their approval. Ramboll then prepared a report entitled Landfill Gas Characterization Report, a copy of which was attached as Appendix B to the Expert Report, that discusses the activities conducted during the site inspection and the results of that assessment. The landfill gas sampling allowed us to determine average $H_2S$ concentrations in the landfill gas at each of the landfill phases.

[43]   Following completion of those activities, I was asked by WTP to:

(a)   evaluate the operational conditions of the gas extraction system at the Site, including extraction of leachate from gas wells;

(b)   estimate the generation of landfill gas, particularly hydrogen sulfide ($H_2S$), from the biodegradation of solid waste at the JPL Site, excluding the $H_2S$ generated from specific sulfur-containing materials;

(c)   identify $H_2S$ emissions from biodegradation of solid waste within the different areas, or Phases, where waste was disposed at the JPL, again excluding the $H_2S$ generated from specific sulfur-containing materials;

(d)   including the estimation of $H_2S$ generated from sulfur-containing materials by Dr. Pietari, prepare an estimation of total $H_2S$ emissions to be used in an air model by other experts; and

(e)   most recently, opine on the standards of care and best practices applicable to landfill owners and operators of gas and leachate collection systems, particularly in connection with odor control, and any breaches thereof by any parties to this case.

## 8.2   Limitations

[44]   Assumptions made during my evaluation are outlined throughout the report. I have assumed that the information supplied to me accurately documents the facts and circumstances in relation to the technical matters that this report addresses. In my opinion, the documents and information that I relied on are the type of information that an expert in my field would reasonably rely upon in formulating the opinions that I offer in this report. Should additional documents be discovered or produced and the information contained in these documents bear upon any of my technical opinions, I will prepare a supplemental expert report to add to and/or amend my opinions; if so required.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 9.  BACKGROUND

## 9.1  Site Location and Description

[45]  The Jefferson Parish Landfill is an active municipal, industrial, and commercial solid waste landfill located in Avondale, Louisiana on the west bank of the Mississippi River. The Site is located at 5800 Highway 90 West, Westwego, LA, 70094, less than one mile from neighboring residential communities to the north and northeast, and less than 1.5 miles from residential communities to the east (refer to Figure 3-1 of the Expert Report). The Site is oriented on a northeast-southwest axis. It is bound to the northeast by BNSF Railway's railroad lines and to the southwest by Route 90 (though an undeveloped portion of the site extends to the south of Route 90). The property abuts River Birch LLC (a waste disposal facility) to the north, the Route 90 C&D Disposal Facility to the east, and undeveloped land to the southwest, southeast, and south. Sauls Canal borders the property to the north, separating the site from River Birch, LLC. The northeastern and eastern portions of the Site are undeveloped, with five distinct surface water bodies between Live Oak Boulevard and the BNSF Railway railroad lines. A series of canals bisect and border the Site (refer to Figure 3-2 of the Expert Report).

## 9.2  Summary of Landfill Operations

[46]  The Jefferson Parish Landfill has been accepting waste since 1982 and encompasses 346 acres, of which 324 acres have been developed for waste disposal (CEC, 2018). Wastes disposed in the landfill have included, but are not limited to, light industrial wastes, biosolids, coal ash, municipal solid wastes, as well as liquid wastes and spent lime. The landfill operates under a solid waste permit (No. 9-0297-R1) (JPL, 2016a) and Title V Air Quality Permit 7(1340-00140-V7) (Title V, 2016). The Landfill consists of six phases, which are described in the paragraphs that follow.

[47]  Phase I encompasses approximately 75 acres within which 3,338,414 tons of waste were placed beginning in about June of 1982 until about December of 1997. Phase I was permanently capped and an LFG collection system was installed in the spring of 2000 (CEC, 2018). While a perimeter leachate collection system reportedly surrounds Phase I (CEC, 2018), it is not clear when it was installed.

[48]  Phase II encompasses approximately 78 acres within which 2,021,721 tons of waste were placed beginning in about August of 1988 until about October of 1993. Phase II was permanently capped and an LFG collection system installed in the spring of 2000 (CEC, 2018). While a perimeter leachate collection system reportedly surrounds Phase II (CEC, 2018), it is not clear when it was installed.

[49]  Phase IIIA encompasses approximately 73 acres within which 4,441,900 tons of waste were placed beginning in about January of 1998 until about April 2013. Approximately 58 acres of Phase IIIA have a final cover and 15 acres have an interim cover system as they underlie Phase IVA. The leachate collection system was reportedly installed during landfill construction, and the LFG collection system was installed in two phases: 2005 and 2007 (CEC, 2018).

[50]  Phase IIIB encompasses approximately 46 acres within which 2,945,115 tons of waste were placed beginning in about August of 2005 until about May 2013. Approximately 31 acres have

a final cover and 15 acres have only an interim cover as they underlie Phase IVA. The leachate collection system was reportedly installed during landfill construction, and the LFG collection system was installed in two phases: April 2014 and June 2015 (CEC, 2018).

[51]    Phase IVA encompasses approximately 55 acres, within which 2,360,634 tons of waste have been placed through the end of 2019. This phase is currently active. Phase IVA fills the valley between Phases IIIA and IIIB, and overlies 15 acres in each of those two phases (CEC, 2018). As of 2017, waste disposal had taken place over 20 acres comprised of cells 20, 21, and 22, and the remaining 35 acres (comprised of cells 23, 24 and 25) were being constructed or planned for future disposal (Golder, 2017). An LFG collection system was partially installed in cells 20, 21, and 22 beginning in February 2018. The leachate collection system was reportedly installed during landfill construction.

[52]    Phase IVB encompasses approximately 113 acres, which will be used for future landfilling. This phase was permitted in 2004 (CEC, 2018).

## 9.3    Summary of Landfill Gas and Leachate Management Problems and Issues at the Site

[53]    Since 2017, Golder Associates (Golder), Carlson Environmental Consultants (CEC) and River Birch, LLC (River Birch) have prepared reports for Jefferson Parish assessing the landfill gas and leachate collection system at the JPL Site.

[54]    It has been well-documented that the LFG extraction system has been deficient, resulting from the high levels of liquids within the landfill phases. In fact, in 2017, Golder recommended that, prior to installation of new landfill gas extraction wells, the following corrections be implemented:

(a)    installation of horizontal gas collectors in close proximity to the location of the surface emission exceedance;

(b)    removal of water from LFG wells with blocked sections of perforated pipe to increase LFG flow and improve LFG quality; and

(c)    improvements to the gas control system to manage condensate (Golder, 2017).

[55]    The LFG recovery data for Phases IIIA, IIIB, and IVA provided by Golder (Golder, 2017) indicate that the efficiency of the LFG collection systems for these landfill areas had been decreasing over time since 2011. Specifically, according to Golder, from 2011 through 2016, the gas collection efficiency[20] for these phases gradually decreased from 68.9% to 47.5% using the Golder gas generation estimates, and from 29.5% to 19.6% using LandGEM conventional parameters (Golder, 2017).

[56]    The August 2018 CEC assessment clearly documents the inadequacy of the landfill gas collection system and significant deficiencies in liquid (leachate) collection in the landfill. In fact, the leachate within the landfill media reaches levels that blocked to varying degrees the screens of the LFG extraction wells, which were set 10 feet above the landfill's bottom liner.

---

20  Ideally, LFG collection systems should aim to extract LFG at the rate at which it is generated. Since this is not technically feasible (i.e., not all gas can be collected), collection efficiency is defined as the percent of the total gas generated that is collected.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

These high leachate levels impede collection of the gas that is being generated, which in turn allows this gas to be emitted to ambient air as fugitive emissions. CEC concluded that the subsurface liquids impact the limited pathways of available LFG recovery, contributing to gas emissions, and site odors. The data evaluated by CEC indicated that liquid removal has not been successful at the facility as most of the liquid pumps are not in operation or provide minimum liquid withdrawal due to deficiencies in both the landfill gas condensate and leachate collection pumping systems. CEC also noted significant deficiencies in the maintenance and operation of these systems and provided numerous recommendations to improve them. Ultimately, CEC concluded that the landfill is wet, with subsurface liquids impacting the limited pathways of available LFG recovery, contributing to gas emissions, and site odors. Further, CEC identified extremely high concentrations of $H_2S$ in several landfill gas wells of Phase IVA (CEC, 2018).

[57]   In May 2019, CEC proposed that the LFG extraction system be rehabilitated in stages to achieve higher collection efficiencies. The significant and costly rehabilitation plans proposed to extract LFG from the different landfill phases indicates the magnitude of the deficiencies in the collection of landfill gas at JPL Site, deficiencies which have resulted in high emissions of gases generated within the landfill media.

[58]   Because of high leachate levels, the original leachate collection system was modified by installing pneumatic pumps within the gas extraction wells to vertically withdraw leachate that was saturated within the landfill media. By reducing leachate levels, this modification improved LFG extraction as more well screen is available for the additional unsaturated zone that is created by the leachate pumps, as illustrated in **Exhibit 1**.

[59]   It should be noted that the Golder and CEC gas generation estimates are based on biodegradation parameters for conventional landfills and do not account for specific factors applicable to the JPL, as discussed below. Thus, the Golder and CEC gas generation estimates yield lower gas generation rates in the initial phases of waste biodegradation than would have been generated at the JPL.

[60]   On May 22, 2019, River Birch prepared a summary of identified problems at the JPL, with explanations of their potential consequences. These conclusions were based on assessments independently performed in March and April of 2019 by CEC and River Birch on the LFG extraction and leachate collection systems. From this report, it is evident that the LFG extraction system at the JPL Site performs inadequately, not only because of high liquid levels within the landfill media but also because of improper construction and maintenance of the new infrastructure as part of the Parish's attempt to correct a multitude of historical operational problems. These conditions have significantly contributed to gas emissions and odors.

[61]   The information provided by Golder, CEC, and River Birch reveals that, before and during the relevant period (July 1, 2017 – December 31, 2019), the landfill gas and leachate management systems at the JPL Site were either non-performing or were inefficiently operated and improperly maintained, requiring significant infrastructure improvements to correct LFG and leachate extraction deficiencies (Golder 2017; CEC 2018; CEC 2019; River Birch, 2019). These deficiencies caused increased gas emissions and odors of the nature complained of by the Plaintiffs in this case. These reports document that the existing landfill

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

gas and leachate control systems are improperly maintained, antiquated and inadequately sized, and/or non-performing. The U.S. District Court of the Eastern District of Louisiana[21] agreed with these conclusions, stating that "*issues with leachate and the gas collection system in phase 4A were documented in 2018 and 2019*" and that "*the largescale measures to fix these issues did not even begin until November 2018 and were not substantially complete until May 2020*", and concluding that "*odors and emissions from the Landfill occurred during the relevant time period*".

[62]   Deficiencies include, among others, inadequate numbers and placement of gas collection wells to provide complete coverage of the landfill surface, and inadequate capacity of leachate collection infrastructure which allows leachate to accumulate within the landfill (CEC, 2018).

[63]   Deficiencies related to the operation of the LFG extraction and leachate collection systems have been historically reported in other documents reviewed by Ramboll (including numerous field inspection, field monitoring, and maintenance and operation reports) dating back to at least 2013. These documents reveal that:

- Operational issues related to the gas wells have included, but are not limited to, high vacuum pressure at the extraction wells, oxygen concentrations above recommended levels, high leachate levels, limited gas flow, distressed vegetation around wells, damaged or missing components (e.g., liner boot, pump, clamps, seals), elevated surface emission monitoring (SEM) methane measurements, and detections of gas odors and $H_2S$.

- Operational issues related to the leachate collection and landfill gas condensate management systems included, but are not limited to, drainage issues on the condensate sumps, leachate and landfill gas leaks in conveyance lines and/or risers, plugged conveyance lines, detection of LFG odors and $H_2S$, damaged or missing components, elevated SEM methane measurements, and positive pressures at the LFG extraction wells. LFG extraction wells under positive pressure cannot effectively collect gas and, therefore, capture zones around these wells are exceptionally limited, an operational condition that decreases collection efficiency.

[64]   Ramboll mapped concentrations of LFG parameters collected during its November 2019 field sampling and monitoring activities. The presence of relatively high methane concentrations in some locations indicates that (a) there is active anaerobic biodegradation of waste in all phases of the landfill[22]; and (b) that the existing landfill gas collection system was either nonperforming, or was ineffectively operated and inadequately maintained. Moreover, when methane or $H_2S$ were not present, this was most likely due to atmospheric air infiltration induced by high vacuum pressure exerted on some of the wells. Multiple lines of evidence, including the mapping of pressure, oxygen, and the combination of oxygen and carbon dioxide, indicate that the existing landfill gas collection system has not been effectively

---

21   Findings of Fact and Conclusions of Law for Case 2:19-cv-11133-SM-MBM Document 323, Addison v. Louisiana Regional Landfill et al., Civil Action No. 19-11133 c/w 19-14512, and Elias Jorge ("George") Ictech-Bendeck et al. v.Waste Connections Bayou, Inc., Civ. Action No. 18-7889, c/w 18-80741, 18-8218, 18-9312).

22   Several of Defendants' experts questioned whether the conditions necessary for the production of $H_2S$ exist at the JPLF. (e.g., Marshall, 2021, p. 12; Stutz 2021, p. 50). The presence of $H_2S$ (and, in Phase IVA, amounts of $H_2S$ far in excess of that ordinarily expected from a normal MSW landfill) conclusively demonstrate the existence of these conditions.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

operated and maintained, and has not adequately controlled LFG emissions from the site, resulting in high uncontrolled LFG emissions from the site, especially at Phase IVA.

[65]     In my opinion, numerous construction, operation and maintenance issues associated with the gas extraction and leachate collection systems are inconsistent with the standard of care and have resulted in multiple potential point sources of LFG emissions which have resulted in numerous plaintiffs' odor complaints in the surrounding communities. Moreover, the elevated liquid levels within the landfill media inhibit the adequate extraction and control of landfill gas that is being generated within the landfill media, thereby contributing to the fugitive emissions which have resulted in numerous plaintiffs' odor complaints in the surrounding communities.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 10.   RAMBOLL'S NOVEMBER 4-8, 2019 INSPECTION AND GAS CHARACTERIZATION REPORT

[66]   Ramboll conducted a site inspection, including LFG sampling and monitoring activities from November 4 to 8, 2019[23]. These activities and the results of that investigation are presented in Appendix B of the Expert Report and included Unmanned Aircraft System (UAS) Fugitive Methane Emission Mapping, UAS Topographical Survey and Aerial Imagery, Surface Emission Monitoring, Field Screening of Potential Fixed Sources, Landfill Gas Sampling for Chemical Analysis, and Landfill Gas Sampling for Odor Measurements.

[67]   During this investigation, most of the LFG extraction wells in all phases of the landfill were monitored. The results from these monitoring events were processed and mapped to evaluate the spatial distribution of methane, carbon dioxide, oxygen, carbon monoxide, $H_2S$, and vacuum pressure for each phase of the landfill. Specifically, as detailed in Section 4.2 of the Expert Report,

(a)   As shown in **Exhibit 6**, applied pressure at the landfill and within the various landfill phases was non-uniform between landfill phases and varied greatly within each landfill phase except Phase I. Further, positive or near positive pressures were measured in various landfill gas collection wells in Phases II, IIIA, IIIB and IV. Collectively, these data indicate an ineffective operation of the landfill gas collection system.

(b)   The peak methane content, even in the oldest of landfill phases (Phase I), is relatively high (ranging between 65.9% and 76.3%) indicating the presence of areas of active anaerobic biodegradation of waste. However, as shown in **Exhibit 7**, the range of methane concentrations varies greatly within each landfill phase, with areas having methane concentrations as low as between 0.1 and 2.1%. These areas of low methane production are indicative of either the presence of large amounts of inert waste in those areas, or issues with the operation of the landfill gas collection system.

(c)   As shown in **Exhibit 8**, hydrogen sulfide detected in all landfill phases was above the typical odor threshold range of 0.0005 to 0.010 ppm (ATSDR, 2016) or 0.2 to 2.0 $\mu g/m^3$ (0.00014 to 0.0014 ppm; WHO, 2020). The $H_2S$ concentrations were generally consistent between all landfill phases (less than 100 ppm) except Phase IVA, where $H_2S$ concentrations were mostly above 1,000 ppm.[24] In isolated areas within Phases I, II and IIIB, $H_2S$ concentrations ranged between 109 and 497 ppm, suggesting that typical sulfate-rich waste streams had been historically deposited in these landfill phases. These data also suggest that Phase IVA received very substantial deposits of a unique sulfate-rich waste stream (spent lime) that had resulted in significantly higher $H_2S$ generation from solid waste placed in this area, as $H_2S$ levels in LFG in in Phase IVA were ten times greater than in the other landfill phases.

(d)   Oxygen in excess of 5% was measured in a very large quantity of gas wells within all landfill phases, which is a violation of 40 CFR § 60.753(c), which requires that the

---

23   Through counsel, Plaintiffs had previously been seeking access to the Landfill for nearly one year to make these measurements, during which time, discovery has revealed, changes and improvements to the Landfill had been made in an attempt to reduce H₂S emissions.  Specifically, in May 2019, CEC stated "LFG system improvements made in 2019 included significant upgrades to the gas well dewatering infrastructure" (CEC 2019).

24   Ramboll's field measurements in Phase IV were complemented with the 2018 CEC measurements for hydrogen sulfide.

landfill owner or operator "*Operate each interior wellhead in the collection system with a landfill gas temperature less than 55 °C and with either a nitrogen level less than 20 percent or an oxygen level less than 5 percent.*" As shown in **Exhibit 9**, elevated oxygen was measured primarily along the perimeter of the crown of the landfill in Phases IIIA, IIIB and IVA, with isolated areas within the interior of these landfill phases having oxygen concentrations as high as 20.2% (atmospheric air is 21% oxygen). In Phases I and II, elevated oxygen was measured throughout those landfill phases. The elevated oxygen levels and high vacuum pressures measured at LFG extraction wells in all landfill phases are further evidence of ineffective landfill gas collection system operation that significantly inhibits anaerobic decomposition and, therefore, methane generation.

[68]   Ramboll mapped concentrations of LFG parameters collected during the November 2019 field sampling and monitoring activities. The presence of relatively high methane concentrations in some locations indicates that there is active anaerobic biodegradation of waste in all phases of the landfill, and that the existing landfill gas collection system was nonperforming, or was ineffectively operated and inadequately maintained resulting in high uncontrolled LFG (including $H_2S$) emissions from the site, especially at Phase IVA. When methane or $H_2S$ are not present, this is primarily due to atmospheric air infiltration induced by high vacuum pressure exerted to some of the wells. Multiple lines of evidence, including the mapping of pressure, oxygen, and a combination of oxygen and carbon dioxide, indicate that the existing landfill gas collection system is not being effectively operated or that its current state is inadequate.

[69]   The $H_2S$ mapping indicates that, while typical sulfate-rich waste streams have been historically deposited in certain areas of each landfill phase, Phase IVA received very substantial deposits of a unique sulfate-rich waste stream that had resulted in significantly higher $H_2S$ generation from solid waste placed in this area, with concentrations of $H_2S$ in landfill gas at least ten times higher than the concentrations in other areas.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 11. EVALUATION OF LANDFILL GAS GENERATION, GAS AND LEACHATE COLLECTION SYSTEMS, AND EMISSIONS

## 11.1 Previous Landfill Gas System Evaluations

[70] Since 2017, several reports by Golder Associates (Golder), Carlson Environmental Consultants (CEC) and River Birch, LLC (River Birch) have been prepared in reference to the systems that collect landfill gas at the JPL Site. The following paragraphs summarize the information provided in Section 4.1 of the prior Expert Report related to the Golder, CEC and River Birch reports.

### 11.1.1 2017 Landfill Gas Collection and Control Plan – Golder Associates[24F][25]

[71] In January 2017, Golder prepared a Landfill Gas Collection and Control (GCCS) Plan for submittal to LDEQ that included the incremental expansion of Phase IVA throughout Cells 20 to 25. Golder proposed to construct 74 vertical LFGs extraction wells in Phase IVA and connect them to the existing systems in Phase IIIA and Phase IIIB.

[72] According to Golder, the "*vertical wells at Phase IV were designed to achieve a theoretical radius of influence (ROI)[26] of 100 feet […] consistent with the existing GCCS designed for Phases IIIA and IIIB*" "*with a target design LFG extraction vacuum of about 12 inches of water column*." It should be noted that this design ROI would not have achieved 100% capture of LFG as the ROIs of adjoining wells do not overlap.

[73] I used information on the LFG extraction well design to define leachate levels in the landfill (refer to **Sections 11.2**).

[74] As detailed in Section 4.1.1 of the Expert Report, Golder used a proprietary first-order kinetic model similar to the USEPA LandGEM model to evaluate the gas generated at Phase IIIA, Phase IIIB, and Phase IVA at the JPL Site over time. Golder also estimated gas generation using the USEPA LandGEM model and conventional parameters.

[75] Golder assigned a collection efficiency of approximately 60% based on the total gas generation estimates and actual landfill gas recovery during the period of 2011 through 2016. Golder also determined that, if the LandGEM AP-42 default parameters were used to estimate total gas generation, the collection efficiency would be approximately 48%. It should be noted, however, that, based on the gas recovery data provided, the gas collection efficiency between 2011 and 2016 gradually decreased from 68.9% to 47.5% using the Golder proprietary gas generation estimate and from 29.5% to 19.6% using the LandGEM AP-42 default parameters. This is evidence that the gas collection efficiency of the LFG collection

---

25  *Golder Associates, 2017*

26  *The radius of influence refers to the horizontal distance from a vertical LFG extraction well at which the induced vacuum pressure is zero. The ROI for an extraction well is a function of the vacuum applied to the well, the air hydraulic conductivity of the landfill media, and the well configuration (e.g., depth to the top of the well screen, screen length, type and thickness of cover materials).*

systems for Phases IIIA, and IIIB has decreased since 2011 and were at very low levels during the relevant period.

[76]     Significantly, Golder recommended that, before installing its proposed new wells, the following remedial actions should be taken:

(a)     installation of horizontal gas collectors in close proximity to the location of the surface emission exceedance;

(b)     dewatering of wells with submerged sections of perforated pipe (well screen) in order to increase LFG flow and improve LFG quality; and

(c)     improvements to the gas control system to manage condensate.

These recommendations show that the LFG extraction system was deficient due to the high levels of liquids within the landfill phases. The Golder recommendations for remediation indicate that the landfill operation did not comply with the standard of care.

### 11.1.2  2018 Landfill Gas System Assessment – CEC26F27

[77]     In May 2018, CEC was retained by the Parish to conduct a field assessment of the LFG extraction system, the results of which were set forth in CEC's report dated August 15, 2018 (CEC, 2018). In addition to addressing the conditions of the LFG extraction system, CEC also discussed odors and $H_2S$ emissions at the JPLF Site.

[78]     According to CEC, the overall wellfield condition was considered to be below average with notable issues, including old and poorly maintained wellheads, broken valves, bent and leaning gas wells, inoperable gas well pumps and air compressors, unsuitable piping materials, and holes in the cap system. As presented in Exhibit 10, of the 118 gas wells inspected by CEC (which represent 52% of the total), 77% either were not equipped with a pneumatic pump or had an inoperable pump. Normally, when gas wells are inundated with leachate (evidence of failure of the original leachate collection system), all affected gas wells should be equipped with a pump to lower leachate levels within the extraction well and maximize landfill gas capture. The conditions reported by CEC indicate that the landfill operation did not comply with the standard of care.

[79]     CEC and APTIM measured liquid (leachate) levels in the LFG extraction wells. With this information, as well as the location and configuration of the LFG extraction wells (e.g., well depth and screen length, which is the length of perforated pipe that allows extraction of LFG in each well), CEC developed ROI maps for each landfill phase under two conditions: (1) ideal hypothetical conditions, under which the existing gas well screens are not blocked by liquids; and (2) conditions CEC found to exist in 2018 (i.e., the existing gas well screen contains liquids that block the well screen).

[80]     As presented in Exhibit 11, at least 87% of the extraction wells (197 of the 226 existing vertical gas extraction wells) were partially or totally blocked by liquids as of CEC's inspection in May 2018. Further, CEC concluded that "*the site has 95 of 225 [sic] total vertical wells with greater than 50% of their available perforated pipe covered by liquid and of these 45 wells*

---

27   CEC, 2018

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

*have over 100% blocked by liquid*", completely restricting the extraction of gas. Overall, CEC estimated that the capacity of the LFG system at the Landfill had been reduced by up to 50%.

[81]     CEC concluded that the landfill is wet, with subsurface liquids impacting the limited pathways of available LFG recovery, thus contributing to fugitive gas emissions and odors. The data evaluated by CEC indicated that liquid removal has not been successful at the facility as most of the liquid pumps are not in *operation* or provide minimum liquid withdrawal, noted significant deficiencies in the maintenance and operation of these systems, and provided numerous recommendations to improve them.

[82]     With the presence of high leachate levels, the zone of capture and ROIs are drastically reduced as the liquid effectively blocks the screen and gas cannot be recovered, as illustrated in **Exhibit 5**, which is side-by-side comparison schematic of a zone of LFG capture created by dry LFG extraction well and an LFG extraction well when inundated with leachate. The blocked screen cannot recover gas due to the high level of liquid; therefore, the zone of gas capture and radius of influence are significantly reduced.

[83]     A shown in **Exhibit 12**, CEC depicted the individual ROIs of the wells[28] within each landfill phase, which clearly indicate that

(a)     the effective radius of influence of the gas extraction wells is significantly lower than the design 100-foot radius,

(b)     the landfill gas collection system provides inadequate coverage (i.e., areas within the circles), and

(c)     there are significant areas of uncontrolled surface (i.e., fugitive) emissions in all landfill phases (i.e., areas outside the circles).

[84]     CEC's assessment concluded that, not only had the gas extraction wells lost approximately 12% of their total depth since original installation but that the elevated leachate levels had reduced the ability of the existing gas control system by 25 to 50%.

[85]     In terms of surface emission monitoring, CEC observed damage to the cap in Phase IIIB in areas where the landfill gas control system was installed, and they measured elevated methane concentrations around wells and pipe penetrations, indicating inadequate booting of pipes. In addition, CEC also observed soil cracks in Phases I, II, IIIA and IIIB, $H_2S$ scaling in gas well risers, and black residue in soils, indicative of $H_2S$.

[86]     As summarized in Table 4-3 of the Expert Report, CEC conducted a surface emission scan over a 30-m serpentine path across all waste disposal areas. Methane was detected in all phases of the landfill, but particularly in the closed Phase IIIB where methane concentrations measured peaked at the instrument's upper range (i.e., 10,000 ppm). These levels are indicative of an ineffective cap system (CEC, 2018).

[87]     Similarly, CEC detected concentrations of $H_2S$ in excess of 2000 ppmv (above the equipment's upper range) in some of the extraction wells in Phase IVA. CEC also took $H_2S$

---

28  The ROIs were estimated using the areal extent of the capture zone and not the volumes of the capture zones within the waste media.

samples at the blower inlet at the LFG processing plant and observed concentrations ranging from 525 to 1050 ppmv.

[88]   CEC had previously alerted the Parish to the health and safety concerns regarding the detected levels of $H_2S$ and provided general recommendations to address the elevated $H_2S$, including, but not limited to, maximizing LFG collection, reducing liquid levels within the landfill, sealing soil cracks, survey risers, and other penetrations of the cover system, and expanding the gas control system, including the installation of additional LFG extraction wells between existing wells.

[89]   To estimate the amount of gas being generated at the JPL Site, CEC used the USEPA LandGEM model using first-order kinetic constants (refer to **Section 12.1**) for conventional municipal landfills. Though CEC noted LFG system problems, including high level of liquids within the landfill media, and classified the JPL Site as a "*shallow wet site*", model parameters that would more accurately reflect the wet conditions were not used. Using the assumption that the LFG collection system operated at a 50% recovery efficiency, CEC stated that the LFG collection system had the potential to recover approximately 1,860 scfm in 2018. At the time of the assessment, the LFG system was recovering approximately 900 to 1,000 scfm, which, based upon CEC's assumption, would mean that about 1,000 scfm of LFG were being released as uncontrolled fugitive emissions.

[90]   With respect to the well field operation, CEC reported that the blower vacuum was not properly controlled, and noted locations of reduced vacuum throughout the wellfield, wells with positive static pressure, and fully open wellhead valves, and recommended that the system vacuum be increased from 30 to 40 inches of water column.

[91]   The data reviewed by CEC indicated the presence of elevated (more than 5%) oxygen in 33% of the landfill gas wells and elevated balance gas (i.e., nitrogen) in 45% of the landfill gas wells, which suggest excessive vacuum was being applied to these wells. Collectively the vacuum data suggest an unbalanced wellfield that would likely result in uncontrolled emissions and subsurface landfill fires.

[92]   The 2018 CEC assessment clearly identified the inadequacy of the landfill gas collection system and significant deficiencies in liquid (leachate) collection in the landfill, which resulted in leachate levels so high that they blocked the screens of the LFG extraction wells, thereby impeding an effective collection of gas (including $H_2S$) that was being generated and allowing this gas to be emitted outside the landfill media. The report also identified extremely high concentrations of $H_2S$ in several landfill gas wells of Phase IVA. The conditions reported by CEC indicate that the landfill operation did not comply with the standard of care.

### 11.1.3  2019 High BTU Landfill Gas Utilization Plan – CEC28F29

[93]   In May 2019, CEC prepared a report to provide recommendations for the utilization of high BTU landfill gas recovered from the JPL Site to generate Renewable Natural Gas (RNG)[30]. In

---

29  CEC, 2019a

30  Jefferson Parish entered into a "gas rights" contract with Renewable Energy of Jefferson, LLC (REJ) which allows REJ to utilize the LFG collected from the JPL Site. REJ intended to start processing the LFG at the River Birch Renewable Natural Gas (RNG) plant in late spring 2019.

this report, CEC proposed the rehabilitation of the LFG extraction system in stages and projected that each improvement would result in increased collection efficiencies.

[94]   Although CEC found that there had been some improvement in the LFG extraction system since 2018, the existing infrastructure was in poor condition and required improvements to meet RNG gas quality specifications, adequately control landfill gas emissions, and address LFG-related odors and $H_2S$ safety concerns.

[95]   During the 2019 inspection, CEC smelled $H_2S$ gas in phase IV, observed soil cracks with black oxidized residue and detected $H_2S$ concentrations between 45 ppm and 60 ppm at the ground level at all tested cracks.

[96]   CEC also concluded that it was "*evident that the LFG collection system in Phase IVA was underperforming and may require additional collectors and other modifications to effectively control the $H_2S$ emissions.*"

[97]   With the information collected, CEC estimated costs to rehabilitate the gas and leachate collection system in four stages at over $8 million (rather than rebuilding the entire LFG collection system to high BRU standards at a cost of over $11 million). Stage 1, Stage 2, Stage 3, and Stage 4 include the rehabilitation of Phase IVA-IIIB, Phase IIIA, Phase I, and Phase II, respectively (CEC, 2019a). Specifically, the following significant improvements were proposed for each phase:

- <u>Stage 1</u>: Proposed improvements included new gas collectors and modifications to the existing gas infrastructure in Phases IIIB and IVA. Stage 1 was the largest proposed expansion and consisted of installing approximately 46 new vertical gas wells, 10 new shallow vertical gas wells, 12 replacement vertical gas wells, over 9,000 linear feet of gas headers, 10,000 linear feet of gas laterals, and over 5,000 linear feet of horizontal gas collectors and toe drains, along with additional phase upgrades/improvements. Stage 1 has been implemented and CEC presented the as-built drawings in November 2020 (CEC, 2020b).

- <u>Stages 2-4</u>: Stages 2, 3 and 4 would involve (in Phases IIIA, I and II, respectively) installing a high-BTU overlay LFG collection system along with the necessary gas pipeline network to connect this system to the Renewable Energy of Jefferson, LLC (REJ's) Renewable Natural Gas (RNG) plant. If implemented in its totality, Stages 2-4 would entail the installation of approximately 67 new vertical gas wells, 13,400 linear feet of a 12-inch gas header, over 17,000 linear feet of gas laterals, and additional phase upgrades/improvements.

[98]   The significant and costly rehabilitation plans proposed by CEC to extract LFG from the different landfill phases indicate the magnitude of the deficiencies in the collection of landfill gas at the JPLF Site that still existed in 2019, deficiencies which have resulted in high emissions of gases, including $H_2S$, generated within the landfill media. These rehabilitation plans also indicate that the landfill operation did not comply with the standard of care.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

### 11.1.4  2019 Assessment of Jefferson Parish Landfill Gas Field – CEC and River Birch[31]

[99]     In an analysis dated May 22, 2019, River Birch identified and described the potential consequences of various problems at the JPL Site, based on its own assessments and those of CEC concerning the LFG extraction and leachate collection systems, which included:

- "*The Parish captures only 37.5% of the entire landfill's gas.*"[32]

- "*Methane emissions in Phase IVA exceed LDEQ limits (i.e., 500 ppmv) in more than 30 locations, and in some locations by more than 1,000%.*"

- "*Hydrogen sulfide levels in Phase IVA present a serious safety concern, including the potential of 'nearly instant death'.*" Concentrations of $H_2S$ in some wells exceed 2,000 ppm.

- Of all LFG extraction wells at the landfill, 43% fail to meet LDEQ requirements for oxygen content (i.e., less than 5% oxygen) and/or pressure (i.e., maintain continuous negative pressure).

- "*The leachate riser configuration on the entire landfill creates a risk of fire or explosion.*"

- 50% of the vertical wells in Phase IVA lack sufficient vacuum to collect gas and eleven of the LFG extraction wells have positive pressure, which results in not collecting gas, and allowing emissions and odors.

- "*13% of the leachate risers on the entire landfill are not working,*" which reduces the ability of the leachate collection system to reduce the leachate levels in the LFG extraction wells, which in turn impedes gas extraction and allows emissions and odors.

- "*In 41 % of the LFG extraction wells, more than 50% of the vertical well perforations (screens) are blocked by liquids, inhibiting gas collection.*" 20% of the screens of these vertical wells are completely blocked by liquids, preventing gas extraction and increasing emissions and odors.

- "*63% of the gas well pumps on the entire landfill should be changed due to air leaks in the pumps and liquid in the well.*" In addition, "*there are also wells with pumps that are flooded in and therefore inoperable,*" which "*can cause gas emissions and odors.*"

- To extract liquids from the wells, allow more gas extraction and reduce emissions and odors, "*38% of the wells without pumps on the entire landfill need new pumps.*"

[100]    From this report, it is evident that the LFG extraction system at the JPL Site continued to perform inadequately primarily due to high liquid levels within the landfill media and improper construction and maintenance of new devices incorporated to remediate a multitude of operational issues. These conditions have significantly contributed to gas emissions and odors. The conditions described by River Birch indicate that the landfill operation did not comply with the standard of care.

---

31  River Birch, 2019

32 This conclusion would indicate that CEC's previous assumption of a 50% recovery rate (CEC, 2018) was optimistic.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

## 11.2    Leachate Saturation within JP Landfill Areas

[101]    Leachate levels at the LFG wells have been measured by various consultants at the JPL Site since 2009. These consultants included Shaw Environmental, CB&I, CEC, and APTIM. The following paragraphs summarize the information provided in Sections 5.2.2.2 and 5.2.2.3 of the prior Expert Report and Section 3.1 of the Rebuttal Report related to the Golder, CEC and River Birch reports.

[102]    Ramboll reviewed several rounds of leachate (liquid) measurements taken by various consultants hired by the Parish between 2009 and 2016 (Shaw between March and December 2009 and June 2012, and CB&I in February, March and July 2016). Ramboll used these data, along with descriptions of how the gas wells were constructed (refer to **Section 11.1**) and topographical information, to determine the leachate height above the landfill's bottom liner at each of the measured gas wells. Using this evaluation, we calculated the degree of leachate saturation of the landfill media at each measured extraction well. The degree of saturation is defined as a percentage of the total thickness of the waste media that, based on leachate level measurements, is saturated with leachate.

[103]    Between 2009 and 2019, more than 1,600 leachate level measurements have been made in more than 240 LFG wells to determine the level of leachate saturation in the waste media. These 240 LFG wells extend to 10 feet above the bottom liner of the landfill. While each landfill cell could be envisioned as an individual waste container with soil layers enclosing the waste, the LFG wells have penetrated and breached these soil layers and the perforations of each landfill cell have therefore hydraulically connected waste layers within a given landfill phase, allowing liquid to move between cells. Because of this hydraulic connectivity, leachate measured in the gas wells is representative of saturated leachate mound elevations generated within the landfill media.

[104]    As presented in Tables 5-3 through 5-7 of the Expert Report and **Exhibit 13,** the data show that leachate levels and gas well blockage with leachate have been serious problems at the landfill for many years. Specifically,

- From March to December 2009, Shaw Environmental measured leachate levels at 134 LFG wells in landfill Phases I, II, and IIIA[33]. The average degree of saturation estimated for these three phases was approximately 51%, meaning that 51% of the thickness of the waste media was saturated with leachate.

- In June 2012, Shaw Environmental measured leachate levels at 174 LFG wells in Phases I, II, IIIA, and IIIB[34]. The average degree of saturation estimated for these phases was approximately 53%.

- In February 2016, CB&I measured leachate levels at 139 LFG wells in Phases I, II, IIIA, and IIIB[35]. The average degree of saturation estimated for these phases was approximately 52%.

---

33  Shaw Environmental & Infrastructure, Inc. (Shaw), 2009. Jefferson Parish Leachate Levels. March – December. APTIM-0168049

34  Shaw Environmental & Infrastructure, Inc. (Shaw), 2012. Jefferson Parish Leachate Levels. June. APTIM-0130544.

35  CB&I, 2016a. Jefferson Parish Leachate Levels. February. APTIM-0130902

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

- In March 2016, CB&I measured leachate levels at 200 LFG wells in Phases I, II, IIIA, and IIIB[36]. The average degree of saturation estimated for these phases was approximately 43%.

- In July 2016, CB&I measured leachate levels at 200 LFG wells in Phases I, II, IIIA, and IIIB[37]. The average degree of saturation estimated for these phases was approximately 44%.

[105]   Similarly, in 2018 and 2019[38], CEC and Aptim collected leachate (liquid) measurements of the landfill. As with the data collected between 2009 and 2016, the degree of leachate saturation of the landfill media at each measured extraction well was calculated. As presented in Tables 5-8 and 5-12 of the prior Expert Report and **Exhibit 13**, the data show a continuation of the elevated leachate levels that blocked gas wells. Specifically,

- In May 2018, CEC measured leachate levels at 49 LFG wells in Phases I, II, IIIA, IIIB, and IVA[39]. The average degree of saturation estimated for these phases was approximately 41%.

- Throughout 2018, APTIM measured leachate levels at 200 LFG wells in Phases I, II, IIIA, and IIIB[40]. The average degree of saturation estimated for these phases was approximately 42%.

- From January to June 2018, APTIM measured leachate levels at 116 LFG wells Phases in I, II, and IIIA[41]. The average degree of saturation estimated for these phases was approximately 57%.

- From July to December 2018, APTIM measured leachate levels at 216 LFG wells in Phases I, II, IIIA, IIIB, and IVA[42]. The average degree of saturation estimated for these phases was approximately 42%.

- During the first quarter of 2019, APTIM measured leachate levels at 230 LFG wells in Phases I, II, IIIA, IIIB, and IVA[43]. The average degree of saturation estimated for these phases was approximately 42%.

[106]   As summarized in Table 5-13 of the prior Expert Report, between 2018 and 2019,

- 59% of the depth of Phase I waste media was saturated with liquid.

- 51% of the depth of Phase II waste media was saturated with liquid

- 34% of the depth of Phase IIIA waste media was saturated with liquid.

- 34% of the depth of Phase IIIB waste media was saturated with liquid.

---

36  CB&I, 2016b. Jefferson Parish Leachate Levels. March 11. APTIM-0019757.

37  CB&I, 2016c. Jefferson Parish Leachate Levels. July 25. APTIM-0019756.

38  No leachate level data was available for 2017.

39  CEC, 2018. Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana. August 15

40  CEC, 2018. Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana. August 15

41  APTIM, 2018a. 2018 (1st half) liquid level report. January – June.

42  APTIM, 2018b. Jefferson Parish Landfill Liquid Levels, 2nd Semi-Annual 2018. July - December.

43  APTIM, 2019. Jefferson Parish Landfill Liquid Levels, 1st Quarter 2019. January – March.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

    •   51% of the depth of Phase IVA waste media was saturated with liquid.

[107]    These high liquid levels measured for years support CEC's conclusion that the landfill was "wet" or saturated with high levels of leachate within the landfill, and that the excessive leachate levels impeded effective gas collection, which meant that more landfill gas and $H_2S$ was released into the atmosphere.

## 11.2.1  Summary of the Landfill Gas and Leachate Management at the Site

[108]    The information provided by Golder, CEC, and River Birch in the above-cited reports reveals that the landfill gas and leachate management systems at the JPL Site have been inefficiently operated and maintained, requiring significant infrastructure improvements to correct deficiencies, and that these deficiencies have contributed to increased gas emissions and odors. The existing landfill gas and leachate control systems are improperly maintained, antiquated and inadequately sized, and/or non-performing. Specifically:

(a)    CEC concluded that the landfill is wet, with subsurface liquids impacting the limited pathways of available LFG recovery, contributing to gas emissions, and site odors. The gas control system is not performing as efficiently as intended, providing inadequate vacuum across the landfill phases primarily due to leachate blocking of the gas extraction wells due to deficiencies in both the landfill gas condensate and leachate collection pumping systems. Even at gas wells equipped with pumps to withdraw liquids, equipment has been non-operational or is not performing as intended due to operational and maintenance failures. CEC estimated that in 2018, the ability of the LFG wells to extract gas had been reduced up to 50%. As previously noted, this estimate was likely too high. Gases, including $H_2S$, which are not removed by the LFGCS are emitted to the atmosphere with associated odors.

(b)    The systems have been poorly maintained and operated, and inadequate vacuum is applied throughout the wellfield. These conditions result in increased gas emissions and odors.

(c)    The ROI analysis performed by CEC for each of the landfill phases indicates an ROI significantly less than the design ROI of 100 ft. Further, the capture zones of the existing LFG extraction wells do not provide adequate coverage to extract most of the gas generated in the landfill, even in the absence of liquids within the wells, which result in significant areas of uncontrolled surface emissions in all landfill phases.

(d)    For its emissions calculations, Golder assigned a 60% collection efficiency based on its estimates of the total gas generation. However, this collection efficiency is significantly greater than the actual landfill gas recovery reported by Golder for the period of 2011 through 2016, which indicates that gas collection efficiency gradually decreased from 68.9% to 47.5% using the Golder gas generation estimate, and from 29.5% to 19.6% using LandGEM conventional parameters (Golder, 201). In 2019, River Birch reported that "*The Parish captures only 37.5% of the entire landfill's gas.*"

(e)    The CEC analyses clearly indicates that there are too few LFG extraction wells to provide coverage for the entire landfill area that requires gas collection. The Stage 1 improvements to the existing LFG collection system in Phase IIIB and IVA have improved collection, but the existing infrastructure is still in poor condition and requires additional improvements to control landfill gas emissions, and address LFG-related odors and $H_2S$ safety concerns. The significant and costly rehabilitation plans proposed in 2019 and underway in 2020/2021 indicate the magnitude of the deficiencies in the collection of landfill gas at JPL Site, deficiencies which have resulted

in relatively high emissions of gases generated within the landfill media.

(f)    The landfill cap system has been breached in several locations and shows evidence of landfill gas releases. Further, River Birch stated that 43% of all LFG extraction wells at the landfill fail to meet LDEQ requirements for oxygen content (i.e., less than 5% oxygen) and/or pressure (i.e., maintain continuous negative pressure), indicating the likelihood of atmospheric air intrusion into the landfill media.

(g)    The concentrations of $H_2S$ in Phase IVA measured in LFG extraction wells are extremely high, reaching levels in excess of 2,000 ppm (the equipment's upper range).

(h)    Landfill gas generation estimates have been performed by CEC and Golder using LandGEM and other models, but these models have ignored the fact that the landfill is wet, which significantly affects LFG generation rates.

[109]    Based on our review of numerous documents (including field inspection, field monitoring, and maintenance and operation reports) dating back to at least 2013, the reduction of LFG collection efficiency due to leachate has been evident for many years at the JPLF Site, ,. As previously indicated, elevated leachate levels at the LFG wells have been measured by various consultants at the JPL Site since 2009. Appendix C of the prior Expert Report and Appendix B of the Rebuttal Report present timelines of additional operational issues associated with the LFG extraction wells and leachate risers.

(a)    Operational issues related to the gas collection system wells have included, but are not limited to, high vacuum pressure at the extraction wells, oxygen exceedances, high leachate levels, limited gas flow, distressed vegetation around wells, damaged or missing components (e.g., liner boot, pump, clamps, seals), and elevated SEM methane measurements, and the detection of LFG odors and $H_2S$.

(b)    Operational deficiencies relating to the leachate collection and landfill gas condensate management systems included, but are not limited to, drainage issues on the condensate sumps, leachate and landfill gas leaks in conveyance lines and/or risers, plugged conveyance lines, detection of LFG odors and $H_2S$, damaged or missing components (e.g., gauges, pumps, riser seals, valves, transducers, flanges), elevated SEM methane measurements, and positive pressures at the LFG extraction wells.

[110]    In my opinion, the numerous design, construction, operation and maintenance problems associated with the LFG extraction and leachate collection systems at the JPLF have not complied with the standard of care and have resulted in multiple sources and high quantities of uncontrolled LFG emissions. The primary cause of these LFG emissions has been the elevated liquid levels within the landfill media that inhibit the adequate extraction and control of landfill gas that is being generated within the landfill media. This results in uncontrolled fugitive emissions. As is set forth in more detail in **Section 15** below, all of these conditions deviated from industry standards during the relevant period and certainly do not conform to the best management practices related to control of LFG emissions.

[111]    Given the deficient conditions of the LFG extraction system, there are many potential point and area sources of gas emissions at the JPL Site. These include:

(a)    Area source emissions as a result of low efficiency of the LFG extraction system;

(b)    Gas emissions from the liquid waste solidification process;

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

    (c)     Point source gas emissions from defective LFG extraction wells and conveyance pipelines and from leachate and condensate risers including, but not limited to, damaged or missing LFG and/or leachate collection systems infrastructure (e.g., liner boots, LFG collection system well heads, open manholes or risers, conveyance lines); and

    (d)     Gas emissions from leachate evaporation.

[112]   I evaluated each of these potential sources and developed methods to characterize gas emissions from these sources. I have concluded that, for the period ranging from late 2016 to the end of 2019, the most significant sources of emissions were: (1) area source emissions resulting from low efficiency of the existing LFG extraction system; and (2) $H_2S$ generated from the liquid waste solidification process. Point source gas emissions and emissions from leachate evaporation unquestionably occurred and contributed to total JPL emissions. However, I did not reach a conclusion concerning the quantity of emissions from these sources due primarily to the lack of continuity of these emissions over time and locations. As a result, my calculations of $H_2S$ emissions are conservative.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 12.  LANDFILL GAS GENERATION MODELING FROM SOLID WASTE

[113]  The following paragraphs summarize the information provided in Section 5 of the Expert Report and Sections 3.4 and 3.5 of the Rebuttal Report. This section discusses $H_2S$ generation from municipal solid waste and does not include $H_2S$ generated by the spent lime deposited in Phase IV A from 2016 to 2018, which is discussed in **Section 14**.

## 12.1  Methods for Estimating Landfill Gas Generation from Solid Waste

### 12.1.1  Composition of Landfill Gas

[114]  Gases are generated in a landfill from the biodegradation of the organic portion of the waste. The composition and characteristics of landfill gas primarily depend on the following: (a) the microbial system; (b) the substrate that is being biodegraded; (c) site-specific variables, such as the amount of oxygen that can reach the waste media; and (d) the moisture content of the media. LFG from a properly operating MSW landfill typically consists mainly of methane and carbon dioxide, with less than one percent of other trace gas constituents, including $H_2S$ and other volatile organic compounds. The typical concentrations of LFG components listed in Table 5-1 of the prior Expert Report indicate that methane is typically 45 to 60%, carbon dioxide is typically 40 to 60%, and oxygen and sulfides (e.g., hydrogen sulfide, dimethyl sulfide, mercaptans) are less than 1%.

[115]  The composition of landfill gas varies over time because waste decomposition occurs during successive phases of biodegradation.[44] LFG composition changes with each of the phases of biodegradation. Figure 5-1 of The Expert Report shows the typical gas composition over time for a mass of biodegradable waste after its placement in a solid waste landfill. In general, the duration of each individual phase of landfill gas generation varies depending upon the physical and biochemical characteristics of the media, such as particle size, degree of compaction, distribution of the organic components in the media, the availability of nutrients, the moisture content, pH, and temperature.

[116]  Prior to and following landfill closure, atmospheric air may infiltrate the soil media when gas extraction systems impose excessive vacuum pressures. With the introduction of oxygen to the landfill media, methane and other gases are oxidized, a situation which will disrupt anaerobic processes and can potentially create subsurface landfill fires. To avoid landfill fires, waste is capped, and LFG extraction systems are operated at vacuum rates that prevent air infiltration. When leachate levels are high within the landfill media, the operation of LFG extraction systems is very difficult, as reducing applied vacuum will reduce the capture zone of the LFG extraction wells and increasing the applied vacuum will increase atmospheric air intrusion into the landfill media.

---

44  "Phases" of biodegradation as used in this discussion are not the same as, and should not be confused with, the geographic "phases" I, II, IIIA, IIIB and IVA of the Jefferson Parish Landfill in which waste was disposed.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

## 12.1.2  Rate of LFG Generation

[117]    Two key factors in determining LFG generation rates are how fast the solid waste biodegrades and how much of it biodegrades into gases. Solid waste is comprised of many constituents, encompassing a broad range of biodegradability rates.

[118]    The prediction of LFG generation rates over time is complex due to the heterogeneity of the waste media and the many environmental, biochemical, and physical parameters that enhance or inhibit biodegradation. Some models attempt to predict LFG generation rates by a complex sum of mathematical functions that are believed to represent the individual kinetics of the physicochemical processes occurring during the decomposition of waste. These models are seldom applied in practice because specific information on the heterogeneous nature of the waste media cannot be easily measured or characterized. In practice, the prediction of LFG rates has been simplified by the use of models where LFG generation rates are given as a simple empirical function of an overall kinetic parameter that affects the time of biodegradation of the waste placed in a landfill over time.

[119]    The LandGEM model is a first-order kinetic model, developed and approved for use for regulatory purposes by the US Environmental Protection Agency (EPA, 2005a), extensively used and widely accepted in the United States and incorporated in USEPA regulations. Therefore, to estimate gas generation at the JPL Site, Ramboll used this model. Despite the simplicity of the first order kinetic models, it is challenging to find adequate values for the methane potential ($L_o$), which describes how much landfill gas is generated per unit waste, and for the kinetic constant (k), which describes how fast LFG can be generated from biodegradable waste.

[120]    Determination of the LandGEM model input parameters (k and Lo) ideally would be based on extensive site-specific information, which is not available for the JPL Site because Defendants did not take or maintain such data.

[121]    The LandGEM model provides a range of default values for $L_o$ and k for conventional, arid (i.e., dry) and wet landfills and also allows for user-defined site-specific values. According to EPA (EPA, 2005b), default values are defined "*based on requirements for municipal solid waste landfills laid out by the Clean Air Act (CAA)*" and "*based on emission factors in the U.S. Environmental Protection Agency's (EPA's) Compilation of Air Pollutant Emission Factors (AP-42).*" The AP-42 values are based on data collected from thousands of landfills across the United States (USEPA, 1997).

[122]    While there are many models available to estimate gas generation, these require more site-specific information that does not exist for the JPL Site. Absence of such information requires that additional assumptions be made, which may lead to additional uncertainly and less accurate results than those obtained from less complex models, such as LandGEM.

[123]    The LandGEM model was selected to estimate LFG generation not only because it is the selected USEPA model, is incorporated in USEPA regulations to define levels of compliance regarding the NSPS rules, has been extensively used, and is widely accepted as an appropriate model in the US to estimate the generation of LFG (and its constituents, including $H_2S$) due to the degradation of waste placed in the JPLF, but also because:

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

    (a)    site-specific measurements or testing was not available for actual waste composition and site-specific landfill gas generation.

    (b)    the LandGEM model was specifically used by other consultants for the JPL Site to estimate the amount of LFG not being collected by the site LFG extraction system, and to rehabilitate or redesign the LFG extraction system for all phases of the landfill.

    (c)    the LandGEM model and other first-order kinetic models have been extensively used worldwide to estimate landfill emissions. Specifically, there are currently more than 1,000 landfill projects registered under the protocols established by the United Nations Framework Convention on Climate Change (UNFCCC)[45].

    (d)    the US Army Corps of Engineers in its publication titled "Landfill Off-Gas Collection and Treatment Systems,"[46] recommends the use of the LandGEM model to estimate emissions from MSW landfills.

## 12.2    Application of the LandGEM Model to Estimate $H_2S$ Generation from Solid Waste at the JPL Site

[124]    My evaluation focuses on the generation of $H_2S$ at the JPL during the years 2016 through 2019. I have concluded that the most significant sources of $H_2S$ emissions were (1) uncontrolled area source emissions (e.g., emissions of gas through the surface of the landfill) resulting from the low efficiency of the existing LFG extraction system, and (2) $H_2S$ generated from the liquid waste solidification process. As indicated in **Section 11.2.1**, while numerous construction, operation and maintenance issues associated with the gas extraction and leachate collection systems have been identified that would result in multiple point sources of LFG emissions, my calculations do not account for emissions from these known sources and are, therefore, conservative.

[125]    My analysis and conclusions are centered on the generation and emissions of $H_2S$ from the waste disposed at the JPL other than that generated from the spent lime, including its use for liquid waste solidification. $H_2S$ generation estimates resulting from the acceptance of spent lime is the subject of an accompanying expert report prepared by my Ramboll colleague, Dr. Jaana Pietari (Pietari, 2021). I have incorporated Dr. Pietari's conclusions into my final calculations of $H_2S$ emissions.

## 12.2.1  Waste Acceptance

[126]    A basic understanding of waste disposal at the JPL Site since its inception is necessary because the anaerobic degradation of solid waste extends for a long period of time following

---

45  https://cdm.unfccc.int/about/index.html

    https://www.cdmpipeline.org

46  USACE 2008, "Landfill Off-Gas Collection and Treatment Systems," Engineering and Design Manual, EM 1110-1-4016, May 2008.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

the disposal of waste. Historical and future projected waste disposal quantities were available in a number of records: [47, 48, 49, 50, 51]

- The Golder proprietary LFG generation model similar to the LandGEM model defined waste disposal quantities for Phase IIIA, IIIB, and IVA through 2034.

- The 2018 CEC LandGEM LFG generation model defined waste disposal quantities for all Phase areas between 1982 and 2035.

- The 2019 CEC LandGEM LFG generation model defined waste disposal quantities for each Phase of the landfill between 1982 and 2035.

- Annual Certificates of Compliance submitted by the Parish to LDEQ from 2002 through 2020, included types and quantities of solid waste disposed at the facility.

- The December 18, 2019, Part 70 (Title V) Operating Permit Renewal Application for the Jefferson Parish Landfill prepared by CEC, defined disposal rates from 1982 to 2018.

[127] We have reviewed the waste disposal quantities in each of these documents and note that they are not entirely consistent. The variation among the reported disposal quantities was most pronounced for the year 2013. For our LFG modeling purposes, I used the waste disposal quantities from the May 2019 CEC (CEC, 2019a) report for 1982 to 2015, except for 2013. For 2013, I considered the quantity provided in the CEC 2019 Title V Renewal Application (CEC, 2019b) to be a more reasonable assumption because it followed the trend of waste disposal rates. For 2016 through 2019, I used the actual quantities reported on the Certificate of Compliance forms between July 2016-June 2019, whereas the May 2019 CEC report assumed a waste intake of 350,000 tons/year through the end of the current solid waste permit life. For waste between 2020 and 2035, I used CEC's assumed waste intake rate of 350,000 tons/year. Appendix E of the original Expert Report presents the annual waste acceptance rate since 1982 for each of the landfill phases (excluding spent lime) that I used for purposes of our LandGEM modeling.

## 12.2.2  Selection of the Kinetic Constant k

### 12.2.2.1      Factors Affecting the K Value

[128] The kinetic constant represents the rate at which waste within a landfill degrades and generates LFG and is expressed in units of $year^{-1}$. At higher k values, LFG generation increases more rapidly and declines more quickly after a given waste is disposed in the landfill. The k value is a function of five primary factors: (a) waste composition, size and level of compaction; (b) moisture content of the waste mass; (c) pH of the landfill environment and waste mass; (d) nutrient availability for biodegradation processes; and (e) temperature of the landfill environment and waste mass.

[129] The waste composition has a direct effect on k values, with rapidly degradable waste (e.g., yard waste or food waste) having higher k values than slowly degradable waste (e.g.,

---

47  Golder Associates, 2017

48  CEC, 2018

49  CEC, 2019a

50  JPL, 2003-2020

51  CEC, 2019b

textiles, wood, leather) or inert waste that will not decompose (e.g., glass, metal, ash, plastic). Similarly, the waste particle size and level of compaction will affect landfill gas generation rates; smaller sized and loosely placed waste will increase production rates. Moisture conditions within a landfill have a significant effect on k values, with very low k values at desert sites and very high values in wetter climates. When moisture is added to the landfill environment (e.g., failure to control leachate, leachate recirculation, infiltration of precipitation, or addition of liquids), the highest k values can be reached.

[130]    In attempting to estimate LFG gas generation at the JPL Site, Ramboll analyzed site-specific moisture/saturation information in order to define an appropriate k value.

## 12.2.2.2    Selected K Value for the JPL Site

[131]    The USEPA (2005b) investigated landfill gas collection from wet landfill cells to estimate first-order gas generation model parameters. Its evaluation included a literature review regarding landfill gas generation and modeling, identification of case studies, and statistical comparisons of predicted and actual gas collection. The EPA determined that wet cells produce more gas at a faster rate than conventional landfills and defined k and $L_o$ values for three full-scale wet landfills where waste was placed over many years: (a) 0.21 $yr^{-1}$ for a landfill with leachate recirculation; (b) 0.11 $yr^{-1}$ for a landfill where wetting occurred due to groundwater inflow from an unconfined aquifer; and (c) 0.12 $yr^{-1}$ for a landfill with leachate recirculation and a sandy soil cover. The EPA also estimated mean and 95% confidence k and $L_o$ values for a set of landfills with short term waste placement and long-term gas collection data using mixed-effects model regression followed by bootstrap analysis. The mean and 95% confidence interval k value were 0.28 $yr^{-1}$.

[132]    I have discussed at length above the substantial leachate saturation problems that have historically been recognized and documented at the JPL Site. Considering that the JPL site is significantly saturated with liquids, where leachate levels above the landfill's bottom liner are between 34 and 59% of the landfill height, the JPL site is analogous to the full-scale wet landfill studied by the EPA, where wetting occurred due to groundwater inflow from an unconfined aquifer. Therefore, I have concluded that a k value of 0.11 $yr^{-1}$ is appropriate to use as an input for the LandGEM model used to calculate LFG generation at the JPL Site.

## 12.2.3  Selection of the Methane Potential Lo for the JPL Site

[133]    For the reasons previously discussed, I have also concluded that, for purposes of modeling LFG at the Jefferson Parish Landfill using LandGEM, it is appropriate to apply the $L_o$ value that EPA has recommended for wet landfills, which is 96 $m^3$/Mg.

## 12.2.4  H2S Concentration for each Landfill Phase

[134]    During our November 2019 site inspection, Ramboll recorded measurements of methane, carbon monoxide, carbon dioxide, oxygen, $H_2S$ and static pressure at most of the JPLF gas wells. Significantly, in Phase IVA, we were not able to obtain measurements at most Phase IVA well locations because dangerously high $H_2S$ concentrations in ambient air precluded us from taking measurements at the LFG extraction wellhead locations. More broadly, due to health and safety considerations, we were prohibited by the defendants from accessing and sampling locations that were on or close to the locations in Phase IVA where active landfilling operations were being conducted. It is important to note that, during its 2018 site

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

assessment, CEC obtained its highest H₂S readings at these LFG extraction wells to which we did not have access.

[135]   In order to estimate emissions rates for hydrogen sulfide from solid waste (other than the waste accounted for by the spent lime), an average $H_2S$ concentration was calculated for each landfill phase. The average was calculated from wells with $H_2S$ concentrations where oxygen was measured at less than 5%.[52] Table 5-14 of the prior Expert Report shows the average $H_2S$ concentration for each landfill phase that was input into LandGEM as the user-specified pollutant parameter for existing pollutants. Since the waste placed in Phase IVA included spent lime and related wastes (refer to **Section 14**), field measurements of hydrogen sulfide were not used at this Phase. Rather, the average $H_2S$ concentration from solid waste in Phase IVA (not including the spent lime and solidified waste addressed by Dr. Pietari) was assumed to be equivalent to those of Phase IIIB (i.e., 56.5 ppm). This assumption would ensure that the $H_2S$ contribution from non-municipal solid waste, such as the sulfate-rich waste streams in the lime and solidification process, was not double-counted.

## 12.3   Results of the Application of the LandGEM Model to Estimate H₂S Generation from Solid Waste

[136]   As noted, we performed landfill gas generation modeling using USEPA LandGEM Version 3.03 (June 2020). The potential methane generation capacity ($L_o$) was set to 96 cubic meters/Megagram and the methane generation rate (k) was set to 0.11 year$^{-1}$. Consistent with LandGEM default assumptions (EPA, 2005a), the methane content was assumed to be 50% by volume.

[137]   The estimated H₂S generation for each landfill phase between 2005 and 2020 is set forth in columns 2 and 3 on **Exhibit 2**. These calculations do not include $H_2S$ generated by the spent lime deposited directly in the landfill or used in the solidification activities that took place in Phase IV A from 2016 to 2018. The $H_2S$ generated from those waste sources have been calculated separately by Dr. Pietari and is discussed in **Section 14**.

---

[52]  LFG Extraction wells with higher oxygen concentrations are indicative of atmospheric air intrusion. With the introduction of oxygen around the well, the anaerobic degradation process is disrupted, inhibiting the generation of methane and hydrogen sulfide. Therefore, measured concentrations of these compounds are not representative of the environmental conditions of the landfill media.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 13.   ESTIMATED COLLECTION EFFICIENCIES

[138]   The following paragraphs summarize the information provided in Section 6 of the prior Expert Report and Sections 3.3, 3.6 and 3.7 of the prior Rebuttal Report.

[139]   Measuring emissions in the field, such as with flux chambers or surface emission monitoring, is challenging and unreliable unless an extensive program (both in duration and areal extent) is implemented since there are inherent limitations with these approaches. These limitations include the effect of changing meteorological conditions, changes in emission rates with time, varying emissions due to localized differences within the landfill, and consideration of emissions from other potential waste management activities. Consultants for the Parish working extensively in the JPL Site did not perform field tests to estimate site-specific ROIs and gas generation (e.g., through vacuum testing). While limited flux chamber testing and surface emission monitoring have been performed at the JPL Site, these have not been conducted in a manner that address these limitations (e.g., insufficient number of tests, not conducting tests in various areas of the site, and not replicating tests at various locations over time) and, therefore, could not be relied on to estimate emissions. Given the scope and duration of vacuum tests and the limitations, scope, and number of flux chamber tests required to address spatial and temporal variations (49 tests per sampling event, excluding duplicate or repeated tests), Ramboll did not perform these tests and relied on site-specific knowledge from these consultants.

[140]   Therefore, to estimate emissions, the collection efficiency of the LFG system (amount captured divided by the amount generated) must be determined and quantified. Collection efficiencies can be defined using various approaches:

(a)   Performing site-specific field tests in the landfill, such as those established in Tier 3 of NSPS Rules (Method 2E)[53]. These field tests generally involve the installation of recovery wells and LFG monitoring probes and conducting the testing in multiple stages. These tests extend weeks or months, and are most valuable when performed to support the design of LFG collection systems (by defining landfill gas generation, LFG well spacing or ROI, allowable vacuum rates, and well configuration). These types of field tests have not been performed at the JPL Site. In my opinion, conducting these tests should have been considered by the Defendants to assure proper well density and extraction coverage, thereby minimizing fugitive emissions and odors, given the reported on-site and off-site odor and $H_2S$ measurements and complaints.

(b)   Using default collection efficiency values established by guidance documents for conventional landfills. However, since it has been established that the JPL site is partly-to-highly saturated with leachate, these default collection efficiency values are not applicable to the JPL Site.

(c)   Defining collection efficiency as a function of the collection system coverage or as the fraction of total waste that is under active LFG collection (USEPA, 2012).[54]

53  EPA - 450/3-90-011a, Air Emissions from Municipal Solid Waste Landfills - Background Information for Proposed Standards and Guidelines, March 1991 USEPA

54  International Best Practices Guide for Landfill Gas Energy Projects, 2012, USEPA Global Methane Initiative.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

[141]    Given the absence of site-specific field tests and presence of high leachate levels that precluded use of default collection efficiency values, the collection efficiency was defined as function of the collection system coverage as recommended by USEPA. The method presented by the Parish's consultants, Carlson Environmental Consultants (CEC), of using ROIs to determine collection system coverage is also consistent with this approach. In fact, the Parish relied on this simplified method as the basis for rehabilitating / redesigning the underperforming LFG extraction system (as shown in **Exhibits 4a** and **4b**). CEC stated that the "*solution to preventing the gaps in the ROI coverage is to increase the wellfield density*" (CEC 2019). **Exhibit 4a** presents the "*ROIs after CEC's recommended LFG system expansion are completed*" (CEC 2019). **Exhibit 4b** presents an overlay of the original LFG collection system design for Phase IVA (Golder 2017) with the LFG collection system installed between 2018 and 2020 in Phase IVA as designed by CEC (CEC 2019). As shown in **Exhibit 4b**, the original design of the LFG collection system contemplated installation of 27 vertical LFG extraction wells in Cells 20 and 21 of Phase IVA, of which 22 were installed between 2018 and 2019. However, due to the deficiencies of the LFG collection system identified by CEC (CEC 2018, CEC 2019), in 2020 it was expanded by 32 vertical LFG extraction wells to a total of 54 vertical wells, which is twice the number of vertical extraction wells initially proposed. In addition, 14 horizontal wells, none of which were in the original LFG collection system design, were installed in Cells 20 and 21.

[142]    Therefore, the methodology used to estimate landfill gas generation and collection efficiencies at the JPL Site is reasonable given the saturated conditions of the landfill. Further, since the LFG zones of capture were significantly impacted by high leachate levels, the CEC method of using ROIs to determine collection efficiency (and therefore estimate emissions) was most relevant and appropriate.

[143]    The method used considers that, since some of the LFG that a landfill generates will be captured by the LFG collection system, subtracting the amount of LFG captured by the gas collection system from the total amount of gas generated appropriately estimates the LFG emitted into the atmosphere (as fugitive emissions). In other words, gases generated at the site that are not captured by the LFG extraction system are considered fugitive emissions. In this case, the landfill gas collection efficiency for each Phase of the landfill was conservatively and appropriately estimated using data generated by CEC in its 2018 report and the square footage of each phase. Our emissions estimates are conservative (i.e., they underestimate gas emissions) because they do not account for: (a) emissions from multiple point sources resulting from numerous construction, operation, and maintenance issues associated with the gas extraction and leachate collection systems, including damaged infrastructure; (b) landfill gas emissions emanating from the side-slopes of the landfill phases where there is no active collection (i.e., they are not equipped with gas collection wells); and (c) numerous wells under positive pressure (which cannot effectively collect gas and, therefore have exceptionally limited capture zones, thereby decreasing collection efficiency).

[144]    Ramboll used Exhibit 12A of the 2018 CEC report, which presented the theoretical maximum ROIs of the gas extraction well (assuming all liquids they contained were removed) to calculate the maximum ROI area for each gas well (refer to Figure 6-1A through Figure 6-1D of the prior Expert Report). For each phase, the total maximum percent coverage was calculated using the aggregate dry well depth area and the total area of gas collection, as set forth in columns 5, 4 and 3 of **Exhibit 14**, respectively. These results represent maximum

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

theoretical collection efficiency assuming the wells are perfectly dry – which we know they are not.

[145]    Exhibit 12B of the 2018 CEC report presented the theoretical ROIs of the wells taking into account CEC's liquid levels measurements within the wells. Because this leachate blocks a portion of the perforated pipe and therefore prevents collection of landfill gas, the ROIs under wet conditions are reduced as compared to dry conditions. As shown in **Exhibit 5**, with the presence of high leachate levels, the zone of capture is drastically reduced as the liquid effectively blocks the screen and gas cannot be recovered.

[146]    Ramboll used Exhibit 12B of the 2018 CEC report, which presented the theoretical ROIs of the wells taking into account CEC's liquid levels measurements within the wells that blocked the perforation of the pipe, to calculate the current ROI for each gas well (refer to Figure 6-2A through Figure 6-2D of the Expert Report). For each Phase, the current percent coverage was calculated using the aggregate saturated well depth area and the total area of gas collection, as set forth in columns 5, 4 and 3 of **Exhibit 14**, respectively. Without access to additional information, Ramboll assumed the 2018 liquid levels CEC reported also represented the 2019 conditions. That assumption was appropriate considering that there is no indication that major improvements were made in 2019 regarding the deficient leachate collection system.

[147]    Since Phases I through IIIB were non-operational during the period of analysis (2016 to 2019), the total area where LFG can be captured remained constant for each of those Phases. These areas are outlined in red in Figure 6-1A through Figure 6-1D, and Figure 6-2A through Figure 6-2D of the prior Expert Report. Despite the fact that gas recovery records indicate a gradual decrease in collection between 2011 and 2016, and in the absence of additional information, it was assumed that the total area where LFG is currently captured by the gas wells was similar for 2016 to 2019. This assumption likely results in an underestimation of LFG generation. Using the ratio of the area of current LFG collection and total area of required LFG collection (refer to **Section 13**), the average efficiency of collection was calculated for each phase (refer to **Exhibit 14**).

[148]    Since Phase IVA was actively accepting waste during the period of analysis, in the absence of construction records for the LFG control system, the total area where LFG could be captured was assumed to grow proportionally to the quantity of waste being disposed. Additionally, since gas wells were not installed in this area until early 2018, there was no LFG capture (i.e., collection efficiency of 0%) until the first wells were installed in 2018. For gas wells installed in 2018, the capture zone was defined as the 2018 CEC Saturated ROI. For wells installed in 2019, the capture area was defined as the average CEC defined capture area for wells installed in 2018. Since Phase IVA was actively being operated, a monthly collection efficiency was calculated considering when wells were installed, such that it changed over time.

[149]    Monthly gas collection efficiencies for each landfill phase are set forth in column 8 of Exhibit 2. As a result of the inadequacy of the landfill gas collection system and significant deficiencies in liquid (leachate) collection in the landfill, which resulted in high leachate levels, the collection efficiency of the LFG system in Phase IVA ranged from 0% to 17.3% during the relevant period.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

[150]    While certain types of soil cover can be designed and constructed to reduce or attenuate $H_2S$ emissions through physical, chemical, and biological processes, this was not the case at the JPL Site. In fact, available documentation indicate that the materials used for soil cover would provide negligible LFG attenuation, if any:

(a)    testimony by Mr. Buller[55] indicates that sand and limestone were used as cover materials for some portions of the site at certain times.

(b)    during my visit to the site, the materials used for cover appeared to be largely sand soils and some silt materials.

(c)    inspection reports, notices of violations, and other landfill documentation reveal serious operational deficiencies in complying with the permit requirements for covers in Phase IVA, including deficient or incomplete placement of cover materials (refer to Section 3.7.1 and Appendix A of the Rebuttal Report).

(d)    photos of the cover system in Phase IVA show uncovered or partially covered waste and waste mixed with soil cover materials among other deficient conditions (refer to Appendix A of the Rebuttal Report)

For these reasons, attenuation of emissions was considered negligible. In my opinion, given the reported on-site and off-site odor and $H_2S$ measurements and complaints, these attenuation methods should have been evaluated and implemented consistent with the standard of care and Waste Connections' contractual obligation to implement a comprehensive odor control program incorporating "best practices."

[151]    These collection efficiencies do not take into account lateral migration of LFG. LFG is continuously generated within a landfill, where pressure will build up until the gas will migrate vertically to the atmosphere or laterally to preferential pathways and surrounding subsurface media. Depending on conditions of the landfill and surrounding soil media, LFG will find preferential migration pathways. Where there is an effective barrier to vertical flow (e.g., partial capping system), as LFG is generated and as pressure increases, it will migrate horizontally until it finds an area of less resistance where it can migrate vertically if not extracted by a gas collection system. This could well be the case for the capped areas in Phase IIIB and IVA, where LFG generated in these areas could migrate horizontally to the active area in Phase IVA, where LFG could be easily emitted vertically. If vertical pressures (e.g., capillary and hydrostatic pressures) that LFG must overcome are greater than horizontal pressures (e.g., soil pressure surrounding the landfill unit), landfill gas will migrate horizontally and be emitted to the atmosphere along preferential pathways (e.g., conveyance pipelines, leachate risers, condensate risers) if not extracted by a gas collection system.

[152]    Unlike what exists at the JPL Site, a properly constructed, operated and maintained landfill gas collection system of vertical extraction wells will ensure that the wells are spaced such that the aggregate radius of influence or capture zone of all individual wells will provide complete coverage of the landfill surface (i.e., that no LFG escapes to the ambient air through the landfill surface). The JPL LFG extraction system does not conform to this standard.

---

55  Deposition of Joseph "Rick" Buller, Jr, Ictech-Bendick v Progressive Waste, December 02, 2020.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

Instead, the collection efficiency of the JPL gas extraction system ranges from 8% to 28%, based on the area covered by the ROI of all LFG wells.

[153]   For reference, USEPA defines collection efficiencies for properly designed, constructed, and operated landfills (Table HH-3 in 40 CFR 98), taking into account system coverage, operation, and cover system materials, for calculation of emissions as follows:

- A1: Areas with no waste in-place are not applicable.

- A2: Areas without active gas collection, regardless of cover type have a 0% collection efficiency.

- A3: Areas with daily soil cover and active gas collection have a 60% collection efficiency.

- A4: Areas with an intermediate soil cover, or a final soil cover not meeting the criteria for A5 below, and active gas collection have a 75% collection.

- A5: Areas with a final soil cover of 3 feet or thicker of clay or final cover (as approved by the relevant agency) and/or geomembrane cover system and active gas collection have a 95% collection efficiency.

[154]   Following USEPA guidelines, the collection efficiency in Phase IVA was zero from the time waste began to be placed in Phase IVA in 2013 until April 2018, because, during this time, there was no active gas collection system in Phase IVA at all.

[155]   After April 2018, when some LFG extraction wells were installed, much of the Phase IVA area was not under an active collection system, including those areas outside the radius of influence of the gas collection wells, and therefore the collection efficiency is zero for this area.

[156]   Phase IVA consisted of 55 acres divided across six "cells" (20 through 25) and, as it existed in April 2018, waste had been deposited in Cells 20, 21 and 22. The addition of a single gas well anywhere in Phase IVA would not automatically raise the collection efficiency in all of Phase IVA from zero to 60% or more. Rather, only the area affected by that gas well would have an increased collection efficiency while areas unaffected by that gas well would maintain a 0% collection efficiency.

[157]   The collection efficiency defined by EPA taking into account system coverage, operation, and cover system materials, was not achieved in any landfill areas during the period of interest.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 14.  ESTIMATED EMISSIONS

## 14.1   $H_2S$ Generation from Spent Lime Operations

[158]   Dr. Jaana Pietari reviewed the likelihood that "spent lime" and related wastes disposed of at Phase IVA of the JPL generated $H_2S$ that contributed to elevated $H_2S$ concentrations at JPL. The results of her analysis are incorporated into my final emissions calculations.

[159]   Dr. Pietari estimated the monthly volumes of $H_2S$ generated attributable to the spent lime from the start of the disposal of spent lime through the end of 2019, which are provided in columns 4 and 5 on **Exhibit 2**.

[160]   I understand that Dr. Pietari used the average of the upper and lower bound for each month as the reasonable estimate of $H_2S$ generation for that month, and that Dr. Pietari has concluded that the use of this average very likely underestimates the actual $H_2S$ generated each month from these sources because $H_2S$ generated from the following sulfate-containing waste was not accounted for:

(a)     all spent lime that may have also been disposed as boiler blowout;

(b)     construction and demolition debris that was likely disposed at the Jefferson Parish Landfill after 2015 when it was last formally reported to LDEQ;

(c)     other "special wastes" that were disposed as the same time as the spent lime which likely contributed to sulfate and sulfur;

(d)     fly ash, which can also contain sulfur and sulfate, used as a solidification agent when spent lime was not available (Pietari, 2021); and

Therefore, in my opinion, Dr. Pietari's estimations are appropriate and conservative (i.e., they underestimate the $H_2S$ generated by the sulfate-rich waste).

## 14.2   $H_2S$ Fugitive Emissions

[161]   We calculated total $H_2S$ fugitive emissions from the JPL for each year from 2016 to 2019 using the following data: (1) $H_2S$ generation rates from solid waste calculated using LandGEM as set forth in columns 2 and 3 of **Exhibit 2** (refer to **Section 12.3**); (2) $H_2S$ generation rates attributed to the spent lime and related wastes disposed in Phase IVA and as calculated by Dr. Pietari (refer to **Section 14.1**) as set forth in columns 4 and 5 of **Exhibit 2**; and (3) collection efficiencies (i.e., areas of surface fugitive emissions) as set forth in Column 8 of **Exhibit 2** (refer to **Section 13**). As previously indicated, contributions associated with point sources have not been included in the estimate of $H_2S$ emissions, which results in an underestimation of actual $H_2S$ emissions.

[162]   To determine the total $H_2S$ generation rate for Phase IVA, the $H_2S$ generation rate from solid waste calculated using the LandGEM (refer to **Section 12.3**) and the $H_2S$ generation rate from Dr. Pietari's spent lime analysis (refer to **Section 14.1**) were aggregated.[56] The resulting estimate of total $H_2S$ generated by the Jefferson Parish Landfill are set forth in

---

[56]  The available information allowed Dr. Pietari to calculate specific $H_2S$ generation rates for each month. The $H_2S$ generation rates that I calculated for all other wastes at the landfill are reported by LandGEM on an annual basis. For purposes of aggregating the LandGEM results with Dr. Pietari's emissions calculations, I assumed that each annual total was distributed evenly over 12 months.

columns 6 and 7 of **Exhibit 2**, which as previously indicated is conservative (i.e., it underestimates actual $H_2S$ generated during the relevant time period).

[163]  The product of the efficiency of collection (as set forth in Column 8 of **Exhibit 2**) and the total $H_2S$ generation rates resulted in the total collection estimates of $H_2S$ from October 2016 to December 2019. Subtracting the $H_2S$ collected by the gas collection system at the landfill from the total $H_2S$ generated appropriately estimates the $H_2S$ emitted into the atmosphere (as fugitive emissions) during the relevant time period, as set forth in columns 9 and 10 of **Exhibit 2**.

[164]  It should be noted that in the December 18, 2019 Part 70 Operating Permit Renewal and Modification Application (CEC, 2019b), CEC estimated annual generation of hydrogen sulfide of 166.63 tons (or 151.16 Mg), which is significantly higher than the generation of 44.3 to 74.9 Mg/year which I assumed for purposes of my calculations.

[165]  I have estimated emissions of $H_2S$ from the Jefferson Parish Landfill for the period of October 2016 through December 2019. For the reasons discussed in this report, it is my opinion that these calculations underestimate actual $H_2S$ emissions from the JPL Site during this period.

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 15.   STANDARDS OF CARE APPLICABLE TO LANDFILL OWNERS AND OPERATORS

## 15.1   Federal and State Design, Operation and Monitoring Requirements

[166]   Federal and State regulations define minimum design, operation and maintenance requirements for waste disposal facilities, including design criteria, operating criteria, and post-closure care. Federal requirements for municipal solid waste landfills are defined in 40 CFR I, Chapter I, Subchapter I Part 258 (40 CFR 258), while in Louisiana the requirements for solid waste facilities are defined in LAC Title 33, Part VII, Subpart 1.

[167]   Federal regulations require that Owners or operators of all municipal solid waste landfills design, construct and maintain the following control systems, for which it defines operating criteria and recordkeeping requirements:

- Leachate in 40 CFR 258.40

- Cover materials in 40 CFR 258.21

- Explosive gas (i.e., landfill gas) in 40 CFR 258.23

- Stormwater run-on/run-off in 40 CFR 258.26 and 40 CFR 258.27

[168]   Federal post-closure care requirements in 40 CFR 258.61 include:

- Maintaining the integrity and effectiveness of any final cover, including making repairs to the cover as necessary to correct the effects of settlement, subsidence, erosion, or other events.

- Maintaining and operating the leachate collection system in accordance with the requirements in 40 CFR 258.40.

- Monitoring and maintaining the ground water monitoring system.

- Maintaining and operating the gas monitoring system in accordance with the requirements of 40 CFR 258.23.

[169]   Further, Louisiana regulations define design standards governing all Type I and II facilities (LAC 33:VII.711), such as the JP Landfill, for, among others:

- Daily and interim cover in LAC 33:VII.711.B.2, which, per LAC 33:VII.711.B.2.a.v requires that daily and interim "*cover materials shall reduce noxious odors by minimizing outward movement of methane and other gases.*"

- Stormwater control in LAC 33:VII.711.B.3.

- Leachate control, collection, treatment and removal systems in LAC 33:VII.711.B.4 and LAC 33:VII.711.B.5.

- Gas collection/treatment or removal systems in LAC 33:VII.711.B.6.

[170]   Louisiana requirements for facility operations (LAC 33:VII.711.B.2) include developing Operational Plans that address, among other items:

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

- "the methods that will be used to ensure that the leachate collection/treatment system is functioning as designed" in LAC 33:VII.711.D.2g.

- "the measuring protocol, frequency, and recordkeeping used to monitor leachate head and how the leachate will be removed" in LAC 33:VII.711.D.2h.

- "the actions to be taken when monitoring indicates leachate head exceeds the standard in LAC 33:VII.711.B.4.f.viii" in LAC 33:VII.711.D.2i.

[171]    Louisiana regulations also define facility operational standards (LAC 33:VII.711.B.3) that include among other items:

- "Facilities receiving waste with a potential to produce methane gas shall be subject to the air-monitoring requirements of LAC 33:VII.711.D.3.a" (LAC 33:VII.711.B.3.a.i).

- Developing a comprehensive air-monitoring plan (LAC 33:VII.711.B.3.a.ii).

- Controlling odors by the best means practicable (LAC 33:VII.711.B.3.a.vi).

- "For nonfunctioning leachate pumps and/or not maintaining liquid head below the 1 foot leachate head standard set forth in LAC 33:VII.711.B.4.f.viii, action to repair and/or to replace pumps shall be initiated and completed within seven days" (LAC 33:VII.711.B.3.e.iii).

- "Sufficient equipment shall be provided and maintained at all facilities to meet the facilities' operational needs" (LAC 33:VII.711.B.4).

[172]    Louisiana landfill post-closure care requirements in LAC 33:VII.711.F are very similar to the federal requirements and include:

- "*maintaining the integrity and effectiveness of any final cover (including making repairs to the cover as necessary to correct the effects of settlement, subsidence, erosion, or other events)*"

- "m*aintaining and operating the leachate collection system until leachate is no longer generated or until the permit holder can demonstrate that the leachate no longer poses a threat to human health or the environment in accordance with LAC 33:I.Chapter 13*"

- "*maintaining and operating the collection/treatment or removal system and the gas-monitoring system*"

- "*maintaining the groundwater-monitoring system and monitoring the groundwater in accordance with LAC 33:VII.805*"

[173]    As discussed throughout of this document, many of the Louisiana requirements were not complied with. For example:

(a)    As evidenced by the nature of complaints by the Plaintiffs in this case, as well as numerous other residents of the affected areas, and as detailed in **Sections 11.1.2 and 13**, the daily and interim covers placed in Phase IVA did not meet the requirement of LAC 33:VII.711.B.2.a.v to mitigate  noxious odors and outward movement of gases.

(b)    The Defendants failed to use best management and engineering practices to control odors as required by LAC 33:VII.711.B.3.a, as evidenced by the public statements of

Parish officials, findings of the LDEQ, the high measured $H_2S$ readings in emissions at the site, the extremely high leachate levels at the landfill which impeded the efficient collection of LFG, the ineffective operation and maintenance of the LFG collection system, and the nature and frequency of complaints by the Plaintiffs and numerous others in this case.

(c)     As detailed in **Sections 11.1.2 and 11.1.4**, a significant portion of the leachate collection system equipment, including pumps within the gas wells, was inoperable and need of replacement or repair for extended time periods, thereby not meeting the requirements of LAC 33:VII.711.B.3.e.iii. This condition was also documented in the LDEQ inspection reports. Further, as indicated in **Section 11.2**, measured leachate levels are so high within the waste media that the gas wells, the bottom of which are 10 feet above the bottom liner system, are inundated.

(d)     As documented by the JP Landfill consultants, the absence or malfunctioning equipment indicated a failure to provide or maintain adequate equipment at the JP Landfill to meet the landfill's operational needs as required by LAC 33:VII.711.B.4.

For the same reasons, the requirements of sections II.B.5.A, II.B.5.C, II.B.5.H and II.B.5.K of the contract between Waste Connections and Jefferson Parish were not complied with.

## 15.2     Ideal Conditions for Hydrogen Sulfide Generation

[174]   The generation of hydrogen sulfide depends on specific environmental conditions, such as the availability of sulfate ions, anaerobic conditions, appropriate pH and temperature rages, and the presence of organic materials and sulfate-reducing bacteria. The reaction is more likely to occur in confined spaces or in anaerobic digestion processes where organic waste and sulfate containing materials (like gypsum or spent lime) are in close contact. Specifically, hydrogen sulfide can be produced when the following conditions are present:

(a)     Water – The biological conversion of sulfate into hydrogen sulfide occurs in the aqueous phase (Gypsum Association 1991). MSW contains inherent moisture, with weight-based moisture contents typically ranging from 15 to 40%, when delivered to disposal facilities (USEPA 2014). Even in landfills with leachate collection systems that effectively reduce the presence of free liquids, the presence of perched and discrete zones of saturation are still common (Marshall 2017). Some MSW landfills recirculate leachate to promote decomposition of waste, which can further increase the production of hydrogen sulfide (USEPA 2014).

(b)     Source of Soluble Sulfate – The amount of the sulfate is a function of the amount of sulfate containing materials accepted by the facility, which can vary widely. Gypsum is a source of soluble sulfate due to its high sulfur content. Gypsum can be found as larger pieces of drywall or as fine-grained materials from C&D recycling operations known as recovered screen material (RSM) (USEPA 2014). According to a 1998 laboratory study, sulfate reduction in reactors containing fresh MSW with gypsum produced sulfur emissions 10 times greater than reactors without gypsum drywall (Fairweather and Barlaz, 1998). Other soluble sulfate sources include fly ash and bottom ash (Marshall 2017) and flue gas desulfurization residues and sludges (USEPA 2014).

(c)     Sulfate Reducing Bacteria – Sulfate Reducing Bacteria (SRB), which reduce sulfate to hydrogen sulfide, are believed to be commonly present in MSW landfills (Gypsum

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

Association 1991, Marshall 2017). The presence of moisture allows for SRB to grow and chemical reactions to occur (USEPA 2014).

(d)   Organic Material – Organic matter is a necessary substrate for SRB during the production of hydrogen sulfide (Gypsum Association 1991, USEPA 2014). MSW landfills contain high organic content wastes, as a wide variety of organic materials (i.e., wood, paper, cardboard, food, vegetative waste, and fabrics) are disposed of there (Marshall 2017).

(e)   Anaerobic Environment – "*Oxygen will kill SRBs*" (Gypsum Association 1991) and SRBs thrive under anaerobic conditions (i.e., lack of oxygen), which are necessary for the reduction of sulfate into hydrogen sulfide to occur. These conditions are common in MSW landfills after the placement and compaction of waste material (USEPA 2014).

(f)   Appropriate pH range – SRBs exist/thrive in environments with a pH ranging between 6 and 9 (USEPA 2014) while SRB reduction of sulfate to hydrogen sulfate is reportedly optimum within a pH range of 7 to 8 (Gypsum Association 1991). This condition is typical for a MSW landfill (Marshall 2017).

(g)   Appropriate Temperature Range – SRB growth and hydrogen sulfide generation occur within a temperature range of approximately 30 to 38 degrees Celsius, which is a typical range for a MSW landfill (Gypsum Association 1991, Marshall 2017).

[175]   Favorable conditions conducive to the generation of hydrogen sulfide in landfills have been recognized by the landfill industry for well over two decades. The standard of care and the obligation to use best management practices in the control of odors entails that the Defendants, with the assistance of their consultants, assess these conditions during the planning phase and prior to accepting the disposal of spent lime in a MSW landfill area and prior to implementing the stabilization of liquid waste and sludge using spent lime, which started in October 2016 in Phase IVA. Further, the standard of care and best management practices dictate that any materials with a substantial soluble sulfur content be segregated from MSW in a mono-cell or an area away from those receiving MSW. There is no documentation available to indicate that the Defendants or their consultants conducted any evaluation to address the potential for hydrogen sulfide generation and emissions based on the above conditions at the JPL, specifically in terms of preventing mixing spent lime with MSW. In fact, internal email correspondence[57,58,59] from Waste Connection indicates the opposite, specifically Waste Connections' knowledge that the neighboring River Birch Landfill stopped accepting liquid waste requiring solidification around mid-June 2016 due to odor complaints and adverse impacts to their landfill gas production.

## 15.3   Best Management Practices (BMP) for Hydrogen Sulfide in Landfills

[176]   Although some of the conditions identified in **Section 15.2** cannot be controlled by the landfill operator, several Best Management Practices (BMPs) are typically implemented to control the production of hydrogen sulfide. These practices aim to minimize the generation of $H_2S$ gas and mitigate its release into the atmosphere. For example, in September 2007, the Massachusetts Department of Environmental Protection (MassDEP) Bureau of Waste

---

57   WC_JPLF_00260849

58   WC_JPLF_00270624

59   WC_JPLF_00271367

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

Prevention released a document titled *Control of Odorous Gas at Massachusetts Landfills (*MassDEP 2007), in support of 310 CMR 19.000 - Solid Waste Management Regulations. MassDEP presented several recommended management practices (RMPs) to prevent and/or reduce the potential impact of hydrogen sulfide and odorous landfill gas emissions. Similarly, in August 2014, the USEPA published its BMPs to Prevent and Control Hydrogen Sulfide and Reduced Sulfur Compound Emissions at Landfills (USEPA 2014), which defined methods to control $H_2S$ generation and emission. Following are BMPs and RMPs landfill operators implement to address hydrogen sulfide in landfills, which were well-known in the industry by 2016:

(a)     Waste Segregation and Diversion: Implementing a waste segregation program at the source can help divert sulfate containing materials, which is a significant contributor to $H_2S$ emissions, away from the landfill. Encouraging recycling, composting, and other waste diversion methods can reduce the amount of sulfate containing materials reaching the landfill. The diversion of drywall from disposal has been recommended as a measure to prevent hydrogen sulfide formation in landfills (USEPA 2014), as the relationship between the disposal of gypsum drywall in landfills and the production of hydrogen sulfide has been known for years (Gypsum Association 1991, Townsend et al 2000). In fact, the City of Vancouver, British Columbia, Canada banned drywall from landfill disposal in 1990 due to the issues associated with hydrogen sulfide production (Townsend et al 2000). In addition, the landfilling of biodegradable waste materials with high sulfate content has been prohibited in England and Wales since July 2005 (UK Health Protection Agency, 2011; Ko et al, 2015). Alternatively, the MassDEP RMPs suggest the landfill owner/operator should only accept materials from C&D processing facilities that have separated and removed gypsum from the material prior to disposal.

(b)     Landfill Gas Collection and Control: Implementing a landfill gas collection and control system is crucial in managing $H_2S$ emissions. Methane is often present in landfill gas along with $H_2S$. Collecting and properly managing landfill gas through systems like gas extraction wells and flaring or beneficial use will not only control methane emissions but also reduce $H_2S$ emissions. A plan for installing a LFGCS (including $H_2S$ pretreatment) should be part of a landfill's approved operating permit (MassDEP 2007). Methods of treating hydrogen sulfide in landfill gas include thermal, physiochemical, and biological. The most common option for collecting landfill gas is gas incineration on a flare system, which results in converting hydrogen sulfide to sulfur dioxide or sulfuric acid (Ko et al, 2015).

(c)     Disposal Practices: Limiting placement of gypsum drywall and other sulfate containing materials to special areas such as: (a) specially constructed "dry" cells in the existing landfills (NJDEP Science Advisory Board 2015); (b) C&D landfills managed to handle the challenges of C&D wastes (NJDEP Science Advisory Board 2015); (c) higher elevation areas of the active face to decrease the potential of moisture contact (USEPA 2014) and (d) away from municipal solid waste.

(d)     Moisture Control: Stringent operation and maintenance of leachate and stormwater management systems and implementing measures to control infiltration and contact with stormwater (e.g., minimizing working surfaces, immediate proper placement and grading of daily covers to promote drainage) is necessary to minimize moisture within the landfill (Marshall 2017). Leachate can be a significant source of hydrogen sulfide (Profumo et al 1992), and potentially hazardous atmospheres can form in areas where

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

leachate may accumulate, such as gas wells, leachate sumps, and cleanout lines. Segregating received drywall or other SCMs to distinct areas and perhaps making note in operations records of areas where larger amounts of drywall were placed (similar to how landfills that accept asbestos make note of incoming quantities and disposal location).

(e)    Capping Systems: The installation of a low-permeability layer can help remediate hydrogen sulfide emissions by limiting production as well as preventing emissions. Landfill caps minimize the infiltration of stormwater into the waste, which can curb leachate production. Alternative caps or soil cover amendments, which include compost, wood chips, fine waste materials, quicklime, hydrated lime, calcium carbonated materials, and waste steel (Plaza et al., 2007; Xu et al., 2010a; Xu et al., 2010b; Solan et al., 2010) can also be implemented to help control and attenuate gas emissions from a landfill (refer to Section 3.7 of the Rebuttal Report). The active face should also be kept as small as possible to limit the surface area of exposed waste. Soil daily cover may need to be placed more than once a day to effectively control odor and may need to be greater than the minimum 6-inches required by regulation (MassDEP 2007). Capping systems in combination with an active landfill gas collection and control system has been recommended as a BMP for hydrogen sulfide control at both MSW and C&D landfills (Waste Management 2005; MassDEP 2007; USEPA 2014). Separating sulfur containing materials from organic wastes and placing them in specific areas of the landfill, especially in wet landfills, has been recommended since at least 1991 (Gypsum Association 1991).

(f)    SRB Inhibitors: Since most of the hydrogen sulfide emissions from landfills are produced through biological processes, inhibiting SRB can be an effective method of minimizing hydrogen sulfide emissions (Ko et al, 2015). SRB can be inhibited by changing the redox potential of the environment, increasing the pH, stimulating the growth of a competing group of anaerobic bacteria, and adding SRB inhibitors. The redox potential can be adjusted by adding oxidizing agents, for example oxygen and nitrate. The addition of nitrate and ferric compounds can also stimulate the growth of nitrate-reducing bacteria (NRB), which have a large thermodynamic advantage over the SRB. Other chemical inhibitors of SRB include antibodies, detergents, dyes, mercurial, metal ions and complexes, nitro compounds, phenolic substances, sulfate analogs, and sulfonamides (Ko et al, 2015).

(g)    Waste Odor Control: Controlling odors from the landfill can help manage $H_2S$ emissions indirectly. The location, sizing, and timing of waste and cover placement should be considered (MassDEP 2007). Using odor control technologies like misting systems, neutralizing agents, or biocovers can help reduce the odor associated with $H_2S$, making the surrounding environment more tolerable. Odor neutralizers do not prevent the production of odorous compounds and should only be considered a temporary measure (USPEA 2014).

(h)    Monitoring and Reporting: Regular monitoring of $H_2S$ emissions, landfill gas composition, and environmental air quality is essential. Monitoring allows early detection of potential issues and provides data for effective management and reporting to regulatory agencies. It helps evaluate the success of implemented BMPs and identify areas for improvement. A site-specific BMP guide can allow landfill owners and operators to understand the specific issues and challenges associated with hydrogen

sulfide production and allow for proper documentation to demonstrate procedures used to address hydrogen sulfide emissions (USEPA 2014).

[177]   Waste Connections Director of CCR Management (which included flue gas desulfurization materials such as spent lime) since 2016, testified[60] that he was aware of the USEPA BMPs for $H_2S$ control at landfills (USEPA 2014) since its issuance in 2014. However, the Solidification Plan[61] prepared by the JP Landfill did not incorporate most BMPs to minimize or control $H_2S$ generation and/or emissions. Notably, there was no segregation of waste processed during the liquid waste and sludge stabilization using spent lime from the MSW in Phase IVA or use of specifically designed isolated areas to mitigate odors from handling sulfur containing materials. Additionally, the timely installation of the landfill gas collection system was neglected, and it did not specifically account for the location of different waste types, particularly the spent lime. Moisture control measures were not implemented, the capping system was deficient, and there was insufficient consideration of SRB inhibitors or other effective controls for waste odors.

[178]   The Solidification Plan[62] also required that "*Landfill operations personnel will estimate the approximate solidification ratio for each differing waste stream based on bench tests of the actual waste / wastewater or based on past solidification ratios used to successfully achieve a passing result*." This requirement is consistent with industry practice (Environmental Research & Education Foundation 2018), which emphasizes the need of performing bench scale testing before accepting any aqueous wastes. This testing ensures satisfactory performance of the material once processed and placed in the landfill by providing critical information, including but not limited to (a) optimal agent-to-waste mixing ratios, (b) reactions between waste materials and solidifying agents, (c) leachability, and (d) odor potential. However, there is no evidence that such tests were performed.

## 15.4    Selected Cases of Hydrogen Sulfide Generation at Landfills

[179]   The generation of hydrogen sulfide at JP Landfill has been discussed in this expert report and preceding reports. As indicated in these reports, the emission analysis involved defining the hydrogen sulfide emissions originating from different sources such MSW, and the spent lime disposed of at the landfill, and the solidification activities conducted in Phase IVA.

[180]   It should be noted that both gypsum and spent lime have the potential to be sources of soluble sulfate when they undergo dissolution and, therefore, are capable of generating hydrogen sulfide emissions under favorable conditions. In general, gypsum is commonly found in C&D waste and disposed of at landfills that do not accept MSW. Spent lime was disposed in Phase IVA at JP Landfill, and it has been determined that the sulfate in the spent lime resulted in the generation of high $H_2S$ emissions. Spent lime is most likely the primary cause for the elevated $H_2S$ concentrations observed at the JP Landfill.

[181]   Following are brief summaries of selected case studies of generation of hydrogen sulfide emissions from MSW landfills that received C&D waste and had subsequent odor issues:

---

60   Deposition of Joseph William Laubenstein, Ictech-Bendick v Progressive Waste, January 08, 2024.

61   WC_JPLF_00260843 and WC_JPLF_00260844

62   WC_JPLF_00260843 and WC_JPLF_00260844

SECOND SUPPLEMENTAL EXPERT REPORT OF JOSE SANANES
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

- Naples Landfill, Collier County, FL: Naples Landfill is a Class I landfill that used processed C&D debris materials as an alternative daily cover. Hydrogen sulfide was measured at 15 ppm in areas with no active gas collection. Leachate seeps or cracks on the landfill cover were observed to have odorous gas detected between 30 to 250 ppm. In addition, seven samples were also collected and found hydrogen sulfide detected between 12 ppb and 5,600 ppm in all samples (Townsend, 2000).

- Central Sanitary Landfill and Recycling Center, Broward County, FL: Central Sanitary Landfill and Recycling Center is a MSW landfill that received C&D debris after Hurricane Andrew. Odor problems began in the surrounding residential areas soon after, and hydrogen sulfide was measured up to 5,000 ppm (Townsend, 2000).

- Sunny Farms Landfill, Fostoria, Ohio: Sunny Farms Landfill is a 510-acre site that accepts MSW, C&D debris, contaminated soils, and specialty wastes[63]. Odor complaints surrounding Sunny Farms Landfill began in 2013. Ohio EPA explained that hydrogen sulfide gas is generated when "high volumes" of dry wall decompose at the landfill. In January 2019, Ohio EPA ordered Sunny Farms to take several actions to remove hydrogen sulfide gases and reduce odors, which included installing an odor control blanket as well as an enhanced LFG collection system (i.e., additional gas wells and gas extraction infrastructure), and a wastewater treatment system (a $4 million investment). The hydrogen sulfide treatment system consists of six vacuum boxes that capture hydrogen sulfide from extracted LFG. The landfill also installed permanent monitors for hydrogen sulfide and reports to Ohio EPA and the health board weekly. The landfill operator reported observing much lower and fewer occurrences of hydrogen sulfide since implementing the additional measures.

[182] The standard of care required the Defendants to have been aware of these cases and/or similar before 2016. However, no considerations or proactive measures were taken by the JP Landfill to mitigate the potential for hydrogen sulfide emissions, despite drawing from the experience provided by historical cases.

---

[63] Contaminated soils and specialty waste profiles must be approved prior to shipment to the landfill. MSW and C&D debris do not require specific approvals.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 16.   BREACHES OF STANDARDS OF CARE BY DEFENDANTS IN THIS CASE

## 16.1   General

[183]   Below are relevant standards of care applicable to landfill owners, landfill operators and contractors of landfill gas collection and leachate collection systems, which are well-known and accepted in the landfill industry:

(a)   In general, a landfill owner or operator must exercise reasonable care to prevent noxious odors from escaping its property and/or landfill and foreseeably affecting neighboring individuals. Reasonable care includes compliance with all applicable laws and regulations and implementing best management practices, as defined by EPA, State agencies and other stakeholders.

(b)   To prevent noxious odors from escaping from the landfill:

   i.   A MSW landfill owner or operator should not accept sulfur containing materials (such as spent lime, gypsum, or fly ash) which are known to produce $H_2S$, without a proper design and plan for their disposal that incorporates best management practices to prevent the generation of noxious gases (refer to **Section 15.3**). When accepting these types of wastes, the conditions that promote the generation of $H_2S$ should be considered, measured, and a gas emission control plan incorporated into the landfill design, construction, operation, and monitoring (refer to **Section 15.3**).

   ii.   The landfill must have properly designed and constructed landfill gas control and leachate control systems. While limited amounts of LFG is typically collected from the leachate collection system compared to the solid waste media, an ineffective leachate collection system will reduce the ability of the gas collection system to collect gas, thereby resulting in fugitive emissions.

   iii.   The landfill gas control and leachate control systems must be operated, monitored, and maintained to ensure their continued functionality as intended by the design. The results and recommendations of these activities must be reported promptly to the landfill owner by the landfill operator(s) so corrective actions, if any, are implemented in a timely manner.

(c)   If landfill gas control and leachate control systems operation, monitoring, and maintenance activities indicate deficiencies, the landfill operator(s) must promptly report these issues to the landfill owner and system designer. This allows for (a) recommendations to be evaluated, (b) causes to be investigated, and (c) repairs, replacements or enhancements to the system(s) to be implemented in a timely manner.

## 16.2   Defendants' Role on the Design, Operation and Maintenance of JPLF

[184]   IESI LA Landfill Corporation (IESI, a Waste Connections, Inc. company; CEC 2018) was contracted by Jefferson Parish to operate, manage, and maintain the Expansion Area (Phase IVA, comprising Cells 20-25) and Landfill Phases I, II, and III on May 17, 2012 (Jefferson Parish 2012). According to the contract, Waste Management (Waste Management of Louisiana, LLC d/b/a Waste Management of New Orleans) developed, operated, and

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

maintained Phases I & II. Phase III (149-acre portion of the Landfill), which was under development during the signing of the document, was also developed, operated, and maintained by Waste Management. The scope of services to be provided by IESI/Waste Connections for Phase IVA, included, but was not limited to, (i) operation and maintenance, (ii) waste screening and placement, (iii) placement of daily, interim and final cover materials, (iv) final design, construction, operation and maintenance of the leachate collection and storm water management systems, (v) installation, operation and maintenance of groundwater monitoring wells, and (vi) environmental monitoring, which specifically included implementing both operational best management practices and use of odor control systems (Jefferson Parish 2012). Even though the scope seems to exclude activities associated with the landfill gas collection and control system other than repairs to damage caused by IESI/Waste Connections, because IESI was ultimately responsible for "*implement[ing] a comprehensive odor control plan that includes both operational best management practices and odor control systems*," IESI assumed the responsibility for ensuring that deficiencies in the gas collection system were either remediated by the Owner or addressed by other control measures. As to the leachate collection system, even if the system had not been fully transferred to IESI, IESI assumed the responsibility for ensuring that deficiencies in the leachate collection system were either remediated by the Owner or addressed by other control measures so as to allow for effective odor control.

[185]   The term of the contract was for a period starting from the signing of the agreement and ending upon the closure of the permitted area in Phase IVA. Acceptable waste allowed to be disposed of under this agreement included the following:

- Residential Solid Waste from Unincorporated Jefferson Parish,

- Solid Waste from Jefferson Parish Offices,

- Municipal Wastewater Treatment Plant Sludge generated in Jefferson Parish

- Solid Waste from the Jefferson Parish Administrative Departments

- Industrial Solid Waste (generated within Jefferson Parish)

- Commercial Solid Waste (generated within Jefferson Parish)

- Industrial Solid Waste and Commercial Solid Waste generated outside of approval of Jefferson Parish in conformity with Section 16-14 of the Jefferson Parish Code of Ordinances, in which case, it shall be limited to a maximum of 109,5000 tons per calendar year.

[186]   As previously noted, as part of the contract, IESI/Waste Connections agreed to "*implement a comprehensive odor control plan that included both operational best management practices and odor control systems*." They were required to perform all odor monitoring and control activities and services as required by the existing Jefferson Parish Landfill Odor Management Plan, and any amendments from local, federal, or state regulations adopted and imposed on landfill operations. The amount of waste exposed to the atmosphere was to be minimized by limiting the size of the active face during normal operations. All deposited waste was to be covered with either an approved alternate daily cover or 6 inches of daily cover at the end of each working day. Any waste that exhibited strong odors was to be covered immediately upon delivery with soil materials.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

[187]   IESI/Waste Connections was responsible for ensuring that leachate was managed according to the provisions of the LDEQ permit. Any compliance orders, fines, penalties, and corrective action orders related to the operation of the on-site leachate management facilities caused by the actions or inactions of IESI were to be the sole responsibility of IESI (Jefferson Parish 2012).

## 16.3    Breaches of Standard of Care by Defendants

[188]   The Landfill Owner, engineers and/or operator(s) in this case breached the foregoing standards of care in the following manners:

(a)   They failed to ensure that the landfill gas collection and leachate collection systems were properly designed, constructed, operated, and/or maintained in order to prevent the formation and emission of noxious odors or to collect and treat such odors, and failed to take corrective action, thereby, foreseeably causing noxious odors to escape the landfill and harm neighboring individuals.

(b)   They did not ensure that the landfill gas collection and leachate collection systems were being operated and maintained properly. Specifically,

   i.   Jefferson Parish failed to ensure that Waste Connections, its landfill operator, or Aptim, its landfill has collection system operator, operated and maintained the landfill gas collection and leachate collection systems so as to prevent noxious odors from escaping from the landfill, foreseeably harming neighboring individuals.

   ii.   Waste Connections, the operator and manager of the landfill responsible for the Phase IV-A landfill construction and its leachate collection system, did not operate and maintain the landfill leachate collection system so as to prevent leachate buildup within the landfill. This failure resulted in adverse impacts to the gas collection system, which in turn caused noxious odors to escape from the landfill, foreseeably harming neighboring individuals. Furthermore, given the deficiencies in the leachate and gas collection systems, Waste Connections did not undertake other odor control measures to ensure that noxious odors did not escape from the landfill, foreseeably harming neighboring individuals.

   iii.   Aptim, the operator of the landfill gas collection system, failed to  ensure that it was operated and maintained to prevent noxious odors from escaping from the landfill, foreseeably harming neighboring persons.

(c)   They failed to ensure the improperly designed, maintained, or operated landfill gas collection and leachate collection systems were remediated (i.e., repaired, replaced or enhanced) in a timely manner. Specifically,

   i.   Waste Connections did not adequately inform Jefferson Parish or ensure that the Jefferson Parish remediated the improperly designed, maintained or operated landfill gas collection and leachate collection systems.

   ii.   Jefferson Parish did not promptly remediate the improperly designed, maintained or operated landfill gas collection and leachate collection systems in a timely manner.

   iii.   Aptim did not adequately inform Jefferson Parish or ensure that the Jefferson

Parish remediated the improperly designed, maintained or operated landfill gas collection and leachate collection systems.

(d) Waste Connections and Jefferson Parish accepted sulfur-containing materials without considering BMP for controlling gas fugitive emissions and without implementing a proper and effective odor control plan, despite having firsthand knowledge of the issues experienced by River Birch with this same material (refer to **Section 6.4**) or its own experience with the disposal of other sulfur-containing materials (e.g., coal combustion residuals or CCR) since at least October 2016.

  i. Jefferson Parish and Waste Connections disposed of sulfur-containing materials, such as spent lime or fly ash, with MSW, which have the reasonably foreseeable potential to generate noxious odors that could escape the landfill and affect neighboring individuals.

  ii. As indicated in **Section 6.4**, the neighboring River Birch Landfill stopped accepting the liquid waste requiring solidification in around mid-June 2016 due to odor complaints and impacts to their landfill gas production[64,65,66].

  iii. In email correspondence to prospective clients[67] and accompanying 2016-2017 brochure titled "Safe Reliable and Cost-Effective CCR Disposal," Waste Connections presents itself as a leader in the management of CCR,[68] a sulfur-containing material category that includes fly ash, bottom ash, slag, and flue gas desulfurization waste, such as spent lime in this case. Since at least October 2016, when Waste Connections received a presentation on "Energy Waste (CCR) Disposal in Subtitle D Landfills"[69], it has been aware of the challenges for MSW landfills handling CCRs. This document specifically outlined considerations for MSW landfills that may receive CCRs that included, among others, the generation of odors through the conversion of sulfate and sulfites in flue gas desulfurization waste into hydrogen sulfide which can cause problems. This document concluded that it "*helps to not comingle CCRs with MSW.*"

  iv. Given that (1) sulfur-containing materials were disposed or processed within the MSW landfill area without waste segregation by physical containment (e.g., isolated cell), (2) the JP Landfill is a municipal landfill containing organic waste, (3) the JP landfill had historical serious problems in controlling leachate levels and (4) there was no gas collection system in place in Phase IVA to collect any landfill gases that were generated prior to the spring of 2019, the Jefferson Parish and Waste Connections should have refused to allow the disposal of spent lime in the JP Landfill.

---

64  WC_JPLF_00260849

65  WC_JPLF_00270624

66  WC_JPLF_00271367

67  WC_JPLF_00523445-446

68  WC_JPLF_00523447-450

69  WC_JPLF_00523182-218

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

(e) Waste Connections did not "*implement a comprehensive odor control plan that included both operational best management practices and odor control systems*" or comply with the other provisions of Section II.B.5.H of its contract with Jefferson Parish.

(f) Waste Connections violated its own internal "*minimum standards and expectations of Waste Connections landfills,*" describing in internal communications[70] its "*leachate management practices and gas management practices that are simply not best practices.*" These communications also indicate that if the "*site is experiencing odors or odor complaints from neighbors that is unacceptable*" and define their goal "*to keep less than 12 inches of leachate stored in any sump;*" neither of these two goals was routinely achieved.

This has been extensively documented by the JP Landfill and its contractors, as detailed in the prior Expert Report and Rebuttal Report, and summarized in this document.

[189]    Before and during the relevant period, the landfill gas and leachate management systems at the JPL Site were improperly designed and either non-performing or inefficiently operated and improperly maintained, requiring significant infrastructure improvements to correct LFG and leachate extraction deficiencies (Golder 2017; CEC 2018; CEC 2019; River Birch, 2019). Specific design deficiencies included (1) inadequate numbers and placement of gas collection wells and (2) insufficient capacity of leachate collection to prevent accumulation within the landfill. This has been documented extensively by the JP Landfill and its contractors, as detailed in the prior Expert Report and Rebuttal Report, and summarized in this document.

[190]    As stated in **Section 11.1.1**, Golder's 2017 Landfill Gas Collection and Control (GCCS) Plan that considered 74 vertical wells with a 100-foot ROI; however, the proposed layout would not have achieved 100% capture of LFG as the ROIs of adjoining wells do not overlap. Golder also recommended that, before installing the proposed new wells, several remedial actions, including dewatering wells with submerged sections of perforated pipe, be implemented.

[191]    As previously stated in **Section 9.3**, CEC's 2018 assessment clearly documents the inadequacy of the landfill gas collection system and significant deficiencies in leachate collection in the landfill. These high leachate levels impede collection of the gas that is being generated, which in turn allows this gas to be emitted to ambient air as fugitive emissions. The data evaluated by CEC indicated that liquid removal has not been successful at the facility as most of the liquid pumps are not in operation or provide minimum liquid withdrawal due to deficiencies in both the landfill gas condensate and leachate collection pumping systems. CEC also noted significant deficiencies in the maintenance and operation of these systems and provided numerous recommendations to improve them.

[192]    Similarly, as detailed in **Section 9.3**, deficiencies related to the operation of the LFG extraction and leachate collection systems have been historically reported in documents reviewed by Ramboll, including numerous field inspection, field monitoring, and maintenance and operation reports dating back to 2013. These have ranged from undesirable operational conditions (e.g., elevated oxygen, $H_2S$ detections and odors, and limited flow) to damaged or missing components in both LFG and the leachate and condensate management systems.

---

70  WC_JPLF_00415276-277

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

[193]    As detailed in **Section 11.1.2,** CEC (CEC 2018) determined that the overall wellfield condition was considered to be below average, with notable issues ranging from poorly maintained to broken or inoperable equipment and holes in the cap system. Of the 118 gas wells inspected by CEC, 77% either were not equipped with a pneumatic pump or had an inoperable pump, when ideally at saturated landfills like the JP Landfill, all gas wells should be equipped with a pneumatic pump to lower leachate levels within the extraction well to significantly improve landfill gas capture.

[194]    As detailed in **Section 11.1.1,** for the period of 2011 through 2016, using Golder's gas generation estimate and actual landfill gas recovery records, gas collection efficiency gradually decreased from 68.9% to 47.5%.

[195]    As summarized in **Section 11.1.2** and detailed in the prior Expert Report, CEC depicted the individual ROIs of the wells within each landfill phase in maps, clearly indicating inadequate coverage of the landfill gas collection system and significant areas of uncontrolled surface (i.e., fugitive) emissions in all landfill phases. CEC's assessment of the theoretical effective radius of influence of the gas extraction system concluded that: (a) the gas extraction system has lost approximately 12% of its total well depth since original installation; and (b) the elevated leachate levels have reduced the ability of the existing gas control system by 25 to 50%. Moreover, as presented by CEC, in all areas, the effective radius of influence of the gas extraction wells is significantly lower than the design 100-foot radius, resulting in significant areas where uncontrolled landfill gas emissions are taking place (refer to **Exhibit 12**).

[196]    Further, CEC's surface emission monitoring, reported damage to the cap in Phase I, II, IIIA and IIIB, and detected methane in all phases of the landfill at concentrations as high as the instrument's upper range (i.e., 10,000 ppm). These levels are indicative of an ineffective cap system (CEC, 2018).

[197]    With respect to the well field operation, CEC reported that the blower vacuum was not properly controlled, locations of reduced vacuum were identified throughout the wellfield, and wells exhibited positive static pressure (i.e., vacuum was not being applied to these wells). These observations indicate poor system operational conditions.

[198]    As stated in **Section 11.1.3**, during the 2019 field inspection, CEC personnel smelled $H_2S$ gas in the Phase IVA area, observed soil cracks with black oxidized residue and detected $H_2S$ concentrations between 45 ppm and 60 ppm at the ground level at  tested cracks. These observations indicate improper cover and odor control.

[199]    In 2019, CEC concluded that it was "*evident that the LFG collection system in Phase IVA was underperforming and may require additional collectors and other modifications to effectively control the $H_2S$ emissions.*"

[200]    As detailed in **Section 11.1.4**, in 2019, River Birch identified and described the potential consequences of various problems at the JPL Site, based on its own assessments and those of CEC concerning the LFG extraction and leachate collection systems. Most noteworthy are the conclusions that:

(a)      "*The Parish captures only 37.5% of the entire landfill's gas.*"

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

(b)     *"Hydrogen sulfide levels in Phase IVA present a serious safety concern, including the potential of 'nearly instant death'"* (concentrations of $H_2S$ in some wells exceeded 2,000 ppm).

(c)     Of all LFG extraction wells at the landfill, 43% fail to meet LDEQ requirements for oxygen content (i.e., less than 5%) and/or pressure (i.e., maintain continuous negative pressure).

(d)     50% of the vertical wells in Phase IVA lack sufficient vacuum to collect gas.

(e)     *"13% of the leachate risers on the entire landfill are not working,"* a condition that reduces the ability of the leachate collection system to reduce the leachate levels in the LFG extraction wells, thereby impeding gas extraction.

(f)     *"In 41 % of the LFG extraction wells, more than 50% of the vertical well perforations (screens) are blocked by liquids, inhibiting gas collection."*

(g)     To extract liquids from the wells, allow more gas extraction and reduce emissions and odors, *"38% of the wells without pumps on the entire landfill need new pumps."*

[201]    As summarized in **Section 11.2.1**, information provided by Golder, CEC, and River Birch reveals that the landfill gas and leachate management systems at the JPL Site have been inefficiently operated and maintained, requiring significant infrastructure improvements to correct deficiencies, and that this has contributed to increased gas emissions and odors. The existing landfill gas and leachate control systems are improperly maintained, antiquated, inadequately sized, and/or non-performing because:

(a)     The landfill is wet, with subsurface liquids impacting the limited pathways of available LFG recovery, contributing to gas emissions, and site odors.

(b)     The systems have been poorly maintained and operated.

(c)     The ROI of gas wells in 2018 and 2019 was significantly less than the design ROI of 100 ft used for Phases IIIA, IIB, and IVA, and the capture zones of those LFG extraction wells do not provide adequate coverage to extract most of the gas generated in the landfill, even in the absence of liquids within the wells.

(d)     actual landfill gas recovery reported by Golder for the period of 2011 through 2016 indicates that gas collection efficiency gradually decreased from 68.9% to 47.5% using the Golder gas generation estimate, and River Birch reported that the in 2019, the "Parish captures only 37.5% of the entire landfill's gas."

(e)     there are too few LFG extraction wells to provide coverage for the entire landfill area that requires gas collection. The significant and costly proposed rehabilitation plans indicate the magnitude of the deficiencies in the collection of landfill gas at JPL Site.

(f)     the landfill cap system has been breached in several locations and shows evidence of landfill gas releases.

These conditions result in significant areas of uncontrolled gas emissions and odors in all landfill phases.

[202]    As stated in **Section 11.1.4**, based on the CEC and River Birch 2019 Assessment of Jefferson Parish Landfill Gas Field, it is evident that the LFG extraction system at the JPL Site continued to perform inadequately primarily as a result of high liquid levels within the landfill media and improper construction and maintenance of new devices incorporated to remediate a multitude of operational issues. Further, as indicated in **Section 11.1.3**, in 2018, CEC found the

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

existing infrastructure was in poor condition and required improvements to meet RNG gas quality specifications, adequately control landfill gas emissions, and address LFG-related odors and $H_2S$ safety concerns and thus recommended a comprehensive and extensive rehabilitation of the LFG extraction system.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# 17.   REFERENCES

Agency for Toxic Substances and Disease Registry (ATSDR). 2001. *Landfill Gas Primer - An Overview for Environmental Health Professionals*. November

APTIM, 2017a. Operations & Maintenance Monthly Report. August. APTIM-0000100.

APTIM, 2017b. *Operations & Maintenance Monthly Report*. August. APTIM-0003032.

APTIM, 2018a. *2018 (1st half) liquid level report*. January – June.

APTIM, 2018b. *Jefferson Parish Landfill Liquid Levels, 2nd Semi-Annual 2018*. July - December.

APTIM, 2018c. *Request for Alternative Operating Standards for 11 LFG Wells, Jefferson Parish Sanitary Landfill, Avondale, LA*. November 13. JP_JPLF_0013488.

APTIM, 2018d. *Jefferson Parish Landfill, 15-Day Tracking Sheet*. September 27. APTIM-0022911.

APTIM, 2019. *Jefferson Parish Landfill Liquid Levels, 1st Quarter 2019*. January – March.

APTIM; MSMM Engineering, LLC; Bbec, LLC; n.d. *Attachment 29 Leachate Collection System*.

ATSDR, 2001. *Landfill Gas Primer – Chapter 4: Monitoring of Landfill Gas*. November

Buller, Rick, 2018. *Ph 4A leachate risers*, Message to Rickie Falgoust. June 24, 2018. Email. WC_JPLF_00270150.

Carlson Environmental Consultants, 2018. *Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana*. August 15.

Carlson Environmental Consultants, 2019a. *High BTU Landfill Gas Utilization Plan for the Jefferson Parish Landfill, Jefferson Parish, Louisiana*. May 7.

Carlson Environmental Consultants, 2019b. *Part 70 Operating Permit Renewal and Modification Application, Jefferson Parish Sanitary Landfill, Jefferson Parish, LA*. December 18.

Carlson Environmental Consultants, 2019c. *Request for Alternative Remedy Timeline for Surface Emissions Monitoring (SEM) Exceedances- Jefferson Parish Sanitary Landfill*. August 29.

Carlson Environmental Consultants (CEC), 2020a. *Existing Conditions*. October.

Carlson Environmental Consultants (CEC), 2020b. Siteplan- 2020 Constructed. November.

CB&I, 2016a. Jefferson Parish Leachate Levels. February. APTIM-0130902.

CB&I, 2016b. Operations & Maintenance Monthly Report – January 2016, Jefferson Parish Landfill.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

February 1. APTIM-0021621.

CB&I, 2016c. Operations & Maintenance Monthly Report – February 2016, Jefferson Parish Landfill. March 1. APTIM-0021571.

CB&I, 2016d. *Jefferson Parish Leachate Levels*. March 11. APTIM-0019757.

CB&I, 2016e. *Operations & Maintenance Monthly Report – March 2016, Jefferson Parish Landfill*. April 1. APTIM-0021735.

CB&I, 2016f. *Operations & Maintenance Monthly Report – April 2016, Jefferson Parish Landfill*. May 1. APTIM-0132669.

CB&I, 2016g. *Operations & Maintenance Monthly Report – May 2016, Jefferson Parish Landfill*. June 1. APTIM-0132721.

CB&I, 2016h. *Operations & Maintenance Monthly Report – June 2016, Jefferson Parish Landfill*. July 1. APTIM-0132776.

CB&I, 2016i. *Jefferson Parish Leachate Levels*. July 25. APTIM-0019756.

CB&I, 2016j. *Operations & Maintenance Monthly Report – July 2016, Jefferson Parish Landfill*. August 1. APTIM-0132375.

CB&I, 2016k. *Operations & Maintenance Monthly Report – August 2016, Jefferson Parish Landfill*. September 1. APTIM-0130932.

CB&I, 2016l. *Operations & Maintenance Monthly Report – September 2016, Jefferson Parish Landfill*. October 1. APTIM-0138323.

CB&I, 2016m. *Operations & Maintenance Monthly Report – October 2016, Jefferson Parish Landfill*. November 1. APTIM-0138544.

CB&I, 2016n. *Operations & Maintenance Monthly Report – November 2016, Jefferson Parish Landfill*. December 1. APTIM-0021933.

CB&I, 2017a. *Operations & Maintenance Monthly Report – December 2016, Jefferson Parish Landfill*. January 1. APTIM-0001209.

CB&I, 2017b. *Operations & Maintenance Monthly Report – January 2017, Jefferson Parish Landfill*. February 1. APTIM-0000560.

CB&I, 2017c. *Operations & Maintenance Monthly Report – February 2017, Jefferson Parish Landfill*. March 1. APTIM-0000511.

CB&I, 2017d. *Semiannual Monitoring Report. Semiannual Start-up, Shutdown, and Malfunction Plan Report*. March 24. APTIM-0003178.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

CB&I, 2017e. *Operations & Maintenance Monthly Report – March 2017, Jefferson Parish Landfill*. April 1.

CB&I, 2017f. *Operations & Maintenance Monthly Report – April 2017, Jefferson Parish Landfill*. May 1. APTIM-0001274.

CB&I, 2017g. *Operations & Maintenance Monthly Report – May 2017, Jefferson Parish Landfill*. June 1. APTIM-0000604.

CB&I, 2017h. *Operations & Maintenance Monthly Report – June 2017, Jefferson Parish Landfill*. July 1. APTIM-0000168.

CB&I, 2017i. *Operations & Maintenance Monthly Report – July 2017, Jefferson Parish Landfill*. August 1. APTIM-0000100.

CB&I, 2017j. *Operations & Maintenance Monthly Report – August 2017, Jefferson Parish Landfill*. September 1. APTIM-0003032.

CB&I, 2017k. *Operations & Maintenance Monthly Report – September 2017, Jefferson Parish Landfill*. October 1. APTIM-0000672.

CB&I, 2017l. *Operations & Maintenance Monthly Report – October 2017, Jefferson Parish Landfill*. November 1. APTIM-0000822.

CB&I, 2017m. *Operations & Maintenance Monthly Report – November 2017, Jefferson Parish Landfill*. December 1. APTIM-0004044.

CB&I, 2018a. *Operations & Maintenance Monthly Report – December 2017, Jefferson Parish Landfill*. January 1. APTIM-0000822.

CB&I, 2018b. *Operations & Maintenance Monthly Report – January 2018, Jefferson Parish Landfill*. February 1. APTIM-0000961.

CB&I, 2018c. *Operations & Maintenance Monthly Report – February 2018, Jefferson Parish Landfill*. March 1. APTIM-0004385.

CB&I, 2018d. *Operations & Maintenance Monthly Report – March 2018, Jefferson Parish Landfill*. April 1. APTIM-0004112.

CB&I, 2018e. *Operations & Maintenance Monthly Report – April 2018, Jefferson Parish Landfill*. May 1. APTIM-0000734.

CB&I, 2018f. *Operations & Maintenance Monthly Report – May 2018, Jefferson Parish Landfill*. June 1. APTIM-0001078.

CB&I, 2018g. *Operations & Maintenance Monthly Report – June 2018, Jefferson Parish Landfill*. July 1. APTIM-0003887.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

CB&I, 2018h. *Operations & Maintenance Monthly Report – July 2018, Jefferson Parish Landfill*. August 1. APTIM-0019028.

CB&I, 2018i. *Operations & Maintenance Monthly Report – August 2018, Jefferson Parish Landfill*. September 1. APTIM-0001566.

CB&I, 2018j. *Operations & Maintenance Monthly Report – September 2018, Jefferson Parish Landfill*. October 1. APTIM-0000227.

CB&I, 2018k. *Operations & Maintenance Monthly Report – October 2018, Jefferson Parish Landfill*. November 1. APTIM-0004260.

CB&I, 2018l. *Operations & Maintenance Monthly Report – November 2018, Jefferson Parish Landfill*. December 1. APTIM-0001683.

CB&I, 2019a. *Operations & Maintenance Monthly Report – December 2018, Jefferson Parish Landfill*. January 1. APTIM-0007735.

CB&I, 2019b. *Operations & Maintenance Monthly Report – January 2019, Jefferson Parish Landfill*. February 1. APTIM-0007554.

CB&I, 2019c. *Operations & Maintenance Monthly Report – February 2019, Jefferson Parish Landfill*. March 1. APTIM-0007469.

CB&I, 2019d. *Operations & Maintenance Monthly Report – March 2019, Jefferson Parish Landfill*. April 1. APTIM-0007857.

CB&I, 2019e. *Operations & Maintenance Monthly Report – April 2019, Jefferson Parish Landfill*. May 1. APTIM-0007635.

CB&I, 2019f. *Operations & Maintenance Monthly Report – May 2019, Jefferson Parish Landfill*. May 29. APTIM-0180378.

Deposition of Joseph "Rick" Buller, Jr, Ictech-Bendick v Progressive Waste, December 02, 2020.

Deposition of Joseph William Laubenstein, Ictech-Bendick v Progressive Waste, January 08, 2024.

Environmental Research & Education Foundation, 2018. *Disposal of Aqueous Wastes in MSW Landfills: Utilization & Effectiveness of Bulking and Stabilization Strategies*. October. WC_JPLF_00523527

Fairweather, R.J., Barlaz, M.A. (1998). *Hydrogen sulfide production during decomposition of landfill inputs*. Journal of Environmental Engineering, 124:353-361.

Golder Associates, 2017. *Landfill Gas Collection and Control Plan, Jefferson Parish Sanitary Landfill, Phase IVA*. January.

Gypsum Association, 1991. *Treatment and Disposal of Gypsum Board Waste, Industry Technical*

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

*Paper*. January.

Jefferson Parish. 2012. *Contract to Provide Services to Operate, Manage and Maintain the Jefferson Parish Sanitary Landfill Site between IESI LA Landfill Corporation and the Parish of Jefferson*. May 17.

Jefferson Parish Landfill, 2003. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 28.

Jefferson Parish Landfill, 2004. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 29.

Jefferson Parish Landfill, 2005. *Annual Reports, Jefferson Parish Sanitary Landfill*.. July 25.

Jefferson Parish Landfill, 2006. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 28.

Jefferson Parish Landfill, 2007. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 20.

Jefferson Parish Landfill, 2008. *Louisiana Department of Environmental Quality, Solid Waste Disposer Annual Report*. August 5.

Jefferson Parish Landfill, 2009. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 29.

Jefferson Parish Landfill, 2010. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 26.

Jefferson Parish Landfill, 2011. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 28.

Jefferson Parish Landfill, 2012. *Annual Reports, Jefferson Parish Sanitary Landfill*. July 26.

Jefferson Parish Landfill, 2013. *Solid Waste Certification of Compliance Part I & Part II, Jefferson Parish Sanitary Landfill*. September 24.

Jefferson Parish Landfill, 2014. *Solid Waste Certification of Compliance Part I & Part II, Jefferson Parish Sanitary Landfill*. September 29.

Jefferson Parish Landfill, 2015. *Solid Waste Certification of Compliance Part I & Part II, Jefferson Parish Sanitary Landfill*. September 30.

Jefferson Parish Landfill, 2016a. *Modification No.7 Submittal. Solid Waste Permit (D-051-0090/P-0297R1)*. March 16.

Jefferson Parish Landfill, 2016b. *Solid Waste Certification of Compliance Part I & Part II, Jefferson Parish Sanitary Landfill*. June 30.

Jefferson Parish Landfill, 2017. *Certification of Compliance, Jefferson Parish Sanitary Landfill*. September 26.

Jefferson Parish Landfill, 2018. *Certification of Compliance, Jefferson Parish Sanitary Landfill*. September 26.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

Jefferson Parish Landfill, 2019. *Annual Certification of Compliance, Jefferson Parish Sanitary Landfill*. September 27.

Jefferson Parish Landfill, 2020. *Annual Certification of Compliance, Jefferson Parish Sanitary Landfill*. September 30.

Ko J.H., Xu, O., & Jang, Y-C., 2015. *Emissions and Control of Hydrogen Sulfide at Landfills: A Review*. Critical Reviews in Environmental Science and Technology, 45:19, 2043-2083, DOI: 10.1080/10643389.2015.1010427

Louisiana Department of Environmental Quality (LDEQ) Compliance Order, 2018. Enforcement Tracking No. SE-C-18-00372. June 22.

LDEQ Cover Inspection Report, 2018. Doc 11116044. May 7.

Lockwood, Mike, 2018. *Gas leaking from 20 S header*, Message to Rickie Falgoust. August 31, 2018. Email. WC_JPLF_00271013.

Marshall, J., 2017. *Hydrogen Sulfide Issues at Coal Combustion Residual and Municipal Solid Waste Disposal Facilities*. SCS Engineers. 2017 World of Coal Ash (WOCA) Conference in Lexington, KY.

Massachusetts Department of Environmental Protection, 2007. *Control of odorous gas at Massachusetts landfills*. September.

McBain M, Warland J, McBride R, et al., 2005. *Micrometeorological measurements of N2O and CH4 emissions from a municipal solid waste landfill*. Waste Management & Research 23: 409–419.

McBride, M B., 1994. *Environmental Chemistry of Soil.* Oxford University Press.

New Jersey Department of Environmental Protection Science Advisory Board, 2015. *Management of Waste Wallboard*. November 23.

Waste Today. *Ohio landfill invests $4M in new technology, processes*. April 10, 2019. https://www.wastetodaymagazine.com/news/sunny-farms-landfill-odor-suits-faces-license-denial/ (accessed on January 20, 2024)

Pietari, J., 2021. *Expert Report Of Jaana Pietari, Ph.D., MBA, PE., Hydrogen Sulfide Generation From Spent Lime Avondale, Louisiana – Jefferson Parish.* Ramboll US Consulting, Inc. January 29.

Plaza, C., Xu, Q. Y., Townsend, T., Bitton, G., and Booth, M., 2007. *Evaluation of alternative landfill cover soils for attenuating hydrogen sulfide from construction and demolition (C&D) debris landfills*. Journal of Environmental Management 84, 314–322

PPM Consultants, 2019. *Response to LDEQ Questions – January 31, 2019. Status Update LDEQ Meeting Minutes- February 1, 2019, Jefferson Parish Sanitary Landfill*. February 13. JP_JPLF_0013660.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

Profumo, A., Riolo, C., Spini, G., Toloni, M., Zecca, E., 1992. *Environmental mobility of inorganic sulphides from a landfill for disposal of special waste*. Toxicology and Environmental Chemistry 35(1-2):69-78.

Progress/ Status Report- Jefferson Parish Landfill Repairs/ Improvements, 2018. August 6.

Progress/ Status Report- Jefferson Parish Landfill Repairs/ Improvements, 2018. October 15.

Progress/ Status Report- Jefferson Parish Landfill Repairs/ Improvements, 2018. November 26.

Progress/ Status Report- Jefferson Parish Landfill Repairs/ Improvements, 2018. December 10.

Progress/ Status Report- Jefferson Parish Landfill Repairs/ Improvements, 2019. April 8.

Public Health Service Agency for Toxic Substances and Disease Registry (ATSDR), 2016. *Toxicological Profile for Hydrogen Sulfide and Carbonyl Sulfide*. November.

Ramboll US Corporation, 2019. *Landfill Gas Characterization Work Plan for the Jefferson Parish Landfill, Avondale, Louisiana*. October 31.

Reinhart, D. R.; Cooper, C. D.; Walker, B.; Rash, F., 1992 "*Flux chamber design and operation for the measurement of municipal solid waste landfill gas emission rates*," J. Air Waste Manage. Assoc. 42:1067.

River Birch LLC, 2019. *Assessment of Jefferson Parish Landfill Gas Field*. May.

SCS Engineers (SCS), 2018. *Jefferson Parish Landfill Site Evaluation with Respect to Odors. Expert Consultant Report by James Walsh, P.E. and Thomas Rappolt, Q.E.P*. October 24.

SCS Engineers, 2019. *Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill – Supplemental Data Report*. July 10 (WC_JPLF_00210732)

SCS Engineers, 2019. *Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill – Data Report*. May 31 (WC_JPLF_00210878)

Shaw Environmental & Infrastructure, Inc. (Shaw), 2009. *Jefferson Parish Leachate Levels*. March – December. APTIM-0168049.

Shaw Environmental & Infrastructure, Inc. (Shaw), 2012. *Jefferson Parish Leachate Levels*. June. APTIM-0130544.

Solan, P. J., Dodd, V. A., and Curran, T. P., 2010. *Evaluation of the odour reduction potential of alternative cover materials at a commercial landfill*. Bioresource Technology 101, 1115–1119.State of Louisiana Department of Environmental Quality (LDEQ), 2018a. *Consolidated Compliance Order & Notice of Potential Penalty*. September 18. JP_JPLF_0013284

Sposito, G.S., 1989. The Chemistry of Soils. Oxford University Press.

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

State of Louisiana Department of Environmental Quality (LDEQ), 2018. *Air, Solid Waste, and Water Assessment Inspection Report*. December.

Tchobanoglous, G., Theisen, H. and Vigil, S.A., 1993. *Integrated Solid Waste Management: Engineering Principle and Management Issue*. New York: McGraw Hill Inc. pp. 381-417.

Title V Part 70 Operating Permit Modification (Title V), 2016. *Jefferson Parish Sanitary Landfill, Avondale, Jefferson Parish, Louisiana. Permit No. 1340-00140-V7*. July 15

Townsend, T., 2000. *Gypsum Drywall Impact on Odor Production at Landfill: Science and Control Strategies*. State University System of Florida; Florida Center for Solid and Hazardous Waste Management. Updated January 2002.

UK Health Protection Agency, 2011. Impact on health of emissions from landfill sites: Advice from the health protection agency. London: UK Health Protection Agency.

USACE, 2008. "*Landfill Off-Gas Collection and Treatment Systems*," Engineering and Design Manual, EM 1110-1-4016, May.

U.S. District Court of the Eastern District of Louisiana (2022). Findings of Fact and Conclusions of Law for Case 2:19-cv-11133-SM-MBM Document 323, *Elias Jorge ("George") Ictech-Bendeck et al. v.Waste Connections Bayou, Inc.,* Civ. Action No. 18-7889, c/w 18-80741, 18-8218, 18-9312) filed on November 29, 2022

USEPA, 1986. *Measurement of Gaseous Emission Rates from Land Surfaces Using an Emission Isolation Flux Chamber User's Guide*, February.

USEPA, 1991. *Air Emissions from Municipal Solid Waste Landfills - Background Information for Proposed Standards and Guidelines*, 450/3-90-011a. March.

USEPA, 1997. *Emission Factor Documentation for AP-42 Section 2.4 Municipal Solid Waste Landfills Revised*. August.

USEPA, 2005a. *Landfill Gas Emission Model (LandGEM) Version 3.02 User's Guide*. May.

USEPA, 2005b. *First-Order Kinetic Gas Generation Model Parameters for Wet Landfills*. June.

USEPA Global Methane Initiative, 2012. International Best Practices Guide for Landfill Gas Energy Projects.

USEPA, 2014. *Best Management Practices to Prevent and Control Hydrogen Sulfide and Reduced Sulfur Compound Emissions at Landfills that Dispose of Gypsum Drywall*. Office of Research and Development. National Risk Management Research Laboratory. Land Remediation and Pollution Control Division.

USEPA, 2015. *U.S. Environmental Protection Agency. Compilation of Air Pollutant Emissions Factors, AP-42, Fifth Addition, Volume 1: Stationary Point and Area Sources*. Section 2.4-Municipal Solid

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

Waste Landfill. January.

Title V Part 70 Operating Permit Modification (Title V), 2016. *Jefferson Parish Sanitary Landfill, Avondale, Jefferson Parish, Louisiana. Permit No. 1340-00140-V7*. July 15.

Waste Management, 2005. *Best management practices for mitigation and prevention of hydrogen sulfide landfill disposal guide*. December.

WIN WASe Innovations. *Sunny Farms Landfill*. https://tunnelhillpartners.com/affiliate-services/landfills/sunny-farms-landfill/ (Accessed January 20, 2024)

World Health Organization (WHO), 2020. A*ir quality guidelines for Europe, 2nd Edition*. WHO Regional Office for Europe, Copenhagen, Denmark.

Xu, Q., Liu, F., Townsend, T. G., Abichou, T., and Chanton, J., 2010a. *Tire derived steel for hydrogen sulfide removal in landfill cover*. Practice Periodical of Hazardous, Toxic, and Radioactive Waste Management 14, 211– 214

Xu, Q. Y., Townsend, T., and Reinhart, D., 2010b. *Attenuation of hydrogen sulfide at construction and demolition debris landfills using alternative cover materials*. Waste Management 30, 660–666.

**References with Bates Numbers**

| | |
|---|---|
| WC_JPLF_00252551 | WC_JPLF_00278210 |
| WC_JPLF_00260849 | JP_JPLF_0012996 |
| WC_JPLF_00267680 | JP_JPLF_0013356 |
| WC_JPLF_00268181 | JP_JPLF_0013524 |
| WC_JPLF_00270123 | JP_JPLF_0013793 |
| WC_JPLF_00270624 | JP_JPLF_0014453 |
| WC_JPLF_00271080 | JP_JPLF_0014472 |
| WC_JPLF_00271367 | JP_JPLF_0014475 |
| WC_JPLF_00415277 | WC_JPLF_00523445-450 |
| WC_JPLF_00277986 | WC_JPLF_00523182-218 |

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

# EXHIBITS



PROJECT: 1690013699 DATED: 6/10/2021 DESIGNER: MBLEI F:\1690013699_JP Site_WIP Draft\Details.dwg

**TYPICAL DUAL LFG - LEACHATE EXTRACTION WELL - UNDER PUMPING CONDITIONS**

**EXHIBIT 1**
**Figure 2 of June 16, 2021 Rebuttal Report**

**JEFFERSON PARISH LANDFILL**
LOUISIANA

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY

NOT TO SCALE

**EXHIBIT 2**
**Table 2 of the August 27, 2021 Supplemental Expert Report:**
**Phase IVA H2S Monthly Emissions based on TRC H2S Concentrations**

| | GENERATION | | | | | | | FUGITIVE EMISSIONS | | | | |
| | LANDGEM | | ANALYSIS FROM SPENT LIME AND RELATED WASTE DISPOSAL | | TOTAL | | | TOTAL FUGITIVE EMISSIONS | | | AREA FUGITIVE EMISSIONS | |
| Date | H2S m3/month | H2S Mg/month | H2S m3/month | H2S Mg/month | H2S m3/month | H2S Mg/month | Efficiency of Collection | H2S m3/month | H2S Mg/month | Emission Area m2 | H2S m3/month/m2 | H2S Mg/month/m2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31-Oct-16 | 71.6 | 0.102 | 480 | 0.68 | 551 | 0.78 | 0.0% | 551 | 0.78 | 46,821 | 1.178E-02 | 1.669E-05 |
| 30-Nov-16 | 71.6 | 0.102 | 687 | 0.97 | 759 | 1.08 | 0.0% | 759 | 1.08 | 47,977 | 1.582E-02 | 2.242E-05 |
| 31-Dec-16 | 71.6 | 0.102 | 1,612 | 2.29 | 1,684 | 2.39 | 0.0% | 1,684 | 2.39 | 49,133 | 3.428E-02 | 4.859E-05 |
| 31-Jan-17 | 94.7 | 0.134 | 2,797 | 3.96 | 2,892 | 4.10 | 0.0% | 2,892 | 4.10 | 50,419 | 5.735E-02 | 8.129E-05 |
| 28-Feb-17 | 94.7 | 0.134 | 3,582 | 5.08 | 3,677 | 5.21 | 0.0% | 3,677 | 5.21 | 51,704 | 7.111E-02 | 1.008E-04 |
| 31-Mar-17 | 94.7 | 0.134 | 4,012 | 5.69 | 4,106 | 5.82 | 0.0% | 4,106 | 5.82 | 52,990 | 7.749E-02 | 1.098E-04 |
| 30-Apr-17 | 94.7 | 0.134 | 5,397 | 7.65 | 5,492 | 7.78 | 0.0% | 5,492 | 7.78 | 54,275 | 1.012E-01 | 1.434E-04 |
| 31-May-17 | 94.7 | 0.134 | 6,561 | 9.30 | 6,656 | 9.43 | 0.0% | 6,656 | 9.43 | 55,561 | 1.198E-01 | 1.698E-04 |
| 30-Jun-17 | 94.7 | 0.134 | 7,394 | 10.48 | 7,489 | 10.62 | 0.0% | 7,489 | 10.62 | 56,846 | 1.317E-01 | 1.867E-04 |
| 31-Jul-17 | 94.7 | 0.134 | 8,520 | 12.08 | 8,615 | 12.21 | 0.0% | 8,615 | 12.21 | 58,132 | 1.482E-01 | 2.101E-04 |
| 31-Aug-17 | 94.7 | 0.134 | 9,638 | 13.66 | 9,733 | 13.80 | 0.0% | 9,733 | 13.80 | 59,418 | 1.638E-01 | 2.322E-04 |
| 30-Sep-17 | 94.7 | 0.134 | 10,933 | 15.50 | 11,028 | 15.63 | 0.0% | 11,028 | 15.63 | 60,703 | 1.817E-01 | 2.575E-04 |
| 31-Oct-17 | 94.7 | 0.134 | 11,709 | 16.60 | 11,804 | 16.73 | 0.0% | 11,804 | 16.73 | 61,989 | 1.904E-01 | 2.699E-04 |
| 30-Nov-17 | 94.7 | 0.134 | 12,400 | 17.58 | 12,495 | 17.71 | 0.0% | 12,495 | 17.71 | 63,274 | 1.975E-01 | 2.799E-04 |
| 31-Dec-17 | 94.7 | 0.134 | 13,174 | 18.67 | 13,269 | 18.81 | 0.0% | 13,269 | 18.81 | 64,560 | 2.055E-01 | 2.913E-04 |
| 31-Jan-18 | 117.9 | 0.167 | 13,563 | 19.22 | 13,681 | 19.39 | 0.0% | 13,681 | 19.39 | 65,745 | 2.081E-01 | 2.950E-04 |
| 28-Feb-18 | 117.9 | 0.167 | 14,218 | 20.15 | 14,335 | 20.32 | 6.8% | 13,355 | 18.93 | 62,354 | 2.142E-01 | 3.036E-04 |
| 31-Mar-18 | 117.9 | 0.167 | 14,466 | 20.51 | 14,584 | 20.67 | 6.7% | 13,604 | 19.28 | 63,539 | 2.141E-01 | 3.035E-04 |
| 30-Apr-18 | 117.9 | 0.167 | 14,880 | 21.09 | 14,998 | 21.26 | 6.6% | 14,008 | 19.86 | 64,724 | 2.164E-01 | 3.068E-04 |
| 31-May-18 | 117.9 | 0.167 | 15,718 | 22.28 | 15,836 | 22.45 | 12.6% | 13,834 | 19.61 | 61,577 | 2.247E-01 | 3.185E-04 |
| 30-Jun-18 | 117.9 | 0.167 | 16,618 | 23.56 | 16,736 | 23.72 | 12.4% | 14,656 | 20.77 | 62,762 | 2.335E-01 | 3.310E-04 |
| 31-Jul-18 | 117.9 | 0.167 | 16,509 | 23.40 | 16,627 | 23.57 | 12.2% | 14,594 | 20.69 | 63,947 | 2.282E-01 | 3.235E-04 |
| 31-Aug-18 | 117.9 | 0.167 | 15,868 | 22.49 | 15,986 | 22.66 | 12.0% | 14,063 | 19.93 | 65,132 | 2.159E-01 | 3.061E-04 |
| 30-Sep-18 | 117.9 | 0.167 | 15,190 | 21.53 | 15,308 | 21.70 | 11.8% | 13,495 | 19.13 | 66,317 | 2.035E-01 | 2.885E-04 |
| 31-Oct-18 | 117.9 | 0.167 | 14,541 | 20.61 | 14,659 | 20.78 | 11.7% | 12,950 | 18.36 | 67,502 | 1.918E-01 | 2.719E-04 |
| 30-Nov-18 | 117.9 | 0.167 | 13,920 | 19.73 | 14,038 | 19.90 | 11.5% | 12,426 | 17.61 | 68,687 | 1.809E-01 | 2.564E-04 |
| 31-Dec-18 | 117.9 | 0.167 | 13,325 | 18.89 | 13,443 | 19.06 | 11.3% | 11,923 | 16.90 | 69,872 | 1.706E-01 | 2.419E-04 |
| 31-Jan-19 | 136.7 | 0.194 | 12,756 | 18.08 | 12,893 | 18.28 | 16.7% | 10,735 | 15.22 | 66,478 | 1.615E-01 | 2.289E-04 |
| 28-Feb-19 | 136.7 | 0.194 | 12,211 | 17.31 | 12,348 | 17.50 | 17.3% | 10,211 | 14.47 | 66,902 | 1.526E-01 | 2.163E-04 |
| 31-Mar-19 | 136.7 | 0.194 | 11,689 | 16.57 | 11,826 | 16.76 | 17.1% | 9,806 | 13.90 | 67,962 | 1.443E-01 | 2.045E-04 |
| 30-Apr-19 | 136.7 | 0.194 | 11,190 | 15.86 | 11,326 | 16.06 | 16.9% | 9,417 | 13.35 | 69,022 | 1.364E-01 | 1.934E-04 |
| 31-May-19 | 136.7 | 0.194 | 10,712 | 15.18 | 10,848 | 15.38 | 16.6% | 9,042 | 12.82 | 70,082 | 1.290E-01 | 1.829E-04 |
| 30-Jun-19 | 136.7 | 0.194 | 10,254 | 14.54 | 10,391 | 14.73 | 16.4% | 8,682 | 12.31 | 71,142 | 1.220E-01 | 1.730E-04 |
| 31-Jul-19 | 136.7 | 0.194 | 9,816 | 13.91 | 9,953 | 14.11 | 16.2% | 8,336 | 11.82 | 72,203 | 1.155E-01 | 1.637E-04 |
| 31-Aug-19 | 136.7 | 0.194 | 9,397 | 13.32 | 9,533 | 13.51 | 16.0% | 8,004 | 11.35 | 73,263 | 1.092E-01 | 1.549E-04 |
| 30-Sep-19 | 136.7 | 0.194 | 8,995 | 12.75 | 9,132 | 12.94 | 15.9% | 7,684 | 10.89 | 74,323 | 1.034E-01 | 1.466E-04 |
| 31-Oct-19 | 136.7 | 0.194 | 8,611 | 12.21 | 8,748 | 12.40 | 15.7% | 7,378 | 10.46 | 75,383 | 9.787E-02 | 1.387E-04 |
| 30-Nov-19 | 136.7 | 0.194 | 8,243 | 11.68 | 8,380 | 11.88 | 15.5% | 7,083 | 10.04 | 76,443 | 9.265E-02 | 1.313E-04 |
| 31-Dec-19 | 136.7 | 0.194 | 7,891 | 11.19 | 8,028 | 11.38 | 15.3% | 6,799 | 9.64 | 77,503 | 8.773E-02 | 1.244E-04 |

**EXHIBIT 3**
**Table 5-14 of the January 28, 2021 Expert Report:**
**Average $H_2S$ Concentrations for Waste-In-Place**

| Phase | Average $H_2S$ Conc. (ppm) | Number of Data Points |
|-------|----------------------------|-----------------------|
| I | 70.2 | 15 |
| II | 34.4 | 9 |
| IIIA | 15.5 | 61 |
| IIIB | 56.5 | 50 |
| IVA | 56.5 (assumed) | 50 |



FOR PLANNING PURPOSES ONLY

DRAFT

**PROJECTED RADII OF INFLUENCE AFTER COMPLETION OF CEC'S RECOMMENDED LFG SYSTEM EXPANSION**
JEFFERSON PARISH LANDFILL, LOUISIANA

**EXHIBIT 4a**

RAMBOLL AMERICAS
ENGINEERING SOLUTIONS, INC.
A RAMBOLL COMPANY







**LEGEND**

- CELL BOUNDARY
- EXISTING CONTOURS
- PROPOSED CONTOURS
- EXISTING ROADS
- EXISTING AIRLINE
- EXISTING FORCEMAIN
- PROPOSED GAS HEADER, SEE DETAIL
- PROPOSED GAS LATERAL
- PROPOSED GAS EXTRACTION WELLS (TYP.), SEE DETAIL
- PROPOSED HEADER / LATERAL VALVE
- PROPOSED CONDENSATE SUMP

**LEGEND**

- 2018-2019 INSTALLED LFG EXTRACTION WELLS CORRESPONDING TO ORIGINALLY PROPOSED LOCATIONS
- 2020 ADDITIONAL INSTALLED VERTICAL LFG EXTRACTION WELLS PER CEC RECOMMENDATIONS (CEC 2019)
- 2020 ADDITIONAL INSTALLED HORIZONTAL LFG EXTRACTION WELLS PER CEC DESIGN (CEC 2019)

**SOURCES:**

1. BASE MAP: A MAP TITLED "SHEET 3 - PROPOSED GAS COLLECTION AND CONTROL SYSTEM PLAN" BY GOLDER ASSOCIATES. DATED SEPTEMBER 1, 2016.

2. AS-BUILT LFG EXTRACTION WELL LOCATIONS INSTALLED IN 2018: A MAP TITLED "DRAWING 4 - 2018 LFG SYSTEM SITE PLAN" BY WEAVER CONSULTANTS GROUP. DATED AUGUST 2020.

3. AS-BUILT LFG EXTRACTION WELL LOCATIONS INSTALLED IN 2019: A MAP TITLED "DRAWING 5 - 2019 LFG SYSTEM SITE PLAN" BY WEAVER CONSULTANTS GROUP. DATED JULY 2020.

4. AS-BUILT LFG EXTRACTION WELL LOCATIONS INSTALLED IN 2020: A MAP TITLED "DRAWING 6 - 2020 LFG SYSTEM SITE PLAN" BY WEAVER CONSULTANTS GROUP. DATED JANUARY 2021.

| Cell | Proposed Vertical LFG Wells | Installed Vertical LFG Wells (2018-2019) | Additional Installed Vertical Wells (2020) | Additional Installed Horizontal Wells (2020) | Total Installed Wells |
|------|------|------|------|------|------|
| 20 | 18 | 15 | 26 | 3 | 44 |
| 21 | 9 | 7 | 6 | 11 | 24 |

Counts excludes LFG extractions from the leachate collection system cleanouts.

**COMPARISON OF 2017 LFG COLLECTION SYSTEM DESIGN FOR PHASE IVA WITH INSTALLED COLLECTION SYSTEM BETWEEN 2018 AND 2020**

**EXHIBIT 4b**

RAMBOLL AMERICAS
ENGINEERING SOLUTIONS, INC.
A RAMBOLL COMPANY

**JEFFERSON PARISH LANDFILL**
LOUISIANA

**RAMBOLL**

0    200
Feet (Approximate)



**FIGURE 3: SCHEMATIC OF A ZONE OF LFG CAPTURE CREATED BY A LFG EXTRACTION WELL FOR DRY LANDFILLS**

**FIGURE 4: SCHEMATIC OF A ZONE OF LFG CAPTURE CREATED BY A LFG EXTRACTION WELL FOR WET LANDFILLS**

**EXHIBIT 5**
Figures 3 and 4 of the June 16, 2021
Rebuttal Report

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY

JEFFERSON PARISH LANDFILL
LOUISIANA

NOT TO SCALE





**PRESSURE MEASUREMENT MAPPING BASED ON FIELD DATA COLLECTED NOVEMBER 2019**
JEFFERSON PARISH LANDFILL, LOUISIANA

**EXHIBIT 6**
**Figure 4-1A of January 25, 2021 Expert Report**

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY

NOTE:

1.   PRESSURE MEASUREMENTS (INCHES OF H20)
     WERE COLLECTED AT EACH LOCATION USING A
     LANDTEC GEM 5000 AND/OR JEROME 631.





**METHANE PERCENTAGE MAPPING BASED ON FIELD DATA COLLECTED NOVEMBER 2019**
JEFFERSON PARISH LANDFILL, LOUISIANA

**EXHIBIT 7**
**Figure 4-1B of January 25, 2021 Expert Report**

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY



NOTE:

1.  METHANE MEASUREMENTS (%) WERE COLLECTED
    AT EACH LOCATION USING A LANDTEC GEM 5000
    AND/OR JEROME 631.



F:\16900\3696_JP Site\_WP Draft\Figures.dwg

DESIGNER: MBLEI

DATED: 12/28/2020

PROJECT: 16900.13696

NOTE:

1. HYDROGEN SULFIDE MEASUREMENTS WERE COLLECTED AT EACH
LOCATION USING A LANDTEC GEM 5000 AND/OR JEROME 631.

2. HYDROGEN SULFIDE MEASUREMENTS (ppm) FOR GW-502,
GW-511, GW-516, GW-519, GW-524 WERE TAKEN FROM EXHIBIT
6A "H2S SCAN WITH JEROME METER AND DRAEGER TUBE";
CARLSON ENVIRONMENTAL CONSULTANTS, AUGUST 2018.

**HYDROGEN SULFIDE CONCENTRATION MAPPING BASED ON FIELD DATA COLLECTED NOVEMBER 2019**
JEFFERSON PARISH LANDFILL, LOUISIANA

**EXHIBIT 8**
**Figure 4-1F of January 25, 2021 Expert Report**

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY



0    600
Feet



**OXYGEN PERCENTAGE MAPPING BASED ON FIELD DATA COLLECTED NOVEMBER 2019**
JEFFERSON PARISH LANDFILL, LOUISIANA

NOTE:

1.  OXYGEN MEASUREMENTS (%) WERE COLLECTED
    AT EACH LOCATION USING A LANDTEC GEM 5000
    AND/OR JEROME 631.

**EXHIBIT 9**
**Figure 4-1G of January 25,**
**2021 Expert Report**

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY



**EXHIBIT 11**
**Table 4-1 of the January 28, 2021 Expert Report:**
**Pneumatic Well Inventory (CEC, May 2018)**

| Phase | Number of Wells with Pneumatic Pumps / Total Inspected by CEC | Number of Wells with Operational Pneumatic Pumps |
|---|---|---|
| I | 14 / 25 | 14-Sep |
| II | 15 / 23 | 13 / 15 |
| IIIA | 27-Apr | 4-Mar |
| IIIB | 28-May | 5-Feb |
| IVA (active) | 0 / 15 | 0 / 0 |

**EXHIBIT 11**
**Table 4-2 of the January 28, 2021 Expert Report:**
**Landfill Gas Extraction Well Configuration (CEC, May 2018)**

| Phase | No. Wells | Well Diameter | Wellhead Type | Existing Well Depth Range | No. Wells Blocked with Liquids[1] |
|-------|-----------|---------------|---------------|---------------------------|-----------------------------------|
| I | 50 | 6 | 2" Landtec Accuflo | 24 to 54 ft | 50 |
| II | 34 | 6 | 2" Landtec Accuflo | 19 to 41 ft | 34 |
| IIIA | 70 | 6 | 2" Landtec Accuflo | 12 to 47 ft | 51 |
| | | | 2" QED o-plate | | |
| IIIB | 57 | 6 | 2" Landtec Accuflo | 20 to 61 ft | 52 |
| | | | 2" QED o-plate | | |
| IVA (active) | 15 | 6 | 2" QED o-plate | 29 to 56 ft | 10 (refer to Note 2) |
| | 2 | Unknown diameter and length horizontal wells | 8-inch butterfly valve | NA | NA |

Notes:

[1] Wells blocked with liquids refer to wells that extend into the leachate within the phase as determined by APTIM's measurements of the depth to liquid at each well in Phases I, II, IIIA IIIB, and by CEC in Phase IV.

[2] The number of wells blocked with liquids may be greater than presented, as CEC was unable to measure depths at 4 of the 15 wells.

# EXHIBIT 12B - EXISTING LIQUID LEVEL ROIs

**NOTES:**

1. THIS DRAWING REPRESENTS THE THEORETICAL RADIUS OF INFLUENCE OF THE CURRENT LIQUID LEVELS IN THE WELLS.

2. THE ROI SHOWN IS 2 x THE LIQUID HEIGHT MEASURED IN EACH WELL WHICH REPRESENTS THE AMOUNT OF PERFORATED PIPE BLOCKED.

3. DATA WAS TAKEN FROM A COMBINATION OF APTIM AND CEC FIELD DATA AND IS FOR THE SOLE PURPOSE OF THIS ASSESSMENT ONLY.

PHASE IVA

PHASE IIIA

PHASE IIIB

PHASE II

PHASE I

**LEGEND**

— HEADER/LATERAL PIPING
— CONDENSATE FORCEMAIN
— AIR SUPPLY LINE
GW-224 ● LFG VERTICAL EXTRACTION WELL

○ SATURATED WELL DEPTH ROI

○ ASSUMED LIQUID DEPTH ROI

**NOTES:**

1. LANDFILL SURFACE GRADES TAKEN FROM MAY 25, 2017 AERIAL SURVEY PERFORMED BY METROPOLITAN AERIAL SURVEYS CO.

2. LFG SYSTEM FEATURES ARE BASED ON VARIOUS DRAWINGS SUPPLIED BY JEFFERSON PARISH PERSONNEL. CEC HAS NOT INDEPENDENTLY VERIFIED ANY FEATURES OR ACCURACY OF LOCATIONS.

3. LFG SYSTEM FEATURES MAY HAVE BEEN ADJUSTED ON THIS DRAWING FOR CLARITY PURPOSES.

4. NOTE THAT SOME LFG SYSTEM FEATURES MAY BE DIFFERENT THAN SHOWN HERE DUE TO MODIFICATIONS MADE BY JEFFERSON PARISH OR THEIR CONTRACTORS.

5. PHASE IVA WELLS AND PIPING WERE DROPPED IN FROM A PDF DRAWING AND ARE NOT ASSBUILT AS SHOWN.

GRAPHIC SCALE (FEET)
0   250   500   750

**FOR INFORMATIONAL PURPOSES ONLY**

| TITLE: | SATURATED WELL DEPTH ROI DRAWING | | |
|---|---|---|---|
| PROJECT: | LFG SYSTEM ASSESSMENT JEFFERSON PARISH LANDFILL AVONDALE, LA | | |
| CLIENT: | JEFFERSON PARISH | | |

**CARLSON ENVIRONMENTAL CONSULTANTS, PC**

950 SOUTH MAIN STREET
MONROE, NORTH CAROLINA 28112

| CEC COA#: | SCALE: 1"=250' | PROJECT NO.: 187.01.02 |
|---|---|---|
| | | DWG: JPLF.2018.ASSESS |
| | | DATE: AUGUST 2018 |

**DRAFT**

**CEC**
WWW.CECENV.COM

SHEET NO.: **2** OF **4**

| REV | MM/DD/YR | DESCRIPTION | DSN BY | APP BY |
|---|---|---|---|---|

**EXISTING LANDFILL GAS CONTROL SYSTEM EFFECTIVE RADIUS OF INFLUENCE**
JEFFERSON PARISH LANDFILL, LOUISIANA

**EXHIBIT 11**
**Figure 3-3 of January 25, 2021 Expert Report**

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY



PROJECT: 1690013699        DATED: 1/29/2024        DESIGNER: MBLEI                                                F:\1690013699_JP Site\_WIP Draft\Details.dwg



Data source:
Shaw 2009; Shaw 2012; CB&I 2016a; CB&I 2016d; CB&I 2016i;
CEC 2018; APTIM 2018a; APTIM 2018b; and APTIM 2019

**AVERAGE LANDFILL MEDIA LIQUID SATURATION**

**EXHIBIT 13**

**JEFFERSON PARISH LANDFILL**
LOUISIANA

RAMBOLL AMERICAS
ENGINEERING SOLUTIONS, INC.
A RAMBOLL COMPANY



**EXHIBIT 14**
**Table 6-1 of the January 28, 2021 Expert Report:**
**Estimated Collection Efficiencies**

| Phase | Total Area (S.F) | Total Area of Gas Collection (S.F)[1] | Maximum LFG Collection Area (S.F.)[2] | Maximum LFG Collection Coverage | Current LFG Collection Area (S.F.)[3] | Current LFG Collection Coverage / Current Collection Efficiency |
|---|---|---|---|---|---|---|
| I | 3,664,001 | 2,348,099 | 704,549 | 30% | 194,475 | 8% |
| II | 3,086,503 | 1,783,446 | 317,631 | 18% | 148,274 | 8% |
| IIIA | 3,889,788 | 2,585,139 | 763,874 | 30% | 523,800 | 20% |
| IIIB | 2,660,947 | 2,251,571 | 983,899 | 44% | 623,796 | 28% |
| IVA | 1,541,395 | 942,971 | 267,678 | 28% | 95,888 | 10% |

Notes:

[1] The total gas collection area is conservatively assumed to exclude the side slopes of the landfill cells. Note, however, that landfill gas collection is typically required on the entire landfill.

[2] The maximum LFG collection area refers to the total area of LFG collection based on the ROIs defined by CEC and assuming the gas collection wells to be dry (refer to Exhibit 12A in the 2018 CEC report).

[3] The current LFG collection area refers to the total area of LFG collection based on the ROIs defined by CEC and assuming the gas collection wells to be partially blocked with leachate (refer to Exhibit 12B in the 2018 CEC report).

EXPERT REPORT OF NESTOR D. SOLER
EVALUATION OF JEFFERSON PARISH LANDFILL EMISSIONS

**APPENDIX A**
**CURRICULUM VITAE OF JOSE SANANES**



ENVIRONMENT
& HEALTH

# JOSE SANANES, P.E.
**(LANDFILL ENGINEERING EXPERIENCE)**

**Principal**

Jose Sananes is a licensed Professional Engineer in New Jersey and New York and has over 25 years of experience in geo-environmental engineering, with particular emphasis in the areas of landfill engineering, solid and hazardous waste management, remedial engineering, construction management, and brownfields redevelopment.  He has contributed and led the investigation, design and implementation of numerous large-scale geo-environmental engineering projects. His solid waste experience includes landfill permitting; landfill investigations, assessments and remediation; landfill gas and leachate generation, control and/or treatment; landfill closure and post-closure care; and landfill redevelopment.



Jose has direct experience in the planning, investigation, permitting, remediation, and design of environmental control systems for landfills. He has been involved in landfill projects in the United States, Latin America, China, and Australia. His experience spans from the assessment and characterization of sites to the generation of GHG emission reduction credits, including environmental controls, site redevelopment, and landfill-gas-to energy systems. Regarding landfill gas and leachate migration, he has evaluated, designed and implemented hydraulic and physical leachate control systems and landfill gas collection systems. He has also designed and implemented vapor mitigation systems, and environmental monitoring and geotechnical safety programs.

**CONTACT INFORMATION**
**Jose Sananes**

jsananes@ramboll.com
+1 (609) 243 9882

Ramboll
101Carnegie Center
Suite 200
Princeton, NJ 08540
United States of America

## EDUCATION
1995-1996
**MS, Environmental Engineering**
University of Illinois at Urbana-Champaign, Urbana-Champaign, Illinois, United States

1990-1994
**BS, Civil & Environmental Engineering**
Rutgers University, New Brunswick, New Jersey, United States

## COURSES/CERTIFICATIONS
Professional Engineer - New York, 2007
Professional Engineer - New Jersey, 2001
Former NJDEP Certified Cleanup Star
OSHA 8 Hour Supervisor - HAZWOPER, 1996
OSHA 40-hour HAZWOPER, 1996-Present

Confidential



ENVIRONMENT
& HEALTH

**REPRESENTATIVE PROJECTS**

**Landfill Engineering**

- *Confidential Client, United States (2023 to Present).* Led the collection of landfill gas and condensate samples to assess variability between waste disposal areas and evaluated landfill gas collection system design, operation and maintenance in relation to industry standards and best management practices.
- *Confidential Client, New York (2023 to Present).* Evaluated methane gas data collected prior to implementation of a LNAPL treatment system at a hazardous waste disposal facility and designed and implemented a vacuum testing program to define sustained landfill gas generation rates.
- *New York Metropolitan Transportation Council (2023 to Present).* Ramboll's Principal Investigator for a Waste Movement Study in the New York metropolitan area in conjunction with Rutgers University. Study focuses on waste generation and transportation projections (via rail, road and barge) for the period of 2035 to 2050.
- *LMS Energy Pty Ltd (2020 to Present).* Part of the team that performed a landfill hotspot preliminary baseline risk assessment and a slope stability evaluation for a portion of a landfill located in Whytes Gully Resource Recovery Park, NSW, Australia.
- *Jefferson Parish Landfill (2019 to Present).*  Led the collection of landfill gas quality and odor data in support of air modelling efforts for a landfill in the southeastern United States. Evaluated historical operational and monitoring records to define the condition and effectiveness of existing landfill gas control systems.
- *Confidential Client, Maryland (2019 to Present).* Prepared a landfill closure and post-closure care plan for two former cement kiln dust piles in Maryland.
- *Kennametal Landfill, Ontario (2017 to 2018).*  Prepared the landfill closure and post closure care plan that included stormwater management and capping, and developed associated cost estimates.
- *Ridgefield Park Landfill, New Jersey (2014 to 2015).* Designed and implemented a landfill gas emission survey and vacuum testing program to evaluate landfill gas generation rates, assess the potential for landfill gas migration, and define gas control requirements for the proposed redevelopment of the former landfill.
- *KUAM Solar Farm on Landfills (2014 to 2015).* Assisted with environmental assessments of costs and liabilities, as well as field investigations, for one of the largest solar power project in Japan (a 231–megawatt facility in Okayama). The project included site investigations on a 490-hectare tract of land. The investigations defined the landfill gas environmental control systems necessary for the design, construction, and operation of the solar energy farm.
- *Confidential Client, New York (2012 to Present).* Prepared a landfill closure and post-closure care plan for two former cement kiln dust piles in New York. Prepared a corrective measures study for the closure and post-closure care of two cement kiln dusts piles in New York, including the preparation of a conceptual design of remedial alternatives, and the development of bid documents for implementation of interim remedial measures.  The interim control measures included leachate collection and conveyance to an on-site treatment system, slope stabilization, and surface water control and management.
- *Cinnamon Bay, LLC LFGTE System (2010 to 2012).* Led design and construction management efforts associated with the decommissioning of a 10 MW steam-turbine driven landfill gas to energy plant and the construction of a modular 10 MW reciprocating engine driven landfill gas to energy plant. The current plant, which began operation in 2011, is generating energy using six 1,600 kW Caterpillar reciprocating engines and includes a landfill gas conditioning system for siloxanes and air emission control devices for volatile organic compounds.
- *Former Armira Tannery, Tennessee (2009 to Present).* Designed and implemented geotechnical investigations, assessments and bench-scale studies for the stabilization of tannery waste sludge deposited in 30-foot deep cells and evaluated the stability of cell slopes. Designed and implemented an in-situ and ex-situ sludge solidification remedy program to allow the closure of five sludge cells,

Confidential



ENVIRONMENT
& HEALTH

a disposal area, and a former drying lagoon. Currently inspecting, maintaining, and reporting on the condition of the final capping system.

- *Confidential Cl*ient, United States (2008 to 2009).  Conducted a detailed technical due diligence in landfills in Huaian, Sanya and Xining Provinces in China for an energy company to assess the LFG gas generation potential, their viability as landfill gas to energy projects, and the potential for GHG emission reductions under the UNFCCC.

- *Confidential Client, Italy (2008 to 2009).* Led the preparation of a whitepaper by experts on groundwater plume control alternatives, which included the evaluation of operating systems at NPL sites, including numerous waste disposal sites, and the development of a decision-making matrix.

- *Confidential Client, United Kingdom (2007 to 2009)*. Conducted detailed technical due diligence of several landfills in Mexico to assess the LFG gas generation potential, their viability as landfill gas to energy projects, and the potential for GHG emission reductions under the UNFCCC.

- *International Finance Corporation (2007).* Conducted detailed technical due diligence, and a third party technical and commercial review of turnkey landfill gas collection and energy generation projects in Guangdong, Hainan, Qinghai, Jiangsu, and Liaoning Provinces in China. The activities included an evaluation of three of the landfills to assess the landfill gas generation potential, evaluation of the qualifications, experience, and past performance of the design and construction teams, and an outline of potential fatal flaws that would prevent the development of a landfill gas recovery project and the generation of certified emission reductions under the United Nations Framework Convention on Climate Change.

- *Confidential Client, United Kingdom (2007 to 2008*). Evaluated the economic feasibility of renewable energy credits and voluntary emission reductions of several landfill projects in Latin America.

- *Criterion Development Partners (2006 to 2007).* Designed vapor mitigation systems to minimize exposure risks by preventing the accumulation of landfill gas under proposed buildings to be constructed on the Meadowlands' orphan landfills.  Evaluated the permitting needs and types of treatment systems required.

- *Confidential Client, New Jersey (2005 to Present).* Designed and implemented a landfill gas emission survey and investigation to define the potential for landfill gas migration and control.  Designed and implemented an in-kind vegetated soil and gravel capping systems for a former landfill in southern New Jersey, thereby eliminating the need for stormwater management system improvements. Capping activities included the relocation of excavated materials from adjoining wetlands areas and the restoration and replanting of these areas. Procured necessary state and federal permits for construction of the proposed capping systems. The site is being redeveloped into a solar farm and the condition of the caps is currently subject to inspections and maintenance.

- *SODES Milpillas, Mexico (2005 to 2007).* Evaluated and designed vacuum testing program for a methane recovery and control system to evaluate landfill gas generation rates and optimize gas collection. Designed the capping and landfill gas collection systems to maximize the extraction of methane and generation of CERs. This project was implemented for the generation of certified emission reductions under the United Nations Framework Convention on Climate Change.

- *Confidential Client, United States (2005).* Peer reviewed the design of a proposed landfill gas control system to ensure compliance with federal requirements.  This evaluation focused on the design of the gas extraction/venting system and the monitoring/maintenance plans, and included an assessment of the potential beneficial use of recovered landfill gas.

Confidential



ENVIRONMENT
& HEALTH

- *Meadowlands Partners Distribution Center / CBR, New Jersey (2004 to Present)*. Evaluated, designed, and oversaw construction and performance monitoring of vapor mitigation and methane recovery systems for a warehouse constructed on a former landfill site. Conducted the field characterization and evaluation of control alternatives for landfill gas emissions. The design documents included the final design of an active gas extraction system, foundation ventilation system, and methane monitoring and treatment system.  Currently providing operation and maintenance oversight and performance monitoring.
- *K. Hovnanian, Wildwood, New Jersey (2001 to 2005):* Designed landfill closure elements, including capping system, shoreline stabilization and landfill gas control system for the proposed redevelopment of a former landfill in southern New Jersey into residential use. Given the site's location within an inactive landfill site, and considering the proposed redevelopment plans, this design included a site-wide deep-gas extraction system and building specific sub-slab vapor mitigation systems. Evaluated foundation alternatives and designed a ground improvement program to minimize primary and secondary consolidation settlements and allow for site redevelopment.
- *Cherokee/Empire Golf – Bayonne Golf Course, New Jersey (2001 to 2004).* Managed all geo-environmental aspects of redevelopment of a former landfill in New Jersey into a golf course. Responsibilities included coordination of personnel and subcontractors, project negotiations with local and state agencies and their representatives, identification of permit requirements, development of design and ensuring compliance with engineering design specifications and permit conditions. Projects included:
    - investigation and assessment of sources of hydrogen sulfide odors and corrective measures, including source material control and management and gas extraction and control system requirements.
    - landfill gas collection and control system design and implementation, including pilot testing for optimization to control landfill gas migration and emissions.
    - leachate recovery and treatment design and implementation.  The 15,000 linear feet  leachate collection system was constructed using biodegradable polymers since dewatering was not technically or economically feasible.
    - management of dredged materials for beneficial site reuse.
    - construction of a 6-foot diameter and 950 linear feet off-site stormwater pipe bisecting the landfill.
    - mudflats capping, wetlands mitigation, and pedestrian bridge design and construction.
    - static and seismic slope stability analyses to optimize grading plans and fill volumes to allow the redevelopment of a former landfill site into a golf course.  The project included development and implementation of a geotechnical safety program to provide a warning system against potential slope movement.
    - geotechnical and environmental evaluation and field characterization of final cap and final cover materials.
    - procuring and ensuring compliance with local and state permits.
- *EnCap Meadowlands, New Jersey (2001 to 2005).* Actively involved with the redevelopment of New Jersey EnCap Meadowlands site that included four large landfills located in a 700-acre area slated for future development of golf courses, hotels, and residential complexes.  Project activities included the beneficial reuse of processed dredged materials and other beneficially reused soils to (a) grade, (b) structurally stabilize, and (c) cap landfill areas.
- *Edgeboro Disposal, Inc., New Jersey (1998 to 2000).* Assisted in the evaluation of a 15,000-foot-long and 35-foot-deep slurry wall, which isolates waste located in an approximately 200-acre landfill. The evaluation was based on physical presence, hydraulic properties and water quality data, and involved piezocone testing, hydraulic evaluation through extensive pump tests, and groundwater quality studies. Developed the post-closure landfill maintenance plan that incorporated the maintenance and restoration of the final cover, the vegetative cover, the groundwater

Confidential



ENVIRONMENT
& HEALTH

monitoring system, the containment system and the stormwater management systems, as well as an interim plan for the withdrawal of leachate.

- *Linden Landfill, New Jersey (1998 to 2005).* Implemented landfill gas, leachate, and slope stability monitoring programs, designed landfill closure elements (including the cap and landfill gas collection systems), and oversaw the completion of the capping of the physical containment system.
- *EDI MCUA 20-MW Plant, New Jersey (1998 to 2000).* Assisted in the design of gas control and collection systems at the Edgeboro, Edison, and ILR landfills in New Jersey. The gas collection systems were connected to a six-mile gas-energy transmission line to convey landfill gas into the MCUA 20-MW power plant. The project received a USEPA Project Award for energy conversion from biogas to electricity.
- *Edgeboro Disposal, Inc, New Jersey (1998 to 1999).* Assisted in the implementation of a master plan for remediation and closure activities for the largest landfill in New Jersey, which included remediation, improvements to the leachate and gas collection systems, and landfill closure. The remediation and closure elements included the relocation and capping of approximately one million cubic yards of materials from seven uncontrolled waste areas, and site restoration. In addition, studies were implemented, including field vacuum testing for landfill gas recovery, leachate pump down tests, and gas and leachate sampling.
- *OENJ Cherokee – Jersey Gardens Mall, New Jersey (1998).* Oversaw construction activities related to the redevelopment of the former landfill into an outlet mall in New Jersey, one of the first brownfield sites in New Jersey. Site remediation and redevelopment activities included: (a) placement of approximately 2.8 million cubic yards of recycled material, including 0.8 million cubic yards of amended dredged material, as non-structural fill; (b) a site-wide leachate collection system; (c) containment of PCB contaminated areas; (d) a 12-foot R.C.P. to replace a 60-foot wide, 4,800-foot long ditch previously leaching contaminants into Newark Bay; (e) removal and disposal of 1,500 tons of hazardous waste; (f) wetland mitigation; (g) engineered caps; and (h) vapor control systems for buildings, including two hotels. Prepared as-built engineering plans for submittal to environmental agencies.

**Litigation Support**

- *Jefferson Parish Landfill (2019 to Present).* Testifying expert and technical director for a Federal Court case regarding odor complaints emanating from an operating landfill in the southeastern United States.  Led the collection of data in support of air modelling efforts and assisted in the preparation of sections of an expert report dealing with landfill gas generation, control and migration.
- *Confidential Client, Zambia (2019).* Provided technical support related to claims on environmental impacts associated with ongoing mining operations in Zambia.
- *Government of the Dominican Republic (2018).*  Part of a team of experts that evaluated the geotechnical and ecological impacts of a proposed development project in the rainforest in the Dominican Republic under the Arbitration Rules of the United Nations Commission on International Trade Law.
- *Government of Ecuador (2016 to 2020).* Served as the technical lead for an international arbitration project under the International Centre for Settlement of Investment Disputes involving the construction, operation, maintenance, and closure of oil drilling platforms in the Amazon forest.
- *Confidential Client, New York (2015 to 2016).* Prepared sections of an expert report on the historical management and resulting environmental impacts of PCBs at a closed disposal facility.
- *Confidential Client, New Jersey (2013 to 2015).* Served as a technical expert for the alternate dispute resolution regrading the historical disposal of materials at a former sand pit.
- *LMS – Landfill Gas Migration (2010 to 2012).* Prepared sections of an expert report in the matters of the Supreme Court of Victoria, Australia, Proceeding No. 9776 of 2008, in response to technical questions in connection with the migration of landfill gas and impacted groundwater from the landfill

Confidential



ENVIRONMENT
& HEALTH

site to a residential development. The technical matters were addressed in the expert report, which was presented to the Victoria Supreme Court in December 2011.

- *Confidential Client, New Jersey (2007 to 2008)*. Provided expert testimony with respect to the source of groundwater contamination at a former service station and developed engineering cost estimates in support of bankruptcy court filings and settlement.

**Experience on Brownfield Redevelopment, Construction Management, Environmental Permitting, Environmental Investigation and Remediation, Feasibility and Corrective Measures Studies, Geotechnical Engineering, Sediment Engineering, and Closure not included in this CV**

**CAREER**

2005-Present
**Senior Manager to Principal, Ramboll (formerly ENVIRON), Princeton, New Jersey**

2001-2005
**Senior Associate to Project Manager, Icon Engineering/CME Associates, Princeton, New Jersey**

1998-2001
**Engineer to Project Manager, Sadat Associates, Inc.., Princeton, New Jersey**

1996-1998
**Project Engineer, Dames & Moore, Chicago, Illinois**

Confidential