```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

***************************************************************
ELIAS JORGE "GEORGE" ICTECH-BENDECK

                            Civil Action No. 18-7889
                            c/w 18-8071, 18-9212
VS.                         Section "E"(5)
                            New Orleans, Louisiana
                            January 31, 2022

WASTE CONNECTIONS BAYOU, INC., ET AL.
***************************************************************


Related Case:
***************************************************************
FREDERICK ADDISON, ET AL.

                            Civil Action No. 19-11133
                            c/w 19-14512
VS.                         Section "E"(5)


LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.

Applies to all cases
***************************************************************




                        TRANSCRIPT OF TRIAL
                GENERAL CAUSATION/DAUBERT HEARING
            HEARD BEFORE THE HONORABLE SUSIE MORGAN
                   UNITED STATES DISTRICT JUDGE
                      DAY 1 AFTERNOON SESSION
```

APPEARANCES:

FOR THE ICTECH-BENDECK PLAINTIFFS:

    Bruce Betzer
    Law Office of Bruce C. Betzer
    3129 Bore Street
    Metairie, LA 70001

    Douglas S. Hammel
    Hammel Law Firm, LLC
    3129 Bore Street
    Metairie, LA 70001

    Jason Zachary Landry
    Martzell & Bickford
    338 Lafayette Street
    New Orleans, LA 70130

    Kacie F. Gray
    Irpino, Avin & Hawkins
    2216 Magazine Street
    New Orleans, LA 70130


FOR THE ADDISON PLAINTIFFS:

    Eric Charles Rowe
    Erik Bolog
    Whiteford Taylor & Preston, LLP
    1800 M Street NW
    Suite 450N
    Washington, DC 20036

    S. Eliza James
    Forrest, Cressy, & James, LLC
    1222 Annunciation Street
    New Orleans, LA 70130

    Masten Childers, III
    Whiteford, Taylor & Preston LLP
    161 N. Eagle Creek Drive
    Suite 210
    Lexington, KY 40509

```
FOR THE WASTE CONNECTIONS DEFENDANTS:

                                    John H. Paul
                                    Beveridge & Diamond
                                    477 Madison Avenue
                                    15th Floor
                                    New York, NY 10022

                                    Michael Vitris
                                    Beveridge & Diamond
                                    400 W. 15th Street
                                    Suite 1410
                                    Austin, TX 78701


FOR APTIM CORP:                     John E.W. Baay
                                    Nicholas S. Bergeron
                                    Gieger Laborde & Laperous
                                    701 Poydras Street
                                    Suite 4800
                                    New Orleans, LA 70139


FOR JEFFERSON PARISH:               Michael S. Futrell
                                    Michael D. Moghis
                                    Connick and Connick
                                    3421 N. Causeway Boulevard
                                    Suite 408
                                    Metairie, LA 70002

ALSO PRESENT:                       John Perkey
                                    Billy Gibbens



Official Court Reporter:            Nichelle N. Wheeler, RMR, CRR
                                    500 Poydras Street, B-275
                                    New Orleans, Louisiana 70130
                                    (504) 589-7775

    Proceedings recorded by mechanical stenography,
transcript produced via computer.
```

OFFICIAL TRANSCRIPT
Page 135

```
02:22:02PM   1     Q.   So there are no records or documents that you can go
02:22:07PM   2   look at to determine the amount of landfill gas that was
02:22:10PM   3   generated from the landfill; is that right?
02:22:13PM   4     A.   That was actually generated?
02:22:14PM   5     Q.   That was actually generated from the landfill.
02:22:16PM   6     A.   No, there's no such record.
02:22:18PM   7     Q.   Because there's no way to measure that, right?
02:22:20PM   8     A.   There's no way of measuring that.
02:22:22PM   9     Q.   But you can estimate it; is that true?
02:22:24PM  10     A.   That's right.
02:22:26PM  11     Q.   So how do you go about making an estimate of what
02:22:30PM  12   those emissions from the landfill would be?
02:22:31PM  13     A.   Essentially, it's a mass balance.  We look at what's
02:22:35PM  14   generated and subtract from it what's collected by systems
02:22:42PM  15   that may be in place or otherwise attenuated.
02:22:46PM  16     Q.   Now, you used the term "mass balance"; what do you
02:22:50PM  17   mean by that?
02:22:51PM  18     A.   Mass balance in simple terms is looking at the amount
02:22:58PM  19   that you start with.  In one side of the equation, on the
02:23:03PM  20   other side of the equation, you have the parts in which that
02:23:05PM  21   total could be subdivided and you need to make sure that
02:23:08PM  22   those two sides of the equation are equal, balance out.
02:23:11PM  23     Q.   Okay.  Now -- so in general terms, you first
02:23:16PM  24   determine how much is generated?
02:23:19PM  25     A.   That's the first step.
```

```
02:23:20PM   1      Q.  Okay.  And then some of it is going to be collected
02:23:24PM   2   by the landfill gas collection systems; is that right?
02:23:27PM   3      A.  That's right.
02:23:28PM   4      Q.  If there is one.
02:23:29PM   5      A.  If there is one in place, it will collect gas.
02:23:31PM   6      Q.  Okay.  And is any just absorbed by the landfill?
02:23:34PM   7      A.  There could be some attenuation in some conditions.
02:23:39PM   8      Q.  Okay.  And the rest is just emitted; is that right?
02:23:42PM   9      A.  Correct.
02:23:43PM  10      Q.  Okay.  And are those called fugitive emissions?
02:23:47PM  11      A.  Yes.
02:23:47PM  12      Q.  So that's the basic formula that you used in
02:23:51PM  13   determining the amount of landfill gases emitted from a
02:23:53PM  14   landfill; is that right?
02:23:54PM  15      A.  Correct.
02:23:54PM  16      Q.  Okay.  Now, is it true to say that what is not
02:23:58PM  17   collected is necessarily emitted?
02:24:02PM  18      A.  What is not collected -- yes, generally, that's --
02:24:06PM  19      Q.  You take afterward necessarily but, you know, what is
02:24:08PM  20   not collected ends up being emitted?
02:24:11PM  21      A.  What is not collected is going to be emitted.
02:24:14PM  22      Q.  Why is that?
02:24:14PM  23      A.  Because the landfill gases generated -- gas is under
02:24:18PM  24   constant production.  The degradation of the waste will
02:24:23PM  25   continue over time.  As that gas is generated, it needs to
```

| | | |
|---|---|---|
| 03:16:06PM | 1 | collection systems in the media place. |
| 03:16:10PM | 2 |     Q.   In the analysis that you took in regards to the |
| 03:16:13PM | 3 | Jefferson Parish Landfill you were measuring both the |
| 03:16:16PM | 4 | generation and the collection of gas; is that right? |
| 03:16:17PM | 5 |     A.   That's right. |
| 03:16:18PM | 6 |     Q.   Now does the presence of water affect both of those? |
| 03:16:21PM | 7 |     A.   It does. |
| 03:16:22PM | 8 |     Q.   Okay. And I think you said that it affects the rate |
| 03:16:25PM | 9 | at which waste decays; is that right? |
| 03:16:28PM | 10 |     A.   That is correct. |
| 03:16:29PM | 11 |     Q.   So is that how it affects the generation of gases? |
| 03:16:32PM | 12 |     A.   Right. It accelerates that process. |
| 03:16:34PM | 13 |     Q.   Okay. And how does it -- how does it affect the |
| 03:16:37PM | 14 | collection of gases? |
| 03:16:39PM | 15 |     A.   Well, the -- we're looking at this detail that you |
| 03:16:43PM | 16 | have on the screen. The -- right now that well is intended |
| 03:16:46PM | 17 | to be collecting gas within the waste media within that |
| 03:16:51PM | 18 | entire zone that is shown. If leachate levels begin to rise |
| 03:16:58PM | 19 | those perforations and that gravel begin to fill with water |
| 03:17:03PM | 20 | and water -- I'm sorry, gas cannot flow through gas. So that |
| 03:17:08PM | 21 | extraction -- you're essentially compromising the ability of |
| 03:17:12PM | 22 | the well to collect gas, limiting its ability. |
| 03:17:17PM | 23 |     Q.   Okay. What is a bioreactor landfill? |
| 03:17:20PM | 24 |     A.   A bioreactor landfill is a landfill where liquid is |
| 03:17:27PM | 25 | introduced on purpose to enhance the degradation |

```
03:17:36PM   1   biodegradation processes.
03:17:38PM   2        Q.   Okay.  So they're intentionally keeping the -- the --
03:17:41PM   3   the waste wait -- wet in order to make it decay faster?
03:17:43PM   4        A.   That is correct.
03:17:44PM   5        Q.   Was the Jefferson Parish Landfill a bioreactor
03:17:47PM   6   landfill?
03:17:48PM   7        A.   No.
03:17:48PM   8        Q.   Okay.  Do landfills, therefore, need systems to
03:17:53PM   9   control leachate?
03:17:54PM  10        A.   Yes, you want to make sure that, that leachate does
03:17:58PM  11   not build up.  Leachate collection systems are required for
03:18:02PM  12   that.
03:18:02PM  13        Q.   Okay.  And are there -- are there specific
03:18:04PM  14   regulations that require a particular level of leachate to be
03:18:08PM  15   maintained in a landfill --
03:18:10PM  16        A.   Yeah, federal regulations require that one foot of
03:18:12PM  17   leachate -- no more than a foot of leachate 30 centimeters be
03:18:17PM  18   maintained over the liner.  The Louisiana administrative code
03:18:24PM  19   requires that that foot be at the lowest point of the liner
03:18:28PM  20   system.
03:18:29PM  21        Q.   Okay.  So both federal and state regulations that
03:18:33PM  22   deal with that; is that right?
03:18:35PM  23        A.   That's correct.
03:18:41PM  24             THE COURT:  In other words there can only -- there
03:18:42PM  25   can be one foot of water above the liner?
```

1  (WHEREUPON, the proceedings were adjourned.)
2  * * * *
3  REPORTER'S CERTIFICATE
4  I, Nichelle N. Wheeler, RMR, CRR, Official Court Reporter, United States District Court, Eastern District of
5  Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and
6  understanding, from the record of the proceedings in the above-entitled and numbered matter.
7
8  /s/ Nichelle N. Wheeler
   Official Court Reporter
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25