UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK | CIVIL ACTION |
| | NO. 18-7889 |
| | c/w 18-8071 |
| VERSUS | 18-8218, 18-9312 |
| | SECTION "E"(5) |
| | FEBRUARY 1, 2022 |
| WASTE CONNECTIONS BAYOU, INC., ET AL | |

*Related case:*

| | |
|---|---|
| FREDERICK ADDISON, ET AL | |
| | CIVIL ACTION |
| | NO. 19-11133 |
| VERSUS | c/w 19-14512 |
| | SECTION "E"(5) |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL | |

*Applies to: All Cases*

TRANSCRIPT OF MORNING SESSION
TRIAL ON CAUSATION/DAUBERT HEARING DAY 2
BEFORE THE HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

OFFICIAL TRANSCRIPT

APPEARANCES:

FOR THE ICTECH-BENDECK PLAINTIFFS:


                                    Bruce C. Betzer, Esq.
                                    LAW OFFICE OF BRUCE C. BETZER
                                    3129 Bore Street
                                    Metairie, LA  70001


                                    Douglas S. Hammel, Esq.
                                    HAMMEL LAW FIRM
                                    3129 Bore Street
                                    Metairie, LA  70001
                                    New Orleans, Louisiana  70130


                                    Jason Z. Landry, Esq.
                                    MARTZELL, BICKFORD & CENTOLA
                                    338 Lafayette Street
                                    New Orleans, LA 70130


                                    Kacie F. Gray, Esq.
                                    IRPINIO, AVIN & HAWKINS
                                    2216 Magazine Street
                                    New Orleans, LA 70130




FOR THE ADDISON PLAINTIFFS:


                                    S. Eliza James, Esq.
                                    FORREST CRESSY & JAMES
                                    1222 Annunciation Street
                                    New Orleans, LA  70130




                          OFFICIAL TRANSCRIPT

```
1   APPEARANCES CONTINUED:

2                              Eric C. Rowe, Esq.
                             Masten Childers, III, Esq.
3                            WHITEFORD TAYLOR & PRESTON
                             1800 M Street, NW, Suite 450N.
4                            Washington DC  20036

5

6

7   FOR THE WASTE CONNECTIONS DEFENDANTS:

8

9                              John H. Paul, Esq.
                             BEVERIDGE & DIAMOND
10                           477 Madison Avenue, 15th Floor
                             New York, NY 10022
11

12                             Michael F. Vitris, Esq.
                             400 West 15th Street
13                           Suite 1410
                             Austin, TX 78701
14

15

16  FOR APTIM CORP:            John E.W. Baay, Esq.
                             GIEGER LABORDE & LAPEROUSE
17                           701 Poydras Street
                             Suite 4800
18                           New Orleans, LA 70139

19

20

21

22  FOR JEFFERSON PARISH:      Michael S. Futrell, Esq.
                             Matthew D. Moghis, Esq.
23                           CONNICK AND CONNICK
                             3421 N. Causeway Boulevard
24                           Suite 408
                             Metairie, LA 70002
25
```

OFFICIAL TRANSCRIPT

```
 1   ALSO PRESENT:                    John Perkey
                                      Wade Bass
 2

 3

 4

 5

 6

 7   Official Court Reporter:         Alexis A. Vice, CCR, RPR, CRR
                                      500 Poydras Street, HB-275
 8                                    New Orleans, LA  70130
                                      (504) 589-7777
 9                                    Alexis_Vice@laed.uscourts.gov

10

11

12

13

14

15

16   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER.
17

18

19

20

21

22

23

24

25
```

OFFICIAL TRANSCRIPT

1  Q.    So, Mr. Sananas, I'd first like to talk about your

2  background and your qualifications.

3        You've never testified as an expert witness in deposition

4  or trial before today -- before this case; right?

5  A.    That's correct.

6  Q.    You've never published any articles in the field of

7  engineering; right?

8  A.    That's correct.

9  Q.    Before this case, you've never estimated fugitive

10  emissions of landfill gas like those you just discussed with

11  Judge Morgan for use in an air dispersion model; is that right?

12  A.    I do not believe so.

13  Q.    So you've never had to estimate emissions of landfill gas

14  for permitting purposes; right?

15  A.    Not for permitting purposes.

16  Q.    You've never been in charge of preparing an air permit

17  application for an operating landfill; correct?

18  A.    Correct.

19  Q.    And yesterday, you acknowledged that while you were

20  talking to Mr. Rowe; right?

21  A.    Right.

22  Q.    You've never designed a new landfill before, have you?

23  A.    I have not.

24  Q.    So I'd like to move on to some of the issues you were just

25  discussing with Judge Morgan about the estimation of the

OFFICIAL TRANSCRIPT

1  generation of landfill gas.

2       So as you just discussed, you used a model developed by

3  EPA called LandGEM to estimate the total generation of landfill

4  gas; right?

5  A.   Yes.

6  Q.   And the output of the U.S. EPA version of LandGEM is just

7  an estimate of the rate that landfill gas is generated over

8  time; correct?

9  A.   Yes.

10  Q.   And that result is based on the assumptions and the inputs

11  that you put into the model; correct?

12  A.   Correct.

13  Q.   LandGEM does not determine the rate of landfill gas

14  emissions through the surface of a landfill, does it?

15  A.   It does not.

16  Q.   So I'd like to talk about one of the factors that you

17  input into LandGEM, the k value or the rate of generation, and

18  I'd like to talk about how you estimated the depth of leachate

19  in the landfill so as to select a rate-of-generation factor for

20  the model.

21       Am I right that you concluded that the Jefferson Parish

22  Landfill was approximately 51 percent saturated on average?

23  A.   I don't recall if that's the average.  There is a range

24  that we estimated for the percent saturation of that landfill,

25  yes.

OFFICIAL TRANSCRIPT

1   Q.   And not merely wet, but flooded; right?

2   A.   Right.

3   Q.   The leachate -- in your methodology, the leachate is

4   flooded up from the bottom of the landfill 51 percent of the

5   depth of the waste; right?

6   A.   Yes.

7   Q.   And you estimated how flooded the landfill was by looking

8   at measurements of liquid in the gas collection wells; right?

9   A.   That's correct.

10  Q.   Those liquid levels in gas wells were the only form of

11  measurement you considered in reaching that 51 percent

12  conclusion; right?

13  A.   Yes.

14  Q.   Now, gas wells drilled down from the surface of the

15  landfill into the waste; correct?

16  A.   Yes.

17  Q.   And it doesn't extend all the way to the bottom of the

18  landfill liner; right?

19  A.   That's right.

20  Q.   Just to make sure that we agree on this, based on the

21  depth of liquids in those gas wells that you took from

22  measurements by APTIM and other people, you estimated that the

23  leachate was pooled up to a depth of 51 percent of the

24  landfill's height; right?

25  A.   Uh-huh.

OFFICIAL TRANSCRIPT

1    Q.    The liquid measurements in the gas wells around Phase IV-A

2    were not all at the same height, were they?

3    A.    They were not.

4    Q.    And in fact, some of the gas wells in Phase IV-A were dry,

5    weren't they?

6    A.    Some of them were.

7    Q.    Ramboll didn't collect any data about leachate that's in

8    the gas wells; right?

9    A.    We did not open any wells to measure water levels because

10   that would have interfered with operations, so no.

11   Q.    So just to be clear, you didn't collect data on liquid

12   that's in the gas wells?

13   A.    We did not measure water levels, no.

14   Q.    Before your work on this project, am I correct that you

15   had never been asked to evaluate whether the liquid level in a

16   gas well was the same level as leachate that's in the waste

17   around that well?

18   A.    No, we do not typically measure leachate levels in gas

19   wells.  What I have done in the past is measure liquid levels

20   in a landfill and wells installed specifically to monitor

21   leachate levels within the waste mass, not in gas wells.

22   Q.    You're not aware of any studies validating the method of

23   estimating the percent of waste saturation based on liquid

24   depths in gas wells, are you?

25   A.    Again, not in gas wells.  What we look at is wells that

OFFICIAL TRANSCRIPT

1   are advanced to -- a gas well is, by design, intended to be

2   installed above the leachate level.

3       So when we look at leachate, we advance borings and

4   install wells that are deeper and are actually targeting that

5   leachate level.  That is supposed to be below the bottom of the

6   gas well.  That's it.

7   Q.   Just two points of clarification on that answer.

8       First of all, you did not do that at Jefferson Parish

9   Landfill; right?

10  A.   We did not do any intrusive of work.

11  Q.   And the second point, my original question, was:  You're

12  not aware of any studies validating the method of using the

13  liquids in gas wells to define the depth of leachate in waste;

14  right?

15  A.   Not measurements in gas wells.  In monitoring wells, like

16  a groundwater well would be.

17  Q.   A groundwater well?

18  A.   Similar to a groundwater.  It just happens to be installed

19  within the landfill.

20  Q.   So I just want to make sure that we have a clear answer

21  here.  You're not aware of any studies validating the method of

22  using gas well measurements of liquid to define the depth of

23  leachate in waste; correct?

24  A.   Yes.  But effectively, when you have a gas well that is --

25  where water has accumulated, you know, there's a leachate-level

OFFICIAL TRANSCRIPT

1  measurement, that well is now acting also as a groundwater
2  monitoring well or a leachate monitoring well.
3  Q.   I'm sorry, Mr. Sananas.  The only question was whether you
4  have a study that says you can measure the depth of leachate
5  based on the measurement of liquid within a gas well.  That's
6  the extent of my question.
7        **THE COURT:** He can explain his answer.  He can explain
8  his answer.
9        **MR. PAUL:** Yes.  I just want to make sure we have a
10 clear answer.
11       **THE WITNESS:** Measurements from a gas well
12 specifically designed for gas collection, no.  When a well, a
13 gas well or a well that's installed specifically for leachate
14 measurements, gives us water levels, that information is used
15 for those assessments.  And I have looked at that in the past.
16 But these measurements were not made in gas wells.
17       That's the distinction I'm trying to make is that the
18 gas well, when flooded, essentially is serving a dual purpose.
19 You're extracting gas from it if the perforations are still
20 open.  And if you so chose, you could measure water levels like
21 you would in a groundwater or leachate monitoring well.
22 **BY MR. PAUL:**
23 Q.   So specifically, with respect to using an existing gas
24 well and measurements of liquids in the existing gas well to
25 define depth of leachate, you're not aware of that method being

OFFICIAL TRANSCRIPT

1    generally accepted in the solid waste industry, are you?

2    A.    Specifically with gas wells, no.  Like I said, I have

3    personally measured leachate levels in wells screened in that

4    intercept that leachate level to assess how much liquid has

5    accumulated in that landfill.  Were those wells installed for

6    the purpose of extraction of gas, no.

7         The wells that we currently have here were installed for

8    the purpose of collecting gas.  However, over time, they have

9    flooded, and they are giving also information with respect to

10   those leachate levels.

11   Q.   So I'd like to talk to you about data from another source

12   of measurement of leachate depth in the landfill.

13        You're aware now that there are daily records of leachate

14   depth measured at several points within Phase IV-A at the

15   Jefferson Parish Landfill; right?

16   A.    Yes.

17   Q.   And those measurements were taken by an instrument called

18   a transducer; is that correct?

19   A.    That's correct.

20   Q.   You did not rely on those data in reaching your estimate

21   that the waste was 51 percent saturated, did you?

22   A.    We did not because those measurements are made at the

23   sumps where there's a pump that's drawing water level.  So that

24   measurement is not really indicative of leachate levels across

25   the landfill, but rather at the point of measurement which is

OFFICIAL TRANSCRIPT

1  affected or influenced by the pumping of that well at that
2  location.
3  Q.   At a minimum, would you agree with me that a transducer
4  gives you a more accurate measurement of leachate depth in a
5  landfill than liquid depth in gas wells?
6  A.   Yes.  But it depends on where that transducer is
7  installed.
8  Q.   You'd agree with me, at least, a transducer measures the
9  leachate depths at the transducer's location; right?
10 A.   Yes.
11 Q.   So would you agree with me that the transducer measures
12 leachate depth at a single point within the waste?
13 A.   It does.
14 Q.   And you used measurements of liquids in gas wells as
15 single depth points for your saturation estimate; right?
16 A.   Correct, the aggregate of whatever leachate level
17 measurements were available from the various gas wells.
18 Q.   And you had access to daily activity reports from the
19 Jefferson Parish Landfill; right?
20 A.   Yes.
21 Q.   And you're aware that the daily activity reports recorded
22 leachate depth as measured by those transducers; right?
23 A.   Yes.
24 Q.   But you didn't consider that transducer data from those
25 daily reports in estimating the waste saturation at the

OFFICIAL TRANSCRIPT

 1  landfill, did you?

 2  A.    No.  Because, again, those transducers are measuring water

 3  levels at locations where pumps are being -- are operating and

 4  drawing liquid.

 5  Q.    But when you prepared your original estimates to serve

 6  your original modeling in support of the first report that you

 7  issued here, you hadn't done that analysis with respect to the

 8  transducer data, had you?

 9  A.    No.  Again, when you have a location where you're drawing

10  water, that measurement of the water level is not an accurate

11  representation of what the level measured is.

12  Q.    Well, you just agreed with me that it is a single point of

13  liquid depth in the waste; correct?

14  A.    Correct.  It doesn't give you an indication of what the

15  water level in the greater area is other than that point where

16  you're measuring.  So those transducers are usually used to

17  activate or essentially operate your pumps in the case where

18  it's installed next to a pump.

19        If those transducers had been installed in gas wells,

20  those transducers would have given, you know, more continuous

21  measurements of those water levels.

22  Q.    Have you ever heard of a transducer being installed in a

23  landfill gas extraction well?

24  A.    No.  But, again, the reason that there's -- you would not

25  need to install a transducer in a gas well.  I'm just saying

OFFICIAL TRANSCRIPT

1   that if you wanted a more accurate measurement, because the

2   transducer is collecting data almost continuously, you could

3   install a transducer in a gas well.

4       A gas well is not supposed to have liquid to begin with;

5   so you would not install a transducer in it.

6   Q.   You didn't compare the depths of leachate as measured by

7   transducers to the depths of liquids measured in nearby gas

8   wells, did you?

9   A.   We did not.

10  Q.   So I'd like to move to another topic.  I'd like to talk

11  about how you chose the modeling factor that you put into

12  LandGEM.

13      You touched on it briefly in your discussion earlier with

14  Judge Morgan today.  But based on your estimate that the

15  leachate saturated the depth to -- I'm sorry, let me start

16  over.

17      Based on your estimate that leachate saturated the waste

18  to a depth of 51 percent, you chose a factor for your model of

19  gas generation from a 2005 report by U.S. EPA about bioreactors

20  and wet landfills; right?

21  A.   Right.  But it's not just the water level.  I mean, it's a

22  combination.  What we established with that is that the

23  landfill is wet; so essentially, it's not behaving like a

24  conventional landfill.

25        **THE COURT:** Pull your seat up a little bit.  Get

OFFICIAL TRANSCRIPT

1  closer to the microphone.

2  **BY MR. PAUL:**

3  Q.   All I was trying to establish was that you took the factor

4  that you used from that 2005 EPA study; right?

5  A.   Once we established that the landfill was wet, yes.

6  Q.   And just to make sure that it's clear after this morning's

7  discussion, that factor that I just mentioned, I think I

8  mentioned it, 0.11, that's the rate that you input into LandGEM

9  that basically says how fast the waste will produce gas;

10  correct?

11  A.   It's -- correct.

12  Q.   That's called the k factor; right?

13  A.   Correct.

14  Q.   You testified yesterday that the factor that you selected

15  from the 2005 EPA study is higher than the default k factors in

16  the LandGEM model; correct?

17  A.   Correct.  The default value in LandGEM for a wet landfill

18  is .7.  That's based -- or it's assigned for bioreactor-type

19  landfills.

20  Q.   And the default factor for a conventional landfill is .05

21  in LandGEM; correct?

22  A.   .05 or .04, yes.  There's two defaults.

23  Q.   So just to state the obvious here, 0.11 is higher than

24  0.05; correct?

25  A.   Correct.  Because a wet landfill will accelerate the rate

OFFICIAL TRANSCRIPT

1  of waste degradation and gas production.

2  Q.   By selecting that higher rate factor, that means you're

3  telling the LandGEM model that the waste will produce gas

4  faster than the model's default rates for conventional

5  landfills; right?

6  A.   It's informing the model that we're dealing with a wet

7  landfill.  So, yes, the rate of gas generation would be faster.

8  Q.   So you selected the modeling factor from the 2005 EPA

9  study based on how that model had been applied to a totally

10  separate landfill; right?

11  A.   Yes.

12  Q.   Before this case, you haven't seen anyone in the industry

13  use an assumed leachate-saturation percentage in waste mass to

14  select a k factor for running a LandGEM model; right?

15  A.   Can you repeat that question?

16  Q.   Before this case, you haven't seen anyone in industry use

17  an assumed leachate-saturation percentage in the waste mass to

18  select a k factor for running the LandGEM model; right?

19  A.   Right.  But, again, we established that the landfill was

20  wet based on those water level measurements and assessments

21  made by other consultants at the Jefferson Parish Landfill that

22  had indicated that that landfill was wet and had a significant

23  water problem.

24  Q.   Well, when those other consultants ran LandGEM, they did

25  not use a higher k factor than the conventional factor; right?

OFFICIAL TRANSCRIPT

1  A.   They did not.

2  Q.   So is it fair to say -- I want to go back to the method

3  that you used to select the higher k factor.

4       Is it fair to say that your method of selecting a k factor

5  for your landfill gas-generation model is not a generally

6  accepted practice in the solid waste industry?

7  A.   If you know that the landfill is wet, once that is

8  established, then the conventional parameters do not apply, and

9  you need to consider what the appropriate parameters would be.

10      In this case, we looked at that paper published by EPA

11 because we were not dealing with a bioreactor landfill.  So

12 that approach would follow.

13 Q.   But have you seen the method you used applied generally in

14 the solid waste industry?

15 A.   What I don't understand is, what you're asking is the

16 method I used is simply applying a k factor.  The model is set

17 for us to use certain default values for conventional

18 landfills.  It allows us to consider a wet landfill

19 environment, meaning, a bioreactor landfill.  And it provides

20 the opportunity to input our own values that are considered for

21 that landfill.  And in this case, that's what we did.

22      The landfill did not meet the definition of a conventional

23 landfill.  It was a wet landfill, but it was not a bioreactor.

24 So we looked for an alternate k value that better represented

25 the conditions at this landfill.

OFFICIAL TRANSCRIPT

1  Q.   So I'd like to look at Trial Exhibit 7 which is the 2005

2  EPA study we've been talking about.  If we can turn to

3  paginated page 2-6, which is PDF page 22, down in the paragraph

4  starting in the bottom left-hand corner -- we'll read this

5  sentence for you.

6       "Default values for k and L0 can be used or site-specific

7  values can be developed through field test measurements."

8       Did you see that in the report?

9  A.   Yes.

10 Q.   You didn't collect any site-specific measurements that

11 could be used to develop a site-specific modeling value in

12 accordance with that sentence, did you?

13 A.   No.

14 Q.   I'd like to look at Trial Exhibit 8, which is EPA's User's

15 Guide for LandGEM.  And we're looking at page 16, the paginated

16 page 16 of that.

17       MR. PAUL: There's a Bates number there.  Would you

18 like me to read that, Your Honor?

19       THE COURT: Yes.

20       MR. PAUL: The Bates is GEOSYNTEC_00020745.

21 BY MR. PAUL:

22 Q.   So if we look at Section 3.1, that governs the selection

23 of the k value; correct?

24 A.   Yes.

25 Q.   And if you look at the second paragraph in the bottom, it

OFFICIAL TRANSCRIPT

1  factor; right?

2  A.   Again, potentially.  It depends on what those leachate

3  levels would be.

4  Q.   So, for instance, if you concluded that the leachate

5  levels in the landfill were below the bottoms of the gas wells,

6  that would support using a lower rate of gas generation; right?

7  A.   That would probably be a good assumption, yes.

8  Q.   So your total estimate of gas generation, the one you

9  described during testimony yesterday and the one that you

10 described for Judge Morgan this morning, depends on the

11 0.11 gas-generation rate that you selected for LandGEM; right?

12 A.   Yes.

13 Q.   So is it fair to say if that factor is incorrect, your

14 estimate is incorrect?

15 A.   That's correct.  But, again, we've been conservative in

16 assigning that .11 value from, you know, when compared to the

17 default, we've been careful, essentially, in that selection to

18 make sure that we're picking a value that -- based on a

19 landfill, that most closely resembles the Jefferson Parish

20 Landfill.

21 Q.   So the 2005 EPA study from which you selected the

22 k factor -- we've said this about five times, but I just want

23 to make sure that it's clear here -- the study was about

24 bioreactor landfills and so-called wet landfills; right?

25 A.   Yes.


OFFICIAL TRANSCRIPT

1  Q.   A bioreactor landfill is a landfill that actively
2  recirculates leachate to increase the gas-generation rate in
3  landfill gas; right?
4  A.   Right.
5  Q.   As you just told us, the Jefferson Parish Landfill is not
6  a bioreactor landfill; correct?
7  A.   That's correct.
8  Q.   But your use of the 0.1 k factor from the study is based
9  on your conclusion that the Jefferson Parish Landfill is,
10  instead of a bioreactor landfill, a so-called wet landfill;
11  right?
12  A.   Correct.
13  Q.   And that it is not a conventional landfill; right?
14  A.   Correct.
15  Q.   There is no industry standard that distinguishes a wet
16  landfill from a conventional landfill, is there?
17  A.   No.  You use a lot of professional judgment.
18  Q.   So your designation of the Jefferson Parish Landfill as a
19  wet landfill is not based on a generally accepted industry
20  standard, is it?
21  A.   There's no such standard.  It's based on, you know,
22  measurements of liquid levels over time that indicate that
23  leachate has been an issue at this landfill.  Not just in
24  Phase IV-A, but in all phases.
25  Q.   Now if we could bring the Trial Exhibit 7 back up, the

OFFICIAL TRANSCRIPT

1  A.    Yes.  We also know the approximate size of that landfill
2  based on the total tonnage it received.
3  Q.    So as you can see here, we can read this from
4  Section 4.6.2, "In Landfill A, wetting occurred due to
5  groundwater inflow into the base of the waste from an
6  unconfined aquifer."
7        Did I read that correctly?
8  A.    This was bouncing all over the place.  So I'm trying to
9  find my bearing.  The first sentence, yes.
10 Q.    Yes, I read that first sentence.
11       Okay.  You don't know how deeply the waste was saturated
12 in Landfill A, do you?
13 A.    We do not.
14 Q.    So is it correct to say there was not enough information
15 in this EPA study about Landfill A to allow you to replicate
16 their estimation of the 0.11 factor?
17 A.    Can you repeat that question?
18 Q.    Were you able to use the information from this study to
19 replicate EPA's math in creating the 0.11 k factor?
20 A.    I don't -- we did not attempt to replicate those results.
21 That k value is defined based on a curve that was shown in the
22 pages that maybe follow, but we did not try to replicate.
23 Q.    So your basis for selecting the 0.11 k value from
24 Landfill A for Jefferson Parish Landfill was your understanding
25 that water is flowing into Landfill A from an aquifer; right?

OFFICIAL TRANSCRIPT

1    A.    Right.  That this landfill is wet, not because of

2    recirculation or being a bioreactor landfill, but rather water

3    flowing into the landfill from this unconfined aquifer.

4    Q.    And as a point of comparison, that was your only basis for

5    selecting Landfill A; right?

6    A.    Yes, because all the other landfills were bioreactor

7    landfills or landfill cells.

8    Q.    And by that, you mean all of the other landfills studied

9    in this study; right?

10   A.    Yes.

11   Q.    There's no evidence that groundwater flows into the

12   Jefferson Parish Landfill, is there?

13   A.    Not that I'm aware of.

14   Q.    You've never used this method at another landfill to

15   select a rate of gas generation, have you?

16   A.    Again, I don't understand what you mean with "this

17   method."

18   Q.    This method of selecting a k factor from what you judge to

19   be an equivalent landfill in a study?

20   A.    In most -- actually, all landfills that I've been involved

21   with or I've been dealing with more conventional-type

22   landfills.  So no, we did not have to do this.

23   Q.    And the method of selecting a gas-generation rate from a

24   putatively equivalent landfill from an EPA study does not

25   follow an accepted industry practice, does it?

OFFICIAL TRANSCRIPT

1    A.    No.  It's, again, professional judgment based on the

2    values that we had available.  Again, LandGEM offers a certain

3    k value of .7, that is applicable to bioreactor landfills, did

4    not seem appropriate.  And we just went, you know, through this

5    path to end up at this .11 as more analogous to what we see at

6    Jefferson Parish than what had been studied, even in this EPA

7    study where they came up with a recommended k value of .3.

8    Q.    And you cannot define a rate of error for your method

9    compared to the actual rate of gas generation at the Jefferson

10   Parish Landfill; right?

11   A.    Well, we don't know how much gas is actually being

12   generated.

13   Q.    So you can't put a plus or minus on your estimate versus

14   the actual rate; right?

15   A.    Again, if I don't know the actual, I cannot do that

16   calculation.

17   Q.    You mentioned yesterday that you supervised an on-site

18   investigation of the landfill in November of 2019; correct?

19   A.    I directed.  I was not on-site supervising any of the

20   work.

21   Q.    Directed, okay.

22        During that investigation, your team did not collect any

23   field data that would allow you to estimate the rate of

24   landfill gas generation from the Jefferson Parish Landfill, did

25   they?

OFFICIAL TRANSCRIPT

1  A.   They did not.

2  Q.   So I'd like to turn to how you estimated the collection

3  efficiency.  If we can look at Trial Exhibit 2, this is the

4  Carlson report that you looked at yesterday.

5       And I'd like to -- the cover of the report is, "Landfill

6  Gas System Assessment for the Jefferson Parish Landfill."  It's

7  by Carlson Environmental Consultants and dated August 15th,

8  2018.

9       Do you recognize this report?

10 A.   I do.

11 Q.   So I'd like to turn to Exhibit 12B which is on PDF 78.

12       **MR. PAUL:** And I believe it's in your binder,

13 Judge Morgan.

14 **BY MR. PAUL:**

15 Q.   You used Carlson's Exhibit 12B as a starting point to

16 estimate the collection efficiency of Phase IV-A; correct?

17 A.   Correct.

18 Q.   You copied the radii of influence in the gas wells as

19 shown on this figure into your own Figure 6-2D in your report;

20 right?

21 A.   Correct.

22 Q.   Now, at the risk of repeating things that you discussed

23 with Judge Morgan, I'd just like to make sure we're on the same

24 page.

25       The blue circles on this figure are drawn around the

1  locations of landfill gas wells; right?

2  A.    Yes.

3  Q.    And the blue circles are Carlson's estimate of the radius

4  of influence of each gas well; correct?

5  A.    Yes.

6  Q.    But, of course, a real radius of influence is not a

7  circle, is it?

8  A.    It is not.  It's a depiction we make to sort of simplify

9  or visualize what those capture zones are like.

10  Q.    And when you copied the circles from this Exhibit 12B into

11  your own Figure 6-2D, you did not change the sizes of these

12  radii of influence, did you?

13  A.    We did not.

14  Q.    So I'd like to look at a note that you looked at yesterday

15  with Mr. Rowe.  On the upper left-hand corner, there is a note

16  No. 2.  I'll read it.

17        It says, "The ROI shown is two times the liquid height

18  which represents the amount of perforated pipe blocked."

19        Now, as you mentioned yesterday, you actually believe that

20  the ROIs shown on this figure are exactly the opposite of that

21  description; right?

22  A.    Well, not even exactly the opposite.  It's actually two

23  times the unsaturated-zone thickness.  So the distance from the

24  ground surface to the top of the leachate level.

25  Q.    So instead of the depth of the liquid, you used the height

1  of the pipe that had no liquid in it; right?

2  A.    Correct.  Irrespective of perforations.

3  Q.    You reached that conclusion with some calculations that

4  you performed by hand; right?

5  A.    Correct.

6  Q.    You didn't give the defendants those calculations, did

7  you?

8  A.    No.

9  Q.    I'm sorry?

10  A.    No.

11  Q.    After you determined that this drawing showed the opposite

12  of what it says it shows, you never communicated with Carlson

13  about the drawing, did you?

14  A.    We did not.

15  Q.    You never communicated with Carlson at all; right?

16  A.    We did not.

17  Q.    So the first step in your process was to copy these

18  circles from Carlson's drawing.  You decided the circles are

19  the opposite of what Carlson says they are.

20      You didn't keep the calculations you used to reach that

21  conclusion.  You didn't share those calculations with

22  defendants, and you didn't even talk to Carlson about it.

23      Do I have that right?

24  A.    Yes.  The calculation is very simple, and it's a spot

25  check where you're comparing -- you're measuring the radius

OFFICIAL TRANSCRIPT

1    shown on these figures.  You have a scale at the base of that
2    drawing that tells you what that measurement should be, and you
3    compare that radius with the measurements provided in
4    Exhibits 2 and 3 of this report which list the amount of
5    pipe -- or essentially the liquid levels within each of those
6    wells.
7         And with simple math, you can figure out -- and I'm
8    talking addition/subtraction -- you can figure out whether what
9    that note says is correct or whether what's drawn is different
10   than what that note says.
11   Q.   What you just described there is the calculations that you
12   did, but did not provide to defendants; right?
13   A.   Again, these are literally calculations you can do on the
14   PDF with simple mental math.  But, yeah, those calculations
15   were not provided.
16            **THE COURT:** Can I ask a question?
17            So the difference is Note 2 says it's two times the
18   pipe that's blocked by water, and you say that what it actually
19   shows is two times the pipe that's not blocked by water?
20            **THE WITNESS:** Exactly.
21            **THE COURT:** And you came to that conclusion because
22   you actually knew -- like for each well, you knew the part that
23   was blocked and the part that wasn't blocked?
24            **THE WITNESS:** Right.  This statement is
25   counterintuitive.  When liquid blocks perforations, it cannot

OFFICIAL TRANSCRIPT

1   collect gas.  So it just seemed incorrect.

2           So we looked at these measurements and compared them

3   to the measurements in Exhibit 2 of this report that actually

4   show the amount of perforation -- I'm sorry, available

5   perforations and amount of liquid.

6           Essentially, if you have a well that has a lot of

7   water, and they have identified wells that had over 100 percent

8   saturation, you would expect circles that are really, really

9   big.  And that was not the case.  You're actually seeing the

10  opposite for those wells and vice versa.  For those where

11  there's little water, the circle is significantly bigger.

12          **THE COURT:** That's what made you think, "Oh, we need

13  to check this"?

14          **THE WITNESS:** We need to check this, exactly.

15  **BY MR. PAUL:**

16  Q.   The method you've just described to estimate the radius of

17  influence, you've never used to estimate the radius of

18  influence for a gas well at another landfill; right?

19  A.   To estimate, no.

20  Q.   I'd like to look at your Figure 6-2D which was in Trial

21  Exhibit 6 in the Soler report.  I'll be quick about this

22  because you discussed it with Judge Morgan this morning.

23       This Figure 6.2D is the basis for your collection

24  efficiency estimate?

25  A.   Yes.

OFFICIAL TRANSCRIPT

1  Q.   And as you explained this morning, particularly with

2  respect to Phase IV-A, toward the left, you added up the area

3  of all of those circles; right?

4  A.   Yes.

5  Q.   Am I correct that you determined the area of those circles

6  by measuring the size of them as you had copied them from

7  Carlson's report?

8  A.   Yeah.  Those are digitized.  Essentially, they're traced

9  with AutoCAD.  And as part of that process, you get information

10 on the properties of that feature that has been digitized, so

11 the radius, the area, and so on.

12      So, yes, we have the individual areas of those circles.

13 Q.   But the Carlson report did not specify the areas of those

14 circles in Exhibit 12B; right?

15 A.   They did not spell those out, no.

16 Q.   And your estimate of the amount of gas emitted from

17 Phase IV-A assumes that all of the gas generated outside of

18 those circles escaped through the surface of the landfill;

19 right?

20 A.   It escaped somewhere on that surface, yes.

21 Q.   Well, you modeled it as escaping through the surface of

22 the landfill; right?

23 A.   Well, we calculated the total emissions in terms of

24 megagrams and cubic meters, and then we -- when calculating or

25 defining an estimated flux, we looked at what would be emitted

OFFICIAL TRANSCRIPT

1  from outside of those areas.

2       Maybe I misunderstood your question.

3  Q.  Yeah, my question was a little more mechanical and simple.

4       You were simply assuming that the gas that was generated

5  outside of the circles we see here escaped from the landfill;

6  right?

7  A.  Correct.  They're not under the influence of the gas

8  wells; so therefore, they would be emitted.

9  Q.  Right.  You would agree with me that landfill gas moves

10 horizontally inside of a landfill as it seeks the path of least

11 resistance; right?

12 A.  It can, yes.

13 Q.  And it could move from outside of one of the circles

14 representing these radii of influence into a circle, couldn't

15 it?

16 A.  Not by definition, because the radius of influence would

17 be bigger.

18 Q.  I'm not talking about the definition of a theoretical

19 radius of influence.  I'm talking about what can actually

20 happen inside of a landfill.

21      And you'd agree with me that landfill gas inside a real

22 landfill seeking paths of least resistance can move from

23 outside of a radius of influence into a radius of influence,

24 can't it?

25 A.  It cannot, again, by definition.  If you're inside the

OFFICIAL TRANSCRIPT

1    any way, that plastic -- and it's laid horizontally right

2    outside the capture zone -- could impede vertical flow of that

3    gas and force lateral movement once that plastic is hit.  And

4    some of that gas could travel into the capture zone.

5         Again, that's a hypothetical with a lot of assumptions

6    with respect to that presence of something that would obstruct

7    that flow and the condition of that barrier as an example.

8    Q.   And you chose that hypothetical.

9         But there are many materials in a landfill that could act

10   in that way to redirect the movement of gas; right?

11   A.   Yeah.  But a lot of the material, when it's placed,

12   through the compaction effort, they are ripped and torn.  Yet

13   you could have sheets of metal, for instance, that could act as

14   a barrier.  But these elements tend not to be very extensive in

15   size.

16        But, yes, I mean, hypothetically, there's all sorts of

17   waste that could, you know, redirect normal gas flow.

18   Q.   And there are buried layers of cover; correct?

19   A.   There are layers of cover that have been placed, yes.

20   Q.   You didn't consider that mechanism, that horizontal

21   movement of gas, in estimating your collection efficiency at

22   Phase IV-A, did you?

23   A.   No.  Because, first of all, it's not something that can be

24   easily quantified based on information that's generally

25   available, for this landfill or any other type of landfill.


                         OFFICIAL TRANSCRIPT

1   So, no, we did not look into that.

2       Also, like I said, during placement, these materials are

3   torn and ripped, you know, through the compaction equipment.

4   The compaction equipment that's used are made to blend the

5   waste, to essentially compress it so that it creates the --

6   consumes the least amount of air space in that landfill.

7       And as I'm thinking about this, you know, based on some of

8   the photographs we looked at yesterday on the cover and

9   materials that were placed, the covers, in many cases, would

10  not have provided much of a barrier.  And if the plastics are

11  used as, say, your daily cover, those are removed at the end of

12  the day.  So they don't remain.

13  Q.   You mentioned "compaction" several times.  Compaction will

14  increase the density of waste; correct?

15  A.   Yes.

16  Q.   And as more waste is placed on top of previously disposed

17  waste, that will also burden the waste and increase the density

18  of waste; right?

19  A.   Correct.

20  Q.   You mentioned "cover."  You're aware that Phase IV-A is

21  covered with either daily cover or interim cover; right?

22  A.   Yes.

23  Q.   And I think you mentioned yesterday that daily cover is

24  typically 6 inches of soil; right?

25  A.   Uh-huh.

OFFICIAL TRANSCRIPT

1  Q.   Interim cover at the Jeff Parish Landfill should be at
2  least 1 foot thick; right?
3  A.   That's right.
4  Q.   You didn't consider the effect of cover at all in your
5  estimate of how much gas escapes the landfill, did you?
6  A.   We did not because we considered -- well, first of all, we
7  have measurements of gas concentrations within the landfill
8  media that were used.

9       And second, based on observations and records on the
10 covers in place, we did not think that they would have a
11 significant effect on gas emissions.
12 Q.   So before we get to one of the points you just touched on,
13 I'd like to finish up the discussion of collection efficiency.

14      You've never used this method that we looked at in
15 Figure 6-2D to determine the collection efficiency of a gas
16 system; right?
17 A.   Well, if what you refer to as the "method" is looking at
18 the radius of influence mapping, that, we use all the time for
19 design purposes of gas systems.

20      We look at the layout of these wells and how the capture
21 zones interact with each other to provide the maximum
22 collection of gas.  So it is used as part of that design
23 process.
24 Q.   And that's a design process; correct?
25 A.   Yeah.


                        OFFICIAL TRANSCRIPT

1  Q.   That you just described; right?

2  A.   Right.

3  Q.   So that's a design process for landfills that don't exist

4  yet?

5  A.   That's correct.  Or even for landfills that exist that

6  don't have --

7  Q.   For the installation of a landfill gas system that does

8  not exist yet; right?

9  A.   Correct.

10  Q.   So what I'm talking about is using the method we've just

11  been looking at here to estimate the actual collection

12  efficiency of an operating gas system and to estimate the

13  amount of gas that escapes.  You've never used this method for

14  an operating landfill gas system, have you?

15  A.   We have used this estimate for estimating what amount of

16  gas can be recovered from a gas collection system.

17       So when we're looking, for instance, in projects that

18  involve carbon emission reductions, this was a process that we

19  would apply.  How much landfill gas is being generated, how

20  much do we anticipate to collect.  The difference between those

21  two is what's not collected or emitted.  So it would not be

22  subject to those, for instance, carbon emission reductions.

23  Q.   Again, that point you just made, in that estimate, you're

24  looking at how much a gas system could collect; right?

25  A.   Yes.

OFFICIAL TRANSCRIPT

1   Q.   And you're not looking at surface emissions through the

2   landfills that you just described?

3   A.   Not -- not -- not surface emissions through the covers,

4   right.

5   Q.   You're not aware of any studies that support the method

6   you used here to estimate collection efficiency, are you?

7   A.   Again, what you're referring to as the method is

8   difference between what's generated and what's being collected,

9   being what's emitted?

10       I'm just not following what are you calling the "method."

11  Q.   I'm talking about the collection efficiency method that

12  we've just looked at.

13       You're not aware of any studies that describe this method

14  and support this method, are you?

15  A.   I am not aware of studies.  But, again, this is simple

16  application of mass balance.  If you have a certain amount of a

17  product that is generated and a certain amount that is lost or

18  used for a purpose, whatever is not used is wasted.  And that's

19  the case here.

20       It's the same concept of mass balance.  You're just

21  equating two sides of an equation.  We estimate what's

22  generated.  We estimate what's collected.  If those two numbers

23  do not match, the delta is lost in that process.  And in this

24  case, it's emissions.

25  Q.   You can't define the rate of error of this method of

OFFICIAL TRANSCRIPT

1  estimating collection efficiency, can you?

2  A.    No, because we have no actuals.

3  Q.    You're aware that surface concentrations of hydrogen

4  sulfide were measured many times during your modeling period;

5  right?

6  A.    Yes.

7  Q.    And you supervised a five-day sampling event at the

8  landfill during the week of November 4th, 2019; right?

9  A.    Again, I didn't supervise it, but I did direct that work.

10 Sorry.

11 Q.    Were decisions to collect certain samples or types of

12 samples at the landfill during that site inspection, were those

13 your decisions?

14 A.    I was involved in the decision-making process.  But, yeah,

15 ultimately, it was me making that decision.

16 Q.    During that site inspection, Ramboll did not attempt to

17 determine the actual radius of influence of any single landfill

18 gas well; right?

19 A.    No, because it would have involved intrusive work that we

20 did not perform.

21 Q.    During that site investigation, the defendants took

22 parallel samples and measurements and provided you with that

23 data; right?

24 A.    Yes.

25 Q.    You're aware there were two other sampling events done by

OFFICIAL TRANSCRIPT

1  SCS Engineers summarized in reports dated May 2019 and
2  July 2019; right?
3  A.    Yes.
4  Q.    You had access to that data, didn't you?
5  A.    We did have access.
6  Q.    And you relied on Carlson's August 2018 report which we
7  discussed earlier; right?
8  A.    Yes.
9  Q.    Carlson reported surface H2S concentrations in that
10  report; right?
11  A.    They did.
12  Q.    And the landfill performed quarterly surface emission
13  monitoring during the period you modeled; right?
14  A.    Yes.
15  Q.    You didn't compare your estimate of the emission rate to
16  any of that sampling data, did you?
17  A.    The surface emission data?
18  Q.    All of the data I'm describing:  The Carlson data, the SCS
19  data, your own data.
20  A.    Can you repeat the question, didn't compare what?
21  Q.    You didn't compare your estimated emission rate to the
22  data that was collected at the surface of the landfill, did
23  you?
24  A.    No.  Emission rates were not calculated -- I'm sorry, were
25  not measured.

OFFICIAL TRANSCRIPT

1      What you have is -- on the surface emission monitoring,

2  you have discrete measurements of concentrations in a certain

3  distance from the cover or even in the ambient air.  Those

4  don't represent rates.

5  Q.   I guess what I'm asking is:  You didn't use any of that

6  surface sampling data to corroborate your estimate of emissions

7  from the landfill, did you?

8  A.   No, we did not look at that surface emission data.  Again,

9  one -- we did not look at that surface emission data.

10  Q.   And you did not use the results of that surface sampling

11  data in your modeling; right?

12  A.   No.  The model looked at -- the only data that was

13  incorporated into the model were the hydrogen sulfide

14  concentrations measured in the gas wells.

15  Q.   And that's through the process that you described earlier

16  where you tell the model what percent of H2S it should assume

17  the total generation includes; right?

18  A.   Right.  It tells the proportion of hydrogen sulfide in the

19  total gas that the model will define.

20          **MR. PAUL:** If I could have a moment, Your Honor.  Let

21  me...

22          I'm sorry to say, I have no more questions.  Thank

23  you very much.

24          **THE COURT:** All right.  We're going to take our break

25  right now.


OFFICIAL TRANSCRIPT

1   lunch.  So let's take our break now, and we will come back at

2   1:00 on the dot.

3           Dr. Pietari, please don't discuss your testimony with

4   anyone during the break.

5           **THE WITNESS:** Understood, Your Honor.

6           **DEPUTY CLERK:** All rise.

7               (A lunch recess was taken.)

8       (Whereupon this concludes the morning proceedings.)

9

10

11

12                   **<u>CERTIFICATE</u>**

13

14

15      I, Alexis A. Vice, RPR, CRR, Official Court Reporter for

16   the United States District Court, Eastern District of

17   Louisiana, do hereby certify that the foregoing is a true and

18   correct transcript, to the best of my ability and

19   understanding, from the record of the proceedings in the

20   above-entitled and numbered matter.

21

22                   *<u>/s/Alexis A. Vice, RPR, CRR</u>*
                        Alexis A. Vice, RPR, CRR
23                      Official Court Reporter

24

25


                    OFFICIAL TRANSCRIPT