```
 1   UNITED STATES DISTRICT COURT

 2   EASTERN DISTRICT OF LOUISIANA

 3   CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218,

 4   18-9312

 5   -------------------------------------------X

 6   ELIAS JORGE "GEORGE"
     ICTECH-BENDECK,
 7
                    Plaintiff,
 8              VERSUS
     WASTE CONNECTIONS BAYOU,
 9   INC., ET AL.,
                    Defendants.
10   Related Case:

11   FREDERICK ADDISON, ET AL.,
                   Plaintiffs
12   VERSUS
     LOUISIANA REGIONAL LANDFILL
13   COMPANY, ET AL.,
                    Defendants.
14   -------------------------------------------X

15   V I D E O T A P E D   D E P O S I T I O N, of NESTOR

16   SOLER, the stenographic notes of the proceedings in the

17   above-entitled matter, as taken by and before, TRACY

18   COOK, a Certified Court Reporter, Registered

19   Professional Reporter and Notary Public of the State of

20   New Jersey, held at the HYATT REGENCY, 102 Carnegie

21   Center Drive Princeton, New Jersey 08540 on Monday, June

22   28, 2021, commencing at approximately 9:20 in the

23   morning.

24                        Volume I

25
```



```
 1   A P P E A R A N C E S:

 2


 3   WHITEFORD TAYLOR PRESTION LLP
     Attorneys for the Plaintiff
 4   ADDISON
     1800 M. Street NW, Suite 450N
 5   Washington, DC 20036
     BY:   ERIC C. ROWE, ESQ.
 6


 7   MARTZELL, BICKFORD & CENTOLA
     Attorneys for the Plaintiff
 8   ICTECH-BENDECK
     338 Lafayette Street
 9   New Orleans, Louisiana 70130
     BY:   JASON Z. LANDRY, ESQ.
10
     GEIGER LABORDE & LAPEROUSE
11   Attorneys for the Defendant
     APTIN
12   701 Poydras Street
     New Orleans, Louisiana 70139
13   BY:   MICHAEL DIGIGLIA, ESQ.

14   BEVERIDGE & DIAMOND PC
     Attorneys for the Defendant
15   WASTE WATER CONNECTIONS
     477 Madison Avenue
16   New York, New York 10022
     BY:   JOHN PAUL, ESQ.
17         MICHAEL F. VITRIS, ESQ.
           MEGAN R. BRILLAULT, ESQ. (VIA ZOOM)
18
     LAW OFFICES OF JOHN D. SILEO
19   Attorney for the Plaintiff
     320 N Carrollton Avenue #101
20   New Orleans, Louisiana 70119
     BY:   JOHN D, SILEO, ESQ. (VIA ZOOM)
21
     CONNICK AND CONNICK
22   Attorneys for the PARISH OF JEFFERSON
     3421 N. Causeway Boulevard, Suite 402
23   Metairie, Louisiana 70002
     BY:   MICHAEL S. FUTRELL, ESQ.

24

25
```



```
 1   A P P E A R A N C E S:    (Cont'd)

 2


 3   THE LAW OFFICE OF BRUCE C. BETZER
     Attorney for the Plaintiff
 4   3129 Bore Street
     Metairie, Louisiana 70001
 5   BY:   BRUCE C. BETZER, ESQ. (VIA ZOOM)

 6
     HAMMEL LAW FIRM
 7   3129 Bore Street
     Metairie, Louisiana 70001
 8   BY:   DOUGLAS S. HAMMEL, ESQ. (VIA ZOOM)

 9


10
     ALSO PRESENT:
11   ERIC LENZ, VIDEOGRAPHER
     JOSE SANANES, PE
12   EMILY MAJ, EIT

13

14

15          *           *           *

16

17

18

19

20

21

22

23

24

25
```



```
 1   methods, so and subtract things to find a link of water
 2   being there but when you do for groundwater, in the
 3   groundwater industry.  Yes.  You measure the -- where
 4   the water table is or where the metric table is and then
 5   you know what the confining hopefully, you know, what
 6   the confining layer is and then you know the thickness
 7   of the aquifer.  It's called the thickness of aquifer.
 8   It's thickness of the leachate and the end is the
 9   thickness of the groundwater.  Groundwater is just
10   groundwater, water in the ground.
11        Q.   But leachate is --
12        A.   Water in the ground.
13        Q.   Water in waste?
14        A.   In the waste.
15        Q.   In the landfill, right?
16        A.   Yes, sir.
17        Q.   Other than the method that we've discussed here
18   where you're estimating waste saturation based liquid
19   measurements within gas wells, are you aware of other
20   methods that can be used to estimate or determine waste
21   saturation in a landfill?
22        A.   One that I mention is not to use the normal water
23   level, right.  Know the normal, water level indicator
24   which is a -- a probe that you send.  When it feels
25   water that it saturate it beeps.
```



1     Q.  Is that what you described as a piezometer?
2     A.  No.  That is a water level indicator.  Piezometer
3  is also, actually a well or gas probes that is
4  indicating that is only used for -- for pressure.
5  That's why it's called piezometer.  So it's a well.
6  It's not an instrument.  The instrument that I'm talking
7  about is a -- is something that you carry and you -- you
8  put it inside the well and to measure the water level,
9  when it beeps.  But what I'm saying is, if there is any
10 other method yes, pressure transducers which you put at
11 the bottom and it tells you the amount of liquid that is
12 on top of it.  And when you calculate the density of the
13 liquid that you have, you get the thickness.
14    Q.  Right.  Are you aware of any transducers like
15 these at the Jefferson Parish landfill?
16    A.  I did not see in it.  Which is -- which is --
17 which could have been better because many times the
18 leachate is also bubbling because of the gas.  You've
19 seen that.  So it's not actually, you know, the density
20 or the leachate may be lower because of that.
21    Q.  You mean like a foam on top of the liquid in the
22 well?
23    A.  Foam in the bubbling.
24    Q.  All right.
25    A.  What made the landfill and bubble fail



1  structurally were one million cubic meters of waste fell
2  down and slid into -- in the mountain and went through a
3  river and created one of the most critical emergencies
4  in environmental --
5     Q.  This is the Bogota landfill that you were
6  describing?  And that is because of leachate flooding
7  within the landfill and that is leachate depth, I
8  suppose am I correct in assuming the leachate depth
9  intercepted the side of the landfill and it destabilized
10 that slope?
11    A.  Yeah, I mean.  No.  It wasn't only leachate.  It
12 was -- there were pockets of gas because they did not
13 install suffice gas wells.  Pocket of gas that couldn't
14 leave and the microbes keep eating.  They don't care
15 about pressure or temperature, um.
16    Q.  And they create an internal pressure?
17    A.  Internal pressure that has to leave somewhere.
18 And then if it finds leachate, if it creates a foam, and
19 that is a very atypical case.  That is not the case of
20 the Jefferson Parish landfill.  It's extremely atypical.
21 You open one of these gas wells when before the accident
22 and it's just foaming.
23    Q.  I see. And that is why you mentioned -- so what
24 brought the Bogota landfill to mind in the first place?
25 You were talking transducers and then you mentioned foam



1  and Bogota landfill.  Were you saying something else
2  about transducers there or did that just remind you --
3      A.  Yeah.  Transducers and the density of the
4  leachate that if you wanted to be more accurate, that
5  would be a better method to calculate the saturation of
6  the landfill.
7      Q.  Okay.
8      A.  Because if the gas -- if the gas is not able to
9  leave and create foaming and you sent one of these
10 liquid level indicators, it would be immediately -- it
11 doesn't mean that, you know, everything is saturated.
12 It means that it's the gas is forcing the liquid to go
13 up.  Go up by foaming.
14     Q.  Right.
15     A.  Not by lifting the, you know, that's why part of
16 the evaluation that we perform for the Parish landfill
17 is what's the pressure.  What is the pressure that a gas
18 will have if they close the valve.  I have a gas.
19     Q.  I'm sorry.  Did you do that for Jefferson Parish
20 landfill?
21     A.  I didn't do that but, um, I checked the -- the
22 field reports.  Sometimes they have to close the valve
23 of the gas well and they measure the pressure that means
24 the pressure that gas has without any -- any human
25 intervention.



1  possible to -- to -- to some template foam, you know.
2      Q.  Right.
3      A.  So I'm -- I'm mostly leaning towards that we did
4  not use a foam because if I had -- if somebody had taken
5  notice it's 30 feet, we could have discussed it because
6  it had a foam label there.
7      Q.  Because of depth to foam is not an accurate
8  measurement of depth to liquid?
9      A.  It's not an accurate measurement.  I would have
10 discovered that as an outlier.  And in fact we
11 transferred all these tables to numbers, you know, to
12 axial tables.  Would indicate that foam wasn't a number
13 so --
14     Q.  Right.
15     A.  So we needed to make a decision of the --
16 deleting that foam and putting 30 -- and putting 25.  We
17 did not do that?
18     Q.  Okay.  Getting back to other methods of measuring
19 leachate depth, and you mentioned that transducers would
20 be a more accurate way to measure leachate depth from
21 the bottom liner than liquid measurements in the gas
22 wells?
23             MR. ROWE:  Object to form.
24     Q.  Is that correct?
25     A.  It would have been more accurate.



1   Q.  Okay.  Are you aware that there were transducers
2   or that there are transducers at the Jefferson Paris
3   landfill?
4   A.  I'm not aware but I'm happy to hear that.
5   Q.  Okay.  And so for many of the Parish's daily
6   activity logs, the parish recorded daily levels of
7   leachate at the transducer locations and there are a lot
8   of those records, but I'll show you a few of them and we
9   can take a look at how they recorded these.  The way
10  that I've tried to organize it, you know, out of a lot
11  of data, I tried to organize these so we could look at a
12  few pieces together.  So I would like to look at a
13  couple of different documents to sort of orientate
14  ourselves.  And the three locations that we'll be
15  looking at at locations of cells within phase 4A.  The
16  locations of gas wells, within those cells and then the
17  locations of sumps within the cells.  Unfortunately, I
18  don't know of a single document that shows all three so
19  we're going to look at a few different documents and so
20  if we can look at -- we'll look at figure 6-1D from your
21  report.  So that's -- that's the PDF page 75.  It may
22  take a while for it to come into focus.  Can you see
23  that well?
24  A.  It's just coming.
25  Q.  Okay.  Perfect.  And so the way this is, sitting



```
1                    C E R T I F I C A T E
2

3    STATE OF NEW JERSEY    )
                            :  SS.:
4    COUNTY OF MIDDLESEX    )

5

6         I, TRACY COOK, a Certified Court Reporter and

7    Notary Public for and within the State of New Jersey, do

8    hereby certify:

9         That the witness whose examination is

10   hereinbefore set forth was duly sworn and that such

11   examination is a true record of the testimony given by

12   that witness.

13        I further certify that I am not related to any of

14   the parties to this action by blood or by marriage and

15   that I am in no way interested in the outcome of this

16   matter.

17        IN WITNESS WHEREOF, I have hereunto set my hand

18   this 8th day of July, 2021.
```



```
19   _____
20              TRACY COOK, CSR, RPR, CCR
21
22
23
24
25
```