UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    **Plaintiffs**<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    **Defendants**<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### DEFENDANTS' *EX PARTE* MOTION FOR LEAVE FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' UNTIMELY MOTIONS

### ** EXPEDITED CONSIDERATION REQUESTED**

Defendants Aptim Corp., Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Defendants") respectfully request that they be allowed a full seven days to respond to Plaintiffs' motions which were due for filing on June 6, 2024, with the seven-day delay starting from the time that Defendants receive(d) complete, unredacted copies of Plaintiffs' motions and all attachments thereto. Defendants further request that the Court consider this motion on an **expedited basis,** considering that Defendants' oppositions are presently due on this upcoming Thursday, June 13, 2024. Defendants e-mailed Plaintiffs on the morning of Friday, June 7 in an attempt to resolve this issue – and to date, Plaintiffs have failed to respond, making this motion necessary.

Specifically, Defendants request clarification of the deadline for filing oppositions to the following motions:

- Motion to Exclude Expert Testimony of Michael Corn (ECF Doc. #545) ("Corn Motion"). Plaintiffs did not file, and Defendants did not receive, a supporting memorandum until June 7, 2024. Therefore, Defendants request that they be allowed until June 14, 2024 to file a response to the Corn Motion.

- Motion To Exclude Evidence Regarding Dr. Spodak's Resolved Medical Condition (ECF Doc. #557) ("Spodak Motion"). Plaintiffs filed a heavily redacted supporting memorandum and have not yet provided Defendants with an unredacted version. Therefore, Defendants request that they be allowed seven days from the time that Defendants receive an unredacted copy of the Spodak Motion and all attachments thereto to file a response to the Spodak Motion.

The Case Management Order required Plaintiff to file the Corn and Spodak Motions on June 6, 2024, and provides that Defendants must file any oppositions by June 13, 2024.[1]

The Corn Motion was filed on June 6, but Plaintiffs failed to attach the supporting memorandum, instead attaching an unrelated brief (presumably by mistake). Plaintiffs provided their memorandum supporting the Corn Motion on June 7.

The Spodak Motion was filed on June 6, but the supporting memorandum was heavily redacted, to the point where Defendants are unable to sufficiently determine what evidence Plaintiffs are seeking to exclude or the reasons why exclusion is allegedly warranted. Plaintiffs did not provide Defendants with an unredacted copy of the redacted memorandum, as required by Local Rule 5.6(E).

On the morning of June 7, Defendants wrote to Plaintiffs:

> Defendants kindly request that Plaintiffs provide unredacted copies of all pleadings that Plaintiffs filed with redactions yesterday, as

---

[1] ECF Doc. #498.

> well as any documents that were filed under seal, so that we may properly respond.
>
> Also – Defendants intend to seek leave to clarify that Defendants will be allowed a full 7 days to respond to all of Plaintiffs' papers that were not timely received (e.g., the Corn memorandum, the unredacted briefs). We intend to ask that we be allowed 7 days from receipt of the complete, unredacted set of pleadings within which to respond. Please confirm that Plaintiffs do not oppose such a request.

As of this filing, Plaintiffs have not responded, making this motion necessary.

Seven days is already an extraordinarily short amount of time for Defendants to respond to the 16 motions and/or briefs that Plaintiffs filed on June 6. Defendants would be substantially prejudiced if not allowed a full seven days from the time of receipt of the complete and unredacted copies of Plaintiffs' filings within which to file a response.

Defendants assert that the extension requested herein will not cause any undue delay and does not involve any bad faith or dilatory motive. Finally, no undue prejudice will result to Plaintiffs should this Court grant Defendants the extension requested herein.

## CONCLUSION

For the above reasons, Defendants pray that the Court grant this motion and allow Defendants seven days from the time of receipt of the complete and unredacted copies of all of Plaintiffs' June 6 filings and all attachments thereto within which to file a response to such pleadings.

Respectfully submitted,

LISKOW & LEWIS, APLC

By: /s/ Michael C. Mims
   Michael Cash (#31655)

        Cherrell Simms Taplin (#28227)
        Michael C. Mims (#33991)
        Brady M. Hadden (#37708)
        J. Hunter Curtis (#39150)
        Alec Andrade (#38659)
        701 Poydras Street, Suite 5000
        New Orleans, LA 70139
        Telephone: (504) 581-7979
        Telefax: (504) 556-4108

        BEVERIDGE & DIAMOND, P.C.

        Megan R. Brillault (*pro hac vice*)
        Michael G. Murphy (*pro hac vice*)
        John H. Paul (*pro hac vice*)
        Katelyn E. Ciolino (*pro hac vice*)
        Katrina M. Krebs (*pro hac vice*)
        825 Third Avenue, 16th Floor
        New York, NY 10022
        (212) 702-5400

        James B. Slaughter (*pro hac vice*)
        1900 N Street, NW, Suite 100
        Washington, DC 20036
        (202) 789-6000

        Michael F. Vitris (*pro hac vice*)
        400 W. 15th Street, Suite 1410
        Austin, TX 78701
        (512) 391-8035

        *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*


        CONNICK AND CONNICK, LLC

By:   /s/ Michael S. Futrell
        William P. Connick, La. Bar No. 14158
        Michael S. Futrell, La. Bar No. 20819
        Matthew D. Moghis, La. Bar No. 33994
        Anya M. Jones, La. Bar No. 36923
        3421 N. Causeway Blvd., Suite 408
        Metairie, Louisiana 70002

-5-

        Telephone: (504) 681-6658
        Facsimile: (504) 838-9903
        E-mail: moghis@connicklaw.com

*Counsel for Defendant Jefferson Parish*


GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   /s/ J. Michael DiGiglia
      Ernest P. Gieger, Jr. (6154)
      John E. W. Baay (22928)
      J. Michael DiGiglia (24378)
      Nicholas S. Bergeron (37585)
      Blaise Chadwick Hill (*pro hac vice*)
      Gieger, Laborde & Laperouse, L.L.C.
      Hancock Whitney Center
      701 Poydras Street, Suite 4800
      New Orleans, Louisiana 70139
      Telephone: (504) 561-0400
      Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*


## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically filed on June 10, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Michael C. Mims
          Michael C. Mims