UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

# ORDER

Considering the foregoing Defendants' Ex Parte Motion For Leave For Extension Of Time To Respond To Plaintiffs' Untimely Motions by Defendants Aptim Corp., Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.,

**IT IS ORDERED** that the motion is **GRANTED;** Defendants are hereby granted a deadline of seven days from the time of receipt of the complete and unredacted copies of all of Plaintiffs' June 6, 2024 filings and all attachments thereto within which to file a response to such pleadings.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
    **THE HONORABLE SUSIE MORGAN**
    **UNITED STATES DISTRICT JUDGE**