UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>　　Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>　　Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

**DEFENDANTS' *EX PARTE* MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 5.6(D)(2)**

　　　Defendants Aptim Corp., Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Defendants") respectfully submit this motion pursuant to Local Rule 5.6(D)(2) and request that, pursuant to Plaintiffs' insistence, the Court consider whether the following documents should be filed under seal:

- The following exhibits to Defendants' Motion For Partial Summary Judgment To Dismiss Certain Claims For Lack Of Evidence Of General Causation (ECF Doc. #561):

    - Exhibit 1, Original Report of Robert DeLorenzo, M.D.[1]

    - Exhibit 2, Rebuttal Report of Robert DeLorenzo, M.D.[2]

- The following exhibits to Defendants' Motion In Limine To Limit The Testimony Of Plaintiffs' Expert, Robert Delorenzo, M.D. (ECF Doc. #562):

---

[1] Attached hereto as Exhibit A.
[2] Attached hereto as Exhibit B.

- - o   Exhibit 3, Excerpts of Original Report of Michael Spodak, M.D.[3]
- - o   Exhibit 4, Excerpts of Original Report of Robert DeLorenzo, M.D.[4]

(collectively, "DeLorenzo and Spodak Reports").

Plaintiffs marked the DeLorenzo and Spodak Reports as "Confidential – Outside Counsel Only" under the Agreed Protective Order (ECF Doc. #79). Before such documents may be filed into the record, the Protective Order requires the parties to meet and confer to discuss possibilities for filing the documents into the record (e.g., by redacting sensitive information) "in lieu of filing materials under seal."

On June 6, 2024, Defendants wrote to Plaintiffs regarding the DeLorenzo and Spodak Reports and suggested, "Rather than filing the documents under seal, which courts generally disfavor unless absolutely necessary, we propose to file the documents unsealed but with the names of the Plaintiffs redacted except for their initials. Please let us know if that is agreeable. We are also happy to make ourselves available to discuss."[5] Plaintiffs responded: "We prefer that they be filed under seal."[6]

On June 7, 2024, after the Court rejected Plaintiffs' own motion to seal for failure to comply with Local Rule 5.6, Defendants again wrote to Plaintiffs suggesting a meet and confer:

> Eric – I think a call would be helpful on this issue. As you have seen from the Court's deficiency notice regarding Plaintiffs' motion to seal, the EDLA has very strict rules for filing under seal. Local Rule 5.6 is brand new and has been a recent point of emphasis. Specifically for Defendants' motions, if we file a motion to seal the Spodak/DeLorenzo reports under seal, because Plaintiffs are the ones designating them confidential, Rule 5.6(D)(2) imposes a requirement for Plaintiffs to file a brief justifying the sealing.

---

[3] Attached hereto as Exhibit C.
[4] Attached hereto as Exhibit D.
[5] *See* correspondence between Plaintiffs and Defendants, attached hereto as Exhibit E.
[6] Exhibit E.

> Given our deadlines and all of the other paper that we are already piling onto the Court, I can't help but wonder if there is a better way, such as some form of redaction.
>
> Please let me know if you're available for a call today.[7]

To date, Plaintiffs have not responded to Defendants' June 7 e-mail. Thus, in order to ensure that the Court receives all relevant exhibits to Defendants' motions in limine, Defendants are left with no choice but to file this Motion to Seal.

WHEREFORE, Defendants respectfully request that the Court consider whether the DeLorenzo and Spodak Reports should be filed under seal.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:    /s/ Michael C. Mims
       Michael Cash (#31655)
       Cherrell Simms Taplin (#28227)
       Michael C. Mims (#33991)
       Brady M. Hadden (#37708)
       J. Hunter Curtis (#39150)
       Alec Andrade (#38659)
       701 Poydras Street, Suite 5000
       New Orleans, LA 70139
       Telephone: (504) 581-7979
       Telefax: (504) 556-4108


BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022

---

[7] Exhibit E.

        (212) 702-5400

        James B. Slaughter (*pro hac vice*)
        1900 N Street, NW, Suite 100
        Washington, DC 20036
        (202) 789-6000

        Michael F. Vitris (*pro hac vice*)
        400 W. 15th Street, Suite 1410
        Austin, TX 78701
        (512) 391-8035

        *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

CONNICK AND CONNICK, LLC

By:   /s/ Michael S. Futrell
        William P. Connick, La. Bar No. 14158
        Michael S. Futrell, La. Bar No. 20819
        Matthew D. Moghis, La. Bar No. 33994
        Anya M. Jones, La. Bar No. 36923
        3421 N. Causeway Blvd., Suite 408
        Metairie, Louisiana 70002
        Telephone: (504) 681-6658
        Facsimile: (504) 838-9903
        E-mail: moghis@connicklaw.com

        *Counsel for Defendant Jefferson Parish*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   /s/ J. Michael DiGiglia
        Ernest P. Gieger, Jr. (6154)
        John E. W. Baay (22928)
        J. Michael DiGiglia (24378)
        Nicholas S. Bergeron (37585)
        Blaise Chadwick Hill (*pro hac vice*)
        Gieger, Laborde & Laperouse, L.L.C.
        Hancock Whitney Center
        701 Poydras Street, Suite 4800
        New Orleans, Louisiana 70139
        Telephone: (504) 561-0400

-5-

Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on June 10, 2024, and that I transmitted a copy to all counsel of record via electronic mail on that same day.

/s/ Michael C. Mims  
Michael C. Mims
