UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>  Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>  Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## ORDER

Considering the foregoing Defendants' Ex Parte Motion To Consider Whether Another Party's Material Should Be Sealed Pursuant To Local Rule 5.6(D)(2) by Defendants Aptim Corp., Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.,

**IT IS ORDERED** that the motion is **GRANTED;** the Clerk is directed to file the following documents under seal:

- The following exhibits to Defendants' Motion For Partial Summary Judgment To Dismiss Certain Claims For Lack Of Evidence Of General Causation (ECF Doc. #561):

    - Exhibit 1, Original Report of Robert DeLorenzo, M.D.[1]

    - Exhibit 2, Rebuttal Report of Robert DeLorenzo, M.D.[2]

---

[1] Attached as Exhibit A to Motion to Seal.
[2] Attached as Exhibit B to Motion to Seal.

-2-

- The following exhibits to Defendants' Motion In Limine To Limit The Testimony Of Plaintiffs' Expert, Robert Delorenzo, M.D. (ECF Doc. #562):
    - Exhibit 3, Excerpts of Original Report of Michael Spodak, M.D.[3]
    - Exhibit 4, Excerpts of Original Report of Robert DeLorenzo, M.D.[4]

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**THE HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

---

[3] Attached as Exhibit C to Motion to Seal.
[4] Attached as Exhibit D to Motion to Seal.