# Michael Mims

| | |
|---|---|
| **From:** | Michael Mims |
| **Sent:** | Friday, June 7, 2024 10:34 AM |
| **To:** | Rowe, Eric; Eliza James; Foster, C. Allen |
| **Cc:** | kciolino@bdlaw.com; Megan Brillault (mbrillault@bdlaw.com); John Paul (jpaul@bdlaw.com); kkrebs@bdlaw.com |
| **Subject:** | RE: [External Email] JPLF -- under seal filings |

Eric – I think a call would be helpful on this issue. As you have seen from the Court's deficiency notice regarding Plaintiffs' motion to seal, the EDLA has very strict rules for filing under seal. Local Rule 5.6 is brand new and has been a recent point of emphasis. Specifically for Defendants' motions, if we file a motion to seal the Spodak/DeLorenzo reports under seal, because Plaintiffs are the ones designating them confidential, Rule 5.6(D)(2) imposes a requirement for Plaintiffs to file a brief justifying the sealing.

Given our deadlines and all of the other paper that we are already piling onto the Court, I can't help but wonder if there is a better way, such as some form of redaction.

Please let me know if you're available for a call today. Thank you,

**Michael C. Mims**
Shareholder



P: 504.556.4143
mmims@liskow.com



Hancock Whitney Center | 701 Poydras Street | Suite 5000
New Orleans, Louisiana 70139

**liskow.com**

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

**From:** Rowe, Eric <ERowe@wtplaw.com>
**Sent:** Thursday, June 6, 2024 9:38 PM
**To:** Michael Mims <mmims@liskow.com>; Eliza James <eliza@fcjlaw.com>; Foster, C. Allen <CAFoster@whitefordlaw.com>
**Cc:** Megan Brillault (mbrillault@bdlaw.com) <mbrillault@bdlaw.com>; John Paul (jpaul@bdlaw.com) <jpaul@bdlaw.com>
**Subject:** RE: [External Email] JPLF -- under seal filings

**[EXTERNAL EMAIL]**

We prefer that they be filed under seal.

Thanks.

Eric



Eric C. Rowe | Senior Counsel
1800 M Street, NW, Suite 450N | Washington, DC | 20036
t: 202.659.6787 | f: 202.689.3164
erowe@whitefordlaw.com | www.whitefordlaw.com

Legal Assistant: Jeanne Steer
t: 202.689.3152 | jsteer@whitefordlaw.com

*Note our new URL whitefordlaw.com!*
*Future emails will come from @whitefordlaw.com*

A proud member of two global law firm networks.

 

**From:** Michael Mims <mmims@liskow.com>
**Sent:** Thursday, June 6, 2024 10:36 PM
**To:** Rowe, Eric <ERowe@wtplaw.com>; Eliza James <eliza@fcjlaw.com>; Foster, C. Allen <CAFoster@whitefordlaw.com>
**Cc:** Megan Brillault (mbrillault@bdlaw.com) <mbrillault@bdlaw.com>; John Paul (jpaul@bdlaw.com) <jpaul@bdlaw.com>
**Subject:** JPLF -- under seal filings

Allen, Eliza, Eric – as you know, the reports of Drs. Spodak and DeLorenzo have been marked as "Confidential – Outside Counsel Only" by Plaintiffs. We propose to attach these reports to various motions to soon be filed with the Court, but the Protective Order does not allow us to do so until after we have conferred with you. Rather than filing the documents under seal, which courts generally disfavor unless absolutely necessary, we propose to file the documents unsealed but with the names of the Plaintiffs redacted except for their initials. Please let us know if that is agreeable. We are also happy to make ourselves available to discuss.
Thank you,

**Michael C. Mims**
Shareholder

 [liskow.com]

P: 504.556.4143
mmims@liskow.com

  [liskow.com]   [liskow.com]   [linkedin.com]

Hancock Whitney Center | 701 Poydras Street | Suite 5000
New Orleans, Louisiana 70139
**liskow.com [liskow.com]**
**[liskow.com]**

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.