UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK E. ADDISON, SR., ET AL.,**<br>    Plaintiffs | **CIVIL DOCKET** |
| **VERSUS** | **NO. 19-11133**<br>      **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Applies to: Both Cases*

## ORDER

Considering the foregoing Defendant's Ex Parte Motion for Leave for Extension of Time to Respond to Plaintiffs' Untimely Motions by Defendants Aptim Corp., Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.;[1]

**IT IS ORDERED** that the motion is **GRANTED**. Plaintiffs must provide Defendants with complete and unredacted copies of all of Plaintiffs' June 6, 2024 filings and all attachments thereto by 5:00 p.m. today. Defendants are granted an extension of time to respond to these pleadings **until June 17, 2024**.

**New Orleans, Louisiana, this 10th day of June, 2024.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**SUSIE MORGAN**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 567.