```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

*************************************************************
ELIAS JORGE "GEORGE" ICTECH-BENDECK

                         Civil Action No. 18-7889
                         c/w 18-8071, 18-9212
VS.                      Section "E"(5)
                         New Orleans, Louisiana
                         January 31, 2022

WASTE CONNECTIONS BAYOU, INC., ET AL.
*************************************************************


Related Case:
*************************************************************
FREDERICK ADDISON, ET AL.

                         Civil Action No. 19-11133
                         c/w 19-14512
VS.                      Section "E"(5)


LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.

Applies to all cases
*************************************************************




                      TRANSCRIPT OF TRIAL
               GENERAL CAUSATION/DAUBERT HEARING
            HEARD BEFORE THE HONORABLE SUSIE MORGAN
                  UNITED STATES DISTRICT JUDGE
                    DAY 1 AFTERNOON SESSION
```

OFFICIAL TRANSCRIPT

APPEARANCES:

FOR THE ICTECH-BENDECK PLAINTIFFS:

        Bruce Betzer
        Law Office of Bruce C. Betzer
        3129 Bore Street
        Metairie, LA 70001

        Douglas S. Hammel
        Hammel Law Firm, LLC
        3129 Bore Street
        Metairie, LA 70001

        Jason Zachary Landry
        Martzell & Bickford
        338 Lafayette Street
        New Orleans, LA 70130

        Kacie F. Gray
        Irpino, Avin & Hawkins
        2216 Magazine Street
        New Orleans, LA 70130


FOR THE ADDISON PLAINTIFFS:

        Eric Charles Rowe
        Erik Bolog
        Whiteford Taylor & Preston, LLP
        1800 M Street NW
        Suite 450N
        Washington, DC 20036

        S. Eliza James
        Forrest, Cressy, & James, LLC
        1222 Annunciation Street
        New Orleans, LA 70130

        Masten Childers, III
        Whiteford, Taylor & Preston LLP
        161 N. Eagle Creek Drive
        Suite 210
        Lexington, KY 40509

```
FOR THE WASTE CONNECTIONS DEFENDANTS:

                                John H. Paul
                                Beveridge & Diamond
                                477 Madison Avenue
                                15th Floor
                                New York, NY 10022

                                Michael Vitris
                                Beveridge & Diamond
                                400 W. 15th Street
                                Suite 1410
                                Austin, TX 78701


FOR APTIM CORP:                 John E.W. Baay
                                Nicholas S. Bergeron
                                Gieger Laborde & Laperous
                                701 Poydras Street
                                Suite 4800
                                New Orleans, LA 70139


FOR JEFFERSON PARISH:           Michael S. Futrell
                                Michael D. Moghis
                                Connick and Connick
                                3421 N. Causeway Boulevard
                                Suite 408
                                Metairie, LA 70002

ALSO PRESENT:                   John Perkey
                                Billy Gibbens



Official Court Reporter:        Nichelle N. Wheeler, RMR, CRR
                                500 Poydras Street, B-275
                                New Orleans, Louisiana 70130
                                (504) 589-7775

    Proceedings recorded by mechanical stenography,
transcript produced via computer.
```

```
02:22:02PM   1    Q.  So there are no records or documents that you can go
02:22:07PM   2  look at to determine the amount of landfill gas that was
02:22:10PM   3  generated from the landfill; is that right?
02:22:13PM   4    A.  That was actually generated?
02:22:14PM   5    Q.  That was actually generated from the landfill.
02:22:16PM   6    A.  No, there's no such record.
02:22:18PM   7    Q.  Because there's no way to measure that, right?
02:22:20PM   8    A.  There's no way of measuring that.
02:22:22PM   9    Q.  But you can estimate it; is that true?
02:22:24PM  10    A.  That's right.
02:22:26PM  11    Q.  So how do you go about making an estimate of what
02:22:30PM  12  those emissions from the landfill would be?
02:22:31PM  13    A.  Essentially, it's a mass balance.  We look at what's
02:22:35PM  14  generated and subtract from it what's collected by systems
02:22:42PM  15  that may be in place or otherwise attenuated.
02:22:46PM  16    Q.  Now, you used the term "mass balance"; what do you
02:22:50PM  17  mean by that?
02:22:51PM  18    A.  Mass balance in simple terms is looking at the amount
02:22:58PM  19  that you start with.  In one side of the equation, on the
02:23:03PM  20  other side of the equation, you have the parts in which that
02:23:05PM  21  total could be subdivided and you need to make sure that
02:23:08PM  22  those two sides of the equation are equal, balance out.
02:23:11PM  23    Q.  Okay.  Now -- so in general terms, you first
02:23:16PM  24  determine how much is generated?
02:23:19PM  25    A.  That's the first step.
```

```
02:23:20PM   1      Q.   Okay.  And then some of it is going to be collected
02:23:24PM   2   by the landfill gas collection systems; is that right?
02:23:27PM   3      A.   That's right.
02:23:28PM   4      Q.   If there is one.
02:23:29PM   5      A.   If there is one in place, it will collect gas.
02:23:31PM   6      Q.   Okay.  And is any just absorbed by the landfill?
02:23:34PM   7      A.   There could be some attenuation in some conditions.
02:23:39PM   8      Q.   Okay.  And the rest is just emitted; is that right?
02:23:42PM   9      A.   Correct.
02:23:43PM  10      Q.   Okay.  And are those called fugitive emissions?
02:23:47PM  11      A.   Yes.
02:23:47PM  12      Q.   So that's the basic formula that you used in
02:23:51PM  13   determining the amount of landfill gases emitted from a
02:23:53PM  14   landfill; is that right?
02:23:54PM  15      A.   Correct.
02:23:54PM  16      Q.   Okay.  Now, is it true to say that what is not
02:23:58PM  17   collected is necessarily emitted?
02:24:02PM  18      A.   What is not collected -- yes, generally, that's --
02:24:06PM  19      Q.   You take afterward necessarily but, you know, what is
02:24:08PM  20   not collected ends up being emitted?
02:24:11PM  21      A.   What is not collected is going to be emitted.
02:24:14PM  22      Q.   Why is that?
02:24:14PM  23      A.   Because the landfill gases generated -- gas is under
02:24:18PM  24   constant production.  The degradation of the waste will
02:24:23PM  25   continue over time.  As that gas is generated, it needs to
```

| | | |
|---|---|---|
| 03:16:06PM | 1 | collection systems in the media place. |
| 03:16:10PM | 2 | Q. In the analysis that you took in regards to the |
| 03:16:13PM | 3 | Jefferson Parish Landfill you were measuring both the |
| 03:16:16PM | 4 | generation and the collection of gas; is that right? |
| 03:16:17PM | 5 | A. That's right. |
| 03:16:18PM | 6 | Q. Now does the presence of water affect both of those? |
| 03:16:21PM | 7 | A. It does. |
| 03:16:22PM | 8 | Q. Okay. And I think you said that it affects the rate |
| 03:16:25PM | 9 | at which waste decays; is that right? |
| 03:16:28PM | 10 | A. That is correct. |
| 03:16:29PM | 11 | Q. So is that how it affects the generation of gases? |
| 03:16:32PM | 12 | A. Right. It accelerates that process. |
| 03:16:34PM | 13 | Q. Okay. And how does it -- how does it affect the |
| 03:16:37PM | 14 | collection of gases? |
| 03:16:39PM | 15 | A. Well, the -- we're looking at this detail that you |
| 03:16:43PM | 16 | have on the screen. The -- right now that well is intended |
| 03:16:46PM | 17 | to be collecting gas within the waste media within that |
| 03:16:51PM | 18 | entire zone that is shown. If leachate levels begin to rise |
| 03:16:58PM | 19 | those perforations and that gravel begin to fill with water |
| 03:17:03PM | 20 | and water -- I'm sorry, gas cannot flow through gas. So that |
| 03:17:08PM | 21 | extraction -- you're essentially compromising the ability of |
| 03:17:12PM | 22 | the well to collect gas, limiting its ability. |
| 03:17:17PM | 23 | Q. Okay. What is a bioreactor landfill? |
| 03:17:20PM | 24 | A. A bioreactor landfill is a landfill where liquid is |
| 03:17:27PM | 25 | introduced on purpose to enhance the degradation |

```
03:17:36PM   1   biodegradation processes.
03:17:38PM   2       Q.  Okay.  So they're intentionally keeping the -- the --
03:17:41PM   3   the waste wait -- wet in order to make it decay faster?
03:17:43PM   4       A.  That is correct.
03:17:44PM   5       Q.  Was the Jefferson Parish Landfill a bioreactor
03:17:47PM   6   landfill?
03:17:48PM   7       A.  No.
03:17:48PM   8       Q.  Okay.  Do landfills, therefore, need systems to
03:17:53PM   9   control leachate?
03:17:54PM  10       A.  Yes, you want to make sure that, that leachate does
03:17:58PM  11   not build up.  Leachate collection systems are required for
03:18:02PM  12   that.
03:18:02PM  13       Q.  Okay.  And are there -- are there specific
03:18:04PM  14   regulations that require a particular level of leachate to be
03:18:08PM  15   maintained in a landfill --
03:18:10PM  16       A.  Yeah, federal regulations require that one foot of
03:18:12PM  17   leachate -- no more than a foot of leachate 30 centimeters be
03:18:17PM  18   maintained over the liner.  The Louisiana administrative code
03:18:24PM  19   requires that that foot be at the lowest point of the liner
03:18:28PM  20   system.
03:18:29PM  21       Q.  Okay.  So both federal and state regulations that
03:18:33PM  22   deal with that; is that right?
03:18:35PM  23       A.  That's correct.
03:18:41PM  24           THE COURT:  In other words there can only -- there
03:18:42PM  25   can be one foot of water above the liner?
```

```
 1              (WHEREUPON, the proceedings were adjourned.)
 2                              * * * *
 3                       REPORTER'S CERTIFICATE
 4         I, Nichelle N. Wheeler, RMR, CRR, Official Court
   Reporter, United States District Court, Eastern District of
 5 Louisiana, do hereby certify that the foregoing is a true and
   correct transcript, to the best of my ability and
 6 understanding, from the record of the proceedings in the
   above-entitled and numbered matter.
 7
 8                            /s/ Nichelle N. Wheeler
                              Official Court Reporter
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```