1                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
2

3    ELIAS JORGE "GEORGE"               CIVIL ACTION
     ICTECH-BENDECK,
4              Plaintiff               NO. 18-7889
     versus                            c.w 18-8071,
5                                      18-8218, 18-9312
     PROGRESSIVE WASTE SOLUTIONS
6    OF LA, INC., ET AL.,
               Defendants
7                                      SECTION: "E" (5)
     Related Case:
8
     FREDERICK ADDISON, ET AL.,        CIVIL ACTION
9              Plaintiff

10   versus                            NO. 19-11133 c/w 19-14512

11   LOUISIANA REGIONAL LANDFILL
     COMPANY (LRLC), ET AL.,           SECTION: "E" (5)
12             Defendants

13   ~~~~~~~~~~~~~~~~~~~~~~~~~

14

15

16                  VIDEO-RECORDED DEPOSITION
                              OF
17                        KRIS CARLSON

18
                        January 17, 2024
19                         9:33 a.m.

20

21            Bishop Dulaney Joyner & Abner, P.A.
                 4521 Sharon Road, Suite 250
22             Charlotte, North Carolina 28211

23

24       Christy Johnson, Notary Public No. 201903900055

25



```
 1                 APPEARANCE OF COUNSEL

 2    On Behalf of the Plaintiff:
          Eric C. Rowe, Esquire
 3        Harry Johnson, Esquire
          WHITEFORD TAYLOR & PRESTON, LLP
 4        1800 M Street NW, Suite 450N
          Washington, DC 20036
 5        erowe@wtplaw.com

 6        Bruce Betzer, Esquire (Via Videoconference)
          THE LAW OFFICE OF BRUCE BETZER
 7        3129 Bore Street
          Metairie, LA  70001
 8        bruce@brucebetzer.com

 9        Douglas Hammel, Esquire (Via Videoconference)
          HAMMEL LAW FIRM, LLC
10        3129 Bore Street
          Metairie, LA  70001
11        douglashammel@gmail.com

12        Michael S. Futrell, Esquire (Via Videoconference)
          Matthew Moghis, Esquire (Via Videoconference)
13        CONNICK AND CONNICK, LLC
          3421 N. Causeway Blvd., Suite 408
14        Metaireie, LA  70002
          mfutrell@connicklaw.com
15
          John E.W. Baay, II, Esquire (Via Videoconference)
16        GIEGER LABORDE & LAPERHOUSE, LLC
          701 Poydras Street, Suite 4800
17        New Orleans, LA  70139
          jbaay@glllaw.com
18
          Jason Z. Landry, Esquire (Via Videoconference)
19        MARTZELL BICKFORD & CENTOLA
          338 Lafayette Street
20        New Orleans, LA  70130
          jzl@mbfirm.com
21
      On Behalf of the Defendants:
22
          John H. Paul, Esquire
23        Megan Brillault, Esquire (Via Videoconference)
          BEVERIDGE & DIAMOND, PC
24        1350 I Street NW, Suite 700
          Washington, DC  20005
25        jpaul@bdlaw.com
```



```
 1        Eliza James, Esquire (Via Videoconference)
          FORREST CRESSSEY & JAMES LLC
 2        1222 Annunciation Street
          New Orleans, LA   70130
 3        eliza@fcjlaw.com

 4        Matt Joyner, Esquire (Via Videoconference)
          BISHOP, DULANEY, JOYNER & ABNER, P.A.
 5        4521 Sharon Road, Suite 250
          Charlotte, NC   28211
 6        mjoyner@bdjalaw.com

 7

 8

 9

10   Other Appearances:

11        Victor Denny, Certified Legal Video Specialist

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1   accurate?

2       A.   Yes, we -- we did not provide a survey or

3   go to every single feature to confirm its accuracy.

4   We relied upon the drawings provided by Jefferson

5   Parish.

6       Q.   In Exhibit 12B, again, did you rely on the

7   same information that you relied on for 12A?

8       A.   The ---

9       Q.   I mean, that information listed in your

10  notes there where you make all the qualifications on

11  -- on the opinions.

12      A.   That's what I was referring to.  Yes.

13      Q.   So, what is the significance in your

14  Report of the existing liquid level ROIs?

15      A.   This drawing indicates the ROI taken into

16  account, the amount of perforated pipe available to

17  that well.  In note 2, it says, "The ROI shown is

18  two time liquid height measured in each well which

19  represents the amount of perforated pipe locked."

20      Q.   And what does that mean?

21      A.   The ROI shown is two times liquid height,

22  which means the circle is two times the height

23  measured in each well.  And so what -- what the

24  circle shows is if you assume that a well has 40

25  feet of perforated pipe or you know, you don't



1    assume.  If you calculate it based on our depth to

2    bottom and depth to water measurements, then that

3    circle would be an 80-foot circle.  The radius would

4    be 80 feet.

5         Q.   Note 3 at the top says "Data was taken

6    from a combination of Aptim and CEC field data and

7    is for the sole purpose of this assessment only."

8    What information did you get from Aptim to prepare

9    this particular diagram?

10        A.   An earlier exhibit, we saw there was data

11   from Aptim and what I can recall is that the data

12   shown was not a hundred percent collected by CEC in

13   some cases, and we had to rely upon data from both

14   companies.

15        Q.   And there's no way -- is there any way

16   from looking at this particular exhibit that we know

17   which information came from CEC and which

18   information came from Aptim?

19        A.   There's no way by -- by looking at this,

20   no.

21        Q.   Okay.  And why -- why do you use two times

22   liquid height?

23        A.   ROI is, again, theoretical, and therefore,

24   you need to use some size circle, right?  And the

25   two times is an industry -- landfill gas industry



1   BY THE WITNESS:  (Resuming)

2       A.   --- design plan.  So we take -- usually

3   you use that design plan ROI and in this case we're

4   agreeing with it.

5       Q.   So the first sentence -- I didn't -- I

6   didn't meant to pull all this out in a disorganized

7   way.  The first sentence is "The ROI is the

8   theoretical area around a gas well that vacuum can

9   affect to extract landfill gas," right?

10      A.   Yes.

11      Q.   So how would you describe the term

12  theoretical as used there?

13      A.   Because it's not a perfect circle.  In

14  other words it's a -- it's -- it's -- it can change

15  in every case around gas wells and based on waste

16  that's in the ground and water conditions and how

17  gas moves.  You know, it's always a theoretical

18  circle but the circle is a picture we have in our

19  mind.

20      Q.   Okay.  What factors -- well, I'll read a

21  sentence.  "The ROI is based on an engineering

22  calculation taking into consideration typical waste

23  consistency, the cover conditions, applied vacuum

24  and the resulting gas quality desired."  See that

25  sentence?



 1         A.   Yes.

 2         Q.   Are those factors standard for calculating

 3    a radius of influence?

 4         A.   Yes.

 5         Q.   Are all those factors -- I'm moving away

 6    now from preparing a theoretical ROI -- if you

 7    wanted to determine an actual radius of influence

 8    around a gas well, would all of those factors be

 9    relevant to the actual radius of influence?

10              MR. LANDRY:  Object to the form.

11    BY THE WITNESS:  (Resuming)

12         A.   Yes.

13         Q.   Okay.  Again, bear with me.  Avoiding

14    questions that have already been answered as best I

15    can.  So can we look at page 13?  This is the

16    section two titled field assessment, is that the

17    page you're looking at?

18         A.   Yes.

19         Q.   First sentence is, "CEC's field activities

20    were performed by Mr. Kristopher Carlson, PE, he was

21    assisted in the field by Mr. Brock McNabb, EIT and

22    Mr. Joe Townsend of CEC."  Were those the only

23    people from Carlson to attend that field visit?

24         A.   Yes.

25         Q.   Was another onsite field assessment done



```
 1   because again it's not a perfect circle in any case.

 2   So again I -- I guess I'm -- does that answer your

 3   question?

 4        Q.   Yes, it does.  And these ROIs -- at the

 5   risk of repeating ourselves -- the ROIs shown on

 6   this figure do not factor in vacuum that was applied

 7   to those wells, do they?

 8        A.   No.

 9        Q.   Do they factor in cover that was present

10   in the various areas of the landfill?

11        A.   No.

12             MR. LANDRY:  Object to the form.

13   BY MR. PAUL:  (Resuming)

14        Q.   As a -- a general matter does the presence

15   of cover improve the performance of a gas well as

16   apposed to say a hypothetical landfill where a gas

17   well was placed in waste without any sort of covered

18   material?

19        A.   Yes.

20             MR. ROWE:  Object to the form.

21             MR. LANDRY:  Object to the form.

22   BY MR. PAUL:  (Resuming)

23        Q.   Sorry, your answer was yes?

24        A.   Does cover impact waste, yes -- or does

25   cover impact recovery, yes.
```



```
 1        Q.    Could cover materials increase a radius of

 2   influence beyond a theoretical ROI?

 3                  MR. ROWE:   Object to form.

 4   BY THE WITNESS:  (Resuming)

 5        A.    I guess the right cover materials, yes.

 6        Q.    And the right cover materials depend on

 7   actual operations in that Phase, right?

 8                  MR. ROWE:   Object to form.

 9   BY THE WITNESS:  (Resuming)

10        A.    Operations of who?

11        Q.    Of the landfill operator?

12        A.    I mean, I ---

13                  MR. LANDRY:  Object to the form.

14   BY THE WITNESS:  (Resuming)

15        A.    I guess -- ask the question one more time

16   completely just so I can my head wrapped around it.

17        Q.    Sure.  If landfill operator were applying

18   cover in accordance with acceptable O&M practices at

19   a landfill, would that cover increase the radius of

20   influence as compared to a hypothetical situation

21   where there were no cover at all?

22                  MR. ROWE:   Object to the form.

23                  MR. LANDRY:  Object to the form.

24

25   BY THE WITNESS:  (Resuming)
```



1       A.   Yes.

2       Q.   And is that true for a soil cover?

3            MR. ROWE:  Object to the form.

4            MR. LANDRY:  Object to the form.

5   BY THE WITNESS:  (Resuming)

6       A.   I guess I -- I need that full question

7   asked, I'm -- I'm going to be speculating.

8       Q.   Understood, that's fair.  Do you know what

9   interim cover requirements are in -- at the

10  Jefferson Parish landfill?

11      A.   I believe so.

12      Q.   So in my understanding there are two

13  alternatives, right?  You can have a foot of soil

14  cover or you can have two feet of compacted soil

15  cover, right?

16           MR. ROWE:  Object to form.

17           MR. LANDRY:  Object to the form.

18  BY THE WITNESS:  (Resuming)

19      A.   Two feet is typically what we try to do,

20  yeah.

21      Q.   Okay.  So if there were two feet of that

22  soil cover overlying an area of theoretical ROIs

23  could those -- could that two feet of soil cover

24  increase the ROI beyond what was shown in a

25  theoretical calculation?



1              MR. ROWE:  Object to the form.

2              MR. LANDRY:  Object to the form.

3    BY THE WITNESS:  (Resuming)

4         A.   I don't know that it would increase it

5    without the additional vacuum.  Will -- will ROIs be

6    larger generally based on better cover conditions,

7    yes.  I mean, that's ---

8         Q.   Okay.  I did omit vacuum from my

9    hypothetical question cause I'm not thinking like an

10   engineer.  You discussed with Mr. Johnson the

11   function this figure plays in the preparation of

12   Exhibit 12C, -- pardon me -- right?

13        A.   Yes.

14        Q.   And if I remember correctly you described

15   the green circles on Exhibit 12C as the areas where

16   landfill gas collection could be improved if wells

17   were de-watered, is that a fair summary?

18        A.   Yes.

19        Q.   Okay.  Did you prepare this figure for the

20   purpose of estimating fugitive emissions through the

21   surface of the landfill?

22              MR. LANDRY:  Object to the form.

23   BY THE WITNESS:  (Resuming)

24        A.   No.

25        Q.   And sense I mentioned purpose down at the



1    Q.   And earlier in the report I'll represent

2    to you it states, "That certain "as built"

3    information was provided."  Was there a reason that

4    you did not use "as built" information to prepare

5    this -- this figure?

6              MR. LANDRY:  Object to the form.

7    BY THE WITNESS:  (Resuming)

8    A.   So which figure?  12B?

9    Q.   Yes.

10   A.   Like I said I think we used every bit that

11   we could to draw on AUTOCAD our drawing.  Where we

12   did not have AUTOCAD from the Parish or other means

13   we just identified it and so we had aerial

14   topography, we had features supplied by them on CAD

15   and then again obviously we had a PDF drawing that

16   we used.

17   Q.   So I don't think I understood your

18   discussion earlier today about how the ROIs on

19   Exhibit 12B where it calculated.  Could you recap

20   that?  I know you already did but it -- I missed --

21   I missed the takeaway from that.

22   A.   So based on what I'm reading in the notes

23   in number one it says, "the drawing represents

24   theoretical radius of influence to the current

25   liquid levels," and so what that would indicate to



 1  me is the -- the circle is calculated based on two

 2  times the amount of perforated pipe that is

 3  available.  And it says -- in that note two it says

 4  "represents the amount of perforated pipe blocked,"

 5  but that can't be true it has to be perforated pipe

 6  available and that is how those are calculated.

 7      Q.   Okay.  I think that distinction is what

 8  confused me earlier.  Before today have you ever

 9  noticed that apparent error of the use of the word

10  blocked?

11      A.   No.

12      Q.   I'd like to go back up to the body of the

13  report.  So on page 14, if you will look at it.

14  This is probably a minor point but see the photo on

15  the top with the white piping visible in it?

16      A.   Yes.

17      Q.   You explained to Mr. Johnson that that

18  photo was there because it's PVC piping that is

19  under pressure, is that right?

20      A.   Yes.

21      Q.   Do you recognize what that -- what that

22  piping is?

23      A.   We -- we just assumed at that time that it

24  was an air connection for the sump that's behind it.

25  That's a sump -- see the black -- black plastic is a



1  sump.  You know, we do not have a way to test that

2  system but we assumed that that's what it was.

3       Q.   So when you say an air supply to that sump

4  is that air being supplied to the pneumatic pump?

5       A.   Yes.

6       Q.   So is -- under normal conditions would

7  landfill gas be traveling through that white pipe?

8       A.   No.

9       Q.   I want to look at number six on page 16.

10 So the sentence -- the second sentence begins,

11 "Based on the water levels and the presence of the

12 landfill gas to energy project, CEC recommends a

13 minimum of twice per month monitoring, tuning and

14 recording data," you see that?

15      A.   Yes.

16      Q.   Is that consistent with the email that we

17 looked at earlier in which you recommended to Mr.

18 Carlson -- sorry Mr. Conley that the tuning

19 frequency be increased?

20      A.   Yes.

21      Q.   Number seven -- if I'm moving too fast and

22 you want to review stuff certainly let me know.  I

23 rarely move faster than everyone else in the room so

24 I will assume my pace is sufficient.

25           So this paragraph begins with the



 1  sentence, "If the wellfield is being tuned and

 2  monitored without recording the data this practice

 3  should stop and all data should be recorded for

 4  review."  What data would that be?

 5      A.   Well -- wellhead data, that would be the

 6  collection of methane, oxygen, nitrogen, CO2, along

 7  with temperature and system pressure and static

 8  pressure and then any adjustments that are made.

 9      Q.   When you say system pressure and static

10  pressure is vacuum included in there?

11      A.   That's -- same thing.

12      Q.   Okay.  Then the third sentence states, "It

13  would appear that well adjustments were being made

14  but not recorded," you see that?

15      A.   Yes.

16      Q.   Is the industry standard to record this

17  type of data when you are turning a wellfield?

18      A.   Yes.

19      Q.   And does the availability of that data

20  allow the landfill operator to track the well's

21  performance over time?

22      A.   Yes.

23      Q.   And without that data, to state the

24  obvious, is it more difficult to track the well's

25  performance?



 1        A.   Yes.

 2        Q.   During your May, 2018 field visit who was

 3   the O&M operator of the landfill gas collection

 4   system?

 5        A.   Aptim.

 6        Q.   And is Aptim the company that would have

 7   been responsible for recording that data in your

 8   understanding?

 9        A.   Yes.

10        Q.   I'd like to move to number eight.  So in

11   the first paragraph the report notes, "Standard

12   wellhead operations within the landfill gas

13   industry" -- I'll skip the parentheses -- "call for

14   no greater than a ten percent vacuum adjustment at a

15   wellhead valve during any tuning event.  And then

16   this allows the microbial system to adjust to the

17   change in vacuum and for all the surrounding wells

18   to adjust to each other."  Did I read that

19   correctly?

20        A.   Yes.

21        Q.   Based -- then it carries on, there's a

22   sentence that begins on the left margin, "Based on

23   CECs review of the data monthly wellhead valve

24   adjustments have been greater than ten percent and

25   thus more than the biological system can effetely



 1  respond to prior to the next adjustment."  Did I
 2  read that correctly?
 3       A.   Yes.
 4       Q.   And then you note fluctuation in gas
 5  quality or methane concentration because of those
 6  adjustment, right?
 7       A.   Yes.
 8       Q.   Can you explain to me -- we may have
 9  touched on this issue when I was asking about the
10  design of High-BTU systems.  This paragraph notes
11  that an adjustment of more than ten percent vacuum
12  could disrupt microbial function, right?
13                 MR. LANDRY:  Object to the form.
14  BY MR. PAUL:  (Resuming)
15       Q.   I did summarize that -- if I'm summarizing
16  that unfairly, correct me.
17       A.   If you could ask the question again maybe.
18       Q.   Sure.  This paragraph notes that an
19  adjustment of greater than ten percent vacuum at a
20  wellhead could disrupt the mic -- microbial system
21  within the landfill that produces landfill gas, is
22  that right?
23                 MR. LANDRY:  Object to the form.
24  BY THE WITNESS:  (Resuming)
25       A.   Yes, that's correct.



1       Q.   So could you explain the mechanism between

2    that disruption and methane concentration?

3                 MR. LANDRY:  Object to the form.

4    BY THE WITNESS:  (Resuming)

5       A.   So I guess I'm confused on that -- the

6    question.

7       Q.   Maybe I'll try to talk like a normal

8    person.  How does disrupting that microbial function

9    change methane percentage?

10                MR. LANDRY:  Object to the form.

11

12   BY THE WITNESS:  (Resuming)

13      A.   So if -- if the -- the microbes are not

14   happy -- I'm going to use a very basic term -- then

15   they can produce less gas.  And what makes them not

16   happy is pulling ambient air into them.  It's an

17   anaerobic environment and so therefore by adjusting

18   greater than ten percent you're running the risk of

19   over-pulling the well which would in layman's terms

20   indicate you're pulling air -- ambient air into the

21   waste mass.

22      Q.   And ambient air has higher oxygen content

23   than the anaerobic environment you mentioned, right?

24      A.   Yes.

25      Q.   Okay.  So in number nine right below that



1  it says, "Based on discussions with the third party
2  O&M personnel the tuning strategy is to tune wells
3  primarily based on oxygen and not based on methane
4  quality."  It's the end of the day but I remember
5  when we were talking about the BTU -- the High-BTU
6  system you -- as I recall you explained that the
7  performance parameters for such a system would be
8  oxygen or nitrogen, right?
9       A.   For a High-BTU system that is one
10  consideration, yes.
11      Q.   But we're not talking about a High-BTU
12  system here, right?
13      A.   Correct.
14      Q.   So in this case are you recommending that
15  the O&M -- the gas system O&M personnel make
16  adjustments based on methane concentration?
17      A.   This system was being operated to feed a
18  medium-Btu pipeline at the time and that medium-Btu
19  pipeline had certain quality parameters they wanted.
20  When you tune you are looking at all parameters not
21  just oxygen, not just methane.  And in this case the
22  statements beyond that first sentence indicate that
23  there were some swings in -- in what -- what -- what
24  -- what we saw at the site which is why we made this
25  comment.



1        Q.   And then in paragraph -- that same

2   paragraph number nine the last sentence, "CEC

3   recommends that the tuning strategy be reviewed by

4   Parish personnel and directed to Aptim," right?

5        A.   Correct.

6        Q.   Did that require the Parish to increase

7   it's oversight of Aptim in order to accomplish your

8   recommendation?

9        A.   I'm not sure it requires increase just --

10  just a strategy to be -- to be made sure it was

11  clear.

12       Q.   Okay.  Was Aptim -- to your knowledge, was

13  Aptim responsible for defining the parameters for

14  tuning?

15       A.   I really don't know.  I -- I -- I

16  wasn't -- I wasn't party to their -- their contract.

17       Q.   That's fair.  Can we look at number 18.

18  This begins with two sentences, "Only 16 leachate

19  riser pumps out of 34 risers CEC visited were in

20  operation or could be operated.  This is a 50

21  percent rate of pump availability."  We already

22  talked about that conclusion earlier in this report,

23  right?

24       A.   Yes.

25       Q.   And we looked at the exhibit of leachate



Case 2:19-cv-11133-SM-MBN  Document 572-7  Filed 06/10/24  Page 21 of 24

1    pump operability, right?  That was Exhibit 4?

2        A.   Yes.

3             MR. LANDRY:  John, what's -- what

4    paragraph are you referencing?

5             MR. PAUL:  Sorry, Mike.  It's page

6    21, number 18.

7             MR. LANDRY:  Thank you.

8             MR. PAUL:  And it's the first few

9    sentences in that paragraph.

10            MR. LANDRY:  Gotcha.  Thank you.

11   BY MR. PAUL:  (Resuming)

12       Q.   So I think we've established that that 50

13   percent rate of pump availability reflected the

14   operations of leachate collection pumps outside of

15   Phase 4A, right?

16            MR. LANDRY:  Object to the form.

17   BY THE WITNESS:  (Resuming)

18       A.   Yes, based on the exhibit.

19       Q.   Okay.  To your recollection did you review

20   any data that would tell you how much leachate was

21   on the liner in Phase 4A?

22       A.   Not to my recollection.

23       Q.   Can leachate depth over a liner be

24   measured?

25       A.   Yes.



```
 1        Q.    How -- how does that happen?
 2        A.    You have to essentially insert some
 3   measurement device into the leachate cleanout --
 4   into the side riser that has the pump in it and that
 5   can be an air operated, it could be an electronic
 6   signal, but some way in which it could tell as it
 7   was inserted into the bottom where the pump sits and
 8   it could measure depth of liquid.
 9        Q.    Okay.  Are some leachate collection pumps
10   installed with a transducer?
11        A.    Yes.
12        Q.    Will transducer data help an operator
13   determine how deep the leachate is above the liner?
14        A.    Often the ---
15               MR. LANDRY:  Object to the form.
16   BY THE WITNESS:  (Resuming)
17        A.    Often they're used to start the pump.
18        Q.    So the transducer is like a trigger when
19   the leachate gets to a certain level it starts the
20   pump?
21        A.    Yes.
22        Q.    Does the transducer show a readout
23   typically of the depth of leachate above that pump?
24        A.    Yes.
25               MR. LANDRY:  Object to the form.
```



1   BY MR. PAUL:  (Resuming)

2        Q.   Do you know whether those transducers were

3   in use in Phase 4A of the Jefferson Parish landfill?

4        A.   I believe they were, yes.

5        Q.   And so just to confirm when you answered

6   my earlier question about other forms of data you

7   did not look at transducer depths in forming the

8   conclusions shown here in number 18, right?

9                 MR. ROWE:  Object to the form.

10                MR. LANDRY:  Object to the form.

11  BY THE WITNESS:  (Resuming)

12       A.   I don't recall that data being available.

13  If we had it it would have been in the report.

14       Q.   Bear with me a moment here.  So number 20,

15  bottom of this page on page 21.  The paragraph

16  begins, "CECs observations indicated the condensate

17  drip legs should be investigated further for

18  potential blockages or replacement with condensate

19  sump pump combinations."  Did I read that right?

20       A.   Yes.

21       Q.   I think this is one of those sentences

22  that is intended for somebody with a basic operating

23  knowledge of a landfill.  Could you explain where

24  that condensate mentioned in this first sentence

25  comes from?



1            C E R T I F I C A T I O N

2

3      I, Christy Johnson, court reporter and notary public in

4 and for the County of Guilford, State of North Carolina at

5 Large, do hereby certify:

6      That KRIS CARLSON, the witness whose examination is

7 hereinbefore set forth, was first duly sworn by me and that

8 this transcript of said testimony is a true record of the

9 testimony given by said witness.

10      I further certify that I am not related to any of the

11 parties to this action by blood or marriage, and that I am

12 in no way interested in the outcome of this matter.

13      Reading and signing of the testimony were requested.

14      IN WITNESS WHEREOF, I have hereunto set my hand this

15 the 29th day of January, 2024.

16

17
                    *Christy Johnson*
18

19           CHRISTY JOHNSON, Notary No. 201903900055

20

21

22

23

24

25

