UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff<br><br>**VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants<br><br>*Related Case:*<br><br>**FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants<br><br>*Applies to: Both Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br><br>SECTION: "E" (5)<br><br><br><br><br>CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

### PLAINITIFFS' FIRST AMENDED DISCLOSURE OF EXPERT WITNESSES IN THE GENERAL CAUSATION PHASE

Pursuant to Rule 26(a)(2), Plaintiffs hereby serve their First Amended Disclosure of Expert Witnesses whom they may use at trial of the General Causation Phase to present evidence under Federal Rules of Evidence 702, 703 or 705.

This First Amended Disclosure adds Mr. Jose Sananes to the previously disclosed list of expert witnesses (repeated below). Mr. Sananes may be called upon to testify in place of Mr. Nestor Soler, who was previously disclosed. Mr. Sananes is employed by the same company that employs Mr. Soler, and participated in the preparation of the three reports authored by Mr. Soler and previously served upon the Defendants. Mr. Sananes has adopted the written reports authored

1

by Mr. Soler and will testify to the same opinions rendered by Mr. Soler. Copies of signature pages of such reports, signed by Mr. Sananes, are attached hereto.

Each of the expert witnesses listed below has provided written reports in this case, which have previously been provided to the Defendants.

1) **Nestor D. Soler PE**
   Principal, Ramboll US Consulting, Inc.

Mr. Soler is a professional environmental, geotechnical and civil engineer, a Principal in Ramboll US Consulting, Inc., and an independent environmental consultant. He is an expert in the field of landfill environmental control/treatment systems; landfill gas generation, control and treatment; landfill closure and brownfield and landfill redevelopment; soil and groundwater remediation and landfill rehabilitation; beneficial reuse programs; and solid waste management.

A copy of Mr. Soler's reports were provided previously. Mr. Soler is expected to testify, consistent with his reports, regarding the emissions from the Jefferson Parish Landfill. All of Mr. Soler's opinions are made to a reasonable degree of scientific certainty.

Mr. Soler reserves the right to amend his opinion to address any new information that may be disclosed after the date of this designation. He also reserves the right to comment upon any reports offered by the defense.

2) **Jaana Pietari, Ph.D., MBA, PE**
   Senior Managing Consultant, Ramboll US Consulting, Inc.

Dr. Pietari is an environmental engineer, and a Senior Managing Consultant with Ramboll US Consulting, Inc. She is an expert in the field of evaluation of fate and transport of contaminants in landfills, including biodegradation and biological transformation of pollutants and biological treatment, in addition to environmental remediation, and environmental forensics.

A copy of Dr. Pietari's reports have been provided previously. She is expected to testify, consistent with her reports, specifically with regard to the generation of hydrogen sulfide gas at the Jefferson Parish Landfill. All of Dr. Pietari's opinions are made to a reasonable degree of scientific certainty.

Dr. Pietari reserves the right to amend her opinion to address any new information that may be disclosed after the date of this designation. She also reserves the right to comment upon any reports offered by the defense.

3) **James F. Lape, Jr.**
   Senior Science Advisor, Integral Consulting, Inc.

Mr. Lape is an atmospheric and physical scientist with more than 30 years of experience in the health risk assessment and environmental science fields, currently working as a Senior Science Advisor at Integral Consulting Inc. He is an expert in the area of air toxics fate and transport modeling and exposure assessment. He has conducted air modeling analyses to support human and/or ecological risk assessments at more than 50 sites, including municipal solid waste landfills.

A copy of Mr. Lape's reports have been provided previously.  He is expected to testify, consistent with his reports, specifically with regard to the air modeling analysis conducted at the Jefferson Parish Landfill and specifically with regard to the dates and time when exposure to emissions from the Jefferson Parish Landfill occurred and the concentrations of exposures as shown by the modeling. All of Mr. Lape's opinions are made to a reasonable degree of scientific certainty.

Mr. Lape reserves the right to amend his opinion to address any new information that may be disclosed after the date of this designation. He also reserves the right to comment upon any reports offered by the defense.

4) **Susan S. Schiffman, Ph.D**
   President, Schiffman Consulting

Dr. Schiffman has worked in the field of odor assessment for more than five decades. At Duke University, she was a Professor of Medical Psychology, Director of the Taste and Smell Laboratory, and Professor in the Department of Psychological and Brain Sciences. She has been a Visiting Scientist in the Department of Biochemistry at the University of Oxford (England), and has served on the External Advisory Committee for the University of Pennsylvania's Clinical Taste and Smell Research Center. From 1995 to 2007, she was Adjunct Professor in the Department of Biological and Agricultural Engineering, North Carolina State University, Raleigh, North Carolina. Since 2008, she has been Adjunct Professor in the Department of Electrical and Computer Engineering, North Carolina State University, Raleigh, North Carolina. She is a member of IEEE and President of Schiffman Consulting, a firm that specializes in issues related to smell and taste.

A copy of Dr. Schiffman's reports have been provided previously. Dr. Schiffman is expected to testify, consistent with her reports, regarding the injuries and effects that the gases and odors emitted from the Jefferson Parish Landfill are capable of producing. All of Dr. Schiffman's opinions are made to a reasonable degree of scientific certainty.

Dr. Schiffman reserves the right to amend her opinion to address any new information that may be disclosed after the date of this designation. She also reserves the right to comment upon any reports offered by the defense.

5) **Jose Sananes, P.E.**
   Principal, Ramboll US Consulting, Inc.

Mr. Jose Sananes is a licensed Professional Engineer in New Jersey and New York and has over 25 years of experience in geo-environmental engineering, with particular emphasis in the

areas of landfill engineering, solid and hazardous waste management, remedial engineering, construction management, and brownfields redevelopment.

Mr. Sananes has contributed and led the investigation, design and implementation of numerous large-scale geo-environmental engineering projects. His solid waste experience includes landfill permitting; landfill investigations, assessments and remediation; landfill gas and leachate generation, control and/or treatment; landfill closure and post-closure care; and landfill redevelopment.

Mr. Sananes has direct experience in the planning, investigation, permitting, remediation, and design of environmental control systems for landfills. He has been involved in landfill projects in the United States, Latin America, China, and Australia. His experience spans from the assessment and characterization of sites to the generation of GHG emission reduction credits, including environmental controls, site redevelopment, and landfill-gas-to energy systems. Regarding landfill gas and leachate migration, he has evaluated, designed and implemented hydraulic and physical leachate control systems and landfill gas collection systems. He has also designed and implemented vapor mitigation systems, and environmental monitoring and geotechnical safety programs.

Mr. Sananes will be testifying to the same opinions as provided by Mr. Soler, and the Reports containing the opinions to which Mr. Sananes will testify have been previously provided. Mr. Sananes is expected to testify consistently with the Reports and the deposition testimony of Mr. Soler taken in this matter, regarding the emissions from the Jefferson Parish Landfill. All of the opinions are made to a reasonable degree of scientific certainty.

Mr. Sananes has no publications. He has not testified as an expert by trial or deposition in any case in the last four years. His standard hourly rate for this case for study is $229.51 per hour; for deposition and trial testimony, his time is charged at 1.5 times the standard hourly rate.

Mr. Sananes reserves the right to amend his opinion to address any new information that may be disclosed after the date of this designation. He also reserves the right to comment upon any reports offered by the defense.

Dated: January 7, 2022

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| *Eric C Rowe* (signature) <br><br> _____ <br> C. Allen Foster (Admitted Pro Hac Vice) <br> Eric C. Rowe (Admitted Pro Hac Vice) <br> Erik D. Bolog (Admitted Pro Hac Vice) <br> Masten Childers, III (Admitted Pro Hac Vice) <br> WHITEFORD, TAYLOR & PRESTON, L.L.P. <br> 1800 M Street, NW, Suite 450N <br> Washington, DC 20036 <br> Tele: (202) 659.6800 <br> Fax: (202) 331.0573 <br> Email: cafoster@wtplaw.com <br> erowe@wtplaw.com <br> ebolog@wtplaw.com <br> mchilders@wtplaw.com <br><br> Byron M. Forrest (La. Bar No. 35480) <br> Nicholas V. Cressy (La. Bar No. 35725) <br> S. Eliza James (La. Bar No. 35182) <br> FORREST CRESSEY & JAMES, LLC <br> 1222 Annunciation Street <br> New Orleans, Louisiana 70130 <br> Tele:(504) 605.0777 <br> Fax: (504) 322.3884 | Bruce C. Betzer (Bar No. 26800) <br> Jennifer S. Avallone (Bar No. 35613) <br> THE LAW OFFICE OF BRUCE C. BETZER <br> 3129 Bore Street <br> Metairie, LA 70001 <br> Telephone: (504) 832-9942 <br> Facsimile: (504) 304-9964 <br> bruce@brucebetzer.com <br><br> Douglas S. Hammel (Bar No. 26915) <br> HAMMEL LAW FIRM, LLC <br> 3129 Bore Street <br> Metairie, LA 70001 <br> Telephone: (504) 832-9942 <br> Facsimile: (504) 304-9964 <br> douglashammel@gmail.com <br> Scott R. Bickford (#1165) <br> srb@mbfirm.com <br> Lawrence J. Centola, Iii (#27402) <br> ljc@mbfirm.com <br> Jason Z. Landry (#33932) <br> jzl@mbfirm.com <br> Jeremy J. Landry (#30588) <br> jjl@mbfirm.com |

| | |
|---|---|
| Email: byron@fcjlaw.com<br>nicholas@fcjlaw.com<br>eliza@fcjlaw.com<br><br>*Counsel For Addison Plaintiffs* | MARTZELL BICKFORD & CENTOLA<br>338 Lafayette Street<br>New Orleans, Louisiana 70130<br>(504) 581-9065<br>(504)581-7635 – FACSIMILE<br><br>Val Patrick Exnicios, Ta (#19563)<br>LISKA, EXNICIOS & NUNGESSER<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112<br>Telephone: (504) 410-9611<br>Facsimile: (504) 410-9937<br>vpexnicios@exnicioslaw.com<br><br>Anthony D. Irpino (#24727)<br>Louise C. Higgins (#31780)<br>Pearl Robertson (#34060)<br>Kacie F. Gray (#36476)<br>IRPINO, AVIN & HAWKINS<br>2216 Magazine Street<br>New Orleans, LA 70130<br>Ph. (504) 525-1500<br>Fax (504) 525-1501<br>airpino@irpinolaw.com<br>lhiggins@irpinolaw.com<br>probertson@irpinolaw.com<br>kgray@irpinolaw.com<br><br>John D. Sileo (La Bar No. 17797)<br>Casey W. Moll (La. Bar No. 35925)<br>LAW OFFICE OF JOHN D. SILEO<br>320 N. Carrollton Ave.,<br>Suite 101 New Orleans, LA 70119<br>(504) 486-4343<br>jack@johnsileolaw.com<br>casey@johnsileolaw.com<br><br>*Counsel for Ictech-Bendeck Plaintiffs* |

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was served this 7th day of January, 2022, upon counsel for Defendants by electronic mail, as follows:

Michael S. Futrell, Esq.
Matthew D. Moghis, Esq.
**CONNICK AND CONNICK, LLC**
3421 N. Causeway Blvd., Suite 408
Metairie, Louisiana 70002
Telephone:    (504) 681-6658
Facsimile:    (504) 838-9903
E-mail:*moghis@connicklaw.com*

*Counsel for Defendant, Parish of Jefferson*

John Baay, Esq.
Ernest P. Gieger, Jr., Esq.
Michael DiGiglia, Esq.
**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

*Counsel for Defendant, Aptim, Corp.*

**BRADLEY MURCHISON KELLY & SHEA LLC**

David R. Taggart, Esq.
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141

Michael C. Mims, Esq.
1100 Poydras St., Suite 2700
New Orleans, Louisiana 70163
Telephone: (504) 596-6300
Fax: (504) 596-6301

**BEVERIDGE & DIAMOND, P.C.**

Megan R. Brillault, Esq. (*pro hac vice*)
John H. Paul, Esq. (*pro hac vice*)
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400

*Counsel for Defendants, Waste Connections US, Inc., Waste Connections Bayou, Inc. and Louisiana Regional Landfill Company*

/s/ Eric C. Rowe

_____
Eric C. Rowe

# EXPERT REPORT OF NESTOR D. SOLER

# EVALUATION OF JEFFERSON PARISH LANDFILL GAS EMISSIONS

## AVONDALE, LOUISIANA – JEFFERSON PARISH

_____

Nestor D. Soler PE (NJ)
Principal, Ramboll US Consulting, Inc.
January 28, 2021

_____

Jose Sananes PE (NJ and NY)
Principal, Ramboll US Consulting, Inc.
January 7, 2022



# EXPERT REBUTTAL REPORT OF NESTOR D. SOLER

# RESPONSES TO REBUTTAL REPORTS

## AVONDALE, LOUISIANA – JEFFERSON PARISH

_____
Nestor D. Soler PE (NJ)
Principal, Ramboll US Consulting, Inc.
June 16, 2021

_____
José Sananes PE (NJ and NY)
Principal, Ramboll US Consulting, Inc.
January 7, 2022

CASE: *Frederick Addison et al. v. Louisiana Regional Landfill Co., et al.,* Civ. Action No.19-1113 and 19-14512, and *Elias Jorge ("George") Ichtech-Bendek et al. v. Waste Connections Bayou, Inc.,* Civ. Action No. 18-7889, E.D.La.)



# SUPPLEMENTAL REPORT TO THE JANUARY 28, 2021 SOLER REPORT.

# EVALUATION OF JEFFERSON PARISH LANDFILL GAS EMISSIONS
# NESTOR D. SOLER

_____
Nestor D. Soler PE (NJ)
Principal, Ramboll US Consulting, Inc.
August 27, 2021

_____
Jose Sananes PE (NJ and NY)
Principal, Ramboll US Consulting, Inc.
January 7, 2022





ENVIRONMENT & HEALTH

# JOSE SANANES, P.E.
**(LANDFILL ENGINEERING EXPERIENCE)**

**Principal**

Jose Sananes is a licensed Professional Engineer in New Jersey and New York and has over 25 years of experience in geo-environmental engineering, with particular emphasis in the areas of landfill engineering, solid and hazardous waste management, remedial engineering, construction management, and brownfields redevelopment.  He has contributed and led the investigation, design and implementation of numerous large-scale geo-environmental engineering projects. His solid waste experience includes landfill permitting; landfill investigations, assessments and remediation; landfill gas and leachate generation, control and/or treatment; landfill closure and post-closure care; and landfill redevelopment.

Jose has direct experience in the planning, investigation, permitting, remediation, and design of environmental control systems for landfills. He has been involved in landfill projects in the United States, Latin America, China, and Australia. His experience spans from the assessment and characterization of sites to the generation of GHG emission reduction credits, including environmental controls, site redevelopment, and landfill-gas-to energy systems. Regarding landfill gas and leachate migration, he has evaluated, designed and implemented hydraulic and physical leachate control systems and landfill gas collection systems. He has also designed and implemented vapor mitigation systems, and environmental monitoring and geotechnical safety programs.

### EDUCATION
1995-1996
**MS, Environmental Engineering**
University of Illinois at Urbana-Champaign, Urbana-Champaign, Illinois, United States

1990-1994
**BS, Civil & Environmental Engineering**
Rutgers University, New Brunswick, New Jersey, United States

### COURSES/CERTIFICATIONS
Professional Engineer - New York, 2007
Professional Engineer - New Jersey, 2001
Former NJDEP Certified Cleanup Star
OSHA 8 Hour Supervisor - HAZWOPER, 1996
OSHA 40-hour HAZWOPER, 1996-Present



**CONTACT INFORMATION**
**Jose Sananes**

jsananes@ramboll.com
+1 (609) 243 9882

Ramboll
101Carnegie Center
Suite 200
Princeton, NJ 08540
United States of America



ENVIRONMENT & HEALTH

**REPRESENTATIVE PROJECTS**

**Landfill Engineering**

- *LMS Energy Pty Ltd (2020 to Present).* Part of the team that performed a landfill hotspot preliminary baseline risk assessment and a slope stability evaluation for a portion of a landfill located in Whytes Gully Resource Recovery Park, NSW, Australia.
- *Jefferson Parish Landfill (2019 to Present).* Led the collection of landfill gas quality and odor data in support of air modelling efforts for a landfill in the southeastern United States. Evaluated historical operational and monitoring records to define the condition and effectiveness of existing landfill gas control systems.
- *Confidential Client, Maryland (2019 to Present).* Prepared a landfill closure and post-closure care plan for two former cement kiln dust piles in Maryland.
- *Kennametal Landfill, Ontario (2017 to 2018).* Prepared the landfill closure and post closure care plan that included stormwater management and capping, and developed associated cost estimates.
- *Ridgefield Park Landfill, New Jersey (2014 to 2015).* Designed and implemented a landfill gas emission survey and vacuum testing program to evaluate landfill gas generation rates, assess the potential for landfill gas migration, and define gas control requirements for the proposed redevelopment of the former landfill.
- *KUAM Solar Farm on Landfills (2014 to 2015).* Assisted with environmental assessments of costs and liabilities, as well as field investigations, for one of the largest solar power project in Japan (a 231–megawatt facility in Okayama). The project included site investigations on a 490-hectare tract of land. The investigations defined the landfill gas environmental control systems necessary for the design, construction, and operation of the solar energy farm.
- *Confidential Client, New York (2012 to Present).* Prepared a landfill closure and post-closure care plan for two former cement kiln dust piles in New York. Prepared a corrective measures study for the closure and post-closure care of two cement kiln dusts piles in New York, including the preparation of a conceptual design of remedial alternatives, and the development of bid documents for implementation of interim remedial measures. The interim control measures included leachate collection and conveyance to an on-site treatment system, slope stabilization, and surface water control and management.
- *Cinnamon Bay, LLC LFGTE System (2010 to 2012).* Led design and construction management efforts associated with the decommissioning of a 10 MW steam-turbine driven landfill gas to energy plant and the construction of a modular 10 MW reciprocating engine driven landfill gas to energy plant. The current plant, which began operation in 2011, is generating energy using six 1,600 kW Caterpillar reciprocating engines and includes a landfill gas conditioning system for siloxanes and air emission control devices for volatile organic compounds.
- *Former Armira Tannery, Tennessee (2009 to Present).* Designed and implemented geotechnical investigations, assessments and bench-scale studies for the stabilization of tannery waste sludge deposited in 30-foot deep cells and evaluated the stability of cell slopes. Designed and implemented an in-situ and ex-situ sludge solidification remedy program to allow the closure of five sludge cells, a disposal area, and a former drying lagoon. Currently inspecting, maintaining, and reporting on the condition of the final capping system.
- *Confidential C*lient, United States (2008 to 2009). Conducted a detailed technical due diligence in landfills in Huaian, Sanya and Xining Provinces in China for an energy company to assess the LFG gas generation potential, their viability as landfill gas to energy projects, and the potential for GHG emission reductions under the UNFCCC.
- *Confidential Client, Italy (2008 to 2009).* Led the preparation of a whitepaper by experts on groundwater plume control alternatives, which included the evaluation of operating systems at NPL sites, including numerous waste disposal sites, and the development of a decision-making matrix.
- *Confidential Client, United Kingdom (2007 to 2009)*. Conducted detailed technical due diligence of several landfills in Mexico to assess the LFG gas generation potential, their viability as landfill gas to energy projects, and the potential for GHG emission reductions under the UNFCCC.



ENVIRONMENT
& HEALTH

- *International Finance Corporation (2007).* Conducted detailed technical due diligence, and a third party technical and commercial review of turnkey landfill gas collection and energy generation projects in Guangdong, Hainan, Qinghai, Jiangsu, and Liaoning Provinces in China. The activities included an evaluation of three of the landfills to assess the landfill gas generation potential, evaluation of the qualifications, experience, and past performance of the design and construction teams, and an outline of potential fatal flaws that would prevent the development of a landfill gas recovery project and the generation of certified emission reductions under the United Nations Framework Convention on Climate Change.
- *Confidential Client, United Kingdom (2007 to 2008*). Evaluated the economic feasibility of renewable energy credits and voluntary emission reductions of several landfill projects in Latin America.
- *Criterion Development Partners (2006 to 2007).* Designed vapor mitigation systems to minimize exposure risks by preventing the accumulation of landfill gas under proposed buildings to be constructed on the Meadowlands' orphan landfills. Evaluated the permitting needs and types of treatment systems required.
- *Confidential Client, New Jersey (2005 to Present).* Designed and implemented a landfill gas emission survey and investigation to define the potential for landfill gas migration and control. Designed and implemented an in-kind vegetated soil and gravel capping systems for a former landfill in southern New Jersey, thereby eliminating the need for stormwater management system improvements. Capping activities included the relocation of excavated materials from adjoining wetlands areas and the restoration and replanting of these areas. Procured necessary state and federal permits for construction of the proposed capping systems. The site is being redeveloped into a solar farm and the condition of the caps is currently subject to inspections and maintenance.
- *SODES Milpillas, Mexico (2005 to 2007).* Evaluated and designed vacuum testing program for a methane recovery and control system to evaluate landfill gas generation rates and optimize gas collection. Designed the capping and landfill gas collection systems to maximize the extraction of methane and generation of CERs. This project was implemented for the generation of certified emission reductions under the United Nations Framework Convention on Climate Change.
- *Confidential Client, United States (2005).* Peer reviewed the design of a proposed landfill gas control system to ensure compliance with federal requirements. This evaluation focused on the design of the gas extraction/venting system and the monitoring/maintenance plans, and included an assessment of the potential beneficial use of recovered landfill gas.
- *Meadowlands Partners Distribution Center / CBR, New Jersey (2004 to Present)*. Evaluated, designed, and oversaw construction and performance monitoring of vapor mitigation and methane recovery systems for a warehouse constructed on a former landfill site. Conducted the field characterization and evaluation of control alternatives for landfill gas emissions. The design documents included the final design of an active gas extraction system, foundation ventilation system, and methane monitoring and treatment system. Currently providing operation and maintenance oversight and performance monitoring.
- *K. Hovnanian, Wildwood, New Jersey (2001 to 2005):* Designed landfill closure elements, including capping system, shoreline stabilization and landfill gas control system for the proposed redevelopment of a former landfill in southern New Jersey into residential use. Given the site's location within an inactive landfill site, and considering the proposed redevelopment plans, this design included a site-wide deep-gas extraction system and building specific sub-slab vapor mitigation systems. Evaluated foundation alternatives and designed a ground improvement program to minimize primary and secondary consolidation settlements and allow for site redevelopment.
- *Cherokee/Empire Golf – Bayonne Golf Course, New Jersey (2001 to 2004).* Managed all geo-environmental aspects of redevelopment of a former landfill in New Jersey into a golf course. Responsibilities included coordination of personnel and subcontractors, project negotiations with local and state agencies and their representatives, identification of permit requirements, development of design and ensuring compliance with engineering design specifications and permit conditions. Projects included:



ENVIRONMENT & HEALTH

- – investigation and assessment of sources of hydrogen sulfide odors and corrective measures, including source material control and management and gas extraction and control system requirements.
- – landfill gas collection and control system design and implementation, including pilot testing for optimization to control landfill gas migration and emissions.
- – leachate recovery and treatment design and implementation. The 15,000 linear feet leachate collection system was constructed using biodegradable polymers since dewatering was not technically or economically feasible.
- – management of dredged materials for beneficial site reuse.
- – construction of a 6-foot diameter and 950 linear feet off-site stormwater pipe bisecting the landfill.
- – mudflats capping, wetlands mitigation, and pedestrian bridge design and construction.
- – static and seismic slope stability analyses to optimize grading plans and fill volumes to allow the redevelopment of a former landfill site into a golf course. The project included development and implementation of a geotechnical safety program to provide a warning system against potential slope movement.
- – geotechnical and environmental evaluation and field characterization of final cap and final cover materials.
- – procuring and ensuring compliance with local and state permits.
- *EnCap Meadowlands, New Jersey (2001 to 2005).* Actively involved with the redevelopment of New Jersey EnCap Meadowlands site that included four large landfills located in a 700-acre area slated for future development of golf courses, hotels, and residential complexes. Project activities included the beneficial reuse of processed dredged materials and other beneficially reused soils to (a) grade, (b) structurally stabilize, and (c) cap landfill areas.
- *Edgeboro Disposal, Inc., New Jersey (1998 to 2000).* Assisted in the evaluation of a 15,000-foot-long and 35-foot-deep slurry wall, which isolates waste located in an approximately 200-acre landfill. The evaluation was based on physical presence, hydraulic properties and water quality data, and involved piezocone testing, hydraulic evaluation through extensive pump tests, and groundwater quality studies. Developed the post-closure landfill maintenance plan that incorporated the maintenance and restoration of the final cover, the vegetative cover, the groundwater monitoring system, the containment system and the stormwater management systems, as well as an interim plan for the withdrawal of leachate.
- *Linden Landfill, New Jersey (1998 to 2005).* Implemented landfill gas, leachate, and slope stability monitoring programs, designed landfill closure elements (including the cap and landfill gas collection systems), and oversaw the completion of the capping of the physical containment system.
- *EDI MCUA 20-MW Plant, New Jersey (1998 to 2000).* Assisted in the design of gas control and collection systems at the Edgeboro, Edison, and ILR landfills in New Jersey. The gas collection systems were connected to a six-mile gas-energy transmission line to convey landfill gas into the MCUA 20-MW power plant. The project received a USEPA Project Award for energy conversion from biogas to electricity.
- *Edgeboro Disposal, Inc, New Jersey (1998 to 1999).* Assisted in the implementation of a master plan for remediation and closure activities for the largest landfill in New Jersey, which included remediation, improvements to the leachate and gas collection systems, and landfill closure. The remediation and closure elements included the relocation and capping of approximately one million cubic yards of materials from seven uncontrolled waste areas, and site restoration. In addition, studies were implemented, including field vacuum testing for landfill gas recovery, leachate pump down tests, and gas and leachate sampling.
- *OENJ Cherokee – Jersey Gardens Mall, New Jersey (1998).* Oversaw construction activities related to the redevelopment of the former landfill into an outlet mall in New Jersey, one of the first brownfield sites in New Jersey. Site remediation and redevelopment activities included:
(a) placement of approximately 2.8 million cubic yards of recycled material, including 0.8 million



**ENVIRONMENT & HEALTH**

cubic yards of amended dredged material, as non-structural fill; (b) a site-wide leachate collection system; (c) containment of PCB contaminated areas; (d) a 12-foot R.C.P. to replace a 60-foot wide, 4,800-foot long ditch previously leaching contaminants into Newark Bay; (e) removal and disposal of 1,500 tons of hazardous waste; (f) wetland mitigation; (g) engineered caps; and (h) vapor control systems for buildings, including two hotels. Prepared as-built engineering plans for submittal to environmental agencies.

**Litigation Support**
- *Jefferson Parish Landfill (2019 to Present).* Technical director for a Federal Court case regarding odor complaints emanating from an operating landfill in the southeastern United States. Led the collection of data in support of air modelling efforts and assisted in the preparation of sections of an expert report dealing with landfill gas generation, control and migration.
- *Confidential Client, Zambia (2019).* Provided technical support related to claims on environmental impacts associated with ongoing mining operations in Zambia.
- *Government of the Dominican Republic (2018).* Part of a team of experts that evaluated the geotechnical and ecological impacts of a proposed development project in the rainforest in the Dominican Republic under the Arbitration Rules of the United Nations Commission on International Trade Law.
- *Government of Ecuador (2016 to 2020)*. Served as the technical lead for an international arbitration project under the International Centre for Settlement of Investment Disputes involving the construction, operation, maintenance, and closure of oil drilling platforms in the Amazon forest.
- *Confidential Client, New York (2015 to 2016)*. Prepared sections of an expert report on the historical management and resulting environmental impacts of PCBs at a closed disposal facility.
- *Confidential Client, New Jersey (2013 to 2015)*. Served as a technical expert for the alternate dispute resolution regrading the historical disposal of materials at a former sand pit.
- *LMS – Landfill Gas Migration (2010 to 2012).* Prepared sections of an expert report in the matters of the Supreme Court of Victoria, Australia, Proceeding No. 9776 of 2008, in response to technical questions in connection with the migration of landfill gas and impacted groundwater from the landfill site to a residential development. The technical matters were addressed in the expert report, which was presented to the Victoria Supreme Court in December 2011.
- *Confidential Client, New Jersey (2007 to 2008)*. Provided expert testimony with respect to the source of groundwater contamination at a former service station and developed engineering cost estimates in support of bankruptcy court filings and settlement.

> **Experience on Brownfield Redevelopment, Construction Management, Environmental Permitting, Environmental Investigation and Remediation, Feasibility and Corrective Measures Studies, Geotechnical Engineering, Sediment Engineering, and Closure not included in this CV**

## CAREER
2005-Present
**Senior Manager to Principal, Ramboll (formerly ENVIRON), Princeton, New Jersey**

2001-2005
**Senior Associate to Project Manager, Icon Engineering/CME Associates, Princeton, New Jersey**

1998-2001
**Engineer to Project Manager, Sadat Associates, Inc.., Princeton, New Jersey**

1996-1998
**Project Engineer, Dames & Moore, Chicago, Illinois**