UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | CIVIL ACTION |
| Plaintiffs | NO. 19-11133, c/w 19-14512 |
| V. | SECTION: "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | JUDGE: Morgan |
| Defendants | MAGISTRATE JUDGE: North |
| *Applies to: Both Cases* | |

## MOTION
## TO EXCLUDE TESTIMONY OF ALI HASHIMI

Pursuant to §VI.2 of the Thirteenth Case Management Order, Plaintiffs move this Court to limit the testimony of proposed defense expert Ali Hashimi. For the reasons stated herein, his improper opinions, as set forth below, should be excluded.

1. Mr. Hashimi seeks to offer improper legal opinions which either give legal interpretations of contractual documents or offer no more than arguments than those which might be made by counsel.

2. Of the 32 opinions offered by Mr. Hashimi, 15 of them should be excluded on these bases.

3. Plaintiffs incorporate by reference their accompanying brief in support of this motion to limit Mr. Hashimi's testimony.

WHEREFORE, for the reasons set forth above and as set forth in their accompanying brief in support of this motion to limit Mr. Hashimi's testimony, Plaintiffs respectfully request that this Court preclude Defendants from presenting the 15 improper opinions.

Respectfully submitted, this 6th day of June, 2024

        /s/ S. Eliza James
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
FORREST CRESSY & JAMES, LLC
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com


        /s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Harry S. Johnson (Admitted Pro Hac Vice)
James Jeffcoat (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@wtplaw.com
erowe@wtplaw.com
mchilders@wtplaw.com
*Counsel For Addison Plaintiffs*