# In the Matter Of:

## Addison, et al. vs Louisiana Regional Landfill Co.

19-cv-11133

# BALDWIN R. JUSTICE

*April 15, 2024*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4

 5   FREDERICK ADDISON, ET AL     CIVIL ACTION

 6   VERSUS                       NO. 19-cv-11133

 7   LOUISIANA REGIONAL LANDFILL
     COMPANY ET AL                SECTION E
 8

 9

10

11   VIDEOTAPED DEPOSITION OF BALDWIN R. JUSTICE, TAKEN IN
     THE OFFICES OF LISKOW & LEWIS, 701 POYDRAS STREET,
12   SUITE 5000, ON THE 15TH DAY OF APRIL, 2024,
     COMMENCING AT 9:34 A.M. AND CONCLUDING AT 11:40 A.M.
13

14

15

16   REPORTED BY:

17
             RUBY M. WALLEN
18           CERTIFIED COURT REPORTER

19

20

21

22

23

24

25
```



```
 1   depositions.                                                     09:50:00
 2          Q.     Have you spoken to any of the property             09:50:01
 3   owners?                                                          09:50:09
 4          A.     No. I have not.                                    09:50:11
 5          Q.     Have you spoken to any of the adjacent             09:50:15
 6   property owners?                                                 09:50:17
 7          A.     No. I have not.                                    09:50:18
 8          Q.     Those being people, I'm sorry.  To                 09:50:20
 9   clarify, those people living around the homes that               09:50:22
10   are at issue in this case.                                       09:50:25
11          MR. MIMS:                                                 09:50:26
12                 I'm going to object to form.                       09:50:26
13          THE WITNESS:                                              09:50:28
14                 No.  I have not directly spoken with               09:50:29
15   any of the property owners adjoining the properties.             09:50:31
16   BY MR. JOHNSON:                                                  09:50:38
17          Q.     Has your, the person that assisted you             09:50:38
18   spoken to any of the plaintiffs?                                 09:50:39
19          A.     No.                                                09:50:41
20          Q.     Have you been told that there was a                09:50:55
21   general causation trial in this case?                            09:50:57
22          A.     No. Not to my knowledge.                           09:51:02
23          Q.     So if you have not been told that                  09:51:04
24   there was a general causation trial, have you been               09:51:28
25   provided with a copy of the findings of fact and                 09:51:33
```



| | | |
|---|---|---|
| 1 | conclusions of law issued by Judge Susie Morgan on | 09:51:35 |
| 2 | November 29, 2022? | 09:51:39 |
| 3 |     A.    I do not believe I've been provided | 09:51:42 |
| 4 | that. | 09:51:44 |
| 5 |     Q.    Sir, I'm going to read you something | 09:51:44 |
| 6 | from that judge's finding and ask you if you have | 09:51:51 |
| 7 | been, since you haven't been provided with the | 09:51:54 |
| 8 | opinion, I'm going to ask you if you have been told | 09:51:56 |
| 9 | this information. | 09:51:58 |
| 10 |     Counsel, I am referring to the | 09:52:00 |
| 11 | opinion, the findings of fact and conclusion of law | 09:52:04 |
| 12 | from Judge Morgan.  It is case number 2:19-CV-11133. | 09:52:08 |
| 13 | Madam Court Reporter, if I start talking too fast, | 09:52:18 |
| 14 | just let me know because I talk fast. | 09:52:20 |
| 15 |     Let me start over again.  Case number | 09:52:22 |
| 16 | 2:19-CV-11133-Capital S, capital M-MBN.  And it is | 09:52:25 |
| 17 | document number 323, filed 11-9-22. | 09:52:42 |
| 18 |     And, counsel, I'm referring to Page 41 | 09:52:50 |
| 19 | and 42 of Judge Morgan's opinion.  And let me know | 09:52:53 |
| 20 | when you are there, so I won't start reading until | 09:52:58 |
| 21 | you tell me you are ready. | 09:53:01 |
| 22 |     MR. MIMS: | 09:53:03 |
| 23 |     Harry, we don't have that document, | 09:53:04 |
| 24 | but if you want to pull it up, we are happy to look | 09:53:05 |
| 25 | at it. | 09:53:08 |



| | | |
|---|---|---|
| 1 | MR. JOHNSON: | 09:53:08 |
| 2 | Well, I don't have it to pull up. But | 09:53:08 |
| 3 | you all had it. So I will read it, and if someone | 09:53:12 |
| 4 | thinks I have read it correctly, they can put an | 09:53:16 |
| 5 | objection on the record and we will do what we need | 09:53:18 |
| 6 | to do. | 09:53:20 |
| 7 | MR. MIMS: | 09:53:20 |
| 8 | That's fine. | 09:53:20 |
| 9 | BY MR. JOHNSON: | 09:53:20 |
| 10 | Q.   Okay.  Thank you sir.  Page 41 in the | 09:53:22 |
| 11 | judge's opinion.  "The odor complaints by residents | 09:53:26 |
| 12 | are consistent with these findings and show an | 09:53:28 |
| 13 | interference with daily life and loss of use and | 09:53:32 |
| 14 | enjoyment of their property.  Examples of how | 09:53:34 |
| 15 | residents alter their daily life include not wanting | 09:53:37 |
| 16 | to go outside, being unable to enjoy outdoor | 09:53:40 |
| 17 | activities, like walking the dog, watching sports at | 09:53:43 |
| 18 | the playground and yardwork, feeling trapped in their | 09:53:45 |
| 19 | homes, avoiding inviting people over due to | 09:53:49 |
| 20 | embarrassment, fearing for the health of themselves | 09:53:56 |
| 21 | and their families, having to leave their homes and | 09:53:57 |
| 22 | sleep elsewhere during the odor and moving to escape | 09:54:01 |
| 23 | the odor." | 09:54:04 |
| 24 | Did I speak clearly enough for you to | 09:54:06 |
| 25 | understand what I just read to you, sir? | 09:54:08 |



```
 1         A.    Yes.                                              09:54:10
 2         Q.    Okay.  Have you ever been told that               09:54:10
 3   Judge Morgan found that in the general causation              09:54:16
 4   portion of this trial?                                        09:54:19
 5         MR. MIMS:                                               09:54:20
 6               Object to form.                                   09:54:21
 7         THE WITNESS:                                            09:54:22
 8               I have not been given that                        09:54:22
 9   information.                                                  09:54:24
10   BY MR. JOHNSON:                                               09:54:25
11         Q.    Would that information have been                  09:54:26
12   important to you in the opinions that you are                 09:54:28
13   rendering in this case?                                       09:54:30
14         MR. MIMS:                                               09:54:31
15               Object to form.                                   09:54:32
16         THE WITNESS:                                            09:54:36
17               No.  In my expert, with regard to my              09:54:36
18   expert opinion, no, that would not have impacted my           09:54:37
19   opinions.                                                     09:54:40
20   BY MR. JOHNSON:                                               09:54:40
21         Q.    So your expert opinion is not impacted            09:54:41
22   by findings of fact made by the trier of fact in this         09:54:46
23   case, the judge?                                              09:54:47
24         MR. MIMS:                                               09:54:48
25               Object to form.                                   09:54:49
```

