**In the Matter Of:**

Addison, et al. vs Louisiana Regional Landfill Co.

19-cv-11133

---

**BALDWIN R. JUSTICE**

*April 15, 2024*

---



800.211.DEPO (3376)
EsquireSolutions.com

EXHIBIT 1

BALDWIN R. JUSTICE                                        April 15, 2024
Addison, et al. vs Louisiana Regional Landfill Co.                    1

1           UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF LOUISIANA

3

4

5   FREDERICK ADDISON, ET AL    CIVIL ACTION

6   VERSUS                      NO. 19-cv-11133

7   LOUISIANA REGIONAL LANDFILL
    COMPANY ET AL               SECTION E

8

9

10

11  VIDEOTAPED DEPOSITION OF BALDWIN R. JUSTICE, TAKEN IN
    THE OFFICES OF LISKOW & LEWIS, 701 POYDRAS STREET,
12  SUITE 5000, ON THE 15TH DAY OF APRIL, 2024,
    COMMENCING AT 9:34 A.M. AND CONCLUDING AT 11:40 A.M.

13

14

15

16  REPORTED BY:

17
            RUBY M. WALLEN
18          CERTIFIED COURT REPORTER

19

20

21

22

23

24

25



EXHIBIT 1

BALDWIN R. JUSTICE                                      April 15, 2024
Addison, et al. vs Louisiana Regional Landfill Co.              2

```
 1    APPEARANCES:

 2    REPRESENTING THE PLAINTIFFS:

 3              FORREST CRESSY & JAMES
               ATTORNEYS AT LAW
 4              BY:  S. ELIZA JAMES
               1222 ANNUNCIATION
 5              NEW ORLEANS, LOUISIANA 70130

 6                   -AND-

 7
               WHITEFORD TAYLOR & PRESTON  (VIA ZOOM)
 8              ATTORNEYS AT LAW
               BY:  HARRY S. JOHNSON, ESQ.
 9              1800 M STREET, NW, SUITE 450N
               WASHINGTON, DC 20036
10
               202.659.6800
11              HJOHNSON@WTPLAW.COM

12    REPRESENTING WASTE CONNECTIONS US, INC., WASTE
      CONNECTIONS BAYOU, INC. AND LOUISIANA REGIONAL
13    LANDFILL COMPANY:

14              LISKOW & LEWIS
               ATTORNEYS AT LAW
15              BY:  MICHAEL C. MIMS, ESQ.
               701 POYDRAS STREET, SUITE 5000
16              NEW ORLEANS, LOUISIANA 70139

17              504.581.7979
               MICHAEL.MIMS@LISKOW.COM
18

19

20

21

22

23

24

25
```



BALDWIN R. JUSTICE                                    April 15, 2024
Addison, et al. vs Louisiana Regional Landfill Co.                 3

```
 1   REPRESENTING APTIM CORP.:

 2            GIEGER LABORDE & LAPEROUSE
              ATTORNEYS AT LAW              (VIA ZOOM)
 3            BY:  JOHN E. BAAY, III, ESQ.
              701 POYDRAS STREET, SUITE 4800
 4            NEW ORLEANS, LOUISIANA 70139

 5            504.561.0400
              JBAAY@GLLLAW.COM
 6
     REPRESENTING JEFFERSON PARISH:
 7
              CONNICK AND CONNICK
 8            ATTORNEYS AT LAW
              BY:  MICHAEL S. FUTRELL, ESQ. (IN PERSON)
 9            MATTHEW D. MOGHIS, ESQ.      (VIA ZOOM)
              3421 NORTH CAUSEWAY BOULEVARD, SUITE 408
10            METAIRIE, LOUISIANA 70002

11            504.681.6658
              MFUTRELL@CONNICKLAW.COM
12            MOGHIS@CONNICKLAW.COM

13
     ALSO PRESENT:
14

15            DIANA MONEKE, WHITEFORD TAYLOR & PRESTON
              (VIA ZOOM)
16

17   THE VIDEOGRAPHER:

18
              MARK ANCALADE
19

20

21   REPORTED BY:

22
              RUBY M. WALLEN
23            CERTIFIED COURT REPORTER

24

25
```



BALDWIN R. JUSTICE                                        April 15, 2024
Addison, et al. vs Louisiana Regional Landfill Co.                    4

```
 1                    EXAMINATION INDEX

 2
       EXAMINATION BY                              PAGE
 3

 4     Mr. Johnson.....................................7
       Mr. Mims.......................................74
 5

 6

 7

 8

 9                     EXHIBIT INDEX
10

11     EXHIBIT NO.                                PAGE

12     Exhibit 1......................................16
       March 8, 2024 McEnery Market Study report
13

14

15

16

17

18

19

20

21

22

23

24

25
```



BALDWIN R. JUSTICE                                          April 15, 2024
Addison, et al. vs Louisiana Regional Landfill Co.                        5

```
 1              S T I P U L A T I O N

 2

 3              It is stipulated and agreed by and between

 4    counsel for the parties hereto that the deposition of

 5    the aforementioned witness is hereby being taken

 6    under the Federal Rules of Civil Procedure, for all

 7    purposes, in accordance with law;

 8              That the formalities of reading and signing

 9    are specifically not waived;

10              That all objections, save those as to the

11    form of the question and the responsiveness of the

12    answer, are hereby reserved until such time as this

13    deposition, or any part thereof, may be used or

14    sought to be used in evidence.

15

16              *    *    *    *

17

18              RUBY M. WALLEN, Certified Court Reporter,

19    in and for the Parish of Orleans, State of Louisiana,

20    officiated in administering the oath to the witness.

21

22

23

24

25
```



| | | |
|---|---|---|
| 1 | BALDWIN R. JUSTICE, | 08:59:58 |
| 2 | after having been first duly sworn by the | 08:59:58 |
| 3 | above-mentioned court reporter, did testify as | 08:59:58 |
| 4 | follows: | 09:33:49 |
| 5 | THE VIDEOGRAPHER: | 09:34:09 |
| 6 | We are now on the record.  The time is | 09:34:16 |
| 7 | 9:34 A.M.  This is the video deposition of Mr. | 09:34:18 |
| 8 | Baldwin Richard Justice.  Today's deposition is being | 09:34:22 |
| 9 | held at 701 Poydras Street, New Orleans, Louisiana, | 09:34:25 |
| 10 | on April the 15th, 2023. | 09:34:29 |
| 11 | My name is Mark Ancalade, the | 09:34:31 |
| 12 | videographer.  Today's court reporter is Miss Ruby | 09:34:33 |
| 13 | Wallen. | 09:34:36 |
| 14 | I would ask that counsel please state | 09:34:36 |
| 15 | their names for the record, which thereafter will the | 09:34:38 |
| 16 | court reporter please swear in the witness. | 09:34:42 |
| 17 | MR. JOHNSON: | 09:34:45 |
| 18 | My name is Harry S. Johnson, and along | 09:34:45 |
| 19 | with Miss Eliza James, we represent the plaintiffs. | 09:34:50 |
| 20 | I also have with me Miss Diana Moneke who is my | 09:34:52 |
| 21 | intern. | 09:34:56 |
| 22 | MR. MIMS: | 09:34:57 |
| 23 | Michael Mims on behalf of the Waste | 09:34:58 |
| 24 | Connections defendants. | 09:35:00 |
| 25 | MR. FUTRELL: | 09:35:01 |



| | | |
|---|---|---|
| 1 | Michael Futrell and Matthew Moghis on | 09:35:03 |
| 2 | behalf of the Parish of Jefferson. | 09:35:04 |
| 3 | MR. BAAY: | 09:35:04 |
| 4 | John Baay on behalf of Aptim | 09:35:08 |
| 5 | Corporation. | 09:35:11 |
| 6 | THE REPORTER: | |
| 7 | Would you raise your right hand?  Do | |
| 8 | you swear to tell the truth, the whole truth and | |
| 9 | nothing but the truth? | |
| 10 | THE WITNESS: | |
| 11 | Yes. | 09:35:19 |
| 12 | EXAMINATION BY MR. JOHNSON: | 09:35:19 |
| 13 | Q.    Good morning, Mr. Justice. | 09:35:21 |
| 14 | A.    Good morning. | 09:35:24 |
| 15 | Q.    Can you hear me clearly? | 09:35:24 |
| 16 | A.    Yes. | 09:35:26 |
| 17 | Q.    Okay.  I introduced myself to you | 09:35:26 |
| 18 | before the deposition began, but my name is Harry | 09:35:29 |
| 19 | Johnson.  I am one of the attorneys for the | 09:35:31 |
| 20 | plaintiffs in the Addison case, and my colleague Miss | 09:35:34 |
| 21 | James is in the room with you in New Orleans. | 09:35:37 |
| 22 | Has everyone that's in the room other | 09:35:39 |
| 23 | than the Court Reporter identified themselves for the | 09:35:42 |
| 24 | record? | 09:35:43 |
| 25 | A.    Yes.  You are asking me.  Yes.  I'm | 09:35:48 |



| | | |
|---|---|---|
| 1 | A.        We provided an opinion with respect to | 10:19:48 |
| 2 | the loss of enjoyment and whether it had occurred. | 10:19:57 |
| 3 | And based on my professional opinion as a real estate | 10:20:00 |
| 4 | expert, the loss of enjoyment would be, there would | 10:20:04 |
| 5 | be illustrated in the evidence via a diminution in | 10:20:11 |
| 6 | value and market trending. | 10:20:14 |
| 7 | Q.        Sir, how do you know if there was a | 10:20:16 |
| 8 | loss of enjoyment of a property if you've never | 10:20:18 |
| 9 | talked to the plaintiffs or you've never read their | 10:20:20 |
| 10 | deposition testimony? | 10:20:22 |
| 11 | MR. MIMS: | 10:20:23 |
| 12 | Object to form. | 10:20:24 |
| 13 | THE WITNESS: | 10:20:26 |
| 14 | Well, what I can say in my | 10:20:26 |
| 15 | professional opinion, based on the information | 10:20:28 |
| 16 | provided to me that these were neighborhoods and | 10:20:30 |
| 17 | communities that were alleged to have been impacted | 10:20:33 |
| 18 | by noxious odors, and as such, as a real estate | 10:20:39 |
| 19 | expert, it is my opinion that the loss of enjoyment, | 10:20:43 |
| 20 | which is a bundle of right, any infringement on a | 10:20:47 |
| 21 | bundle of right, is going to be illustrated in market | 10:20:49 |
| 22 | data during that period of time of that loss of the | 10:20:55 |
| 23 | bundle, the loss of enjoyment.  And therefore, the | 10:20:58 |
| 24 | market data tells me that there has been no loss of | 10:21:00 |
| 25 | enjoyment. | 10:21:09 |



1       Q.       All right, sir.  Tell me what, what        10:21:11

2   reference, what appraisal document or something you     10:21:14

3   considered authoritative that supports the opinion      10:21:20

4   that you just stated?                                   10:21:22

5       A.       Well, it is widely accepted under          10:21:24

6   USPAP and the Appraisal Institute, that any level of    10:21:29

7   valuation assignment requires analysis of the           10:21:33

8   property and its marketability.  And part and parcel    10:21:39

9   with the understanding of the marketability of a        10:21:44

10  property is the limitations on the rights or not.  So   10:21:47

11  any loss of rights are going to have an impact on the   10:21:53

12  marketability of a property, and that will be           10:21:59

13  translated into market data.  That is widely accepted   10:22:02

14  appraisal practice.                                     10:22:06

15               And the 13th edition of the Appraisal      10:22:09

16  Institute it states "real property ownership involves   10:22:12

17  not only the identification and valuation of a          10:22:14

18  variety of rights, but also the analysis of the many    10:22:17

19  limitations on those rights and the effect those        10:22:21

20  limitations have on value."                             10:22:23

21               So what I'm indicating is that             10:22:24

22  routinely, basically every appraisal assignment, not    10:22:27

23  basically. With every appraisal assignment that I       10:22:30

24  complete, there must be consideration for the bundle    10:22:33

25  of rights of the property, of the property ownership.   10:22:38



BALDWIN R. JUSTICE                                    April 15, 2024
Addison, et al. vs Louisiana Regional Landfill Co.                    79

```
 1                    REPORTER'S CERTIFICATE

 2

 3           I, Ruby Wallen, Certified Court Reporter,
     in and for the State of Louisiana, as the officer
 4   before whom this testimony was taken, do hereby
     certify that the witness, after having been duly
 5   sworn by me upon authority of R.S. 37:2554, did
     testify as set forth in the foregoing pages; that
 6   this testimony was reported by me in stenotype,
     prepared and transcribed by me or under my personal
 7   direction and supervision, and is a true and correct
     transcript to the best of my ability and
 8   understanding; that the transcript has been prepared
     in compliance with transcript format guidelines
 9   required by statute or by rules of the board, and
     that I am informed about the complete arrangement,
10   financial or otherwise, with the person or entity
     making arrangements for deposition services, that I
11   have acted in compliance with the prohibition on
     contractual relationships, as defined by Louisiana
12   Code of Civil Procedure Article 1434 and in rules and
     advisory opinions of the board; that I have no
13   knowledge of any contractual relationship, direct or
     indirect, between a court reporting firm and any
14   party litigant in this matter, nor is there any such
     relationship between myself and a party litigant in
15   this matter.  I am not related to counsel or to the
     parties herein, nor am I otherwise interested in the
16   outcome of this matter.

17

18           _____
19           RUBY M. WALLEN, CSR NO. 78022

20

21

22

23

24

25
```

