UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512 |
| **VERSUS** | SECTION: "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants | JUDGE: Morgan<br>MAGISTRATE JUDGE: North |
| *Applies to: All Cases* | |

### DECLARATION OF MICHAEL C. MIMS IN SUPPORT OF THE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. BROBSON LUTZ

I, Michael C. Mims, hereby declare as follows:

1.  I am a Shareholder of the law firm Liskow & Lewis, APLC ("Liskow"), and am duly admitted to practice before this Court.

2.  I represent the Waste Connections Defendants[1] in the above-referenced litigation and consolidated actions.

3.  I submit this Declaration in support of the Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of Dr. Brobson Lutz. I am fully familiar with the facts set forth herein.

4.  Attached hereto as Exhibit 1 is a true and correct copy of the excerpts of the Deposition of Vernice Lewis.

---

[1] "Waste Connections Defendants" collectively refers to Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company.

5. Attached hereto as Exhibit 2 is a true and correct copy of the excerpts of the Deposition of Tyrone Thompson.

6. Attached hereto as Exhibit 3 is a true and correct copy of the excerpts of the Deposition of Andrew Section.

7. Attached hereto as Exhibit 4 is a true and correct copy of the excerpts of the Deposition of Jonathan Tate.

8. Attached hereto as Exhibit 5 is a true and correct copy of the excerpts of the Deposition of Stanley Meyers.

9. Attached hereto as Exhibit 6 is a true and correct copy of the excerpts of the Deposition of Robert DeLorenzo, M.D., Volume I.

10. Attached hereto as Exhibit 7 is a true and correct copy of the excerpts of the Deposition of Robert DeLorenzo, M.D., Volume II.

11. Attached hereto as Exhibit 8 is a true and correct copy of the excerpts of the Deposition of Brobson Lutz, M.D..

12. Attached hereto as Exhibit 9 is a true and correct copy of the excerpts of the Deposition of Michael Spodak, M.D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 13, 2024.

By: _____

**Michael C. Mims**