```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4
   FREDERICK ADDISON, ET AL.      CIVIL ACTION NO.
 5                                19-11133, c/w
   VS.                            19-14512
 6
   LOUISIANA REGIONAL             Section: "E" (5)
 7 LANDFILL COMPANY, ET AL.
 8
 9  * * * * * * * * * * * * * * * * * * * * * * * *
10        The videotaped deposition of VERNICE LEWIS,
11 taken in connection with the captioned cause,
12 pursuant to the following stipulations before
13 RITA A. DEROUEN, Certified Court Reporter, on the
14 29th of November, 2023, beginning at 9:15 a.m.
15
16
17
18
19
20
21
22
23
24
25
```

1  about the conditions you allege in this --
2      A.   Okay.
3      Q.   -- in this lawsuit.
4           What physical injuries are you claiming
5  you have suffered as a result of the odor from the
6  Jefferson Parish Landfill?
7      A.   You mean like vomiting and stuff like
8  that?
9      Q.   Uh-huh.
10     A.   Vomiting, I was nauseated, and allergies.
11     Q.   Okay.  Are you also making a claim for
12 mental injuries from exposure to the landfill
13 odors?
14     A.   No.
15     Q.   All right.  First I'm going to talk about
16 vomiting.
17          Do you recall vomiting due to the smell of
18 the odors from --
19     A.   Yes.
20     Q.   -- 20 -- during the relevant time period?
21     A.   Yes.
22     Q.   Do you recall how many times you vomited?
23     A.   Two or three times a day.
24     Q.   Okay.  And that began in the summer of
25 2017?

1    A.   Yes.
2    Q.   Two to three times a day, was that every
3 day?
4    A.   Practically every day.
5    Q.   Okay.  When did the vomiting symptoms end?
6    A.   I can't recall the date it end, but it was
7 terrible for a long time.
8    Q.   Okay.  Did you experience the vomiting
9 every time you smelled the odor?
10   A.   Yes.
11   Q.   So going back to the chart in the
12 plaintiff fact sheet, that was seven days a week
13 from the summer of 2017 through the end of 2019?
14   A.   Yes.  Nauseated and all that.
15   Q.   Okay.  I'm talking about vomiting.
16   A.   Yes.
17   Q.   Okay.  Would the vomiting come on
18 immediately when you smelled the odor?
19   A.   Yes.
20   Q.   Okay.  And how long would you -- would you
21 vomit each time?
22   A.   I never counted.
23   Q.   Okay.  Would it be -- would you vomit food
24 that you had previously eaten?
25   A.   Whatever I ate and it came -- it would

1  come out.
2      Q.  It sounds pretty serious, but on a scale
3  of 1 to 10, how severe would you say your vomiting
4  was?
5      A.  About an 8.
6      Q.  And that was -- scratch that.
7          You mentioned you don't recall when the
8  symptoms ended.  If you'd pull up your plaintiff
9  fact sheet on page 4.
10     A.  Okay.
11     Q.  And I'm looking -- starting at line 99.
12     A.  All right.
13     Q.  Do you see your answers provided from --
14 on lines 102 and 103?
15     A.  Yes.
16     Q.  And it says, "2017 to 2018, symptoms
17 began.  Last experience, spring of 2018."
18         Does that refresh your memory of the last
19 time you experienced vomiting?
20     A.  No.  I know 2017 and 2019.  I didn't write
21 no 2018.
22     Q.  So the information provided on line 103 is
23 incorrect?
24     A.  Yes.
25     Q.  But you don't know how this information on