**EXHIBIT 2**

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   FREDERICK ADDISON, ET AL.,    CIVIL ACTION NO.
              Plaintiffs,          19-11133, c/w 19-14512
 5
     VERSUS                        SECTION: "E" (5)
 6
     LOUISIANA REGIONAL
 7   LANDFILL COMPANY, ET AL.,
              Defendants.
 8
 9   * * * * * * * * * * * * * * * * * * * * * * * * *
10          TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:
11                   TYRONE THOMPSON,
12   TAKEN ON BEHALF OF DEFENDANTS LOUISIANA REGIONAL
13   LANDFILL COMPANY, WASTE CONNECTIONS BAYOU, INC., AND
14   WASTE CONNECTIONS US, INC.
15   * * * * * * * * * * * * * * * * * * * * * * * * *
16             REPORTED AT THE LAW OFFICES OF:
17             FORREST CRESSEY & JAMES, LLC
18             1222 ANNUNCIATION STREET
19             NEW ORLEANS, LOUISIANA  70130
20
          COMMENCING AT 9:07 A.M., ON JUNE 2, 2023
21
22
     Reported by:
23
        YOLANDA J. PENA, Certified
24      Court Reporter No. 2017002
        in and for the State of
25      Louisiana
```

1          MR. MOGHIS:  I'm sorry.  I missed the
2     time frame on that question.
3          MS. JAMES:  2017 to 2019 was the time
4     frame.
5          I think that that's all I have.  They
6     might have a few follow-up questions, but I
7     think you're almost at the finish line.
8          THE WITNESS:  Okay.
9          MS. KREBS:  I apologize.  I do have a
10    few follow-up questions.
11                 RE-EXAMINATION
12  BY MS. KREBS:
13    Q.   So the last symptom that you mentioned was
14  vomiting once a day.  Was that -- would you vomit once
15  a day throughout summer 2017 through the end of 2017?
16    A.   Yes.
17    Q.   Okay.  And was that the same for 2018?
18    A.   Yes.
19    Q.   And the same for 2019?
20    A.   Yes.
21    Q.   Okay.
22         MS. KREBS:  Not sure?
23         MR. MOGHIS:  Yeah, I have a couple.
24         MS. KREBS:  Okay.
25                 RE-EXAMINATION