```
                                                        Page 1
 1          UNITED STATES DISTRICT COURT
 2          EASTERN DISTRICT OF LOUISIANA
 3    * * * * * * * * * * * * * * * * * * * * *
      FREDERICK ADDISON, et              CASE NO.
 4    al.,                               19-11133
              Plaintiffs,                c/w 19-14512
 5       v.
      LOUISIANA REGIONAL                 Section:"E" (5)
 6    LANDFILL COMPANY, et               JUDGE: Morgan
      al.,                               MAGISTRATE
 7            Defendants.                JUDGE: North
 8
 9    * * * * * * * * * * * * * * * * * * * * *
10
11                   VIDEOTAPED
                     DEPOSITION
12                       OF
                   ANDREW SECTION
13
                     taken on
14            Tuesday, April 18, 2023
15          commencing at 12:00 p.m.
16                    at the
                FOUR SEASONS HOTEL
17                2 Canal Street
               New Orleans, Louisiana
18
         Reported By:  MARYBETH E. MUIR, CCR, RPR
19
      * * * * * * * * * * * * * * * * * * * * *
20
21
22
23
24
25
```

Page 73

1      And did you pay for it?
2      A.    Uhmm, I think I had insurance, but it
3   wouldn't -- you had to pay out of your pocket.
4      Q.    Okay.
5      A.    I'm not sure.  I'm not really sure.
6      Q.    Okay.
7            And how long did the headaches last when
8   you had them?
9      A.    A little while, you know.  Maybe an
10  hour, two hours, three hours.
11     Q.    Okay.
12     A.    It was just a constant headache.
13     Q.    Kind of a dull headache or was it
14  something that you had to go lay down and go to
15  sleep?
16     A.    No, I just rest myself.  You know, just
17  relax, you know, sit down a minute.
18     Q.    Okay.
19           And what about -- you said that you
20  threw up?
21     A.    Yes.
22     Q.    How often did that happen?
23     A.    That was -- just say maybe twice --
24  maybe one day and then I'll the next day maybe.
25  Maybe every two or three days.

```
                                                    Page 74
 1        Q.    Two or three days a week?
 2        A.    In the week, yeah.  I don't know, but
 3   probably because of the smell because that smell was
 4   horrible.
 5        Q.    Okay.
 6        A.    You couldn't hardly hold nothing in your
 7   stomach.  I lost a lot of weight.
 8        Q.    How much do you currently weigh?
 9        A.    I weigh 160 now.
10        Q.    And how much did you weigh before the
11   smell happened?
12        A.    About 139.
13        Q.    139?
14        A.    Uh-huh.
15        Q.    And you weigh 160 now?
16        A.    Yeah.
17        Q.    Around 160?
18        A.    Yeah.
19        Q.    So you gained a little weight back?
20        A.    Yeah, I gained a lot of weight.
21        Q.    Okay.
22        A.    It doesn't look like it.
23        Q.    Who does the cooking in your house?
24        A.    Me.
25        Q.    What do you like to cook?
```