Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FREDERICK ADDISON, ET AL    CIVIL ACTION NO.
    19-11133, c/w 19-14512

VERSUS

    SECTION: "E" (5)

LOUISIANA REGIONAL
LANDFILL COMPANY, ET AL

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

JONATHAN TATE

TAKEN AT THE LAW OFFICES OF FORREST CRESSY & JAMES,

1222 ANNUNCIATION STREET, NEW ORLEANS, LOUISIANA

70130, COMMENCING AT 9:10 A.M., ON FEBRUARY 8, 2024

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Reported by:

    YOLANDA J. PENA, Certified
    Court Reporter No. 2017002
    in and for the State of
    Louisiana

Page 60

1  follow-up appointment.  I'm waiting to see because I

2  don't know her name exactly.

3       Q.   When was that?

4       A.   It was last year, near to end of last year.

5       Q.   What were you seeing her for?

6       A.   Concussion.

7       Q.   Was that related to a motor vehicle accident?

8       A.   Correct.

9       Q.   Have you ever seen a neurologist for any other

10  reason?

11      A.   No, sir.

12      Q.   I have written down here that in your first

13  deposition, you testified that at some point you

14  personally were throwing up twice a day because of

15  odors in Waggaman.  Is that accurate?

16      A.   Yes, sir.

17      Q.   How long were you throwing up for about twice

18  a day because of odors?

19      A.   A few months.

20      Q.   Do you know when that was?

21      A.   No, not exactly.

22      Q.   Sometime during the 2017 to 2020 time period,

23  you think?

24      A.   Yes, sir.

25      Q.   So for a few months during that 2017 to 2020