Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3      * * * * * * * * * * * * * * * * * * * * *
        FREDERICK ADDISON, et              CASE NO.
 4      al.,                               19-11133
                Plaintiffs,                c/w 19-14512
 5         v.
        LOUISIANA REGIONAL                 Section:"E" (5)
 6      LANDFILL COMPANY, et               JUDGE: Morgan
        al.,                               MAGISTRATE
 7              Defendants.                JUDGE: North
 8
 9      * * * * * * * * * * * * * * * * * * * * *
10
                          VIDEOTAPED
11                        DEPOSITION
                             OF
12                      STANLEY MEYERS
13                        taken on
                   Thursday, April 20, 2023
14
                   commencing at 9:03 a.m.
15
                           at the
16                   FOUR SEASONS HOTEL
                      2 Canal Street
17                 New Orleans, Louisiana
18      Reported By:  MARYBETH E. MUIR, CCR, RPR
19      * * * * * * * * * * * * * * * * * * * * *
20
21
22
23
24
25
```

Page 100

1  BY MR. HADDEN:
2      Q.   And did you read those injuries from
3  Section No. 3 on Page No. 4 of the Plaintiff Fact
4  Sheet?
5           MR. CHILDERS:  Objection, form.
6      A.   No.  You asked me what I was going
7  through at that time, no.
8      Q.   So you just remember that you were going
9  through all this?
10      A.   Yes.
11      Q.   Now, I'm going to go through each of
12  these and ask a couple of questions.  For your sore
13  throat, when did you first experience a sore throat?
14           MR. CHILDERS:  Objection, asked and
15           answered.
16  BY MR. HADDEN:
17      Q.   You can answer.
18      A.   From like the Winter of 2017 all the way
19  through until the Summer of 2020.
20      Q.   How often would you experience the shore
21  throat from the Winter of 2017 to the Summer of
22  2020?
23      A.   Three or four days a weeks.
24      Q.   And how long would the sore throats
25  last?

Page 104

1    A.    Around the same time.
2    Q.    Just to kind of shortcut it, did your
3  vomiting, night sweats, headaches, anxiety, joint
4  swelling and nosebleeds all start around the same
5  time, which was Winter of 2017?
6    A.    Yes.
7    Q.    And how often did you have nausea?
8    A.    Maybe twice a week.
9    Q.    I don't think I need to ask about
10 severity.  I think nausea was probably a 10 out of
11 10?
12   A.    Yeah.
13   Q.    Did you see a doctor for your nausea?
14   A.    No.
15   Q.    Have you ever complained to Dr. Sneed,
16 Dr. Indanero about the odors that you associate with
17 the Jefferson Parish Landfill?
18   A.    No.
19   Q.    And have you seen Dr. Sneed or Dr.
20 Indanero for your nausea?
21   A.    Dr. -- Dr. Sneed has had me on -- I
22 have been having GI problems of late.
23   Q.    What kind of GI problems?
24   A.    Uhmm, gas, indigestion.
25   Q.    And have you been prescribed any

Page 106

1    Walgreens.
2         Q.   Okay.
3              Just to put on the record, have you had
4    any prescriptions filled at CVS?
5         A.   No.
6         Q.   Night sweats, how often did you
7    experience night sweats?
8         A.   It's three times a week.
9         Q.   Okay.
10             And back to the nausea, that subsided
11   around the Summer of 2020 as well?
12        A.   Yes.
13        Q.   All these conditions began around the
14   Winter of 2017 and subsided around the Summer of
15   2020?
16        A.   Yes.
17        Q.   So to this day do you not suffer from
18   sore throat, nausea, vomiting, night sweats,
19   headaches, anxiety, joint swellings, nosebleeds?
20        A.   Not at the moment.  Everything has
21   gotten better.
22        Q.   So have they resolved to date?
23        A.   They're better.
24        Q.   How severe were your night sweats on a
25   scale of 1 to 10?

Page 107

1    A.    Soaking wet.
2    Q.    How often?
3    A.    Three days a week, three times a week.
4  I had to wash my sheets off.  I was just sweating
5  like crazy.
6    Q.    Did you ever see a doctor for the night
7  sweats?
8    A.    No, I didn't.
9    Q.    Okay.
10   A.    Military tend to hide anxieties and
11 stuff like that.
12   Q.    What's that?
13   A.    We tend to hide anxieties and stuff like
14 that.
15   Q.    We'll get to anxiety in a minute.
16         So you've never been prescribed any
17 medicine for your night sweats?
18   A.    No.
19   Q.    Have you taken any over-the-counter
20 medicine for your night sweats?
21   A.    No.  No, I just thought that I was hot
22 as hell.
23   Q.    Next is headaches.  How often would you
24 get headaches?
25   A.    Uhmm, I would get headaches and I smell

1  that stuff real strong, I probably say I have a
2  headache for five days a week and time is about one
3  to three hours.
4       Q.    Okay.
5            You said when you smelled it. So would
6  headaches present only when you smelled the odor?
7       A.    When I smelled the odor, it was kind of
8  like the nausea kicked in and the vomiting and all
9  that stuff. I was like -- I'm like what's going on.
10      Q.    You mentioned one to three hours. So
11 the headaches varied in severity?
12      A.    Yes. I was taking some aspirin. And
13 Tylenol.
14      Q.    Were you prescribed?
15      A.    I was prescribed a low-dose aspirin all
16 the time and I was taking Tylenol for the headaches.
17 When they came on.
18      Q.    Okay.
19            Did you see a doctor for your headaches?
20      A.    My primary care always treated me. He
21 give me these medications.
22      Q.    Did you ever tell the doctor that your
23 headaches were caused by the odor?
24      A.    No. I was trying to get him to tell me
25 why it was bothering me.

Page 110

1  to figure out what was going on.  Trying to find
2  answers.
3      Q.   Were you ever diagnosed with anxiety?
4      A.   No.
5      Q.   How often would you experience
6  anxiousness?
7           MR. CHILDERS:  Objection, form, asked
8           and answered.
9           You can answer.
10     A.   All right.  I would say the answer is
11 about four times a week.
12     Q.   Okay.
13          Did you ever tell a doctor that your
14 anxiousness was caused by the odor?
15          MR. CHILDERS:  Objection to form.
16          You can answer.
17     A.   No.
18     Q.   Were you prescribed any medicine for
19 your anxiety?
20     A.   No.
21     Q.   Do you take any -- did you take any
22 over-the-counter medicine for your anxiety?
23     A.   No.
24     Q.   And did your anxiety subside in the
25 Summer of 2020?

Page 114

```
 1        A.    Yes.
 2        Q.    All at the West Jeff Pain Management
 3    Clinic?
 4        A.    Yes.
 5        Q.    Okay.
 6              Lastly, nosebleeds, how often did you
 7    have nosebleeds from the Winter of 2017 to Summer of
 8    2020?
 9        A.    At least three times a week.  Like
10    cotton balls in the nose, a little Vick's salve in
11    the nose.
12              MR. CHILDERS:  Vick's.
13              THE WITNESS:  He knows what Vick's
14         salve is.  It helps you breathe.
15    BY MR. HADDEN:
16        Q.    Okay.
17              How severe would the nosebleeds be on a
18    scale of 1 to 10?
19        A.    I would say they were light so I would,
20    say they would be around a 4.
21        Q.    Did you ever see a doctor for your
22    nosebleeds?
23        A.    At times.  It wasn't so irritating where
24    it didn't clean up.
25        Q.    So is that a no?
```