```
                                                              Page 1
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
 3  ***********************************************************
 4   FREDERICK ADDISON, et al.,
 5                  Plaintiffs,        CIVIL ACTION NO.
     vs.                               19-11133,
 6                                     c/w 19-14512
     LOUISIANA REGIONAL LANDFILL
 7   COMPANY, et al.,
 8                  Defendants.
    ***********************************************************
 9
10
                          VOLUME I
11
12            VIDEOTAPED DEPOSITION OF
13        ROBERT DeLORENZO, M.D., Ph.D., M.P.H.
14                    May 3, 2024
15              10:06 a.m. to 6:45 p.m.
16                 Richmond, Virginia
17
18
19
20
21
22
23
24
25  Reported by:  Leslie D. Etheredge, RMR, CCR
```

Page 299

1            THE WITNESS:  I'm sorry.
2       A.    Tinnitus, in 2018, from artillery shell
3  noises, loss of hearing in his left ear, history of
4  rhabdomyolysis, so I -- obviously, was considering
5  the rhabdomyolysis in my decision.  He had a history
6  of sleep apnea, I knew that, it was prior to his
7  exposure, and the symptoms described in the history
8  of present illness, he has chronic headaches, he had
9  no history of headache symptoms described in chief
10 complaint prior to the relevant time period.
11            Now, that is what I got from the records
12 and him.  Now, if there is something different than
13 that in the records, I may have missed it, it's
14 possible.
15            You know, there's a lot of material, and
16 I didn't spend, you know, 500 hours reviewing it.  I
17 did the best I could to do it in an adequate fashion --
18      Q.    How much time did you spend reviewing the
19 medical records, before review -- before authoring
20 your original report?
21      A.    I don't know, maybe 10 hours.
22      Q.    Okay.  You plan to submit invoices to
23 counsel for that; right?
24      A.    Well, that was in that second invoice for
25 25,000.

Page 330

1  re-reviewed smoking issues, and I re-reviewed that
2  and said would this have changed my opinion, looking
3  at it again, and my answer was no, it would not.
4      Q.   Do you remember, in your invoice to
5  counsel, how many hours you billed for review of
6  records prior to drafting your original report?
7      A.   I don't know.  It was probably pretty
8  high, 16 or I don't remember the exact number.
9      Q.   Okay.
10     A.   I haven't billed -- well, I billed for
11 the report part of it.  I didn't bill for the
12 preparation of these reports yet.  I billed just for
13 the IME exams and evaluating them, and then the
14 preparation of the reports, I still have more to bill
15 on that, because I -- you know, I did the rebuttal,
16 which was not in the original evaluations.
17     Q.   So you haven't billed for record review
18 that you did in preparation for drafting these
19 reports?
20     A.   For the first report I did, yes.
21     Q.   And what does that say, about how much
22 time you spent reviewing --
23     A.   I don't have it in front me.  Sometimes,
24 I -- you know, record review and reports, I would
25 assume it's in like the 15 to 20 hours, I don't

Page 331

1  remember, but I mean the bill was $25,000 and I
2  didn't have any deposition time or anything like that.
3       Q.    So about an hour per plaintiff?
4       A.    Per.
5       Q.    Per plaintiff?  You said 15 to 20 hours.
6  A little -- An hour and a half per plaintiff?
7       A.    Well, that was in addition to looking at
8  the records prior to doing the report even earlier.
9       Q.    Okay.  How much time do you think total
10 you spent reviewing records prior to drafting your
11 original report?
12      A.    I was -- you know, I would say probably
13 15 to -- 15 hours or so, give or take, maybe 20.
14      Q.    So a little over an hour per plaintiff?
15      A.    Not unreasonable.
16      Q.    Do you remember how many pages Dr. Lutz
17 said he reviewed that he had access to and plaintiffs
18 had access to when he drafted his report?
19      A.    I don't remember what he said.  He
20 billed -- how many hours did he bill for?
21      Q.    More than 15.
22      A.    Okay.  Well --
23      Q.    It was 35,000 pages of medical records.
24      A.    Okay.
25      Q.    Do you ever work with attorneys to help