**EXHIBIT 8**

# In the Matter of:

*Frederick Addison, et al     Plaintiffs*

*vs.*

*Lousiana Regiona Landfill Company, et al     Defendants*

_____

## Brobson Lutz, M.D.

May 14, 2024

_____

Brobson Lutz, M.D.
May 14, 2024

Page 123

```
 1    health issues per her report, from her worry
 2    about the odor.  Do you agree with that?
 3         A.    Yes.
 4         Q.    And then he says given the often
 5    multifactorial nature of anxiety, I cannot
 6    completely rule out any particular stressor as
 7    a contributing factor to her anxiety.  Do you
 8    agree with that?
 9         A.    Well, I agree that she had a whole
10    host of factors that could cause anxiety.  I
11    think her son who had a mental problem was
12    actually being hospitalized there.  So that
13    would lead my list of problems.
14         Q.    And do you agree that she had
15    anxiety over the odors that she was
16    experiencing?
17         A.    I agree that she said that.
18    Whether, however, there's no evidence in the
19    medical records that she ever expressed odors
20    as her anxiety trigger.  She's stressed family
21    factors and especially her son as the reason
22    for her anxiety.
23         Q.    So do you disbelieve her when she
24    talks about the odors?
25         A.    I'm not saying she's lying, but I'm
```

 1  don't want to go outside and ride my bike, it
 2  stinks out there, right?  You disagree that
 3  maybe she said that or do you disagree that
 4  she said that?
 5      A.   I'm saying there's nothing in the
 6  records that there were any odor concerns
 7  among numerous physician visits at both
 8  Ochsner and East Jefferson.  Odors were never
 9  mentioned as a problem of her childhood.
10      Q.   And you quote her father in the
11  report as saying she would complain sometimes
12  about having to go to swim practice because
13  she would get headaches with the smell.
14      Do you have an alternative explanation to
15  the headaches in that circumstance?
16      A.   Well again, that's a subjective
17  report.  There's nothing in the medical
18  records to substantiate that.  That's a
19  statement that was made in a deposition after
20  the case, after the litigation started.
21      Q.   So do you think her father was
22  lying?
23      A.   I don't know.  I'm not an expert in
24  telling the truth.
25      Q.   You assume that he's lying?

```
 1        A.   No.
 2        Q.   I mean, do you discount everything
 3   because he's a plaintiff in a lawsuit?
 4        A.   No.
 5        Q.   Do you take everything at less than
 6   face value because a person is a plaintiff in
 7   a lawsuit?
 8        A.   If someone is testifying to an event
 9   that cannot be documented in the medical
10   records, I think it has to be considered in
11   the context of compensation neurosis.  Am I
12   saying he's lying?  No.  Am I saying that it
13   pays to be skeptical for such reports?  Yes.
14        Q.   And you agree that not everybody
15   goes to the doctor for every headache, right?
16        A.   Correct.
17        Q.   They don't go to the doctor every
18   time they feel nauseous, right?
19        A.   Correct.
20        Q.   And so it's just not true that every
21   headache would be reported to a doctor?
22        A.   Correct.
23        Q.   And it's not true that every time
24   you feel nauseous would be reported to a
25   doctor?
```