```
                                                              Page 1

 1         IN THE UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3    FREDERICK ADDISON,      )

 4    ET AL                   ) Civil Action No.:

 5       Plaintiffs           )    19-11133

 6          Vs.               )  C/W 19-14512

 7    LOUISIANA REGIONAL      )

 8    LANDFILL COMPANY,       )

 9    ET AL                   )

10       Defendants           )

11              --------------------

12

13          Deposition of MICHAEL SPODAK, M.D., was

14    taken via videotape on Thursday, April 11 2024,

15    commencing at 10:04 a.m., at Whiteford, Taylor &

16    Preston, One West Pennsylvania Avenue, Suite 300,

17    Towson, Maryland, before MICHELE D. LAMBIE, Notary

18    Public.

19              --------------------

20    Reported By:

21             Michele D. Lambie, CSR-RPR
```

Page 256

1  articles, right?
2         MR. FOSTER:  Objection to form.
3         THE WITNESS:  I don't recall where he
4  pulled it from.  I can look at -- I have his report
5  here if you want me to look it up.
6  BY MR. MIMS:
7     Q.   When you did your rebuttal report, you
8  wrote that you thought it was important to consider
9  compensation neurosis when examining the Trial
10 Plaintiffs, right?
11    A.   Yeah.  I was doing that in the context of
12 the whole notion of secondary gain.  I think it is
13 sort of a similar type of thing.
14    Q.   Okay.  So you believe that that's a real
15 phenomenon, right?
16    A.   I think it's a real consideration, sure.
17    Q.   You believe that an expert trying to
18 establish causation in a litigation matter should
19 address the possibility of compensation neurosis?
20    A.   Yes.  In fact, I believe Dr. DeLorenzo in
21 his rebuttal said he ruled that out in these cases.