UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>  Plaintiff,<br><br>**VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>  Defendants. | **CIVIL ACTION**<br><br>NO. 18-7889<br>    c/w 18-8071,<br>    18-8218, 18-9312<br><br>SECTION: "E"(5) |
| *Related Case:*<br><br>**FREDERICK ADDISION ET AL.,**<br>  Plaintiffs,<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>  Defendants.<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>NO. 19-11133<br><br>SECTION: "E"(5)<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### DECLARATION OF MICHAEL F. VITRIS IN SUPPORT OF THE WASTE CONNECTIONS DEFENDANTS' REPLY TO PLAINTIFFS' SUPPLEMENTAL OPPOSITION TO THE WASTE CONNECTIONS DEFENDANTS' MOTION TO UPHOLD EXPERT DESIGNATION OF BISHOW SHAHA, PH.D

I, Michael F. Vitris, hereby declare as follows:

1. I am a Principal of the law firm Beveridge & Diamond, P.C., and am duly admitted to practice *pro hac vice* before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of the Waste Connections Defendants' Reply to Plaintiffs' Supplemental Opposition to the Waste Connections Defendants' Motion to Uphold Expert Designation of Bishow Shaha, Ph.D. I am fully familiar with the facts set forth herein.

3. A true and correct copy of the expert report of Jaana Pietari, Ph.D, Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill, dated February 2, 2024, is attached hereto as Exhibit 1.

4. A true and correct copy of the expert report of Jaana Pietari, Ph.D, Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill, dated January 29, 2021, is attached hereto as Exhibit 2.

5. A true and correct copy of excerpts of the Transcript of Afternoon Session Trial on Causation/Daubert Hearing Day 7, dated February 23, 2022, is attached hereto as Exhibit 3.

6. A true and correct copy of the rebuttal report of Jaana Pietari, Ph.D, Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill, dated March 29, 2024, is attached hereto as Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 13, 2024.

                /s/ Michael F. Vitris
                PRINCIPAL