```
                              UNITED STATES DISTRICT COURT
                              EASTERN DISTRICT OF LOUISIANA
****************************************************************
ELIAS JORGE "GEORGE"
ICTECH-BENDECK

                                        Civil Action No. 18-7889
                                        C/W 18-8071, 18-8218, 18-9312
                                        Section "E"
v.                                      New Orleans, Louisiana
                                        Wednesday, February 23, 2022

WASTE CONNECTIONS BAYOU, INC., ET AL
****************************************************************

Related case:

FREDERICK ADDISON, ET AL
                                        Civil Action No. 19-11133
                                        C/W 19-CV-14512
V.                                      Section "E"
                                        New Orleans, Louisiana


LOUISIANA REGIONAL LANDFILL COMPANY, ET AL
****************************************************************


    TRANSCRIPT OF GENERAL CAUSATION/DAUBERT HEARING PROCEEDINGS
            HEARD BEFORE THE HONORABLE SUSIE MORGAN
                   UNITED STATES DISTRICT JUDGE
                     DAY 7, AFTERNOON SESSION



APPEARANCES:

FOR THE ICTECH-BENDECK
PLAINTIFFS:                       LAW OFFICE OF BRUCE C. BETZER
                                  BY:  BRUCE C. BETZER, ESQ.
                                       JENNIFER S. AVALLONE, ESQ.
                                  3129 Bore St.
                                  Metairie, LA 70001

                                  HAMMEL LAW FIRM
                                  BY:  DOUGLAS S. HAMMEL, ESQ.
                                  3129 Bore St.
                                  Metairie, LA 70001
```

16:38:59 1  A. Oh, no. There are certainly some H2S being generated in that
16:39:02 2  landfill, as there is in just about any municipal solid waste
16:39:05 3  landfill.
16:39:05 4  Q. Now, when you were summarizing your opinions, you testified
16:39:09 5  that the Anderson model Dr. Pietari uses is not appropriate for
16:39:14 6  estimating H2S generation from spent lime. Do I have that right?
16:39:19 7  A. That's correct.
16:39:19 8  Q. I want to explore that in just a little more detail. So how
16:39:24 9  many published studies have tried to estimate the amount of H2S
16:39:27 10 generated by spent lime?
16:39:29 11 A. Spent lime, zero.
16:39:31 12 Q. Well, how many studies have tried to estimate H2S generation
16:39:36 13 from wastes that contain sulfur in a landfill?
16:39:39 14 A. Two.
16:39:39 15 Q. And what are those?
16:39:41 16 A. Well, there's the Anderson paper, the original paper in 2010.
16:39:46 17 Then the Shaha paper in 2020 that kind of builds on the Anderson
16:39:51 18 paper, a modification of it, if you will.
16:39:53 19 Q. Let's talk very briefly about the Anderson study.
16:39:56 20         MR. VITRIS: And if we could pull up Trial Exhibit 15.
16:39:59 21 Go to paginated page 9, PDF page 9.
16:40:08 22         THE WITNESS: Okay.
16:40:09 23 BY MR. VITRIS:
16:40:09 24 Q. Now, Mr. Marshall, do you see at the bottom of the page the
16:40:14 25 "one, two, three"?

16:40:16  1   A.  Yes, I do.
16:40:17  2   Q.  And just above, it says:  "This research project has the
16:40:20  3   following objectives."
16:40:21  4   A.  Yes.
16:40:22  5   Q.  Could you translate that third bullet into plain English,
16:40:28  6   explain what the purpose of this study was?
16:40:32  7   A.  Sure.  Items 1 and 2 identify all the data.  Remember I said
16:40:39  8   earlier, you need a lot of data to run this model correctly.
16:40:43  9   Items 1 and 2 identify the types of data that are necessary.
16:40:47 10   Item 3 talks about how you take that empirical data, that's the
16:40:51 11   real-world existing data from the landfill, and use it to develop
16:40:54 12   the model to predict the amount of hydrogen sulfide that's
16:41:00 13   generated.  It also talks about how the model is intended to
16:41:04 14   predict, looking forward, how much H2S can be generated in MSW
16:41:10 15   landfills in the northeast, resulting from the disposal or use of
16:41:15 16   C&D fines in the landfill.  So that's their focus, C&D fines in the
16:41:19 17   landfill.
16:41:20 18   Q.  And in just a few sentences, could you refresh our recollection
16:41:23 19   on what C&D fines are?  F-I-N-E-S.
16:41:26 20   A.  Sure.  Construction and demolition waste.  Before it goes to
16:41:32 21   the landfill, it goes to a recycling facility.  They pull out the
16:41:36 22   brick, the block, the metal, the wire, all of the recyclables, then
16:41:40 23   you have this residual material.  That material goes over to a
16:41:44 24   series of screens or shakers, and the fines are separated out.  So
16:41:51 25   those fines have in them some soil, some busted up pieces of brick

REPORTER'S CERTIFICATE

    I, Karen A. Ibos, CCR, Official Court Reporter, United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

            ___/s/ Karen A. Ibos_____

            Karen A. Ibos, CCR, RPR, CRR, RMR

            Official Court Reporter