UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## DECLARATION OF MICHAEL C. MIMS IN SUPPORT OF THE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. JOHN KIND

I, Michael C. Mims, hereby declare as follows:

1. I am a Shareholder of the law firm Liskow & Lewis, APLC ("Liskow"), and am duly admitted to practice before this Court.

2. I represent the Waste Connections Defendants[1] in the above-referenced litigation and consolidated actions.

3. I submit this Declaration in support of the Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of Dr. John Kind. I am fully familiar with the facts set forth herein.

4. Attached hereto as Exhibit A is a true and correct copy of the excerpts of the Deposition of Dr. John Kind, taken on May 1, 2024.

---

[1] "Waste Connections Defendants" collectively refers to Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company.

5. Attached hereto as Exhibit B is a true and correct copy of the excerpts of the General Causation Trial Transcript taken February 2, 2022.

6. Attached hereto as Exhibit C is a true and correct copy of the excerpts of the Deposition of Dr. Michael Spodak, taken on April 11, 2024.

7. Attached hereto as Exhibit D is a true and correct copy of the excerpts of the Deposition of Dr. Robert DeLorenzo, taken on May 3, 2024.

8. Attached hereto as Exhibit E is a true and correct copy of the excerpts of the Deposition of Dr. Susan Schiffman, taken on April 26, 2024.

9. Attached hereto as Exhibit F is a true and correct copy of the excerpts of the Deposition of Geneva Green, taken on April 7, 2023.

10. Attached hereto as Exhibit G is a true and correct copy of the excerpts of the Deposition of Reshaun Richardson, taken on April 24, 2023.

11. Attached hereto as Exhibit H is a true and correct copy of the excerpts of the Deposition of Andrew Section, taken on April 18, 2023.

12. Attached hereto as Exhibit I is a true and correct copy of the excerpts of the Deposition of Tyrone Thompson, taken on June 2, 2023.

13. Attached hereto as Exhibit J is a true and correct copy of the excerpts of the Deposition of Vernice Lewis, taken on November 29, 2023.

14. Attached hereto as Exhibit K is a true and correct copy of the excerpts of the Deposition of Terrance Thompson, taken on January 5, 2024.

15. Attached hereto as Exhibit L is a true and correct copy of the excerpts of the Deposition of Jonathan Tate, taken on April 4, 2023.

16. Attached hereto as Exhibit M is a true and correct copy of the excerpts of the Deposition of Mary Ann Winningkoff, taken on April 19, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 13, 2024.

By: _____

**Michael C. Mims**