UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

************************************************************
ELIAS JORGE "GEORGE" ICTECH-BENDECK

Civil Action No. 18-7889
c/w 18-8071, 18-9212
Section "E"(5)
New Orleans, Louisiana
February 2, 2022

VS.

WASTE CONNECTIONS BAYOU, INC., ET AL.
************************************************************

Related Case:
************************************************************
FREDERICK ADDISON, ET AL.

Civil Action No. 19-11133
c/w 19-14512
Section "E"(5)

VS.

LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.

Applies to all cases
************************************************************

TRANSCRIPT OF BENCH TRIAL
GENERAL CAUSATION/DAUBERT HEARING
HEARD BEFORE THE HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE
DAY 3 AFTERNOON SESSION

01:50:29PM and just put this one in as a reference.

01:50:32PM **Q.** But again --

01:50:33PM **A.** It was an issue over mine -- mine was different from

01:50:37PM the one that you had, so I think there was a question that

01:50:39PM you couldn't find the one that I had. So I just used this as

01:50:43PM a reference.

01:50:44PM **Q.** But the level you're using is 5 parts per billion at

01:50:48PM a 30-minute average cited to Chapter 6.6 of the WHO regional

01:50:53PM office of Europe, Second Edition published in 2000. And

01:50:57PM looking at the complete book, it explains that that odor

01:51:01PM annoyance level is designed to meet the nuisance threshold

01:51:08PM level looking at less than 5 percent of the population 2

01:51:13PM percent of the time, correct?

01:51:14PM **A.** How do I answer this? I've been doing this for

01:51:21PM 50 years. I can tell you at 5 ppb in the field where you

01:51:25PM have other compounds along with it always is a nuisance,

01:51:29PM okay, for lot more than 5 percent of the population. So

01:51:33PM whatever it says in there, it says. There's nothing -- I

01:51:36PM mean, I don't know. That's what it says. Okay.

01:51:40PM **Q.** Okay. And earlier, you testified that the WHO, that

01:51:46PM the 5 parts per billion for the 30-minute average was adopted

01:51:50PM and promulgated by the WHO. Do you remember that testimony?

01:51:53PM **A.** It is.

01:51:53PM **Q.** Okay.

01:51:55PM **A.** It is.

03:22:53PM on with your question.

03:22:55PM **Q.** So going back to the WHO guidelines that were published by the regional office of Europe, the Chapter 6.6, you cite, which provides the 5 ppb for 30-minute threshold for determining whether odor annoyance could occur. Did you look at the citations that were provided by the WHO for that threshold?

03:23:23PM **A.** I have read a lot of WHO stuff. It depends on what office it's coming out of, who is writing it. But the one thing that's consistent over the years is that they have always said the complaints will start -- definitely start when you have an emission with a 5 ppb hydrogen sulfide level. I have attended many meetings in Europe. I'm on Zoom almost every single Monday morning with people because I'm head of committees for IEEE and setting standards. And I know of nobody, at least on my committees, who would that say anything -- when you start at 5 ppb, you're going to start having trouble. So that's when you start getting your problems.

03:24:05PM So what we try to do is to see -- to program our machine so that they can pick up something at 5 ppb. This is for the level we're using. This is the level which is agreed to. People from China, Japan, all over the world. 5 ppb is well thought of throughout the world with people who work in this area. I just happen to use WHO. I'm not going to --

REPORTER'S CERTIFICATE

I, Nichelle N. Wheeler, RMR, CRR, Official Court Reporter, United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

/s/ Nichelle N. Wheeler
Official Court Reporter