```
                                          Page 1
 1          IN THE UNITED STATES DISTRICT COURT
 2             EASTERN DISTRICT OF LOUISIANA
 3   FREDERICK ADDISON,      )
 4   ET AL                   ) Civil Action No.:
 5      Plaintiffs           )    19-11133
 6          Vs.              )  C/W 19-14512
 7   LOUISIANA REGIONAL      )
 8   LANDFILL COMPANY,       )
 9   ET AL                   )
10      Defendants           )
11              --------------------
12
13          Deposition of MICHAEL SPODAK, M.D., was
14   taken via videotape on Thursday, April 11 2024,
15   commencing at 10:04 a.m., at Whiteford, Taylor &
16   Preston, One West Pennsylvania Avenue, Suite 300,
17   Towson, Maryland, before MICHELE D. LAMBIE, Notary
18   Public.
19              --------------------
20   Reported By:
21              Michele D. Lambie, CSR-RPR
```

EXHIBIT C

Page 282

1   usually within their purview, but he seemed to have

2   special expertise in that area.

3       Q.   Why do you not feel comfortable giving a

4   causation opinion in this case?

5       A.   Because I don't have the experience or

6   training in -- in malodor exposure and hydrogen

7   sulfide to be knowledgeable enough with -- and wind

8   factors and weather and -- and flow diagrams and

9   concentrations within rooms and so on.  That's

10  not -- as you asked me earlier, I have not had any

11  experience in that area.  I haven't had any

12  training in that area.  I don't feel qualified to

13  offer a causation opinion for those reasons.

14      Q.   And that's even with the Court's finding

15  that you've mentioned a few times now, finding this

16  is the threshold level and it was present in the

17  community, that's still not enough for you to

18  determine causation?

19      A.   Well, I think that the Judge said it's

20  the threshold level, but individual causation has

21  to be case-by-case.

Page 283

1      Q.    What does that mean?

2      A.    That means you have to look at each

3   individual and their specific exposure levels

4   and -- and duration and things like that, which

5   from my reading of the reports that the experts did

6   look at those things.

7      Q.    Do you agree that if a legal claim for

8   mental illness is going to be made, the associated

9   mental health evaluation should comply with the

10  modern standards for mental illness as documented

11  in the American Psych- -- Psychiatric Association's

12  Diagnostic Manual, i.e., the DSM and its companion

13  text?

14     A.    No, I don't think that's applicable at

15  all.  First of all, -- wait a minute.  Can I scroll

16  down this?  Let me try mine.

17          I agree that a legal claim for mental

18  illness is going to be made.  I don't know what

19  that means.  A legal claim in what context?

20     Q.    Let's talk about this context.

21     A.    Well, I'm not sure a legal claim is being

Page 398

1    State of Maryland

2    County of Baltimore, to wit:

3            I, Michele D. Lambie, a Notary Public of

4    the State of Maryland, County of Baltimore, do

5    hereby certify that the within-named witness

6    personally appeared before me at the time and place

7    herein set out, and after having been duly sworn by

8    me, according to law, was examined by counsel.

9            I further certify that the examination

10   was recorded stenographically by me and this

11   transcript is a true record of the proceedings.

12           I further certify that I am not of

13   counsel to any of the parties, nor related to any

14   of the parties, nor in any way interested in the

15   outcome of this action.

16           As witness my hand and notarial seal this

17   15th day of April, 2024.

18

19           *Michele D. Lambie*

                 _____

20                Michele D. Lambie

21