Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


| | |
|---|---|
| FREDERICK ADDISON, ET AL., | CIVIL ACTION NO. 19-11133, |
| VS. | C/W 19-14512 |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL. | SECTION: "E"(5) |
| | JUDGE:  MORGAN |
| | MAGISTRATE JUDGE: NORTH |

     The remote videotaped deposition of
SUSAN SCHIFFMAN, PH.D., appearing from Durham,
North Carolina taken in connection with the
captioned cause pursuant to the following
stipulations before  RITA A. DEROUEN, Certified
Court Reporter, on the 26th of April, 2024,
beginning at 11:05 a.m. Eastern Time.

EXHIBIT E

Page 89

```
 1   decision and you mentioned earlier you read it.  I

 2   had a question about a statement the Court made,

 3   and she cited your testimony at trial.

 4           And your testimony at trial, and I'll just

 5   quote it, was, "See, what we try to do is to

 6   see -- to program our machine so that they can

 7   pick something -- pick up something at 5 ppb.

 8   This is for the level we're using.  This is the

 9   level which is agreed to, people from China,

10   Japan, all over the world.  5 ppb is well thought

11   of throughout the world with people who work in

12   this area."

13           So you just mentioned people from China

14   and Japan.  Can you give me specifics on who from

15   China and Japan use 5 parts per billion?

16       A.  Members of my committee and people -- I'm

17   on Zoom every week, okay?  I can't name everybody

18   who -- I mean, and it's inappropriate for me to

19   name people who say something on confidential IEEE

20   calls.  I mean, I don't understand what you're

21   asking for.

22       Q.  Well, I'm asking who in China and Japan

23   used 5 parts per billion as a standard to --

24       A.  They don't -- they consider it a standard,

25   but they can't get -- but what happens is that --
```

SCHIFFMAN SUSAN

1   it's exactly what's happening -- what you are just

2   quoting, bringing up, is exactly the problem in

3   Japan and in China that we are facing in

4   Louisiana, which has an outrageous level of

5   hydrogen sulfide, which is acceptable, but it's

6   not acceptable from the standpoint of human --

7   humans living downwind from it, okay?

8          People throughout the world that I deal

9   with and have been dealing with for 20, 30 years

10  consider 5 ppb as an appropriate level of hydrogen

11  sulfide that will -- above that, people will start

12  getting complaints, okay?

13         Do the laws say that that's what the level

14  is for a state or for a country or -- they don't,

15  okay?  I completely agree with you.  That's the

16  problem, is the discrepancy between what is

17  allowed and what is the reality of people's

18  perception.

19         And the reason why the levels are higher

20  is because industries which pollute are sometimes

21  necessary for that country.

22     Q.  Okay.  So is it fair to say that people in

23  China and Japan aren't actually using 5 parts per

24  billion as a nuisance standard but, like you, they

25  would like to?

```
 1            MR. FOSTER:

 2                 Objection to the form.

 3       A.   I don't know about how -- I gave a talk in

 4   Japan, must have been 2018.  It was right before

 5   COVID hit.  And I remember having a -- sitting

 6   down with a bunch of people, and they were all

 7   saying -- telling me about all the problems that

 8   they had with odor and how 5 ppb was the

 9   absolute -- we had to find some way of making sure

10   that this was -- this was instituted in law.

11            I said, I don't have anything to do with

12   the law or making legal rules.  I said, I don't

13   know how you do it.

14            But I remember everybody saying that there

15   was a serious problem and they were involved in

16   all this.  I don't know anything about the law

17   in -- I mean, I know what the -- I mean, I've seen

18   the rules in Japan and China.  China is worthless.

19            But I don't know what happens in a court

20   of law.  I have no idea.  I don't know if it has

21   any...

22   BY MS. BRILLAULT:

23       Q.   Let's see.  Page 5, probably the last

24   third of that paragraph, it starts with, "The

25   anxiety and dread of a renewed onslaught of
```

Page 306

1   compliance with the prohibition on contractual

2   relationships, as defined by Louisiana Code of

3   Civil Procedure Article 1434 and the Rules and

4   Advisory Opinions of the Board; that I have no

5   actual knowledge of any prohibited employment or

6   contractual relationship, direct or indirect,

7   between a court reporting firm and any party

8   litigant in this matter, nor is there any such

9   relationship between myself and a party litigant

10  in this matter; that I am not related to counsel

11  or to any of the parties hereto, I am in no manner

12  associated with counsel for any of the interested

13  parties to this litigation, and I am in no way

14  concerned with the outcome thereof.

15      Signed and stamped this 30th day of April, 2024,

16  Baton Rouge, Louisiana.

17

18

19

20

21

22  _____

23      Rita DeRouen, RPR, CCR

24

25