Page 1

1        UNITED STATES DISTRICT COURT
2        EASTERN DISTRICT OF LOUISIANA
3  * * * * * * * * * * * * * * * * * * * * * * * *
   FREDERICK ADDISON, et                CASE NO.
4  al.,                                 19-11133
      v.
5  LOUISIANA REGIONAL                   C/W 19-14512
   LANDFILL COMPANY, et
6  al.
7
8  * * * * * * * * * * * * * * * * * * * * * * * *
9
10                     VIDEOTAPED
                       DEPOSITION
11                         OF
                       GENEVA GREEN
12
                        taken on
13              Friday, April 7, 2023
14            commencing at 9:03 a.m.
15                     at the
                  FOUR SEASONS HOTEL
16                 2 Canal Street
                New Orleans, Louisiana
17
        Reported By:  MARYBETH E. MUIR, CCR, RPR
18
      * * * * * * * * * * * * * * * * * * * * * * *
19
20
21
22
23
24
25

**EXHIBIT F**

1   the guy who cut my grass is from that area.
2        Q.    Okay.
3              The smell -- the odor that you described
4   a few minutes ago, if I say on a scale of 1 to 10
5   with 10 being the strongest odor, 1 being the least
6   strong odor, how would you characterize the smell in
7   2017?
8        A.    If you said 10, I say it's above it.
9   Above 10.
10       Q.    Okay.
11             Did the smell in 2017, was it -- did you
12  smell it all day?
13       A.    All day, all night.  Any time.  All -- I
14  mean it was in my clothes.  I wore it every day with
15  me.  It was in my furniture.  I sat on it every day.
16  I slept in it every day.  All of that was there
17  24/7.
18       Q.    Okay.
19             Was there any particular -- let me ask
20  you this way.  And I'm focused on 2017.
21       A.    Okay.
22       Q.    Did you notice that odor to be stronger
23  or less strong if it was hot outside?
24       A.    I didn't pay attention to all of that as
25  far as the summer hot or whatever.  It was the odor.

```
                                                          Page 51
 1         Q.    Okay.
 2         A.    The odor was there 24/7 whether it was
 3   summer, winter, whatever.  It was there.
 4         Q.    Okay.
 5               And I'm just trying to find out, did it
 6   make any difference in the odor that you smelled if
 7   it was raining outside?
 8         A.    Okay.  I can't go that far because I
 9   don't remember all of that.  All I could think of
10   was the fact that I was living in an odor for almost
11   two years, that stink.  And I didn't know what it
12   was doing to my body.
13         Q.    Okay.
14         A.    Or to me.  I can't determine whether or
15   not the wind was blowing or the rain was here or
16   where did that odor go to?  It never went nowhere.
17         Q.    Okay.
18         A.    Nowhere at all.
19         Q.    All right.  And that's what I'm trying
20   to find out from you, Ms. Green.
21         A.    Oh, no, it didn't go nowhere.
22         Q.    It didn't matter if it was a calm day or
23   a windy day, the odor was the same, correct?
24         A.    If you think I watched whether it was a
25   calm day today, oh, okay.  The odor was there, baby.
```

```
                                                     Page 52
```

1  Trust me, it was there.
2      Q.   Okay.  I understand.
3      A.   It was there.  You couldn't get rid of
4  it.
5      Q.   And just so I'm clear, because I
6  appreciate what you're telling me.  And I know that
7  you told me that you didn't really pay attention to
8  it.  All I'm trying to find out is was there any
9  particular time in that two-year period -- and I'm
10 assuming that you're talking about 2017, 2018?
11     A.   Early 20's, yes.
12     Q.   Are we talking about any other years
13 that you experienced the odor?
14     A.   2017 to early '20 I experienced those
15 odors constantly daily.
16     Q.   Okay.
17     A.   I lived in it.
18     Q.   All day?
19     A.   All day, all night.
20     Q.   Okay.
21          Every day, every night?
22     A.   Morning, noon, evening.  Whatever you
23 say.  It was there all day.  It consumed my life.
24     Q.   Okay.
25     A.   It was a part of me every day.  I woke

Page 135

C E R T I F I C A T E

1
2
3      I, GENEVA GREEN, do hereby certify that I have
4   read or have had read to me the foregoing transcript
5   of my testimony given on April 7, 2023, and find
6   same to be true and correct to the best of my
7   ability and understanding with the exceptions noted
8   on the amendment sheet;
9
10  CHECK ONE BOX BELOW:
11  ( ) Without Correction.
12  ( ) With corrections, deletions, and/or
13      additions as reflected on the errata
14      sheet attached hereto.
15
16              Dated this 10th day of April, 2023.
17
18
                    _____
19                  GENEVA GREEN
20
21
22
23
24  Reported by:  Marybeth E. Muir, CCR, RPR
25