Page 1

1            UNITED STATES DISTRICT COURT
2            EASTERN DISTRICT OF LOUISIANA
3     * * * * * * * * * * * * * * * * * * * * * *
      FREDERICK ADDISON, et          CASE NO.
4     al.,                           19-11133
              Plaintiffs,            c/w 19-14512
5        v.
      LOUISIANA REGIONAL             Section:"E" (5)
6     LANDFILL COMPANY, et           JUDGE: Morgan
      al.,                           MAGISTRATE
7            Defendants.             JUDGE: North
8
9     * * * * * * * * * * * * * * * * * * * * * *
10
11                  VIDEOTAPED
                    DEPOSITION
12                     OF
               RESHAUN RICHARDSON
13
                   taken on
14           Monday, April 24, 2023
15          commencing at 2:03 p.m.
16                  at the
             FORREST CRESSY & JAMES
17           1222 Annunciation Street
           New Orleans, Louisiana 70130
18
19      Reported By:  MARYBETH E. MUIR, CCR, RPR

       * * * * * * * * * * * * * * * * * * * * * *
20
21
22
23
24
25

EXHIBIT G

```
                                                    Page 82
 1                  You can go ahead and answer.
 2        A.    Sometime in 2017.
 3        Q.    Okay.
 4              Through when?
 5        A.    To the beginning of 2020, January, 2020.
 6        Q.    Okay.
 7              And during that time, how many days a
 8   week during 2017 through 2020 would you typically
 9   experience the odors from the landfill -- that you
10   believe to be emanating from the landfill?
11        A.    Seven days a week.
12        Q.    Okay.
13              And was it like that throughout the
14   entirety?
15        A.    Yes.
16        Q.    Okay.
17              And how many, I guess, hours during each
18   of those days would you typically experience the
19   odors?
20        A.    All day.
21        Q.    So, basically, 24/7 you experienced
22   odors that you believe were from the Jefferson
23   Parish Landfill?
24        A.    Yes.
25        Q.    Were there times -- and when I say
```

Page 128

1                   C E R T I F I C A T E

2

3       I, RESHAUN RICHARDSON, do hereby certify that I

4    have read or have had read to me the foregoing

5    transcript of my testimony given on April 24, 2023,

6    and find same to be true and correct to the best of

7    my ability and understanding with the exceptions

8    noted on the amendment sheet;

9

10   CHECK ONE BOX BELOW:

11   ( ) Without Correction.

12   ( ) With corrections, deletions, and/or

13       additions as reflected on the errata

14       sheet attached hereto.

15

16            Dated this ___ day of _____,

17         2023.

18

19

         _____

20         RESHAUN RICHARDSON

21

22

23

24

25   Reported by:  Marybeth E. Muir, CCR, RPR