Page 1

```
 1             UNITED STATES DISTRICT COURT
 2             EASTERN DISTRICT OF LOUISIANA
 3    * * * * * * * * * * * * * * * * * * * * * *
      FREDERICK ADDISON, et              CASE NO.
 4    al.,                               19-11133
                Plaintiffs,              c/w 19-14512
 5       v.
      LOUISIANA REGIONAL                 Section:"E" (5)
 6    LANDFILL COMPANY, et               JUDGE: Morgan
      al.,                               MAGISTRATE
 7              Defendants.              JUDGE: North
 8
 9    * * * * * * * * * * * * * * * * * * * * * *
10
11                      VIDEOTAPED
                        DEPOSITION
12                         OF
                      ANDREW SECTION
13
                        taken on
14              Tuesday, April 18, 2023
15            commencing at 12:00 p.m.
16                      at the
                  FOUR SEASONS HOTEL
17                  2 Canal Street
                New Orleans, Louisiana
18
           Reported By:  MARYBETH E. MUIR, CCR, RPR
19
      * * * * * * * * * * * * * * * * * * * * * *
20
21
22
23
24
25
```

EXHIBIT H

```
                                                    Page 63
 1              What about anywhere else in Jefferson
 2   Parish outside of Avondale?
 3       A.    No.
 4       Q.    Okay.
 5              And then in the next set of boxes it
 6   talks about -- it breaks down by the time of year.
 7   And I know we've been talking about the relevant
 8   time period being 2017 to 2020.  And this breaks
 9   down every season in those years.  And then asked
10   how many days a week did you typically smell the
11   emission during that time period.
12              Do you see how that's set up?
13       A.    Yes.
14       Q.    And there's an X in each box by the No.
15   7.  And I understand that you are seeing this for
16   the first time.  And I'm just asking you if that's
17   true, that you experienced the smell during the
18   relevant time periods seven days a week?
19       A.    Oh, yeah.  You smell it seven days a
20   week all in the house.
21       Q.    Okay.
22              Whether you were inside or outside?
23       A.    Inside, outside.  Couldn't help it.
24       Q.    Okay.
25              What about did it depend on which way
```

Page 124

1        C E R T I F I C A T E
2
3    I, ANDREW SECTION, do hereby certify that I have
4 read or have had read to me the foregoing transcript
5 of my testimony given on April 18, 2023, and find
6 same to be true and correct to the best of my
7 ability and understanding with the exceptions noted
8 on the amendment sheet;
9
10 CHECK ONE BOX BELOW:
11 ( ) Without Correction.
12 ( ) With corrections, deletions, and/or
13     additions as reflected on the errata
14     sheet attached hereto.
15
16           Dated this ___ day of _____,
17        2023.
18
19
      _____
20            ANDREW SECTION
21
22
23
24
25 Reported by:  Marybeth E. Muir, CCR, RPR