```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   FREDERICK ADDISON, ET AL.,      CIVIL ACTION NO.
              Plaintiffs,            19-11133, c/w 19-14512
 5
     VERSUS                          SECTION: "E" (5)
 6
     LOUISIANA REGIONAL
 7   LANDFILL COMPANY, ET AL.,
              Defendants.
 8
 9   * * * * * * * * * * * * * * * * * * * * * * * * *
10         TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:
11                    TYRONE THOMPSON,
12   TAKEN ON BEHALF OF DEFENDANTS LOUISIANA REGIONAL
13   LANDFILL COMPANY, WASTE CONNECTIONS BAYOU, INC., AND
14   WASTE CONNECTIONS US, INC.
15   * * * * * * * * * * * * * * * * * * * * * * * * *
16              REPORTED AT THE LAW OFFICES OF:
17              FORREST CRESSEY & JAMES, LLC
18              1222 ANNUNCIATION STREET
19              NEW ORLEANS, LOUISIANA  70130
20
             COMMENCING AT 9:07 A.M., ON JUNE 2, 2023
21
22
     Reported by:
23
        YOLANDA J. PENA, Certified
24      Court Reporter No. 2017002
        in and for the State of
25      Louisiana
```

EXHIBIT I

```
                                                    Page 94
 1   little bit more.
 2            But just about how many -- in July and
 3   August 2017, when you first started smelling odors,
 4   about how many days per week would you smell odors?
 5        A.   How many days?
 6        Q.   Uh-huh.
 7        A.   I didn't go outside, so -- and they -- they --
 8   they have to keep the house -- like spray it down
 9   because by the air-conditioning being on, it come
10   through the air conditioner.
11        Q.   Okay.
12        A.   And that was it.
13        Q.   So just trying to understand a little bit
14   more, so I'm going to ask this a different way.
15            So how many days per week, thinking about the
16   summer 2017 period, would there be odors on your
17   property, whether they were indoors or outdoors?
18        A.   Every day.
19        Q.   Every day?
20        A.   Uh-huh.
21        Q.   Okay.  So you would smell odors seven days a
22   week?
23        A.   Every day.
24        Q.   Okay.  And would you smell odors every day a
25   week through the end of 2017?
```

Page 95

1    A.   Yes.
2    Q.   Okay.  Then thinking about 2018, specifically,
3  how many days per week would you smell odors at your
4  property --
5    A.   Every day.
6    Q.   Every day?
7    A.   (Witness nods head.)
8    Q.   And then in 2019, how many days per week would
9  you smell odors on your property?
10   A.   Every day.
11   Q.   Every day?  Okay.
12        Was there a certain time when you stopped
13 smelling odors on your property?
14   A.   At the end of '19 -- at the end of '19,
15 everything start getting clipped up.
16   Q.   Okay.
17   A.   At -- at the end of '19.  I don't know which
18 month, September or October.  I'm guessing around that
19 time.
20   Q.   Okay.  And did you totally stop smelling odors
21 at your property then?
22   A.   Slowly.
23   Q.   Okay.  So let's say between fall and winter
24 2019, about how many days per week would you smell
25 odors at your property?

Page 96

1    A.   It was slowly.  We -- the smell always was
2    there, but it wasn't like -- when it's hot-hot, you
3    could smell it.  During the evening time when the --
4    when the sun go in, the smell get better.
5    Q.   Okay.  So between the fall and winter 2019
6    period, would you still smell odors every day on your
7    property, or did it lessen?
8    A.   It would lessen.
9    Q.   Okay.  About how many days per week then?
10   A.   I don't know.  About three days.
11   Q.   Okay.  All right.  So between fall and winter
12   2019 --
13   A.   Yeah.
14   Q.   -- it was about three days per week?  Okay.
15        Going into 2020, did you still smell odors on
16   your property?
17   A.   Going into 2020?
18   Q.   Uh-huh.
19   A.   Yes.
20   Q.   Okay.  And let's take it in chunks.  So let's
21   say in the winter 2020 -- and by that, I mean, like,
22   from January 2020 through, we'll say, about in
23   March 2020.
24   A.   Yes.
25   Q.   You still smelled odors?

1    A.   Yeah.
2    Q.   Okay.  About how many days per week?
3    A.   It was barely.  Like three days a week.
4    Q.   Okay.
5    A.   Yeah.
6    Q.   And then we'll say from about March through
7  July 2020.  Did you still smell odors?
8    A.   Yes.
9    Q.   Okay.
10   A.   Because it was still hot.  Yes.
11   Q.   Okay.  About how many days per week?
12   A.   The same.
13   Q.   Okay.  About three days per week?
14   A.   Yeah.
15   Q.   Okay.  And then going from July, we'll say,
16  through the end of summer in 2020, did you still smell
17  odors --
18   A.   Yes.
19   Q.   -- about three days per week?
20           MS. JAMES:  I just want to object to
21       form.  When you are saying "odors," can you be
22       more specific about which odors you're talking
23       about?
24           MS. KREBS:  Okay.
25  BY MS. KREBS:

Page 98

1  Q. And let me ask you a question to clarify this.
2  Did you smell multiple types of odors on your
3  property or one type of odor?
4  A. Like a rotten egg. Like a rotten stinking
5  egg. And a dead body.
6  Q. Okay.
7  A. And that was the smell. I'll --
8  Q. Okay. And --
9  A. I'll never forget.
10 Q. Okay. And so when we're talking about the
11 odors on your property, was it always that same odor --
12 A. Yes.
13 Q. -- that you were just describing? Okay.
14 So it was always that same type of odor?
15 A. Yes.
16 Q. Okay. So you smelled that odor in 2017
17 through 2020?
18         MS. JAMES: Object to form.
19         Go ahead. You can answer that.
20 A. Through the winter of 2020.
21 BY MS. KREBS:
22 Q. Okay. And so just drilling down on the
23 frequency a little bit for the one last period that we
24 have. So going from fall to winter 2020 -- so we'll
25 say from like September through the end of the year for

Page 99

1  2020 -- about how many days per week did you smell
2  odors on your property?
3       A.   It was -- it was blazing off then.
4       Q.   Okay.
5       A.   About one, two days a week.
6       Q.   Okay.  One to two days.  Okay.
7            And did -- then did the odors stop at the end
8  of 2020?
9       A.   It went away, yeah.
10      Q.   Okay.
11      A.   Because in '21, it got better.
12      Q.   Okay.  And by "better," did you stop smelling
13 odors at all?
14      A.   Was able to come out.
15      Q.   Okay.  Did you still smell any odors?
16      A.   No.
17      Q.   Okay.  All right.  And I'm going to return
18 back to that 2017 period when you smelled odors.  And
19 sorry for all these very specific questions.  Just
20 trying to understand.
21           So on a scale of 1 to 10, how strong would you
22 say the odors were from summer of 2017 through the end
23 of the -- end of 2017?
24      A.   Ten.
25      Q.   Okay.  And would you describe them the same

```
 1   for -- for 2018?
 2        A.   Ten.
 3        Q.   Okay.  And for 2019?
 4        A.   Ten.
 5        Q.   Okay.  And then in 2020, about, on a scale of
 6   1 to 10, what would you describe the odor strength as?
 7             MS. JAMES:  Object to form.  What period
 8        of 2020 are you talking about?
 9   BY MS. KREBS:
10        Q.   Yeah.  Let's go from the start of 2020 through
11   the -- let's say end of summer.
12        A.   Ten.
13        Q.   Okay.  All right.  So -- and then from the end
14   of summer -- we'll say from fall 2020 through the end
15   of year, what would you describe the strength as?
16        A.   A 10.
17        Q.   Okay.  So each time you would smell the odors,
18   it would be a 10 in terms of strength?
19             MS. JAMES:  Object to form.
20             Go ahead.
21        A.   Yeah.
22   BY MS. KREBS:
23        Q.   Okay.
24        A.   In the wintertime, it -- it went away.
25        Q.   Okay.  And by "the wintertime," you mean
```

Page 101

```
 1   winter 2020?
 2        A.    2020.
 3        Q.    Okay.  So thinking -- asking specifically
 4   about summer 2017 through the end of 2017, when you
 5   smelled odors, would it be all day, or would it just be
 6   for a portion of the day?
 7        A.    We inside.  And they constantly kept the
 8   house -- I don't -- I didn't ask them -- the ladies
 9   what they were spraying the house with.  But we was
10   inside, and they -- they have to keep the house sprayed
11   down --
12        Q.    Okay.
13        A.    -- because it was a smell coming in the house,
14   and the house ain't leaking, ain't no nothing coming
15   through the -- nothing else, you know, but the
16   air-conditioner vent.
17        Q.    Okay.  So let me ask the question a different
18   way, which I think might help clarify.
19              So for the odors outside your house, would
20   they be there all day when you were smelling them
21   between summer of 2017 to the end of 2017?
22        A.    Yes.
23        Q.    Okay.  So it was basically 24/7 that the
24   odors would be --
25        A.    Yes.
```

Page 171

REPORTER'S PAGE

I, YOLANDA J. PENA, Certified Court Reporter in and for the State of Louisiana, (CCR #2017002), Registered Professional Reporter (RPR #970346), the officer, as defined in Rule 28 of the Federal Rules of Civil Procedure and/or Article 1434(B) of the Louisiana Code of Civil Procedure, do hereby state on the record:

That due to the interaction in the spontaneous discourse of the proceeding, double dashes (--) have been used to indicate pauses, changes in thought, and/or talkovers; that same is the proper method for a transcription of proceedings, and that the double dashes (--) do not indicate that words or phrases have been left out of this transcript;

That any spelling of words and/or names which could not be verified through reference material have been denoted with the parenthetical "(phonetic)";

That the parenthetical "(sic)" is used to denote when a witness stated a word or phrase that appears odd or erroneous to show that it was quoted exactly as it stands.

YOLANDA PENA, CCR, RPR