The Deposition of

# VERNICE LEWIS

In the Matter of

## FREDERICK ADDISON, ET AL

vs

## LOUISIANA REGIONAL LANDFILL CO., ET AL

Taken On

**NOVEMBER 29, 2023**



EXHIBIT J

```
 1  same because the air conditioning was bringing
 2  everything in.  So yes.
 3      Q.  Did you ever have to turn your AC off to
 4  eliminate the odors?
 5      A.  No.
 6      Q.  And we mentioned the air fresheners and
 7  candles earlier, but would you use air fresheners
 8  and candles to combat the odors in your house?
 9      A.  Yes.
10      Q.  How often would you have to use a candle
11  or air freshener?
12      A.  I did my air fresheners all day, got the
13  spray ones, because that odor just wouldn't go.
14      Q.  And do you recall when the odors stopped
15  at your property?
16      A.  When did it stop?
17      Q.  (The attorney nodded head.)
18      A.  It kind of lightened up in like the
19  beginning of 2020.
20      Q.  Okay.  Do you have any records of the
21  odors you smelled?  Like did you write in a
22  journal?
23      A.  No.
24      Q.  Okay.  When you used the air fresheners
25  and candles, did the odor go away?
```

```
 1        A.   No.
 2             In the frame time (sic) you're talking
 3   about, 2017.
 4        Q.   Relevant time period, yes.
 5        A.   No.
 6        Q.   So you lived with the odor constantly?
 7        A.   Constantly.
 8        Q.   All right.  Can you explain how the odors
 9   impacted you.
10        A.   How it -- what you mean?
11        Q.   How did it affect your daily life?
12        A.   It was awful.  It gave me allergies.  I
13   had running eyes, scratching all the time.
14        Q.   Okay.  We'll get to your medical
15   conditions in a bit but --
16             MS. JAMES:
17                  Excuse me one second.
18             MR. HADDEN:
19                  No problem.  Off the record.
20             THE VIDEOGRAPHER:
21                  Going off the record at 10:58 a.m.
22             (A break was taken from 10:58 a.m. to
23             10:58 a.m.)
24             THE VIDEOGRAPHER:
25                  We're back on the record at 10:58 a.m.
```

Case 2:19-cv-11133-SM-MBN   Document 582-11   Filed 06/13/24   Page 4 of 5

122

```
 1                    CERTIFICATE
 2
 3       This certification is valid only for a
 4   transcript accompanied by my original signature
 5   and original required seal on this page.
 6       I, RITA A. DEROUEN, Certified Court Reporter in
 7   and for the State of Louisiana, (CCR #2014018),
 8   Registered Professional Reporter (RPR #006908), as
 9   the officer before whom this testimony was taken,
10   do hereby certify that VERNICE LEWIS, having been
11   duly sworn by me upon authority of R.S. 37:2554,
12   did testify on November 29, 2023, at New Orleans,
13   Louisiana, as hereinbefore set forth in the foregoing
14   121 pages; that this testimony was reported by me in
15   stenographic shorthand, was prepared and transcribed by
16   me or under my personal direction and supervision, and
17   is a true and correct transcript to the best of my
18   ability and understanding; that the transcript has
19   been prepared in compliance with the transcript
20   format guidelines required by statute and rules of
21   the Board; that I am informed about the complete
22   arrangement, financial or otherwise, with the
23   person or entity making arrangements for
24   deposition services; that I have acted in
25   compliance with the prohibition on contractual
```

```
 1  relationships, as defined by Louisiana Code of
 2  Civil Procedure Article 1434 and the Rules and
 3  Advisory Opinions of the Board; that I have no
 4  actual knowledge of any prohibited employment or
 5  contractual relationship, direct or indirect,
 6  between a court reporting firm and any party
 7  litigant in this matter, nor is there any such
 8  relationship between myself and a party litigant
 9  in this matter; that I am not related to counsel
10  or to any of the parties hereto, I am in no manner
11  associated with counsel for any of the interested
12  parties to this litigation, and I am in no way
13  concerned with the outcome thereof.
14       Signed and stamped this 11th day of December,
15  2023, Baton Rouge, Louisiana.
16
17
18
19
20
21               _____
22                  Rita DeRouen, RPR, CCR
23
24
25
```