Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, | CIVIL ACTION |
| ET AL., | NO. 19-11133 |
| Plaintiffs | c/w 19-14512 |
| VERSUS | SECTION: "E"(5) |
| | JUDGE: Morgan |
| LOUISIANA REGIONAL | MAGISTRATE |
| LANDFILL COMPANY, ET AL., | JUDGE: North |

Videotaped deposition of TERRANCE LIONEL THOMPSON, 1116 South Starrett Road, Metairie, Louisiana 70003, taken remotely (via Zoom) in the offices of FORREST CRESSY & JAMES, 1222 Annunciation Street, New Orleans, Louisiana 70130, on Friday, January 5, 2024, commencing at 2:45 p.m.

EXHIBIT K

VERITEXT LEGAL SOLUTIONS

```
                                                    Page 71
 1          Q.   Now we can talk about the odors a
 2   little bit more in depth.  You mentioned that
 3   you first started smelling the chemical smells
 4   and rotten garbage beginning in -- sometime in
 5   June and July of 2017?
 6          A.   Yes.
 7          Q.   On a scale of 1 to 10, how strong
 8   were those odors in 2017?
 9          A.   A 10.
10          Q.   Okay.  And did those odors, the 10
11   out of 10, did that last -- Strike that.
12               How frequently, how many times per
13   week, would you smell those chemical smells and
14   garbage smells in 2017?
15          A.   Seven days.
16          Q.   And would that severity, the 10 out
17   of 10, would that last all day?
18          A.   Yes.  Constantly.
19          Q.   So is it a 10 out of 10 for seven
20   days for 24 hours a day?
21          A.   Yes.
22          Q.   Okay.  And did that severity duration
23   continue through all of 2018?
24          A.   Yes.
25          Q.   Okay.  And it continued all through
```

```
                                                     Page 72
 1   2019?
 2        A.   2019, yes.
 3        Q.   And from 2017 to 2019, did the smell
 4   ever change?
 5        A.   No.  It stayed the same.
 6        Q.   Okay.  Did you ever smell that
 7   chemical smell and garbage smell inside your
 8   house?
 9        A.   Yes.
10        Q.   Was it stronger or weaker than
11   outside?
12        A.   It's the same.
13        Q.   The same?
14        A.   Yeah.
15        Q.   So the odors stayed indoors 24/7 from
16   2017 to 2019?
17        A.   Yes.
18        Q.   Did you ever complain about the odors
19   to anyone besides your parents or Maxine?
20        A.   No.
21        Q.   Why not?
22        A.   I didn't -- I didn't explain it to
23   nobody.
24        Q.   Did you ever think about moving from
25   1116 South Starrett because of the odors?
```

```
                                                             Page 115
 1                        WITNESS' CERTIFICATE

 2

 3

 4

 5              I, TERRANCE LIONEL THOMPSON, read or

 6    have had the foregoing testimony read to me and

 7    hereby certify that it is a true and correct

 8    transcription of my testimony, with the

 9    exception of any attached corrections or

10    changes.

11

12

13

14

15    DATE SIGNED              TERRANCE LIONEL THOMPSON

16

17

18

19    INITIAL ONE:

20

21          Read with no corrections.

22

23          Read and correction sheet attached.

24

25    DATE TAKEN:  January 5, 2024
              WILMA B. GERACI, CCR, RPR
                 (504) 831-5835
```

                                                    Page 116

1                    REPORTER'S CERTIFICATE

2

3           This certification is valid only for a
    transcript accompanied by my original signature
    and original required seal on this page.

4

5           I, WILMA B. GERACI, Certified Court
    Reporter, in and for the State of Louisiana, as
    the officer before whom this testimony was

6   taken, do hereby certify that TERRANCE LIONEL
    THOMPSON, after having been duly sworn by me

7   upon authority of R.S. 37:2554, did testify as
    hereinbefore set forth in the foregoing 115

8   pages; that this testimony was reported by me
    in the stenotype reporting method, was prepared

9   and transcribed by me or under my personal
    direction and supervision, and is a true and

10  correct transcript to the best of my ability
    and understanding; that the transcript has been

11  prepared in compliance with transcript format
    guidelines required by statute or by rules of

12  the Board, and that I am informed about the
    complete agreement, financial or otherwise,

13  with the person or entity making arrangements
    for deposition services; that I have acted in

14  compliance with the prohibition on contractual
    relationships, as defined by Louisiana Code of

15  Civil Procedure Article 1434 and in rules and
    advisory opinions of the Board; that I have no

16  actual knowledge of any prohibited employment
    or contractual relationship, direct or

17  indirect, between a court reporting firm and
    any party litigant in this matter nor is there

18  any such relationship between myself and a
    party litigant in this matter.

19
            I am not related to counsel or to the
20  parties herein, nor am I otherwise interested
    in the outcome of this matter.

21

22

23

24  WILMA B. GERACI, CCR, RPR                    DATE
    CERTIFIED COURT REPORTER

25
                WILMA B. GERACI, CCR, RPR
                     (504) 831-5835