JONATHAN TATE

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
    FREDERICK ADDISON, ET AL.,   CIVIL ACTION NO.
 4           Plaintiffs,         19-11133,
    VS.                          C/W 19-14512
 5
    LOUISIANA REGIONAL           SECTION: "E"(5)
 6  LANDFILL COMPANY, ET AL.,
             Defendants.         JUDGE:  MORGAN
 7
                                 MAGISTRATE JUDGE:
 8                               NORTH
 9  * * * * * * * * * * * * * * * * * * * * * * *
10
11       The videotaped deposition of JONATHAN TATE,
12  taken in connection with the captioned cause,
13  pursuant to the following stipulations before
14  RITA A. DEROUEN, Certified Court Reporter, on the
15  4th of April, 2023, beginning at 12:29 p.m.
16
17
18
19
20
21
22
23
24
25
```

EXHIBIT L

1   BY MR. PAUL:
2       Q.  You can answer.
3       A.  You would notice the smell all day long.
4   It would be more intense in the evening and
5   nighttime.  You would have a strong odor all
6   through the day, but in the evening time and
7   overnight, it would be very intense.
8       Q.  So by saying that you noticed the odor all
9   day, was it continuous?
10      A.  It was -- I would say it was continuous.
11      Q.  During -- based on your recollection for
12  this time period, fall of 2017 through summer of
13  2019, were there times that the odor went away
14  entirely?
15      A.  I can't say exactly.
16      Q.  And I think you answered this, but for
17  that time period, what was the intensity of the
18  odor generally?
19          MR. CHILDERS:
20              Objection; form.
21      A.  The intensity was very strong, to the
22  point to where if I'm holding a practice, some
23  kids would get sick, throw up, and I would have to
24  cancel practice on multiple days a week.
25  BY MR. PAUL:

```
 1                     CERTIFICATE
 2
 3      This certification is valid only for a
 4   transcript accompanied by my original signature
 5   and original required seal on this page.
 6      I, RITA A. DEROUEN, Certified Court Reporter in
 7   and for the State of Louisiana, (CCR #2014018),
 8   Registered Professional Reporter (RPR #006908), as
 9   the officer before whom this testimony was taken,
10   do hereby certify that JONATHAN TATE, having been
11   duly sworn by me upon authority of R.S. 37:2554,
12   did testify on April 4, 2023, as hereinbefore set
13   forth in the foregoing 205 pages; that this
14   testimony was reported by me in stenographic
15   shorthand, was prepared and transcribed by me or
16   under my personal direction and supervision, and
17   is a true and correct transcript to the best of my
18   ability and understanding; that the transcript has
19   been prepared in compliance with the transcript
20   format guidelines required by statute and rules of
21   the Board; that I am informed about the complete
22   arrangement, financial or otherwise, with the
23   person or entity making arrangements for
24   deposition services; that I have acted in
25   compliance with the prohibition on contractual
```

1   relationships, as defined by Louisiana Code of
2   Civil Procedure Article 1434 and the Rules and
3   Advisory Opinions of the Board; that I have no
4   actual knowledge of any prohibited employment or
5   contractual relationship, direct or indirect,
6   between a court reporting firm and any party
7   litigant in this matter, nor is there any such
8   relationship between myself and a party litigant
9   in this matter; that I am not related to counsel
10  or to any of the parties hereto, I am in no manner
11  associated with counsel for any of the interested
12  parties to this litigation, and I am in no way
13  concerned with the outcome thereof.
14      Signed and stamped this 7th day of April, 2023,
15  Baton Rouge, Louisiana.

                    _____
                    Rita DeRouen, RPR, CCR