# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

### DECLARATION OF MEGAN R. BRILLAULT IN SUPPORT OF DEFENDANTS' JOINT MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY BY DR. PAMELA DALTON

I, Megan R. Brillault, hereby declare as follows:

1. I am a Principal of the law firm Beveridge & Diamond, P.C., and am duly admitted to practice pro hac vice before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Testimony by Dr. Pamela Dalton. I am fully familiar with the facts set forth herein.

3. A true and correct copy of excerpts of the transcript of the deposition of Dr. Pamela Dalton, taken on May 13, 2024, is attached hereto as Exhibit 1.

4. A true and correct copy of excerpts of the transcript of the deposition of Dr. Susan Schiffman, taken on April 26, 2024, is attached hereto as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of June, 2023.

                                                           /s/ Megan R. Brillault
                                                                      PRINCIPAL