Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL., | CIVIL ACTION NO. 19-11133, |
| VS. | C/W 19-14512 |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL. | SECTION: "E"(5) |
| | JUDGE: MORGAN |
| | MAGISTRATE JUDGE: NORTH |

      The remote videotaped deposition of SUSAN SCHIFFMAN, PH.D., appearing from Durham, North Carolina taken in connection with the captioned cause pursuant to the following stipulations before RITA A. DEROUEN, Certified Court Reporter, on the 26th of April, 2024, beginning at 11:05 a.m. Eastern Time.

Page 89

1  decision and you mentioned earlier you read it.  I
2  had a question about a statement the Court made,
3  and she cited your testimony at trial.
4           And your testimony at trial, and I'll just
5  quote it, was, "See, what we try to do is to
6  see -- to program our machine so that they can
7  pick something -- pick up something at 5 ppb.
8  This is for the level we're using.  This is the
9  level which is agreed to, people from China,
10 Japan, all over the world.  5 ppb is well thought
11 of throughout the world with people who work in
12 this area."
13          So you just mentioned people from China
14 and Japan.  Can you give me specifics on who from
15 China and Japan use 5 parts per billion?
16      A.  Members of my committee and people -- I'm
17 on Zoom every week, okay?  I can't name everybody
18 who -- I mean, and it's inappropriate for me to
19 name people who say something on confidential IEEE
20 calls.  I mean, I don't understand what you're
21 asking for.
22      Q.  Well, I'm asking who in China and Japan
23 used 5 parts per billion as a standard to --
24      A.  They don't -- they consider it a standard,
25 but they can't get -- but what happens is that --

Page 90

1  it's exactly what's happening -- what you are just
2  quoting, bringing up, is exactly the problem in
3  Japan and in China that we are facing in
4  Louisiana, which has an outrageous level of
5  hydrogen sulfide, which is acceptable, but it's
6  not acceptable from the standpoint of human --
7  humans living downwind from it, okay?
8           People throughout the world that I deal
9  with and have been dealing with for 20, 30 years
10 consider 5 ppb as an appropriate level of hydrogen
11 sulfide that will -- above that, people will start
12 getting complaints, okay?
13          Do the laws say that that's what the level
14 is for a state or for a country or -- they don't,
15 okay?  I completely agree with you.  That's the
16 problem, is the discrepancy between what is
17 allowed and what is the reality of people's
18 perception.
19          And the reason why the levels are higher
20 is because industries which pollute are sometimes
21 necessary for that country.
22     Q.   Okay.  So is it fair to say that people in
23 China and Japan aren't actually using 5 parts per
24 billion as a nuisance standard but, like you, they
25 would like to?

Page 305

1                           CERTIFICATE

2

3      This certification is valid only for a

4  transcript accompanied by my original signature

5  and original required seal on this page.

6      I, RITA A. DEROUEN, Certified Court Reporter in

7  and for the State of Louisiana, (CCR #2014018),

8  Registered Professional Reporter (RPR #006908), as

9  the officer before whom this testimony was taken,

10  do hereby certify that SUSAN SCHIFFMAN, Ph.D.,

11  having been duly sworn by me upon authority of

12  R.S. 37:2554, did testify on April 26, 2024, as

13  hereinbefore set forth in the foregoing 304 pages;

14  that this testimony was reported by me in

15  stenographic shorthand, was prepared and

16  transcribed by me or under my personal direction

17  and supervision, and is a true and correct

18  transcript to the best of my ability and

19  understanding; that the transcript has been

20  prepared in compliance with the transcript format

21  guidelines required by statute and rules of the

22  Board; that I am informed about the complete

23  arrangement, financial or otherwise, with the

24  person or entity making arrangements for

25  deposition services; that I have acted in

1  compliance with the prohibition on contractual
2  relationships, as defined by Louisiana Code of
3  Civil Procedure Article 1434 and the Rules and
4  Advisory Opinions of the Board; that I have no
5  actual knowledge of any prohibited employment or
6  contractual relationship, direct or indirect,
7  between a court reporting firm and any party
8  litigant in this matter, nor is there any such
9  relationship between myself and a party litigant
10 in this matter; that I am not related to counsel
11 or to any of the parties hereto, I am in no manner
12 associated with counsel for any of the interested
13 parties to this litigation, and I am in no way
14 concerned with the outcome thereof.
15     Signed and stamped this 30th day of April, 2024,
16 Baton Rouge, Louisiana.

                    _____
                         Rita DeRouen, RPR, CCR