UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL., **Plaintiffs** VERSUS LOUISIANA REGIONAL LANDFILL COMPANY, ET AL., **Defendants** | CIVIL ACTION NO. 19-11133, c/w 19-14512 SECTION: "E" (5) JUDGE: Morgan MAGISTRATE JUDGE: North |

**DECLARATION OF MEGAN R. BRILLAULT IN SUPPORT OF DEFENDANTS' JOINT MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF JOSEPH T. GARDEMALL III**

I, Megan R. Brillault, hereby declare as follows:

1. I am a Principal of the law firm Beveridge & Diamond, P.C., and am duly admitted to practice *pro hac vice* before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Expert Testimony of Joseph T. Gardemal III. I am fully familiar with the facts set forth herein.

3. A true and correct copy of excerpts of the transcript of the deposition of Mr. Joseph T. Gardemal III, taken on April 22, 2024, is attached hereto as Exhibit 1.

4. A true and correct copy of excerpts of the transcript of the deposition of Mr. Jason Schellhaas, taken on April 18, 2024, is attached hereto as Exhibit 2.

5. A true and correct copy of excerpts of the transcript of the deposition of Mr. Scott Gremillion, taken on June 8, 2023, is attached hereto as Exhibit 3.

6. A true and correct copy of excerpts of the transcript of the deposition of Mrs. Wendy Gremillion, taken on June 7, 2023, is attached hereto as Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York this 13th day of June, 2023.

                                                                                          /s/ Megan R. Brillault  
                                                                                                PRINCIPAL