```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3   In re:

 4   FREDERICK ADDISON, et al.,

 5             Plaintiffs,

 6   vs.                        Case No. 19-CV-11133

 7   LOUISIANA REGIONAL LANDFILL

 8   COMPANY, et al.,

 9             Defendants.

10   _____/

11

12     The Above-Captioned Video-Recorded Deposition of

13             JOSEPH T. GARDEMAL, III, CPA

14               10:07 a.m. - 12:14 p.m.

15                  April 22, 2024

16

17

18

19

20

21

22

23   REPORTED BY:

24   STEVEN POULAKOS, RPR

25   JOB NO:  J11168218
```



JOSEPH T. GARDEMAL, III                                    April 22, 2024
Addison v LA Regional Landfill                                          2

1

2

3

4

5

6          The above-captioned video-recorded

7  deposition of JOSEPH T. GARDEMAL, III, CPA, was held

8  via Zoom videoconference on Monday, April 22, 2024,

9  commencing at 10:07 a.m., at the Law Offices of

10 Beveridge and Diamond, P.C., 1900 N Street, N.W., Suite

11 100, Washington, D.C. 20036, before Steven Poulakos,

12 Notary Public.

13

14

15

16

17

18

19

20 REPORTED BY:  Steven Poulakos, RPR

21

22

23

24

25



1  taking the work that was done by Mr. Schellhaas,

2  applying the work that was done by Mr. Lape to it and

3  demonstrating that Mr. Schellhaas's calculations are

4  unreliable because they don't consider even the

5  analysis performed by plaintiffs' own expert.

6       Q     Okay.  And I understand you wrote this

7  report in an effort to analyze the Dienes report for

8  the defendants without characterizing it any other way.

9  Let me ask you what is your basis for the statement on

10 page 5 which says three of the 13 trial plaintiffs

11 resided in rental properties from which they could have

12 moved immediately without incurring any additional

13 cost?  What is your basis for saying that?

14      A     It is my analysis of the facts.  If you

15 look at appendix A, I have a number of leases that I

16 reviewed.  I have deposition transcripts that I

17 reviewed that led me to reach those conclusions.

18      Q     Well, tell me specifically what facts you

19 relied on.  You tell me deposition transcripts.  Tell

20 me the facts you relied on which support the

21 proposition that these three plaintiffs could have

22 moved immediately without incurring additional lodging

23 cost.

24      A     So let me go to the section of my report

25 where I discuss that in a great deal of detail and



```
 1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 2               I, Steven Poulakos, registered
 3    Professional Reporter, the officer before whom the
 4    foregoing proceedings were taken, do hereby certify
 5    that the foregoing transcript is a true and correct
 6    record of the proceedings; that said proceedings were
 7    taken by me stenographically and thereafter reduced to
 8    typewriting under my supervision; and that I am neither
 9    counsel for, related to, nor employed by any of the
10    parties to this case and have no interest, financial or
11    otherwise, in its outcome.
12               IN WITNESS WHEREOF, I have hereunto set my
13    hand and affixed my notarial seal this 22nd day of
14    April 2024.
15    My commission expires:
16    May 31, 2024
17
18
19
20
21    --------------------------
22    NOTARY PUBLIC IN AND FOR
23    THE DISTRICT OF COLUMBIA
24
25
```

