Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FREDERICK ADDISON, ET AL         CIVIL ACTION NO.
                                 19-11133, c/w 19-14512
VERSUS
                                 SECTION: "E" (5)
LOUISIANA REGIONAL
LANDFILL COMPANY, ET AL

* * * * * * * * * * * * * * * * * * * * * * * * * * *

       TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

                    JASON SCHELLHAAS,

TAKEN AT THE LAW OFFICES OF LISKOW & LEWIS, APLC,

701 POYDRAS STREET, SUITE 5000, NEW ORLEANS, LOUISIANA

70139, ON THURSDAY, THE 18TH DAY OF APRIL, 2024,

COMMENCING AT 9:06 A.M.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Reported by:

    YOLANDA J. PENA, Certified
    Court Reporter No. 2017002
    in and for the State of
    Louisiana

Page 44

 1     A.   That's correct.
 2     Q.   Okay.  Did you perform any investigation into
 3  the accuracy of this assumption?
 4     A.   No, I did not.
 5     Q.   And you are not offering opinions on this
 6  first assumption, correct?
 7     A.   No, I'm not.
 8     Q.   Okay.  Please take a moment to read the second
 9  assumption.
10     A.   Okay.
11     Q.   Am I correct in understanding that you're
12  assuming everything described in the second assumption
13  is true for purposes of your opinion?
14     A.   That's correct.
15     Q.   Okay.  What is your understanding of the bases
16  for the second assumption?
17     A.   It's my understanding that counsel has asked
18  us to assume that these measures of damages would be
19  accepted by the -- the court as acceptable measures of
20  damages in this particular case suffered by the
21  plaintiffs.
22     Q.   Okay.  Did you review the transcript or video
23  from the July 23rd, 2018, press conference refer- --
24  referenced in this assumption?
25     A.   I did read the transcript, yes.

1      Q.   Okay.  Did you agree that the assumption

2   accurately reflected what was discussed in the -- at

3   the press conference?

4            MR. JOHNSON:  Objection.

5      A.   I think that the press conference does make

6   the statement that is in this assumption.

7   BY MS. KREBS:

8      Q.   Was there anything else said during the press

9   conference that you understood to contradict the second

10  assumption or any of the other assumptions?

11           MR. JOHNSON:  Objection.

12     A.   Different individuals that spoke at the press

13  conference had different comments.  One of the

14  individuals did make a comment that there are a number

15  of other business entities or operations that could,

16  you know, potentially impact or produce odors or

17  smells.  So that is something that I did read in the

18  press conference.

19  BY MS. KREBS:

20     Q.   Okay.  And you didn't take that into account

21  in your damages calculation, correct?

22           MR. JOHNSON:  Objection.

23     A.   That's correct.

24  BY MS. KREBS:

25     Q.   Okay.  Did you review the transcript from

```
                                                              Page 143
 1                      REPORTER'S CERTIFICATE

 2         I, YOLANDA J. PENA, Certified Court Reporter in
     and for the State of Louisiana, Registered
 3   Professional Reporter, and as the officer before whom
     this testimony was taken, do hereby certify that JASON
 4   SCHELLHAAS, after having been duly sworn by me upon
     authority of R.S. 37:2554, did testify as set forth in
 5   the foregoing 142 pages.
         I further certify that said testimony was reported
 6   by me in the Stenotype reporting method, was prepared
     and transcribed by me or under my direction and
 7   supervision, and is a true and correct transcript to
     the best of my ability and understanding.
 8       I further certify that the transcript has been
     prepared in compliance with transcript format
 9   guidelines required by statute or by rules of the
     board and that I have been informed about the complete
10   arrangement, financial or otherwise, with the person
     or entity making arrangements for deposition services.
11       I further certify that I have acted in compliance
     with the prohibition on contractual relationships, as
12   defined by Louisiana Code of Civil Procedure Article
     1434, and in rules and advisory opinions of the board.
13       I further certify that I am not an attorney or
     counsel for any of the parties, that I am neither
14   related to nor employed by any attorney or counsel
     connected with this action, and that I have no
15   financial interest in the outcome of this matter.
         This certificate is valid only for this
16   transcript, accompanied by my digital signature or
     original signature and original raised seal on this
17   page.

18       Prairieville, Louisiana, this 22nd day of April,
     2024.
19

20

21

22
                                   _____
23                                 YOLANDA J. PENA, CCR, RPR
                                   CCR NO. 2017002, RPR NO. 907346
24

25
```