1               UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF LOUISIANA

3

4   FREDERICK ADDISON, ET AL.,      CIVIL ACTION NO.

               Plaintiffs,        19-11133, c/w 19-14512

5   VERSUS

                                  SECTION: "E" (5)

6   LOUISIANA REGIONAL

    LANDFILL COMPANY, ET AL.,

7               Defendants.

8   * * * * * * * * * * * * * * * * * * * * * * * * *

9        TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

10                 SCOTT GREMILLION,

11  TAKEN ON BEHALF OF DEFENDANTS, LOUISIANA REGIONAL

12  LANDFILL COMPANY, WASTE CONNECTIONS BAYOU, INC., WASTE

13  CONNECTIONS US, INC., JEFFERSON PARISH, AND APTIM

14  CORP.

15  * * * * * * * * * * * * * * * * * * * * * * * * *

16             REPORTED AT THE LAW OFFICES OF:

17             LISKOW & LEWIS, APLC

18             701 POYDRAS STREET, SUITE 5000

19             NEW ORLEANS, LOUISIANA  70139

20

         COMMENCING AT 9:08 A.M., ON JUNE 8, 2023

21

22  Reported by:

23      YOLANDA J. PENA, Certified

        Court Reporter No. 2017002

24      in and for the State of

        Louisiana

25

```
                                              Page 64
 1        A.    We would swim at different facilities.
 2        Q.    But the -- but the swim team was associated
 3   with Paradise Manor?
 4        A.    Correct.
 5        Q.    Okay.  You told me you went about three times
 6   per week either to hang out or swim practice.  Was that
 7   the same for each of the three summers?
 8        A.    Yes, it was.  But swim would end probably in
 9   end of July, middle of July.
10        Q.    Okay.  And would you still go at the same
11   frequency?
12        A.    Not at the same frequency but probably still
13   go two times a week.
14        Q.    Okay.
15        A.    I was on the board, so I was kind of required
16   at times to go.
17        Q.    Okay.  Were you paid in connection with that?
18        A.    No.
19        Q.    Okay.  You did it for kind of marketing, I'm
20   assuming, with your job?
21        A.    No.  I just did it to support the kids and to
22   support the community and meet people.
23        Q.    Okay.  So you told me that there were times
24   where  A.G.  would not want to go to her swim practices
25   or meets.
```

```
 1        A.    Correct.

 2        Q.    How often did that happen?

 3        A.    She never not wanted to go to the meet.  I

 4   don't know, a couple times.  It wasn't -- it wasn't a

 5   ton of times.  A couple times.

 6        Q.    Okay.  And a couple times that she complained

 7   of it or a couple times that you wouldn't go as a

 8   result?

 9        A.    We wouldn't go.  I mean, we'd walk outside and

10   smell it, we're like, "We're not doing this tonight."

11        Q.    Okay.  And then also Elmwood, you said same

12   deal.  Did y'all have a family membership?

13        A.    We did.

14        Q.    Elmwood obviously has an indoor swim facility

15   but also an outdoor swim facility.

16        A.    Correct.

17        Q.    Would they practice at Elmwood?

18        A.    They would.

19        Q.    Did they practice at the indoor or the

20   outdoor?

21        A.    They only practiced on the indoor in the

22   wintertime.

23        Q.    Okay.

24        A.    I would say 90 percent of the time, they were

25   outdoor.
```

1      Q.   I think the outdoor has a lot more --

2      A.   A lot more, and the members want the indoor.

3      Q.   Okay.  So the -- okay.  And how -- I guess

4  Elmwood is year-round.

5      A.   Correct.

6      Q.   Okay.  And when did you first have a

7  membership at Elmwood?

8      A.   I've had a membership at Elmwood since I was

9  in -- right out of college.

10      Q.   Okay.  I don't know when that was.

11      A.   Probably around -- I'd say probably around the

12  2002.

13      Q.   Okay.

14      A.   I donated there a lot, frequent and often.

15      Q.   I got you.  Yeah, I'm donating right now at

16  Anytime Fitness.

17           Okay.  So you were -- what year were you

18  married, again?

19      A.   2004.

20      Q.   Okay.  And then family membership from that

21  time forward?  Or when did the whole family become

22  members?

23      A.   Well, we didn't have family at that point.  It

24  was just me and Wendy.

25      Q.   Okay.

1       A.   I mean, I could go get records.

2       Q.   No, no.  I just want a general -- I mean,

3   you've had it consistently since then.  At some

4   point -- I mean Wendy, I'm assuming --

5       A.   Correct.

6       Q.   -- when y'all were married, around that time,

7   she had one?

8       A.   Yes.

9       Q.   And then when the kids were old enough to --

10      A.   We just did the family membership, and then

11  you had to pay additional for the swim.

12      Q.   Okay.  And same thing Elmwood, you have to

13  renew every year?

14      A.   You renew every year, and then you pay a small

15  fee for swim and dive.

16      Q.   Okay.  Did you -- did you ever during that

17  time cancel, suspend anything with your membership?

18      A.   I might have paused the membership, but it had

19  nothing to do with this.

20      Q.   Okay.  Yeah, I guess I'll ask it that way.

21  From the time of midsummer of 2017, which you told me,

22  and then end of 2019/early 2020, during that time, was

23  there any occasion with either of these facilities

24  where you paused, canceled, what have you, anything

25  with your membership?

Page 68

1          A.    No.

2          Q.    Okay.  How often would you guys go to Elmwood?

3          A.    I don't remember the practice schedule, but it

4     was year-round, I want to say.  I don't remember.  My

5     wife was the one who -- because I was working, so.  The

6     frequency of practice there was a lot more.  They

7     probably did five days a week.  But you didn't have to

8     go every day.  It was voluntary at her age.

9          Q.    Okay.  So the time where they were practicing

10     at Park Manor, during the time that Park Manor was

11     open, would they practice there and Elmwood or only

12     Park Manor at that point?

13          A.    Paradise Manor?

14          Q.    Paradise.  I'm sorry.

15          A.    She would go to both practices.

16          Q.    Okay.  And then when they were closed, they

17     would do all of them at Elmwood?

18          A.    Meaning, like, she would sometimes practice

19     twice a day.

20          Q.    Okay.  So she would go to Paradise Manor and

21     Elmwood?

22          A.    Yeah.  Elmwood was earlier than Paradise

23     Manor.  Because Paradise Manor didn't start till later

24     because everybody is working, where it's not a

25     full-time job.

```
                                               Page 69
 1        Q.    Got it.  And then at Elmwood during the months
 2   where Paradise Manor was not open, you said it could be
 3   up to five times a week, depending.
 4        A.    Correct.
 5        Q.    How often did she typically go?
 6        A.    I would say -- I mean, I'm guessing -- three
 7   to four.
 8        Q.    Okay.
 9        A.    We typically like to give a Friday off.
10        Q.    Sure.  And then you had told me before there
11   were some times where you would not go to swim practice
12   at Paradise Manor because of you'd walk out and
13   experience the smell or she would complain of it; is
14   that fair?
15        A.    Correct.
16        Q.    Did you have that same kind of exchange with
17   Elmwood?
18        A.    Yes.
19        Q.    And how often did that occur?
20        A.    A handful of times.
21        Q.    Okay.  Handful of times throughout the
22   duration of the --
23        A.    I would say a handful of times each year.
24        Q.    What is a handful of times?  Less than five?
25        A.    I would say, yes.
```