Page 1

```
 1            UNITED STATES DISTRICT COURT
 2             EASTERN DISTRICT OF LOUISIANA
 3
 4    FREDERICK ADDISON, ET AL      CIVIL ACTION NO.
                                    19-11133, c/w 19-14512
 5    VERSUS
                                    SECTION: "E" (5)
 6    LOUISIANA REGIONAL
      LANDFILL COMPANY, ET AL
 7
 8
 9    * * * * * * * * * * * * * * * * * * * * * * * * *
10         TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:
11                     WENDY GREMILLION,
12    TAKEN ON BEHALF OF DEFENDANTS LOUISIANA REGIONAL
13    LANDFILL COMPANY, WASTE CONNECTIONS BAYOU, INC., AND
14    WASTE CONNECTIONS US, INC.
15    * * * * * * * * * * * * * * * * * * * * * * * * *
16              REPORTED AT THE LAW OFFICES OF:
17              FORREST CRESSEY & JAMES, LLC
18              1222 ANNUNCIATION STREET
19              NEW ORLEANS, LOUISIANA  70130
20
           COMMENCING AT 9:12 A.M., ON JUNE 7, 2023
21
22
      Reported by:
23
          YOLANDA J. PENA, Certified
24        Court Reporter No. 2017002
          in and for the State of
25        Louisiana
```

Page 33

1        Q.   A handful of times.
2             That you didn't smell it at the club, but then
3   you did smell it at your house?
4        A.   Or vice versa.
5        Q.   Or vice versa.
6        A.   Didn't smell it at my house; smelled it at the
7   club.  Or didn't smell it at either place but smelled
8   it on the way home, on the travel to and from.
9        Q.   We talked about the frequency of not smelling
10  it at the club but then smelling it at home, and I
11  think you told me "a handful of times."
12            Same question for not smelling it at your home
13  but then smelling it at the club.  You think you
14  experienced that a handful of times?
15       A.   When we were at the --
16            MR. FOSTER:  Objection; form.
17            THE WITNESS:  Excuse me.
18            MR. FOSTER:  Go ahead.
19       A.   We were at the club, there were some times we
20  smelled it, and sometimes we didn't.  When we did, we
21  left quickly.
22  BY MR. MIMS:
23       Q.   And you remember multiple times where that
24  happened and you got home and didn't smell it at your
25  home?