# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs<br>V.<br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants<br><br>*Applies to: Both Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, in accordance with Local Rule 5.6 and the Agreed Protective Order in this case entered into on November 4, 2019 ("Protective Order") (R. Doc 79), file this motion for leave to file under seal portions of:

- the Brief in Support of Plaintiffs' Motions to Exclude the Expert Testimony of Dr. Brobson Lutz;

- the Brief in Support of Plaintiffs' Motion to Exclude Evidence Regarding Dr. Spodak's Resolved Medical Condition;

- Dr. Kind's Expert Report and Deposition Transcript Excerpts;

- Dr. Lutz's Expert Report, Deposition Transcript Excerpts, and Deposition Exhibits of IME Reports; and

- Dr. Spodak's Deposition Transcript Excerpts and Declaration.

This motion is filed pursuant to the Protective Order, and the Eastern District of Louisiana's "need to protect sensitive personal and medical information,"[1] and for the reasons more fully set forth in the attached memorandum.

WHEREFORE, Plaintiffs pray that this Motion be granted and that they be allowed to file under seal and deem "Confidential" or "Confidential-Outside Counsel Only" portions of the Brief in Support of Plaintiffs' Motions to Exclude the Expert Testimony of Dr. Brobson Lutz; the Brief in Support of Plaintiffs' Motion to Exclude Evidence Regarding Dr. Spodak's Resolved Medical Condition; Dr. Kind's Expert Report and Deposition Transcript Excerpts; Dr. Lutz's Expert Report, Deposition Transcript Excerpts, and Deposition Exhibits of IME Reports; and Dr. Spodak's Deposition Transcript Excerpts and Declaration.

Dated: June 6, 2024

                                            Respectfully submitted:

                                                   **/s/** S. Eliza James
                                          Byron M. Forrest (La. Bar No. 35480)
                                          Nicholas V. Cressy (La. Bar No. 35725)
                                          S. Eliza James (La. Bar No. 35182)
                                          FORREST CRESSY & JAMES, LLC
                                          1222 Annunciation Street
                                          New Orleans, Louisiana 70130
                                          Tele:(504) 605.0777
                                          Fax: (504) 322.3884
                                          Email: byron@fcjlaw.com
                                          nicholas@fcjlaw.com
                                          eliza@fcjlaw.com

                                                   /s/ Eric C. Rowe
                                          C. Allen Foster (Admitted Pro Hac Vice)

---

[1] *Molina v. Unum Life Ins. Co. of Am.*, No. 22-CV-4744, 2024 U.S. Dist. LEXIS 33070, at *3 (E.D. La. Feb. 27, 2024) (quoting *E.W. v. Health Net Life Ins. Co.*, 86 F.4th 1265, 1303-03 (10th Cir. 2023)).

- 3 -

        Eric C. Rowe (Admitted Pro Hac Vice)
        Harry S. Johnson (Admitted Pro Hac Vice)
        James Jeffcoat (Admitted Pro Hac Vice)
        Masten Childers, III (Admitted Pro Hac Vice)
        WHITEFORD, TAYLOR & PRESTON, L.L.P.
        1800 M Street, NW, Suite 450N
        Washington, DC 20036
        Tele: (202) 659.6800
        Fax: (202) 331.0573
        Email: cafoster@wtplaw.com
        erowe@wtplaw.com
        mchilders@wtplaw.com
        *Counsel For Addison Plaintiffs*