Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3    FREDERICK ADDISON,     )
 4    ET AL                  ) Civil Action No.:
 5       Plaintiffs          )    19-11133
 6           Vs.             )  C/W 19-14512
 7    LOUISIANA REGIONAL     )
 8    LANDFILL COMPANY,      )
 9    ET AL                  )
10       Defendants          )
11             --------------------
12
13         Deposition of MICHAEL SPODAK, M.D., was
14    taken via videotape on Thursday, April 11 2024,
15    commencing at 10:04 a.m., at Whiteford, Taylor &
16    Preston, One West Pennsylvania Avenue, Suite 300,
17    Towson, Maryland, before MICHELE D. LAMBIE, Notary
18    Public.
19             --------------------
20    Reported By:
21             Michele D. Lambie, CSR-RPR
```

Page 392

1    A.    No.
2    Q.    Have you ever been named in an
3    administrative proceeding with allegations of
4    malpractice?
5    A.    No, but I was named once as a defendant
6    in a civil rights case when I worked for the
7    Maryland Department of Health and Mental Hygiene.
8          I was caught up with a bunch of
9    administrators who were named for violating,
10   allegedly violating constitutional rights of people
11   in a maximum security hospital for the criminally
12   insane, Perkins Hospital, when I worked there back
13   in the 19- -- I worked there from 1979 to 1992.  I
14   think there was one case where I was named as a
15   defendant in a -- in that capacity.
16   Q.                        REDACTED

18   A.                        REDACTED

---

Page 393

1    Q.              REDACTED

7         MR. FOSTER:      REDACTED
8         THE WITNESS:        REDACTED

12                         REDACTED

16   BY MR. MIMS:
17    Q.              REDACTED

19    A.              REDACTED