**DECLARATION**

REDACTED

Executed on 5 June 2024.

_____
Michael K. Spodak, M.D.