Liskow and Lewis
Attn: Michael Mims, esq.
Hancock Whitney Center
701 Poydras St. Suite 5000
New Orleans, LA, 70139

Re: *Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.,* No. 18-7889; c/w No. 18-8071, No. 18-8218, and No. 18-9312, Section "E" 5, United States District Court for the Eastern District of Louisiana*; and Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.,* No. 19-11133, Section "E" 5, United States District Court for the Eastern District of Louisiana

Dear Mr. Mims,

I am a physician with dual specialization in Internal Medicine and Pediatrics. I work primarily as an adult hospitalist with Tulane University School of Medicine, where I serve to help supervise resident physicians and also work independently on non-teaching services to care for patients. I also work as a preceptor for residents in our adult and pediatric primary care clinic. With regards to the aforementioned case,                    REDACTED


Note: The term "incident period" should be taken to mean July, 1 2017 to the end of 2019.

**RECORDS REVIEWED**
1. Plaintiff Fact Sheet
2. Deposition 2/15/2024

**HISTORY**

                         REDACTED                    She was born full-term with no complications. She had normal growth and development with no significant illnesses and no hospitalizations. She had typical childhood viral upper respiratory infections.

During the incident period: The history obtained is limited by    REDACTED    her time living in Louisiana. For example, she remembered the name of her school, but did not remember

the names of her first or second grade teachers. When asked about the odor, she remembers a "distinct" smell that "smelled like a fart" when she was outside. She remembers that the odor was a subject of discussion with her friends when they were outside. The odor occurred multiple times per month and would result in a minor headache, itchy and red eyes. She says that it was worse when she was outside sweating and would get a little better when she went inside. She thinks that it got better because it was cold inside. She remembers that she may have used eye drops or ibuprofen and that these medications "maybe helped a little" but that it "had to run its course" before resolving. She does not remember how long her symptoms lasted during an episode. She denies sore throat, nasal congestion, chest pain, abdominal pain. She does not remember if she had a cough, nausea, or vomiting. She did not have any specific clinic or emergency room visits that they remember during this time period.

After the incident period: Since moving to South Carolina, she says that she is "doing fine" with no headaches or other symptoms, with the exception of occasional red eyes while swimming.

**REVIEW OF SYSTEMS**

All systems are negative unless noted otherwise in the history.

**MEDICAL HISTORY (obtained from father and patient)**

1. Denies any significant past medical history

Medications:   Multivitamin daily

Birth History: Born full-term, no complications in pregnancy or perinatal period

Growth and Development: Meeting all milestones, around 95%ile height, 50%ile weight

Vaccinations: Up to date

Vision: Wears glasses for reading

Hearing: No problems

Dental: Sees regularly, no cavities

<u>HEADSSS assessment:</u> (Modified for the purposes of this examination)
- Home- Lives at home with mom, dad, brother, 2 dogs, 1 cat
- Education- currently in 9th grade, enjoys school. Likes theater class
- Activities- Swims competitively. Like to goes to high school games, hang out on lake
- Diet-
    - Breakfast- alternates between croissant/bagel/waffle/pancake/oatmeal cereal/pancake
    - Lunch- sandwich, fruit, snacks
    - Dinner-mostly home-cooked meals
- Smokers in home- no
- Sleep- 7-8 hours per night, no reported issues
- Screen Time- estimates 2 hours per day on tiktok, instagram, youtube, roblox

<u>Surgical History:</u> Tonsillectomy and Adenoidectomy (unknown year)

**FAMILY HISTORY (obtained from father)**

No medical problems in primary family members
Alzheimer's disease, skin cancer, prostate cancer in secondary family members

**PHYSICAL EXAM**

Deferred due to video conference interview

**FINDINGS**

REDACTED

This evaluation is valid at the time of writing and is based on history provided by the patient and her father. Should more information become available to me, I will review and can provide an addendum.

Sincerely,

Justin Rabon, MD