Liskow and Lewis
Attn: Michael Mims, esq.
Hancock Whitney Center
701 Poydras St. Suite 5000
New Orleans, LA, 70139

Re: *Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.,* No. 18-7889;
c/w No. 18-8071, No. 18-8218, and No. 18-9312, Section "E" 5, United States District Court for
the Eastern District of Louisiana*; and Frederick Addison, et al. v. Louisiana Regional Landfill
Company, et al.,* No. 19-11133, Section "E" 5, United States District Court for the Eastern
District of Louisiana

Dear Mr. Mims,

I am a physician with dual specialization in Internal Medicine and Pediatrics. I work primarily as
an adult hospitalist with Tulane University School of Medicine, where I serve to help supervise
resident physicians and also work independently on non-teaching services to care for patients. I
also work as a preceptor for residents in our adult and pediatric primary care clinic. With regards
to the aforementioned case,                    REDACTED

Note: The term "incident period" should be taken to mean July, 1 2017 to the end of 2019.

**RECORDS REVIEWED**
  1. Plaintiff Fact Sheet
  2. Deposition 2/15/2024

**HISTORY**

                    REDACTED                    He was born full-term with
no complications. He had normal growth and development with no significant illnesses and no
hospitalizations. He had typical childhood viral upper respiratory infections and ear infections.

During the incident period:                    REDACTED

he symptoms he remembers were headache, nasal congestion, cough. He had a sore throat from coughing and remembers difficulty breathing if he was coughing too much. He denies chest pain, abdominal pain, nausea, vomiting, rash. His father reports that he had to go to the pediatrician for chronic cough during this time period. He does not remember if he received antibiotics or other treatment. He does not have a history of asthma, allergies, or eczema. He did not have any emergency room visits or hospitalizations.

After the incident period: Since moving to South Carolina, he is doing well with no medical problems.

**REVIEW OF SYSTEMS**

All systems are negative unless noted otherwise in the history.

**MEDICAL HISTORY (obtained from father and patient)**

1. Denies any significant past medical history

Medications:   None

Birth History: Born full-term, no complications in pregnancy or perinatal period

Growth and Development: Meeting all milestones, around 50%ile height, 45%ile weight

Vaccinations: Up to date

Vision: No problems

Hearing: No problems

Dental: Sees regularly, has had cavities

HEADSSS assessment: (Modified for the purposes of this examination)
          Home- Lives at home with mom, dad, brother, 2 dogs, 1 cat
          Education- currently in 6th grade, enjoys school. Likes art class and good at math
          Activities- Plays soccer. Likes playing Roblox

Diet-
        Breakfast- granola, yogurt, fruit
        Lunch- sandwich, carrots, apples, cheese sticks
        Dinner-mostly home-cooked meals "tacos/steak/chicken/pork"
Smokers in home- no
Sleep- 9-10 hours per night, no reported issues
Screen Time- estimates 1-2 hours per day

<u>Surgical History:</u> Possible tonsillectomy and Adenoidectomy (father unsure if he has had this)

**FAMILY HISTORY (obtained from father)**

No medical problems in primary family members
Alzheimer's disease, skin cancer, prostate cancer in secondary family members

**PHYSICAL EXAM**

Deferred due to video conference interview

**FINDINGS**

     B                    REDACTED

.

This evaluation is valid at the time of writing and is based on history provided by the patient and his father. Should more information become available to me, I will review and can provide an addendum.

Sincerely,

Justin Rabon, MD