Liskow and Lewis
Attn: Michael Mims, esq
Hancock Whitney Center
701 Poydras St. Suite 5000
New Orleans, LA, 70139

Re: *Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.,* No. 18-7889; c/w No. 18-8071, No. 18-8218, and No. 18-9312, Section "E" 5, United States District Court for the Eastern District of Louisiana*; and Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.,* No. 19-11133, Section "E" 5, United States District Court for the Eastern District of Louisiana

Dear Mr. Mims,

     I am a physician with dual specialization in Internal Medicine and Pediatrics. I work primarily as an adult hospitalist with Tulane University School of Medicine, where I serve to help supervise residents and also work independently on non-teaching services to care for patients. I also work as a preceptor for residents in our adult and pediatric primary care clinic. With regards to the aforementioned case, I have reviewed the records noted below and <sup>REDACTED</sup>

Note: The term "incident period" should be taken to mean the July 1, 2017 to the end of 2019.

**RECORDS REVIEWED**

1. Plaintiff Fact Sheet
2. Deposition 4/23/2023

**HISTORY**

REDACTED

REDACTED

1. Headaches:
    a. She describes them as a "pressure" that is localized to different areas. They are sometimes generalized but most notable in frontal or occipital areas. They are not specifically localized or unilateral. They occur at different times of the day. She will sometimes wake up with a headache. They will wake her from sleep occasionally. She remembers that she was having headaches nearly every day during the incident period. She has never kept a headache diary. Her symptoms last approximately 30-60 min
    b. She endorses associated nausea.
    c. She denies vomiting, photophobia, phonophobia, numbness, tingling, weakness, visual changes. She denies any preceding aura.
    d. She reports that her headaches were often triggered by "the smell" and that she is "very sensitive to foul or strong odors." She notes occasional mild improvement with Goody's powder (acetaminophen/aspirin/caffeine). Other than odors, there are no exacerbating factors or known triggers.
    e. She has never been formally evaluated for her headaches by her PCP or neurologist and says that she has never had any neuroimaging (CT or MRI) to evaluate headaches.
    f. She did have headaches before the incident period and continues to have headaches, approximately once per week or a "few" times per month. Her management is the same and she does not know of specific triggers other than times that there are strong smells.
    g. She does not report missing work due to headaches
    h. She has a history of allergies and recurrent sinusitis. Her typical symptoms are watery eyes and facial pain. She has been on allergy medications for "years" and during the incident period would take them as needed with no relief.
    i. She has chronic neck and back pain after a motor vehicle collision. She does not relate this to headaches.

2. Nausea: She mostly associates nausea with headaches, but also notes that she experienced nausea associated with symptoms of gastroesophageal reflux disease (GERD) and abdominal pain.
    a. She was evaluated by a gastroenterologist in 2019. She believes that she was diagnosed with "ulcers" for which she was treated with symptom resolution.

      b. She is planning on re-evaluation with gastroenterology this years and notes occasional similar symptoms.

3. Anxiety: She endorses a history of "anxiety attacks", which she was diagnosed with after a visit to the emergency room with anxiety symptoms.
    a. Her symptoms were mainly palpitations with excessive worry.
    b. She has had two episodes of palpitations that she can remember, once during the incident period and again a few weeks ago.
    c. During this second episode, she was relaxed in bed watching television when she developed sudden onset palpitations and worry. This episode lasted a few minutes and resolved spontaneously.
    d. She reports anxiety related to plane travel. She was given hydroxyzine by her PCP for a flight from Louisiana to Seattle.
    e. She reports a remote history of depression that she relates to life stressors. She was in a car accident, was unemployed at that time, and her friends had to help her with finances. Her depressed mood improved when her financial and employment situations improved.
    f. She has never been evaluated by psychology or psychiatry.
    g. She has never been on medications for anxiety or depression.

**REVIEW OF SYSTEMS**
Constitutional: Denies fever, denies weight loss
HEENT: Endorses sinus pain, endorses eye watering, denies blurred or double vision (reports 20/20 vision with no corrective lenses), denies hearing difficulty, denies sore throat
Cardiovascular: Denies chest pain, endorses palpitations, denies syncope
Respiratory: Denies shortness of breath, denies cough
GI: Endorses occasional abdominal pain, endorses nausea, denies vomiting, denies diarrhea, denies constipation
GU: Denies dysuria, denies hematuria, denies menorrhagia
MSK: Endorses chronic neck and back pain. Endorses chronic joint pain in right shoulder and bilateral knees
Skin: Denies rash
Neurologic: Endorses headache, denies numbness, denies tingling, denies weakness

**MEDICAL HISTORY**

   1.                            **REDACTED**

REDACTED

2. Gastroesophageal Reflux Disease (GERD)
3. Allergies and Sinusitis
4. Bronchitis- one episode, diagnosed at urgent care
5. Chronic HA
6. Iron Deficiency
7. Hypomagnesemia
8. Candidal vulvovaginitis
9. Uterine FIbroid
10. Covid x1- symptoms were typical of sinusitis, only additional symptom was dysgeusia. She recovered expectantly and did not go to the hospital.

PCP: Dr. Rebecca Jones at Ochsner- sees regularly

Specialist Care (with intervals of visits, if applicable and known):
1. Optometry (yearly)
2. Dentistry (every 6 months)
3. OB/Gyn ("regular" intervals/as needed)
4. Podiatrist (yearly)
5. GI (saw once 2019)
6. Chiropractor (following regularly since MVC 2021)

-She reports very infrequent urgent care and emergency room visits
-She reports no hospital admissions

Medications:   Metformin 750 mg daily
Sitagliptin 100 mg daily
Glipizide 5mg daily
Atorvastatin 10mg daily
Famotidine 20 mg BID
Magnesium oxide 400 mg TID
FeSulf 325 mg daily
Fluticasone nasal spray PRN for allergies
Azelastine PRN for allergies
Hydroxyzine PRN for anxiety associated with travel
Women's One-A-Day Vitamin daily
Vitamin D3 daily
Goody BC Powder PRN Headache

Allergies: No known allergies

Obstetric and Gynecologic History: G2P1 with one miscarriage. Regular monthly menses with variable onset and course, no history of menorrhagia. Not on any forms of contraception.

Surgical History

1. Bilateral Tubal Ligation, 2021
2. Carpal Tunnel Release (Right), 2020
3. Breast Reduction, 2004
4. C-Section, 1999

**SOCIAL HISTORY**

She was born and raised in Louisiana, and lives in Jefferson Parish. She recently moved in with her boyfriend. Works at Walmart, employee for the last 20+ years on and off in different roles including manager, now working in role in order fulfillment. She reports that the stress of working as a manager caused her Diabetes to worsen, particularly poor glucose control and increased A1c, so she had to step down from that role. She has also had part time jobs as well at times, but not currently. Attends church on Sundays. She denies any history of tobacco or illicit drug use. She drinks alcohol occasionally, typically 1-2x per month during social outings during which she has 1-2 drinks of wine or vodka.

**FAMILY HISTORY**

-She has one daughter (25) who lives in New Orleans, no medical problems
-6 siblings-history notable for HTN and DM
-Mom (81)- End Stage Renal Disease (ESRD) and DM
-Father (83, deceased)- Congestive Heart Failure (CHF)

**PHYSICAL EXAM**

Vitals: Temp 97.3F BP 128/70 HR 88 SpO2: 98%
Height 62.5'' BMI per NIH BMI Calculator=27.4 Neck Circumference 38.1cm

General: awake, alert, no acute distress, pleasant
HEENT: Pupils equal, round, and reactive to light, extraocular movements intact, nares patent, oropharynx clear, no sinus tenderness, normal tympanic membrane bilaterally, normal dentition, no thyromegaly

CV: regular rate and rhythm, no murmurs
Respiratory: lungs clear to auscultation bilaterally
Abdomen: soft, nontender, nondistended
MSK: mild tenderness to palpation to paraspinal lumbar area, mild tenderness to palpation to paraspinal cervical area
Neuro: strength and sensation grossly intact, cranial nerves II-XII intact, normal gait
Psych: Mood within normal and affect congruent

**SCREENING QUESTIONS**

Depression: PHQ-2=0
Anxiety: GAD-7=2
Obstructive Sleep Apnea: STOP-BANG=2

**FINDINGS**

REDACTED

1. REDACTED

REDACTED

2. REDACTED

3. REDACTED

      d.      REDACTED

This evaluation is valid at the time of writing and is based on history provided by the patient. Should more information become available to me, I will review and can provide an addendum.

Sincerely,

Justin Rabon, MD