REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

Charles Santos, MD                                                                6

2.                                    REDACTED

REDACTED

Respectfully submitted,

X _Charles Santos MD_
Charles Santos, MD

Charles Santos, MD
Clinical Faculty, Tulane University, Dept. of Psychiatry and Internal Medicine
Staff Physician, Southeast Louisiana Veteran's Healthcare Center
Board Eligible, Internal Medicine and Psychiatry