**In the Matter Of:**

Ictech-Bendeck vs Waste Connections Bayou

18-7889

---

**PAOLO ZANNETTI, PHD**

*April 25, 2024*

---



800.211.DEPO (3376)
EsquireSolutions.com

1                 UNITED STATES DISTRICT COURT

2                 EASTERN DISTRICT OF LOUISIANA

3       *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

4    ELIAS JORGE "GEORGE"            CIVIL ACTION
     ICTECH-BENDECK,
5            Plaintiff              NO. 18-7889
                                   c/w 18-8071,
6    v.                            18-8218, 18-9312

7    WASTE CONNECTIONS BAYOU,       SECTION: "E"(5)
     INC., ET AL.,
8            Defendants             CIVIL ACTION

9    Related Case:                 NO. 19-11133,
                                   c/w 19-14512
10       FREDERICK REGIONAL
     LANDFILL COMPANY, ET AL.,      SECTION: "E"(5)
11           Defendants

12   Applies to: Both Cases

13      *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
14

15                      Deposition of
                    PAOLO ZANNETTI, PhD
16
                   taken on April 25, 2024
17                 commencing at 9:08 a.m.

18                 in New Orleans, Louisiana

19

20

21

22   Reported by:   Evangeline A. Langston, CCR, RPR
                    Certified Court Reporter
23                  in and for the State of Louisiana,
                    Federal Certified Realtime Reporter,
24                  Registered Professional Reporter

25



1          Q.    And in preparation for your visit, you

2     didn't make any preparations to take samples of any

3     odors; correct?

4          A.    No.  I'm not really an expert in

5     monitoring so I did not prepare for samples.

6          Q.    Okay.  Now, when you went to the

7     Jefferson Parish Landfill in February of 2020, you

8     were aware that there had been numerous improvements

9     and repairs and modifications to the various odor

10    control systems at the Jefferson Parish Landfill

11    between your retention and your visit; correct?

12                    MR. PAUL:  Object to form.

13         A.    I don't know if I was aware at that

14    time.  Probably later in reading the documents.  I

15    realized, yes, there were some improvement made in

16    2019.  And, by the way, these improvement are

17    reflected in the emission data that I used from

18    Stutz.

19         Q.    You think they are?

20         A.    Pardon?

21         Q.    You think they are?

22         A.    The number seem to reflect a factor of

23    two of redaction from 2019 to 2020, and I assume

24    that Stutz' calculation are including these

25    improvements.



1    trial, his emission rate changed a little.

2         Q.    Okay.  Now, do you understand that

3    Jefferson Parish began to install gas wells and a

4    gas collection system in Phase 4A in January 2018?

5         A.    No, I'm not familiar with the landfill

6    engineering issues.

7         Q.    So you didn't take into account in the

8    work you did any gas well installations; correct?

9              MR. PAUL:   Object to form.

10        A.    I'm not an expert in landfill

11   engineering, and I just used the data -- the

12   emission data from Stutz.  So I read something about

13   this issue that you mentioned about the improvement

14   or -- of 2019, but I'm not an expert to understand

15   and include that information in my modeling.

16        Q.    Okay.  And you didn't ask Mr. Stutz

17   about whether or not he had considered installation

18   of gas wells, changes and modifications and

19   improvements to the gas collection system -- you

20   didn't ask him whether or not he had taken that into

21   consideration; correct?

22        A.    I did not discuss this technical issue

23   with Mr. Stutz.

24        Q.    Did you have any discussions with

25   Mr. Stutz?



PAOLO ZANNETTI, PHD                                    April 25, 2024
Ictech-Bendeck vs Waste Connections Bayou                        106

1        A.    I don't remember any substantial

2   discussion.  Perhaps it was -- he was in some of the

3   conference calls that we had, but I don't remember

4   any substantial discussion with Mr. Stutz.

5        Q.    Okay.  And did you know Mr. Stutz before

6   this case?

7        A.    I don't think so.

8        Q.    Okay.  So you don't have any opinion as

9   to whether or not the installation of gas wells or

10  gas collection system or modifications to the gas

11  collections system at the Jefferson Parish had any

12  impact upon emissions?

13       A.    I don't have any clear information about

14  this issue except for the fact that I've noticed a

15  strong decrease in emission rates calculated by

16  Stutz from 2019 to 2020.

17       Q.    Okay.  So you don't independently have

18  an opinion with regard to the efficiency of the gas

19  collection system for any year at the Jefferson

20  Parish Landfill?

21       A.    That is correct.  I am an atmospheric

22  scientist.

23       Q.    Okay.  And so, similarly, you don't have

24  an opinion about any impact of the improvements to

25  the leachate collection system with regard to the



 1   understanding, at least these issues were addressed.

 2   Not by me, but by other experts.

 3       Q.    You believe they were?

 4       A.    I believe they were.

 5       Q.    But you didn't question whether or

 6   not --

 7       A.    No, I did not.

 8       Q.    Now, when you say -- on Page 23, when

 9   you say the total emission said from the three

10   landfills are almost constant over the four years,

11   2017 through 2020, you're talking about the

12   aggregate emissions from the landfills; correct?

13       A.    The sum of the three, yes.

14       Q.    Okay.  Now, if that were true, wouldn't

15   that be inconsistent with the record of odor

16   complaints from the surrounding neighborhoods which,

17   as you know, began to rise in 2017, peaked in 2018,

18   declined in 2019, and were almost non-existent in

19   2020?

20            MR. PAUL:  Object to form.

21       A.    My analysis in my previous report of the

22   odor complaints show that a correlation between odor

23   complaints and wind direction is weak, or sometimes

24   maybe even non-existent.

25            So I would not use the odor complaints



1   to say that they contradict this number of emissions

2   rates provided by Stutz.

3        Q.    I'm not going to use -- I didn't use the

4   word contradict.  They're not consistent.

5              Isn't that correct?

6              The odor complaints are not consistent

7   with the total emissions from the three landfills

8   remaining constant over the four years?

9              MR. PAUL:  Object to form.

10       A.    I cannot agree, and the reason is that

11  by saying not consistent, you imply that the odor

12  complaints are caused by the three landfills.  And

13  at least for 2020, with the Waggaman data, this is

14  not really clear.  H2S is coming from all

15  directions.

16       Q.    And the H2S coming from all directions

17  has a background -- a background amount of 1 part

18  per billion; right?

19       A.    If we look at the average of the

20  pollution rose, it's about 1, 1.5.

21       Q.    Okay.  Now, are you aware that in

22  October 2019 a two-foot layer of clay was installed

23  as final cover over all of the non-active areas of

24  the JPLF?

25             MR. PAUL:  Object to form.



1  least until the end of March of 2020; correct?

2      A.    That is correct.  That's why we did not

3  use them.

4      Q.    Okay.  Now, in section 5.1 of your

5  report, you discussed your pollution roses; right?

6      A.    Correct.

7      Q.    And you used the pollution roses to try

8  to show where the pollution is coming from; right?

9            MR. PAUL:  Object to form.

10     A.    That's the purpose of a pollution rose,

11 to help you point the finger in the direction where

12 most pollution seems to arrive from.

13     Q.    And you agree that emissions are more

14 likely to be strong and felt when the wind is still

15 or very light; correct?

16     A.    That is correct.

17     Q.    Okay.  Now -- but in your pollution

18 roses, you didn't include hours with light, variable

19 winds; correct?

20     A.    That is correct.

21     Q.    You only included hours when the wind

22 was at least one meter per second; right?

23     A.    Correct.

24     Q.    And that's -- in miles per hour, that's

25 about two and a half?



PAOLO ZANNETTI, PHD                                        April 25, 2024
Ictech-Bendeck vs Waste Connections Bayou                           121

1        A.    One meter per second is 3.6 kilometer

2    per hour.  It's about two miles per hour.

3        Q.    Yeah, two and a quarter?

4        A.    Yeah, close enough.

5        Q.    So in your attempt to use the wind roses

6    to show where the emissions were coming from, you

7    didn't include the times when the H2S was likely to

8    be strongest, did you?

9        A.    Some data that have the potential of

10   being the strong emissions -- strong impact are not

11   included here.  A pollution rose establish a

12   correlation between pollution and wind direction.

13   And wind direction is not reliable when the wind

14   speed is too long.

15        So to do a pollution rose, you have to

16   exclude those values.

17        Q.    Did you ever do a pollution rose without

18   excluding that data?

19        A.    No, because the wind direction is not

20   reliable when the wind speed is less than one meter

21   per second.

22        Q.    Isn't the proper scientific methodology

23   to do it both ways and see whether or not there is

24   any significant difference?

25        A.    No.  I don't like to use data if I don't



1  trust them.  And wind direction measurement cannot

2  really be trusted when the wind speed is so low.

3       Q.    Even though that's the time when the

4  pollution is most likely to be the highest?

5       A.    That's the time when the meteorological

6  condition are -- may give the highest numbers.

7       Q.    Okay.  Now, and your pollution roses are

8  based on data from the Waggaman station?

9       A.    Correct.

10      Q.    Which didn't start recording data until

11  February 2020?

12      A.    January 31st, I believe, but yeah.

13      Q.    Okay.  And that was after all the

14  remediation and upgrades to the landfill that we've

15  discussed?

16                 MR. PAUL:  Object to form.

17  BY MR. FOSTER:

18      Q.    Right.

19      A.    I'm not aware of the dates -- the exact

20  dates of the remediation, but it is 2020.

21      Q.    Okay.  Now, at Page 33 of your report,

22  you criticize Mr. Lape for not including emissions

23  from the River Birch and Highway 90 landfills;

24  right?

25      A.    Yeah, I noticed that he did not include



1        Q.    Okay.

2        A.    It should be linear.

3        Q.    Okay.  Thank you.

4              Now, Section 9 of your report, which

5    begins on Page 67 of your revised report; correct?

6        A.    Correct.

7        Q.    And you're talking about corroboration

8    of your modeling results; right?

9        A.    Correct.

10       Q.    And you report the results of running

11   your model using the H2S concentration measurements

12   from the Waggaman station; right?

13       A.    Correct.

14       Q.    And those measurements didn't begin

15   until the end of January 2020; correct?

16       A.    Correct.

17       Q.    And the modeling for 2017 to 2019, which

18   you were seeking to corroborate, was based upon

19   emissions from all three landfills; right?

20       A.    Yep.

21       Q.    And those emissions were essentially the

22   same for all four years, 2017 through 2020; correct?

23              MR. PAUL:  Object to form.

24   BY MR. FOSTER:

25       Q.    The aggregate emissions from the three



1   landfills?

2        A.   The cumulative emission for the three

3   landfill doesn't change very much from year to year,

4   including 2020.

5        Q.   Okay.  So if any one of those factors

6   was inappropriate, then your modeling results would

7   be -- would not be; correct?

8             MR. PAUL:  Object to form.

9        A.   With the clarification that we discussed

10  before, this morning, that model simulation are

11  correct.  If there is a change in the emission, that

12  can be accounted in a linear way from emission to

13  concentrations.

14       Q.   Right.

15            And, indeed, in your report, you have a

16  figure which shows the linear relationship between

17  the results of your modelling and Mr. Lape's

18  modeling; correct?

19       A.   That is correct, through the factor of

20  about 21.

21       Q.   Yes.

22            And that's Figure 45, I think?

23       A.   That is correct.

24       Q.   Now, in Section 10.2 of your report, you

25  were commenting upon Mr. Lape's modeling; correct?



1      Q.    So in your prior report, you said it was

2  your opinion that Lape's emission estimates were

3  enormously overestimated.

4            And now you're stating they're strongly

5  overestimated; right?

6      A.    Yeah.  I can read that.  And, yeah, my

7  opinion, they are overestimated.  They are 20 times

8  the emissions that I was provided with.  And based

9  on the odor complaints that I've seen, I believe

10  they are overestimated.

11      Q.    Okay.  And you plan on rendering this

12  opinion at trial in this phase of the litigation?

13      A.    Yeah.  Yeah.

14      Q.    Okay.  And you think you're qualified to

15  do that?

16      A.    No, I'm not qualified to estimate

17  emission rates, but if you ask my opinion more

18  likely than not, I believe that Lape's emission are

19  overestimated.

20      Q.    And you think that's based on your

21  review of odor complaints.

22            Is that right?

23      A.    It's based on the fact that the expert I

24  relied on in this case, Stutz, has emission that are

25  much, much lower.  And also the fact that if Lape



 1  emission were correct, I think we would have seen a

 2  different and larger section of other complaints,

 3  especially in the Waggaman area.

 4       Q.    You've seen the 2018 odor complaints;

 5  right?

 6       A.    I've seen -- in my report of 2021, there

 7  is a summary of my review of odor complaints, yes,

 8  and lack of correlation with wind direction.

 9       Q.    That's not the question, Dr. Zannetti.

10            You reviewed the thousands of odor

11  complaints; right?

12       A.    Three years ago, yes.

13       Q.    Okay.  And you understand that there was

14  an uptick from 2016 to 2017 and then a significant

15  jump in 2018; right?

16            MR. PAUL:  Object to form.

17       A.    I've seen that, but my comment was more

18  on location than on --

19       Q.    I'm asking:  You're aware that odor

20  complaints have steadily -- or not steadily.  They

21  jumped up in 2018 significantly?

22       A.    Yep.

23            MR. PAUL:  Object to form.

24  BY MR. LANDRY:

25       Q.    Then they came down in 2019; right?



 1 │ than the one you previously used and you can't point
 2 │ me to any specific piece of information that you've
 3 │ considered and reviewed that now gives you a better
 4 │ understanding as to what happened here?
 5 │                 MR. PAUL:  Object to form.
 6 │     A.    I can tell you that I feel comfortable
 7 │ in using the latest number I received from Stutz.
 8 │ And if there are question on how they were
 9 │ calculated, you should ask him, not me.
10 │     Q.    Do you think my question about how it
11 │ was calculated is what I'm trying to ask you here?
12 │                 MR. PAUL:  Object to form.
13 │     A.    That's part of it, yes.
14 │     Q.    No.  The question is:  You have now used
15 │ an enormously different emission rate estimate than
16 │ previously used.
17 │                 So I'm looking for an explanation as to
18 │ why you as a scientist, as the purported expert, is
19 │ comfortable with making such a significant change.
20 │                 MR. PAUL:  Object to form.
21 │     A.    Okay.  It's common for scientists to
22 │ work as team and use information provided by other
23 │ experts, in particular for modelers like me and
24 │ Lape, it is normal to have other expert providing
25 │ emission rates.  And we are not capable of verifying



1    these numbers and to calculate them independently.

2    So we have to use what we are provided with that.

3         Q.    And that has changed based on the

4    expert's --

5         A.    That may change with different expert,

6    yes.

7         Q.    So is this a redo?

8              MR. PAUL:  Object to form.

9         A.    A what?

10        Q.    Is this a redo?

11        A.    What is a redo?

12        Q.    What you're doing right now, modeling

13   emission rates that are at least 1,000 times higher

14   than the ones you previously modeled.

15             Is this a redo for your clients when it

16   comes to air modeling of potential impacts from the

17   Jefferson Parish Landfill?

18        A.    I consider this a refinement with what

19   probably are better emission rates.

20        Q.    Why do you think they're probably better

21   emission rates?

22             MR. PAUL:  Object to form.

23        A.    Because we have more time to consider

24   this issue, to work on this issue, and to refine the

25   emission estimate, which I'm not an expert to judge,



1    but...

2         Q.    That's precisely the point,

3    Dr. Zannetti.  Is it reasonable for a scientist to

4    rely on information provided by other experts when

5    you don't have any knowledge of how the emission

6    rates were even estimated?

7                   MR. PAUL:  Object to form.

8         A.    Of course it is reasonable.  That's what

9    scientists do all the time, especially air pollution

10   modeler all the time rely on estimate of emission

11   rate given by other expert.  All my life I've used

12   chemical engineer and industrial engineers to give

13   me emission rates.  All my life.

14        Q.    Is there any -- how long have you been

15   doing this, Dr. Zannetti?

16        A.    Air pollution, for more than 50 years.

17        Q.    And have you always relied on others to

18   provide you with emission rate estimates?

19                   MR. PAUL:  Object to form.

20        A.    Either other expert or government

21   agencies or publications or -- when you're not an

22   expert and you need the input data, you have to rely

23   on other people doing the calculation for you.

24        Q.    So the question is:  You've never

25   yourself estimated emission rates?



1    A.    In some very simple case -- for example,

2  a flare burning H2S that is transformed into SO2,

3  I've done some back-of-the-envelope calculation.

4  But anytime I had a serious challenge to calculate

5  complex emission data for my model, I had to use

6  another expert.

7    Q.    Okay.

8    A.    And probably the same your expert Lape.

9  You know, we atmospheric modeler rely on other

10  people estimates.

11    Q.    How long have you been doing that?

12    A.    Air pollution, 50 years.

13    Q.    Fifty years.  That's a half a century.

14         Have you ever in your 50 years had a

15  case where you were relying on one expert's emission

16  rate estimate to conduct your work and then you

17  changed and used an emission rate estimate that was

18  at least a thousand times higher?

19    A.    No.  I don't remember a case like that.

20    Q.    You recall giving your deposition in the

21  general causation phase of this case; right?

22    A.    Yeah.

23    Q.    And we spent two days together.

24         Do you recall that?

25    A.    Yeah.



1  regarding sulfur containing waste contributing to

2  H2S production.

3              Do you recall that?

4      A.   Page 12 of my report?  Can I see it?

5      Q.   Yeah, it's up on the screen.

6              You see that?

7      A.   Yes.  That's a quotation.

8      Q.   Yeah, and then you say:  Moreover, other

9  sources, such as sulfur-containing industrial waste

10  and biosolids from the municipal wastewater

11  treatment facilities can also contribute to H2S

12  production.

13              Right?

14      A.   Yes.

15      Q.   When did you first learn that?

16      A.   When I examined the Reference 18.

17      Q.   And that's just something that your

18  client provided to you?

19      A.   Right now, I don't remember if my client

20  pointed out this publication to me or it was part of

21  our -- my team of literature search.

22      Q.   Let's go back to Page -- let's go to

23  Page 24 of your report, Section 5, H2S measurements.

24              At the end of your Paragraph 2, and this

25  is in response to your Waggaman station 2020 data



1   discussion, you say:  These data are important since

2   they provide the only continuous offsite H2S

3   measurements in the region, and they're located in a

4   residential area close to the three landfills.

5            Is that right?

6        A.    Correct.

7        Q.    How were they important to the H2S

8   concentrations impacting this region back in 2017,

9   2018, and 2019?

10       A.    They are important because, again, the

11  emission from the three landfills are relatively

12  similar year after year, the total emission

13  combined.

14       Q.    Based on Stutz' emission rates?

15       A.    Of course, based on Stutz' emission

16  rate.

17       Q.    Okay.

18       A.    And so these measurement at Waggaman are

19  somehow representative of previous years too.

20       Q.    So if Stutz is right, then the 2020 data

21  is representative of the previous years?

22            MR. PAUL:  Object to form.

23  BY MR. LANDRY:

24       Q.    Right?

25       A.    Yes.



 1  reliability of emission rate estimates, yet when it

 2  comes to the ones you rely on, at least currently,

 3  they're the best; and the ones Mr. Lape relies on

 4  are unreliable.

 5           MR. PAUL:  Object to form.

 6           Argumentative.

 7  BY MR. LANDRY:

 8       Q.   You agree on that; right?

 9       A.   Yeah, but my -- it's not a quantitative

10  opinion.  It's a qualitative opinion.  There is a

11  big difference.

12       Q.   Are you qualified as an expert to render

13  that qualitative opinion?

14       A.   I think I am.  If you asked me why I

15  used Stutz' emission rates, I can tell you that

16  those emission rate are the most recent estimates

17  that I have seen and they make sense when I compare

18  with Waggaman in 2020.

19           And since the emission did not change

20  very much from the previous year, that give me

21  confidence that Stutz' emission estimate are

22  correct, or at least the best we can get today.

23       Q.   Dr. Zannetti, you've already explained

24  to me today why it is that you used Stutz' emission

25  rate estimates, and that's because your clients told



1   you to; right?

2            MR. PAUL:  Object to form.

3        A.    That is one of the reason, but also the

4   other reason is that I verify for 2020 Waggaman.

5   That was the corroboration that I performed.

6        Q.    Okay.  If we go to Page 58 of your

7   expert report, which is PDF Page 67.  So this has a

8   table -- Table 11 of the simulated 30-minute average

9   $H_2S$ concentrations at the --

10       A.    Yeah.

11       Q.    -- proposed class representatives

12  locations from the estimated Highway 90 emissions;

13  right?

14       A.    Only Highway 90.

15       Q.    Only Highway 90.  Okay.

16            And then you say in the second

17  paragraph:  My modeling results contain simulated

18  impacts of any location within the modeling domain,

19  allowing me to specify $H_2S$ concentrations and

20  frequencies for any witness location, including but

21  not limited to the additional locations shown in

22  Figure 32.

23            Right?

24       A.    Correct.

25       Q.    Okay.  The Waggaman station is one such



1      Q.    And you did that for all the years?

2      A.    I did that for the 30 months -- sorry, I

3  did that for the 11 months of the measurement at

4  Waggaman.

5      Q.    Did you also compare your 2017, 2018,

6  and 2019 runs using the Highway 90 data to the

7  measurements actually captured at Waggaman station

8  in 2020?

9      A.    I cannot compare apple and oranges.  The

10 measurement are 2020, and the simulation are the

11 previous year.

12     Q.    Okay.  But, again, you would expect your

13 modeled emission impacts in 2017, 2018, and 2019 to

14 be very similar to your modeled impacts from 2020,

15 given that they're using the same emission rate;

16 right?

17     A.    But not the same hour.

18     Q.    Sure.  Not the same --

19     A.    So July 31st of 2020 cannot be compared

20 with July 31st at 2019.

21     Q.    I understand that.  Okay?  But you also

22 understand that using the models that you've used,

23 CALPUFF can't -- it's not a time machine.

24        It can't re-create what happened hour by

25 hour two years ago; correct?



1              MR. PAUL:  Object to form.

2        A.    You cannot re-create an episode

3   two years before.  But if the emission in the air

4   have not changed, your simulation done now can be

5   sort of representative of the past, yes.

6        Q.    Yes.  And that's expected when you're

7   using emission rate estimates that are relatively

8   the same for the four-year period that you

9   remodeled; correct?

10       A.    Yeah, but if -- you cannot compare hour

11  by hour in the previous years.

12       Q.    I'm not comparing hour by hour.  I'm not

13  asking you to.

14       A.    Well, that -- that's what I understood

15  so far about your question.

16       Q.    Okay.  When you compared the 2020

17  modeling run using the Highway 90 emission estimate

18  from Stutz to the actual data captured by the

19  Waggaman station in 2020 --

20       A.    No, with all the three landfill, not

21  just Highway 90.

22       Q.    So you didn't do just Highway 90?

23            MR. PAUL:  Object to form.

24       A.    I shouldn't do just Highway 90.  I

25  compare the measurement that are affected by the



1   three landfill.  So to compare the measurement, I

2   have to combine together the effect of the three

3   landfill.  Otherwise, it doesn't make sense.

4        Q.    Is that true, though?  Because in your

5   analysis of both the Addison trial plaintiffs and

6   the Ictech-Bendeck plaintiffs, here we are.

7             It's Table 11, and you're only talking

8   about Highway 90 impacts; right?

9        A.    Well, actually, I have a table for

10  Highway 90; a table for Jefferson.  I --

11       Q.    I get that, Dr. Zannetti.

12       A.    I separated the results to account the

13  possible contribution of each landfill, but the

14  moment I make comparison with the measurement, of

15  course, I have to combine them together.

16       Q.    Why?  Why do you have to combine them

17  together?

18       A.    Because the measurement contain the

19  contribution of the three landfill, not only one.

20       Q.    No, but that's not true if the wind

21  petals are from 170 degrees to 190 degrees; correct?

22             MR. PAUL:  Object to form.

23       A.    The model will take care of that.  The

24  model will allocate a contribution of each landfill.

25       Q.    So if I understand you correctly, you





1    tracer experiment injecting into the landfill, which

2    seems to be the case you mentioned.  So, really, I

3    have no -- I'm not competent for this type of tracer

4    experiment.

5         Q.    But you are opining in this case that

6    you've conducted an analysis of odor complaints, and

7    you believe there's no solid correlation between

8    those odor complaints and the Jefferson Parish

9    Landfill; right?

10        A.    I believe that -- I found very little

11   correlation between wind direction and the

12   contribution of the three landfills.

13        Q.    Okay.  So the answer was yes?

14        A.    Yes.

15        Q.    Okay.  But, again, I want you to assume

16   that you have this technology where you can inject

17   tracer gas into the Jefferson Parish Landfill.

18        Doing that exercise would allow you to

19   figure out if there is a correlation between odor

20   complaints and odors coming from your landfill;

21   right?

22            MR. PAUL:  Object to form.

23        A.    I still don't see how the design of

24   injecting into the landfill a tracer -- I'm not

25   familiar with that, and I'm a little hesitant to



```
 1                    REPORTER'S CERTIFICATE

 2

 3            This certification is valid only for a
      transcript accompanied by my original signature and
      original required seal on this page.
 4            I, EVANGELINE A. LANGSTON, Certified Court
      Reporter in and for the State of Louisiana, as the
 5    officer before whom this testimony was administered,
      do hereby certify that PAOLO ZANNETTI, PhD, after
 6    having been duly sworn by me upon authority of R.S.
      37:2554, did testify as hereinbefore set forth in
 7    the foregoing 285 pages;
              That this testimony was reported by me in the
 8    stenotype reporting method; was prepared and
      transcribed by me or under my personal direction and
 9    supervision, and is a true and correct transcript to
      the best of my ability and understanding;
10            That the foregoing transcript has been
      prepared in compliance with transcript format
11    guidelines required by statute or by the Rules of
      the Louisiana Certified Shorthand Reporter Board;
12    and that I am informed about the complete
      arrangement, financial or otherwise, with the person
13    or entity making arrangement for deposition
      services; that I have acted in compliance with the
14    prohibition on contractual relationships, as defined
      by the Louisiana Code of Civil Procedure Article
15    1434 and in rules and advisory opinions of the
      board;
16            That I have no actual knowledge of any
      prohibited employment or contractual relationship,
17    direct or indirect, between a court reporting firm
      and any party litigant in this matter, nor is there
18    any such relationship between myself and a party
      litigant in this matter;
19            That I am not of counsel, not related to
      counsel or the parties herein, nor am I otherwise
20    interested in the outcome of this matter.

21

22

23    _____
      EVANGELINE A. LANGSTON, FCRR
24    CCR #27019, RPR #31609

25
```