UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>**Plaintiffs**<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>**Defendants** | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

**DECLARATION OF MICHAEL C. MIMS IN SUPPORT OF DEFENDANTS' JOINT MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EVIDENCE OF OTHER SOURCES**

I, Michael C. Mims, hereby declare as follows:

1. I am a Shareholder of the law firm Liskow & Lewis, APLC, and am duly admitted to practice before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Evidence of Other Sources.[1] I am fully familiar with the facts set forth herein.

3. A true and correct copy of excerpts of the transcript of the deposition of Susan Schiffman, taken on April 26, 2024, is attached hereto as Exhibit 1.

4. A true and correct copy of excerpts of the transcript of the deposition of James Lape, taken on April 22, 2024, is attached hereto as Exhibit 2.

---

[1] "Defendants" refers to Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US Inc. (the "Waste Connections Defendants"), Jefferson Parish, and Aptim.

     5.     A true and correct copy of the Expert Report of Michael R. Corn, dated March 8, 2024, is attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana this 13th day of June, 2024.

                                                                /s/ Michael C. Mims

2

    5.    A true and correct copy of the Expert Report of Michael R. Corn, dated March 8, 2024, is attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana this 13th day of June, 2024.

                                              /s/ Michael C. Mims