Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL., | CIVIL ACTION NO. 19-11133, |
| VS. | C/W 19-14512 |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL. | SECTION: "E"(5) |
| | JUDGE:   MORGAN |
| | MAGISTRATE JUDGE: NORTH |

      The remote videotaped deposition of SUSAN SCHIFFMAN, PH.D., appearing from Durham, North Carolina taken in connection with the captioned cause pursuant to the following stipulations before  RITA A. DEROUEN, Certified Court Reporter, on the 26th of April, 2024, beginning at 11:05 a.m. Eastern Time.

```
                                                          Page 74
 1       Q.   But you didn't confirm that by reviewing
 2  any of the compliance orders?
 3       A.   I did not, no.
 4       Q.   Or the accused website, the EDMS -- EDMS
 5  system to --
 6       A.   I assumed that Dr. Brown, who was head of
 7  the agency, knew what was -- knew the score.
 8       Q.   So is it fair to say that you didn't
 9  review other sources because you were relying on
10  Dr. Brown's statement?
11            MR. FOSTER:
12                Objection; form.
13  BY MS. BRILLAULT:
14       Q.   Or the other sources were not --
15       A.   I -- I was not asked to look at other
16  places.  I was asked to review the data on
17  Jefferson Parish Landfill.  That was the -- what
18  my chore was.
19       Q.   And when you say you were asked, you were
20  asked by your attorney?
21       A.   I was asked by -- originally with Barry
22  Newton.
23       Q.   Okay.
24       A.   And now with Mr. Foster.
25       Q.   All right.  A couple more questions and
```

Page 306

1  compliance with the prohibition on contractual
2  relationships, as defined by Louisiana Code of
3  Civil Procedure Article 1434 and the Rules and
4  Advisory Opinions of the Board; that I have no
5  actual knowledge of any prohibited employment or
6  contractual relationship, direct or indirect,
7  between a court reporting firm and any party
8  litigant in this matter, nor is there any such
9  relationship between myself and a party litigant
10 in this matter; that I am not related to counsel
11 or to any of the parties hereto, I am in no manner
12 associated with counsel for any of the interested
13 parties to this litigation, and I am in no way
14 concerned with the outcome thereof.
15     Signed and stamped this 30th day of April, 2024,
16 Baton Rouge, Louisiana.
17
18
19
20
21
22     _____
23         Rita DeRouen, RPR, CCR
24
25