Page 1

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF LOUISIANA
- - - - - - - - - - - - - - - -+
                                |
ELIAS JORGE "GEORGE"            | CIVIL ACTION NO.
ICTECH-BENDECK,                 |
                                | 18-7889 c/w 18-8071
         Plaintiff,             | 18-8218, 18-9312
                                |
   vs.                          |
                                | SECTION E(5)
WASTE CONNECTION BAYOU,         |
INC., et al,                    |
                                |
         Defendants.            |
                                |
- - - - - - - - - - - - - - - -+
                                | CIVIL ACTION NO.
Related Case:                   |
                                | 19-11133, c/w
FREDERICK ADDISON, et al,       | 19-14512
                                |
     Plaintiffs,                | SECTION E(5)
                                |
   vs.                          |
                                |
LOUISIANA REGIONAL LANDFILL|
COMPANY, et al,                 |
                                |
     Defendants.                |
                                |
(Applies to Both Cases)         |
----------------------------x
            Video Deposition of
                JAMES LAPE
          Monday, April 22, 2024
               10:28 a.m.



Reported by:  Laurie Donovan, RPR, CRR, CLR
```

Page 2

6       April 22, 2024

7       10:28 a.m.

9       Video Deposition of JAMES LAPE, held in
10  person in Washington, D.C. and also via
11  videoconference (Zoom), with the witness appearing in
12  person and some parties participating remotely, some
13  parties appearing in person, pursuant to the Rules of
14  the United States District Court in the Eastern
15  District of Louisiana, subject to such stipulations as
16  may be recited herein or attached hereto, before
17  Laurie Donovan, a Registered Professional Reporter and
18  notary public of the District of Columbia, who
19  officiated in administering the oath to the witness.

Page 34

1  Q    The emission rate input into your model is
2  an important factor in the modeling, correct?
3  A    Yes.
4  Q    So if the emission input is not reliable,
5  then the results of the modeling are not reliable,
6  right?
7  A    Correct.
8  Q    And if you mentioned this, that there's a
9  linear relationship between the emission rate you use
10 and the concentrations the model projects, correct?
11 A    Correct.
12 Q    So if there's an inaccuracy in the emission
13 rate, that will be reflected in the predicted downwind
14 concentrations, right?
15 A    Correct.
16 Q    Are you familiar with the concept of error
17 and bias?
18 A    Yes.
19 Q    Can you explain what the difference is
20 between those two things?
21 A    Well, error would look at the difference
22 between an actual and a computed or predicted result,
23 so how much difference is there between the two.
24      Bias is something where there's a difference
25 between the model and observed, but you're looking at

Veritext Legal Solutions
212-279-9424                www.veritext.com                212-490-3430

1        them, this is the same sort of thing.
2              A single plaintiff location is not
3        representative of every person within the class
4        area, but definitely representative of areas,
5        regions within the class area, and that's clearly
6        shown in the contours where you see continuous
7        blobs of the same sort of exposure as you go
8        around the JPL within the class area.
9    BY MR. PAUL:
10       Q    Your opinions about the representativeness
11   of the proposed class representatives are limited to
12   your evaluation of modeled exposures at those
13   locations, correct?
14       A    Correct.
15       Q    You're not opining as to any person's actual
16   experience, right?
17       A    That's correct.  This is just basically
18   saying that the predictions at those individual
19   locations based on the CALMET -- or CalPUFF modeling
20   have similarity to other locations within the class
21   area.
22       Q    How do you define "statistically similar" in
23   this context?
24       A    Well, you can look.  There is a test that we
25   did in the evaluation when we did a statistical test

Page 227

CERTIFICATE OF SHORTHAND REPORTER

I, Laurie Donovan, Registered Professional Reporter, Certified Realtime Reporter, and notary public for the District of Columbia, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 24th day of April 2024.

_____
LAURIE DONOVAN, Notary Public
for the District of Columbia