# Profiles for Review

| | |
|---|---|
| From: | Brian Handley <brian.handley@progressivewaste.com> |
| To: | RBuller <RBuller@jeffparish.net>, LBecker <LBecker@jeffparish.net> |
| Cc: | Dawn Thibodaux <dawn.thibodaux@wasteconnections.com> |
| Sent: | October 5, 2016 11:29:30 AM CDT |
| Received: | October 5, 2016 11:52:44 AM CDT |
| Attachments: | Rain Carbon Spent Lime Profile 700 Coke Plant Rd .pdf, Rain Carbon Spent Lime Profile 801 Prospect Ave .pdf, Rain Carbon Spent Lime Spent Lime SDS 700 Coke Plant Rd .pdf, Rain Carbon Spent Lime Analytical 700 Coke Plant Rd .pdf, Rain Carbon Spent Lime Analytical 801 Prospect Ave .pdf |

Rick,

I have attached 2 profiles for spent lime from Rain carbon for disposal at Jefferson Parish LF at $30/ton.  The waste streams are the same but are coming from 2 different material origin addresses.  The profiles were completed on the new snappyapprovals.com system, so I have attached the printed version of the online form.  I have also attached both the analytical results for that were ran on the spent reagent/lime.  I have also attached an SDS on the spent lime.  I have reviewed the profile and analytical data.  Once you approve I will send you the final version of the approved profile.

I think we can get you online using this new system so let me check with the new administrators and see what I can do.  I think you will be able to review the profiles online and provide a note that you have accepted the profile.  That will make it easier on all of us.  Plus next Friday is my last day and I am not sure who will be doing this going forward.

Thanks,


**Brian Handley**
Enviromental Compliance Engineer

**Progressive Waste Solutions**

T: 817 632 4000
F: 817 632 4540
C: 682 478 7798

2301 Eagle Parkway, Suite 200
Fort Worth, TX, 76177
www.progressivewaste.com



10/5/2016                                                                 Waste Connections, Inc

**Rain CII Carbon Norco**
ID: 77cce645-b0bb-4964-9b3a-13d9d4a3c7f6

WASTE CONNECTIONS INC.

## MATERIAL ORIGIN
| | | | |
|---|---|---|---|
| Address: 801 Prospect Avenue | City: Norco | State: LA | Zip Code: 70079 | County: St. Charles |

EPA ID: 110022810449        State ID: G-089-6235

## GENERATOR
Generator Name:   Rain Carbon, Inc.

Contact: ____   Email: ____
Phone: ____   Mobile: ____   Fax: ____

## DESTINATION FACILITY
Destination Facility Name:   Jefferson Parish LF

Contact: ____   Email: ____
Phone: ____   Mobile: ____   Fax: ____

## BILLING
Billing Name:   Rain CII Carbon LLC

Contact: ____   Email: ____
Phone: ____   Mobile: ____   Fax: ____

## TRANSPORTER
Transporter Name: ____

Contact: ____   Email: ____
Phone: ____   Mobile: ____   Fax: ____

## MATERIAL
Common Name   Spent Lime

Generation Process   Generated from reagent hydrated lime in an SO2 scrubber followed by particulate matter removal in a baghouse.

Source of Contamination   Not applicable.

### MATERIAL COMPOSITION

| Constituent | | % range |
|---|---|---|
| Constituent | Calcium Hydroxide | 50% TO 75% |
| Constituent | Calcium Carbonate | 10% TO 30% |
| Constituent | Calcium Sulfate Dihydrate | 5% TO 20% |
| Constituent | Silicon Dioxide | 0% TO 4% |

State Waste Codes   6235-025

Color   light brownish gray

Physical State at 70°F   solid

JP_JPLF_00343184

10/5/2016 — Waste Connections, Inc

## SAMPLE CERTIFICATION

| | |
|---|---|
| Free Liquid Range | 0% TO 0% |
| pH | NA |
| Strong Odor | No |
| Describe Odor | |
| Reactivity | No |
| Reactivity Explanation | |
| Flash Point | >=200f |

### REGULATORY

- EPA Hazardous Waste?  Yes ◯  No ●
- State Hazardous Waste?  Yes ◯  No ●
- Is this material non-hazardous due to treatment, delisting, or exclusion?  Yes ◯  No ●
- Contains Benzene & Subject to Benzene NESHAP?  Yes ◯  No ●
- Are you a TSDF?  Yes ◯  No ●
- Does this material contain benzene?  Yes ◯  No ●
- Facility remediation subject to 40 CFR 63 GGGGG?  Yes ◯  No ●
- CERCLA or State-Mandated clean-up?  Yes ◯  No ●
- Regulated, Licensed or NORM Radioactive Waste?  Yes ◯  No ●
- Contains PCBs?  Yes ◯  No ●
- Regulated and/or Untreated Medical/Infectious Waste?  Yes ◯  No ●
- Contains Asbestos?  Yes ◯  No ●
- Subject to RCRA Subpart CC controls?  Yes ◯  No ●

### SHIPPING & DOT

| | | | |
|---|---|---|---|
| Event Frequency | One Time ◯  On-Going ● | | |
| Estimated Annual Qty | 2000 | Unit of Measure | Metric Tons |
| Shipping Frequency | 5 per week | Qty Per Shipment | 7.7 (metric tons) |
| Container Type | Roll-Off Box | Container Size | 25 cubic yards |
| USDOT Shipping Name | NA | | |

### GENERATOR CERTIFICATION

I hereby certify that (1) all information submitted on this form and on supplemental materials is complete and accurate to the best of my knowledge and ability to determine; (2) the information provided herein, including any supplemental information, such as laboratory analytical, MSDS, etc., accurately describes the waste stream to be delivered to the facility and that all known or suspected hazards have been disclosed. I understand that, once the waste stream is approved by Receiving Facility based on this information, any deviation in the source, composition, constituents or characteristics of the waste stream from the information described herein, may render the waste stream unacceptable for disposal, at the sole discretion of Receiving Facility. I further understand that any deviation from the information contained herein will require immediate notification to the disposal facility and cessation of disposal.

| | |
|---|---|
| Certified On | Sep 30, 2016 |
| Certified By | Bryan Schuetze |
| Certified As | Generator |

### LEGACY DATA

© Environmental Data Systems LLC 2016

| Rain CII Carbon LLC | Safety Data Sheet |
|---|---|
| 2627 Chestnut Ridge Road Suite 200 | Spent Reagent Lime |
| Kingwood, TX 77339 | Issued 2/01/2013 |
| 281-318-2400 | Page 1 of 3 |

## SECTION I - IDENTIFICATION

| PRODUCT NAME: | Spent Reagent Lime | CHEMICAL FAMILY: | Alkali Earth Metals |
|---|---|---|---|
| IDENTIFICATION: | Spent Reagent Lime | | |
| CAS No.: | Mixture | EMERGENCY NUMBER: | 281-318-2400 |

## SECTION II - Hazard Identification

| HAZARD | Skin Irritant | SIGNAL WORD | WARNING |
|---|---|---|---|
| SYMBOL | (!) | HAZARD STATEMENT | May cause skin irritation |
| HAZARD | Eye irritant | SIGNAL WORD | WARNING |
| SYMBOL | (!) | HAZARD STATEMENT | May cause eye irritation |
| HAZARD | Respiratory sensitizer | SIGNAL WORD | WARNING |
| SYMBOL | | HAZARD STATEMENT | May cause irritation of the mucous membranes of the resporatory system |

## SECTION III - COMPOSITION / INFORMATION ON INGREDIENTS

| COMPOSITION/ CAS No. | % WEIGHT (Dry Basis) | EXPOSURE GUIDELINES[1] | |
|---|---|---|---|
| | | NIOSH* | OSHA*** 1910.1000 |
| | | REL** (8-hr TWA) | PEL**** (8-hr TWA)** |
| Calcium Hydroxide / 1305-62-0 | 50 - 75 | | |
|     Total Dust | | 5 mg/m$^3$ | 15 mg/m$^3$ |
|     Respirable fraction | | | 5 mg/m$^3$ |
| Calcium Carbonate / 1317-65-3 | 10 - 30 | | |
|     Total Dust | | 10 mg/m$^3$ | 15 mg/m$^3$ |
|     Respirable fraction | | 5 mg/m$^3$ | 5 mg/m$^3$ |
| Calcium Sulfate Dihydrate/ 13397-24-5 | 5 - 20 | | |
|     Total Dust | | 10 mg/m$^3$ | 15 mg/m$^3$ |
|     Respirable fraction | | 5 mg/m$^3$ | 5 mg/m$^3$ |
| Silicon Dioxide, Silica - Cristobalite / 14464-46-1 | <4 | | |
|     Total Dust | | 0.05 mg/m$^3$ | See OSHA 1910.1000 Table Z-3 |
|     Respirable fraction | | | |

1. State, local or other agencies may have established more stringent limits. Consult local agencies for further information.

| * NIOSH = National Institute for Occupational Safety and Health | *** OSHA = Occupational Safety and Health Administration |
|---|---|
| ** REL = Recommended Exposure Limit 8 hour - Time Weighted Average | **** PEL = Permissible Exposure Limit |

## SECTION IV - FIRST AID MEASURES

| EYES | Immediately flush eyes with copious quantities of clean water for a minimum of 15 minutes. Seek medical attention. |
|---|---|
| INHALATION (Breathing) | Remove to fresh air.  If not breathing, give artificial respiration.  If breathing is difficult, give oxygen. Seek medical attention. |
| INGESTION (Swallowing) | First aid is not normally required.  If swallowed and symptoms or discomfort develop, drink plenty of water.  If discomfort persists, seek medical attention. |
| SKIN | Flush skin with clean water for at least 15 minutes.  Remove contaminated clothing and shoes.  Launder contaminated clothing before reuse. Seek medical attention, if irritation persists. |

## SECTION V - FIRE FIGHTING MEASURES

| Extinguishing Media | Use media appropriate for surrounding material. |
|---|---|
| Special Fire Fighting Procedures | Wear self-contained breathing apparatus. |

| SECTION VI - ACCIDENTAL RELEASE MEASURES | |
|---|---|
| NON-EMERGENCY PERSONNEL | Wear close fitting goggles. A NIOSH approved air purifying respirator with a dust/mist cartridge or canister should be used where airborne concentrations are expected to exceed exposure limits (e.g., 5 mg/m3, respirable fraction; 10 mg/m3, total dust). Wear impervious gloves. Wear sufficient protective clothing to minimize skin exposure. |
| ENVIRONMENTAL PRECAUTIONS | Prevent material from becoming airborne. |
| METHODS AND MATERIALS FOR CONTAINMENT AND CLEANING UP | Contain and remove by mechanical means (preferably vacuum). Prevent spilled material from entering sewers, storm drains, or other unauthorized treatment drainage systems and natural waterways. |

| SECTION VII- HANDLING AND STORAGE | |
|---|---|
| HANDLING | Care should be taken to prevent material from becoming airborne. Avoid contact with eyes, skin or clothing. The use of appropriate respiratory protection is advised when concentrations exceed any established exposure limits. Wash thoroughly after handling. Use good personal hygiene practices. |
| STORAGE | Store in a covered container to prevent material from becoming airborne or wet. |

| SECTION VIII - EXPOSURE CONTROLS / PERSONAL PROTECTION | |
|---|---|
| RECOMMENDED ENGINEERING CONTROLS | Use only in an enclosed system. Prevent dust from becoming airborne. |
| PPE: EYE PROTECTION | Wear close fitting goggles. |
| PPE: RESPIRATORY PROTECTION | A NIOSH approved air purifying respirator with a dust/mist cartridge or canister should be used if airborne concentrations are expected to exceed exposure limits (e.g., 5 mg/m$^3$, respirable fraction; 10 mg/m$^3$, total dust). |
| PPE: VENTILATION | Keep area well ventilated. |
| PPE: SKIN PROTECTION | Wear impervious gloves. Wear sufficient protective clothing to minimize skin exposure, long sleeves required. Launder contaminated clothing before reuse. |
| PPE: OTHER PROTECTIVE CLOTHING OR EQUIPMENT | Use good personal hygiene practices. Have a source of clean water for flushing eyes and skin. Wash thoroughly with soap and water to avoid prolonged skin contact. |

| SECTION IX - PHYSICAL AND CHEMICAL PROPERTIES | | | |
|---|---|---|---|
| Appearance & Odor | Ashen Grey to White Dust | Upper / Lower Flammability or Explosive Limits | Not Applicable |
| Odor & Odor Threshold | No Odor | Vapour Pressure | Not Applicable |
| Bulk Density | Approx 52 lbs/ft$^3$ | Vapour Density | Not Applicable |
| pH | Not Applicable | Solubility(ies) | <1% |
| Freezing / Melting Point | Not Applicable | Partition coefficient: n-octanol/water | Not Applicable |
| Initial Boiling Point & Boiling Range | Not Applicable | | |
| Flash Point | Not Applicable | Auto-ignition temperature | Not Applicable |
| Evaporation Rate | Not Applicable | Decomposition temperature | Not Applicable |
| Flammability | Not Applicable | Viscosity | Not Applicable |

| SECTION X - STABILITY AND REACTIVITY | |
|---|---|
| Reactivity | Reacts with acids. |
| Stability | Stable |
| Hazardous Reactions | None known. |
| Conditions to Avoid | Avoid exposure to maleic anhydride, phosphorous, nitroethane, nitromethane, nitroparafins, nitropropane, fluorine, magnesium, acids, alum, ammonium salts, alumimum (at high temperatures), diazomethane, oxygen difluoride, chlorine trifluoride |
| Incompatibility (Materials to avoid) | None known. |
| Hazardous Decomposition or Byproducts | None known. |

| Rain CII Carbon LLC | Safety Data Sheet |
|---|---|
| | Spent Reagent Lime |
| Page 3 of 3 | Issued 2/01/2013 |

## SECTION XI - TOXICOLOGY INFORMATION

| | |
|---|---|
| Acute Toxicity | Not Applicable |
| Skin Corrosion / Irritation | Mild irritation may occur. Prolonged exposure not recommended. |
| Eye Damage / Irritation | Mild irritation may occur. Prolonged exposure not recommended. |
| Respiratory or Skin Sensitization | Crystalline Silica: In animal studies, lung tumors were observed in rats exposed for up to 2 years by inhalation to 12.4 or 51.6 mg/m3 quartz. Pulmonary fibrosis, emphysema, and lung tumors were also observed in rats exposed to quartz by intratracheal instillation. |
| Germ Cell Mutagenicity | Not Applicable |
| Carcinogenicity | Not Applicable |
| Reproductive Toxicity | Not Applicable |
| STOT - Single Exposure | Not Applicable |
| STOT - Repeat Exposure | Not Applicable |
| Aspiration Hazard | Not Applicable |
| Routes of Exposure | Inhalation, skin contact, eye contact and ingestion. |
| Symptoms Related to the Physical, Chemical and Toxicological Characteristics | Not available |
| Delayed and Immediate Effects and Chronic Effects from Short and Long Term Exposure | Irritation of eyes, skin and upper respiratory system; burns on eye and skin; skin vesticulation; cough, bronchitis, pneumonitis; nasal discharge; sneezing; tearing of eyes; pneumoconiosis. |
| Numerical Measures of Toxicity | Not available |
| Interactive Effects | Not available |
| Other Information | None known |

## SECTION XII - ECOLOGICAL INFORMATION

| | |
|---|---|
| Toxicity | None known |
| Persistence and Degradabiliy | None known |
| Bioaccumulative Potential | None known |
| Mobility in Soil | None known |
| Other Adverse Effects | None known |

## SECTION XIII - DISPOSAL CONSIDERATIONS

| | |
|---|---|
| Disposal Containers & Methods | Dispose of waste material in accordance with applicable Federal, State and local regulations. Reuse and reclaim where feasible. This material is not a RCRA "listed" or "characteristic" hazardous waste. Method of disposal selected is subject to compliance with applicable federal, state and local laws and regulations and product characteristics at the time of disposal. |
| Physical / Chemical Properties | Not Applicable. |
| Sewage | Do not flush to surface water or sanitary sewer system. |

## SECTION XIV - TRANSPORTATION INFORMATION

| | | | |
|---|---|---|---|
| PROPER SHIPPING NAME | Not regulated by DOT | SHIPPING NUMBER | Not applicable |
| HAZARD CLASS | Not applicable | PACKING GROUP (P.G.) | Not applicable |
| ENVIRONMENTAL | Not applicable | BULK TRANSPORT | Not applicable |
| SPECIAL PRECAUTIONS | None | | |

## SECTION XV - REGULATORY INFORMATION

| | | | |
|---|---|---|---|
| SARA 311/312 | Acute: ☐ Yes ☑ No | Fire: ☐ Yes ☑ No | Reactive ☐ Yes ☑ No |
| | Chronic: ☑ Yes ☐ No | Pressure: ☐ Yes ☑ No | |
| SARA 313 | This materal is not known to contain any chemicals found on the SARA Section 313 List | | |
| EPA (CERCLA) REPORTABLE QUANTITY | This material is not known to contain any ingredient(s) subject to this act. | | |

## SECTION XVI - OTHER INFORMATION

### DOCUMENTARY INFORMATION

| | | | |
|---|---|---|---|
| ISSUE DATE | February 1, 2013 | REISSUE DATE | |
| PREPARED BY | Larry W. Minton | SDS NUMBER | 005 |

### DISCLAIMER OF EXPRESSED AND IMPLIED WARRANTIES

The information in this MSDS was obtained from sources believed reliable. HOWEVER, THE INFORMATION IS PROVIDED WITHOUT ANY REPRESENTATION OR WARRANTY EXPRESSED OR IMPLIED REGARDING THE ACCURACY, COMPLETENESS OR CORRECTNESS OF THE INFORMATION, THE RESULTS TO BE OBTAINED FROM THE USE OF THIS INFORMATION OR THE PRODUCT, THE SAFETY OF THIS PRODUCT, OR THE HAZARDS RELATED TO ITS USE. Although certain hazards are described, we can not guarantee that these are the only hazards that exist.

The conditions or methods of handling, storage, use and disposal of the product are beyond the supplier's control and may be beyond the supplier's knowledge. For this and other reasons, the supplier does not assume responsibility and expressly disclaims liability for loss, damage or expense arising out of or in connection with the handling, storage, use or disposal of the product.