| | |
|---|---|
| **From:** | RBuller [RBuller@jeffparish.net] |
| **Sent:** | Thursday, October 6, 2016 4:49 PM |
| **To:** | Brian Handley; LBecker |
| **Cc:** | Dawn Thibodaux |
| **Subject:** | RE: Profiles for Review |

Brian
Both profiles from Rain Carbon for spent lime are approved.

Thanks for your good work these past several years. Good luck!

Joseph (Rick) Buller, Jr. PE
Landfill Engineer
Jefferson Parish Environmental Affairs
Office: 504-736-6103
Landfill: 504-436-0152
Cellular: 504-239-1187

---

**From:** Brian Handley [mailto:brian.handley@progressivewaste.com]
**Sent:** Wednesday, October 05, 2016 11:30 AM
**To:** RBuller <RBuller@jeffparish.net>; LBecker <LBecker@jeffparish.net>
**Cc:** Dawn Thibodaux <dawn.thibodaux@wasteconnections.com>
**Subject:** Profiles for Review

Rick,

I have attached 2 profiles for spent lime from Rain carbon for disposal at Jefferson Parish
LF at $30/ton.  The waste streams are the same but are coming from 2 different material
origin addresses.  The profiles were completed on the new snappyapprovals.com system, so I
have attached the printed version of the online form.  I have also attached both the
analytical results for that were ran on the spent reagent/lime.  I have also attached an SDS
on the spent lime.  I have reviewed the profile and analytical data.  Once you approve I will
send you the final version of the approved profile.

I think we can get you online using this new system so let me check with the new
administrators and see what I can do.  I think you will be able to review the profiles online
and provide a note that you have accepted the profile.  That will make it easier on all of
us.  Plus next Friday is my last day and I am not sure who will be doing this going forward.

Thanks,


**Brian Handley**
Enviromental Compliance Engineer

**Progressive Waste Solutions**

T: 817 632 4000
F: 817 632 4540
C: 682 478 7798

**2301 Eagle Parkway, Suite 200**

1

Confidential - Outside Counsel Only                                                                                            WC_JPLF_00263258

Fort Worth, TX, 76177
www.progressivewaste.com



Please be advised any information provided to Jefferson Parish Government may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.

2

Confidential - Outside Counsel Only

WC_JPLF_00263259