**To:** Brett O'Connor[BrettO@WasteConnections.com]
**From:** Joe Laubenstein
**Sent:** Thur 10/20/2016 10:35:44 PM
**Subject:** FW: Tetra Tech Contact / Introduction  CCRs
**Received:** Thur 10/20/2016 10:35:46 PM

Energy Waste (CCR) Disposal in Subtitle D Landfills_10-18-16.pdf

---

**From:** Grahlherr, Don [mailto:Don.Grahlherr@tetratech.com]
**Sent:** Wednesday, October 19, 2016 2:48 PM
**To:** Joe Laubenstein
**Subject:** RE: Tetra Tech Contact / Introduction CCRs

Joe

Sounds good.  Here is that draft presentation that I am reworking.  I need to add some more information like that I received from you today and some other tweaks.

Could you send me those new beneficial use numbers that came from ACAA as you discussed today?   I am not getting their information like I used to since moving over here....

Best Regards, Don

**Don Grahlherr, PE** | **Vice President, National CCR Practice**
Mobile: +1.314.306.6097   don.grahlherr@tetratech.com | 6426 Horneker Road, Pacific, MO 63069
**Tetra Tech** | Complex World, Clear Solutions™ www.tetratech.com | www.tetratech.com/CCR

---

**From:** Joe Laubenstein [mailto:JoeLa@WasteConnections.com]
**Sent:** Wednesday, October 19, 2016 1:49 PM
**To:** Grahlherr, Don <Don.Grahlherr@tetratech.com>
**Subject:** RE: Tetra Tech Contact / Introduction CCRs

Don:

Likewise was a pleasure talking to you. I think we can help each other in the CCR world.

Please find attached our brochure.  From your SOQ you certainly have done some exciting and challenging projects within the coal burning power industry.

Can you send me the power point presentation you said you just dusted off?

Regards,


**Joe Laubenstein** / *Director of CCR Disposal*
**Waste Connections**
3 Waterway Square Place, Suite 110
The Woodlands, TX 77380
Office: 832.442.2127 / Mobile: 281.889.0084



**From:** Grahlherr, Don [mailto:Don.Grahlherr@tetratech.com]
**Sent:** Wednesday, October 19, 2016 12:25 PM
**To:** Joe Laubenstein
**Subject:** FW: Tetra Tech Contact / Introduction CCRs

Joe

It was a pleasure talking with you today.   Thanks again for your help!!

I have attached my contact information in an outlook file and it is inserted below as well.   Also, please see our CCR brochure and SOQ for your consideration.

Best Regards, Don

**Don Grahlherr, PE** | **Vice President, National CCR Practice**
Mobile: +1.314.306.6097   don.grahlherr@tetratech.com | 6426 Horneker Road, Pacific, MO 63069
**Tetra Tech** | Complex World, Clear Solutions™ www.tetratech.com | www.tetratech.com/CCR

# Energy Waste (CCR) Disposal in Subtitle D Landfills



**Don Grahlherr, PE**

**Vice President, National CCR Practice**



complex world | CLEAR SOLUTIONS™

WC_JPLF_00523184



# Agenda

- **What are CCRs?**
- **CCR Rule Summary**
- **How the CCR Rule is expected to affect handling of CCR**
- **Considerations for MSWLFs that may receive CCRs**



# What are CCRs?

WC_JPLF_00523186

# Energy Waste Management



WC_JPLF_00523187

## Coal Combustion Residuals (CCR)

- **Fly Ash, Bottom Ash, Boiler Slag, Flue Gas Desulfurization (FGD) waste**
- ~ 115 million total tons produced in 2013
- ~ 50 million tons (45%) beneficially used
- ~ 65 million tons (55%) disposed in Landfills & Impoundments





WC_JPLF_00523189

## Engineering Properties

**Fly Ash**

- Ash collected by particulate control equipment
- Fine grained, silt-size
- Spherical, well-graded within the fine fraction
- Class F non-cementing from eastern coal – no cohesion
- Class C self-cementing from western coal
- Dry Density 65 to 90 pcf
- Friction angle 25° to 45° ; typical 30° to 35°
- Permeability $10^{-4}$ to $10^{-6}$ cm/sec ; typical $5 \times 10^{-4}$ cm/sec



WC_JPLF_00523190

## Engineering Properties

**Bottom Ash**

- Ash that falls to bottom of boiler
- Fine to coarse grained, sand size
- Angular, well-graded
- Dry Density 65 to 100 pcf
- Friction angle 25° to 45°; typical 35° to 40°
- Permeability $10^{-1}$ to $10^{-3}$ cm/sec; typical $5 \times 10^{-3}$ cm/sec

**Boiler Slag** is similar to Bottom Ash – but more coarse.  Not usually a factor in regard to engineering properties – low quantity of total waste



## Engineering Properties

**Flue Gas Desulfurization (FGD)**

- By-product of scrubber system used to reduce sulfur dioxide – scrubbers utilize lime or pulverized limestone

- Fine grained, silt size; similar to fly ash

- Ranges from no cohesion (synthetic gypsum) to self-cementing; variable depending on system

- Dry Density 65 to 90 pcf

- Permeability $10^{-4}$ to $10^{-7}$ cm/sec; depends on Calcium Sulfate (gypsum) or Calcium Sulfite (wet or dry scrubber and/or whether or not there is forced oxidation)



WC_JPLF_00523192

# Engineering Properties

**Beneficial Engineering Properties**

**CCRs in General**

- Usually high friction angle / shear strength
- Can be self-cementing
- Easy site grading (for non-cementing)
- Easy compaction when water content is controlled
- Overall good construction material
- Uniform, relatively fine grained material – minimal need for cushion and/or controlled buffer layer over liner
- Creates solid and smooth liner subgrade
- Chemical compatibility with FML - not an issue



# Engineering Properties

**Beneficial Engineering Properties**

## Bottom Ash

- Good component of drainage layer

- Often filter compatible with fly ash

- Use as 'bridge lift' or with a reinforcing geotextile for soft ground improvement

- Use on roads within landfill to improve traction



WC_JPLF_00523194

## Engineering Properties

**Challenges Using CCRs**

- Highly Erosive (for Non-Self-Cementing)
- Fine, lightweight, no cohesion, leads to significant dust issue
- Liquefiable
- Some FGD hard to dewater (calcium sulfite)
- Filter Compatibility in LCS
- Chemical Compatibility with Geosynthetic Clay Liner (GCL)





WC_JPLF_00523196






WC_JPLF_00523197



WC_JPLF_00523198

## Chemical Properties

**Fly Ash and Bottom Ash**

- Primarily Silica and Aluminum Oxide; lesser quantities of Iron and Magnesium Oxide
- Trace metals including:  Arsenic, Boron, Barium, Cadmium, Cobalt, Chromium, Copper, Fluoride, Mercury, Manganese, Lead, Selenium, Silver, Strontium, Vanadium, Zinc
- Trace Metals can be environmental concern
- pH generally neutral to alkaline

**FGD**

- Mostly Calcium Sulfite or Calcium Sulfate  - depends on wet or dry scrubber process
- Silica, Aluminum, Iron and Magnesium Oxides in less quantity than fly ash and bottom ash
- pH generally alkaline



 

# CCR Rule Summary

WC_JPLF_00523200

# CCR Rule - Overview



**FEDERAL REGISTER**

Vol. 80     Friday,

No. 74     April 17, 2015

Part II

Environmental Protection Agency

40 CFR Parts 257 and 261
Hazardous and Solid Waste Management System; Disposal of Coal
Combustion Residuals From Electric Utilities; Final Rule

- **Subtitle D Non-Hazardous Waste Rule**

- **Criteria**:

  1. Location Restrictions

  2. Design Criteria

  3. Operating Criteria

  4. Groundwater Monitoring and Corrective Action

  5. Closure and Post-Closure Care

  6. Record Keeping, Notification, and Posting of Information to the Internet

  7. Self-Implementing – Enforced through Citizen Lawsuits

## Scope & Applicability - §257.40

- All New and Existing Landfills & Surface Impoundments

- Inactive Surface Impoundments

- Does NOT apply to:
  - Inactive Landfills
  - CCR Units at Facilities no Longer Producing Power
  - "Beneficial Use" of CCR
  - CCR Placement at Underground or Surface Coal Mines
  - Non-Utility Power Producers
  - Residuals from other Fossil Fuels
  - **MSWLFs that Receive CCR**



# Implementation – Existing CCR Units



**4/17/2015 – Rule published in Federal Register (Impoundments / Landfills)**

**Also – At Any Time:  Known Final Receipt of Ash  -  Begin Closure  in 6 months** unless it is Beneficial Use

**B/O – 10/19/2015:**
Complete Fugitive Dust  Control Plan;
Initiate Weekly Inspections & Monthly Monitoring;
Begin complying with Recordkeeping, Notification, & Internet Website Requirements

**B/O: 1/19/2016:**
Install Permanent Marker;
Complete First Annual Inspection;
Provide NOI to Initiate Closure of Inactive Impoundments Seeking Exemption from Rule

**B/O: 10/17/2016**
Complete Lined/Unlined Documentation & History of Construction; Complete **Initial Hazard/Stability/Safety Factor Assessments**; Complete Hydrologic and Hydraulic Capacity Evaluation & Flood Control System Plan;
Complete Closure & Post-Closure Care Plans

**B/O: 4/17/2017:**
Complete Emergency Action Plan

**B/O: 10/17/2017:**
Initiate **Groundwater Monitoring & Evaluation Program (Detection Monitoring)**

**B/O: 4/17/2018:**
*Complete Inactive Impoundment Closure to Obtain Exemption from Rule*

**B/O: 10/17/2018:**
Complete **Location Restrictions** Demonstrations

*Active & Inactive Impoundment Closure (if Location Restrictions or Structural Integrity are non-compliant or if GW Exceedances occur)*

*< 40 Acres = Up to 7 years;
> 40 Acres = Up to 15 years or longer depending on site-specific operational constraints*

'15   '16   '17   '18   '19

Today

Complete First Annual Inspection

Complete Fugitive Dust Control Plan;
Initiate Weekly Inspections;
Begin complying with Recordkeeping, Notification, & Internet Website Requirements

Complete Initial Run-on and Run-off Control Plan;
Complete Closure & Post-Closure Care Plans

Initiate Groundwater Monitoring & Evaluation Program
(App. IIII Detection)

**Active Landfill Closure (if Location Restriction  is non-compliant  or Final Receipt of Waste occurs)**

6 months  or longer depending on site-specific operational constraints

Complete **Location Restriction** Demonstration

TETRA TECH

WC_JPLF_00523203



# How the CCR Rule is expected to affect handling of CCR

WC_JPLF_00523204

## Changes to CCR Handling

**How will new Rules affect disposal by plants?**

- Added siting restrictions, composite liner, leachate collection system, stability restrictions, and effluent limits will make impoundments impractical

- Plants will convert to dry ash handling (some will shut down – depends on continued power market)

- Disposal will shift to landfills over the next 5 years

- Most impoundments will be closed within 5 years



WC_JPLF_00523205

## Opportunities for MSW Companies

- Accept CCR at Existing MSW Landfill
- Build/Operate New CCR Landfill (monofill) at existing MSW Landfill Site
- Build Dedicated Cell for CCR (monofill) at MSW Site
- Build/Operate CCR Landfill at Generating Station



WC_JPLF_00523206



# Considerations for MSWLFs that may receive CCRs

WC_JPLF_00523207

## CCR Landfill Issues / Solutions

**Filter compatibility of geotextiles with CCRs**

- Fly ash or FGD is very fine grained and difficult to demonstrate filter compatibility with any geotextile

- Noncohesive material may migrate into nonwoven geotextile and clog or pass through

- Woven geotextile is better for long-term performance due to physical nature of material (more sieve-like)

- Manufacturers addressing this issue with combination of nonwoven/woven of geotextile – composite geotextiles

- May not get opportunity for separate stream of Bottom Ash to help with this issue at MSWLF.

- Need to do the testing and analyses!  Gradient ratio, long-term flow, hydraulic conductivity ratio – test methods by GRI



## CCR Landfill Issues / Solutions

**GCL compatibility with CCRs**

- Ion exchange – Calcium substitution for Sodium reduces swell and increases permeability of bentonite

- Manufacturers producing CCR-resistant bentonite

- Combined with timing of hydration --  likely solves this issue; but recommend testing!



WC_JPLF_00523209

## CCR Landfill Issues / Solutions

**Chemical precipitation (calcium-based) in the leachate drainage system**

- These materials do contain high levels of Calcium and leachate is usually highly alkaline.  But, definitive estimate of scaling potential due to Calcium precipitation is difficult to predict.

- Use conservative factor of safety for clogging

- Utilize redundant design features where practical

- Include cleanouts in design



## Challenges for MSW Landfills Handling CCRs

**Odor/Gas Generation**

- FGD can be calcium sulfite, magnesium sulfite, calcium sulfate among others

- Compounds are highly soluble

- Under conditions within a landfill, bacteria can convert the sulfates and sulfites into hydrogen sulfide which can cause odor problems

- pH likely will increase – may kill bugs and affect gas generation and extraction

- WWTP Sludge will add to this issue

- Helps to not comingle CCRs and MSW



WC_JPLF_00523211

## Challenges for MSW Landfills Handling CCRs

**Leachate/Water Quality**

- Anticipate the potential leachate quality changes and the impacts on leachate management strategies – collection, treatment, and disposal systems

- pH likely will increase – may change other contaminant levels

- Mercury could become an issue in ash/leachate

- The USEPA expects the State Regulatory Agency to require a MSW landfill accepting CCR to include inorganic indicators known to be associated with CCRs (Boron, Calcium, Chloride, Fluoride, pH, TDS) in the groundwater detection monitoring plan



## Challenges for MSW Landfills Handling CCRs

**Pozzalanic Reaction**

- Fly Ash is a pozzolan - siliceous material that reacts with calcium hydroxide in the presence of water to form cementitious compounds

- Can create issues if landfilled without regard for this effect

- Reaction creates heat – must consider in regard to landfill gas temperature monitoring; recommend advising regulators before changes become an issue



WC_JPLF_00523213

# Challenges for MSW Landfills Handling CCRs

**Operations**

- Power plants typically generate large quantities of CCR (several million tons/yr) and operate and produce CCR 24/7/365

- Evaluate daily permit tonnage limits

- Dusting potential and control methods

- Odors

- Additional truck traffic both at the landfill and on public roads

- Additional personnel and equipment (perhaps additional shifts) may be needed to handle larger volumes



WC_JPLF_00523214

## Challenges for MSW Landfills Handling CCRs

**More Operations**

- May need to segregate materials requiring additional equipment required to handle and compact the CCR

- Geotechnical considerations – may create saturated zones and slip planes – may be best to not comingle

- The USEPA expects the State Regulatory Agency to require a MSW landfill accepting CCR to prepare a CCR Acceptance Plan.  Plan is to address physical and chemical characteristics of CCR and address dust, structural integrity, and not compromise the leachate  and gas collection systems.







# Thank You!

Contact Info:

## Don Grahlherr, P.E.

**6426 Horneker Road**

**Pacific, MO  63069**

**314-306-6097**

**don.grahlherr@tetratech.com**

50 1966 2016

**TETRA TECH**

WC_JPLF_00523216