```
 1  J10897892 sh

 2
                 UNITED STATES DISTRICT COURT
 3                EASTERN DISTRICT OF LOUISIANA

 4
    ELIAS JORGE "GEORGE"          |
 5  ICTECH-BENDECK,                | CIVIL ACTION
         Plaintiff                 |
 6                                 | NO. 18-7889
    VERSUS                         | c/w 18-8071,
 7                                 | 18-8218, 18-9312
    PROGRESSIVE WASTE SOLUTIONS    |
 8  OF LA, INC., ET AL.,           | SECTION: "E" (5)
         Defendants                |
 9                                 |
    Related Case:                  |
10                                 |
    FREDERICK ADDISON, ET AL.,     |
11       Plaintiff                 | CIVIL ACTION
                                   |
12  VERSUS                         | NO. 19-11133 c/w 19-14512
                                   |
13  LOUISIANA REGIONAL LANDFILL    | SECTION: "E" (5)
    COMPANY (LRLC), ET AL.,        |
14       Defendants                |
    ───────────────────────────────|───────────────────────────
15

16

17          VIDEOCONFERENCE ORAL DEPOSITION OF

18                      ROB NIELSEN

19                   FEBRUARY 9, 2024

20                  (Reported remotely.)

21

22

23

24

25
```



```
 1        A.  We provided trucking services and land             09:18AM
 2   application of peat moss ash.                               09:18AM
 3        Q.  Okay.  Anybody before ESCO that you worked for?    09:18AM
 4        A.  Just the University of Maine when I was in         09:18AM
 5   graduate school.                                            09:18AM
 6        Q.  Okay.  Okay.  What degrees do you have from the    09:18AM
 7   University of Maine?                                        09:18AM
 8        A.  I have a degree in agriculture.                    09:18AM
 9        Q.  Okay.  Are you -- are you a licensed engineer?     09:18AM
10        A.  No.                                                09:18AM
11        Q.  Okay.  Okay.  Any other degrees from any -- any    09:18AM
12   other place besides the University of Maine?                09:18AM
13        A.  No.                                                09:18AM
14        Q.  Okay.  And in -- in your experience in the         09:18AM
15   waste industry, have you been involved in any disposal      09:19AM
16   of gypsum drywall?                                          09:19AM
17              MS. CIOLINO:  Object to form.                    09:19AM
18        A.  Have I been involved in?  I'm not sure --          09:19AM
19        Q.  (BY MR. ROWE)  Okay.  Okay.  Because you -- you    09:19AM
20   talked about -- let's see.  I think when you were           09:19AM
21   working for Browning-Ferris, I think you mentioned that     09:19AM
22   you were -- you ended up being involved in a recycling      09:19AM
23   aspect of that.                                             09:19AM
24        A.  Yes, sir.                                          09:19AM
25        Q.  Okay.  Was -- did any of that involve gypsum       09:19AM
```



```
 1  drywall?                                                      09:19AM
 2      A.  No.                                                   09:19AM
 3      Q.  Okay.  And -- okay.  And since your employment        09:19AM
 4  with Waste Connections, have you encountered the              09:19AM
 5  disposal of or been involved in the disposal of gypsum        09:19AM
 6  drywall?                                                      09:19AM
 7              MS. CIOLINO:  Object to form.                     09:19AM
 8      A.  We have landfills that accept gypsum drywall.         09:20AM
 9      Q.  (BY MR. ROWE)  Okay.                                  09:20AM
10              (Simultaneous discussion.)                        09:20AM
11      A.  -- drywall, but --                                    09:20AM
12      Q.  (BY MR. ROWE)  Okay.  And those are, what, C&D        09:20AM
13  landfills, or are there other kinds that also accept          09:20AM
14  drywall?                                                      09:20AM
15      A.  Well, any of our landfills can accept drywall.        09:20AM
16      Q.  Any of them?  Okay.  Okay.  And you're aware          09:20AM
17  that gypsum drywall -- well, that "gypsum" is another         09:20AM
18  name for calcium sulfate, right?                              09:20AM
19      A.  I did not know that.                                  09:20AM
20      Q.  Okay.  Did you know that gypsum contains              09:20AM
21  calcium sulfate?                                              09:20AM
22              MS. CIOLINO:  Object to form.                     09:20AM
23      A.  I did not.                                            09:20AM
24      Q.  (BY MR. ROWE)  Okay.  What about calcium              09:20AM
25  sulfate dihydrate?                                            09:20AM
```



| | | |
|---|---|---|
| 1 | MS. CIOLINO: Object to form. | 09:20AM |
| 2 | A. I have no idea what that is. | 09:20AM |
| 3 | Q. (BY MR. ROWE) Okay. And have you in your | 09:20AM |
| 4 | career encountered any landfills where there was | 09:21AM |
| 5 | hydrogen sulfide gas being generated as the result of | 09:21AM |
| 6 | the disposal of gypsum drywall? | 09:21AM |
| 7 | MS. CIOLINO: Object to form. | 09:21AM |
| 8 | A. I don't think I would identify any of our | 09:21AM |
| 9 | landfills generating hydrogen sulfide as a result of | 09:21AM |
| 10 | gypsum drywall. All landfills generate hydrogen | 09:21AM |
| 11 | sulfide. | 09:21AM |
| 12 | Q. (BY MR. ROWE) Okay. And -- and you're aware | 09:21AM |
| 13 | that gypsum drywall, as it's decomposing or as it's -- | 09:21AM |
| 14 | well, as it's decomposing can generate hydrogen sulfide | 09:21AM |
| 15 | gas, right? | 09:21AM |
| 16 | MS. CIOLINO: Object to form. | 09:21AM |
| 17 | A. I'm aware that anything that's decomposing in | 09:21AM |
| 18 | an anaerobic environment will generate hydrogen sulfide | 09:21AM |
| 19 | gas. | 09:21AM |
| 20 | Q. (BY MR. ROWE) Okay. My specific question is | 09:21AM |
| 21 | whether or not you were aware that gypsum, when -- and | 09:21AM |
| 22 | you added the anaerobic environment -- when it's | 09:22AM |
| 23 | decomposing can generate hydrogen sulfide gas. | 09:22AM |
| 24 | MS. CIOLINO: Object to form. | 09:22AM |
| 25 | A. I guess it depends, but I -- in a landfill | 09:22AM |



| | | |
|---|---|---|
| 1 | where gypsum drywall is deposited, there can be | 09:22AM |
| 2 | generation of hydrogen sulfide gas. | 09:22AM |
| 3 | Q.  (BY MR. ROWE)  Okay.  And are you -- | 09:22AM |
| 4 | (Simultaneous discussion.) | 09:22AM |
| 5 | Q.  (BY MR. ROWE)  Right.  And you -- you | 09:22AM |
| 6 | understand that that can occur when there's an anaerobic | 09:22AM |
| 7 | environment, meaning no oxygen, right? | 09:22AM |
| 8 | A.  Yes. | 09:22AM |
| 9 | Q.  Where there's liquid water, right? | 09:22AM |
| 10 | A.  Yes. | 09:22AM |
| 11 | Q.  Okay.  Where there's sulfur-reducing bacteria, | 09:22AM |
| 12 | right? | 09:22AM |
| 13 | MS. CIOLINO:  Object to form. | 09:22AM |
| 14 | A.  I'm not sure I know what you mean by | 09:22AM |
| 15 | "sulfur-producing bacteria." | 09:22AM |
| 16 | Q.  (BY MR. ROWE)  Okay.  But you know that there | 09:22AM |
| 17 | are conditions that are conducive to the decomposition | 09:22AM |
| 18 | of gypsum into hydrogen sulfide gas in landfills, right? | 09:23AM |
| 19 | MS. CIOLINO:  Object to form. | 09:23AM |
| 20 | A.  I'm not sure what you're asking. | 09:23AM |
| 21 | Q.  (BY MR. ROWE)  Okay.  How long have you | 09:23AM |
| 22 | personally been aware that gypsum drywall can -- can | 09:23AM |
| 23 | create or result in hydrogen sulfide gas being created | 09:23AM |
| 24 | as part of its decomposition? | 09:23AM |
| 25 | A.  I've never really focused on gypsum drywall in | 09:23AM |

