| | |
|---|---|
| **To:** | Mark Blanco[Mark.Blanco@raincarbon.com] |
| **From:** | Dawn Thibodaux |
| **Sent:** | Tue 10/4/2016 3:48:13 PM |
| **Subject:** | RE: Online registration |
| **Received:** | Tue 10/4/2016 3:48:14 PM |

My apologies for not getting back to you sooner.  I have been buried in month end closing.  I wear several hats and sometimes I get confused as to what hat I am wearing.  I will let you know as soon as I get results.  I have also contacted the engineers and have not received a response.  I will also let you know when I hear from them.

**Dawn Thibodaux**
Office Manager

**Jefferson Parish Landfill**
**IESI LA Landfill Coporation**
**Waste Connections, Inc.**

E: dawn.thibodaux@wasteconnections.com
T: 504 436 0152
 C: 504-210-5968
F: 504 436 0244

5800 Highway 90 West
Avondale, LA, 70094
www.wasteconnections.com

NYSE, TSX: WCN



---

**From:** Mark Blanco [mailto:Mark.Blanco@raincarbon.com]
**Sent:** Tuesday, October 04, 2016 8:23 AM
**To:** Dawn Thibodaux
**Cc:** Ron Garbarino; M. Satyanarayana
**Subject:** RE: Online registration
**Importance:** High

Dawn,

Thank you for the reply.  Can I ask that you please get in contact with those engineers and make sure they make the time to push this through?  River Birch has given us a dead line of October 14th is the last day they will accept the spent lime.  I have no other location to bring this waste to.  Also, I sent you the credit application you asked to be filled out, is all ok with that?

**Mark Blanco**
Purchasing Manager



**Rain Carbon Inc.**
1330 Greengate Drive, Suite 300
Covington, LA 70433
USA

+1-985-635-3400 [OFFICE]
+1-985-635-3451 [DIRECT]
+1-985-201-9825 [CELL]
www.raincarbon.com

**From:** Dawn Thibodaux [mailto:dawn.thibodaux@wasteconnections.com]
**Sent:** Monday, October 03, 2016 5:10 PM
**To:** Mark Blanco <Mark.Blanco@raincarbon.com>
**Subject:** RE: Online registration

The engineer for the company has to give a final approval for the profile and has to sign off on it, as does the parish engineer.   This is part of the State regulations for special waste.   We don't have a person in office like Riverbirch does.  Our engineer is in Houston.

**Dawn Thibodaux**
Office Manager

**Jefferson Parish Landfill**
 **IESI LA Landfill Coporation**
**Waste Connections, Inc.**

E: dawn.thibodaux@wasteconnections.com
T: 504 436 0152
 C: 504-210-5968
F: 504 436 0244

5800 Highway 90 West
Avondale, LA, 70094
www.wasteconnections.com

NYSE, TSX: WCN



**From:** Mark Blanco [mailto:Mark.Blanco@raincarbon.com]
**Sent:** Monday, October 03, 2016 4:52 PM
**To:** Dawn Thibodaux
**Subject:** RE: Online registration

Dawn,

Can I ask exactly what that approval is for?

Thanks,

**Mark Blanco**
Purchasing Manager



**Rain Carbon Inc.**

Confidential                                                                                                                                                        WC_JPLF_00488427

1330 Greengate Drive, Suite 500
Covington, LA 70433
  USA
+1-985-635-3400 [OFFICE]
+1-985-635-3451 [DIRECT]
  +1-985-201-9825 [CELL]
  www.raincarbon.com

---

**From:** Dawn Thibodaux [mailto:dawn.thibodaux@wasteconnections.com]
**Sent:** Monday, October 03, 2016 4:50 PM
**To:** Mark Blanco <Mark.Blanco@raincarbon.com>
**Cc:** Ron Garbarino <ron.garbarino@raincarbon.com>; M. Satyanarayana <M.Satyanarayana@raincarbon.com>
**Subject:** RE: Online registration

Now we wait for the approval to go through. I'll keep an eye on it.

**Dawn Thibodaux**
Office Manager

**Jefferson Parish Landfill**
  **IESI LA Landfill Coporation**
**Waste Connections, Inc.**

E: dawn.thibodaux@wasteconnections.com
T: 504 436 0152
  C: 504-210-5968
F: 504 436 0244

5800 Highway 90 West
Avondale, LA, 70094
www.wasteconnections.com

NYSE, TSX: WCN



---

**From:** Mark Blanco [mailto:Mark.Blanco@raincarbon.com]
**Sent:** Monday, October 03, 2016 4:47 PM
**To:** Dawn Thibodaux
**Cc:** Ron Garbarino; M. Satyanarayana
**Subject:** Online regitratin
**Importance:** High

Hi Dawn,

We went online Friday and did the registration that you had sent an invite to, we did this for the two (2) locations that the spent lime will come from, Chalmette and Norco. Is there anything else we need to do?

Respectfully,

**Mark Blanco**
Purchasing Manager



**Rain Carbon Inc.**
1330 Greengate Drive, Suite 300
Covington, LA 70433
USA
+1-985-635-3400 [OFFICE]
+1-985-635-3451 [DIRECT]
+1-985-201-9825 [CELL]
www.raincarbon.com

This message and any attachments may contain legally privileged and / or confidential information. It is intended only for use by the addressee(s) named herein. If you are not the intended recipient of this e-mail, you are notified that any dissemination, distribution or duplication of this e-mail and any attachment thereto is strictly prohibited. If you received this e-mail in error, please notify the sender by reply e-mail immediately and permanently delete the original and any copy of the e-mail, attachment(s) and any printout thereof.

This message and any attachments may contain legally privileged and / or confidential information. It is intended only for use by the addressee(s) named herein. If you are not the intended recipient of this e-mail, you are notified that any dissemination, distribution or duplication of this e-mail and any attachment thereto is strictly prohibited. If you received this e-mail in error, please notify the sender by reply e-mail immediately and permanently delete the original and any copy of the e-mail, attachment(s) and any printout thereof.

This message and any attachments may contain legally privileged and / or confidential information. It is intended only for use by the addressee(s) named herein. If you are not the intended recipient of this e-mail, you are notified that any dissemination, distribution or duplication of this e-mail and any attachment thereto is strictly prohibited. If you received this e-mail in error, please notify the sender by reply e-mail immediately and permanently delete the original and any copy of the e-mail, attachment(s) and any printout thereof.