| | |
|---|---|
| **From:** | Rickie Falgoust |
| **Sent:** | Thursday, September 1, 2016 8:55 PM |
| **To:** | Jonathan Dewitt |
| **Subject:** | Re: River Birch news_ no solidification |

Direct landfill.River Birch had bad odor complaints over the past couple of months.DEQ is on their case due to odor issues.They also believe that all these sludges are causing damage to their pumps and gas system.Colonial is also under fire due odor from solidification.You may want to get with Jay and see if he would like for us to solidify.Thanks

Sent from my iPhone

On Sep 1, 2016, at 2:44 PM, "Jonathan Dewitt" <jonathan.dewitt@progressivewaste.com> wrote:

> Wasn't that vieolia waste going to be solidified?
>
>
> Thank You,
>
> Jonathan M. Dewitt
> District Sales Manager
>
> Waste Connections of LA
>
> F: 888 317 2820
> C: 337 250 8735
>
> 500 Seven Oaks Blvd
> Bridge City, LA 70096
>
>
> -------- Original message --------
> From: Rickie Falgoust <rickie.falgoust@progressivewaste.com>
> Date: 9/1/16 2:40 PM (GMT-06:00)
> To: Jonathan Dewitt <jonathan.dewitt@progressivewaste.com>
> Cc: Rickie Falgoust <rickie.falgoust@progressivewaste.com>, Julie Tufaro <julie.tufaro@progressivewaste.com>
> Subject: Re: River Birch news_ no solidification
>
> River Birch told me that a couple of weeks ago.Seems that odor and gas recovery issues.
>
> Sent from my iPhone
>
> On Sep 1, 2016, at 1:04 PM, "Jonathan Dewitt" <jonathan.dewitt@progressivewaste.com> wrote:
>
>> I called River Birch about the bags of water and they informed me they will no longer solidify starting 9/15/16 and are not approving any new profiles. Colonial landfill operated by republic has stopped as well. This leaves only the WM landfill in Walker as the only landfill in the area doing it.

1

WC_JPLF_00271367

Thank You,

Jonathan M. Dewitt
District Sales Manager

Waste Connections of LA

F: 888 317 2820
C: 337 250 8735

500 Seven Oaks Blvd
Bridge City, LA 70096


-------- Original message --------
From: Rickie Falgoust <rickie.falgoust@progressivewaste.com>
Date: 8/31/16 2:36 PM (GMT-06:00)
To: Julie Tufaro <julie.tufaro@progressivewaste.com>
Cc: Rickie Falgoust <rickie.falgoust@progressivewaste.com>, Jonathan Dewitt <jonathan.dewitt@progressivewaste.com>
Subject: Re: Pictures of the Water

We will not be able to take due to being a free liquid. Our solidification pits are currently shut down due to odor issues.

Sent from my iPhone

On Aug 30, 2016, at 4:25 PM, "Julie Tufaro" <julie.tufaro@progressivewaste.com> wrote:

> Rickie,
> Please let us know one way or another on this.
> Thanks,
> Julie
>
>
> On Aug 29, 2016, at 6:30 PM, Julie Tufaro <julie.tufaro@progressivewaste.com> wrote:
>
>> Hi Rickie,
>> Any word back on this? The hospital is asking
>> Thanks,
>> Julie
>>
>> On Aug 24, 2016, at 3:47 PM, Jonathan Dewitt <jonathan.dewitt@progressivewaste.com> wrote:
>>
>>> Rickie see attached pics. Anything special we need before we allow them to dispose? It's just bagged water from

2

a hospital. Does this have to be profiled or treated as special waste?


Thank You,

Jonathan M. Dewitt
District Sales Manager

Waste Connections of LA

F: 888 317 2820
C: 337 250 8735

500 Seven Oaks Blvd
Bridge City, LA 70096


-------- Original message --------
From: Julie Tufaro <julie.tufaro@progressivewaste.com>
Date: 8/24/16 3:40 PM (GMT-06:00)
To: Luis Lizama <luis.lizama@progressivewaste.com>, Jonathan Dewitt <jonathan.dewitt@progressivewaste.com>
Subject: Fwd: Pictures of the Water

Can Touro fill an OT with pallets of this?
It isn't medical waste.
Let me know


Begin forwarded message:

> **From:** "Gaspard, Don" <Don.Gaspard@lcmchealth.org>
> **To:** "Julie Tufaro" <julie.tufaro@progressivewaste.com>
> **Subject: Pictures of the Water**
>
> Julie,
> Here are the two pictures you requested. One is the picture of the box indicating it is Sterile Water for

3

WC_JPLF_00271369

irrigation & the second picture is how the bags are packaged which a bag with in a bag. The bags are also thick to prevent accidental punctures.

Please let me know something asap. Thanks

**Donald Gaspard**
**Director of Facilities**
**Touro Infirmary**
**1401 Foucher St New Orleans LA, 70115**
**Office-504-897-8280**
**Don.Gaspard@LCMChealth.org**







\<image001.png\>
\<IMG_4860.jpg\>
\<20160824_145057.jpg\>

4