| | |
|---|---|
| **From:** | James Gunter |
| **Sent:** | Thursday, September 1, 2016 11:24 PM |
| **To:** | Rickie Falgoust |
| **Subject:** | RE: |

It looks like a way for the Parish to handle it's businesses needs and an opportunity for us. Can we meet with you and I and Ricky? I am not sure Riverbirch's odor problem was solidification but we should talk about it. Thanks

-----Original Message-----
From: Rickie Falgoust
Sent: Thursday, September 01, 2016 5:18 PM
To: James Gunter
Subject:

The subject of solidification has come up at JP again.River Birch has chosen to no longer solidify.Reason being due to the odors and they feel it is hurting their gas production.If we choose to begin and all in solidification pit the citizens may from on us.Whats your opinion?

Sent from my iPhone
Sent from my iPhone

1