# Vic Culpepper

| | |
|---|---|
| **From:** | Vic Culpepper |
| **Sent:** | Wednesday, August 31, 2016 4:32 PM |
| **To:** | Mark S Spears |
| **Cc:** | 'Keith Kiraly'; Bernard Menge; Ron Buterbaugh; 'rbuller@jeffparish.net'; MLockwood; Tom Nicholson; Jim Ward; fredheebe@fredheebe.com; Casey; CRoberts; Loren Monahan |
| **Subject:** | Landfill Odors |
| **Attachments:** | Landfill Odors |

Good Afternoon Mr. Spears:

In response to Keith Kiraly's email, I am addressing you as the principal representative of the Waggaman Community. I appreciate Mr. Kiraly's email and we have discussed this issue at length before and after his email. We are aware of the excessive landfill odors and certainly recognize our contribution to the odors. Knowing this was a problem, I asked Mr. Kiraly and Mr. Menge to forward the attached email to the Waggaman residents on August 12. I agree with Mr. Buller that we can't, and won't, allow summer conditions (south winds, frequent rains, high humidity) to justify excessive odor emissions. However, in my conversations with community members over the last 13 years I recognize everyone is cognizant of the fact that summer has always been challenging for the landfills and therefore the residents. Additionally, the last 2 months have been particularly troublesome with constant, significant amounts of rainfall often on a daily basis. We are consistently able to maintain daily cover but the continual rainfall and resulting erosion and intrusion into the landfill creates emissions in other areas that require heavy equipment to maintain and repair. The nearly constant daily rain events prohibit using the necessary heavy equipment on clay-covered areas to do these necessary repairs. The clay has to be dry the support the equipment or the "rutting" of the clay just contributes to the problem. Rest assure we are focusing on maintenance every day the weather allows us to do so.

River Birch has undertaken significant additional steps to minimize these odors:

- Accelerating the construction of gas collection wells in the 24-acre area we recently completed to collect the landfill gases for treatment in our landfill gas purification plant. This project should commence in approximately one month and is 2 years ahead of the EPA-required time frame for collecting landfill gasses for destruction or treatment.

- Placement of an impermeable synthetic liner over this area to maximize gas collection efficiency after gas collection wells are operational. We recently did the same in approximately 45 acres and achieved great success maximizing gas collection while reducing fugitive odor emissions.

- Re-evaluating all waste streams and eliminating particularly troublesome waste stream not matter how small or large. While this may have some effect, please understand that the vast majority of waste accepted at River Birch is commercial and residential waste that all landfills recognize is certainly problematic, particularly during excessive rain events.

In conclusion please understand that we are aware of this issue, accept our responsibility, and are certainly taking measures to control the odor. As Mr. Buller mentioned, we are meeting with Jefferson Parish to discuss and both landfills always work together in attempting to solve odor issues. We have a tentative date of next week, Wednesday, September 7. If you require additional information please contact me at your convenience.

Best Regards,

## Victor C. Culpepper, Sc.D.

1

RIVER_BIRCH_0003855