```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2                  OCTOBER 19, 2023

 3   ELIAS JORGE "GEORGE"      ) CIVIL ACTION
     ICTECH-BENDECK,           )
 4            Plaintiff        ) NO. 18-7889
                               ) C/w 18-8071,
 5   VERSUS                    ) 18-8218, 18-9312
                               )
 6   PROGRESSIVE WASTE         ) SECTION: "E" (5)
     SOLUTIONS OF LA, INC., ET )
 7   AL.,                      ) CIVIL ACTION
              Defendants       )
 8                             ) NO. 19-11133 c/w
     Related Case:             ) 19-14512
 9                             )
     FREDERICK ADDISON, ET     ) SECTION: "E" (5)
10   AL.,                      )
              Plaintiff        )
11                             )
     VERSUS                    )
12                             )
     LOUISIANA REGIONAL        )
13   LANDFILL COMPANY (LRLC),  )
     ET AL.,                   )
14            Defendants       )

15
     **************************************************
16            ORAL AND VIDEOTAPED DEPOSITION OF

17                       NIKKI CREWS

18                    OCTOBER 19, 2023

19   **************************************************

20      ORAL AND VIDEOTAPED DEPOSITION OF NIKKI CREWS,

21   produced as a witness at the instance of the Defendant

22   and duly sworn, was taken in the above-styled and

23   -numbered cause on Thursday, October 19, 2023, from

24   10:47 a.m. to 3:58 p.m., before Jessica Jefferson, a

25   Shorthand Reporter, in the State of Texas, reported by
```



1    A.   Yes.
2    Q.   And what is agronomy?
3    A.   Soil and crop science.
4    Q.   Okay.  I'd -- I'd assume that that fell under
5  engineering, but it -- was it at an engineering school
6  at Colorado State?
7    A.   Not exactly, no.
8    Q.   Do you remember the school that you graduated
9  from in Colorado State?
10   A.   The school as in what school?
11   Q.   Like in the major, your major of agronomy, does
12 that fall within a specific field or school at Colorado
13 State?
14   A.   Yeah.  Agriculture.
15   Q.   Agriculture.
16        It's not agriculture, is it?  And that's not
17 under the engineering school?  I -- I'm just asking.  I
18 don't know.  I just assumed.
19   A.   No.  The college of agriculture is its own
20 college at the university.
21   Q.   Got it.
22        And currently, you are a compliance manager?
23   A.   Yes.
24   Q.   And are you the team leader of the -- the team
25 for the southern region?



```
1      A.  Yes.
2      Q.  Okay.  And currently, it's made up of you,
3  Ms. Martha, and Ms. Adrianna?
4      A.  Correct.
5      Q.  Okay.  And your -- how many landfills is the
6  southern region responsible for that compliance
7  management, approximately?
8      A.  It -- yeah.  Approximately, 30.
9      Q.  Okay.  Okay.  And was there anything that you
10 learned in your undergraduate degree in agronomy that
11 has helped you to be a compliance manager for a
12 landfill?
13     A.  Not really.
14     Q.  Okay.  I'm sure that there were some things about
15 time management and skills like that that are helpful,
16 and my question was specific to landfills.
17         Did you have any classes or any time that you
18 spent with landfills when you were an undergraduate?
19     A.  No.
20     Q.  And you have a -- you have a graduate -- you have
21 an MBA as well, correct?
22     A.  Correct.
23     Q.  And that's master's in business administration?
24     A.  Correct.
25     Q.  Okay.  And was there anything other than time
```



## Fwd: Announcement - Southern Region Engineering Team - sent on behalf of Chris Ruane

From:             Chris Ruane <ChrisR@WasteConnections.com>
To:               RBuller@jeffparish.net
Sent:             August 9, 2016 11:09:10 AM CDT
Received:         August 9, 2016 11:09:13 AM CDT

Rick,

Here is the announcement I mentioned.

Chris Ruane

Begin forwarded message:

From: Sally Wintner <SallyW@r360es.com<mailto:SallyW@r360es.com>>
Date: August 8, 2016 at 10:15:05 AM CDT
Subject: Announcement - Southern Region Engineering Team - sent on behalf of Chris Ruane

I am pleased to announce that the Southern Region Engineering Group is fully staffed! The team consists of:

* Four Regional Engineers covering 22 Active landfills and 107 total operating districts.
* One Construction Project Manager handling infrastructure/facilities construction.
* Two Region Compliance Managers covering 107 total operating districts.

Nikki Crews, Environmental Engineer, will serve the Southern Region to support compliance efforts via environmental auditing, special waste approvals and regulatory relations. She is a graduate of Colorado State where she was trusted with the care of the school mascot, CAM the Ram! Nikki applied her B.S. in Agricultural Sciences handling the biosolids program for Denver Metro Wastewater Reclamation District where she held the position of Resource Recovery & Reuse Program Manager for the last 2 years of her 8 year tenure. While there, Nikki earned her MBA. Nikki moved to The Woodlands with her husband, Jason, in 2011 and joined Cudd Energy Services as Technical Safety Specialist where she developed Cudd's Management of Change Program. Since joining Waste Connections at the beginning of 2014, Nikki has served as the Corporate Compliance Manager establishing the CUBE (Cornerstone for Compliance & Continuity), a database of critical environmental tasks and deadlines. Nikki has also spearheaded the implementation of Wastebits, the on-line special waste portal. Nikki will complete her work with the CUBE and Wastebits to assure all sites corporate-wide have access to these systems. Nikki and Jason's three year old daughter, Dylan, captivates all their free time.

Troy Leitschuh, Region Compliance Manager, graduated from Missouri University of Science & Technology with a B.S. in Geological Engineering. With 29 years of solid waste industry experience, Troy has held various positions. During his 12-year tenure with WM, Troy served as Engineer, Landfill Manager and EHS Manager. During his 17 years with IESI/Progressive he held positions including Landfill Manager, Region Compliance Manager and, most recently, Compliance Manager for Progressive's U.S. operations. Troy will serve the Southern Region to support its locations through environmental audits, special waste approvals and regulatory relations. Troy has been married to Charlotte for 24 years and they have raised 3 daughters; all enrolled at University of North Texas. He enjoys motorcycle / bicycle riding and exploring, buying / rehabilitating distressed properties and canoeing /kayaking Missouri Ozarks spring-fed rivers.
Brett O'Connor, Regional Engineer, is relocating from Overland Park, KS with his wife Ashlee and their son, Ian. Since graduating from Kansas State University in 2009 with a B.S. in Engineering, Brett has worked nearly exclusively in the

solid waste industry. As a consulting engineer with SCS, Brett has served as project manager, design engineer and certifying engineer related to landfill permitting, expansion and construction projects at 16 municipally and corporately-owned facilities across 6 states. As much of his work was done at Waste Connections facilities, our engineering and operations staff have worked closely with Brett over the past several years and we are fortunate that he has chosen to come on board. Brett will cover the engineering & permitting needs of the following landfills and their associated transfer stations and hauling operations: White Oaks, LaSalle/Grant, Timberlane, Sabine, Jefferson Parish, Hardin County and Seabreeze.

Zach Oliver, Regional Engineer, is a Texas native and resident of Spring where he lives with his wife, Sandy, and their three children, Savannah (7), Braden (5) and Peyton (3). Zach graduated from Texas A&M with B.S. in Geology and holds a Masters of Engineering Geotechnics from Missouri University of Science and Technology. Zach spent 9 years in the oil business and ended his time with Halliburton as a Regional Manager. For the past year Zach has worked with Republic Waste as a landfill engineer. Zach will cover engineering/permitting for the following landfills and the associated transfer stations and hauling locations as necessary: Buck Run, RAD, DeSoto County, Three-Rivers, Leflore and Cherokee Village.

Jayme Sims, Construction Project Manager, has been on the R360 Staff since 2012 beginning as Director of Transportation and since the acquisition by Waste Connections and has served as Project Manager over numerous time-critical E&P construction projects including mud plants, SWD's, truck washes, landfill cells, maintenance buildings and offices. Prior to R360, Jayme worked for Target Distribution network in Supply Chain/Logistics management for 7 years. Jayme served in the Army as a Signal Officer and ultimately a Company Commander in Iraq. Jayme holds a B.S. in Criminal Justice from Sam Houston State University and a Masters in Human Relations from the University of Oklahoma. Jayme has been married to his wife, Frances, for 19 years and are raising 3 children, Raley (16), Clayton (12), and Pattie (8). He enjoys riding motorcycles, hiking and being outdoors.

Joe Vieceli, Senior Regional Engineer, is relocating from Ft. Worth, TX with his wife Rachel and their two daughters Lauren (16) and Kathryn (10). Joe holds a B.S. In Civil Engineering from the University of Illinois. He spent eight years as a Senior Staff Engineer for Waste Management in Illinois and Texas before working for well-known waste industry consulting firms including Weaver Boos, Gordon and EMCON. He joined IESI in 2001 and has since focused his efforts in support of the Texas landfills with regard to landfill permitting, design, monitoring programs, contractor and consultant management and regulatory correspondence. Joe will cover the engineering/permitting needs the following landfills as well as their associated transfer stations and hauling operations: Buffalo Creek, Weatherford, Ft. Worth C&D, Travis County C&D, East TX Landfill, Turkey Creek, Frederick and Jacksboro.

Kirk Wills, Regional Engineer is physically based in the Florida Gulf Coast Division Office. He covers the entire state, providing engineering & permitting support for the following landfills as well as their associated transfer stations, recycling facilities, and hauling operations: J.E.D., SLD, Sun Country and RIP. Kirk is a graduate of State University of New York at Buffalo where he earned a B.S. in Civil Engineering. Kirk spent 17 years in the consulting industry providing CQA and construction management as well as permitting and design for the solid waste industry. He also provided environmental services for real estate transactions and environmental clean-ups. He held the position of Construction Services Manager/Project Engineer for the Tampa, Florida Office at Geosyntec before joining Waste Services 5 years ago as East Region Engineer. Kirk enjoys time with his wife, Becky and their 3 boys, Hayden (16), Ryan (14) and Gavin (6) well as golfing and fishing.

By September, the group will be operating out of the new Southern Region Office on the 5th floor at 3 Waterway Square Place in The Woodlands. Though we will be on the road a great deal of the time, please stop by the region office and meet our newly assembled Team!

Chris Ruane
Southern Region Engineering Manager
3 Waterway Square Place, Suite 550

The Woodlands, TX 77380
Tel 832.442.2204
Fax 281.873.3299
Mobile 832.840.8136
Email: ChrisR@wasteconnections.com<mailto:ChrisR@wasteconnections.com>

Thank you!

Sally Wintner
Executive Assistant to Mr. Rob Nielsen, RVP – Southern Region
Office Manager

Southern Region | 3 Waterway Square Place Suite 550 | The Woodlands, TX 77380
281.873.3908 office | 281.455.8253 cell | 281.873.3299 fax