```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
 2
     CIVIL ACTION NO. 18-7889
 3   C/W 18-8071, 18-8218, 18-9312

 4   ELIAS JORGE GEORGE ICTECH-BENDECK,

 5                                      Plaintiff,

 6           vs.

 7   PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,

 8                                      Defendants.

 9   Related Case:

10   FREDERICK ADDISON, ET AL.,

11                                      Plaintiff,

12           vs.

13   LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,

14                                      Defendants.
     _____/
15

16   VIDEOCONFERENCE DEPOSITION OF NICK COLLINS
     (Pages 1-190)
17
     Friday, 12th of January, 2024
18   10:02 a.m. - 5:35 p.m.

19   -------------------------------------

20   REPORTED BY:
     GERALDINE MENDOZA
21   Notary Public, State of Florida at Large
     Appeared Remotely from Hillsborough County
22   Esquire Deposition Solutions - Tampa, Florida
     813-221-2535 (800-838-2814)
23   Job No.:  J10772501

24

25
```



```
 1        Q    Totally fair.  Are you an environmental
 2   scientist?
 3             MS. BRILLAULT:  Object to form.
 4        A    The title given to me by Waste Connections is
 5   what it states.  I am not, you know -- I did not give
 6   myself that title.
 7   BY MR. HAMMEL:
 8        Q    Okay.
 9             So, you are not a scientist; is that right?
10        A    I do not have a PhD in science, no.
11        Q    And would you consider yourself an expert in
12   the natural and physical sciences?
13             MS. BRILLAULT:  Object to form.
14        A    I don't know how you qualify what an expert
15   is in that field; is it years of experience; is it
16   education?  So, I'm not sure how to answer that.
17   BY MR. HAMMEL:
18        Q    Well, I think that's the definition of a
19   scientist, is a person who is an expert in the natural
20   or physical sciences.
21        A    I still don't know how to, you know, qualify
22   what, you know.  Is it years of experience or is it
23   because I have a degree in a certain thing?  So, I'm
24   not sure how to answer that.
25        Q    Let's say that being an expert is both having
```



1   the experience and degree, would you consider yourself
2   an expert in the natural and physical sciences?
3        A    Well, what are we putting the years of
4   experience at for, you know, making someone an expert;
5   what is the degree that would make someone an expert?
6        Q    So, I'm asking you if you consider yourself
7   to be an expert?
8        A    I don't know how to define expert.  I am
9   experienced and I like to think I know a lot of
10  regulations, but, you know, science is a pretty broad
11  term.  Expert is a pretty broad term, so I don't know
12  exactly how to answer this one.
13       Q    Well, would you consider yourself to have the
14  experience and knowledge in 2017 when you stared with
15  Waste Connections?
16       A    The knowledge to do what?
17       Q    To be considered an environmental scientist?
18       A    I'm not sure.  That's the title that was
19  given to me.  I don't think that's necessarily relevant
20  to the role itself because it was more of a profile
21  review role.  So, yeah.
22       Q    I agree; that's how you characterize the role
23  as sort of a profile reviewer, right?
24       A    That's how it started, yes.
25       Q    When you were given the title Environmental

