



# Jefferson Parish

## Landfill Odor Management Program

March 2006

RIVER BIRCH
LANDFILL

GNO
LANDFILL

JEFFERSON PARISH
LANDFILL

RIVER
BIRCH
C&D

AREA 90
LANDFILL

*Report*

WC_JPLF_00488019

# Contents

**Executive Summary**

**Section 1**      **Introduction**
    1.1      Project Background ...................................................................................1-1
    1.2      Potential Sources of Odors ....................................................................1-1
        1.2.1      Primary Sources of Odors at JPL.............................................1-1
        1.2.2      Other Sources of Odors ............................................................1-3
        1.2.3      Odor Control Strategy ..............................................................1-4

**Section 2**      **Odor Complaint Response and Tracking**
    2.1      Complaint Response ...............................................................................2-1
    2.2      Complaint Tracking ...............................................................................2-3
    2.3      Public Meetings and Outreach ............................................................2-4

**Section 3**      **Odor Control Program**
    3.1      Odor Control Management Practices ...................................................3-1
        3.1.1      Daily Cover Monitoring ...........................................................3-1
        3.1.2      Waste Screening.........................................................................3-2
        3.1.3      Special Disposal Practices ........................................................3-5
    3.2      Landfill Gas System...............................................................................3-5
    3.3      Landfill Odor Control Meetings ..........................................................3-6

**Section 4**      **Odor Control Agents and Systems**
    4.1      Topically Applied Odor Neutralizers...................................................4-3
    4.2      Initial Testing on the Working Face .....................................................4-5
    4.3      Container Testing of Odor Control Products ......................................4-7
    4.4      Perimeter Misting Program...................................................................4-8

**Section 5**      **Conclusions and Recommendations**

**Appendices**
    *Appendix A*      Greater New Orleans Landfill Sludge Disposal Public Notice
    *Appendix B*      Odor Control Operations Plan
    *Appendix C*      Nasal Ranger Information
    *Appendix D*      Complaint Data
    *Appendix E*      Sewer Odor Correspondence
    *Appendix F*      Public Meetings and Public Outreach
    *Appendix G*      Topical Odor Control Pilot Testing
    *Appendix H*      Vapor Phase Odor Control Study
    *Appendix I*      Misting System Odor Control Pilot Study



C:\Documents and Settings\belloag\Desktop\JP - Odor Control 03_06\TOC.doc

WC_JPLF_00488020

# Executive Summary

## ES.1 Background

As a result of the high number of odor complaints received during the past two years, a program has been developed to address odors from the Jefferson Parish Landfill (JPL). This program has been developed in conjunction with the Jefferson Parish Department of Environmental Affairs and the landfill operator Waste Management, Inc. (WMI) and is the result of an extended study conducted by Camp Dresser & McKee, Inc. (CDM).

This report is intended to address the sources of odors at JPL and outline a program for odor control. The strategies contained in this report are designed to reduce and minimize landfill odors and have been employed successfully at other landfills throughout the country. Many of the program components have been implemented already.

It should be noted that River Birch Landfill (RBL), located adjacent to JPL is also a source of landfill odors. Because of this close proximity, it is difficult to distinguish which landfill is the predominant odor source although RBL is a much larger facility in terms of daily tonnage and takes in more loads that are associated with elevated odors.

## ES.2 Odor Sources

Landfill odors are primarily generated from the daily incoming garbage and filling operations as well as from landfill gas. A majority of the waste stream at JPL is municipal solid waste (MSW), which includes residential and commercial solid waste. Garbage is deposited at the "working face" of a landfill. At the end of the day, the working face is covered with dirt or an alternate material. The size and condition of the working face and condition of daily cover are significant odor control factors. Initial inspections revealed that the working face and application of daily cover needed improvement. This was addressed as discussed below in the report.

Landfill gas (LFG) is generated as waste decomposes within a landfill. If uncontrolled, LFG can contribute to odor emissions. JPL has an active LFG collection and flaring system on all closed landfill units. Emissions from these closed areas are low and do not represent a significant odor source. It should be noted that installation of LFG collection system may cause odor levels to increase temporarily during construction.

The presence of other landfills in the Waggaman area no doubt has an impact on the odor problem. **Figure ES-1** illustrates the Landfills located along Highway 90 in Avondale. RBL located adjacent and to the west of JPL, receives significantly more municipal waste than JPL. Also, RBL accepts a larger amount of industrial waste. RBL has reported that they have instituted an odor control program. The Greater New Orleans Landfill (GNOL) is a closed facility located just to the west of RBL. An active LFG system has yet to be installed at GNOL and it is a likely source of odors.

**CDM**

WC_JPLF_00488021



JEFFERSON PARISH
LANDFILL

2002 AERIAL PHOTO

Legend

Odor Complaint Area

Parish Boundary

Landfills & Industry

Source: Jefferson Parish & CDM
Map prepared by CDM 2005

0   0.25   0.5   1 Miles

FIGURE ES-1:
LANDFILLS IN STUDY AREA

WC_JPLF_00488022

The new Highway 90 Construction and Demolition Debris (C&D) facility is also a potential source of odors. This facility is located to the east and adjacent to JPL. Although C&D landfills generally do not produce high odor levels, the volume of waste generated from Hurricanes Katrina and Rita may result in odors at the Highway 90 C&D facility. Provisions are included for monitoring for odors from RBL and the Highway 90 C & D facility.

Sewerage odors from nearby Jefferson Parish Department of Sewerage (JPDS) lift stations have been observed in the past. Improvements to the sewer system have been made, but intermittent sewer odors continue to occur. The Modern Farms Subdivision is not connected to a community wastewater system and relies on individual/residential treatment units for sewerage treatment. These units discharge effluent into the drainage ditch in front of each home. Although not related to landfill odors, complaints have been documented from these systems.

## ES.3 Odor Control Program

A comprehensive odor control program is now in-place at JPL and odor complaints have been significantly reduced. Components of this program include; 1) odor complaint response and tracking program, 2) proactive landfill cover application, control of the working face, and waste screening practices, and 3) odor suppression through aerosol misting.

### ES.3.1 Complaint Response and Tracking

An odor complaint system has been established for residents to report landfill odors. A phone number and pager number have been provided to residents for this purpose. Signs displaying the phone and pager numbers have been posted along roadways in the adjacent residential area. The complaint information helps to identify the affected areas as well as conditions that correlate with odor problems. For the first full year of complaint tracking – 2003, there were 336 complaints called in. Odor control provisions were started in 2004 and complaint dropped to 212 for the year. A total of 216 odor complaints were recorded during 2005. The number of complaints in 2005 was slightly higher than 2004 but below 2003 levels. See **Figure ES-2** for a graph of complaints per year. RBL acknowledged a problem with excessive odors during the first quarter of 2005 when an expansion to their landfill gas collection system was being installed, which is likely the reason for the higher number of complaints.

### ES.3.2 Daily Cover Inspection

The LDEQ regulations require at least 6 inches of soil cover or an approved alternate material be installed on the working face at the end of each day. The permit requires the size of the working face to be no greater than ½ acre on average. One of the primary functions of daily cover is to prevent the release of odors. An inspection procedure was established for the working face to determine the condition of the daily. Prior to 2004, the size of the working face and condition of the daily cover was inconsistent. This may have contributed to high odor levels and complaints. WMI



C:\Documents and Settings\belloag\Desktop\JP - Odor Control 03_06\Executive Summary.doc

WC_JPLF_00488023

**Figure ES-2**
**Odor Complaint Comparisons**



WC_JPLF_00488024

was notified of the deficiencies and the condition of the working face improved significantly.  Daily cover application during 2005 has been excellent which has helped reduce odor emissions.

### ES.3.3 Incoming Load Screening/Inspection

Part of the odor study involved an investigation of odor causing loads at the landfill. Working with WMI, potential odor causing types of waste were identified.  Most garbage loads exhibit relatively low odor levels.  Occasionally, a load will come in with an elevated odor level.  These loads often contain rotting food and the intensity is typically worse in the summer.  Those loads with higher odor levels are quickly dumped and mixed into the working face and covered.

Municipal wastewater treatment plant sludge is accepted at JPL along with limited sludge from industrial sources.  Sludge represents a small fraction of the total waste delivered – less than 3 percent.  The main source was the JPDS.  During 2004 and 2005, sludge deliveries were investigated for odor potential.  In general, sludge from JPDS had a very low odor reading, due to the treatment process.

There were occasions when JPDS sludge from the Bridge City WWTP exhibited high odor levels.  Several times a week, liquid anaerobic sludge from the Gretna WWTP is delivered to the Bridge City WWTP and mixed with other sludges.  The resulting mix sometimes had high odor readings.  This was addressed with JPDS and the City of Gretna and adjustments were made at the plant to reduce the odors.  Random checks of sludge loads continue to document low odor levels.

## ES.4 Odor Suppression Systems

### ES.4.1 Background

One of the best defenses against odors is the proper management of waste at the working face.  At large landfills; however, this may not be enough to completely suppress garbage odors.  CDM has evaluated a number of odor control systems and investigated odor control strategies at other landfills.  There are two primary types of odor control systems utilizing chemical odor suppressants; 1) misting systems, and 2) topical spray systems.

Odor control practices at landfills in Louisiana as well as several out-of-state facilities were investigated and documented.  A site visit was made to three landfills in Pennsylvania to observe odor control practices.

The Pennsylvania facilities were large landfills with residential areas located less than a mile away and each has had a history of odor problems.  The operators reported that odor complaints were drastically reduced after the installation of a perimeter misting system.  All three landfills also incorporated odor control provisions into the landfill operations plan including; 1) good daily cover and minimizing the size of the working face, 2) waste load screening, 3) employee awareness, and 4) a proactive



WC_JPLF_00488025

public relations program. They also focused on early implementation of LFG collection and flaring systems.

## ES.4.2 Topical Odor Control Spray - Testing

In early 2004, a pilot study was initiated to test the effectiveness of topically applied odor control solutions. These are substances which are mixed with water and sprayed on the working face to reduce or neutralize odors. The active ingredients vary but generally consist of "essential oils" and "enzymes". Essential oils are similar to naturally occurring oils such as those found in citrus products – lemon oil and other aromatic plant oils. The other ingredient is typically an enzyme generated from selected strains of bacteria, which are cultured to metabolize organic waste. The adaptation of enzyme products to odor control at landfills is a recent development and little has been documented on its applicability to this environment. Full scale testing on the working face at JPL found topical odor control agents to be ineffective.

CDM tested a product called "The Eliminator" manufactured by J. F. Daley International, LTD. This product consists of biologically active enzymes and bacteria, as well as an air deodorizing agent. The material was sprayed on the working face of the landfill three times per day for several months. Results of the testing showed little or no difference between the before and after readings. Two other similar products were tested including: NCM Odor Solutions - SL-4000 Plus, and ChemStation 1596. The results show that topical sprays were not effective at significantly reducing odors. It should be noted that topical spray neutralizers are not compatible with misting systems and could cause damage to the equipment.

## ES.4.3 Perimeter Misting Program

By far the most common and successful odor control system at landfills is the use of aerosols containing essential oils applied through a misting system. These systems utilize a mixture of water and odor control agents (essential oils) distributed through high pressure nozzles at or near the perimeter of the landfill. CDM observed misting systems in operation at many landfills including several in Louisiana - Woodside and Baton Rouge North Landfills.

As a result of our research, a high pressure misting system was installed for odor control at JPL. A solution containing essential oils is distributed under pressure through a series of misting nozzles located at the perimeter of the landfill. The microscopic water droplets form a fog that absorb and neutralize the odor compounds. **Figure ES-3** shows the JPL system in full operation. **Figure ES-4** shows the location of the misting system at the landfill. Based on the success of the Parish's misting system, the RBL has installed a similar system. Odors from JPL have been greatly reduced when the misting system is on. In some cases, the misting system rendered landfill odors undetectable to our monitors.



C:\Documents and Settings\belloag\Desktop\JP - Odor Control 03_06\Executive Summary.doc

WC_JPLF_00488026

*Jefferson Parish Landfill Odor Management Program*
*Executive Summary*

**Figure ES-3**
**High Pressure Misting System**



## ES.5 Recommendations

To address the landfill odor problem, Jefferson Parish initiated a pro-active odor control program for the landfill to identify the sources and take aggressive action to reduce or minimize odors from JPL.  Based on results to date, the following recommendations are offered:

1.  Continue monitoring the working face and daily cover conditions.

2.  Expand and improve coverage of the high pressure misting odor control system to cover Phase 3B.

3.  Continue the odor monitoring and complaint response system.

4.  Continue working with RBL, WMI, and LDEQ on joint odor monitoring and control procedures.

5.  Implement alternative daily cover investigation of spray-on cellulose type cover, which includes odor neutralizers.

6.  Increase public outreach efforts, including public meetings, site visits, and newsletters.

7.  Promote the installation of an LFG system at GNOL.

**CDM**

WC_JPLF_00488027



N

1 inch equals 1,020.8 feet

0.125    0.25    0.5 Miles

Image Source: Jefferson Parish 2002

ODOR CONTOL
MISTING SYSTEM

SHED

**JEFFERSON PARISH
LANDFILL**

FIGURE ES-4:
ODOR CONTROL MISTING SYSTEM

WC_JPLF_00488028

8. Continue random monitoring of incoming loads for high odor levels, especially sludge loads.

Although it is difficult to directly measure success due to the other landfills in the area, CDM believes that improved operations, waste screening and the misting system have resulted in a significant reduction in odors. The successful implementation of the Phase 3A perimeter misting system should be followed up with improvements and extensions as the new Phase 3B cells are constructed.

In addition to continuing the monitoring and reporting efforts, it is important to maintain the cooperation of RBL on odor control. This has already had beneficial results in the selection of odor control chemicals and equipment and the operation at RBL.

With optimal landfill operations, good odor control technology, and cooperation among the landfills, the odor problem can be minimized to a level that the residents to the north will no longer be burdened.



C:\Documents and Settings\belloag\Desktop\JP - Odor Control 03_06\Executive Summary.doc

WC_JPLF_00488029

# Section 1
# Introduction

## 1.1 Project Background

As a result of the high number of odor complaints received during the past two years, a program has been developed to address odors from the Jefferson Parish Landfill (JPL). This program has been developed in conjunction with the Jefferson Parish Department of Environmental Affairs and the landfill operator Waste Management, Inc. (WMI) and is the result of an extended study conducted by Camp Dresser & McKee, Inc. (CDM). Because of its close proximity and similar operations, coordination and information sharing with the River Birch Landfill (RBL) has been an ongoing component of this project.

This report is intended to address the sources of odors at JPL as well as other potential odor sources affecting the area. Section 1 discusses the sources of odors in the study area. Section 2 describes the odor complaint response and tracking components. A comprehensive odor control program is defined in Section 3. The strategies contained in this report are designed to reduce and minimize landfill odors and have been employed successfully at other landfills throughout the country. Many of the program components have been implemented already. Section 4 includes a description and results of a testing program for odor control agents, and Section 5 provides conclusions and recommendations.

## 1.2 Potential Sources of Odors

It is important to note that there are at least five landfills along Highway 90 in the western part of Jefferson Parish (Parish). The primary source of odors in the study area is attributable to the two active municipal/industrial landfills and garbage. There are several specific sources of odors at JPL as well as other landfills in the immediate area. In addition, there are other potential sources that could be adding to the frequency of odor complaints. This section discusses operations at JPL that may contribute to odors and review other factors that may be part of the problem including; adjacent landfills, nearby industrial facilities, and sewer conveyance systems.

### 1.2.1 Primary Sources of Odors at JPL

Landfill odors are primarily generated from the daily incoming garbage and filling operations as well as from landfill gas. A review of existing landfill operations was undertaken to identify odor sources and conditions that contribute to odors. Incoming waste loads were observed and the operator was interviewed to establish daily waste acceptance and disposal practices.

A majority of the waste stream at JPL is municipal solid waste (MSW), which includes residential and commercial solid waste. MSW is generally made up of common household wastes and has a moderate to high odor potential depending on its



WC_JPLF_00488030

makeup, age, temperature, moisture content, and exposure.  Commercial waste is similar to household waste except that it is generated by businesses and may contain food waste (from restaurants) and packaging materials.  Although JPL accepts industrial waste, the quantity is very small (33,702 tons in 2004 – 2005 – about 6 percent of the total annual volume).  Industrial waste is generated as a by-product of manufacturing or industrial materials or equipment processing.  The odor potential for industrial waste depends on the material and can range from no odor to extremely high depending on the type of waste.

Municipal wastewater treatment plant sludges are accepted at JPL along with limited sludges from industrial sources.  During the last full reporting year 2004 - 2005, a total of 14,407 tons of municipal treatment plant sludge was delivered to JPL (approximately 2 percent of total annual volume).  Sludges from other industrial sources totaled 4,040 tons (less than 1 percent of total annual volume).  Sludges from some sources have been known to exhibit high odor levels in the past.  Generally, un-stabilized sludges from municipal wastewater plants or industrial sources exhibited the highest odor potential.  Deliveries of these types of waste were investigated and reviewed for odor potential.  Section 3.1.2, Waste Screening, describes the sludge investigation procedures and results.

Solidification is a process whereby liquid wastes are mixed or processed into solid waste.  Many industrial landfills perform solidification to accommodate disposal needs from facilities that produce liquid or semi-liquid waste products.  The solidification process can be an odor intensive operation.  JPL does not perform solidification and it is not allowed under the current contract; however, RBL does perform solidification on a routine basis.

The size and condition of the working face and daily cover is a significant odor control factor at any landfill.  Placement of adequate cover over incoming garbage is critical in maintaining low odor levels.  Therefore, inspection of the working face became a top priority and data was collected on the area and thickness of the daily cover.  Initial inspections revealed that control of the working face and application of daily cover was not adequate for effective odor control.  In late 2002, the Parish decided to prohibit the use of tarpaulins (tarps) as an "alternate daily cover" (ADC) because of the increasing number of odor complaints and uncertainty of the cause.  It was felt that a good soil cover was superior to tarps for odor suppression in the absence of odor control chemicals.  In November 2004, the use of tarps along with topically applied odor control chemicals was investigated as part of the Parish's ADC investigation.  Discussion of the inspection procedures, findings, and recommendations for the landfill ADC investigation are included in Section 3.

JPL has an active landfill gas (LFG) collection and flaring system on all closed units including Phase 1, Phase 2, and Cells 1 through 6 of Phase 3.  Emissions from these closed areas are minimal and do not represent a significant odor source.  LFG emissions from Cells 6 through 12 of Phase 3 are likely to be a contributing factor

**CDM**

WC_JPLF_00488031

since the active gas collection system has not been installed yet.  Per Louisiana Department of Environmental Quality (LDEQ) regulations, an active gas collection system will be installed within two years of closure of these cells.

## 1.2.2 Other Sources of Odors

The presence of other landfills in the Waggaman area no doubt has an impact on the odor problem.  **Figure 1-1** illustrates the Landfills located along Highway 90 in Avondale.  RBL located adjacent and to the west of JPL, receives significantly more municipal waste than JPL and operates a larger working face.  Also, RBL accepts a larger amount of industrial waste and performs solidification on a routine basis.  The operation area of RBL is also closer to the residential areas to the north.  RBL has been cooperating with the Parish in odor control efforts.

RBL has reported that they have instituted an odor control program including the following strategies including:

■ Odor monitoring program,

■ LFG collection system – Initial phase competed by February 28, 2005,

■ Odor counteragent perimeter misting system, and

■ Intermittent application of topical odor control agent to working face.

RBL reportedly monitors odors at the perimeter of the facility on a routine basis.  RBL participates in weekly odor control meetings at JPL and receives copies of odor complaints received through the Jefferson Parish Complaint Reporting System. Because RBL accepts about 1/3 more waste than JPL (including industrial waste), the potential for odors is significantly higher.

The Greater New Orleans Landfill (GNOL) is located just to the west of RBL.  GNOL is a closed facility, but has not completed all LDEQ mandated closure activities.  The LFG collection system at GNOL has not been completed and there may be significant quantities of gas escaping through the cap.  According to LDEQ the cap was not completed to permit specifications when it was closed in 1997.  Since then, very little maintenance has been done and the condition of the cap is questionable.  Recently, a vendor has petitioned LDEQ for permission to land apply wastewater treatment plant sludge to the cap of GNOL as a beneficial use of the sludge, as shown in **Appendix A**. This could constitute a significant odor source and the Jefferson Parish Council passed a resolution in opposition to this proposal.  A local citizens group, the Waggaman Civic Association, also objected strongly to this proposal.  Subsequent to this action, the applicant withdrew his application from LDEQ.

The new Highway 90 Construction and Demolition Debris (C&D) facility is also a potential source of odors.  This facility is located to the east and adjacent to JPL. Although C&D landfills generally do not produce high odor levels, the volume of

**CDM**

WC_JPLF_00488032



**JEFFERSON PARISH LANDFILL**
**2002 AERIAL PHOTO**

CYTEC INDUSTRIES

WAGGAMAN

RIVER RIDGE

SOUTH KENNER

RIVET ROAD

LIVE OAK MANOR

ODOR COMPLAINT AREA

S. KENNER ROAD

Live Oak Blvd.

MISSISSIPPI RIVER

HARAHAN

MODERN FARMS

RIVER BIRCH LANDFILL

GNO LANDFILL (CLOSED)

JEFFERSON PARISH LANDFILL

RIVER BIRCH C&D LANDFILL (CLOSED)

Willswood Ln.

River Road

AVONDALE

Highway 90

Highway 90

AREA 90 LANDFILL (CLOSED)

**Legend**
- Odor Complaint Area
- Parish Boundary
- Landfills & Industry

Source: Jefferson Parish & CDM
Map prepared by CDM 2005

0   0.25   0.5   1 Miles

FIGURE 1-1:
LANDFILLS IN STUDY AREA

WC_JPLF_00488033

waste generated from Hurricanes Katrina and Rita may result in odors at the Highway 90 C&D facility.

Although not a source of garbage odors, the Cytec Industries (CYTEC) plant located one mile to the west of the Waggaman community may be an intermittent source of industrial odors.  It is possible that these types of odors could be confused with landfill odors by residents who are fed up with all types of odors.  Some of the odor complaints were associated with winds from the direction of CYTEC.

Sewerage odors may have been mistaken in the past for landfill odors.  There are currently three wastewater pump stations operated by the Jefferson Parish Department of Sewerage (JPDS), which are located within the area subject to high odor complaints.  Several times in the past, there were odor complaints attributable to these pump stations.  The Live Oak Manor Pump Station in particular was identified as an intermittent source of strong sewer odors.  In early 2003, the JPDS made some minor improvements to a manhole on Helis Street (upstream from the station) to help reduce odors.  Our inspectors have reported that the pump station, occasionally still has a strong sewerage smell.  As development continues in this area, management of the wastewater conveyance system should include a strong odor control component.  JPDS has been notified of the problem.

The Modern Farms Subdivision, which has approximately 100 homes in this area, is not connected to a community wastewater system and relies on individual/residential treatment units for sewer treatment.  These units discharge treated effluent into the drainage ditch in front of each home.  Sewer odors have been documented from these systems and it is likely that sewer odors will continue to be a problem until the homes are connected to a community system.

Other factors that contribute to elevated odor complaints may be attributable to increased residential development in the area to the north and the clearing of wooded areas.  Trees have a screening affect both visually and to a limited degree for odors.  If possible, it would be good policy to minimize land clearing in the areas north of the landfill.

### 1.2.3 Odor Control Strategy

The Parish recognizes that the landfill odor problem must be addressed in conjunction with the other landfills in the immediate area.  In the past two years, this problem has been investigated and odor control techniques have been evaluated and implemented at the landfill.  A comprehensive odor control program is now in-place at JPL and odor complaints have been significantly reduced.  This is an on-going program that will require manpower and resources and close scrutiny to succeed in the long run.  The following sections of this report outline the steps that have been taken and the procedures that have been developed to control odors at JPL.



WC_JPLF_00488034

It should be noted that Hurricanes Katrina and Rita placed a new burden on the landfills in our area, particularly the three facilities along Highway 90 in Avondale. Extra effort at odor control will be necessary based on the high volumes of waste received.  Special odor control procedures for hurricane debris will be discussed and recommended later in this report.



C:\Documents and Settings\belloag\Desktop\JP - Odor Control 03_06\Section 1.doc

WC_JPLF_00488035

# Section 2
# Odor Complaint Response and Tracking

## 2.1 Complaint Response

The complaint response and tracking program consist of the following elements:

- Provision of full-time odor monitors trained in odor identification and detection,

- Complaint investigation and response system, including hotline,

- Database of odor complaints, weather conditions, and testing programs,

- Daily odor monitoring in surrounding areas and neighborhoods,

- Information sharing with RBL, and

- Public outreach program.

In early 2003, the Parish created a hotline and a complaint tracking system for landfill odor complaints. Two full-time monitors were hired by the Parish to monitor odors and respond to citizens complaints. The monitors would respond to odor complaints both during the day and after hours. Monitors are contacted directly by pager or cell phone for immediate response to complaints. The standard procedure includes; contacting and interviewing the complainant, checking weather conditions, and back-checking to try to identify the source. Signs have been placed on Live Oak Boulevard with instructions to notify the Parish for complaints using a pager number.

A written procedure, including hotline phone numbers and response procedures, is provided in **Appendix B.** Forms have been developed to record critical information about the complaint, which will help to determine the cause and the conditions leading to the problem.

The landfill monitors have been trained in odor detection procedures and record-keeping. A portable device called an "olfactometer" is used to quantify odors, see **Figure 2-1**. The inspectors are trained and certified in the use of this device. Information on the "olfactometer" (trade name – Nasal Ranger) is provided in **Appendix C**.



WC_JPLF_00488036

**Figure 2-1**
**Olfactometer (trade name – Nasal Ranger)**



A site office has been set up at JPL in support of the on-site monitor(s), see **Figure 2-2**. The site office includes a phone and computer for entering complaint data.  The site monitor on duty will respond to off-site complaints within minutes of notification during the day and generally within an hour for evening or weekend complaints.

**Figure 2-2**
**Site Office at JPL**



Weather information is essential for correlation with complaints and source tracking, and weather data is reported and recorded on a daily basis.  The existing on-site weather station provides the real-time weather data used in complaint tracking and evaluation.  Supplementing this is a windsock located on top of Phase 3A, which depicts wind direction and approximate wind speed.

In addition to the response procedures above, the CDM site monitors perform daily odor monitoring at the landfill perimeter and in the surrounding neighborhoods. Utilizing a geographical information system (GIS) map system, as shown in **Figure 2-**

**CDM**

C:\Documents and Settings\belloag\Desktop\JP - Odor Control 03_06\Section 2.doc

WC_JPLF_00488037

**3**, the landfill and surrounding area has been set up with over 40 monitor points for checking odors based on daily weather conditions.  Each day the landfill monitors determine wind direction and sample multiple downwind points for odors.  Each morning after opening and evening at closing, the monitor makes a circuit of the neighborhood north of the landfill checking for odors.  When odors are detected, the Nasal Ranger is used to determine intensity.  The results are recorded on a form and later entered into database.

Several of the sample points are located at or near the Parish's sewer pump stations, including Live Oak Manor Pump Station and Modern Farms Pump Station.  Several times, the results at these locations have shown high odor readings that are attributable to sewer gases rather than landfill sources.

## 2.2 Complaint Tracking

The odor complaints and odor monitoring data has been compiled and analyzed to help determine the causes and sources of odors and the conditions that generate them.  A total of 216 odor complaints were recorded from January 1, 2005 through August 29, 2005.  In comparison, 212 and 336 complaints were logged for 2004 and 2003, respectively.  **Appendix D** contains a compilation of all odor complaints since the study was initiated, and it contains maps showing the locations of complaints and the corresponding wind direction.

Odor complaints were significantly reduced in 2004 in comparison to 2003, see **Figure 2-4**.  The reason for the reduction could be at least partially due to better landfill cover and implementation of odor control measures.  Another factor may have been more favorable wind patterns.  Complaints are higher so far in 2005, but are still projected to be below 2003 levels.  RBL acknowledged a problem with excessive odor during the first quarter of 2005, which may be the reason for the higher number of complaints.  During this timeframe, RBL was constructing the first phase of the LFG collection system and reported high odor levels associated with trenching operations.

A high correlation between wind direction and odor complaints was evident in the data results.  In particular, a wind emanating from the southern quadrant resulted in the highest number of odor complaints.  Approximately 74 percent of all complaints were correlated with winds out of the southern quadrant.  The communities located north of Waggaman and South Kenner had the highest number of complaints.

A smaller number of complaints were logged with winds from other directions.  As shown, these complaints did not correlate with the landfill and some were associated with winds out of the opposite quadrant.  Since 2003, approximately 65 complaints out of a total to 765 (8.5 percent) were associated with westerly winds.  It should be noted that CYTEC is located approximately ½ mile to the west of the South Kenner community.  It is possible that CYTEC could be a source of some of these odor complaints rather than the landfills.  Additional monitoring points have been established to try to determine the source of the westerly odors.



WC_JPLF_00488038



**Figure 2-3**
**Landfill Odor Monitoring Points**

Legend

- Inspection Points
- Railroads
- Canals
- Roadways
- JPL Property
- JPL Phases
- Other Features

1 inch equals 0.55 miles

N

0   0.25   0.5   1 Miles

Data Source: Jefferson Parish & CDM
Map prepared by CDM 2005

WC_JPLF_00488039

**Figure 2-4**
**Odor Complaint Comparisons**



WC_JPLF_00488040

Odors complaints were also correlated with wind speed.  When wind speeds were high (greater than 10 mph), the number of complaints was lower.  It seems that low to negligible wind speed promotes the concentration of odors and higher speeds disperse them.  **Figure 2-5** shows the number of complaints versus wind speed.  Odor complaints were also evaluated in comparison to air temperature and humidity.  There was no evident correlation with these two parameters according to the data.

Odor readings at the Live Oak Manor and Modern Farms Pump Stations are provided in **Appendix E**.  Clearly, sewer odors are a problem near these locations.  Several complaints have been received, which are attributable to sewer odors, but were thought to be landfill odors by the complainants.  Correspondence with JPDS and the Louisiana Department of Heath and Hospitals (DHH) is included in **Appendix E**.  Approximately 100 homes in the Modern Farms Subdivision do not have Parish sewer service, but utilize on-site septic systems.  These systems discharge to the nearest drainage ditch, and if not properly maintained, they produce odors.  Both the JPDS and DHH have been notified of this problem.

## 2.3 Public Meetings and Outreach

The Parish has erected signs along Live Oak Boulevard containing a phone number to call in complaints.  Several public meetings were held in the South Kenner area to discuss the odor problem.  In a meeting held January 18, 2005, information from the odor monitoring program was provided and discussed with the residents in the area.  **Appendix F** contains a record of the meeting and other public related documentation.  In addition, information and data is routinely provided to the LDEQ, Landfill Engineer, Jefferson Parish Administration, and RBL.



C:\Documents and Settings\belloasj\Desktop\JP - Odor Control 03_06\Section 2.doc

WC_JPLF_00488041

**Figure 2-5**
**Number of Odor Complaints vs. Wind Speed**





WC_JPLF_00488042

# Section 3
# Odor Control Program

## 3.1 Odor Control Management Practices

The odor control program for JPL consists of three main strategies; 1) odor complaint response and tracking program, 2) proactive landfill cover application, control of the working face, and waste screening practices, and 3) odor suppression through aerosol misting and spray on products.

The landfill operator, WMI, is required by LDEQ permit and by contract to operate the facility in a manner that minimizes odors. As such, there are certain activities that must be controlled and/or implemented in order to accomplish the objective. Odor tracking and odor complaint response procedures were described in the previous section. The on-site odor management practices are described below. **Appendix B** provides a detailed odor control plan that includes specific procedure and protocols. Section 4 addresses additional odor control systems that have been investigated and implemented at JPL, such as aerosol spraying and topical applications.

## 3.1.1 Daily Cover Monitoring

The presence of adequate daily cover helps to keep odors from escaping and is one of the most important measures in odor control at landfills. JPL is approved to use either 6-inches (minimum) of dirt or tarps as a daily cover. The permit requires the size of the working face to be no greater than ½ acre on average.

Cover condition is checked daily, either at opening or at closing. An inspection checklist and procedure was established to observe and document the condition of the working face of the landfill and to determine the condition of the daily and interim cover. The landfill monitors have been trained to observe and record the condition of the working face and record their findings, see **Appendix B**. During and preceding the first quarter of 2004, the size of the working face and condition of the daily cover was not optimal and was inconsistent. This may have contributed to high odor levels and complaints. WMI was notified of the deficiencies and as a result the condition of the working face improved significantly. Daily cover application during 2005 has been excellent.

Tarps are an approved daily cover option at JPL. Tarps are large sheets of synthetic woven impermeable material that are deployed on to the working face at the end of the day. In late 2003, the Parish requested that WMI discontinue using tarps for daily cover in response to a high number of odor complaints. During the first quarter of 2005, the use of tarps was again allowed in conjunction with topical application of odor control chemicals. Based on the results of testing, the use of tarps did not cause any significant increase in odor generation. This is discussed in more detail later in the report. Also, CDM is working on a separate report that addresses ADCs, including tarps and spray-on covers.



3-1

WC_JPLF_00488043

## 3.1.2 Waste Screening

Part of the odor study involved an investigation of odor causing loads at the landfill. Working with WMI, potential odor causing types of waste and vendors were identified. Most garbage loads exhibit relatively low odor levels. Occasionally, a load will come in with an elevated odor level. These loads often contain rotting food and waste, and the intensity is typically worse in the summer. Those loads with higher odor levels are quickly dumped and mixed into the working face and covered.

In the past, it had been suggested that sewer sludges might be a significant source of odors. Therefore, CDM identified the various sources of sewer sludges delivered to the landfill and investigated each for odors. The main sludge source was the JPDS, which delivered sludge from the West Bank Wastewater Treatment Plants (WWTPs). Other sources included the Sewerage & Water Board of New Orleans (S&WB), City of Gretna, City of Westwego, and Chevron. **Table 3-1** lists the tonnage of sludges delivered to JPL in 2004.

**Table 3-1
Sludge Quantities 2004**

| Origin | Tons |
|---|---|
| *Jefferson Parish* | |
| Avondale | 12.93 |
| Bridge City | 4,525.84 |
| Harvey | 5,485.25 |
| Humana Way (hospital) | 486.55 |
| Marrero | 3,861.95 |
| Non Applicable | 34.72 |
| Subtotal | 14,407.24 |
| *Commercial/Industrial* | |
| Cintas | 199.24 |
| Terrebone Parish | 308.10 |
| Chevron Chemical | 3,135.05 |
| City of Westwego | 252.00 |
| City of Harahan | 145.50 |
| Subtotal | 4,039.89 |
| Total | 18,447.13 |

Each source was investigated and the odor intensity of representative loads quantified using the Nasal Ranger during random inspections at the JPL. Sludge odor intensity was also measured at the plant where it was generated. A form was designed and used by the monitors to record their findings (see **Appendix B**).

Sludge from the Marrero WWTP and Harvey WWTP is delivered to the Bridge City WWTP for dewatering and transportation to the landfill. In general, sludge from JPDS had a very low odor reading, due to the treatment process. Most of the time



C:\Documents and Settings\belloagj\Desktop\JP - Odor Control 03_06\Section 3.doc

WC_JPLF_00488044

sludge from the Bridge City WWTP had very low odor readings, both at the plant and at the landfill.

The CDM site monitors recorded odor readings at the Bridge City WWTP and at JPL as the trucks come in and as they dump. Although most of the time sludge odor levels were low, there were occasions when Bridge City WWTP sludge exhibited high odor levels. Several times a week, liquid anaerobic sludge from the Gretna WWTP is delivered to the Bridge City WWTP and mixed with other sludges and solidified. The resulting mix often had very high odor readings. This was addressed with JPDS and the City of Gretna was notified. As a result, a procedure was worked out that greatly reduced the odor level of the Gretna WWTP sludge. The procedure involved remixing the Gretna sludge with the digested sludge from the Bridge City Plant and blending with additional polymer. Odor levels from this source were checked at the gate and found to be low. Random checks of Gretna WWTP sludge continue to show low odor levels.

Once or twice a week, sludge from the West Bank Chevron WWTP was received at JPL for disposal. This sludge is generated by a WWTP located in Belle Chasse, Louisiana. CDM investigated this sludge and found that it had a strong odor at times. The Chevron plant manager was contacted and notified of the problem. CDM asked to be notified prior to delivery of this material from Chevron so that we can screen for odors. Chevron took measures to reduce or eliminate the odors, which has been verified by on-site checking at JPL by the odor monitors. Information on the specific changes that Chevron implemented to reduce odors was not provided.

During the first half of 2004, sludge from the S&WB was delivered to JPL by their contractor ROTAG, Inc. (ROTAG). This material had a moderate to high odor level and was subject to special disposal practices, as described in Section 3.1.3. CDM investigated the ROTAG waste and visited with the generator at the New Orleans East Bank WWTP. Based on this meeting, the process was modified resulting in greatly reduced odor levels. Additional chemicals and lime were used and the drying process was modified. Since mid-summer 2004, ROTAG no longer delivers sludge to the JPL. **Table 3-2** shows the results of the waste screening of sludge delivered to the JPL from April 21, 2004 through June 4, 2004.



WC_JPLF_00488045

**Table 3-2**
**Waste Screening of Sludge Deliveries**

| Date | Sludge Vendor | | | | | |
|------|---------|-------------|--------|---------|---------|----------|
|      | ROTAG | Bridge City | Harvey | Marrero | Chevron | Westwego |
| 4/21/2004 | 0-No Odor | 4-Very Light | N/A | N/A | 0-No Odor | N/A |
| 4/22/2004 | No Delivery | 30-Strong | N/A | N/A | No Delivery | N/A |
| 4/23/2004 | 15-Moderate | 0-No Odor | N/A | N/A | 0-No Odor | N/A |
| 4/26/2004 | 0-No Odor | 7-Light | N/A | N/A | 0-No Odor | N/A |
| 4/27/2004 | 15-Moderate | 7-Light | N/A | N/A | 0-No Odor | N/A |
| 4/28/2004 | 7-Light | 15-Moderate | N/A | N/A | 0-No Odor | N/A |
| 4/29/2004 | 7-Light | 15-Moderate | N/A | N/A | 0-No Odor | N/A |
| 5/3/2004 | 4-Very Light | No Delivery | N/A | N/A | No Delivery | N/A |
| 5/4/2004 | 7-Light | No Delivery | N/A | N/A | No Delivery | N/A |
| 5/7/2004 | No Delivery | 7-Light | N/A | N/A | 7-Light | N/A |
| 5/20/2004 | No Delivery | No Delivery | 15-Moderate | No Delivery | 7-Light | No Delivery |
| 5/21/2004 | No Delivery | 7-Light | 15-Moderate | No Delivery | No Delivery | No Delivery |
| 5/24/2004 | No Delivery | No Delivery | No Delivery | 7-Light | No Delivery | No Delivery |
| 5/25/2004 | No Delivery | 4-Very Light | 7-Light | 7-Light | No Delivery | No Delivery |
| 5/26/2004 | No Delivery | 4-Very Light | 7-Light | 4-Very Light | No Delivery | No Delivery |
| 5/27/2004 | No Delivery | 4-Very Light | 7-Light | 4-Very Light | No Delivery | 7-Light |
| 5/28/2004 | No Delivery | No Delivery | 7-Light | No Delivery | 7-Light | No Delivery |
| 5/29/2004 | No Delivery | No Delivery | No Delivery | No Delivery | 7-Light | No Delivery |
| 6/1/2004 | No Delivery | No Delivery | 4-Very Light | 7-Light | No Delivery | No Delivery |
| 6/2/2004 | 0-No Odor | 4-Very Light | 4-Very Light | 7-Light | 0-No Odor | 0-No Odor |
| 6/3/2004 | No Delivery | No Delivery | 4-Very Light | No Delivery | 4-Very Light | No Delivery |
| 6/4/2004 | No Delivery | 4-Very Light | 4-Very Light | No Delivery | No Delivery | 4-Very Light |



C:\Documents and Settings\belloag\Desktop\JP - Odor Control 03_06\Section 3.doc

WC_JPLF_00488046

### 3.1.3 Special Disposal Practices

For loads that have elevated odor levels, special disposal procedures can be used. The landfill operator has dealt with high odor loads in the past in the following manner. Upon receipt of a high odor load, WMI directs the truck to the working face to dump in an area that can be immediately covered with additional loads of normal garbage. WMI also restricted the delivery time of certain odor causing wastes to early delivery so that it is well buried by closure time. The ROTAG waste exhibited a high odor level and was handled by quickly burying it under other loads of garbage and was restricted to delivery before 4:00 pm. These types of procedures are typical for MSW landfills.

## 3.2 Landfill Gas System

All municipal type landfills produce gas as the waste decomposes. The gas is made up of approximately 50 percent carbon dioxide, 49 percent methane, and less than 1 percent of other organic compounds (potential odor compounds). The odor characteristics of LFG vary based on the types of waste, temperature, moisture content, and age of the landfill. Although it appears that LFG is not as significant a source of odors as the working face, it is a contributing factor at JPL. The landfill gas emissions from RBL and GNOL combined with that of the JPL contributes to odor emissions.

JPL has an active LFG collection system installed on all closed areas of the facility. As new cells are completed and closed, gas collection wells will be installed and connected to the gas piping and flare system. Cells 1 through 6 of Phase 3A as well as Phase 1 and Phase 2 have been fitted with an active LFG collection system. Cells 6 through 12 of Phase 3A will have gas wells installed within two years of closure. It is projected that the Phase 3A gas system will be completed by the end of 2007. The active LFG collection system removes a large volume of gas from within the affected cells and keeps gas from escaping through the cap and reduces odors.

During the summer of 2004, an area on Phase 2 Cell No. 6 was found to be emitting LFG near the leachate riser on the north side. This emission source was corrected in July by placing addition soil cover over the area and by connecting the leachate pipe to the LFG collection system. The cap is inspected quarterly for emission of LFG (methane) and any reading above 500 parts per million (ppm) is reported as not compliant and requires corrective action. Emissions of methane through the cap would potentially indicate release of odor causing gases. Regulations provide ten days to make the necessary corrections. Typically, the landfill operator will apply additional soil to the cap at the emission source. To date JPL has had no violation of this regulation.

The LFG wells, collection system, and flare are operated by Shaw Environmental, LLC (Shaw) under a separate service contract with the Parish. They are required to operate the system within the parameters established under the LDEQ air emission permit. Included in the contract with Shaw are provisions for operations and

**CDM**

WC_JPLF_00488047

maintenance of the system as well as inspection and reporting.  In addition, the site-monitors inspect the LFG system on a weekly basis looking for damage to the wells and collection system and operation of the LFG flare.

RBL was mandated to complete their active LFG system on the Phase 1 initial closed cells by February 25, 2005.  RBL reported that this has been completed.  Because of high emissions from some of their leachate riser pipes, RBL had installed a temporary LFG collection and flaring system.  Extension of the permanent LFG system to newer cells at RBL is underway and is expected to be completed ahead of regulatory deadlines.  This should help to control emissions and odors from RBL.  In addition, RBL is installing an interim horizontal LFG collection system in Phases 4 and 5.

As of November 2005, GNOL had not yet completed installation of an active LFG collection system; however, a contractor is installing a system at the time of the report.  Because of the size of this facility, it is likely that significant LFG emissions are occurring.  This could be a significant contributor to odors in the area and should be corrected by installing a collection system as soon as possible.  LDEQ reports that they are working with the owners of GNOL and the matter is being handled through litigation.  LDEQ said that progress is being made toward installation of a gas collection system, but no completion date was specified.

## 3.3 Landfill Odor Control Meetings

Weekly meetings are held at the landfill to discuss the status of the odor control program.  Attending these meetings are representatives from:

- Jefferson Parish (Rick Buller),

- WMI (Ricky Falgout and Amanda Olsen),

- CDM (Bob Batherson, Leon Thompson, and Damon Payne),

- LDEQ (occasionally Wayne Desselle and others), and

- RBL (Vic Culpepper).

The group reviews the past week's activities and discusses on-going odor control strategies.  Results of odor control chemical test and equipment are reviewed and planning for future testing is discussed.  CDM prepares and agenda each week and produces a meeting memorandum documenting the results of the meeting.  The goal of the weekly meeting is to focus all available resources on the reduction of odor emissions and citizen complaints.  A report is given by the complaint responders on the past week's odor complaints and conditions.  The results of the week's monitoring and odor source tracking is also discussed.



WC_JPLF_00488048

# Section 4
# Odor Control Agents and Systems

One of the best defenses against odors is the proper handling, deposition, and covering of waste at the working face. At large landfills; however, this may not be enough to completely suppress garbage odors. CDM has evaluated a number of odor control systems and investigated odor control strategies at other landfills. There are two primary types of odor control systems utilizing chemical odor suppressants; 1) misting systems, and 2) topical spray systems. A variation on the misting approach involves the dispersal of vaporized odor control chemicals.

Odor control practices at landfills in Louisiana as well as several out-of-state facilities were investigated and documented. Twelve facilities were contacted and information concerning odor control practices was obtained. **Table 4-1** contains the results of this research. All of these landfills utilized perimeter misting systems to suppress odors and some also used topical odor control practices.

A site visit was made to three WMI landfills in Pennsylvania by Jefferson Parish personnel, CDM, WMI, and RBL to observe odor control practices. The three landfills were:

- GROWS Landfill, Trenton, NJ;

- Tulley Town , Trenton, NJ; and

- Alliance Landfill, Scranton, PA.

These are large landfills with residential areas located less than a mile away and each has had a history of odor problems. GROWS and Tulley Town Landfills accept approximately 12,000 tons of municipal waste per day (tpd) each. GROWS and Tulley Town are adjacent landfills and are considered one facility (GROWS) in this report. Alliance Landfill receives about 6,500 tpd. For comparison, JPL accepts an average of 2,500 tpd and RBL gets about 3,500 tpd. All three landfills utilize a high pressure perimeter misting system for odor control. Alliance also applies a large quantity of topical odor control solution directly on the working face using several water canon trucks. Alliance Landfill was under an administrative order by the State of Pennsylvania to reduce odors and had a limit placed on the amount of waste that can be accepted.

The operator of GROWS Landfill (WMI) stated that odor complaints were drastically reduced after the installation of the perimeter misting system. This facility also uses a portable misting system near the working face. GROWS Landfill spends over $70,000 per month on odor chemicals, according to the site manager. Alliance Landfill has a similar misting system, but the operator (also WMI) believes that topical application



WC_JPLF_00488049

**Table 4-1**
**Results of Odor Control Practices at Landfills**

| Company & Contact | Address | Vendor | Type | Comments |
|---|---|---|---|---|
| Baton Rouge North Landfill<br>Jorge Ferrer | 16001 Samuels Rd.<br>Baton Rouge, LA 70821<br>225-389-4813 | ChemStation | Misting | Site visit by CDM Aug, 5 2004.  Mist was not as fine as desired.  Odor reduced downwind some what. |
| Woodside Landfill<br>Amanda Olsen | 29375 Woodside Dr.<br>Walker, LA 70782<br>225-665-7873 | Benzaco and<br>G. E. Betz | Mist and Vapor | Site visit by CDM May 14, 2004.  Wind direction activated - high pressure misting system, seems to reduce odors.  Vapor phase system used at solidification basin.  CDM noted reduced downwind odors from vapor system.  Local citizens suing WM for odors. |
| BFI Hickory Ridge Landfill<br>Patty | Morelans Ave & I-285<br>Conley, GA<br>404-363-6660 | NCM | High Pressure Mist | Spoke with landfill operator  08-24-04.  They use NCM equipment and chemicals and believe that they are "better than the other vendors". |
| BFI Hickory Ridge Landfill<br>Patty | Morelans Ave & I-285<br>Conley, GA<br>404-363-6660 | NCM | High Pressure Mist | Spoke with landfill operator  08-24-04.  They use NCM equipment and chemicals and believe that they are "better than the other vendors". |
| BFI Charlotte Motor Speedway Landfill<br>John Marston | Concord, N.C.<br>704-782-2004 | NCM | High Pressure Mist | Spoke with landfill personnel 08-24-04. They use NCM equipment and chemicals and are satisfied. |
| Onyx/Superior Greentree Landfill<br>Don Henricks | 635 Toby Road<br>Kersey, PA 15843<br>814-256-1744 | NCM | High Pressure System | Spoke to landfill manager 08-26-04.  Wind direction activated, need clean water (has internal filter), 1,000 foot line, 15" foot nozzle spacing.  Satisfied with system. |
| River Birch Landfill<br>Vic Culpepper | 2000 S. Kenner Rd.<br>Avondale, LA 70094<br>504-436-1288 | Hydralogic | Misting | Coordinating with Vic Culpepper of RBL.  3,000 foot system currently being installed. |
| Grows Landfill<br>Dave Watts<br>Doug Goensen | 1513 Bordentown Rd.<br>Morrisville, PA 19067 | Chem Station | Misting and Topical | Site visit Sept. 13, 2004.  One of the largest landfills in US.  Serious past complaint history.  Installed perimeter misting system using G.E. Betz chemicals.  Complaints now minimal. |
| Conestoga Landfill (BFI)<br>Gary Higgs | 420 Quarry Road<br>Morgantown, PA 19543<br>610-286-6844 | G. E. Betz | Mist, vapor, and topical | Site visit planned for Sept. 14, 2004.  Site located less than ¼ mile from homes.  Operator claims to have significantly reduced odors based on perimeter misting and topical spray. |
| Pecan Grove Landfill<br>Paul Kaspick | 9685 Firetower Road,<br>Pass Christian, MS<br>228-255-5553 | ChemStation | Misting | Site visit planned, date not set. |
| Alliance Landfill<br>Paul Kaspick | 398 S. Kesser Ave.<br>Taylor, PA 18517<br>570-562-1600 | G.E. Betz | Mist and Topical | Site visit Sept. 13, 2004.  Landfill was closed by DEP due to odors, now re-opened with high volume topical spray and perimeter misting system.  Also implemented a PR program. |
| Clinton County Landfill<br>Dale Riggle | 264 Landfill Lane<br>McElhattan, PA 17748<br>570-769-7448 | NCM | High Pressure Mist | Site visit planned Sept. 14, 2004.  Municipal landfill with NCM high pressure misting system.  Located adjacent to Interstate Hwy – previous source of complaints. |



C:\Documents and Settings\belloag\Desktop\JP - Odor Control 03_06\Section 4.doc

WC_JPLF_00488050

on the working face is more effective at reducing odors at this facility. Both facilities incorporated odor control into the landfill operations plan. Odor control strategies included minimizing the size of the working face, waste load screening, employee awareness, and a proactive public relations program. They also focused on early implementation of LFG collection and flaring systems as well as good cover maintenance.

## 4.1 Topically Applied Odor Neutralizers

In early 2004, a pilot study was initiated to test the effectiveness of topically applied odor control solutions. These are substances which are mixed with water and sprayed on the working face to reduce or neutralize odors. The active ingredients vary but generally consist of "essential oils" and "enzymes".

Essential oils are similar to naturally occurring oils such as those found in citrus products – lemon oil and similar. According to the manufacturer's product information, they are non-toxic and present no risk to the workers at the landfill or the public.

The other ingredient is typically an enzyme which is designed to help speed up the biological break down of the waste. Enzymes are generated from selected strains of bacteria, which are cultured to metabolize organic waste. These bacteria are typically facilitative bacillus strains and work best in aerobic conditions. The resulting enzymes act as catalyst, which break down compounds such as grease, fats, proteins, starch, sugars, and cellulose. The theory is that the essential oils start neutralizing odors immediately while the bacteria/enzymes gradually take effect as they incubate and begin to metabolize.

Enzyme type products were primarily developed for application in commercial kitchens and the food preparation industry and reportedly work exceptionally well in that environment. Their adaptation to odor control at landfills is a recent development and little has been documented on its applicability to this environment. Because, topically applied chemicals rapidly become buried with the incoming solid waste. It is unlikely that aerobic conditions would persist and the bacteria may revert to anaerobic respiration, which would not be conductive to odor control. In addition, the nearly unlimited organic food source represented by the garbage is a different and more challenging odor source than kitchen floors. CDM has not been able to confirm the effectiveness of enzyme based products at landfills. Documentation of successful odor reduction at landfills using a topical enzyme product was not provided by vendors and could not be found.

Odor chemical vendors were contacted and products were researched for applicability at JPL. **Table 4-2** lists odor control products from seven vendors' products that were evaluated at JPL and the status of each with regards to testing and results. Full scale testing on the working face at JPL found topical odor control agents to be ineffective.



WC_JPLF_00488051

**Table 4-2**
**Odor Control Chemical Vendors**

| Vendor | Products | Use | Description | Dilution | Cost/gal | Status |
|---|---|---|---|---|---|---|
| Benzaco Scientific, Inc | WMC 2000 | mist & topical | essential oil | 50:1 | $10.00 | Evaluated in container test and in misting system |
| | Odor Armor SCD | mist | essential oil | 1500:1 | $50.00 | |
| | Odor Armor Super C. | mist | essential oil | 5000:1 | $165.00 | |
| Celtic Chemical | Eliminator | topical | enzyme & masking | 50:1 | $26.20 | Evaluated on working face |
| | Eliminator Plus | topical | enzyme & masking | 600:1 | $63.89 | |
| ChemStation | no name given | mist | essential oil | 500:1 | ? | Evaluated on working face |
| | 8941 | topical | essential oil | 500:1 | ? | |
| Enzymatic Odor Solutions, Inc. | Avast 440F | mist | essential oil | 500:1 | $12.65 | Evaluated in container test |
| | Avast 660FB | mist & topical | enzyme | 500:1 | $15.75 | |
| | Avast 660FB | mist & topical | enzyme & essent. oil | 750:1 | $17.95 | |
| GE-Betz, Inc. | Bioscent Indust. Green | mist | essential oil | 50:1 | $8.55 | Evaluated in container test |
| | Bioscent Indust. Black | mist | essential oil | 130:1 | $17.10 | |
| | Prosweet OC2534 | vapor | essential oil | 5600:1 | $156.75 | 4 week landfill test |
| NCM Odor Control | SL-4000 | mist | essential oil | 500:1 | $22.50 | Currently being used |
| | SL-4000+ | topical | essential oil | 500:1 | $22.50 | Evaluated on working face |
| HydraLogic | Airstreme | mist | essential oil | 200:1 | $29.00 | Tested and used at RBL. |
| | Biostreme | topical | enzyme & essent. oil | 200:1 | $36.00 | |



WC_JPLF_00488052

## 4.2 Initial Testing on the Working Face

The first product tested was called "The Eliminator" (Eliminator) manufactured by J. F. Daley International, LTD. This product consists of biologically active enzymes and bacteria, which are intended to speed up the degradation process and destroy odors according to the manufacturer's claims. It also contains an air deodorizing agent. The material is mixed with water to the manufacturer's recommended dilution ratio and sprayed on the working face of the landfill three times per day as shown in **Figure 4-1**. A procedure for applying the product and monitoring the effectiveness was developed and implemented. The initial trial of "The Eliminator" ran from March 11, 2004 to May 10, 2004 (60 days) using approximately 850 gallons of concentrate diluted 50 to 1, per vendor instructions. WMI mixed the chemicals and applied the solution utilizing their water truck and operators.

**Figure 4-1**
**"The Eliminator" Being Applied to the Working Face**



Using a Nasal Ranger, the site monitors checked odor levels downwind from the working face prior to application of the Eliminator and about an hour after. Results of the testing are shown in **Table 4-3** as Test No. 1. Eliminator was applied three times per day, and a total of 129 Nasal Ranger readings were taken over the 60 day test. Only 46 of the 129 readings showed a reduction in odors according to the Nasal Ranger results. In no case was the odor completely eliminated. In other words, the Eliminator test only resulted in a positive out come 35.6 percent of the time. In most cases, there was no difference between the before and after readings. Because of the marginal result of the use of "The Eliminator", it was recommended that other odor

**WC_JPLF_00488053**

control chemicals and/or systems be tested. Full results of this testing are included in **Appendix G**.

**Table 4-3**
**Topical Odor Control Testing Results**

| Test No. | Vendor | Product Tested | Start Date | Completion Date | NR Readings | Positive Results[1] | Success Rate[2] |
|---|---|---|---|---|---|---|---|
| 1 | Celtic Chemical | Eliminator | 11-Mar-04 | 20-May-04 | 129 | 46 | 36% |
| 2 | Celtic Chemical | Eliminator with Tarpaulins[3] | 14-Nov-05 | 20-Nov-05 | 12 | 3 | 25% |
| | NCM Odor Control | SL-4000 with Tarps[3] | 29-Nov-05 | 4-Dec-05 | 8 | 2 | 25% |
| | ChemStation | ChemStation 1596 with Tarps[3] | 14-Dec-05 | 18-Dec-05 | 9 | 3 | 33% |
| 3 | Celtic Chemical Control | Eliminator Plus[4] | 22-Mar-05 | 25-Mar-05 | 12 | 6 | 50% |
| | | Pure Water | 4-Apr-05 | 30-Apr-05 | 51 | 16 | 31% |

[1] Readings that have lower odor levels after application of products
[2] Percent of the readings that were lower after application of product
[3] Tested in conjunction with tarpaulins as alternate daily cover
[4] Limited testing due to equipment (water truck) breakdown

A second round of testing, testing of topically applied odor control chemicals was performed on the working face during November and December 2004, this time in conjunction with the use of tarps as ADCs. The procedure for monitoring the effectiveness was modified for the ADC. Again, Nasal Ranger readings were taken downwind to access the effectiveness of the odor counteragent in conjunction with the ADC. This procedure was implemented utilizing tarps alone as a control and tarps with topically applied chemicals including:

- Celtic Chemical – "The Eliminator"

- NCM Odor Solutions - SL-4000

- ChemStation - 1596

Results of the testing are shown in **Table 4-3** as Test No. 2. The key to the data is to look for reduced odor levels immediately after tarping and spraying and the following morning. On several days, the post monitoring results showed a reduction in odors according to the Nasal Ranger results. In no case was the odor completely eliminated. The results show that topical spray and tarps are not effective at significantly reducing odors in a landfill environment.

A third round of testing was performed during the months of March and April of 2005 (see **Table 4-3**, Test No. 3). CDM conducted Nasal Ranger tests to evaluate the effectiveness of Eliminator Plus (Celtic Chemical) in reducing odors on the working face. The first part of the test ran from March 22, 2005 to March 31, 2005, during which time the Eliminator Plus chemical was applied by spray to the working face.



WC_JPLF_00488054

The tests were conducted by taking Nasal Ranger readings at three locations downwind of the working face after the chemical was sprayed and the working face was covered.  The second part of the test ran from April 1, 2005 to April 30, 2005, during which time water alone was applied to the working face rather than a chemical.  During this trail, odors were slightly reduced 50 percent of the time, the other half showed no reduction.  For comparison purposes, using pure water, odors were slightly reduced about 35 percent of the time.  Conclusion from this testing is that the Eliminator Plus performed only marginally better than pure water as a topical odor control agent.  It should be noted that the number of samples taken with the Eliminator Plus was limited due to equipment breakdown involving the water truck.

The procedures, protocols, and results of these tests are provided in **Appendix G**.

## 4.3 Container Testing of Odor Control Products

Studies of odor counteragents at the landfill are difficult to control and to interpret, due to the large number of variables.  Weather conditions are constantly changing and the make-up of the waste varies considerably.  CDM developed a testing procedure involving the use of 2-yard containers as a way to pre-screen odor control chemicals before implementing on a full-scale basis, see **Figure 4-2**.  The ultimate goal was for the best odor counteragent to be used on an extended trial basis at the working face of the landfill.  Samples of odor control products were collected from several vendors to conduct a trial test.  Essentially the test consisted of evaluating the effect of odor counteragents on municipal solid waste placed inside of containers and covered with 6-inches of clay.  The test was monitored by field certified odor inspectors.  The inspectors assessed the odors with the aid of the Nasal Ranger and recorded the results.

**Figure 4-2**
**Container Testing**



**CDM**



C:\Documents and Settings\belloag\Desktop\JP - Odor Control 03_06\Section 4.doc

WC_JPLF_00488055

Three containers, 2-cubic yards in size, were used in the evaluation.  The containers were filled about half full with MSW from the working face.  The odor counteragents were mixed at the manufacturer's recommended dilution ratio to yield a total solution of 1.25 gallons.  Two of the containers would be used to evaluate odor control products, while one container was typically used as a control.  The chemical solutions were applied evenly over the waste.  The waste was then covered with about 6-inches of clay.  The odor inspectors took initial Nasal Ranger readings of each container.  Hourly Nasal Ranger readings were taken and recorded thereafter.

Several variations of the test were attempted before a standard procedure was generated to best reproduce the conditions at the working face.  A misting procedure for the chemical products intended for misting applications was abandoned as a result of the complexity of simulating a misting system on a small scale.  Initially, the containers were sealed with a clear plastic to intensify and concentrate the odor, thus creating an atmosphere for the products to react to.  It was later determined that working face conditions would be better simulated without the plastic.  However, it was difficult to simulate the working face conditions on such a small scale because of the small mass of waste, lack of compaction, and inconsistent make-up of the material.

Five chemical products were evaluated.  The results were analyzed and two odor control products were selected for further investigation.  A summary of the sample analysis is shown in **Table 4-4**.  The Odor Armor SCD and the SL-4000, which appeared to have the best performance, were selected for an extended container test.  For the extended test, the inspector recorded on daily Nasal Ranger reading for a two-week period.  Both products yielded nearly identical results – a fluctuation between extremely light, light, and very light odors for the first five days.  Thereafter, no odors could be detected from the containers.  One key factor that may have affected the results of the test is the content of the waste, which may not have been as putrescible as earlier batches.

## 4.4 Perimeter Misting Program

Many landfills use misting systems for odor reduction.  These systems utilize a mixture of water and odor control chemicals distributed through a high pressure nozzle system at or near the perimeter of the landfill.  Misting systems are reported to be effective in reducing odors although no system guarantees complete elimination of odors from landfills.  High pressure misting systems utilizing a series of high pressure nozzles mounted on poles are a commonly used method to combat odors at landfills.  CDM observed misting systems in operation at many landfills including several in Louisiana.  Woodside Landfill in Walker, Louisiana uses a typical high pressure perimeter system.  The Baton Rouge North Landfill utilizes a low pressure system that doesn't seem to be as effective.  CDM inspected the Baton Rouge system and found that the nozzles produced more of a spray than a mist and it didn't disperse as well in the wind.  Initially, RBL installed a low pressure misting system along the north side of the facility.  This system was later replaced with a high pressure system.

**CDM**

C:\Documents and Settings\belloag\Desktop\JP - Odor Control 03_06\Section 4.doc

WC_JPLF_00488056

**Table 4-4**
**Odor Study – Container Test**

| Vendor | Products | Use | Description | Trial No. | Nasal Ranger Readings | | | Comments |
|--------|----------|-----|-------------|-----------|----------------------|---|---|----------|
| | | | | | Before Application | End of 1st day | End of 2nd day | |
| Benzaco Scientific, Inc. | Odor Armor SCD | mist & topical | essential oil | 1 | 60 | 15-30 | n/a | Moderate reduction in odor levels |
| | | | | 2 | n/a | n/a | n/a | |
| | | | | Control | 60 | 60 | n/a | |
| Celtic Chemical | The Eliminator | topical | enzyme & masking agent | 1 | 60 | 7 | 7 | No effect after 2 hours, another 1/2 gallon applied. Odor levels then went down. |
| | | | | 2 | 30 | 7 | n/a | |
| | | | | Control | 60 | 60 | 60 | |
| ChemStation | 8941 | topical | essential oil | 1 | 15 | 60 | 7 | Chemical had a immediate effect but seemed to wear off quickly. |
| | | | | 2 | 60 | 30 | n/a | |
| | | | | Control | 60 | 60 | 60 | |
| Enzymatic Odor Solutions, Inc. | Avast 660FB | mist & topical | enzyme & essential oil | 1 | 30 | 60 | n/a | Product was not effective under test conditions. Very strong waste odor. |
| | | | | 2 | 60 | 60 | n/a | |
| | | | | Control | 60 | 60 | n/a | |
| NCM Odor Control | SL-4000 | mist & topical | essential oil | 1 | 30 | 0 | 0 | Product was effective based on test conditions. |
| | | | | 2 | 30 | 7 | 0 | |
| | | | | Control | 30 | 7 | n/a | |



C:\Documents and Settings\belloag\Desktop\JP - Odor Control 03_06\Section 4.doc

WC_JPLF_00488057

Vapor phase systems are similar to misting systems. Vapor Phase systems utilize essential oils in a process that vaporizes and disperses the product through perforated hoses. A vapor system was also piloted at JPL to determine if it had an impact. A minimum 30 day trial was specified and G.E. Water Technologies, Inc. provided the equipment and chemical. A pilot test was run during June 2004 using an odor neutralizer called ProSweet OC2533. Nasal Ranger readings were taken down wind before and after the vapor system were activated. The results did not document any significant reduction in odors. **Appendix H** contains procedures and results for this product. Multiple problems occurred with the equipment during testing and the rate of vaporization may not have been sufficient for effective odor reduction. The system did not perform as advertised for use at JPL and was not evaluated further.

As a result of our research, a high pressure water misting system was purchased and installed for odor control for the JPL. This type of system has been successfully installed at landfills across the country and is considered the best technology for this type of odor control. A solution containing an odor neutralizer is distributed through a series of misting nozzles located at the perimeter of the landfill. The microscopic water droplets form a fog that absorb and neutralize the odor compounds. **Figure 4-3** shows the system in full operation.

**Figure 4-3**
**High Pressure Misting System**



The Parish's system consists of 1,200 feet of high pressure hose with spray nozzles every 15 feet. The system runs at a pressure of approximately 1,000 psi which ensures fine droplets and excellent dispersion. Operation of the system is keyed to weather conditions and wind direction. Whenever there is a wind out of the south, southeast,

WC_JPLF_00488058

or southwest the system is operated.  **Figure 4-4** is a map of the landfill, which shows the location of the misting system.

Based on the success of the Parish's misting system, RBL has ordered and installed a similar system, which is currently operating.  The RBL system has 1,500 feet of hose and nozzles and extends to the east to the JPL misting system.  This results in continuous coverage along the north side of both facilities.  Operations of these two systems are coordinated so that they both operate when needed.  Also, the two facilities are currently using the same odor neutralizers.

Operational testing has been on-going since March 2005 and so far the results are very positive.  Odors from JPL have been greatly reduced whenever the misting system is on.  In some cases, the misting system rendered landfill odors undetectable to our monitors.  The system is manually turned on whenever there is a wind out of the southern quadrant as specified in the operational plan contained in **Appendix B**.  Wind direction during 2005 has been unusual in that consistent south winds have been relatively rare.  Therefore, the system was not engaged as often as anticipated.

Testing of the system is done in accordance with a written procedure contained in **Appendix B**.  It should be noted that high pressure misting systems are not compatible with odor control agents that are designed for topical application, such as the Eliminator and other enzyme type products.  A summary of the results from testing are shown below in **Table 4-5** and **Table 4-6**.  The full data is provided in **Appendix I**.

**Table 4-5**
**Misting System Test Results – Phase 1**

| Readings Taken Upwind & Downwind of System when System On | | | |
|---|---|---|---|
| Product Tested | # of Test Events | Total NR Level Reductions[1] | Score[2] |
| SL-4000 | 108 | 194 | 1.8 |
| Benzaco | 33 | 77 | 2.3 |

[1] The total number of nasal ranger level reductions.

[2] Score = Total # of Nasal Ranger Level Reductions/# Test Events

In the first phase of testing, a comparison was made between odor readings taken up wind of the system versus those taken down wind.  A total of 108 sample points were tested using the Nasal Ranger.  The difference in the odor level was recorded and tallied.  This raw number was divided by the number of samples to arrive at a relative score.  For Phase 1, both products produce similar scores. The Benzaco product had a slightly higher score at 2.2 versus 1.8 for the SL-4000.  This translates to an average odor reduction of two levels on the Nasal Ranger scale.



WC_JPLF_00488059



N

1 inch equals 1,020.8 feet

0.125    0.25    0.5 Miles

Image Source: Jefferson Parish 2002

ODOR CONTROL
MISTING SYSTEM

SHED

**JEFFERSON PARISH
LANDFILL**

FIGURE 4-4:
ODOR CONTROL MISTING SYSTEM

WC_JPLF_00488060

**Table 4-6**
**Misting System Test Results – Phase 2**

| Readings Taken Downwind of System when System On & Off | | | |
|---|---|---|---|
| Product Tested | # of Test Events | Total NR Level Reductions[1] | Score[2] |
| SL-4000 | 60 | 132 | 2.2 |

[1] The total number of nasal ranger level reductions.
[2] Score = Total # of Nasal Ranger Level Reductions/# Test Events

The Benzaco product was depleted in Phase 1. However, additional SL-4000 was available. In Phase 2, testing was performed differently. This time a set of odor readings were taken down wind with the system turned off. Then for comparison, the misting system was turned on and another set of odor readings were taken in the mist plane. The results were tallied and a score was generated. The SL-4000 again reduced odor levels by an average of two Nasal Ranger levels.

Because of the significant positive results of testing, the Parish has gained confidence in this type of system and elected to extend the system to the northeastern border of the landfill site.



WC_JPLF_00488061

# Section 5
# Conclusions and Recommendations

Odor complaints have been a persistent problem for several years in the area north of JPL. This is probably due to a number of factors including nearby residential development and increased landfill activity.

As a result, the Parish has initiated a pro-active odor control program for the landfill whose goal is to identify the sources and take aggressive action to reduce or minimize odors from JPL. Based on results to date, the following recommendations are offered:

1.  Continue monitoring the working face and daily cover conditions.

2.  Expand and improve coverage of the high pressure misting odor control system to cover Phase 3B. Install 1,500 foot misting line on northeast property line south of Live Oak Boulevard. System to include automated controls for activation based on wind direction and speed. Maintain and operate existing 1,000 foot system until Phase 3A is closed and LFG collection system is installed.

3.  Continue the odor monitoring and complaint response system. Use procedures provided in **Appendix B**.

4.  Continue working with RBL, WMI, and LDEQ on joint odor monitoring and control procedures. Coordination to include: weekly meetings, data sharing, joint response to complaints, and daily communication.

5.  Evaluate ADC materials for odor suppression including spray-on cellulose type cover. Testing protocol included in **Appendix B**.

6.  Increase public outreach efforts including public meetings, site visits, and newsletters. Annual public meetings are to be held in adjacent residential areas. Provide annual report/summary to Waggaman Civic Association and distribution. Copies of this report should be provided to the Waggaman Library and Fire Station.

7.  Promote the installation of an LFG system at GNOL. Encourage LDEQ to expedite closure activities at GNOL.

8.  Continue random monitoring of incoming loads for high odor levels, especially sludge loads. Use procedure provided in **Appendix B**.

Progress has been made in controlling odors at JPL. Although it is difficult to directly measure success due to the other landfills in the area, CDM believes that improved operations and waste screening have made a significant difference in conjunction with the odor control misting system. The successful implementation of the Phase 3A high pressure perimeter misting system should be followed up with improvements and extensions as the new Phase 3B cells are constructed.



WC_JPLF_00488062

In addition to continuing the monitoring and reporting efforts, it is important to work with RBL on odor control as a team.  This has already had beneficial results in the selection of odor control chemicals and equipment and their operation.

It is important that JPL and WMI continue to improve the public outreach efforts that have been started under this program.  The newsletter should be produced on a regular (quarterly) basis and efforts at illustrating the efforts that have been made toward odor control should be shared.

With optimal landfill operations, good odor control technology, and cooperation among the landfills, the odor problem can be minimized to a level that the residents to the north will no longer be burdened.



C:\Documents and Settings\belloagi\Desktop\JP - Odor Control 03_06\Section 5.doc

WC_JPLF_00488063

# Appendix A

# Greater New Orleans Landfill
# Sludge Disposal Public Notice

WC_JPLF_00488064

# Appendix B

# Odor Control Operations Plan

WC_JPLF_00488065

# Jefferson Parish Operations Plan

## General

The Jefferson Parish Landfill Odor Control Program is a full time operation based on trained odor monitors, equipment, and procedures.  A site office has been established for managing the odor control program and the site is manned six days a week during normal business operation.  Odor monitors will be responsible for implementation of odor control strategies and coordination with the landfill operator (Waste Management, Inc.), as well as Jefferson Parish and the Consultant, Camp Dresser & McKee, Inc. (CDM).  The goal of the program is to reduce or eliminate odor problems and complaints from the neighborhoods surrounding the landfill.

This manual is intended to be a guide for the implementation of the various procedures included in the Odor Control Program at the Jefferson Parish Landfill (JPL).  The on-site technicians will be required to learn these procedures and implement them on a daily basis.

The components of the Odor Control Program are:

- Complaint Response and Tracking,

- Daily Odor Monitoring,

- Daily Working Face Monitoring,

- Operation of the Odor Control Misting System,

- Incoming Load Checks,

- Weekly Landfill Inspection, and

- Evaluation of Odor Control Chemicals and Equipment.

Each of these components has a written procedure included in this manual.  Forms are provided for recording data and results.  The information derived from the program will be evaluated and used to modify the procedures as necessary and for determining effectiveness.



WC_JPLF_00488066

# Complaint Tracking Procedure

**WC_JPLF_00488067**

## Complaint Tracking Procedure (CTP)

The following procedure is to be implemented by the Site Monitors when an odor complaint has been received.  The Site Monitor on duty will carry a cell phone (504-538-0645) and a pager (504-329-7829).  **CTP-1** provides instructions to residents for reporting odor complaints.  These numbers have been provided to the residents who attended past public meetings in Waggaman and are posted on road signs along Live Oak Boulevard.

### Procedure for Complaint Calls

1. Immediately respond to complaints called in to hotline (see **CTP-1** for call-in procedure).  If the odor complaint is received between 6:00 am and 9:00 pm, make a visit to the site and record data.  If the complaint is after 9:00 pm and before 6:00 am, take data over the phone and follow-up the next morning.

2. Determine wind and weather conditions at the time of the complaint.  Use on-site weather station data during operating hours.  For after hours complaints, use visual observations and update with actual recorded weather conditions during the following morning.

3. Use Nasal Ranger to quantify odor level[1].  Nasal Ranger information and instructions are included at the end of this section.

4. Locate the Odor Complaint on the Landfill Odor Monitoring Points Map and note the wind direction.

5. Fill out Complaint Form (see **CTP-2**).

6. Using the map and wind direction, trace odor back to source if possible.

7. Keep a copy of complaint forms at the landfill office and fax or e-mail same to CDM.

8. Phone report to CDM immediately the following morning to report complaints.

9. CDM to distribute daily complaint report summary to Jefferson Parish.

10. CDM to maintain database of complaint information.

---

[1] Nasal Ranger certification required annually.



WC_JPLF_00488068

# Nasal Ranger Information

WC_JPLF_00488069

# Daily Odor Monitoring Procedure

**WC_JPLF_00488070**

## Daily Odor Monitoring Procedure (DMP)

Daily Odor Monitoring at the perimeter of the landfill and in surrounding areas is important in determining general landfill odor levels and potential off-site impacts. Proactive monitoring will help to identify odors before reaching residential areas and allow for implementation of additional odor controls at the landfill.

Upon discovery of odors, it is important to determine the type of odor and if possible, the source. Although landfill odors would be most prevalent, there have been odors from sewer sources documented in the Waggaman area. Landfill odors can be recognized as "fresh" garbage to landfill gas. Each has a distinct characteristic and is identifiable. Sewer odors have been encountered near sewer lift stations and from unsewered subdivisions, such as Modern Farms.

The following steps must be completed daily by the on-site Odor Monitor:

1. Determine wind direction and weather condition in morning and afternoon utilizing the on-site weather station in WMI office.

2. Select odor circuit for inspection based on weather conditions. Focus on downwind areas at the landfill perimeter and residential areas. Odor circuit must also cover the areas downwind from the River Birch Landfill (RBL) and the Highway 90 Construction and Demolition (C&D) facility.

3. Utilize Landfill Odor Monitoring Points Map to plan daily inspections and to select specific points to sample (see **DMP-1**).

4. Check a minimum of three downwind points on or immediately adjacent to the landfill and one upwind for comparison. Use Nasal Ranger to determine odor intensity. Utilize JPL Odor Checkpoint Form to record results. Determine whether the odor is from garbage, landfill gas, sewerage, or other.

5. Check a minimum of four points downwind points offsite.

6. Check additional odor points as requested by Jefferson Parish Landfill (JPL), WMI, or CDM.

7. Perform morning inspection circuit between 9:00 am and 11:00 am.

8. Perform afternoon inspection circuit between 2:00 pm and 5:00 pm.

9. Use Nasal Ranger and fill out JPL Odor Checkpoint Form at each point tested (see **DMP-2**).

10. Immediately notify the landfill operator and CDM if there are significant offsite odors in neighborhoods. Specify location and type of odor and wind direction.

11. If possible, backtrack odor to its source and report to CDM.

12. Forward daily inspection forms to CDM for inclusion in database.



3

WC_JPLF_00488071

# Daily Working Face Inspection Procedure

WC_JPLF_00488072

## Daily Working Face Inspection Procedure (DWF)

1. Check condition of working face either in the morning before receipt of garbage or in the evening after cover has been applied (inspections to be random so that the operator will not know when to expect an inspection).

2. Determine the type of cover used.  A separate procedure has been written to evaluate the coverage and odor control capabilities, if a spray-on Alternate Daily Cover (ADC) is used.  See Alternate Daily Cover Evaluation Procedure.

3. Measure length and width of daily working face at the end of the day.  Calculate area in square feet and acres and record in JPL Daily Inspection Form.  At least once per week, document the working face with photographs.  If working face size exceeds ¾ acre, report the overage to the Landfill Manager.

4. Note the thickness of cover as well as condition of the cover and fill out Jefferson Parish Landfill Inspection Form (**DWF-1**).  Use shovel to determine thickness of the soil cover being used.  If soil cover is less than 6-inches thick, report to Landfill Manager.  At least once per week, document thickness with photo.  For spray-on ADCs, note and document the type and condition.

5. Keep copy of form on-site and fax or e-mail to CDM for inclusion in database.

6. Notify CDM by phone if cover is deficient.



WC_JPLF_00488073

# Mist System – Operations Procedure

**WC_JPLF_00488074**

## Mist System – Operations Procedure (MSOP)

JPL is equipped with a high pressure Odor Control Misting Perimeter System.  The system consists of a high pressure pump with 1,200 feet of hose and 100 nozzles.  This system generates an aerosol of water and odor control agents that neutralize odors that drift into the mist from the landfill.  This type of system is used throughout the country at municipal landfills and has proven to be safe and effective.  General operating instructions as well as detailed operations and maintenance requirements have been written and are included below.

### General Operating Instructions

1. Misting system to be checked daily for general conditions and operability.  An operating and maintenance procedure has been developed and should be followed for routine maintenance and troubleshooting.

2. Misting system operation to be coordinated with River Birch Landfill daily and when winds change prompting operation (call Vic Culpepper at 504-915-6006).

3. Misting system to be run in automatic mode when winds are consistently out of the south quadrant (from southeast to southwest) – run time programming for automatic mode has been developed[2] (see **MSOP-1**).

4. For light or variable winds, manual operation is recommended based on the judgment of the on-site odor control monitor.

5. Record run-time and related information on clipboard form in equipment shed (see **MSOP-2**).

6. Forward copy of run-time form to CDM each week.

7. Cartridge filters must be changed regularly and other routine maintenance items area required (see Operating and Maintenance Procedure).

8. When using SL-4000, run at a ratio of one part SL-4000 to 1,000 parts water, adjust as necessary.

9. For any other products, use manufacturer's recommendation for initial dilution.

10. Test effectiveness of misting system quarterly when operating (when wind is out of the south quadrant).

---

[2]  Automated controls based on wind direction may be added in the future.



**WC_JPLF_00488075**

## Detailed Operation and Maintenance Procedure (DOP)

1.  Check water in tank (10 hr run time on 5,000 gallon of water).

2.  Tank should be full if misting system has been off for more than four hours.

3.  Make sure the ¾-inch ball valve at bottom of tank for suction to pump is open.

4.  Open water supply valve on pump suction line, from tank supply.

5.  Visibly check the filter cartridge for dirt, leak's.

6.  Check power at disconnect (on position).

7.  Check for chemical in drums.

8.  Check metering pump setting and power.

9.  Check auto setting on controller.

10. Visibly check the hose run and nozzles.

11. Turn unit on (manual or auto).

12. Check pressure on discharge (900 to 1,000 psi normal).

13. Check for leaks in system.

14. Check for running of the metering pump and fluid flow.

15. Check for abnormal noise's in pump or motor.

16. Check nozzles for being clogged.

17. Check hoses for leaks, etc.

18. Check system approximately every two hours for leaks, noise, filter, and pressure.

19. If pressure drop's on the discharge gauge, check for water in tank and the filter being clogged.

20. To change the filters (3 total, 1 single, and 1 duplex):

    a.  Turn off unit at panel and at disconnect, close valve on water supply.

    b.  Unscrew the filter cartridge housing counter clockwise.

    c.  Remove old filter from housing and replace with a new filter.

    d.  Screw the filter housing back unto base, leave loose, on the single filter.



WC_JPLF_00488076

    e. Turn duplex filters screw on housing tight and press the red buttons on top of the filter base to release air for the hosing, hold down buttons until air stops and water appears.

    f. Open water valve to pump and let housing fill with water to remove air.

    g. Tighten hosing until no leaks are found on housing.

21. To change out chemicals:

    a. Turn off power to pressure pump, and metering pump (disconnect).

    b. Unscreen bung with suction tube from drum.

    c. Place suction tube with weight and foot valve with straighter in a clean bucket.

    d. Remove empty drum from area, replace with full drum.

    e. Remove the large bung from the full drum, and place into empty drum.

    f. Place suction tube into new drum, make sure foot valve goes to bottom.

    g. Screw bung into drum.

    h. Use step 8 and 11 to put unit in service.

22. If pressure pump does not operate or cuts out:

    a. Breaker inpanel (40 amp) on power pole.

    b. Check fuses in disconnect in shed.

    c. With disconnect in off position try to rotate motor shaft.

    d. Check auto system set up.

    e. Check starter trip setting.

    f. Check reset (temp) button on motor (black button on end of motor junction box).

    g. Press reset button (blue) on motor starter in panel.

23. Pump Maintenance:

    a. Keep exterior clean for cooling.

    b. Check oil in pump every day.  (dip stick – sight glass)

    c. Change oil every 400 hours.

    d. Use 30 weight oil non-detergent.

24. To set pressure on discharge of pump turn the black handle on the pressure regulator at discharge gauge, clockwise to decrease pressure.  NCM recommend the pressure to be 900 to 1,000 psi.



25. When unit is shut down a solenoid will close on the water suction side of the pump, this stop's the flow from hose's running back to tank.  Hose's will always be full if the solenoid is in working order.

26. If solenoid is not working:

    a.  No pressure will show on the discharge gauge (if closed).

    b.  Will rain the hose's and nozzles (if open).

27. The plastic tubing on the metering pump and pressure pump may crack and wear. To repair:

    a.  Cut off power.

    b.  Remove coupling hose.

    c.  Cut off approximately 1-inch and reinstall.

28. See owner's manual on metering pump for:

    a.  Failure to pump.

    b.  Loss of chemical residual.

    c.  To much chemical.

    d.  Tubes leaking.

    e.  Leaking at fittings.

    f.  Pump loses prime.

    g.  Pump will not prime.

29. Setting Metering Pump:

    a.  Two setting controls.

    b.  Stroke and stroke rate.

    c.  Start off new unit or after changing the diaphragm at 50 percent stroke and 50 percent stroke rate.

    d.  Only make adjustments with the pump running for stroke and stroke rate.

30. Metering Pump Capacity:

    a.  "Stroke %" x "Stroke Rate %" x 21 = GPD.

31. Metering Pump Materials:

    a.  Change cartridge valves every 6-12 months.

    b.  Keep pump clean.



8

WC_JPLF_00488078

32. Nozzle Maintenance:

    a. If nozzles are not spraying:

        1. Shut off unit.  Lock out disconnect.

        2. Remove nozzle in question.

        3. Install replacement nozzle.

        4. Reinstall with thread sealer.

        5. Check fan of spray and for leaks.

        6. Clean clogged nozzle and keep on hand as replacement.

33. Supplier:

    a. NCM – 1627 Meadow Woods Road, Buffalo, SC 29321.

    b. Jigg's O'Shields

    c. Cell:  1-864-316-0610

    d. Fax:  1-864-8378

34. Pump Shed:

    a. PVC – Chemcial Resident 8' x 6'.

    b. Keep clean of dust – dirt for cooling of equipment.

    c. Keep locked when not in use.

35. Water Tank:

    a. 5,000 gallon

    b. Green UV Resistant

    c. 1 ½ fill (top)

    d. ¾ discharge (bottom) 13' x 8' diameter.

    e. Manhole on top with vent.

    f. Supplier, Chem-tainer Inc. 950 lb.

36. Hydraulic-Hose Fitting:

    a. Parker ½-inch wire lined – 15' lengths, hose rated 3,000 psi.

    b. ½-inch flare union end, crimp on type.

    c. Brass flare tee's with 3/8-inch NPT tap.

    d. 3/8' x ¼" brass reducers.



WC_JPLF_00488079

   e.  ¼ x close nipples.

   f.  3.5 GPH nozzles with filters 100 total for system.

37. Cable Specifications:

   a.  ¼-inch galvanized cable, stranded.

   b.  ¼-inch galvanized cable clasps.

   c.  3/8" x 14" black UV tie wraps.



WC_JPLF_00488080

# Incoming Load
# Random Odor Check Procedure

WC_JPLF_00488081

## Incoming Load – Random Odor Check Procedure (ILC)

A procedure has been developed to inspect incoming loads for unusually high odor levels.  The purpose of this effort is to identify sources of odors that may be excessive and that may contribute to odor emissions from the landfill site.  Because wastewater sludges have occasionally been found to exhibit higher odor levels, the procedure targets sludge delivery vehicles for random inspections.

1. Check sludge loads a minimum of three times per week.

2. Check loads for odors as directed by Landfill Operator and Jefferson Parish.

3. Take Nasal Ranger reading downwind and adjacent to sludge truck.

4. Fill out form including time, date, source, and odor reading (see **ILC-1**).

5. Submit form to CDM on a weekly basis.

6. Immediately report loads with high odor level (above 30) to WMI and CDM.

7. Continue checking odors from offending vendor until 1) deliveries are refused or 2) odors are no longer present.

It is the responsibility of the Landfill Operator and Jefferson Parish to refuse to accept any incoming load on the basis of odors.  It may be necessary for the vendor to take action to reduce odors if they wish to continue utilizing JPL.  After a vendor has been identified as an offending odor source, each load shall be checked until the problem is corrected or the vendor stops delivering to JPL.



WC_JPLF_00488082

# Weekly Landfill Inspection Procedure

WC_JPLF_00488083

### Weekly Landfill Inspection Procedure (WLP)

Landfill operations and systems will be checked on a weekly basis to help the Landfill Manger determine the general condition of the facility.  In the course of their normal inspection rounds for odor control, the monitors will observe the operation and condition of various landfill systems including:  leachate pumps, ponds, flare unit, roads, ditches, scale area, gas wells, interim cover, and final cover.

A form has been developed for weekly reporting of condition/status these items (see **WLP-1**).  The odor monitors shall accomplish this inspection on an on-going basis and submit the for to the Landfill Manager and CDM at the end of each week.  In the event a significant failure is noted in any system, the monitor shall report immediately to the Landfill Operator or Jefferson Parish.



WC_JPLF_00488084

# Alternate Daily Cover
# Odor Evaluation Procedure

WC_JPLF_00488085

# Appendix C

# Nasal Ranger Information

WC_JPLF_00488086

# Appendix D

# Complaint Data

WC_JPLF_00488087

**Odor Complaints vs. Average Wind Speed**



WC_JPLF_00488088



WC_JPLF_00488089



JEFFERSON PARISH
LANDFILL

COMPLAINT LOCATIONS
& WIND DIRECTION SOURCE
AT TIME OF COMPLAINT

*COMPLAINTS FROM
JUNE 2004 THROUGH AUGUST 2004*

LEGEND

• Complaint Locations

Wind Source Direction
at Time of Complaint

Bearing    Speed
          0 - 2 mph
          3 - 6 mph
          > 6 mph

WAGGAMAN

RIVER RIDGE

CYTEC
INDUSTRIES

HARAHAN

RIVER
BIRCH
LANDFILL

GNO
LANDFILL
(CLOSED)

JEFFERSON
PARISH
LANDFILL

RIVER
BIRCH
C&D
LANDFILL
(CLOSED)

AVONDALE

Highway 90

AREA 90
LANDFILL
(CLOSED)

Highway 90

Image Source: Jefferson Parish

CDM

JPL
ODOR COMPLAINT MAP

WC_JPLF_00488090



JEFFERSON PARISH LANDFILL

COMPLAINT LOCATIONS & WIND DIRECTION SOURCE AT TIME OF COMPLAINT

COMPLAINTS FROM SEPTEMBER 2004 THROUGH DECEMBER 2004

LEGEND

• Complaint Locations

Wind Source Direction at Time of Complaint

Bearing    Speed

0 - 2 mph
3 - 6 mph
> 6 mph

Image Source: Jefferson Parish

WAGGAMAN

RIVER RIDGE

HARAHAN

CYTEC INDUSTRIES

S. KENNER ROAD

Live Oak Blvd

GNO LANDFILL (CLOSED)

RIVER BIRCH LANDFILL

JEFFERSON PARISH LANDFILL

RIVER BIRCH C&D LANDFILL (CLOSED)

AVONDALE

Highway 90

Highway 90

AREA 90 LANDFILL (CLOSED)

N

CDM

JPL
ODOR COMPLAINT MAP

WC_JPLF_00488091

# Appendix E

# Sewer Odor Correspondence

WC_JPLF_00488092

# Appendix F

# Public Meetings and Public Outreach

WC_JPLF_00488093

# Appendix G

# Topical Odor Control Pilot Testing

WC_JPLF_00488094

# Appendix H

# Vapor Phase Odor Control Study

WC_JPLF_00488095

# Odor Control Agent - ProSweet Pilot Study

A trial study for a chemical product, ProSweet OC2533, was conducted to evaluate its effectiveness as an odor control agent at the Jefferson Parish Landfill (JPL). The cost for the 30-day trial, including equipment and chemicals, was $5,300.00. The apparatus consisted of a 20-horsepower diesel blower and a hose 1,000 feet in length. The hose has 3/16″ perforations spaced at every 6 feet. The blower was situated on Cell 10 of JPL with 500 feet of hose extended to the east and 500 feet extended to the west. The chemical was vaporized at a high temperature and released to the atmosphere through the perforations. The hoses were positioned just upwind from the working face based on the vendor's instructions. The ProSweet trial began on June 10, 2004. For the first three weeks, the vapor system was started at 5:00 in the evening and ran overnight. The system was shut off at 8:00 the next morning giving a total operating time of 12 hours per day.

The effectiveness of the ProSweet system was evaluated by CDM site monitoring inspectors. Using a Nasal Ranger, the inspectors checked odor levels down-wind from the working face a minimum of three times per day. The first inspection was executed at 8:00 am, immediately before the system was shut off. The second inspection was executed while the system was off, at 4:00 pm. The third inspection was evaluated at 6:00 pm, after the system was turned on again. Results from testing are shown on the attached graphs.

Another data set that was observed in order to get an idea of effectiveness was the odor complaints. In the month of May, prior to the ProSweet trial, there was no odor control chemical being implemented, and there were a total of 24 complaints. During the life of the ProSweet trial, there were a total of 41 complaints, 37 of the 41 complaints were logged during the first three weeks.

Because of the number of complaints during the first three weeks, it was decided to increase the speed of the vapor system from 1400 rpm to 2900 rpm and to increase the operating time from 12 to 24 hours. Based on the vendors original equipment settings, the system was only using one gallon of ProSweet per day during the first three weeks. When the system was operating for 24 hours at 2900 rpm, it used approximately 3 to 4 gallons of ProSweet per day. The final week of testing began on Thursday, July 1st. Unfortunately the system began experiencing problems on Friday, July 2nd, when the diesel compressor failed. The compressor was fixed and running again on July 3rd, but failed again on July 5th. It was then decided to end the ProSweet trial early. The Nasal Ranger data recorded by the inspectors is not useful for the evaluation of effectiveness during these last few days due to the equipment downtime. There were a total of 4 complaints during the last five days of the trial.

According to the number of complaints and the data recorded by the inspectors, the ProSweet system did not appear to be effective in reducing odors. However, there are several factors that could have had a significant impact on the results. The vapor

**CDM**

C:\Documents and Settings\bellioag\Desktop\JP - Odor Control 03_06\Appendix H.doc

WC_JPLF_00488096

system was setup south of the JPL working face with expectations that a southerly wind would carry the chemical northward to mix with odors.  That particular setup relies on a southerly wind direction for the chemical to mix with the odor, and may not be adequate to handle variations in wind speed.  Slower wind speeds may not have been able to push enough chemical into the odor plume before it escaped northward.  Perhaps a setup positioned on the northern and eastern perimeters of the working face may have been more effective, creating a chemical barrier that a southerly wind must pass through when traveling northward toward the areas generating complaints.  Also, an increase in the amount of the chemical product may be required to produce the desired effects.

Rather than continue with vapor phasing testing, CDM recommends testing and implementation of the elevated pole-mounted misting system.  High pressure misting systems are used extensively for landfill odor control and are a proven technology.  Testing of odor neutralizers from different vendors can then be performed.



C:\Documents and Settings\belloag\Desktop\JP - Odor Control 03_06\Appendix H.doc

WC_JPLF_00488097

**Figure 1
Nasal Ranger Readings
ProSweet Week 1**



**CDM**

C:\Documents and Settings\bellosg\Desktop\JP - Odor Control 03_06\Appendix H.doc

WC_JPLF_00488098

**Figure 2**
**Nasal Ranger Readings**
**ProSweet Week 2**



**CDM**

1-4

WC_JPLF_00488099

Odor Control Agent - ProSweet
Pilot Study

**Figure 3**
**Nasal Ranger Readings**
**ProSweet Week 3**



C:\Documents and Settings\belloag\Desktop\JP - Odor Control 03_06\Appendix H.doc

WC_JPLF_00488100

Odor Control Agent - ProSweet
Pilot Study

**Figure 4**
**Odor Complaints**



WC_JPLF_00488101

# Appendix I

# Misting System Odor Control Pilot Study

WC_JPLF_00488102

| | | Upwind | | | | | | Downwind | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Date | Chemical | Pnt 1 | Pnt 2 | Pnt 3 | ID | Date | Chemical | Pnt 1 | Pnt 2 | Pnt 3 |
| 122 | 4/22/2005 | SL-4000 | 30 | 30 | 30 | 123 | 4/22/2005 | SL-4000 | 7 | 7 | 7 |
| 124 | 4/25/2005 | Water | 15 | 15 | 15 | 125 | 4/25/2005 | Water | 7 | 7 | 4 |
| 126 | 4/26/2005 | Water | 15 | 15 | 15 | 127 | 4/26/2005 | Water | 0 | 0 | 0 |
| 128 | 4/26/2005 | Water | 30 | 30 | 15 | 129 | 4/26/2005 | Water | 15 | 7 | 7 |
| 130 | 4/27/2005 | Benzaco(OCC-2000-V) | 15 | 15 | 7 | 131 | 4/27/2005 | Benzaco(OCC-2000-V) | 2 | 2 | 2 |
| 132 | 4/27/2005 | Benzaco(OCC-2000-V) | 15 | 15 | 4 | 133 | 4/27/2005 | Benzaco(OCC-2000-V) | 0 | 0 | 0 |
| 135 | 4/28/2005 | Benzaco(OCC-2000-E) | 30 | 15 | 15 | 136 | 4/28/2005 | Benzaco(OCC-2000-E) | 4 | 2 | 2 |
| 137 | 4/28/2005 | Benzaco(OCC-2000-E) | 7 | 15 | 7 | 138 | 4/28/2005 | Benzaco(OCC-2000-E) | 2 | 0 | 0 |
| 141 | 4/28/2005 | Benzaco(OCC-2000-E) | 30 | 7 | 15 | 140 | 4/28/2005 | Benzaco(OCC-2000-E) | 0 | 0 | 0 |
| 144 | 4/29/2005 | Benzaco(OCC-2000-E) | 15 | 7 | 7 | 142 | 4/29/2005 | Benzaco(OCC-2000-E) | 7 | 4 | 4 |
| 143 | 4/29/2005 | Benzaco(OCC-2000-E) | 0 | 0 | 0 | 145 | 4/29/2005 | Benzaco(OCC-2000-E) | 2 | 2 | 0 |
| 147 | 4/29/2005 | Benzaco(OCC-2000-E) | 7 | 15 | 30 | 149 | 4/29/2005 | Benzaco(OCC-2000-E) | 0 | 0 | 4 |
| 151 | 4/29/2005 | Benzaco(OCC-2000-E) | 15 | 15 | 7 | 150 | 4/29/2005 | Benzaco(OCC-2000-E) | 0 | 2 | 2 |
| 152 | 5/2/2005 | Benzaco(OCC-2000-E) | 15 | 7 | 7 | 153 | 5/2/2005 | Benzaco(OCC-2000-E) | 4 | 4 | 4 |
| 155 | 5/2/2005 | Benzaco(OCC-2000-E) | 2 | 2 | 2 | 154 | 5/2/2005 | Benzaco(OCC-2000-E) | 0 | 4 | 2 |
| 156 | 5/6/2005 | SL-4000 | 15 | 15 | 7 | 157 | 5/6/2005 | SL-4000 | 2 | 2 | 0 |
| 158 | 5/6/2005 | SL-4000 | 2 | 2 | 2 | 159 | 5/6/2005 | SL-4000 | 2 | 0 | 0 |
| 164 | 5/10/2005 | SL-4000 | 7 | 7 | 7 | 165 | 5/10/2005 | SL-4000 | 0 | 0 | 0 |
| 167 | 5/10/2005 | SL-4000 | 4 | 7 | 7 | 166 | 5/10/2005 | SL-4000 | 4 | 4 | 4 |
| 170 | 5/11/2005 | SL-4000 | 15 | 7 | 15 | 171 | 5/11/2005 | SL-4000 | 2 | 2 | 2 |
| 173 | 5/11/2005 | SL-4000 | 4 | 7 | 4 | 172 | 5/11/2005 | SL-4000 | 2 | 2 | 2 |
| 174 | 5/13/2005 | SL-4000 | 7 | 15 | 4 | 175 | 5/13/2005 | SL-4000 | 4 | 7 | 7 |
| 176 | 5/13/2005 | SL-4000 | 7 | 7 | 2 | 177 | 5/13/2005 | SL-4000 | 0 | 2 | 0 |
| 178 | 5/20/2005 | SL-4000 | 7 | 7 | 7 | 179 | 5/20/2005 | SL-4000 | 2 | 0 | 0 |
| 182 | 5/20/2005 | SL-4000 | 7 | 7 | 15 | 183 | 5/20/2005 | SL-4000 | 2 | 0 | 0 |
| 188 | 5/23/2005 | SL-4000 | 15 | 7 | 15 | 189 | 5/23/2005 | SL-4000 | 2 | 2 | 2 |
| 192 | 5/23/2005 | SL-4000 | 15 | 15 | 7 | 193 | 5/23/2005 | SL-4000 | 0 | 0 | 0 |
| 200 | 5/28/2005 | SL-4000 | 30 | 15 | 7 | 201 | 5/28/2005 | SL-4000 | 7 | 2 | 2 |
| 202 | 6/1/2005 | SL-4000 | 30 | 30 | 15 | 203 | 6/1/2005 | SL-4000 | 4 | 7 | 4 |
| 204 | 6/1/2005 | SL-4000 | 30 | 30 | 30 | 205 | 6/1/2005 | SL-4000 | 4 | 4 | 4 |
| 210 | 6/2/2005 | SL-4000 | 30 | 30 | 30 | 211 | 6/2/2005 | SL-4000 | 4 | 0 | 2 |
| 216 | 6/3/2005 | SL-4000 | 15 | 15 | 15 | 217 | 6/3/2005 | SL-4000 | 15 | 15 | 15 |
| 222 | 6/3/2005 | SL-4000 | 15 | 7 | 4 | 223 | 6/3/2005 | SL-4000 | 0 | 0 | 0 |
| 230 | 6/6/2005 | SL-4000 | 7 | 7 | 4 | 231 | 6/6/2005 | SL-4000 | 0 | 0 | 0 |

WC_JPLF_00488103

**MISTING SYSTEM TEST UPWIND/DOWNWIND**



WC_JPLF_00488104

**MISTING SYSTEM TEST ON/OFF**



WC_JPLF_00488105