**To:** Dawn Thibodaux[dawn.thibodaux@wasteconnections.com]
**Cc:** Mike Lockwood[MLockwood@jeffparish.net]; Brett O'Connor[BrettO@WasteConnections.com]
**From:** Rickie Falgoust
**Sent:** Mon 7/30/2018 10:49:36 PM
**Subject:** Re: VoiceMail
**Received:** Mon 7/30/2018 10:49:36 PM

EXHIBIT 1594

Until now the phone satisfied the incoming calls. I agree its time for an upgrade due to the increase in complaint calls we are receiving everyday.

Sent from my iPhone

On Jul 30, 2018, at 3:18 PM, Dawn Thibodaux <dawn.thibodaux@wasteconnections.com> wrote:

> Hi Guys,
>
> I wanted to share a history of the odor line being I am the oldie of the bunch. The odor line was established back when CDM was handling the odor complaints on the mid 2003 or 2004. I was actually a part of the team with Waste Management that would go out and meet the residence in the Waggaman area. When the contract changed over to IESI, the cell phone was handed over to us. It has always been a cell phone.
>
> **Dawn Thibodaux**
> Office Manager
>
> **Jefferson Parish Landfill**
> **IESI LA Landfill Coporation**
> **Waste Connections, Inc.**
>
> E: dawn.thibodaux@wasteconnections.com
> T: 504 436 0152
>     C: 504-210-5968
> F: 504 436 0244
>
> 5800 Highway 90 West
> Avondale, LA, 70094
> www.wasteconnections.com
>
> NYSE, TSX: WCN
>
> <image002.jpg>
> <image004.jpg>
>
> **From:** Rickie Falgoust
> **Sent:** Monday, July 30, 2018 2:49 PM
> **To:** Dawn Thibodaux
> **Subject:** Fwd: VoiceMail
>
> Sent from my iPhone
>     Begin forwarded message:
>
>         **From:** Mike Lockwood <MLockwood@jeffparish.net>
>         **Date:** July 30, 2018 at 2:47:26 PM CDT
>         **To:** "Rfalgoust@iesi.com" <Rfalgoust@iesi.com>
>         **Cc:** Brett O'Connor <BrettO@WasteConnections.com>
>         **Subject: FW: VoiceMail**

WC_JPLF_00413912

Would you please review the email string below. I know people are asked to leave a text on this odor line and are using space with long voice mails instead. Why are we using cell phone? Before I look at alternatives to this phone line, I am interested in your input.

Mike

Michael P. Lockwood, MSPH, Director
Jefferson Parish Department of Environmental Affairs
834 S. Clearview Pkwy.
Harahan, LA  70123
Phone: (504) 736-6440    Fax: (504) 731-4607


-----Original Message-----
From: Jeb Tate
Sent: Monday, July 30, 2018 2:42 PM
To: Mike Lockwood <MLockwood@jeffparish.net>; Paul Johnston <PJohnston@jeffparish.net>; Michael Yenni <MYenni@jeffparish.net>; Keith Conley <KConley@jeffparish.net>
Subject: RE: VoiceMail

Mike,

I just called the HOTLINE and rings to a cell phone at the Landfill. Apparently, whomever is responsible for clearing out the phone's voicemail was saving the messages, not deleting them, which maxed out the VM size limit.

Having a cell phone as a Hotline seems a bit odd. We can come up with an alternate solution using our phone system if necessary.

Jeb Tate
Information Technology Director
Jefferson Parish Government
(504) 736-6720


-----Original Message-----
From: Mike Lockwood
Sent: Monday, July 30, 2018 11:53 AM
To: Paul Johnston <PJohnston@jeffparish.net>; Michael Yenni <MYenni@jeffparish.net>; Keith Conley <KConley@jeffparish.net>
Cc: Jeb Tate <JTate@jeffparish.net>
Subject: RE: VoiceMail

The message requests that folks leave a text with the pertinent information. Instead, people are leaving long voice mail recordings that end up using the available storage space. The contractor has hired an additional staff person devoted to answering these calls.

Jeb -- is there a better way to do this?

Mike

Michael P. Lockwood, MSPH, Director
Jefferson Parish Department of Environmental Affairs
834 S. Clearview Pkwy.
Harahan, LA  70123

WC_JPLF_00413913

Phone: (504) 736-6440   Fax: (504) 731-4607

-----Original Message-----
From: Paul Johnston
Sent: Monday, July 30, 2018 11:48 AM
To: Mike Lockwood <MLockwood@jeffparish.net>; Michael Yenni <MYenni@jeffparish.net>; Keith Conley <KConley@jeffparish.net>
Subject: FW: VoiceMail

Guys, is someone checking the message box.
Paul

-----Original Message-----
From: Vicki Lore
Sent: Monday, July 30, 2018 9:25 AM
To: Bryan StCyr <BSTCyr@jeffparish.net>; Jean-Pierre Risey <JRisey@jeffparish.net>; Margaret Broussard <MBroussard@jeffparish.net>; Jay LeSaicherre <JLeSaicherre@jeffparish.net>
Cc: Paul Johnston <PJohnston@jeffparish.net>
Subject: RE: VoiceMail

This message was from Donna Shay who lives at 104 Tallulah (one house of the river) in River Ridge. She was calling to report the horrendous smell coming from the river on Saturday night at about 7:04. She said she called the "hotline" and could not leave a message because the message box was full. She would like for someone to contact her. Her number is 908-7564.

Vicki

-----Original Message-----
From: Johnston.CouncilDist2@WBMSS.jeffparish.net <Johnston.CouncilDist2@WBMSS.jeffparish.net>
Sent: Saturday, July 28, 2018 7:17 PM
To: Bryan StCyr <BSTCyr@jeffparish.net>; Jean-Pierre Risey <JRisey@jeffparish.net>; Margaret Broussard <MBroussard@jeffparish.net>; Jay LeSaicherre <JLeSaicherre@jeffparish.net>; Vicki Lore <VLore@jeffparish.net>
Subject: VoiceMail

Voice message copy

Caller: 15049087564
Duration: 01:03

To hear the voice message, play the attached recording or call your Messaging mailbox.

Messaging access number: 5043495900

---

Please be advised any information provided to Jefferson Parish Government may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.

WC_JPLF_00413914