## WCA March Meeting

| | |
|---|---|
| From: | Bernard Menge <bmenge@cox.net> |
| To: | Waggaman Civic Association <bmenge@cox.net> |
| Sent: | March 3, 2016 11:07:53 AM CST |
| Received: | March 3, 2016 11:24:55 AM CST |

To all Waggaman Civic Association members and guests:

In attendance tonight, there were 34 members, 2 non members, and guests including, Captain Sean Lusk- JPSO 3rd District Commander, Casey Jumpiere- Assistant to Mark Spears Third District Councilman, Dave Schnake- Director of Human Resources Cornerstone Chemical Co., Rick Buller- JP Landfill Engineer, Thom Czischke- Associate Engineer Progressive Waste Solutions

Robert Billiot- State Representative District 83, was not able to attend due to other commitments. Vic Culpepper planned to, but was not able to attend.

Remember to visit the Waggaman Civic Association web page, and the Waggaman Development Group Facebook page. These pages contain a lot of information, and are kept up to date. Here are the links for your convenience. Please save them to your Favorites for easy access in the future. Click here:
http://www.waggamancivic.org/ and here:
https://www.facebook.com/pages/Waggaman-Development-Group/267374469969800

The Waggaman Civic website is down. It is being worked on and should be back up soon.

The Waggaman Civic Association would like to welcome our new member, Cristin Menyweather. She is the Principal of Cherbonnier/Rillieux Elementary School, and a Waggaman resident.

The concrete tables and bench project for Cherbonnier/Rillieux Elementary School is moving along, and installation should take place soon. This will be a nice improvement to our school.

Vic Culpepper called and asked me to let the group know he is aware of odor issues, and they are working hard to reduce the odor problem. He said he is aware of recent complaints, and will have an update at our April meeting.

Captain Lusk reported on crime in Waggaman. There were many false burglar alarms. Please take measures to eliminate false alarms. Sean said they are being very proactive in the area and their efforts have been working to get the bad guys off the streets. The big story, the murder of a 14 year old boy by his father, was discussed. If you haven't heard about it, you can read all about here:
http://www.nola.com/crime/index.ssf/2016/02/bond_set_for_father_stepmother.html

There were also some good discussions on jails and non violent crime. Capt. Lusk had a few examples based on his experience with youngsters, and how the parents don't hold them accountable at an early age, then they just continue with bad behavior until they get arrested and sent to jail. Many members expressed their opinions about proper parental supervision as being part of the problem today.

I mentioned to Capt. Lusk the T.J. Park surveillance cameras are up and running, and someone with the JPSO has access to the network. Capt. Lusk will follow up and fine out who has the access.

Dave Schnake gave us the update on the ammonia plant progress. He said they are doing the commissioning of each piece of equipment, and they expect production to begin in late May or early June. He said many of the contract workers are gone. They went from about 900, and are down to about between 100 to 200 left on site. The large parking lot is being reclaimed. The gravel is being removed, and dirt is being brought in. This will restore the area to green space.

Dave took questions about residents being alerted in the event of an emergency. Dave said they have internal protocol to follow for a major event. One of the things they do is notify Jefferson Parish. You can sign up for the Jeff Parish emergency alert system by going here: https://member.everbridge.net/index/892807736721515#/login or you can call 504-349-5360.

Dave mentioned the current ammonia plant is actually the third one on the property. He said there are other tenants on the Cornerstone property, and they all work together on safety. He said if something occurs in one area, they all know about it. Dave commented on the excellent safety history they have. The have a safety committee made up of all type workers. This has been very effective at identifying potential issues before they occur. Dave said you may get a letter from JP about permit for Cornerstone. Dave said this is just a renewal permit, and nothing new is going on.

Thom Czischke spoke about the scholarships available to Waggaman students. The deadline for applying is April 15. He is encouraging those interested to get their applications completed ASAP. They would like to make the awards by the first week in May.

Rick Buller spoke about ongoing work to reduce odors. They are adding more gas wells, and cover open cells every night. Rick said tours are available. If you are interested, you can contact him.

Casey Jumpiere mentioned the admiration he has for our civic group. He said we get things done, even if we have to do it ourselves. He attributed this to the consistent engagement of the members, and to the leadership of our group. We too feel the same about Casey, who has been very helpful for us.

Casey took notes on some comments, such as better lighting for the T.J. Park lighting for the parking lot on the library side. It is very dark. Cars are observed parked there at night, which leads one to believe they are doing drugs or whatever. This should be taken care of when we install the new pavilion. There will be sidewalks from the parking lot to the pavilion also.

The parking lots on both sides need resurfacing. Several members expressed their anxiety at getting this project completed by the parish. It's so bad; it's even dangerous to walk on. <u>Casey will follow up again for us.</u>

Landry mentioned we are still working on the large pavilion, but because of the size of this project, it will take a few more months to get it done.

Doris Adams updated us on the Easter Egg Hunt at T.J. Park. It will be on Saturday March 26 from 11 am to 1 pm. We have 5,000 eggs this year. The Boy Scouts will be selling concessions. We will be taking pictures of the kids with the Easter Bunny, and we will have a tot train ride. Doris will be putting out flyers to the schools, and I will forward to the group as well.

The meeting was adjourned, and we promptly commenced with our Birthday celebration.

Thanks to Beth Bonvillian for providing the Birthday cake and refreshments.

Thank you,

Bernard Menge
Vice-President
Waggaman Civic Association

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6125 / Virus Database: 4409/10569 - Release Date: 09/03/15

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6125 / Virus Database: 4409/10569 - Release Date: 09/03/15

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6140 / Virus Database: 4435/10777 - Release Date: 10/07/15

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6173 / Virus Database: 4457/10953 - Release Date: 11/05/15

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6176 / Virus Database: 4477/11105 - Release Date: 12/03/15

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2016.0.7357 / Virus Database: 4522/11573 - Release Date: 02/07/16

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2016.0.7442 / Virus Database: 4530/11630 - Release Date: 02/15/16

JP_JPLF_00414189