Exhibit 22

Jefferson Parish Landfill
Odor Control
2015 Annual Odor Complaint Report

| ACTIVITIES PERFORMED AT AND AROUND LANDFILL TO CONTROL ODORS | |
| --- | --- |
| Daily cover placed and documented every night | Monitor odor daily at checkpoints on Live Oak Blvd. |
| Random load inspections | Respond to and document all odor complaints 24/7 |
| Daily log of weather, location, daily cover, wind | Sewage Sludge is not allowed within 2 hours of close |
| Employees were trained to use Nasal Ranger when needed | Sewage Sludge trucks are held apart at scale house |

| | January | February | March | April | May | June | July 7/22/15 | August 8/5/15 | September 9/29/15 | October | November | December |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Date | | | | | | | | | | | | |
| Date | | | | | | | | | | | | |
| Date | | | | | | | | | | | | |
| Date | | | | | | | | | | | | |
| Date | | | | | | | | | | | | |
| Date | | | | | | | | | | | | |
| Date | | | | | | | | | | | | |
| Totals | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 |

## Number of Complaints



WC_JPLF_00194196

Jefferson Parish Landfill
Odor Control
2015 Annual Odor Complaint Report



WC_JPLF_00194197