**To:**    Chris Ruane[ChrisR@WasteConnections.com]
**From:**    Brett O'Connor
**Sent:**    Thur 9/29/2016 10:38:10 PM
**Subject:**    Jefferson Parish Odor Control Plan
**Received:**    Thur 9/29/2016 10:38:11 PM
Attachment O - Odor Control.pdf
ATT00001.txt

Attached is the odor control plan that is a part of our contract at JP for your information. As a bargaining chip with the Monroe attorney we could implement something similar.

I was also thinking that some type of PR material could be made up (pamphlet, brochure, booklet, etc) that can be handed out to residents when a complaint is made. It could give information on what a landfill is, their environmental control structures, gas, odors, diagrams, etc to help educate the communities so they don't think we're the 50's style dumps where we start fires, shoot rats, and drink beer (oh the good ol days).

WC_JPLF_00418548

# ATTACHMENT O

# ODOR CONTROL PROGRAM

WC_JPLF_00418549

## Odor Control Program

1. **The Contractor Shall Perform the Following Routine Activities**
   - Inspection of daily cover installation and maintenance (document time and place, describe, photograph and manually measure thickness, if needed)
   - Notify landfill operator and Landfill Engineer of inadequate cover
   - Notify Landfill Engineer, document and photograph if not repaired
   - Measure and document odor intensity of sludge loads using Nasal Ranger
   - Random monitoring incoming solid waste loads
   - Monitor odor intensity at checkpoints on Live Oak Blvd.
   - Inspect closed landfill areas for leachate seeps, odor sources, erosion, exposed garbage; document and notify Landfill Operator and Landfill Engineer
   - Document weather (wind speed, direction, humidity, cloud cover, rain, temperature, etc.)
   - Maintain daily log
   - Maintain database of Check Point odors, sludge and waste load odors
   - Operate and maintain misting system,
     - o Replace filters on schedule
     - o Check pump pressure; record settings
     - o Perform minor repairs as needed
     - o Remove, replace and clean nozzles on schedule
     - o Drain and disinfect water tank as needed
     - o Replace odor control chemical barrel as needed
     - o Check weather station for operation
     - o Inventory chemicals, filters, replacement nozzles, fittings and hose; notify Landfill Engineer of needs in advance
   - Respond to odor complaints

2. **The Contractor Shall Respond to Odor Complaints**
   - Document complaint: name, location, date, time, description, weather conditions
   - Document odor intensity at location as soon as possible
   - Monitor odors upwind toward source; if possible
   - Check and document conditions at landfill (open/closed, cover condition, possible sources)
   - Report to Operator and Landfill Engineer
   - Maintain database of complaints

3. **Personnel Qualifications and Training**
   - Mechanical aptitude for pump and misting system maintenance
   - Some solid waste operation experience
   - Nasal Ranger training and certification
   - Computer literacy

WC_JPLF_00418550

4. **Misting System Components**
- Water tank and filters
- High pressure pump
- Chemical injection pump
- Approximately 2,000 ft. hydraulic hose mounted on 12-foot poles
- 130 Galvanized or brass fittings, tees, nozzles
- Weather station with control unit
- Electric phase converter

5. **Equipment Provided by Jefferson Parish**
- Misting system, described above
- Two Nasal Rangers
- Repair or replacement of equipment costing more than $100.00
- Odor control chemicals for misting system

6. **Equipment Provided by Contractor**
- Nasal Ranger cartridges
- Tools for maintenance
- Transportation in landfill and on streets outside landfill
- Man-lift to access nozzles, water tank and weather station
- Computer
- Digital camera
- Repair or replacement of equipment costing less that $100.00

7. **Hours of Operation**
- Monday – Saturday; 6:00 am – 6:30 pm CDT (5:30 pm CST)
- Sunday; 6:00 am – 12:00 pm
- Odor complaint response – as soon as possible during scheduled work hours
- Available for emergency call-out 24 hours (provide contract information)

8. **Annual Report**
- Submit annual report every January 31 for the preceding year
- Summarize activities
- Quantify amount and names of odor control chemicals used
- Summarize equipment maintenance
- Summarize odor complaints:
- Graph number of complaints per month
- Correlate to weather; time of day
- Map of locations with corresponding wind direction and speed
- Correlation to landfill activities or conditions
- Evaluation of any new odor control activities
- Recommendations for improvement

WC_JPLF_00418551



## JEFFERSON PARISH LANDFILL ODOR COMPLAINT FORM



| ODOR COMPLAINT |
| --- |

COMPLAINANT NAME: _____

COMPLAINANT ADDRESS: _____

DATE COMPLAINT CALLED IN: _____

TIME COMPLAINT CALLED IN: _____

COMPLAINANT DESCRIPTION OF ODOR: _____

COMPLAINANT DESCRIPTION OF INTENSITY: _____

| INSPECTION & RESPONSE |
| --- |

INSPECTOR NAME: _____

DATE OF COMPLAINT INVESTIGATION: _____

TIME OF COMPLAINT INVESTIGATION: _____

ODOR DESCRIPTION: _____

NASAL RANGER READING: _____

| WEATHER CONDITIONS AT TIME OF RESPONSE (OBSERVED BY INSPECTOR) |
| --- |

WIND DIRECTION: _____

WIND SPEED: _____

TEMPERATURE: _____

HUMIDITY: _____

WEATHER CONDITIONS: _____

| COMMENTS & OBSERVATIONS |
| --- |

| ODOR TRACKING DATA | | |
| --- | --- | --- |
| TIME | CHECKPOINT | NR READING |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



# JPL ODOR CHECKPOINT FORM



INSPECTOR NAME: [                    ]          DATE: [                    ]

* Wind Info Approximated in Field by Inspector

| INSPECTION INFO | WIND & MIST | INSPECTION TYPE | NR READING | ODOR TYPE |
|---|---|---|---|---|
| CHECKPOINT: [ ] <br> TIME: [ ] | WIND DIR: [ ] <br> WINDSPEED: [ ] <br> MISTING: [ ] | | | |
| CHECKPOINT: [ ] <br> TIME: [ ] | WIND DIR: [ ] <br> WINDSPEED: [ ] <br> MISTING: [ ] | | | |
| CHECKPOINT: [ ] <br> TIME: [ ] | WIND DIR: [ ] <br> WINDSPEED: [ ] <br> MISTING: [ ] | | | |
| CHECKPOINT: [ ] <br> TIME: [ ] | WIND DIR: [ ] <br> WINDSPEED: [ ] <br> MISTING: [ ] | | | |
| CHECKPOINT: [ ] <br> TIME: [ ] | WIND DIR: [ ] <br> WINDSPEED: [ ] <br> MISTING: [ ] | | | |
| CHECKPOINT: [ ] <br> TIME: [ ] | WIND DIR: [ ] <br> WINDSPEED: [ ] <br> MISTING: [ ] | | | |
| CHECKPOINT: [ ] <br> TIME: [ ] | WIND DIR: [ ] <br> WINDSPEED: [ ] <br> MISTING: [ ] | | | |
| CHECKPOINT: [ ] <br> TIME: [ ] | WIND DIR: [ ] <br> WINDSPEED: [ ] <br> MISTING: [ ] | | | |
| CHECKPOINT: [ ] <br> TIME: [ ] | WIND DIR: [ ] <br> WINDSPEED: [ ] <br> MISTING: [ ] | | | |
| CHECKPOINT: [ ] <br> TIME: [ ] | WIND DIR: [ ] <br> WINDSPEED: [ ] <br> MISTING: [ ] | | | |

WC_JPLF_00418553



Jefferson Parish Landfill

Landfill Odor Monitoring Points

WC_JPLF_00418554



WC_JPLF_00418556