Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2              CIVIL ACTION NO.  18-7889, C/W 18-8071,
                                  18-8218, 18-9312
 3              CIVIL ACTION NO.  19-11133, C/W 19-14512
    - - - - - - - - - - - - - - - -
 4  ELIAS JORGE "GEORGE"
    ICTECH-BENDECK,
 5       Plaintiff,                   DEPOSITION OF:
         vs.                        JOSE SANANES SANGROS
 6  WASTE CONNECTIONS BAYOU,
    INC., ET AL.,
 7       Defendants.
 8
    RELATED CASE:
 9  FREDERICK ADDISON, ET AL.,
         Plaintiffs,
10       vs.
    LOUISIANA REGIONAL LANDFILL
11  COMPANY, ET AL.,
         Defendants.
12  - - - - - - - - - - - - - - - -
13
14
15          TRANSCRIPT of the stenographic notes of
16  the proceedings in the above-entitled matter as
17  taken by and before RUTHANNE UNGERLEIDER, a
18  Certified Court Reporter and Notary Public of the
19  State of New Jersey, held at the office of RAMBOLL,
20  101 Carnegie Center Drive, Princeton, New Jersey, on
21  Wednesday, April 10, 2024, commencing at
22  approximately 10:13 in the forenoon.
23
24
25
```

1   Waste in New Jersey.  So, in that instance, I did
2   advise with respect to the management of odors and so
3   on.
4              If you're talking about whether this
5   landfill was also receiving putrescible materials,
6   the typical household type waste, it was not
7   receiving that type of waste.
8        Q     In paragraph 40(b)i, you note that
9   "Jefferson Parish failed to ensure that Waste
10  Collections, its landfill operator, operated and
11  maintained the landfill gas collection and leachate
12  collection systems so as to prevent noxious odors
13  from escaping from the landfill, foreseeably
14  affecting neighboring individuals."
15             Do you see that?
16       A     Yep.
17       Q     First of all, in the -- in paragraph
18  (a), you note -- you say -- you conclude your
19  paragraph by saying "thereby causing noxious odors to
20  escape the landfill and harm the neighboring
21  individuals," and then in (b)i you say "foreseeably
22  affecting the neighboring individuals."
23             Do you see those two words?
24       A     Yeah.
25       Q     Do you mean different things by those

1   two words?
2       A      I don't believe so.
3       Q      That was an elegant variation?
4       A      I don't know if it's elegant, but a
5   variation I guess.
6       Q      How do you define "neighboring
7   individuals"?
8       A      Neighboring individuals are -- in the
9   case of -- in the case of gas is anybody that can
10  perceive the odors of that gas from the landfill
11  is -- is a neighbor.  You know, it doesn't have to be
12  your immediate, you know, adjoining property owners.
13             As you know, gas travels, and anybody
14  that perceives it could be affected -- an affected
15  individual.
16      Q      So you're using the word "neighbor" here
17  differently than you might use the word "neighbor" to
18  describe people who live near you?
19      A      In the way -- I think the "neighborhood"
20  definition is just a little bit broader.
21             So the people that are adjacent to you
22  are still your neighbors, it doesn't take that away,
23  but in the context of landfill gas, if -- if that
24  neighborhood -- that neighborhood extends beyond your
25  immediate property owner because the gas doesn't

1   stop, gas doesn't know who owns what lot, it's just
2   going to move.
3        Q    How far away from a landfill is harm
4   foreseeable to the municipal solid waste landfill?
5        A    How far?
6             Well, certainly your adjoining
7   properties.
8             To the extent that there's any
9   complaints that are received, you know, the record
10  shows that there's plenty of concerns that are
11  emanating from all throughout the area, those would
12  be foreseeable neighbors, at least gives you warning
13  that something may be happening that people are
14  complaining about operations.
15       Q    Did you assess the complaints that were
16  made with respect to the Jefferson Parish Landfill in
17  this case?
18       A    I did -- I looked at the mapping of
19  those complaints.
20       Q    Did you assess the descriptions of odors
21  made in those complaints?
22       A    I may have looked at that.  I don't
23  recall exactly what they said, but the main focus was
24  the distribution of those odors.
25            I do remember that figure that shows,

```
                                                          Page 74
 1    you know, the points where the -- the complaints were
 2    being made.
 3           Q      Did you look at any individual
 4    complaints?
 5                  Or, I'm sorry, let me ask that
 6    differently.
 7                  Did you look at any individual records
 8    of complaints?
 9           A      No.
10           Q      So did you compare the time of any
11    particular complaint to the wind direction at the
12    time the complaint was made?
13           A      No, there was other experts that were
14    looking at that.
15           Q      And so you did not look at the
16    description of any odor made in a particular
17    complaint with respect to whether it was attributable
18    to the Jefferson Parish Landfill?
19                  MR. FOSTER:  Objection, form.
20                  Go ahead and answer.
21           A      Can you repeat the question?
22           Q      Maybe.
23                  You did not look at the description of
24    any odor made in a particular complaint with respect
25    to whether it was attributable to the Jefferson
```

Page 75

1   Parish Landfill?
2           MR. FOSTER:  Same objection.
3       A   So if the question is whether I looked
4   at a complaint that was specifically related to
5   Jefferson Parish, the answer is no.
6           I did not look at individual complaints
7   that pinpointed or tried to identify where the origin
8   of the complaint was.
9       Q   So you looked at a map of complaint
10  locations, correct?
11      A   Correct.
12      Q   And based on that map of complaint
13  locations, you would define each location as the
14  neighbor of the landfill?
15      A   Potentially.
16          Obviously, that needs to be vetted, but
17  potentially it could extend as far out as the
18  farthest of those complaints.
19      Q   Have you ever advised an operating a
20  municipal solid waste landfill on the scope of
21  foreseeable harm due to odors?
22      A   No.
23      Q   Do you plan to testify in this case as
24  to a specific distance from the landfill within which
25  harm is foreseeable?

1     A     No.
2     Q     I'll stop sharing while I navigate the
3  document.
4           So I'm looking now at section 9.3 of
5  your second supplemental report.
6           For thoroughness, this is Exhibit 1533.
7           I'd like to look at paragraph 67.
8           Sorry, I misspoke.
9           I'm looking at section 10, Ramboll's --
10 covering Ramboll's November 4 to 8, 2019 inspection
11 and gas characterization report.
12          Were you on site during that landfill
13 gas -- sorry.
14          Were you on site during that site
15 investigation?
16    A     No, I was not.
17    Q     Have you ever been to the Jefferson
18 Parish Landfill?
19    A     I have not.
20    Q     I believe you previously described your
21 role as quarterbacking the site inspection.
22    A     Yeah, that sounds right.
23    Q     Okay.
24          This notes that hydrogen sulfide
25 detected in all landfill phases was above the typical