UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs | CIVIL ACTION |
| **VERSUS** | NO. 19-11133, c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants | SECTION: "E" (5) |
| *Applies to: All Cases* | JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## AFFIDAVIT OF MATTHEW K. STUTZ, P.E.

STATE OF TEXAS

TARRANT COUNTY

BEFORE ME, the undersigned Notary Public, personally came and appeared Matthew K. Stutz, P.E., a resident of the full age of majority of the State of Texas, who being duly sworn did attest to personal knowledge of the following:

1. I am a professional environmental engineer licensed to practice in Louisiana and fourteen other states. I possess a Bachelor of Science degree in Civil/Environmental Engineering from the University of Texas at Arlington. I have practiced environmental engineering for over 27 years and am the Principal/Manager of the Weaver Consulting Group's landfill gas and air quality compliance groups. I am responsible for coordinating complete integration of landfill gas and Air Quality services, from conceptualization, through design, construction, and operations. I have assisted several sites with odor control studies, odor management plans, and odor control systems. My experience also includes Hydrogen sulfide sampling and remediation.

1

2. I originally issued an expert report in this matter on April 30, 2021 and later issued an addendum to my expert report on April 4, 2024. The documents I have reviewed relevant to this matter are referenced in the aforementioned expert reports or are cited and attached hereto.

3. I submit this affidavit in opposition to the motion by Plaintiffs in this matter to exclude my testimony on some of the opinions identified in my reports.

4. The plaintiffs have criticized my use of hydrogen sulfide ($H_2S$) concentrations measured in 2008 in the Hwy 90 Construction & Demolition (C&D) debris landfill, suggesting that the landfill's acceptance of high volumes of vegetative waste after Hurricane Katrina affected the concentration of $H_2S$. That suggestion is not correct, as noted in a study of the generation of $H_2S$ in such landfills.

> C&D debris landfills that accept drywall should expect $H_2S$ concentrations even without the presence of a carbon source (i.e., yard waste). The presence of yard waste at C&D debris landfills is neither harmful nor helpful in $H_2S$ production, because under ideal conditions the paper backing provides enough carbon for bacterial activity. Under long-term conditions, yard waste could provide additional carbon sources besides the paper backing, but sulfate sources could be depleted by then.[1]

5. Based on my experience at several C&D landfills, and especially C&D landfills in areas more prone to floods and hurricanes, it is reasonable to assume that the $H_2S$ concentration obtained in 2008 at the Hwy 90 Landfill is a valid concentration for 2017 through 2019.

6. EPA data shows that 10% of discarded material during construction is drywall and 2.4% from demolition.[2] Given that most of what occurs after a hurricane is demolition, the percentage of drywall is lower given the increase in other materials such as concrete, bricks,

---

[1] Townsend, Timothy, Chadik, Paul, Bitton, Gabriel, Booth, Matthew, Lee, Sue, Yang, Kenton, *Gypsum Drywall Impact on Odor Production at Landfills: Science and Control Strategies* (2002), attached hereto as Exhibit 1, at p. 75.
[2] U.S. EPA. 2018. *Construction and Demolition Debris Generation in the United States, 2015*, attached hereto as Exhibit 2, at pp. 18-19.

wood, carpet, carpet pads, and insulation. So, during non-flood events, construction activities would be the predominant source of drywall to the Hwy 90 Landfill followed by demolition during flood events. As such, it is possible that on a day-by-day or week-by-week basis, the percentage of drywall received at the site could have some variation, however, it does not appear that there are any major shifts in the percentage of drywall accepted or banned from the Hwy 90 Landfill.

7. The waste acceptance is a critical factor in estimating emissions. Only an outright ban or implemented program to reduce drywall at the Hwy 90 Landfill would affect a reduction in concentration. No such plan or ban was in place at the Hwy 90 Landfill.

8. Even if storms or floods temporarily changed the proportion of gypsum drywall in C&D waste disposed at the Hwy 90 Landfill, the area the Hwy 90 Landfill serviced continued to have hurricanes, storms, and floods after Hurricane Katrina, from 2006 through 2019. See Appendix, summarizing hurricane, tropical storm, and flash flood events. There is no reason to believe the percentage of drywall in the total waste accepted varied considerably.

9. Plaintiffs also questioned me about whether Hwy 90 Landfill's 2010 rescission of a permit application for passive flares affects my analysis of the $H_2S$ concentration at that landfill. Nothing in Hwy 90's correspondence indicated that $H_2S$ concentrations had been necessary for the flare to work in the first place. For a passive flare to maintain a flame, a sufficient amount of methane gas is needed. Methane generation comes from the decomposition of organic material (e.g. vegetative waste) and not from the decomposition of gypsum drywall, which produces $H_2S$. As noted, there was an increase in vegetative waste following Hurricane Katrina, after which following cleanup activities, it appears that the vegetative waste received at the site declined. It is most likely this decline in organic

material and thus a decline in the methane volumes would have led to passive flares not being able to sustain a flame.

10. Plaintiffs also questioned me about Hwy 90's estimate of $H_2S$ in 2010, when it rescinded its permit application. In this permit application, 2,000 ppm was used for the $H_2S$ concentration. As I explained in my deposition, I had seen that estimate but I did not use it because I did not know anything about that data point, where it was taken, how many samples were collected, what instrument was used, or what it represents. In contrast, the 2008 measurements of $H_2S$ were taken from four probes placed into the waste mass, approximately 20 feet deep. These 2008 concentrations were measured using a LandTec GEMS 2000 and ranged from 2,000 to 3,800 ppm. Given the lack of specifics surrounding this 2010 concentration compared to the information provided for the 2008 concentrations, the average of the 2008 concentration was chosen. This would follow proper scientific and engineering judgment as the readings in 2008 would be more reliable given the information surrounding the sampling was provided.

11. I understand that the plaintiffs have criticized my use of the model LandGEM to estimate landfill gas emissions from Hwy 90 Landfill because it is a C&D landfill. However, LandGEM has been and is used to model C&D landfills to estimate emissions. This is done by applying appropriate factors, which the EPA has published for C&D landfills in 40 CFR 98 Subpart HH, Table HH-1. These factors can be used in LandGEM.

12. The comments formulated above are not new opinions and only serve to supplement my April 4, 2024 expert report addendum to address certain criticisms expressed by Plaintiffs in their June 6, 2024 Motion to Exclude Expert Opinions, Reports, and Testimony of

Matthew Stutz. The statements presented herein are made to a reasonable degree of engineering certainty.

Fort Worth, Texas, this 13 day of June 2024.

*[signature]*

Matthew K. Stutz, P.E.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 13th DAY
OF June, 2024.

*[signature]*
NOTARY PUBLIC

P RENEE WEINFUSS
Notary ID #12261483
My Commission Expires
March 3, 2025

5

**APPENDIX TO THE AFFIDAVIT OF MATT STUTZ**

Timeline of Hurricanes, Tropical Storms, and Flood Events in the New Orleans Area.

| Date | Event |
|---|---|
| 8/28/2005 | Hurricane Katrina |
| 9/23/2005 | Storm Surge |
| 12/21/2006 | Flash Flood |
| 10/22/2007 | Flash Flood |
| 4/26/2008 | Flash Flood |
| 6/15/2008 | Flash Flood |
| 6/29/2008 | Flood |
| 9/1/2008 | Hurricane Gustave |
| 9/11/2008 | Hurricane Ike |
| 3/27/2009 | Flash Flood |
| 9/13/2009 | Flash Flood |
| 11/9/2009 | Hurricane Ida |
| 12/12/2009 | Flash Flood |
| 4/23/2010 | Flash Flood |
| 5/16/2010 | Flash Flood |
| 9/2/2011 | Tropical Storm Lee |
| 9/2/2011 | Tropical Storm Cindy |
| 4/3/2012 | Flash Flood |
| 4/4/2012 | Flash Flood |
| 7/20/2012 | Flash Flood |
| 8/9/2012 | Flash Flood |
| 8/28/2012 | Hurricane Isaac |
| 8/29/2012 | Flash Flood |
| 5/2/2013 | Flash Flood |
| 11/26/2013 | Coastal Flood |
| 5/9/2014 | Flash Flood |
| 4/14/2015 | Flash Flood |
| 5/31/2015 | Flash Flood |
| 10/25/2015 | Coastal Flood |
| 4/1/2016 | Flash Flood |
| 6/20/2017 | Hurricane Barry |
| 8/5/2017 | Flash Flood |
| 8/8/2017 | Flash Flood |
| 10/2/2017 | Flash Flood |
| 10/7/2017 | Storm Surge |
| 5/18/2018 | Flash Flood |
| 7/3/2018 | Flash Flood |
| 8/18/2018 | Flash Flood |
| 10/15/2018 | Flood |
| 5/12/2019 | Flash Flood |

| | |
|---|---|
| 7/10/2019 | Flash Flood |
| 7/11/2019 | Storm Surge |
| 7/12/2019 | Tropical Storm Frances |
| 7/20/2019 | Flash Flood |
| 8/26/2019 | Flash Flood |

NOLA Ready, The City of New Orleans, *Hazard Mitigation Plan Tropical Cyclones*, available at https://ready.nola.gov/hazard-mitigation/hazards/tropical-cyclones/, last visited June, 13, 2024.

Table 22: **Tropical Cyclone (Hurricane) Events, Orleans Parish, 1994-2019**

| Date | Type | Name | Deaths | Injuries | Property Damage |
|---|---|---|---|---|---|
| 7/17/1997 | Hurricane (Typhoon) | Hurricane Danny | 0 | 0 | $0 |
| 9/27/1998 | Hurricane (Typhoon) | Hurricane Georges | 0 | 0 | $6,000,000 |
| 10/2/2002 | Hurricane (Typhoon) | Hurricane Lilli | 0 | 0 | $5,540,000 |
| 9/15/2004 | Hurricane (Typhoon) | Hurricane Ivan | 0 | 0 | $240,000 |
| 7/5/2005 | Hurricane (Typhoon) | Hurricane Cindy | 0 | 0 | $17,000,000 |
| 8/28/2005 | Hurricane (Typhoon) | Hurricane Katrina | 638 | 0 | $3,560,000,000 |
| 9/1/2008 | Hurricane (Typhoon) | Hurricane Gustav | 0 | 0 | $6,170,000 |
| 8/28/2012 | Hurricane (Typhoon) | Hurricane Isaac | 0 | 0 | $26,800,000 |
| Totals | | | 638 | 0 | $3,621,750,000 |

Source: NOAA National Centers for Environmental Information

A-3

Table 23: **Tropical Storm Events, Orleans Parish, 1994-2019**

| Date | Type | Magnitude | Deaths | Injuries | Property Damage |
|---|---|---|---|---|---|
| 9/10/1998 | Tropical Storm | Tropical Storm Frances | 0 | 0 | $4,300,000 |
| 9/19/1998 | Tropical Storm | Tropical Storm Hermine | 0 | 0 | $0 |
| 8/4/2002 | Tropical Storm | Tropical Storm Bertha | 0 | 0 | $0 |
| 9/14/2002 | Tropical Storm | Tropical Storm Hanna | 0 | 0 | $0 |
| 9/25/2002 | Tropical Storm | Tropical Storm Isidore | 0 | 0 | $6,390,000 |
| 6/30/2003 | Tropical Storm | Tropical Storm Bill | 0 | 0 | $2,000,000 |
| 10/9/2004 | Tropical Storm | Tropical Storm Matthew | 0 | 0 | $3,000 |
| 7/10/2005 | Tropical Storm | Hurricane Dennis | 0 | 0 | $0 |
| 9/23/2005 | Tropical Storm | Hurricane Rita | 0 | 0 | $0 |
| 9/11/2008 | Tropical Storm | Hurricane Ike | 0 | 0 | $100,000 |
| 11/9/2009 | Tropical Storm | Hurricane Ida | 0 | 0 | $0 |
| 9/2/2011 | Tropical Storm | Tropical Storm Lee | 0 | 0 | $10,000 |
| 9/2/2011 | Tropical Storm | Tropical Storm Cindy | 0 | 0 | $10,000 |
| 6/20/2017 | Tropical Storm | Hurricane Barry | 0 | 0 | $0 |
| 7/12/2019 | Tropical Storm | Tropical Storm Frances | 0 | 0 | $0 |
| Totals | | | 0 | 0 | $12,813,000 |

Source: *NOAA National Centers for Environmental Information*

A-4

NOLA Ready, The City of New Orleans, *Hazard Mitigation Plan*, *Flooding*, available at https://ready.nola.gov/hazard-mitigation/hazards/tropical-cyclones/, last visited June, 13, 2024.

### Table 15: Historical Floods in Orleans Parish with Locations from 1994 – 2019

| Date | Type | Cause | Location | Location |
|---|---|---|---|---|
| 8/29/2005 | Storm Surge/Tide | | | |
| 9/23/2005 | Storm Surge/Tide | | | |
| 12/21/2006 | Flash Flood | Heavy Rain | New Orleans | New Orleans |
| 10/22/2007 | Flash Flood | Heavy Rain | Vieux Carre | Gentilly |
| 4/26/2008 | Flash Flood | Heavy Rain | Algiers | Algiers |
| 6/15/2008 | Flash Flood | Heavy Rain | Algiers | Vieux Carre |
| 6/29/2008 | Flood | Heavy Rain | Vieux Carre | Vieux Carre |
| 9/1/2008 | Storm Surge/Tide | | | |
| 9/11/2008 | Storm Surge/Tide | | | |
| 3/27/2009 | Flash Flood | Heavy Rain | Algiers | Gentilly |
| 9/13/2009 | Flash Flood | Heavy Rain | Lee | Lee |
| 12/12/2009 | Flash Flood | Heavy Rain | Vieux Carre | Little Woods |
| 4/23/2010 | Flash Flood | Heavy Rain | New Orleans | New Orleans |
| 5/16/2010 | Flash Flood | Heavy Rain | New Orleans | New Orleans |
| 9/2/2011 | Storm Surge/Tide | | | |
| 4/3/2012 | Flash Flood | Heavy Rain | New Orleans | Gentilly |
| 4/4/2012 | Flash Flood | Heavy Rain | New Orleans | Algiers |
| 7/20/2012 | Flash Flood | Heavy Rain | New Orleans | Vieux Carre |
| 7/20/2012 | Flash Flood | Heavy Rain | (New)Lkfrnt Arpt New | Vieux Carre |
| 8/9/2012 | Flash Flood | Heavy Rain | New Orleans | Algiers |
| 8/28/2012 | Storm Surge/Tide | | | |

Case 2:19-cv-11133-SM-MBN   Document 590-1   Filed 06/13/24   Page 11 of 11

| Date | Event Type | Cause | Location 1 | Location 2 |
|---|---|---|---|---|
| 8/29/2012 | Flash Flood | Heavy Rain / Tropical System | New Orleans | New Orleans |
| 5/2/2013 | Flash Flood | Heavy Rain | New Orleans | New Orleans |
| 11/26/2013 | Coastal Flood | | | |
| 5/9/2014 | Flash Flood | Heavy Rain | Mc Donoghville | Algiers |
| 5/9/2014 | Flash Flood | Heavy Rain | Mc Donoghville | Vieux Carre |
| 4/14/2015 | Flash Flood | Heavy Rain | Chef Menteur | South Pt |
| 5/31/2015 | Flash Flood | Heavy Rain | New Orleans | Mc Donoghville |
| 10/25/2015 | Coastal Flood | | | |
| 4/1/2016 | Flash Flood | Heavy Rain | New Orleans Lakefront | Vieux Carre |
| 6/21/2017 | Storm Surge/Tide | | | |
| 8/5/2017 | Flash Flood | Heavy Rain | Vieux Carre | New Orleans |
| 8/8/2017 | Flash Flood | Heavy Rain | Vieux Carre | Vieux Carre |
| 10/2/2017 | Flash Flood | Heavy Rain | Vieux Carre | Vieux Carre |
| 10/2/2017 | Flash Flood | Heavy Rain | Vieux Carre | Vieux Carre |
| 10/7/2017 | Storm Surge/Tide | | | |
| 5/18/2018 | Flash Flood | Heavy Rain | Gentilly | Algiers |
| 7/3/2018 | Flash Flood | Heavy Rain | Cutoff | Mc Donoghville |
| 7/3/2018 | Flash Flood | Heavy Rain | Cutoff | New Orleans |
| 8/18/2018 | Flash Flood | Heavy Rain | Mc Donoghville | Vieux Carre |
| 10/15/2018 | Flood | Heavy Rain | New Orleans | New Orleans |
| 5/12/2019 | Flash Flood | Heavy Rain | Mc Donoghville | Gentilly |
| 7/10/2019 | Flash Flood | Heavy Rain | New Orleans | New Orleans |
| 7/11/2019 | Storm Surge/Tide | | | |
| 7/20/2019 | Flash Flood | Heavy Rain | New Orleans | New Orleans |
| 8/26/2019 | Flash Flood | Heavy Rain | New Orleans | New Orleans |

Source: National Centers for Environmental Information, NOAA, Storm Events Database. Accessed May 2020.

A-6