

**WASTE CONNECTIONS INC.**
*Connect with the Future®*

May 30, 2018

Mr. Keith Conley, Chief Operating Officer
Jefferson Parish – Parish Presidents Office
834 S. Clearview Parkway
Harahan, LA 70123

RE: May 8, 2018 Meeting

Dear Mr. Conley:

The purpose of this letter is to follow up on our May 8, 2018 meeting between Jefferson Parish and Waste Connections (WCI) personnel. During the meeting you had requested we provide documentation related to the deficiencies of the pumping system at the Jefferson Parish Landfill during initiation of the operating contract of Phase 4A. Below is a summary timeline of the events that took place when the operating contract was initiated.

**General Timeline:**

- February 4, 2011 – <u>Addendum No. 3, Request for Proposals To Provide Landfill Operations, Management, and Maintenance Services for the Jefferson Parish Landfill, RFP – 0227.</u>  Question 77 found on Page 16 of 20 states: *"Will all leachate pumps, lift stations, aerators, and other major equipment be in full working order when the contractor assumes responsibility for maintenance?"* The Parish Answer: *"Yes."*
- May 12, 2012 – Signed Landfill Operational Contract between IESI LA Landfill Corporation (IESI) and the Parish of Jefferson.  This contract is to Operate, Manage, and Maintain the Jefferson Parish Sanitary Landfill Site.  IESI's full responsibilities were to commence following the completion of Services that were currently being maintained by the Waste Management Inc. (WMI) the current contractor.  As of the date of this contract, all leachate pumps, lift stations, aerators, and other major equipment have not been in full working order despite numerous attempts made by the Parish to WMI to fulfill their previous contract obligations.
- May 28, 2012 – IESI and their subcontractor commence earth work activities and cell construction on Phase 4A Cells 20/21.

**Exhibit**

**1145**

JP_JPLF_0019123

- May 1, 2013 – IESI takes over waste disposal operations and officially starts receiving waste in Phase 4A (Cell 20). WMI maintains representative on-site to complete contractual obligations such as construction and full closure of Phase 3B, asphalt the main haul road up to the intersection of Phase 3B and Phase 4A, electrical issues, leachate forcemain and entire leachate conveyance system repairs, main building repairs, and general improvements of deficiencies throughout the facility (Old landfill Phases I and II, Phase 3A, Phase 3B and surrounding areas and controls). Ultimately, the Parish pursued legal action against WMI for claims that WMI failed to complete their contractual obligations. The status of any resolution to legal actions or mutually agreed mediations resulting from operational and contractual deficiencies remains uncertain to WCI.

**Transition meeting(s) with IESI and Parish outlining non-conforming operational contract requirements and deficiencies between WMI and Jefferson Parish:**

- August 24, 2012 – Meeting at the Parish Administrative office between the Administration of Jefferson Parish and IESI to identify non-conforming operational contract requirements and facility deficiencies between WMI and Jefferson Parish. During the transitional period (throughout 2012 & 2013) several meetings were held between the Administration of Jefferson Parish and IESI to work hand in hand with all the deficiencies that need to be completed before IESI can take over those responsibilities. Mr. Jeff Palutis (IESI) followed up with an email summary discussed on the next bullet.

- September 17, 2012 *(Attachment 1)* – Mr. Jeff Palutis sends an email (Subject Jefferson Parish Operational Contract) to Jacques Molaison and Rick Buller summarizing the August 24th Meeting. The three page email summary starts out with: *"Jacques, Thank you for organizing the meeting on Friday August 24, 2012 regarding the Jefferson Parish operational contract. As requested, I'm sending you this email to summarize any current non-conforming operational contract requirements that will have to be completed prior to IESI/Progressive Waste Solutions taking over this contract from WMI. The items shown below are mostly pertaining to tasks not being performed as identified in the contract between the Parish of Jefferson and John Sexton Sand & Gravel dated October 1996; this Original Contract was sold, transferred, and assigned to Waste Management (WMI) on October 14, 1999."* The email summary gives a very good understanding of the numerous non-conforming operational contract issues and deficiencies. Additionally, at the request of the Parish, an estimated cost to complete each non-conforming issue was provided. The summary also stated that the list was *"not all inclusive"* and if the Parish wanted IESI to perform the work because WMI refused, that *"any additional work will need to be agreed upon and properly compensated"*. The email list was also prepared prior to

JP_JPLF_0019124

hurricane Isaac and any additional non-conforming deficiencies or operational requirements following the hurricane were not listed.

- September 21, 2012 *(Attachment 2)* – Mr. Jeff Palutis sends an email (Subject Jefferson Parish Meeting and follow-up issues discussed) to Rick Buller. " I want to thank you for raising the issues yet again, but at this point WMI needs to perform the activities and do the right thing."

    1.  Drainage around Phase 3B – *"...These Leachate seeps and spills have been an ongoing issue from day one."*

    2.  Leachate Seeps and running leachate into the Phase 4A/Phase 3B tie in area – *"... I know you have been after WMI for months to fix this, but they are not responding. Additionally, all four sides of the landfill are running heavy amounts of leachate in the drainage area. In my opinion, this type of situation takes years to build that much leachate head from not pumping..."*

    3.  Canal near Phase 3A/4B – *"as previously discussed the soil was removed (by WMI during previous operations) from the back side of the Levee potentially creating a slope failure during rain events when the canal is filling..."*

- September 21, 2012 *(Attachment 3)* – Mr. Jeff Palutis sends an email (Subject Sept 20 Jefferson Parish Construction Schedule.xlsx) to Rick Buller. More discussions about non-conforming operational issues with WMI. It reads: *"It is very important that WMI fix the Leachate spilling along the Phase 4A/Phase 3B tie in and along pump out the drainage ditches to complete the forcemain installation."*

- September 21, 2012 *(Attachment 4)* – Email to Rick Buller (Subject RE: Excavation pricing for daily cover). Additional operational issues, "Rick, there are so many issues at the site, that you may want to bring this option up to the city council just in case IESI (or its contractor) need to work on stuff that is time sensitive that WMI is not doing..."

- April 19, 2013 *(Attachment 5)* – Mr. Jeff Palutis sends an email to Marnie Winter. *"...As discussed in our Transition Meeting there are still many areas of the existing units not up to compliance or permit design. We will need these area(s) properly fixed and maintained prior to IESI taking over responsibilities for long term maintenance..."*

- April 22, 2013 *(Attachment 6)* – Mr. Jeff Palutis sends an email to Jacques Molaison, Marnie Winter, Rick Buller, and other IESI representatives. This email summarizes the recent Parish and IESI Transition Meeting and provides yet again bullet points of continued overwhelming deficiencies not resolved by the Parish and WMI. One bullet point reads: *"Jefferson Parish stated they would abide by the contract and hold WM's feet to the fire..."* Ultimately the Parish was not successful in working with WMI as many of the deficiencies were not resolved. This email also stated that the Parish performed its own in-house building inspection of deficiencies and sent the list of deficiencies to WMI on April 14,

3

JP_JPLF_0019125

2013; the Parish is waiting on an independent report of existing landfill units (as IESI will not take over maintenance of the existing units until everything is in compliance "*IESI (if possible) will help the Parish, but will need instruction and look for compensation of extra work needed.*"

- April 23, 2013 (Attachment 7 and 7A – Parish letter) – Email from Marnie Winters with letter attachment requesting Manny Silver (Entergy Louisiana, Inc.) to inspect the power lines and transformers serving Jefferson Parish Landfill.
- During operations in 2013, IESI assisted the Parish with leachate issues neglected from the previous contractor to help keep the site in compliance. Many of the tasks to assist the Parish were performed at no charge and in the spirit of cooperation. See (Attachment 8 and 8A - invoice) for one example of many.

## Parish Engineer Authorizes Partial Extra Work for Site Compliance and Failure of Parish/WMI to address site deficiencies (estimated, September 2013 – January 2014):

- As some of the extra work being performed by IESI to help the Parish started to uncover more complicated, additional, and previously existing deficiencies. The Parish Engineer ordered IESI to perform the extra work on a Time and Materials basis. The Time and Materials extra work was performed around September 2013 through January 2014. Even though many long hours, expense, and equipment time (IESI and IESI's subcontractors) was provided to the Parish to help keep things moving before the T&M extra work.
- IESI invoiced the Parish for the extra work performed as requested and followed up with a certified letter from IESI's Legal Counsel dated October 22, 2014. Resolution No. 124050, adopted by the Jefferson Parish Council December 10, 2014, IESI was paid for the extra work authorized and requested by the Parish Engineer. This extra work was minimal compared to the huge amount of non-conforming and deficiencies throughout the facility and years of neglect.
- The extra work was getting more complex and consuming much of the on-site Landfill Managers time and costs were about to start increasing significantly. As the extra work was being completed by IESI and their subcontractors, Rick Buller was drafting an "Additional Services Request" for much of the deficiencies requiring repair and correction due to incomplete work by the prior Landfill Contractor (WMI).
- December 2, 2013 – Rick Buller sends an Additional Services Request letter to Mr. Jeff Palutis, Director of Landfills (IESI). The request reads in part: "*Jefferson Parish requests that IESI begin work to address the deficiencies requiring repair and correction at the Jefferson Parish Sanitary Landfill due to incomplete work by the prior Landfill Contractor.*" The letter continued to read: "*For each of the tasks below, Jefferson Parish requests that IESI provide a cost estimate and unit costs to complete the tasks. Jefferson Parish will prepare a supplemental agreement for*

4

JP_JPLF_0019126

*approval by the* Parish Council and IESI for the compensation for the additional Services/Work." The Additional Services/Work requested was associated with: Surveying work for the Phase 3B incomplete final cover, completion of Phase 3B final cover, Phase 3B Ditches and Service road, Leachate forcemain leak from Lift Station No. 1 to Lift Station No. 2 Leachate pumps "remove all pumps from the leachate collection system risers and repair all pumps and appurtenances as noted on the attached Table entitled *"Inspection of Leachate Collection Systems."*, Cleaning Leachate Sumps, Leachate Pump Aerator/Lift Station Control Panels, and Electric Power Supply (Including replacement of transformers and work included in the *"Inspection of Power Poles"*).

- January 2, 2014 – IESI drafts a letter to Rick Buller in response to his December 2, 2013 Request for Additional Services. This letter was either provided informally or formally to Mr. Buller in early January 2014. The cost estimate to fulfill the Additional Services requested was over $2,400,000 and both parties agreed this was a WMI/Parish issue and should be resolved accordingly. Additionally, the extra work tasks were too big to undertake and could possibly take away valuable time associated with IESI's responsibilities to operate and maintain the current operations that were in compliance and to focus on proper disposal of waste in Phase 4A.

- On January 9, 2014, the Parish ordered IESI to stop the "Partial" extra work that was previously authorized by the Parish Engineer because the revised extra work associated with the Parish December 2, 2013 "Additional Services Request" was so enormous the Parish needed to consider other options (including forcing WMI to complete its contractual obligations).

- February 2014 (Attachment 9) – IESI generated an additional Punch List of deficiencies in addition to Mr. Buller's December 2, 2013 letter for Additional Services. The IESI Punch list continued to show deficiencies and issues not addressed by WMI and the Parish and over and beyond any other list generated at the time. The additional issues dealt with: General Issues throughout the facility, Phase I & II, Lift Station, Phase 3A, Phase 3B, Main Building, and Asphalt Road.

- November 26, 2014 (Attachment 10) – IESI contracted with Sigma Engineers to prepare hydraulic modeling of the forcemain system. The results of the modeling were shared with the Parish and their consultant, Infinity Engineering. This modeling was an out of scope item that IESI paid for in good faith and did not request compensation for the additional work that totaled over $44,000.

In summary, you can clearly see that the deficiencies with the leachate system were due to years of neglect by WMI. As noted above, the Parish stated in Addendum 3 that all leachate pumps, lift stations, aerators, and other major equipment be in full working order when the contractor assumes responsibility for maintenance. IESI acted as a critical partner with Jefferson Parish to identify and help build a case against WMI and their derelict of duties as it pertained to their operating contract. IESI was in constant communication with the

JP_JPLF_0019127

Parish's engineering and legal team while expending critical resources to help the Parish fix the issues outlined above. At the commencement of the operating contract IESI presumed the leachate pumping system was designed and maintained properly by WMI. With being told the pumping system would be operational IESI anticipated the annual operations and maintenance of landfill pumping systems to be minimal and essentially a negligible cost of operating the landfill.

If you have any questions, need any additional information or would like to consider a proposal from Waste Connections to correct the leachate pumping and conveyance system at the Landfill, please feel free to call me at (832) 442-2900 or email at RobN@WasteConnections.com.

Sincerely,

Rob Nielsen
Region Vice President

Attachments:
Attachment 1 – September 17, 2012 (email)
Attachment 2 – September 21, 2012 (email)
Attachment 3 – September 21, 2012 (email)
Attachment 4 – September 21, 2012 (email)
Attachment 5 – April 19, 2013 (email)
Attachment 6 – April 22, 2013 (email)
Attachment 7 – April 23, 2013 (email)
Attachment 7A – Attached Letter from April 23, 2013 email
Attachment 8 – June 12, 2013 (email)
Attachment 8A – Attached invoice from June 12, 2013 email
Attachment 9 – February 24, 2014 additional Punch list
Attachment 10 – November 26, 2014 (email) – Extra work Sigma Engineers

6

## Brett O'Connor

| | |
|---|---|
| **From:** | Jeff Palutis |
| **Sent:** | Monday, September 17, 2012 9:43 AM |
| **To:** | Jacques Molaison; RBuller |
| **Cc:** | Gus Bordelon; Mike Friesen; Phil Smith; Thomas Martyn |
| **Subject:** | Jefferson Parish Operational Contract |

Jacques,

Thank you for organizing the meeting on Friday August 24, 2012 regarding the Jefferson Parish operational contract. As requested, I'm sending you this email to summarize any current non-conforming operational contract requirements that will have to be completed prior to IESI/Progressive Waste Solutions taking over this contract from WMI. The items shown below are mostly pertaining to tasks not being performed as identified in the contract between the Parish of Jefferson and John Sexton Sand & Gravel dated October 1996; this Original Contract was sold, transferred, and assigned to Waste Management (WMI) on October 14, 1999.

We strongly encourage the Parish to make its own list of non-complying contract obligations as well, including any Permit conditions that may result in a possible NOV issued from the LA DEQ. Please keep in mind, this is a pre-hurricane Isaac summary and any additional operational requirements following the hurricane are not listed.

When IESI takes over this contract we may be required to perform and/or complete the tasks identified below to get the site in compliance and/or in acceptable operational standards. If the Parish decides to pursue IESI for an early operational contract any additional work will need to be agreed upon and properly compensated. Reviewing the current contact between the Parish and Sexton/WMI the list below although not all inclusive is what we believe WMI has not completed:

1. Sexton (WMI) shall furnish and Install bituminous paving from the area of the scale house to the beginning of Phase 3A (*this was completed – but is not currently being maintained*). However - **Prior to moving operations from Phase 3A to Phase 3B. The operator shall extend the bituminous paving from the beginning of Phase 3A to the beginning of Phase 3B at its expense.** The same design shall be used for installation of this segment as was used in the first segment roadway.

   a. This was not done and IESI feels this should be completed as soon as reasonably possible to avoid our internal haul trucks from unnecessary wear and tear. The current large potholes along the main access and haul roads leading to the working face of Phase 3B also pose a safety issue to incoming trucks having to navigate away from the potholes and enter into the lane of oncoming traffic. Furthermore, the reason this requirement was to be completed PRIOR to moving operations was to construct the paved road when there would be no hauling traffic to the disposal area. Now that this project was differed, the Parish faces: waste hauling truck issues, potential long lines of waste trucks waiting for the road to be constructed, potential loss of revenue, and delays from all haulers.

   b. Additionally, it was discussed that WMI is requesting to possibly complete the required paving after their operations are complete. IESI requests that the Parish rejects this request. Delaying this project until WMI operations are complete and IESI's begins will interfere with our operations of Phase 4A, cause traffic delays and possible impact customers and revenue.

   c. The cost estimate for completing this project (assuming the paving will extend and terminate from the beginning of Phase 3A to the Southeast corner of Phase 3B where the current fire hydrant is located) will be +/- **$2,000,000.**

2. Sexton (WMI) will include provisions for a truck tire wash at the borrow pit area on the North end of the site adjacent to the live oak Boulevard. Truck tires shall be checked and if necessary, cleaned prior to leaving the site (borrow area and landfill) to ensure that the roadways are kept clean. Any buildup of dirt on the roadways leading to or from the borrow pit facility or **LANDFILL** site shall be cleaned up immediately.

   a. My understanding is there is not a tire wash on-site and there is a location on the permit drawings for a tire wash. The Parish should check if this is a permit requirement. Currently, there is a tire wash

1

JP_JPLF_0019129

          shown on the permit drawings. Has the site obtained a permit modification to not have a tire wash installed?
   b. If a tire wash is required the estimated cost could be around **$50,000 - $100,000.**

3. Sexton (WMI) shall provide and maintain the landscaping of the site entrance. The entrance road and all roads within the Expansion Area (Phase 3A and Phase 3B) – all haul roads or service roads shall be installed and maintained by Sexton (WMI).
   a. Currently, minimal haul roads are being maintained and all haul roads are full of potholes as previously described. Additionally, there is not a suitable haul road or service road to drive in the back of Phase 3B to maintain and operate the odor control misting system.
   b. The cost estimate for an all-weather service road along the Northern portion of phase 3B is estimated at **$30,000** (this is not permitted to be a paved road, but would require grading and stone). According to the permit drawings, the Eastern portion perimeter road of Phase 3B is to be constructed using bituminous paving similar to the main paved entrance road discussed previously. Completing this permit and contract obligation would allow the Parish to gain access to the odor control misting system and allow better access to the leachate collection system area of Phase 3B. This paved road cost is estimated at $420,000.
   c. The entrance road has frequent large potholes which makes entering and exiting the landfill dangerous. This area would need to be repaired in a permanent condition using concrete or asphalt, not just patched with random gravel placed with no construction specifications.

4. An all-weather road to the service/working face of Phase 3A and Phase 3B MUST be provided (by the operator) to accommodate large volumes of vehicular traffic during INCLEMENT WEATHER.
   a. To comply with this requirement large amounts of stone would need to be purchased and installed leading up to the tipping disposal area of Phase 3B.
   b. The cost estimate for an all-weather surface road, turn around area, and backing area will be approximately **$30,000**.

5. All roadways must be maintained free of potholes and depressions. Sexton (WMI) shall ensure a clear and safe access to the service/working face at all times.
   a. This may have to be performed in two stages. First, bituminous paving needs to be properly installed all through the site entrance, scale house and extending to the Phase 3A area (where the paving stops and was not extended). Second, a limestone base or good quality gravel will have to be temporally installed to fix all the potholes along the approx. 4,000 feet area were the paving stopped at Phase 3A all the way to Phase 3B (this is needed before the required paved road previously discussed).
   b. This cost estimate is hard to figure because we don't have a clear number and size of all potholes. For estimating, we can use **$20,000** until better information is obtained.

6. Fire Hydrants shall be accessible at ALL TIMES to the Fire Department….
   a. This is not the current situation and since WMI neglected to install the paved road from Phase 3A to Phase 3B the Fire hydrant in the back of the site (near were the landfill just had a fire) is NOT accessible. This is a serious violation and a huge safety concern. This cost estimate was included in Item 1 above.

7. Currently all of Phase 3B is not final capped. The cost estimate to cap this area should be approximately $80K to $100K per acre depending on the workability of the on-site clay material. Using $90,000 per acre this cost is estimated to be approximately **$6,000,000.**

8. Assuming we take over the site; grass along Phase 1, Phase 2 and entrance areas must be cut once a month. The cost estimate to cut the grass during each occurrence (assuming 200 acres x $35 per acre is **$7,000**.

9. Surface water issues - WMI is responsible for operation and maintenance of stormwater management systems. Most of the perimeter drainage swales DO NOT DRAIN and are not maintained. High vegetative growth and large trees have grown in the swales blocking and backing up stormwater. Additionally, some of the culverts may be blocked with sediment and vegetation that will need to be cleaned out. We need a better understanding of this issue to generate a cost estimate.

10. Waggaman Canal Levee – Current conditions show a failure situation of the canal/levee constructed between Phase 4A and Phase 3A. It appears that the closure contractor hired by WMI to cap Phase 3A over excavated the Phase 4A footprint and removed the back side support soil for the canal. With no backside support soil, the levee during filling in storm events may fail. We suggest this situation be fixed immediately.

JP_JPLF_0019130

## Brett O'Connor

| | |
|---|---|
| **From:** | Jeff Palutis |
| **Sent:** | Friday, September 21, 2012 12:34 PM |
| **To:** | RBuller |
| **Cc:** | Mike Friesen |
| **Subject:** | Jefferson Parish Meeting and follow-up issues discussed |

Rick,

The following issues have been discussed at several of our weekly meeting, but WMI has not responded to date and they are continually causing delays or potential environmental impacts. I want to thank you for raising the issues yet again, but at this point WMI needs to perform the activities and do the right thing.

1. Drainage around Phase 3B - These areas need to be pumped and controlled so we can complete the leachate forcemain and assure stormwater is not flowing into our construction area. Our contractor at our expense had to set up his 16-inch pump along the southwest corner of Phase 3B to project our working area from run-on during the recent storm event. Additionally, this water appears to be contaminated with large amounts of leachate pouring in from all four sides on Phase 3B. These leachate seeps and spilling have been an ongoing issue from day one.

2. Leachate seeps and running leachate into the Phase 4A/Phase 3B tie in area. I know you have been after WMI for months to fix this, but they are not responding. Additionally, all for sides of the landfill are running heavy amounts of leachate in the drainage area. The leachate system again is so backed up leachate is running out of the cleanout pipes. In my option, this type of situation takes years to build that much leachate head from not pumping. The Parish's long term environmental impact should be considered to help guide WMI to fix the leachate seeps.

3. Canal near Phase 3A/4B – as previously discussed the soil was removed from the back side of the Levee potentially creating a slope failure during rain events when the canal is filling. This can destroy the two Groundwater monitoring wells in that area and possibly delay our construction activities. Sadly, this could be a result of saving money one year and spending a lot the next year or possibly never fixing the issue. It oddly appears that when the excavation in Phase 4A was previously performed, they only excavated to a depth to avoid going deeper (as we are finding out, excavating deeper is expensive). So the previous excavation went WAY out of the area on the North, south and even the west side (removing the levee sideslope). Charlie and I ran some estimates and this can cost $400,000 to $750,000 to fix the levee properly depending on the steepness of the sideslope.

Rick, we are available for any help you may need to support your position. It might be best, that we have a meeting or conference call so we are all on the same page.

Jeff

## Jeffrey R. Palutis

Director of Landfills

### IESI
A Progressive Waste Solutions Company

T: 817.632.4208
C: 214.293.4120

2301 Eagle Parkway, Suite 200
Fort Worth,Texas 76177

JP_JPLF_0019131

**Brett O'Connor**

| | |
|---|---|
| **From:** | Jeff Palutis |
| **Sent:** | Friday, September 21, 2012 12:02 PM |
| **To:** | RBuller |
| **Cc:** | Mike Friesen |
| **Subject:** | RE: Excavation pricing for daily cover |

Rick,
I only CC'd Mike on this reply….

Rick, there are so many issues at the site, that you may want to bring this option up to the city council just in case IESI (or its contractor) need to work on stuff that is time sensitive that WMI is not doing.  Mainly, the potential failure of the levee near Phase 3A caused by WMI over excavating in that area and removing the support ballast outside sideslope soil.

Additionally, by your contract between the parish and WMI, the parish has the full right to perform the work by a contractor and bill WMI or withhold payments.

Jeff


## Jeffrey R. Palutis

Director of Landfills


### IESI
A Progressive Waste Solutions Company

T: 817.632.4208
C: 214.293.4120

2301 Eagle Parkway, Suite 200
Fort Worth,Texas 76177
www.iesi.com


**From:** RBuller [mailto:RBuller@jeffparish.net]
**Sent:** Friday, September 21, 2012 11:39 AM
**To:** Jeff Palutis; Olson, Amanda; gmason@wm.com
**Cc:** Mike Friesen
**Subject:** RE: Excavation pricing for daily cover

All,
Billing this through Jefferson parish is not an option, at this time. We'd need to negotiate a contract amendment and get Council approval first. I don't think that is feasible in this time frame.
Rick

1

**From:** Jeff Palutis [mailto:jpalutis@iesi.com]
**Sent:** Friday, September 21, 2012 11:19 AM
**To:** RBuller; Olson, Amanda; qmason@wm.com
**Cc:** Mike Friesen
**Subject:** Excavation pricing for daily cover

Amanda,

This is to confirm our recent pricing offer to help you with the required soil cover WM needs for landfill operations in Phase 3B.

IESI is willing to load WMI haul trucks for the following price:

$10,000 initial start-up cost.

1. WMI's Small Rubber Tire Track Haul truck - $30.00 per load.
2. WMI's articulated Haul Truck's – $90.00 per Load.

3. Contractor to bring soil up to Phase 3B and dump for WMI use - $120.00 per load.

A final truck count must be agreed at the end of the day.

Our contractor will bill WMI directly and WMI will pay contractor within 30 days following invoice, or IESI will bill the Parish and the Parish my elect to with-hold payment to WMI.

This offer is only good until 9 AM Monday, September 24, 2012.

Additionally, as previously discussed, WMI may set up excavation operation on the West side on Phase 4A along proposed Cell 25.  Surveying controls must be maintained to assure excavation activities do not dig below Subgrade elevations for Cell 25.

Thanks - Jeff


# Jeffrey R. Palutis

Director of Landfills


**IESI**
A Progressive Waste Solutions Company

T: 817.632.4208
C: 214.293.4120

2301 Eagle Parkway, Suite 200
Fort Worth,Texas 76177
www.iesi.com

2

JP_JPLF_0019133

**Brett O'Connor**

| | |
|---|---|
| **From:** | Jeff Palutis |
| **Sent:** | Friday, September 21, 2012 10:47 AM |
| **To:** | RBuller |
| **Cc:** | Mike Friesen |
| **Subject:** | Scehdule for Cells 20 and 21 |
| **Attachments:** | Sept 20 JeffersonParishConstructionSchedule.xlsx |

Rick attached is the revised schedule as requested.

It is very important that WM fix the Leachate spilling along the Phase 4A/Phase 3B tie in area and along pump out the drainage ditches to complete the forcemain installation.

If WM continues to prolong these activities we will be forced to do them as out of contract work and request a change order to perform these activities.  As you know we have been asking to complete this for some time now.

Jeff

# Jeffrey R. Palutis

Director of Landfills

## IESI
A Progressive Waste Solutions Company

T: 817.632.4208
C: 214.293.4120

2301 Eagle Parkway, Suite 200
Fort Worth,Texas 76177
www.iesi.com

1

JP_JPLF_0019134

## Brett O'Connor

| | |
|---|---|
| **From:** | MWinter <MWinter@jeffparish.net> |
| **Sent:** | Friday, April 19, 2013 6:28 PM |
| **To:** | Jeff Palutis |
| **Cc:** | RBuller; JMolaison |
| **Subject:** | RE: May 1, 2013 Bird & Odor Start-up |

Thanks, Jeff.

Rick, I am not sure if we can get the phone # from LeNouveau.  We may just have to use a new cell phone #.

Discuss with Eric Thompson.

Thanks.

*Marnie Winter, Director*
*Jefferson Parish Environmental Affairs*
*4901 Jefferson Highway, Suite E*
*Jefferson, LA  70121*
*Phone: 504-736-6443  Fax: 504-731-4607  Cell: 504-913-6443*

**From:** Jeff Palutis [mailto:jpalutis@iesi.com]
**Sent:** Friday, April 19, 2013 5:48 PM
**To:** MWinter
**Cc:** RBuller; JMolaison; Mike Friesen; Thomas Martyn; Gus Bordelon; Barry Bordelon; Rickie Falgoust
**Subject:** Fwd: May 1, 2013 Bird & Odor Start-up

Marnie,
Thank you for your notice and correspondences.  We will be doing the odor control and bird control using IESI on-site internal personal.  That said, we will need your help to transfer the phone service to IESI so we can keep the same hotline number.

We are working hard and will be ready to take over operations of Phase 4A and commence waste placement on May 1st.  As discussed in our Transition Meetings there are still many areas of the existing units not up to compliance or permit design.  We will need these area properly fixed and maintained prior to IESI taking over responsibilities for long term maintenance.  IESI, will help and assist the Parish as needed to make this a smooth transition.
We can discuss further and review the most recent work performed on the existing units at our next Transition Meeting set for Thursday, April 25th.

Thanks - Jeff

Sent from my iPhone

Begin forwarded message:

> **From:** "MWinter" <MWinter@jeffparish.net>
> **To:** "Jeff Palutis" <jpalutis@iesi.com>

1

**Cc:** "RBuller" <RBuller@jeffparish.net>, "JMolaison" <JMolaison@jeffparish.net>
**Subject: May 1, 2013 Bird & Odor Start-up**

Jeff,

Please see attached.

Marnie Winter, Director
Jefferson Parish Environmental Affairs
4901 Jefferson Highway, Suite E
Jefferson, LA  70121
Phone: 504-736-6443  Fax: 504-731-4607  Cell: 504-913-6443

JP_JPLF_0019136

**Brett O'Connor**

| | |
|---|---|
| **From:** | Jeff Palutis |
| **Sent:** | Monday, April 22, 2013 1:21 PM |
| **To:** | JMolaison; MWinter; RBuller; Thomas Martyn; Mike Friesen; Gus Bordelon; Barry Bordelon |
| **Subject:** | Transition Meeting |

Here are some bullet points about what was discussed at our latest Transition Meeting:

- Jefferson Parrish did its own in-house building inspection of deficiencies and was sending a formal notification to WM of such deficiencies on 4/14/13, which they agreed to provide to us
  - A general punch-list was given to IESI that was previously provided to WM.
- Jefferson Parish has a consultant doing a leachate inspection; IESI stated that some sumps are not in compliance or operating correctly.
- IESI has done its own leachate inspection
  - IESI and Jefferson Parish discussed the issues regarding the pumps that are being used which are more like water pumps vs. the necessity for leachate system pumps
- May 1 is still the date for operations.
- Scale House
  - IESI is able to bring in people to start setting up IT stuff as soon as possible
  - Jefferson Parish to get more clear answers regarding the IT questions IESI previously sent
- Existing LF Units: A discussion was held that IESI doesn't want to take over maintenance of existing units until everything is in compliance → Jefferson Parish is waiting for an independent report, which is likely to occur after the May 1 start date.
  - IESI mentioned that it will not be taking over Existing LF Units until everything is in compliance. Further discussion is needed at the next Transition meeting as to how to handle this situation.  IESI (if possible) will help the Parish, but will need instruction and look for compensation of extra work needed.
  - Jefferson Parish stated they would abide by the contract and hold WM's feet to the fire – they discussed the 3 year warranty with WM and whether or not there is a self-help provision in their contract with WM.  We all need a better understanding how this will play out when IESI takes over operations and fits to our contract.
- There was a discussion about power problems being the cause of a lot of the pump deficiencies → Jefferson Parish stated they would immediately contact Entergy and work to get it resolved
- It was also agreed that the royalty owed to Jefferson Parish for the waste brought in for the fluff lift would be deducted from IESI's first invoice to the Parish.
- This is a good start and we can add to this during our next Transition meeting if I left something out.

## Jeffrey R. Palutis

Director of Landfills

### IESI
A Progressive Waste Solutions Company

T: 817.632.4208
C: 214.293.4120

2301 Eagle Parkway, Suite 200
Fort Worth,Texas 76177

1

## Brett O'Connor

| | |
|---|---|
| **From:** | MWinter <MWinter@jeffparish.net> |
| **Sent:** | Tuesday, April 23, 2013 4:47 PM |
| **To:** | Manny Silver |
| **Cc:** | JMolaison; Jeff Palutis; RBuller |
| **Subject:** | Jefferson Parish Requests Entergy Inspection @ Parish Landfill |
| **Attachments:** | Request Entergy Inspect Power Line & Transformers Serving JP Landfill. 4-23-13.pdf |

Manny,

Please see attached request.  We would greatly appreciate the requested inspection be conducted as soon as possible.

Thanks in advance for your attention to this request.


*Marnie Winter, Director*
*Jefferson Parish Environmental Affairs*
*4901 Jefferson Highway, Suite E*
*Jefferson, LA  70121*
*Phone: 504-736-6443  Fax: 504-731-4607  Cell: 504-913-6443*

1

JP_JPLF_0019138



**JEFFERSON PARISH**
**DEPARTMENT OF ENVIRONMENTAL AFFAIRS**

WWW.JEFFPARISH.NET

JOHN F. YOUNG, JR.
PARISH PRESIDENT

April 23, 2013

MARNIE WINTER
DIRECTOR

Mr. Manny Silver
Entergy Louisiana, Inc.
4809 Jefferson Hwy
Jefferson, LA 70121

Re:   Electrical Service
      Jefferson Parish Landfill

Dear Mr. Silver: Manny

The electric service to the Jefferson Parish Landfill located at 5800 Hwy. 90 W., Avondale, is very unreliable. The Landfill experiences frequent power outages and power surges which shuts down or damages landfill equipment. In particular, pump motors are often damaged.

We request an inspection of the Entergy power lines and transformers leading to the service at the Jefferson Parish Landfill. We are undertaking a similar inspection of the power distribution within the Landfill.

We would greatly appreciate Entergy viewing this request as a top priority, as our landfill operations are a critical service to Jefferson Parish residents.

Please contact Rick Buller, Landfill Engineer, at (504)-736-6103, (504) 436-0152 or (504) 239-1187 (cell) if you have any questions or need further information.

Please contact Rick or me with any information regarding your inspection or the findings.

Thank you, in advance, for your prompt attention to this request.

Sincerely,

Marnie Winter

Marnie Winter, Director
Environmental Affairs

cc:   Jacques Molaison, CAA Administration
      Jeff Palutis, IESI
      Rick Buller, Landfill Engineer

JP_JPLF_0019139

## Brett O'Connor

**From:** Mike Friesen <mfriesen@iesi.com>
**Sent:** Wednesday, June 12, 2013 9:18 AM
**To:** Libby Brannen
**Cc:** Jennifer C. Green
**Subject:** RE: allens electric pump installation
**Attachments:** 201306111008.pdf

Libby,

This one is an expense, but we need to earmark this because it is work we need to bill back to the parish. It was done to fix the existing leachate forcemain lift station.

It is not part of our CER.

Mike Friesen
South Region Engineer

IESI
A Progressive Waste Solutions Company

T: 817.632.4246
F: 817.632.4541
C: 214.632.8135

2301 Eagle Parkway, Suite 200
Fort Worth, TX 76177
www.iesi.com

-----Original Message-----
From: Libby Brannen [mailto:lbrannen@iesi.com]
Sent: Wednesday, June 12, 2013 7:44 AM
To: Mike Friesen
Cc: Jennifer C. Green
Subject: FW: allens electric pump installation

Please approve and send to Jennifer

-----Original Message-----
From: Dawn Hernandez [mailto:dhernandez@iesi.com]
Sent: Tuesday, June 11, 2013 10:29 AM
To: Mike Friesen
Cc: Libby Brannen
Subject: FW: allens electric pump installation

1

HI Mike,

I bet you are getting tired of my emails.   Almost finished.

This is the installation of the diesel tank pump

Dawn Hernandez
Office Manager
IESI LA Landfill Corp.
Jefferson Parish Landfill
P 504-436-0152
F 504-436-0244

-----Original Message-----
From: Dawn Hernandez [mailto:dhernandez@progressivewaste.com]
Sent: Tuesday, June 11, 2013 10:08 AM
To: Dawn Hernandez
Subject: allens electric pump installation

This E-mail was sent from "RNP0026735B00C2" (MP C3002).

Scan Date: 06.11.2013 10:08:16 (-0500)
Queries to: scanner@progressivewaste.com

2

JP_JPLF_0019141

# Invoice

**Allen's Electrical Services, LLC.**
**4920 Arthur Ln.**
**Barataria, LA 70036**
**(504)382-2007**

| DATE | INVOICE # |
|------|-----------|
| 6/2/2013 | 1354 |

| BILL TO |
|---------|
| Progressive Waste Managment |
| Hwy. 90 Jefferson Parish Dump |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Called out to temporarily hook up diesel pump | 0.00 |
| Reran electrical line for new diesel pump | 0.00 |
| Installed emergency stop button | 0.00 |
| | 0.00 |
| Materials: Wire, switch, explosion proof electrical conectors | 586.00 |
| Labor | 800.00 |
| **Total** | **1,386.00** |

JP_JPLF_0019142

Prepared By Jeff Palutis
Feb 24, 2014

**General Issues provided to the Parish:**

- Electrical issues throughout the site that include; Poor wiring, wires not protected, wires not properly grounded, bad fuses, huge power surges, power outings, and inadequate panel labeling.

- At least two Transformers are bad and need replacement and all transformers need to be evaluated throughout the site. We believe the parish had this already evaluated, please supply IESI/Progressive with the reports.

- Power poles to sump areas are leaning and almost falling over. Wires are in tension and pulling. This could be a safety issue. These poles need to be reset and rewired.

- Leachate forcemain system, sump pumps, Lift Station, pumping all appears to be undersized. Our understanding is CPI/SHAW evaluated this system and electrical panels for sumps, parish to supply letter of recommendations to IESI/Progressive.

- Upslope riser pipes where never capped and several pipes have contained sediment that needs to be removed, cleaned out, and pumps replaced.

- Pilled trash on Phase II and old stockpile area needs to be clean and trash picked up, weighed, and disposed of.

- Roll-off left over from the Closure construction needs to be picked up and weighed for disposal.

- The Sites Electrical system was reviewed by Infinity; please provide reports to IESI/Progressive.

- Odor misting system and weather station is not working and needs to be fixed or replaced. We recommend, if the parish does fix the odor misting system, that they relocate if along Phase IIIB and not leave the system along the tree area.

JP_JPLF_0019143

## **Phase I and II**

- Leachate forcemain system and sump pumps are inadequate and undersized.  Our understanding is CPI/SHAW evaluated this system and electrical panels for sumps, parish to supply letter of recommendations to IESI/Progressive.

- Some caps/flanges are missing allowing sediment and water to back flow and flood the leachate collection system. This has been a prolonged issue and when fixed may reveal other issues.

- Numerous Pumps and leachate panels are bad, need replacement. Worn wires are exposed and not up to code.

- Leachate seeps remain an issue and never properly fixed.  Leachate still overflows from the system and upslope riser areas.

JP_JPLF_0019144

**Lift Station**

- Area needs back-up generator or back-up pump. Electrical issues at the lift station remain an issue.
- Force-main is undersized.

**PHASE IIIA**

- Leachate Pumps and Panels are bad
- Ditches aren't graded to drain properly

**PHASE IIIB**

- Capping incomplete

  - Short on projective cover in places
  - Erosion issues
  - Never seeded

- Ditches are now filled with silt and overgrown, need to be mucked out and replaced with dryer material. The whole drainage ditches need to be graded to drain correctly.
- Leachate collection risers are silting in
- Numerous Pumps and panels are bad
- All weather roads around closure was never installed on East and North side.
- Current all weather stone road need repairs due to poor storm-water drainage and saturated areas.
- Gas generation issue and liner lifting off ground (could be a potential slope failure or stability issue).

- **MAIN BUILDING**

- Still having power surges.  Sometimes twice this week.
- Continuously burning out fuses.

**ASPHALT ROAD**

- Failure spots along the new paved road, need repair.

## Brett O'Connor

| | |
|---|---|
| **From:** | Thom Czischke |
| **Sent:** | Wednesday, November 26, 2014 2:27 PM |
| **To:** | RBuller |
| **Cc:** | MWinter; Mike Friesen; Tom Senyard |
| **Subject:** | Re: JP Landfill pumps and force main analysis conference |

I'm sorry Rick.  Can we meet at 10:00am?

Thom Czischke
Environmental Compliance Engineer

Progressive Waste Solutions of LA, Inc.

O: 504-436-0152
F:  504-436-0244
C: 504-256-8834

Jefferson Parish Sanitary Landfill
5800 Hwy 90 W
Avondale, LA 70094
www.progressivewaste.com

> On Nov 26, 2014, at 1:32 PM, RBuller <RBuller@jeffparish.net> wrote:
>
> Thom,
> Do you want to set a time for the meeting?
>
> Rick Buller
> Landfill Engineer
> Jefferson Parish Environmental Affairs
> 504-736-6103 office
> 504-239-1187 cellular
>
>
> -----Original Message-----
> From: Vinay Boggaram Ramesh [mailto:vramesh@infinityec.com]
> Sent: Tuesday, November 18, 2014 2:55 PM
> To: RBuller
> Cc: Bill Thomassie; MWinter; Michael Leitzinger
> Subject: RE: JP Landfill pumps and force main analysis conference
>
> Mr. Buller,
>
> Yes sir, we are available to meet on the morning of December 4th.
>
> Thank you,
>
> Vinay B. Ramesh, E.I.

JP_JPLF_0019146

> [http://upload.wikimedia.org/wikipedia/en/thumb/6/6b/Progressive_Waste_logo.svg/200px-Progressive_Waste_logo.svg.png]
>
>
>
> _____

> Please be advised any information provided to Jefferson Parish Government may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.
>
>
> _____

> Please be advised any information provided to Jefferson Parish Government may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.

3

JP_JPLF_0019147