UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

**DECLARATION OF JOHN H. PAUL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF ALI HASHIMI**

I, John H. Paul, hereby declare as follows:

1. I am a Principal of the law firm Beveridge & Diamond, P.C., and am duly admitted to practice *pro hac vice* before this Court.

2. I submit this Declaration, together with the accompanying exhibit, in support of Defendants' Opposition to Plaintiffs' Motion to Exclude Testimony of Ali Hashimi. I am fully familiar with the facts set forth herein.

3. A true and correct copy of relevant excerpts of the transcript of the deposition of Ali Hashimi, taken on April 29, 2024, is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York this 13th day of June, 2024.

                                                      */s/ John H. Paul*
                                                       PRINCIPAL