# Rebuttal Report

3/29/2024

Prepared by Susan S. Schiffman, PhD
President, Schiffman Consulting

Prepared for:

Whiteford, Taylor & Preston LLP

I have previously addressed the issues raised by Dr. Paolo Zannetti in my earlier expert reports. However, I will briefly readdress these issues here to clarify the details.

First, in 11.1, Dr. Zannetti claims that indoor concentrations of volatiles are less than those outdoors. The exception, according to Dr. Zannetti (footnote 101) is accumulation of indoor sources of chemicals consequent to poor ventilation/air exchange. This is false. Chemicals from outside sources, including $H_2S$, do accumulate inside homes. For example, Inserra et al. (2002) from the Agency for Toxic Substances and Disease Registry (ATSDR) performed community-based exposure estimates for hydrogen sulfide in Dakota City, Nebraska, an agribusiness community. They reported that the air data for 1999 indicated that Dakota City residents were repeatedly exposed, both indoors and outdoors, to levels of $H_2S \geq 90$ ppb. Table 1 from Inserra et shows that indoor levels of $H_2S$ were as high or even higher than outdoors. This observation regarding the presence of $H_2S$ indoors is consistent with the reports by the Trial Plaintiffs. For example, Wendy Gremillion stated: "Even when it was gone outside, like if it had subsided, it still remained in the house."

Second, in 11.2 Dr. Zannetti's statement that $H_2S$ does not linger is scientifically incorrect. $H_2S$ is heavier than air and "can build up in low-lying areas and enclosed spaces" (Washington State Department of Health). The molecular weight of $H_2S$ is 38.08 g/mol while the molecular weight of air (mixture of oxygen, nitrogen, argon, carbon dioxide) is 28.96 g/mol. OSHA notes that because $H_2S$ is heavier than air, it "may travel along the ground" and "can collect in low-lying and enclosed spaces, such as manholes, sewers, and underground telephone vaults. Its presence makes work in confined spaces potentially very dangerous." This point was also affirmed by the CDC: "Hydrogen sulfide is slightly heavier than air and may accumulate in enclosed, poorly ventilated, and low-lying areas." It is noteworthy that the homes of the Trial Plaintiffs are approximately 40 feet lower than JPLF. While dispersion modeling, which relies on local turbulence, is one important part of the equation to predict exposure of neighbors downwind from a source, other factors play a role. These include individual physicochemical properties of specific pollutants (such as the fact that $H_2S$ is heavier than air) as well as chemical conversions (such as oxidation of $H_2S$ to $SO_2$) in the atmosphere. ATSDR (2016) reported: "Hydrogen sulfide in the air can be degraded to sulfur dioxide and sulfate compounds." $SO_2$ has an irritating quality like pepper while $H_2S$ smells like rotten eggs.

Third, in 11.3, Dr. Zannetti's statement regarding the statistical calculation using LDEQ grab samples is baseless and demonstrates a lack of understanding of the chromatographic techniques used to determine the source of odor complaints in a neighborhood near odor sources. LDEQ utilized chemical analysis of the grab samples in a laboratory to conclude that the Cornerstone Chemical Plant was not the source of $H_2S$ in the community because Cornerstone, unlike landfills, does not emit methane (see my Expert Report from August 2021). That is, the chemical fingerprint, as determined by laboratory analysis, in the community did not match that of Cornerstone. Furthermore, landfills vary widely in the compounds that are emitted based on the waste that is accepted. This is true even when the landfills are proximate one another and receive similar food, household, and other types of waste. Each landfill has its own type of chemical fingerprint as determined by chromatography. There are many, many thousands of publications on this topic (e.g. Chang et al. 2019; Cheng et al., 2019; Duan et al.., 2014; Fang et al., 2012; Gao et al, 2021; Lim et al., 2018; Liu et al., 2016; Staley et al., 2006; Tan et al., 2017; Wu et al., 2018;

Ying et al., 2012; Zou et al., 2003). Statistical analysis it used to determine the similarity of the chemical fingerprint at a source with the fingerprint in neighborhoods near a source. In the case of JPLF, the fingerprint of the chemicals near the Trial Plaintiffs very closely matched the fingerprint from JPLF. The statistical calculation reflects the similarity of the laboratory analyses of the chemicals on and off JPLF and has nothing to do with modeling. Thus Dr. Zannetti's comments are irrelevant.

References

ATSDR. Agency for Toxic Substances and Disease Registry (ATSDR). 2016. Toxicological Profile for Hydrogen Sulfide and Carbonyl Sulfide. Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service. https://www.atsdr.cdc.gov/toxguides/toxguide-114.pdf

CDC (Centers for Disease Control). Medical Management Guidelines for Hydrogen Sulfide. https://wwwn.cdc.gov/TSP/MMG/MMGDetails.aspx?mmgid=385&toxid=67

Chang, H., Tan, H., Zhao, Y., Wang, Y., Wang, X., Li, Y., Lu, W. and Wang, H., 2019. Statistical correlations on the emissions of volatile odorous compounds from the transfer stage of municipal solid waste. Waste management, 87, pp.701-708.

Cheng, Z., Sun, Z., Zhu, S., Lou, Z., Zhu, N. and Feng, L., 2019. The identification and health risk assessment of odor emissions from waste landfilling and composting. Science of the Total Environment, 649, pp.1038-1044.

Duan, Z., Lu, W., Li, D. and Wang, H., 2014. Temporal variation of trace compound emission on the working surface of a landfill in Beijing, China. Atmospheric Environment, 88, pp.230-238.

Fang, J.J., Yang, N., Cen, D.Y., Shao, L.M. and He, P.J., 2012. Odor compounds from different sources of landfill: characterization and source identification. Waste Management, 32(7), pp.1401-1410.

Gao, S., Zhao, P., Li, Y., Hu, J., Zhou, S., Zhang, H., Wu, J., Jiao, Z., Wang, S., Fu, Q. and Zhou, B., 2021. Characterization and influence of odorous gases on the working surface of a typical landfill site: A case study in a Chinese megacity. Atmospheric Environment, 262, p.118628.

Inserra S, Phifer B, Pierson R, Campagna D. Community-based exposure estimate for hydrogen sulfide. J Expo Anal Environ Epidemiol. 2002 Mar;12(2):124-9. doi: 10.1038/sj.jea.7500207. PMID: 11965529.

Lim, J.H., Cha, J.S., Kong, B.J. and Baek, S.H., 2018. Characterization of odorous gases at landfill site and in surrounding areas. Journal of environmental management, 206, pp.291-303.

Liu, Y., Lu, W., Guo, H., Ming, Z., Wang, C., Xu, S., Liu, Y. and Wang, H., 2016. Aromatic compound emissions from municipal solid waste landfill: Emission factors and their impact on air pollution. Atmospheric Environment, 139, pp.205-213.

OSHA. Hydrogen Sulfide. https://www.osha.gov/hydrogen-sulfide

Staley, B.F., Xu, F., Cowie, S.J., Barlaz, M.A. and Hater, G.R., 2006. Release of trace organic compounds during the decomposition of municipal solid waste components. Environmental science & technology, 40(19), pp.5984-5991.

Tan, H., Zhao, Y., Ling, Y., Wang, Y. and Wang, X., 2017. Emission characteristics and variation of volatile odorous compounds in the initial decomposition stage of municipal solid waste. Waste Management, 68, pp.677-687.

Washington State Department of Health. Hydrogen sulfide. https://doh.wa.gov/community-and-environment/contaminants/hydrogen-sulfide

Wu, C., Liu, J., Liu, S., Li, W., Yan, L., Shu, M., Zhao, P., Zhou, P. and Cao, W., 2018. Assessment of the health risks and odor concentration of volatile compounds from a municipal solid waste landfill in China. Chemosphere, 202, pp.1-8.

Ying, D., Chuanyu, C., Bin, H., Yueen, X., Xuejuan, Z., Yingxu, C. and Weixiang, W., 2012. Characterization and control of odorous gases at a landfill site: A case study in Hangzhou, China. Waste management, 32(2), pp.317-326.

Zou, S.C., Lee, S.C., Chan, C.Y., Ho, K.F., Wang, X.M., Chan, L.Y., Zhang, Z.X., 2003. Characterization of ambient volatile organic compounds at a landfill site in Guangzhou, South China. Chemosphere 51, 1015–1022.