```
                                                          Page 1

 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF LOUISIANA
 2   - - - - - - - - - - - - - - - -+
                                    |
 3   ELIAS JORGE "GEORGE"            | CIVIL ACTION NO.
     ICTECH-BENDECK,                 |
 4                                   | 18-7889 c/w 18-8071
             Plaintiff,              | 18-8218, 18-9312
 5                                   |
        vs.                          |
 6                                   | SECTION E(5)
     WASTE CONNECTION BAYOU,         |
 7   INC., et al,                    |
                                     |
 8          Defendants.              |
                                     |
 9   - - - - - - - - - - - - - - - -+
                                     | CIVIL ACTION NO.
10   Related Case:                   |
                                     | 19-11133, c/w
11   FREDERICK ADDISON, et al,       | 19-14512
                                     |
12      Plaintiffs,                  | SECTION E(5)
                                     |
13      vs.                          |
                                     |
14   LOUISIANA REGIONAL LANDFILL|
     COMPANY, et al,                 |
15                                   |
         Defendants.                 |
16                                   |
     (Applies to Both Cases)         |
17   ----------------------------x
18               Video Deposition of
19                    JAMES LAPE
20              Monday, April 22, 2024
21                    10:28 a.m.
22
23
24
25   Reported by:  Laurie Donovan, RPR, CRR, CLR
```

Page 226

1            MR. PAUL:  Okay.
2                      * * * *
3       EXAMINATION BY COUNSEL FOR ADDISON PLAINTIFFS
4    BY MR. FOSTER:
5       Q    Mr. Lape, you were asked about indoor air
6    modeling.
7            Do you remember that, those questions?
8       A    Yes, I do.
9       Q    And are you familiar with Dr. Schiffman's
10   qualifications with regard to indoor air modeling?
11      A    I am aware that she has done a considerable
12   amount of investigations related to indoor air and
13   published these, yes, so . . .
14      Q    And has her work included peer-reviewed
15   publications?
16      A    That's what it appears, yes.
17           MR. FOSTER:  Nothing further.
18           MR. PAUL:  Nothing further from me.
19           THE VIDEOGRAPHER:  The time is 6:42 p.m.  We
20       are going off the record.
21                (Signature having not been waived,
22                 the video deposition of JAMES LAPE
23                 was concluded at 6:42 p.m.)
24
25

Page 227

### CERTIFICATE OF SHORTHAND REPORTER

I, Laurie Donovan, Registered Professional Reporter, Certified Realtime Reporter, and notary public for the District of Columbia, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 24th day of April 2024.

_____
LAURIE DONOVAN, Notary Public
for the District of Columbia