UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL.,** | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 19-11133, |
| | * | c/w 19-14512 |
| **VERSUS** | * | |
| | * | |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | * | |
| | * | JUDGE MORGAN |
| | * | |
| DEFENDANTS. | * | MAGISTRATE |
| | * | JUDGE NORTH |
| *APPLIES TO: ALL CASES* | * | |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, Defendants Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc. ("Waste Connections Defendants") respectfully request oral argument on all matters filed on June 6, 2024 and/or for which oppositions were filed on June 13, 2024. Specifically, Waste Connections Defendants request oral argument as to ECF Docs. Nos. 444, 542-547, 549-555, 557-565, 572, 573, and 575 (in other words, all dispositive motions and motions in limine filed on June 6, 2024, as well as the Waste Connections Defendants' motion regarding Bishow Shaha). As to any motions that Defendants filed on June 6, 2024, in compliance with Local Rule 78.1, Defendants have already requested oral argument contemporaneous with the filing of those motions, but for the Court's convenience those motions are set forth again above.

Resolution of these motions will dictate the scope of testimony – expert and otherwise – that will be allowed to reach the jury at the upcoming August 2024 trial on specific causation.

Given the voluminous number of motions (including sixteen filed by Plaintiffs), the long history and management of this case, as well as the technical nature of the issues involved, Defendants respectfully assert that oral argument would assist the Court in arriving at an appropriate resolution.

                                              Respectfully submitted,

                                              LISKOW & LEWIS, APLC

By:    /s/ Michael C. Mims
       Michael Cash (#31655)
       Cherrell Simms Taplin (#28227)
       Michael C. Mims (#33991)
       Brady M. Hadden (#37708)
       Alec N. Andrade (#38659)
       J. Hunter Curtis (#39150)
       701 Poydras Street, Suite 5000
       New Orleans, LA 70139
       Telephone: (504) 581-7979
       Telefax: (504) 556-4108

       BEVERIDGE & DIAMOND, P.C.

       Megan R. Brillault (*pro hac vice*)
       Michael G. Murphy (*pro hac vice*)
       John H. Paul (*pro hac vice*)
       Katelyn E. Ciolino (*pro hac vice*)
       Katrina M. Krebs (*pro hac vice*)
       825 Third Avenue, 16th Floor
       New York, NY 10022
       (212) 702-5400

       James B. Slaughter (*pro hac vice*)
       1900 N Street, NW, Suite 100
       Washington, DC 20036
       (202) 789-6000

       Michael F. Vitris (*pro hac vice*)
       400 W. 15th Street, Suite 1410
       Austin, TX 78701
       (512) 391-8035

-3-

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

CONNICK AND CONNICK, LLC

By:   /s/ Michael S. Futrell
      William P. Connick, La. Bar No. 14158
      Michael S. Futrell, La. Bar No. 20819
      Matthew D. Moghis, La. Bar No. 33994
      Anya M. Jones, La. Bar No. 36923
      3421 N. Causeway Blvd., Suite 408
      Metairie, Louisiana 70002
      Telephone: (504) 681-6658
      Facsimile: (504) 838-9903
      E-mail: moghis@connicklaw.com

*Counsel for Defendant Jefferson Parish*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   /s/ J. Michael DiGiglia
      Ernest P. Gieger, Jr. (6154)
      John E. W. Baay (22928)
      J. Michael DiGiglia (24378)
      Nicholas S. Bergeron (37585)
      Blaise Chadwick Hill (*pro hac vice*)
      Gieger, Laborde & Laperouse, L.L.C.
      Hancock Whitney Center
      701 Poydras Street, Suite 4800
      New Orleans, Louisiana 70139
      Telephone: (504) 561-0400
      Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

-4-

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on June 13, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

By: ___/s/ Michael C. Mims_____