1              UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF LOUISIANA

2

3   **********************************************************

4   FREDERICK ADDISON, et al.,

5             Plaintiffs,      CIVIL ACTION NO.

   vs.                      19-11133,

6                          c/w 19-14512

   LOUISIANA REGIONAL LANDFILL

7   COMPANY, et al.,

8             Defendants.

   **********************************************************

9

10

                   VOLUME I

11

12          VIDEOTAPED DEPOSITION OF

13     ROBERT DeLORENZO, M.D., Ph.D., M.P.H.

14           May 3, 2024

15        10:06 a.m. to 6:45 p.m.

16         Richmond, Virginia

17

18

19

20

21

22

23

24

25   Reported by:  Leslie D. Etheredge, RMR, CCR

                                                    Page 380

1    are there, that's a negative for that, and that's

2    why, I think part of the problem to developing that,

3    the judge may have been, you know, swayed by that,

4    and I don't -- but I think it is more than it was a

5    criticism of Dr. Schiffman having not the credentials

6    for that.

7              So -- but it's known that hydrogen

8    sulfate can cause asthma conditions or cause them to

9    worsen.

10             The question is at what concentrations,

11   and I can't right here say that that fits into

12   5 parts per billion.  I have to go back and refresh

13   myself on that.

14             I thought at the time I did it, I thought

15   I had good evidence for that; and I will go back.

16             If I don't have that, and I talk to the

17   attorneys about it, then I would say it's fair to

18   withdraw those, but when I did this report, I thought

19   I did have that, and I may be misstating, but I think

20   I did.

21        Q.    Okay.  Let me try this, and if this -- if

22   we can't do it this way, you can tell me.

23             But to try to speed this along, I'm going

24   to give you the list of injuries that you've opined

25   on in your report.

Page 381

1      A.      Okay.

2      Q.      And I'm going to ask you, as to all of

3   them, whether you have any literature to support that

4   opinion.

5              Do you have -- Have you ever seen any

6   literature stating that exposure to 5 parts per

7   billion of H2S over 30 minutes can cause exacerbation

8   of allergies, cough, decreased productivity, burning

9   of eyes, nose and throat?

10     A.      Productivity?

11     Q.      Yes, sir.

12     A.      Well, that's fatigue, so that's the same

13   thing.

14     Q.      Okay.  So let's scratch decreased

15   productivity from my list.

16              Exacerbation of allergies, cough, burning

17   of eyes, nose, throat, difficulty breathing, asthma,

18   light-headedness, loss of smell, sinusitis, rhinitis,

19   chest congestion, nose bleeds, decreased focus,

20   erectile dysfunction, skin infection, fainting, cold

21   sweats, joint swelling, and stomach irritation.

22              As to any of those injuries, are you

23   aware of any literature that says that exposure to

24   5 parts per billion of H2S over 30 minutes can cause

25   those injuries?

Page 386

 1   on, but that doesn't --

 2        Q.     Why don't we scratch off the ones we can.

 3               So you said decreased productivity, you

 4   feel like falls under fatigue.  I'm going to take

 5   that off the list.

 6        A.     Okay.

 7        Q.     Fainting, you think maybe falls under

 8   dizziness?

 9        A.     Yes, I would do that.

10        Q.     I will take that off the list.

11        A.     No, I didn't --

12        Q.     ED or decrease in sex drive --

13        A.     I think --

14        Q.     -- fair to say, you are not offering

15   those opinions?

16        A.     No.  No.  Even though my patient

17   complained about it, I didn't put it in my report, my

18   impression.

19        Q.     All right.  Looking at this list, any

20   others that you think there is support for 5 PPB

21   causing it?

22        A.     Well --

23        Q.     And, if so, I will take it --

24        A.     -- the skin infections, I think would be,

25   because we're talking about the reason for the skin

```
                                                    Page 387
 1    infection is because of the increase in anxiety and

 2    stress, so I think --

 3          Q.     We talked about that.

 4          A.     Right.

 5          Q.     All right.

 6          A.     Now, cold sweats, I don't remember ever

 7    mentioning that in my opinions.  So I don't think I

 8    opined on it.

 9          Q.     You're not going to offer any opinions

10    about any of the trial plaintiffs suffering --

11          A.     I mean, unless it's in my report, I don't

12    remember seeing that.  I mean I can't --

13                 MR. FOSTER:  Don't talk over each

14          other.

15          A.     Yes, just wait.  Let me look at this --

16                 MR. FOSTER:  You're driving --

17          A.     I mean stomach irritation is in there.

18    Okay.  GI complaints, I think for sure, because

19    that's nausea and vomiting, I mean that's stomach

20    irritation.  So that -- all the way at the bottom,

21    that's definitely 5 parts per billion.

22          Q.     You think stomach irritation is --

23          A.     Nausea and vomiting.  That's stomach

24    irritation.

25          Q.     Okay.
```

                                                    Page 388

1          A.    I mean, you know, and that's another way
2     to put it.  But joint swelling, I don't have evidence
3     of 5 parts per billion --
4          Q.    Going back to cold sweats, I know you are
5     not sure whether you offered that opinion or not, but
6     I will just go ahead and ask, are you aware of any
7     literature that says cold sweats can be caused by
8     5 parts --
9          A.    If you ask --
10         Q.    Let me finish my question.
11         A.    Okay.
12         Q.    For cold sweats, are you aware of any
13    literature that states that cold sweats can be caused
14    by exposure to 5 parts per billion of H2S over 30
15    minutes?
16         A.    At this point in time, I don't know that
17    there is.
18         Q.    And you haven't provided that so far in
19    this litigation?
20         A.    No, I don't believe I have.
21         Q.    Okay.  Are there any more that are on the
22    list that you think there is support for that you
23    have provided?
24         A.    Yeah, I mean so all of these basically
25    come into ENT, respiratory and ocular.  I mean that's