The Deposition of

# VERNICE LEWIS

In the Matter of

# FREDERICK ADDISON, ET AL

vs

# LOUISIANA REGIONAL LANDFILL CO., ET AL

Taken On

# NOVEMBER 29, 2023



1  disclose it as to saying it was something with the
2  landfill, I didn't discuss that.
3      Q.  Did you know at the time --
4      A.  At the time, I didn't know what was
5  causing anything that was going on with me.
6      Q.  When did you find -- how did and when did
7  you find out that the odors were coming from the
8  Jefferson Parish Landfill?
9      A.  When the president, Mike Yenni, got on
10 national television and said it.
11     Q.  Ms. Lewis, you were asked a series of
12 questions about vomiting.
13         What does vomiting mean to you?  Like tell
14 me about how your body experiences it when you
15 feel like you're going to vomit.
16     A.  Vomiting to me is like I'm gagging.
17     Q.  Okay.  So when you're saying "vomiting,"
18 do you mean that every single time food left your
19 stomach through your esophagus and came out your
20 mouth?
21     A.  No.
22     Q.  Okay.  And so during your testimony where
23 you state you vomited two to three times a day, is
24 it -- is it more correct to say that you felt this
25 gagging, like the food was about ready to come up

```
 1  two or three times a day?
 2          MR. HADDEN:
 3              Objection; form.
 4      A.  Yes.
 5          MR. BAAY:
 6              Objection; leading.
 7  BY MS. JAMES:
 8      Q.  Okay.  All right.  Ms. Lewis, you were
 9  asked about -- by Mr. Hadden about mental
10  injuries.
11          Do you know what that term means?
12      A.  Did I know what it mean?
13      Q.  Uh-huh.
14      A.  No.
15      Q.  Okay.  One of the -- one of the things
16  that the judge in this case has found that the
17  landfill gases may cause are certain injuries that
18  are not necessarily physical, including anxiety
19  and sleeplessness and worry.
20          During the relevant time period, did you
21  ever experience anxiety?
22          MR. HADDEN:
23              Object to the form.
24  BY MS. JAMES:
25      Q.  You can answer.
```

```
 1      A.   Yes.
 2      Q.   And how often did you experience anxiety?
 3      A.   Every time I think about it.
 4      Q.   Okay.  Every time you think about it.
 5           So during the relevant time period?
 6      A.   Yes.
 7      Q.   Okay.  Do you still struggle with anxiety
 8 after the relevant time period?
 9      A.   Yes.
10      Q.   Okay.  And explain that to me.
11      A.   Like today I'm here.  When I came in
12 yesterday -- because they had canceled the first
13 deposition and I was ready for it, and that gave
14 me a lot of anxiety.  Sleeping, nervous, you know.
15 I'm saying the truth and nothing but the truth and
16 I been felt like I was being attacked.
17      Q.   Okay.  Did you ever have any sleeplessness
18 due to the odors during the relevant time period?
19      A.   Did I have what?
20      Q.   Sleeplessness.
21      A.   Yes.
22      Q.   Loss of sleep.
23           Okay.  And how often would that happen?
24      A.   Like I just never could go to sleep.  Try
25 to go to sleep.
```

```
1                    REPORTER'S PAGE
2       I, RITA DEROUEN, Certified Court Reporter in and
3    for the State of Louisiana, (CCR #2014018),
4    Registered Professional Reporter (RPR #006908),
5    the officer, as defined in Rule 28 of the Federal
6    Rules of Civil Procedure and/or Article 1434(B) of
7    the Louisiana Code of Civil Procedure, do hereby
8    state on the record:
9       That due to the interaction in the spontaneous
10   discourse of the proceeding, double dashes (--)
11   have been used to indicate pauses, changes in
12   thought, and/or talkovers; that same is the proper
13   method for a transcription of proceedings, and
14   that the double dashes (--) do not indicate that
15   words or phrases have been left out of this
16   transcript;
17      That any spelling of words and/or names which
18   could not be verified through reference material
19   have been denoted with the parenthetical
20   "(phonetic)";
21      That the parenthetical "(sic)" is used to denote
22   when a witness stated a word or phrase that
23   appears odd or erroneous to show that it was
24   quoted exactly as it stands.
25                          RITA DEROUEN, CCR, RPR
```

1                     CERTIFICATE

2

3     This certification is valid only for a

4 transcript accompanied by my original signature

5 and original required seal on this page.

6     I, RITA A. DEROUEN, Certified Court Reporter in

7 and for the State of Louisiana, (CCR #2014018),

8 Registered Professional Reporter (RPR #006908), as

9 the officer before whom this testimony was taken,

10 do hereby certify that VERNICE LEWIS, having been

11 duly sworn by me upon authority of R.S. 37:2554,

12 did testify on November 29, 2023, at New Orleans,

13 Louisiana, as hereinbefore set forth in the foregoing

14 121 pages; that this testimony was reported by me in

15 stenographic shorthand, was prepared and transcribed by

16 me or under my personal direction and supervision, and

17 is a true and correct transcript to the best of my

18 ability and understanding; that the transcript has

19 been prepared in compliance with the transcript

20 format guidelines required by statute and rules of

21 the Board; that I am informed about the complete

22 arrangement, financial or otherwise, with the

23 person or entity making arrangements for

24 deposition services; that I have acted in

25 compliance with the prohibition on contractual

1  relationships, as defined by Louisiana Code of
2  Civil Procedure Article 1434 and the Rules and
3  Advisory Opinions of the Board; that I have no
4  actual knowledge of any prohibited employment or
5  contractual relationship, direct or indirect,
6  between a court reporting firm and any party
7  litigant in this matter, nor is there any such
8  relationship between myself and a party litigant
9  in this matter; that I am not related to counsel
10 or to any of the parties hereto, I am in no manner
11 associated with counsel for any of the interested
12 parties to this litigation, and I am in no way
13 concerned with the outcome thereof.
14      Signed and stamped this 11th day of December,
15 2023, Baton Rouge, Louisiana.
16
17
18
19
20
21 _____
22      Rita DeRouen, RPR, CCR
23
24
25