UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

### DECLARATION OF MICHAEL C. MIMS IN SUPPORT OF DEFENDANTS' JOINT MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY ON ISSUES LITIGATED AND DECIDED IN THE GENERAL CAUSATION PHASE

I, Michael C. Mims, hereby declare as follows:

1. I am a Shareholder of the law firm Liskow & Lewis, APLC, and am duly admitted to practice before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Expert Testimony on Issues Litigated and Decided in the General Causation Phase.[1] I am fully familiar with the facts set forth herein.

3. A true and correct copy of excerpts of the transcript of the deposition of Michael Spodak, M.D., taken on April 11, 2024, is attached hereto as Exhibit 1.

4. A true and correct copy of excerpts of the transcript of the deposition of Robert DeLorenzo, M.D., taken on May 3, 2024, is attached hereto as Exhibit 2.

---

[1] "Defendants" refers to Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US Inc. (the "Waste Connections Defendants"), Jefferson Parish, and Aptim Corp.

2

5. A true and correct copy of excerpts of the transcript of the deposition of Paolo Zannetti, taken on April 25, 2024, is attached hereto as Exhibit 3.

6. A true and correct copy of excerpts of the transcript of the deposition of Susan Schiffman, taken on April 26, 2024, is attached hereto as Exhibit 4.

7. A true and correct copy of excerpts of the transcript of the deposition of James Lape, taken on April 22, 2024, is attached hereto as Exhibit 5.

8. A true and correct copy of excerpts of the transcript of the deposition of Pamela Dalton, taken on May 13, 2024, is attached hereto as Exhibit 6.

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana this 13th day of June, 2024.

                                                              /s/ Michael C. Mims