Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL., | CIVIL ACTION NO. 19-11133, |
| VS. | C/W 19-14512 |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL. | SECTION: "E"(5) |
| | JUDGE: MORGAN |
| | MAGISTRATE JUDGE: NORTH |

      The remote videotaped deposition of SUSAN SCHIFFMAN, PH.D., appearing from Durham, North Carolina taken in connection with the captioned cause pursuant to the following stipulations before RITA A. DEROUEN, Certified Court Reporter, on the 26th of April, 2024, beginning at 11:05 a.m. Eastern Time.

```
                                                           Page 74
 1        Q.  But you didn't confirm that by reviewing
 2   any of the compliance orders?
 3        A.  I did not, no.
 4        Q.  Or the accused website, the EDMS -- EDMS
 5   system to --
 6        A.  I assumed that Dr. Brown, who was head of
 7   the agency, knew what was -- knew the score.
 8        Q.  So is it fair to say that you didn't
 9   review other sources because you were relying on
10   Dr. Brown's statement?
11             MR. FOSTER:
12                  Objection; form.
13   BY MS. BRILLAULT:
14        Q.  Or the other sources were not --
15        A.  I -- I was not asked to look at other
16   places.  I was asked to review the data on
17   Jefferson Parish Landfill.  That was the -- what
18   my chore was.
19        Q.  And when you say you were asked, you were
20   asked by your attorney?
21        A.  I was asked by -- originally with Barry
22   Newton.
23        Q.  Okay.
24        A.  And now with Mr. Foster.
25        Q.  All right.  A couple more questions and
```

1  compliance with the prohibition on contractual
2  relationships, as defined by Louisiana Code of
3  Civil Procedure Article 1434 and the Rules and
4  Advisory Opinions of the Board; that I have no
5  actual knowledge of any prohibited employment or
6  contractual relationship, direct or indirect,
7  between a court reporting firm and any party
8  litigant in this matter, nor is there any such
9  relationship between myself and a party litigant
10 in this matter; that I am not related to counsel
11 or to any of the parties hereto, I am in no manner
12 associated with counsel for any of the interested
13 parties to this litigation, and I am in no way
14 concerned with the outcome thereof.
15     Signed and stamped this 30th day of April, 2024,
16 Baton Rouge, Louisiana.
17
18
19
20
21
22        _____
23             Rita DeRouen, RPR, CCR
24
25

Page 89

1  decision and you mentioned earlier you read it.  I
2  had a question about a statement the Court made,
3  and she cited your testimony at trial.
4           And your testimony at trial, and I'll just
5  quote it, was, "See, what we try to do is to
6  see -- to program our machine so that they can
7  pick something -- pick up something at 5 ppb.
8  This is for the level we're using.  This is the
9  level which is agreed to, people from China,
10 Japan, all over the world.  5 ppb is well thought
11 of throughout the world with people who work in
12 this area."
13          So you just mentioned people from China
14 and Japan.  Can you give me specifics on who from
15 China and Japan use 5 parts per billion?
16      A.  Members of my committee and people -- I'm
17 on Zoom every week, okay?  I can't name everybody
18 who -- I mean, and it's inappropriate for me to
19 name people who say something on confidential IEEE
20 calls.  I mean, I don't understand what you're
21 asking for.
22      Q.  Well, I'm asking who in China and Japan
23 used 5 parts per billion as a standard to --
24      A.  They don't -- they consider it a standard,
25 but they can't get -- but what happens is that --

Page 306

1  compliance with the prohibition on contractual
2  relationships, as defined by Louisiana Code of
3  Civil Procedure Article 1434 and the Rules and
4  Advisory Opinions of the Board; that I have no
5  actual knowledge of any prohibited employment or
6  contractual relationship, direct or indirect,
7  between a court reporting firm and any party
8  litigant in this matter, nor is there any such
9  relationship between myself and a party litigant
10 in this matter; that I am not related to counsel
11 or to any of the parties hereto, I am in no manner
12 associated with counsel for any of the interested
13 parties to this litigation, and I am in no way
14 concerned with the outcome thereof.
15     Signed and stamped this 30th day of April, 2024,
16 Baton Rouge, Louisiana.
17
18
19
20
21
22 _____
23      Rita DeRouen, RPR, CCR
24
25