```
IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF LOUISIANA
- - - - - - - - - - - - - - -+
                              |
ELIAS JORGE "GEORGE"          | CIVIL ACTION NO.
ICTECH-BENDECK,               |
                              | 18-7889 c/w 18-8071
         Plaintiff,           | 18-8218, 18-9312
                              |
   vs.                        |
                              | SECTION E(5)
WASTE CONNECTION BAYOU,       |
INC., et al,                  |
                              |
         Defendants.          |
                              |
- - - - - - - - - - - - - - -+
                              | CIVIL ACTION NO.
Related Case:                 |
                              | 19-11133, c/w
FREDERICK ADDISON, et al,     | 19-14512
                              |
     Plaintiffs,              | SECTION E(5)
                              |
   vs.                        |
                              |
LOUISIANA REGIONAL LANDFILL   |
COMPANY, et al,               |
                              |
     Defendants.              |
                              |
(Applies to Both Cases)       |
----------------------------x
              Video Deposition of
                   JAMES LAPE
             Monday, April 22, 2024
                   10:28 a.m.



Reported by:  Laurie Donovan, RPR, CRR, CLR
```

Page 2

April 22, 2024

10:28 a.m.

Video Deposition of JAMES LAPE, held in person in Washington, D.C. and also via videoconference (Zoom), with the witness appearing in person and some parties participating remotely, some parties appearing in person, pursuant to the Rules of the United States District Court in the Eastern District of Louisiana, subject to such stipulations as may be recited herein or attached hereto, before Laurie Donovan, a Registered Professional Reporter and notary public of the District of Columbia, who officiated in administering the oath to the witness.

1        A    No, I have not.
2        Q    Have you ever at any time conducted modeling
3   of indoor air dispersion?
4        A    Yes.
5        Q    And a few of those tasks are disclosed in
6   your report, right?  Does that sound right?
7        A    Correct.
8        Q    Okay.  Would you consider yourself an expert
9   in indoor air dispersion modeling?
10       A    Yes.
11       Q    Have you been qualified in a litigation as
12  an expert on indoor air dispersion modeling?
13       A    No.  It's always been ambient air.
14       Q    But you do consider it within your area of
15  expertise to model the dispersion of indoor air?
16       A    Correct.
17       Q    In those non-litigation cases, to your
18  memory -- and I'm happy to go back to the CV if you'd
19  like, but in general have you assessed impacts to
20  indoor air from intrusion of outdoor ambient air?
21       A    Yes.
22       Q    So when you do that type of indoor air
23  dispersion modeling, does that account for the
24  variability of ventilation patterns within a home?
25       A    Yes, and that variability can be evaluated

1  in a number of different ways, different levels of
2  sophistication, yes.
3      Q    Are computer models sometimes used for that
4  assessment?
5      A    Yes.
6      Q    Are there ways to do it without a computer
7  model?
8      A    There are factors that have been developed
9  based on empirical studies of the dispersion within
10 homes under various conditions, and those will provide
11 you basically a dilution component that you can then
12 use to estimate what the air concentration would be
13 without going through a more rigorous kind of
14 evaluation of the flow and transport in the building.
15     Q    Have you done that for purposes of reporting
16 to any governmental agency?
17     A    Yes.  A lot of the work was as vapor
18 intrusion from subsurface.
19     Q    Right.  I'm trying to ask specifically about
20 intrusion from ambient air rather than vapor intrusion
21 from soil.
22     A    There was also -- we would also look at the
23 potential of the ambient air component as well, so
24 that you were looking at the total loading within the
25 environment.

Page 15

1    Q    So that indoor air assessment might include
2    intrusion of air through -- from soils and from
3    ambient air as well?
4    A    Correct.
5    Q    In order to be an expert in indoor air
6    dispersion modeling, would someone need qualifications
7    similar to yours?
8    A    I would think so, yes.
9    Q    In this matter, you do not opine on any
10   indoor air dispersion modeling, do you?
11   A    I do not.
12   Q    Let me back up.
13        Before, without regard to this matter, when
14   you've done indoor air assessments, have those
15   assessments involved hydrogen sulfide?
16   A    There may have been a component, but I don't
17   remember it being the dominant component in any
18   analyses.
19   Q    So often you'd be looking at dispersion of
20   VOCs?
21   A    Exactly.
22   Q    For the record, "VOCs" is volatile organic
23   compounds, correct?
24   A    Correct.
25   Q    Do you prefer compounds or chemicals in the

Page 17

1  point to the exposure analysis that she was doing.
2          She was doing the detailed exposure
3  analysis, so she could take the ambient air
4  concentrations and then do what she felt was necessary
5  in order to, to match the kinds of exposures that the
6  individuals would have experienced.
7      Q    Do you plan in this case to present an
8  opinion on indoor air and hydrogen sulfide -- let me
9  start over.
10         Do you plan in this case to present an
11 opinion on hydrogen sulfide concentrations of indoor
12 air at trial?
13     A    I have not been asked to do that, no.
14     Q    So as far as you are aware, you do not plan
15 to do that, right?
16     A    Correct.
17     Q    As far as you are aware, does Dr. Schiffman
18 rely on any opinion of yours with respect to indoor
19 air dispersion?
20     A    No.
21     Q    Okay.  I'm switching topics.  No longer
22 talking about indoor air dispersion.
23         In this case, did you visit the locations of
24 the plaintiffs' homes?
25     A    Many of them, yes.  All of the Addison and

Veritext Legal Solutions
212-279-9424                www.veritext.com                212-490-3430

Page 227

**CERTIFICATE OF SHORTHAND REPORTER**

I, Laurie Donovan, Registered Professional Reporter, Certified Realtime Reporter, and notary public for the District of Columbia, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 24th day of April 2024.

_____
LAURIE DONOVAN, Notary Public
for the District of Columbia