Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   *************************************************

 4    FREDERICK ADDISON, et al.,

 5                 Plaintiffs,         CIVIL ACTION NO.
     vs.                               19-11133,
 6                                     c/w 19-14512

     LOUISIANA REGIONAL LANDFILL
 7   COMPANY, et al.,

 8                 Defendants.
     *************************************************
 9

10
                            VOLUME I
11

12              VIDEOTAPED DEPOSITION OF
13         ROBERT DeLORENZO, M.D., Ph.D., M.P.H.
14                    May 3, 2024
15               10:06 a.m. to 6:45 p.m.
16                 Richmond, Virginia
17
18
19
20
21
22
23
24
25   Reported by: Leslie D. Etheredge, RMR, CCR
```

Page 386

1   on, but that doesn't --
2        Q.   Why don't we scratch off the ones we can.
3             So you said decreased productivity, you
4   feel like falls under fatigue.  I'm going to take
5   that off the list.
6        A.   Okay.
7        Q.   Fainting, you think maybe falls under
8   dizziness?
9        A.   Yes, I would do that.
10       Q.   I will take that off the list.
11       A.   No, I didn't --
12       Q.   ED or decrease in sex drive --
13       A.   I think --
14       Q.   -- fair to say, you are not offering
15  those opinions?
16       A.   No.  No.  Even though my patient
17  complained about it, I didn't put it in my report, my
18  impression.
19       Q.   All right.  Looking at this list, any
20  others that you think there is support for 5 PPB
21  causing it?
22       A.   Well --
23       Q.   And, if so, I will take it --
24       A.   -- the skin infections, I think would be,
25  because we're talking about the reason for the skin

Page 387

1    infection is because of the increase in anxiety and
2    stress, so I think --
3         Q.    We talked about that.
4         A.    Right.
5         Q.    All right.
6         A.    Now, cold sweats, I don't remember ever
7    mentioning that in my opinions.  So I don't think I
8    opined on it.
9         Q.    You're not going to offer any opinions
10   about any of the trial plaintiffs suffering --
11        A.    I mean, unless it's in my report, I don't
12   remember seeing that.  I mean I can't --
13              MR. FOSTER:  Don't talk over each
14        other.
15        A.    Yes, just wait.  Let me look at this --
16              MR. FOSTER:  You're driving --
17        A.    I mean stomach irritation is in there.
18   Okay.  GI complaints, I think for sure, because
19   that's nausea and vomiting, I mean that's stomach
20   irritation.  So that -- all the way at the bottom,
21   that's definitely 5 parts per billion.
22        Q.    You think stomach irritation is --
23        A.    Nausea and vomiting.  That's stomach
24   irritation.
25        Q.    Okay.

Page 388

1     A.     I mean, you know, and that's another way
2  to put it.  But joint swelling, I don't have evidence
3  of 5 parts per billion --
4     Q.     Going back to cold sweats, I know you are
5  not sure whether you offered that opinion or not, but
6  I will just go ahead and ask, are you aware of any
7  literature that says cold sweats can be caused by
8  5 parts --
9     A.     If you ask --
10    Q.     Let me finish my question.
11    A.     Okay.
12    Q.     For cold sweats, are you aware of any
13 literature that states that cold sweats can be caused
14 by exposure to 5 parts per billion of H2S over 30
15 minutes?
16    A.     At this point in time, I don't know that
17 there is.
18    Q.     And you haven't provided that so far in
19 this litigation?
20    A.     No, I don't believe I have.
21    Q.     Okay.  Are there any more that are on the
22 list that you think there is support for that you
23 have provided?
24    A.     Yeah, I mean so all of these basically
25 come into ENT, respiratory and ocular.  I mean that's