# Rebuttal Report

Susan S. Schiffman, PhD
4/26/2024

**Comments on Dr. Pamela Dalton's Expert Report**
Susan S. Schiffman
3/26/2024

**Overview of Dr. Pamela Dalton's Opinions**
The opinions expressed by Dr. Pamela Dalton in her expert report of March 8, 2024 are a reiteration of her previous report from April 30, 2021 regarding Jefferson Parish Landfill (JPLF). Her assertions do not reflect the facts in this legal case and are inconsistent with her own publications and testimony as well as those of World Health Organization (WHO), Agency for Toxic Substances and Disease Registry (ATSDR), Japan Environmental Sanitation Center, and published scientific literature.  My responses to her March 8 report are consistent with my previous Expert Reports, rationale, and opinions.

**Dalton Claim 1**: There is no evidence "to demonstrate that any of the 13 Trial Plaintiffs are able to detect and also be annoyed by concentrations of $H_2S$ at 5 ppb (or at any other concentration) in the natural environment."

**Response**:
This statement is baseless.  The levels of $H_2S$ to which the Trial Plaintiffs were exposed along with the characterization of odor by the Trial Plaintiffs from these exposures are well documented.  $H_2S$ concentrations at each of the Trial Plaintiffs' homes were quantified by measurements of $H_2S$ from the active surface of JPLF by Ramboll and modeled by Jim Lape using international standards for dispersion modeling (CalPuff; AMIGO & Olores, 2023); this modeliing was discussed in my Expert Report of January 28, 2024.  The Trial Plaintiffs' Fact Sheets, depositions, and medical assessments by physicians confirm that they could smell these odors because they utilized descriptors that conform to the FIDO protocol used to validate odor perception and exposure by regulatory agencies, specifically F̲requency, I̲ntensity, D̲uration, O̲ffensiveness (abbreviated as FIDO).  ATSDR in the United States along with international regulatory agencies document environmental odors using FIDO descriptors to validate human odor exposure (ATSDR, 2024; Bokowa et al., 2021).  Importantly, the use of FIDO descriptors as a viable framework for determining odor annoyances utilized by ATSDR and international regulatory agencies has been endorsed by Dr. Dalton (e.g., Dalton, 2003 and Dalton et al., 2011).

An example of the use of FIDO descriptors used by Trial Plaintiffs to characterize the odor exposure from JPLF is the following.  Wendy Gremillion used vocabulary in her deposition that includes all the FIDO characteristics of odor exposure: F̲requency ("it could have been three days in a row, skip two. It could have been two days in a row, skip two. It could have been three -- it just came", "it's not always outside when you go to leave the house. I mean, it comes and goes", "when it was muggier, hotter outside, it stayed longer. If it was breezier, I don't feel like it would stay around as long, but it was all year-round", "It came and went when it pleased. There was no warning"), I̲ntensity ("It was very strong"), D̲uration ("Even when it was gone outside, like if it had subsided, it still remained in the house"), O̲ffensiveness ("it was very unpleasant"; "it was just horrendous outside", "it smelled really bad").  The FIDO characteristics of the odor described by Wendy Gremillion as well as all the other Trial Plaintiffs are consistent with Mr. Lape's modeling

of the dispersion of $H_2S$ allowing for the retention of $H_2S$ in the atmosphere that can occur up to 18 hours after dispersion (see Virginia Department of Health and other sources including 2006 ATSDR).

In addition to the $H_2S$ measurements by Ramboll, levels of $H_2S$ that that evoked odor complaints in the neighborhood have been quantified by LDEQ (at MAML locations and by odor patrols). As noted in my previous expert reports: "LDEQ odor patrols during the period from October 8 to December 14, 2018 found a wide range of $H_2S$ levels that varied with the odor description. At locations where the odor was described as "landfill gas," "rotten egg," or "hydrogen sulfide," the $H_2S$ concentrations ranged widely from 1 ppb to 600 ppb. When the odor description was "garbage," the $H_2S$ levels ranged from 2-7 ppb (LDH January 14, 2019 Report). It is important to note here that the odor patrol could identify the odor as landfill gas at 1 ppb $H_2S$."

Additional confirmation that Trial Plaintiffs had intact senses of smell are found throughout their Fact Sheets, depositions, and medical interviews with physicians. For example, Wendy Gremillion provided appropriate responses when interrogated during her deposition about the odors of fried seafood, bleach, asphalt, flowers, burning match, gasoline station, and sewage treatment plant. The Trial Plaintiffs accurately characterized the odor quality as aversive and sulfur-like in their Fact Sheets, depositions, and interactions with Drs. Delorenzo and Spodak.

Dr. Dalton also questioned the sensitivity of the Trial Plaintiffs to the odor of $H_2S$. This issue is directly addressed by Dr. Dalton's own research in which she found that intermittent exposure to an odorant significantly increases sensitivity. Specifically, she found that six intermittent exposures to an odorant increased detection sensitivity by 256-fold based on measurements of odor thresholds (Dalton, 1996; Dalton and Wysocki, 1996). Dr. Dalton's coauthor, Dr. Charles J. Wysocki, followed up on this finding in an animal model and found that exposure-induced elevations in sensitivity occurred in the peripheral components of the olfactory system, specifically at the level of the olfactory epithelium (Yee and Wysocki, 2001).

Further increases in sensitivity to $H_2S$ may also arise from the association of aversive health symptoms (e.g., headaches, nausea) that occurred with odor exposure from JPLF. Åhs et al. (2013) reported that an odor associated with an aversive stimulus lowered the detection threshold for that odor. Studies by Parma et al. (2015) found that the detection threshold could be further reduced with repeated aversive learning sessions over a two-week period. Aversive conditioning induces anatomical changes at peripheral levels of olfactory processing including sensory neurons and the olfactory bulb (Jones et al., 2008; Kass et al., 2013; Fletcher, 2012) resulting in increased odor sensitivity. The increase in odor sensitivity that occurs with aversive conditioning is a biological mechanism that enhances detection of potentially toxic stimuli against a noisy background.

Overall, these data confirm that the Trial Plaintiffs could perceive the odors and were sensitive to the odors of $H_2S$ due to their repetitive exposure and their aversive odor quality. The magnitude of the increased sensitivity from repetitive exposure would also be expected compensate for any diminution in odor perception associated with concomitant health issues. Furthermore, the finding that the increased sensitivity from repetitive odor exposure to aversive compounds can result from anatomical alterations at the peripheral levels of the olfactory system do not support Dr. Dalton's

conjecture that personality traits and memory recall were primarily responsible for odor complaints and annoyance by the Trial Plaintiffs.

**Dalton Claim 2:** Trial Plaintiffs reports of prolonged periods of strong odors are false because strong odors undergo adaptation.

**My response**: This claim is baseless on two counts.

First, the concentration of odorants in environmental air undulates over time and various meterological conditions which limits adaptation. This temporal variation of intensity during sustained periods of odor emissions is the reason why CALPUFF was used by Jim Lape for determining odor dispersion as discussed in my previous expert reports. An example of the range of concentrations that can occur in a brief interval of time is given in Table 6 of my Expert Report from August 27, 2021 that listed one-minute averages of $H_2S$ at the MAML Waggaman location (Corner of Dandelion and River Rd) on 7/27/2018. The $H_2S$ concentrations ranged from 5 ppb to 121 ppb over a 19-minute period on (data from David Wagenecht to Mike Algero and Brian Tulsa). An undulating temporal odor intensity pattern such as Hi followed by Low (or None) to High followed by Low (or None) to Hi followed by Low (or None) to High followed by Low (or None) allows the olfactory system to recover from adaptation.

Second, the Trial Plaintiffs' perception that strong odors persisted over extended periods (e.g., throughout the night) is consistent with research in cognitive psychology. The mind absorbs and integrates discrete repetitive (or undulating sensations) and lumps them together into a gestalt or whole. Two simple analogies are following: A row of ants from a distance seems like a continuous black line. However, if you get close, you see the discrete ants. Another analogy is from old movies that were made with individual still shots at 16 frames per second but interpreted as continuous movement. Likewise, the mind integrates undulating odor events over a period of time and gathers them together into a whole. This cognitive process contributes to the assessment and experience of the Trial Plaintiffs that the strong odors lasted all day or overnight. There are many thousands of studies in the psychology literature that confirm this cognitive process.

**Dalton Claim 3:** "Exposure to odors is not likely to cause the sleep disturbances claimed by certain Trial Plaintiffs"

**My response:** Dr. Dalton testified in New Orleans under oath that she found no reason to doubt that the symptoms reported by residents were real, and she found the reports to be credible. This claim in her current Expert Report of March 8, 2024 that odors did not cause sleep disturbances in Trial Plaintiffs is inconsistent with her testimony. Odors can in fact interrupt sleep for some persons. In a controlled research study on swine odors in North Carolina that we published in Environmental Health Perspectives (Wing et al., 2008), there were three episodes in which odor interrupted participants' sleep in the middle of the night. Sleep disruption was a common complaint expressed to our research team during the decades that I measured odor and odorant levels in communities near CAFOs.

Furthermore, I performed a controlled study as noted in my most recent Expert Report that odor can be a reliable and effective alarm mechanism for sleeping individuals with hearing loss who

cannot respond to auditory alarms (Schiffman, 1995). One explanation why some persons experience sleep interruption from odors while others do not is likely due to the biological relevance and salience of the odor quality for those who are exposed. Åhs et al. (2013) concluded that "increasing the biological salience of a stimulus augments the individual's absolute sensitivity in a stimulus-specific manner outside conscious awareness." The landfill odor was highly relevant to Trial Plaintiffs due to its aversive quality along with its impact on their health and quality of life. The odors used as an alarm clock for the deaf were relevant because hearing-impaired individuals relied on the odor signals for "time to awaken."

**Dalton Claim 4:** The threshold for $H_2S$ could be as high as 130 ppb.

**Response**: This is groundless, and I have addressed this in my previous reports. The odor threshold given for $H_2S$ is: 1) 0.2-2 µg/m$^3$ (0.14 – 1.4 ppb) according to WHO (2020) and 2) 0.5 ppb (0.7 µg/m$^3$) according to ATSDR (2020). These threshold levels are consistent with data from the Japan Environmental Sanitation Center (Nagata and Takeuchi, 1990) that reported the odor threshold for $H_2S$ as 0.4 ppb. The WHO, ATSDR, and the Japan Environmental Sanitation Center are agencies that are dedicated to protecting human health and have based their published $H_2S$ odor thresholds on accurate data obtained from reliable testing methods, equipment, and purity of the $H_2S$ source. Furthermore, in her article in Atmosphere (Dalton et al., 2020), Dr. Dalton described the biological basis for the low detection thresholds of sulfur compounds. She specifically states: "From an evolutionary point of view, this ability to detect extremely low concentrations of chemical compounds in the air affords identification of various sources of danger, such as spoiled food or harmful chemicals."

**Dalton Claim 5:** "The concentration of odors and gases emitted from the JPLF was not likely to cause trigeminally-mediated sensations or physiological-based health conditions in the Trial Plaintiffs."

**Response**: This is false. Eye irritation which occurs when the trigeminal nerve is activated occurred with odor exposure. Below are representative examples of eye irritation from the Trial Plaintiffs' depositions and their medical reports (see Dr. DeLorenzo's Expert Report).

Adelyn Gremillion:  Eye irritation and redness, coughing
Andrew Section:  Eye irritation
Braxton Gremillion: Eyes burned when he smelled the noxious odors around his house."
Geneva Green: Throat irritation, coughing, throat scratchy and burning
Jonathan Tate: Nose burning, cough with phlegm
Mary Ann Winningkoff: Burning nose and eyes, eyes hurt, coughing
Reshaun Richardson:  Eye irritation, watery eyes, runny nose
Stanley Meyers: Nasal irritation that led to nosebleeds
Terrance Thompson: Burning eyes, irritated nose
Tyrone Thompson: Runny eyes, eye irritation, eyes would itch or burn, sometimes became red
Vernice Lewis: Eye irritation, scratchy eyes
Wendy Gremillion: Burning eyes, nose and throat

The symptoms of eye irritation experienced by the Trial Plaintiffs clearly indicates that hydrogen sulfide gas in combination with other VOCs from JPLF activates the trigeminal system. $SO_2$ formed in the air during lingering of $H_2S$ in the community may also play a role. The finding of eye irritation is consistent with the work of Shusterman et al. (1991) and our own research (Schiffman et al., 2005) that indicate a malodorous mixture of $H_2S$ and VOCs activates the trigeminal nerve. Furthermore, the intensity of sensory irritation has been shown to increase progressively over time of exposure (Cometto-Muñiz and Cain, 1984; Hudnell et al., 1992), and Dr. Dalton is knowledgeable about this phenomenon called temporal integration. In two separate publications in which she is a co-author (Doty et al., 2004; Smeets et al. 2006), Dr. Dalton emphasized that odorous stimuli become more irritating with increased duration of exposure. Overall, the evidence clearly indicates that the odorous mixtures from JPLF activated the trigeminal system with a progressive increase in intensity from repeated exposure over time.

**Conclusion:** Dr. Dalton's opinion that odors from JPLF are not the primary source of injuries reported by the Trial Plaintiffs and could not have caused the symptoms experienced by the Trial Plaintiffs is unfounded as described in my Expert Report of January 28, 2024. Furthermore, the claim in her Expert Report on March 8, 2024 are invalid for the reasons discussed above.

**References**
Åhs, F., Miller, S. S., Gordon, A. R., & Lundström, J. N. 2013. Aversive learning increases sensory detection sensitivity. Biological psychology, 92(2), 135-141.
AMIGO & Olores. 2023. International Handbook on the Assessment of Odour Exposure using Dispersion Modelling. ISBN 978-84-09-52429-7. DOI: 10.5281/zenodo.8367724.
ATSDR https://www.atsdr.cdc.gov/odors/odor_investigations.html
ATSDR. 2020b. Toxic Substances Portal - Hydrogen Sulfide Carbonyl Sulfide https://www.atsdr.cdc.gov/mmg/mmg.asp?id=385&tid=67#:~:text=Inhalation%20is%20the%20major%20route,and%20at%20continuous%20low%20concentrations.
Bokowa, A.; Diaz, C.; Koziel, J.A.; McGinley, M.; Barclay, J.; Schauberger, G.; Guillot, J.-M.; Sneath, R.; Capelli, L.; Zorich, V.; Izquierdo, C.; Bilsen, I.; Romain, A.-C.; del Carmen Cabeza, M.; Liu, D.; Both, R.; Van Belois, H.; Higuchi, T.; Wahe, L. 2021. Summary and Overview of the Odour Regulations Worldwide. Atmosphere 12, 206.
Cometto-Muñiz, J.E; Cain, W.S. Temporal integration of pungency. Chem. Senses, 8 (1984), pp. 315-327
Dalton, P. 1996. Cognitive aspects of perfumery. Perfumer & Flavorist 21, 13-20.
Dalton, P. 2003. How people sense, perceive and react to odors. BioCycle November 2003, Vol. 44, No. 11, p.26. https://www.biocycle.net/how-people-sense-perceive-and-react-to-odors/
Dalton, P., and Wysocki, C.J., 1996. The nature and duration of adaptation following long-term odor exposure. Perception & Psychophysics, *58*(5), pp.781-792.
Dalton, P., Caraway, E.A., Gibb, H. and Fulcher, K., 2011. A multi-year field olfactometry study near a concentrated animal feeding operation. Journal of the Air & Waste Management Association, 61(12), pp.1398-1408.
Dalton, P., Claeson, A.S. and Horenziak, S., 2020. The Impact of Indoor Malodor: Historical Perspective, Modern Challenges, Negative Effects, and Approaches for Mitigation. Atmosphere, 11(2), p.126.
Doty, R.L., Cometto-Muñiz, J.E., Jalowayski, A.A., Dr. Dalton, P., Kendal-Reed, M. and Hodgson, M., 2004. Assessment of upper respiratory tract and ocular irritative effects of

volatile chemicals in humans. Critical Reviews in Toxicology, 34(2), pp.85-142. DOI: 10.1080/10408440490269586

Fletcher, M. L. 2012. Olfactory aversive conditioning alters olfactory bulb mitral/tufted cell glomerular odor responses. Frontiers in Systems Neuroscience, 6, 16.

Hudnell, H.K., Otto, D.A., House, D.E. and Mølhave, L., 1992. Exposure of humans to a volatile organic mixture. II. Sensory. Archives of Environmental Health: An International Journal, 47(1), pp.31-38.

Jones, S. V., Choi, D. C., Davis, M., & Ressler, K. J. 2008. Learning-dependent structural plasticity in the adult olfactory pathway. The Journal of Neuroscience, 28(49), 13106-13111.

Kass, M. D., Rosenthal, M. C., Pottackal, J., & McGann, J. P. (2013). Fear learning enhances neural responses to threat-predictive sensory stimuli. Science, 342(6164), 1389-1392.

Nagata Y; Takeuchi, N. Measurement of odor threshold by triangle odor bag method. Bulletin of Japan Environmental Sanitation Center 17, pp. 77-89, 1990.

Parma, V., Ferraro, S., Miller, S.S., Åhs, F. and Lundström, J.N. 2015. Enhancement of odor sensitivity following repeated odor and visual fear conditioning. Chemical Senses, 40(7), pp.497-506.

Schiffman, S. S. Use of olfaction as an alarm mechanism to arouse and alert sleeping individuals. Aroma-Chology Review 4(10):2,9; 1995.

Schiffman, S.S., Studwell, C.E., Landerman, L.R., Berman, K. and Sundy, J.S., 2005. Symptomatic effects of exposure to diluted air sampled from a swine confinement atmosphere on healthy human subjects. Environmental health perspectives, 113(5), pp.567-576.

Shusterman, D.;Lipscomb, J.; Neutra, R. 1991. Symptom prevalence and odor-worry interaction near hazardous waste sites. Environmental Health Perspectives 94:25-30.

Smeets, M.A., Kroeze, J.H. & Dalton, P.H. 2006. Setting occupational exposure limits in humans: contributions from the field of experimental psychology. Int Arch Occup Environ Health 79, 299–307.

Virginia Department of Health. Hydrogen sulfide. https://www.vdh.virginia.gov/environmental-health/public-health-toxicology/hydrogen-sulfide/.  Also ATSDR July document from July 2006.  Accessed at https://www.adeq.state.ar.us/air/compliance/pdfs/hydrogen_sulfide.pdf.

WHO (World Health Organization). 2000. Air Quality Guidelines. Second edition. Chapter 6.6 https://www.who.int/publications/i/item/9789289013581

Wing, S., Horton, R.A., Marshall, S.W., Thu, K., Tajik, M., Schinasi, L. and Schiffman, S.S., 2008. Air pollution and odor in communities near industrial swine operations. Environmental Health Perspectives, 116(10), pp.1362-1368.

Yee, K. K.; Wysocki, C. J. 2001. Odorant exposure increases olfactory sensitivity: Olfactory epithelium is implicated. Physiology & Behavior 72(5);705-11.