UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

### DECLARATION OF MICHAEL C. MIMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF MICHAEL CORN

I, Michael C. Mims, hereby declare as follows:

1.  I am a Shareholder of the law firm Liskow & Lewis, APLC, and am duly admitted to practice before this Court.

**2.**  I submit this Declaration, together with the accompanying exhibits, in support of Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of Michael Corn.[1] I am fully familiar with the facts set forth herein.

3.  A true and correct copy of excerpts of the transcript of the deposition of Michael Corn, taken on April 23, 2024, is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana this 14th day of June, 2024.

                                                                    /s/ Michael C. Mims

---

[1] "Defendants" refers to Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US Inc. (the "Waste Connections Defendants"), Jefferson Parish, and Aptim.