```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3   In re:

 4   FREDERICK ADDISON, et al.,

 5              Plaintiffs,

 6   vs.                          Case No. 19-CV-11133

 7   LOUISIANA REGIONAL LANDFILL

 8   COMPANY, et al.,

 9              Defendants.

10   _____/

11

12     The Above-Captioned Video-Recorded Deposition of

13                   MICHAEL CORN, CPA

14               10:10 a.m. - 6:52 p.m.

15                   April 23, 2024

16

17

18

19

20

21

22

23   REPORTED BY:

24   STEVEN POULAKOS, RPR

25   JOB NO:   J11168216
```



800.211.DEPO (3376)
EsquireSolutions.com

1
2
3
4
5
6
7           The above-captioned video-recorded
8  deposition of MICHAEL CORN, CPA, was held via Zoom
9  videoconference on Tuesday, April 23, 2024, commencing
10 at 10:10 a.m., at the Law Offices of Beveridge and
11 Diamond, P.C., 1900 N Street, N.W., Suite 100,
12 Washington, D.C. 20036, before Steven Poulakos, Notary
13 Public.
14
15
16
17
18
19
20 REPORTED BY:  Steven Poulakos, RPR
21
22
23
24
25



1  how much hydrogen sulfide, any of these potential other
2  sources actually emitted on any given day, right?
3       A     Some of them do have hydrogen sulfide I
4  believe in their permits and they did list how much
5  they release.  We've got that permit information in the
6  report.
7       Q     We'll do this again, Mr. Corn, but the
8  Title 5 permits don't tell you what was actually
9  released, correct?
10            MS. BRILLAULT:  Object to form.
11            THE WITNESS:  No.  It tells you what they
12 can release and if it's in there, then they plan on
13 releasing it in their discharges.  They have to -- they
14 have to put that in there.
15 BY MR. LANDRY:
16      Q     The question, Mr. Corn, was related to the
17 emissions on any specific day.  You don't have any
18 information for any of these potential other sources as
19 to what they were -- the amounts of hydrogen sulfide
20 gas they release on any given day, correct?
21            MS. BRILLAULT:  Object to form.
22            THE WITNESS:  I have not looked at emission
23 rates.  I have looked at which of these industries
24 release hydrogen sulfide, but not a specific second of
25 the day that they release it.



```
 1        Q     What's that?
 2        A     Acrylonitrile?  Is that what you're asking?
 3        Q     Yes.  I think you struggled just like I
 4   would on that one.
 5        A     I would say acrylonitrile.
 6        Q     Acrylonitrile?
 7        A     You got it.  You got it.
 8        Q     What is that?  So this plant -- go down to
 9   table 9.  We have the Title 5 permitted annual air
10   emissions, right?
11        A     Correct.
12        Q     Again, this is just estimates, not actual
13   emissions from the facility?
14        A     It's the estimate of the maximum emissions
15   that they might have.  Typically plants operate,
16   they're trying to produce as much chemical as they've
17   got and they operate flat out.  So those are probably
18   pretty close to the emissions that they have.
19        Q     And here you say they have -- the
20   acrylonitrile plant has had numerous unpermitted air
21   emissions both before and during the relevant time,
22   right?
23        A     Correct.
24        Q     What do you mean by numerous?
25        A     More than three.
```



1    A    No.  Air -- the air models are based on
2  predicting if you're going to meet the ambient air
3  quality standards and they're -- they're not -- they're
4  not exact.  They are meant to over predict, so we make
5  sure that we meet the ambient air quality standards.
6    Q    You also talked a lot about Title 5 permits
7  today and in your expert report.  Does LDEQ in issuing
8  the Title 5 permits, do they consider odor thresholds
9  for their permit limits?
10   A    No.  It's based are they going to meet the
11 ambient air quality standards for issuing a permit.
12   Q    So would a facility that met its permit
13 limits in its Title 5 permit still be a potential
14 source of off site odors?
15   A    Absolutely.  If they discharge enough and
16 if they're running full out like most industries do,
17 then they could have odors and still meet their permit.
18              MS. BRILLAULT:  That's all I have.
19              MR. LANDRY:  Thank you.
20              THE VIDEOGRAPHER:  We are off the record at
21 6:52.
22              MS. BRILLAULT:  Read and sign.
23              (Deposition was concluded at 6:52 p.m.)
24
25



```
 1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 2                 I, Steven Poulakos, registered
 3    Professional Reporter, the officer before whom the
 4    foregoing proceedings were taken, do hereby certify
 5    that the foregoing transcript is a true and correct
 6    record of the proceedings; that said proceedings were
 7    taken by me stenographically and thereafter reduced to
 8    typewriting under my supervision; and that I am neither
 9    counsel for, related to, nor employed by any of the
10    parties to this case and have no interest, financial or
11    otherwise, in its outcome.
12               IN WITNESS WHEREOF, I have hereunto set my
13    hand and affixed my notarial seal this 23rd day of
14    April 2024.
15    My commission expires:
16    May 31, 2024
17
18
19
20
21    
      -------------------------
22    NOTARY PUBLIC IN AND FOR
23    THE DISTRICT OF COLUMBIA
24
25
```