# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK E. ADDISON, SR., ET AL.,**<br>  **Plaintiffs** | **CIVIL DOCKET** |
| **VERSUS** | **NO.  19-11133**<br>      **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>  **Defendants** | **SECTION: "E" (5)** |

*Applies to: Both Cases*

## ORDER

Considering the foregoing Motion for Leave to File Under Seal, filed by Plaintiffs;[1]

**IT IS ORDERED** that the motion is **GRANTED**. The clerk is directed to file under seal portions of the Brief in Support of Plaintiffs' Motions to Exclude the Expert Testimony of Dr. Brobson Lutz; the Brief in Support of Plaintiffs' Motion to Exclude Evidence Regarding Dr. Spodak's Resolved Medical Condition; Dr. Kind's Expert Report and Deposition Transcript Excerpts; Dr. Lutz's Expert Report, Deposition Transcript Excerpts, and Deposition Exhibits of IME Reports; and Dr. Spodak's Deposition Transcript Excerpts and Declaration.

**IT IS FURTHER ORDERED** that Defendants' Motion to Consider Whether Another Party's Material Should Be Sealed is **DENIED AS MOOT**.[2]

**New Orleans, Louisiana, this 14th day of June, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 586. Counsel for Defendants has informed the Court that the Defendants have no objection to Plaintiffs' Motion for Leave to File Under Seal.
[2] R. Doc. 568.