UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>    Plaintiff<br><br>VERSUS<br><br>WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>    Defendants | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br><br>SECTION: "E" (5) |
| *Related Case:*<br><br>FREDERICK ADDISON, ET AL.,<br>    Plaintiffs<br><br>VERSUS<br><br>LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,<br>    Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## ORDER

Considering the foregoing Ex Parte Motion For Leave To File Reply To Plaintiffs' Supplemental Opposition To The Waste Connections Defendants' Motion To Uphold Expert Designation Of Bishow Shaha, Ph. D by Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.;

**IT IS ORDERED** that the motion is **GRANTED**. The Clerk is directed to file the Reply To Plaintiffs' Supplemental Opposition To The Waste Connections Defendants' Motion To Uphold Expert Designation Of Bishow Shaha, Ph. D and attachments thereto.

New Orleans, Louisiana, this 14th day of June, 2024.

                                             _____
                                                **SUSIE MORGAN**
                                     **UNITED STATES DISTRICT JUDGE**