UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL** | * | **CIVIL ACTION NO.** |
| | * | **19-11133 C/W 19-14512** |
| | * | |
| | * | **SECTION "E-5"** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| | * | |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL** | * | **MAGISTRATE JUDGE NORTH** |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JEFFERSON PARISH'S MOTION FOR LEAVE TO FILE REPLY TO THE WASTE CONNECTIONS DEFENDANTS' MEMORANDUM IN OPPOSITION TO JEFFERSON PARISH'S MOTION *IN LIMINE* TO EXCLUDE THE REPORT AND TESTIMONY OF ALI HASHIMI

Defendant Jefferson Parish respectfully requests leave to file the attached Reply to the Waste Connections Defendants' Memorandum in Opposition to the Motion in Limine to Exclude the Report and Testimony of Ali Hashimi ("Reply"). In support, the Jefferson Parish Defendants show the Court as follows:

1. On June 6, 2024, Jefferson Parish filed their Motion in Limine to Exclude the Expert Testimony and Report of Ali Hashimi.[1]

2. On June 13, 2024, Waste Connections Defendants filed their Memorandum of Law in Opposition to Jefferson Parish's Motion to Exclude Testimony of Ali Hashimi, P.E. [2]

3. Jefferson Parish now requests leave to file the attached Reply to identify that Ali Hashimi's proposed testimony will render legal conclusions and will invade the province of the jury

---

[1] See Defendant's Motion in Limine to Exclude the Expert Testimony and Report of Ali Hashimi filed on June 6, 2024, (ECF Doc. 544).
[2] See Waste Connections Defendants' Memorandum of Law in Opposition to Jefferson Parish's Motion to Exclude Testimony of Ali Hashimi, P.E., filed on June 13, 2024, (ECF Doc. 585).

but usurping the role of the factfinder. Ali Hashimi's proposed testimony intends to render legal conclusions asserted in Waste Connections Defendants' Memorandum of law in Opposition to Jefferson Parish's Motion to Exclude Testimony of Ali Hashimi.

4. In accordance with this Court's Thirteenth Case Management Order, replies on any non-evidentiary pretrial motions and motions in limine regarding expert testimony are due by June 18, 2024. The Court requires a Motion for Leave to file a reply, therefore the Motion for leave will contain Jefferson Parish's Reply Memorandum.

5. Jefferson Parish submits that the Reply will assist the court in resolving the Motion.

6. Jefferson Parish asserts the filing of the Reply will not cause any undue delay.

7. Finally, no undue prejudice will result to the Waste Connections Defendants, should this Court allow Jefferson Parish to file the Reply.

WHEREFORE, Jefferson Parish requests that this Motion be granted and that they be allowed to file and serve the attached Reply Memorandum.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
| I HEREBY CERTIFY that a copy of the foregoing pleading was served upon all counsel of record in the parties named herein through the Court's ECF system. | **CONNICK AND CONNICK, LLC** |
| | _/s/ Michael S. Futrell_ |
| | W. PETER CONNICK, LA. BAR NO. 14158 |
| | MICHAEL S. FUTRELL, LA. BAR NO. 20819 |
| Metairie, Louisiana, this 18th day of June 2024. | MATTHEW D. MOGHIS, LA. BAR NO. 33994 |
| | 3421 N. Causeway Boulevard, Suite 408 |
| | Metairie, Louisiana 70002 |
| | Telephone:  (504) 681-6663 |
| | Facsimile:  (504) 838-9903 |
| _/s/ Michael S. Futrell_ | E-mail:   mfutrell@connicklaw.com |
| MICHAEL S. FUTRELL | moghis@connicklaw.com |
| | *Counsel for Defendant, Jefferson Parish* |