UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL** | * | **CIVIL ACTION NO.** |
| | * | **19-11133 C/W 19-14512** |
| | * | |
| | * | **SECTION "E-5"** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| | * | |
| **LOUISIANA REGIONAL LANDFILL** | * | **MAGISTRATE JUDGE NORTH** |
| **COMPANY, ET AL** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Ex Parte Motion by Jefferson Parish for Leave to File Reply to Waste Connections Defendants' Memorandum of Law in Opposition to Jefferson Parish's Motion to Exclude Testimony of Ali Hashimi, P.E.,

**IT IS ORDERED** that the motion is **GRANTED**; the Clerk is directed to file the Reply to Defendant's Memorandum of Law in Opposition to Jefferson Parish's Motion to Exclude Testimony of Ali Hashimi, P.E.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**THE HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**