UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL** | * | **CIVIL ACTION NO.** |
| | * | **19-11133 C/W 19-14512** |
| | * | |
| | * | **SECTION "E-5"** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| | * | |
| **LOUISIANA REGIONAL LANDFILL** | * | **MAGISTRATE JUDGE NORTH** |
| **COMPANY, ET AL** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * |

**JEFFERSON PARISH'S MOTION FOR LEAVE TO FILE REPLY TO APTIM'S MEMORANDUM IN OPPOSITION TO JEFFERSON PARISH'S MOTION *IN LIMINE* TO EXCLUDE THE REPORT AND TESTIMONY OF BARRY KLINE**

Defendant Jefferson Parish respectfully requests leave to file the attached Reply to Defendant's, Aptim Corporation, Memorandum in Opposition to the Motion *in Limine* to Exclude the Report and Testimony of Barry Kline ("Reply"). In support, Jefferson Parish shows the Court as follows:

1. On June 6, 2024, Jefferson Parish filed their Motion in Limine to Exclude the Expert Testimony and Report Rendered by Barry Kline.[1]

2. On June 13, 2024, Defendant, Aptim Corporation filed their Opposition to Jefferson Parish's Motion *in Limine* to Exclude the Report and Testimony of Barry Kline.[2]

---

[1] Defendant's Motion in Limine to Exclude the Expert Testimony and Report Rendered by Barry Kline (ECF Doc. 543).
[2] Defendant's Memorandum in Opposition to Jefferson Parish's Motion *in Limine* to Exclude the Report and Testimony of Barry Kline (ECF Doc. 577).

3. Jefferson Parish now requests leave to file the attached Reply to identify that Barry's Kline's proposed testimony will render legal conclusions and will invade the province of the jury, usurping the role of the factfinder.

4. In accordance with this Court's Thirteenth Case Management Order, replies on any non-evidentiary pretrial motions and motions in limine regarding expert testimony are due by June 18, 2024. The Court requires a Motion for Leave to file a reply, therefore the Motion for Leave will contain Jefferson Parish's Reply Memorandum.

5. Jefferson Parish submits that the Reply will assist the court in resolving the Motion.

6. Jefferson Parish asserts the filing of the Reply will not cause any undue delay.

7. Finally, no undue prejudice will result to the Defendants, Aptim Corporation, should this Court allow Jefferson Parish to file the Reply Memorandum.

WHEREFORE, Jefferson Parish requests that this Motion be granted and that they be allowed to file and serve the attached Reply Memorandum.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
| I HEREBY CERTIFY that a copy of the foregoing pleading was served upon all counsel of record in the parties named herein through the Court's ECF system. | **CONNICK AND CONNICK, LLC**<br><br>_/s/ Michael S. Futrell_<br>W. PETER CONNICK, LA. BAR NO. 14158<br>MICHAEL S. FUTRELL, LA. BAR NO. 20819<br>MATTHEW D. MOGHIS, LA. BAR NO. 33994<br>3421 N. Causeway Boulevard, Suite 408<br>Metairie, Louisiana 70002<br>Telephone:   (504) 681-6663<br>Facsimile:   (504) 838-9903<br>E-mail:   mfutrell@connicklaw.com<br>          moghis@connicklaw.com |
| Metairie, Louisiana, this 18th day of June 2024.<br><br>_/s/ Michael S. Futrell_<br>MICHAEL S. FUTRELL | _Counsel for Defendant, Jefferson Parish_ |