UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL** | * | **CIVIL ACTION NO.** |
| | * | **19-11133 C/W 19-14512** |
| | * | |
| | * | **SECTION "E-5"** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| | * | |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL** | * | **MAGISTRATE JUDGE NORTH** |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * |

# ORDER

Considering the foregoing Ex Parte Motion by Jefferson Parish for Leave to File Reply to Aptim's Memorandum in Opposition to Jefferson Parish's Motion *in Limine* to Exclude the Report and Testimony of Barry Kline,

**IT IS ORDERED** that the motion is **GRANTED**; the Clerk is directed to file the Reply to Aptim's Memorandum in Opposition to Jefferson Parish's Motion *in Limine* to Exclude the Report and Testimony of Barry Kline.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**THE HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**