Testifying Expert Report

## 3.5   POTENTIAL EMISSIONS

The Table 1 emissions sources release a variety of over sixty-seven different documented air pollutants. Some are individual compounds, while others are mixtures of chemicals, such as petroleum products, including crude oil, diesel, and gasoline,[8] which each can have hundreds of individual chemicals making up the mixture, and a general category called volatile organic compounds (VOCs), which would include most compounds on the list plus others. Creosote is another mixture that contains numerous individual chemicals as determined by the Research Triangle Institute (RTI).[9]

These pollutants have varying degrees of documented odors. The chemical odor thresholds range from detectable at very low concentrations, such as mercaptans and hydrogen sulfide, to more elevated detectable concentrations, such as ammonia and hydrogen cyanide.[10]

The list of chemicals and/or products used, produced, or released by the Table 1 sources are presented in Table 3.[11] The sources of these data are described in further detail for each individual facility.

**Table 3. Chemicals Used or Produced at the Table 1 Sources***

| Acetaldehyde *(pungent, fruity, choking)*[12] | Dodecene, 1- (Alpha Olefin C12) *(mild, pleasant)*[13] | Naptha *(gasoline or kerosene)*[14] |
|---|---|---|
| Acetone cyanohydrin *(bitter almond*[15]*)* | Ethylbenzene *(oily solvent)* | Natural gas (*odorless naturally, mercaptan, added*) |
| Acetonitrile *(etherish)* | Ethylene dichloride *(sweet)* | Nickel (and compounds) *(odorless)* |
| Acrolein *(pungent)* | Ethylenediamine *(ammonia)* | Propane *(mercaptan)* |

---

[8] Potter and Simmons, Total Petroleum Hydrocarbon Criteria Working Group Series, Volume 2, Composition of Petroleum Mixtures, 1998, at 10, 19–20.

[9] RTI, February 17, 1999, Creosote composition data for P2 Creosote, RTI, Research Triangle Park, NC, prepared for the American Wood Preservers Institute, Vienna, Virginia.

[10] American Industrial Hygiene Association (AIHA), Odor Thresholds for Chemicals with Established Occupational Health Standards, 1997, Table 5.1; AIHA 2013, Table 6.1.

[11] Note that there may be additional chemicals handled or used at the Table 1 sources as I do not have a complete inventory of all the products each source uses, produces, or has on-site. I also do not have the Safety Data Sheet (SDS) manual for any of the facilities. A facility's SDS manual is supposed to contain a sheet for each chemical used on-site.

[12] NIH PubChem, Compound Summary for Acetaldehyde, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/177.

[13] NIH PubChem, Compound Summary for 1-Dodecene, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/8183.

[14] National Institute for Occupation Safety and Health (NIOSH), Table of Immediately Dangerous to Life of Health (IDLH) Values: Petroleum distillates (naphtha), *available at* https://www.cdc.gov/niosh/idlh/8002059.html

[15] NIH PubChem, Compound Summary for Acetone Cyanohydrin, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/6406

24