# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | **CIVIL ACTION** |
| **Plaintiffs** | **NO. 19-11133, c/w 19-14512** |
| **V.** | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | |
| **Defendants** | **JUDGE: Morgan** |
| | **MAGISTRATE JUDGE: North** |
| *Applies to: Both Cases* | |

### PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR
### MOTION IN LIMINE TO EXCLUDE TESTIMONY OF ALI HASHIMI

Plaintiffs submit the following Reply Brief in support of their Motion In Limine To Exclude Testimony of Ali Hashimi.

There does not appear to be a dispute regarding the fact that Mr. Hashimi should not testify to issues of law, even though Waste Connections says that he is not doing that. (He is.). Nor should he be testifying as to what ordinary fact witnesses can say and arguments the lawyers can make. But he is doing that, too. For example, in his Opinion 5.8, Mr. Hashimi seeks to testify that LRLC relied on the Parish and its gas collection system contractor (a fact) and its reliance was reasonable (an argument). Apparently not trusting the jury to come to the right conclusion, Waste Connections wants to bolster its argument with the imprimatur of the testimony of an expert. That sort of testimony is not presented to help the jury to understand issues and concepts but, instead, to convert the expert into an advocate which is not permitted. The same is true with his testimony regarding what the contract meant. Similarly, some of what Waste Connections asserts that Mr. Hashimi will say is of doubtful relevance to this case, such as the construction of individual cells.

Some is duplicative of what other witnesses will say, like the different types of cover.  In all, Mr.

Hashimi's testimony is either impermissible or unhelpful to the jury.

The Opposition does not dispel the issues raised by Plaintiffs in their Motion.

The Motion should be granted.

Respectfully submitted, this 18th day of June, 2024.

<div style="margin-left:40%">

_____/s/ S. Eliza James_____
FORREST CRESSY & JAMES, LLC
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fdjlaw.com
eliza@fcjlaw.com

_____/s/ Eric C. Rowe_____
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@whiteforlaw.com
erowe@whitefordlaw.com
mchilders@whitefordlaw.com

Harry S. Johnson, (Admitted Pro Hac Vice)
James R. Jeffcoat (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
hjohnson@whitefordlaw.com
jjeffcoat@whitefordlaw.com

*Counsel For Addison Plaintiffs*

</div>

2