**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | **CIVIL ACTION** |
| **Plaintiffs** | **NO. 19-11133, c/w 19-14512** |
| **V.** | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | |
| **Defendants** | **JUDGE: Morgan** |
| | **MAGISTRATE JUDGE: North** |
| *Applies to: Both Cases* | |

## PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION IN LIMINE TO EXCLUDE TESTIMONY OF BALDWIN JUSTICE

Plaintiffs submit the following Reply Brief in support of their Motion In Limine To Exclude Testimony of Baldwin Justice.

Defendants' Opposition continues their strategy of misstating Plaintiffs' arguments and attacking the arguments as misstated.

No Trial Plaintiff is asserting a claim for diminution of the value of their property, despite Defendants' insistence that they must be. Plaintiffs <u>are</u> seeking damages because the stench from the Landfill interfered with their daily activities and they could not use their property as intended, as by going outside and inviting people over. Mr. Baldwin asserts that no such damages could possibly have occurred (*i.e.*, they could not possibly have been affected by the smell) because their property values did not go down.

Mr. Justice's argument is utter nonsense, and Defendants' opposition does nothing to explain how the value of a property (whether up or down) which was not sold could possibly reflect

the diminution of a person's quality of life or the use and enjoyment of his or her property.[1]  There

is no relationship between the two, scientific or otherwise, and Mr. Baldwins' fanciful imagination

has no place in the trial of this action.

The motion to exclude his testimony must be granted.

Respectfully submitted, this 18th day of June, 2024.

> /s/ S. Eliza James
> FORREST CRESSY & JAMES, LLC
> Byron M. Forrest (La. Bar No. 35480)
> Nicholas V. Cressy (La. Bar No. 35725)
> S. Eliza James (La. Bar No. 35182)
> 1222 Annunciation Street
> New Orleans, Louisiana 70130
> Tele:(504) 605.0777
> Fax: (504) 322.3884
> Email: byron@fcjlaw.com
> nicholas@fdjlaw.com
> eliza@fcjlaw.com

> /s/ Eric C. Rowe
> C. Allen Foster (Admitted Pro Hac Vice)
> Eric C. Rowe (Admitted Pro Hac Vice)
> Masten Childers, III (Admitted Pro Hac Vice)
> WHITEFORD, TAYLOR & PRESTON, L.L.P.
> 1800 M Street, NW, Suite 450N
> Washington, DC 20036
> Tele: (202) 659.6800
> Fax: (202) 331.0573
> Email: cafoster@whiteforlaw.com
> erowe@whitefordlaw.com
> mchilders@whitefordlaw.com

---

[1] Nor does Mr. Justice even try to determine the value of the Plaintiffs' (or anyone else's) properties, which were not sold, in the absence of the odors.

Harry S. Johnson, (Admitted Pro Hac Vice)
James R. Jeffcoat (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
hjohnson@whitefordlaw.com
jjeffcoat@whitefordlaw.com

*Counsel For Addison Plaintiffs*