# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**  Plaintiffs  V.  **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**  Defendants  *Applies to: Both Cases* | **CIVIL ACTION**  **NO. 19-11133, c/w 19-14512**  **SECTION: "E" (5)**  **JUDGE: Morgan**  **MAGISTRATE JUDGE: North** |

## PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DR. BROBSON LUTZ

Plaintiffs submit the following Reply Brief in support of their Motion In Limine To Exclude Testimony of Dr. Brobson Lutz.

Dr. Lutz purports to opine that the somatic symptoms suffered by the Plaintiffs more likely than not were triggered by some source other than exposure to odors. But Dr. Lutz is unfamiliar with the science of how odors can trigger such symptoms. *See* Motion at page 5, citing Exhibit 2, Lutz Dep. at 16-17; *see id.* at 74-75, 243-244.) Dr. Lutz cannot possibly come to a conclusion that one source is more likely than another unless he can opine with regard to both and unless he has considered both, and, in this area, he lacks the training and expertise to present a reliable methodology to the jury. Dr. Lutz's unfamiliarity with the odor science, as shown in the work of Drs. Dalton and Schiffman, disqualifies him in this case.

Nowhere does Defendants' Opposition discuss this issue.

Respectfully submitted, this 18th day of June, 2024.

        /s/ S. Eliza James
FORREST CRESSY & JAMES, LLC
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fdjlaw.com
eliza@fcjlaw.com

        /s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@whiteforlaw.com
erowe@whitefordlaw.com
mchilders@whitefordlaw.com

Harry S. Johnson, (Admitted Pro Hac Vice)
James R. Jeffcoat (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
hjohnson@whitefordlaw.com
jjeffcoat@whitefordlaw.com

*Counsel For Addison Plaintiffs*