Brobson Lutz, M.D.
May 14, 2024

Page 16

```
 1        A.   I think those are referenced later
 2   in the report.  I know I reviewed some, if you
 3   look at Appendix 1 of my report, that's the
 4   medical records.  But that also lists the
 5   depositions I reviewed, the plaintiff fact
 6   sheets I reviewed and the expert reports.  I
 7   reviewed the complainant damages, health
 8   department records and a couple of articles.
 9        Q.   And I see that you did not review
10   the expert reports of Pamela Dalton.
11        A.   No, sir.
12        Q.   Do you know who she is?
13        A.   No.
14        Q.   Do you know who Susan Schiffman is?
15        A.   No.
16        Q.   And do you know that they are both
17   have been tendered as experts in this case on
18   the subject of odors and their effect on
19   humans?
20        A.   I didn't know that.  But if you tell
21   me, I believe it.
22        Q.   But in any event, you were not shown
23   either the reports of Pamela Dalton or Susan
24   Schiffman or any part of their testimony in
25   this case?
```

Brobson Lutz, M.D.
May 14, 2024

Page 17

```
 1        A.    No, sir.
 2        Q.    Is there anything that's not on this
 3   list of other references that you looked at
 4   apart from the depositions that are listed and
 5   the plaintiff fact sheets and the medical --
 6        A.    I don't believe I included in my
 7   report that I actually had a one-day tour of
 8   the sites involved and some of the residences
 9   involved in this case.  But I did take, Mr.
10   Mims drove me around.  I've forgotten exactly
11   what date, but he drove me around the
12   landfills.  We passed by Mosca's, which was
13   unfortunately closed, and we had looked at
14   homes on both sides of the river.
15        Q.    And do you remember which homes you
16   looked at?
17        A.    Yes, sir.
18        Q.    I see that you're looking at a piece
19   of paper.  What is that you're looking at?
20        A.    Well, I don't remember the homes.
21   I've got them listed here.
22             MR. ROWE:  Mike, can we get a copy of
23   that?
24             MR. MIMS:  Yes, sir.
25             MR. ROWE:  And we'll mark that as #3.
```

```
 1        Q.   Just from smelling it.
 2        A.   All dependent on concentration and
 3   duration.  Yes, sir.
 4        Q.   And so the reaction, do you
 5   understand the mechanisms in the body for that
 6   occur when you smell it and your body has a
 7   reaction to the smell?
 8        A.   I'm not sure what you mean.
 9        Q.   You know what nerves are stimulated
10   by the smell and how those nerves work?
11        A.   I know the olfactory nerve is the
12   first cranial nerve.
13        Q.   What about trigeminal nerve?  Do you
14   know about that?
15        A.   I have read in Dr. DeLorenzo's
16   report about sensitization of the trigeminal
17   nerve, but that's nothing I know anything
18   about that.  They didn't teach me that in
19   medical school 50 years ago.
20        Q.   Let's stop share.  And I think we
21   already talked about this, but you didn't
22   review any of the expert report testimony of
23   either Dr. Pamela Dalton or Dr. Susan
24   Schiffman in this case, right?
25        A.   That's correct.
```

Brobson Lutz, M.D.
May 14, 2024

Page 75

```
 1        Q.   So you don't have any response or
 2   criticism of any of their work of either of
 3   them, right?
 4        A.   I haven't reviewed their
 5   depositions, nor have I reviewed their
 6   reports.
 7        Q.   But you did review the report of Dr.
 8   John Kind?
 9        A.   Yes, sir.
10        Q.   What did you find important about
11   the report of John Kind?
12        A.   I reviewed that when I first
13   started, when I first got involved in
14   formulating my report, and I used his report
15   as a jumping off place to go into to look to
16   the literature as to various levels of
17   hydrogen sulfide that caused, that could cause
18   real signs and symptoms.  I didn't rely on his
19   report, but I used it for background.
20        Q.   And do you understand that he makes
21   a distinction between odors caused by the
22   chemical -- I mean injuries caused by the
23   chemical and injuries resulting from exposure
24   to the odor?
25        A.   I don't recall that part.
```

```
 1   sulfide in the air, probably level 20,
 2   30 percent.  It cost me $120 to get in it.
 3   And there were little babies running around
 4   and everybody else.  Nobody had any symptoms.
 5        Q.   And then we talked this morning
 6   about whether or not you had reviewed any of
 7   the papers or deposition testimony or
 8   testimony at trial in this case of Dr. Pamela
 9   Dalton and Dr. Susan Schiffman, right?  And
10   you've not done that, right?
11        A.   For the third time, no.
12        Q.   And so if in those papers and in
13   that testimony they had explained how it is
14   that levels of, that hydrogen sulfide even at
15   these low levels can elicit, to use Dr.
16   Dalton's phrase, headaches, nausea, fatigue,
17   et cetera, even at these low levels, would
18   that make a difference in your conclusions
19   here?
20            MR. MIMS:  Object to form.
21            THE WITNESS:  Well, I can't say
22   without seeing exactly what they had.
23   BY MR. ROWE:
24        Q.   Right, because you haven't reviewed
25   any of their work at all, right?
```

 1      A.   I've not reviewed their work, no.
 2      Q.   If we can look down to #3 in Dr.
 3  Santos' findings.  He says while
 4  chronologically his symptoms do match up with
 5  the alleged noxious odor, I am not aware of a
 6  specific test that can determine the
 7  relationship between noxious odors and his
 8  specific symptoms, and with the available
 9  information suggesting alternative diagnoses,
10  I cannot determine with any degree of
11  reasonable medical certainty that the odor
12  caused his complaints, but I also cannot rule
13  it out on the basis of this examination.  Do
14  you agree with that statement?
15      A.   My interpretation of that statement
16  is that he's considering it as a possible but
17  unlikely diagnosis.  And like I said many
18  times, anything's possible.  But I think it's
19  far more likely that there are other
20  explanations for what caused his complaints.
21      Q.   Where does he say unlikely in here?
22      A.   I said that.  I said that's my
23  interpretation.
24      Q.   Okay, but my question was where does
25  he say it.