The pollution rose of hourly $H_2S$ concentrations at Waggaman Station—showing the average $H_2S$ concentration in each direction for the period from 1/31/2020 to 12/31/2020—is presented in Figure 17, showing an apparent background[30] of 1 ppb.



**Figure 17.** Pollution rose (average) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020).

Figure 18 shows the pollution rose for the 98th percentile[31] of the distribution of the same $H_2S$ values in each direction. In other words, Figure 18 focuses on the wind direction for the highest measured $H_2S$ values.

---

[30] The term "background" is used here to indicate a concentration that is found with winds blowing from virtually all directions and, therefore, cannot be attributable to a specific source within the study area.

[31] The 98th percentile of a data set is the value that is only exceeded by 2% of the data. It is often used in defining air quality standards and in statistical analyses to eliminate the effects of top 2% outliers.

*Addison, et al. v. Louisiana Regional Landfill Company, et al.– March 2024, Rev. April 12, 2024*



**Figure 27.** Daily cycle of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman (10/1/2020 – 12/31/2020).

**Section Summary**

**It is only from January 31, 2020 that we have continuous, reliable off-site measurements of $H_2S$ in the region at Waggaman Station. These measurements show relatively low $H_2S$ concentrations coming from practically all wind directions, with an apparent background of 1 ppb. When winds blow directly from the three landfills toward Waggaman Station, $H_2S$ concentrations are on the average slightly higher (1 ppb higher) than those measured during the occurrence of other wind directions. There is no indication of JPLF contributing more $H_2S$ than the other two landfills.**

**Table 10. EnviroComp's CALPUFF simulations of 30-minute average H$_2$S concentrations - maximum and counts above three reference levels at the Trial Plaintiffs' locations for 2017, 2018, and 2019 - <u>RBLF</u>.**

| H$_2$S value (ppb) | July to December 2017 - RBLF | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | R1 Thompson | R2 Gremillion | R3 Section | R4 Tate | R5 Winningkoff | R6 Green | R7 Meyers | R8 Richardson |
| Max conc (ppb) | 1.7 | 1.2 | 1.5 | 2.6 | 1.9 | 1.7 | 1.1 | 2.2 |
| > 5 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| > 10 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| > 30 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | January to December 2018 - RBLF | | | | | | | |
| H$_2$S value (ppb) | R1 Thompson | R2 Gremillion | R3 Section | R4 Tate | R5 Winningkoff | R6 Green | R7 Meyers | R8 Richardson |
| Max conc (ppb) | 1.6 | 1.1 | 1.5 | 2.7 | 3.0 | 2.8 | 1.1 | 1.3 |
| > 5 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| > 10 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| > 30 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | January to December 2019 - RBLF | | | | | | | |
| H$_2$S value (ppb) | R1 Thompson | R2 Gremillion | R3 Section | R4 Tate | R5 Winningkoff | R6 Green | R7 Meyers | R8 Richardson |
| Max conc (ppb) | 1.5 | 1.4 | 3.6 | 1.8 | 2.3 | 3.5 | 1.3 | 1.5 |
| > 5 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| > 10 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| > 30 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |