1  still dominant.  But it's not any more five times
2  higher.  It is three times higher.
3       Q.    And you would agree that's a substantial
4  difference?
5             MR. PAUL:  Object to form.
6       A.    In the context of the results of my
7  work, no, it's not a substantial difference.  All
8  the opinions I presented in March remain valid in
9  April with the new emission rates.
10      Q.    They're just about -- the new emissions
11 are close to half what they were from -- between
12 March and April; correct?
13            MR. PAUL:  Object to form.
14      A.    We said before 15 to 25 percent lower,
15 you mentioned, which seems to be correct.  I will
16 have to double-check.  But that doesn't change any
17 of the opinion in my report.  Highway 90 emission
18 remain dominant.
19      Q.    Okay.  Now, you did not try to simulate
20 emissions from any source other than the three
21 landfills; correct?
22      A.    Those are the sources that were provided
23 to me, the emission rates, so I didn't have other
24 data to do other sources.
25      Q.    Were you asked to consider any other



```
 1   potential source of H2S other than the three
 2   landfills?
 3        A.    No.  These are the only data that were
 4   available for my modeling.
 5        Q.    And did you suggest any other potential
 6   sources?
 7        A.    This was discussed somehow because we
 8   know that that area is surrounded by industrial
 9   activities.  And so certainly I'm aware that there
10   are other sources of H2S, in my pollution roses, by
11   the way, and one must show clearly that that is the
12   case.
13              But in terms of modeling, I could only
14   do the emission rates from the three landfills
15   because those were provided to me.
16        Q.    And did you, for example, discuss
17   emission rates from Cornerstone?
18        A.    Yeah, I remember discussing those.
19        Q.    And you didn't -- you remember not given
20   any emissions data from Cornerstone?
21        A.    No.
22        Q.    Did you ask for emissions data from
23   Cornerstone?
24        A.    Let me clarify.  I didn't use any
25   emission data from Cornerstone in my modeling, as
```



1  reported in my report.
2              But, yes, I've done some quick
3  simulation of Cornerstone emissions of ammonia, if I
4  remember well to -- but that -- those were never
5  finalized as emission to be used for this project,
6  which was focusing on H2S.
7       Q.   Okay.  But you considered those in
8  connection with the work you were doing in this
9  case; correct?
10      A.   One small -- quick task in my work was
11 yes, to look at Cornerstone emissions and to do some
12 simulation of ammonia, correct.
13      Q.   Okay.  And you have not provided any of
14 that to the plaintiffs in this case, have you?
15      A.   No, because the focus of my report was
16 H2S.
17      Q.   Okay.  Let's look at -- you provided us
18 with your invoices in this case.  Let's look at
19 that, and I'm going to specifically refer -- well,
20 first, I'm going to mark your invoices as an
21 exhibit, which will be 1605.
22              (Exhibit Number 1605 was marked for
23              identification.)
24              MR. FOSTER:  And I'm going to ask
25              Eliza to put up the invoices that are



```
 1      Q.   Okay.  Let's go to the next page,
 2   Page 348.  The fourth entry down is an entry for
 3   you, referring to Cornerstone emissions, comments on
 4   emission data, discussions, preparation of inverse
 5   modeling runs.
 6           Now, was that the Cornerstone emissions
 7   that you were just telling me about a few minutes
 8   ago you were discussing?
 9      A.   Yes.
10      Q.   And you prepared an inverse modeling run
11   in connection with those -- that emission -- those
12   emissions?
13                MR. PAUL:  Object to form.
14      A.   I work with Bianconi on doing some
15   modeling of ammonia from Cornerstone.  And inverse
16   model in the sense of establishing whether or not
17   the emission were sufficient to cause odor
18   exceedances by ammonia.
19      Q.   Okay.  Now, the next entry is one of
20   Mr. Bianconi's, and he says:  Reading new material
21   on flares.  Discussion.
22           What was the new material on flares that
23   you were considering?
24      A.   If I remember correctly, Cornerstone has
25   flares, and this flare were emitting ammonia.  And
```



1  that is the context of this description of the work
2  performed.
3       Q.   The next entry for Mr. Bianconi says:
4  Flares, air screen runs, PowerPoint.
5            Tell me about that.
6       A.   Yes.  This is some summary that Bianconi
7  prepared for me on using air screen to simulate
8  emission of ammonia from flares, if I remember
9  correctly.
10      Q.   Flares at Cornerstone?
11      A.   At Cornerstone, yes.
12      Q.   Okay.  Then the fifth entry from the
13 bottom, another entry that says:  Flares, air screen
14 runs, PowerPoint; correct?
15      A.   Correct.
16      Q.   That's the same thing?
17      A.   Same thing.
18      Q.   Okay.  And then the next entry is yours:
19 Cornerstone emissions, comments on emission data,
20 discussions, preparation of inverse modeling runs.
21           That's the inverse modeling runs with
22 regard to ammonia emissions from Cornerstone that
23 you prepared?
24      A.   Same thing that is discussed before.
25      Q.   And then the next entry is:  Flares, air



1  screen runs, PowerPoint, discussion.
2           That's the same subject matter?
3      A.   Correct.
4      Q.   And the last entry on this page:
5  Cornerstone emissions, comments on emission data,
6  discussions, preparation of inverse modeling runs.
7           That's your entry; correct?
8      A.   That's correct.
9      Q.   And that's what you've been telling me
10 about?
11     A.   Yeah, same thing.
12     Q.   Okay.  And what did your inverse
13 modeling run show in connection with the Cornerstone
14 emissions?
15     A.   My recollection is that using the
16 emission data that were provided to me, which I
17 believe are normal permitted emissions, there was no
18 exceedance of odor based on my modeling run of these
19 emissions.
20     Q.   Okay.  And other than the amounts from
21 the flares, did your emissions data include or
22 consider ammonia emissions from any other source
23 than Cornerstone?
24     A.   I don't remember.
25     Q.   Okay.



1      MR. PAUL:  Object to form.
2      A.   It's almost impossible to go back
3  several months and remember exactly which set of
4  file was discussed in that particular week.  But all
5  files have been discussed.
6      Q.   Now, going back to the Cornerstone
7  emissions, do you discuss anything in your report
8  about the Cornerstone emissions?
9      A.   No.
10     Q.   You didn't consider that any emissions
11 from Cornerstone were of the nature and magnitude
12 that would warrant mentioning in your report;
13 correct?
14          MR. PAUL:  Object to form.
15     A.   My work on Cornerstone was very limited
16 and related to a chemical ammonia that was not the
17 chemical of interest for my report.  So I did some
18 work, but it was a separate task.  And I did not
19 include anything in my report regarding this quick
20 and not complete task.
21     Q.   I'd like to go back to Page 348, please.
22 I forgot to ask you --
23              MR. PAUL:  While we're shuffling, can
24          we have the full Bates number on that,
25          just for the record?



1    A.   So -- just the clarify.
2         And but it is correct, my model shows
3    concentration, as you expect, declining in a -- very
4    fast, with downwind distance.
5    Q.   And you found very, very few -- your
6    model found very, very few occasions when the
7    concentration on the Eastbank exceeded -- equalled
8    or exceeded an average of 5 parts per billion over
9    30 minutes?
10   A.   My recollection is very low number,
11   sometime even zero.
12   Q.   Okay.  So how, then, do you explain the
13   hundreds or thousands of complaints of odor events
14   by the people on the Eastbank?
15   A.   My -- the best explanation I can offer
16   is by looking at the pollution roses that I
17   calculated for the Waggaman station in 2020.  These
18   pollution roses are very clear and show H2S coming
19   from all direction, 360 degrees, with just a little
20   increase from the sector of southwest, the landfill
21   sector.  So clearly the air is complex and
22   characterized by several emission of H2S that are
23   non-landfill related.
24   Q.   So you think that the H2S that these
25   people on the Eastbank were smelling came from



1  places other than the landfills?
2       A.    The -- yeah, the east Mississippi River
3  complaints, I believe the majorities cannot be
4  attributed to the three landfill.
5       Q.    Well, where did they come from, then?
6       A.    Well, as I said before, the pollution
7  roses of H2S is very clear.
8       Q.    But where?  What's the source of the
9  emissions?
10      A.    I don't have -- the pollution rose does
11 not point the finger in one particular direction.  A
12 little bit for the three landfill, a little bit, but
13 then there are clearly component from other
14 direction.
15            So I don't know at this point.  I cannot
16 point the finger at other sources.  But we know that
17 that area is heavily industrialized.  The
18 Mississippi River has a lot of traffic.  So I'm not
19 surprised by the fact that other sources could be
20 causing -- especially when they are very close to
21 the point of the complaints.
22      Q.    But you can't tell me what any of those
23 other sources might be?
24      A.    No.  I can just point my pollution
25 roses, which are quite evident.



```
 1       Q.    Did you -- don't you say in your report
 2   that the emissions from the -- from the Jefferson
 3   Parish Landfill are relatively the same for all four
 4   years?
 5       A.    From Jefferson, no, of course not.  My
 6   numbers are very clear.  There is a 50 percent
 7   reduction, of course the number from Stutz, between
 8   2019 and 2020.
 9       Q.    But you do say that the emissions from
10   all three landfills are relatively consistent for
11   all four years?
12       A.    Yes.  If we look at the total emission
13   from the three landfills, they are very similar for
14   the four years.
15       Q.    Now, you say that -- in any event,
16   whatever improvements there were in 2019 that you've
17   just talked about, you didn't pay a lot of attention
18   to them; correct?
19       A.    It's not my field of competence to
20   calculate the emissions, correct.
21       Q.    And now you say there's a background
22   level of H2S of approximately 1 part per billion;
23   correct?
24       A.    It seems so from my pollution rose in
25   2020.
```



1    Q.   Okay.  And do you -- and have you found
2  that that background level changed over the period
3  from 2017 to 2020, or you don't know?
4    A.   We only have a good set of measurement
5  in 2020, so I cannot be sure that the background was
6  exactly the same.  I don't see any reason why it
7  should be different, but we have only good
8  measurement in 2020.
9    Q.   So if the background level in the area
10 is 1 part per billion of H2S, how do you explain all
11 the complaints of the -- of the people on the
12 Eastbank?
13   A.   I cannot explain the complaints.  In my
14 2021 report, which is, by the way, attached to my
15 2024 report, there is a section in which I analyze
16 the odor complaints and I did what should be done.
17 And every time you have odor complaints, to
18 correlate with the wind direction.  And I found a
19 very poor correlation with wind direction,
20 especially from Jefferson Parish.
21        So that's all I can say.
22   Q.   And when you correlate from the wind
23 direction, you were correlating from the time that
24 the complaint was registered; correct?
25   A.   In the database that I received, there



1  to say that they contradict this number of emissions
2  rates provided by Stutz.
3         Q.    I'm not going to use -- I didn't use the
4  word contradict.  They're not consistent.
5               Isn't that correct?
6               The odor complaints are not consistent
7  with the total emissions from the three landfills
8  remaining constant over the four years?
9               MR. PAUL:  Object to form.
10        A.    I cannot agree, and the reason is that
11 by saying not consistent, you imply that the odor
12 complaints are caused by the three landfills.  And
13 at least for 2020, with the Waggaman data, this is
14 not really clear.  H2S is coming from all
15 directions.
16        Q.    And the H2S coming from all directions
17 has a background -- a background amount of 1 part
18 per billion; right?
19        A.    If we look at the average of the
20 pollution rose, it's about 1, 1.5.
21        Q.    Okay.  Now, are you aware that in
22 October 2019 a two-foot layer of clay was installed
23 as final cover over all of the non-active areas of
24 the JPLF?
25              MR. PAUL:  Object to form.



800.211.DEPO (3376)
EsquireSolutions.com