| From: | Brett O'Connor |
|---|---|
| Sent: | Monday, December 24, 2018 4:51 PM |
| To: | Matt Crockett |
| Subject: | FW: Summary of Field Work - JP odor Study |
| Attachments: | JP Draft Odor Memo Ver 2.pdf |

**From:** Ray Kapahi [mailto:ncmodorcontrol.ray@gmail.com]
**Sent:** Thursday, July 26, 2018 6:59 PM
**To:** Chris Ruane
**Cc:** Brett O'Connor; marc.levin; Jiggs O'Shields
**Subject:** Re: Summary of Field Work - JP odor Study

Thanks Jiggs,

I have added July 17th.

Ray

On Thu, Jul 26, 2018 at 3:54 PM, Chris Ruane <Christopher.Ruane@wasteconnections.com> wrote:
Any time after 10 am central. I will let Brett chose.

Chris Ruane
832-840-8136

> On Jul 26, 2018, at 5:40 PM, Ray Kapahi <ncmodorcontrol.ray@gmail.com> wrote:
>
> Hello Chris/Brett:
>
> I have attached a brief memo that summarizes the results of Phase 1 of the odor study.  The results of Phase 1 indicate the presence of multiple odor sources. However, the field work did not find any major odor events even thought odor complaints were reported during the period NCM staff were on-site. As noted in the report, the validity of many of the odor complaints is questionable and could not be verified.
>
>
> Phase 2 will use selected results from the Phase 1 to determine the contribution from each of the 8 odor sources to odors at selected residences.
>
> We need to select residences in order to proceed with Phase 2 of the study.
>
> We can set-up a time for a conference call to discuss.
>
> Best,
>
> --
> Ray Kapahi
> Senior Air Quality Engineer

1

Confidential-Outside Counsel Only

> NCM Odor Control
> Office: 916-687-8352
> Mobile: 916-806-8333
> <JP Draft Odor Memo.pdf>


--
Ray Kapahi
Senior Air Quality Engineer
NCM Odor Control
Office: 916-687-8352
Mobile: 916-806-8333

Confidential-Outside Counsel Only                              WC_JPLF_00539900

# DRAFT TECHNICAL MEMORANDUM

**To:**    Mr. Brett O'Connor
Chris Rhuane                           **Date:**   July 24, 2018
Waste Connections

**From:**   Ray Kapahi, Jiggs O'Shields
NCM Odor Control
*Tel: 916-687-8352*
*E-Mail: ncmodorcontrol.ray@gmail.com*

**Subject:** Summary of Field Work Related to Odor Analysis Near Jefferson Parish

## INTRODUCTION

NCM odor control personnel conducted a site visit July 16 to 23, 2018 in the vicinity of Jefferson Parish near New Orleans, Louisiana. The primary objective of the site visit was to quantify the intensity of odors from eight (8) known sources of odors.  The secondary objective of the field study was to evaluate the intensity of odors at selected residences in and around Jefferson Parish. Figure 1 depicts the overall area that was the focus of this study.

The eight known sources of odors were as follows:

1. Pier 90 Bar and Marina
2. Access to the Canal
3. Jakes
4. Highway 90 C & D
5. Highway 90 Rear Exit
6. Drainage Ditch near the middle of the back of the Jefferson Parish Landfill
7. Canal
8. Chemical Plant (Gate 4)

The overall goal of the field work was to determine (qualitatively) if there was any correlation between odors detected in the residential areas and the eight sources of odors.

A total of 50 of 64  individual readings of odor intensity [in terms of threshold-to-dilution ratios (D/T)] were recorded.  A Nasal Ranger field olfactometer was used to measure the odor intensity.

1

Confidential-Outside Counsel Only

## FINDINGS

*Measurement of Odors at Known Odor Sources*

1. Of these readings, the majority were either too faint to record or were in the range of 0 to 2 D/T. Odors with D/T below 2 are considered "Faint". No odors in the "Moderate" to "Intense" category were detection. Such odors would have D/T of between 15 to 60.

2. There was a wide range in the character of odors. They ranged from being "Natural Gas", "Sour" to "H2S",

3. In cases where some odors were detected, the measured odor intensity was 2 D/T. No significant differences in odor intensity were found between the eight known sources of odors.

4. Most of the odors were detected at night under calm or low wind condition. See attached sample log for July 17-19.

*Measurement of Odors in Residential Areas*

1. Of these readings, the majority were either too faint to record or were in the range of 0 to 2 D/T. Odors with D/T below 2- are considered "Faint".

*General Observations*

NCM staff were unable to verify the odor complaints, some of which were reported during the field survey. In one case (date/time) an odor complaint was reported near the location where NCM staff was present. In discussion the odors with the resident, it was learned that the complainant was experiencing "odors inside their home".

Overall, the area has multiple (well over 20) sources of odors. Many such sources are transient and difficult to pinpoint. These sources include barge loading/unloading, odors from waterways, railroad tracks and closed landfills

In the next task, 3-4 odor events will be jointly selected by NCM and Waste Connections staff for input into the dispersion model to determine the contribution of each of the eight sources to odors at nearby residential areas.

2

# Location Map



3

*Review of Local Wind Conditions*

In order to evaluate the local wind pattern, hourly wind measurements from New Orleans airport were analyzed for the period January 1, 2013 to December 31, 2017. A total of 43,800 individual wind measurements were analyzed.  The overall annual wind pattern is shown below.



Directions shown are ***from*** the directions the wind is blowing

The wind direction changes dramatically when we example the wind during certain hours as shown in the followng pages.

4

                                                              WC_JPLF_00539904



Between Midnight and 3 am



Between Midnight and 5 am

Confidential-Outside Counsel Only



Between 9 am and Noon

Confidential-Outside Counsel Only



Between Noon and 6 pm

7

Confidential-Outside Counsel Only

WC_JPLF_00539907

# ATTACHMENT

Copies of field logs for July 17 to 20, 2018

8

Confidential-Outside Counsel Only

WC_JPLF_00539908

7/17/18

| | Time | Winds | Temp | Baro | Hum | EU | Smell | |
|---|---|---|---|---|---|---|---|---|
| ① | 11:25 | 5-9 W | 86.1 | 30.80 | 62.3 | 14 | OC | Clear |
| ② | 11:45 | 5-9 W | 86.6 | 30.80 | 62.3 | 18 | OC | Clear |
| ③ | 11:55 | 5-9 W | 86.8 | 30.80 | 62.3 | 16 | OC | Clear |
| ④ | 12:05 | 1-6 W | 87.3 | 30.80 | 60.1 | 16 | OC | Clear |
| ⑤ | 12:15 | 1-3 W | 90.8 | 30.79 | 53.2 | 14 | OC | Clear |
| ⑥ | 12:25 | 1-5 NW | 93.7 | 30.80 | 54.5 | 15 | OC | Clear |
| ⑦ | 12:40 | 1-5 | 94.0 | 30.80 | 57.1 | 10 | OC | Clear |
| ⑧ | 12:55 | 4 NNE | 88.7 | 30.78 | 59.9 | 30 | | Overcast |
| | | | | | | | | |
| ① | 16:20 | Calm | 82.3 | 30.76 | 75.00 | 15 | OC | Scatter Shower |
| ② | 16:30 | Calm | 83.6 | 30.76 | 73.00 | 18 | 0-2 msg | Shower |
| ③ | 16:40 | Calm | 84.7 | 30.76 | 70.90 | 16 | OC | Showers |
| ④ | 16:50 | Calm | 86.0 | 30.76 | 70.3 | 16 | OC | Scatter Shower |
| ⑤ | 17:00 | Calm | 83.1 | 30.77 | 74.7 | 14 | OC | Overcast |
| ⑥ | 17:10 | Calm | 82.8 | 30.76 | 74.1 | 15 | OC | Overcast |
| ⑦ | 17:20 | Calm | 82.4 | 30.76 | 72.3 | 10 | OC | Overcast |
| ⑧ | 17:30 | Calm | 82.1 | 30.75 | 72.0 | 30 | OC | Shower |
| | | | | | | | | |
| ① | 23:00 | Calm | 82.1 | 30.74 | 88.5 | 14 | OC OC | |
| ② | 23:10 | Calm | 81.4 | 30.74 | 74.5 | 18 | OC OC | |
| ③ | 23:20 | Calm | 82.8 | 30.74 | 72.1 | 16 | OC OC | |
| ④ | 23:30 | Calm | 82.6 | 30.74 | 73.5 | 16 | OC OC | |
| ⑤ | 23:40 | Calm | 83.5 | 30.74 | 72.5 | 14 | OC OC | |
| ⑥ | 23:50 | Calm | 83.5 | 30.74 | 72.5 | 15 | 0-2 msg | |
| ⑦ | 00:00 | 1-2 WNW gust | 84.2 | 30.35 | 73.1 | 10 | 0-2 gas | |
| 8 | 00:10 | 1-2 WSW | 82.4 | 30.72 | 76.3 | 30 | 2 sour chem | |

WC_JPLF_00539909

### 7/18/18

| Loc | Time | Wind | Temp | Baro | Hum | H₂O | Smell | |
|---|---|---|---|---|---|---|---|---|
| 1 | 14:44 | 3 SSW | 87.1 | 30.70 | 63.5 | 13 | OK | Partial Cloud |
| 2 | 14:55 | 3 SSW | 86.7 | 30.70 | 63.5 | 16 | OK | PC |
| 3 | 15:00 | 3 SSW | 86.9 | 30.70 | 63.0 | 16 | OK | PC |
| 4 | 15:10 | 2-3 SSE | 86.6 | 30.70 | 64.9 | 13 | 2< | PC H2S |
| 5 | 14:20 | 2 SW | 80.2 | 30.72 | 76 | 15 | Trace | Methane |
| 6 | 13:45 | 6-7 ↓ WSW | 78.5 | 30.75 | 76° | 15 | 2< | Rain Methane |
| 7 | 13:30 | 3-4 WSW | 81.7 | 30.74 | 74.1 | 10 | 2< | OK Gas Methane |
| 8 | 13:20 | 5 SSW | 82.0 | 30.72 | 71.7 | 30 | OK | OK |

### 7/19/18

| Loc | Time | Wind | Temp | Baro | Hum | H₂O | Smell | |
|---|---|---|---|---|---|---|---|---|
| 1 | 11:45 | 3-8 WSW | 89.2 | 30.70 | 63° | 13 | OK | Partial Sunny |
| 2 | 11:55 | 3-8 SSW | 88.5 | 30.70 | 63.5 | 16 | OK | PS |
| 3 | 1200 | 3-8 SSW | 90.6 | 30.70 | 62.5 | 16 | OK | PS |
| 4 | 12:05 | 3-7 WSW | 93. | 30.69 | 58° | 13 | OK | PS PC |
| 5 | 13:00 | 2-5 WSW | 97.1 | 30.68 | 45 | 15 | OK<2 | Trace |
| 6 | 13:15 | 2-6 SSW | 92.7 | 30.68 | 49 | 15 | OK | PC |
| 7 | 13:25 | 2-5 WSW | 94.0 | 30.68 | 50.5 | 10 | OK<2 | Trace Sour Soil PC |
| 8 | 13:40 | 2-6 NNW | 94.2 | 30.67 | 48.2 | 30 | OK<2 | Burnt Sulphur Acrid PS |

| Loc | Time | Wind | Temp | Baro | Hum | H₂O | Smell | |
|---|---|---|---|---|---|---|---|---|
| 1 | 17:20 | 1-3 WNW | 95.2 | 30.64 | 49.1 | 13 | OK | Sunny |
| 2 | 17:30 | 2-3 WNW | 95.4 | 30.62 | 51.6 | 16 | OK | Sunny |
| 3 | 17:40 | 2-3 WNW | 95.4 | 30.64 | 46.7 | 16 | OK | Sunny |
| 4 | 17:50 | 1-3 NW | 96.0 | 30.63 | 47.6 | 13 | OK | Sunny |
| 5 | 18:00 | 0-2 NW | 96.7 | 30.62 | 51.8 | 15 | OK | Sunny |
| 6 | 18:10 | 0-3 WSW | 95.7 | 30.63 | 51.6 | 15 | OK<2 | Trace Sunny Cover |
| 7 | 18:20 | 0-3 SW | 100.0 | 30.62 | 43.5 | 10 | OK | Sunny |
| 8 | 18:30 | 0-3 WNW | 96.5 | 30.63 | 49.0 | 30 | OK | Sunny |

Confidential-Outside Counsel Only

| | Time | Wind | Temp | Baro | Hum | EL | Smell | Cond |
|---|---|---|---|---|---|---|---|---|
| 1 | 0050 | Calm | 83.5 | 30.66 | 74.0 | 13 | OK | Clear |
| 2 | 00:55 | Calm | 83.5 | 30.66 | 73.2 | 16 | OK | Clear |
| 3 | 0105 | Calm | 83.0 | 30.66 | 73.0 | 16 | OK | Clear |
| 4 | 0110 | Calm | 82.8 | 30.66 | 74.3 | 13 | OK | Clear |
| 5 | 00:40 | Calm | 84.0 | 30.67 | 72.5 | 15 | OK | Clear |
| 6 | 0030 | Calm | 84.2 | 30.66 | 73.4 | 15 | OK 2 gas | Clear |
| 7 | 0020 | Calm | 84 | 30.66 | 72.1° | 10 | OK | Clear |
| 8 | 0010 | Calm | 83 | 30.66 | 71.5 | 30 | OK | Clear |

## 7/20/18

| | Time | Wind | Temp | Baro | Hum | EL | Odor | Condition |
|---|---|---|---|---|---|---|---|---|
| 1 | 0650 | Calm | 80.9 | 30.67 | 78.5 | 13 | OK | Clear |
| 2 | 0655 | Calm | 80.3 | 30.67 | 80.3 | 16 | OK | Clear |
| 3 | 0700 | 1-2 SW | 80.3 | 30.67 | 81.4 | 16 | OK | Clear |
| 4 | 0710 | 0-2 SW | 81.4 | 30.67 | 78.5 | 13 | OK | Clear |
| 5 | 0640 | 0-1 SW | 80.5 | 30.66 | 82.0 | 15 | OK | Clear |
| 6 | 0630 | 1-3 SW | 80.9 | 30.66 | 82.0 | 15 | OK 2 worth fact gas | Clear |
| 7 | 0620 | 1-2 WSW | 81.0 | 30.65 | 81.6 | 10 | OK 2 Gas | Clear |
| 8 | 0600 | 1-2 WSW | 80.4 | 30.64 | 80.07 | 30 | OK | Clear |

Confidential-Outside Counsel Only

WC_JPLF_00539911