As an atmospheric and physical scientist with over 50 years of experience, I believe that Lape should have addressed the issue of the suitability of the $H_2S$ reference levels he was provided.

### 10.3   Lape's Underestimation Claim

There is no support for Lape's claim that his concentration results "are likely an underestimate."[86]  Lape claims he underestimated the concentrations because his "dispersion modeling did not include emissions from areas other than Phase IVA" and Ramboll's emissions estimate did not include a number of potential sources.[87]  Lape did not provide any quantification of emission from these alleged omitted sources; nor does he specify if these underestimations are large (e.g., 50%) or small (e.g., 5%).

Unlike Lape's unsupported claims, I included in my modeling runs for JPLF emissions from all Phases of JPLF. My results show that the non-Phase 4A emissions from JPLF are practically negligible, about 100 times lower than the emissions from Phase 4A. And as Matt Stutz explains in the Weaver Consultants report, Ramboll double-counted the $H_2S$ generated by MSW in their emission estimate, which further inflated, rather than underestimated, their $H_2S$ emission figures.

It could also be argued that Lape's simulations overestimate $H_2S$ concentrations because he did not account for the effect of wet deposition on $H_2S$ concentrations – i.e., the effect of rainfall during $H_2S$ dispersion. For example, both Lape's and my CALPUFF simulations do not include removal of $H_2S$ for dry and wet deposition. In fact, the atmosphere has a way to clean itself by removing substances like $H_2S$ through dilution, chemical transformations, and ground deposition. On short scales, like a few miles, chemical transformations and dry deposition are typically negligible. But wet deposition, caused mostly by rain, may remove substantial quantities of $H_2S$.

---

[86] Section 9.1 of Mr. Lape's Addison report.
[87] Section 9.1 of Mr. Lape's Addison report.