1  model is still run with -- in an accurate way, but
 2  if I have a second set of emissions, I'll have a
 3  second set of results.
 4       Q.    You've heard the old phrase, junk in,
 5  junk out when it comes to computer programs, haven't
 6  you?
 7       A.    I heard the expression garbage in,
 8  garbage out.  And certainly I will not use this
 9  expression to describe my modeling approach.
10       Q.    I'm sure you wouldn't, but you'll agree
11  with me that if you put garbage in, the model -- the
12  model's going to produce garbage at the end.
13            Isn't that right?
14       A.    That is true, if there is inaccurate or
15  wrong data inputs, yes.
16            Okay.
17            MR. PAUL:  Allen, just a
18            clarification, Exhibit 1603, I assume
19            that's the Addison revised report?
20            MR. FOSTER:  Yes, sir.  Thank you.
21  BY MR. FOSTER:
22       Q.    Now, I think as a result of what we've
23  talked about, you would agree that if you use the
24  same emission rates as Mr. Lape used for the JPLF,
25  that your model would produce the same results for



1    the JPLF as Mr. Lape's did?

2         A.    If -- well, I use emission from three

3    landfills.

4         Q.    I know.  But I'm just confining myself

5    to the JPLF now.

6         A.    So if I run my model with the emission

7    rates from Lape for JPL and I only simulate JPL,

8    yes, my results will be higher.

9         Q.    And they would be the same as

10   Mr. Lape's; right?

11        A.    Well, I'm using annual averages.

12   Mr. Lape is using monthly average.  So there will be

13   a little deviation.

14        Q.    But that would be the only difference;

15   correct?

16        A.    Yes, it should be the only difference

17   because the meteorology and the modeling is the

18   same.

19        Q.    I believe you told me this, but let me

20   just make sure.  You yourself did not do anything to

21   see whether there were any flaws or questionable

22   assumptions in what Mr. Stutz did; correct?

23        A.    Correct.  I don't have the capabilities

24   and the experience to do -- or to check emission

25   rates.

1    Q.    Now, in your report, the only

2    differences that you identify between your

3    simulations and Mr. Lape's simulations are, one,

4    Mr. Lape only simulated emissions from the JPLF

5    while you simulated emissions from each of the three

6    landfills; correct?

7        A.    Correct.

8        Q.    And, two, Mr. Lape's HUS emission rates

9    from the Jefferson Parish Landfill are 21 times

10   higher than those you used; correct?

11       A.    About 20 times, yes.

12       Q.    About 20.

13           Well, one time you said -- in your

14   report, you say 21, and one time you say 20.

15           Which is it?  Is it 20 or 21?

16              MR. PAUL:  Object --

17       A.    It varies month by month.  Theirs is an

18   image -- a figure in my report showing exactly month

19   by month the difference between my emission and his

20   emission.  So it's about 20 but changes month by

21   month.

22       Q.    You said earlier that you used annual

23   figures with regard to emissions and he used

24   monthly; correct?

25       A.    Correct.



1   Stutz of Weaver Consultants Group LLC; and, two, the

2   addition of receptors representative of the

3   residents' locations of the trial plaintiffs.

4          Right?

5      A.   Correct.

6      Q.   So, as we discussed earlier, if you used

7   Mr. Lape's emission data for JPLF, you'd get the

8   same results re: Dispersion of the H2S from JPLF as

9   Mr. Lape did from the trial plaintiffs; right?

10             MR. PAUL:  Object to form.

11     A.   If I have used Mr. Lape's emission rates

12  in my CALPUFF run, results will be very similar

13  depending on do I use the monthly values of Lape or

14  the yearly average.  But that's minor.

15     Q.   Okay.

16     A.   Results will be very similar.

17     Q.   Now, were your locations for the trial

18  plaintiffs the same as Mr. Lape's?

19     A.   Almost identical.

20     Q.   How were they different?

21     A.   Because we both did the geocoding of the

22  addresses.  And using different geocoding software,

23  you might have difference of a few feet, especially

24  apartment location might not be perfect.  So there

25  could be just a little difference.



1    Q.    They're not material; correct?

2    A.    Not material.

3    Q.    Okay.  Have you ever actually examined

4    the trial plaintiffs' residences in person?

5    A.    No.

6    Q.    And there's nothing that you know of

7    about their residences or the location that you

8    would say would materially change the CALPUFF

9    results; correct?

10   A.    No.  CALPUFF results cannot include the

11   details -- minor details about the residences.

12   Q.    And on Page 39 of your report, you say:

13   Later, when I examined the 2024 computer files

14   disclosed by Lape, I was able to verify that his

15   CALPUFF runs were identical to his previous 2021

16   runs, except for emissions and receptors, and

17   therefore my initial use of his 2021 computer files

18   was correct.

19          You say that; correct?

20   A.    I say that, yes.

21   Q.    Now, didn't Mr. Lape use the same

22   emissions for the JPLF in 2021 and 2024?

23   A.    No.  There were some changes.

24   Q.    What changes were there?

25   A.    If I remember correctly, after the



1        A.     One meter per second is 3.6 kilometer

2    per hour.   It's about two miles per hour.

3        Q.     Yeah, two and a quarter?

4        A.     Yeah, close enough.

5        Q.     So in your attempt to use the wind roses

6    to show where the emissions were coming from, you

7    didn't include the times when the H2S was likely to

8    be strongest, did you?

9        A.     Some data that have the potential of

10   being the strong emissions -- strong impact are not

11   included here.   A pollution rose establish a

12   correlation between pollution and wind direction.

13   And wind direction is not reliable when the wind

14   speed is too long.

15            So to do a pollution rose, you have to

16   exclude those values.

17       Q.     Did you ever do a pollution rose without

18   excluding that data?

19       A.     No, because the wind direction is not

20   reliable when the wind speed is less than one meter

21   per second.

22       Q.     Isn't the proper scientific methodology

23   to do it both ways and see whether or not there is

24   any significant difference?

25       A.     No.   I don't like to use data if I don't



```
 1   trust them.  And wind direction measurement cannot
 2   really be trusted when the wind speed is so low.
 3        Q.   Even though that's the time when the
 4   pollution is most likely to be the highest?
 5        A.   That's the time when the meteorological
 6   condition are -- may give the highest numbers.
 7        Q.   Okay.  Now, and your pollution roses are
 8   based on data from the Waggaman station?
 9        A.   Correct.
10        Q.   Which didn't start recording data until
11   February 2020?
12        A.   January 31st, I believe, but yeah.
13        Q.   Okay.  And that was after all the
14   remediation and upgrades to the landfill that we've
15   discussed?
16             MR. PAUL:  Object to form.
17   BY MR. FOSTER:
18        Q.   Right.
19        A.   I'm not aware of the dates -- the exact
20   dates of the remediation, but it is 2020.
21        Q.   Okay.  Now, at Page 33 of your report,
22   you criticize Mr. Lape for not including emissions
23   from the River Birch and Highway 90 landfills;
24   right?
25        A.   Yeah, I noticed that he did not include
```



1    correct?

2         A.    Correct.

3         Q.    Now, at Page 43 of your report -- I

4    don't think you're going to need to see this.  I

5    think you'll remember it -- you note that you used

6    the same source area sizes estimated by Lape for

7    Phase 4A in his 2021 CALPUFF runs; correct?

8         A.    Same size as Mr. Lape, correct.

9         Q.    So you used the exact same emissions

10   source area as Mr. Lape had used; correct?

11        A.    Yes.

12        Q.    So, again, we're down to the fact that

13   the only difference between you and Mr. Lape with

14   regard to the modeling of the emissions from the

15   Jefferson Parish Landfill is the emissions data?

16             MR. PAUL:  Object to form.

17        A.    Correct.  And the fact that he's using

18   monthly averages and I'm using annual averages.

19        Q.    And you've already told me that you

20   don't think those -- that that fact makes any

21   significant difference?

22        A.    Minor.

23        Q.    Okay.  Now, at Page 45 of your report,

24   this is your original report, you summarize your

25   modeling saying that, quote, the H2S emissions from



1  landfills?

2        A.    The cumulative emission for the three

3  landfill doesn't change very much from year to year,

4  including 2020.

5        Q.    Okay.  So if any one of those factors

6  was inappropriate, then your modeling results would

7  be -- would not be; correct?

8              MR. PAUL:  Object to form.

9        A.    With the clarification that we discussed

10  before, this morning, that model simulation are

11  correct.  If there is a change in the emission, that

12  can be accounted in a linear way from emission to

13  concentrations.

14        Q.    Right.

15              And, indeed, in your report, you have a

16  figure which shows the linear relationship between

17  the results of your modelling and Mr. Lape's

18  modeling; correct?

19        A.    That is correct, through the factor of

20  about 21.

21        Q.    Yes.

22              And that's Figure 45, I think?

23        A.    That is correct.

24        Q.    Now, in Section 10.2 of your report, you

25  were commenting upon Mr. Lape's modeling; correct?



1      A.    I would not use the characterization of

2  inaccurate, especially in a field where I'm not an

3  expert for emission estimates.

4      Q.    Have you always followed that

5  philosophy, Dr. Zannetti?

6      A.    It depends.  There are situation where I

7  may give an opinion, like with Lape's emissions,

8  that I think overestimate.

9      Q.    And you were very, very confident three

10 years ago, based on Dr. Abichou's emission rate

11 estimates, that the ones used by Mr. Lape were

12 enormously overestimated; correct?

13          MR. PAUL:  Object to form.

14     A.    Yes, I was.

15     Q.    And the highest rates for the Jefferson

16 Parish Landfill estimated by Dr. Abichou three years

17 ago were more than 10,000 times lower than the rates

18 that are currently being used by Mr. Lape; correct?

19     A.    I haven't done that calculation, but

20 it's possible.

21     Q.    10,000 times.

22          That's four orders of magnitude of a

23 difference?

24     A.    Yep.

25     Q.    Well, let's take a look.  Maybe this



PAOLO ZANNETTI, PHD                                              April 25, 2024
Ictech-Bendeck vs Waste Connections Bayou                                    170

1 | will refresh your recollection, Dr. Zannetti.  I
2 | want to take you to Figure 51 of your 2021 report,
3 | which is PDF Page 184, paginated Page 59.
4 |          And this Figure 51 is entitled estimates
5 | of H2S emission rates for JPL Phase 4 with logarithm
6 | vertical scale; right?
7 |      A.    That is a logarithmic scale.  It is a
8 | vertical, correct.
9 |      Q.    So if we look at the green line with the
10 | pyramids, this is what was -- you're visualizing
11 | Dr. Abichou's highest emission rates for the
12 | Jefferson Parish Landfill Phase 4A; correct?
13 |      A.    I think the yellow is the upper limit of
14 | Dr. Abichou estimate.
15 |      Q.    Oh, okay.  You sure about that?
16 |      A.    I believe -- I cannot even read it.
17 | It's just a visualization.  It's not that important.
18 |      Q.    I agree, it is very confusing because
19 | the Y-axis kind of jumps around as well, you know,
20 | showing you the magnitude.
21 |          You see how it goes from .0001 and then
22 | we jump two decimal places?  You see that?
23 |      A.    Yeah, it is a logarithmic scale a factor
24 | of ten.
25 |      Q.    Yeah, factor of ten so that's the order



1    of magnitude; correct?

2         A.    Yep.

3         Q.    So it doesn't really help the normal

4    person visualize the differences; right?

5         A.    Well, actually, no.  It is a very good

6    way in visualizing the differences by orders of

7    magnitude.

8         Q.    Well, when you're an expert scientist

9    like yourself; right?

10        A.    I don't think you need to be an expert

11   to; however --

12        Q.    Let's look at the paragraph underneath

13   it.

14              And you wrote:  In particular, the

15   difference between the Ramboll-Lape values and

16   Dr. Abichou's best estimates are four orders of

17   magnitude; i.e., Ramboll-Lape emission rates are

18   more than 10,000 times higher.

19              Is that right?

20        A.    Correct.

21        Q.    Does that refresh your recollection?

22        A.    Yes.

23        Q.    And you say these differences are

24   critical for any subsequent interpretation of model

25   results.



1              Is that right?

2        A.    Yes.   Emission rates are critical for

3    any modeling run.

4        Q.    Does this sentence right here still hold

5    true today?

6        A.    Yes.

7        Q.    You say:  In fact, if we reran

8    Mr. Lape's CALPUFF modeling simulations with

9    Dr. Abichou's best estimates of emissions rates, all

10   concentration results would be more than 10,000

11   times lower than the numbers presented in Mr. Lape's

12   report.

13             Is that right?

14       A.    Correct.

15       Q.    And that's due to the linear

16   relationship that you've discussed before?

17       A.    Yes.

18       Q.    And so you say:  Dr. Abichou's best

19   estimates of emission rates.

20             Do you see that?

21       A.    I see that.

22       Q.    Dr. Abichou's emission rates for JPLF

23   which were 10,000 times lower than the ones used by

24   Lape were the best estimates.

25             Is that right?



1    A.    In his opinion, yes.

2    Q.    That's your opinion here.

3          MR. PAUL:  Object to form.

4    A.    Well, I'm citing Dr. Abichou's numbers.

5    Q.    Okay.  But you're -- you're identifying

6  them and describing those numbers as the best

7  estimates.

8          Is that right?

9    A.    No.  It's his best estimates.  His best

10  estimates.

11    Q.    You're sure that's how you meant it?

12    A.    Of course.

13    Q.    Okay.  Do you recall in general

14  causation previously opining that Dr. Abichou's H2S

15  emission rates for the Jefferson Parish Landfill

16  during the relevant time period were the, quote,

17  best and maximum estimates, end quote?

18          MR. PAUL:  Object to form.

19    A.    These are his terms, his best opinion

20  and his maximum opinion.

21    Q.    Are you telling me right now,

22  April 2024, under oath, that Dr. Abichou called his

23  estimates the best and maximum estimates?

24          MR. PAUL:  Object to form.

25    A.    I remember very clearly discussing with



1  Dr. Abichou about the terminology to be used for his

2  emission estimates.  And this is the terminology

3  that he -- we agreed to use to describe his opinion.

4       Q.    Let's take a look at Page 81 of your

5  2021 report, which is PDF Page 206 of Exhibit 1611.

6             You see this Paragraph 1?

7       A.    Yeah.

8       Q.    Okay.  And Number 2, you put use of the

9  H2S emission rates best and maximum estimates

10 calculated by Dr. Tarek Abichou using actual

11 measurements at the landfill instead of the LandGEM

12 model.

13            Did I read that correctly?

14      A.    Correct.

15      Q.    And those estimates calculated by

16 Dr. Abichou in general causation using actual

17 measurements at the landfill, you're referring to

18 SCS measurements taken at the landfill.

19            Is that correct?

20      A.    What is the reference to SCS?

21      Q.    You say using actual measurements at the

22 landfill.

23            Do you see that?

24      A.    Yes.

25      Q.    And you're aware that Dr. Abichou used



1   SCSs, flux measurements, taken at the landfill in
2   2019; correct?
3        A.   I remember that he use real measurement.
4   I forgot that it was SCS.
5        Q.   Okay.  But Mr. Stutz, who did not
6   estimate any emissions during general causation but
7   yet has done so in this phase, he did not use the
8   SCS measurements to make his emissions estimate for
9   the Jefferson Parish Landfill; correct?
10       A.   I don't know the details of Stutz'
11  calculations.  I read very quickly his report.
12  So -- and I'm not an expert in landfill engineering,
13  so I really don't know what is the procedure --
14  engineering procedure for Stutz to calculate the
15  initial rate.
16       Q.   You're aware that Stutz used the LandGEM
17  model?
18       A.   I'm aware of that.  I read it quickly.
19  But I don't know the details of his application of
20  the landfill model LandGEM model.
21       Q.   Sure.  But you know that he used LandGEM
22  rather than actual measurements to conduct his
23  emission rate from the Jefferson Parish Landfill;
24  correct?
25       A.   This was true in 2021.  I don't know the



1  details of Stutz' calculation today.

2       Q.    Okay.  You understand that Dr. Abichou

3  estimated emissions from the Jefferson Parish

4  Landfill using actual measurements; correct?

5       A.    I know that.

6       Q.    Okay.  And you understand that Mr. Stutz

7  did not do that; right?

8            MR. PAUL:  Object to form.

9       A.    I don't know.  I have not reviewed his

10  calculation with LandGEM.  I don't know if he made

11  any use of other -- other measurement.  I don't

12  know.

13      Q.    But in actually estimating emissions,

14  you understand that Mr. Stutz used the LandGEM

15  model; right?

16      A.    Yeah, but he could have used other

17  things that I don't know.  So I'm not sure.

18      Q.    Okay.  Let's go to Paragraph 2 on this

19  page.

20            You see the sentence I'm highlighting

21  here?

22      A.    I see that.

23      Q.    It says:  Concentrations are so low that

24  any visualization on a map would be inappropriate.

25            You wrote that in 2021?



1      A.    Correct.

2      Q.    And you're talking about any
3  visualization of the concentrations resulting from
4  your use of Dr. Abichou's JPLF emission rate
5  estimates; correct?

6      A.    Dr. Abichou's emissions and my own
7  AERMOD modeling, yeah.

8      Q.    So the ones that Dr. Abichou had
9  provided you in general causation, which you write
10  in your report were the best and maximum estimates,
11  it was inappropriate to even attempt to show a
12  visualization of those low concentrations; correct?

13          MR. PAUL:  Object to form.

14      A.    Inappropriate in the sense that the
15  concentration are low and so you cannot visualize
16  the concentration impact, yes.

17      Q.    Yes.

18          Do you recall that the highest rates
19  estimated by Dr. Abichou were also about 10,000
20  times lower than the rates estimated by your client,
21  Waste Connections' prior expert, Dr. Mark Yocke?

22      A.    No, I do not remember the emission by
23  Dr. Yocke.

24      Q.    So you can't tell me how Dr. Yocke's
25  emission rate estimates, which you previously did



1  for your current client, Waste Connections, compared

2  to Mr. Stutz' emission rate estimates that you are

3  now using?

4      A.    No, I don't remember emission rate

5  estimate by Dr. Yocke.

6      Q.    But you're familiar now with the

7  emission rate estimates that Mr. Stutz has provided

8  you for Jefferson Parish Landfill; right?

9      A.    I wouldn't use the word "familiar"

10  because I'm not an expert in emission rates.  These

11  are the number I was use -- I was given to, and it's

12  the number I've used.

13      Q.    But you're familiar with the number

14  you've used; right?

15      A.    Yes.  I know what they are, and they are

16  described in my report.  But these are just inputs

17  to my model.  I'm not an expert in emission rates.

18      Q.    How do Dr. Abichou's highest rates that

19  he estimated for Jefferson Parish Landfill compare

20  to the Stutz emission rate estimates you are now

21  using three years later?

22      A.    I've not done any comparison.  I know

23  Dr. Abichou but not very long.  I don't have a ratio

24  number in front of me right now with Stutz'.

25      Q.    You can do quick math; right?



1      A.    I can do quick math, yeah.

2      Q.    So Dr. Abichou's rates that you

3  previously used were about four -- at least four

4  orders of magnitude lower than the ones Stutz has

5  provided you now, three years later?

6            MR. PAUL:   Object to form.

7      A.    It is possible, but I don't have the

8  number in front of me.

9      Q.    And four orders of magnitude, that would

10  be 10,000 times?

11      A.    10,000 times, yeah.

12      Q.    And even if it was only three orders of

13  magnitude, that's a thousand times?

14      A.    A thousand time, yeah.

15      Q.    And as a scientist, you're comfortable

16  now using Mr. Stutz' emission rate estimates rather

17  than those done by Dr. Abichou that you previously

18  used?

19      A.    My opinion of science is that the more

20  you work on a problem, the better you improve.  So I

21  feel comfortable in using the latest number I

22  receive from Stutz.

23      Q.    Why?

24      A.    Because the more you think and you study

25  a problem, the better number you have.  However, I'm



1   not an expert in emission rates calculation, but in

2   general, if I have estimate provided to me in time,

3   scientists expect improvements in understanding and

4   evaluating things.

5           So I feel comfortable using the most

6   recent set of emission data I receive, and I don't

7   understand really it is compared with Abichou three

8   or four years ago.

9       Q.   What information, Dr. Zannetti, have you

10  reviewed that you say now gives you a better

11  understanding of what happened in this case?

12      A.   It's a general statement that the more a

13  scientist or a group of scientists work on a

14  specific scientific problem, generally -- maybe not

15  always, but generally you get better.  That's how

16  science evolves.

17      Q.   Is what you just described to me a

18  scientifically reliable method?

19          MR. PAUL:  Object to form.

20      A.   Yes.  Science is the history of

21  evolution of science from Aristotle to Einstein.

22      Q.   So you have gone from using an emission

23  rate estimate, the results of which were

24  inappropriate to even visualize, to a rate now three

25  years later that's at least a thousand times higher



1    than the one you previously used and you can't point

2    me to any specific piece of information that you've

3    considered and reviewed that now gives you a better

4    understanding as to what happened here?

5                    MR. PAUL:  Object to form.

6         A.    I can tell you that I feel comfortable

7    in using the latest number I received from Stutz.

8    And if there are question on how they were

9    calculated, you should ask him, not me.

10        Q.    Do you think my question about how it

11   was calculated is what I'm trying to ask you here?

12                   MR. PAUL:  Object to form.

13        A.    That's part of it, yes.

14        Q.    No.  The question is:  You have now used

15   an enormously different emission rate estimate than

16   previously used.

17                   So I'm looking for an explanation as to

18   why you as a scientist, as the purported expert, is

19   comfortable with making such a significant change.

20                   MR. PAUL:  Object to form.

21        A.    Okay.  It's common for scientists to

22   work as team and use information provided by other

23   experts, in particular for modelers like me and

24   Lape, it is normal to have other expert providing

25   emission rates.  And we are not capable of verifying



 1  these numbers and to calculate them independently.

 2  So we have to use what we are provided with that.

 3      Q.    And that has changed based on the

 4  expert's --

 5      A.    That may change with different expert,

 6  yes.

 7      Q.    So is this a redo?

 8          MR. PAUL:  Object to form.

 9      A.    A what?

10      Q.    Is this a redo?

11      A.    What is a redo?

12      Q.    What you're doing right now, modeling

13  emission rates that are at least 1,000 times higher

14  than the ones you previously modeled.

15          Is this a redo for your clients when it

16  comes to air modeling of potential impacts from the

17  Jefferson Parish Landfill?

18      A.    I consider this a refinement with what

19  probably are better emission rates.

20      Q.    Why do you think they're probably better

21  emission rates?

22          MR. PAUL:  Object to form.

23      A.    Because we have more time to consider

24  this issue, to work on this issue, and to refine the

25  emission estimate, which I'm not an expert to judge,



1   but...

2        Q.    That's precisely the point,

3   Dr. Zannetti.  Is it reasonable for a scientist to

4   rely on information provided by other experts when

5   you don't have any knowledge of how the emission

6   rates were even estimated?

7                MR. PAUL:  Object to form.

8        A.    Of course it is reasonable.  That's what

9   scientists do all the time, especially air pollution

10  modeler all the time rely on estimate of emission

11  rate given by other expert.  All my life I've used

12  chemical engineer and industrial engineers to give

13  me emission rates.  All my life.

14       Q.    Is there any -- how long have you been

15  doing this, Dr. Zannetti?

16       A.    Air pollution, for more than 50 years.

17       Q.    And have you always relied on others to

18  provide you with emission rate estimates?

19                MR. PAUL:  Object to form.

20       A.    Either other expert or government

21  agencies or publications or -- when you're not an

22  expert and you need the input data, you have to rely

23  on other people doing the calculation for you.

24       Q.    So the question is:  You've never

25  yourself estimated emission rates?



PAOLO ZANNETTI, PHD                                    April 25, 2024
Ictech-Bendeck vs Waste Connections Bayou                        184

```
1        A.    In some very simple case -- for example,

2   a flare burning H2S that is transformed into SO2,

3   I've done some back-of-the-envelope calculation.

4   But anytime I had a serious challenge to calculate

5   complex emission data for my model, I had to use

6   another expert.

7        Q.    Okay.

8        A.    And probably the same your expert Lape.

9   You know, we atmospheric modeler rely on other

10  people estimates.

11       Q.    How long have you been doing that?

12       A.    Air pollution, 50 years.

13       Q.    Fifty years.  That's a half a century.

14             Have you ever in your 50 years had a

15  case where you were relying on one expert's emission

16  rate estimate to conduct your work and then you

17  changed and used an emission rate estimate that was

18  at least a thousand times higher?

19       A.    No.  I don't remember a case like that.

20       Q.    You recall giving your deposition in the

21  general causation phase of this case; right?

22       A.    Yeah.

23       Q.    And we spent two days together.

24             Do you recall that?

25       A.    Yeah.
```



1    Q.    And do you recall testifying that
2  Dr. Abichou's emissions estimates for the Jefferson
3  Parish Landfill come from hard data whereas the
4  other expert's emission estimates come from a model?
5    A.    I remember that.
6    Q.    Do you recall testifying that, as a
7  scientist, you trust much more emission estimates
8  based on hard data than on the LandGEM model?
9    A.    I remember saying that.
10    Q.    What changed?
11    A.    The context four years ago was
12  different.  I had a lot of conversation with
13  Dr. Abichou who explained to me the process of using
14  LandGEM and using the measurements.  And I think it
15  was very convincing on the fact that his method was
16  better.  So I reported what was his opinion, and at
17  that time I believe it too.  But, frankly, I'm
18  not -- as I said for five years, I'm not an expert
19  in emission rates.
20    Q.    Let's take a look at that prior
21  testimony, Dr. Zannetti.  You see here down -- this
22  is Volume II, August 3rd, 2021, Page 323.
23        And Line 22, I asked you:  But you don't
24  plan on telling the judge that you should choose
25  Abichou's estimates as the best estimates because



1   Ramboll's are inaccurate and unreliable; correct?

2            And after Mr. Futrell objected, I asked:

3   Do you have expertise to render that testimony?

4            What was your answer?

5       A.   I will say something similar, that I

6   trust -- as a scientist, I trust more emission

7   estimate based on hard data than on the LandGEM

8   model.  Yes, I said that.  Based on my discussion

9   with Dr. Abichou mostly.

10      Q.   And do you recall testifying that the

11  enormous difference, the four orders of magnitude

12  difference between Dr. Abichou's emission estimates

13  and Ramboll's emission estimates leads you to

14  challenge and be uncomfortable with the higher

15  estimate in this case?

16      A.   I probably said that, yes.

17      Q.   Is that because you were saying whatever

18  would benefit your client's interest?

19            MR. PAUL:  Object to form.

20      A.   No, I would never do that.  This was

21  based on my discussion with Dr. Abichou and my

22  examination of the space distribution of other

23  complaints.

24      Q.   And you had done that base distribution

25  odor analysis back in 2021; right?



1        A.     Yes.

2        Q.     That's the same analysis you're

3    referring to?

4        A.     That's correct.

5        Q.     And do you recall in that context,

6    having already done that odor complaint analysis,

7    testifying that you run your model with the best

8    input data meteorological emission that you believe

9    are correct, which you said was Dr. Abichou's

10   emission estimate?

11       A.     At the time, that's what I believed,

12   yes.  I only had the emissions from Dr. Abichou.  I

13   have conversation with him.  I review his

14   credential, his resume, and that was my belief at

15   the time.

16       Q.     Do you recall testifying that you were

17   absolutely sure that Dr. Abichou's estimates are the

18   most reliable you could have?

19            MR. PAUL:  Object to form.

20       A.     I could have said that.  If you show it

21   to me, we can verify.

22       Q.     I would love to show that to you.  Going

23   to Page 269 of Volume II of your August 3rd, 2021,

24   deposition.

25            You see Line 5?



PAOLO ZANNETTI, PHD                                    April 25, 2024
Ictech-Bendeck vs Waste Connections Bayou                      188

1        A.    Yeah.

2        Q.    Here, I ask:  So if the judge concludes

3    that Dr. Abichou's emission rate calculation

4    estimates are four orders of magnitude

5    underestimated, your modeling falls, does it not?

6              Is that right?  That's what I asked?

7        A.    Yes.

8        Q.    Okay.  And starting at Line 10 is your

9    response.

10             Can you read that for me?

11       A.    Any conclusion by the judge does not

12   affect my opinion, my scientific opinion, to change

13   my mind on using Dr. Abichou's emissions.  I will

14   have to see scientific evidence of that, which is

15   what I saw with the new estimate, by the way.

16       Q.    Dr. Zannetti, can you please read?

17       A.    And right now, all the -- my

18   understanding of Dr. Abichou's qualifications and

19   work are absolutely -- I'm absolutely sure that his

20   estimates are the most reliable that I can have.

21             Of course at the time, I could see only

22   two estimate, the one used by Lape and the one by

23   Dr. Abichou.  So at that time I believed that

24   Dr. Abichou were the most credible based on his

25   credentials and based on my examination of the



1   special distribution of the odor complaints at the

2   time.

3        Q.    Did -- read Lines 15 -- the end of

4   Line 15 through 17 one more time.

5        A.    My understanding of Dr. Abichou's

6   qualifications and work are absolutely -- I'm

7   absolutely sure that his estimates are the most

8   reliable that I can have.

9              Of course, at the time.

10       Q.    Dr. Zannetti, you keep adding "at the

11  time."

12       A.    Yeah.

13       Q.    You did not say "at the time," did you?

14       A.    I did not say "at the time."

15             MR. PAUL:  Objection.

16       A.    But it is common sense.  This is 2021,

17  and I had two estimates of the emission rates:

18  Dr. Abichou and the other one.  And at that time,

19  comparing the two, my conclusion was that it was the

20  best.

21       Q.    That's not true, Dr. Zannetti.

22             MR. PAUL:  Object to form.

23  BY MR. LANDRY:

24       Q.    You had -- you had Mr. Hoffnagle's.

25       A.    I don't remember examining any other



1   emission rate other than Dr. Abichou and the one

2   using -- used by Lape.  I don't remember examining

3   or evaluating other emission rates at the time.

4        Q.    You don't recall when you were lauding

5   the estimates of Dr. Abichou in your 2021 report

6   that you were speaking to the other model emissions,

7   not just the ones Lape used but the ones used and

8   created by the other defendants' experts?

9        A.    As I sit here today, my recollection of

10  2021 is that I had two sets of emission data.  And,

11  in fact, my plots -- if I remember well, my plots

12  showed these two estimates:  Lape and Abichou.

13       Q.    So here, again, you previously testified

14  under oath:  I'm absolutely sure that his estimates

15  are the most reliable that I can have; right?

16            That's what you said?

17       A.    At the time, yes.

18       Q.    Okay.  And now you're saying "at the

19  time"; right?

20       A.    Well, if you're testifying in 2021, of

21  course, you are talking about the present and not

22  the future.

23       Q.    Why didn't Mr. Stutz estimate emissions

24  for the Jefferson Parish Landfill in 2021?

25       A.    Why?



1          Q.     Yes.

2                 Why?

3          A.     I don't know.

4          Q.     You didn't ask him?

5          A.     I had no context with the -- with Stutz,

6     only his data.

7          Q.     You understand Mr. Stutz was an expert

8     in the general causation phase of this litigation;

9     right?

10         A.     I forgot.

11         Q.     So you knew it at one point, but you

12    forgot it?

13         A.     I don't think I knew it.

14         Q.     Oh.  Which Dr. Zannetti should the jury

15    believe?  The one that considered Dr. Abichou's

16    emission estimates the most reliable that you could

17    have or the Dr. Zannetti who is certain that

18    Mr. Stutz' emission estimates are better?

19                MR. PAUL:  Object to form.

20         A.     Of course it is the latest set of

21    estimate that is the most reliable.  However, I'm

22    not an expert in emission rates so I cannot confirm

23    that Stutz' work is correct.  I cannot confirm it.

24    I'm not an expert.  But I use his estimate as the

25    most recent product of our investigation of emission



1  rates.

2       Q.   Because you're not an expert in emission

3  rates, you can't opine that Mr. Stutz' emission rate

4  estimates are more reliable; correct?

5       A.   I can opine that they are the most

6  recent.  So those that have been the most checked

7  and the most investigated and the most analyzed and

8  that were provided to me.  That's all I can say as a

9  scientist.

10      Q.   Okay.  Well, I'll agree with you that

11 they are the most recent that were provided to you.

12           But what's your basis for saying that

13 they were the most checked and the most analyzed

14 emission estimates?

15      A.   Because that's how science improves year

16 by year, step by step.  It's typical in every field.

17      Q.   You're speculating, are you not?

18      A.   Yeah, there is some speculation here, of

19 course.

20           MR. LANDRY:  Let's take a break.

21           THE VIDEOGRAPHER:  We're going off the

22           record at 2:31 p.m.

23           (A 9-minute recess ensued.)

24           THE VIDEOGRAPHER:  We're back on the

25           record at 2:40 p.m.

