that up.

BY MR. HAMMEL:

Q. For 2019 that was a reduction of 8,085 meters cubed per year?

A. That sounds correct.

Q. So that's just over a 23 percent reduction for 2019 as a result of using the corrected waste tonnage amounts?

A. That sounds right.

Q. Okay, great.

Am I correct that when you re-ran LandGEM to redo your H2s generation emission estimates for Highway 90 you still used the 2900 ppm H2s concentration?

A. That's correct.

Q. Okay.

And you derived that 2900 ppm H2s concentration from the 2008 study, which is your attachment No. 7 to your report, right?

(Witness peruses document.)

A. Yes.

Q. The 2900 ppm of H2s concentration you used as an average, you calculated based on hydrogen sulfide concentrations of 2000 ppm and 3800 ppm in February of 2008?

A. Yes.
Q. Okay.
Mr. Stutz, if you were to use 2000 ppm instead of 2900 ppm, would that further reduce your estimates for Highway 90?
A. Uhmm, yes.
Q. Okay.
And you expect that to reduce your estimates -- if you used 2000 instead of 2900, you would expect that would reduce your estimates by about a third, a little less than a third?
A. I can't say for sure.
Q. Well, I mean you're using 2900 ppm. And if we instead use the 2000 ppm --
A. It's a little less than a third.
Q. -- would you expect that your estimates would be reduced commensurate to that?
A. I would think -- I would think it could, sure. It seems reasonable. Yeah, that's reasonable.
Q. Let's look back at attachment No. 9 to your report for a minute. Mine is really slow. Are you there?
(Witness peruses document.)
A. Yes.

further down in that same document.

A. Okay.

Q. I want you to read that line out loud.

A. "Hydrogen sulfide concentration equals 2,000 parts per million based on-site monitoring data."

Q. And so have you seen this document before?

A. Yes.

Q. And you have previously relied on the site-monitoring data conducted by EnviroOne, correct?

A. Yes.

Q. And did you rely on this site-monitoring data in 2010?

A. I don't have any information about this monitoring data point. And since the rest of it was proposed, I don't expect that to also be an actual data point.

Q. So you believe that where it says "based on site-monitoring data", you think that's wishful thinking?

A. Uhmm, no. I just don't know anything about that data point, where it was taken, what it represents. I just don't know. I don't think it

is...

Q. What do you know more about the prior data that you are relying on from the same company at the same landfill that you don't know about this site-monitoring data?

A. Yeah. The prior sampling they did appears to have multiple sampling points that were then -- that were taken. And instead of one single sampling point. So it would be, in my view, more representative.

Q. Is that the only difference that you are aware of?

A. Uhmm, yeah, I don't have too much more information on the sampling.

Q. So this 2,000 ppm H2s concentration based on site-monitoring data as well as the LFG flow rate of 2 SCFM at each flare, is that what is indicated by this page?

A. That's what it states on this page.

Q. Okay.

And you didn't consider this data to be reliable in forming your opinion of the H2s emission from the Highway 90 C&D Landfill, right?

A. I don't consider it to be relevant.

Q. Right.

So in December 2010 Highway 90 estimated its H2s emissions to be .424 tons per year; is that right?

(Witness peruses document.)

A. That appears to represent the total H2s emissions that they are proposing from the flares that they're proposing for the flares at the site.

Q. Wait. Wait. Wait, wait. Say that again. This appears to be what?

A. This appears to be the H2s emissions based off of gas going to the flares -- the proposed flares at the site.

Q. And this was a rescission of an air permit, right?

A. I believe that's -- yes. This was their basis for rescission.

Q. And they were asking to stop the flares, right?

A. Again, I'm not sure how many flares were installed, but they were asking, I think, not to install the additional flares. But I'd have to read more into that.

Q. Well, I think that you should read more into it.

So you think they were proposing more

Going back to this Townsend 2002 document that you rely on in your paper, can you tell me how much concrete was deposited into the Highway 90 C&D Landfill?

MR. PAUL: Object to form.

A. I don't know the number of concrete that was deposited.

Q. Do you know why Townsend says that that's important?

A. I don't recall.

Q. So in your opinion is knowing the amount of concrete that is buried with gypsum important when estimating the amount of hydrogen sulfate generated in a C&D Landfill?

A. I don't recall.

Q. Did you adjust your estimate of the amount of hydrogen sulfide that was generated from the Highway 90 C&D Landfill based on the amount of concrete?

A. I don't -- I don't recall -- I know I didn't make any adjustments for concrete. Any concrete that was replaced in the landfill would have been accounted for.

Q. Do you know that the document that you rely on, the Townsend 2002 document, has a finding

that the amount of concrete deposited with gypsum effects the amount of hydrogen sulfide generated?
A. That would be accounted for, yes. That's the concrete that's in Highway 90 that's there with the gypsum would be part of the analysis.
Q. How?
A. Well, it's those concentrations that were taken account for the fact that there's concrete and there's gypsum in the landfill.
Q. The 2008 concentration?
A. Yes.
Q. But the 2010 concentration that's not reliable, that would also take into account the concrete, right?
A. And again, I find the 2008 to be more reliable.
Q. And do you know why or how the amount of concrete impacts the hydrogen sulfide generation?
A. I don't.
Q. Okay.
Have you seen oxidation at the Jefferson Parish Landfill?
A. I've seen evidences of oxidation, yes.
Q. And does that make it into any of your reports?

emissions and emission rate in the general causation phase, correct?

A. I believe so, yes.

Q. But you are aware that other defense experts created an H2s emission rate for general causation; is that right?

A. Uhmm, yeah, I'd just -- I don't know. I don't know exactly what was prepared.

Q. Okay.

Do you think that it would be helpful to compare your Jefferson Parish Landfill H2s estimates to those estimates done by your prior experts?

MR. PAUL: Objection.

A. Correct.

MR. PAUL: Withdraw the objection.

BY MR. HAMMEL:

Q. Were you asked to look into non landfill potential other sources?

A. I was not.

Q. Is there anything you could have estimated of the Jefferson Parish Landfill's hydrogen sulfide emission testings before the general causation trial? Correct?

A. How -- could I? Yes.

Q. But your client did not ask you to do

that prior to the general causation trial, right?
A. That was not part of my scope.
Q. That was not part of the scope that was given to you by your client, right?
A. That's correct.
Q. Okay.
Was the leachate collection system at Jefferson Parish Landfill flooded, Mr. Stutz?
A. Uhmm, it depends.
Q. Did Phase IVA of the Jefferson Parish Landfill contain excessive leachate?
A. I wouldn't characterize it that way.
Q. Okay.
We spoke briefly before about the K value related to rainfall. Do you recall that discussion earlier today?
A. Yes.
Q. And the EPA has suggested overall decay rates by dividing the landfill population into three categories based on annual precipitation rates. One, less than 20 inches of rainfall per year. Two, 20 to 40 inches of rainfall per year. And three, greater than 40 inches of rainfall per year.
Do you recognize that to be the standard?