Page 39

1  landfill and caused them personal injury and the loss
2  of the use and enjoyment of property," correct?
3      A.   That's correct.
4      Q.   Okay.  What do you mean by "personal injury"
5  as used in this sentence?
6      A.   My understanding of the personal injury would
7  be the physical ailments that were, you know, allegedly
8  suffered by the plaintiffs in this case.
9      Q.   Okay.  What is your -- the basis for your
10 understanding that plaintiffs are asserting personal
11 injury claims?
12     A.   That would have been based upon instruction by
13 counsel.
14     Q.   And what do you mean by "loss of use of
15 enjoyment of property" as used in the sentence?
16     A.   I think it was an allegation somewhere in one
17 of the documents, and that's not necessarily something
18 that's going to be discussed in this report or
19 calculated in this report.
20     Q.   Okay.  So just to clarify, your calculations
21 in this report go to the personal injuries aspect of
22 the -- of the harm claimed by plaintiffs?
23     A.   Yes.
24     Q.   Okay.  And just to be clear for the record, so
25 they do not go to the loss of use and enjoyment of

```
                                                         Page 40
 1   property aspect?
 2       A.   That's --
 3            MR. JOHNSON:  Objection.
 4            Go ahead.
 5       A.   That's correct.
 6   BY MS. KREBS:
 7       Q.   Okay.  So when you use the phrase "personal
 8   injuries" throughout the report, does it have the same
 9   meaning that you just described there?
10       A.   Yes.
11       Q.   Okay.  And looking at the third paragraph and
12   the sentence at the end -- and I'll give you a moment
13   to read it over so -- because it's a long sentence.
14       A.   Yes.
15       Q.   Okay.  You reference in this sentence,
16   "Plaintiffs' allegations that odors released from the
17   landfill into plaintiffs' home and immovable property."
18   Is it your understanding that plaintiffs are seeking
19   damages for injury to immovable property?
20            MR. JOHNSON:  Objection.
21            Go ahead.
22       A.   I read somewhere in the Gardemal report that
23   they are not.
24   BY MS. KREBS:
25       Q.   Okay.  And --
```