**EXHIBIT 1**

```
                                                      Page 398
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
 3   ************************************************************
 4   FREDERICK ADDISON, et al.,
 5                Plaintiffs,
                                              CIVIL ACTION NO.
 6   vs.                                      19-11133
                                              c/w 19-14512
 7   LOUISIANA REGIONAL LANDFILL
     COMPANY, et al.,
 8
                  Defendants.
 9
     ************************************************************
10
11
                          VOLUME II
12
13              VIDEOTAPED DEPOSITION OF
14          ROBERT DeLORENZO, M.D., Ph.D., M.P.H.
15                 9:12 a.m. to 1:29 p.m.
16                     May 4, 2024
17                  Richmond, Virginia
18
19
20
21
22
23
24
25       REPORTED BY:  Rhonda D. Tuck, RPR, CRR
```

Page 516

1  continued after the exposure period and have become a
2  long-term neurological condition caused" --
3       A.   I'm sorry.  Is this Page 113?
4       Q.   Yes, sir.
5       A.   Not the last -- is it the last paragraph
6  or the next to last?
7       Q.   The last sentence of the first paragraph.
8       A.   Oh, okay.  Sorry.  Go ahead.
9       Q.   "The headaches continued after the
10 exposure period and have become a long-term
11 neurological condition caused by the exposure to
12 hydrogen sulfide and VOCs."
13           Did I read that correctly?
14      A.   Correct.
15      Q.   That's your opinion in this case?
16      A.   Yes.
17      Q.   We discussed before, you're aware that
18 Judge Morgan has not made a general causation finding
19 as to any headaches beyond 2019, right?
20      A.   Correct.
21           MR. FOSTER:  Objection.  Asked and
22      answered.
23           THE WITNESS:  Yeah.  I already answered
24      that.
25

Page 525

1         So what I'm saying to you is that there is
2    a literature that exposure to noxious stimuli can
3    produce permanent changes in animals, and there's my
4    experience with my patients, and also there's a
5    literature with the sensitization of the system in
6    humans.
7         Q.   And there is no literature that says at
8    what dosage those permanent changes are known to
9    occur, is there?
10              MR. FOSTER:  Objection to form.
11              THE WITNESS:  Well, I mean, it depends --
12         I mean, there's not a literature saying that.
13         There's a literature saying that when you give
14         an exposure like this person had, you can
15         sensitize.  I mean, the literature supports the
16         possibility that in every patient that gets
17         exposed, their headache systems, or trigeminal
18         nerves and olfactory nerves can also cause
19         nausea and vomiting.  That's in the reports,
20         that those systems are now known to be able to
21         be sensitized.  Not every person is going to be
22         sensitized as much as others.  It depends on
23         your ability to react.
24              So it's known that that happens.  So we
25         know that here's a person that was exposed to

Page 526

1           the appropriate dose, got a cause, a symptom.
2           Okay.  And now the question is will those
3           symptoms go away.  In most people, they do.
4           And in some patients, they don't.  And the
5           question you're asking is, well, what is the
6           evidence that this is continuing.
7                Well, what the original event was that
8           sensitized him was the 5 parts per billion.  So
9           that's there.  Now we know when that 5 parts
10          per billion goes away, that person's nervous
11          system is changed based on that, and now he can
12          experience headaches without being exposed to
13          the hydrogen sulfide, because things in his
14          environment that normally wouldn't have
15          triggered headaches in him now trigger the
16          headaches.
17               So that's in support of that.
18     BY MR. MIMS:
19          Q.   I'm asking about --
20          A.   That answers your question, I think.
21          Q.   I don't think so --
22          A.   Okay.
23          Q.   -- because I'm asking about dosage.  So
24     you aren't aware of any authority that says that
25     exposure to H2S at 5 parts per billion for 30 minutes

Page 530

1   some -- an animal, that that system gives the
2   exposure, the exposure is gone, and now you go back
3   and test how does that nerve respond to a given
4   electrical stimulus, or how does it respond, and
5   that's potentiated.
6          Q.   Potentiate is another way of saying what?
7          A.   Is that the nervous system has been
8   changed.
9          Q.   Okay.
10         A.   So I'm saying that's evidence -- there's
11  scientific evidence supporting that exposure for
12  5 parts per billion, that does cause headaches, so
13  you've got a symptom from the exposure.  Okay.  That
14  you take away the exposure, and this person has a
15  potential -- I mean, I can't measure it in these
16  patients, okay, but he would have a change in those
17  components of his nervous system that could lead to
18  headaches caused by other triggers.
19         Q.   This potentiation of the nervous system,
20  there is not currently a scientific understanding of
21  whether a specific dosage is required to trigger that
22  effect, correct?
23         A.   I don't -- off the top of my head, I don't
24  remember.  I gave you some papers in the animal
25  literature, and there's some studies in humans that I