UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs  VERSUS  **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants  *Applies to: Both Cases* | CIVIL ACTION  NO. 19-11133, c/w 19-14512  SECTION: "E" (5)  JUDGE: Morgan MAGISTRATE JUDGE: North |

**DECLARATION OF JOHN H. PAUL IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM TO MOTION *IN LIMINE* TO EXCLUDE $H_2S$ EMISSIONS OPINIONS OF JOSE SANANES**

I, John H. Paul, hereby declare as follows:

1. I am a Principal of the law firm Beveridge & Diamond, P.C., and am duly admitted to practice *pro hac vice* before this Court.

2. I submit this Declaration, together with the accompanying exhibit, in support of the Reply Memorandum to Defendants' Motion *in Limine* to Exclude $H_2S$ Opinions of Plaintiffs' Expert Jose Sananes. I am fully familiar with the facts set forth herein.

3. A true and correct copy of relevant excerpts of the Transcript of the Bench Trial on General Causation, dated February 2, 2022, is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York this 18th day of June, 2024.

                                                                       */s/ John H. Paul*
                                                                          PRINCIPAL