# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

*************************************************************
ELIAS JORGE "GEORGE" ICTECH-BENDECK

                         Civil Action No. 18-7889
                         c/w 18-8071, 18-9212
VS.                      Section "E"(5)
                         New Orleans, Louisiana
                         February 2, 2022

WASTE CONNECTIONS BAYOU, INC., ET AL.
*************************************************************



Related Case:
*************************************************************
FREDERICK ADDISON, ET AL.

                         Civil Action No. 19-11133
                         c/w 19-14512
VS.                      Section "E"(5)



LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.

Applies to all cases
*************************************************************




                    TRANSCRIPT OF BENCH TRIAL
               GENERAL CAUSATION/DAUBERT HEARING
            HEARD BEFORE THE HONORABLE SUSIE MORGAN
                   UNITED STATES DISTRICT JUDGE
                     DAY 3 AFTERNOON SESSION
```

OFFICIAL TRANSCRIPT
Page 632

|  |  |
|---|---|
| 03:55:22PM | 1 | like to make is on what is the legal standard for what is a |
| 03:55:27PM | 2 | legally cognizable injury. We just heard from Dr. Schiffman |
| 03:55:31PM | 3 | about her 5 parts per billion standard and that it represents |
| 03:55:36PM | 4 | the level at which 5 percent of the population will detect |
| 03:55:40PM | 5 | the odor 2 percent of the time. |
| 03:55:42PM | 6 |     THE COURT: No. I did not hear -- that was not her |
| 03:55:45PM | 7 | testimony. So look. I know what I want to say about this. |
| 03:55:47PM | 8 | So thank you for your argument. This is a *Daubert* hearing in |
| 03:55:53PM | 9 | a trial on causation. I'm not giving judgment to anybody. |
| 03:55:59PM | 10 | That's not what this is about. I do want to ask -- I want |
| 03:56:04PM | 11 | the plaintiffs to think about this. I've wondered about |
| 03:56:07PM | 12 | this. I just want to know for my own information about what |
| 03:56:10PM | 13 | the time period is that they're asking for damages. Maybe |
| 03:56:14PM | 14 | they're only asking for them to 2019 because that's what the |
| 03:56:19PM | 15 | evidence is. |
| 03:56:22PM | 16 |     MR. ROWE: Your Honor, Eric Rowe. If they had asked |
| 03:56:25PM | 17 | us the question, are you asking for damages into 2020, we |
| 03:56:29PM | 18 | would have said no. We've only modeled the years 2017, 2018, |
| 03:56:35PM | 19 | and 2019. |
| 03:56:35PM | 20 |     THE COURT: Okay. That was my understanding, too. |
| 03:56:37PM | 21 | So that is -- you're correct on that. They're only asking |
| 03:56:41PM | 22 | for damages through 2019. |
| 03:56:43PM | 23 |     With respect to Mr. Sananes, you know, this is a |
| 03:56:46PM | 24 | judge hearing, judge trial, and I am perfectly capable of |
| 03:56:54PM | 25 | listening to the testimony and deciding what weight to give |

```
03:56:58PM   1    it based on the things that you brought up.  And so I'm
03:57:02PM   2    denying your Daubert motion because that would just go to the
03:57:06PM   3    weight of the evidence that I give it.
03:57:11PM   4             The other things you brought up, really, I think will
03:57:14PM   5    be things that I have to decide when I decide whether there
03:57:18PM   6    is causation.  And so it's not -- it's not appropriate for me
03:57:22PM   7    at this time, I don't think, to give you judgment on any of
03:57:27PM   8    those issues.
03:57:30PM   9             MR. MIMS:  Well, Your Honor, we are about to call
03:57:32PM  10    witnesses to respond to Dr. Schiffman.  We feel the record
03:57:34PM  11    has been pretty clear about what injuries she was allowed to
03:57:38PM  12    testify to and which ones she was not.  So it would seem to
03:57:41PM  13    defendants that at this point --
03:57:43PM  14             THE COURT:  This is not -- this is not like a regular
03:57:46PM  15    trial.  I'm not deciding right now which injuries they've
03:57:49PM  16    proven.  So what I'm looking at -- when I'm looking at this
03:57:53PM  17    after this all over, you all know the kinds of injuries I
03:57:58PM  18    said they could make claims for, and I'll be looking for
03:58:02PM  19    whether they establish causation for those injuries.  That's
03:58:05PM  20    all you're getting right now.
03:58:10PM  21             MR. MIMS:  Yes, Your Honor.  Thank you, Your Honor.
03:58:13PM  22             THE COURT:  All right.  So now, do the defendants
03:58:16PM  23    have any witnesses?
03:58:18PM  24             MS. BRILLAULT:  We do, Your Honor.  I think she's
03:58:21PM  25    outside.  We'd be calling Pam Dalton.  Let me go and --
```