UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants<br><br>*Applies to: Both Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

**DECLARATION OF JOHN H. PAUL IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM TO *DAUBERT* MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT JOSE SANANES ON STANDARDS OF CARE**

I, John H. Paul, hereby declare as follows:

1. I am a Principal of the law firm Beveridge & Diamond, P.C., and am duly admitted to practice *pro hac vice* before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of the Reply Memorandum to Defendants' *Daubert* Motion to Exclude Opinions of Plaintiffs' Expert Jose Sananes on Standards of Care. I am fully familiar with the facts set forth herein.

3. A true and correct copy of relevant excerpts of the transcript of Jose Sananes' deposition, taken on April 10, 2024, is attached hereto as Exhibit 1.

4. A true and correct copy of relevant excerpts of the transcript of Jose Sananes' deposition, taken on January 21, 2022, is attached hereto as Exhibit 2.

5. A true and correct copy of relevant excerpts of the transcript of Wayne Desselle's deposition, taken on December 20, 2023, is attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York this 18th day of June, 2024.

                                              */s/ John H. Paul*
                                               PRINCIPAL