# EXHIBIT 1

Page 1

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
            CIVIL ACTION NO.  18-7889, C/W 18-8071,
                              18-8218, 18-9312
            CIVIL ACTION NO.  19-11133, C/W 19-14512
- - - - - - - - - - - - - - - - -
ELIAS JORGE "GEORGE"
ICTECH-BENDECK,
    Plaintiff,                   DEPOSITION OF:
    vs.                          JOSE SANANES SANGROS
WASTE CONNECTIONS BAYOU,
INC., ET AL.,
    Defendants.


RELATED CASE:
FREDERICK ADDISON, ET AL.,
    Plaintiffs,
    vs.
LOUISIANA REGIONAL LANDFILL
COMPANY, ET AL.,
    Defendants.
- - - - - - - - - - - - - - - - -
```

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter as taken by and before RUTHANNE UNGERLEIDER, a Certified Court Reporter and Notary Public of the State of New Jersey, held at the office of RAMBOLL, 101 Carnegie Center Drive, Princeton, New Jersey, on Wednesday, April 10, 2024, commencing at approximately 10:13 in the forenoon.

1           Can you read that comfortably?
2      A    Yes, I can.
3      Q    Okay.
4           And so the first entry here is a
5   confidential client, and you note that you led the
6   collection of landfill gas and condensate samples to
7   assess variability between waste disposal areas and
8   evaluated landfill gas collection system design,
9   operation and maintenance in relation to industry
10  standards and best management practices.
11          What type of landfill was this?
12     A    It's a municipal solid waste landfill.
13     Q    Where is it located?
14     A    It's in the west coast.
15          That's all I can say at this point.
16     Q    You can't tell me what state it's in?
17     A    Unfortunately not.  The whole thing is
18  under confidentiality.
19     Q    Is it -- is your work in connection with
20  an enforcement proceeding by an agency?
21     A    No, it's not.
22     Q    Is the municipal solid waste landfill
23  operating now?
24     A    It is.
25     Q    Going forward, I'm going to refer to a

Page 14

1   different places receive different waste, and we're
2   trying to understand differences in gas quality and
3   leachate that could be generated through condensate
4   in each of these phases.
5        Q    Are the differences between the types of
6   waste regulatory, does that -- does that question
7   make sense?
8        A    No.
9        Q    Let me ask it a different way.
10            Are -- are any phases devoted to
11   construction and demolition debris?
12       A    No.
13       Q    Were all phases permitted to receive
14   municipal solid waste?
15       A    Yes.
16       Q    So when you're looking at the
17  differences between phases you're -- are those
18  differences limited to the nature of the landfill
19  gas?
20       A    It primarily is related to the landfill
21  gas, but also, like I said, the condensate that's
22  generated and the liquids that are generated within
23  the phases of the landfill.
24       Q    Have you done any design work on the
25  landfill gas system for that?

Veritext Legal Solutions
212-279-9424                www.veritext.com                212-490-3430

1	A	No, I have not.
2	Q	Where are the condensate samples taken
3	from?
4	A	We generate it from the landfill gas.
5	Q	So do you collect samples from within
6	the gas wells?
7	A	We collect samples from the gas wells,
8	and we generate the condensate from that same
9	landfill gas.
10	Q	Can you explain that a little bit?
11	A	So essentially you create a cooling
12	loop, you run your gas through it, and by temperature
13	differences you allow that moisture in the gas, which
14	is saturated, to precipitate out, and that liquid
15	gets collected and sampled.
16	Q	Right.
17	A	Essentially we're separating the liquid
18	phase from the gas, which, as you know, is wet.
19	Q	Right.
20		Do you do that on site?
21	A	Yep.
22	Q	So is that done with equipment that you
23	hook up to the gas well?
24	A	Yeah.  I mean, it's essentially a pump
25	and a cooling loop that's put onto a -- almost call

Page 16

1  it an ice bucket to create that temperature change
2  relevant to ambient, just condensing air.
3         Q     What did you -- what types of parameters
4  is the condensate sampled for?
5         A     I'm sorry, I don't follow the question.
6         Q     Are you, for instance, sampling for
7  VOCs?
8         A     Well, I can't really talk about what
9  we're analyzing that for, but it's a chemical
10 analysis that's done on both the gas and the
11 condensate.
12        Q     So you're using EPA sampling methods to
13 assess the constituents in that condensate?
14        A     And the gas, yeah.
15        Q     Are you advising on the operations of a
16 gas system?
17        A     No, other than, you know, discussing how
18 operational activities line up or don't with standard
19 practices.  So when there's something that is being
20 performed that doesn't follow the standard practice,
21 then that's called out, and equally if something is
22 done consistent with our practice, that's mentioned
23 as well.
24        Q     Do your -- what can I call those -- are
25 you making recommendations?

1      A      We're just simply making an assessment
2    as to what is a good practice and what are some
3    things that are being done that are not considered
4    good practice.
5      Q      So is that assessment related to tuning
6    of the gas well system?
7      A      No.
8      Q      I skipped over this, or anyway, I made
9    an assumption:  Does the operator of the landfill
10   operate the gas system?
11     A      It does.
12     Q      Do they operate the landfill gas
13   destruction system?
14     A      They do.
15     Q      Is there a landfill gas to energy
16   project on site?
17     A      There is a beneficial use project, yeah.
18     Q      And is the -- so is the assessment of
19   landfill gas and condensate meant to characterize the
20   gas produced by particular types of waste?
21     A      No.  Again, it's just trying to assess,
22   you know, whether there's differences in gas quality,
23   condensate quality, in different phases of the
24   landfill.
25     Q      For this project have you done any

Page 18

1   modeling of landfill gas generation?
2        A    No, we have not.
3        Q    Have you done any estimation of fugitive
4   emissions from the landfill?
5        A    No.
6        Q    Am I safe to assume there's a leachate
7   collection system at the landfill?
8        A    There is.
9        Q    Are you doing any work related to the
10  leachate collection system as distinct from the
11  condensate system?
12       A    No, simply just the evaluation of that
13  system as it relates to operations.
14       Q    I'm sorry.  So you are evaluating
15  operation of the leachate collection system?
16       A    As it relates to the standard of care as
17  an overall landfill operation.  So the landfill
18  operation encompasses the waste placement and
19  recordkeeping, management of liquids, management of
20  gas.  So as it relates to all that, then it is
21  covered.
22            We're not looking at the specifics of
23  the treatment system, we're not looking at the
24  specifics of the design and things of that nature.
25       Q    So your advice focuses on operational

issues?
A It relates to operations, recordkeeping, maintenance, that type of aspect.
Q Does it relate to regulatory compliance?
A No.
Q So I think you said this, but I just want to make sure it's clear: Are you also assessing the nature of wastes that the landfill is currently accepting?
A No, we're not.
Q Am I safe to assume that you're also assessing the sufficiency of the coverage system?
A No, we're not looking at that because we're not looking at emissions or generation, that's beyond the scope.
Q Okay. So no assessment of the coverage system?
A Again, as it relates to practices, yes, but not on the effectiveness of that cover system and so on.
Q Got it.
So, by "practices," you mean maintenance of the cover?
A Right, the condition -- the overall condition of the cover and maintenance that is being

Page 20

1  performed in terms of maintaining vegetation and
2  things of that nature.
3       Q     Right.
4             What is your role in that project?
5       A     I'm the principal in charge of that
6  project.
7       Q     Is it a Ramboll team?
8       A     It's -- yeah, it's a group of people
9  that are involved, yeah.
10      Q     A group of people within Ramboll?
11      A     Within Ramboll, yes.
12      Q     Are you assisted by any consultants from
13 another firm?
14      A     Nope.
15      Q     Okay.
16            As part of this project do you
17 communicate with regulatory agencies?
18      A     No.
19      Q     Do you know who the Defendants are in
20 this action?
21      A     In this one here?
22      Q     Yes.
23      A     Yes.
24      Q     So I'll refer to the three Defendants
25 affiliated with Waste Connections as the Waste

1    Connections Defendants, and there's also APTIM
2    Corporation and the Parish of Jefferson, right?
3           A       Right.
4           Q       Do any of those entities have any
5    connection to this landfill?
6           A       I do not believe so.
7           Q       So you mentioned standards of care.
8                   Can you describe the scope of the
9    standards of care that you're assessing?
10          A       Again, it's looking at the practices at
11   the landfill and how they compare to what the
12   industry does as a -- as a whole as it relates to the
13   operation, maintenance, recordkeeping of -- of
14   information for that -- for those systems.
15          Q       And the systems at a broad level are the
16   landfill gas collection system, right?
17          A       Right, it's gas, leachate, and your
18   containment cover system, essentially.
19          Q       Okay.
20                  You may have answered this earlier, but
21   is part of your work for this project to make
22   recommendations to the landfill operator?
23          A       Only as it relates to the standard of
24   care, you know, what is normally expected and done,
25   versus what we are observing is done at the landfill,

1    but we're not directing or providing any type of
2    recommendations to change anything at this stage.
3         Q    So you're giving them an assessment, and
4    then the next step might be for them to ask you for
5    recommendations?
6         A    Correct.
7         Q    Okay.
8              It says here that you're also assessing
9    the relations of operations to best management
10   practices.
11             What -- can you describe what best
12   management practices those are?
13        A    Again, it relates to practices related
14   to the operation of the landfill in terms of -- in a
15   way it's tied to industry standards, those two terms
16   are sometimes interchanged, but ultimately it's just
17   looking at what is being done at the landfill and how
18   does that compare to standards and best management
19   practices.
20        Q    Who else at Ramboll is on this team?
21        A    You want names of people?
22        Q    Yes, if you can name them.
23        A    Well, Nester Soler, who you know is
24   involved in that project, and there's a staff that's,
25   you know, scattered across the country that, you

Page 30

1    Q    Did you do any estimate of fugitive
2    emissions from the site?
3    A    Nope.
4    Q    Is there a leachate collection system?
5    A    There is.
6    Q    Okay.
7         Was that installed during the
8    operational period of the landfill?
9    A    I don't know exactly when it was
10   installed, but it's been there for a while, as I
11   understand it.
12   Q    Is it a liner?
13   A    I don't know.
14   Q    Have you done any work relating to that
15   leachate collection system?
16   A    Nope.  The only work related to
17   investigating that methane.
18   Q    I forgot a question about the previous
19   project.
20        So going back to the landfill that we
21   discussed on the west coast --
22   A    Yeah.
23   Q    -- are there -- sorry.
24        Let me start over.
25        At that landfill on the west coast are

```
                                                    Page 31
 1    there pumps in the landfill gas collection wells
 2    installed for the purpose of removing liquids from
 3    the wells?
 4          A     Are there pumps?
 5                In one of the phases pumps are being
 6    installed to remove liquids from the vertical wells.
 7          Q     Are those wells -- are those pumps being
 8    installed at your recommendation?
 9          A     No.
10          Q     Are your -- is your assessment in that
11    phase related to gas wells that are receiving those
12    pumps?
13          A     No, we did not opine with respect to
14    the -- those wells.  Those wells were planned before
15    we were involved in the -- in the project, and in
16    fact were being installed as we were on site.
17          Q     Okay.
18                As part of that project, the one on the
19    west coast, did you assess the depth of leachate in
20    the landfill?
21          A     We did not.
22          Q     Okay.
23                So the third new project on here, the
24    New York -- sorry, let me start over -- the New York
25    Metropolitan Transportation Council, which you
```

Veritext Legal Solutions
212-279-9424                    www.veritext.com                    212-490-3430

Page 52

1    A    There was waste that was still being
2  placed -- we were involved before this change in
3  ownership took place, but it was towards the tail end
4  of that operation.
5    Q    Okay.
6         Have you ever designed cells for
7  specific types of waste to be disposed at a municipal
8  solid waste landfill?
9    A    No.
10   Q    Since February 2022 have you testified
11 as an expert in a trial or a deposition?
12   A    No.
13   Q    Since February 2022 have you had to
14 estimate fugitive emissions from an area source for
15 use in an air dispersion model?
16   A    No.
17   Q    You may have answered this, but I just
18 want to make sure that it's clear:  Since
19 February 2022 have you had to prepare an estimate of
20 emissions of landfill gas from the surface of a
21 landfill?
22   A    No.
23   Q    So I think we will move out of this
24 after just a few more questions.
25        Since the February 1, 2022 general