# EXHIBIT 2

```
 1

 2                  UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF LOUISIANA
 3

 4   ELIAS JORGE "GEORGE"      * CIVIL ACTION NO. 18-7889
     ICTECH-BENDECK,           * c/w 18-8071, 18-8218,
 5                             * 18-9312
          Plaintiff,          *
 6                             * SECTION "E" (5)
     v.                        *
 7                             * JUDGE SUSIE MORGAN
     WASTE CONNECTIONS BAYOU,  *
 8   INC., ET AL.,             * MAGISTRATE MICHAEL NORTH
                               *
 9        Defendants.          *

10   Related Case:

11   FREDERICK ADDISON,        * CIVIL ACTION NO. 19-11133
     ET AL.,                   * c/w 19-14512
12                             *
          Plaintiffs,         * SECTION "E" (5)
13                             *
     v.                        * JUDGE SUSIE MORGAN
14                             *
     LOUISIANA REGIONAL        * MAGISTRATE MICHAEL NORTH
15   LANDFILL COMPANY, ET AL.,*
                               *
16        Defendants.          *

17            VIDEOCONFERENCE DEPOSITION OF

18                      JOSE SANANES

19              Friday, January 21, 2022

20                        9:08 a.m.

21

22

23   Transcribed by:
     Christine Aiello
24
     J7842142
25
```



1        A     No publications, that's correct.

2        Q     Okay.  And it also indicates that you've

3   never testified as an expert by trial or deposition in

4   the last four years, correct?

5        A     That's correct.

6        Q     And so I believe that you list in your -- in

7   your CV, hang on just a second, that you did testify in

8   a matter involving a bankruptcy; is that correct?

9        A     Right.  And there was no deposition or trial,

10  but yes, there was a meeting between the parts where I

11  testified in relation to that bankruptcy issue.

12       Q     And is that, excuse me, the confidential

13  client in New Jersey, 2007 to 2008?

14       A     That's correct.

15       Q     Okay.  And that's the only other testimony

16  you've given, whether by deposition or trial, correct?

17       A     Well, it was not deposition or trial, but

18  that's the only -- the only --

19       Q     Type of --

20       A     -- testimony that I was -- that I have given,

21  that's correct.

22       Q     Okay.  And then I noticed your CV contains

23  two categories.  One is litigation support, and the

24  other is landfill engineering, right?

25       A     Yep.

