# EXHIBIT 3

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4

 5   ELIAS JORGE "GEORGE"       CIVIL ACTION
     ICTECH-BENDECK,            NO. 18-7889
 6        Plaintiff             C/W 18-8071,
                                18-8218, 18-9312
 7   VERSUS
                                SECTION: "E" (5)
 8   PROGRESSIVE WASTE
     SOLUTIONS OF LA, INC., ET
 9   AL,
          Defendants
10
     Related Case:
11
     FREDERICK ADDISON, ET      CIVIL ACTION
12   AL.,                       NO. 19-11133 c/w
          Plaintiff             19-14523
13
     VERSUS                     SECTION: "E" (5)
14
     LOUISIANA REGIONAL
15   LANDFILL COMPANY (LRLF),
     ET AL.,
16        Defendants

17        Videoconference deposition of WAYNE DESSELLE,
     Louisiana Department of Environmental Quality, 201
18   Evans Road, Building 4, Suite 420, New Orleans,
     Louisiana 70123, taken remotely on Wednesday,
19   December 20, 2023, commencing at 1:49 p.m.

20

21


22   REPORTED REMOTELY BY:

23        BETTY GLISSMAN

24        CERTIFIED COURT REPORTER

25
```



```
 1         they go wherever the wind blows off-site.
 2   BY MS. BRILLAULT:
 3        Q.   Was Waste Connections ever cited by DEQ
 4   for causing off-site odors?
 5        A.   I don't think so.  It's not in any of the
 6   reports.  It's not in any of the compliance orders?
 7        Q.   And was Waste Connections ever cited by
 8   DEQ for improperly taking a certain type of waste
 9   between 2017 and 2019?
10            MR. HAMMEL:
11                 Object to form.
12            THE WITNESS:
13                 Okay.  According to the landfill
14        permit, they are allowed to take certain types
15        of waste.  I guess that you are getting the
16        industrial leaks which the Jefferson Parish
17        Council forbade Jefferson Parish from taking
18        before this and during this.
19   BY MS. BRILLAULT:
20        Q.   Did DEQ ever issue a violation or alleged
21   a violation for Waste Connections' acceptance of
22   waste at the landfill during 2017 to 2019?
23        A.   Not that I know of.  That wasn't the issue
24   that they were taking improper waste.  And during a
25   regular inspection, we will look at their rejection
```



1   logs and we will quiz their inspectors on -- you
2   know, to make sure that they are aware that, hey,
3   there are certain things that we can't take like
4   waste tires and white goods and they can't take
5   hazardous waste.  They have never had been cited for
6   that.  They are allowed by their permit to take
7   industrial waste.  At some point in time, Jefferson
8   Parish Council said we are not taking industrial
9   waste anymore.  So that went to River Birch.
10       Q.   All right.  I am going to ask you to
11  turn -- I tried to flag them.  We are operating with
12  different Bates numbers, but Attachment 18.  If you
13  flip toward the back, there should be a flag for 18.
14       A.   Okay.
15       Q.   Okay.  This is the -- if you flip through,
16  this is a field interview form.  And the inspector
17  was not yourself but it was Jeff Parham?
18       A.   Yes.
19       Q.   And we have talked about this one.  You
20  had talked about this inception form earlier with
21  Mr. Hammel, correct?  This is where that was a
22  manhole, three lids with -- not completely covering
23  up the manhole picture.  Do you recall?
24       A.   Yes.
25       Q.   On the page prior to the picture which is

