UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** <br> Plaintiffs <br><br> **VERSUS** <br><br> **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** <br> Defendants | **CIVIL ACTION** <br><br> **NO. 19-11133, c/w 19-14512** <br><br> **SECTION: "E" (5)** <br><br> **JUDGE: Morgan** <br> **MAGISTRATE JUDGE: North** |

**DECLARATION OF MEGAN R. BRILLAULT IN SUPPORT OF
REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'
JOINT MOTION TO EXCLUDE OPINION TESTIMONY OF
JASON SCHELLHAAS PURSUANT TO FEDERAL RULE OF EVIDENCE 702**

I, Megan R. Brillault, hereby declare as follows:

1. I am a Principal of the law firm Beveridge & Diamond, P.C., and am duly admitted to practice *pro hac vice* before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of the Reply Memorandum of Law in Support of Defendants' Motion to Exclude Certain Opinion Testimony of Jason Schellhaas Pursuant to Federal Rule of Evidence 702. I am fully familiar with the facts set forth herein.

3. A true and correct copy of excerpts of the transcript of the deposition of Mr. Jason Schellhaas, taken on April 18, 2024, is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York this 18th day of June, 2024.

                                                                                     /s/ Megan R. Brillault
                                                                                              PRINCIPAL