## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK E. ADDISON, SR., ET AL.,** | **CIVIL DOCKET** |
|     **Plaintiffs** | |
| | |
| **VERSUS** | **NO.  19-11133** |
| |     **c/w 19-14512** |
| | |
| **LOUISIANA REGIONAL LANDFILL** | **SECTION: "E" (5)** |
| **COMPANY, ET AL.,** | |
|     **Defendants** | |

***Applies to: Both Cases***

### ORDER

On June 14, 2024, the Court issued an order (the "June 14 Order"),[1] granting Plaintiffs' Motion for Leave to File Under Seal ("Plaintiffs' Motion"),[2] and denying as moot Defendants' Motion to Consider Whether Another Party's Material Should Be Sealed ("Defendants' Motion").[3]

**IT IS ORDERED** that the Court's June 14 Order is **VACATED IN PART**.[4] The portion of that order denying as moot Defendants' Motion[5] is hereby vacated; the portion of that order granting Plaintiffs' Motion shall remain undisturbed.[6]

**IT IS FURTHER ORDERED** that Defendants' Motion to Consider Whether Another Party's Material Should Be Sealed is **GRANTED**.[7] The clerk is directed to file the ollowing documents attached to Defendants' Motion into the record under seal:

---

[1] R. Doc. 602.
[2] R. Doc. 586.
[3] R. Doc. 568.
[4] R. Doc. 602.
[5] R. Doc. 568.
[6] R. Doc. 586.
[7] R. Doc. 568.

- The following exhibits to Defendants' Motion For Partial Summary Judgment To Dismiss Certain Claims For Lack Of Evidence Of General Causation:[8]

  - Exhibit 1, Original Report of Robert DeLorenzo, M.D.

  - Exhibit 2, Rebuttal Report of Robert DeLorenzo, M.D.

- The following exhibits to Defendants' Motion In Limine To Limit The Testimony Of Plaintiffs' Expert, Robert Delorenzo, M.D.:[9]

  - Exhibit 3, Excerpts of Original Report of Michael Spodak, M.D.

  - Exhibit 4, Excerpts of Original Report of Robert DeLorenzo, M.D.

**New Orleans, Louisiana, this 21st day of June, 2024.**

_____

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[8] R. Doc. 561.
[9] R. Doc. 562.