UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL.** | * | **CIVIL ACTION NO.** |
| | * | **19-11133 C/W 19-14512** |
| | * | |
| | * | **SECTION "E-5"** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| | * | |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.** | * | **MAGISTRATE JUDGE NORTH** |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * |

## ORDER

Considering the foregoing Ex Parte Motion by Jefferson Parish for Leave to File Reply to the Waste Connections Defendants' Memorandum of Law in Opposition to Jefferson Parish's Motion to Exclude Testimony of Ali Hashimi, P.E.;

**IT IS ORDERED** that the motion is **GRANTED**. The Clerk is directed to file the Reply to Defendants' Memorandum of Law in Opposition to Jefferson Parish's Motion to Exclude Testimony of Ali Hashimi, P.E.

New Orleans, Louisiana, this 25th day of June, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**