UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>  Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>  Defendants<br><br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: MORGAN<br>MAGISTRATE JUDGE: NORTH |

### DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

In accordance with the Thirteenth Case Management Order, R. Doc. 498, Defendants Jefferson Parish, Aptim Corp., Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc. file this Motion for Leave to File Under Seal the attached Memorandum and certain impeachment exhibits.

The Memorandum sets forth the reasons for this Motion and explains why these impeachment exhibits do not need to be disclosed under *Chiasson v. Zapata Gulf Marine Corp.*, 988 F.2d 513 (5th Cir. 1993).

**WHEREFORE**, Defendants Jefferson Parish Aptim Corp., Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc., pray that this Motion be granted and that they be allowed to file under seal the Memorandum and certain impeachment exhibits.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading was served upon all counsel of record in the parties named herein through the Court's ECF system.

Metairie, Louisiana, this 25th day of June 2024.

      /s/ *Michael S. Futrell*
      MICHAEL S. FUTRELL

Respectfully submitted,

**CONNICK AND CONNICK, LLC**

    */s/ Michael S. Futrell*
W. PETER CONNICK, LA. BAR NO. 14158
MICHAEL S. FUTRELL, LA. BAR NO. 20819
MATTHEW D. MOGHIS, LA. BAR NO. 33994
ANYA M. JONES, LA. BAR NO. 36923
3421 N. Causeway Boulevard, Suite 408
Metairie, Louisiana 70002
Telephone:  (504) 681-6663
Facsimile:  (504) 838-9903
E-mail:    *mfutrell@connicklaw.com*
           *moghis@connicklaw.com*

*Counsel for Defendant, Jefferson Parish*

**LISKOW & LEWIS, APLC**

By:   /s/ Michael C. Mims
      Michael Cash (#31655)
      Cherrell Simms Taplin (#28227)
      Michael C. Mims (#33991)
      Brady M. Hadden (#37708)
      J. Hunter Curtis (#39150)
      Alec Andrade (#38659)
      701 Poydras Street, Suite 5000
      New Orleans, LA 70139
      Telephone: (504) 581-7979
      Telefax: (504) 556-4108

**BEVERIDGE & DIAMOND, P.C.**

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*


**GIEGER, LABORDE & LAPEROUSE, L.L.C.**

By:   /s/ J. Michael DiGiglia
     Ernest P. Gieger, Jr. (6154)
     John E. W. Baay (22928)
     J. Michael DiGiglia (24378)
     Nicholas S. Bergeron (37585)
     Blaise Chadwick Hill (*pro hac vice*)
     Gieger, Laborde & Laperouse, L.L.C.
     Hancock Whitney Center
     701 Poydras Street, Suite 4800
     New Orleans, Louisiana 70139
     Telephone: (504) 561-0400
     Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*