UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: MORGAN<br>MAGISTRATE JUDGE: NORTH |

## ORDER

Upon consideration of the Motion for Leave to File Under Seal filed by Defendants Jefferson Parish, Aptim Corp., Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc.,

**IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED.** The clerk is directed to file under seal the Memorandum and impeachment exhibits.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE**

1