UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>      Plaintiff | CIVIL ACTION |
| VERSUS | NO.  18-7889<br>        c/w 18-8071,<br>        18-8218, 18-9312 |
| PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,<br>      Defendants | SECTION: "E" (5) |

*Related Case:*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL.,<br>      Plaintiffs | CIVIL ACTION |
| VERSUS | NO.  19-11133<br>        c/w 19-14512 |
| LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,<br>      Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

### ORDER

**IT IS ORDERED** that a video status conference is hereby scheduled for **Monday, August 5, 2024, at 9:00 a.m.** The Court has emailed all counsel with the link necessary to participate.

**New Orleans, Louisiana, this 2nd day of July, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**