UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs <br><br> **VERSUS** <br><br> **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants | **CIVIL ACTION** <br><br> NO. 19-11133, c/w 19-14512 <br><br> SECTION: "E" (5) <br><br><br> **JUDGE: Morgan** <br> **MAGISTRATE JUDGE: North** |

**APTIM CORP.'S MOTION TO FIX TRIAL TIME,
OR IN THE ALTERNATIVE, TO CONTINUE THE TRIAL
WITH REQUEST FOR EXPEDITED HEARING**

Aptim Corp., ("Aptim"), through undersigned counsel, respectfully moves this Honorable Court to fix time for the upcoming August 12, 2024 trial. As explained in the accompanying Memorandum in Support filed contemporaneously herewith, Aptim contends that trial should be limited to between 72 and 78 hours for case presentation. In the alternative, if more time is necessary, then the Court should continue trial to a time on the Court's calendar to account for same.

WHEREFORE, Aptim prays that the Court grant this Motion and fix time for trial or, in the alternative, continue trial. Aptim respectfully requests expedited hearing on this Motion and is filing a separate motion requesting same.

1

Respectfully submitted,

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:    */s/ John E. W. Baay II*
      Ernest P. Gieger, Jr. (6154)
      John E. W. Baay (T.A.) (22928)
      J. Michael DiGiglia (24378)
      Nicholas S. Bergeron (37585)
      Gieger, Laborde & Laperouse, L.L.C.
      Hancock Whitney Center
      701 Poydras Street, Suite 4800
      New Orleans, Louisiana 70139
      Telephone:  (504) 561-0400
      Facsimile:  (504) 561-1011
      Email:  egieger@glllaw.com
           jbaay@glllaw.com
           mdigiglia@glllaw.com
           nbergeron@glllaw.com
      *Attorneys for Defendant Aptim Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on July 2, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                */s/ John E. W. Baay II*