# John Baay

| | |
|---|---|
| **From:** | American Express Travel <customerservice@mytrips.americanexpress.com> |
| **Sent:** | Sunday, December 31, 2023 3:07 PM |
| **To:** | John Baay |
| **Subject:** | Your Flight to Barcelona. Trip ID: 5845-2606 |

**AMERICAN EXPRESS TRAVEL**        FLIGHTS | HOTELS | CARS | CRUIS

## Thanks John! Your reservation is confirmed.
Enjoy your trip to Barcelona!

**AMEX TRAVEL TRIP ID: 5845-2606**

We recommend that you stay up to date on any requirements and restrictions that may impact your travel - both prior to any cancel deadlines and your date of travel. If you'd like to cancel an upcoming booking, please visit My Trips.

## FLIGHT 1

**RECORD LOCATOR**
**HORVHS**

**Sat, August 31**
**Delta**

1:05pm - 9:10am **+1 day**
**New Orleans LA, MSY - Barcelona, BCN**

13h 5m
1 Stop (ATL)

**Notes:** Please review your itinerary on My Trips for additional details on specific refundability and penalty policies. Changes to your ticket, may incur any difference in fare. Once a ticket is issued, the name on the ticket cannot be changed. Airline rules & restrictions apply.

### Stops

| | | |
|---|---|---|
| Delta 2542<br>Operated by Delta | 1:05pm - 3:44pm<br>New Orleans LA, MSY - Atlanta GA, ATL | 1h 39m | Economy<br>Seats: 30C, 30B |
| Delta 194<br>Operated by Delta | 6:40pm - 9:10am<br>Atlanta GA, ATL - Barcelona, BCN | 8h 30m | Economy<br>Seats: 30C, 30B<br>**Plane Changes** |



**PLATINUM CARD® MEMBER BENEFITS**

Seat requests are passed to the airline, but cannot be guaranteed. Check with the airline soon after booking to confirm.

Platinum Card® Members have complimentary airport lounge access at MSY, ATL and JFK.

📅 Add to Calendar

# FLIGHT 2

**RECORD LOCATOR**
**HORVHS**

**Sat, September 14**          **11:30am - 6:54pm**                     **14h 24m**
**Delta**                      **Paris, CDG - New Orleans LA, MSY**     **1 Stop (JFK)**

**Notes:** Please review your itinerary on My Trips for additional details on specific refundability and penalty policies. Changes to your ticket, may incur any difference in fare. Once a ticket is issued, the name on the ticket cannot be changed. Airline rules & restrictions apply.

**Stops**

| | | |
|---|---|---|
| Delta 263<br>Operated by Delta | 11:30am - 1:59pm<br>Paris, CDG - New York NY, JFK | 8h 29m \| Economy<br>Seat: Unassigned |
| Delta 1387<br>Operated by Delta | 4:15pm - 6:54pm<br>New York NY, JFK - New Orleans LA, MSY | 3h 39m \| Economy<br>Seat: Unassigned<br>**Plane Changes** |



**PLATINUM CARD® MEMBER BENEFITS**

Seat requests are passed to the airline, but cannot be guaranteed. Check with the airline soon after booking to confirm.

Platinum Card® Members have complimentary airport lounge access at MSY, ATL and JFK.

📅 Add to Calendar

**Free 24 Hour Cancellation**

Call 1-800-297-2977 within 24 hours of booking for a full refund.

| Manage Your Trip | View or cancel your booking by logging into My Trips |

# TRAVELER INFORMATION

### John Ernest William Baay II

| LOYALTY PROGRAM | SPECIAL REQUESTS | TSA KNOWN TRAVELER # |
|---|---|---|
| [redacted] | If you submitted Meal type/Special Assistance requests, they will be sent to the airlines. Airlines do their best to accommodate requests but will not guarantee them. Be sure to check with the airlines prior to your travel. | [redacted] |
| | | **TICKET NUMBER** |
| | | 0068076313473 |

### GENEVIEVE MILLS BAAY

| LOYALTY PROGRAM | SPECIAL REQUESTS | TSA KNOWN TRAVELER # |
|---|---|---|
| [redacted] | If you submitted Meal type/Special Assistance requests, they will be sent to the airlines. Airlines do their best to accommodate requests but will not guarantee them. Be sure to check with the airlines prior to your travel. | [redacted] |
| | | **TICKET NUMBER** |
| | | 0068076313475 |

# CARD MEMBER TRAVEL BENEFITS

**American Express Global Lounge Collection®**

As a Platinum Card® Member, you can enjoy access to more than 1,300 lounges across 140 countries and counting with the American Express Global Lounge Collection®. Terms Apply. Learn More

**Fine Hotels + Resorts**

Enjoy complimentary benefits and competitive rates with each Fine Hotels + Resorts booking at over 1,000 extraordinary properties worldwide. Learn More

# AMERICAN EXPRESS GLOBAL LOUNGE COLLECTIONS

As a Platinum® Member, you have access to airport lounges on your upcoming trip via the American Express Global Lounge Collection$^{SM}$

| New Orleans LA Louis Armstrong New Orleans Intl. (MSY) | LOUNGE | LOCATION |
|---|---|---|
| | Delta Sky Club® | Main Terminal, Concourse C, Located at the entrance to Concourse C. |

| Atlanta GA Hartsfield-Jackson Atlanta Intl. (ATL) | LOUNGE | LOCATION |
|---|---|---|
| | Delta Sky Club® | Concourse C, Near Gate C37. |
| | Delta Sky Club® | Concourse A, Take escalators up to the Upper Level near Gate A19, next to P.F. Chang's. |
| | Delta Sky Club® | Concourse F, Go up to the Mezzanine Floor near Gate F10. Follow sign to the lounge. |
| | Delta Sky Club® | Concourse B, Above the Concourse Level, near Gate B18. |
| | Delta Sky Club® | Concourse E, Across from Gate E15. |
| | Delta Sky Club® | Concourse D, Near Gate D27 |
| | Delta Sky Club® | Concourse T, Near Gate T7 |
| | Delta Sky Club® | Concourse D, Near Gate D14 |
| | Delta Sky Club® | Concourse A, Beside Gate A17. |

| New York NY John F. Kennedy Intl. (JFK) | LOUNGE | LOCATION |
|---|---|---|
| | Delta Sky Club® | Terminal 4, Concourse B, Between Gates 31 and 33. |

4

| | |
|---|---|
| Delta Sky Club® | Terminal 4, Located to the right of the TSA security checkpoint. From the concourse level, located one floor up above the Swarovski and Boss shops. |

# COST AND BILLING INFORMATION

**COST INFORMATION**

⭐ **Recommended Flight**

**Total**

**2 Adults**

**Taxes & Fees**

**NOTE:** Total fare includes Taxes & Airline Fees. Additional airline Baggage Fees may apply.

**NOTE:** A $2 temporary pre-authorization may appear on your credit or charge card statement to protect against fraud that may result from unauthorized card usage. The pre-authorization hold will be released within a few business days.

**CREDIT CARD INFORMATION**

**Cardholder:** On File
**Card Type:** American Express
**Card Number:**

**BILLING INFORMATION**

Your billing information for the selected card account is on file.

**PAYMENT INFORMATION**

**Points Used**

**Dollars Used**

✓ **Recommended Flights**
Congratulations, you received the best value on this itinerary.

# ADD TO YOUR TRIP



**Platinum Card® Members:** Explore our curated collections of hotels, handpicked with signature standards and added benefits to enhance your stay.

See More Hotels

**Top hotel results for your trip.** To explore more options, select See More Hotels.

ME Barcelona
★★★★★
FINE HOTELS & RESORTS

$671.9
Avg/N



Guaranteed 4PM checkout, daily breakfast for two, and more. See all Benefits

Hotel El Palace Barcelona
★★★★★
FINE HOTELS & RESORTS

$763.8
Avg/N



Guaranteed 4PM checkout, daily breakfast for two, and more. See all Benefits

Almanac Barcelona
★★★★★
FINE HOTELS & RESORTS

$527.0
Avg/N

6


Guaranteed 4PM checkout, daily breakfast for two, and more. See all Benefits

 Use Membership Rewards® points on prepaid car rentals. Book a car now.

**See Cars**

**NEED HELP WITH YOUR TRIP RESERVATION?**

Modify Trip: **1-800-297-2977** Outside of US: **1-312-980-7807**

 **GET SPECIAL OFFERS DELIVERED RIGHT TO YOUR INBOX**

**Sign Up**

# POLICIES, RULES & RESTRICTIONS

**Photo ID -** Every passenger must have a valid government-issued photo ID (such as a driver's license or passport). Please note that the name on the photo ID must match the passenger name in the reservation.

**Once the ticket has been issued the name on the ticket cannot be changed.**

The trip cost includes your selected products/services and any applicable fees.

You agree to the airline's ticket terms and conditions.

Changes to this ticket, if permitted, will incur change fees.

You agree to the fare rules and restrictions applicable for this fare.

International trips require special travel documentation such as passport and visas for each traveler. It is the traveler's responsibility to obtain and travel with the required travel documents.

Baggage fees are not charged at booking.

You acknowledge and agree that your bookings on this site are subject to the Important Travel Notices, Terms and Conditions.

**TERMS AND CONDITIONS**

All products and services included in this itinerary are subject to the terms and conditions of American Express, as defined herein, and the Suppliers, as defined in the Im Travel Notices, Terms and Conditions, which are incorporated herein and form part of these itinerary terms and conditions, including, without limitation, the Ticket Terms Conditions and Other Important Notices referenced therein, (collectively, "Terms"). No employee, representative, or agent of American Express Company, its subsidiaries affiliates, including, without limitation, American Express Travel Related Services Company, Inc., (collectively, "American Express", "we", "our", "us") has authority to modi these Terms.

Your reservation/purchase may be non-refundable and non-cancellable. Any cancellation or change, if permitted, is subject to the policies of the Suppliers that you selecte the time of reservation/purchase, your credit/charge card may be charged the total cost of the Supplier products and services that you selected, including government-imp taxes and fees and certain Supplier-imposed fees (but excluding any mandatory hotel-imposed charges that may be applicable upon check out from the hotel). You may s separate charges on your credit/charge card statement (from American Express and from the Suppliers you selected). If applicable, certain mandatory hotel-imposed cha are payable to the property upon check-out (e.g., mandatory resort fees); any incidental charges that you make during your stay will be charged to you by the property up check-out, including but not limited to parking, phone calls, internet access and room service. Subject to hotel cancellation policies, if you want to modify your hotel reserv your existing reservation may need to be cancelled and a new reservation made. Some Suppliers have age requirements/restrictions; please check with the Supplier for information. Your reservation/purchase includes the products/services that you selected; therefore, if baggage, seat-selection, or similar ancillary items were not included those products/services, additional Supplier fees may apply. If you purchased a flight, your flight is not confirmed until ticketed. Once ticketed, the name on the ticket cann changed and tickets are non-transferable. If permitted, changes to your reservation/purchase are subject to the policies of the Supplier that you selected. If permitted, and choose to change your reservation/purchase, you may incur a change fee and any difference in the fare attributable to the change, and an American Express transaction applicable). If your reservation/purchase is with multiple Suppliers, and if cancellation is permitted by one Supplier and not the other, you will not be refunded for the portio your trip for which cancellations are not permitted and you will be required to cancel your entire trip. If cancellation is permitted, you may incur a cancellation fee and an American Express transaction fee (if applicable). The amount of the cancellation fee will depend on the policies of the Supplier that you selected. Upon receipt, you are responsible for promptly reviewing your reservation/purchase confirmation/itinerary for accuracy and immediately notifying us of any errors.

You acknowledge that you are responsible for knowing and complying with all government-imposed and Supplier-imposed travel policies, requirements, and restrictions, as any changes thereto, including without limitation visa and other international entry requirements, and COVID-19 testing and vaccination requirements, including documentation thereof, wearing of masks and completion of health forms. As these policies, requirements, and restrictions are constantly changing, please check Supplie websites and relevant government websites for your destinations of travel, prior to any cancellation deadlines and your dates of travel, including without limitation https://travel.state.gov/content/travel/en/international-travel.html, www.cdc.gov, www.tsa.gov, www.dot.gov, and www.faa.gov. We are not responsible for informing you o policies, requirements, or restrictions, or any changes thereto, and are not liable for your non-compliance therewith.

The following terms and conditions may be applicable to your reservation and are incorporated herein and form part of these Terms, as applicable:

Fine Hotels + Resorts®
The Hotel Collection
International Airline Program
Cruise Privileges Program
Platinum Destination Vacations
Membership Rewards® Pay with Points

American Express Travel Related Services Company, Inc. is acting solely as a sales agent for travel suppliers and is not responsible for the actions or inactions of such suppliers. Certain suppliers pay us commission and other incentives for reaching sales targets or other goals and may provide incentives to our travel consultants. For m information visit americanexpress.com/travelterms. California CST#1022318 and Washington UBI#600-469-694

California: Upon cancellation of the transportation or travel services, where the passenger is not at fault and has not cancelled in violation of any terms and conditions pre clearly and conspicuously disclosed and agreed to by the passenger, all sums paid to the seller of travel for services not provided will be promptly reimbursed to the pass unless the passenger otherwise advises the seller of travel in writing, after cancellation. This provision does not apply where the seller of travel has remitted the payment customer to another registered wholesale seller of travel or a carrier, without obtaining a refund and such other provider fails to provide the agreed-upon transportation or service. In this situation, the initial seller of travel must provide the passenger with a written statement accompanied by bank records establishing the disbursement of the customer payment, and if disbursed to a registered wholesaler of travel, proof of current registration of that wholesaler.

California law requires certain sellers of travel to have a trust account or bond. Amex has a bond issued by Travelers Casualty and Surety Company of Connecticut in the amount of $100,000. Amex is not a participant in the California Travel Consumer Restitution Fund.

Washington State: If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with contract between the seller of travel and the purchaser will be refunded within 30 days of receiving the funds from the vendor with whom the services were arranged, or if

funds were not sent to the vendor, the funds shall be returned within 14 days after cancellation by the seller of travel to the purchaser unless the purchaser requests the s travel to apply the money to another travel product and/or date.

# DISCOVER EXTRAORDINARY TRAVEL EXPERIENCES AT AMERICAN EXPRESS TRAVEL

Contact Us | Privacy Statement

To learn more about e-mail security or report a suspicious e-mail, please visit us at americanexpress.com/phishing. We kindly ask you not to reply but instead contact u Customer Care.

© 2023 American Express. All rights reserved.

This email was sent by: **American Express Company**
200 Vesey Street New York, NY, 10285, US