**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants | **CIVIL ACTION**<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

# **ORDER**

Considering the foregoing Motion to Fix Trial Time, or in the alternative, To Continue the Trial filed by Defendant, Aptim Corp.;

IT IS ORDERED that the Motion is GRANTED. The Court hereby limits the total case presentation for the upcoming August 12, 2024 trial in the above-captioned matter to 72 hours.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE