UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants | **CIVIL ACTION**<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### NOTICE OF SUBMISSION

TO PLAINTIFFS, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that undersigned counsel for Defendant, Aptim Corp., will bring on for submission the *Motion to Fix Trial Time, or in the alternative, To Continue the Trial* before the Honorable Susie Morgan, United States District Court, 500 Poydras Street, Courtroom C316, New Orleans, Louisiana, on the 17th day of July, 2024, at 10:00 a.m.

*SIGNATURE BLOCK ON NEXT PAGE*

Respectfully submitted,

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:    */s/ John E. W. Baay II*
      Ernest P. Gieger, Jr. (6154)
      John E. W. Baay (T.A.) (22928)
      J. Michael DiGiglia (24378)
      Nicholas S. Bergeron (37585)
      Gieger, Laborde & Laperouse, L.L.C.
      Hancock Whitney Center
      701 Poydras Street, Suite 4800
      New Orleans, Louisiana 70139
      Telephone:   (504) 561-0400
      Facsimile:    (504) 561-1011
      Email:       egieger@glllaw.com
                     jbaay@glllaw.com
                     mdigiglia@glllaw.com
                     nbergeron@glllaw.com

*Attorneys for Defendant Aptim Corp.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically filed on July 2, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            /s/ John E. W. Baay II