UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

**APTIM CORP.'S MOTION FOR EXPEDITED HEARING ON MOTION TO FIX TRIAL TIME, OR IN THE ALTERNATIVE, TO CONTINUE THE TRIAL**

Aptim Corp., ("Aptim"), through undersigned counsel, respectfully moves this Honorable Court for entry of an Order granting expedited hearing of their pending Motion to Fix Trial Time, or in the alternative, To Continue the Trial. The Motion is currently noticed for submission before the Court on July 17, 2023 at 10:00 a.m.

As explained in its pending Motion, trial is currently scheduled for August 12, 2024. Considering the pendency of trial and the relief requested in Aptim's Motion bearing heavily on the disposition of trial and the parties' preparation for same, expedited hearing is essential.

WHEREFORE, Aptim prays that the Court grant this Motion and enter an Order scheduling an expedited hearing of their pending Motion to Fix Trial Time, or in the alternative, To Continue the Trial.

1

Respectfully submitted,

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   */s/ John E. W. Baay II*
      Ernest P. Gieger, Jr. (6154)
      John E. W. Baay (T.A.) (22928)
      J. Michael DiGiglia (24378)
      Nicholas S. Bergeron (37585)
      Gieger, Laborde & Laperouse, L.L.C.
      Hancock Whitney Center
      701 Poydras Street, Suite 4800
      New Orleans, Louisiana 70139
      Telephone:  (504) 561-0400
      Facsimile:  (504) 561-1011
      Email:  egieger@glllaw.com
              jbaay@glllaw.com
              mdigiglia@glllaw.com
              nbergeron@glllaw.com
      *Attorneys for Defendant Aptim Corp.*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was electronically filed on July 2, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              */s/ John E. W. Baay II*