**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## ORDER

Considering the foregoing Motion for Expedited Hearing filed by Defendant, Aptim Corp.;

IT IS ORDERED that the Motion is GRANTED. The Court hereby sets an expedited hearing on Aptim Corp.'s pending Motion to Fix Trial Time, or in the alternative, To Continue the Trial to occur on the ___ day of July, 2024 at ___:___, ___.m., in person before the Court.

New Orleans, Louisiana, this _____ day of _____, 2024.


_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE