**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL.,** | * | |
| | * | |
| **PLAINTIFF,** | * | **CIVIL ACTION NO. 19-11133,** |
| | * | **c/w 19-14512** |
| **VERSUS** | * | |
| | * | |
| **LOUISIANA REGIONAL LANDFILL** | * | |
| **COMPANY, ET AL.,** | * | **JUDGE MORGAN** |
| | * | |
| **DEFENDANTS.** | * | **MAGISTRATE** |
| | * | **JUDGE NORTH** |
| ***APPLIES TO: ALL CASES*** | * | |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WASTE CONNECTIONS DEFENDANTS'**
**RESPONSE TO APTIM'S MOTION TO CONTINUE**

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Waste Connections Defendants") respectfully submit this response to the Motion to Fix Trial Time, or In The Alternative, to Continue the Trial with Request for Expedited Hearing, filed by Aptim Corporation ("Aptim") (ECF Doc. 637).

The Waste Connections Defendants take no position as to Aptim's requested relief regarding trial time and/or a continuance, deferring to the Court's experience and discretion with respect to such issues. However, they dispute Aptim's unilateral and inaccurate statement that: "all that remains are the damages/causation cases for the 13 Addison Trial Plaintiffs who allegedly suffered from a range of common injuries like headaches and nausea." ECF Doc. 637-1, ¶ 10.

As the Court held in its written ruling yesterday,[1] and consistent with Defendants' recent

briefing,[2] the Court's decision on general causation resolved a narrow set of issues, specifically

that:

> odors and gases were emitted by the Landfill; the emissions of gases
> and odors from the Landfill occurred during the relevant time
> period; and exposure to the odors and gases emitted by the Landfill
> at a level of five parts per billion for thirty minutes is sufficient by
> itself for individuals generally to be able to smell hydrogen sulfide
> and for the exposure to cause … headaches, nausea, vomiting, loss
> of appetite, sleep disruption, dizziness, fatigue, anxiety and worry,
> a decrease in quality of life, and loss of enjoyment or use of property
> in the general population.

Thus, among other issues, the upcoming August trial will also address questions of liability[3] and

allocation of fault,[4] which have not been resolved and to which the Waste Connections Defendants

have not stipulated.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:    /s/ Michael C. Mims
      Michael Cash (#31655)
      Cherrell Simms Taplin (#28227)
      Michael C. Mims (#33991)
      Brady M. Hadden (#37708)
      Alec N. Andrade (#38659)
      J. Hunter Curtis (#39150)
      701 Poydras Street, Suite 5000
      New Orleans, LA 70139
      Telephone: (504) 581-7979
      Telefax: (504) 556-4108

---

[1] ECF Doc. #635 at 2 (internal marks and citations omitted).

[2] ECF Doc. #598.

[3] *See Mathieu v. Imperial Toy Corp.*, 646 So.2d 318, 321–22 (La. 1994) (setting forth the five elements of the Plaintiffs' burden under Louisiana's duty/risk analysis); La. Civil Code art. 667 (stating that a nuisance defendant is "answerable for damages only upon a showing that he knew or, in the exercise of reasonable care, should have known that his works would cause damage, that the damage could have been prevented by the exercise of reasonable care, and that he failed to exercise such reasonable care.").

[4] *See* La. Civil Code arts. 2323 and 2324.

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on July 2, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

By:     /s/ Michael C. Mims