UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants | **CIVIL ACTION**<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

### ORDER

Considering the foregoing Motion for Expedited Hearing filed by Defendant Aptim Corp.;

**IT IS ORDERED** that the Motion is **GRANTED**. Aptim Corp.'s pending Motion to Fix Trial Time, or in the alternative, to Continue the Trial, [R. Doc. 637] is hereby set for submission, without oral argument, on **Friday, July 5, 2024**. Any response to the motion must be filed by **FRIDAY, JULY 5, 2024, at 5:00 p.m.**

New Orleans, Louisiana, this 3rd day of July, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**