UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**  Plaintiffs  V.  **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**  Defendants  *Applies to: Both Cases* | CIVIL ACTION  NO. 19-11133, c/w 19-14512  SECTION: "E" (5)  JUDGE: Morgan  MAGISTRATE JUDGE: North |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Under Seal, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The clerk is directed to file under seal portions of the Brief in Support of Plaintiffs' Motions to Exclude the Expert Testimony of Dr. Brobson Lutz; the Brief in Support of Plaintiffs' Motion to Exclude Evidence Regarding Dr. Spodak's Resolved Medical Condition; Dr. Kind's Expert Report and Deposition Transcript Excerpts; Dr. Lutz's Expert Report, Deposition Transcript Excerpts, and Deposition Exhibits of IME Reports; and Dr. Spodak's Deposition Transcript Excerpts and Declaration.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE