

# SUPPLEMENTAL EXPERT REPORT OF JOHN KIND, PHD, CIH, CSP

In the Matter of Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.

March 8, 2024

## Table of Contents

**1.0**   Statement of Qualifications................................................................................... 1

**2.0**   Purpose of Report ............................................................................................... 2

**3.0**   Case Background ................................................................................................. 3

3.1   Jefferson Parish Landfill and Alternate Odor and Emission Sources.................................. 3

3.2   Air Monitoring and Sampling throughout Jefferson Parish ............................................. 6

November 29, 2022, Court Ruling .................................................................................... 6

**4.0**   Summary of Opinions ......................................................................................... 8

**5.0**   General Overview of Hydrogen Sulfide ................................................................ 10

5.1   Natural Occurrence in the Environment and Anthropogenic Sources .......................... 10

5.2   Natural Occurrence in the Human Body........................................................................ 11

5.3   Toxicology of Hydrogen Sulfide .................................................................................. 11

5.4   Health Protective Benchmarks ................................................................................... 12

Case Summaries ........................................................................................................... 14

5.5   Geneva Green ........................................................................................................... 14

5.6   Scott Gremillion ........................................................................................................ 17

5.7   Wendy Gremillion .................................................................................................... 19

5.8   Adelyn and Braxton Gremillion .................................................................................. 21

5.9   Vernice Lewis ............................................................................................................ 24

5.10   Stanley Meyers ........................................................................................................ 26

5.11   Reshaun Richardson ................................................................................................ 29

5.12   Andrew Section ....................................................................................................... 33

5.13   Jonathan Tate .......................................................................................................... 34

5.14   Terrance Thompson .................................................................................................. 37

5.15   Tyrone Thompson..................................................................................................... 38

5.16   Mary Ann Winningkoff .............................................................................................. 40

**6.0**   Opinions ......................................................................................................... 43

6.1   The scientific causation methodology must be followed when attributing an adverse condition to exposure to a chemical, such as hydrogen sulfide.................................................. 43

6.2   There is insufficient scientific basis for Plaintiffs' claims that airborne exposure to 5 ppb hydrogen sulfide for 30 minutes is capable of causing their claimed nuisance health effects. .... 45

6.3   The Trial Plaintiffs' health conditions cannot be attributed to odorous emissions from the JPLF. 47

6.4   Emission fate and transport data do not support the trial Plaintiffs' allegation that the JPLF is a substantial factor contributing to the cause of the nuisance impacts claimed by the trial Plaintiffs................................................................................................................................. 68

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | ii

CTEH®

6.5     The trial Plaintiffs' allegations that odors from the JPLF accumulate in their homes and are absorbed to household fabrics in sufficient quantities to cause or exacerbate their claimed nuisance injuries are not supported by scientific fact.................................................................. 78

**7.0     Critique of Plaintiffs' Expert Reports**........................................................................ 80

7.1     Dr. Schiffman ............................................................................................................ 80

7.2     Dr. DeLorenzo ........................................................................................................... 82

7.3     Dr. Spodak ................................................................................................................. 83

Conclusions................................................................................................................................. 84

**8.0     References**................................................................................................................. 86

## List of Figures

Figure 1. Potential Alternate Odor Sources in Jefferson Parish...................................................... 4

Figure 2. Trial Plaintiffs' Residential Locations During the Relevant Time Period ........................ 14

Figure 3. Percentage of Time Geneva Green's Residential Address was Downwind of the JPLF during the Relevant Time Period.................................................................................. 70

Figure 4. Percentage of Time Scott, Wendy, Braxton, and Adelyn Gremillion's Residential Address was Downwind of the JPLF during the Relevant Time Period ..................................... 71

Figure 5. Percentage of Time Vernice Lewis and Terrance and Tyrone Thompson's Residential Address was Downwind of the JPLF during the Relevant Time Period....................... 72

Figure 6. Percentage of Time Stanley Meyers' Residential Address was Downwind of the JPLF during the Relevant Time Period.................................................................................. 73

Figure 7. Percentage of Time Reshaun Richardson's Residential Address was Downwind of the JPLF during the Relevant Time Period ................................................................... 74

Figure 8. Percentage of Time Andrew Section's Residential Address was Downwind of the JPLF during the Relevant Time Period.................................................................................. 75

Figure 9. Percentage of Time Jonathan Tate's Residential Address was Downwind of the JPLF during the Relevant Time Period.................................................................................. 76

Figure 10. Percentage of Time Mary Ann Winningkoff's Residential Address was Downwind of the JPLF during the Relevant Time Period ................................................................... 77

*Supplemental Expert Report of John Kind, PhD, CIH, CSP*
*Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.*
*March 8, 2024*

Page | iii

**CTEH®**

## List of Tables

Table 1. Health Conditions Alleged by the Trial Plaintiffs............................................................. 8

Table 2. Health Conditions Alleged by the Trial Plaintiffs (Pertinent to the Decision on General Causation) ............................................................................................................................ 48

Table 3. Medication Taken by Geneva Green During the Relevant Time Period Known to Cause the Alleged Injuries.............................................................................................................. 53

Table 4 Medication Taken by Scott Gremillion During the Relevant Time Period Known to Cause the Alleged Injuries.............................................................................................................. 55

Table 5.  Medication Taken by Wendy Gremillion During the Relevant Time Period Known to Cause the Alleged Injuries. ................................................................................................ 56

Table 6.  Medication Taken by Adelyn Gremillion During the Relevant Time Period Known to Cause the Alleged Injuries. ................................................................................................ 57

Table 7.  Medication Taken by Braxton Gremillion During the Relevant Time Period Known to Cause the Alleged Injuries. ................................................................................................ 57

Table 8.  Medication Taken by Vernice Lewis During the Relevant Time Period Known to Cause the Alleged Injuries.............................................................................................................. 58

Table 9.  Medication Taken by Stanley Meyers During the Relevant Time Period Known to Cause the Alleged Injuries.............................................................................................................. 59

Table 10.  Medication Taken by Reshaun Richardson During the Relevant Time Period Known to Cause the Alleged Injuries. ................................................................................................ 61

Table 11.  Medication Taken by Jonathan Tate During the Relevant Time Period Known to Cause the Alleged Injuries.............................................................................................................. 63

Table 12. Medication Taken by Terrance Thompson During the Relevant Time Period Known to Cause the Alleged Injuries. ................................................................................................ 64

Table 13.  Medication Taken by Tyrone Thompson During the Relevant Time Period Known to Cause the Alleged Injuries. ................................................................................................ 65

Table 14.  Medication Taken by Mary Ann Winningkoff During the Relevant Time Period Known to Cause the Alleged Injuries........................................................................................... 67

## Appendices

Appendix A  ...........................................................................................................CV and Past Testimony

Appendix B ........................................................................................................Documents Reviewed

Appendix C ............................................................................................................List of All Documents

Appendix D ........................................................... Additional Wind Angles and Their Percentages

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | iv



## 1.0    STATEMENT OF QUALIFICATIONS

I am a Principal Toxicologist at CTEH® specializing in risk assessment, exposure assessment, toxicity evaluations, the evaluation of experimental design and methodologies, and assessing causal relationships between chemical exposure and disease. My educational background includes a B.S. in biochemistry with an emphasis in toxicology from Murray State University in 1993 and a Ph.D. in toxicology from The University of Georgia in 2000. I am also a Certified Industrial Hygienist ("CIH") and Certified Safety Professional. I am a member of the Oil and Gas Working Group of the American Industrial Hygiene Association ("AIHA"), American Conference of Industrial Hygienists ("ACGIH®"), the American Society for Testing and Materials ("ASTM") International – Subcommittee D18.26 on Hydraulic Fracturing, and the Society of Toxicology ("SOT"). I am a member of the AIHA's Emergency Response Planning Guideline ("ERPG") committee, which establishes exposure guidelines for communities after emergency chemical releases.

My current duties at CTEH® include serving as a consulting toxicologist and industrial hygienist, providing guidance for risk assessment and remediation plans, leading responses to and providing toxicological and industrial hygiene support for hazardous materials incidents, and providing toxicological support to care providers and workers with potential chemical exposures. I have gained extensive knowledge and experience in the mechanisms and toxicities of a wide range of compounds, including hydrogen sulfide ("$H_2S$"), chlorinated hydrocarbons, volatile organic compounds ("VOCs"), constituents associated with oilfield exploration and production, polycyclic aromatic hydrocarbons ("PAHs"), pesticides/herbicides, irritant gases, heavy metals, and airborne particulates, including silica and asbestos. I have personally led air monitoring and environmental sampling teams on over 50 hazardous materials incidents in the last 17 years, and I have remotely supported dozens more.

Toxicology—a blend of biology, chemistry, and medicine—is the science of the adverse effects of substances (e.g., chemicals, physical agents, and drugs) on biological systems, including the effects, the recognition, and the mechanisms of a chemical-related disease. Whether a substance is a toxicant depends upon two inseparable criteria: 1) the intrinsic nature of the substance, and 2) the dose, or how much of a substance the individual actually takes into their body. In toxicology, we study the dose-response of chemicals on biological systems, with emphasis on understanding the mechanisms of harmful effects. Toxicologists also provide expert opinions with respect to causation in toxic tort litigation. As stated by the Federal Reference Manual on Scientific Evidence[1],

> "*In tort litigation, toxicologists offer evidence that either supports or refutes plaintiffs' claims that their diseases or injuries were caused by chemical exposures.*"

---

[1] NRC, 2011.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 1



Based on my work as a toxicologist and a CIH, I have been retained in this case to assess issues related to hydrogen sulfide and odors. I have extensive experience addressing hydrogen sulfide and odors in a multitude of situations, including after hazardous materials incidents, in relation to indoor air quality in residential/commercial buildings, in relation to manufacturing facilities, landfills, confined animal feeding operations and animal processing facilities, and around oil and gas exploration and production facilities. I have led many air monitoring teams in relation to odor concerns, have directed multiple odor investigations using field olfactometry, and I am certified by St. Croix Sensory as a Nasal Ranger® Instructor. Regarding air quality, I have evaluated the potential for adverse health effects from airborne chemicals in many different situations over the previous 24 years, including hazardous materials incidents, facility fires, industrial emissions, vapor intrusion, and indoor air quality concerns.

At the 2022 trial on general causation in this case, I was qualified by the Court as an expert in toxicology, fate and transport, and odor science (including fate and transport of odorous compounds, how they impact people, and how they are measured in the environment).

I have attached a copy of my curriculum vitae and list of testimony in **Appendix A**. CTEH® is compensated at a rate of $415 per hour for my time.

## 2.0    PURPOSE OF REPORT

I understand that Plaintiffs in *Addison v. Louisiana Regional Landfill Co.* seek damages related to odors allegedly caused by the Jefferson Parish Landfill ("JPLF"). Between January and February 2022, the Court held a bench trial to decide general causation. As further explained below, the Court concluded in November 2022 that Plaintiffs met their burden of establishing general causation with respect to complaints of headaches, nausea, vomiting, loss of appetite, sleep disruption, dizziness, fatigue, anxiety and worry, a decrease in quality of life, and a loss of enjoyment and use of property.

The purpose of my supplemental report is to now evaluate specific causation—i.e., whether the alleged nuisance injuries and health complaints reported by 13 Plaintiffs whose claims will be heard at trial[2] (the "trial Plaintiffs") were caused by exposures to odors from the JPLF during the relevant time period, defined by the Court and Plaintiffs as between July 1, 2017, and December 31, 2019 ("relevant time period"). In doing so, I have individually evaluated each of the trial Plaintiffs' potential hydrogen sulfide exposures, risk factors, and confounders documented in medical records to assess whether the JPLF emissions are

---

[2] Listed alphabetically by last name: Geneva Green; Adelyn Gremillion; Braxton Gremillion; Scott Gremillion; Wendy Gremillion; Vernice Lewis, Stanley Meyers; Reshaun Richardson; Andrew Section; Jonathan Tate; Terrance Thompson; Tyrone Thompson; Mary Ann Winningkoff.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 2



more likely than not the cause of the alleged conditions, and to assess whether identified risk factors and confounders are substantial factors contributing to the plaintiffs' alleged injuries.

Additionally, I have considered the potential contribution of alternate odor and emission sources to the trial Plaintiffs' complaints. To make this evaluation, I have considered available air quality data, wind data and meteorological conditions, the trial Plaintiffs' deposition testimony, the trial Plaintiffs' fact sheet responses, the expert reports of Mike Corn and Dr. Paolo Zannetti, and other pertinent information required to evaluate the likelihood of reported odors being attributable to the JPLF as opposed to other potential sources.

I have also evaluated the reports of Plaintiffs' experts, including Dr. Schiffman, Dr. DeLorenzo, and Dr. Spodak, and the opinions they have offered. A list of materials considered in forming my opinions is provided in **Appendix B**.

## 3.0   CASE BACKGROUND

### 3.1   Jefferson Parish Landfill and Alternate Odor and Emission Sources

The JPLF is a municipal solid waste landfill located in Avondale, Louisiana, on the West Bank of the Mississippi River. The JPLF is owned by the Parish of Jefferson. Louisiana Regional Landfill Company (LRLC) and Aptim Corp. were contractors to the Parish.

The JPLF is located in between two adjacent landfills—(i) the Hwy 90 Construction & Demolition Debris ("C&D") Landfill, which primarily accepts construction and demolition debris, and (ii) the River Birch Landfill, a municipal solid waste landfill that is the largest landfill by volume in the State of Louisiana and that also has an onsite high-btu landfill gas treatment plant. Both the Hwy 90 C&D Landfill and the River Birch Landfill (and its accompanying high-btu gas plant) are documented sources of offsite odors including from emissions of hydrogen sulfide, as well as VOCs and other gases, during the relevant time period.

Air dispersion modeling conducted by Dr. Paolo Zannetti confirms that the Hwy 90 C&D Landfill and to a lesser extent the River Birch Landfill were potential sources of odor in Jefferson Parish during the relevant time period, including at each of the trial Plaintiffs' residences. Dr. Zannetti modeled emissions from each of the three landfills between July 2017 and December 2019. Dr. Zannetti found that emissions from the Highway 90 C&D Landfill were dominant, being five times higher in magnitude than the emissions from the other two landfills. For most of the cases where hydrogen sulfide concentrations were found to be above the two reference levels of 5 ppb and 10 ppb, the Highway 90 C&D Landfill was responsible for the impact. Dr. Zannetti found that emissions from the River Birch Landfill were similar in magnitude to the emissions from the JPLF. The results of Dr. Zannetti's air dispersion modeling also revealed that 30-minute average air concentrations of hydrogen sulfide rarely exceed the 5 ppb WHO reference value or the USEPA's level of distinct odor awareness of 10 ppb, and that contributions from the JPLF were negligible.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 3



Dr. Zannetti's modeling also demonstrates that when the wind direction is coming from the south-southwest, the plume from the JPLF overlaps with those of the adjacent River Birch and Highway 90 C&D landfills, with this effect increasing with distance from the landfills.

Landfill engineering expert Matthew Stutz opines that C&D landfills—called "Type III" landfills in Louisiana— have fewer required environmental controls, so they are covered less frequently and do not require landfill gas collection and control systems. C&D landfills can emit a significant amount of hydrogen sulfide. The H2S emitted from C&D landfills is the result of both (1) significant quantities of gypsum from construction materials; and (2) the lack of a gas collection and control system. Given that in Louisiana, C&D landfills are only required to cover the waste monthly (within 30 days of disposal), this can create optimal conditions for H2S production due to the increased infiltration of rainwater into the sulfur-containing waste mass and sufficient organic material to sustain sulfur-reducing bacteria.

Mr. Stutz further opines that in its operation of its gas collection system, the River Birch Landfill had more than 100 oxygen exceedances and nearly 500 pressure exceedances between 2017 and 2019. Plaintiffs' experts opine that elevated oxygen and wells with positive pressure are indications of ineffective GCCS operations, so based on their assumptions they would seem to conclude that the River Birch Landfill would also be a contributor to landfill gas emissions in the area. Plaintiffs have asserted that deficiencies and breaches of the landfill cap system at JPLF were a source of off-site odors. Applicable rules and standard industry practice do not prohibit cover breaches, erosion, settlement, or surface emissions; instead, routine inspections and monitoring make sure that such conditions are routinely identified and corrected. It should be noted that these same situations during the same time period were also present at the River Birch Landfill, as noted in an LDEQ Compliance Order issued to the River Birch Landfill in June 2018.

In addition to the Hwy 90 C&D Landfill and the River Birch Landfill, the Louisiana Department of Environmental Quality ("LDEQ") and Louisiana Department of Health ("LDH") have identified other potential sources of odors in Jefferson Parish, including the Harahan Wastewater Treatment Plant, Cargill, Inc., Cornerstone Chemical Company and other chemical plants operating on the same property, International-Matex Tank Terminal ("IMTT") in Avondale, Wood Materials, LLC, and loading and transport operators along the Mississippi River (Figure 1).[3]

**Figure 1. Potential Alternate Odor Sources in Jefferson Parish.**

---

[3] Louisiana Department of Health, Final Draft 19 (Jan. 14, 2019) (WC_JPLF_00316722); LDEQ, Mobile Air Monitoring Lab: River Ridge and Harahan, LA at 4 (July 20, 2018) (ADD_P00135782); Email from Angela Scheuer, LDEQ to Loren Monahan, River Birch (Sept. 1, 2017, 2:16 PM) (RIVER_BIRCH_0001142).

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 4





Engineering expert Michael Corn examined fifteen non-landfill facilities in and around Jefferson Parish as potential alternative odor sources. Mr. Corn concluded that there are many known and potential odor sources in and around Jefferson Parish that likely contribute to odors that the trial Plaintiffs may perceive, including Cornerstone Chemical Company (as well as Dyno Nobel and Roehm American, formerly Evonik Cyro, LLC, which operate on the same property footprint), ARTCO Fleeting Services, Cargill, ADM Grain River Systems, the Harahan Sewage Treatment Plant, IMTT, Wood Materials, LLC, and the River Birch high BTU plant. Mr. Corn describes how the emissions from each potential odor source could have an impact at the locations of the trial Plaintiffs' residences and that such impacts would vary depending on wind speed and direction, odor strength, and the location of the property. Specifically, unpermitted emissions represent highly concentrated emission sources that have been documented by LDEQ to have specific impacts on areas that are downwind from the sources at different times, in different wind conditions, and by different release mechanisms. Mr. Corn also identifies large potential area sources that could have impacted the trial Plaintiffs, including the molten sulfur tanks at the Cornerstone Sulfuric Acid Regeneration Plant and the sewer system in Harahan. Mr. Corn also identifies the numerous volatile organic compounds that are released from these other sources.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 5

Based on my review of the data and other information, I have also identified sewage lift stations and natural sources of hydrogen sulfide emissions (e.g., swamps, bayous, and marshlands) as alternative odor sources that could have impacted Plaintiffs.

## 3.2   Air Monitoring and Sampling throughout Jefferson Parish

Hourly air quality data collected by LDEQ across Jefferson Parish between February 2018 and October 2018 reported hydrogen sulfide concentrations ranging between 3 ppb[4] and 40 ppb[5], well below Louisiana's Ambient Air Standard of 237 ppb. Parallel air sampling efforts from LDEQ to evaluate other odorous compounds (including amines, ammonia, carboxylic acids, aldehydes, and sulfides) showed that these constituents were found at levels typically found in unimpacted ambient air, resulting in the conclusion that hydrogen sulfide, sulfur dioxide, and multiple other volatile organic compounds (VOCs) were at levels *"below health-based standards"* and *"do not pose a health risk."*

Data collected during "odor patrols" performed by LDEQ between October and December 2018 showed that odors were not specifically associated with the JPLF. Similarly, odor surveys conducted by SCS on September 2018[6] noted odors near the Hwy 90 C&D Landfill, whereas odors near the JPLF were not significant. SCS concluded:

> *"odor complaint correlation with concurrent wind measurements suggests that numerous sources in the region contribute to odor detection by the public."*

> *"observed odors and measured concentrations of hydrogen sulfide at the JPLF are minimal and not detectable at offsite locations."*

Measurements taken by LDEQ in December 2019 using their Mobile Air Monitoring Lab (MAML) showed that hydrogen sulfide was not detected above 5 ppb.[7]

My April 30, 2021 report issued in the *Ictech-Bendeck* and *Addison* actions, contains a more comprehensive discussion of air monitoring and sampling efforts in Jefferson Parish and at the JPLF including the efforts described above.

## November 29, 2022, Court Ruling

Plaintiffs allege that during the relevant time period, odors from the JPLF purportedly caused injuries to their use and enjoyment of their property and their enjoyment of life, and caused physical and mental

---

[4] LDEQ, Mobile Air Monitoring Lab: River Ridge and Harahan, LA (Feb. 19, 2018) (JP_JPLF_0009800).
[5] LDEQ, Mobile Air Monitoring Lab: River Ridge and Harahan, LA (July 20, 2018) (ADD_P00135782).
[6] SCS Engineers, *Jefferson Parish Landfill Site Evaluation with Respect to Odors* (Oct. 24, 2018) (WC_JPLF_00082561).
[7] LDEQ, *Mobile Air Monitoring Lab: Jefferson Parish Odors* (Dec. 16, 2019) (WC_JPLF_00315889).

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 6



injuries. In its November 29, 2022 decision on general causation, the Court concluded that exposure to hydrogen sulfide at a concentration of 5 parts per billion (ppb) for 30 minutes was sufficient to cause headaches, nausea, vomiting, loss of appetite, sleep disruption, dizziness, fatigue, anxiety and worry, a decrease in quality of life, and loss of enjoyment or use of property to individuals generally. As a general causation decision, the Court did not find that such an exposure actually caused such injuries to each of the trial Plaintiffs.

Table 1 below summarizes the health conditions that the trial Plaintiffs allege were associated with exposure to odors from the JPLF, as reported by the trial Plaintiffs in their Plaintiff Fact Sheets or during the depositions, which the Court held were capable of being caused by odors in the decision on general causation.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 7

CTEH®

**Table 1. Health Conditions Alleged by the Trial Plaintiffs.**

| Trial Plaintiff | Health Conditions Alleged by Plaintiffs |
|---|---|
| Geneva Green | Anxiety/worry, fatigue, headaches, nausea, vomiting |
| Adelyn Gremillion | Headaches, nausea |
| Braxton Gremillion | Fatigue, headaches, nausea |
| Scott Gremillion | Headaches, nausea, sleep disruption |
| Wendy Gremillion | Anxiety/worry, fatigue, headaches, loss of appetite, nausea, sleep disruption |
| Vernice Lewis | Nausea, vomiting |
| Stanley Meyers | Anxiety/worry, headaches, nausea, vomiting, sleep disruption |
| Reshaun Richardson | Anxiety/worry, headaches, nausea, sleep disruption |
| Andrew Section | Fatigue, headaches, loss of appetite, vomiting |
| Jonathan Tate | Anxiety/worry, headaches, nausea, vomiting, sleep disruption |
| Terrance Thompson | Headaches, vomiting |
| Tyrone Thompson | Dizziness, headaches, nausea, vomiting |
| Mary Ann Winningkoff | Headaches, nausea |

In its general causation decision, the Court held that Plaintiffs had not met their burden in showing that hydrogen sulfide is capable of causing other personal injuries or health conditions, including irritation of the eyes, nose, or throat, trouble breathing, asthma, skin irritation, burning lungs, nose bleeds, neurological disorders, or chronic obstructive pulmonary disease (COPD). For purposes of this report, I may refer to some of the conditions symptoms for which Plaintiffs did not establish general causation because the trial Plaintiffs alleged that odors caused those symptoms, but based on the Court's November 2022 decision, I do not address whether these symptoms are the result of odors from the JPLF in my opinions or conclusions.

## 4.0   SUMMARY OF OPINIONS

I have reviewed the scientific literature, the deposition testimony of the trial Plaintiffs, available air quality data for hydrogen sulfide and VOCs across Jefferson Parish, medical records and discovery responses of the trial Plaintiffs, documents produced by the trial Plaintiffs, and other pertinent information. In reviewing these materials, I considered whether the available scientific literature and toxicological studies support the conclusion that the nuisance and health conditions alleged by the trial Plaintiffs are caused by 30-minute exposures to hydrogen sulfide at a concentration of 5 ppb or greater from the JPLF. I have reached the opinions summarized below:

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 8



1. The scientific causation methodology must be followed when attributing an adverse condition to exposure to a chemical, such as hydrogen sulfide.

2. There is insufficient scientific basis for the trial Plaintiffs' claims that airborne exposure to 5 ppb hydrogen sulfide for 30 minutes is capable of causing their claimed nuisance health effects.

3. Exposure to emissions from the JPLF are more than likely not the cause and certainly not the most likely cause of the trial Plaintiffs' claimed health conditions.

   a. The health conditions alleged by the trial Plaintiffs are non-specific and occur frequently in the general population in the absence of exposures to odors.

   b. The conditions alleged by the trial Plaintiffs are confounded by a multitude of alternate potential causes unrelated to the JPLF, including preexisting conditions and side effects of prescriptions.

4. Emissions and fate and transport data do not support the trial Plaintiffs' allegation that the JPLF is a substantial factor contributing to the cause of the nuisance impacts claimed by the trial Plaintiffs.

5. The trial Plaintiffs' allegations that odors from the JPLF accumulate in their homes and are adsorbed to household fabrics in sufficient quantities to cause or exacerbate their claimed nuisance injuries are not supported by scientific fact.

6. Dr. Schiffman's opinions are unreliable and do not employ any scientifically reliable methodology for determining specific causation as to the trial Plaintiffs. She also relies on the court's general causation nuisance standard without objective evidence demonstrating that any of the trial Plaintiffs fall within the most sensitive population, further undermining the reliability of her opinions.

7. Dr. DeLorenzo and Dr. Spodak's conclusions that hydrogen sulfide and VOC emissions from the JPLF were a substantial cause of the health complaints reported by the trial Plaintiffs is not supported by reliable and credible evidence, nor was it conducted with a scientifically reliable methodology.

All my opinions in this report are stated to a reasonable degree of toxicological and scientific certainty. This report supplements my April 30, 2021 report issued in the *Ictech-Bendeck* and *Addison* actions. I reserve the right to amend or supplement my opinions as new information and data become available.



## 5.0   GENERAL OVERVIEW OF HYDROGEN SULFIDE

Hydrogen sulfide is a colorless gas that is, at times, associated with decomposing organic material containing sulfur and is often described as having the odor of rotten eggs. It is found naturally in the environment and is also produced by the human body. Natural sources account for about 90% of the total hydrogen sulfide in the atmosphere.[8]

### 5.1   Natural Occurrence in the Environment and Anthropogenic Sources

Hydrogen sulfide is well documented to occur naturally in the environment and produced from man-made processes. The National Research Council of the National Academies reported that mean ambient air concentrations for hydrogen sulfide range between 0.7 ppb and 66 ppb.[9] Hydrogen sulfide concentrations have been documented at concentrations greater than 90 ppb for intermittent periods near shorelines, in association with decaying seaweed and shellfish.[10] Hydrogen sulfide has been documented to range between 20 and 70 ppb in "unpolluted" areas of the United States.[11] In studies conducted by the Agency for Toxic Substances and Disease Registry (ATSDR) and the United States Environmental Protection Agency (USEPA), hydrogen sulfide was frequently detected in urban settings, with peak concentrations exceeding 90 ppb, with fluctuations in the 30 – 50 ppb range documented in residential areas, and fluctuations in the 9 – 19 ppb in locations far away from known sources.[12] Near ground level by an active underground geothermal vent in New Zealand, hydrogen sulfide concentrations were documented in the range of 125 – 3,900 ppb, which produced no visible adverse effects on indigenous bird or plant populations.

Hydrogen sulfide can come from natural sources such as swamps, bogs and volcanos, as well as from industrial sources, such as petroleum refineries, natural gas plants, food processing plants, kraft paper mills, manure treatment facilities, wastewater treatment facilities, tanneries and others.[13] Hydrogen sulfide has been reported to be present in cigarette smoke between 23,000 and 108,000 ppb, tens to hundreds of thousands of times above environmentally relevant concentrations such as those documented across Jefferson Parish.[14] Similarly, hydrogen sulfide has been documented to be present at average concentrations of 100,000 ppb and peak concentrations of 1,000,000 ppb in car exhaust.[15]

In Jefferson Parish, LDEQ evaluated hydrogen sulfide emissions and found that levels were within these background ranges for urban environments across the United States. Plaintiffs' expert James Lape even

---

[8] WHO, 2003.
[9] NRC, 2010.
[10] ATSDR, 2016b.
[11] Hill, 1973 as cited by ATSDR, 2016b.
[12] White, 1999.
[13] ATSDR, 2016a.
[14] Newsome et al., 1965; Pedersen & Sprinkle, 1963.
[15] Morel, 1997.



estimated background concentrations of hydrogen sulfide in Jefferson Parish as ranging between 2 and 3 ppb.[16]

## 5.2    Natural Occurrence in the Human Body

Hydrogen sulfide is produced naturally in the human body and can be found at measurable levels in human breath and intestinal gas.[17] The human body produces hydrogen sulfide endogenously at varying concentrations. For example, hydrogen sulfide is produced within the oral cavity and gastrointestinal ("GI") tract via bacterial metabolism of sulfur-containing amino acids from plants and animals.[18] As reported, hydrogen sulfide "*may compose up to 10% [100,000,000 ppb] of intestinal gases*" and "*the average levels recorded in intestinal gas have been between 1.4 and 5.6 mg/m³ [1,000 – 4,000 ppb].*"[19] Hydrogen sulfide was reported by Suarez et al., (1998) at concentrations of 25,000 ppb in intestinal gas.[20]

The average hydrogen sulfide concentration in morning breath reported in the scientific literature for healthy individuals with no history of bad breath was 525 ppb, with a maximum concentration of approximately 2,500 ppb.[21]

## 5.3    Toxicology of Hydrogen Sulfide

Whereas humans produce and are exposed to hydrogen sulfide on a daily basis, as detailed in Sections 5.1 and 5.2 above, exposure to higher concentrations of hydrogen sulfide can produce a spectrum of adverse health effects. Asthmatics represent one of the populations most sensitive to hydrogen sulfide. Human studies have shown that, in a small percentage of asthmatics (20%), mild and reversible pulmonary function changes may be observed following 30-minute exposures to 2,000 ppb of hydrogen sulfide.[22]

Regarding the irritant properties of hydrogen sulfide, the lowest concentrations at which irritation (i.e., eye irritation) has been documented range between 5,000 and 50,000 ppb, depending on factors such as exposure duration, and the presence of other irritants in air.[23] According to the American Conference of Governmental Industrial Hygienists, who establish health-protective values for workers, peak exposures of 5,000 ppb may produce minor irritation but would not be expected to produce serious effects on the respiratory, central nervous, or cardiovascular systems.[24] In contrast, prolonged exposures of an hour or more to hydrogen sulfide at levels in excess of 50,000 ppb have been associated with considerable

---

[16] Expert Report of James Lape at 8-1 (Feb. 16, 2024).
[17] ATSDR, 2016b.
[18] ATSDR, 2016b; WHO, 2003.
[19] ATSDR, 2016b; WHO, 2003.
[20] Suarez et al., 1998.
[21] Suarez et al., 2000.
[22] Jappinen et al., 1990.
[23] ACGIH, 2010; Beauchamp et al., 1984.
[24] ACGIH, 2010.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 11



damage to eye tissues, producing findings such as swollen and inflamed conjunctiva, clouding of the cornea, and blurred vision.[25] This condition is known as "gas eye," and is characterized by pain, lacrimation, photophobia, and eventually progressing to vesiculation of the corneal epithelium.[26]

Exposure to hydrogen sulfide in air at a concentration of 100,000 ppb results in loss of smell through olfactory nerve paralysis in 3-15 minutes.[27-28] Olfactory fatigue occurs at these higher concentrations, as well as at continuous low concentrations. In other words, hydrogen sulfide odors can become imperceptible. At higher concentrations (i.e., 100,000 – 1,000,000 ppb), hydrogen sulfide can produce olfactory paralysis and more severe, life-threatening effects, including pulmonary edema, unconsciousness and death.[29]

Regarding chronic and/or repeated exposures to hydrogen sulfide, the studies documented in the scientific literature have shown increases in the occurrence of subjective symptoms of respiratory irritation in workers or residents living near paper mills; however, these studies are of limited value, as they have poor characterization of exposure to hydrogen sulfide, and do not distinguish between effects associated with hydrogen sulfide and co-exposures to other chemicals. No animal studies of chronic toxicity to hydrogen sulfide have been identified.[30]

## 5.4   Health Protective Benchmarks

Health-protective screening levels are developed using reasonable maximum exposure assumptions that are intended to rule out risk under worst-case scenarios. The procedures used to estimate these plausible upper limits of exposure do not necessarily give a realistic prediction of the risk, as the true value of risk depends on the actual exposure and may be as low as zero. Exceedance of a health-protective value is not automatically indicative that any remedial actions are needed. The intended usage of a screening level is implied in its very name, "screening;" screening levels are used for the purposes of identifying and defining areas, contaminants, and conditions at a particular site that represent levels below which no further attention is required.

Because of the conservative exposure parameters utilized in developing health-protective screening values such as the USEPA Regional Screening Levels (RSLs) or the ATSDR Minimal Risk Levels (MRLs), the intended usage of these is to account for a reasonable maximum exposure (RME), as expressed in the Federal Register[31], which states:

---

[25] Ahlborg, 1951; WHO, 2003; Yant, 1930.
[26] ACGIH, 2010.
[27] Beauchamp et al., 1984.
[28] ATSDR, 2014
[29] Beauchamp et al., 1984; Burnett et al., 1977; ERPG, 2014; Guidotti, 2010.
[30] ATSDR, 2016b
[31] USEPA, 1998.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 12



"*A legitimate use of worst-case scenarios is to determine if the exposure or risk is low enough even at this extreme so as to dismiss concern for this scenario. <u>It is not legitimate to use a worst-case scenario to prove that there in fact exists a concern in a real population</u>.*" (emphasis added)

The risk assessment process is protective of human health on many levels. For example, the USEPA publishes toxicity values for hundreds of chemicals that serve as the toxicological underpinnings of regulatory human health risk assessments. These toxicity values are intended to protect even the most sensitive individuals in the general population and are derived by dividing the lowest levels at which adverse effects are observed (i.e., Lowest Observable Adverse Effect Level – LOAEL, or No Observable Adverse Effect Level - NOAEL) in the most sensitive laboratory animal species by "uncertainty factors" designed to account for differences in responses between animals and humans and other sources of uncertainty in the model. Therefore, these toxicity constants are health protective in nature and by design are likely to overestimate the hazard posed by a given dose of a chemical.

Similarly, the World Health Organization Regional Office for Europe (WHO) guideline for hydrogen sulfide of 5 ppb average for 30 minutes, referenced by the Court and Dr. Schiffman, is proposed as a conservative value to reduce annoyance associated with odors. The WHO value is defined as a nuisance threshold level at which:

"*not more than a small proportion of the population (less than 5%) experiences annoyance for a small part of the time (less than 2%).*"[32]

In other words, according to WHO, the guidance value of 5 ppb for 30 minutes is the level at which 95% of the population (or a greater) will not experience an annoyance, and those who do, would only be expected to experience annoyance less than 2% of the time. It is also important to recognize that this value (annoyance by no more than 5% of the population, and only for less than 2% of the time) is well below levels at which health effects would occur. As stated by the World Health Organization (WHO):

"*hydrogen sulfide causes odor nuisance at concentrations far below those that cause health hazards*"[33]

In this regard, human exposures that exceed health-protective benchmarks must not be misinterpreted as "unacceptable" or "unsafe", as these values are not brightline levels above which adverse health effects are anticipated.

---

[32] WHO, 2000.
[33] WHO, 2000.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 13



## CASE SUMMARIES

In evaluating specific causation for each of the 13 trial Plaintiffs, I reviewed and summarized pertinent materials from all case materials received by counsel (**Appendix C**). Figure 2 below illustrates where each trial Plaintiff resided during the relevant time (July 1, 2017 to December 31, 2019).

**Figure 2. Trial Plaintiffs' Residential Locations During the Relevant Time Period**



REDACTED

---

REDACTED

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 14



REDACTED

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 15



REDACTED

---

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 16

CTEH®

REDACTED

_____

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 17

CTEH®

REDACTED

_____

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 18

CTEH®

REDACTED

_____

1.

REDACTED

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 19



REDACTED

---

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 20

CTEH®

REDACTED

_____

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 21

CTEH®

REDACTED

_____

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 22



REDACTED

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 23

CTEH®

REDACTED

---

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 24

CTEH®

REDACTED



REDACTED

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 26

CTEH®

REDACTED

_____

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 27



REDACTED

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 28

CTEH®

REDACTED

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 29

CTEH®

REDACTED

---

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 30

REDACTED

_____

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 31

CTEH®

REDACTED

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 32

CTEH®

REDACTED

_____

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 33

CTEH®

REDACTED

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

REDACTED

_____

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 35

CTEH®

REDACTED

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 36

CTEH®

REDACTED

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 37

CTEH®

REDACTED

---

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 38

CTEH®

REDACTED

_____

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 39

CTEH®

REDACTED







REDACTED

.

REDACTED

**CTEH**®

condition to exposure to a chemical, such as hydrogen sulfide.

In order to attribute an adverse condition to a chemical exposure, a valid scientific causation analysis is required. In this case, the trial Plaintiffs allege nuisance injuries and various non-specific health effects (e.g., headaches, nausea, vomiting, loss of appetite, sleep disruption, dizziness, fatigue, anxiety, and worry) as a result of exposure to odors purportedly emitted from the JPLF.

Established and generally accepted methods exist for determining cause and effect relationships, including whether an individual's disease or adverse condition or health effect was caused by an alleged chemical exposure. To establish that an alleged chemical exposure resulted in any adverse health condition, two separate analyses must be performed: a general causation analysis and a specific causation analysis.

1. General causation is the scientific determination as to whether or not the chemical in question can cause a particular condition in the general population at some specified dose. It is a determination of what toxicities the chemical is known to produce in humans. During this analysis, the scientist using this method must ensure that the studies relied upon are known to be internally valid studies (i.e., the observations cannot be explained by chance, bias, confounding or some other factor related to the experimental design of the study).

2. Specific causation is a scientific determination as to whether a known or alleged chemical exposure an individual may have received was the most likely cause of the injuries or diseases that individual has and to whether there was an absence of alternate causes that could have resulted in the alleged injuries or diseases.

The process for proving specific causation has been established in the scientific literature for many years.[432] If general causation has been established for a given chemical(s) and disease(s), the following additional steps are still required to establish specific causation in an individual person:

1. The exposure was of sufficient magnitude (concentration and duration) to produce the alleged condition or health effect in that person (satisfying the principle of dose-response).

2. The chemical exposure was temporally related to the onset of the alleged condition or health effect (satisfying the principle of temporality).

---

[432] Guzelian et al., 2005; Sackett et al., 1991; Sullivan, 1992.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 44



3. Potential alternate causes of the condition or health effect (confounders) can be adequately ruled out as being the substantial cause of the condition or health effect (eliminating alternative possible etiologies for the condition).

4. There is coherence and consistency in the evidence evaluated in this specific case (establishing that the evidence is consistent with all scientific facts).

Because both specific and general causation must be established, it is my opinion that if it were shown that the trial Plaintiffs were exposed to hydrogen sulfide at an average of 5 ppb or greater for 30 minutes, this would be inadequate to establish specific causation (i.e., that the trial Plaintiffs' alleged injuries were in fact caused by the exposure) without consideration of additional factors and alternate etiologies of the alleged injuries, as further discussed in this report.

### 6.2    There is insufficient scientific basis for Plaintiffs' claims that airborne exposure to 5 ppb hydrogen sulfide for 30 minutes is capable of causing their claimed nuisance health effects.

The Court previously ruled in its general causation decision that exposure to hydrogen sulfide at an average concentration of at least 5 ppb for 30 minutes is capable of causing headaches, nausea, vomiting, loss of appetite, sleep disruption, dizziness, fatigue, anxiety and worry, a decrease in quality of life, and loss of enjoyment and use of property. In reaching this conclusion, the Court cited Dr. Pam Dalton's statement that people need to be able to smell an odor as a "prerequisite" to experience symptoms. Under this framework exposures to hydrogen sulfide at 5 ppb for 30 minutes is necessary (i.e., a prerequisite) to elicit symptoms. But that is not sufficient for the specific causation inquiry - described above  because such exposure must also be sufficient to elicit a response. In other words, whereas smelling an odor may be <u>required</u> to elicit a response, smelling an odor may not be <u>sufficient</u> to elicit such a response in a particular person.

Applying that standard here where specific causation is being determined with respect to the 13 trial Plaintiffs, such a concentration must be sufficient to elicit a response in each particular trial Plaintiff and result in the health conditions for that particular trial Plaintiff. Said another way, is 5 ppb for 30 minutes a level at which each particular trial Plaintiff is able to detect, recognize, and be annoyed by hydrogen sulfide in the environment and to experience health conditions?

In applying this framework, it is important to understand how the WHO Regional Office for Europe defined its own guidance level and refer to other health-protective benchmarks and guidance values. As discussed in detail in Section 5.4 of this report and in my 2021 report, those types of health-protective benchmarks and guidance values inherently overestimate risk, as they are intended to be protective in nature. For

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 45



example, WHO qualified that its odor nuisance guidance value was established to minimize annoyance associated with odors by identifying a concentration of hydrogen sulfide—5 ppb for 30 minutes—that would result in annoyance in no more than 5% of the population for less than 2% of the time.[433] Even the most sensitive 5% of the population would not experience odor annoyance at this concentration for at least 98% of the time.  In other words, 95% of the population would not experience annoyance after 30 minutes of exposure to 5 ppb of hydrogen sulfide, and those that do would only experience annoyance for a very short period of time (i.e., less than 2% of the time).

This conservative nature of guidance levels is well described by the WHO in their health risk evaluation of hydrogen sulfide, stating that:

> "<u>Most probably, at concentrations below 1.5 mg/m³ (1 ppm) [1,000 ppb], even in exposure for longer periods, there are very few detectable health hazards in the toxicological sense</u>. The malodorous property of hydrogen sulfide is a source of annoyance for a large proportion of the general population at concentrations below 1.5 mg/m³ [1,000 ppb], but from the existing data it cannot be concluded whether any health effects result" emphasis added.[434]

In establishing the guideline, value of 5 ppb of hydrogen sulfide over 30 minutes, the WHO Task Group noted that odor nuisance would not generally be expected at this value:

> "The Task Group considered that a level of 0.007 mg/m³ [5 ppb] averaged over 30 min <u>should not produce odour nuisance in most situations</u>." emphasis added.[435]

The California Ambient Air Quality Standard (CAAQS) of 30 ppb is consistent with this concept. The California Air Resources Board notes that this is the level at which, on a population basis, is the average odor detection threshold (between 30 and 50 ppb), emphasizing that:

> "health effects have only been reported with exposures greater than 50 ppm (eye irritation), considerably higher than the odor threshold based standard."

and

> "hydrogen sulfide is regulated as a nuisance based on its odor detection level. If the standard were based on adverse health effects, it would be set at a much higher level." [436]

Given the conservatism of the WHO guidance value, it is my opinion that merely modeling hydrogen sulfide exceedances of the 5 ppb for 30 minutes guidance value proposed by WHO is insufficient and

---

[433] WHO, 2000
[434] WHO, 2000.
[435] WHO, 1981.
[436] CARB, 2023.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 46



unreliable evidence to demonstrate that any of these particular 13 trial Plaintiffs fell within the small percentage of individuals able to be annoyed at this low concentration. Moreover, it is my opinion that modeling hydrogen sulfide exposures to each of the 13 trial Plaintiffs' residences at this low level would not establish that such exposure would likely cause headaches, nausea, vomiting, loss of appetite, sleep disruption, dizziness, fatigue, or anxiety in each of the trial Plaintiffs.

Illustrating that modeling hydrogen sulfide exposure exposures does not, on its own, establish annoyance, 39 residents in the Jefferson Parish area signed declarations, stating that they either had no odor experience, or any odors they experienced did not impact their life, activities, or enjoyment of their property.[437] Several residents also noted they heard the news reports about the Jefferson Parish landfill, and did not believe it was a source of odors in the area.[438]

Without evidence that each trial Plaintiff fell within the most sensitive portion of the population when it comes to olfactory sensing, I cannot assume that any of the 13 trial Plaintiffs would in fact be impacted by exposure to hydrogen sulfide at the concentration established for general causation in this case. In fact, I am not aware of any evidence indicating the concentrations of hydrogen sulfide emissions at which each specific trial Plaintiff is able to detect, recognize, be annoyed, and experience health conditions.

In sum, guidance values for hydrogen sulfide exposures, including the WHO odor nuisance value of 5 ppb for 30 minutes, are inherently conservative and health protective. The Court's general causation standard, which tracks the WHO guidance level, does not establish that any of the trial Plaintiffs in fact experienced health conditions or annoyance caused by exposure to hydrogen sulfide emissions modeled by the experts in this case because it is unlikely that the 13 trial Plaintiffs would fall within the 5% of the population that would be bothered by such concentrations.

### 6.3   The Trial Plaintiffs' health conditions cannot be attributed to odorous emissions from the JPLF.

In conducting a valid causation analysis, potential alternate causes of alleged conditions must be addressed in order to determine whether the alleged injuries would have occurred regardless of any emissions from the JPLF. The health conditions alleged by the trial Plaintiffs throughout the litigation are identified in the chart below. While many of the trial Plaintiffs alleged additional health conditions in their fact sheet responses, these are not included in Table 2 because the Court did not allow claims based on those conditions to proceed past the general causation trial.

---

[437] WC_JPLF_00292017 - WC_JPLF_00292018; WC_JPLF_00292022 - WC_JPLF_00292024; WC_JPLF_00292026 - WC_JPLF_00292059; WC_JPLF_00539825-827; WC_JPLF00539833-834.
[438] *See e.g.*, Declaration of Vincent Barcelona (Aug. 17, 2019), Declaration of Sandra Bradford (Aug. 25, 2019), Declaration of Claude Lowe (Aug. 29, 2019).

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 47



**Table 2. Health Conditions Alleged by the Trial Plaintiffs (Pertinent to the Decision on General Causation)**



These conditions identified by the trial Plaintiffs have several confounders, including medication, preexisting medical conditions and risk factors, family history, previous occupational exposures, and others. These symptoms also are nonspecific in nature and have a high prevalence rate in the general population. Thus, to evaluate whether any JPLF emissions more likely than not contributed to their alleged symptoms and health conditions, I evaluated each of these potential causes or contributors in the context of each of the plaintiffs' medical record history available to me. A summary of this evaluation is provided in sub-opinions 8.2.1 and 8.2.2, below.

---

439 As noted in deposition testimony of Scott Gremillion and Personal Fact Sheets. S. Gremillion Dep. Tr. 55-56.
440 As noted in deposition testimony of Scott Gremillion and Personal Fact Sheets. S. Gremillion Dep. Tr. 70-71, 74:3-4.



### 6.3.1   The health conditions alleged by trial Plaintiffs are non-specific and occur frequently in the general population in the absence of exposures to odorous emissions.

Many of the symptoms alleged by the trial Plaintiffs, including headaches, nausea, vomiting, loss of appetite, sleep disruption, dizziness, fatigue, anxiety and worry, are common in the general population without any specific chemical exposure. Barsky & Borus found that 86-95% of the general population reports at least one of the common somatic (i.e., non-specific) symptoms in any given two- to four-week period and that a typical adult reports one or more non-specific health symptoms every four to six days.[441] These types of general symptoms have been demonstrated to be more common in surveys where there is a perceived threat of pollution, hazards, contamination, or other health threats, whether the threat is real or not.[442] Identifying the etiology of nonspecific symptoms would begin by characterizing the conditions appropriately. The following sections illustrate the prevalence and common occurrence of the health complaints alleged by the trial Plaintiffs:

#### Headache

Headaches refer to pain in any region of the head and may appear as sharp pains, throbbing, or a dull ache. Headaches are among the most common disorders of the nervous system, and the World Health Organization ("WHO") estimates that approximately 50% of adults experience headaches at least once per year.[443] Headaches were responsible for approximately 2.5% of all emergency department visits and were the 6th most common reason for an emergency department visit in 2020.[444]  Nearly three-quarters (75%) of all emergency department visits for headaches were among those aged 15 to 64 years. In addition, headaches were responsible for approximately 1.7% of all emergency department visits for people 15 to 64.[445] From 2016 to 2020, headaches were the 6th most common reason for an emergency department visit with a rate of 11.4 per 1,000 people.[446] Lipscomb et al., surveyed 404 females and 176 males via telephone and in-person interviews for prevalence of headaches during a one-year period, and the authors found headache prevalence for females and males recorded at 21.0% and 12.5%, respectively.[447]

#### Nausea and Vomiting

According to the NCHS, vomiting was among the top 6 principal reasons for an emergency department visit for children under 15 in 2020. Approximately 3.4% of all emergency department visits in the US among children under 15 years were due to vomiting. In many cases, nausea or vomiting are associated

---

[441] Barsky & Borus (1995).
[442] Watson & Pennebaker, 1989; Williams et al., 1993.
[443] WHO, 2016.
[444] CDC, 2023; NCHS, 2022.
[445] NCHS, 2022.
[446] Cairns et al., 2022; CDC, 2022a.
[447] Lipscomb et al., 1992.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 49



with diarrhea, fever, abdominal pain, headache, or weakness.[448] There are many apparent causes of nausea and vomiting symptoms.[449]

## Loss of Appetite

Loss of appetite is a non-specific symptom defined as a loss of the desire to consume foods, and it may result in weight loss as well as severely impacting individuals with pre-existing conditions.[450] Contributing factors associated with loss of appetite include anxiety, depression, stress, fatigue, nausea or vomiting, viral infections, constipation, certain cardiovascular diseases, aging dental problems like tooth pain, or pain in general.[451] Medications such as antibiotics, amphetamines, chemotherapy, and opioids also influence loss of appetite.[452] Any of these factors, or a combination thereof, could significantly influence loss of appetite.

## Sleep Disruption

In a three-part survey conducted by the California Department of Health Services (CDHS), males and females responded to self-administered questionnaires via mail (Study A), telephone interviews (Study B), and to in-person interviews (Study C) in order to determine one-year prevalence rates to four symptoms including sleep disturbance, skin irritation, eye irritation, and fatigue.[453] In Study A, authors surveyed 183 females and 171 males and reported a one-year prevalence rate of 42.1% and 36.5% for sleep disturbance, respectively. In Study B, authors surveyed 234 females and 76 males and reported a one-year prevalence rate of 15.8% and 18.4% for sleep disturbance, respectively. In Study C, authors surveyed 170 females and 100 males and reported a one-year prevalence rate of 17.2% and 9.1% for sleep disturbance, respectively. It is important to emphasize that the rates of symptoms reported are subjective.[454] Studies also show that menopause, a normal process in women while aging, influences sleep disruption.[455] Salari et al. (2023) conducted a meta-analysis of 41 studies regarding prevalence of sleep disorders during menopause.[456] The authors reported approximately 51.6% of postmenopausal women with sleep disorders.

Certain medications may induce sleep disruption. These common medications may include cold and allergy decongestant medications like Sudafed, mood and anxiety (antidepressant) medications like Prozac, stimulant medications like Adderall, steroid medications like dexamethasone, blood pressure medications like beta blockers, memory medications like Aricept, and more.[457]

---

[448] Frese et al., 2011.
[449] Mayo Clinic, 2022aª.
[450] Andreae et al., 2016; Banerjee et al., 2017.
[451] Asch et al., 2021
[452] Cleveland Clinic, 2022a.
[453] Lipscomb et al., 1992.
[454] Lipscomb et al., 1992.
[455] Baker et al., 2019; Salari et al., 2023
[456] Salari et al., 2023
[457] Garling, 2023; Lee, 2023

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 50



## Dizziness

Dizziness or lightheadedness are terms used to describe a range of feelings or sensations, which can include feeling faint, woozy, unsteady, or unbalanced. It is estimated that approximately 40% of the U.S. population will experience dizziness at some time in their lifetime.[458] The Centers for Disease Control and Prevention conducted an epidemiological study that suggested approximately 35% of adults aged 40 years or older will experience some form of dizziness in their lifetime.[459] In most cases, dizziness does not indicate a life-threatening condition but rather is the result of underlying causes.[460] Epidemiological studies investigating the causes of dizziness suggest that nearly 25% of the dizziness episodes experienced by patients are due to central causes, such as central vestibular disorders, migraines, and phobic causes.[461] Other known causes of dizziness include health conditions, motion sickness, inner ear disturbances, or pharmaceutical/medication side effects. Additionally, low blood pressure/poor circulation, low iron levels, low blood sugar, and overheating/dehydration are all known causes for symptoms of dizziness.[462] Risk factors for dizziness include age and previous history of dizziness episodes.[463]

## Fatigue

Fatigue is a common term used to describe tiredness or reoccurring exhaustion that is both constant and limiting. Fatigue can be particularly prevalent among adults. A study from the Department of Symptom Research at the University of Texas reported that 91% of adults reported mild to severe fatigue.[464] In the same survey from CDHS described above half (49.2%) of the women reported a one-year prevalence for fatigue.[465] In addition, one third of adolescents also report feeling fatigued several times throughout the week.[466] In 2005, approximately one fifth of primary care patients report having fatigue.[467] There is a myriad of causes of fatigue such as overexertion, deconditioning, viral illness, upper respiratory tract infection, anemia, lung disease, medications, cancer, depression, etc.[468]

## Anxiety and Worry

Psychological symptoms and mental disorders were among the top ten reasons for an Emergency Department visit for those 65 and older and males between the ages of 15 to 64 years in 2020. For males between 15 to 64 years, psychological symptoms and mental disorders accounted for approximately 2.6%

---

[458] NIDCD, 2015.
[459] Agrawal et al., 2009.
[460] Mayo Clinic, 2019.
[461] Karatas, 2008.
[462] Mayo Clinic, 2019.
[463] Mayo Clinic, 2019.
[464] Reyes-Gibby et al., 2003.
[465] Lipscomb et al., 1992.
[466] Viner & Christie, 2005.
[467] Viner & Christie, 2005.
[468] Rosenthal et al., 2008.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 51



of all emergency department visits. In addition, psychological symptoms and mental disorders accounted for 2.6% of all emergency department visits for people 65 years or older.[469]

### 6.3.2 The symptoms alleged by the trial Plaintiffs are confounded by a multitude of alternate potential causes unrelated to the JPLF.

As the above data show, the symptoms reported by trial Plaintiffs are prevalent in the United States and worldwide and are frequently reported due to a multitude of reasons that do not involve exposure to hydrogen sulfide. In fact, many of the symptoms reported are largely of unknown etiology and, thus, cannot be attributed to any one specific cause. Given that the trial Plaintiffs experts have not ruled out confounders in this case, the reported symptoms could be wrongfully attributed to JPLF.

In my review of medical records for the trial Plaintiffs, I identified several drugs that they were either taking or had been prescribed prior to and during the relevant time. These medications have known side effects identical to the conditions alleged to be attributed to JPLF. To illustrate the multitude of potential causes of the alleged symptoms,[470] I summarized below medications and other factors that could contribute to their alleged injuries.

---

[469] NCHS, 2022.
[470] Whereas some of the plaintiffs reported symptoms of asthma, throat pain, nosebleeds, and others, those were not considered as part of my analysis given the court's ruling that the plaintiffs did not meet the burden of proof for those symptoms.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 52



REDACTED



REDACTED

---
REDACTED

.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 54



REDACTED



Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 55

CTEH®

REDACTED



Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 56

CTEH®

REDACTED





Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 57

CTEH®

REDACTED

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 58

CTEH®

REDACTED



Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 59

REDACTED

_____

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 60

CTEH®

REDACTED

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

**CTEH**®

REDACTED

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 62

CTEH®

REDACTED



Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 63

CTEH®

REDACTED



Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 64

CTEH®

REDACTED



Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 65

CTEH®

REDACTED

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 66

CTEH®



REDACTED

_____

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 68



In my review of case materials and deposition testimony, it is noteworthy that multiple trial Plaintiffs reported constant odors they attributed to the JPLF. For example, Ms. Green testified that she smelled an odor around her home 24-hours per day, 7-days per week between 2017 and 2020.[538] Similarly, Ms. Richardson noted she experienced odors 24-hours per day 7-days per week starting from the summer of 2017 up until she moved in April of 2020.[539] Mr. Thompson reportedly began experiencing an odor on his property seven days a week in the summer of 2017 and it continued through the winter of 2019. As demonstrated below, it is not physically possible for these individuals to have experienced constant odors attributable to the JPLF over these time periods.

To evaluate the likelihood of these odors being continuously attributable to the JPLF, I conducted an evaluation of wind direction data from Louis Armstrong New Orleans International Airport (MSY) to determine whether prevailing winds would support the conclusion that JPLF could be the continuous source of odors. For each of the trial Plaintiffs' residences, I evaluated the percentage of time (throughout the relevant period) they were downwind of the JPLF. In addition, I evaluated the percentage of time they were downwind of potential alternate odor sources. For each residence, I provide a summary figure illustrating downwind percentages when considering a wind angle of 30° from the potential odor source. Additional analyzes of downwind percentages were conducted at 20°, 45° and 60°, and are provided in **Appendix D**. The proportion of time Plaintiffs' residences were found downwind of the JPLF, and the various facilities considered as alternate odor sources did not change substantially between the 20°, 45° and 60° wind angles when compared to the 30° wind angle illustrated below.

---

[538] Green Dep. Tr. 50, 52.
[539] Richardson Dep. Tr. 82, 87, 88, 93, 108, PFS.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 69

CTEH®

**Figure 3. Percentage of Time Geneva Green's Residential Address was Downwind of the JPLF during the Relevant Time Period**

| Facility | Percent of Time Plaintiff Downwind of Facility |
|---|---|
| American River Transportation Co. LLC | 21.31% |
| Harahan Sewage Treatment Plant | 7.93% |
| Cargill Inc | 7.52% |
| Wood Resources | 7.46% |
| International-Matex Tank Terminal (Avondale) | 7.17% |
| Cornerstone Chemical Company | 5.46% |
| Dyno Nobel LA Ammonia | 5.46% |
| Evonik Cyro LLC | 5.46% |
| Kemira Chemicals Inc. | 5.46% |
| JPLF | 4.33% |
| ADM Grain River System Inc | 4.17% |

As illustrated in Figure 3, above, Ms. Green's residence was downwind the JPLF and other west bank landfills approximately 4.33% of the time. In contrast, her residence was found downwind of individual alternate odor sources up to 21.31% of the time, nearly five times more frequently than the JPLF. Cumulatively, Ms. Green's residence (205 Cabinet Drive, Avondale, LA 70094) was downwind of alternate odor sources over 77% of the time. Thus, it is my opinion that the percentage of time downwind of alternate odor sources, in comparison to JPLF does not support the allegation that the JPLF is a substantial cause of the odor impact alleged.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 70

CTEH®

**Figure 4. Percentage of Time Scott, Wendy, Braxton, and Adelyn Gremillion's Residential Address was Downwind of the JPLF during the Relevant Time Period**

| Facility | Percent of Time Plaintiff Downwind of Facility |
|---|---|
| International-Matex Tank Terminal (Avondale) | 10.83% |
| Cargill Inc | 10.00% |
| Harahan Sewage Treatment Plant | 8.85% |
| Wood Resources | 7.41% |
| American River Transportation Co. LLC | 5.17% |
| JPLF | 5.17% |
| ADM Grain River System Inc | 3.74% |
| Dyno Nobel LA Ammonia | 3.29% |
| Kemira Chemicals Inc. | 3.29% |
| Cornerstone Chemical Company | 3.14% |
| Evonik Cyro LLC | 3.14% |

As illustrated in Figure 4, above, the Gremillion family's residence was downwind the JPLF and other west bank landfills approximately 5.17% of the time. In contrast, their residence was found downwind of individual alternate odor sources up to 10.83% of the time, nearly double in comparison to the JPLF. Cumulatively, the Gremillion's residence (9701 Robin Lane, River Ridge, LA 70123) was downwind of alternate odor sources over 58% of the time. Their residence is located 3.48 miles away from the JPLF with other odors sources such as Harahan Sewage Treatment Plant being located closer (0.93 miles). Thus, it is my opinion that the percentage of time downwind of alternate odor sources, in comparison to JPLF does not support the allegation that the JPLF is a substantial cause of the odor impacts alleged.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 71

CTEH®

**Figure 5. Percentage of Time Vernice Lewis and Terrance and Tyrone Thompson's Residential Address was Downwind of the JPLF during the Relevant Time Period**

| Facility | Percent of Time Plaintiff Downwind of Facility |
|---|---|
| International-Matex Tank Terminal (Avondale) | 11.49% |
| American River Transportation Co. LLC | 9.90% |
| Harahan Sewage Treatment Plant | 8.85% |
| Wood Resources | 8.85% |
| Cargill Inc | 7.41% |
| JPLF | 6.65% |
| Kemira Chemicals Inc. | 5.69% |
| ADM Grain River System Inc | 4.73% |
| Cornerstone Chemical Company | 4.73% |
| Evonik Cyro LLC | 4.73% |
| Dyno Nobel LA Ammonia | 3.74% |

As illustrated in Figure 5, above, the Thompson family's residence was downwind of the JPLF and other west bank landfills approximately 6.65% of the time. In contrast, their residence was found downwind of individual alternate odor sources up to 11.49% of the time. Cumulatively, their residence (1116 Starrett Road, Metairie, LA 70003) was downwind of alternate odor sources about 70% of the time period. Thus, it is my opinion that the percentage time downwind of alternate odor sources, in comparison to JPLF does not support the allegation that the JPLF is a substantial cause of the odor impacts alleged.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 72

CTEH®

**Figure 6. Percentage of Time Stanley Meyers' Residential Address was Downwind of the JPLF during the Relevant Time Period**

| Facility | Percent of Time Plaintiff Downwind of Facility |
|---|---|
| Cargill Inc | 21.31% |
| Wood Resources | 7.52% |
| American River Transportation Co. LLC | 6.30% |
| Harahan Sewage Treatment Plant | 5.46% |
| Cornerstone Chemical Company | 4.33% |
| Dyno Nobel LA Ammonia | 4.33% |
| Evonik Cyro LLC | 4.33% |
| International-Matex Tank Terminal (Avondale) | 4.33% |
| Kemira Chemicals Inc. | 4.33% |
| ADM Grain River System Inc | 4.17% |
| JPLF | 4.17% |

As illustrated in Figure 6, above, Mr. Meyers' residence was downwind of the JPLF and other west bank landfills approximately 4.17% of the time. In contrast, his residence was found downwind of individual alternate odor sources up to 21.31% of the time, more than five times more frequently that the JPLF. Cumulatively, his residence (1041 Magnolia Drive, Westwego, LA 70094) was downwind of alternate odor sources about 66% of the time period. Mr. Meyers' residence is located 6.95 miles away from the JPLF with other odors sources such as Wood Resources, LLC being located closer (1.97 miles). Thus, it is my opinion that the percentage of time downwind of alternate odor sources, in comparison to JPLF does not support the allegation that the JPLF is a substantial cause of the odor impacts alleged.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 73

CTEH®

**Figure 7. Percentage of Time Reshaun Richardson's Residential Address was Downwind of the JPLF during the Relevant Time Period**



| Facility | Percent of Time Plaintiff Downwind of Facility |
|---|---|
| International-Matex Tank Terminal (Avondale) | 11.49% |
| Harahan Sewage Treatment Plant | 11.16% |
| American River Transportation Co. LLC | 10.57% |
| Cargill Inc | 7.41% |
| Wood Resources | 7.41% |
| JPLF | 6.65% |
| ADM Grain River System Inc | 4.73% |
| Cornerstone Chemical Company | 4.73% |
| Evonik Cyro LLC | 4.73% |
| Dyno Nobel LA Ammonia | 3.74% |
| Kemira Chemicals Inc. | 3.74% |

As illustrated in Figure 7, above, Ms. Richardson's residence was downwind of the JPLF and other west bank landfills approximately 6.65% of the time. In contrast, her residence was found downwind of individual alternate odor sources up to 11.49% of the time, nearly twice that of the JPLF. Cumulatively, Ms. Richardson's residence (624 Wilker Neal Avenue, River Ridge, LA 70123) was downwind of other odor sources approximately 69% of the time. Thus, it is my opinion that the percentage of time downwind of alternate odor sources, in comparison to the time downwind of the JPLF, does not support the allegation that the JPLF is a substantial cause of the odor impacts alleged.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 74

CTEH®

**Figure 8. Percentage of Time Andrew Section's Residential Address was Downwind of the JPLF during the Relevant Time Period**



| Facility | Percent of Time Plaintiff Downwind of Facility |
|---|---|
| Harahan Sewage Treatment Plant | 23.39% |
| Cargill Inc | 7.52% |
| International-Matex Tank Terminal (Avondale) | 7.52% |
| Wood Resources | 7.46% |
| American River Transportation Co. LLC | 7.43% |
| Dyno Nobel LA Ammonia | 5.46% |
| Kemira Chemicals Inc. | 5.46% |
| Cornerstone Chemical Company | 4.83% |
| Evonik Cyro LLC | 4.83% |
| ADM Grain River System Inc | 4.17% |
| JPLF | 4.17% |

As shown in Figure 8, above, Mr. Section's residence was downwind the JPLF and other west bank landfills approximately 4.17% of the time. In contrast, his residence was downwind of the Harahan Sewage Treatment Plant 23.39% of the time, more than five times more frequently that the JPLF. Cumulatively, Mr. Section's residence (537 George Street, Westwego, LA 70094)) was downwind of other odor sources approximately 78% of the time. His residence is located 2.56 miles away from the JPLF with other odors sources such as International-Matex Tank Terminal being located closer (1.13 miles). Thus, it is my opinion that the percentage of time downwind of alternate odor sources, in comparison to the time downwind of the JPLF, does not support the allegation that the JPLF is a substantial cause of the odor impacts alleged.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 75

CTEH®

**Figure 9. Percentage of Time Jonathan Tate's Residential Address was Downwind of the JPLF during the Relevant Time Period**

| Facility | Percent of Time Plaintiff Downwind of Facility |
|---|---|
| Wood Resources | 10.00% |
| American River Transportation Co. LLC | 8.85% |
| International-Matex Tank Terminal (Avondale) | 8.85% |
| Cargill Inc | 7.46% |
| Harahan Sewage Treatment Plant | 7.38% |
| JPLF | 5.10% |
| Dyno Nobel LA Ammonia | 4.17% |
| Kemira Chemicals Inc. | 4.17% |
| Cornerstone Chemical Company | 3.80% |
| Evonik Cyro LLC | 3.80% |
| ADM Grain River System Inc | 3.14% |

As illustrated in Figure 9, above, Mr. Tate's residence was downwind of the JPLF and other west bank landfills approximately 5.10% of the time. In contrast, his residence was found downwind of individual alternate odor sources up to 10% of the time, nearly twice as often as the JPLF. Cumulatively, Mr. Tate's residence (21 Richelle Street, Westwego, LA 70094) was downwind of other odor sources approximately 61% of the time. His residence is located 2.08 miles away from the JPLF with other odors sources such as American River Transportation Co., LLC being located closer (0.73 miles). Thus, it is my opinion that the percentage of time downwind of alternate odor sources, in comparison to the time downwind of the JPLF, does not support the allegation that the JPLF is a substantial cause of the odor impacts alleged.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 76

CTEH®

**Figure 10. Percentage of Time Mary Ann Winningkoff's Residential Address was Downwind of the JPLF during the Relevant Time Period**

| Facility | Percent of Time Plaintiff Downwind of Facility |
|---|---|
| Harahan Sewage Treatment Plant | 20.80% |
| International-Matex Tank Terminal (Avondale) | 10.63% |
| Cargill Inc | 7.17% |
| Wood Resources | 7.04% |
| American River Transportation Co. LLC | 4.83% |
| Cornerstone Chemical Company | 4.33% |
| Dyno Nobel LA Ammonia | 4.33% |
| Evonik Cyro LLC | 4.33% |
| Kemira Chemicals Inc. | 4.33% |
| ADM Grain River System Inc | 3.80% |
| JPLF | 3.29% |

As illustrated in Figure 10, above, Ms. Winningkoff's residence was downwind of the JPLF and other west bank landfills approximately 3.29% of the time. In contrast, her residence was found downwind of individual alternate odor sources up to 20.80% of the time, more than six times more frequently that the JPLF. Cumulatively, Ms. Winningkoff's residence (47 Donelon Drive, Harahan, LA 70123) was downwind of other odor sources approximately 67% of the time. Her residence is located 2.87 miles away from the JPLF with other odors sources such as International-Matex Tank Terminal being located closer (0.93 miles). Thus, it is my opinion that the percentage of time downwind of alternate odor sources, in comparison to the time downwind of the JPLF, does not support the allegation that the JPLF is a substantial cause of the odor impacts alleged.

In summary, these evaluations of available meteorological data indicate that the JPLF would not be the most predominant upwind potential source of odors for any of the trial Plaintiffs. In fact, most of the identified alternate potential odor sources were found more frequently upwind of the trial Plaintiffs' homes than the JPLF. Thus, based on prevailing wind data, it is my opinion to a reasonable degree of scientific certainty that the scientific evidence does not support the claim that trial Plaintiffs' were subjected to near-constant emissions from the JPLF.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 77

CTEH®

**6.5**   The trial Plaintiffs' allegations that odors from the JPLF accumulate in their homes and are absorbed to household fabrics in sufficient quantities to cause or exacerbate their claimed nuisance injuries are not supported by scientific fact.

During deposition testimony, several trial Plaintiffs contended that odors they attribute to the JPLF lingered in their clothes, carpets, and various other fabrics, accumulating in their homes. For example, during Ms. Green's deposition, she stated that "*[the odor] was in my clothes. I wore it every day with me. It was in my furniture. I sat on it every day. I slept in it every day. All of that was there 24/7.*"[540] Similarly, Ms. Richardson stated he "*had to*" throw away clothes and get rid of a sofa because the odors "*set into that.*"[541] Mr. Meyers stated that "*the furniture, of course, it has some odors in there.*"[542] Ms. Gremillion alleged that even when you would go outside and she couldn't smell the odors, she would still smell them in the house, in her clothes and carpets.[543]

Upholstery, carpeting, curtains and other textiles and household fabrics may contribute to indoor odors coming from a variety sources, including aerosolized liquid and solid droplets (i.e., cigarette smoke, cooking fumes), biogenic sources (i.e., human body secretions including sweat, sebum, oils, dead skin, etc.), and microbiological sources (i.e., breakdown of human secretions, food, household waste, etc.), among others. In addition, indoor odors may come from sources within the home, such as household products, scented products, furniture and appliances, cosmetics, home and construction materials (i.e., wood composites, latex paints, etc.), pets, faulty sewer systems, and others.

However, there is a critical difference between the processes by which odorous particulates "stick" to fabrics in these instances, and the processes by which odorous gases interact with fabrics. For example, cigarette smoke and fumes from cooking foods are aerosols composed of a mixture of liquid and/or solid particles suspended in the air. These microscopic particles can settle and build up on surfaces and fabrics over time. In addition, these liquid and solid particles may embed themselves in soft surfaces, contributing to the phenomenon of odors "sticking" to fabrics. Similarly, body odors typically associated with soiled clothing and fabrics arise from malodorous chemicals produced by microbial organisms that form textile biofilms, feeding on sweat and sebum adhered to clothing.[544]

In contrast, whether an odorous gas in ambient air - such as hydrogen sulfide- adsorbs or adheres to a fabric, as alleged by the trial Plaintiffs, depends largely on the equilibrium between the amount of odorous gas molecules in ambient air and the amount of odorous molecules that are likely to adhere to a fabric or textile.[545] From a scientific standpoint, the adsorption can be considered a partitioning of the adsorbate

---

[540] Green Dep. Tr. 50:11-17.
[541] Richardson Dep. Tr. 41:13-42:3.
[542] Meyers Dep. Tr. 117:12-118:3.
[543] W. Gremillion Dep. Tr. 142:4-19.
[544] Callewaert et al., 2014; Møllebjerg et al., 2021.
[545] Gabelman, 2017; Munk et al., 2001.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 78



(i.e., hydrogen sulfide) between the air and the adsorbent (i.e., fabric or textile). Whereas the natural affinity of specific chemicals will differ between fabrics of different composition, the equilibrium between concentration of gases in the air and gases adhered to fabrics is a function of the partial pressure[546] of the gas, which in turn, is proportional to the concentration of the gas (Dalton's law of partial pressures).

In this regard, not only would the ambient-level concentration of hydrogen sulfide be unlikely to cause meaningful adherence or adsorption onto fabrics, but any theoretical adherence would not result in desorption of enough hydrogen sulfide molecules to increase concentrations above ambient air, as desorbed hydrogen sulfide would reach equilibrium with ambient air. On the other hand, if hydrogen sulfide from the JPLF could adhere to fabrics at those low concentrations, as the trial Plaintiffs allege, given that adsorption of gases to adsorbents is a function of partial pressure, then the contribution of hydrogen sulfide from other sources such as morning breath or flatulence would be a much more significant contributor, at concentrations thousands of times higher than those documented across the communities near the JPLF, as detailed in Section 5.2, above.[547] Simply put, if the argument that hydrogen sulfide from JPLF emissions were to adhere to fabrics as alleged by the trial Plaintiffs, then every single sofa couch, bed linens, pants, bathroom towels, etc. worldwide would have an odor problem, and therefore every home would also have an odor problem, as the human body emits hydrogen sulfide in flatulence at concentrations hundreds to thousands of times above 5 ppb. Similarly, given that hydrogen sulfide in cigarette smoke has been reported to range between 23,000 – 108,000 ppb, tens to hundreds of thousands of times above levels detected in ambient air across the Jefferson Parish,[548] it is unlikely that hydrogen sulfide emitted from the JPLF would have meaningful contributions to any alleged adherence of odors, particularly for Ms. Green, Mr. Meyers, and Mr. Thompson, who are reported smokers.

Simply put, whereas odor accumulation in homes can be a real phenomenon that is well documented and studied in indoor environments (i.e., homes of cigarette smokers), the processes by which that occurs differ from the processes by which ambient gases would theoretically accumulate on fabrics or other household goods. The same principles that would dictate adherence factors of hydrogen sulfide to fabrics inside the trial Plaintiffs' homes are the same principles that would dictate whether those chemicals would remain adhered (i.e., desorption factors) within similar conditions (i.e., temperature, pressure, humidity). Thus, it is my opinion to a reasonable degree of scientific certainty that the claims that JPLF emissions accumulated into or onto trial Plaintiffs' household fabrics and furniture is a not supported by the available scientific knowledge and data.

---

[546] Partial pressure of a gas is the pressure each gas in a mixture of gases (i.e., atmospheric air) exerts across a volume of air and onto surfaces. Gases diffuse across media according to their partial pressures.
[547] ATSDR, 2016b; WHO, 2003.
[548] Newsome et al., 1965; Pedersen and Sprinkle, 1963.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 79

CTEH®

## 7.0   CRITIQUE OF PLAINTIFFS' EXPERT REPORTS

### 7.1   Dr. Schiffman

There are several methodological shortcomings which undermine the scientific credibility and reliability of Dr. Schiffman's opinions in this case.  Firstly, Dr. Schiffman failed to conduct a specific causation analysis to expand on her previous report of general causation. As detailed above, specific causation requires that a determination is made as to whether an individual's alleged exposure was in fact the most likely cause of the claimed injury or disease.   This analysis includes an evaluation of dose response, temporality, elimination of confounding or alternate causes, and an evaluation of the coherence of the evidence. Simply put, Dr. Schiffman's report is a mere expansion of general causation. For example:

- In her expert report, Dr. Schiffman does not consider or evaluate alternate causes for the trial Plaintiffs' complaints.  As detailed above, there are a multitude of confounding factors that can explain the trial Plaintiffs' complaints.  These include alternate odor sources, medications and medical conditions that can produce many of the trial Plaintiff's symptom complaints.

- Dr. Schiffman failed to evaluate actual exposures to determine whether those were of sufficient magnitude to cause adverse effects. The mere reference to a model that shows potential exposure to 5 ppb is insufficient evidence of exposure, as she has not considered a multitude of factors that would determine whether exposures occurred (i.e., what is the concentration indoors vs outdoors, were the trial Plaintiffs at their home at the time of modeled exceedances, etc.).  Whereas air dispersion modeling could be employed to provide a conservative high-end estimate of potential odor impacts related to emissions from JPLF, the models cannot show actual odor impacts to each of the trial Plaintiff's properties. Furthermore, it is notable that trial Plaintiffs' modeling does not support their claims of constant odors emanating from the JPLF.

- While the health conditions alleged by the Trial Plaintiffs are very common in the general population, and as I've detailed throughout my report, many of the conditions were pre-existing for the trial plaintiffs prior to the relevant period, Dr. Schiffman did nothing to objectively demonstrate that there was an increased severity or increase in frequency of these symptoms. Thus, Dr. Schiffman has not conducted a proper specific causation analysis and she cannot reliably conclude that emissions from the JPLF are the cause of the trial Plaintiffs' health complaints.

- Dr. Schiffman fails to adequately consider alternate sources of hydrogen sulfide or odors, including major contributors adjacent to the JPLF, such as the Hwy-90 C&D landfill and the River Birch landfill, or other sources identified by LDEQ, including the Harahan Wastewater Treatment Plant, Cargill, Cornerstone, International-Matex Tank Terminal, Wood Resources, and various swamps, bayous and marshlands. Instead, she assumes that every single complaint and testimony from Plaintiffs was

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 80



attributable to the JPLF. It is also noteworthy she attributed odors such as those of ammonia to the JPLF, despite having a well characterized emission source of ammonia within the Jefferson Parish.

Dr. Schiffman's attempt to link VOCs measured in ambient air samples collected from the community areas to JPLF emissions is also scientifically flawed.  Dr. Schiffman opines that VOCs detected in the community are consistent with the "fingerprint" of VOCs emitted by the JPLF, as if the chemicals evaluated were indicator compounds unique to landfill emissions; however, it is critical to understand that the compounds measured in those samples are commonly found VOCs in ambient air in urban and industrialized locations. In other words, while those chemicals may be emitted from landfills, they are also emitted by a myriad of sources and thus, there is nothing specific about those chemicals that would provide a "fingerprint" of landfill gases. This fact alone makes her analysis meaningless, however there are additional methodological flaws that render her analysis unreliable.

For example, using a binomial distribution evaluation, Dr. Schiffman calculates an exceedingly low chance of chemicals occurring in both landfill and community samples (p =  $2.28 \times 10^{-15}$). However, a binomial distribution is used to calculate the chance of a specific combination of events occurring if each event has two possible outcomes and each outcome has the same chance of occurring every time. By using this approach, Dr. Schiffman contends that detecting chemicals offsite could be predicted based on unspecified criteria or rationale, ignoring the fact that these chemicals are expected in ambient air in urban environments. Because the probability that a chemical is detected offsite depends on many more factors than proximity to the landfill, she cannot establish that the presence of those chemicals in one set of samples or two sets of samples is informative of the source. It is particularly notable that the ambient air sample from the landfill was taken on a different day than any of the community samples, which were also collected over two different days.  Therefore, her paired analysis is flawed from the start.  For instance, Dr. Schiffman notes that odors vary in part due to meteorological conditions, including wind direction varying over time, yet she disregards the fact that the VOC sampling locations were not downwind of the JPLF at the time of the sampling.[549] Similarly, the assumption that each chemical has an equal chance of detection is a poor one based on the data she provides.  Whereas Dr. Schiffman claims that 29 chemicals were detected in residential areas, this was not the case in any single residential sample. The highest number of overlapping compounds detected was 19 in sample LA 2760, whereas the lowest was 15 in sample 2150. These two samples alone disagreed on the detection of 8 compounds, further indicating that it is unreasonable to conclude the detection chance of each chemical is the same. The observation that some off-site detection concentrations were greater than those found directly at the JPLF also points to the potential for other local sources of select compounds, as concentrations would be expected to decrease with distance from the source.

---

[549] Expert Report of Dr. Paolo Zannetti, EnviroComp Consulting Inc. March 8, 2024, Section 10.5.2.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 81



Finally, Dr. Schiffman mischaracterizes the WHO 5 ppb guideline value as a level that "is always a nuisance". As discussed in detail above, this is an incorrect interpretation of the WHO exposure guideline. In fact, the WHO indicates that at least 95% of the population would not experience a nuisance at that level, and the 5% or less that may experience a nuisance would only experience a nuisance less than 2% of the time.  This misinterpretation of the guideline value that forms the foundation of Dr. Schiffman's opinions further highlights the unreliability of her opinions in this case.

## 7.2   Dr. DeLorenzo

In his expert report, Dr. Robert DeLorenzo opines that the hydrogen sulfide and VOC emissions from the Jefferson Parish Landfill were a substantial cause of the health complaints reported by the trail Plaintiffs during the relevant time period, including headaches, nausea, vomiting, dizziness, sleep disruption, fatigue, loss of appetite, and irritation of the eyes, nose and throat."[550]  The basis of his opinion stems from his understanding of Dr. James Lape's modeling data that shows "many 30-minute and 60-minute exposures to hydrogen sulfide at levels equal to or greater than 5 ppb in 2017, 2018, and 2019."[551]  Dr. DeLorenzo discusses each of the trial Plaintiffs separately and evaluates the likelihood of alleged symptoms due to their alleged exposure. In my review of Dr. DeLorenzo's report, he overlooked much of the trial Plaintiffs' evidence of pre-existing health conditions, and he has failed to critically evaluate specific causation as it related to each of the trial Plaintiffs. Thus, his opinions are not supported by the evidence.

There are many pitfalls in Dr. DeLorenzo's report. According to Dr. DeLorenzo, each of the trial Plaintiffs were "in a general state of good health" prior to July 2017. In addition, for many of the trial Plaintiffs, he also mentions that the individuals have minimal to no prior medical history.

- In my review of the trial Plaintiffs' medical records, there is substantial evidence on the contrary, and substantial evidence that many of the trial Plaintiffs' conditions predate the alleged period of exposures, as they were pre-existing conditions. For example, Dr. DeLorenzo notes that Ms. Wendy Gremillion has no past medical history. However, the medical records I detailed in this report note a history of pharyngitis, upper respiratory infection, probable viral gastroenteritis, abdominal pain and bloating, diarrhea, low back pain, and endometriosis prior to July 2017. More importantly, many of Ms. Gremillion's conditions could explain her alleged symptoms. Ms. Reshaun Richardson, like other trial Plaintiffs, was diagnosed with GERD prior to July 2017. GERD is linked to symptoms of nausea and vomiting, symptoms alleged by many of the plaintiffs previously diagnosed with GERD. Also, many of the trial Plaintiffs were previously diagnosed with hypertension (high blood pressure), which is known contributing factor of symptoms alleged by the trial Plaintiffs (i.e., headaches). In short, Dr. DeLorenzo did not investigate any association between pre-existing symptoms or medical histories and the symptoms alleged during the relevant time period.

It is evident that many of the trial Plaintiffs were taking multiple medications or using drugs during the relevant time period. Dr. DeLorenzo does not take into account the adverse effects associated with use of the medications or drugs in relation to the plaintiffs' complaints. For example, Dr. DeLorenzo does not

---

[550] Expert Report of Robert DeLorenzo: 17
[551] Expert Report of Robert DeLorenzo: 15, 16

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 82



discuss Mr. Meyers' opioid use. Meyers, like other trial Plaintiffs, used opioids, which can induce headaches, nausea, or vomiting. Ms. Geneva Green and other plaintiffs were cigarette smokers. This can lead to headache, stress, and anxiety. Medical records note that Ms. Green has had gastrointestinal complaints that include pain and nausea, and these complaints were related to her medications much like other trial Plaintiffs. Dr. DeLorenzo does not consider any associations between medicine, drug, or tobacco use and the symptoms alleged during the relevant time period.

Dr. DeLorenzo opines that the symptoms experienced by the trial Plaintiffs during the relevant time period are caused by their alleged exposures to hydrogen sulfide and VOCs from the Jefferson Parish Landfill. The basis of his opinion comes from correlating symptoms associated with exposure to hydrogen sulfide equal to or exceeding 5 ppb. Dr. DeLorenzo has cited to no evidence of any of the trial Plaintiffs' actual—or even predicted—exposure to VOCs, or which particular VOC(s) more likely than not contributed to each of the trial Plaintiffs' alleged health conditions.  I am not aware of any sampling conducted at the trial Plaintiffs' residences to demonstrate exposure to VOCs at their home, nor am I aware of any modeling of VOCs from the JPLF that would support an estimate of which VOCs and at what concentrations each of the trial Plaintiffs were exposed to. Thus, it is my opinion that there is no scientific basis to conclude that exposure to VOCs were a cause (let alone a substantial cause) to the trial Plaintiffs' alleged injuries.

While failing to provide a single scientific citation or scientific basis supporting the conclusion that exposure to 5 ppb hydrogen sulfide is sufficient to cause the alleged symptoms, he also failed to rule out significant confounders, and apparently ignored the temporality of alleged symptoms and injuries, predating the alleged exposures. Thus, it is unclear how Dr. DeLorenzo reached his conclusions "*to a reasonable degree of medical and scientific certainty.*"

Therefore, it is my opinion, to a reasonable degree of scientific and toxicological certainty that Dr. DeLorenzo's conclusion that hydrogen sulfide and VOC emissions from the JPLF were a substantial cause of the health complaints reported by the trial Plaintiffs is not supported by reliable and credible evidence, nor was it conducted with a scientifically reliable methodology.

### 7.3   Dr. Spodak

Dr. Spodak's reports suffer from the same deficiencies as those of Dr. DeLorenzo and Dr. Schiffman in that he takes for a fact that all the trial Plaintiffs were exposed specifically to hydrogen sulfide from the JPLF. He provides no basis to explain how he made that determination, other than taking the trial Plaintiffs' testimony as fact (and does not address issues related to the trial Plaintiffs' changing odor experiences and injuries between the fact sheet responses and deposition testimony). Importantly, the trial Plaintiffs could not have made that determination, since emissions of hydrogen sulfide from adjacent landfills would have contributed in part, or in total, to ambient levels of hydrogen sulfide, and thus, no assertion could be made from simply experiencing odors, as to the specific source of hydrogen sulfide in ambient air.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 83



Whereas Dr. Spodak opines that the trial Plaintiffs' preexisting conditions were "worsened" by alleged exposures to odors, he provides no description of the scientific methodology used to make that determination. Dr. Spodak did not provide an explanation as to how he measured the claimed worsening of preexisting conditions, nor did he even clearly define which of the conditions alleged by the trial Plaintiffs were preexisting and which were not.

In this regard, his opinions boil down to taking the trial Plaintiff's descriptions of events and their belief of the source of the issue as fact. For example, he notes that Mr. Stanley Meyers denied psychiatric, psychological and emotional problems in general and in particular denied difficulty with sleep, appetite, energy level, crying spells, depression or thoughts of suicide prior to the relevant time period. Yet, as I've detailed in this report, Mr. Meyers had multiple medical records as far back as 2015 noting his mental health problems.

In short, Dr. Spodak appears to connect every symptom reported to malodors reportedly attributed to the JPLF without a sound scientific rationale and without following a specific causation methodology, thus rendering his opinions in this case unreliable. Therefore, it is my opinion, to a reasonable degree of scientific and toxicological certainty that Dr. Spodak's conclusion that the trial Plaintiffs' alleged health conditions were caused or worsened by exposure to JPLF odors is not supported by reliable and credible evidence, nor was it conducted with a scientifically reliable methodology.

## CONCLUSIONS

First and foremost, the available evidence does not support the conclusion that the trial Plaintiffs were exposed in sufficient duration to concentrations of hydrogen sulfide from any source, much less the JPLF, to cause their claimed nuisance injuries and health conditions. Secondly, the commonality of trial Plaintiffs' reported symptoms, lack of temporality between alleged exposures and pre-existing conditions, and the multiple documented confounding factors cannot be scientifically eliminated as substantial causes of their symptoms. Based on the detailed evaluation of confounders and risk factors discussed in Section 8.2.2, these are likely substantial factors that contributed to the trial Plaintiffs' alleged injuries. Third, the opinions of Dr. Schiffman, Dr. DeLorenzo and Dr. Spodak do not follow a scientifically reliable methodology and are not supported by reliable or credible evidence.

In conclusion, based on my analysis of available data, scientific studies, and trial Plaintiffs' specific pertinent information (i.e., medical records, complaints, etc.), and prevalence of symptoms described, there is insufficient evidence to conclude to a reasonable degree of scientific toxicological certainty that the alleged JPLF emissions are more likely than not the cause of the nuisance injuries and health conditions claimed by trial Plaintiffs. The symptoms reported by the Plaintiffs are common within the general population and cannot be attributed to a specific chemical exposure, much less to a specific source of a chemical that has been documented to be emitted from a multitude of sources near their homes.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 84



I declare that the foregoing opinions are true and correct to a reasonable degree of scientific and toxicological certainty. I reserve the right to supplement this report as necessary if additional information becomes available.


Respectfully,


John Kind, PhD, CIH, CSP

Principal Toxicologist

CTEH, LLC

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 85

CTEH®

## 8.0    REFERENCES

ACGIH. (2010). Hydrogen Sulfide. *Documentation of Threshold Limit Values and Biological Exposure Indices*.

Agrawal, Y., Carey, J. P., Santina, C. C. D., Schubert, M. C., & Minor, L. B. (2009). Disorders of balance and vestibular function in US adults: data from the National Health and Nutrition Examination Survey, 2001-2004. *Archives of Internal Medicine*, *169*, 938–944. https://doi.org/10.1001/archinternmed.2009.66

Ahlborg, G. (1951). Hydrogen sulfide poisoning in shale oil industry. *AMA Archives of Industrial Hygiene and Occupational Medicine*, *3*, 247–266.

Andreae, C., Strömberg, A., & Årestedt, K. (2016). Prevalence and associated factors for decreased appetite among patients with stable heart failure. *Journal of Clinical Nursing*, *25*(11–12), 1703–1712. https://doi.org/10.1111/jocn.13220

Antunes, C., Aleem, A., & Curtis, S. A. (2023). Gastroesophageal Reflux Disease. In *StatPearls*. https://www.ncbi.nlm.nih.gov/books/NBK441938/

Asch, D. A., Buresh, J., Allison, K. C., Islam, N., Sheils, N. E., Doshi, J. A., & Werner, R. M. (2021). Trends in US Patients Receiving Care for Eating Disorders and Other Common Behavioral Health Conditions Before and During the COVID-19 Pandemic. *JAMA Network Open*, *4*(11), e2134913. https://doi.org/10.1001/jamanetworkopen.2021.34913

ATSDR. (2014). Medical Management Guidelines for Hydrogen Sulfide. ATDSR. https://wwwn.cdc.gov/TSP/MMG/MMGDetails.aspx?mmgid=385&toxid=67

ATSDR. (2016a). *PUBLIC HEALTH STATEMENT Hydrogen Sulfide*. Agency for Toxic Substances and Disease Registry. https://www.atsdr.cdc.gov/toxprofiles/tp114-c1-b.pdf

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 86



ATSDR. (2016b). *Toxicological Profile for Hydrogen Sulfide and Carbonyl Sulfide* (Annual Review of Pharmacology and Toxicology, pp. 109–134). Agency for Toxic Substances and Disease Registry.

Baker, F. C., Lampio, L., Saaresranta, T., & Polo-Kantola, P. (2018). Sleep and Sleep Disorders in the Menopausal Transition. *Sleep Medicine Clinics*, *13*(3), 443–456. https://doi.org/10.1016/j.jsmc.2018.04.011

Banerjee, S., Vijayamohan, M., Patel, A. C., Singh, S. B., Manjrekar, P. V., & Rathod, R. T. (2017). Prevalence of loss of appetite in patients visiting primary care physicians: A Cross- sectional Survey. *Indian Journal of Medical Science*, *69*(2), 2–7.

Bányai, K., Estes, M. K., Martella, V., & Parashar, U. D. (2018). Viral gastroenteritis. *The Lancet*, *392*(10142), 175–186. https://doi.org/10.1016/s0140-6736(18)31128-0

Barsky, A. J., & Borus, J. F. (1995). Somatization and medicalization in the era of managed care. *JAMA*, *274*, 1931–1934.

Bauer, G. E. (1976). Hypertension and Headache. *Australian and New Zealand Journal of Medicine*, *6*(5), 492–497. https://doi.org/10.1111/j.1445-5994.1976.tb03044.x

Beauchamp, R. O., Bus, J. S., Popp, J. A., Boreiko, C. J., & Andjelkovich, D. A. (1984). A critical review of the literature on hydrogen sulfide toxicity. *Critical Reviews in Toxicology*, *13*(1), 25–97. https://doi.org/10.3109/10408448409029321

Benyamin, R., Trescot, A. M., Datta, S., Buenaventura, R., Adlaka, R., Sehgal, N., Glaser, S. E., & Vallejo, R. (2008). Opioid complications and side effects. *Pain Physician*, *11*(2 Suppl), S105-20.

Brennan, K. C., & Charles, A. (2009). Sleep and Headache. *Semin Neurol*, *29*(04), 406–418. https://doi.org/10.1055/s-0029-1237113

Brzana, R. J., & Koch, K. L. (1997). Gastroesophageal Reflux Disease Presenting with Intractable Nausea. *Annals of Internal Medicine*, *126*(9), 704. https://doi.org/10.7326/0003-4819-126-9-199705010-00005

Burnett, W. W., King, E. G., Grace, M., & Hall, W. F. (1977). Hydrogen sulfide poisoning: review of 5 years' experience. *Canadian Medical Association Journal*, *117*, 1277–1280.

Cairns, C., Ashman, J. J., & Kang, K. (2022). Emergency Department Visit Rates by Selected Characteristics: United States, 2019. *NCHS Data Brief*, *434*, 1–8.

Calhoun, D. A. (2010). Obstructive Sleep Apnea and Hypertension. *Current Hypertension Reports*, *12*(3), 189–195. https://doi.org/10.1007/s11906-010-0112-8

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 87



Calhoun, D. A., & Harding, S. M. (2010). Sleep and Hypertension. *Chest*, *138*(2), 434–443. https://doi.org/10.1378/chest.09-2954

Callewaert, C., Maeseneire, E. D., Kerckhof, F.-M., Verliefde, A., Wiele, T. V. de, & Boon, N. (2014). Microbial Odor Profile of Polyester and Cotton Clothes after a Fitness Session. *Applied and Environmental Microbiology*, *80*(21), 6611–6619. https://doi.org/10.1128/aem.01422-14

CARB. (2023). *Hydrogen Sulfide & Health*. https://ww2.arb.ca.gov/resources/hydrogen-sulfide-and-health

CDC. (2022a, December 15). *Estimates of Emergency Department Visits in the United, 2016-2020*. https://www.cdc.gov/nchs/dhcs/ed-visits/index.htm

CDC. (2022b, September 30). *All About Your A1C*. https://www.cdc.gov/diabetes/managing/managing-blood-sugar/a1c.html#print

CDC. (2023, July 3). *Estimates of Emergency Department Visits in the United States, 2016-2021*. https://www.cdc.gov/nchs/dhcs/ed-visits/index.htm

Chai, N. C., Scher, A. I., Moghekar, A., Bond, D. S., & Peterlin, B. L. (2014). Obesity and Headache: Part I – A Systematic Review of the Epidemiology of Obesity and Headache. *Headache: The Journal of Head and Face Pain*, *54*(2), 219–234. https://doi.org/10.1111/head.12296

Clarrett, D. M., & Hachem, C. (2018). Gastroesophageal Reflux Disease (GERD). *Missouri Medicine*, *115*(3), 214–218.

Cleveland Clinic. (2021, May 25). *Upper Respiratory Infection*. https://my.clevelandclinic.org/health/articles/4022-upper-respiratory-infection

Cleveland Clinic. (2022a, October 3). *Loss of Appetite*. https://my.clevelandclinic.org/health/symptoms/24228-loss-of-appetite

Cleveland Clinic. (2022b, November 22). *A1C*. https://my.clevelandclinic.org/health/diagnostics/9731-a1c

Drugs.com. (2023, March 21). *Percocet Side Effects*. https://www.drugs.com/sfx/percocet-side-effects.html

ERPG. (2014). *Emergency Response Planning Guidelines for Hydrogen Sulfide*. American Industrial Hygiene Association.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 88



Ferrero, S., Pretta, S., Bertoldi, S., Anserini, P., Remorgida, V., Sette, M. D., Gandolfo, C., & Ragni, N. (2004). Increased frequency of migraine among women with endometriosis. *Human Reproduction*, *19*(12), 2927–2932. https://doi.org/10.1093/humrep/deh537

Fortini, I., & Felsenfeld, B. D. (2022). Headaches and obesity. *Arquivos de Neuro-Psiquiatria*, *80*(5 Suppl 1), 204–213. https://doi.org/10.1590/0004-282x-anp-2022-s106

Frese, T., Klauss, S., Herrmann, K., & Sandholzer, H. (2011). Nausea and Vomiting as the Reasons for Encounter in General Practice. *Journal of Clinical Medicine Research*, *3*(1), 23–29. https://doi.org/10.4021/jocmr410w

Friedman, B. W., Mistry, B., West, J. R., & Wollowitz, A. (2014). The association between headache and elevated blood pressure among patients presenting to an ED. *The American Journal of Emergency Medicine*, *32*(9), 976–981. https://doi.org/10.1016/j.ajem.2014.05.017

Gabelman, A. (2017). Adsorption Basics: Part 1. *AICHE*. https://www.aiche.org/sites/default/files/docs/pages/adsorption_basics_part_1.pdf

Garey, L., Olofsson, H., Garza, T., Shepherd, J. M., Smit, T., & Zvolensky, M. J. (2020). The Role of Anxiety in Smoking Onset, Severity, and Cessation-Related Outcomes: a Review of Recent Literature. *Current Psychiatry Reports*, *22*(8), 38. https://doi.org/10.1007/s11920-020-01160-5

Garling, A. (2023, June 30). *10 Common Medications That Can Affect Sleep*. https://www.aarp.org/health/drugs-supplements/info-04-2013/medications-that-can-cause-insomnia.html

Gerson, L. B., Kahrilas, P. J., & Fass, R. (2011). Insights Into Gastroesophageal Reflux Disease–Associated Dyspeptic Symptoms. *Clinical Gastroenterology and Hepatology*, *9*(10), 824–833. https://doi.org/10.1016/j.cgh.2011.05.015

Giannoglou, G. D., Chatzizisis, Y. S., & Misirli, G. (2007). The syndrome of rhabdomyolysis: Pathophysiology and diagnosis. *European Journal of Internal Medicine*, *18*(2), 90–100. https://doi.org/10.1016/j.ejim.2006.09.020

Guidotti, T. L. (2010). Hydrogen sulfide: advances in understanding human toxicity. *International Journal of Toxicology*, *29*, 569–581.

Guzelian, P. S., Victoroff, M. S., Halmes, N. C., James, R. C., & Guzelian, C. P. (2005). Evidence-based toxicology: a comprehensive framework for causation. *Human & Experimental Toxicology*, *24*, 161–201.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 89



Hu, N., Wang, C., Liao, Y., Dai, Q., & Cao, S. (2021). Smoking and incidence of insomnia: a systematic review and meta-analysis of cohort studies. *Public Health*, *198*, 324–331. https://doi.org/10.1016/j.puhe.2021.07.012

Janeway, T. C. (1913). A CLINICAL STUDY OF HYPERTENSIVE CARDIOVASCULAR DISEASE. *Archives of Internal Medicine*, *XII*(6), 755–798. https://doi.org/10.1001/archinte.1913.00070060147012

Jappinen, P., Vilkka, V., Marttila, O., & Haahtela, T. (1990). Exposure to hydrogen sulphide and respiratory function. *British Journal of Industrial Medicine*, *47*(12), 824–828. https://doi.org/10.1136/oem.47.12.824

Karatas, M. (2008). Central vertigo and dizziness: epidemiology, differential diagnosis, and common causes. *Neurologist*, *14*, 355–364. https://doi.org/10.1097/nrl.0b013e31817533a3

Kelly, G. A., Blake, C., Power, C. K., O'Keeffe, D., & Fullen, B. M. (2011). The Association Between Chronic Low Back Pain and Sleep. *The Clinical Journal of Pain*, *27*(2), 169–181. https://doi.org/10.1097/ajp.0b013e3181f3bdd5

Korabelnikova, E. A., Danilov, A. B., Danilov, A. B., Vorobyeva, Y. D., Latysheva, N. V., & Artemenko, A. R. (2020). Sleep Disorders and Headache: A Review of Correlation and Mutual Influence. *Pain and Therapy*, *9*(2), 411–425. https://doi.org/10.1007/s40122-020-00180-6

Kwon, E., & O'Rourke, M. C. (2023). Chronic Sinusitis. In *StatPearls*. https://www.ncbi.nlm.nih.gov/books/NBK441934/

Lavie, P., Herer, P., & Hoffstein, V. (2000). Obstructive sleep apnoea syndrome as a risk factor for hypertension: population study. *BMJ*, *320*(7233), 479. https://doi.org/10.1136/bmj.320.7233.479

Lee, K. (2023, September 13). *9 Prescription and OTC Medications That Can Interfere With Sleep*. https://www.everydayhealth.com/sleep/medications-that-affect-sleep.aspx

Lipscomb, J. A., Satin, K. P., & Neutra, R. R. (1992). Reported symptom prevalence rates from comparison populations in community-based environmental studies. *Archives of Environmental Health*, *47*, 263–269.

Luntamo, T., Sourander, A., Rihko, M., Aromaa, M., Helenius, H., Koskelainen, M., & McGrath, P. J. (2012). Psychosocial determinants of headache, abdominal pain, and sleep problems in a community sample of Finnish adolescents. *European Child & Adolescent Psychiatry*, *21*(6), 301–313. https://doi.org/10.1007/s00787-012-0261-1

Martin, V. T., Wernke, S., Mandell, K., Ramadan, N., Kao, L., Bean, J., Liu, J., Zoma, W., & Rebar, R. (2006). Symptoms of Premenstrual Syndrome and Their Association With Migraine

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 90



Headache. *Headache: The Journal of Head and Face Pain*, *46*(1), 125–137. https://doi.org/10.1111/j.1526-4610.2006.00306.x

Marty, M., Rozenberg, S., Duplan, B., Thomas, P., Duquesnoy, B., Allaert, F., & Rhumatologie, T. S. R. de la S. F. de. (2008). Quality of sleep in patients with chronic low back pain: a case-control study. *European Spine Journal*, *17*(6), 839–844. https://doi.org/10.1007/s00586-008-0660-7

Mayo Clinic. (2019). *Dizziness*. *2020*. https://www.mayoclinic.org/diseases-conditions/dizziness/symptoms-causes/syc-20371787

Mayo Clinic. (2022a, April 8). *Nausea and vomiting*. https://www.mayoclinic.org/symptoms/nausea/basics/causes/sym-20050736

Mayo Clinic. (2022b, April 19). *Diverticulitis*. https://www.mayoclinic.org/diseases-conditions/diverticulitis/symptoms-causes/syc-20371758

Mayo Clinic. (2022c, May 17). *Hyponatremia*. https://www.mayoclinic.org/diseases-conditions/hyponatremia/symptoms-causes/syc-20373711

MedlinePlus. (2023, May 15). *Oxycodone*. https://medlineplus.gov/druginfo/meds/a682132.html

Mold, J. W., Holtzclaw, B. J., & McCarthy, L. (2012). Night Sweats: A Systematic Review of the Literature. *The Journal of the American Board of Family Medicine*, *25*(6), 878–893. https://doi.org/10.3122/jabfm.2012.06.120033

Møllebjerg, A., Palmén, L. G., Gori, K., & Meyer, R. L. (2021). The Bacterial Life Cycle in Textiles is Governed by Fiber Hydrophobicity. *Microbiology Spectrum*, *9*(2), e01185-21. https://doi.org/10.1128/spectrum.01185-21

Morel, G. M. (1997). Measurement of Hydrogen Sulfide Formation at the Exhaust of Three-Way Catalyst Cars Using an Original Semi-Continuous Method - Evaluation of the Key Parameters. *SAE Technical Paper Series*. https://doi.org/10.4271/971611

Moylan, S., Jacka, F. N., Pasco, J. A., & Berk, M. (2012). Cigarette smoking, nicotine dependence and anxiety disorders: a systematic review of population-based, epidemiological studies. *BMC Medicine*, *10*(1), 123. https://doi.org/10.1186/1741-7015-10-123

Moylan, S., Jacka, F. N., Pasco, J. A., & Berk, M. (2013). How cigarette smoking may increase the risk of anxiety symptoms and anxiety disorders: a critical review of biological pathways. *Brain and Behavior*, *3*(3), 302–326. https://doi.org/10.1002/brb3.137

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 91



Munk, S., Johansen, C., Stahnke, L. H., & Adler-Nissen, J. (2001). Microbial survival and odor in laundry. *Journal of Surfactants and Detergents*, *4*(4), 385–394. https://doi.org/10.1007/s11743-001-0192-2

NCHS. (2022). *National Hospital Ambulatory Medical Care Survey: 2020 Emergency Department Summary Tables*. National Center for Health Statistics.

Newsome, J. R., Norman, V., & Keith, C. H. (1965). Vapor Phase Analysis of Tobacco Smoke. *Tobacco Science*, *9*, 102–110.

NIDCD. (2015). *NIDCD Fact Sheet: Balance Disorders* (Hearing and Balance). National Institute on Deafness and Other Communication Disorders.

Noghani, M. T., Rezaeizadeh, H., Fazljoo, S. M. B., & Keshavarz, M. (2016). Gastrointestinal Headache; a Narrative Review. *Emergency (Tehran, Iran)*, *4*(4), 171–183.

NRC. (2010). *Acute Exposure Guideline Levels for Selected Airborne Chemicals: Hydrogen Sulfide*. *9*.

NRC. (2011). *Reference Manual on Scientific Evidence*. https://doi.org/10.17226/13163

Nuñez, A., Rhee, J. U., Haynes, P., Chakravorty, S., Patterson, F., Killgore, W. D. S., Gallagher, R. A., Hale, L., Branas, C., Carrazco, N., Alfonso-Miller, P., Gehrels, J.-A., & Grandner, M. A. (2021). Smoke at night and sleep worse? The associations between cigarette smoking with insomnia severity and sleep duration. *Sleep Health*, *7*(2), 177–182. https://doi.org/10.1016/j.sleh.2020.10.006

Payne, T. J., Stetson, B., Stevens, V. M., Johnson, C. A., Penzien, D. B., & Dorsten, B. (1991). The Impact of Cigarette Smoking on Headache Activity in Headache Patients. *Headache: The Journal of Head and Face Pain*, *31*(5), 329–332. https://doi.org/10.1111/j.1526-4610.1991.hed3105329.x

Pedersen, P. M., & Sprinkle, R. S. (1963). *Determination of hydrogen sulfide in cigarette smoke* (http://legacy.library.ucsf.edu/tid/mxq80a00/pdf). American Tobacco.

Reyes‐Gibby, C. C., Mendoza, T. R., Wang, S., Anderson, K. O., & Cleeland, C. S. (2003). Pain and Fatigue in Community‐Dwelling Adults. *Pain Medicine*, *4*(3), 231–237. https://doi.org/10.1046/j.1526-4637.2003.03033.x

Rosenthal, T. C., Majeroni, B. A., Pretorius, R., & Malik, K. (2008). Fatigue: an overview. *American Family Physician*, *78*(10), 1173–1179.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 92



Rozen, T. D. (2018). Linking Cigarette Smoking/Tobacco Exposure and Cluster Headache: A Pathogenesis Theory. *Headache: The Journal of Head and Face Pain*, *58*(7), 1096–1112. https://doi.org/10.1111/head.13338

Sackett, D. L., Haynes, R. B., Guyatt, G. H., & Tugwell, P. (1991). Deciding whether your treatment has done harm. *Clinical Epidemiology: A Basic Science for Clinical Medicine*, 283–302.

Salari, N., Hasheminezhad, R., Hosseinian-Far, A., Rasoulpoor, S., Assefi, M., Nankali, S., Nankali, A., & Mohammadi, M. (2023). Global prevalence of sleep disorders during menopause: a meta-analysis. *Sleep and Breathing*, *27*(5), 1883–1897. https://doi.org/10.1007/s11325-023-02793-5

Singhal, K., Muliyala, K., Pakhare, A., Behera, P., & Santoshi, J. (2021). Do Patients of Chronic Low Back Pain have Psychological Comorbidities? *Avicenna Journal of Medicine*, *11*(03), 145–151. https://doi.org/10.1055/s-0041-1734385

Stovner, L. J., Ægidius, K., & Linde, M. (2011). Endometriosis and Headache. *Current Pain and Headache Reports*, *15*(5), 415–419. https://doi.org/10.1007/s11916-011-0209-z

Stuart, A. (2023, May 1). *Rhabdomyolysis*. WebMD. https://www.webmd.com/a-to-z-guides/rhabdomyolysis-symptoms-causes-treatments

Stuempfig, N. D., & Seroy, J. (2023). Viral Gastroenteritis. In *StatPearls*. https://www.ncbi.nlm.nih.gov/books/NBK518995/

Suarez, F. L., Furne, J. K., Springfield, J., & Levitt, M. D. (2000). Morning breath odor: influence of treatments on sulfur gases. *Journal of Dental Research*, *79*(10), 1773–1777. https://doi.org/10.1177/00220345000790100701

Suarez, F. L., Springfield, J., & Levitt, M. D. (1998). Identification of gases responsible for the odour of human flatus and evaluation of a device purported to reduce this odour. *Gut*, *43*, 100–104.

Sullivan. (1992). Toxic exposure and medical causation. *Hazardous Materials Toxicology*, 309–319.

Sussman, S., Zimmerman, Z., Chishom, T., Reid, L., & Seyyedi, M. (2022). Migraine-Associated Otalgia: An Underappreciated Entity. *Korean Journal of Audiology*, *26*(2), 90–96. https://doi.org/10.7874/jao.2021.00465

Tervilä, L., & Marttila, P. (1975). Headache as a symptom of endometriosis externa. *Annales Chirurgiae et Gynaecologiae Fenniae*, *64*(4), 239–241.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 93



Tietjen, G. E., Bushnell, C. D., Herial, N. A., Utley, C., White, L., & Hafeez, F. (2007). Endometriosis Is Associated With Prevalence of Comorbid Conditions in Migraine. *Headache: The Journal of Head and Face Pain*, *47*(7), 1069–1078. https://doi.org/10.1111/j.1526-4610.2007.00784.x

USEPA. (1998). *Linear Low dose Extrapolation for Cancer Risk Assessments: Sources of Uncertainty and How They Affect the Precision of Risk Estimates*. U.S. Environmental Protection Agency. https://archive.epa.gov/scipoly/sap/meetings/web/pdf/session2.pdf

Viner, R., & Christie, D. (2005). Fatigue and somatic symptoms. *BMJ*, *330*(7498), 1012. https://doi.org/10.1136/bmj.330.7498.1012

Waldie, K. E., McGee, R., Reeder, A. I., & Poulton, R. (2008). Associations Between Frequent Headaches, Persistent Smoking, and Attempts to Quit. *Headache: The Journal of Head and Face Pain*, *48*(4), 545–552. https://doi.org/10.1111/j.1526-4610.2007.01037.x

Watson, D., & Pennebaker, J. W. (1989). Health Complaints, Stress, and Distress: Exploring the Central Role of Negative Affectivity. *Psychological Review*, *96*(2), 234–254. https://doi.org/10.1037/0033-295x.96.2.234

White, M. C. (1999). Health concerns for communities exposed to hydrogen sulfide -- A perspective from two communities. *Environmental Epidemiology and Toxicology*, *1*, 236–240.

WHO. (1981). *Hydrogen sulfide* (http://www.inchem.org/documents/ehc/ehc/ehc019.htm; Environmental Health Criteria). World Health Organization.

WHO. (2000). Hydrogen Sulfide. *Air Quality Guidelines for Europe*.

WHO. (2003). *Hydrogen sulfide: human health aspects* (Concise International Chemical Assessment Document). World Health Organization.

WHO. (2016). *Headache disorders*. *2020*. https://www.who.int/news-room/fact-sheets/detail/headache-disorders

Williams, C. W., Lees-Haley, P. R., & Brown, R. S. (1993). Human response to traumatic events: an integration of counterfactual thinking, hindsight bias, and attribution theory. *Psychological Reports*, *72*, 483–494.

Xu, C., Fu, Z., Wang, J., Wu, B., & Wang, X.-Q. (2022). Differences and Correlations of Anxiety, Sleep Quality, and Pressure-Pain Threshold between Patients with Chronic Low Back Pain and Asymptomatic People. *Pain Research and Management*, *2022*, 8648584. https://doi.org/10.1155/2022/8648584

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 94



Yang, Q.-H., Zhang, Y.-H., Du, S.-H., Wang, Y.-C., & Wang, X.-Q. (2023). Association Between Smoking and Pain, Functional Disability, Anxiety and Depression in Patients With Chronic Low Back Pain. *International Journal of Public Health*, *68*, 1605583. https://doi.org/10.3389/ijph.2023.1605583

Yant, W. P. (1930). Hydrogen sulfide in industry:  occurrence, effects and treatment. *American Journal of Public Health*, *20*, 598–608.

Supplemental Expert Report of John Kind, PhD, CIH, CSP
Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.
March 8, 2024

Page | 95

CTEH®

# Appendix A

## CV and List of Testimony



# CTEH®

# John Kind, Ph.D., CIH, CSP
## Principal Toxicologist



## CONTACT

 jkind@cteh.com

 501-801-8500

 North Little Rock, AR

## EDUCATION

**Ph.D., Interdisciplinary Toxicology,**
University of Georgia, Athens, Georgia

**B.S., Biochemistry-Toxicology,**
Murray State University, Murray, Kentucky

**Professional Licenses, Certifications and Accreditations:**
Diplomate American Board of Industrial Hygiene, December 2012
Certified Industrial Hygienist #10224
Certified Safety Professional #CSP-31865
40-Hour HAZWOPER
TWIC Card

**Memberships and Affiliations**
Society of Toxicology - Full Member
Society of Toxicology - Public Health Specialty Section
American Board of Industrial Hygiene
American Industrial Hygiene Association
American Industrial Hygiene Association - Emergency Response Planning Guidelines (ERPG) comittee

## INTRODUCTION

John Kind is a Principal Toxicologist in the Health Sciences Division at CTEH® where he works on a broad range of human-health based issues including exposure assessment, dose reconstruction, industrial hygiene, and human health risk assessment. He also participates in the Toxicology Emergency Response Program, supporting air monitoring and environmental sampling teams to address worker and public safety after hazmat incidents across the country. Based on this work, he routinely faces a variety of issues and concerns related to chemical releases from fixed facilities, the transportation industry, oil and gas exploration and production, and landfills. Dr. Kind also serves as an expert witness in toxic tort litigation providing testimony regarding disease causation.

## EMPLOYMENT

Principal Toxicologist | 2016-Present
Sr. Vice President, Health Sciences | 2017-2022
Senior Toxicologist | 2007-2016
CTEH, LLC, North Little Rock, Arkansas

Toxicologist, TERRA, Inc., Tallahassee Florida, 2000-2007

Graduate Research Assistant, University of Georgia, Department of Pharmaceutical and Biomedical Sciences, Athens, Georgia, 1993-2000

## TEACHING EXPERIENCE

Guest Lecturer | 2020
University of Louisville, Louisville, Kentucky
Guest Lecturer, University of Florida, Gainesville, Florida, 2005
Graduate Teaching Assistant, College of Pharmacy at the University of Georgia, Athens, Georgia, 1995-1998



# John Kind, Ph.D., CIH, CSP
## Principal Toxicologist

## PUBLICATIONS

**Peer Reviewed Publications**:

1. Bisphenol A: Update on newly developed data and how they address NTP's 2008 finding of "Some Concern". Shelnutt, S., Kind, J., and Allaben, W. Food and chemical toxicology : an international journal published for the British Industrial Biological Research Association. 2013; 57:284-95.

2. HF 101: Hydrogen Fluoride and Hydrofluoric Acid. How to Prepare for Potential Exposures. Shelnutt, S. R. and Kind, J. A. The Synergist. 2012; 23(9):30-32.

3. The Gulf Oil Spill: Worker and Community Health Update. Millner, G.; Goad, P., and Kind, J. Presented at 21st Annual Clean Gulf Training & Exhibition, November 30 - December 1, 2011; San Antonio, TX. Houston, TX: Tradefair Group; 2011.

4. Effective Monitoring and Protection of Workers and the Community during Waterway Chemical Spills. Davis, C.; Kind, J.; Shelnutt, S.; Nony, P., and Millner, G. In 2011 International Oil Spill Conference Proceedings; Portland, OR. Washington, DC: American Petroleum Institute; 2011.

5. Investigation of the Radioadaptive Response in Brain and Liver of Pur288 LacZ Transgenic Mice. Kind, J.A., Winn, R.N., Boerringter, M.E.T.I., Jagoe, C.H., Glenn, T.C., and Dallas, C.E. Journal of Toxicology and Environmental Health. 2001; 63(3):207-20.

6. Interspecies Differences in Oxidative Stress Response and Radiocesium Levels in Rodents Inhabiting Areas Highly Contaminated by the Chernobyl Nuclear Disaster. Holloman, K.A., Dallas, C.E., Jagoe, C.H., Tackett, R., Kind, J.A., and Rollor, E.A.. Environmental Toxicology and Chemistry. 2000; 19: 2830-34.

7. Flow Cytometric Analysis of Erythrocyte and Leukocyte DNA in Fish from Chernobyl-Contaminated Ponds in the Ukraine. Dallas, C.E., Lingenfelser, S.F., Lingenfelser, J.T., Holloman, K.A., Jagoe, C.H., Kind, J.A., Chesser, R.K., and Smith, M.H. Ecotoxocology 1998; 7(4): 211-219.

8. Wnek, S. M., Kuhlman, C. L., Harrill, J. A., Nony, P. A., Millner, G. C. and Kind, J. A. 'Chapter 5 - Forensic Aspects of Airborne Constituents Following Releases of Crude Oil Into the Environment A2 - Stout, Scott A', in Wang, Z. (ed.) Oil Spill Environmental Forensics Case Studies: ButterworthHeinemann, 2018; pp. 87-115.

9. Kind, J.A. and Keller, R. (2019). Chapter 3 – Principles of Toxicology in Toxicology Principles for the Industrial Hygienist 2nd Edition. AIHA Press.

10. Tuttle, K. Kind, J.A., Nony, P., and Still, K. (2019). Chapter 27 – Asbestos in Toxicology Principles for the Industrial Hygienist 2nd Edition. AIHA Press.

**Presentations**:

1. October 2018: The St Louis Para-Nitro Aniline Release - How a single exposure event impacted four major metropolitan emergency rooms. Arkansas Department of Health Grand Rounds. Little Rock, AR.

2. December 2017: Crude Oil Derailments – How to Respond Safely and Effectively, Clean Gulf. Houston, TX.

3. June 2017: Case Study of a Worker Exposure Response Call. AIHCE 2017, American Association of Railroads (AAR) Railroad Industrial Hygiene Forum Meeting. Seattle, WA.

4. November 2015: CN Perryville Incident and Response Panel. Railroad Environmental Conference. Champaign, IL.

5. August 2015: Planning for and Dealing with Catastrophic Releases "Better Safe Than Sorry." 27th Annual Texas Environmental Superconference. San Antonio, TX.

6. May 2015: Air Monitoring and Environmental Sampling Strategies in Early Phase Response to Crude Oil Releases. 28th Annual AAR/BOE Hazmat Seminar. Dallas, TX.

7. May 2014: Human Health and Environmental Hazards Associated with Crude Oil. 27th Annual AAR/BOE Hazmat Seminar. Dallas, TX.

8. May 2014: Response to an Airborne Hazardous Material Event. The Clean Air Act: New Directions in Law, Policy, and Practice. Co-sponsored by the American Law Institute and the Environmental Law Institute. Washington, DC.

9. June 2014: Health and Safety Concerns Associated with Response to Crude Oil Releases. American Industrial Hygiene Association Annual Meeting. San Antonio, TX.

10. November 2013: Human Health and Environmental Hazards Associated with Crude Oils. Railroad Environmental Conference. Champaign, IL.

11. October 2013: Addressing Potential Hazards and Exposure to Workers During Hydraulic Fracturing Operations. Shale Envirosafe Conference. San Antonio, TX.

12. August 2013: Overview of Current Public Concerns Associated with Hydraulic Fracturing. 8th Annual Georgia Environmental Conference. Jekyll Island, GA.

13. May 2013: Addressing Potential Hazards and Exposure to Workers During Hydraulic Fracturing Operations. American Industrial Hygiene Association Annual Meeting. Montreal, Canada.

14. May 2013: Update on Health Effects Studies From Deepwater Horizon Events of 2010. Annual Meeting of American College of Occupational and Environmental Medicine. Orlando, FL.

2

15. May 2013: Toxicology of Hydraulic Fracturing. Annual Meeting of American College of Occupational and Environmental Medicine. Orlando, FL.

16. November 2012: Natural Gas Production, Chemicals, and Protection of Public Health: State of the Art Update. Shale Envirosafe Conference. New Orleans, LA.

17. October 2012: Scientific Evidence - Daubert Issues Related to Personal Injury and Property Damage Claims. Panel Discussion. HB Litigation Conference on Shale Gas Drilling Operations. New York, NY.

18. September 2012: The East St. Louis Para-Nitroaniline Spill - A Case Study in the Cascading Effects of a Single Exposure Incident. Annual Meeting of the Alliance of Hazardous Materials Professionals. Anchorage, AK.

19. August 2012: Hydraulic Fracturing: Case Study on Communication of Scientific Information in a Highly Politicized Environment. CTEH® Crisis Communication Seminar. Little Rock, AR.

20. June 2012: Background VOCs in Indoor Air: Sources, Concentrations, and Comparison to Health-Based Indoor Air Standards. Round Table RT 213 - Addressing Background Sources of VOCs During Vapor Intrusion Investigations. American Industrial Hygiene Association Annual Meeting. Indianapolis, IN.

21. March 2012: Evaluating "Action" Levels for Methane in Groundwater – What "Action" Should be Taken? 2010 Fayetteville Shale Symposium. Fort Smith, AR.

22. February 2012: What's That Smell? Technologies and Strategies for Characterizing Odor Nuisance and Related Health Impacts and Resulting Legal Claims from Industrial Activities. Defense Research Institute Toxic Torts and Environmental Law Seminar. Miami, FL.

23. September 2011: Effective Monitoring and Protection of Workers and the Community during Waterway Chemical Spills. Cheminnovations 2011 Conference & Expo. Houston, TX.

24. September 2011: Expected The Unexpected. A Case Study in Real-World Crisis Communication Experience with Railroad and Non-railroad Chemical Releases. CTEH® Crisis Communication Seminar. Little Rock, AR.

25. May 2011: The Gulf Oil Spill: Worker, Community, and Environmental Sampling Overview. AIHCE 2011, American Association of Railroads (AAR) Railroad Industrial Hygiene Forum Meeting. Portland, OR.

26. May 2011: Air Monitoring Air Sampling and Interacting with Regulators During Emergency Response. Union Pacific Railroad Tank Car Safety Course Emergency Response Training Center, Transportation Technology Center, Inc. Pueblo, CO.

27. December 2011: Toxicology of Selected Hazardous Materials Shipped by Rail. Canadian National Railroad Dangerous Goods Officer Annual Meeting. Chicago, IL.

28. October 2010: Overview of the Role of CTEH® in the MC252 Response. October 2010 meeting of The Arkansas Bar Association Environmental Law Section. Little Rock, AR.

29. April 2009: Communication Breakdown: A Case Study in the Cascading Effects of a Single Exposure Incident. 2009 Arkansas Governor's Safety and Health Conference. Rogers, AR.

30. March 2008: Chemical Protective Clothing and Respiratory Protection Overview. BNSF Hamzat Refresher Training, Emergency Response Training Center, Transportation Technology Center, Inc. Pueblo, CO.

31. March 2008: Toxicology for the Emergency Responder. BNSF Hamzat Refresher Training, Emergency Response Training Center, Transportation Technology Center, Inc. Pueblo, CO.

32. March 2008: Poster presentation at the 47th Annual Meeting of the Society of Toxicology, Seattle, WA. The Protective Effect of the Upper Airways Against Water Soluble Irritant Gas Exposure – A Case Study of Acute Ammonia Exposure. Kind, J., Nony, P., Hewitt, D.

33. March 2008: The Role of Toxicology in Emergency Response. Monthly meeting of the La Porte, Texas Local Emergency Planning Committee.

34. August 2007: "Air Monitoring During Hazardous Material Incidents." West Tennessee Emergency Management Association, Local Emergency Planning Committee August 21, 2007.

35. March 2006: Poster presentation at the 45th Annual Meeting of the Society of Toxicology, San Diego, CA. Predicting Blood Lead Levels with IEUBK: Over-Prediction at Moderate Soil Lead Levels? Freeman, R.W., Britt, J.K., Halmes, C, Kind, J.A., and James, R.C.

36. April 2000: Podium presentation at the third annual meeting of The Interdisciplinary Program in Toxicology, The University of Georgia, Athens, GA. Effects of Temperature on Mutagenesis in the λ-LIZ Transgenic Medaka Fish Model. Kind, J.A., Winn, R.N., Jagoe, C.H., Glenn, T.C., Dallas, C.E.

37. April 2000: Poster presentation at the third annual meeting of The Interdisciplinary Program in Toxicology, The University of Georgia, Athens, GA. The Application of Transgenic Mouse Models For Radiation Research. Winn, J.A., Winn, R.N., Boerringter, M.E.T.I., Jagoe, C.H., Glenn, T.C., Dallas, C.E.

38. March 2000: Poster presentation at the 39th Annual Meeting of the Society of Toxicology, Philadelphia, PA. Tissue Specific Differences in the Radioadaptive Response of Pur288 LacZ Transgenic Mice. Kind, J.A., Winn, R.N., Boerrigter, M.E.T.I., Jagoe, C.H., Glenn, T.C., Dallas, C.E.

39. October 1999: Podium presentation at the Southeast Society of Toxicology Meeting, University of Georgia, Athens, GA. Investigation of the Radioadaptive Response in Brain and Liver of Pur288 LacZ Transgenic Mice. Kind, J.A., Winn, R.N., Boerringter, M.E.T.I., Jagoe, C.H., Dallas, C.E.

40. March 1999: Poster presentation at the 38th Annual Meeting of the Society of Toxicology, New Orleans, LA. Use of a LacZ Plasmid-Based Transgenic Mouse Model for the Detection of Mutations Induced by Ionizing Radiation. Kind, J.A., Boerrigter, M.E.T.I., Winn, R.N., Jagoe, C.H., Dallas, C.E. Department of Pharmacology and Toxicology

41. November 1997: Podium presentation at the 18th Annual Meeting of the Society of Environmental Toxicology and Chemistry, San Francisco, CA. Mercury in Perch (Perca fluviatilis) from Waters in the Transcarpathain Mountain Region, Western Ukraine. Kind, J., Jagoe, C. Oleksyk, T., Dallas, C., Smith, M.

42. February 1996: Seminar presentation to the Department of Pharmacology and Toxicology, University of Georgia. Flow-Cytometric Evidence for the Division of Teolost Erythrocytes in Circulation. Kind, J.A., Jagoe, C.H., Holloman, K.A., McCreedy, C., Lingenfelser, S., and Dallas, C.E.

43. March 1995: Seminar presentation to the Department of Pharmacology and Toxicology, University of Georgia. Application of the p53 Tumor Suppressor Protein as a Biomarker for Environmental Toxicity. Kind, J.A.

44. February 1995: Poster presentation at the 1995 AAAS Annual Meeting and Science Innovation Exposition, Atlanta, GA. Patterns of Aneuploidy and Other Abnormalities in Blood Cell DNA in Fish From Chernobyl-Contaminated Regions in Ukraine. Holloman, K.A., Dallas, C.E., Kind, J.A., Jagoe, C.H., Chesser, R.K., Smith, M.H.

45. October 1994: Poster presentation at the Southeast Society of Toxicology Meeting, University of Tennessee, Knoxville, TN. Variation in Blood Cell DNA Content in Fish From Chernobyl-Contaminated Regions in The Ukraine. Holloman, K.A., Fisher, S.K., Kind, J.A., Lingenfelser, J.T. Dallas, C.E., Jagoe, C.H., Chesser, R.K., Smith, M.H.

46. April 1993: Poster presentation at area Sigma Xi meeting, Murray State University. High Performance Chromatography of Uridine Nucleotides. Kind, J.A. and Musico, O.



# Previous 4 Years of Expert Testimony

## John A. Kind, Ph.D., CIH, CSP

In the 16th Judicial District Court, Parish of Iberville, State of Louisiana
McCorvey et al. v. Multi-Chem Group, LLC, et al.
Trial Testimony August 12, 2019

In the Civil District Court for the Parish of Orleans
Dennis M. Jeter v. Ameron International Corporation, et al.
Deposition Testimony October 8, 2019

In the Superior Court of Washington for King County
William J. Tocco v. BNSF
Deposition Testimony October 10, 2019

In the Superior Court of the State of Arizona
Ronald Chaff v. Autozone, Inc. et al.
No. CV2017-091917
Deposition Testimony February 6, 2020

In the United States District Court for the Eastern District of Louisiana
Barry Wilburn et al. v. BP Exploration & Production, Inc and BP American Production Company
No. 2:18-cv-10228
Deposition Testimony February 19, 2020

In the Superior Court of the State of California, in and for the County of Los Angeles
John and Gail Metzger v. Exxon, et al.
No. 19STCV27717
Deposition Testimony February 21, 2020 and March 28, 2023 and April 13, 2023

In the Civil District Court for the Parish of Orleans, State of Louisiana
Arthur Ray Reinninger v. Exxon, et al.
No. 2016-4992 Division C-10
Deposition Testimony February 25, 2020

In the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana
 Hero Lands Company, LLC v. Chevron et al.
 No. 64-320 Division A
 Deposition Testimony October 27, 2020

In the Superior Court of the State of Delaware
 Raymond Reed, v. BNSF Railway Company, et al.
 No. N17C-10-366 EMD
 Deposition Testimony October 30, 2020

In the 25th Judicial District Court for the Parish of Plaquemines of the State of Louisiana
 Hero Lands Company, LLC v. Chevron USA Inc, et al.
 Division A Docket No. 64,320
 Hearing Testimony December 16, 2020

In the 16th Judicial District Court for the Parish of St. Mary of the State of Louisiana
 Louisiana Wetlands, LLC and New 90, LLC v. Energen Resources Corporation, et al.
 Division B Docket No. 130-527
 Deposition Testimony February 12, 2021
 Hearing Testimony February 26, 2021

In the Superior Court of California county of San Francisco
 David Springer and Dorothy Springer v. Asbestos Companies et al.
 No. CGC-20-276849
 Deposition Testimony April 23, 2021

In the Civil District Court for the Parish of New Orleans
 Samuel Scott v. Anco Insulations, Inc., et al.
 Division 12 Docket No. 2020-3994
 Deposition Testimony June 22, 2021

In the Circuit Court of Cook County, Illinois County Department, Law Division
 Mary Ann Stimac, Rep. of the Estate of R. Stimac, deceased, v. BNSF Railway Company, et al.
 No. 2019 L005045
 Deposition Testimony June 29, 2021

In the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana
 Frederick Addison et al v. Louisiana Regional Landfill Company
 Division J Suit No. 790-369
 Deposition Testimony August 11, 2021

In the United States District Court for the Eastern District of Tennessee at Knoxville
Greg Adkisson, et al v. Jacobs Engineering Group
No. 3:13-CV-505-TAC-HBG
Deposition Testimony September 15, 2021

In the Civil District Court for the Parish of Orleans State of Louisiana
James B Reno v. Anco Insulations, Inc. et al.
Division B-5 Docket No. 2020-03366
Deposition Testimony October 21, 2021

In the Superior Court of the State of California, County of Alameda
Walter Hand v. ExxonMobil Corporation, et al.
No. RG20063286
Deposition Testimony January 25, 2022

In the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana
Frederick Addison et al v. Louisiana Regional Landfill Company
Division J Suit No. 790-369
Trial Testimony February 3, 2022

In the General Court of Justice, Superior Court Division, State of North Carolina, Mecklenburg County
Sharon C. Whitlock, Personal Representative for the Estate of Larry E. Whitlock, v. Norfolk
Southern Railway Company
21-CvS-6157
Deposition Testimony June 21, 2022

In the 23rd Judicial District Court, Parish of St. James, LA
Charles E Barker v. Taylor-Seidenbach, Inc. et al
Division B Docket No. 40665
Deposition Testimony July 14, 2022

In the Court of Common Pleas Philadelphia County
Robert G Philips v. Penn Central Corporation et al.
Case No. 2896
Trial Testimony July 20, 2022

In the Montana Thirteenth Judicial District Court, Yellowstone County
    Donald Newland v. BNSF Railway Company
    Cause No. DV 18-1081 Dept. 7
    Deposition Testimony August 17, 2022

In the 31st Judicial District Court Parish of Jefferson Davis State of Louisiana
    Henning Management, LLC v. Chevron USA, Inc. et al.
    Case No. C-733-18
    Deposition Testimony August 24, 2022

In the Civil District Court for the Parish of Orleans, State of Louisiana
    Millard Clark v. Dixie Carriers, Inc et al
    Case No. 20-03891
    Deposition Testimony September 7, 2022

In the Superior Court of California County of Ventura
    Salvatore D Papetti v. Air & Liquid Systems Corp et al.
    Case No. 56-2022-00563261 CU-AS-VTA
    Deposition Testimony September 9, 2022

In the Civil District Court for the Parish of Orleans, State of Louisiana
    John Wayne Daigle and Pattie G Daigle v. Anco Insulation, Inc et al.
    Case No. 2021-09379
    Deposition Testimony October 12, 2022

In the Civil District Court for the Parish of Orleans, State of Louisiana
    Henry Falcone v. Anco Insulation, Inc et al.
    Civil Action No. 2021-00233
    Deposition Testimony October 25, 2022

In the Superior Court of California, County of Los Angeles
    Irene Ray v. Air & Liquid Systems Corporation, et al.
    Case No. JCCP 4674 / 19STCV24126
    Deposition Testimony November 1, 2022

In the 215th Judicial District Court, Harris County, TX
    John Willis v. Westlake Chemical Corporation
    Case No. 2020-08082
    Deposition Testimony December 20, 2022

In the Cook County Circuit Court, IL
    Richard Lobianco, vs. BNSF Railway Conway and AG Valley Railroad, LLC DFTS.
    Case No. 2019L000405
    Deposition Testimony January 24, 2023

In the Circuit Court of Camden County, Missouri
    Crystal Gray et al. v. Modine Manufacturing Company, et al.
    Case No. 18CM-CC00218
    Deposition Testimony January 27, 2023

In the Civil District Court for the Parish or Orleans, State of Louisiana
    Clarence Lipscomb v. Jacobs Constructors, Inc, et al
    Division B No. 2022-6461
    Deposition Testimony January 31, 2023

In the Second Judicial District Court, county of Bernalillo, State of New Mexico
    Larry Delaney at al. v. BNSF et al.
    Case No. D-202-CV-2021-05130
    Deposition Testimony February 3, 2023

In the United States District Court Western District of Louisiana Lake Charles Division
    Henning Management, LLC v. Chevron USA Inc., et al.
    Case No. 2:20-CV-00004
    Trial Testimony February 6, 2023 and February 13, 2023

In the Montana Thirteenth Judicial District Court, Yellowstone County
    Donald Newland v. BNSF Railway Company
    Case No. DV 18-1081 Dept 7
    Trial Testimony February 16, 2023

In the United States District Court for the District of Montana, Missoula Division
    Mary Diana Moe vs. BNSF Railway Company
    Case No. 9:22-CV-00068-DWM
    Deposition Testimony May 3, 2023

In the Superior Court of the State of Washington In and For Spokane County
    Jane Cundy vs. BNSF Railway Company
    Case No. 21-2-03718-32
    Deposition Testimony October 4, 2023



# Previous 4 Years of Expert Testimony

## John A. Kind, Ph.D., CIH, CSP

In the 38th Judicial District Court for the Parish of Cameron, State of Louisiana
    The Parish of Cameron vs. Auster Oil and Gas, Inc., et al
    Docket No: 10-198582
    Deposition Testimony October 25, 2023

In the Civil District Court for the Parish of Orleans, State of Louisiana
    Thomas Tully v. Ethyl Corporation, et al.
    Case No. 2023-046660
    Deposition Testimony December 21, 2023

In the State Court of Fulton County, State of Georgia
    Cornelia Stuckey, Executor of the Estate of LeGrant Stuckey v. Norfolk Southern
    Case No. 21EV000682
    Deposition Testimony January 18, 2024

In the United States District Court for the District of Montana, Great Falls Division
    Jackson Wells, as Personal Representative for the Estate of Thomas Wells; and Judith Hemphill,
    as Personal Representative for the Estate of Joyce Walder
    Case No. CV-21-97-GF-BMM
    Deposition Testimony February 13, 2024
In the Civil District Court for the Parish of New Orleans, State of Louisiana
Delos M. Blackwell v. ExxonMobil Corporation, et al.
Case No. 2023-4384
Deposition Testimony February 20, 2024

# Appendix B

## Documents Reviewed



Documents Reviewed and Considered
Jefferson Parish Landfill

| Document Type | Summary |
|---|---|
| Deposition | Deposition of Geneva Green |
| Deposition | Deposition of Scott Gremillion |
| Deposition | Deposition of Wendy Gremillion + Condensed |
| Depostion | Deposition of Adelyn Gremillion |
| Depositon | Deposition of Braxtion Gremillion |
| Deposition | Deposition of Stanley Meyers |
| Deposition | Deposition of Reshaun Richardson |
| Deposition | Deposition of Andrew Section |
| Deposition | Depositions of Jonathan Tate |
| Deposition | Deposition of Terrance Thompson |
| Deposition | Deposition of Tyrone Thompson + Condensed |
| Deposition | Deposition of Mary Ann Winningkoff |
| Deposition | Deposition of Vernice Lewis |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Geneva Green + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Scott Gremillion |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Wendy Gremillion + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Adelyn Gremillion + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Andrew Section + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Jonathan Tate + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Mary Ann Winningkoff + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Reshaun Richardson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Stanley Meyers + Corrections |
| Plaintiff Fact Sheet | Plaintff Fact Sheet of Terrance Thompson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Tyrone Thompson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Vernice Lewis + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Braxton Gremillion + Corrections |
| Pleading | Jonathan Tate: Subpoena to Produce Documents, Information, or Objects or to Permit inspection of Premises in a Civil Action |

| | |
|---|---|
| Pleading | Plaintiff Jonathan Tate's Objections and Responses to the Waste Connections Defendants Third Supplemental Set of Interrogatories |
| Pleading | Declaration of Jonathan Tate |
| Pleading | Plaintiff Wendy Gremillion's Supplemental Objections and Responses to Waste Connection's Interrogatories and Request for Production of Documents |
| Medical Records | Thompson, Terrance_WalMart Pharm |
| Medical Records | WCI_Green, Geneva_CMS |
| Medical Records | WCI_Green, Geneva_BJC_000001-000158 |
| Medical Records | WCI_Green, Geneva__WALGREENS_000001-000088 |
| Medical Records | WCI_Green, Geneva__WJMC-FDL_000001-001076 |
| Medical Records | WCI_Green, Geneva__WJMC-P_000001-000071 |
| Medical Records | WCI_Green, Geneva_Dynamic PT Westwego_00001-00006 |
| Medical Records | WCI_ Green, Geneva_West Jefferson_00001-002211 |
| Medical Records | WCI_Green, Geneva_WJMC-FDL_00001-001436 |
| Medical Records | Green, Geneva_2023.06.05 WJMC - Dr. Borron (CERT Med Recs).pdf |
| Medical Records | Green, Geneva_2023.06.09 Bone & Joint (CERT Med Recs).pdf |
| Medical Records | Green, Geneva_2023.06.24 Walgreens Pharmacy (CERT Records).pdf |
| Medical Records | Green, Geneva_2023.08.30 Marc Glovinsky (CERT Billing & Med Rec CD).pdf |
| Medical Records | WCI_Gremillion, Adelyn_EJGH_000001-000104 |
| Medical Records | WCI_Gremillion, Adelyn_OCH-NOLA_000001-000174 |
| Medical Records | WCI_Gremillion, Adelyn_Walmart Pharmacy_00001-00003 |
| Medical Records | WCI_Gremillion, Adelyn_Blue Ridge Pediatrics_00001-00014. |
| Medical Records | Gremillin, Adelyn_2023.05.31 CVS Pharmacy (CERT Med Recs) |
| Medical Records | Gremillion, Adelyn_2023.06.05 Children's Pediatrics (CERT Med Recs).pdf |
| Medical Records | Gremillion, Braxton_2023.06.01 CVS Pharmacy (CERT Med Recs).pdf |
| Medical Records | Gremillion, Braxton_2023.06.05 Children's Pediatrics (CERT Med Recs).pdf |
| Medical Records | WCI_Gremillion, Braxton_EJGH_000001-000019 |

| | |
|---|---|
| Medical Records | WCI_Gremillion, Braxton_OCH-NOLA_000001-000100 |
| Medical Records | WCI_Gremillion, Braxton_CHMPC_ 00001-000125[44] |
| Medical Records | WCI_ Gremillion, Braxton_Walgreens_00001-00014.pdf |
| Medical Records | WCI_Gremillion, Braxton_Children Hospital NO_00001-00003.pdf |
| Medical Records | WCI_Gremillion, Braxton_Lakeside Childrens_0001-00022.pdf |
| Medical Records | WCI_Gremillion, Braxton_Blue Ridge Pediatrics_00001-00013 |
| Medical Records | WCI_Gremillion, Scott_OCH-NOLA_000001-000495 |
| Medical Records | WCI_ Gremillion, Scott_Walgreens Pharmacy_00001-00027 |
| Medical Records | Gremillion, Scott_2023.05.31 CVS Pharmacy (CERT Med Recs).pdf |
| Medical Records | Gremillion, Scott_2023.06.21 Ochsner Main Campus (CERT Med Recs).pdf |
| Medical Records | WCI_Gremillion, Wendy_EJGH_000001-000098 |
| Medical Records | WCI_Gremillion, Wendy_OCH-NOLA_000001-000617 |
| Medical Records | WCI_ Gremillion, Wendy_CVS-Minute 0001-00005 |
| Medical Records | WCI_Gremillion, Wendy_Doctors After Hour UC_00001-00014 |
| Medical Records | WCI_Meyers, Stanley_BJC_000001-000237 |
| Medical Records | WCI_Meyers, Stanley_BJC_000238-000418 |
| Medical Records | WCI_Meyers, Stanley_ Culicchia Neurological Clinic_00001-00072[67] |
| Medical Records | WCI_Meyers, Stanley_Norco-Ochsner-Lapalco_00001-00439 |
| Medical Records | WCI_ Meyers, Stanley_LeBlanc Chiro_00001-00338 |
| Medical Records | WCI_Meyers, Stanley_Dr. B. Bartholomew_00001-000395 |
| Medical Records | WCI_Tate, Jonathan_IC_000001-000232 |
| Medical Records | WCI_Tate, Jonathan_L.I.F.T._00001-00041 |
| Medical Records | WCI_Tate, Jonathan_Magnolia Diagnostic_00001-00012.pdf |
| Medical Records | WCI_Tate, Jonathan_UMC-00001-00861.pdf |
| Medical Records | WCI_Thompson, Terrance_IC_000001-000009 |
| Medical Records | WCI_Thompson, Terrance_OCH-NOLA_000001-000350 |

| | |
|---|---|
| Medical Records | WCI_Thompson, Terrance_OHC-Kenner_No Records |
| Medical Records | WCI_Thompson, Terrance_OMC-Main |
| Medical Records | WCI_Thompson, Terrance_WALMART_000001-000009[95] |
| Medical Records | WCI_Winningkoff, Mary Ann_EJWC_000001-000049 |
| Medical Records | WCI_Winningkoff, Mary Ann_JenCare_000001-000087 |
| Medical Records | WCI_Winningkoff, Mary Ann_MHM UC_000001-000147 |
| Medical Records | WCI_Winningkoff, Mary Ann_OCH-NOLA_000001-004273 |
| Medical Records | WCI_Winningkoff, Mary Ann_WALGREENS_000001-000054 |
| Medical Records | WCI_Winningkoff, Mary Ann_ClaiborneDerm_000001-000061[87] |
| Medical Records | WCI_Winningkoff, Mary Ann_MHM Urgent CareKen0001-0052[33] |
| Medical Records | WCI_ Winningkoff, Mary Ann_Dr. Schott_00001-00017 |
| Medical Records | WCI_Thompson, Tyrone_OCHSNER-KENNER_000001-000606[16] |
| Medical Records | WCI_Thompson, Tyrone_Ochsner-Kenner_00001-00049[40] |
| Medical Records | WCI_Thompson, Tyrone_ UMC_00001-00838.pdf |
| Medical Records | WCI_Thompson, T_La Pain Specialists_00001-00477.pdf |
| Medical Records | WCI_Thompson, Tyrone_ Ochsner-Metairie_00001-00055.pdf |
| Medical Records | WCI_ Thompson, Tyrone_Walmart_0001-0004 |
| Medical Records | WCI_Thompson, Tyrone_UMC_00001-00885 |
| Medical Records | Lewis, Vernice_0008-0625 |
| Medical Records | WCI_Lewis, Vernice_Walmart Pharmacy_00001-0006 |
| Medical Records | WCI_Lewis, Vernice_LA Pain Doctor_00001-00288.pdf |
| Medical Records | WCI_ Lewis, Vernice_Dr. Thomas Lyons_00001-00046 |
| Medical Records | WCI_Lewis Vernice_ JenCare Senior_00001-00216 |
| Medical Records | Lewis, Vernice_Radiology Films |

| | |
|---|---|
| Medical Records | WCI_Lewis, Vernice_EJGH_00001-00439 |
| Medical Records | Lewis, Vernice_2023.05.23 LA Pain Doctor (CERT Med Recs).pdf |
| Medical Records | WCI_Lewis, Vernice_Dr. Yuatrich 00001-00002 |
| Medical Records | WCI_Lewis, Vernice_Ochsner 180_000001-000170 |
| Medical Records | Ricahrdson, Reshaun_000003 |
| Medical Records | Ricahrdson, Reshaun_000004 |
| Medical Records | Ricahrdson, Reshaun_000005 |
| Medical Records | Ricahrdson, Reshaun_000006 |
| Medical Records | Ricahrdson, Reshaun_005188 |
| Medical Records | Ricahrdson, Reshaun_005218 |
| Medical Records | Ricahrdson, Reshaun_005400 |
| Medical Records | Ricahrdson, Reshaun_005488 |
| Medical Records | Richardson, Reshaun_2023.12.01 Ochsner Metairie (CERT Med Recs).pdf |
| Medical Records | WCI_Richardson, Reshaun_Ochsner - Main_00001-0011917.pdf |
| Misc Med Records | 2023.11.14 UMC (CERT Med Recs).pdf |
| Misc Med Records | 2023.06.20 LA Pain Specialists (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.31 Walgreens (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.24 Ochsner Lapalco (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.18 Ochsner Main Campus (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.09 Culicchia Neuro (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.05 Lapalco Drugs (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0000001.pdf |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0001001 |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0002001.pdf |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0003001 |
| Expert Report | Expert Report of James Lape |
| Expert Report | Expert Report of Dr. Susan Schiffman |
| Expert Report | Expert Report of Dr. Robert DeLorenzo |

| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Andrew Section |
|---|---|
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Wendy Gremillion |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Vernice Lewis |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Terrance Thompson |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Scott Gremillion |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Geneva Green |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Tyrone Thompson |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Mary Ann Winningkoff |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Stanley Meyers |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Reshaun Richardson |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Jonathan Tate |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Adelyn Gremillion |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Braxton Gremillion |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Thompson Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Gremillion Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Section Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Tate Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Winningkoff Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Green Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Meyers Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Richardson Household |
| Expert Report | Mike Corn_Copy of KII_P2_2001 743 naph.xls |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Adelyn Gremillion |

| | |
|---|---|
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Andrew Section |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Braxton Gremillion |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Geneva Green |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Reshaun Richardson |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Terrance Thompson |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Vernice Lewis |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Wenday Gremillion |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Jonathan Tate |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Mary Ann Winningkoff |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Scott Gremillion |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Stanly Meyers |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Tyrone Thompson |
| Expert Report | Dr. Robert DeLorenzo and Dr. Michael Spodak's Analysis Chart of all Plaintiff's_BA Draft 3.5.24.xlsx |
| Expert Report | Expert Report of Matthew K. Stutz: Addendum to Expert Report in the Matter of the Jefferson Parish Landfill |
| Expert Report | Expert Report of Dr. Paolo Zannetti: Addison, et al. v. Louisiana Regional Landfill Company, et al. - Dispersion Modeling Study |
| Expert Report | Expert Report of Michael Corn on the Non-Landfill Alternative Emissions Sources in and Near Jefferson Parish, Louisiana |
| Misc Docs | LSC Odor Surveys_REV00031326 |
| Misc Docs | Google Earth File for the Jefferson Parish litigation_Trial Plaintiffs |
| Misc Docs | Court Filing_2023.05.11. Addison_Supplemental Rule 26 Disclosures |
| Misc Docs | Discovery_2023.06.01. Thompson_Lewis_RFPD Produced_Supplemental |
| Misc Docs | Exhibit 42 - WHO Air Quality Guidelines for Europe |

| | |
|---|---|
| Misc Docs | GEOSYNTEC_00014948 |
| Misc Docs | pdr.net |
| Misc Docs | https://www.wunderground.com/history |
| Misc Docs | Paper by Thomas L. Potter and Kathleen E. Simmons_Composition of Petroleum Mixtures Vol. II_1998 |

# Appendix C

## List of All Documents



All Documents Received
Jefferson Parish Landfill

| Document Type | Summary |
|---|---|
| Deposition | Deposition of Geneva Green |
| Deposition | Deposition of Scott Gremillion |
| Deposition | Deposition of Wendy Gremillion + Condensed |
| Deposition | Deposition of Adelyn Gremillion |
| Deposition | Deposition of Braxton Gremillion |
| Deposition | Deposition of Stanley Meyers |
| Deposition | Deposition of Reshaun Richardson |
| Deposition | Deposition of Andrew Section |
| Deposition | Depositions of Jonathan Tate |
| Deposition | Deposition of Terrance Thompson |
| Deposition | Deposition of Tyrone Thompson + Condensed |
| Deposition | Deposition of Mary Ann Winningkoff |
| Deposition | Deposition of Vernice Lewis |
| Deposition | Deposition of Christina Jones |
| Deposition | Deposition of Frederick L Addison Sr |
| Deposition | Deposition of Gina M Bloodsworth |
| Deposition | Deposition of Javine Shy-Johnson |
| Deposition | Deposition of Kevin Wood |
| Deposition | Deposition of Latoya Manson |
| Deposition | Deposition of Ruffus Allen |
| Deposition | Depositon of Steven Serpas |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Geneva Green + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Scott Gremillion |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Wendy Gremillion + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Adelyn Gremillion + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Andrew Section + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Jonathan Tate + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Mary Ann Winningkoff + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Reshaun Richardson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Stanley Meyers + Corrections |

| | |
|---|---|
| Plaintiff Fact Sheet | Plaintff Fact Sheet of Terrance Thompson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Tyrone Thompson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Vernice Lewis + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Braxton Gremillion + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Betty Ferrell + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Brett Nelson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Christina Jones |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Corneal Dawson + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Frederick Addison + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Gina Bloodsworth + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Javine Johnson |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Kevin Wood + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Latoya Manson |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Mary Hickingbottom + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Ruffus Allen + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Shawanda Ferrell + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Stephanie Thomas Bell + Corrections |
| Plaintiff Fact Sheet | Plaintiff Fact Sheet of Steven Serpas + Corrections |
| Pleading | Jonathan Tate: Subpoena to Produce Documents, Information, or Objects or to Permit inspection of Premises in a Civil Action |
| Pleading | Plaintiff Jonathan Tate's Objections and Responses to the Waste Connections Defendants Third Supplemental Set of Interrogatories |
| Pleading | Declaration of Jonathan Tate |
| Pleading | Plaintiff Wendy Gremillion's Responses and Set of Interogatories_2024-02-29 |
| Errata | Executed Errata of Andrew Section |

| | |
|---|---|
| Errata | Executed Errata for Mary Ann Winningkoff |
| Errata | Executed Errata for Stanley Meyers |
| Medical Records | Thompson, Terrance_WalMart Pharm |
| Medical Records | WCI_Green, Geneva_CMS |
| Medical Records | WCI_Green, Geneva_BJC_000001-000158 |
| Medical Records | WCI_Green, Geneva__WALGREENS_000001-000088 |
| Medical Records | WCI_Green, Geneva__WJMC-FDL_000001-001076 |
| Medical Records | WCI_Green, Geneva__WJMC-P_000001-000071 |
| Medical Records | WCI_Green, Geneva_Dynamic PT Westwego_00001-00006 |
| Medical Records | WCI_ Green, Geneva_West Jefferson_00001-002211 |
| Medical Records | WCI_Green, Geneva_WJMC-FDL_00001-001436 |
| Medical Records | Green, Geneva_2023.06.05 WJMC - Dr. Borron (CERT Med Recs).pdf |
| Medical Records | Green, Geneva_2023.06.09 Bone & Joint (CERT Med Recs).pdf |
| Medical Records | Green, Geneva_2023.06.24 Walgreens Pharmacy (CERT Records).pdf |
| Medical Records | Green, Geneva_2023.08.30 Marc Glovinsky (CERT Billing & Med Rec CD).pdf |
| Medical Records | WCI_Gremillion, Adelyn_EJGH_000001-000104 |
| Medical Records | WCI_Gremillion, Adelyn_OCH-NOLA_000001-000174 |
| Medical Records | WCI_Gremillion, Adelyn_Walmart Pharmacy_00001-00003 |
| Medical Records | WCI_Gremillion, Adelyn_Blue Ridge Pediatrics_00001-00014. |
| Medical Records | Gremillin, Adelyn_2023.05.31 CVS Pharmacy (CERT Med Recs) |
| Medical Records | Gremillion, Adelyn_2023.06.05 Children's Pediatrics (CERT Med Recs).pdf |
| Medical Records | Gremillion, Braxton_2023.06.01 CVS Pharmacy (CERT Med Recs).pdf |
| Medical Records | Gremillion, Braxton_2023.06.05 Children's Pediatrics (CERT Med Recs).pdf |
| Medical Records | WCI_Gremillion, Braxton_EJGH_000001-000019 |

| | |
|---|---|
| Medical Records | WCI_Gremillion, Braxton_OCH-NOLA_000001-000100 |
| Medical Records | WCI_Gremillion, Braxton_CHMPC_00001-000125[44] |
| Medical Records | WCI_ Gremillion, Braxton_Walgreens_00001-00014.pdf |
| Medical Records | WCI_Gremillion, Braxton_Children Hospital NO_00001-00003.pdf |
| Medical Records | WCI_Gremillion, Braxton_Lakeside Childrens_0001-00022.pdf |
| Medical Records | WCI_Gremillion, Braxton_Blue Ridge Pediatrics_00001-00013 |
| Medical Records | WCI_Gremillion, Scott_OCH-NOLA_000001-000495 |
| Medical Records | WCI_ Gremillion, Scott_Walgreens Pharmacy_00001-00027 |
| Medical Records | Gremillion, Scott_2023.05.31 CVS Pharmacy (CERT Med Recs).pdf |
| Medical Records | Gremillion, Scott_2023.06.21 Ochsner Main Campus (CERT Med Recs).pdf |
| Medical Records | WCI_Gremillion, Wendy_EJGH_000001-000098 |
| Medical Records | WCI_Gremillion, Wendy_OCH-NOLA_000001-000617 |
| Medical Records | WCI_ Gremillion, Wendy_CVS-Minute 00001-00005 |
| Medical Records | WCI_Gremillion, Wendy_Doctors After Hour UC_00001-00014 |
| Medical Records | WCI_Meyers, Stanley_BJC_000001-000237 |
| Medical Records | WCI_Meyers, Stanley_BJC_000238-000418 |
| Medical Records | WCI_Meyers, Stanley_ Culicchia Neurological Clinic_00001-00072[67] |
| Medical Records | WCI_Meyers, Stanley_Norco-Ochsner-Lapalco_00001-00439 |
| Medical Records | WCI_ Meyers, Stanley_LeBlanc Chiro_00001-00338 |
| Medical Records | WCI_Meyers, Stanley_Dr. B. Bartholomew_00001-000395 |
| Medical Records | WCI_Tate, Jonathan_IC_000001-000232 |
| Medical Records | WCI_Tate, Jonathan_L.I.F.T._00001-00041 |
| Medical Records | WCI_Thompson, Terrance_IC_000001-000009 |

| | |
|---|---|
| Medical Records | WCI_Thompson, Terrance_OCH-NOLA_000001-000350 |
| Medical Records | WCI_Thompson, Terrance_OHC-Kenner_No Records |
| Medical Records | WCI_Thompson, Terrance_OMC-Main |
| Medical Records | WCI_Thompson, Terrance_WALMART_000001-000009[95] |
| Medical Records | WCI_Winningkoff, Mary Ann_EJWC_000001-000049 |
| Medical Records | WCI_Winningkoff, Mary Ann_JenCare_000001-000087 |
| Medical Records | WCI_Winningkoff, Mary Ann_MHM UC_000001-000147 |
| Medical Records | WCI_Winningkoff, Mary Ann_OCH-NOLA_000001-004273 |
| Medical Records | WCI_Winningkoff, Mary Ann_WALGREENS_000001-000054 |
| Medical Records | WCI_Winningkoff, Mary Ann_ClaiborneDerm_000001-000061[87] |
| Medical Records | WCI_Winningkoff, Mary Ann_MHM Urgent CareKen0001-0052[33] |
| Medical Records | WCI_ Winningkoff, Mary Ann_Dr. Schott_00001-00017 |
| Medical Records | WCI_Thompson, Tyrone_OCHSNER-KENNER_000001-000606[16] |
| Medical Records | WCI_Thompson, Tyrone_Ochsner-Kenner_00001-00049[40] |
| Medical Records | WCI_Thompson, Tyrone_ UMC_00001-00838.pdf |
| Medical Records | WCI_Thompson, Tyrone_La Pain Specialists_00001-00477.pdf |
| Medical Records | WCI_Thompson, Tyrone_ Ochsner-Metairie_00001-00055.pdf |
| Medical Records | WCI_ Thompson, Tyrone_Walmart_0001-0004 |
| Medical Records | WCI_Thompson, Tyrone_UMC_00001-00885 |
| Medical Records | Lewis, Vernice_0008-0625 |
| Medical Records | WCI_Lewis, Vernice_Walmart Pharmacy_00001-0006 |

| | |
|---|---|
| Medical Records | WCI_Lewis, Vernice_LA Pain Doctor_00001-00288.pdf |
| Medical Records | WCI_ Lewis, Vernice_Dr. Thomas Lyons_00001-00046 |
| Medical Records | WCI_Lewis Vernice_ JenCare Senior_00001-00216 |
| Medical Records | **Lewis, Vernice_Radiology Films** |
| Medical Records | WCI_Lewis, Vernice_EJGH_00001-00439 |
| Medical Records | Lewis, Vernice_2023.05.23 LA Pain Doctor (CERT Med Recs).pdf |
| Medical Records | Ricahrdson, Reshaun_000003 |
| Medical Records | Ricahrdson, Reshaun_000004 |
| Medical Records | Ricahrdson, Reshaun_000005 |
| Medical Records | Ricahrdson, Reshaun_000006 |
| Medical Records | Ricahrdson, Reshaun_005188 |
| Medical Records | Ricahrdson, Reshaun_005218 |
| Medical Records | Ricahrdson, Reshaun_005400 |
| Medical Records | Ricahrdson, Reshaun_005488 |
| Medical Records | Richardson, Reshaun_2023.12.01 Ochsner Metairie (CERT Med Recs).pdf |
| Medical Records | Tate, Jonathan_Inclusive Care_2023-04-04 |
| Medical Records | Tate, Jonathan_Wal-Mart Pharmacy_2023-04-04 |
| Medical Records | Dawson, Corneal |
| Medical Records | fax_Mar30_2023_0955am_p1 |
| Medical Records | Green, Geneva_Medical Records |
| Medical Records | Hickingbottom, Mary_Walgreens |
| Medical Records | Dawson, Corneal_JP#221 |
| Medical Records | Bloodsworth, Gina_JP#77 |
| Medical Records | Wood, Kevin_Medical Records |
| Medical Records | Hickingbottom, Mary_Medical Records |
| Medical Records | Winnkingkoff, Mary_Medical Records |
| Medical Records | Ferrell, Shawanda_Medical Records |
| Medical Records | WCI_Bloodsworth, Gina_AD_000001-000014 |
| Medical Records | WCI_Bloodsworth, Gina_FDS_000001-000006 |
| Medical Records | WCI_Bloodsworth, Gina_IMS-000001-000018 |
| Medical Records | WCI_Bloodsworth, Gina_OMC_000001-000007 |

| | |
|---|---|
| Medical Records | WCI_Bloodsworth, Gina_TDC_000001-000006 |
| Medical Records | WCI_Bloodsworth, Gina_TDC_000007-000016 |
| Medical Records | WCI_Bloodsworth, Gina_TDMSC_000001-000009 |
| Medical Records | WCI_Bloodsworth, Gina_TDMSC_000010-000019 |
| Medical Records | WCI_Bloodsworth, Gina_Touro_000001-000273 |
| Medical Records | WCI_Dawson, Corneal_IC_000001-000466 |
| Medical Records | WCI_Ferrell, Betty_CMS_000001-000118 |
| Medical Records | WCI_Section, Andrew_JCHCC_000001-000053 |
| Medical Records | WCI_Winningkoff, Mary Ann_CMS NO RECORDS |
| Medical Records | WCI_Wood, Kevin_Dr.Pool_000001 |
| Medical Records | WCI_Wood, Kevin_EJ Internal Medicine_No Records |
| Medical Records | WCI_Wood, Kevin_WALGREENS_000001-000051 |
| Medical Records | WCI_ Section, Andrew Westcare Medical Ctr_00001 |
| Medical Records | WCI_Green, Geneva_Walmart Pharmacy_00001 |
| Medical Records | WCI_Green, Geneva_Westcare Medical Ctr_00001 |
| Medical Records | WCI_Tate, Jonathan_Walmart Pharmacy_00001 |
| Medical Records | Richardson, Reshaun_005179 |
| Medical Records | Richardson, Reshaun_005213 |
| Medical Records | WCI_Richardson, Reshaun_WJMC_00001-00002.pdf |
| Medical Records | Section, Andrew_2023.06.09 Walgreens (CERT Recs).pdf |
| Medical Records | Section, Andrew_2023.07.11 InclusivCare (CERT Med Recs).pdf |
| Medical Records | Tate, Jonathan_2023.06.01 Walmart Pharmacy (CERT Med Recs).pdf |
| Medical Records | Tate, Jonathan_2023.06.06 Walgreens Pharmacy (CERT Pharmacy Records).pdf |
| Medical Records | Thompson,Terrance_2023.05.31 Ochsner Kenner (CERT Med Recs).pdf |

| | |
|---|---|
| Medical Records | Thompson, Terrance_2023.06.21 Ochsner Main Campus (CERT Med Recs).pdf |
| Medical Records | Thompson, Tyrone_2023.06.12 Dr. Raul Estaris (CERT Med Recs).pdf |
| Medical Records | Gremillion, Wendy_2023.09.06 Ochsner Main Campus (CERT Med Recs).pdf |
| Medical Records | Gremillion, Wendy_2023.09.06 Ochsner Urgent Care - River Ridge (CERT Med Recs).pdf |
| Medical Records | Winningkoff, Mary Ann_2023.04.24 Ochsner Urgent Care River Ridge (CERT Med Recs).pdf |
| Medical Records | Winningkoff, Mary Ann_2023.06.05 EJGH - Women's Health (CERT Med Recs).pdf |
| Medical Records | Winningkoff, Mary Ann_2023.06.06 Ochsner Primary Care (CERT Med Recs).pdf |
| Medical Records | Winningkoff, Mary Ann_2023.06.08 Ochsner Main Campus (CERT Med Recs).pdf |
| Medical Records | Winningkoff, Mary Ann_2023.07.11 MD Claiborne & Assoc. (CERT Med Recs).pdf |
| Medical Records | Winningkoff, Mary Ann_2023.11.09 Dr. Kellene Cole (Med Recs).pdf |
| Medical Records | WCI_Richardson, Reshaun_Ochsner - Main_00001-0011917.pdf |
| Medical Records | Radiology Films - Jonathan Tate |
| Medical Records | 2023.05.18 Ochsner Main Campus (CERT Med Recs).pdf |
| Medical Records | 2023.05.25 Walmart Pharmacy (CERT Records).pdf |
| Medical Records | 2023.10.06 MedRehab Metairie |
| Medical Records | 2023.11.14 Ochsner Main Campus (CERT Med Recs).pdf |
| Medical Records | 2023.11.14 Ochsner Urgent Care-River Ridge (CERT Med Recs) [AG].pdf |
| Medical Records | 2023.11.14 Ochsner Urgent Care-River Ridge (CERT Med Recs).pdf |
| Medical Records | 2023.11.14 UMC (CERT Med Recs).pdf |
| Medical Records | 2023.11.28 Ochsner Kenner (CERT Med Recs).pdf |
| Medical Records | 2023.12.11 Walgreens (CERT Recs).pdf |
| Medical Records | 2023.12.14 Walgreens (CERT Recs).pdf |
| Medical Records | 2023.12.18 Walgreens (CERT Recs).pdf |
| Medical Records | WCI_ Lewis, Vernice_UMC_00001-00824.pdf |

| | |
|---|---|
| Medical Records | WCI_Tate, Jonathan_ CVS Pharmacy_00001-00006.pdf |
| Medical Records | WCI_Gremillion, Wendy_Doctors After Hour UC_00001-00014.pdf |
| Medical Records | WCI_Tate, Jonathan_L.I.F.T._00001-00041.pdf |
| Medical Records | WCI_Tate, Jonathan_Magnolia Diagnostic_00001-00012.pdf |
| Medical Records | WCI_Tate, Jonathan_UMC-00001-00861.pdf |
| Misc Med Records | 2023.11.14 UMC (CERT Med Recs).pdf |
| Misc Med Records | 2023.06.20 LA Pain Specialists (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.31 Walgreens (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.24 Ochsner Lapalco (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.18 Ochsner Main Campus (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.09 Culicchia Neuro (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.05 Lapalco Drugs (CERT Med Recs).pdf |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0000001.pdf |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0001001 |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0002001.pdf |
| Misc Med Records | 2023.05.11 VA Med Center (CERT Med Recs) - 0003001 |
| Expert Report | Expert Report of James Lape |
| Expert Report | Expert Report of Dr. Susan Schiffman |
| Expert Report | Expert Report of Dr. Robert DeLorenzo |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Andrew Section |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Wendy Gremillion |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Vernice Lewis |
| Expert Report | Expert Report of Dr. Michael Spodak  in the Matter of Terrance Thompson |

| | |
|---|---|
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Scott Gremillion |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Geneva Green |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Tyrone Thompson |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Mary Ann Winningkoff |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Stanley Meyers |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Reshaun Richardson |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Jonathan Tate |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Adelyn Gremillion |
| Expert Report | Expert Report of Dr. Michael Spodak in the Matter of Braxton Gremillion |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Thompson Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Gremillion Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Section Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Tate Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Winningkoff Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Green Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Meyers Household |
| Expert Report | Expert Report of Dr. Paolo Zanetti in the matter of the Richardson Household |
| Expert Report | Mike Corn_Copy of KII_P2_2001 743 naph.xls |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Adelyn Gremillion |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Andrew Section |

| | |
|---|---|
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Braxton Gremillion |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Geneva Green |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Reshaun Richardson |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Terrance Thompson |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Vernice Lewis |
| Expert Report | Expert Report and Medical Evaluation of Dr. Jacob Rabon in the Matter of Wenday Gremillion |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Jonathan Tate |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Mary Ann Winningkoff |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Scott Gremillion |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Stanly Meyers |
| Expert Report | Expert Report and Medical Evaluation of Dr. Charles Santos in the Matter of Tyrone Thompson |
| Expert Report | Dr. Robert DeLorenzo and Dr. Michael Spodak's Analysis Chart  of all Plaintiff's_BA Draft 3.5.24.xlsx |
| Expert Report | Expert Report of Matthew K. Stutz: Addendum to Expert Report in the Matter of the Jefferson Parish Landfill |
| Expert Report | Expert Report of Dr. Paolo Zannetti: Addison, et al. v. Louisiana Regional Landfill Company, et al. - Dispersion Modeling Study |
| Expert Report | Expert Report of Mike Corn |
| Misc Docs | LSC Odor Surveys_REV00031326 |

| | |
|---|---|
| Misc Docs | Google Earth File for the Jefferson Parish litigation_Trial Plaintiffs |
| Misc Docs | Court Filing_2023.05.11. Addison_Supplemental Rule 26 Disclosures |
| Misc Docs | Discovery_2023.06.01. Thompson_Lewis_RFPD Produced_Supplemental |
| Misc Docs | Exhibit 42 - WHO Air Quality Guidelines for Europe |
| Misc Docs | GEOSYNTEC_00014948 |
| Misc Docs | pdr.net |
| Misc Docs | Met Data Website from Eric Callahan |
| Misc Docs | Paper by Thomas L. Potter and Kathleen E. Simmons_Composition of Petroleum Mixtures Vol. II_1998 |
| Misc Docs | Text Messanges from Wendy Gremillion_001969.jpg |
| Misc Docs | Text Messages from Wendy Gremillion_001970.jpg |
| Misc Docs | Text Messages from Wendy Gremillion_001971.jpg |
| Misc Docs | Text Messages from Wendy Gremillion_001972.jpg |
| Misc Docs | Text Messages from Wendy Gremillion_001973.jpg |
| Misc Docs | Text Messages from Wendy Gremillion_001974.jpg |
| Misc Docs | Text Messages from Wendy Gremillion_001975.jpg |
| Misc Docs | Text Messages from Wendy Gremillion_001975[16] |
| Texts from Wendy Gremillion | PLAINTIFFS_001969.jpg |
| Texts from Wendy Gremillion | PLAINTIFFS_001970.jpg |
| Texts from Wendy Gremillion | PLAINTIFFS_001971.jpg |
| Texts from Wendy Gremillion | PLAINTIFFS_001972.jpg |
| Texts from Wendy Gremillion | PLAINTIFFS_001973.jpg |
| Texts from Wendy Gremillion | PLAINTIFFS_001974.jpg |
| Texts from Wendy Gremillion | PLAINTIFFS_001975.jpg |
| Texts from Wendy Gremillion | PLAINTIFFS_001975[16] |
| Nextdoor Complaints | Wendy Gremillion Nextdoor Comments |
| Facebook Posts | WC_JPLF_HERBERT_00001823 |
| Facebook Posts | WC_JPLF_HERBERT_00002257 |
| Facebook Posts | WC_JPLF_HERBERT_00002416 |

| | |
|---|---|
| Facebook Posts | WC_JPLF_HERBERT_00002480 |
| Facebook Posts | WC_JPLF_HERBERT_00002558 |
| Facebook Posts | WC_JPLF_HERBERT_00002645 |
| Facebook Posts | WC_JPLF_HERBERT_00002724 |
| Facebook Posts | WC_JPLF_HERBERT_00003479 |
| Facebook Posts | WC_JPLF_HERBERT_00003812 |
| Facebook Posts | WC_JPLF_HERBERT_00003826 |
| Facebook Posts | WC_JPLF_HERBERT_00004731 |
| Facebook Posts | WC_JPLF_HERBERT_00004805 |
| Facebook Posts | WC_JPLF_HERBERT_00004902 |
| Facebook Posts | WC_JPLF_HERBERT_00004987 |
| Facebook Posts | WC_JPLF_HERBERT_00004992 |
| Facebook Posts | WC_JPLF_HERBERT_00005012 |
| Facebook Posts | WC_JPLF_HERBERT_00005013 |
| Facebook Posts | WC_JPLF_HERBERT_00005357 |
| Facebook Posts | WC_JPLF_HERBERT_00005500 |
| Facebook Posts | WC_JPLF_HERBERT_00005539 |
| Facebook Posts | WC_JPLF_HERBERT_00005595 |
| Facebook Posts | WC_JPLF_HERBERT_00005622 |
| Facebook Posts | WC_JPLF_HERBERT_00005729 |
| Facebook Posts | WC_JPLF_HERBERT_00005767 |
| Facebook Posts | WC_JPLF_HERBERT_00005774 |
| Facebook Posts | WC_JPLF_HERBERT_00005937 |
| Facebook Posts | WC_JPLF_HERBERT_00006000 |
| Facebook Posts | WC_JPLF_HERBERT_00006049 |
| Facebook Posts | WC_JPLF_HERBERT_00006055 |
| Facebook Posts | WC_JPLF_HERBERT_00006077 |
| Facebook Posts | WC_JPLF_HERBERT_00006098 |
| Facebook Posts | WC_JPLF_HERBERT_00006109 |
| Facebook Posts | WC_JPLF_HERBERT_00006114 |
| Facebook Posts | WC_JPLF_HERBERT_00006246 |
| Facebook Posts | WC_JPLF_HERBERT_00006365 |
| Facebook Posts | WC_JPLF_HERBERT_00006369 |
| Facebook Posts | WC_JPLF_HERBERT_00006373 |
| Facebook Posts | WC_JPLF_HERBERT_00006377 |
| Facebook Posts | WC_JPLF_HERBERT_00006440 |
| Facebook Posts | WC_JPLF_HERBERT_00006459 |
| Facebook Posts | WC_JPLF_HERBERT_00006636 |
| Facebook Posts | WC_JPLF_HERBERT_00006992 |
| Facebook Posts | WC_JPLF_HERBERT_00007165 |
| Facebook Posts | WC_JPLF_HERBERT_00007441 |
| Facebook Posts | WC_JPLF_HERBERT_00007637 |
| Facebook Posts | WC_JPLF_HERBERT_00007682 |
| Facebook Posts | WC_JPLF_HERBERT_00007705 |

| | |
|---|---|
| Facebook Posts | WC_JPLF_HERBERT_00007787 |
| Facebook Posts | WC_JPLF_HERBERT_00007886 |
| Facebook Posts | WC_JPLF_HERBERT_00008020 |
| Facebook Posts | WC_JPLF_HERBERT_00008072 |
| Facebook Posts | WC_JPLF_HERBERT_00008378 |
| Facebook Posts | WC_JPLF_HERBERT_00008388 |
| Facebook Posts | WC_JPLF_HERBERT_00008409 |
| Facebook Posts | WC_JPLF_HERBERT_00008461 |
| Facebook Posts | WC_JPLF_HERBERT_00008470 |
| Facebook Posts | WC_JPLF_HERBERT_00008494 |
| Facebook Posts | WC_JPLF_HERBERT_00008940 |
| Facebook Posts | WC_JPLF_HERBERT_00009124 |
| Facebook Posts | WC_JPLF_HERBERT_00009149 |
| Facebook Posts | WC_JPLF_HERBERT_00009156 |
| Facebook Posts | WC_JPLF_HERBERT_00009197 |
| Facebook Posts | WC_JPLF_HERBERT_00009238 |
| Facebook Posts | WC_JPLF_HERBERT_00009255 |
| Facebook Posts | WC_JPLF_HERBERT_00009286 |
| Facebook Posts | WC_JPLF_HERBERT_00009320 |
| Facebook Posts | WC_JPLF_HERBERT_00009362 |
| Facebook Posts | WC_JPLF_HERBERT_00009382 |
| Facebook Posts | WC_JPLF_HERBERT_00009408 |
| Facebook Posts | WC_JPLF_HERBERT_00009409 |
| Facebook Posts | WC_JPLF_HERBERT_00009431 |
| Facebook Posts | WC_JPLF_HERBERT_00009433 |
| Facebook Posts | WC_JPLF_HERBERT_00009475 |
| Facebook Posts | WC_JPLF_HERBERT_00009589 |
| Facebook Posts | WC_JPLF_HERBERT_00009603 |
| Facebook Posts | WC_JPLF_HERBERT_00009626 |
| Facebook Posts | WC_JPLF_HERBERT_00009713 |
| Facebook Posts | WC_JPLF_HERBERT_00009716 |
| Facebook Posts | WC_JPLF_HERBERT_00009724 |
| Facebook Posts | WC_JPLF_HERBERT_00009876 |
| Facebook Posts | WC_JPLF_HERBERT_00009880 |
| Facebook Posts | WC_JPLF_HERBERT_00009884 |
| Facebook Posts | WC_JPLF_HERBERT_00009900 |
| Facebook Posts | WC_JPLF_HERBERT_00009920 |
| Facebook Posts | WC_JPLF_HERBERT_00009973 |
| Facebook Posts | WC_JPLF_HERBERT_00010128 |
| Facebook Posts | WC_JPLF_HERBERT_00010601 |
| Facebook Posts | WC_JPLF_HERBERT_00011018 |
| Facebook Posts | WC_JPLF_HERBERT_00011205 |
| Facebook Posts | WC_JPLF_HERBERT_00011231 |
| Facebook Posts | WC_JPLF_HERBERT_00011635 |

| | |
|---|---|
| Facebook Posts | WC_JPLF_HERBERT_00012799 |
| Odor Complaints | WC_JPLF_00424876 |
| Odor Complaints | WC_JPLF_00424912 |
| Odor Complaints | WC_JPLF_00424949 |
| Odor Complaints | WC_JPLF_00424979 |
| Odor Complaints | WC_JPLF_00424998 |
| Odor Complaints | WC_JPLF_00425020 |
| Odor Complaints | WC_JPLF_00425067 |
| Odor Complaints | WC_JPLF_00425104 |
| Odor Complaints | WC_JPLF_00425146 |
| Odor Complaints | WC_JPLF_00425197 |
| Odor Complaints | WC_JPLF_00425232 |
| Odor Complaints | WC_JPLF_00425264 |
| Odor Complaints | WC_JPLF_00425311 |
| Odor Complaints | WC_JPLF_00425363 |
| Odor Complaints | WC_JPLF_00425371 |
| Odor Complaints | WC_JPLF_00425454 |
| Odor Complaints | WC_JPLF_00425485 |
| Odor Complaints | WC_JPLF_00425522 |
| Odor Complaints | WC_JPLF_00425594 |
| Odor Complaints | WC_JPLF_00425633 |
| Odor Complaints | WC_JPLF_00425653 |
| Odor Complaints | WC_JPLF_00425672 |
| Odor Complaints | WC_JPLF_00425684 |
| Odor Complaints | WC_JPLF_00425699 |
| Odor Complaints | WC_JPLF_00425771 |
| Odor Complaints | WC_JPLF_00425793 |
| Odor Complaints | WC_JPLF_00425813 |
| Odor Complaints | WC_JPLF_00425833 |
| Odor Complaints | WC_JPLF_00425846 |
| Odor Complaints | WC_JPLF_00425858 |
| Odor Complaints | WC_JPLF_00425868 |
| Odor Complaints | WC_JPLF_00425927 |
| Odor Complaints | WC_JPLF_00425992 |
| Odor Complaints | WC_JPLF_00426022 |
| Odor Complaints | WC_JPLF_00426077 |
| Odor Complaints | WC_JPLF_00426107 |
| Odor Complaints | WC_JPLF_00426151 |
| Odor Complaints | WC_JPLF_00426169 |
| Odor Complaints | WC_JPLF_00426197 |
| Odor Complaints | WC_JPLF_00426212 |
| Odor Complaints | WC_JPLF_00426226 |
| Odor Complaints | WC_JPLF_00426248 |
| Odor Complaints | WC_JPLF_00426267 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00426292 |
| Odor Complaints | WC_JPLF_00426314 |
| Odor Complaints | WC_JPLF_00426348 |
| Odor Complaints | WC_JPLF_00426387 |
| Odor Complaints | WC_JPLF_00426419 |
| Odor Complaints | WC_JPLF_00426441 |
| Odor Complaints | WC_JPLF_00426457 |
| Odor Complaints | WC_JPLF_00426517 |
| Odor Complaints | WC_JPLF_00426584 |
| Odor Complaints | WC_JPLF_00426637 |
| Odor Complaints | WC_JPLF_00426683 |
| Odor Complaints | WC_JPLF_00426716 |
| Odor Complaints | WC_JPLF_00426735 |
| Odor Complaints | WC_JPLF_00426779 |
| Odor Complaints | WC_JPLF_00426808 |
| Odor Complaints | WC_JPLF_00426845 |
| Odor Complaints | WC_JPLF_00426883 |
| Odor Complaints | WC_JPLF_00426918 |
| Odor Complaints | WC_JPLF_00426927 |
| Odor Complaints | WC_JPLF_00427008 |
| Odor Complaints | WC_JPLF_00427032 |
| Odor Complaints | WC_JPLF_00427091 |
| Odor Complaints | WC_JPLF_00427130 |
| Odor Complaints | WC_JPLF_00427166 |
| Odor Complaints | WC_JPLF_00427205 |
| Odor Complaints | WC_JPLF_00427227 |
| Odor Complaints | WC_JPLF_00427294 |
| Odor Complaints | WC_JPLF_00427319 |
| Odor Complaints | WC_JPLF_00427351 |
| Odor Complaints | WC_JPLF_00427380 |
| Odor Complaints | WC_JPLF_00427404 |
| Odor Complaints | WC_JPLF_00427435 |
| Odor Complaints | WC_JPLF_00427534 |
| Odor Complaints | WC_JPLF_00427570 |
| Odor Complaints | WC_JPLF_00427623 |
| Odor Complaints | WC_JPLF_00427677 |
| Odor Complaints | WC_JPLF_00427738 |
| Odor Complaints | WC_JPLF_00427792 |
| Odor Complaints | WC_JPLF_00427846 |
| Odor Complaints | WC_JPLF_00427878 |
| Odor Complaints | WC_JPLF_00427882 |
| Odor Complaints | WC_JPLF_00428078 |
| Odor Complaints | WC_JPLF_00428111 |
| Odor Complaints | WC_JPLF_00428144 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00428199 |
| Odor Complaints | WC_JPLF_00428228 |
| Odor Complaints | WC_JPLF_00428251 |
| Odor Complaints | WC_JPLF_00428285 |
| Odor Complaints | WC_JPLF_00428320 |
| Odor Complaints | WC_JPLF_00428361 |
| Odor Complaints | WC_JPLF_00428395 |
| Odor Complaints | WC_JPLF_00428414 |
| Odor Complaints | WC_JPLF_00428432 |
| Odor Complaints | WC_JPLF_00428453 |
| Odor Complaints | WC_JPLF_00428495 |
| Odor Complaints | WC_JPLF_00428532 |
| Odor Complaints | WC_JPLF_00428581 |
| Odor Complaints | WC_JPLF_00428604 |
| Odor Complaints | WC_JPLF_00428627 |
| Odor Complaints | WC_JPLF_00428648 |
| Odor Complaints | WC_JPLF_00428665 |
| Odor Complaints | WC_JPLF_00428701 |
| Odor Complaints | WC_JPLF_00428735 |
| Odor Complaints | WC_JPLF_00428757 |
| Odor Complaints | WC_JPLF_00428774 |
| Odor Complaints | WC_JPLF_00428808 |
| Odor Complaints | WC_JPLF_00428840 |
| Odor Complaints | WC_JPLF_00428873 |
| Odor Complaints | WC_JPLF_00428893 |
| Odor Complaints | WC_JPLF_00428921 |
| Odor Complaints | WC_JPLF_00428944 |
| Odor Complaints | WC_JPLF_00428967 |
| Odor Complaints | WC_JPLF_00429003 |
| Odor Complaints | WC_JPLF_00429039 |
| Odor Complaints | WC_JPLF_00429056 |
| Odor Complaints | WC_JPLF_00429074 |
| Odor Complaints | WC_JPLF_00429098 |
| Odor Complaints | WC_JPLF_00429121 |
| Odor Complaints | WC_JPLF_00429142 |
| Odor Complaints | WC_JPLF_00429164 |
| Odor Complaints | WC_JPLF_00429186 |
| Odor Complaints | WC_JPLF_00429209 |
| Odor Complaints | WC_JPLF_00429231 |
| Odor Complaints | WC_JPLF_00429256 |
| Odor Complaints | WC_JPLF_00429281 |
| Odor Complaints | WC_JPLF_00429336 |
| Odor Complaints | WC_JPLF_00429362 |
| Odor Complaints | WC_JPLF_00429679 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00429776 |
| Odor Complaints | WC_JPLF_00429955 |
| Odor Complaints | WC_JPLF_00431089 |
| Odor Complaints | WC_JPLF_00431239 |
| Odor Complaints | WC_JPLF_00431890 |
| Odor Complaints | WC_JPLF_00432230 |
| Odor Complaints | WC_JPLF_00432406 |
| Odor Complaints | WC_JPLF_00433563 |
| Odor Complaints | WC_JPLF_00433756 |
| Odor Complaints | WC_JPLF_00434038 |
| Odor Complaints | WC_JPLF_00434063 |
| Odor Complaints | WC_JPLF_00434088 |
| Odor Complaints | WC_JPLF_00434275 |
| Odor Complaints | WC_JPLF_00435029 |
| Odor Complaints | WC_JPLF_00435046 |
| Odor Complaints | WC_JPLF_00435334 |
| Odor Complaints | WC_JPLF_00435349 |
| Odor Complaints | WC_JPLF_00435367 |
| Odor Complaints | WC_JPLF_00435386 |
| Odor Complaints | WC_JPLF_00435404 |
| Odor Complaints | WC_JPLF_00435419 |
| Odor Complaints | WC_JPLF_00435441 |
| Odor Complaints | WC_JPLF_00435464 |
| Odor Complaints | WC_JPLF_00435487 |
| Odor Complaints | WC_JPLF_00435513 |
| Odor Complaints | WC_JPLF_00435536 |
| Odor Complaints | WC_JPLF_00435560 |
| Odor Complaints | WC_JPLF_00436503 |
| Odor Complaints | WC_JPLF_00436528 |
| Odor Complaints | WC_JPLF_00436551 |
| Odor Complaints | WC_JPLF_00436571 |
| Odor Complaints | WC_JPLF_00436596 |
| Odor Complaints | WC_JPLF_00436617 |
| Odor Complaints | WC_JPLF_00436732 |
| Odor Complaints | WC_JPLF_00436745 |
| Odor Complaints | WC_JPLF_00436761 |
| Odor Complaints | WC_JPLF_00436775 |
| Odor Complaints | WC_JPLF_00436796 |
| Odor Complaints | WC_JPLF_00436809 |
| Odor Complaints | WC_JPLF_00436823 |
| Odor Complaints | WC_JPLF_00436839 |
| Odor Complaints | WC_JPLF_00436857 |
| Odor Complaints | WC_JPLF_00436984 |
| Odor Complaints | WC_JPLF_00437178 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00437292 |
| Odor Complaints | WC_JPLF_00437308 |
| Odor Complaints | WC_JPLF_00437322 |
| Odor Complaints | WC_JPLF_00437348 |
| Odor Complaints | WC_JPLF_00437368 |
| Odor Complaints | WC_JPLF_00445831 |
| Odor Complaints | WC_JPLF_00448042 |
| Odor Complaints | WC_JPLF_00448858 |
| Odor Complaints | WC_JPLF_00449244 |
| Odor Complaints | WC_JPLF_00449706 |
| Odor Complaints | WC_JPLF_00449715 |
| Odor Complaints | WC_JPLF_00449724 |
| Odor Complaints | WC_JPLF_00449736 |
| Odor Complaints | WC_JPLF_00449746 |
| Odor Complaints | WC_JPLF_00449806 |
| Odor Complaints | WC_JPLF_00449813 |
| Odor Complaints | WC_JPLF_00449818 |
| Odor Complaints | WC_JPLF_00449860 |
| Odor Complaints | WC_JPLF_00450294 |
| Odor Complaints | WC_JPLF_00450302 |
| Odor Complaints | WC_JPLF_00450306 |
| Odor Complaints | WC_JPLF_00450536 |
| Odor Complaints | WC_JPLF_00450554 |
| Odor Complaints | WC_JPLF_00450610 |
| Odor Complaints | WC_JPLF_00450635 |
| Odor Complaints | WC_JPLF_00450660 |
| Odor Complaints | WC_JPLF_00450693 |
| Odor Complaints | WC_JPLF_00450701 |
| Odor Complaints | WC_JPLF_00450709 |
| Odor Complaints | WC_JPLF_00450715 |
| Odor Complaints | WC_JPLF_00450728 |
| Odor Complaints | WC_JPLF_00450740 |
| Odor Complaints | WC_JPLF_00450951 |
| Odor Complaints | WC_JPLF_00451092 |
| Odor Complaints | WC_JPLF_00451104 |
| Odor Complaints | WC_JPLF_00451122 |
| Odor Complaints | WC_JPLF_00451149 |
| Odor Complaints | WC_JPLF_00451172 |
| Odor Complaints | WC_JPLF_00451189 |
| Odor Complaints | WC_JPLF_00451206 |
| Odor Complaints | WC_JPLF_00451221 |
| Odor Complaints | WC_JPLF_00451236 |
| Odor Complaints | WC_JPLF_00451244 |
| Odor Complaints | WC_JPLF_00451254 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00451266 |
| Odor Complaints | WC_JPLF_00451274 |
| Odor Complaints | WC_JPLF_00451284 |
| Odor Complaints | WC_JPLF_00451411 |
| Odor Complaints | WC_JPLF_00451420 |
| Odor Complaints | WC_JPLF_00451434 |
| Odor Complaints | WC_JPLF_00451439 |
| Odor Complaints | WC_JPLF_00451443 |
| Odor Complaints | WC_JPLF_00451458 |
| Odor Complaints | WC_JPLF_00451471 |
| Odor Complaints | WC_JPLF_00451484 |
| Odor Complaints | WC_JPLF_00451497 |
| Odor Complaints | WC_JPLF_00451512 |
| Odor Complaints | WC_JPLF_00451530 |
| Odor Complaints | WC_JPLF_00451549 |
| Odor Complaints | WC_JPLF_00451567 |
| Odor Complaints | WC_JPLF_00451582 |
| Odor Complaints | WC_JPLF_00451586 |
| Odor Complaints | WC_JPLF_00451604 |
| Odor Complaints | WC_JPLF_00451626 |
| Odor Complaints | WC_JPLF_00451703 |
| Odor Complaints | WC_JPLF_00451726 |
| Odor Complaints | WC_JPLF_00451753 |
| Odor Complaints | WC_JPLF_00451776 |
| Odor Complaints | WC_JPLF_00451800 |
| Odor Complaints | WC_JPLF_00451823 |
| Odor Complaints | WC_JPLF_00451828 |
| Odor Complaints | WC_JPLF_00452027 |
| Odor Complaints | WC_JPLF_00452031 |
| Odor Complaints | WC_JPLF_00452040 |
| Odor Complaints | WC_JPLF_00452072 |
| Odor Complaints | WC_JPLF_00452078 |
| Odor Complaints | WC_JPLF_00452887 |
| Odor Complaints | WC_JPLF_00452961 |
| Odor Complaints | WC_JPLF_00452973 |
| Odor Complaints | WC_JPLF_00452984 |
| Odor Complaints | WC_JPLF_00452995 |
| Odor Complaints | WC_JPLF_00453004 |
| Odor Complaints | WC_JPLF_00453014 |
| Odor Complaints | WC_JPLF_00453075 |
| Odor Complaints | WC_JPLF_00453150 |
| Odor Complaints | WC_JPLF_00453175 |
| Odor Complaints | WC_JPLF_00453198 |
| Odor Complaints | WC_JPLF_00453211 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00453231 |
| Odor Complaints | WC_JPLF_00453256 |
| Odor Complaints | WC_JPLF_00453277 |
| Odor Complaints | WC_JPLF_00453300 |
| Odor Complaints | WC_JPLF_00453319 |
| Odor Complaints | WC_JPLF_00453344 |
| Odor Complaints | WC_JPLF_00453357 |
| Odor Complaints | WC_JPLF_00453373 |
| Odor Complaints | WC_JPLF_00453387 |
| Odor Complaints | WC_JPLF_00453408 |
| Odor Complaints | WC_JPLF_00453421 |
| Odor Complaints | WC_JPLF_00453435 |
| Odor Complaints | WC_JPLF_00453451 |
| Odor Complaints | WC_JPLF_00453461 |
| Odor Complaints | WC_JPLF_00453479 |
| Odor Complaints | WC_JPLF_00453546 |
| Odor Complaints | WC_JPLF_00453638 |
| Odor Complaints | WC_JPLF_00454235 |
| Odor Complaints | WC_JPLF_00454242 |
| Odor Complaints | WC_JPLF_00454257 |
| Odor Complaints | WC_JPLF_00454263 |
| Odor Complaints | WC_JPLF_00454279 |
| Odor Complaints | WC_JPLF_00454293 |
| Odor Complaints | WC_JPLF_00454319 |
| Odor Complaints | WC_JPLF_00454333 |
| Odor Complaints | WC_JPLF_00454342 |
| Odor Complaints | WC_JPLF_00454360 |
| Odor Complaints | WC_JPLF_00454369 |
| Odor Complaints | WC_JPLF_00454380 |
| Odor Complaints | WC_JPLF_00454969 |
| Odor Complaints | WC_JPLF_00454982 |
| Odor Complaints | WC_JPLF_00455028 |
| Odor Complaints | WC_JPLF_00455058 |
| Odor Complaints | WC_JPLF_00455068 |
| Odor Complaints | WC_JPLF_00455087 |
| Odor Complaints | WC_JPLF_00455099 |
| Odor Complaints | WC_JPLF_00455143 |
| Odor Complaints | WC_JPLF_00455869 |
| Odor Complaints | WC_JPLF_00455882 |
| Odor Complaints | WC_JPLF_00455891 |
| Odor Complaints | WC_JPLF_00455901 |
| Odor Complaints | WC_JPLF_00456023 |
| Odor Complaints | WC_JPLF_00456062 |
| Odor Complaints | WC_JPLF_00456072 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00456090 |
| Odor Complaints | WC_JPLF_00456137 |
| Odor Complaints | WC_JPLF_00456145 |
| Odor Complaints | WC_JPLF_00456152 |
| Odor Complaints | WC_JPLF_00456245 |
| Odor Complaints | WC_JPLF_00456252 |
| Odor Complaints | WC_JPLF_00456260 |
| Odor Complaints | WC_JPLF_00456271 |
| Odor Complaints | WC_JPLF_00456278 |
| Odor Complaints | WC_JPLF_00456284 |
| Odor Complaints | WC_JPLF_00456291 |
| Odor Complaints | WC_JPLF_00456298 |
| Odor Complaints | WC_JPLF_00456351 |
| Odor Complaints | WC_JPLF_00456546 |
| Odor Complaints | WC_JPLF_00456556 |
| Odor Complaints | WC_JPLF_00456564 |
| Odor Complaints | WC_JPLF_00456578 |
| Odor Complaints | WC_JPLF_00456584 |
| Odor Complaints | WC_JPLF_00456590 |
| Odor Complaints | WC_JPLF_00456643 |
| Odor Complaints | WC_JPLF_00456659 |
| Odor Complaints | WC_JPLF_00456663 |
| Odor Complaints | WC_JPLF_00456669 |
| Odor Complaints | WC_JPLF_00456675 |
| Odor Complaints | WC_JPLF_00456681 |
| Odor Complaints | WC_JPLF_00456691 |
| Odor Complaints | WC_JPLF_00456699 |
| Odor Complaints | WC_JPLF_00456707 |
| Odor Complaints | WC_JPLF_00456716 |
| Odor Complaints | WC_JPLF_00456724 |
| Odor Complaints | WC_JPLF_00456881 |
| Odor Complaints | WC_JPLF_00456895 |
| Odor Complaints | WC_JPLF_00456916 |
| Odor Complaints | WC_JPLF_00456922 |
| Odor Complaints | WC_JPLF_00456997 |
| Odor Complaints | WC_JPLF_00457005 |
| Odor Complaints | WC_JPLF_00457021 |
| Odor Complaints | WC_JPLF_00457043 |
| Odor Complaints | WC_JPLF_00457069 |
| Odor Complaints | WC_JPLF_00457074 |
| Odor Complaints | WC_JPLF_00457079 |
| Odor Complaints | WC_JPLF_00457084 |
| Odor Complaints | WC_JPLF_00457420 |
| Odor Complaints | WC_JPLF_00457566 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00458313 |
| Odor Complaints | WC_JPLF_00458322 |
| Odor Complaints | WC_JPLF_00458331 |
| Odor Complaints | WC_JPLF_00458343 |
| Odor Complaints | WC_JPLF_00458353 |
| Odor Complaints | WC_JPLF_00458411 |
| Odor Complaints | WC_JPLF_00458418 |
| Odor Complaints | WC_JPLF_00458423 |
| Odor Complaints | WC_JPLF_00458485 |
| Odor Complaints | WC_JPLF_00458902 |
| Odor Complaints | WC_JPLF_00458910 |
| Odor Complaints | WC_JPLF_00458913 |
| Odor Complaints | WC_JPLF_00458931 |
| Odor Complaints | WC_JPLF_00458949 |
| Odor Complaints | WC_JPLF_00458967 |
| Odor Complaints | WC_JPLF_00458978 |
| Odor Complaints | WC_JPLF_00459026 |
| Odor Complaints | WC_JPLF_00459051 |
| Odor Complaints | WC_JPLF_00459076 |
| Odor Complaints | WC_JPLF_00459112 |
| Odor Complaints | WC_JPLF_00459451 |
| Odor Complaints | WC_JPLF_00459459 |
| Odor Complaints | WC_JPLF_00459465 |
| Odor Complaints | WC_JPLF_00459478 |
| Odor Complaints | WC_JPLF_00459490 |
| Odor Complaints | WC_JPLF_00459501 |
| Odor Complaints | WC_JPLF_00459610 |
| Odor Complaints | WC_JPLF_00459633 |
| Odor Complaints | WC_JPLF_00459650 |
| Odor Complaints | WC_JPLF_00459667 |
| Odor Complaints | WC_JPLF_00459684 |
| Odor Complaints | WC_JPLF_00459699 |
| Odor Complaints | WC_JPLF_00459707 |
| Odor Complaints | WC_JPLF_00459717 |
| Odor Complaints | WC_JPLF_00459729 |
| Odor Complaints | WC_JPLF_00459737 |
| Odor Complaints | WC_JPLF_00459747 |
| Odor Complaints | WC_JPLF_00459760 |
| Odor Complaints | WC_JPLF_00459769 |
| Odor Complaints | WC_JPLF_00459788 |
| Odor Complaints | WC_JPLF_00459793 |
| Odor Complaints | WC_JPLF_00459798 |
| Odor Complaints | WC_JPLF_00459813 |
| Odor Complaints | WC_JPLF_00459826 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00459839 |
| Odor Complaints | WC_JPLF_00459852 |
| Odor Complaints | WC_JPLF_00459867 |
| Odor Complaints | WC_JPLF_00459885 |
| Odor Complaints | WC_JPLF_00459904 |
| Odor Complaints | WC_JPLF_00459922 |
| Odor Complaints | WC_JPLF_00459937 |
| Odor Complaints | WC_JPLF_00459941 |
| Odor Complaints | WC_JPLF_00459959 |
| Odor Complaints | WC_JPLF_00459981 |
| Odor Complaints | WC_JPLF_00460002 |
| Odor Complaints | WC_JPLF_00460025 |
| Odor Complaints | WC_JPLF_00460052 |
| Odor Complaints | WC_JPLF_00460075 |
| Odor Complaints | WC_JPLF_00460099 |
| Odor Complaints | WC_JPLF_00460122 |
| Odor Complaints | WC_JPLF_00460127 |
| Odor Complaints | WC_JPLF_00462621 |
| Odor Complaints | WC_JPLF_00462627 |
| Odor Complaints | WC_JPLF_00462636 |
| Odor Complaints | WC_JPLF_00462650 |
| Odor Complaints | WC_JPLF_00462656 |
| Odor Complaints | WC_JPLF_00462723 |
| Odor Complaints | WC_JPLF_00462739 |
| Odor Complaints | WC_JPLF_00462751 |
| Odor Complaints | WC_JPLF_00462762 |
| Odor Complaints | WC_JPLF_00462773 |
| Odor Complaints | WC_JPLF_00462782 |
| Odor Complaints | WC_JPLF_00462792 |
| Odor Complaints | WC_JPLF_00462803 |
| Odor Complaints | WC_JPLF_00462816 |
| Odor Complaints | WC_JPLF_00462841 |
| Odor Complaints | WC_JPLF_00462864 |
| Odor Complaints | WC_JPLF_00462877 |
| Odor Complaints | WC_JPLF_00462897 |
| Odor Complaints | WC_JPLF_00462922 |
| Odor Complaints | WC_JPLF_00462943 |
| Odor Complaints | WC_JPLF_00462966 |
| Odor Complaints | WC_JPLF_00462985 |
| Odor Complaints | WC_JPLF_00463044 |
| Odor Complaints | WC_JPLF_00463057 |
| Odor Complaints | WC_JPLF_00463073 |
| Odor Complaints | WC_JPLF_00463087 |
| Odor Complaints | WC_JPLF_00463108 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00463121 |
| Odor Complaints | WC_JPLF_00463135 |
| Odor Complaints | WC_JPLF_00463151 |
| Odor Complaints | WC_JPLF_00463161 |
| Odor Complaints | WC_JPLF_00463179 |
| Odor Complaints | WC_JPLF_00463200 |
| Odor Complaints | WC_JPLF_00463217 |
| Odor Complaints | WC_JPLF_00463582 |
| Odor Complaints | WC_JPLF_00463589 |
| Odor Complaints | WC_JPLF_00463593 |
| Odor Complaints | WC_JPLF_00463599 |
| Odor Complaints | WC_JPLF_00463615 |
| Odor Complaints | WC_JPLF_00463629 |
| Odor Complaints | WC_JPLF_00463655 |
| Odor Complaints | WC_JPLF_00463669 |
| Odor Complaints | WC_JPLF_00463678 |
| Odor Complaints | WC_JPLF_00463696 |
| Odor Complaints | WC_JPLF_00463705 |
| Odor Complaints | WC_JPLF_00463716 |
| Odor Complaints | WC_JPLF_00463740 |
| Odor Complaints | WC_JPLF_00463753 |
| Odor Complaints | WC_JPLF_00463762 |
| Odor Complaints | WC_JPLF_00463768 |
| Odor Complaints | WC_JPLF_00463793 |
| Odor Complaints | WC_JPLF_00463803 |
| Odor Complaints | WC_JPLF_00463873 |
| Odor Complaints | WC_JPLF_00463879 |
| Odor Complaints | WC_JPLF_00463898 |
| Odor Complaints | WC_JPLF_00463908 |
| Odor Complaints | WC_JPLF_00463932 |
| Odor Complaints | WC_JPLF_00463948 |
| Odor Complaints | WC_JPLF_00463960 |
| Odor Complaints | WC_JPLF_00463969 |
| Odor Complaints | WC_JPLF_00463978 |
| Odor Complaints | WC_JPLF_00463984 |
| Odor Complaints | WC_JPLF_00463988 |
| Odor Complaints | WC_JPLF_00464014 |
| Odor Complaints | WC_JPLF_00464036 |
| Odor Complaints | WC_JPLF_00464077 |
| Odor Complaints | WC_JPLF_00464106 |
| Odor Complaints | WC_JPLF_00464119 |
| Odor Complaints | WC_JPLF_00464128 |
| Odor Complaints | WC_JPLF_00464179 |
| Odor Complaints | WC_JPLF_00464206 |

| Odor Complaints | WC_JPLF_00464218 |
|---|---|
| Odor Complaints | WC_JPLF_00464254 |
| Odor Complaints | WC_JPLF_00464264 |
| Odor Complaints | WC_JPLF_00464282 |
| Odor Complaints | WC_JPLF_00464296 |
| Odor Complaints | WC_JPLF_00464304 |
| Odor Complaints | WC_JPLF_00464314 |
| Odor Complaints | WC_JPLF_00464380 |
| Odor Complaints | WC_JPLF_00464387 |
| Odor Complaints | WC_JPLF_00464395 |
| Odor Complaints | WC_JPLF_00464412 |
| Odor Complaints | WC_JPLF_00464427 |
| Odor Complaints | WC_JPLF_00464451 |
| Odor Complaints | WC_JPLF_00464460 |
| Odor Complaints | WC_JPLF_00464470 |
| Odor Complaints | WC_JPLF_00464477 |
| Odor Complaints | WC_JPLF_00464484 |
| Odor Complaints | WC_JPLF_00464534 |
| Odor Complaints | WC_JPLF_00464539 |
| Odor Complaints | WC_JPLF_00464568 |
| Odor Complaints | WC_JPLF_00464573 |
| Odor Complaints | WC_JPLF_00464582 |
| Odor Complaints | WC_JPLF_00464590 |
| Odor Complaints | WC_JPLF_00464605 |
| Odor Complaints | WC_JPLF_00464611 |
| Odor Complaints | WC_JPLF_00464617 |
| Odor Complaints | WC_JPLF_00464640 |
| Odor Complaints | WC_JPLF_00464648 |
| Odor Complaints | WC_JPLF_00464653 |
| Odor Complaints | WC_JPLF_00464656 |
| Odor Complaints | WC_JPLF_00464768 |
| Odor Complaints | WC_JPLF_00464773 |
| Odor Complaints | WC_JPLF_00464781 |
| Odor Complaints | WC_JPLF_00464787 |
| Odor Complaints | WC_JPLF_00464793 |
| Odor Complaints | WC_JPLF_00464799 |
| Odor Complaints | WC_JPLF_00464818 |
| Odor Complaints | WC_JPLF_00464828 |
| Odor Complaints | WC_JPLF_00464838 |
| Odor Complaints | WC_JPLF_00464849 |
| Odor Complaints | WC_JPLF_00464860 |
| Odor Complaints | WC_JPLF_00464871 |
| Odor Complaints | WC_JPLF_00464877 |
| Odor Complaints | WC_JPLF_00464897 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00464905 |
| Odor Complaints | WC_JPLF_00464913 |
| Odor Complaints | WC_JPLF_00464922 |
| Odor Complaints | WC_JPLF_00464927 |
| Odor Complaints | WC_JPLF_00464931 |
| Odor Complaints | WC_JPLF_00464939 |
| Odor Complaints | WC_JPLF_00464969 |
| Odor Complaints | WC_JPLF_00464978 |
| Odor Complaints | WC_JPLF_00464985 |
| Odor Complaints | WC_JPLF_00465001 |
| Odor Complaints | WC_JPLF_00465017 |
| Odor Complaints | WC_JPLF_00465032 |
| Odor Complaints | WC_JPLF_00465045 |
| Odor Complaints | WC_JPLF_00465049 |
| Odor Complaints | WC_JPLF_00465057 |
| Odor Complaints | WC_JPLF_00465070 |
| Odor Complaints | WC_JPLF_00465083 |
| Odor Complaints | WC_JPLF_00465111 |
| Odor Complaints | WC_JPLF_00465138 |
| Odor Complaints | WC_JPLF_00465170 |
| Odor Complaints | WC_JPLF_00465177 |
| Odor Complaints | WC_JPLF_00465182 |
| Odor Complaints | WC_JPLF_00465188 |
| Odor Complaints | WC_JPLF_00465197 |
| Odor Complaints | WC_JPLF_00465213 |
| Odor Complaints | WC_JPLF_00465244 |
| Odor Complaints | WC_JPLF_00465263 |
| Odor Complaints | WC_JPLF_00465271 |
| Odor Complaints | WC_JPLF_00465283 |
| Odor Complaints | WC_JPLF_00465293 |
| Odor Complaints | WC_JPLF_00465309 |
| Odor Complaints | WC_JPLF_00465329 |
| Odor Complaints | WC_JPLF_00465337 |
| Odor Complaints | WC_JPLF_00465345 |
| Odor Complaints | WC_JPLF_00465351 |
| Odor Complaints | WC_JPLF_00465356 |
| Odor Complaints | WC_JPLF_00465364 |
| Odor Complaints | WC_JPLF_00465388 |
| Odor Complaints | WC_JPLF_00465411 |
| Odor Complaints | WC_JPLF_00465434 |
| Odor Complaints | WC_JPLF_00465457 |
| Odor Complaints | WC_JPLF_00465482 |
| Odor Complaints | WC_JPLF_00465497 |
| Odor Complaints | WC_JPLF_00465509 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00465520 |
| Odor Complaints | WC_JPLF_00465549 |
| Odor Complaints | WC_JPLF_00465559 |
| Odor Complaints | WC_JPLF_00465654 |
| Odor Complaints | WC_JPLF_00465675 |
| Odor Complaints | WC_JPLF_00465692 |
| Odor Complaints | WC_JPLF_00465709 |
| Odor Complaints | WC_JPLF_00465714 |
| Odor Complaints | WC_JPLF_00465719 |
| Odor Complaints | WC_JPLF_00465724 |
| Odor Complaints | WC_JPLF_00465760 |
| Odor Complaints | WC_JPLF_00465787 |
| Odor Complaints | WC_JPLF_00465794 |
| Odor Complaints | WC_JPLF_00465807 |
| Odor Complaints | WC_JPLF_00465818 |
| Odor Complaints | WC_JPLF_00465834 |
| Odor Complaints | WC_JPLF_00465854 |
| Odor Complaints | WC_JPLF_00465857 |
| Odor Complaints | WC_JPLF_00465888 |
| Odor Complaints | WC_JPLF_00465920 |
| Odor Complaints | WC_JPLF_00465928 |
| Odor Complaints | WC_JPLF_00465934 |
| Odor Complaints | WC_JPLF_00465950 |
| Odor Complaints | WC_JPLF_00465961 |
| Odor Complaints | WC_JPLF_00465979 |
| Odor Complaints | WC_JPLF_00466003 |
| Odor Complaints | WC_JPLF_00466020 |
| Odor Complaints | WC_JPLF_00466023 |
| Odor Complaints | WC_JPLF_00466065 |
| Odor Complaints | WC_JPLF_00466113 |
| Odor Complaints | WC_JPLF_00466120 |
| Odor Complaints | WC_JPLF_00466129 |
| Odor Complaints | WC_JPLF_00466138 |
| Odor Complaints | WC_JPLF_00466150 |
| Odor Complaints | WC_JPLF_00466159 |
| Odor Complaints | WC_JPLF_00466164 |
| Odor Complaints | WC_JPLF_00466186 |
| Odor Complaints | WC_JPLF_00466222 |
| Odor Complaints | WC_JPLF_00466229 |
| Odor Complaints | WC_JPLF_00466234 |
| Odor Complaints | WC_JPLF_00466244 |
| Odor Complaints | WC_JPLF_00466249 |
| Odor Complaints | WC_JPLF_00466261 |
| Odor Complaints | WC_JPLF_00466305 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00466335 |
| Odor Complaints | WC_JPLF_00466347 |
| Odor Complaints | WC_JPLF_00466355 |
| Odor Complaints | WC_JPLF_00466362 |
| Odor Complaints | WC_JPLF_00466365 |
| Odor Complaints | WC_JPLF_00466384 |
| Odor Complaints | WC_JPLF_00466388 |
| Odor Complaints | WC_JPLF_00466404 |
| Odor Complaints | WC_JPLF_00466415 |
| Odor Complaints | WC_JPLF_00466430 |
| Odor Complaints | WC_JPLF_00466438 |
| Odor Complaints | WC_JPLF_00466449 |
| Odor Complaints | WC_JPLF_00466460 |
| Odor Complaints | WC_JPLF_00466479 |
| Odor Complaints | WC_JPLF_00466491 |
| Odor Complaints | WC_JPLF_00466508 |
| Odor Complaints | WC_JPLF_00466522 |
| Odor Complaints | WC_JPLF_00466536 |
| Odor Complaints | WC_JPLF_00466550 |
| Odor Complaints | WC_JPLF_00466561 |
| Odor Complaints | WC_JPLF_00466575 |
| Odor Complaints | WC_JPLF_00466624 |
| Odor Complaints | WC_JPLF_00466646 |
| Odor Complaints | WC_JPLF_00466658 |
| Odor Complaints | WC_JPLF_00466669 |
| Odor Complaints | WC_JPLF_00466681 |
| Odor Complaints | WC_JPLF_00466698 |
| Odor Complaints | WC_JPLF_00466718 |
| Odor Complaints | WC_JPLF_00466734 |
| Odor Complaints | WC_JPLF_00466769 |
| Odor Complaints | WC_JPLF_00466781 |
| Odor Complaints | WC_JPLF_00466795 |
| Odor Complaints | WC_JPLF_00466822 |
| Odor Complaints | WC_JPLF_00466836 |
| Odor Complaints | WC_JPLF_00466840 |
| Odor Complaints | WC_JPLF_00466858 |
| Odor Complaints | WC_JPLF_00466876 |
| Odor Complaints | WC_JPLF_00466887 |
| Odor Complaints | WC_JPLF_00466909 |
| Odor Complaints | WC_JPLF_00466929 |
| Odor Complaints | WC_JPLF_00466945 |
| Odor Complaints | WC_JPLF_00466970 |
| Odor Complaints | WC_JPLF_00466995 |
| Odor Complaints | WC_JPLF_00467026 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00467034 |
| Odor Complaints | WC_JPLF_00467044 |
| Odor Complaints | WC_JPLF_00467052 |
| Odor Complaints | WC_JPLF_00467057 |
| Odor Complaints | WC_JPLF_00467091 |
| Odor Complaints | WC_JPLF_00467111 |
| Odor Complaints | WC_JPLF_00467130 |
| Odor Complaints | WC_JPLF_00467145 |
| Odor Complaints | WC_JPLF_00467154 |
| Odor Complaints | WC_JPLF_00467168 |
| Odor Complaints | WC_JPLF_00467182 |
| Odor Complaints | WC_JPLF_00467196 |
| Odor Complaints | WC_JPLF_00467208 |
| Odor Complaints | WC_JPLF_00467224 |
| Odor Complaints | WC_JPLF_00467240 |
| Odor Complaints | WC_JPLF_00467272 |
| Odor Complaints | WC_JPLF_00467289 |
| Odor Complaints | WC_JPLF_00467300 |
| Odor Complaints | WC_JPLF_00467317 |
| Odor Complaints | WC_JPLF_00467332 |
| Odor Complaints | WC_JPLF_00467346 |
| Odor Complaints | WC_JPLF_00467357 |
| Odor Complaints | WC_JPLF_00467371 |
| Odor Complaints | WC_JPLF_00467386 |
| Odor Complaints | WC_JPLF_00467394 |
| Odor Complaints | WC_JPLF_00467404 |
| Odor Complaints | WC_JPLF_00467416 |
| Odor Complaints | WC_JPLF_00467424 |
| Odor Complaints | WC_JPLF_00467434 |
| Odor Complaints | WC_JPLF_00467459 |
| Odor Complaints | WC_JPLF_00467468 |
| Odor Complaints | WC_JPLF_00467479 |
| Odor Complaints | WC_JPLF_00467484 |
| Odor Complaints | WC_JPLF_00467488 |
| Odor Complaints | WC_JPLF_00467503 |
| Odor Complaints | WC_JPLF_00467518 |
| Odor Complaints | WC_JPLF_00467531 |
| Odor Complaints | WC_JPLF_00467544 |
| Odor Complaints | WC_JPLF_00467557 |
| Odor Complaints | WC_JPLF_00467572 |
| Odor Complaints | WC_JPLF_00467590 |
| Odor Complaints | WC_JPLF_00467609 |
| Odor Complaints | WC_JPLF_00467627 |
| Odor Complaints | WC_JPLF_00467642 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00467646 |
| Odor Complaints | WC_JPLF_00467664 |
| Odor Complaints | WC_JPLF_00467686 |
| Odor Complaints | WC_JPLF_00467717 |
| Odor Complaints | WC_JPLF_00467740 |
| Odor Complaints | WC_JPLF_00467766 |
| Odor Complaints | WC_JPLF_00467789 |
| Odor Complaints | WC_JPLF_00467813 |
| Odor Complaints | WC_JPLF_00467836 |
| Odor Complaints | WC_JPLF_00467841 |
| Odor Complaints | WC_JPLF_00467853 |
| Odor Complaints | WC_JPLF_00467861 |
| Odor Complaints | WC_JPLF_00467875 |
| Odor Complaints | WC_JPLF_00467896 |
| Odor Complaints | WC_JPLF_00467905 |
| Odor Complaints | WC_JPLF_00467914 |
| Odor Complaints | WC_JPLF_00467917 |
| Odor Complaints | WC_JPLF_00467974 |
| Odor Complaints | WC_JPLF_00467980 |
| Odor Complaints | WC_JPLF_00467985 |
| Odor Complaints | WC_JPLF_00468016 |
| Odor Complaints | WC_JPLF_00468026 |
| Odor Complaints | WC_JPLF_00468034 |
| Odor Complaints | WC_JPLF_00468054 |
| Odor Complaints | WC_JPLF_00468062 |
| Odor Complaints | WC_JPLF_00468074 |
| Odor Complaints | WC_JPLF_00468085 |
| Odor Complaints | WC_JPLF_00468096 |
| Odor Complaints | WC_JPLF_00468105 |
| Odor Complaints | WC_JPLF_00468115 |
| Odor Complaints | WC_JPLF_00468125 |
| Odor Complaints | WC_JPLF_00468133 |
| Odor Complaints | WC_JPLF_00468158 |
| Odor Complaints | WC_JPLF_00468181 |
| Odor Complaints | WC_JPLF_00468194 |
| Odor Complaints | WC_JPLF_00468214 |
| Odor Complaints | WC_JPLF_00468239 |
| Odor Complaints | WC_JPLF_00468256 |
| Odor Complaints | WC_JPLF_00468277 |
| Odor Complaints | WC_JPLF_00468300 |
| Odor Complaints | WC_JPLF_00468319 |
| Odor Complaints | WC_JPLF_00468354 |
| Odor Complaints | WC_JPLF_00468369 |
| Odor Complaints | WC_JPLF_00468384 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00468401 |
| Odor Complaints | WC_JPLF_00468416 |
| Odor Complaints | WC_JPLF_00468443 |
| Odor Complaints | WC_JPLF_00468456 |
| Odor Complaints | WC_JPLF_00468472 |
| Odor Complaints | WC_JPLF_00468486 |
| Odor Complaints | WC_JPLF_00468507 |
| Odor Complaints | WC_JPLF_00468520 |
| Odor Complaints | WC_JPLF_00468534 |
| Odor Complaints | WC_JPLF_00468548 |
| Odor Complaints | WC_JPLF_00468562 |
| Odor Complaints | WC_JPLF_00468578 |
| Odor Complaints | WC_JPLF_00468588 |
| Odor Complaints | WC_JPLF_00468606 |
| Odor Complaints | WC_JPLF_00468672 |
| Odor Complaints | WC_JPLF_00468676 |
| Odor Complaints | WC_JPLF_00468687 |
| Odor Complaints | WC_JPLF_00468699 |
| Odor Complaints | WC_JPLF_00468712 |
| Odor Complaints | WC_JPLF_00468725 |
| Odor Complaints | WC_JPLF_00468738 |
| Odor Complaints | WC_JPLF_00468742 |
| Odor Complaints | WC_JPLF_00468779 |
| Odor Complaints | WC_JPLF_00468795 |
| Odor Complaints | WC_JPLF_00468820 |
| Odor Complaints | WC_JPLF_00468851 |
| Odor Complaints | WC_JPLF_00468858 |
| Odor Complaints | WC_JPLF_00468873 |
| Odor Complaints | WC_JPLF_00468894 |
| Odor Complaints | WC_JPLF_00468944 |
| Odor Complaints | WC_JPLF_00468960 |
| Odor Complaints | WC_JPLF_00468974 |
| Odor Complaints | WC_JPLF_00469000 |
| Odor Complaints | WC_JPLF_00469014 |
| Odor Complaints | WC_JPLF_00469023 |
| Odor Complaints | WC_JPLF_00469050 |
| Odor Complaints | WC_JPLF_00469059 |
| Odor Complaints | WC_JPLF_00469070 |
| Odor Complaints | WC_JPLF_00469084 |
| Odor Complaints | WC_JPLF_00470248 |
| Odor Complaints | WC_JPLF_00472798 |
| Odor Complaints | WC_JPLF_00472882 |
| Odor Complaints | WC_JPLF_00472889 |
| Odor Complaints | WC_JPLF_00472938 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00472946 |
| Odor Complaints | WC_JPLF_00472951 |
| Odor Complaints | WC_JPLF_00472969 |
| Odor Complaints | WC_JPLF_00472987 |
| Odor Complaints | WC_JPLF_00473012 |
| Odor Complaints | WC_JPLF_00473037 |
| Odor Complaints | WC_JPLF_00473070 |
| Odor Complaints | WC_JPLF_00473083 |
| Odor Complaints | WC_JPLF_00473095 |
| Odor Complaints | WC_JPLF_00473106 |
| Odor Complaints | WC_JPLF_00473158 |
| Odor Complaints | WC_JPLF_00473163 |
| Odor Complaints | WC_JPLF_00473189 |
| Odor Complaints | WC_JPLF_00473193 |
| Odor Complaints | WC_JPLF_00473231 |
| Odor Complaints | WC_JPLF_00473237 |
| Odor Complaints | WC_JPLF_00473289 |
| Odor Complaints | WC_JPLF_00473301 |
| Odor Complaints | WC_JPLF_00473312 |
| Odor Complaints | WC_JPLF_00473323 |
| Odor Complaints | WC_JPLF_00473332 |
| Odor Complaints | WC_JPLF_00473342 |
| Odor Complaints | WC_JPLF_00473373 |
| Odor Complaints | WC_JPLF_00473398 |
| Odor Complaints | WC_JPLF_00473421 |
| Odor Complaints | WC_JPLF_00473434 |
| Odor Complaints | WC_JPLF_00473454 |
| Odor Complaints | WC_JPLF_00473479 |
| Odor Complaints | WC_JPLF_00473500 |
| Odor Complaints | WC_JPLF_00473519 |
| Odor Complaints | WC_JPLF_00473721 |
| Odor Complaints | WC_JPLF_00473902 |
| Odor Complaints | WC_JPLF_00473912 |
| Odor Complaints | WC_JPLF_00474075 |
| Odor Complaints | WC_JPLF_00474082 |
| Odor Complaints | WC_JPLF_00474108 |
| Odor Complaints | WC_JPLF_00474119 |
| Odor Complaints | WC_JPLF_00474203 |
| Odor Complaints | WC_JPLF_00474384 |
| Odor Complaints | WC_JPLF_00474433 |
| Odor Complaints | WC_JPLF_00474553 |
| Odor Complaints | WC_JPLF_00474576 |
| Odor Complaints | WC_JPLF_00474588 |
| Odor Complaints | WC_JPLF_00474661 |

| | |
|---|---|
| Odor Complaints | WC_JPLF_00486157 |
| Odor Complaints | WC_JPLF_00486247 |
| Odor Complaints | WC_JPLF_00486258 |
| Odor Complaints | WC_JPLF_00486373 |
| Odor Complaints | WC_JPLF_00486386 |
| Odor Complaints | WC_JPLF_00486399 |
| Odor Complaints | WC_JPLF_00487245 |
| Odor Complaints | WC_JPLF_00487263 |
| Odor Complaints | WC_JPLF_00487288 |
| Odor Complaints | WC_JPLF_00487311 |
| Odor Complaints | WC_JPLF_00487336 |
| Odor Complaints | APTIM-0011454 - Page 34 |
| Odor Complaints | JP_JPLF_0005341 - Page 18 (incorrectly identified as Lindsey) |
| Odor Complaints | JP_JPLF_0007159 - Page 15 (incorrectly identified as Linda) |
| Odor Complaints | JP_JPLF_0008411 - Page 15 |
| Odor Complaints | LDEQ_PRR_00010079 |
| Odor Complaints | LDEQ_PRR_00010281 |
| Odor Complaints | LDEQ_PRR_00010464 |
| Odor Complaints | LDEQ_PRR_00011304 |
| Odor Complaints | WC_JP_00199037 - pages 88, 151 |
| Odor Complaints | WC_JP_00199197 - Page 16 |
| Odor Complaints | WC_JP_00199234 - Pages 98 |
| Odor Complaints | WC_JPLF_00166852 - Page 3 |
| Odor Complaints | WC_JPLF_00167951 - Page 9, 30 |
| Odor Complaints | WC_JPLF_00168168 |
| Odor Complaints | WC_JPLF_00168168 - pages 8, 29, 41 |
| Odor Complaints | WC_JPLF_00174519 |
| Odor Complaints | WC_JPLF_00174547 |
| Odor Complaints | WC_JPLF_00174796 - Pages 6, 10 |
| Odor Complaints | WC_JPLF_00202525 - Page 62 |
| Odor Complaints | WC_JPLF_00202887 - Pages 34, 61 |
| Odor Complaints | WC_JPLF_00203005 - Page 15 |
| Odor Complaints | WC_JPLF_00316844 - Pages 10, 32 |
| Odor Complaints | WC_JPLF_00316878 - Pages 6, 21 |
| Odor Complaints | WC_JPLF_00317637 - Pages 2, 8 |
| Odor Complaints | WC_JPLF_00318177 - Pages 6, 19 |
| Odor Complaints | WC_JPLF_00318949 - Pages 10, 26 |
| Odor Complaints | WINNINGKOFF_0001 (Page 15) |

# Appendix D

## Additional Wind Angles and Their Percentages

Expert Report of John Kind, PhD, CIH, CSP
Fredrick Addison, et al. v. Louisiana Regional Landfill Company, et al.
February 23, 2024



*Percentage of Time Geneva Green's Residential Address (205 Cabinet Dr. Avondale, LA 70094) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| American River Transportation Co. LLC | 18.41% |
| Cargill Inc | 7.52% |
| Harahan Sewage Treatment Plant | 5.16% |
| Wood Resources | 5.15% |
| International-Matex Tank Terminal (Avondale) | 4.61% |
| Cornerstone Chemical Company | 3.93% |
| Dyno Nobel LA Ammonia | 3.93% |
| Evonik Cyro LLC | 3.93% |
| Kemira Chemicals Inc. | 3.93% |
| ADM Grain River System Inc | 2.84% |
| JPLF | 2.80% |

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| American River Transportation Co. LLC | 23.70% |
| Cargill Inc | 12.99% |
| International-Matex Tank Terminal (Avondale) | 12.67% |
| Harahan Sewage Treatment Plant | 10.32% |
| Cornerstone Chemical Company | 9.69% |
| Evonik Cyro LLC | 9.69% |
| Wood Resources | 9.69% |
| Dyno Nobel LA Ammonia | 8.36% |
| Kemira Chemicals Inc. | 8.36% |
| JPLF | 7.66% |
| ADM Grain River System Inc | 6.66% |

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 29.07% |
| American River Transportation Co. LLC | 28.22% |
| Cargill Inc | 18.35% |
| International-Matex Tank Terminal (Avondale) | 15.58% |
| Wood Resources | 14.21% |
| Cornerstone Chemical Company | 12.26% |
| Dyno Nobel LA Ammonia | 12.26% |
| Evonik Cyro LLC | 12.26% |
| Kemira Chemicals Inc. | 12.26% |
| JPLF | 8.62% |
| ADM Grain River System Inc | 7.62% |

*Percentage of Time Scott, Wendy, Braxton, and Adelyn Gremillion's Residential Address (9701 Robin Lane, River Ridge, LA 70123) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 8.85% |
| International-Matex Tank Terminal (Avondale) | 6.91% |
| Wood Resources | 5.10% |
| Cargill Inc | 4.45% |
| American River Transportation Co. LLC | 3.56% |
| JPLF | 3.56% |
| Kemira Chemicals Inc. | 3.29% |
| Dyno Nobel LA Ammonia | 2.33% |
| ADM Grain River System Inc | 2.18% |
| Cornerstone Chemical Company | 1.93% |
| Evonik Cyro LLC | 1.93% |

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| International-Matex Tank Terminal (Avondale) | 18.24% |
| Harahan Sewage Treatment Plant | 15.08% |
| Wood Resources | 11.16% |
| Cargill Inc | 10.00% |
| American River Transportation Co. LLC | 8.62% |
| JPLF | 6.73% |
| Dyno Nobel LA Ammonia | 5.97% |
| Kemira Chemicals Inc. | 5.97% |
| ADM Grain River System Inc | 4.70% |
| Cornerstone Chemical Company | 4.50% |
| Evonik Cyro LLC | 4.50% |

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 21.48% |
| International-Matex Tank Terminal (Avondale) | 21.39% |
| Wood Resources | 17.67% |
| Cargill Inc | 16.31% |
| American River Transportation Co. LLC | 9.83% |
| JPLF | 9.83% |
| Kemira Chemicals Inc. | 8.86% |
| ADM Grain River System Inc | 8.02% |
| Cornerstone Chemical Company | 7.53% |
| Evonik Cyro LLC | 7.53% |
| Dyno Nobel LA Ammonia | 7.30% |

*Percentage of Time Vernice Lewis, Terrance, and Tyrone Thompson's Residential Address (1116 Starrett Road, Metairie, LA 70003) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| International-Matex Tank Terminal (Avondale) | 7.73% |
| American River Transportation Co. LLC | 6.75% |
| Harahan Sewage Treatment Plant | 6.71% |
| Wood Resources | 5.10% |
| ADM Grain River System Inc | 4.73% |
| Cargill Inc | 4.45% |
| Cornerstone Chemical Company | 3.52% |
| Evonik Cyro LLC | 3.52% |
| JPLF | 3.50% |
| Dyno Nobel LA Ammonia | 2.77% |
| Kemira Chemicals Inc. | 2.77% |

0.00%  10.00%  20.00%  30.00%  40.00%

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 15.08% |
| International-Matex Tank Terminal (Avondale) | 14.58% |
| Cargill Inc | 13.75% |
| American River Transportation Co. LLC | 13.72% |
| JPLF | 11.91% |
| Wood Resources | 11.16% |
| ADM Grain River System Inc | 7.30% |
| Cornerstone Chemical Company | 7.30% |
| Evonik Cyro LLC | 6.33% |
| Dyno Nobel LA Ammonia | 5.69% |
| Kemira Chemicals Inc. | 5.69% |

0.00%  10.00%  20.00%  30.00%  40.00%

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| International-Matex Tank Terminal (Avondale) | 21.20% |
| American River Transportation Co. LLC | 19.53% |
| Harahan Sewage Treatment Plant | 18.90% |
| Wood Resources | 17.67% |
| Cargill Inc | 16.31% |
| JPLF | 13.87% |
| ADM Grain River System Inc | 9.87% |
| Cornerstone Chemical Company | 8.91% |
| Evonik Cyro LLC | 8.91% |
| Dyno Nobel LA Ammonia | 8.26% |
| Kemira Chemicals Inc. | 8.26% |

0.00%  10.00%  20.00%  30.00%  40.00%

*Percentage of Time Stanley Meyers' Residential Address (1041 Magnolia Drive, Westwego, LA 70094) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Cargill Inc | 18.41% |
| Harahan Sewage Treatment Plant | 5.46% |
| Wood Resources | 4.61% |
| Cornerstone Chemical Company | 4.33% |
| Evonik Cyro LLC | 4.33% |
| American River Transportation Co. LLC | 2.86% |
| Dyno Nobel LA Ammonia | 2.86% |
| Kemira Chemicals Inc. | 2.86% |
| ADM Grain River System Inc | 2.84% |
| JPLF | 2.84% |
| International-Matex Tank Terminal (Avondale) | 2.80% |

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Cargill Inc | 23.70% |
| Wood Resources | 12.99% |
| Harahan Sewage Treatment Plant | 9.69% |
| Cornerstone Chemical Company | 7.66% |
| Evonik Cyro LLC | 7.66% |
| JPLF | 6.66% |
| American River Transportation Co. LLC | 6.30% |
| Dyno Nobel LA Ammonia | 6.30% |
| Kemira Chemicals Inc. | 6.30% |
| International-Matex Tank Terminal (Avondale) | 5.70% |
| ADM Grain River System Inc | 5.13% |

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Cargill Inc | 28.22% |
| Wood Resources | 15.58% |
| Harahan Sewage Treatment Plant | 13.72% |
| Cornerstone Chemical Company | 10.59% |
| Evonik Cyro LLC | 10.59% |
| American River Transportation Co. LLC | 9.63% |
| Dyno Nobel LA Ammonia | 9.63% |
| Kemira Chemicals Inc. | 9.63% |
| International-Matex Tank Terminal (Avondale) | 8.62% |
| ADM Grain River System Inc | 7.62% |
| JPLF | 7.62% |

*Percentage of Time Reshaun Richardson's Residential Address (624 Wilker Neal Avenue, River Ridge, LA 70123) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| American River Transportation Co. LLC | 10.57% |
| International-Matex Tank Terminal (Avondale) | 7.67% |
| Harahan Sewage Treatment Plant | 5.10% |
| Wood Resources | 5.10% |
| JPLF | 5.04% |
| Cornerstone Chemical Company | 4.73% |
| Cargill Inc | 4.45% |
| Evonik Cyro LLC | 3.52% |
| ADM Grain River System Inc | 2.77% |
| Dyno Nobel LA Ammonia | 2.77% |
| Kemira Chemicals Inc. | 2.77% |

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| American River Transportation Co. LLC | 17.64% |
| International-Matex Tank Terminal (Avondale) | 17.54% |
| JPLF | 11.91% |
| Harahan Sewage Treatment Plant | 11.16% |
| Wood Resources | 11.16% |
| Cargill Inc | 10.00% |
| ADM Grain River System Inc | 7.30% |
| Cornerstone Chemical Company | 7.30% |
| Evonik Cyro LLC | 7.30% |
| Dyno Nobel LA Ammonia | 6.65% |
| Kemira Chemicals Inc. | 6.65% |

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| American River Transportation Co. LLC | 23.28% |
| International-Matex Tank Terminal (Avondale) | 19.68% |
| Harahan Sewage Treatment Plant | 17.67% |
| Wood Resources | 17.67% |
| Cargill Inc | 16.31% |
| JPLF | 15.01% |
| Cornerstone Chemical Company | 9.87% |
| Evonik Cyro LLC | 8.91% |
| ADM Grain River System Inc | 8.26% |
| Dyno Nobel LA Ammonia | 8.26% |
| Kemira Chemicals Inc. | 8.26% |

*Percentage of Time Andrew Section's Residential Address (537 George Street, Westwego, LA 70094) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| International-Matex Tank Terminal (Avondale) | 7.52% |
| Cargill Inc | 5.30% |
| Wood Resources | 5.15% |
| Harahan Sewage Treatment Plant | 4.95% |
| American River Transportation Co. LLC | 4.87% |
| Cornerstone Chemical Company | 3.50% |
| Dyno Nobel LA Ammonia | 3.50% |
| Evonik Cyro LLC | 3.50% |
| Kemira Chemicals Inc. | 3.50% |
| ADM Grain River System Inc | 2.84% |
| JPLF | 2.80% |

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| American River Transportation Co. LLC | 25.24% |
| Harahan Sewage Treatment Plant | 23.39% |
| International-Matex Tank Terminal (Avondale) | 12.99% |
| Cargill Inc | 10.43% |
| Dyno Nobel LA Ammonia | 9.69% |
| Kemira Chemicals Inc. | 9.69% |
| Wood Resources | 9.69% |
| Cornerstone Chemical Company | 6.79% |
| Evonik Cyro LLC | 6.79% |
| JPLF | 6.66% |
| ADM Grain River System Inc | 5.13% |

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 28.73% |
| American River Transportation Co. LLC | 26.77% |
| International-Matex Tank Terminal (Avondale) | 18.35% |
| Cargill Inc | 15.76% |
| Wood Resources | 14.21% |
| Cornerstone Chemical Company | 11.16% |
| Dyno Nobel LA Ammonia | 11.16% |
| Evonik Cyro LLC | 11.16% |
| Kemira Chemicals Inc. | 11.16% |
| JPLF | 8.62% |
| ADM Grain River System Inc | 7.62% |

*Percentage of Time Jonathan Tate's Residential Address (21 Richelle Street, Westwego, LA 70094) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| American River Transportation Co. LLC | 8.85% |
| International-Matex Tank Terminal (Avondale) | 6.71% |
| Cargill Inc | 4.90% |
| Harahan Sewage Treatment Plant | 4.79% |
| Wood Resources | 4.45% |
| Cornerstone Chemical Company | 3.80% |
| JPLF | 3.50% |
| Dyno Nobel LA Ammonia | 2.80% |
| Kemira Chemicals Inc. | 2.80% |
| Evonik Cyro LLC | 2.33% |
| ADM Grain River System Inc | 2.18% |

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| American River Transportation Co. LLC | 15.08% |
| International-Matex Tank Terminal (Avondale) | 12.77% |
| Harahan Sewage Treatment Plant | 12.07% |
| Cargill Inc | 11.83% |
| Wood Resources | 10.00% |
| JPLF | 8.25% |
| Dyno Nobel LA Ammonia | 6.66% |
| Kemira Chemicals Inc. | 6.66% |
| Cornerstone Chemical Company | 6.09% |
| Evonik Cyro LLC | 6.09% |
| ADM Grain River System Inc | 4.70% |

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| American River Transportation Co. LLC | 21.48% |
| International-Matex Tank Terminal (Avondale) | 18.90% |
| Wood Resources | 16.31% |
| Harahan Sewage Treatment Plant | 14.98% |
| Cargill Inc | 14.78% |
| JPLF | 13.87% |
| Cornerstone Chemical Company | 8.83% |
| Dyno Nobel LA Ammonia | 8.62% |
| Kemira Chemicals Inc. | 8.62% |
| ADM Grain River System Inc | 8.02% |
| Evonik Cyro LLC | 7.30% |

*Percentage of Time Mary Ann Winningkoff's Residential Address (47 Donelon Drive, Harahan, LA 70123) was Downwind of the JPLF and Alternate Odor Sources during the relevant Time Period at Wind Angles of 20°, 45°, and 60°*

Figure 1: Percentage of time Downwind at a 20° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 18.24% |
| International-Matex Tank Terminal (Avondale) | 7.67% |
| Wood Resources | 4.90% |
| Cargill Inc | 4.79% |
| American River Transportation Co. LLC | 3.50% |
| Dyno Nobel LA Ammonia | 2.86% |
| Kemira Chemicals Inc. | 2.86% |
| Cornerstone Chemical Company | 2.80% |
| Evonik Cyro LLC | 2.80% |
| ADM Grain River System Inc | 2.33% |
| JPLF | 1.93% |

0.00%  10.00%  20.00%  30.00%  40.00%

Figure 2: Percentage of time Downwind at a 45° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 25.96% |
| International-Matex Tank Terminal (Avondale) | 14.45% |
| Cargill Inc | 12.67% |
| Wood Resources | 9.60% |
| American River Transportation Co. LLC | 8.26% |
| Cornerstone Chemical Company | 7.66% |
| Evonik Cyro LLC | 7.66% |
| Dyno Nobel LA Ammonia | 6.30% |
| Kemira Chemicals Inc. | 6.30% |
| ADM Grain River System Inc | 4.76% |
| JPLF | 4.50% |

0.00%  10.00%  20.00%  30.00%  40.00%

Figure 3: Percentage of time Downwind at a 60° Wind Angle

| Facility | Percent of Time Downwind |
|---|---|
| Harahan Sewage Treatment Plant | 28.86% |
| International-Matex Tank Terminal (Avondale) | 19.68% |
| Cargill Inc | 14.98% |
| Wood Resources | 14.78% |
| American River Transportation Co. LLC | 11.16% |
| Dyno Nobel LA Ammonia | 9.63% |
| Kemira Chemicals Inc. | 9.63% |
| Cornerstone Chemical Company | 8.62% |
| Evonik Cyro LLC | 8.62% |
| JPLF | 7.53% |
| ADM Grain River System Inc | 7.30% |

0.00%  10.00%  20.00%  30.00%  40.00%