Liskow and Lewis
Attn: Michael Mims, esq
Hancock Whitney Center
701 Poydras St. Suite 5000
New Orleans, LA, 70139

Re: *Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.,* No. 18-7889; c/w No. 18-8071, No. 18-8218, and No. 18-9312, Section "E" 5, United States District Court for the Eastern District of Louisiana*; and Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.,* No. 19-11133, Section "E" 5, United States District Court for the Eastern District of Louisiana

Dear Mr. Mims,

    I am a physician with dual specialization in Internal Medicine and Pediatrics. I work primarily as an adult hospitalist with Tulane University School of Medicine, where I serve to help supervise residents and also work independently on non-teaching services to care for patients. I also work as a preceptor for residents in our adult and pediatric primary care clinic. With regards to the aforementioned case,  **REDACTED**

Note: The term "incident period" should be taken to mean July 1, 2017 to the end of 2019.

**RECORDS REVIEWED**

1. Plaintiff Fact Sheet
2. Deposition 4/7/2023

**HISTORY**

**REDACTED**

1. REDACTED

.

**REVIEW OF SYSTEMS**

Constitutional: Denies fever, denies weight loss
HEENT: Denies sinus pain, denies blurred or double vision, denies hearing difficulty, denies sore throat
Cardiovascular: Denies chest pain, denies palpitations, denies syncope

Respiratory: endorses shortness of breath, endorses cough
GI: denies abdominal pain, endorses nausea, endorses vomiting, denies diarrhea, denies constipation
GU: Denies dysuria, denies hematuria
MSK: reports chronic pain after old work-place accident
Skin: Denies rash
Neurologic: Endorses headache, denies numbness, denies tingling, denies weakness

**MEDICAL HISTORY**

1. "Borderline" Diabetes (DM)
2. Hypertension
3. Hyperlipidemia
4. Gastroesophageal Reflux Disease (GERD)
5. Glaucoma
6. Genital Herpes
7. Sinusitis

PCP: Dr. Bowers at West Jefferson

Specialist Care (with interval of visits, if applicable and known):
1. Pulmonologist (every 6 months)
2. Podiatry (yearly)
3. OB/GYN (yearly)

-She reports infrequent urgent care and emergency room visits
-She reports no hospital admissions

Medications:   Lisinopril/HCTZ unknown dosage daily
Atorvastatin unknown dosage daily
Omeprazole unknown dosage daily
Aspirin 81 mg every other day
Albuterol MDI PRN
Fluticasone nasal spray PRN
Valacyclovir unknown dosage PRN
Bupropion- intermittent use for smoking cessation

Allergies: "tape"- blisters

Obstetric and Gynecologic History: G2P2, postmenopausal after hysterectomy

<u>Surgical History</u>: she did not remember dates of prior surgeries
1. Hysterectomy
2. Right knee replacement
3. Right rotator cuff surgery
4. Multiple left knee procedures
5. Bladder surgery

## SOCIAL HISTORY

She was born and raised in Louisiana, and lives in Avondale with her son. She has received disability payments for many years and has not been able to work due to a workplace accident. She was previously working as a crane hooker. Spends her time mostly at home and helping her son. She has a >40 pack year smoking history. She is currently smoking 5-6 cigarettes per day. She drinks about 1 beer per day. She denies illicit drug use.

## FAMILY HISTORY

-Son (35) with unspecified mental illness
-Other notable hx reported: stroke, hypertension, diabetes

## PHYSICAL EXAM

Vitals: Temp 96.6F BP 140/70 HR 102 SpO2: 98%
Height 68'' BMI per NIH BMI Calculator=31.9

General: awake, alert, no acute distress, pleasant
HEENT: Pupils equal, round, and reactive to light, extraocular movements intact, nares patent with boggy nasal turbinates, no sinus tenderness, normal TM bilaterally, oropharynx clear, normal dentition, no thyromegaly
CV: RRR, no murmurs
Respiratory: lungs clear to auscultation bilaterally
Abdomen: soft, nontender, nondistended
MSK: no muscle or joint tenderness, moves all extremities appropriately
Neuro: strength and sensation grossly intact, cranial nerves II-XII intact, normal gait
Psych: Mood within normal and affect congruent

**SCREENING QUESTIONS**

Depression: PHQ-2=0
Anxiety: GAD-7=2
Obstructive Sleep Apnea: She reports history of normal polysomnogram

**FINDINGS**

REDACTED

1. REDACTED

    a. GERD or other primary gastrointestinal illness such as peptic ulcer disease or dyspepsia.
    b. Post-tussive emesis- with her description of coughing and gagging followed by vomiting, it would suggest that her cough was the primary issue
    c. Medication side effect-many medications include nausea as a side effect. With bupropion, nausea is a common symptom that improves with time as you consistently take the medication. It is possible that the intermittent use of such a medication could lead to more episodes of nausea, although I cannot determine this with any degree of reasonable medical certainty.

2. REDACTED
    :
    a. Chronic obstructive pulmonary disease- She is at risk given her smoking history.
    b. Chronic tobacco use
    c. Allergic rhinitis- she uses fluticasone nasal spray and another nasal spray, as well as beta agonist for her cough and shortness of breath. Asthma is also commonly comorbid with allergies.

3. REDACTED
    It would be very difficult to separate her stress over her son, as he was actively dealing with mental health issues per her report, from her worry about the odor. Given the often multifactorial nature of anxiety, I cannot completely rule out any particular stressor as a contributing factor to her anxiety.

This evaluation is valid at the time of writing and is based on history provided by the patient. Should more information become available to me, I will review and can provide an addendum.

Sincerely,

Justin Rabon, MD