Liskow and Lewis
Attn: Michael Mims, esq.
Hancock Whitney Center
701 Poydras St. Suite 5000
New Orleans, LA, 70139

Re: *Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.,* No. 18-7889; c/w No. 18-8071, No. 18-8218, and No. 18-9312, Section "E" 5, United States District Court for the Eastern District of Louisiana*; and Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.,* No. 19-11133, Section "E" 5, United States District Court for the Eastern District of Louisiana

Dear Mr. Mims,

     I am a physician with dual specialization in Internal Medicine and Pediatrics. I work primarily as an adult hospitalist with Tulane University School of Medicine, where I serve to help supervise resident physicians and also work independently on non-teaching services to care for patients. I also work as a preceptor for residents in our adult and pediatric primary care clinic. With regards to the aforementioned case,     **REDACTED**

Note: The term "incident period" should be taken to mean July, 1 2017 to the end of 2019.

**RECORDS REVIEWED**
1. Plaintiff Fact Sheet
2. Deposition 6/7/2023

**HISTORY**

**REDACTED**

REDACTED

1. Nausea and Headache- These two symptoms were linked and she described her headache to me as a "nauseous feeling" in the frontal area.
    a. She described it as a throbbing pain that lasted while the smell was around.
    b. When the smell was not around, she did not have headaches or nausea.
    c. She took ibuprofen occasionally, but says that it is hard to say whether or not it actually helped.
    d. She did not have headaches before the incident period and denies any history of headaches since the incident period.
    e. She denies phonophobia, photophobia, numbness, tingling, weakness
    f. When asked specifically about nausea, she describes it as "gagging" associated with these episodes. She denies vomiting or abdominal pain.
    g. She reports sinus problems "here and there." She was evaluated at an ENT but does not remember if she was ever prescribed antibiotics.
2. Anxiety- She describes this as feelings of frustration and hopelessness. She was very stressed and could not sleep.
    a. She described somatic symptoms of sweating.
    b. She was excessively worried. A manifestation of this was that, in an effort to stop the smell from entering her home, she would go around the home and close off any open ventilation spaces, e.g. place tape over door frames, close flue, close bathroom vents.
    c. She is currently happy in her life. Recounting the past does bring back some of these feelings of anxiety.
    d. She reports that she was very stressed and could not sleep.
        i. She notes that she was often laying in bed looking at facebook groups of people also experiencing the smell.
        ii. When asked about sleep consolidation, she reports that her sleep was very "choppy" and was regularly interrupted due to the smell and stress.
    e. Since moving, she has not had any issues with sleep. She typically sleeps from around 2130-0600 and gets up to use the restroom once per night.

**REVIEW OF SYSTEMS**

Constitutional: Denies fever, denies weight loss

HEENT: Endorses occasional sinus infections, endorse difficulty (wears reading glasses), denies hearing difficulty
Cardiovascular: denies chest pain, denies palpitations
Respiratory: endorses shortness of breath, endorses cough
GI: denies abdominal pain, endorses nausea, denies vomiting
GU: Denies dysuria, denies hematuria
MSK: endorses occasional muscle aches, denies joint pain
Skin: Denies rash
Neurologic: Endorses headache, denies numbness, denies tingling, denies weakness

**MEDICAL HISTORY**

1. Denies any significant past medical history

PCP: Follows regularly with OB/GYN as PCP

Specialist Care (with interval of visits): Optometry (eye exam for reading glasses), Dentist (routine intervals), Orthopedist (evaluated following injury through post-operative period)

Medications:   Oral Contraceptive (Estrogen/progesterone) daily
One-A-Day daily
Vitamin B12 daily
GBP 300 mg BID

Allergies: No known Allergies

Obstetric and Gynecologic History: G2P2, regular menses with occasional breakthrough bleeding on OCP

Surgical History:   Hand Repair after trauma (laceration from glass) 10/23
Ablation- for menorrhagia 2021
Soft tissue repair- wrist ~2018

**SOCIAL HISTORY**

Unemployed, lives with husband and two children (14,11), goes to the gym regularly, denies tobacco use, consumes alcohol on weekends (approximately 2-3 glasses of wine per outing), denies illicit drug use.

**FAMILY HISTORY**

Alzheimer's Disease (Father, deceased 68)
Hypertension, neuropathy (Mother, 73)
Kids are healthy with no known medical issues

**PHYSICAL EXAM**

Deferred due to video conference interview

**SCREENING QUESTIONS**

Depression: PHQ-2=0
Anxiety: GAD-7=2
Obstructive Sleep Apnea: STOP-BANG=0

**FINDINGS**

REDACTED

1. REDACTED

2. REDACTED

   c.         REDACTED

This evaluation is valid at the time of writing and is based on history provided by the patient. Should more information become available to me, I will review and can provide an addendum.

Sincerely,

Justin Rabon, MD