Liskow and Lewis
Attn: Michael Mims, esq.
Hancock Whitney Center
701 Poydras St. Suite 5000
New Orleans, LA, 70139

Re: *Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.,* No. 18-7889; c/w No. 18-8071, No. 18-8218, and No. 18-9312, Section "E" 5, United States District Court for the Eastern District of Louisiana*; and Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.,* No. 19-11133, Section "E" 5, United States District Court for the Eastern District of Louisiana

Dear Mr. Mims,

I am a physician with dual specialization in Internal Medicine and Pediatrics. I work primarily as an adult hospitalist with Tulane University School of Medicine, where I serve to help supervise resident physicians and also work independently on non-teaching services to care for patients. I also work as a preceptor for residents in our adult and pediatric primary care clinic. With regards to the aforementioned case, I have reviewed the records noted below and met   REDACTED

Note: The term "incident period" should be taken to mean July 1, 2017 to the end of 2019.

**RECORDS REVIEWED**

1. Plaintiff Fact Sheet
2. Deposition 11/29/23

**HISTORY**

REDACTED

1. Headache:
    a. She describes them as generalized pain that would occur frequently. They were not every day but she could not tell me often they actually occurred. After onset, it would be on and off throughout the day. Sometimes they lasted half of the day, and sometimes they lasted all day.
    b. She took Tylenol sometimes but cannot say if it helped.
    c. She reports associated phonophobia. While she denies photophobia, she says that she would have to go into a cold, dark room to feel better. She denies numbness, tingling, or weakness.
    d. She reports associated nausea but no vomiting.
    e. She thinks that her headaches occurred after smelling the foul odor, but notes that she was often ignoring her symptoms and could not remember specific triggers around the onset of her symptoms.
    f. She has similar headaches after the incident period, but says that they are "very sporadic."
2. Nausea
    a. It was often associated with her other symptoms.
    b. She reports "gagging" but no vomiting. She denies diarrhea or constipation
    c. She reports associated vague abdominal pain she characterizes as "reflux" symptoms with "foul taste of acid/orange juice" that started around the incident period.
    d. She would take pepto bismol with relief.
    e. She continues to have these symptoms intermittently but not as severe as during the incident period. Her symptoms still resolve with pepto bismol.
3. Nasal congestion and dry cough
    a. These symptoms co-occurred and were often associated with her other symptoms
    b. She reports that she "thought it was allergies" and could not figure out what was triggering these symptoms because she has no prior history of allergies.
    c. She did not take any medications.
    d. These symptoms have not recurred since the incident period.

**REVIEW OF SYSTEMS**

Constitutional: Denies fever, denies weight loss
HEENT: Denies sinus pain, endorses nasal congestion, endorses visual difficulty (intermittent "glare" in her eyes, wears bifocals), denies hearing difficulty, denies sore throat
Cardiovascular: Denies chest pain, denies palpitations, denies syncope
Respiratory: endorses shortness of breath, endorses dry cough
GI: endorses abdominal pain, endorses nausea, denies vomiting, denies diarrhea, denies constipation

GU: Denies dysuria, denies hematuria
MSK: endorses chronic right hip pain, endorses chronic low back pain
Skin: Denies rash
Neurologic: Endorses headache, denies numbness, denies tingling, denies weakness

**MEDICAL HISTORY**

1. Diabetes (A1c 8.2%)
2. Hyperlipidemia
3. Chronic lower back pain
4. Gastroesophageal reflux disease (GERD)

PCP: Gencare

Specialist Care (with interval of visits, if applicable and known):
Pain Management Specialist
Podiatrist (Seen once as part of Diabetic management, reports normal examination)
Optometry (Wears bifocals)
Dentistry

-She reports no urgent care or emergency room visits
-She reports no hospital admissions

Medications:   Glipizide 10 mg daily
Vitamin D unknown dosage once weekly
Norco (Hydrocodone-Acetaminophen) 10mg-325mg TID as needed for pain
Statin unknown dosage daily
Pepto Bismol as needed for reflux

Allergies: Bactrim ("welts")

Obstetric and Gynecologic Hx: G3P3, Post-menopausal, Denies AUB

Surgical History: she did not remember dates of prior surgeries
1. ORIF with hardware placement
2. C-section

**SOCIAL HISTORY**

She lives in Metairie with mother, partner, and son. She is unemployed. She likes to watch television. She sings in the church choir and attends church regularly. She walks occasionally for physical exercise. Denies tobacco use, denies alcohol use, denies illicit drug use

**FAMILY HISTORY**

-Three children (39,36,33) all healthy
-Father (Deceased, 45)- Cancer
-Mother (80)- No known medical problems

**PHYSICAL EXAM**

Vitals: 140/70 HR 78

General: awake, alert, no acute distress, pleasant
HEENT: Pupils equal, round, and reactive to light, extraocular movements intact, bilateral pterygium in eyes, nares patent, no sinus tenderness, normal TM bilaterally, oropharynx clear, normal dentition, no thyromegaly
CV: RRR, no murmurs
Respiratory: lungs clear to auscultation bilaterally
Abdomen: soft, nontender, nondistended
MSK: no muscle or joint tenderness, moves all extremities appropriately
Neuro: strength and sensation grossly intact, cranial nerves II-XII intact, normal gait
Psych: Mood within normal and affect congruent

**SCREENING QUESTIONS**

Depression: PHQ-2=0
Anxiety: GAD-7=0
Obstructive Sleep Apnea: STOP-BANG=2

**FINDINGS**

REDACTED

REDACTED

1.  REDACTED

This evaluation is valid at the time of writing and is based on history provided by the patient. Should more information become available to me, I will review and can provide an addendum.

Sincerely,

Justin Rabon, MD