Liskow and Lewis
Attn: Michael Mims, esq.
Hancock Whitney Center
701 Poydras St. Suite 5000
New Orleans, LA, 70139

REDACTED

1. REDACTED

REDACTED

REDACTED

REDACTED

Sincerely,

Justin Rabon, MD