February 27, 2024

Liskow and Lewis
Attn: Michael Mims, esq.
Hancock Whitney Center
701 Poydras St. Suite 5000
New Orleans, LA, 70139

Re: *Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.,* No. 18-7889; c/w No. 18-8071, No. 18-8218, and No. 18-9312, Section "E" 5, United States District Court for the Eastern District of Louisiana*; and Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.,* No. 19-11133, Section "E" 5, United States District Court for the Eastern District of Louisiana

Dear Mr. Mims,

REDACTED

REDACTED

A summary of my findings is detailed below.

Note: The phrase "relevant time period" should be considered from the middle of 2017 to the end of 2019, or the time in question for the purposes of this civil case.

**HISTORY**

Incident History:

REDACTED

REDACTED

Headaches

REDACTED

Cough/Respiratory Issues

REDACTED

Difficulty sleeping or insomnia and Fatigue

REDACTED

Anxiety

REDACTED

Medical evaluation

REDACTED

**MEDICAL HISTORY**

Prior Medical Problems

   1.                              REDACTED

   2.                    REDACTED

<u>Subsequent Medical Problems</u>

   1.                    REDACTED

<u>Current Medications</u>

1. Olmesartan 40 mg by mouth daily

<u>Allergies</u>

1. Shellfish
2. Aspirin

<u>Surgical History</u>

1. Appendectomy (unknown year)
2. 2016 L ankle bone removal
3. ~2018 Subtellar Joint Fusion
4. ~2020 Hardware removal
5. 2021 L wrist ligament reconstruction surgery

**FAMILY HISTORY**

Denies significant family history.

**SOCIAL HISTORY**

Army veteran, currently in national guard

Has worked several jobs in last 10 years or so, including cook at waffle house, unspecified job at the railroad, several security jobs such as bike patrol at Tulane as well as at a hotel and nightclub.

Denies alcohol use
Denies tobacco use
Denies illicit drug use
Married with one son

**REVIEW OF SYSTEMS**

Negative for cough, fevers, chills, shortness of breath, nausea, vomiting, diarrhea, headache, fatigue, insomnia, depression, anxiety, unintentional weight loss, swelling in the extremities, chest pain, new sensory or motor changes, easy bleeding.

**EXAMINATION**

Weight 312 #, BP 140/90, Ht 71 inches, pulse 78, Sp02 98%, calculated BMI: 43.5
General: Alert, oriented, cooperative. Well nourished
Eyes: Anicteric, EOMI
HENT: Increased estimated neck circumference, neck supple, mucous membranes moist
Pulmonary: Symmetrical expansion, Lungs clear to auscultation bilaterally in all fields
Cardiovascular: Regular rate and rhythm, no murmurs rubs or gallops, pulses symmetrical
Abdomen: Soft, non-tender, non distended
GU: Deferred
Skin: No rashes noted
Extremities: No swelling, full ROM
Neuro: CN II- XII intact, gait/station normal
Psychiatric: Mood and affect normal

**ADDITIONAL EVALUATION**

GAD 7 – 0
PHQ-2 - 0

**RECORDS REVIEWED**

REDACTED

**ASSESSMENT**

REDACTED

.

**FINDINGS**

1.  REDACTED

**My findings are based on review of the cited records, direct report of the patient, and my personal evaluation of the patient. This evaluation is valid at the time of writing with the information available to me. I reserve the right to revise it should more information become available.**

Respectfully submitted,

X *Charles Santos MD*
Charles Santos, MD


Charles Santos, MD
Clinical Faculty, Tulane University, Dept. of Psychiatry and Internal Medicine
Staff Physician, Southeast Louisiana Veteran's Healthcare Center
Board Eligible, Internal Medicine and Psychiatry