Liskow and Lewis
Attn: Michael Mims, esq.
Hancock Whitney Center
701 Poydras St. Suite 5000
New Orleans, LA, 70139

Re: *Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.,* No. 18-7889; c/w No. 18-8071, No. 18-8218, and No. 18-9312, Section "E" 5, United States District Court for the Eastern District of Louisiana; *and Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.,* No. 19-11133, Section "E" 5, United States District Court for the Eastern District of Louisiana

Dear Mr. Mims,

    I am a physician with dual specialization in Internal Medicine and Pediatrics. I work primarily as an adult hospitalist with Tulane University School of Medicine, where I serve to help supervise resident physicians and also work independently on non-teaching services to care for patients. I also work as a preceptor for residents in our adult and pediatric primary care clinic. With regards to the aforementioned case, I have reviewed the records noted below and met <sup>REDACTED</sup>

Note: The term "incident period" should be taken to mean July 1, 2017 to the end of 2019.

**RECORDS REVIEWED**

1. Plaintiff Fact Sheet
2. Deposition 1/5/2024

**HISTORY**

REDACTED

1. Headaches
    a. He describes them as a bilateral localized to the temporal area without a specific quality. They would occur around once per week and last "on and off" throughout the day without a specific time frame. He did not take medications for his headaches and they would resolve spontaneously. He has never kept a headache diary.
    b. He endorses associated "burning eyes" and nausea. See 2. And 3.
    c. He denies associated vomiting, photophobia, phonophobia, numbness, tingling, weakness, visual changes. He denies any preceding aura.
    d. He sleeps about 8 hours per night and does not awaken with a headache.
    e. He does not remember similar headaches before the incident period.
    f. He has never had a formal evaluation by a physician for headaches.
    g. He does have similar headaches after the incident period, but they are much less frequent. They now occur around once every two months.
2. Nausea
    a. He describes it associated with headaches and upper respiratory symptoms.
    b. He notes that it would result in "gagging" or dry heaves, with one episode of nonbloody and nonbilious emesis.

3. Upper respiratory symptoms
    a. He describes a combination of symptoms to include nasal congestion, sore throat and post-nasal drip, minimally productive cough with clear mucus, and chest pain that he describes as congestion.
    b. He denies associated fevers or chills.
    c. He denies a history of seasonal or food allergies
    d. He denies a history of asthma or eczema
    e. He states that these symptoms started with exposure to the odor and would occur occasionally. He is not aware of any other possible precipitants or triggers.
    f. He did not take any medications for these symptoms.
    g. He did go to the emergency room multiple times in the 2017 for these symptoms, which also included headache and nausea. He does not remember specific treatment or diagnoses with those visits.
    h. He was never admitted to the hospital for these problems.
    i. He reports occasional nasal congestion, post-nasal drip, and cough after the incident period.

**REVIEW OF SYSTEMS**
Constitutional: Denies fever, denies weight loss
HEENT: Endorses nasal congestion, endorses sore throat, endorses post-nasal drip, denies blurred or double vision, denies hearing difficulty
Cardiovascular: Endorses chest pain associated with congestion, denies palpitations, denies syncope
Respiratory: Denies shortness of breath, endorses cough
GI: Denies abdominal pain, endorses nausea, denies vomiting, denies diarrhea, denies constipation
GU: Denies dysuria, denies hematuria
MSK: Denies chronic muscle or joint aches
Skin: Denies rash
Neurologic: Endorses headache, denies numbness, denies tingling, denies weakness

**MEDICAL HISTORY**

1. Denies any significant past medical history

<u>PCP</u>: None

<u>Specialist Care (with interval of visits, if applicable and known)</u>: Optometry (seen for employment eye exam)

<u>Medications</u>: None

<u>Allergies</u>: No known Allergies

<u>Surgical History</u>: None

**SOCIAL HISTORY**

He has worked as a long haul truck driver for the last 10 years. He denies tobacco, alcohol, illicit drug use. He occasionally plays basketball and goes to planet fitness for exercise. He lives with his mom, dad, and his grandma.

**FAMILY HISTORY**
No known medical problems. He has 2 siblings that are healthy

**PHYSICAL EXAM**

Vitals: BP 138/70 HR 65

General: awake, alert, no acute distress, pleasant
HEENT: Pupils equal, round, and reactive to light, extraocular movements intact, nares patent, oropharynx clear, normal dentition, no thyromegaly
CV: RRR, no murmurs
Respiratory: lungs clear to auscultation bilaterally
Abdomen: soft, nontender, nondistended
MSK: no muscle or joint tenderness, moves all extremities appropriately
Neuro: strength and sensation grossly intact, cranial nerves II-XII intact, normal gait
Psych: Mood within normal and affect congruent

**SCREENING QUESTIONS**

Depression: PHQ-2=1
Anxiety: GAD-7=0
Obstructive Sleep Apnea: STOP-BANG=0

**FINDINGS**

REDACTED

1. REDACTED

4.  REDACTED

This evaluation is valid at the time of writing and is based on history provided by the patient. Should more information become available to me, I will review and can provide an addendum.

Sincerely,

Justin Rabon, MD