UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL<br>*Plaintiffs* | CIVIL ACTION |
| | NO. 19-11133 c/w 19-14512 |
| VERSUS | |
| | SECTION: "E" (5) |
| LOUISIANA REGIONAL LANDFILL<br>COMPANY, ET AL | JUDGE SUSIE MORGAN |
| *Defendants* | |
| | MAGISTRATE MICHAEL NORTH |

*Applies to: All Cases*

### APTIM CORPORATION'S FINAL WILL CALL LIST OF WITNESSES FOR THE FIRST *ADDISON* MERITS TRIAL

Defendant, Aptim Corporation ("Aptim"), through undersigned counsel, respectfully states that it will call the following witnesses at the first Addison merits trial.

1. Michael Corn, P.E., BCEE (Joint Defense Expert)

2. John Kind, PhD, CIH, CSP (Joint Defense Expert)

3. Barry Kline, P.E. (Aptim Expert)

4. Matthew Stutz, P.E. (Joint Defense Expert)

5. Paolo Zannetti, QEP (Joint Defense Expert)

6. Brobson Lutz, M.D. (Joint Defense Expert)

7. Josh Broggi (Fact Witness)

1

Respectfully submitted,

/s/ Nicholas S. Bergeron
ERNEST P. GIEGER, JR. (6154)
Email: egieger@glllaw.com
JOHN E. W. BAAY, II (22928)
Email: jbaay@glllaw.com
J. MICHAEL DIGIGLIA (24378)
Email: mdigiglia@glllaw.com
NICHOLAS S. BERGERON (37585)
Email: nbergeron@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Hancock Whitney Building
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
*Attorneys for Aptim Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case management system on this 8th day of July, 2024.

/s/ Nicholas S. Bergeron_____