UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**    Plaintiffs  V.  **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**    Defendants  *Applies to: Both Cases* | CIVIL ACTION  NO. 19-11133, c/w 19-14512  SECTION: "E" (5)   JUDGE: Morgan  MAGISTRATE JUDGE: North |

**PLAINTIFFS' LIST OF WITNESSES WHOSE TESTIMONY WILL LIKELY BE PRESENTED AT TRIAL**

Pursuant to § VI.6. of the Thirteenth Case Management Order (Rec. No. 498), the following is a list of witnesses whose testimony will be presented at trial, and is based upon the facts known to the Plaintiffs as of the date of this Notice. Because the Defendants have declined to produce some of their witnesses who are outside the subpoena power for live testimony at trial, some of the testimony may be presented by way of deposition. Further, some of the testimony may be rendered unnecessary based upon the Court's ruling on motions that are pending and yet to be filed, and some of the testimony may be unnecessary if the parties are able to agree to stipulate to certain facts. Plaintiffs reserve the right to supplement this list following a review of Defendants' witness lists and the Court's rulings on the pending motions.

**FACT WITNESSES**

Plaintiffs and Supporting Witnesses:

1

1. Geneva Green
2. Scott Gremillion
3. Wendy Gremillion
4. A.G.[1]
5. B.G.
6. Vernice Lewis
7. Tyrone Thompson
8. Terrance Thompson
9. Stanley Meyers
10. Reshaun Richardson
11. Andrew Section
12. Jonathan Tate
13. Mary Ann Winningkoff
14. Roberto Obando
15. Gerald Herbert
16. Kelly Sheasby
17. Douglas Brown
18. Gerard Herbert
19. Curtis "Lee" Adams

Aptim

20. Josh Broggi
21. Nelson Ambeau
22. Records custodian

Jefferson Parish

23. Rick Buller
24. Michael P. Lockwood (because of his health, by deposition designation)
25. Keith Conley
26. Richard Mayer
27. Mark Klym
28. Michael DeSoto
29. Arita Bohanan

---

[1] Plaintiffs intend to call the minor children, A.G. and B.G., for live testimony either in person or by Zoom.

30. Paul Johnston
31. Records custodian

Waste Connections

32. Brett O'Connor
33. Bruce Emley
34. Chelsey Armstrong*[2]
35. Chris Ruane[3]
36. Clay Richardson
37. Dawn Thibodaux
38. James Gunter
39. Joe Laubenstein*
40. John Perkey
41. Matt Crockett*
42. Nick Collins*
43. Nikki Crews*
44. Rickie Falgoust
45. Rob Nielsen
46. Jeffrey Palutis*
47. Records custodian

LDEQ

48. Dr. Chuck Carr Brown
49. Holly Hermann
50. Mike Algero
51. Wayne Desselle
52. Records custodian

River Birch

53. Brian DeJean
54. Records custodian

---

[2] Plaintiffs intend to call all witnesses with an asterisk live; however, these individuals are outside of the Court's subpoena power. In the event Waste Connections declines to produce a witness, that witness will testify through deposition designation.
[3] Mr. Ruane will appear by joint stipulation.

Other Witnesses

    55. Kris Carlson

    56. Vic Culpepper

    57. Dr. Joseph Kanter

    58. Dale L. Steib

    59. Dr. Mark Yocke*

    60. Dr. Jeffrey Marshall*

SCS Engineers

    61. Thomas Rappolt

    62. James Walsh

**EXPERTS**

Plaintiffs' Experts

    63. Jose Sananes

    64. Dr. Jaana Pietari

    65. James Lape

    66. Dr. Susan Schiffman

    67. Dr. Robert DeLorenzo

    68. Dr. Michael Spodak

    69. Jason Schellhaas

Plaintiffs reserve the right to call any witness designated by any of the Defendants and any witness for rebuttal purposes. Plaintiffs further reserve the right to supplement or amend this list.

Dated: July 8, 2024

                                              Respectfully submitted:

                                              /s/ S. Eliza James
                                        Byron M. Forrest (La. Bar No. 35480)
                                        Nicholas V. Cressy (La. Bar No. 35725)
                                        S. Eliza James (La. Bar No. 35182)
                                        FORREST CRESSY & JAMES, LLC
                                        1222 Annunciation Street
                                        New Orleans, Louisiana 70130

Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com


/s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@whiteforlaw.com
erowe@whitefordlaw.com
mchilders@whitefordlaw.com

Harry S. Johnson, (Admitted Pro Hac Vice)
James R. Jeffcoat (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
hjohnson@whitefordlaw.com
jjeffcoat@whitefordlaw.com

*Counsel For Addison Plaintiffs*

5