UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.** *Plaintiffs* | CIVIL ACTION NO. 19-11133, c/w 19-14512 |
| VERSUS | SECTION "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.** *Defendants* | JUDGE SUSIE MORGAN |
| *Applies to: Both Cases* | MAGISTRATE JUDGE MICHAEL NORTH |

**JEFFERSON PARISH'S WILL CALL WITNESS LIST
FOR THE FIRST *ADDISON* MERITS TRIAL**

Defendant, Parish of Jefferson, through undersigned counsel, respectfully states that it intends to offer testimony from the below fact and expert witnesses during the first *Addison* merits trial. Defendant reserves the right to amend and/or supplement this list in advance of trial.

1. Brent Griffin;
2. Brett O'Connor;
3. Brobson Lutz, M.D.
4. Chelsey Armstrong;
5. Dawn Thibodaux;
6. Jeff Palutis;
7. John Kind, Ph.D.;
8. Joseph Kanter, M.D.;
9. Joseph "Rick" Buller, Jr.;
10. Josh Broggi;
11. Keith Conley;

12. Kristofer Carlson;

13. Mario Bazile;

14. Mark Drewes (in his capacity as the 30(b)(6) representative for Parish of Jefferson);

15. Matt Crockett;

16. Matthew Stutz, P.E.;

17. Michael Corn, C.P.A.;

18. Nikki Crews;

19. Pamela Dalton, Ph.D..;

20. Paolo Zannetti, Ph.D.;

21. Paul Burke;

22. Rickie Falgoust;

23. Terez Harris;

24. Timothy Ponthieux;

25. Any and all witnesses listed or called by any other party;

26. Any and all witnesses necessary to rebut any testimony rendered by any witness during trial in this matter;

27. Any and all witnesses needed for impeachment purposes; and

28. Any and all witnesses needed to authenticate records, including, but not limited to medical records, photographs and/or videos.

(*Signature block on next page*)

Respectfully submitted,

**CERTIFICATE OF SERVICE**

**CONNICK AND CONNICK, LLC**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been sent to counsel for all parties by delivery of same by electronic transmission.

 /s/ Michael S. Futrell
WILLIAM P. CONNICK, La. Bar No. 14158
MICHAEL S. FUTRELL, La. Bar No. 20819
MATTHEW D. MOGHIS, La. Bar No. 33994
3421 N. Causeway Boulevard, Suite 408
Metairie, Louisiana 70002
Telephone:	(504) 681-6663
Facsimile:	(504) 838-9903
Email:	mfutrell@connicklaw.com

Metairie, Louisiana, this 8th day of July, 2024.

*Counsel for Defendant, Parish of Jefferson*

 /s/ Michael S. Futrell
**MICHAEL S. FUTRELL**