UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133, c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |
| | **JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |
| *Applies to: All Cases* | |

## WASTE CONNECTIONS DEFENDANTS' LIST OF WITNESSES TO BE CALLED AT TRIAL

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. (collectively, the "Waste Connections Defendants"), through undersigned counsel and pursuant to the Thirteenth Case Management Order (R. Doc. 498) and the Court's minute entry from the July 1, 2024 pre-trial conference (R. Doc. 643), respectfully submit the following list of witnesses to be called at trial. The Waste Connections Defendants reserve the right to call any witness listed as a will call or may call witness by any other party and to supplement or amend this list to the extent appropriate.

### WILL CALL WITNESS LIST

1. Mario Bazile
2. Debra Breaux
3. Douglas Brown
4. Paul Burke
5. Matthew Crockett
6. Joe DeRousselle

1

7. Mark Drewes, P.E., as Rule 30(b)(6) representative of Defendant Jefferson Parish

8. Ileanna Evens

9. Rickie Falgoust

10. Brent Griffin

11. Terez Harris

12. Jeannette Johnson

13. David Lofthus

14. Jarrod Muller

15. Michael Mullin

16. Robert Nielsen

17. Brett O'Connor

18. Timothy Ponthieux

19. Renell Shelby

20. Nathan Williams

21. Michael Corn, P.E., BCEE

22. Pamela Dalton, PhD, MPH

23. Joseph T. Gardemal III, CPA[1]

24. Ali Hashimi, P.E.

25. John Kind, PhD, CIH, CSP

26. Brobson Lutz, M.D.

---

[1] In the minute entry from the July 1, 2024 pre-trial conference, the Court found that "Defendants will not be allowed to call Mr. Gardemal as a rebuttal expert to contradict or rebut Mr. Schellhaas's testimony" and further excluded Mr. Gardemal's affirmative opinion regarding Paradise Manor Country Club. R. Doc. 643 ("July 1 Minute Entry"). The Waste Connections Defendants are moving for reconsideration of the part of the July 1 Minute Entry that excluded Mr. Gardemal's opinion concerning Paradise Manor Country Club and list Mr. Gardemal on the "will call" witness list pending determination of that motion.

27. Bishow Shaha, PhD, P.E.

28. Matthew Stutz, P.E.

29. Paolo Zannetti, QEP

## MAY CALL WITNESS LIST

1. Curtis (Lee) Adams

2. Kathleen Beresh

3. Josh Broggi

4. Stephanie Brooks

5. Rick Buller

6. Howard Buhler

7. Kris Carlson

8. Scott Furlong

9. Holly Hermann

10. Brenda Kocur

11. Michael P. Lockwood

12. Janet McKeel

13. Jeff Palutis

14. Breana Tate

15. Dawn Thibodaux

16. Michael Yenni

Respectfully submitted,

LISKOW & LEWIS, APLC

By:   /s/ Michael C. Mims  
      Michael Cash (#31655)

Cherrell Simms Taplin (#28227)
Michael C. Mims (#33991)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108


BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

4

5

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on July 8, 2024, a copy of the foregoing Waste Connections Defendants' Final List of Witnesses to be Called at Trial was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

           /s/ *Michael C. Mims*
           Michael C. Mims