UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**  Plaintiff | CIVIL ACTION |
| VERSUS | NO. 19-11133 c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**  Defendants | SECTION: "E" (5) |

*Applies to: Both Cases*

# ORDER

Before the Court is Aptim Corp.'s Motion to Fix Trial Time or, in the Alternative, to Continue the Trial with Request for Expedited Hearing.[1] The Court granted the motion for expedited hearing.[2] Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Waste Connections Defendants") filed a response but did not take a position on the time needed for trial or Aptim's motion.[3] Plaintiffs filed an opposition.[4]

The Court will grant Aptim's motion[5] in part and will shorten the **expected** trial length to 14 days and will hold court on August 22, 2024, although there will be a shortened schedule on that day. As should be obvious to seasoned trial attorneys, the Court cannot guarantee the trial will be completed on August 30, 2024.

---

[1] R. Doc. 637.
[2] R. Doc. 640.
[3] R. Doc. 639.
[4] R. Doc. 645.
[5] R. Doc. 637.

1

Plaintiffs will be given **thirty (30) minutes** for opening statements. Defendants will be given a total of **thirty (30) minutes** for opening statements. The Defendants may allocate the time among themselves by agreement.

The Court will adjust the time allowed to the parties at trial, **allowing Plaintiffs 2700 minutes** and **allowing Defendants a total of 2700 minutes**. Defendants may allocate the time among themselves.

The other provisions of the Court's Minute Entry and Revised Schedule dated July 3, 2024 remain in effect.[6]

**New Orleans, Louisiana, this 9th day of July, 2024.**

                                                                  **SUSIE MORGAN**
                                       **UNITED STATES DISTRICT JUDGE**

---

[6] R. Doc. 643.