UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK E. ADDISON, SR., ET AL.,**<br>    Plaintiffs | **CIVIL DOCKET** |
| **VERSUS** | **NO. 19-11133**<br>**c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Applies to: Both Cases*

### ORDER

On June 14, 2024, the Court issued an order (the "June 14 Order"),[1] granting a motion for leave to file under seal filed by Plaintiffs on June 13, 2024 ("Plaintiffs' June 13 Motion to Seal").[2] On July 3, 2024, Plaintiffs filed another motion for leave to file under seal (the "July 3 Motion to Seal"),[3] requesting the same relief sought in their June 13 Motion to Seal and granted by the Court's June 14 Order.

Accordingly;

**IT IS ORDERED** that Plaintiffs' July 3 Motion to Seal is **DENIED AS MOOT**.[4]

**New Orleans, Louisiana, this 9th day of July, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 602. The Court issued an order on June 21, 2024, vacating in part the June 14 Order on other grounds and clarifying that "the portion of [the June 14 Order] granting Plaintiffs' [June 13] Motion [to Seal] shall remain undisturbed." R. Doc. 627.
[2] R. Doc. 586.
[3] R. Doc. 644.
[4] R. Doc. 644.