UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | NO. 19-11133 c/w 19-14512 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL | * | |
| | * | JUDGE: MORGAN |
| | * | |
| | * | MAGISTRATE: NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANTS' MOTION TO REMOVE THE MEMORANDUM AND DOCUMENTS PREVIOUSLY FILED UNDER SEAL FROM THE RECORD

In accordance with the Minute Entry and Order, R. Doc. 654, Defendants, Jefferson Parish, Aptim Corp., Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc., file this Motion to Remove the Memorandum and Documents Previously Filed Under Seal from the Record pursuant to Local Rule 5.6. Defendants request that everything filed under R. Doc. 633 be removed from the record.

Defendants previously filed a Motion for Leave to File Under Seal on June 25, 2024. This Motion was denied on July 9, 2024. Local Rule 5.6 states, "if the motion to file under seal is denied, the movant may file another motion to remove the document(s) from the record within seven days." In this case, the Motion to Remove the Memorandum and all Documents Previously Filed Under Seal from the Record is timely and should be granted in accordance with Local Rule 5.6.

**WHEREFORE**, Defendants, Jefferson Parish, Aptim Corp., Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc., pray that this Motion be granted and that everything filed under seal in accordance with R. Doc. 633 be removed from the record.

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading was served upon all counsel of record in the parties named herein through the Court's ECF system.

Metairie, Louisiana, this 11th day of July 2024.

_____/s/ *Michael S. Futrell*_____
MICHAEL S. FUTRELL

Respectfully submitted,

**CONNICK AND CONNICK, LLC**

_____/s/ *Michael S. Futrell*_____
W. PETER CONNICK, LA. BAR NO. 14158
MICHAEL S. FUTRELL, LA. BAR NO. 20819
MATTHEW D. MOGHIS, LA. BAR NO. 33994
ANYA M. JONES, LA. BAR NO. 36923
3421 N. Causeway Boulevard, Suite 408
Metairie, Louisiana 70002
Telephone:    (504) 681-6663
Facsimile:    (504) 838-9903
E-mail:    *mfutrell@connicklaw.com*
           *moghis@connicklaw.com*

*Counsel for Defendant, Jefferson Parish*

**LISKOW & LEWIS, APLC**

By:    /s/ Michael C. Mims
       Michael Cash (#31655)
       Cherrell Simms Taplin (#28227)
       Michael C. Mims (#33991)
       Brady M. Hadden (#37708)
       J. Hunter Curtis (#39150)
       Alec Andrade (#38659)
       701 Poydras Street, Suite 5000
       New Orleans, LA 70139
       Telephone: (504) 581-7979
       Telefax: (504) 556-4108

**BEVERIDGE & DIAMOND, P.C.**

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

**GIEGER, LABORDE & LAPEROUSE, L.L.C.**

By:    /s/ J. Michael DiGiglia
      Ernest P. Gieger, Jr. (6154)
      John E. W. Baay (22928)
      J. Michael DiGiglia (24378)
      Nicholas S. Bergeron (37585)
      Blaise Chadwick Hill (*pro hac vice*)
      Gieger, Laborde & Laperouse, L.L.C.
      Hancock Whitney Center
      701 Poydras Street, Suite 4800
      New Orleans, Louisiana 70139
      Telephone: (504) 561-0400
      Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*