UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL | * | CIVIL ACTION |
| Plaintiffs | * | |
| | * | NO. 19-11133 c/w 19-14512 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL | * | |
| | * | JUDGE: MORGAN |
| | * | |
| | * | MAGISTRATE: NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Upon consideration of the Motion to Remove the Memorandum and Documents Previously Filed Under Seal from the Record filed by Defendants, Jefferson Parish, Aptim Corp., Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc.,

**IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED.** The clerk is directed to remove everything filed under R. Doc. 633 from the record.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE
SUSIE MORGAN**