UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL., Plaintiffs | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 19-11133 c/w 19-14512 |
| | * | SECTION "E" (5) |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL., | * * * | JUDGE: MORGAN |
| | * | MAGISTRATE: NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Remove the Memorandum and Documents Previously Filed Under Seal from the Record, filed by Defendants, Jefferson Parish, Aptim Corp., Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc.;

**IT IS ORDERED** that the Defendants' Motion is **GRANTED**. The clerk is directed to remove the documents filed by Defendants under seal [R. Doc. 633, including all attachments], from the record.

New Orleans, Louisiana, this 12th day of July, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**