UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | NO. 19-11133 c/w 19-14512 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL | * | |
| | * | JUDGE: MORGAN |
| | * | |
| | * | MAGISTRATE: NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE THE REPORT RENDERED BY PIVOTAL ENGINEERING

NOW INTO COURT, through undersigned counsel, come all Defendants in this matter who jointly move to exclude the introduction of the report rendered by Pivotal Engineering. Here, the Pivotal Report is inadmissible as Plaintiffs have failed to timely identify the witness who will testify to the contents of the report as required by this Court's Case Management Order and Federal Rule of Civil Procedure 26. The report is inadmissible hearsay under Federal Rule of Evidence 802, and the report lacks the necessary reliability concerning the principles and methods used in rendering the report that is required under Federal Rule of Evidence 702.

The reasons why this Motion in Limine should be granted are set forth in the attached Memorandum in Support.

WHEREFORE, Defendants respectfully request this Court grant this Motion in Limine prohibiting Plaintiffs from introducing the report rendered by Pivotal Engineering as it is inadmissible hearsay, inadmissible under Federal Rule of Evidence 702, and Plaintiffs have not identified the expert who will testify to the Pivotal Report as required by Federal Rule of Civil Procedure 26.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading was served upon all counsel of record in the parties named herein through the Court's ECF system.

Metairie, Louisiana, this 17th day of July 2024.

    /s/ *Michael S. Futrell*
    MICHAEL S. FUTRELL

Respectfully submitted,

**CONNICK AND CONNICK, LLC**

    */s/ Michael S. Futrell*
W. PETER CONNICK, LA. BAR NO. 14158
MICHAEL S. FUTRELL, LA. BAR NO. 20819
MATTHEW D. MOGHIS, LA. BAR NO. 33994
ANYA M. JONES, LA. BAR NO. 36923
3421 N. Causeway Boulevard, Suite 408
Metairie, Louisiana 70002
Telephone:   (504) 681-6663
Facsimile:   (504) 838-9903
E-mail:   mfutrell@connicklaw.com
          moghis@connicklaw.com

*Counsel for Defendant, Jefferson Parish*

**LISKOW & LEWIS, APLC**

By:   /s/ Michael C. Mims
     Michael Cash (#31655)
     Cherrell Simms Taplin (#28227)
     Michael C. Mims (#33991)
     Brady M. Hadden (#37708)
     J. Hunter Curtis (#39150)
     Alec Andrade (#38659)
     701 Poydras Street, Suite 5000
     New Orleans, LA 70139
     Telephone: (504) 581-7979
     Telefax: (504) 556-4108

**BEVERIDGE & DIAMOND, P.C.**

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

        James B. Slaughter (*pro hac vice*)
        1900 N Street, NW, Suite 100
        Washington, DC 20036
        (202) 789-6000

        Michael F. Vitris (*pro hac vice*)
        400 W. 15th Street, Suite 1410
        Austin, TX 78701
        (512) 391-8035

        *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

**GIEGER, LABORDE & LAPEROUSE, L.L.C.**

By:   /s/ J. Michael DiGiglia
       Ernest P. Gieger, Jr. (6154)
       John E. W. Baay (22928)
       J. Michael DiGiglia (24378)
       Nicholas S. Bergeron (37585)
       Blaise Chadwick Hill (*pro hac vice*)
       Gieger, Laborde & Laperouse, L.L.C.
       Hancock Whitney Center
       701 Poydras Street, Suite 4800
       New Orleans, Louisiana 70139
       Telephone: (504) 561-0400
       Facsimile: (504) 561-1011

       *Attorneys for Defendant Aptim Corp.*