# Ambient Air Assessment

Prepared for:
Jefferson Parish
Environmental Affairs Department





A Full Service MEP, Civil and Environmental Firm

Prepared by:
Pivotal Engineering, LLC
1515 Poydras Street, Suite 1875
New Orleans, LA 70112

**May 2019**



EXHIBIT

**A**

JP_JPLF_0019254



Chapter One: Introduction and Overview ...................................................................................... 2

    Federal Regulations ....................................................................................................................... 3

    State regulations............................................................................................................................. 4

Chapter Three: Subject Matter Review ....................................................................................... 6

    Review of sites within proximity to the AOI ............................................................................... 6

    MAML Reports – Capabilities and Data Analysis from the four (4) sampling events in 2018 .... 6

        Review of February 2018 MAML Sampling Event ................................................................ 11

        Review of April 2018 MAML Sampling Event ...................................................................... 13

        Review of July 2018 MAML Sampling Event......................................................................... 18

        Review of October 2018 MAML Sampling Event ................................................................. 25

    Opportunities for community Engagement ............................................................................... 31

Chapter Five: Overview of Sampling Techniques ...................................................................... 34

    1. Grab sampling........................................................................................................................ 34

    2. Time-integrated sampling ..................................................................................................... 34

    3. Real-time monitoring............................................................................................................. 35

    4. Passive sampling.................................................................................................................... 35

    5. Portable real-time monitoring............................................................................................... 35

Chapter Six: Spatial Distribution of Odor Complaints and Sensor Network................................ 36

    Resident Complaints................................................................................................................... 36

Chapter Seven: (Preliminary) Reverse Trajectory and Plume Modeling ..................................... 40

Chapter Eight: Conclusions ....................................................................................................... 46

Chapter Nine: Recommendations.............................................................................................. 47

Chapter Ten: References............................................................................................................ 48

**Attachments**

US Army Corps of Engineers Flood Control and Navigation Maps

Plume Dispersion Modeling Output – July 26-27, 2018

*May 2019*

JP_JPLF_0019255

Jefferson Parish
Ambient Air Assessment
Project No 18-155



## Chapter One: Introduction and Overview

Residents of Jefferson Parish have been experiencing unpleasant odors. Scientifically, the source of these odors is unknown. The area contains multiple industrial sites as well as residential areas. More than likely, the source of the odor problem originates from multiple sources. Jefferson Parish has contracted with Pivotal Engineering (Pivotal) to establish the framework for a long-term ambient air assessment program. This program will have the capabilities to incorporate multiple sampling techniques and methodologies as well as be able to provide meaningful data processing outputs for decision-making purposes. Continuous, real-time data collection will be implemented with a suite of analytical tools including (but not limited to) some or all of the following: plume modeling, forward/reverse trajectory modeling, forecasting, incident complaint ticket generation with trajectory, analysis and source determination.

Although reports from both Louisiana Department of Environmental Quality (LDEQ) and Louisiana Department of Health and Hospitals concluded that the air quality poses no threat to human health, the local quality of life has been affected.

This report provides background information regarding:

1. The specific problem
2. Roles of government agencies and their authority
3. Existing reports and datasets related to the problem
4. Fundamentals of atmospheric transport mechanisms and dispersion modeling
5. Sampling techniques for analyzing ambient air
6. Spatial analysis of resident complaints
7. High level approach for executing an ambient air assessment program

Overall, atmospheric/meteorological investigations involving the transport and source determination of airborne compounds can be a complex process. Many compounds in the air are found at very low concentrations. Combining the possibility of losing a fraction of any given compound due to canister wall adherence and laboratory instrumentation having finite lower limits on the concentration of each compound that can be detected, it is possible that a false negative (showing that a compound is not present when it was present) could occur. This is further compounded with some constituents having odor thresholds that are below detectable limits of common analytical methods.

The atmosphere is a dynamic system and conditions can change within minutes or seconds. For the best effort to determine an odor source, sensor technology (with cloud-based storage for continuous, real-time data collection) and analytical tools for processing meteorological data should be used together. Although sample analysis by laboratory instrumentation does a better

JP_JPLF_0019256

Jefferson Parish
Ambient Air Assessment
Project No 18-155



job at compound speciation, it cannot represent the atmospheric conditions for every hour of every day. Having a continuous monitoring system with modules for data analysis is the best option for odor source determination.

JP_JPLF_0019257

Jefferson Parish
Ambient Air Assessment
Project No 18-155



# Chapter Two: Governmental Authorities, Regulations and Programs

### Federal Regulations

### Clean Air Act (42 USC §7401 et seq)

In 1970, the Clean Air Act was signed into law (with an amendment established in 1990) as a result of nationwide increases in the emission of (what we now call) the criteria pollutants (40 CFR 50). The six (6) criteria pollutants are sulfur dioxide ($SO_2$), particulate matter (PM), carbon monoxide (CO), nitrogen dioxide ($NO_2$), ozone ($O_3$) and lead (Pb). The Clean Air Act is the primary federal law that mandates the United State Environmental Protection Agency (USEPA) to regulate and enforce air quality standards. Both the CAA of 1970 and the 1990 amendment provide National Ambient Air Quality Standards (NAAQS). In addition to the six (6) criteria pollutants, the CAA includes a list of 187 hazardous air pollutants (HAPs) with compliance limits for each compound.

The USEPA delegates some responsibility to the state departments for them to implement and maintain a statewide monitoring program. Each state, including Louisiana, has to monitor for criteria pollutants as well as all of the HAPs (or provide justification for shortening the list). The Louisiana State Implementation Plan (SIP) is approved by USEPA. Unless proper justification that the state program is not operating according to the SIP, USEPA does not generally overstep the stage agency to investigate air quality complaints. This is in line with USEPA's response (March 8, 2019) to a request from Jefferson Parish (February 8, 2019) for intervention.

### National Emission Standards for Hazardous Air Pollutants (NESHAPs; 40 CFR 61 and 63)

Under the guidance of the Clear Air Act, USEPA has developed emission standards for hazardous air pollutants (HAPs). These standards are based on the highest degree of emission reduction, known as maximum achievable control technology (MACT). These standards apply to emission rates of HAPs at both new and existing emission sources. Performance testing is required.

### New Source Performance Standards (NSPS) WWW (40 CFR 60)

Whereas NESHAPs apply to both new and existing facilities, NSPS apply to new facilities. Compliance is determined by initial performance testing and include continuous emissions monitoring and/or direct monitoring of regulated emissions. NSPS (40 CFR 60 Subpart WWW) is used to control emissions of non-methane organic compounds (NMOC). NMOC analysis is a surrogate for volatile organic compounds (VOCs). Surface emissions from landfills are regulated under this section. 40 CFR 60 Subpart XXX requires additional controls for landfill that expanded after July 17, 2014.

JP_JPLF_0019258

Jefferson Parish
Ambient Air Assessment
Project No 18-155


A Full Service MEP, Civil and Environmental Firm

### State regulations

Louisiana Department of Environmental Quality (LDEQ) is required to monitor ambient air for NAAQS and to submit a state implementation plan (SIP) for their strategy for executing NAAQS compliance monitoring activities. The Louisiana SIP for ambient air monitoring provides the processes for implementation, attainment, maintenance and enforcement of the National Ambient Air Quality Standards (the six criteria pollutants).

LDEQ has established an ambient air monitoring list of parameters to include 100 of the 187 HAPs. This list includes both minimum emission rates and ambient air standards. These 100 pollutants represent 99% of potential industrial compounds that could be released into the atmosphere. The Louisiana Ambient Air Monitoring program includes 41 monitoring stations. Each station collects data for a list of parameters based on location, industries, applicability and other factors. Parameters can include some or all of the criteria pollutants, HAPs and meteorological information. LAC 33:III §5112 Tables 51.2 and 51.3 provide the list of HAPs monitored across Louisiana.

### LDEQ Ambient Air Monitoring Program

Under USEPA authority given to them by the Clean Air Act of 1970 and Amendment of 1990, Louisiana Department of Environmental Quality is executing statewide air quality monitoring (40 CFR Part 58 Appendices A-E). This network of monitoring stations (see Figure 1 below) is used to:

- Inform the public about air pollution
- Assist compliance with ambient air quality standards including relaying air quality from stations to the USEPA network for comparison against NAAQS
- Support air quality research

JP_JPLF_0019259

Jefferson Parish
Ambient Air Assessment
Project No 18-155





*Figure 1 shows the Louisiana Ambient Air Monitoring Network.*

Each monitoring station includes data collection for a number of compounds with a unique sampling analysis plan for each location. Sampling parameters include criteria pollutants, VOCs and H2S. Data from each station is publically available. According to the Louisiana Annual Monitoring Network Plan, LDEQ has the ability to modify this network of ambient air monitoring stations. Regarding monitoring stations that are not required by the USEPA, LDEQ can add or subtract these stations as it deems appropriate. To increase transparency and community engagement, LDEQ should add a monitoring station within the River Ridge / Harahan community. This monitoring station should include analysis of H2S, VOCs and particulate matter. This monitoring station would provide LDEQ with a dataset representative of many atmospheric conditions as well as keep the community involved in the problem-solving/decision-making process.

JP_JPLF_0019260

Jefferson Parish
Ambient Air Assessment
Project No 18-155



## Chapter Three: Subject Matter Review

### Review of sites within proximity to the AOI

For this study, the area of investigation (AOI) was taken to be a ten (10) mile radius of the Jefferson Parish Landfill. Within this AOI, facilities that have been flagged as potential emission sources were determined by using the LDEQ Electronic Data Management System (EDMS), USACE Mississippi River Chart information and other resources. A number of sites were identified from the LDEQ EDMS search as being within the ten mile radius AOI and deemed potential odor source emitters. In addition to the EDMS query, the 2015 Flood Control and Navigation Maps of the Mississippi River (US Army Corps of Engineers 2015) was used to gain a broad picture of the number and locations of riverside operations. Charts 83 and 84 (Attachment 1) show that there are over 120 riverside operations within ten miles of the AOI. Note that this number only represents the sites that are adjacent to the river, not the number of potential source locations. In addition, midstream loaders, among other sources, can be present periodically.

Facilities within the proximity of the AOI and potential sources of air quality issues include (but not limited to) the following:

- Jefferson Parish Landfill
- River Birch Landfill
- Highway 90 C&D Landfill
- Cornerstone Chemical produced compounds that include acrylonitrile, melamine, sulfuric acid and urea.
- Multiple Refineries
- Multiple Riverside operations
- Jefferson Parish Wastewater Treatment Plant
- Harahan Wastewater Treatment Plant
- Numerous Sewerage Pump Stations

### MAML Reports – Capabilities and Data Analysis from the four (4) sampling events in 2018

In response to resident complaints regarding the odor issue, LDEQ deployed the mobile air monitoring laboratory (MAML) to the area and conducted four (4) separate ambient air monitoring events. The monitoring events were focused on determining whether or not the air quality corresponding to complaints was adversely impacting either human health or the environment. LDEQ has authority to enforce violations of the CAA. These reports captured numerous odor events, but no CAA violations. The detected odor events and corresponding air

JP_JPLF_0019261

Jefferson Parish
Ambient Air Assessment
Project No 18-155



quality and meteorological data suggest that there are multiple sites contributing to the odor problem.

The four (4) MAML air monitoring events were conducted within the following timeframes:

- February 19-23, 2018
- April 27 – May 2, 2018
- July 20-27, 2018
- October 8-12 2018

The MAML employs continuous monitoring equipment that provide hourly data for meteorological conditions (wind speed direction, temperature, barometric pressure and relative humidity). Air quality is monitored hourly for nitric oxide, nitrogen dioxide, NOx, carbon monoxide, sulfur dioxide, hydrogen sulfide, methane, non-methane organic carbon, total hydrocarbons as well as particulate matter less than 2.5 micron in aerodynamic diameter.

### Continuous Monitoring Equipment

MAML is equipped with real-time sampling and analysis equipment for continuous monitoring of ambient air. The following compounds can be collected and analyzed in real-time:

- Sulfur dioxide (SO2)
- Hydrogen sulfide (H2S)
- Nitrogen oxides (NOx)
- Carbon monoxide (CO)
- Ozone (O3)
- (Elemental) Mercury (Hg)
- Total Hydrocarbons (THC)
- Particulate matter (PM2.5)

JP_JPLF_0019262

Jefferson Parish
Ambient Air Assessment
Project No 18-155



Specifications for the continuous monitoring equipment used during the four (4) monitoring events are summarized in Table 1 below:

| Compound | Method | Detection Limit | Equipment |
|---|---|---|---|
| Hydrogen sulfide (H2S) | EPA Equivalent Method EQSA-0990-077 | 0.4 ppb | Advanced Pollution Instrumentation Model 101A Fluorescent Analyzer |
| Sulfur dioxide (SO2) | EPA Equivalent Method EQSA-0990-077 | 0.4 ppb | Advanced Pollution Instrumentation Model 101A Fluorescent Analyzer |
| Nitric oxide (NO) | EPA Reference Method RFNA-1289-074 | 0.4 ppb | Thermo Electron Model 42C |
| Nitrogen dioxide (NO2) | EPA Reference Method RFNA-1289-074 | 0.4 ppb | Thermo Electron Model 42C |
| Nitrogen Oxides (NOx) | EPA Reference Method RFNA-1289-074 | 0.4 ppb | Thermo Electron Model 42C |
| Carbon monoxide (CO) | EPA Reference Method RFCA-0981-054 | 0.04 ppb | Thermo Environmental Instruments 48C |
| Particulate matter less than 2.5 microns in diameter (PM2.5) | EPA Automated Equivalent Method EQPM-1090-079 | 0 $\mu g/m^3$ | Rupprecht & Oatashnick Co, Inc. TEOM Series 1400 Continuous Ambient Particulate Monitor |
| Total Hydrocarbons (THC) | No EPA Reference Method available | 20 ppbc (CH4) 150 ppbc (NMOC) | Thermo Electron Model 55i Analyzer |

*Table 1 shows the continuous monitoring equipment used onboard the MAML during the four (4) 2018 sampling events.*

MAML is also equipped with real-time meteorological data collection equipment. Atmospheric data collected in real-time includes: wind speed, wind direction, temperature, barometric pressure and relative humidity.

### *Laboratory Analysis*

For the compounds requiring laboratory analysis, either canisters or cartridges were deployed for sample collection. The canisters were designed to achieve maximum recovery of sulfur-bearing compounds. Subsequent to sample collection, the canister was sent to ALS Laboratory (Simi Valley, CA) for analysis and reporting. All canisters were used for grab sample collection. By this method, 5-20 seconds is needed to fill a canister with sample air. This method can catch a sample of a concentrated plume of air constituents of concern or catch ambient air with

JP_JPLF_0019263

Jefferson Parish
Ambient Air Assessment
Project No 18-155



purely background concentrations of compounds. Alternatively, canister samples can be taken via the time integration method. This method allows for a longer time of collection; on the order of hours or days. The time integration method can capture more instances of air quality, but could prepare a diluted the sample as well. The time integration method was not used during any of the MAML sampling events.

The laboratory analysis for canister data included: volatile organic compounds (VOCs) and sulfur-bearing compounds. See Tables 2 and 3 below for the VOCs and sulfur-bearing compounds included in the analyses, respectively. For the October 2018 sampling event, LDEQ staff collected additional samples for amines, aldehydes, ammonia and carboxylic acids (see Tables 4-6) using cartridges. See Chapter 5 for review of sample collection procedures.

| CAS # | Name of Compound |
|-------|------------------|
| 115-07-1 | Propene |
| 75-71-8 | Dichlorodifluoromethane (eFe 12) |
| 74-87-3 | Chloromethane |
| 76-14-2 | 1,2-Dichloro-l, l,2,2-tetrafluoroethane (CFC 114) |
| 75-01-4 | Vinyl Chloride |
| 106-99-0 | 1,3-Butadiene |
| 74-83-9 | Bromomethane |
| 75-00-3 | Chloroethane |
| 64-17-5 | Ethanol |
| 75-05-8 | Acetonitrile |
| 107-02-8 | Acrolein |
| 67-64-1 | Acetone |
| 75-69-4 | Trichlorofluoromethane (CFC II) |
| 67-63-1 | 2-Propanol (Isopropyl Alcohol) |
| 107-13-1 | Acrylonitrile |
| 75-35-4 | l,l-Dichloroethene |
| 75-09-2 | Methylene Chloride |
| 107-05-1 | 3-Chloro-l-propene (Allyl Chloride) |
| 76-13-1 | Trichlorotrifluoroethane (CFC 113) |
| 75-15-0 | Carbon Disulfide |
| 156-60-5 | trans-l,2-Dichloroethene |
| 75-34-3 | l,l-Dichloroethane |
| 1634-04-4 | Methyl tert-Butyl Ether |
| 108-05-4 | Vinyl Acetate |
| 78-93-3 | 2-Butanone (MEK) |
| 156-59-2 | cis-l,2-Dichloroethene |
| 141-78-6 | Ethyl Acetate |
| 110-54-3 | n-Hexane |
| 67-66-3 | Chloroform |
| 109-99-9 | Tetrahydrofuran |
| 107-06-2 | 1,2-Dichloroethane |
| 71-55-6 | 1,1,1-Trichloroethane |
| 71-43-2 | Benzene |
| 56-23-5 | Carbon Tetrachloride |
| 110-82-7 | Cyclohexane |
| 78-87-5 | 1,2-Dichloropropane |
| 75-27-4 | Bromodichloromethane |
| 79-01-6 | Trichloroethene |
| 123-91-1 | 1,4-Dioxane |
| 80-62-6 | Methyl Methacrylate |
| 142-82-5 | n-Heptane |
| 10061-01-5 | cis-l,3-Dichloropropene |
| 108-10-1 | 4-Methyl-2-pentanone |

| CAS # | Name of Compound |
|-------|------------------|
| 10061-02-6 | trans-l,3-Dichloropropene |
| 79-00-5 | 1,1,2-Trichloroethane |
| 108-88-3 | Toluene |
| 591-78-6 | 2-Hexanone |
| 124-48-1 | Dibromochloromethane |
| 106-93-4 | 1,2-Dibromoethane |
| 123-86-4 | n-Butyl Acetate |
| 111-65-9 | n-Octane |
| 127-18-4 | Tetrachloroethene |
| 108-90-7 | Chlorobenzene |
| 100-41-4 | Ethylbenzene |
| 179601-23-1 | m,p-Xylenes |
| 75-25-2 | Bromoform |
| 100-42-5 | Styrene |
| 95-47-6 | o-Xylene |
| 111-84-2 | n-Nonane |
| 79-34-5 | 1,1,2,2-Tetrachloroethane |
| 98-82-8 | Cumene |
| 80-56-8 | alpha-Pinene |
| 103-65-1 | n-Propylbenzene |
| 622-96-8 | 4-Ethyltoluene |
| 108-67-8 | 1,3,5-Trimethylbenzene |
| 95-63-6 | 1,2,4-Trimethylbenzene |
| 100-44-7 | Benzyl Chloride |
| 541-73-1 | 1,3-Dichlorobenzene |
| 106-46-7 | 1,4-Dichlorobenzene |
| 95-50-1 | 1,2-Dichlorobenzene |
| 5989-27-5 | d-Limonene |
| 96-12-8 | 1,2-Dibromo-3-chloropropane |
| 120-82-1 | 1,2,4-Trichlorobenzene |
| 91-20-3 | Naphthalene |
| 87-68-3 | Hexachlorobutadiene |

Table 2 showing the list of VOCs included in the grab sample analysis.

JP_JPLF_0019264

Jefferson Parish
Ambient Air Assessment
Project No 18-155



| CAS # | Compound |
|---|---|
| 7783-06-4 | Hydrogen Sulfide |
| 463-58-1 | Carbonyl Sulfide |
| 74-93-1 | Methyl Mercaptan |
| 75-08-1 | Ethyl Mercaptan |
| 75-18-3 | Dimethyl Sulfide |
| 75-15-0 | Carbon Disulfide |
| 75-33-2 | Isopropyl Mercaptan |
| 75-66-1 | tert-Butyl Mercaptan |
| 107-03-9 | n-Propyl Mercaptan |
| 624-89-5 | Ethyl Methyl Sulfide |
| 110-02-1 | Thiophene |
| 513-44-0 | Isobutyl Mercaptan |
| 352-93-2 | Diethyl Sulfide |
| 109-79-5 | n-Butyl Mercaptan |
| 624-92-0 | Dimethyl Disulfide |
| 616-44-4 | 3-Methylthiophene |
| 110-01-0 | Tetrahydrothiophene |
| 638-02-8 | 2,5-Dimethylthiophene |
| 872-55-9 | 2-Ethylthiophene |
| 110-81-6 | Diethyl Disulfide |

Table 3 showing the sulfur-bearing compounds included in the grab sample analysis.

| CAS # | Compound |
|---|---|
| 124-40-3 | Dimethylamine |
| 75-04-7 | Ethylamine |
| 75-50-3 | Trimethylamine |
| 75-31-0 | Isopropylamine |
| 75-64-9 | tert-Butylamine |
| 107-10-8 | n-Propylamine |
| 109-89-7 | Diethylamine |
| 13952-84-6 | sec-Butylamine |
| 78-81-9 | Isobutylamine |
| 109-73-9 | n-Butylamine |
| 108-18-9 | Diisopropylamine |
| 121-44-8 | Triethylamine |
| 142-84-7 | Dipropylamine |

Table 4 showing the amine compounds analyzed for during the October 2018 sampling event.

| CAS # | Compound |
|---|---|
| 64-19-7 | Acetic Acid |
| 79-09-4 | Propionic Acid (Propanoic) |
| 79-31-2 | 2-Methylpropanoic Acid (Isobutyric) |
| 107-92-6 | Butanoic Acid (Butyric) |
| 116-53-0 | 2-Methylbutanoic Acid |
| 503-74-2 | 3-Methylbutanoic Acid (Isovaleric) |
| 109-52-4 | Pentanoic Acid (Valeric) |
| 97-61-0 | 2-Methylpentanoic Acid |
| 105-43-1 | 3-Methylpentanoic Acid |
| 646-07-1 | 4-Methylpentanoic Acid (Isocaproic) |
| 142-62-1 | Hexanoic Acid (Caproic) |
| 111-14-8 | Heptanoic Acid (Enanthoic) |
| 149-57-5 | 2-Ethylhexanoic Acid |
| 98-89-5 | Cyclohexanecarboxylic Acid |
| 124-07-2 | Octanoic Acid (Caprylic) |
| 65-85-0 | Benzoic Acid |
| 112-05-0 | Nonanoic Acid (Pelargonic) |

Table 5 showing the carboxylic acid compounds analyzed for during the October 2018 sampling event.

| CAS # | Compound |
|---|---|
| 50-00-0 | Formaldehyde |
| 75-07-0 | Acetaldehyde |
| 123-38-6 | Propionaldehyde |
| 4170-30-3 | Crotonaldehyde, Total |
| 123-72-8 | Butyraldehyde |
| 100-52-7 | Benzaldehyde |
| 590-86-3 | Isovaleraldehyde |
| 110-62-3 | Valera lde hyde |
| 529-20-4 | o-Tolualdehyde |
| 620-23-5 104-87-0 | m,p-Tolualdehyde |
| 66-25-1 | n-Hexaldehyde |
| 5779-94-2 | 2,5-Dimethylbenzaldehyde |

Table 6 showing the aldehyde compounds analyzed for during the October 2018 sampling event.

JP_JPLF_0019265

Jefferson Parish
Ambient Air Assessment
Project No 18-155



Review of February 2018 MAML Sampling Event

### Summary

The first of four (4) monitoring missions performed by the LDEQ MAML occurred from February 19 -23, 2018. One (1) location (Riverside Church located at 9220 Jefferson Highway, River Ridge, LA) was chosen to host the MAML vehicle throughout the duration of the mission. For the duration of this sampling event, no odor events were observed.

### Sampling parameters and methodologies

Table 1 (above) provides information about the compounds that were analyzed for using real-time or continuous monitoring equipment and the corresponding sampling methodologies, equipment models and the detection limit of each unit. For the February 2018 sampling event, only real-time monitoring equipment was used for data collection since no odor events were observed. Neither canisters nor cartridges were used for sample collection. Subsequently, data regarding VOCs, organic acids and other potentially odor causing constituents was not collected for this sampling event.

### Data Evaluation

The maximum value of hydrogen sulfide occurred on February 22, 2018 between 6 and 7 pm and was at a concentration of 3 ppb. This is below the Louisiana Toxic Air Pollutant Ambient Air Standard of 330 $\mu g/m^3$.

The wind rose corresponding to the February 2018 MAML Sampling event is shown in Figure 2. For the duration of the sampling event, the wind direction was between 110 and 180 degrees. This means that the wind direction was coming from the southeast direction. Based on the wind direction alone, any odors experienced by residents in the River Ridge/Harahan area during the February 19-23, 2018 would have originated from an area southeast of River Ridge/Harahan.

JP_JPLF_0019266

Jefferson Parish
Ambient Air Assessment
Project No 18-155





*Figure 2 Windrose corresponding to the February 2018 MAML sampling event. Windroses have been displayed from both the MSY airport and the MAML site location.*

### Conclusion

The February 2018 MAML sampling mission did not detect any increased concentrations of H2S or any other continuous monitoring parameters. Accordingly, no grab samples were collected. The wind was blowing from the southeasterly direction.

JP_JPLF_0019267

Jefferson Parish
Ambient Air Assessment
Project No 18-155



Review of April 2018 MAML Sampling Event

*Overview*

The second of the four (4) monitoring missions performed by LDEQ MAML occurred from April 27 into May 2, 2018. One (1) location (Riverside Church located at 9220 Jefferson Highway, River Ridge, LA) was chosen to host the MAML vehicle throughout the duration of the mission.

The MAML was able to capture data corresponding to a single odor event (see Figure 3). This odor event lasted for six (6) hours and occurred between April 28, 2018 at 9pm and ended April 29, 2018 at 3am. The increase in H2S concentration (in conjunction with an increase in methane concentration) and subsequent decrease to background concentrations (3 ppb) marked the extent of the odor event. To further characterize the air quality during the odor event, three (3) grab samples were collected via canisters for laboratory analysis. The three samples were collected in the following sequence: The first sample was collected at the MAML, the second sample was collected on the West Bank (across the river between the river and the area of the three landfills)



*Figure 3 shows the extent of the April 28-29, 2018 odor event (characterized by elevated H2S concentrations).*

and the third sample was collected at the MAML towards the end of the odor event. The location of the second grab sample was determined based on wind direction, additional field investigations and prior information about potential sources. The three (3) grab samples collected were sent to ALS Laboratory (Simi Valley, CA) for analysis.

In addition to the three (3) grab samples collected during the odor event, an additional grab sample was collected on May 1, 2018 and was located adjacent to Cornerstone Chemical in Waggaman. This sample was also sent to ALS laboratory (Simi Valley, CA) for analysis.

*May 2019*                                 Page 13 of 48

Jefferson Parish
Ambient Air Assessment
Project No 18-155



p i v o t a l
e n g i n e e r i n g
A Full Service MEP, Civil and Environmental Firm

### Data Evaluation

The MAML team used continuous H2S monitoring equipment to determine when the odor
event started and ended. This odor event (see Figure 3) lasted for six (6) hours and occurred
between April 28, 2018 at 9pm and ended April 29, 2018 at 3am. Grab samples were collected
based on H2S concentration at the MAML, wind direction and prior knowledge about potential
odor sources.

The wind direction monitored from both the MAML and the Louis Armstrong International
Airport (MSY) are shown in Figure 4. The wind direction at MSY is coming from the
northwesterly direction whereas the wind passing across the MAML station is coming from a
southwesterly direction. The wind roses show the ability for high variations in local wind
conditions.



Figure 4 shows the windrose corresponding to the twenty-one hours leading up the odor event
and three hours into the odor event.

Table 7 shows the results from the four (4) grab samples. Regarding the analysis of sulfur-
bearing compounds, only hydrogen sulfide was detected. For each of the three (3) samples
collected during the odor event, the concentration of H2S ranged from 100-120 ppb. The
concentration of H2S at the MAML increased from 110 ppb (at 10:30pm on 4/28/18) to 120 ppb
(at 12:55am on 4/29/18). The sample taken across the river was collected in between the two
(2) MAML samples at 11:05pm on 4/28/18 and showed an H2S concentration of 100 ppb. Note
that the two samples collected at the MAML are 110 and 120 ppb, respectively and are both

JP_JPLF_0019269

Jefferson Parish
Ambient Air Assessment
Project No 18-155



higher concentrations than the sample taken across the river. This could be due to a dynamic wind direction at the West Bank sampling location or a source of H2S that is closer to the East Bank sampling location than the West Bank sampling location.

| Compound (concentrations in ppbV) | LA 2043 | LA 2259 | LA 1067 | LA 2240 |
|---|---|---|---|---|
| Propene | ND | 0.69 | ND | 0.23 |
| Freon-12 | 0.45 | 0.44 | 0.45 | 0.41 |
| Chloromethane | 0.43 | 0.44 | 0.43 | 0.12 |
| Ethanol | 1.8 | 2.6 | 1.6 | 0.82 |
| Acetonitrile | ND | ND | ND | 0.23 |
| Acrolein | ND | ND | ND | 0.12 |
| Acetone | 3.2 | 4 | 3.1 | 10 |
| Freon 11 | 0.19 | 0.19 | 0.2 | 0.18 |
| 2-Propanol | ND | 0.98 | ND | 0.18 |
| Acrylonitrile | ND | ND | ND | 0.26 |
| Methylene Chloride | 0.26 | 0.2 | 0.2 | 0.087 |
| CFC 113 | ND | ND | ND | 0.055 |
| Carbon disulfide | 0.17 | ND | ND | 0.43 |
| 2-Butanone | 0.56 | 0.58 | 0.41 | 0.27 |
| n-Hexane | 0.22 | 0.32 | 0.35 | 0.040 |
| Chloroform | ND | ND | ND | 0.021 |
| Benzene | ND | 0.26 | ND | 0.078 |
| Carbon tetrachloride | ND | ND | ND | 0.068 |
| Toluene | 0.23 | 0.39 | 0.23 | 0.066 |
| m/p-Xylenes | ND | 0.35 | ND | 0.047 |
| o-Xylene | ND | 0.11 | ND | ND |
| n-Nonane | ND | 0.099 | ND | ND |
| alpha-Pinene | 0.086 | 0.078 | ND | ND |
| 1,2,4-Trichlorobenzene | ND | ND | ND | 0.022 |

*Table 7 provides the analytical results for each of the three (3) grab sample canisters as well as a fourth sample that was collected near Cornerstone Chemical Company (Sample ID LA 2240). ND means that the compound was not detected.*

For the sample collected downwind of Cornerstone Chemical on May 1, 2018, the wind direction (as reported by the MAML) was from a southeasterly direction (see Figure 5). The exact location adjacent to the Cornerstone Chemical facility is unknown.

JP_JPLF_0019270

Jefferson Parish
Ambient Air Assessment
Project No 18-155





*Figure 5: Windrose for atmospheric conditions related to the grab sample May 1, 2018 at Cornerstone Chemical. Meteorological data came from the MAML that was stationed at 9220 Jefferson Highway, River Ridge.*

For the analysis of sulfur-bearing compounds, no detections (including H2S) were found. The VOC analysis, however, resulted in a similar mixtures of compounds as from the grab samples collected during the odor event with the addition of detections for acetonitrile, acrolein, acrylonitrile, chloroform and 1,2,4-Trichlorobenzene.

Acrylonitrile is synthesized for industrial uses such as the production of rubber, plastics and carbon fiber. (Reference #2). It can be released into the air from (among other sources) manufacturing facilities or landfills. Acetonitrile, on the other hand, is a byproduct of acrylonitrile synthesis (Reference #1) and is not a typical constituent of landfill gas (Reference #3).

Acrolein can be released into the atmosphere by facilities that use the compound in their manufacturing processes (Reference #4). Also, it can be generated through byproduct formation from photooxidation product of hydrocarbon pollutants in the atmosphere as well as by combustion processes using petrochemical fuels such as gasoline and diesel. There are only 14 landfills in the nation that have reportedly released this chemical into the environmental. There are no solid waste facilities in Louisiana that have released this compound (Reference #4).

Chloroform can be found at background concentrations from 0.02 to 0.05 ppb (Reference #5). The detection at Cornerstone Chemical is within this range. Chloroform also has industrial uses as a solvent.

*May 2019*                    Page 16 of 48

JP_JPLF_0019271

Jefferson Parish
Ambient Air Assessment
Project No 18-155



1,2,4-trichlorobenzene is produced as a solvent for the dissolution of oils, waxes, resins, greases and rubber. (References #6-8).

*Conclusions*

The April 2018 sampling event resulted in the detection and analysis of one (1) odor event. The analysis of the odor event indicates that the concentration of H2S that produced the odor event came from a southwesterly direction at or across the river from the East Bank MAML location.

JP_JPLF_0019272

Jefferson Parish
Ambient Air Assessment
Project No 18-155



### Review of July 2018 MAML Sampling Event

This MAML sampling event captured five (5) odor events (see Figure 6). Most notably, the fourth of five odor events (July 25 at 7:00pm until July 26 at 6:00am) occurred while the MAML was stationed on the West Bank (along the river) and the wind was coming from a northerly direction. Additional investigation is required to propose the possible odor sources that caused this event.

#### *Overview*

The third of four (4) monitoring missions performed by LDEQ MAML occurred from July 20, 2018 into July 27, 2018. The continuous monitoring activities occurred at two (2) locations. Air monitoring at Riverside Church located at 9220 Jefferson Highway, River Ridge, LA represented data collection efforts on the East Bank and monitoring activities on the West Bank occurred at the corner of River Road and Dandelion Street. The MAML was stationed on the East Bank from July 20, 2018 at 2pm until July 25, 2018 at 1pm. The station demobilized and was re-mobilized on the West Bank (and collecting data) by July 25, 2018 at 5pm. The MAML was able to capture five (5) odor events over the course of the seven day monitoring mission. Three (3) odor events were detected while the MAML was stationed on the East Bank and the other two were detected at the West Bank sampling location.



Figure 6 shows the continuous monitoring data for H2S and outlines each of the five (5) captured odor events.

The MAML team used continuous monitoring H2S equipment to determine when an odor event started and ended. This sampling event detected five (5) unique odor events and collected grab samples (using canisters for laboratory analysis of VOCs and speciated sulfur-bearing compounds). The five (5) odor events occurred throughout the timeframes shown in Table 8 below.

JP_JPLF_0019273

Jefferson Parish
Ambient Air Assessment
Project No 18-155



| Odor Event No | Start | | End | |
|---|---|---|---|---|
| | Date | Time | Date | Time |
| 1 | 7/20/2018 | 8:00 pm | 7/21/2018 | 7:00 am |
| 2 | 7/21/2018 | 6:00 pm | 7/22/2018 | 9:00 am |
| 3 | 7/23/2018 | 3:00 pm | 7/24/2018 | 6:00 am |
| 4 | 7/25/2018 | 7:00 pm | 7/26/2018 | 6:00 am |
| 5 | 7/26/2018 | 5:00 pm | 7/27/2018 | 12:00 pm |

*Table 8 shows the timeframes of each of the five (5) detected odor events from the July 2018 MAML air monitoring event.*

Of the five (5) odor events detected, only the first two were chosen for grab sample collection (see Figure 9 for locations). For each of these events, two grab samples were collected within the odor plume and one sample was collected after the odor event (total of six grab samples collected). Assumingly, the third grab sample was collected outside of the odor event to be representative of ambient air conditions.



Figure 7: Windrose corresponding to the MAML data collection on the East Bank (July 20-25, 2018).

JP_JPLF_0019274

Jefferson Parish
Ambient Air Assessment
Project No 18-155





Figure 8: Windrose corresponding to the MAML data collection on the West Bank (July 25-27, 2018).

### Data Evaluation

The continuous monitoring data shows that each of the five odor events occurred in the evening time. Only the fifth odor event carried over past 9:00 am on the next day. The highest value of H2S concentration is also detected during the fifth odor event (when the MAML was located on the West Bank). Wind roses were generated for the MAML location on both the East Bank and West Bank. For the East Bank location (see Figure 7), the predominate wind direction is from a southwesterly direction. For the West Bank location (Figure 8), the frequency distribution of wind directions shows a dominate direction coming from a northerly direction.

Figure 6 shows the change in hydrogen sulfide concentration over the length of the sampling event. The data from the five (5) odor events is highlighted. The first three events (monitored from River Ridge) and the fourth (monitored from Waggaman), recorded similar peak concentrations of hydrogen sulfide within the odor event plume. The last odor event (monitored from Waggaman) recorded the highest value of H2S at 40 ppb. The reverse trajectory of the plume from the last odor event has been modeled (see Figure 21 in Chapter 7) and indicates that the Highway 90 C&D Landfill is the probable source of this odor event.

*May 2019*                                        Page 20 of 48

Jefferson Parish
Ambient Air Assessment
Project No 18-155



For analysis of VOCs in the air (Table 10), constituents in grab samples LA2796, LA2987 and LA2294 should be compared together as they were collected sequentially starting with LA2796. LA2796 was taken as a background sample to represent the ambient air upwind of the three landfills. Comparing the results from these two downwind samples against the upwind sample, only alpha-pinene, d-limonene and n-nonane were detected in concentrations that could be considered notable. Both alpha-pinene and d-Limonene were detected in LA2150 and LA2017, whereas H2S was not detected in either sample (see Table 9).

For each of the six grab sampling events, only hydrogen sulfide was detected from the canister used for sulfur-bearing species; no other sulfur-bearing compounds were detected in any of the six (6) canisters. The grab sample upwind of the landfills did not contain H2S; however, both samples collected downwind did contain H2S (see Table 11).

| Canister ID | LA 2760 | LA 2796 | LA 2987 | LA 2294 | LA 2150 | LA 2017 |
|---|---|---|---|---|---|---|
| Lab ID | P1803864 | P1803869 | P1803866 | P1803870 | P1803868 | P1803867 |
| Sample Date | 7/20/2018 | 7/21/2018 | 7/21/2018 | 7/21/2018 | 7/22/2018 | 7/22/2018 |
| Sample Time | 9:35 PM | 12:40 PM | 2:45 PM | 6:11 PM | 5:54AM | 8:15 PM |
| Wind Direction | SW | SW | SW | SW | SW | SW |
| n-Nonane | 0.063 | 0.034 | ND | 0.18 | 0.04 | 0.056 |
| alpha-Pinene | 0.25 | 0.022 | 0.033 | 0.53 | 0.14 | 0.2 |
| d-Limonene | 0.1 | 0.071 | 0.04 | 0.31 | 0.056 | 0.026 |
| Hydrogen sulfide | 6.4 | ND | 8.6 | 6.4 | ND | ND |

*Table 9 highlights the concentrations detected of three (3) compounds found in the six (6) grab samples compared to the concentration of H2S. Units are ppbV.*

JP_JPLF_0019276

Jefferson Parish
Ambient Air Assessment
Project No 18-155



| Canister ID | LA 2760 | LA 2796 | LA 2987 | LA 2294 | LA 2150 | LA 2017 |
|---|---|---|---|---|---|---|
| Lab ID | P180386 4 | P180386 9 | P180386 6 | P180387 0 | P180386 8 | P180386 7 |
| Sample Date | 7/20/2018 | 7/21/2018 | 7/21/2018 | 7/21/2018 | 7/22/2018 | 7/22/2018 |
| Sample Time | 9:35 PM | 12:40 PM | 2:45 PM | 6:11 PM | 5:54AM | 8:15 PM |
| Wind Direction | SW | SW | SW | SW | SW | SW |
| Propene | 0.3 | 0.23 | 0.29 | 1.1 | ND | 0.29 |
| Freon-12 | 0.43 | 0.38 | 0.45 | 0.36 | 0.24 | 0.45 |
| Chloromethane | 0.17 | 0.14 | 0.18 | 0.1 | ND | 0.17 |
| Vinyl Chloride | ND | ND | ND | 0.041 | ND | ND |
| Ethanol | 0.62 | 25 | 0.45 | 1.5 | ND | 1.5 |
| Acetonitrile | 0.14 | 0.2 | 0.18 | ND | ND | 0.16 |
| Acrolein | ND | 0.15 | ND | 0.15 | ND | 0.18 |
| Acetone | 3.2 | 6.9 | 4.7 | 4 | 2.4 | 3.1 |
| Freon 11 | 0.2 | 0.18 | 0.2 | 0.16 | 0.17 | 0.2 |
| 2-Propanol | 0.13 | 0.44 | 0.25 | 0.87 | ND | ND |
| Methylene Chloride | 0.069 | 0.42 | 0.13 | ND | 0.054 | 0.064 |
| Freon-113 | 0.057 | 0.051 | 0.069 | 0.044 | 0.045 | 0.059 |
| Carbon Disulfide | 0.16 | 0.59 | ND | 0.23 | 0.19 | 0.16 |
| trans-1,2-Dichloroethene | 0.084 | ND | ND | ND | ND | ND |
| 2-Butanone | 0.9 | 0.84 | 1.1 | 1.3 | 0.34 | 0.71 |
| n-Hexane | 97 | 6.9 | 0.99 | 0.11 | 0.16 | 0.053 |
| Chloroform | 0.019 | ND | 0.02 | ND | ND | ND |
| Tetrahydrofuran | 0.04 | 0.97 | 0.13 | 0.12 | ND | ND |
| 1,2-Dichloroethane | ND | 0.088 | 0.1 | 0.023 | ND | 0.022 |
| Benzene | 0.087 | 0.14 | 0.14 | 0.12 | 0.1 | 0.068 |
| Carbon Tetrachloride | 0.066 | 0.052 | 0.069 | 0.048 | 0.081 | 0.065 |
| Cyclohexane | ND | 0.074 | ND | 0.06 | 0.071 | ND |
| Trichloroethyelene | ND | ND | ND | ND | 0.019 | ND |
| n-Heptane | 0.057 | 0.043 | 0.03 | 0.098 | 0.065 | 0.04 |
| 4-Methyl-2-Pentanone | 0.032 | ND | ND | 0.024 | 0.022 | ND |
| Toluene | 0.28 | 0.65 | 0.19 | 0.5 | 0.14 | 0.22 |
| 2-Hexanone | 0.021 | 0.029 | 0.03 | ND | 0.03 | 0.033 |
| n-Butyl Acetate | ND | ND | ND | 0.028 | ND | ND |
| n-Octane | 35 | ND | ND | 0.096 | ND | 0.075 |
| Tetrachloroethylene | ND | 0.016 | ND | 0.021 | 0.041 | ND |

*May 2019*                  Page 22 of 48

JP_JPLF_0019277

Jefferson Parish
Ambient Air Assessment
Project No 18-155



| Ethylbenzene | 0.074 | 0.1 | 0.036 | 0.17 | 0.049 | 0.074 |
| m/p Xylene | 22 | 0.37 | 0.074 | 0.4 | 0.13 | 0.17 |
| Styrene | ND | 0.12 | ND | ND | ND | ND |
| o Xylene | 0.073 | 0.13 | 0.029 | 0.12 | 0.046 | 0.036 |
| n-Nonane | 0.063 | 0.034 | ND | 0.18 | 0.04 | 0.056 |
| Cumene | ND | ND | ND | 0.022 | ND | ND |
| alpha-Pinene | 0.25 | 0.022 | 0.033 | 0.53 | 0.14 | 0.2 |
| n-Propylbenzene | ND | 0.034 | ND | 0.026 | ND | ND |
| 1-Ethyl-4-Methyl benzene | ND | 0.043 | ND | ND | ND | ND |
| 1,3,5-Trimethyl benzene | ND | 0.038 | ND | 0.022 | ND | ND |
| 1,2,4-Trimethyl benzene | 0.046 | 0.16 | 0.027 | 0.053 | 0.034 | ND |
| p-Dichlorobenzene | ND | ND | ND | 0.033 | ND | ND |
| d-Limonene | 0.1 | 0.071 | 0.04 | 0.31 | 0.056 | 0.026 |
| Naphthalene | ND | 0.096 | ND | ND | 0.036 | ND |

*Table 10 showing the full list of VOCs detected in the six (6) grab samples. Units are ppbV.*

| Date | Time | Location | Canister ID | Lab Sample ID | Result (ppbV) |
|---|---|---|---|---|---|
| 7/20/2018 | 9:35 PM | Waggaman, LA | LA2760 | P1803864 | 6.4 |
| 7/21/2018 | 12:40 PM | Waggaman, LA | LA2796 | P1803869 | ND |
| 7/21/2018 | 2:45 PM | River Ridge, LA | LA2987 | P1803866 | 8.6 |
| 7/21/2018 | 6:11 PM | Waggaman, LA | LA2294 | P1803870 | 6.4 |
| 7/22/2018 | 5:54AM | River Ridge, LA | LA2150 | P1803868 | ND |
| 7/22/2018 | 8:15 PM | Waggaman, LA | LA2017 | P1803867 | ND |

*Table 11 showing the concentration of H2S found in each of the six (6) grab samples. No other sulfur-bearing compounds were detected.*

JP_JPLF_0019278

Jefferson Parish
Ambient Air Assessment
Project No 18-155





*Figure 9 showing the locations of the grab samples for the July 2018 sampling event. This figure was taken from LDEQ MAML Report from July 2018 – River Ridge/ Harahan.*

### Conclusions

During the July 2019 LDEQ MAML sampling, all five (5) of the odor events occurred overnight. Four of the five captured odor events have a general southwesterly wind direction (origin of wind is southwest direction; per the hourly meteorological data). Only the fourth of the five odor events had a northerly direction (source of the wind is from the north direction). Additional focus should be placed on continuous monitoring and data collection overnight with higher resolution meteorological data (data collection once per minute or once per five minutes). The wind direction and speed can change frequency within one hour and hourly data is not optimal for source determination. Modeling outputs with per minute meteorological data will increase the accuracy of wind direction observations and see trends that are not being considered presently.

*May 2019*                                    Page 24 of 48

Jefferson Parish
Ambient Air Assessment
Project No 18-155



### Review of October 2018 MAML Sampling Event

The last of the four (4) LDEQ MAML monitoring events recorded two (2) odor events; one odor event was recorded while the MAML was stationed on the East Bank and the other while the MAML was stationed on the West Bank. The wind direction corresponding to the East Bank odor event came from a northeasterly direction (see Figure 10a). The wind direction supports the idea that this odor event was not from the landfill. The West Bank odor event was from a north-northwesterly direction (see Figure 10b). The trajectory of the West Bank odor-causing plume has been modeled (see Figure 25 in Chapter 7) and shows that the ambient at the MAML came across the Highway 90 C&D Landfill. No resident complaints were received during either of the two odor events.

*Overview*

The fourth and last monitoring mission performed by LDEQ MAML occurred between October 8 and 12, 2018. For this sampling event, a cartridge sample collection methodology was used for the capture of amines, ammonia, carboxylic acids and aldehydes. The continuous monitoring activities occurred at two (2) locations. Riverside Church located at 9220 Jefferson Highway, River Ridge represented data collection efforts on the East Bank and the West Bank MAML location was chosen to be at the Herbert Walker Volunteer Fire Department at 4040 Highway 90 in Waggaman. The MAML was stationed on the East Bank from October 8-10, 2018. The station demobilized and was re-mobilized on the West Bank and collecting data October 10 at 2pm. LDEQ staff collected continuous monitoring data as well as field samples using both grab canisters and sorbent tubes. The October 2018 MAML event was the only event (of the four MAML sampling events in 2018) to collect samples by sorbent tubes.

JP_JPLF_0019280

Jefferson Parish
Ambient Air Assessment
Project No 18-155





Figure 10a shows the windrose generated when the MAML was situated on the East Bank from October 8, 2018 into October 10, 2018.

JP_JPLF_0019281

Jefferson Parish
Ambient Air Assessment
Project No 18-155





Figure 10b shows the windrose generated when the MAML was situated on the West Bank
from October 10, 2018 into October 12, 2018.

The MAML was able to capture two (2) odor events over the course of the five day monitoring
mission. One (1) odor event was detected while the MAML was stationed on the East Bank and
the other was detected at the West Bank sampling location. The MAML team used continuous
monitoring H2S equipment to determine when an odor event started and ended. The two (2)
odor events occurred on the following times:

| Odor Event No | Start | | End | |
|---|---|---|---|---|
| | Date | Time | Date | Time |
| 1 | 10/8/2018 | 1:00 PM | 10/8/2018 | 9:00 PM |
| 2 | 10/10/2018 | 3:00 PM | 10/10/2018 | 10:00 PM |

The continuous monitoring equipment for H2S show that both odor events began during the
daytime and ended before midnight; no overnight odor events were detected. This is converse
to the odor events recorded during the April and July 2018 sampling events, which occurred
overnight and continued until the morning time.

Grab samples were collected upwind and downwind of the JP Landfill flare with an additional
grab sample collected just north of the landfill on South Kenner Avenue. Cartridge sampling was
performed at the MAML location only. See Figure 11 below for sampling locations. Four (4) grab

JP_JPLF_0019282

Jefferson Parish
Ambient Air Assessment
Project No 18-155



samples were collected in total; however, none of the samples were collected within the timeframe of either of the two odor events. Two (2) of the five (5) cartridge samples were collected within the timeframes of the odor events.



Figure 11 shows the locations for the grab sampling and MAML locations for the October 2018 sampling event.

*Data Evaluation*

Meteorological Data

See Figures 10 and 11 for the windroses generated for the October 2018 MAML sampling event. For the portion of the sampling event where the MAML was stationed in River Ridge, the wind was coming from a northeasterly direction. This supports the idea that any compounds detected when the MAML was on the East Bank originated from the Elmwood/Harahan/River Ridge area including both the Harahan and Jefferson Parish WWTPs.

For the portion of the sampling event where the MAML was stationed in Westwego, the wind was coming from a north-northwesterly direction. This supports the idea that any chemicals detected when the MAML was on the West Bank could have originated from any of the three (3) landfills as well as any combination of industrial sites in the area. Reverse trajectory modeling has been performed for this odor event and show that the wind came directly across all three (3) landfills, refer to Chapter 7.

JP_JPLF_0019283

Jefferson Parish
Ambient Air Assessment
Project No 18-155



### Continuous Monitoring

The highest hourly average concentration of hydrogen sulfide at the River Ridge and Waggaman locations are 5 and 7 ppb, respectively (see Figure 12). The maximum concentrations at each location exceeded the threshold for an odor event designation and resulted in field sampling for laboratory analysis. Other parameters (NOx, SO2, CO, PM2.5, THC and NMOC) were not detected at notable concentrations.

### Grab Sampling via Canisters

For the grab sampling using canisters, each sample was collected outside of either of the two odor events. For the canister analyzed for sulfur species, neither hydrogen sulfide nor any other sulfur-bearing compounds were detected in any of the four (4) grab samples. For the canister samples analyzed for VOCs, only one of the four samples contained d-Limonene (a commonly used landfill gas tracer).

### Cartridge Sampling

Five (5) cartridge samples were collected during the October 2018 sampling event. Samples were collected for amines, ammonia, carboxylic acids and aldehydes. Amines were not detected in any of the samples. Ammonia was not detected in any of the samples. Carboxylic acids were not detected in any of the samples. Aldehydes were detected in four (4) of the five (5) cartridge samples (see Table 12). Of the twelve compounds included in the analysis, only two (2) were detected. Acetaldehyde was detected in both samples that were collected within an odor event. Formaldehyde was only detected in one sample; that sample was collected outside of an odor event.

| CAS | Compound | P1805500 | P1805498 | P1805502 | P1805499 | P1805501 |
|---|---|---|---|---|---|---|
| | | 10/08/2018 | 10/09/2018 | 10/10/2018 | 10/11/2018 | 10/11/2018 |
| | | 4:10PM | 10:00PM | 9:00PM | 8:00AM | 9:00PM |
| 50-00-0 | Formaldehyde | ND | ND | ND | 0.71 ppb | ND |
| 75-07-0 | Acetaldhyde | 11 ppb | 9.4 ppb | 10 ppb | 0.40 ppb | ND |

*Table 12 shows information about the two (2) aldehydes detected.*

As both formaldehyde and acetaldehyde have industrial uses and can be synthesized as intermediary processes during digestion, the presence of either compounds provide minimal evidence to assist with source determination. The overall trend in acetaldehyde detection in the first three samples at 11, 9.4 and 10 ppb then trailing off to 0.40 and then non-detect in the last two samples supports the bigger picture of a plume non-sulfur containing air passing across the region. This support the position that multiple sources are contributing to the odor problem.

JP_JPLF_0019284

Jefferson Parish
Ambient Air Assessment
Project No 18-155





*Figure 12 shows the change in H2S concentration over time for the October 2019 LDEQ MAML sampling event.*

## Conclusions

The October 2018 sampling event recorded two (2) odor events with the one on the East Bank originating from Elmwood area and not from the landfill area. The odor event on the West Bank originating from the river or possibly the direction of one of the landfills. None of the canister data indicate the origin of the West Bank odor event to be from a landfill. The absence of amine, carboxylic acids and ammonia support the idea that the source of this event is from somewhere other than any of the landfills. This supports the thinking that multiple odors sources are presenting and that the proper solution includes continuous, real-time monitoring and analytical tools.

JP_JPLF_0019285

Jefferson Parish
Ambient Air Assessment
Project No 18-155



## Opportunities for Community Engagement

For a successful, long-term resolution to the Jefferson Parish odor issue, community engagement is a key component. For the Jefferson Parish odor issue, the public has developed two (2) social media group sites to disseminate information. Both online groups are hosted on the website www.facebook.com and can be viewed via the following links:

1. https://www.facebook.com/jeffersonparishairquality/
2. https://www.facebook.com/groups/1010381042447805/

The first group called "Jefferson Parish Air Quality" is a general discussion forum for the Jefferson Parish odor and particulate odor problems. The second group is called "Harahan/River Ridge Air Quality" and is similar in intent as the first group. The second group has developed an independent dataset of resident complaints regarding odor and particulate matter. Requests have been submitted to two of the group's administrators for access to the dataset, but no information has been obtained. Overall, these groups are potentially efficient mechanisms for information dissemination.

In addition to integration with social media groups, a collaborative entity should be established as a communication, discussion and (possibly) regulatory resource. Other regions with air quality issues have developed similar groups that have both government and citizen members. This option should be investigated once odor sources have been fully investigated and conclusions resulted.

*May 2019*                                    Page 31 of 48

JP_JPLF_0019286

Jefferson Parish
Ambient Air Assessment
Project No 18-155



## Chapter Four: Fundamentals of Atmospheric Transport, Dispersion and Deposition

The earth is covered by an atmosphere. This atmosphere consists of a series of layers, each with unique characteristics. Humans live with the lowest layer called the Troposphere (see Figure 13). This layer, called the troposphere contains practically (for the scope of this report) all of the clouds as well as the wind and air that move the odorous compounds. The troposphere extends vertically from sea level to a height of about 6.5 miles. Layers on top of the troposphere are the stratosphere, mesosphere, thermosphere and (not pictured) the exosphere.

Compounds move through the atmosphere by a combination of three (3) mechanisms: transport, dispersion and deposition. Transport is movement of compounds by wind speed and direction. Dispersion occurs as a result of turbulence in the air. Deposition is



Figure 13 shows the layers of Earth's atmosphere. Taken from https://scied.ucar.edu/atmosphere-layers

the sedimentation of compounds from the air onto the ground level surface. For the investigation of the source of odors across Jefferson Parish, transport and dispersion are the dominate mechanisms; deposition is considered negligible for odorous compounds.

Transport of any given compound can be described by the conservation of mass equation. The contribution of dispersion on the movement of compounds in the air can be determined by the Gaussian Dispersion Model (see Equation 1 and Figure 14 below). The concentration at a given location from a source is given as C and is a function of the emission rate (Q), three-dimensional distance from the source (x, y, and z), height above the ground or stack the emission is (H) as well as atmospheric conditions (given by $\sigma_y$ and $\sigma_z$).

The emission rate of a compound from a subsurface source (such as a landfill) can be influenced by changes in barometric pressure. When the atmospheric pressure decreases below a

JP_JPLF_0019287

Jefferson Parish
Ambient Air Assessment
Project No 18-155



threshold, the subsurface pressure forces gases into the atmosphere in order to equalize. This is known as barometric pumping.

$$C = \frac{Q}{2\pi u \, \sigma_y \sigma_z} \exp\left(-\frac{1}{2}\frac{y^2}{\sigma_y^2}\right)\left[\exp\left(-\frac{1}{2}\frac{(z-H)^2}{\sigma_z^2}\right) + \exp\left(-\frac{1}{2}\frac{(z+H)^2}{\sigma_z^2}\right)\right]$$

Equation 1

$C$    = steady-state concentration at a point (x, y, z; $\mu g/m^3$)

$Q$    = emission rate ($\mu g/m^3$)

$\sigma_y$    = horizontal dispersion parameter (m)

$\sigma_z$    = vertical dispersion parameter (m)

$u$    = average wind speed at stack height (m/s)

$x$    = horizontal distance from ground level (m)

$y$    = horizontal distance from ground level (m)

$z$    = vertical distance from ground level (m)

$H$    = effective stack height (h+dh; m)

h    = physical stack height (m)

dh    = plume rise (m)



*Figure X shows a Gaussian plume with the effects of dispersion.*

JP_JPLF_0019288

Jefferson Parish
Ambient Air Assessment
Project No 18-155



## Chapter Five: Overview of Sampling Techniques

This chapter provide a high level overview of sampling methodologies that can be used for odor source determination and characterization as well as the particulate matter issue. For the air quality issue experienced by the residents of Jefferson Parish, the following constituents are of concern:

- Particulate matter (aerodynamic diameter less than 2.5 and 10 micrometers)
- Sulfur-bearing compounds including hydrogen sulfide (H2S)
- Organic compounds including:
  - o Volatile organic compounds (VOCs)
  - o Semi-volatile organic compounds (SVOCs)

For the scope of this report, sampling techniques are categorized into five (5) groups:

1. Grab sampling
2. Time-integration
3. Real-time monitoring
4. Passive sampling
5. Portable real-time monitoring

Each of these groups have advantages and disadvantages. Although all methodologies are useful for investigation, the specific issue within Jefferson Parish requires a unique set of techniques implemented in a localized strategy for the best effort to determine the source of the odors.

The five (5) groups of sampling methodologies are summarized below:

1. Grab sampling

Grab sampling involves the collection of an air sample for a single point-in-time and analyzing the results via laboratory methods. This technique provides detailed information about the air quality, but the sample does not always contain enough volume to detect and quantify a number of compounds. This technique is good for an instant snapshot, but not for quantifying trace compounds. Samples can be analyzed for individual compounds. This technique uses tedlar bags or specially-treated canisters for sample collection. A pump system is require for sample collection via tedlar bags. Collection devices can be set up at multiple locations, so data from more than one location can be obtained for a sampling event.

2. Time-integrated sampling

Sample collection and analysis by the time-integration technique is similar to the grab sampling technique. The time-integration technique differs in that it collect a sample over a set amount of time instead of an instant. Sample collection can be set up to last for minutes up to days. Time-integration allows for the collection of more sample volume and subsequently can result

JP_JPLF_0019289

Jefferson Parish
Ambient Air Assessment
Project No 18-155



in the detection of compounds that are at concentrations too low to be detected by the grab sampling volumes collected. The time-integration technique cannot assist with quick reporting or decision-making since it takes at least a week to obtain laboratory results. Samples can be analyzed for individual compounds. Time-integration makes use of the tedlar bags and canisters as well as sorbent tubes and cartridges. A pumping system is required for sample collection via tedlar bags, sorbent tubes and cartridges. Collection devices can be set up at multiple locations, so data from more than one location can be obtained for a single sampling event.

For the collection of particulate matter samples, the time-integration technique can be used in conjunction with a high volume sampler. This unit can be set up to start and stop at a designated time.

3. Real-time monitoring
Whereas both grab and time-integration sampling require sample collection and laboratory analysis for results, real-time monitoring can provide nearly instant data about the air quality. For this method, a single analytical system (e.g. gas chromatography/mass spectrometry) is stationed strategically in the field to collect air samples and analyze as soon as it is collected. This technique allows for the quantification and speciation of gaseous compounds continuously and data to be reported within minutes. This option does not allow for multiple sample locations.

4. Passive sampling
For the sample collection and analysis of VOCs, SVOCs and other organic compounds, passive sampling can be incorporated. This technique uses adsorbents and gas diffusion to collect samples. Unlike the samples collected by the time-integration technique, no pump is required.

5. Portable real-time monitoring
Portable real-time monitoring can be accomplished by ionization detectors and electro-sensors. These options allow for broad characterization of entire groups of compounds with some options able to speciate specific compounds. Ionization detectors utilize either mass separation (flame ionization detector) or ultraviolent light (UV) radiation (photo ionization detector) to quantify compounds. Both methods can achieve detection limits into the ppb and sub-ppb ranges.

Electro-sensors have been growing in popularity over the past decade due to lower cost and ease of use. Little to no calibration and maintenance is required and they can run continuously for months. Electro-sensors are able to collect, store and transmit continuous data. This technique has the best ability to observe temporal variations in data, but is least able to differentiate between compounds below the general classification of sulfur-bearing compounds, VOC, H2S, etc. Electro-sensors can be used in conjunction with a geographic information system to monitor and analyze data across large areas.

JP_JPLF_0019290

Jefferson Parish
Ambient Air Assessment
Project No 18-155



## Chapter Six: Spatial Distribution of Odor Complaints and Sensor Network

Odor complaints have been compiled from three sources: Louisiana Department of
Environmental Quality, Jefferson Parish Hotline and the Facebook group, "Harahan/River Ridge
Air Quality." Over seven hundred complaints have been received for 2018 (dataset includes
complaints for July through December); for 2019, over 130 complaints have been received
(January through March). Figures showing the spatial distribution of resident odor complaint
are provided below. For the long-term air monitoring solution, special attention should be given
to sensor placement in close proximity to areas of dense residential complaints.

### Resident Complaints

The locations for the over seven hundred (700) resident complaints for 2018 are shown in
Figure 15 below. Approximately 90% of all resident complaints were from the River Ridge
Harahan area with the second largest group occurring on the West Bank/ Waggaman area. As
the overall topic of local air quality was a particularly widespread topic in 2018, the overall
number of resident complaints could be biased high. Fifty percent of resident complaints were
submitted by 42 residents and twenty-five percent of complaints submitted by twelve
residents.



*Figure 15 shows the spatial distribution of the resident complaints from 2018 logged into the Jefferson Parish Hotline.*

JP_JPLF_0019291

Jefferson Parish
Ambient Air Assessment
Project No 18-155



For the 2019 resident complaints, the spatial distribution shows a similar trend (see Figure 16). Close to 70% of all resident complaints in 2019 were from the Harahan/River Ridge area and 20% of 2019 resident complaints came from the Waggaman area. In total, the Harahan/River Ridge/Waggaman communities represent close to 90% of all resident complaints. Frequency of resident complaints shows a similar trend with fifty percent of all complaints (January – March 2019) coming from fifteen residents and twenty-five percent of complaints coming from five residents.



*Figure 16 shows the spatial distribution of the resident complaints from 2019 logged into the Jefferson Parish Hotline.*

JP_JPLF_0019292

Jefferson Parish
Ambient Air Assessment
Project No 18-155



The complaints that have been mapped for 2018 and 2019 confirm that the majority of affected residents live within the Harahan/River Ridge/Waggaman areas. Continuous, real-time monitoring activities should be designed to target this area and to maximize the representation of spatial, temporal and diurnal variations in atmospheric conditions.

### Monitoring Station Network

As a baseline for the monitoring network locations, Jefferson Parish has given a guidance to prioritize the use of existing fire stations (The parish-wide network of fire stations is shown in Figure 17). Using this guidance, it is feasible to install a community-wide monitoring network that will cover Waggaman, River Ridge and Harahan. The Jefferson Parish fire stations are represented by the blue dots. The boundary of the sensor network is shown by the red polygon.



*Figure 17 shows the network of Jefferson Parish fire stations (blue circles). There are 15 fire stations that could be used for sensor locations. The red line indicates the boundary of the sensor network.*

JP_JPLF_0019293

Jefferson Parish
Ambient Air Assessment
Project No 18-155



It is important to note that the monitoring station network will be used not only for detection of compounds, but as sources of modeling data inputs. The resolution of the modeling output is a function of the number and spatial distribution of monitoring stations. Increasing the resolution provides an increase in the precision of the modeling trajectory output. The minimum network size of 15 sensors within the red boundary will be sufficient for the system's ability to determine odor sources. Additional sensors should be placed around the Jefferson Parish landfill in a fence line configuration. It is recommended to use at least eight (8) sensors in the fence line monitoring network spaced at 45 degrees or the following configuration:

- One sensor placed upwind of the facility
- One sensor placed downwind of the facility
- Three (3) sensors placed on the River Birch Landfill/Jefferson Parish Landfill boundary
- Three (3) sensors placed on the eastern side of the Jefferson Parish Landfill

JP_JPLF_0019294

Jefferson Parish
Ambient Air Assessment
Project No 18-155



## Chapter Seven: (Preliminary) Reverse Trajectory and Plume Modeling

As odor source determinations are difficult and complex problems to solve, often atmospheric modeling can provide a meaningful insight into the origin of a mass of air. For the River Ridge/ Harahan odor issue, limited and preliminary modeling has been performed. Results from both reverse trajectory and plume dispersion modeling outputs are discussed below. The results below are for decision-making purposes only. The results are preliminary and were generated only to assist with the determination of sensor locations.

Reverse trajectory modeling analysis is used to determine the most likely path of a parcel of air over a geographic area. The model uses both meteorological and geographic information as inputs and the model was ran to determine a likely path that the air took to arrive at the receptor location (in the cases below, the receptor is the location of the MAML). The effects of dispersion are not included in this analysis. For the reverse trajectory modeling analysis, dates were taken that correspond to MAML monitoring events.

The following times (corresponding to MAML sampling events) were used to run the reverse trajectory modeling:

- April 28, 2019  during the hours of 2200 through 2300
- July 21, 2018 at 2100
- July 26, 2018 during the hours of 2000 through 2200
- July 27, 2018 during the hours of 0700 through 0800
- October 8, 2018 at 1600
- October 10, 2018 at 1900

Plume dispersion modeling assumes an emission rate from a number of sources and simulates how the compound moves through the atmosphere. Similar to reverse trajectory modeling analysis, plume dispersion modeling uses both meteorological and geographic dataset as inputs to the model. In addition, effects of dispersion are additionally considered. Whereas the reverse trajectory modeling looks at the resultant location and works backwards to a potential source, plume dispersion modeling starts from potential sources and shows the extent of dispersion of the compound. Theoretical plume dispersion characteristics were developed for a single odor event that was captured by the LDEQ MAML on July 26, 2018 from 5:00 pm through July 27, 2018 at 8:00 am. Attachment 2 contains the sequence of outputs showing the transport of the plume.

In summary, the reverse trajectory modeling analysis shows that the odor events captured by the LDEQ MAML contained compounds that came from a number of sources including: each of the three landfills (River Birch, Jefferson Parish and Highway 90 C&D) as well as from Cornerstone Chemical, Monsanto, Shell Oil Productions and the Harahan Wastewater Treatment Plant.

JP_JPLF_0019295

Jefferson Parish
Ambient Air Assessment
Project No 18-155



April 28, 2019 - The output from the reverse trajectory modeling is provided as Figures 18 and 19. These figures show that, for this odor event, the air quality detected at the MAML originated from or behind the Jefferson Parish Landfill.



*Figure 18 shows the reverse trajectory modeling output from April 28, 2018 at 22:00. The output shows the trajectory coming from the Jefferson Parish Landfill.*



*Figure 19 shows the reverse trajectory modeling output from April 28, 2018 at 23:00. The output shows the trajectory coming from the Jefferson Parish Landfill.*

JP_JPLF_0019296

Jefferson Parish
Ambient Air Assessment
Project No 18-155



July 21, 2018 - The output from the reverse trajectory modeling is provided as Figure 20 and shows that the air quality detected at the MAML originated from or behind the River Birch Landfill.



*Figure 20 shows the reverse trajectory modeling output from July 21, 2018 at 21:00. The output shows the trajectory coming from the River Birch Landfill.*

July 26, 2018 - The output from the reverse modeling is provided as Figure 21 and shows that the air quality detected at the MAML originated from or behind the Highway 90 C&D Landfill.



*Figure 21 shows the reverse trajectory modeling output from July 26, 2018 at 20:00. The output shows the trajectory coming from the Highway 90 C&D Landfill.*

JP_JPLF_0019297

Jefferson Parish
Ambient Air Assessment
Project No 18-155



July 27, 2018 - The output from the reverse trajectory modeling is provided as Figures 22 and 24shows that the air quality detected at the MAML originated from or behind of Cornerstone Chemical/Evonik Cyro, Shell Oil Products/Equilon Enterprises and Monsanto/Hexion. From the July 2018 MAML report, the increase in H2S concentration coincided with an increase in NOx. This supports the source of the odor as a facility other than a landfill.



*Figure 22 shows the reverse trajectory modeling output from July 27, 2018 at 07:00. The output shows the trajectory coming from multiple sources.*



*Figure 23 shows the reverse trajectory modeling output from July 27, 2018 at 08:00. The output shows the trajectory coming from the vicinity of Cornerstone Chemical/Evonik Cyro, Shell Oil Products/Equilon Enterprises and Monsanto/Hexion.*

JP_JPLF_0019298

Jefferson Parish
Ambient Air Assessment
Project No 18-155



October 8, 2018 - The output from the reverse trajectory modeling (see Figure 24) shows that, for this odor event, the air quality detected at the MAML originated from or behind the Harahan Wastewater Treatment Plant.



*Figure 24 shows the reverse trajectory modeling output from October 8, 2018 at 16:00. The output shows the trajectory coming from the general direction of the Harahan Wastewater Treatment Plant.*

**JP_JPLF_0019299**

Jefferson Parish
Ambient Air Assessment
Project No 18-155



October 10, 2018 - The output from the reverse trajectory modeling (see Figure 25) shows that, for this odor event, the air quality detected at the MAML originated from or behind either of the three (3) landfills: River Birch, Jefferson Parish, Highway 90 C&D.



*Figure 25 shows the reverse trajectory modeling output from October 10, 2018 at 19:00. The output shows the trajectory coming from the general direction of the River Birch, Jefferson Parish and Highway 90 C&D Landfills.*

JP_JPLF_0019300

Jefferson Parish
Ambient Air Assessment
Project No 18-155



## Chapter Eight: Conclusions

The offensive odors detected by a number of residents have been detected by the LDEQ MAML. However, characterization of the odor has not been adequate to link to a specific facility or industry. The MAML reports, in conjunction with the reverse trajectory modeling, indicate that multiple sources are contributing potentially to the odors detected by residents. A review of many and various industries in the vicinity indicate that their close proximity to each other and the Jefferson Parish communities show that the odor source cannot be determined by wind rose data alone. Also, the LDEQ MAML monitoring missions show that odor events can be observed, and subsequent reverse trajectory modeling can be performed, to support an identification of an odor source contribution, however, the data collected from quarterly monitoring is able to collect air quality conditions for a small fraction of the year. For 2018, a significant number of odor events occurred outside of the quarterly air quality sampling performed by the LDEQ MAML. To best determine the source contributions of the odors, continuous data collection and analysis should be implemented.

JP_JPLF_0019301

Jefferson Parish
Ambient Air Assessment
Project No 18-155



## Chapter Nine: Recommendations

For adequate investigation and reporting of the Jefferson Parish air quality, Pivotal is providing the following recommendations:

1. Establish an independent, long-term monitoring program with primary monitoring by a comprehensive network of portable real-time monitoring electro-sensors with continuous data collection and transmission as well as a geographic information system capable of data monitoring and spatial analysis (e.g. reverse trajectory modeling). Capabilities of the monitoring network include the following:
   a. Up to 30 monitoring stations
   b. Continuous, real-time data collection and transmission
   c. Sensors at each monitoring station equipped with sensors for detecting:
      i. Hydrogen sulfide
      ii. Particulate matter
      iii. VOCs
      iv. Spectrum of odor-causing compounds
      v. Meteorological parameters (e.g. wind speed, wind direction, barometric pressure, temperature, etc.)
   d. As needed field sampling for VOCs, NMOCs, sulfur-bearing compounds, organic acids, particulate matter or any other constituent of potential concern by a complimentary technique to include any of the following:
      i. Grab sampling
      ii. Time-Integration Sampling
      iii. Passive Sampling
      iv. Portable Monitoring
2. Develop a communication pipeline between the Parish and the communities via the social media groups.
3. Update the resident complaint process to include revised complaint form, data entry processes and reporting.

JP_JPLF_0019302

Jefferson Parish
Ambient Air Assessment
Project No 18-155



## Chapter Ten: References

1. "Compound Summary: Acetonitrile." U.S. National Library of Medicine.
   Website accessed on January 8, 2019.
   URL: https://pubchem.ncbi.nlm.nih.gov/compound/acetonitrile

2. "Compound Summary: Acrylonitrile." U.S. National Library of Medicine.
   Website accessed on January 8, 2019.
   URL: https://pubchem.ncbi.nlm.nih.gov/compound/acrylonitrile

3. AP-42 Vol 1, CH 2.4 Municipal Solid Waste, USEPA Published November 1998

4. "Toxicological Profile of Acrolein." ASTDR/CDC
   Website accessed on January 8, 2019.
   URL: www.atsdr.cdc.gov/toxprofiles/tp124-c6.pdf.

5. "Toxicological Profile of Chloroform." ASTDR/CDC.
   Website accessed on January 8, 2019. URL:
   https://www.atsdr.cdc.gov/toxprofiles/tp6.pdf

6. "Compound Summary: 1,2,3-Trichlorobenzene." U.S. National Library of Medicine.
   Website accessed on January 8, 2019.
   URL: https://pubchem.ncbi.nlm.nih.gov/compound/1_2_3-trichlorobenzene

7. "Compound Summary: 1,2,4-Trichlorobenzene." U.S. National Library of Medicine.
   Website accessed on January 8, 2019.
   URL: https://pubchem.ncbi.nlm.nih.gov/compound/1_2_4-trichlorobenzene

8. "1,2,4-trichlorobenzene." USEPA.
   Website accessed on January 10, 2019.
   URL: https://www.epa.gov/sites/production/files/2016-09/documents/1-2-4-
   trichlorobenzene.pdf

JP_JPLF_0019303

Jefferson Parish
Ambient Air Assessment
Project No 18-155



# ATTACHMENTS

*May 2019*

JP_JPLF_0019304

Jefferson Parish
Ambient Air Assessment
Project No 18-155



# US Army Corps of Engineers
# Flood Control and Navigation Map (2015)

*May 2019*

JP_JPLF_0019305

Jefferson Parish
Ambient Air Assessment
Project No 18-155



# Plume Dispersion Modeling Output
# July 26-27, 2018 (5pm-8am)

*May 2019*



JP_JPLF_0019307



JP_JPLF_0019308



JP_JPLF_0019309



JP_JPLF_0019310



JP_JPLF_0019311



JP_JPLF_0019312



JP_JPLF_0019313



JP_JPLF_0019314



JP_JPLF_0019315



JP_JPLF_0019316



JP_JPLF_0019317



JP_JPLF_0019318



JP_JPLF_0019319



JP_JPLF_0019320



JP_JPLF_0019321



JP_JPLF_0019322