UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL.,** | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 19-11133, |
| | * | c/w 19-14512 |
| **VERSUS** | * | |
| | * | |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | * | |
| | * | JUDGE MORGAN |
| | * | |
| DEFENDANTS. | * | MAGISTRATE |
| | * | JUDGE NORTH |
| *APPLIES TO: ALL CASES* | * | |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION *IN LIMINE* REGARDING GOLDEN RULE AND REPTILE ARGUMENTS

Defendants Aptim Corp., Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Defendants") respectfully submit this motion *in limine* and request the Court exclude Plaintiffs' anticipated "Golden Rule," "Conscience of the Community," and "Reptile Theory" arguments and statements. Specifically, Plaintiffs should be precluded from offering any argument or eliciting any testimony that would tend to suggest the following to the jurors:

- They should consider not just injuries to the 13 Trial Plaintiffs but harm to the surrounding community;

- they should place themselves in the shoes of the Plaintiffs or others living in the vicinity of industrial facilities;

- they should act to protect themselves, their families, and/or the community;

- they should serve as the "conscience of the community" or otherwise decide issues based

  on a sense of community loyalty, duty and expectation;

- they should send a message to the Defendants or other municipalities or corporations;

- they should prevent a repeat of events similar to those at issue in this case.

Any argument or testimony related to such topics is inadmissible, would deprive the Defendants of a fair trial, and must be excluded.

  WHEREFORE, Defendants respectfully request that the Court grant their motion *in limine* and exclude Plaintiffs' anticipated "Golden Rule," "Conscience of the Community," and "Reptile Theory" arguments and statements.

        Respectfully submitted,

        LISKOW & LEWIS, APLC

        By: /s/ Michael C. Mims
          Michael Cash (#31655)
          Cherrell Simms Taplin (#28227)
          Michael C. Mims (#33991)
          Brady M. Hadden (#37708)
          Alec N. Andrade (#38659)
          J. Hunter Curtis (#39150)
          701 Poydras Street, Suite 5000
          New Orleans, LA 70139
          Telephone: (504) 581-7979
          Telefax: (504) 556-4108

        BEVERIDGE & DIAMOND, P.C.

        Megan R. Brillault (*pro hac vice*)
        Michael G. Murphy (*pro hac vice*)
        John H. Paul (*pro hac vice*)
        Katelyn E. Ciolino (*pro hac vice*)
        Katrina M. Krebs (*pro hac vice*)
        825 Third Avenue, 16th Floor
        New York, NY 10022
        (212) 702-5400

        James B. Slaughter (*pro hac vice*)
        1900 N Street, NW, Suite 100
        Washington, DC 20036
        (202) 789-6000

        Michael F. Vitris (*pro hac vice*)
        400 W. 15th Street, Suite 1410
        Austin, TX 78701
        (512) 391-8035

        *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

        GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   /s/ J. Michael DiGiglia
        Ernest P. Gieger, Jr. (6154)
        John E. W. Baay (22928)
        J. Michael DiGiglia (24378)
        Nicholas S. Bergeron (37585)
        Blaise Chadwick Hill (*pro hac vice*)
        Gieger, Laborde & Laperouse, L.L.C.
        Hancock Whitney Center
        701 Poydras Street, Suite 4800
        New Orleans, Louisiana 70139
        Telephone: (504) 561-0400
        Facsimile: (504) 561-1011

        *Attorneys for Defendant Aptim Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case management system on July 17, 2024.

        /s/ Michael C. Mims