Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ELIAS JORGE "GEORGE"              CIVIL ACTION NO.
ICTECH-BENDECK                    18-7889; 19-11133

VERSUS
                                  SECTION: "E" (5)
WASTE CONNECTIONS BAYOU,
INC., ET AL.


* * * * * * * * * * * * * * * * * * * * * * * * * * *

        TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

                    GERALD HERBERT,

TAKEN AT THE LAW OFFICES OF FORREST CRESSY & JAMES,

1222 ANNUNCIATION STREET, NEW ORLEANS, LOUISIANA

70130, COMMENCING AT 10:18 A.M., ON MAY 22, 2024.

* * * * * * * * * * * * * * * * * * * * * * * * * * *


Reported by:

    YOLANDA J. PENA, Certified
    Court Reporter No. 2017002
    in and for the State of
    Louisiana

```
                                                         Page 2
 1                  A P P E A R A N C E S

 2

 3   FOR THE ADDISON PLAINTIFFS:

 4        FORREST CRESSEY & JAMES, LLC
          (BY:  S. ELIZA JAMES, ESQ.)
 5        1222 ANNUNCIATION STREET
          NEW ORLEANS, LOUISIANA  70130
 6        (504) 605-0777
          eliza@fcjlaw.com
 7

 8   FOR THE ICTECH-BENDECK PLAINTIFFS:

 9        MARTZELL, BICKFORD & CENTOLA
          (BY:  JASON Z. LANDRY, ESQ.)
10        338 LAFAYETTE STREET
          NEW ORLEANS, LOUISIANA  70130
11        (504) 581-9065
          jlandry@mbfirm.com
12
                - AND -
13
          HAMMEL LAW FIRM
14        (BY:  DOUGLAS S. HAMMEL, ESQ.)
          3129 BORE STREET
15        METAIRIE, LOUISIANA  70001
          (504) 304-9952
16        douglashammel@gmail.com

17              - AND -

18        FAVRET, DEMAREST, RUSSO & LUTKEWITTE, APLC
          (BY:  SETH SCHAUMBURG, ESQ.) [Via Zoom]
19        1555 POYDRAS STREET, SUITE 1600
          NEW ORLEANS, LOUISIANA  70112
20        (504) 561-10065
          seth@favretlaw.com
21

22

23

24

25
```

```
                                                            Page 3
 1              A P P E A R A N C E S (Continued)

 2

 3   FOR JEFFERSON PARISH:

 4       CONNICK & CONNICK, LLC
         (BY:  MICHAEL S. FUTRELL, ESQ.) [Via Zoom]
 5       (BY:  MATTHEW MOGHIS, ESQ.) [Via Zoom]
         3421 N. CAUSEWAY BLVD., SUITE 408
 6       METAIRIE, LOUISIANA  70002
         (504) 681-6663
 7       mfutrell@connicklaw.com
         moghis@connicklaw.com
 8

 9   FOR THE WASTE CONNECTIONS DEFENDANTS:

10       LISKOW & LEWIS, APLC
         (BY:  CHERRELL SIMMS TAPLIN, ESQ.)
11       (BY:  BRADY HADDEN, ESQ.)
         (BY:  MICHAEL C. MIMS, ESQ.) [Via Zoom]
12       701 POYDRAS STREET, SUITE 5000
         NEW ORLEANS, LOUISIANA  70139
13       (504) 581-7979
         cstaplin@liskow.com
14       bhadden@liskow.com
         mmims@liskow.com
15
              - AND -
16
         BEVERIDGE & DIAMOND, P.C.
17       (BY:  KATELYN E. CIOLINO, ESQ.) [Via Zoom]
         825 THIRD AVENUE, 16TH FLOOR
18       NEW YORK, NEW YORK  10022
         (212) 702-5400
19       kciolino@bdlaw.com

20

21   ALSO PRESENT:

22       MORGAN WILLIAMS, VIDEOGRAPHER

23       MATTHEW RICHICHI, VIDEOGRAPHER

24

25
```

1      Q.    And why -- when you say you're happy you're
2    not, what do you mean by that?
3      A.    Well, because it was -- it was very draining.
4    The whole experience was draining.
5      Q.    Uh-huh.  And when you say "draining," are you
6    talking about the workload associated with organizing
7    the community, or are you talking about your personal
8    experiences as a member of the community?
9      A.    Both.
10     Q.    Okay.  Can you expand a little bit more on
11   your personal experiences as a member of community --
12   the community that were affected by these odors?
13     A.    Yes, I can.
14           THE WITNESS:  May I take a quick
15        bathroom break?
16           MS. JAMES:  Absolutely.  Well -- well,
17        is that -- is that okay?  I'll stay here.  I
18        know the question is pending.
19           THE WITNESS:  And -- and yeah.  You
20        don't have to stop because I'm -- 60 seconds?
21           MS. JAMES:  Listen, you take all the
22        time you need.  It's just -- I just wanted to
23        make sure --
24           MR. HAMMEL:  You know where it is?
25           THE WITNESS:  Right here.  Thanks.

Page 168

1  I've heard they've spent, like, tons of money, like in
2  the millions, doing repairs and reengineering it.
3      One thing that the people at River Birch said
4  to me was that they thought that the engineer -- that
5  it was engineered wrong from the get-go and then you
6  don't -- and so the question is will they ever be able
7  to get it 100 percent under control.
8      But even a one or a two I'm experiencing now,
9  shouldn't have to experience that.  I mean, this is the
10 most densely populated part of Louisiana, and, you
11 know, people just -- you want a healthy community.  You
12 want clean air, and you don't know that the air is
13 clean when you're smelling stink.  So I don't have much
14 more to say about it.  I mean, I'm sure I could, but
15 that's -- that's the gist of it.
16     Q.  Yeah.  Thank you for sharing that experience.
17     You know, you -- you clearly are a community
18 leader with what you've -- what you've done and --
19     A.  Was.
20     Q.  And would it be fair to say based on, you
21 know, what you just kind of explained to me that, you
22 know, you stepped up for some individuals that weren't
23 in a situation where they could voice their opinion and
24 collect the data and spend that amount of time to
25 mobilize a community?

Page 232

REPORTER'S CERTIFICATE

I, YOLANDA J. PENA, Certified Court Reporter in and for the State of Louisiana, Registered Professional Reporter, and as the officer before whom this testimony was taken, do hereby certify that GERALD HERBERT, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as set forth in the foregoing 231 pages.

I further certify that said testimony was reported by me in the Stenotype reporting method, was prepared and transcribed by me or under my direction and supervision, and is a true and correct transcript to the best of my ability and understanding.

I further certify that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board and that I have been informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services.

I further certify that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434, and in rules and advisory opinions of the board.

I further certify that I am not an attorney or counsel for any of the parties, that I am neither related to nor employed by any attorney or counsel connected with this action, and that I have no financial interest in the outcome of this matter.

This certificate is valid only for this transcript, accompanied by my digital signature or original signature and original raised seal on this page.

Prairieville, Louisiana, this 23rd day of May, 2024.

_____
YOLANDA J. PENA, CCR, RPR
CCR NO. 2017002, RPR NO. 907346

EXHIBIT 2