Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3   * * * * * * * * * * * * * * * * * * * * * *
     FREDERICK ADDISON, et              CASE NO.
 4   al.,                               19-11133
              Plaintiffs,               c/w 19-14512
 5       v.
     LOUISIANA REGIONAL                 Section:"E" (5)
 6   LANDFILL COMPANY, et               JUDGE: Morgan
     al.,                               MAGISTRATE
 7            Defendants.               JUDGE: North
 8
 9   * * * * * * * * * * * * * * * * * * * * * *
10
                  VIDEOTAPED DEPOSITION
11                        OF
                  MARY ANN WINNINGCOFF
12
                       taken on
13              Wednesday, April 19, 2023
14              commencing at 9:09 a.m.
15                       at the
                  FOUR SEASONS HOTEL
16                  2 Canal Street
                  New Orleans, Louisiana
17
        Reported By:  MARYBETH E. MUIR, CCR, RPR
18
     * * * * * * * * * * * * * * * * * * * * * *
19
20
21
22
23
24
25
```

EXHIBIT 1

```
 1   A P P E A R A N C E S:
 2
     ATTORNEYS FOR PLAINTIFFS:
 3   WHITEFORD, TAYLOR & PRESTON, LLP
     1800 M Street, NW, Suite 450N
 4   Washington, DC 20036
     850.687.6699
 5   mchilders@whitefordlaw.com
     aoppegard@whitefordlaw.com
 6   BY: MASTEN CHILDERS, ESQ.
         AARON OPPEGARD, ESQ. (Via Zoom)
 7
             and
 8
     FORREST, CRESSY & JAMES
 9   1222 Annunciation Street
     New Orleans, Louisiana 70130
10   504.605.0777
     eliza@fcjlaw.com
11   BY:  S. ELIZA JAMES, ESQ.
12
     ATTORNEYS FOR APTIM CORP.:
13   GEIGER, LABORDE & LAPEROUSE, LLC
     One Shell Square
14   701 Poydras Street
     Suite 4800
15   New Orleans, Louisiana 70139
     504.561.0400
16   jbaay@glllaw.com
     BY: JOHN E. W. BAAY, II, ESQ.
17
18   ATTORNEYS FOR LOUISIANA REGIONAL LANDFILL COMPANY,
     WASTE CONNECTIONS BAYOU, INC., AND WASTE
19   CONNECTIONS US, INC.:
     BEVERIDGE & DIAMOND, PC
20   825 Third Avenue, 16th Floor
     New York, New York 10022
21   212.702.5400
     mbrillault@bdlaw.com
22   BY: KATRINA M. KREBS, ESQ.
         MEGAN R. BRILLAULT, ESQ. (Via Zoom)
23
24
         and
25
```

```
 1   A P P E A R A N C E S:
 2   ATTORNEYS FOR LOUISIANA REGIONAL LANDFILL COMPANY,
     WASTE CONNECTIONS BAYOU, INC., AND WASTE
 3   CONNECTIONS US, INC.:
 4   LISKOW & LEWIS
     One Shell Square
 5   701 Poydras Street
     Suite 5000
 6   New Orleans, Louisiana 70139
     504.581.7979
 7   mmims@liskow.com
     bhadden@liskow.com
 8   BY: BRADY HADDEN, ESQ. (Via Zoom)
         MICHAEL MIMS, ESQ. (Via Zoom)
 9
10   ATTORNEYS FOR JEFFERSON PARISH:
11   CONNICK AND CONNICK, LLC
     3421 N. Causeway Boulevard, Suite 408
12   Metairie, Louisiana 70002
     504.681.6658
13   mmoghis@connicklaw.com
     mfutrell@conbicklaw.com
14   BY: MATTHEW MOGHIS, ESQ.
         MICHAEL FUTRELL, ESQ. (Via Zoom)
15
16
     ALSO PRESENT:
17          MATT RICHICHI, Videographer
18
19
20
     Reported by:   Marybeth E. Muir,
21                  Certified Court Reporter
                    In and for the State of
22                  Louisiana and Registered
                    Professional Reporter
23
24
25
```

Page 88

1   know what it was coming from.  They had no idea.  He
2   was on oxygen.  Did he use it all the time?  No.
3   When he sat down and watched TV, he didn't have to
4   use it.  But the smell that we had in our house, the
5   sulfur smell that burned my eyes and gave me
6   migraines for days was terrible.
7             And I truly believe that my husband
8   would be here today if it wouldn't have been that
9   that was damaging his lungs more.
10       Q.    Okay.
11             And I'm sorry again.  I just need to ask
12  these questions.
13       A.    I understand.
14       Q.    When was he diagnosed with pulmonary
15  fibrosis?
16       A.    Probably around 2015.
17       Q.    Okay.
18             So when you made this complaint, you
19  were worried about the odors?
20       A.    Absolutely.
21       Q.    Okay.
22             So I'm going to introduce one more
23  exhibit here.  And this will be Exhibit No. 111.
24             (Whereupon, Exhibit No. 111, was
25             marked for Identification.)

Page 98

1     A.    I'd smell an odor and it would go away.
2  But it just progressed more and more and more.  You
3  know?  Until like in 2017, I think it was like in
4  August or something, it was horrible, you know?  The
5  sting in your eyes.  To wake up and have to put
6  covers over your head and ice packs -- ice packs on
7  your eyes.  You know?  And come up with a nosebleed
8  and hard to breathe and holding your hand over your
9  mouth trying to breathe.  Unreal.  Unreal.
10         I don't want to go through that again.
11  And nothing will bring my husband back.  And I
12  really think that enhanced his death or he'd be with
13  me today.
14     Q.    So we'll talk specifically through the
15  periods 2017, 2018 and 2019.  But first, what did
16  the odor smell like to you?  Can you describe them?
17     A.    Yes, the petroleum sulfate.  Like
18  sulfur.  It was like a sulfur burning drug.
19     Q.    Okay.
20           What did you mean by "petroleum"?
21     A.    Part of the oil in a sulfur like, you
22  know?  It stunk, but yet it burned.  You know, it
23  was mixed together.  Petroleum sulfur.
24     Q.    Okay.
25           So I'm going to specifically talk about

Page 150

1      lawsuit is about?
2           A.    I can tell you what my understanding and
3      what I am here for.
4           Q.    Okay.
5           A.    It's three things.  And I think I
6      mentioned this before.  First of all, I'm doing this
7      for my husband.  Because he would be here today, I
8      think, if he didn't have the fumes and the sulfur
9      and all in his lungs too.  Secondly, I'm doing it
10     for me because I feel like I suffered so much with
11     this and then worrying about him.  It was just -- it
12     went on so long and nobody would do anything about
13     it.  And three, I'm doing it for my neighbors and
14     the people on Facebook that have children that have
15     allergies and asthma and all, and had problems and
16     had to go through it.
17                That's my understanding.  I want it
18     brought forward what happened to us.  And how
19     detrimental that the people that are trying the
20     case, don't understand -- seem not to understand how
21     we suffered and all.  And nobody would do anything
22     about it.
23          Q.    Okay.  Sorry to ask these questions.
24     Just want a little bit of background.
25                But with respect to your husband, did

```
                                                      Page 174
 1                  C E R T I F I C A T E
 2
 3           Certification is valid only for a transcript
 4      accompanied by my original signature and
 5      Original required seal on this page.
 6
 7           I, Marybeth E. Muir, Certified Court
 8      Reporter in and for the State of Louisiana, and
 9      Registered Professional Reporter, as the officer
10      before whom this testimony was taken, do hereby
11      certify that MARY ANN WINNINGCOFF, after having been
12      duly sworn by me upon authority of R.S. 37:2554, did
13      testify as hereinbefore set forth in the foregoing
14      173 pages; that this testimony was reported by me in
15      the stenotype reporting method, was prepared and
16      transcribed by me or under my personal direction and
17      supervision, and is a true and correct transcript to
18      the best of my ability and understanding; that the
19      transcript has been prepared in compliance with
20      transcript format guidelines required by statute or
21      by rules of the board, and that I am informed about
22      the complete arrangement, financial or otherwise,
23      with the person or entity making arrangements for
24      deposition services; that I have acted in compliance
25      with the prohibition on contractual relationships,
```

Page 175

1  as defined by Louisiana Code of Civil Procedure
2  Article 1434 and in rules and advisory opinions of
3  the board; that I have no actual knowledge of any
4  prohibited employment or contractual relationship,
5  direct or indirect, between a court reporting firm
6  and any party litigant in this matter nor is there
7  any such relationship between myself and a party
8  litigant in this matter.  I am not related to
9  counsel or to the parties herein, nor am I otherwise
10 interested in the outcome of this matter.

        This 19th day of April, 2023.

                            _____
                            MARYBETH E. MUIR, CCR, RPR