Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3     * * * * * * * * * * * * * * * * * * * * *
       FREDERICK ADDISON, et              CASE NO.
 4     al.,                               19-11133
               Plaintiffs,                c/w 19-14512
 5        v.
       LOUISIANA REGIONAL                 Section:"E" (5)
 6     LANDFILL COMPANY, et               JUDGE: Morgan
       al.,                               MAGISTRATE
 7             Defendants.                JUDGE: North
 8
 9     * * * * * * * * * * * * * * * * * * * * *
10
11                    VIDEOTAPED
                      DEPOSITION
12                        OF
                    ANDREW SECTION
13
                       taken on
14             Tuesday, April 18, 2023
15            commencing at 12:00 p.m.
16                      at the
                  FOUR SEASONS HOTEL
17                 2 Canal Street
                New Orleans, Louisiana
18
          Reported By:  MARYBETH E. MUIR, CCR, RPR
19
       * * * * * * * * * * * * * * * * * * * * *
20
21
22
23
24
25
```

**EXHIBIT 2**

```
 1   A P P E A R A N C E S:
 2
     ATTORNEYS FOR PLAINTIFFS:
 3   WHITEFORD, TAYLOR & PRESTON, LLP
     1800 M Street, NW, Suite 450N
 4   Washington, DC 20036
     850.687.6699
 5   mchilders@whitefordlaw.com
     aoppegard@whitefordlaw.com
 6   BY: MASTEN CHILDERS, ESQ.
         AARON OPPEGARD, ESQ. (Via Zoom)
 7
             and
 8
     FORREST, CRESSY & JAMES
 9   1222 Annunciation Street
     New Orleans, Louisiana 70130
10   504.605.0777
     eliza@fcjlaw.com
11   BY:  S. ELIZA JAMES, ESQ.
12
     ATTORNEYS FOR APTIM CORP.:
13   GEIGER, LABORDE & LAPEROUSE, LLC
     One Shell Square
14   701 Poydras Street
     Suite 4800
15   New Orleans, Louisiana 70139
     504.561.0400
16   jbaay@glllaw.com
     BY: JOHN E. W. BAAY, II, ESQ.
17
18   ATTORNEYS FOR LOUISIANA REGIONAL LANDFILL COMPANY,
     WASTE CONNECTIONS BAYOU, INC., AND WASTE
19   CONNECTIONS US, INC.:
     BEVERIDGE & DIAMOND, PC
20   825 Third Avenue, 16th Floor
     New York, New York 10022
21   212.702.5400
     mbrillault@bdlaw.com
22   BY: MEGAN R. BRILLAULT, ESQ. (Via Zoom)
23
24       and
25
```

```
 1   A P P E A R A N C E S:
 2   ATTORNEYS FOR LOUISIANA REGIONAL LANDFILL COMPANY,
     WASTE CONNECTIONS BAYOU, INC., AND WASTE
 3   CONNECTIONS US, INC.:
 4   LISKOW & LEWIS
     One Shell Square
 5   701 Poydras Street
     Suite 5000
 6   New Orleans, Louisiana 70139
     504.581.7979
 7   mmims@liskow.com
     bhadden@liskow.com
 8   BY: BRADY HADDEN, ESQ.
         MICHAEL MIMS, ESQ. (Via Zoom)
 9
10   ATTORNEYS FOR JEFFERSON PARISH:
11   CONNICK AND CONNICK, LLC
     3421 N. Causeway Boulevard, Suite 408
12   Metairie, Louisiana 70002
     504.681.6658
13   mmoghis@connicklaw.com
     BY: MATTHEW MOGHIS, ESQ.
14
15
16   ALSO PRESENT:
             MARK ANCALADE, Videographer
17
18
19
20   Reported by:   Marybeth E. Muir,
                    Certified Court Reporter
21                  In and for the State of
                    Louisiana and Registered
22                  Professional Reporter
23
24
25
```

```
                                                   Page 112
 1        Q.   So go ahead.  You can answer.
 2        A.   I really -- you know, the way I feel
 3   about the situation, that that smell was so
 4   horrible, I don't know what's going to go on with my
 5   body.  They got people that done died already.  I
 6   don't know if it's from the smell or whatever.  But
 7   in the neighborhood people were dropping like flies.
 8             MR. CHILDERS:  I don't have any
 9        further questions.  Thank you very much.
10   CONTINUED EXAMINATION
11   BY MR. BAAY:
12        Q.   Just a couple of follow ups, Mr.
13   Section.  Could you tell from looking at these
14   pictures lying, for example, picture No. 100,
15   whether whoever took that picture was standing on
16   your property or were they standing on the public
17   street?
18             (Witness peruses document.)
19        A.   They look like they were standing in the
20   street.
21        Q.   Right.
22             Is that a private street that you-all
23   have down there or is that a public road?
24        A.   This is a public road.  But they could
25   have got ran over because they do 80 miles down this
```

```
                                                      Page 122
 1                   C E R T I F I C A T E
 2
 3           Certification is valid only for a transcript
 4       accompanied by my original signature and
 5       Original required seal on this page.
 6
 7           I, Marybeth E. Muir, Certified Court
 8       Reporter in and for the State of Louisiana, and
 9       Registered Professional Reporter, as the officer
10       before whom this testimony was taken, do hereby
11       certify that ANDREW SECTION, after having been duly
12       sworn by me upon authority of R.S. 37:2554, did
13       testify as hereinbefore set forth in the foregoing
14       121 pages; that this testimony was reported by me in
15       the stenotype reporting method, was prepared and
16       transcribed by me or under my personal direction and
17       supervision, and is a true and correct transcript to
18       the best of my ability and understanding; that the
19       transcript has been prepared in compliance with
20       transcript format guidelines required by statute or
21       by rules of the board, and that I am informed about
22       the complete arrangement, financial or otherwise,
23       with the person or entity making arrangements for
24       deposition services; that I have acted in compliance
25       with the prohibition on contractual relationships,
```

Veritext Legal Solutions
212-279-9424                www.veritext.com                212-490-3430

Page 123

1  as defined by Louisiana Code of Civil Procedure
2  Article 1434 and in rules and advisory opinions of
3  the board; that I have no actual knowledge of any
4  prohibited employment or contractual relationship,
5  direct or indirect, between a court reporting firm
6  and any party litigant in this matter nor is there
7  any such relationship between myself and a party
8  litigant in this matter.  I am not related to
9  counsel or to the parties herein, nor am I otherwise
10 interested in the outcome of this matter.
11
12
        This 18th day of April, 2023.
13
14
15
16
17                          _____
                            MARYBETH E. MUIR, CCR, RPR
18
19
20
21
22
23
24
25