

**JOHN BEL EDWARDS**
GOVERNOR

**CHUCK CARR BROWN, PH.D.**
SECRETARY

# State of Louisiana
## DEPARTMENT OF ENVIRONMENTAL QUALITY
## OFFICE OF THE SECRETARY

October 31, 2018

Senator Conrad Appel III
State Senator District 9
721 Papworth Avenue, Suite 102A
Metairie, LA 70005

RE: Odor Complaints in Jefferson Parish

Dear Senator Appel:

Thank you for your letter dated October 25, 2018, regarding odor complaints in Jefferson Parish. The Louisiana Department of Environmental Quality (LDEQ) shares your concern and appreciates the opportunity to respond to the issues raised in your correspondence. As the primary public trustee of the environment, the LDEQ takes its responsibility very seriously. To protect the state's environment, the LDEQ utilizes the tools provided by the Legislature through the enactment of statutes and the promulgation of environmental regulations. We seek to work with all public officials and citizens in addressing the concerns.

You have requested information relating to odor complaints in Jefferson Parish. The LDEQ regulates certain activities and/or facilities whose operations may result in the production of odors. As will be set forth in greater detail below, we have been working continuously to determine the source of the odors subject to citizen complaints.

Actions taken by the LDEQ in response to odor complaints include, but are not limited to, the following: In the months of July through August of 2017, the LDEQ initiated investigations in the River Ridge/Harahan area. The initial investigation identified the Harahan Wastewater Treatment Plant as a potential source of odor. As a result, the wastewater treatment plant voluntarily ceased accepting suspect material in August 2017. In the winter of 2017, the complaints continued but to a lesser extent. Accordingly, LDEQ staff continued to investigate by mapping and tracking the complaints.

In February 2018, the LDEQ's Mobile Air Monitoring Lab (MAML) was deployed for five days to the River Ridge area to monitor air quality. The MAML is a self-contained mobile laboratory capable of continuous, real-time sampling and analysis. MAML results indicated that chemical concentrations detected were below levels of concern (Attachment 1).

In response to continuing complaints, on April 27, 2018, LDEQ staff conducted landfill cover inspections at two (2) landfills: Jefferson Parish and River Birch (Attachment 2). Landfill waste is covered to minimize odors, reduce liquids generated in the landfill (leachate) and for vector control. The most significant finding of the inspections was seepage of leachate at the Jefferson Parish Landfill. In addition to the inspections, the MAML was deployed for the second monitoring event for six days in the River Ridge area. As measured by the MAML, the wind direction and a spike in chemical concentrations (methane and hydrogen sulfide) indicated the landfills were the potential sources of odors. MAML results indicated that chemical concentrations detected were below levels of concern (Attachment 3).

On June 22, 2018, the LDEQ issued a Compliance Order to Jefferson Parish Government for cover and leachate violations found at the Jefferson Parish Landfill. In response to the issuance of the Compliance Order, Jefferson Parish Government requested an adjudicatory hearing; the LDEQ and Jefferson Parish Government are presently engaged in informal dispute resolution discussions. The LDEQ also issued to River Birch LLC a Compliance Order for cover violations as a result of the April 2018 inspection (Attachment 4).

In July of 2018, the MAML was deployed for a third monitoring event for five days in River Ridge and Waggaman areas. MAML results indicated that chemical concentrations detected were again below levels of concern (Attachment 5).

From July of 2018 to the present, the LDEQ broadened the scope of inspections to evaluate other potential sources of odors in the area. To date, LDEQ has conducted thirty-three (33) inspections at fourteen (14) facilities (Attachment 6). Facilities subject to these inspections have included industrial facilities, mid-stream loaders, landfills, and wastewater treatment plants. In addition, staff investigated 845 complaints. LDEQ investigates every complaint it receives.

On September 18, 2018, the LDEQ issued to Jefferson Parish Government a Consolidated Compliance Order and Notice of Potential Penalty (CONOPP) for violations of the Solid Waste, Water Quality, and Air Quality regulations. The CONOPP required Jefferson Parish Government to submit a comprehensive plan to address the leachate collection and gas collection systems, along with additional corrective measures (Attachment 7). On October 29, 2018, Jefferson Parish Government requested an adjudicatory hearing.

Although the LDEQ issued two enforcement actions to the Jefferson Parish Government for violations of environmental statutes and regulations, efforts by the LDEQ to address and to minimize odors that may be emanating from the Jefferson Parish Landfill continue. Beginning on October 1, 2018, the LDEQ began daily site assessments of the landfill. The LDEQ will take appropriate enforcement actions for any violations noted (Attachment 8).

Moreover, on October 9, 2018, LDEQ staff started daily odor patrols on the Westbank of Jefferson Parish. If odors are noted, an investigation is initiated to determine a possible source (Attachment 9). In addition, LDEQ continues to inspect other facilities that may be a source of odors in the area and will take appropriate enforcement action as necessary.

In October 2018, the LDEQ MAML was deployed for the fourth time to River Ridge and Waggaman for five days. The results are still pending.

Based on the information currently available to LDEQ, the following information is submitted to address your specific concerns: Our investigation indicates that a significant source of odors originated from Jefferson Parish Landfill although there may be other contributors. Inspections at some of the other facilities found minor violations whereas inspection of the Jefferson Parish Landfill found significant violations related to waste cover along with leachate and gas collections systems, which can give rise to odors. The odor issues appear to be attributable to sulfur compounds, which are associated with the natural decomposition of wastes at municipal solid waste landfills.

As previously noted, all three MAML monitoring events indicated that chemical concentrations detected were below levels of concern. The Louisiana Department of Health is currently completing the final stages of the health consult report based on data collected by LDEQ.

The LDEQ anticipates and expects that Jefferson Parish Government will promptly take steps to improve landfill operations. As discussed above, the LDEQ has issued two Compliance Orders to Jefferson Parish Government. The Orders require Jefferson Parish Government to submit a comprehensive plan to address the deficiencies in the leachate and gas collection systems along with additional corrective measures. Once an approved comprehensive plan is implemented, we anticipate that odors from the Jefferson Parish Landfill will be diminished. However, after upgrades are complete, the LDEQ will evaluate landfill conditions to determine if other steps are necessary. Further, the LDEQ will continue to work to identify other sources of odors.

With respect to your question regarding the need for future legislation, the LDEQ believes it has sufficient regulatory tools at this time. However, if we determine that additional resources are necessary, we will certainly seek your assistance. All attachments are publicly available in our electronic document management system (EDMS) accessible on the LDEQ website.
(http://www.deq.louisiana.gov)

Sincerely,

Chuck Carr Brown, Ph.D.
Secretary

Attachment: to be hand-delivered separately

c:   Senator Mike Walsworth
     Michael S. Yenni, Jefferson Parish President