EXHIBIT 2

```
1  *****************************************************
2      The transcript of a video purported to be from
3  the Jefferson Parish Council meeting held on
4  December 15, 2018, the request for transcription
5  thereof having been made to goDEPO Court Reporting
6  and Litigation Support on the 31st day of October
7  2023, by Kelley Videtich, Paralegal at Forrest,
8  Cressy & James, Attorneys at Law, 1222 Annunciation
9  Street, New Orleans, Louisiana 70130, and of which
10 said transcription was performed by and/or under the
11 supervision of Phillip A. Kaufman, Certified Court
12 Reporter, in and for the State of Louisiana.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**2**

```
1  MADAM CHAIRMAN:
2      Next, I think we have some folks here from the
3      Department of Envir -- Environmental Quality,
4      Secretary, uhm, Brown?  Good morning.
5  SECRETARY BROWN:
6      Good morning, Madam Chairman, Council Members.
7      I am Dr. Chuck Carr (sic) Brown. I am the
8      Secretary of the Louisiana Department of
9      Environmental Quality.  I'm here to update you
10     and put a few things on record regarding the
11     issues we're having, uh, with the odor issues
12     here in, uh, in your parish.
13     First thing I want to say is we started to
14     address the problems as an agency in April of
15     2018.  We've dispatched our mobile air
16     monitoring lab four times to the area.  Results
17     from our mobile air monitoring lab sampling have
18     not shown any compounds in concentrations
19     exceeding any ambient air standards.  Our
20     results from the first three MAMO (sic) missions
21     were shared with our partner agency, Louisiana
22     Department of Health.  The data does indicate
23     the presence of low concentrations of some
24     common landfill gases that produce odors.  In
25     particular, hydrogen sulfide, which is H2S.
```

**3**

```
1      LDEQ has identified Jefferson Parish Landfill as
2      a main source of these gases, but not
3      necessarily the only source of odors in the
4      area.  LDEQ personnel conducted thirty-three
5      inspections at fourteen facilities and conducted
6      sample -- and conducted sampling to determine
7      the root of the problem, which is definitely, we
8      think, the landfill.  The major source of odors.
9      A propon -- a propon -- A preponderance of
10     evidence points to that facility as a major
11     source.  We've issued three enforcement actions
12     to the parish.  They're following our normal
13     administrative process.
14     I want to also address the issues of midstream
15     loaders.  We've met with the ADM who owns the
16     midstream loaders, Gemini and ARDCO.  As
17     possible emissions of grain dust.  We've met
18     with them.  We've talked about best management
19     practices to sort of minimize any impact to the
20     communities, which could be misting or water
21     cannons.  We've also collected some dust that we
22     did find and we're analyzing it to see exactly
23     what it is.  So, I wanted to make sure that we
24     also got on -- went on record telling you that
25     we are addressing those midstream loader
```

**4**

```
1      problems.
2      So, currently where we are with the landfill is
3      we know that they're undertaking a endeavor to
4      install larger headers to - to remove the liquid
5      that's in their facilities.  It's my
6      understanding that those headers should be
7      connected in very short order.  Maybe even as
8      early as this weekend.  But we are monitoring
9      the situation, and we feel that once that's in
10     place, they start to move and remove the liquid
11     from the cells, both active and closed, and then
12     process that at your wastewater treatment plant,
13     we should start to see some significant
14     improvements in air quality.  Now, I do have
15     several staff members here that can answer any
16     detail questions you might have.  But I wanted
17     to make sure that you got this for your record
18     that we think that we are -- As I told you the
19     last time that it would take awhile -- I think
20     we're at that point now where we should start to
21     see some -- some improvements.
22     So, having said that I'll definitely take any
23     questions from you.
24 COUNCILMAN SPEARS:
25     I think - I have a question.  You say landfill.
```

**5**

```
1      I just want to make sure you specify which
2      landfill.  Since we have -
3  SECRETARY BROWN:
4      Jefferson Parish landfill.
5  COUNCILMAN SPEARS:
6      Okay.  And a follow up to that - We were told
7      that maybe it's other landfills in the area.
8      Did you look at those areas and can you specify
9      specifically what makes you come to the
10     conclusion that it's Jefferson Parish Landfill?
11 SECRETARY BROWN:
12     Well, without getting too detailed, we've
13     actually done extrapolations, we've actually
14     followed wind directions, and we've actually
15     collected samples that showed higher
16     concentrations of H2S and uh -- uhm -- H2S and
17     other -- other landfill components.  We followed
18     it right back to the facility that's run by
19     Jefferson Parish.  Now, that doesn't mean that
20     we're not inspecting other facilities in the
21     area, which we have, and we've issued orders to
22     them.  But, we don't have cover, or you might
23     have some odor issues, we addressing those on
24     our normal protocols.  But right now, there's no
25     doubt in my mind that -- that right now the
```

**6**

```
1      major source is the Jefferson Parish Landfill.
2  MALE BOARD MEMBER TWO:
3      How many times are y'all going out?  Are y'all
4      going up there two or three times a week to
5      monitor the landfill?  Is it everyday?  Exactly
6      what -- How many times a week are y'all going
7      out there?
8  SECRETARY BROWN:
9      Starting October one, we were there seven days a
10     week.  Since then, we're there five days a week.
11     So, we inspect that facility at least five times
12     a week.  We're there constantly.  We can give
13     you man hours, or we can give you the amount of
14     time that we've spent there.  But we are there
15     daily.
16 MADAM CHAIR:
17     Councilman Roberts.
18 CHRIS ROBERTS:
19     You said that you all have collected particles
20     that I'm assuming that you've seen the videos
21     from residents of particles that are in the air,
22     particularly at night time.  Which would appear
23     to be occurring when there's loading and
24     unloading of ships at that site.  It was also my
25     understanding that -- at least from what I was
```

**7**

```
1      told from residents, that you all advised them
2      that you could not test the particles that they
3      collected.  That you all needed to collect them
4      on your own so that there were not contaminated.
5      So, my question is that did you all collect
6      those particles?  Did DO -- Did the -- DEQ do
7      that and, uhm, what is the status?  I know you
8      referenced them, but what -- What is the status
9      on getting information back as it relates to,
10     uh, what that is?
11 SECRETARY BROWN:
12     All right.  Two things and then I'll let Mike
13     Algero, who's my surveillance administrator,
14     address some of those concerns.
15     One is we, uh, we have gone out at night, twice
16     in November, to actually see what was going on
17     with the midstream loaders.  We have collected
18     at least one sample from a residence mailbox.
19     That -- That's where we are doing an analysis of
20     that material.  We -- We strongly believe that
21     it's grain dust, but we are -- We're confirming
22     that.  So, when it comes to collecting samples,
23     there's a chain of custody and we have to make
24     sure that you -- That you do maintain that
25     chain.  That's why we had suggested that we
```

**8**

```
1      would do our own sampling.  But I do have Mike
2      Algero and he met with the midstream loaders.
3      And just for the record, they have gone on
4      record saying that it wasn't them.  But that's
5      not -- That's not our concern whether or not
6      what they say.
7  CHRIS ROBERTS:
8      Well, let me ask you this, if it is grain dust -
9      And I don't - I ask this out of concern for the
10     residents that are there, and I don't know the
11     answer to this because I'm certainly not a
12     biologist, scientist, or whatever else could -
13     could tell us this.  But if someone is
14     consistently inhaling grain dust, okay, is there
15     a health eff -- impact to a resident or a human
16     being by that being the case?  And the question
17     is that what are the coast guards guidelines as
18     it relates to how much of this product is
19     allowed to go offsite when they are loading and
20     unloading?  Is there a standard?  Or is there
21     something that you all regulate as it relates to
22     products being loaded and unloaded?  And if this
23     is causing respiratory issues for residents or
24     whatever else it may be, then how do we stop
25     that or what's the plan to address it?
```

**9**

1 SECRETARY BROWN:
2    Okay.  So, that was -- that was a lot of
3    questions.
4 CHRIS ROBERTS:
5    Several questions, right?  If you need me to --
6 SECRETARY BROWN:
7    No, I'm good.  So, and again, I'm going to turn
8    this over to Mike in just a second.  What we're
9    doing is we do issue permits.  And we do have
10   conditions in those permits.  Especially when we
11   deal with grain elevators because they are
12   stationary sources.  We can use back-houses.  We
13   do control, what we call particulate matter the
14   -- uh -- from escaping.  At some point we can
15   use mist, or we can put tarps.  But when you got
16   midstream it's a little bit more difficult.  But
17   one of the things we're working on, we call them
18   BMPs -- Best Management Practices -- to minimize
19   impact, or any offsite impact.  So, there is no
20   minimum number that we would want to allow to be
21   finding its way in the neighborhoods.
22 CHRIS ROBERTS:
23   When you say -- (microphone off) Now and it's
24   not -- There.
25 UNIDENTIFIED MALE BOARD MEMBER:

**10**

1    Here, use this one.
2 CHRIS ROBERTS:
3    Thanks.  When you say midstream, do you all have
4    regulatory authority when you're talking about
5    in the middle of the water or is that fall
6    solely on the coast guard?
7 MR. ALGERO:
8    Okay.  For the midstream loading operations,
9    they're permitted by the department.  There are
10   three buoys in the river and ships moor up to
11   these buoys.  The midstream loaders transport
12   commodities -- grain, it could be fertilizer or
13   other materials, from barges into the hold of
14   the ship.  The department issues permits, which
15   list what they can handle.  And there are permit
16   limits for different pollutants that they can
17   emit.  For the midstream loading operations, as
18   Dr. Brown said, it's difficult to get physical
19   controls such as bag-houses, and screens and
20   tarps in place.  So they have -- most of the
21   controls are workplace practices.  So they have
22   clamshell buckets, which remove the grain, or
23   the ore, or the fertilizer from these barges.
24   They transport it over into the hold of the
25   ship.  So, the workplace practice is you make

**11**

1    sure when you're transporting the grain you're
2    not over filling the bucket.  You're dropping
3    the grain -- You're only opening that bucket
4    when the -- clamshell is below the hold of the
5    ship.  When we got complaints early on about
6    dust, and we confirmed that they had issues
7    because what they were doing was opening the
8    clamshell bucket well above the hold of the
9    ship, so you get more dust being emitted.  They
10   do have specific conditions in their permit,
11   which they have to follow.  We met with ADM
12   representatives who -- they're subsidiaries of
13   Gemini and ARDCO.  We went over their permits,
14   reviewed the conditions with them.  They've
15   committed to having a sentinel watch their
16   operations, and they have staff that are going
17   through the community to make sure their
18   operators are following those workplace
19   practices.
20 CHRIS ROBERTS:
21   Okay.  Well did -- Would -- When you all issue a
22   permit, okay?  And the permit is issued for
23   these activities to occur.  Then I guess the
24   question becomes, "Yeah, I can go and hire my
25   own inspector."  Okay.  to say whether or not

**12**

1    I'm complying with whatever the permits are.
2    But do I trust that the inspector whose being
3    paid for by the company whose loading and
4    unloading is going to be --
5 MR. ALGERO:
6    That's not --
7 CHRIS ROBERTS:
8    -- accurate --
9 MR. ALGERO:
10   -- That's not what I was inferring.
11 CHRIS ROBERTS:
12   Okay.  When you -- When you said that they've
13   got people that monitor --
14 MR. ALGERO:
15   We've asked them to make sure that they're
16   following their -- their -- their oper -- their
17   loading --
18 CHRIS ROBERTS:
19   -- But we trust that they're going to monitor on
20   their own?
21 MR. ALGERO:
22   We respond to these complaints.  And we have
23   written them up before.  A notice of deficiency.
24   We're now doing night surveillance.  The problem
25   is we think that they should do a better job of

**13**

1    monitoring their activities twenty-four-seven.
2    We don't --
3 CHRIS ROBERTS:
4    Have we fined them yet?
5 MR. ALGERO:
6    No --
7 CHRIS ROBERTS:
8    Or has the state fined them yet?
9 MR. ALGERO:
10    -- There's been a notice of deficiency which was
11    cleared a couple of months ago with the first
12    complaint.  This last complaint -- We've been
13    out several times and have been unable to locate
14    dust in some of the communities where people
15    have been complaining.  We have to take these
16    samples off of fixed pieces of property.  A
17    mailbox, a windowsill, we can't take it off of
18    mobile sources.  We have to have a proper chain
19    of custody send it off to be analyzed.  So, what
20    we've done in this last complaint, we were able
21    to find some dust on a mailbox.  We sent it off
22    to a lab for full particulate analysis, and
23    we're waiting for those results.  When those
24    results come in, we're going to compare them to
25    any commodities that they were loading at the

**14**

1    time of -- of the complaint to see if it was
2    material that could have come from their loading
3    operation.
4 CHRIS ROBERTS:
5    Okay.  Let me ask you this if you don't mind.
6    When did you guys go and collect this sample?
7 MR. ALGERO:
8    I don't have the dates.  Everything we do is in
9    our electronic document management system.  I
10    could certainly look at the date of the
11    complaint, the investigation, when the sample
12    was taken, where -- I think the sample should be
13    back in the next week or so.
14 CHRIS ROBERTS:
15    So, do -- does -- Are you familiar with how long
16    the testing process occurs?
17 MR. ALGERO:
18    It's two weeks to get the sample results back
19    from receipt.  We have all of that -- All of
20    that sent certified mail.  We'll have all of
21    that -- the information in our EDMS system.
22 CHRIS ROBERTS:
23    How much tonnage is allowed with a permit and
24    without a permit?  Do you know?
25 MR. ALGERO:

**15**

1    Well, you have to have a permit if you're going
2    to have air emissions.  Now for these midstream
3    loaders, I don't have the permits in front of
4    me.  They're all going to be different.  But all
5    -- once again -- all of these permits are in
6    EDMS.
7 CHRIS ROBERTS:
8    Okay.  And if I heard you correctly, you know I
9    -- I heard you say grain, but also fertilizer.
10    Right?
11 MR. ALGERO:
12    Or fertilizers, it depends on the permit for the
13    different barges.  What they can handle.
14 CHRIS ROBERTS:
15    Okay.  So, do we know as a state, and as DEQ, or
16    Department of Health and Hospitals, what the
17    risk of airborne fertilizer is to someone who
18    inhales that?
19 MR. ALGERO:
20    And I'd have to defer to --
21 SECRETARY BROWN:
22    Yeah.
23 MR. ALGERO:
24    -- Department of Health, but the permits are
25    meant to be protective.  If they have a

**16**

1    commodity that they're transporting, the permits
2    and the limits in there, are meant to be
3    protective of public health.  So these --
4 CHRIS ROBERTS:
5    Right.  I think that we've already established
6    that the company is not doing what the company
7    was supposed to do.
8 MR. ALGERO:
9    Well --
10 CHRIS ROBERTS:
11    Because if that was the case then the stuff
12    wouldn't be flying around to begin with.
13 MR. ALGERO:
14    And once again, the company has denied that
15    those videos -- that that was actually grain
16    dust.
17 CHRIS ROBERTS:
18    Okay.  Well I can tell you that there has been a
19    gentleman who -- upon himself -- has put a drone
20    up.  And, uhm, actually has footage of some of
21    this material making its way into the atmosphere
22    as these barges are unloading.  Has the state
23    done that yet?
24 MR. ALGERO:
25    No, we have not.  But we have -- we do have a

**17**

1 drone and we're about to. But the -- the only
2 issue is they are permitted to have some
3 particulate emissions. The question is -- Is it
4 reaching the bank, or is it reaching these
5 communities. These permits allow some
6 particulate to be emitted. They have to be
7 following their workplace practices and loading
8 properly.
9 CHRIS ROBERTS:
10 Okay. And I don't want to sound like a fool,
11 but I'm going to ask this question. You're
12 allowed to apparently have a certain amount
13 emitted into the atmosphere.
14 MR. ALGERO:
15 Correct.
16 CHRIS ROBERTS:
17 How do you gauge how much is going in the
18 atmosphere?
19 MR. ALGERO:
20 And it depends on the calculations they use for
21 that permit. I don't know, Dr. Brown, you want
22 to --
23 CHRIS ROBERTS:
24 Right. But what I am saying is that -- You all
25 -- There's a certain acceptable amount that you

**18**

1 all would determine to be acceptable under the
2 permit calculations --
3 SECRETARY BROWN:
4 Whatever permits we issue are protective of
5 human health and the environment. There is --
6 There's not a zero emissions limit in the
7 permit. But whatever is in the permit, it's
8 protective of human health and the environment.
9 What we are working on are Best Management
10 Practices to minimize any dust that may find its
11 way to the communities. We're working
12 constantly. You mentioned an unmanned aircraft,
13 we found a launch point that we're going to put
14 ours up to make sure -- that's why we inspect it
15 at night. So, we are responding. We're not
16 sitting idly by. At some point, if they don't
17 fix their issues, then we'll look to move those
18 mooring points somewhere else.
19 CHRIS ROBERTS:
20 Mm-hmm. Okay. And I guess -- All right. We --
21 We've established that there's a problem. What
22 I'm trying to get for the residents concerns are
23 -- is -- what kind of time line are we looking
24 at? Okay. If -- If you -- you're saying -- and
25 I appreciate that you all are going to do

**19**

1 surveillance and do all --
2 SECRETARY BROWN:
3 We're doing surveillance --
4 CHRIS ROBERTS:
5 -- If you all make a determination that -- Okay
6 this is in violation and -- And there's more
7 going out than should be based upon what the
8 permit allows, how quickly then do they
9 demobilize from where they are now and move to a
10 different site?
11 SECRETARY BROWN:
12 Well, what I will say is --
13 CHRIS ROBERTS:
14 And does that take a court action or --
15 SECRETARY BROWN:
16 -- We -- We're --
17 CHRIS ROBERTS:
18 -- Is it something --
19 SECRETARY BROWN:
20 -- We're going to follow our administrative
21 process. If we find -- We send them a notice of
22 violation -- if they continue to violate, we
23 send them a compliance order, notice of
24 potential penalty. They have the right to
25 appeal that, but ultimately, we get to -- we get

**20**

1 to some point where a penalty will be -- will be
2 issued. If they can't correct their problem,
3 then we go into a -- some kind of resolution.
4 Because it's not easy to just pick up and moor
5 somewhere else --
6 CHRIS ROBERTS:
7 I --
8 SECRETARY BROWN:
9 -- Or down the river.
10 CHRIS ROBERTS:
11 -- That -- That's what I understand and that's
12 why I want to make sure the expectations to the
13 public are -- are reasonable. And that's why I
14 think the more information we give them as to
15 what the steps are and the process to do that,
16 the better off we're going to be. Because --
17 SECRETARY BROWN:
18 Absolutely.
19 CHRIS ROBERTS:
20 -- But I also believe to that this problem has
21 been going on now for -- I guess the last time
22 we had you all here was maybe two months ago,
23 about? And -- you know -- we're taking these
24 steps now, and -- What would you say, in your
25 estimation if you're willing to, with the end --

**21**

1   it -- let's -- Let's assume the company
2   continues to operate like they're doing and
3   these particulates continue to show up in
4   residential areas, then what is the time frame
5   between now and when there would be fines
6   issued, or them be required to relocate?
7 SECRETARY BROWN:
8       All right.  So, where we are right now, I can't
9   give you a time frame.  Where we are right now
10   is we are working with the company to identify
11   Best Management Practices that will reduce any
12   particulate matter that makes it to the
13   communities.  Whether it be a mist screen, or
14   whether it be water cannons, or whether it be
15   wind directions -- they have all of these
16   requirements in their permits.  That they don't
17   do certain things when the wind is blowing a
18   certain way.  But if we get complaints, we're
19   going to respond to the complainants.  If we
20   find dust that we can collect, we'll collect it
21   to make sure that whatever is being emitted is
22   not a toxic substance.  So, we're going to
23   continue to do our job here.  I can't give you a
24   time line when we're going to have a midstream
25   loader remove their moor up and down the river.

**22**

1       But we're going to do what we can to make sure
2   that any impact to the community is minimized.
3 CHRIS ROBERTS:
4       Yeah.  One last -- One last question.  Let me
5   ask -- And I don't want to cut you off, sir, I'm
6   going to give you your time, too.  You said you
7   respond to complaints.  Okay.  And I appreciate
8   that.  What is done on a regular basis to ensure
9   that all of these companies that have these
10   permits are complying with the language of the
11   permits?  Meaning are we reactionary or are we
12   proactive in trying to address the issues of
13   problems that may exist?
14 MR. ALGERO:
15       Well let me go back to the grain load -- to the
16   midstream loaders for just a minute.  When we
17   went out earlier without a complaint, we looked
18   at their operations in the river.  And that
19   resulted in a notice of deficiency.  We have yet
20   to document dust in a neighborhood and confirm
21   that it came from the grain -- from the
22   midstream loading operations.
23 CHRIS ROBERTS:
24       It's something flying around.
25 MR. ALGERO:

**23**

1       We've -- We've gone out -- Right.  We've gone
2   out several times.  We finally were able to find
3   dust on mailbox in sufficient quantity to send
4   off to get analyzed.  We're waiting for that
5   analysis.  We need to document and prove that it
6   is a commodity that is being handled.  It could
7   be from some other source.  It could be from
8   natural sources.  We're not sure.  We have to
9   document that.
10 CHRIS ROBERTS:
11       Understood.
12 MR. ALGERO:
13       We haven't gotten those results back.  So, we
14   can't make any determinations until we get those
15   results back.  As far as sampling, we do have a
16   sampling frequency.  For air, water, and waste
17   permitted facilities, that we do on an annual
18   basis, but a lot of these smaller facilities are
19   done on a complaint basis.  That's when they're
20   assigned to get inspected.
21 CHRIS ROBERTS:
22       Let me ask you another -- Is there any
23   particular reason why these companies tend to
24   load at night?
25 MR. ALGERO:

**24**

1       No, they load twenty-four hours a day.  That's
2   some of the conversations we've had.  We were
3   concerned that they might have been more laxed
4   in their loading procedures at night.  They are
5   telling us that that's not the case.  And in
6   fact they're concerned because they are actually
7   getting less productivity at night.  And if
8   you'd expect that they're slinging grain, or
9   loading these barges quicker, you'd get more
10   productivity.  So they're telling us that that's
11   not the case.  And this sentinel I was talking
12   about is what they're saying to watch over their
13   own facility.  We certainly have jurisdiction,
14   going to respond to complaints, inspect the
15   facility, send our drone, do nighttime
16   surveillance, but they're going to be watching
17   their facility twenty-four seven.  Over and
18   above what we're asking.
19 CHRIS ROBERTS:
20       Would the coast guard have a manifest of --
21   Let's say we go back twenty-four months of how
22   much activity was occurring at that site in
23   comparison to what is occurring as -- at that
24   site now --
25 MR. ALGERO:

**25**

1    I'm not sure what to answer --
2 CHRIS ROBERTS:
3    -- Would we know?  Would they be required to --
4 MR. ALGERO:
5    -- I'm not sure what the coast guard has, but
6    these permits that you were asking about --
7    emiss -- emissions and things -- a lot of it is
8    throughput limits.  And we do have records, we
9    do have access to the commodities that they are
10   allowed to load and what they load.  So we have
11   access to what they've been loading throughout
12   the year.
13 CHRIS ROBERTS:
14   Because one of the excuses that I've heard if
15   that -- that -- the fear of tariffs are causing
16   them to move things in and out a lot quicker
17   than what they had before.  Okay.  So the point
18   I'm trying to get to is would there be a
19   baseline from twenty-four months ago, or twelve
20   months ago that would exist in comparison to the
21   activity that is occurring at the site today?
22 MR. ALGERO:
23   And what I would say is they do have records of
24   what they are loading, and I think for the most
25   part there throughput limitations on all of

**26**

1    the commodities in the permit.  So there -- They
2    would have maximums that they could load out.
3 CHRIS ROBERTS:
4    Okay.
5 MR. ALGERO:
6    And if I could --
7 CHRIS ROBERTS:
8    And -- And how -- They would have maximums what
9    they could load out.  And I -- I get that.  I
10   guess the question becomes who is supervising
11   that maximum?  Let's -- Let me use an example.
12   A truck driver, okay?  An eighteen-wheeler truck
13   driver can drive a certain amount of hours, or
14   an airline pilot can fly a certain amount of
15   hours in a day.  Okay?  And it's regulated, and
16   its investigated, and its looked into and its --
17   there's enforcement proceedings and -- in order
18   to ensure compliance.  So, what is being done to
19   ensure that similar enforcement is holding those
20   individuals to whatever their permit limits them
21   to do?  And how do we know, or not know, whether
22   or not the amounts are exceeding that?
23 MR. ALGERO:
24   In a lot of these programs, the facilities are
25   required to -- to maintain those records.  A lot

**27**

1    of it comes from the facility itself.  So -- And
2    if I could follow up --
3 CHRIS ROBERTS:
4    Is it ever -- Is it ever -- Is it ever tested?
5    Meaning -- uhm -- Do we ever go audit or does
6    the DEQ ever go in and audit and say okay this
7    is what you stated was coming in and out of
8    here, but, you know, we want to see your
9    manifest, and we want to see whatever your
10   shipping documents are to ensure that -- that
11   it's not being exceeded?
12 MR. ALGERO:
13   I mean we're looking at their records for what
14   they're saying that they're loading in and out.
15 CHRIS ROBERTS:
16   Y'all are doing that now?
17 MR. ALGERO:
18   Yes.  That's a part of our inspection.  When you
19   have throughput requirements, you're looking at
20   how much you've loaded in and out during that
21   period.
22 CHRIS ROBERTS:
23   Right.  Do we do that regularly all up and down
24   the river, or do we just do it when there's a
25   problem?

**28**

1 MR. ALGERO:
2    It's going to be when we do compliance
3    inspections of these facilities, uhm, if --
4 CHRIS ROBERTS:
5    Listen, I'm trying to help you guys out because
6    if y'all are short on people now's the time to
7    say that you all need more -- more help.
8    Because --
9 MR. ALGERO:
10   Well, there's a large part of the universe that
11   we do not look at on an annual basis.  So for
12   major air facilities, Title V facilities, we
13   inspect fifty percent of those every year.  So,
14   if you are not a Title V facility, you're going
15   to be inspected upon complaint.  A lot of these
16   midstream loaders, a lot of these grain
17   elevators and things do not qualify as Title V
18   facilities based on the amount of emissions.
19   So, it's going to be upon complaint, or
20   surveillance, which is rather rare these days
21   because of all the other activities.  So, if I
22   could follow up on what Dr. Brown was talking
23   about with the landfill.  I just want to make
24   sure it's clear that the department took a
25   systematic approach to try to determine where

**29**

```
1   these odors were coming from in Jefferson
2   Parish.  Back in 2017, we looked locally when we
3   first started getting complaints.  And we looked
4   at the Harahan Wastewater Treatment Plant --
5   they were taking a material -- industrial
6   wastewater that did smell very bad.  A lot of
7   complaints were in that area.  They voluntarily
8   decided not to handle that wastewater.  The
9   complaints subsided, but over time we did see an
10  increase in complaints.  We were unable to
11  determine a local source.  We started tracking
12  the complaints, where they were coming from wind
13  direction.  It was at that point that we asked
14  for a mobile monitoring lab to come down -- it
15  has meteorologic capabilities, extensive
16  monitoring capabilities.  It was down for
17  several days, and there was no major odor
18  incident at that time.  So we continued looking
19  at facilities, we asked to bring it back down.
20  It came back down in April.  During that mammal
21  deployment there was a major odor incident.  Our
22  staff was there.  We picked up increased levels
23  of hydrogen sulfide and methane, typical
24  landfill gases, looked at the meteorological
25  data.  It pointed to landfills on the Westbank.
```

**30**

```
1   Our staff was there.  We took canisters
2   immediately down-wind of the Jefferson Parish
3   Landfill, came back with significant levels of
4   hydrogen sulfide.  So, at that point we did
5   compliance inspections.  We looked at -- for
6   cover inspections.  Landfills are required to
7   cover the waste at night.  We went in.  We did
8   cover inspections at both River Birch and
9   Jefferson Parish, found issues with cover --
10  with the cover at those facilities.  But we also
11  found leachate issues at the Jefferson Parish
12  Landfill, which resulted in our first compliance
13  order.  So, we also wanted to look at all of the
14  facilities that we had regulatory authority
15  over, which are the fourteen Dr. Brown
16  discussed.  We did in depth inspections at all
17  of those facilities.  Of the fourteen
18  facilities, thirteen of those facilities are
19  either in compliance or substantially in
20  compliance.  Meaning we found minor, relatively
21  minor violations.  One of them was significantly
22  out of compliance, and that's the Jefferson
23  Parish Landfill.  So even though the mammal is
24  looking at these three landfills, we inspected
25  all three.  The Jefferson Parish Landfill was
```

**31**

```
1   significantly out of compliance.  The result of
2   that in depth multi-media inspection resulted in
3   another compliance order and notice of potential
4   penalty with a laundry list of violations.  As
5   Dr. Brown said, we've been doing daily
6   assessments since October.  Starting in
7   November, we go five days a week.  The results
8   of that is yet another referral to our
9   enforcement division for a laundry list of
10  violations.  So, I cannot say that the
11  compliance condition at the Jefferson Parish
12  Landfill has changed significantly since several
13  months ago when we issued the first compliance
14  order.  So this has been referred to
15  enforcement, and I would expect additional
16  enforcement action.
17  CHRIS ROBERTS:
18      Okay.  One last question that I have to Mr.
19  Conley is that where are we as it relates to the
20  parishes inquiry investigation into having our
21  own monitoring system?
22  MR. CONLEY:
23      We have PPM here that's going to give a
24  presentation.
25  CHRIS ROBERTS:
```

**32**

```
1       Okay.
2   MR. CONLEY:
3       But I agree with Secretary Carr that we're in a
4   lot better shape today than we were months ago.
5   CHRIS ROBERTS:
6       Okay.  And gentlemen, both -- and that concludes
7   my questions that I have.  I want to thank you
8   for -- for being here and thank you for
9   answering the questions.
10  SECRETARY BROWN:
11      Thank you, sir.  Any other questions?
12  CYNTHIA LEE-SHENG:
13      Just real quick to go back to the midstream
14  loading.  We believe its just two companies,
15  Gemini and ARDCO.  And I appreciate your time,
16  Mr. Algero, a couple of weeks with me.  You --
17  MR. ALGERO:
18      Sure.
19  CYNTHIA LEE-SHENG:
20      -- You explained a lot of things.  I appreciate
21  it --
22  MR. ALGERO:
23      There are actually four midstream loaders, but
24  Othoro (spelled phonetically) by a subsidiary of
25  ADM.  So, I don't know the name of the other
```

**33**

```
1    three.  The Gemini is actually the name of the
2    vessel and there are three other midstream
3    loaders that operate at those three buoys.
4 CYNTHIA LEE-SHENG:
5        And how many different types of cargo or how
6    many things are we looking at that they move?  I
7    mean just so we're on the spectrum.  The fear in
8    the community is that it's something -- even
9    grain -- it might be grain for animal
10   consumption that's treated with something that's
11   not -- it's not for human consumption so in
12   addition to it being a nuisance, I think there's
13   just a fear of we just don't know what it is and
14   how safe it is.  So, I just want to know how
15   many commodities we're possibly looking at?
16 MR. ALGERO:
17       And there's a list.  All of this is in our EDMS
18   system.  I can certainly get the agency interest
19   numbers for you.  I don't want to speak out of
20   turn, but there's usually a fairly long list of
21   commodities that they can handle.  So, it may be
22   not just grain --
23 CYNTHIA LEE-SHENG:
24       Like a dozen?  Like --
25 MR. ALGERO:
```

**34**

```
1        -- Corn or corn gluten, soy, soy meal.  There
2    may -- and it may be ferti - pelletized
3    fertilizer -- so I don't want to speak out of
4    turn.  I don't have those lists, but they are
5    publicly available.
6 CYNTHIA LEE-SHENG:
7        And -- And --
8 SECRETARY BROWN:
9        And -- And we -- we expect the analysis from the
10   samples we collected in the next day or two.
11   And by then we'll -- we'll have some more
12   information we can share with you.
13 CYNTHIA LEE-SHENG:
14       And someone told me and I just want to --
15   Someone told me -- and of course you don't know
16   what to believe when you just hear it third hand
17   -- Are you allowed to issue a violation for
18   material in the residence?  Somebody said you
19   really -- the permit doesn't allow you to issue
20   that violation.  You have to find the clamshell
21   bucket -- You have to kind of catch them in the
22   act of sort of opening the clamshell bucket
23   above the shiphold or up a larger distance than
24   two-feet above the -- the mound.  So, I mean how
25   -- legally how does your permit work and where
```

**35**

```
1    can you legally issue violations?
2 MR. ALGERO:
3        What I will tell you is if the sample result
4    comes back that they identify a commodity that
5    they will be handling -- they had been handling
6    prior to that complaint, we will go ahead and
7    issue move to refer that to our enforcement
8    division.  So, we've met with them already.
9    We've gone over the conditions in their permit.
10   We've told them that if we do find out that
11   their not compliant with any of those elements
12   then it will be referred to enforcement for
13   appropriate enforcement action.
14 SECRETARY BROWN:
15       And -- And we also, again, we're - we're going
16   to send our unmanned aircraft anonymously.  And
17   do our own surveillance from that standpoint
18   also.  So, our main concern was we didn't want
19   them taking shortcuts at night.  And we have
20   done two night inspections.  Did not find any
21   issues at that point.  But we're going to
22   continue to be proactive and not reactive.
23 CYNTHIA LEE-SHENG:
24       Thank you.  And Mr. Algero, if you could -- for
25   the public's and for the record -- I know you
```

**36**

```
1    gave me -- and I tried to get it out as much as
2    I could -- the number that if this happens again
3    residents can call, and you -- and you commit
4    that you had resources of people available to --
5    go do those tests -- you know, grab those
6    samples from the fixed sites.  Can you just --
7 MR. ALGERO:
8        Right --
9 CYNTHIA LEE-SHENG:
10       -- reiterate that?
11 MR. ALGERO:
12       -- Our single -- single point of contact number
13   is 225-219-3640.
14 CYNTHIA LEE-SHENG:
15       Alright.
16 SECRETARY BROWN:
17       And let me say one thing to is when it comes to
18   complaints, we've addressed over thirteen-
19   hundred this year just from Jefferson Parish.
20   So, we do need more manpower, but we're managing
21   to make -- to make our -- our rounds.
22 CYNTHIA LEE-SHENG:
23       And can you -- Some questions from -- that I
24   received in the past few weeks.  What kind of
25   monitors are you using?  I know you have the
```

**37**

1     mammal, but there's some other monitors that you
2     send out. And please describe the measurements.
3     I know some are parts per million and there's
4     some questions as to why we're not using parts
5     per billion monitors. So if you could just --
6     and someone sent me a list of the different
7     types of monitors. Can you just go over what --
8     what's out in the field? What you're using and
9     why?
10 MR. ALGERO:
11     So -- So what we have at our disposal is in the
12     field for handheld monitors is we have a Jerome
13     Hydrogen Sulfide monitor which does get down to
14     parts per billion range measurements. They also
15     use a multi-ray, which for hydrogen sulfide only
16     gets down to part per million range. So, I
17     think that was a part of the question. We only
18     have one of the Jerome meters. They're very
19     expensive piece of equipment. That is used.
20         As Dr. Brown said, we're doing daily
21     assessments at the landfill. We're also doing
22     daily odor patrols on the Westbank. Several
23     fixed locations. All of the industrial
24     facilities on the Westbank. So we're using that
25     Gerome, our inspector who does those daily odor

**38**

1     patrols and assessments at the landfill is using
2     our Gerome monitor which gets down to parts per
3     billion range. We also use it in the community
4     when it's not being used by that inspector. So,
5     sometimes you're going to see someone from
6     emergency response. We've kind of changed our
7     policies. We're trying to -- If we get a large
8     number of complaints, we're actually sending
9     someone out from emergency response to respond
10     to any odors. They have a multi-ray which only
11     gets down to part per million range; however, if
12     there's a strong odor their going to take a
13     canister sample, which we analyze with a GC Mass
14     Spec which is top of the line. So, if there is
15     something of significance that they smell,
16     they're going to take a canister.
17 COUNCILMAN TEMPLET:
18     I -- I -- I just have a question.
19 CYNTHIA LEE-SHENG:
20     Councilman Templet.
21 COUNCILMAN TEMPLET:
22     I just want clarification because, you know,
23     we've had many meetings to where constituents
24     ask us who is responsible for this midstream
25     transfiring? Who monitors the river and -- and

**39**

1     takes care of these permits, and issues, and
2     inspecting? And I'm being told today that DEQ
3     is responsible for monitoring that and giving
4     the permits for this?
5 MR. ALGERO:
6     So, we do not have authority over mobile
7     sources. So, river traffic and those type
8     things in the river. That ship that is moored
9     at that buoy we do not regulate. What we
10     regulate is the activity of that midstream
11     loader taking grain out, or commodities out of
12     that barge and placing it in the ship. That's
13     what we have control over. That's what has a
14     permit.
15 COUNCILMAN TEMPLET:
16     Your permit --
17 MR. ALGERO:
18     That activity has a permit.
19 COUNCILMAN TEMPLET:
20     -- So, you get to -- you get to inspect the
21     quality of that transfer from vessel to vessel?
22 MR. ALGERO:
23     That they're following their workplace practices
24     in loading. Yes.
25 COUNCILMAN TEMPLET:

**40**

1     And I wanted to clarity to because I saw some
2     pictures about a month ago or three-weeks ago of
3     one of the vessels -- you know -- They're not
4     covered and they were churn -- one of the
5     minerals was coal. Is coal one of those
6     minerals that they're allowed to transfer?
7 MR. ALGERO:
8     It may very well be. I'm not -- I'm not sure,
9     but it may very well be.
10 COUNCILMAN TEMPLET:
11     I mean it's capable of having coal dust if
12     they're releasing it too high in the air?
13 MR. ALGERO:
14     If -- If they're not following their workplace
15     practices. They should be dropping that --
16     opening that clamshell below the hold of the
17     ship.
18 COUNCILMAN TEMPLET:
19     And that's one of the main concerns too.
20 MR. ALGERO:
21     Certainly. That's one we identified early on --
22     a few months ago. They've -- and they
23     responded. They met with their staff, they met
24     with their supervisors, they reinforced their
25     policies and procedures. And we told them if we

**41**

1    find any issues again we're referring it to our
2    enforcement division.
3  COUNCILMAN TEMPLET:
4    Alright.
5  CYNTHIA LEE-SHENG:
6    Councilman Impastato.
7  COUNCILMAN IMPASTATO:
8    Yes.  Are we in agreement that air quality
9    issues, whether on the river or off the river,
10   residential community, commercial community,
11   whatever, are with -- are the jurisdiction of
12   the DEQ?
13  MR. ALGERO:
14   We have regulatory authority over a lot of these
15   industrial facilities, but there are certain
16   things we do not have regulatory authority on.
17   Mobile sources, rail, transportation,
18   Mississippi River traffic.  We do not have
19   regulatory authority over those.
20  COUNCILMAN IMPASTATO:
21   Okay.
22  MR. ALGERO:
23   And if we're looking at burning sugarcane,
24   that's Department of Agriculture.  Pesticides
25   Department of Agriculture.  We do not have

**42**

1    regulatory authority over those.
2  COUNCILMAN IMPASTATO:
3    So if -- to use your example, if someone's
4    burning sugarcane and that is causing an air
5    quality problem that is not --
6  MR. ALGERO:
7    We refer --
8  COUNCILMAN IMPASTATO:
9    -- That is not in your --
10  MR. ALGERO:
11   -- those complaints over to the Department of
12   Agriculture because they are exempt from our
13   regulations for the agricultural burning.
14  COUNCILMAN IMPASTATO:
15   Okay.  In terms of the potentially — the
16   potential suspects for the odor problems we're
17   having, it sounds like DEQ though is -- is the
18   entity with jurisdiction over the air quality.
19  MR. ALGERO:
20   Over these sources -- We've looked at a number
21   of sources.  We have regulatory authority over -
22   - It's thirteen facilities that we have
23   regulatory authority on, they hold permits with
24   us, and we do inspect.  And we're focusing on
25   those.  And once again --

**43**

1  COUNCILMAN IMPASTATO:
2    Is that a yes?
3  MR. ALGERO:
4    -- Dr. Brown said -- Yeah.  Dr. Brown said the
5    Jefferson Parish Landfill is not the only source
6    of odors in this area.  There are a number of
7    sources of odor.  These industrial facilities
8    from time-to-time have upsets, releases, spills,
9    which give rise to odors and we address those.
10   We send people out, investigate, and address
11   those.
12  COUNCILMAN IMPASTATO:
13   The -- Has the Jefferson Parish Landfill been
14   identified as a source of the emission of
15   particulate matter?
16  MR. ALGERO:
17   Not that I'm aware of for particulate.
18  COUNCILMAN IMPASTATO:
19   So, we're in agreement that the observations of
20   dust, grain, or the emissions of actual tangible
21   particulate matter would not be coming from the
22   landfill.  Is that fair?
23  MR. ALGERO:
24   I don't think you'd have much.  There's some par
25   -- particulate emitted from their flare, but I

**44**

1    think that would be -- that would be it.  And
2    once again, having particulate may not be a
3    violation of anything.
4  COUNCILMAN IMPASTATO:
5    I -- What would be --
6  MR. ALGERO:
7    It depends if the particulate is associated with
8    emissions --
9  COUNCILMAN IMPASTATO:
10   -- Let me get to my next question
11  MR. ALGERO:
12   -- from a regulated facility.
13  COUNCILMAN IMPASTATO:
14   I got you.  I got you.  I want to make sure I'm
15   -- I'm understanding though.  One of the major
16   sources of complaints that we're fielding has to
17   do with the emissions of particulate -- and the
18   videos -- are showing particulate matter
19   arriving on residential properties and what not.
20   And so, are we in agreement that it does not
21   appear that there is any evidence that that is
22   coming from the Jefferson Parish Landfill --
23  MR. ALGERO:
24   It's from --
25  COUNCILMAN IMPASTATO:

**45**

```
 1      -- but instead from -- Yeah, but --
 2 MR. ALGERO:
 3      -- a different source.
 4 COUNCILMAN IMPASTATO:
 5      -- instead from some other sources.
 6 SECRETARY BROWN:
 7      Right and --
 8 COUNCILMAN IMPASTATO:
 9      -- Are we on the same page?
10 SECRETARY BROWN:
11      -- once we get the analysis back, we will
12      identify exactly what that is.  Whether it's
13      grain, or whether it's some other --
14 COUNCILMAN IMPASTATO:
15      I understand --
16 SECRETARY BROWN:
17      -- Yeah.
18 COUNCILMAN IMPASTATO:
19      -- But you've excluded the landfill as a source
20      of that problem.  Fair?
21 SECRETARY BROWN:
22      At this point I'm going to say yes.
23 COUNCILMAN IMPASTATO:
24      Okay.  So -- But I want to see if I understand
25      something.  Y'all seem to focus on the levels of
```

**46**

```
 1      toxicity in determining whether or not these
 2      particulate emissions from whatever, river,
 3      operations, or what not.  Do I understand though
 4      that there are permissible levels of particulate
 5      matter that can be emitted into the air by these
 6      op -- very operations?  And that goes on
 7      somebody's house, that goes on their mailbox,
 8      that goes on their car, that lands on their dog.
 9      DEQ says well, that's okay.
10 SECRETARY BROWN:
11      That's not what we said --
12 COUNCILMAN IMPASTATO:
13      I -- I want to make sure I'm under -- I'm
14 SECRETARY BROWN:
15      -- That's not what we said.
16 COUNCILMAN IMPASTATO:
17      -- Alright.  Can you ---
18 SECRETARY BROWN:
19      If it gets offsite and it --
20 COUNCILMAN IMPASTATO:
21      -- help me there?
22 SECRETARY BROWN:
23      -- causes an impact to the community then that's
24      a violation.
25 COUNCILMAN IMPASTSTO:
```

**47**

```
 1      Okay.
 2 SECRETARY BROWN:
 3      Especially if I can trace it back to them.
 4 COUNCILMAN IMPASTATO:
 5      Okay.  At any level?
 6 SECRETARY BROWN:
 7      At any level.
 8 COUNCILMAN IMPASTATO:
 9      Okay.  That's -- I wanted to make sure I
10      understood that.  So if --
11 SECRETARY BROWN:
12      That's very clear.
13 COUNCILMAN IMPASTATO:
14      -- in fact -- If in fact it's not -- the amount
15      that's emitted from let's say a barge -- does
16      not exceed what the permit allows, but yet that
17      emission still ends up on a residential
18      property, that would be a violation of the
19      permit.
20 SECRETARY BROWN:
21      That would be a violation.
22 COUNCILMAN IMPASTATO:
23      Okay.  Alright.
24 SECRETARY BROWN:
25      And if we trace it back to them they would be
```

**48**

```
 1      penalized.
 2 COUNCILMAN IMPASTATO:
 3      Gotcha.  Alright.  You also used the term
 4      downwind a few different times in identifying
 5      the odor.  Now, I'm trans -- I'm transitioning
 6      from the particulate matter to the non-
 7      particulate odor issue now.  First of all, in
 8      the River Ridge area, you have confirmed that
 9      that odor you believe is hydrogen sulfide.  Am I
10      -- Is that right?
11 MR. ALGERO:
12      We have picked up hydrogen sulfide at both
13      mobile and monitoring lab and in our canisters.
14      Our staff has worked landfills for a longtime.
15      It's described as landfill odors by our staff.
16      Canisters downwind of the landfill did pick up
17      hydrogen sulfide at Jefferson Parish Landfill.
18      We have an infrared camera.  We have video
19      evidence of landfill gas being -- pouring out of
20      leachate risers.  There's bubbling up -- gas
21      coming through pooled water at the site.  Those
22      type things we have documented.
23 COUNCILMAN IMPASTATO:
24      I -- And I read the report that y'all sent me,
25      so I see all that.  I just want to make sure --
```

**49**

1    You've confirmed -- I understand you detected
2    hydrogen sulfide as a compound.  That is in fact
3    the odor that's being --
4  MR. ALGERO:
5      Well -- It's one component of the odor.  These
6    landfills have a variety of chemicals that --
7    That's one we use that we know that could be
8    coming from the landfill.
9  COUNCILMAN IMPASTATO:
10     And having read your report you identified other
11   potential sources of that same odor.  My concern
12   is what are other potential sources of hydrogen
13   sulfide odor?
14 MR. ALGERO:
15     And those are listed in our reports, but what I
16   can tell you is this facility is the only one
17   that's significantly out of compliance.  That's
18   why there's so much focus on it.
19 COUNCILMAN IMPASTATO:
20     I'm not focusing on other -- I'm trying to
21   figure out -- I want to make sure if this is
22   coming from a sewer system, a sewer treatment
23   plant --
24 MR. ALGERO:
25     Oh, it can and --

**50**

1  COUNCILMAN IMPASTATO:
2      -- and all of those other places.  We got to fix
3    that stuff too.
4  MR. ALGERO:
5      -- You do and --
6  COUNCILMAN IMPASTATO:
7      -- That's what -- That's -- When I say sources
8    I'm not necessarily pointing to another landfill
9    or trying to exculpate the parish in any way
10   shape or form.  I want to make sure that -- and
11   -- and -- and I have a follow up question that's
12   going to explain my -- my inquisition in this
13   regard -- or my inquiry in this regard.  Because
14   I want to make sure all the source -- What are
15   the other potential sources of hydrogen sulfide
16   emission?
17 MR. ALGERO:
18     And we have those and I can get those.  But you
19   mentioned the sewage treatment plants, and those
20   are potential sources.  And one of the ones we
21   inspected was the Bridge City Wastewater
22   Treatment Plant, which receives leachate from
23   the Jefferson Parish Landfill.  When we
24   inspected that facility for a water -- under
25   their water permit, I think we picked up fifteen

**51**

1    parts per million H2S at the head works of that
2    facility.  So, we know that there are hydrogen
3    sulfide emissions --
4  COUNCILMAN IMPASTATO:
5      Sure.
6  MR. ALGERO:
7      -- At a lot of these wastewater treatment
8    plants.  That was a little surprising to see
9    that number at the head works.
10 COUNCILMAN IMPASTATO:
11     Yeah.  And so we've got address that -- that
12   too, for sure.
13 MR. ALGERO:
14     And we left --
15 COUNCILMAN IMPASTATO:
16     And that Bridge City location happens to be in a
17   geographic -- in a right geographic location
18   that might explain both the River Ridge and --
19   and the Waggaman complaints.  Right?
20 MR. ALGERO:
21     -- And we left a field and review form at that
22   facility identifying the part-per-million
23   concentration of H2S and recommended that they
24   implement their health and safety plan for the -
25   - the numbers that we're seeing there.  So, we

**52**

1    did notify the permittee that we did see H2S
2    there.
3  COUNCILMAN IMPASTATO:
4      And here's -- here's a concern that I have that
5    I haven't been able to answer, at least, within
6    my own head.  Is you use the term downwind,
7    okay?  If we take the landfill site that we all
8    seem to agree as the source of these odors -- of
9    the odor problems --
10 MR. ALGERO:
11     A significant source.
12 COUNCILMAN IMPASTATO:
13     -- Yeah and we've got to address that.  We've
14   got to fix that.  And it sounds like we're
15   making progress.  If we take the same distance
16   and the same radius from the landfill, why are
17   we not receiving similar complaints in other
18   areas that would be within that same radius but
19   at different wind directions?
20 MR. ALGERO:
21     And I don't know what you're --
22 COUNCILMAN IMPASTATO:
23     I mean have y'all looked into that?  Cause --
24   You understand my -- my -- my concern there is
25   if -- if we assume River Ridge is hypothetically

**53**

1     ten miles from the landfill and the landfill is
2     -- is the source of that odor -- are we
3     receiving similar complaints, let's say, from
4     the Barataria area?  From Westwego, from other
5     sections of Jefferson Parish on the Eastbank
6     that might be the same distance away -- as the
7     crow flies -- but if the wind were to travel in
8     that direction, you would assume similar odor --
9     odor pattern.  Right?
10 MR. ALGERO:
11     And I'm not --
12 COUNCILMAN IMPASTATO:
13     You follow what I'm asking?
14 MR. ALGERO:
15     -- I'm not aware of a large number of
16     complaints.  I'm not assure -- sure if they are
17     aware of that odor, or potential source, or even
18     to call in.  We know that there's significant
19     residential areas in Jefferson Parish and
20     there's very -- there's limited residential
21     areas south of there.  So I'm not sure.  And I'm
22     not sure if they even know what their smelling,
23     or it's an issue, or who to call.
24 COUNCILMAN IMPASTATO:
25     Would -- Would that seem like something that we

**54**

1     ought to look into?  Is to see if the same
2     detections are happening in those areas as well?
3 MR. ALGERO:
4     What I -- What I think is that we need to focus
5     on is getting this facility into compliance and
6     reducing the emissions.
7 COUNCILMAN IMPASTATO:
8     No question.
9 MR. ALGERO:
10     And reducing the gas --
11 COUNCILMAN IMPASTATO:
12     No question.
13 MR. ALGERO:
14     -- And I think a lot of this goes away with
15     improved air quality if we control the emissions
16     from this facility.  And I haven't seen an
17     appreciable change in the -- in the compliance
18     status yet.  And it's been months.  That's the
19     bottom line.
20 COUNCILMAN IMPASTATO:
21     I get that.
22 MALE COUNCILMAN:
23     Have not?  You said?
24 MR. ALGERO:
25     I have not.

**55**

1 COUNCILMAN IMPASTATO:
2     But -- Well, how do we reconcile -- It seems
3     like we're getting two different opinions on
4     that.  I thought we were -- I thought we were
5     told in the intro that substantial progress was
6     being made --
7 SECRETARY BROWN:
8     No.
9 COUNCILMAN IMPASTATO:
10     -- is that not the case?
11 SECRETARY BROWN:
12     No.  We didn't say that.  What we said was we
13     understand that the ten-inch headers should be
14     connected soon and we should start to see that
15     facility being pumped out.  And then we --
16     hopefully we'll start to see improvements.  I
17     think that's what we said.
18 MADAM CHAIRMAN:
19     You're saying the ten-inch headers, that's the
20     permitted pipes that are going arou -- the two
21     ten-inch pipes that are going around the whole
22     3B and 4A.  Right?
23 SECRETARY BROWN:
24     Correct.
25 MADAM CHAIRMAN:

**56**

1     That's what you're calling the header?
2 SECRETARY BROWN:
3     Yes.
4 MADAM CHAIRMAN:
5     Okay.
6 SECRETARY BROWN:
7     That's what I'm calling the header.  And I'm
8     sure they'll make a presentation a little later.
9     But it looks like, and what I've heard is it
10     could be as soon as this weekend that they're
11     connected.
12 MADAM CHAIRMAN:
13     And you think that's a big -- that will be a big
14     push forward?
15 SECRETARY BROWN:
16     It'll start to pump the liquid out and then
17     hopefully the gas collection systems work
18     properly and then you should start to see
19     reductions in odors anywhere in the surrounding
20     area.
21 MADAM CHAIRMAN:
22     And we're going to get a presentation on that
23     next from you?
24 SECRETARY BROWN:
25     You -- you should.

**57**

1 COUNCILMAN JOHNSTON:
2     One question.
3 MADAM CHAIRMAN:
4     Yes.  Yes.  Councilman Johnston.
5 COUNCILMAN JOHNSTON:
6     I have a couple of questions.  First thing, the
7     coast guard -- I got a call from Chief Girard on
8     the Westbank.  He's a Bridge City Fire Chief.
9     He said the coast guard is coming over -- flying
10    over the boats now that are loading.  The barges
11    and they're hummering over -- Do you know what
12    they're doing?  I mean -- Are y'all communicate
13    -- Do y'all communicate with each other on this
14    issue?  I mean there -- he's telling me they're
15    over there monitoring something or -- but the
16    coast guard's involved over there he's telling
17    me.  He's seen them out there more than one
18    time.
19 SECRETARY BROWN:
20    I haven't heard that.
21 MR. ALGERO:
22    I know the coast guard has a marine safety
23    office where they inspect some of these vessels.
24    I'm not sure if it's for environmental purposes
25    or emissions.  We do not -- the only -- most of

**58**

1     the time when we communicate with the coast
2     guard it's in response to oil spills.  So I
3     haven't heard anything.  I don't think our
4     Regional Manager has heard anything about --
5 SECRETARY BROWN:
6     Yes, we have.
7 MR. ALGERO:
8     -- increased inspection.  But we can.
9 SECRETARY BROWN:
10    We'll -- We'll -- We'll reach out to him to see
11    exactly what they are doing there.  So, Brian --
12    Brian is here.  He's our Regional Manager.
13    We'll reach out to the fire chief and to the
14    coast guard to see exactly what they are doing
15    there.  It could be some Homeland Security stuff
16    -- It could be lots of issues.  Maybe not
17    necessarily environmental.
18 COUNCILMAN JOHNSTON:
19    And secondly, you mentioned about the quality at
20    the landfill -- it hasn't gotten much better.
21    But I know BB -- PPM is going to do a
22    presentation.  They're putting a lot of -- We're
23    putting a lot of pipes and a lot of work into
24    the plant, but we haven't really -- We've gotten
25    some added piping that's getting rid of some

**59**

1     gases from what I'm being told, but we've got
2     like fifty something of our pumps back up and
3     running.  We're low.  We have eighty-two pumps,
4     maybe?  And fifty-four, fifty-five, fifty-two
5     aren't working now.  But we still have the same
6     four-inch pipe.  What they did -- like Cynthia
7     said -- they put the ten-inch piping in and
8     we're waiting to switch over to the ten-inch
9     pipe.  And that's taking us a little time
10    because we got to get all of that -- all the
11    equipment in.  And then when that gets in it
12    should alleviate -- take care -- it'll help out
13    a lot taking care of the odor smell.  But they
14    are spending -- They are doing a lot over there
15    --
16 MR. ALGERO:
17    I realize that but what I said was that I don't
18    see an appreciable difference in the compliance
19    status --
20 CHAIRMAN JOHNSTON:
21    I understand.
22 MR. ALGERO:
23    -- So we're still seeing leachite (sic)
24    breakouts -- leachate breakouts.  We're still
25    seeing gas being emitted from leachate headers.

**60**

1     We're still seeing uncovered waste.  A lot of
2     the problems we found months ago we're still
3     seeing now.  So the compliance status really
4     hasn't significantly changed because we're
5     sending another referral for a lot of the same
6     ongoing violations we found months ago.  I think
7     they're working hard on getting the leachate
8     header in but as far as the compliance status we
9     haven't seen it.
10 COUNCILMAN JOHNSTON:
11    But -- but --
12 SECRETARY BROWN:
13    And let me add too --
14 COUNCILMAN JOHNSTON:
15    But we are doing -- we are moving forward and
16    we're doing a lot of work out there to try to --
17 SECRETARY BROWN:
18    -- I think everybody in this room hopes that
19    once that header is connected that we'll start
20    to see improvements in air quality.  We are on
21    your site five-days a week.  We inspecting you
22    everyday, but we're still finding problems.  So
23    we also are saying fix those also.  You follow
24    where I'm going?  If you know I'm coming to see
25    you everyday then I shouldn't find the same

**61**

1    piece of paper on the ground everyday.  If -- To
2    give you an example.
3 COUNCILMAN JOHNSTON:
4        I understand.
5 SECRETARY BROWN:
6        Okay.
7 CYNTHIA LEE-SHENG
8        Councilman Spears.
9 COUNCILMAN SPEARS:
10       Yes.  Un -- Uncovered waste -- that seems
11       something that should be done every single day.
12       I think it's mandated by our contractor to do --
13 SECRETARY BROWN:
14       Yes.
15 COUNCILMAN SPEARS:
16       -- And that's still not going on?
17 SECRETARY BROWN:
18       Our daily cover and it's still sometimes we find
19       areas that's not covered.
20 COUNCILMAN SPEARS:
21       Keith, you know anything about that?
22 KEITH:
23       No, but Mr. Locke was out their everyday with
24       them.  And our construction crew has assigned
25       people to actually walk with DEQ and remedy any

**62**

1    defects.  I'm going to defer to Mr. Lockwood to
2    deal with the daily cover.  I know we invested
3    over a hundred and something thousand dollars in
4    an automatic tarp system so --
5 COUNCILMAN SPEARS:
6        Right.  Right.
7 KEITH:
8        But I'll let Mr. Lockwood come up and address
9        that.
10 MADAM CHAIRMAN:
11       And if he could address the other deficiencies
12       the secretary's talking about.  I mean --
13 SECRETARY BROWN:
14       And we're -- Again, we're not here to -- to --
15 MADAM CHAIRMAN:
16       Oh absolutely not.  Absolutely not.
17 SECRETARY BROWN:
18       -- to bring that up.  Because we're here to
19       really address the odors that are out there.
20       But just letting you know that that's something
21       that needs to be addressed.
22 MADAM CHAIRMAN:
23       We need to avert future problems.  Yes, Mr. --
24 COUNCILMAN JOHNSTON:
25       But we thought things were getting better.  You

**63**

1    know.
2 MR. ALGERO:
3        Well there's another compliance order issued for
4        the daily cover.  And that was -- I can pull the
5        compliance order out.  And that was fairly
6        recently.  So that the -- the initial compliance
7        order was -- actually was a notice of potential
8        penalty.  So, the initial compliance order
9        address leachate and daily cover, multi-media
10       inspection resulted in a compliance order and
11       notice of potential penalty.  We did another
12       cover inspection and found violations there, so
13       the department issued a notice of potential
14       penalty most recently for that.
15 COUNCILMAN SPEARS:
16       What -- What's the -- What's the date on that
17       the last time you were out there and a daily
18       cover was not over the landfill?
19 MR. TOUSSE:
20       Uhm, I'm Brian Tousse, I'm the Regional Manager
21       here for DEQ.  It was early November.
22 COUNCILMAN SPEARS:
23       Okay.
24 MR. TOUSSE:
25       Just recently.  The notice of potential penalty

**64**

1    was issued November 19th.  So, it was probably
2    very early November --
3 COUNCILMAN SPEARS:
4        Okay.
5 MR. TOUSSE:
6        -- I think when that inspection was conducted.
7 MADAM CHAIRMAN:
8        Any other questions?
9 COUNCILMAN JOHNSTON:
10       That's disappointing though.  I thought we were
11       further along.  I knew we had some issues.  I
12       know they working on putting the pipe in it
13       cause we went out there and looked at it and
14       they explained to us -- I think PPM is going to
15       explain that when they come and do their
16       presentation.  But I'm disappointed in what you
17       telling me that you -- You don't feel we're
18       progressed enough over the past few months.
19 MR. ALGERO:
20       The compliant status has not changed.  We still
21       are finding violations with the leachate -
22       leachate system, gas collection system, these
23       emissions from these leachate risers -- I don't
24       think my staff, knowing that they are coming out
25       everyday, should discover those issues.  Or

**65**

1 these leachate safes. We have to tell them
2 there's a leachate issue before it gets
3 addressed. We think that they know we're
4 coming. We think that those -- We shouldn't
5 have to discover those.
6 MADAM CHAIRMAN:
7 So these are not continuing problems that we
8 know aren't going to be fixed until we know that
9 the headers are resolved. These are other
10 issues that you think should be -- I mean we
11 know we are going to still have violations until
12 we get to the end result. But these are other
13 things?
14 SECRETARY BROWN:
15 That's correct and so -- But we do want to make
16 sure that -- They are making progress with the
17 headers. We -- We know that once those headers
18 are connected we should start to see the odor
19 issues addressed, but these are other compliance
20 issues that need to be addressed also.
21 COUNCILMAN SPEARS:
22 Yeah, if you not -- if you not putting a daily
23 cover then you still going to have the smell out
24 there.
25 MR. ALGERO:

**66**

1 Right. And one of the issues is that we're
2 seeing these leachate breakouts and it is making
3 it into the drainage for the facility and then
4 going into the waters of the state. In addition
5 to some contact storm water is making it to the
6 waters of the state. And that's in our most
7 recent referral. So --
8 MADAM CHAIRMAN:
9 But the leachate breakout should be fixed --
10 MR. ALGERO:
11 They should be addressed. Right.
12 MADAM CHAIRMAN:
13 It'll -- That problem should go away. Correct?
14 When the headers are installed or you think that
15 we are still going to have the leachate
16 breakouts once the headers are installed?
17 MR. ALGERO:
18 You should --
19 MADAM CHAIRMAN:
20 I mean --
21 MR. ALGERO:
22 -- You should start to see --
23 SECRETARY BROWN:
24 We should start to see improvements. Okay.
25 Once those headers are connected we should start

**67**

1 to see improvements regarding leachate. So I
2 just want to make sure that on record.
3 MADAM CHAIRMAN:
4 Councilman Impastato.
5 COUNCILMAN IMPASTATO:
6 Can -- Do we have an estimated time frame on
7 when that will be completed?
8 CYNTHIA LEE-SHENG:
9 We have a -- We can -- If any more questions we
10 can move on to PPM giving us an update on where
11 we are. I'm sorry, Mr. Lockwood, yeah.
12 MR. LOCKWOOD:
13 We had two inspections that cited problems with
14 - with daily cover. One was in April and then
15 one -- one as was just said was in November. So
16 that's two in the -- in the last year. By
17 contract once notified the contractor is
18 responsible to address those issues within
19 twenty-four hours. And he did so. We have --
20 COUNCILMAN SPEARS:
21 Who was -- Who was the contractor?
22 MR. LOCKWOOD:
23 We have -- Our staff. Parish inspectors --
24 MADAM CHAIRMAN:
25 Councilman Spears.

**68**

1 MR. LOCKWOOD:
2 -- onsite.
3 COUNCILMAN SPEARS:
4 Who was the contractor?
5 MR. LOCKWOOD:
6 Pardon me?
7 COUNCILMAN SPEARS:
8 Who was the contractor that's not doing a daily
9 cover?
10 MR. LOCKWOOD:
11 For the two instances in the --
12 CHAIRMAN SPEARS:
13 Yeah.
14 MR. LOCKWOOD:
15 -- in the last year is ISI, our Louisiana
16 regional contractor. Our -- The parish
17 inspectors are there until closing and they
18 document by photograph the efficiency of the
19 daily cover operation and report that. And in
20 the November instance there was an issue with
21 the employees at the -- at the -- at the
22 landfill. They were alerted that the cover was
23 not adequate and they had a poor response to
24 that request from our inspectors. Since then
25 they have been advised by their superintendents

**69**

1    and -- and their -- their management that if
2    they don't react immediately when our inspectors
3    inform them of inadequate cover, they will be
4    immediately terminated.  Since November we've
5    had much improved response from the contractor
6    to the observations of the parish inspectors.
7    As for the continuing compliance problems,
8    there's no doubt -- the same compliance problems
9    that we had when we had -- when -- when the
10   parish identified the issues with the landfill
11   still exist.  They are definitely tied to
12   removal of leachate.  We've been working
13   diligently to upgrade the infrastructure of the
14   landfill in relation to removing the leachate.
15   I'm sure PPM will address that and the time line
16   for completion of those things.  The excessive
17   leachate levels in the landfill absolutely
18   contribute to poor gas collection, which has
19   resulted in some of the compliance issues with -
20   - with fugitive emissions from the landfill.  So
21   these things are tied -- they -- they are
22   related to the work that we've been doing since
23   -- since -- since earlier in this year.
24 COUNCILMAN JOHNSTON:
25        We were at the plant when we took the -- the

**70**

1        tour the other day.  They had mentioned that the
2        gases -- we were getting rid of more gases into
3        the system legally.  I mean we're getting rid of
4        it more because you had fixed the pipe you had
5        said that was underneath the road.
6 MR. LOCKWOOD:
7        Right.  We have made a number of repairs.  We've
8        -- There -- And when we first started scrolling
9        down on this problem there were a number of gas
10       wells that did not have vacuum to them.  This
11       was identified immediately.  I immediately
12       issued a -- a emergency order or out of scope
13       service order to cap them.  They ran a what we
14       call a -- a jumper line -- which basically a --
15       a -- a line directly to those gas wells to
16       reestablish vacuum those wells.  That did
17       increase -- That put those wells back in to
18       service.  But you have to understand, too, that
19       the odor threshold for many of these compounds
20       is very low.  We have to address the overall
21       infrastructure of the landfill and make overall
22       improvements before the offsite odor will be --
23       be significantly reduced.
24 COUNCILMAN SPEARS:
25        I have a question.

**71**

1 MADAM CHAIRMAN:
2        Councilman Spears.
3 COUNCILMAN SPEARS:
4        So once we connect the ten-inch pipes to -- the
5        ten-inch pipes that's running parallel to 4A and
6        I think it's 3A --
7 MR. LOCKWOOD:
8        4A and 3B.
9 COUNCILMAN SPEARS:
10       -- 3B.  If the pumps -- If the pumps have to get
11       the liquid to those pipes, right?
12 MR. LOCKWOOD:
13       That's correct.
14 COUNCILMAN SPEARS:
15       But we -- the pumps -- How many pumps we have
16       working?
17 MR. LOCKWOOD:
18       I don't -- I don't -- I don't have the exact --
19 COUNCILMAN SPEARS:
20       We normally have about fifty-percent of the
21       pumps working.  That's consi --
22 MR. LOCKWOOD:
23       It's a little bit more than fifty.  But yes.
24       There's -- There's a significant amount of pumps
25       that are not functioning right now.  The feeling

**72**

1        was that we would be wasting money just putting
2        pumps -- this -- I think for almost three years,
3        Infinity kept replacing pumps, and replacing
4        pumps, and they kept burning up because of the
5        small force main line.
6 COUNCILMAN SPEARS:
7        Right.
8 MR. LOCKWOOD:
9        So it would be -- an impro -- it would be a
10       waste of money to put pumps that we knew would
11       fail immediately because of the pressure on
12       those pumps.  And I'm sure PPM will address this
13       -- I mean they're all engineers and I'm not.
14       But they would -- So once -- once the -- the --
15       these force mains are placed in -- in -- in
16       service, which will be a decision we have to get
17       approval from DEQ to actually start using those
18       force -- that force main -- and they've
19       indicated they will expedite approval -- then we
20       already have pumps on hand ready to go to
21       replace the -- the ones that are out of service.
22 COUNCILMAN SPEARS:
23       Okay.
24 MALE SPEAKER:
25        And Councilman, PPM is here and can probably

**73**

```
1    some of the questions that you had.  They have a
2    thorough presentation.
3 MADAM CHAIRMAN:
4    Why don't we have them come up, Mr. Conley?
5 MR. LOCKWOOD:
6    Okay.
7 SECRETARY BROWN:
8    Let me just say thank you once again.  I will be
9    back again once we get everything moving in the
10   right direction so we can update you.
11 MADAM CHAIRMAN:
12   Thank you, Mr. Brown.  Secretary, appreciate you
13   being here.  Uhm -- You want to do the public
14   part now?  Secretary Brown, I don't -- Are there
15   questions -- Are we going to -- You -- They have
16   questions of the secretary.  You want to open up
17   to --
18 UNIDENTIFIED MALE COUNCILMAN:
19   Just in case.  You know we usually get hit with
20   questions  and they're the ones who can field
21   those --
22 MADAM CHAIRMAN:
23   There's a request -- If you could just stay a
24   little longer, Secretary.  I know you're ba --
25   You're -- Or if you could just leave a staff
```

**74**

```
1    member if you have to leave to just answer some
2    technical questions.  We don't really have --
3     - QUIET DISCUSSION AMONG BOARD MEMBERS -
4 SECRETARY BROWN:
5    Madam secretary you said you have some technical
6    questions?
7 COUNCILMAN JOHNSTON:
8    We got the public here.  They may have some --
9 MADAM CHAIRMAN:
10   Why don't -- Why don't we let -- We're going to
11   suspend the rules.  We really don't have the --
12   It's not really a public hearing, but I know
13   some citizens have been very active in this.  If
14   you want to come up and ask the Secretary some
15   questions, why don't we go ahead and do that.
16   And we'll just ask PPM if you could just hold
17   off on a few minutes for the Secretary.  I know
18   you're busy, Secretary.  Can leave the meeting -
19   - Is there anyone who just had some -- I know
20   they -- And if you could just keep it brief.  We
21   really -- This isn't a public hearing.  We were
22   just getting an update, but I do know you've
23   been very active.  So -- Okay.
24 MR. MORRELL:
25   Al Morrell, 4260 East Loyola Drive, Fifth
```

**75**

```
1    District, Kenner District, Unincorporated
2    Jefferson, forty-six years.  I don't have any
3    questions, but I got some response to some of
4    they comments that they had made earlier.
5    Councilwoman, is that fine?
6 CYNTHIA LEE-SHENG:
7    Yes.  If you could keep your remarks --
8 MR. MORRELL:
9    I'm going to keep it brief.
10 MADAM CHAIRMAN:
11   -- to three minutes, please.
12 MR. MORRELL:
13   Okay.  First of all I want to talk about LDEQ's
14   track record.  Here recently earlier this month,
15   I think December the 2nd, there was an article
16   in The Times Picayune about this chemical
17   company in LaPlace called Denka.  Okay.
18   Formerly Dupont.  That was releasing cancer
19   causing materials from that plant emissions.
20   LDEQ had a sit down with these people behind
21   closed doors and an administrative settlement
22   was reached.  And that Denka agreed to cut the
23   emissions eighty-five percent.  They never did.
24   LDEQ imposed new fin -- no fines.  Did not
25   enforce the settlement and to make matters
```

**76**

```
1    worse, Denka went to the EPA -- to the federal
2    EPA and tried to get the EPA to increase the
3    allowable -- permissible allowance of these
4    emissions coming out of that plant.  Okay.  LDEQ
5    did nothing to even enforce that settlement.
6    Now, I want to direct this to Councilman Spears.
7    Let's -- First of all let's cut to the chase,
8    man.  We all know where the -- where this
9    problem is.  It's at our landfill.  And doing --
10   and a lovely article in The Times Picayune on
11   October 26th specifically stated that that
12   landfill has been neglected.  The equipment has
13   not been maintained.  It has not on a -- on a
14   routine basis and it's been malfunctioning --
15   some of the -- the equipment over there has been
16   broken down.  That's suppose to eliminate a
17   problem like these people are going through.
18   And one more thing -- I'm going to direct this
19   one to you again, Councilman Spears, that tax
20   payer money you spent on personal affects if
21   that money would have been allocated to those
22   problems at that landfill which is in your
23   district these people in Harahan, River Ridge,
24   and Waggaman wouldn't be going through this
25   right now.  So, let's cut to the chase, man.
```

**77**

1    Let's stop all this dancing around and just tell
2    it like it is.  Okay.  Anybody got any comments
3    any questions?
4  COUNCILMAN SPEARS:
5    We have contractors that's actually paid to do
6    the work.  Keith, is there any issues with them
7    administration with payment of the contractors -
8    - Any issues out there with that?
9  KEITH:
10   No.  All the bills have been paid.  There's no
11   outstanding issues with any of the contractors.
12 COUNCILMAN SPEARS:
13   Thank you.
14 MR. MORRELL:
15   Can I respond, Councilwoman?  Real quick.  Real
16   quick.  I'm not talking about --
17 MADAM CHAIRMAN:
18   Thirty seconds.
19 MR. MORRELL:
20   -- I'm not talking about that, Councilman
21   Spears.  You missing the point.  I'm talking
22   about the maintenance on that equipment at that
23   landfill in an article -- a lovely article in
24   The Times Picayune on October the 26th it states
25   that that equipment at that landfill has not

**78**

1    been properly maintained.  Has not been
2    routinely -- no maintenance on it for the last
3    six years.  This is what I'm talking about.  I'm
4    not talking about these contractors.  I'm
5    talking about the people whose paying the
6    salaries of these companies over there, and the
7    enforcement of the maintenance and repair, and
8    the money that's being allocated by this
9    council.
10 MADAM CHAIRMAN:
11   Thank you, Mr. Morell.
12 MR. MORELL:
13   Thank you.
14 MR. O'BRIEN:
15   Good morning.
16 MADAM CHAIRMAN:
17   Good morning.
18 MR. O'BRIEN:
19   Michael O'Brien, 152 Garden Road, River Ridge.
20   Since I'm only limited to three minutes here,
21   I'm just going to ask if I may direct some
22   questions regarding what you guys said?  So,
23   looking at my notes today is December 5th.  You
24   -- I have a document here that shows on November
25   15th you guys went out there and had a field

**79**

1    survey where no dust, no odor, no emissions were
2    found.  Today, again December 5th, you guys
3    acknowledged, Dr. Brown, that it is grain.  Mr.
4    Mike made a comment that he's not sure what it
5    is.  Another comment was made about it's not the
6    only the source.  The comment that I would like
7    to have some clarification for today from you
8    gentlemen would be -- You made the comment, Mr.
9    -- Dr. Brown, a few months ago they were told
10   that if they found anything that they would be
11   in violation.  Again, my name is Michael
12   O'Brien, and I'm the one that's flying the drone
13   from my home, my levee across the river.  I have
14   documentation.  I have video that on 11/25 they
15   are going above and beyond their permit, which
16   I'm a little disappointed you didn't bring the
17   permit with you, sir.  I have it if you want to
18   -- want to read it.  This is -- This is
19   disturbing.  They're in violation.  I don't know
20   whose paying who.  I'm not technically saying
21   that somebody's being paid.  But you guys aren't
22   doing your job.  Okay.  I need you to step up.
23   I live in Jefferson Parish.  I live in River
24   Ridge.  My family is being infec -- affected.
25   My community is being affected.  All this run

**80**

1    around that I'm listening to today is
2    disturbing.  So you made the comment about they
3    should be in violation.  I have the video.  I
4    want to show you several videos.  And I ask for
5    you to do something about it rather than just
6    talking making wait.  So, that's it for now and
7    I'll address the council with my drone later
8    this evening.  Thank you.
9  MADAM CHAIRMAN:
10   Thank you, Mr. O'Brien.
11 MS. ANDERSON:
12   Good morning.  I am Hermein Anderson.  I live in
13   River Ridge.  I'm a resident.  If I keep
14   clearing my throat excuse me it's because I'm
15   breathing grain dust and being inundated with
16   H2S.  Okay.  After we met with you in August, we
17   went to the state and we met with the Natural
18   Resources Committee thanks to Representative
19   Talbot and Billiot.  I don't know if you watched
20   that meeting, but LDEQ was there, and Jefferson
21   Parish was represented by Mr. Yenni.  There were
22   a lot of questions brought up asking for
23   information from Jefferson Parish.  A lot of
24   them were overlooked.  One which was closing the
25   landfill and they were supposed to get a -- a

**81**

1    feasibility report to them.  That never
2    happened.  But let me tell you what I've been
3    doing.  I went to the EPA.  I've been in
4    correspondence with James Leathers whose an
5    environmental engineer who referred the case to
6    Robert Snowbarger who is Supervisor of Solid
7    Waste section of the multi-media division.  They
8    are going to be working in conjunction -- this
9    is what I was told -- with LDEQ to oversee that
10   things are happening.  We're sick and we're
11   tired of this.  Not only that, when I was up at
12   the state meeting, Representative Connick -- I
13   emailed him and he returned this email to me,
14   "Thank you for your email.  I understand your
15   fears and concerns and will continue to work to
16   make things right.  Today, I have requested
17   house staff to draft -- draft liti -- litigation
18   that will mandate DEQ issue stiff penalties and
19   fines to offenders who violate their permits.  I
20   have also requested house staff to re-file
21   HB469, which I attempted to pass in two-
22   thousand-sixteen.  My prior legislation to place
23   air monitors in plants that pollute and it was
24   killed on the house floor after the chemical
25   industry mounted a fierce operation.  It is time

**82**

1    for DEQ to be controlled by the people, and not
2    industry.  It is also time for DEQ to be
3    proactive and not reactive.  And they -- As they
4    have been for decades."  He thanked me for my
5    email and he looked forward to joining forces to
6    working with folks in Harahan, Waggaman,
7    Marrero, River Ridge, St. Rose to change things
8    for the better.  And he said, "For your
9    information below is the summary if you'd like
10   to see the bill that died on the floor."  We are
11   asking for monitors.  Obviously the landfill is
12   not going to be closed as we requested.  Also, I
13   went to a workshop --
14 MADAM CHAIRMAN:
15       Times up, Mrs. Anderson.
16 MS. ANDERSON:
17       -- this Saturday -- This is my last thing.  With
18   the Louisiana Environmental Action Network -- I
19   got a free t-shirt. And we have met with
20   representatives from that network -- I'm
21   dropping all of my papers -- I have here a
22   report.  It's a fantastic time line submitted to
23   us because we met personally with Wilma Subra.
24   And she is an activist all over the country for
25   people like us.  If you would like me to mail

**83**

1    you -- email you a copy of this document for
2    your review you will see how many things LDEQ
3    issued and are not in compliance as of this.
4    There's no storm water runoff plan.  The Jerome
5    meters that need to be used -- they have one.  I
6    will email you this report.  Please read it
7    because you will be flabbergasted.
8 MADAM CHAIRMAN:
9       Thank you.
10 MS. ANDERSON:
11       Thank you for allowing me time to speak.
12 MADAM CHAIRMAN:
13       Thank you.
14 MR. BLOISE:
15       My name is Anthony Bloise and I live in Bridge
16   City.  I -- I'm a byproduct of Katrina.  And
17   when I first got here there was no place to
18   live.  So the Navy put me up at Waggaman.  I was
19   there for three days and I told them look you
20   gotta get me outta here.  The stink was awful.
21   And I came to with the Parish President at the
22   time who later went to jail because of some
23   problem with the landfill and contracts and what
24   not.  The uh -- I believe also the, uh -- the
25   town attorney went to jail also -- it was

**84**

1    dismissed later on -- It was so many problems
2    with that landfill, I just gave up.  But this
3    has been going on since two thousand five.  It
4    didn't start recently.  It's been going on that
5    long and the same people are involved time-
6    after-time-after-time.  And the problem never
7    got solved.  The reason why you didn't put
8    enough people in jail.  That's the problem.  Put
9    enough people in jail and then you'll cure the
10   problem.  They don't.  And you should go to jail
11   first.  I -- And the other problem is --
12 MALE COUNCILMAN:
13       Me?
14 MR. BLOISE:
15       Yeah you.  You should go to jail.  You're the
16   biggest con artist there is.  You're nothing but
17   a dollar store con artist.  And don't laugh --
18 MADAM CHAIRMAN:
19       Mr. Bloise --
20 MR. BLOISE:
21       -- it off.  You laughing all the way to the bank
22   --
23 MADAM CHAIRMAN:
24       -- Mr. Bloise, if you could keep the
25   conversation to the landfill, please.

**85**

1 MR. BLOISE:
2     It's a joke.  The other problem you have is the
3     Bridge City -- I don't know what they call that
4     place -- It's - It's a joke.  It's falling
5     apart.  It's supposed to be a -- some sort of a
6     facility for decam -- decontaminating water.
7     It's not.  It's just throwing fumes into the
8     air.  It's a joke.  It hasn't been repaired in
9     years.  It needs to be fixed.  Start putting
10    people in jail.
11 MADAM CHAIRMAN:
12    Good morning.
13 MS. PEARSON:
14    Good morning.  Nancy Pearson, 8924 Rensu Drive
15    in River Ridge.  First some house cleaning.  In
16    August when I was here I mentioned then yes, we
17    do have problems with the landfill.  Granted
18    I've been here my whole life so we've been
19    smelling it for years.  We know that smell.  But
20    I also said in August that as a resident of
21    River Ridge we felt -- I feel -- most of our
22    problem was coming from the river.  Being it the
23    plants on the river or the loading -- the
24    loading which is not been here that long.  I had
25    a neighbor, who is much more intelligent than I

**86**

1     am as far as scientific stuff goes.  He had
2     given me 20 questions and I submitted to the
3     administration and it's now December 5th and I
4     still have not gotten a response from those 20
5     questions with regards to the neighbors concerns
6     with what was going on at the landfill in a
7     scientific matter.  And so I still -- and I'm
8     very disappointed that I haven't got a -- I've
9     mentioned before sometimes I feel like I stand
10    up here and it's going on deaf ear.  Well, that
11    was August, this is December and I haven't heard
12    a word.  So, it's very disappointing in the
13    administration.  As far as the coast guard, Mr.
14    Johnston, I met with the coast guard after
15    notifying the parish.  After notifying DEQ,
16    after notifying all these other people.  It was
17    on a Thursday night probably two weeks ago.  It
18    was unbearable.  It would physically make you
19    ill.  So I called the twenty-four hour -- hour
20    emergency number and I explained to them what it
21    was.  It's not like a spill or something like
22    that.  And the next day they came out to my
23    house and we met.  And also a gentleman from
24    Louisiana DEQ came out and he told me they had
25    permits so there's nothing they can do.  Well, I

**87**

1     blew that response off as you know that's a
2     spin, so I'm not worrying with them.  But the
3     coast guard were very, very interested.  And
4     since that time, I can tell you, and you might
5     hear them pass at your house at night, they are
6     coming by between eleven and twelve at night and
7     flying low.  And hopefully that's what they're
8     doing is responding to that.  If you look at --
9     and I'm hoping that everyone here has looked at
10    the videos -- they're now on that page -- where
11    you can see the videos yourselves -- Where you
12    can see the pictures of what's on those barges
13    that are left to the air.  That you can see the
14    particles flying.  I'm just very, very concerned
15    that the same thing is going to happen to us in
16    20 years that has happened to people who were
17    affected with the asbestos and stuff in the
18    fifties.  Is it the children who are growing up
19    -- We have six schools in River Ridge and
20    Harahan.  Six schools where people are sending
21    their children to those schools everyday and
22    what are they breathing?  And them monitors
23    might not say that it's toxic at this point.
24    But they're not there twenty-four-seven.  We are
25    there twenty-four-and-seven.  We have people who

**88**

1     are nauseated in the mornings when they wake up.
2     Who actually wake up in the middle of the night
3     sick.  This is a quality of life and you are --
4     as our elected officials -- we don't have the
5     abilities to go to the federal government and
6     say you have to do something.  I understand it's
7     commerce and it's money.  It's big money.  And
8     most of us don't have much big money.  These
9     companies do.  We've got to get past the big
10    money and realize that there's over twenty-
11    seven-thousand people -- citizens of Jefferson
12    Parish who live in Harahan and River Ridge --
13    and we're all being affected.  First time in my
14    life I had a nosebleed.  Sixty-five years old
15    and never had a nosebleed.  And I'm sitting on
16    the couch one evening and all of a sudden I've
17    got a nosebleed for no reason at all other than,
18    you know, you get the eyes and the nose, and the
19    itchy throat all the time because we're
20    breathing it twenty-four-and-seven.  So how do
21    we know that's not affecting us?  And our
22    children -- our babies that are being raised.
23    People are leaving -- That Thursday night,
24    people physically left their homes and went to
25    relatives' houses.  I go out of state at least

**89**

1  four times a month now just to get away from
2  River Ridge, so I can breathe clean air in
3  Mississippi.  I mean this is sad that we're
4  leaving our houses.  I mean we're never going to
5  sell our houses.  Who is going to want to live
6  to River Ridge?  Where it used to be the best
7  place in Jefferson -- no offense to the Westbank
8  -- but that used to be the best place to live --
9  River Ridge -- it's like the country in the
10  city.  Nobody wants to live there anymore.  So,
11  please, you're our elected officials, it's going
12  to be up to y'all to get the feds involved
13  because it is coming from the river.  Thank you.
14 MADAM CHAIRMAN:
15     Thank you, Ms. Pearson.
16 MR. REIM:
17     Hello, John Reim.  Harahan resident.  I do
18  believe that y'all are working on the landfill
19  and that that will be resolved, hopefully soon.
20  But we'll have to see that.  But also, I think
21  most of the problems we having are along the
22  river this over industrialization.  This out of
23  control industrialization of the Mississippi
24  River.  Where I grew up along the river.  It was
25  a beautiful place, River Ridge is a beautiful

**90**

1  place, and Waggaman was a beautiful place.  I
2  lived in Waggaman for awhile.  We got some sour
3  garbage smell.  Never chemical odors now even
4  Harahan gets chemical odors.  Even I read on the
5  website that Metairie is getting this chemical
6  odors.  What's going on with the -- the area
7  here?  Now, eventually it looks like with all
8  this industrialization we getting along the
9  river, that nobody is going to be able to live
10  along the river.  So what's going to happen?
11  You know, the people are going to move out, sell
12  their homes, or just vacate the premise and --
13  and -- and it just be a slum area or something?
14  What's going on?  You know, y'all need to
15  protect us.  DEQ needs to protect us.  If they
16  need more money from the state let us know.
17  We'll contact whoever we have to contact, but
18  some of the problems are that we don't know
19  what's going on on the river.  I know the
20  companies are not going to come out and tell
21  y'all what they doing.  But there's cleaning of
22  barges -- nobody know what's going on.  They not
23  going to say well we doing this and putting so
24  many fumes out.  But some of this stuff are
25  chemical odors that are causing the nosebleeds,

**91**

1  eye irritations, causing their children to be
2  sick.  'Cause children breathe deeper then older
3  people.  So what's happening to our children,
4  what's happening to the older people, too?  So,
5  whatever we gotta do, we need to do it.  If
6  y'all need more help somewhere, we want to get
7  DEQ more help, coast guard, whoever else needs
8  to be involved, the federal government, we need
9  to get them in here.  But I think this didn't
10  start happening until we started getting this
11  migration of the industry down towards us.  This
12  unloading of ships and all, they should be going
13  to grain elevators where they can take care of
14  the -- the fumes and the -- the dust coming out.
15  They are built for that.  The ships unloading in
16  the river are not built for that.  They -- DEQ
17  already told you that they putting grain in one
18  spot and it's coming out the other -- the hold.
19  Mike O'Brien has pictures of that, and y'all
20  will see that.  So, I appreciate your time and
21  we need to do something about it.  So, thank you
22  very much.
23 MADAM CHAIRMAN:
24     Thank you, Mr. Reim.
25 MS. REIM:

**92**

1  Hi.  I'm Ellen Reim.  I'd like to thank the DEQ.
2  Thank you guys for being here.  I appreciate
3  y'all being here.  We needed y'all.  Thank you.
4  I'd just like to say, too, that the DEQ Report
5  on the Jefferson Parish Landfill is just very
6  disappointing.  It's just so disappointing to
7  hear that, you know, it's kind of the same.  So
8  that's just real disappointing.  So, I hope and
9  pray that will get moving really, really fast.
10  You know.  'Cause I know that you guys care, and
11  guys want -- don't want this to happen.  And
12  some of y'all are even affected.  Paul Johnston
13  is even affected, so we got to really work hard.
14  I know DEQ's being there five days a week.
15  That's tremendously good to be there five days a
16  week.  So, I hope that you guys will really just
17  try to get this fixed really soon.  As far as
18  the midstream, we don't understand that at all.
19  That midstream that's causing a lot of this
20  stuff.  Especially right across the street from
21  Rex (spelled phonetically).  I mean, did that
22  midstream just start?  Is that just?  You don't
23  have to answer me, I'm just giving you
24  questions.  Unless you choose to.  That
25  midstream, did this just start, because I know

**93**

```
1   we -- you know, I myself, have to take an
2   inhaler twice a day and Mucinex because of the -
3   - because my lungs are constricted with mucus.
4   So, I have never had that problem, ever before
5   in my life.  So, you know, is -- I don't know if
6   this has just started, or if it's just becoming
7   very much used.  And like John said, you know,
8   maybe there's a place other-where where this
9   needs to be handled, but right there in the
10  midstream and Rex is just getting knocked over
11  by it.  It's just making people have to leave
12  their homes.  This is terrible.  You know,
13  residents should have homes to get -- that's
14  where their refuge is.  They come home, they
15  relax and they -- they break from the chaos of
16  the day.  Whether it's an office, or where it is
17  -- stress every where.  So, that's the place
18  they need to come home and be happy and relax,
19  and be able to feel safe and have a good
20  environment.  So, you know, whether it's
21  Jefferson Parish Landfill, or the midstream
22  things, we're all crying out to help.  Please,
23  please, everybody do what you can.  You know,
24  everybody needs to be patient and everybody's --
25  you know, I know you guys are overloaded.  You
```

**94**

```
1   got air quality all over the place to have to
2   handle.  But we need to do something.  Just do -
3   - Just work for it like you are the one that's
4   being affected by it.  And when we do things as
5   though it's being done to us -- to help others -
6   - we do -- we do it fast and we get blessed.
7   God will bless those.  I'm asking for wisdom.
8   Right now I'm asking the good Lord to give
9   everyone Jefferson Parish, the DEQ, great wisdom
10  to be able to catch people doing things.  And to
11  be able to really put -- be a good source of
12  stopping this and I believe that you guys will
13  be used by the Lord greatly to get this stuff
14  situated.  And thank you, again.
15  MADAM CHAIRMAN:
16      Thank you, Mrs. Reim.
17  MR. HENNY:
18      Good morning.  My name is Tom Henny and I appear
19      before this council on -- mainly on one -- one
20      big issue.  And it happens to be, you know,
21      these bidding --  these bidding contracts.
22      Awarding contracts without bidding, not
23      following the laws.  And I want to give this to
24      the secretary.  Three months ago -- excuse me,
25      three meetings ago, there were several contracts
```

**95**

```
1   ratified by the council for Brown -- Browns
2   Field's (spelled phonetically) engineers.  And,
3   of course, we know EPA's money is involved
4   there.  But there was no bidding.  You know, the
5   council has a history and you can -- you can ask
6   these gentlemen over here with the The Advocate
7   and The Times --
8   MADAM CHAIRMAN:
9       Is this about the landfill?
10  MR. HENNY:
11      -- Picayune.
12  MADAM CHAIRMAN:
13      Is this about the landfill --
14  MR. HENNY:
15      Yes.
16  MADAM CHAIRMAN:
17      -- Contracts?
18  MR. HENNY:
19      Yes, it is.
20  MADAM CHAIRMAN:
21      About the landfill?
22  MR. HENNY:
23      It's -- It's -- Absolutely.  The contract -- the
24      -- the -- IESI -- They got their -- their
25      contract.  There's no bid.  That same thing
```

**96**

```
1   applied, you know.  We have a council member --
2   member that was working for someone that
3   actually is with IESI.  They got a hundred
4   thousand dollars a year until it was exposed.
5   Three and a half years this went by.  You know,
6   so these problems are -- a lot of them are self
7   made.  You're not hiring the best -- you're not
8   doing -- getting the best contracts for the
9   money.  This is strictly campaign contribution
10  issue.  You know, and it's -- I'm not surprised
11  that this has happened.  Why should you, you
12  know.  So, I implore the secretary to take a
13  look at this.  Come take a look -- Come take a
14  look at their contracts.  Look what they're
15  doing.  The SOQ process is done up on the tenth
16  floor of this building in a small conference
17  room.  It's supposed to be a public meeting,
18  it's not.  I've caught them not even advertising
19  on their calendar and what they do is the next
20  day, they added the date.  And I have what I
21  copied, I have the dates on that.  I can prove
22  that to you.  So, the SOQ process should be
23  gone, it should be gotten rid of.  You promised,
24  you know, when you did this ordinance, you
25  promised HUD and the rest of these federal grant
```

**97**

1 authorities that you would abide by 2CFR-200.
2 But you're not. So is -- why should there be
3 any surprise that we have problems at these conf
4 -- at these -- these -- at the -- the -- the
5 dump. I mean, you're not putting the best in.
6 What you're doing is, you're awarding these
7 contracts based on who gives you more money for
8 campaign contributions. Okay, so now that's
9 really the bottom of it. We solve --
10 MADAM CHAIRMAN:
11 Thirty seconds.
12 MR. HENNY:
13 -- that problem and maybe we'll get competent
14 people in there that can do the right thing.
15 Thank you.
16 MADAM CHAIRMAN:
17 Councilwoman Vrancken.
18 COUNCILWOMAN VRANCKEN:
19 I just want to ask, because for the sake of
20 clarification, I mean everyone's entitled to
21 their opinion, but -- but I do want to clarify
22 when we go through processes we are putting out
23 to the public. A bid is one form of that
24 process. In a bid all we consider is how
25 cheaply someone will do it. Cheaply is not

**98**

1 always best. I've had experiences with
2 contracts in my own in -- district,
3 unfortunately, when someone gives us a really
4 cheap price that they then either inflate
5 because things are added. Or its cheaply maybe
6 for a reason and may not always be best. When
7 we put something out, for example the garbage
8 contract or the contract to oversee the
9 landfill, how is that done normally done and why
10 is it not a bid?
11 PARISH ATTORNEY:
12 Well, for the collection of trash it's done as a
13 RFP, or Request for Proposal, which covers all
14 service contracts under both state law and
15 parish ordinance. State law does not address
16 professional services. The parish code of
17 ordinance is defines professional service as
18 engineers, architects, et cetera. And when
19 obtaining those services, the parish uses the
20 Statement of Qualification, or SOQ process, in
21 order to take in technical, experience, outside
22 of price factors when determining who should get
23 the award.
24 COUNCILWOMAN VRANKEN:
25 And all of those processes are legal or approved

**99**

1 by the state for different --
2 PARISH ATTORNEY:
3 Correct.
4 COUNCILWOMAN VRANKEN:
5 -- different - depending on if we need to add
6 something more than price. When we need to know
7 about someone's qualifications, their
8 experience, have they done this before? Some of
9 those questions are relevant. I don't know that
10 I want a first time person handling an important
11 contract. So, again, just for the benefit of
12 the public discussion, there are occasions when
13 something is not always best suited to say it's
14 bid, and we're only considering price.
15 Sometimes you need to ask about someone's
16 expertise and that is where we use an SOQ or an
17 RFP. Thank you.
18 MADAM CHAIRMAN:
19 Thank you. Secretary Brown, did you want to
20 address any -- any of the comments, or -- I
21 appreciate you staying. You and your staff
22 staying.
23 SECRETARY BROWN:
24 No. I just take all of the comments in, and
25 we'll try to address as much as we can from our

**100**

1 standpoint.
2 MADAM CHAIRMAN:
3 Okay.
4 SECRETARY BROWN:
5 Alright.
6 MADAM CHAIRMAN:
7 Thank you.
8 SECRETARY BROWN:
9 Thank you.
10 MADAM CHAIRMAN:
11 And I know PPM is doing the update, but I know
12 you all are very involved in that process. So,
13 thank you for being here. Mr. Dwyer, I know
14 we're late on Executive Session. I know, so.
15 THIS IS THE CONCLUSION OF THE VIDEO
16
17
18
19
20
21
22
23
24
25

**101**

```
1                    REPORTER'S PAGE
2
3        I, Phillip Kaufman, Certified Court Reporter, in
4   and for the State of Louisiana, do hereby state on
5   the record:
6        That due to the interaction in the spontaneous
7   discourse of this proceeding, dashes (--) have been
8   used to indicate pauses, changes in thought, and/or
9   talkovers; that same is the proper method for a
10  Court Reporter's transcription of proceeding, and
11  that the dashes (--) do not indicate that words or
12  phrases have been left out of this transcript;
13       That any words and/or names which could not be
14  verified through reference material have been
15  denoted with the phrase "(spelled phonetically)."
16
17
18
19
20
21
22
23
24
25
```

**102**

```
1                    CERTIFICATE
2        I, Phillip A. Kaufman, Certified Court Reporter
3   in and for the State of Louisiana, do hereby certify
4   the transcript of a video purported to be from the
5   Jefferson Parish Council meeting held on December
6   15, 2018, the request for transcription thereof
7   having been made to goDEPO Court Reporting and
8   Litigation Support on the 31st day of October 2023,
9   by Kelley Videtich, Paralegal at Forrest, Cressy &
10  James, Attorneys at Law, 1222 Annunciation Street,
11  New Orleans, Louisiana 70130, as hereinbefore set
12  forth in the foregoing pages, was prepared and
13  transcribed by me or under my personal supervision,
14  and is true and correct to the best of my ability
15  and understanding; that I was not present during the
16  recording of the meeting; that I am not related to
17  counsel, I am in no manner associated with counsel
18  for or any of the interested parties to this matter,
19  and I am in no way concerned with the outcome
20  thereof.
21       This 29th day of November 2023, New Orleans,
22  Louisiana.
23
24
25              Phillip A. Kaufman CCR# 87272
```