| | |
|---|---|
| **From:** | Bijan Sharafkhani |
| **Sent:** | Thursday, November 8, 2018 1:40 AM |
| **To:** | KConley@jeffparish.net |
| **Cc:** | CounDist #5; CounDist #1; Jose Gonzalez; Sonny Burmaster; Council At Large B; Natalie Newton; Michael Yenni; Mike Lockwood; Council Assistants; CounDist #3; Jeremy Dwyer; CounDist #2; CounDist #4; Council At Large A |
| **Subject:** | Re: Jefferson Parish Complaints and Responsiveness |
| **Categories:** | responsive |

Keith,
Thanks for your email. I would like to clarify some issues that you brought up in this email.
1 ) I never mentioned that the landfill was our only focus. What I said is that we conducted 33 inspections at 14 facilities. The Jeff Parish Landfill had significant number of violations. Based on our inspections and review of air monitoring data, we have concluded that although there may be other sources of odor, the Jefferson Parish is the significant source of odor. However, We continue our investigations of any suspected sources.
2) Regarding the lack of progress, a vast majority of the violations haven't been corrected. Although, you stated that both leachate and gas systems are operating,We have no documentation to support that.
3) IESI report, based on our preliminary review of this report, we disagree with its finding.

*Sent from my Verizon Motorola Droid*
On Nov 7, 2018 5:40 PM, Keith Conley <KConley@jeffparish.net> wrote:
Bijan, it was a pleasure speaking to you today and updating your office on current issues and concerns here in Jefferson Parish. As we discussed, today we had a Jefferson Parish Council meeting in which there were more questions than answers. The Council has been getting inundated with calls from constituents regarding the raining of particulars, river activity and associated odors/air quality as well as strong chemical/petroleum odors that the complainants stress are not coming from the landfill. In addition, we all received the expert report generated on behalf of IESI in response to complaints of odors coming from the landfill. Although you told me you don't believe the report, for whatever reason, the Council and this Administration find the report compelling and that it does give credibility to the idea that there are multiple sources.

Not only have you stated to me that your main focus was the landfill, but two of your investigators have told residents and employees basically that they are not looking for any other sources, they are solely focused on the landfill. I did forward you a screen shot of a Face Book post which named the investigator. Bottom-line, there is a lot more going on than the landfill, all we ask is for your agency to look into the other complaints and give the residents some hope that LDEQ is actively looking into other sources that could be responsible for the odors and particulates' here in Jefferson Parish.

I was also shocked to hear that you didn't think there was any progress with the rehabilitation of the landfill despite the weekly reports you get. I agree we need to have a meeting to see where this disconnect lies. The contractor has been working nonstop, all gas wells are functioning, approx. 14,000 lf of 10" pipe has been delivered, welded, sealed and trenched to carry leachate and condensate out of the landfill. Portable pumps are in place, lift stations have been rehabbed. If you are not getting the weekly updates, please advise.

In addition, the Council has instructed the Parish Attorney to submit a public records request for some specific records, that should be coming shortly.

WC_JPLF_00407068

The Council has asked that the Secretary, or his representative, return and address the Council and constituents at the **December 5, 2018** Council Meeting.  This meeting will be held at the Joseph S. Yenni Building located at **1221 Elmwood Park Blvd., Jefferson LA 70123 at 10:00 am.**

## Keith A. Conley, Esq.
Chief Operating Officer
Office of the Parish President
1221 Elmwood Park Boulevard
Suite 1002
Jefferson, Louisiana 70123
Telephone: 504-736-6400
E-mail: kconley@jeffparish.net

---

Please be advised any information provided to Jefferson Parish Government may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.