UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

### DEFENDANTS' MOTION IN *LIMINE* TO EXCLUDE EVIDENCE RELATED TO POTENTIAL CLAIMANTS NOT PROCEEDING TO TRIAL

NOW INTO COURT, through undersigned counsel, come Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. (collectively "Movants"), to respectfully request that the Court exclude evidence related to Plaintiffs or potential claimants who are not proceeding to trial in August 2024.

In the upcoming trial, the jury will consider claims brought by the thirteen *Addison* Plaintiffs previously selected for trial (the "Trial Plaintiffs"),[1] and only their claims for injuries for which the Court has found general causation.[2]

---

[1] The Trial Plaintiffs are Stanley Meyers, Geneva Green, Jonathan Tate, Reshaun Richardson, Mary Ann Winningkoff, Andrew Section, Vernice Lewis, Tyrone Thompson, Terrance Thompson, Wendy Gremillion, Scott Gremillion, and the Gremillions' two minor children A.G. and B.G. The parties acknowledge that the Trial Plaintiffs are not intended to be bellwether plaintiffs under *In re Chevron U.S.A., Inc.*, 109 F.3d 1016 (5th Cir. 1997).

[2] Order Granting Defendants' Motion for Partial Summary Judgment, R. Doc. 642.

The Court should exclude evidence of the alleged injuries of any individuals whose claims are not at issue in the August 2024 trial, including all evidence related to: (1) the existence of any claims other than those of the Trial Plaintiffs; (2) hearsay statements about the odor experiences of others; and (3) Trial Plaintiff Mary Ann Winningkoff's testimony about her deceased husband's experiences with odor.  Such evidence is not allowed by the Federal Rules of Evidence, would deprive Defendants of a fair trial, and must be excluded.

WHEREFORE, Movants respectfully request that the Court grant their Motion in *Limine* and exclude evidence related to Plaintiffs or potential claimants who are not proceeding to trial in August 2024.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:   /s/ Michael C. Mims
     Michael Cash (#31655)
     Cherrell Simms Taplin (#28227)
     Michael C. Mims (#33991)
     Brady M. Hadden (#37708)
     Alec N. Andrade (#38659)
     J. Hunter Curtis (#39150)
     701 Poydras Street, Suite 5000
     New Orleans, LA 70139
     Telephone: (504) 581-7979
     Telefax: (504) 556-4108


BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

CONNICK AND CONNICK, LLC

By:   /s/ Michael S. Futrell
William P. Connick, La. Bar No. 14158
Michael S. Futrell, La. Bar No. 20819
Matthew D. Moghis, La. Bar No. 33994
Anya M. Jones, La. Bar No. 36923
3421 N. Causeway Blvd., Suite 408
Metairie, Louisiana 70002
Telephone: (504) 681-6658
Facsimile: (504) 838-9903
E-mail: moghis@connicklaw.com

*Counsel for Defendant Jefferson Parish*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   /s/ J. Michael DiGiglia
Ernest P. Gieger, Jr. (6154)
John E. W. Baay (22928)
J. Michael DiGiglia (24378)
Nicholas S. Bergeron (37585)
Blaise Chadwick Hill (*pro hac vice*)
Gieger, Laborde & Laperouse, L.L.C.
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case management system on July 17, 2024.

/s/ Michael C. Mims