# Exhibit 1

```
                                                      Page 1
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3    * * * * * * * * * * * * * * * * * * * * * *
      FREDERICK ADDISON, et              CASE NO.
 4    al.,                               19-11133
              Plaintiffs,                c/w 19-14512
 5       v.
      LOUISIANA REGIONAL                 Section:"E" (5)
 6    LANDFILL COMPANY, et               JUDGE: Morgan
      al.,                               MAGISTRATE
 7            Defendants.                JUDGE: North
 8
 9    * * * * * * * * * * * * * * * * * * * * * *
10
                  VIDEOTAPED DEPOSITION
11                        OF
                  MARY ANN WINNINGCOFF
12
                       taken on
13              Wednesday, April 19, 2023
14              commencing at 9:09 a.m.
15                      at the
                  FOUR SEASONS HOTEL
16                 2 Canal Street
                New Orleans, Louisiana
17
         Reported By:  MARYBETH E. MUIR, CCR, RPR
18
      * * * * * * * * * * * * * * * * * * * * * *
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | A. | So I really didn't want to work.  But... |
| 2 | Q. | So you mentioned your husband.  What was |
| 3 | his name? | |
| 4 | A. | Adam William Winningcoff. |
| 5 | Q. | Okay. |
| 6 | | And how long were you married? |
| 7 | A. | This is hard.  We were married 25 years |
| 8 | on May 15th and he died on May 17th. | |
| 9 | Q. | I'm sorry.  And if you need a moment, |
| 10 | just let me know. | |
| 11 | A. | In 2018. |
| 12 | Q. | Okay. |
| 13 | | How many children or stepchildren do you |
| 14 | have? | |
| 15 | A. | I have three daughters and he had two |
| 16 | sons. | |
| 17 | Q. | Okay. |
| 18 | | So let's start with your daughters. |
| 19 | What are their names? | |
| 20 | A. | Kim Dixon and Lisa White and Cherie |
| 21 | Theriot. | |
| 22 | Q. | Okay. |
| 23 | | What is -- what is Kim's date of birth? |
| 24 | A. | March 31st, '65. |
| 25 | Q. | Okay. |

1      A.    Uhmm, from reading what everybody was
2    saying, that that's where they thought that it was
3    coming from.  But it was a different smell over that
4    way.
5      Q.    Uh-huh.
6      A.    Than I had experienced at home also.
7      Q.    Okay.  Yeah.  We'll go back and talk
8    about that.  Just trying to understand the context
9    around this one.
10     A.    Okay.
11     Q.    All right.
12           And so I'm going to read the last
13   sentence here.  And I apologize.  I just need to ask
14   these questions.  But it says:  "Mrs. Winningcoff's
15   husband is on oxygen and she's concerned that the
16   fumes are causing additional issues with his
17   breathing problems."
18     A.    Yes.
19     Q.    Do you recall telling LDEQ that?
20     A.    Yes.
21     Q.    Okay.
22           What did you mean by that?
23     A.    My husband was on oxygen.  He had
24   pulmonary fibrosis.  And you know what it was
25   called?  A bad luck disease because they did not

Page 88

1   know what it was coming from.  They had no idea.  He
2   was on oxygen.  Did he use it all the time?  No.
3   When he sat down and watched TV, he didn't have to
4   use it.  But the smell that we had in our house, the
5   sulfur smell that burned my eyes and gave me
6   migraines for days was terrible.
7          And I truly believe that my husband
8   would be here today if it wouldn't have been that
9   that was damaging his lungs more.
10      Q.    Okay.
11            And I'm sorry again.  I just need to ask
12  these questions.
13      A.    I understand.
14      Q.    When was he diagnosed with pulmonary
15  fibrosis?
16      A.    Probably around 2015.
17      Q.    Okay.
18            So when you made this complaint, you
19  were worried about the odors?
20      A.    Absolutely.
21      Q.    Okay.
22            So I'm going to introduce one more
23  exhibit here.  And this will be Exhibit No. 111.
24            (Whereupon, Exhibit No. 111, was
25            marked for Identification.)

Page 97

1       A.    It really started in 2015 I think.
2   Every now and then.  It wasn't bad.  But as the
3   years progressed, it started getting worse.  Until
4   about maybe December 2019.  So all that time, four
5   years, it was getting worse.
6       Q.    Okay.
7       A.    My husband had a cough, didn't know what
8   it was.  Went and that's when he was diagnosed with
9   this.  They didn't know where it even came from
10  because he didn't smoke.  He didn't work in an oil
11  company or anywhere where he could have gotten it.
12            And, you know, I mean I am literally
13  doing this because I love my husband dearly and he
14  deserved better.  I'm doing it for me because I had
15  to suffer and worry about him.  And I'm doing it for
16  my neighbors, because they had experiences too.  And
17  that's why I'm here today.
18      Q.    Okay.
19            So during the period of 2015 to let's
20  say up to 2017, you mentioned that you had noticed
21  them less frequently.  How frequently would you say
22  times per week would you notice this?
23      A.    No, no times per week.  It was just
24  every now and then.
25      Q.    Okay.

1     A.    I'd smell an odor and it would go away.
2  But it just progressed more and more and more.  You
3  know?  Until like in 2017, I think it was like in
4  August or something, it was horrible, you know?  The
5  sting in your eyes.  To wake up and have to put
6  covers over your head and ice packs -- ice packs on
7  your eyes.  You know?  And come up with a nosebleed
8  and hard to breathe and holding your hand over your
9  mouth trying to breathe.  Unreal.  Unreal.
10           I don't want to go through that again.
11  And nothing will bring my husband back.  And I
12  really think that enhanced his death or he'd be with
13  me today.
14     Q.    So we'll talk specifically through the
15  periods 2017, 2018 and 2019.  But first, what did
16  the odor smell like to you?  Can you describe them?
17     A.    Yes, the petroleum sulfate.  Like
18  sulfur.  It was like a sulfur burning drug.
19     Q.    Okay.
20           What did you mean by "petroleum"?
21     A.    Part of the oil in a sulfur like, you
22  know?  It stunk, but yet it burned.  You know, it
23  was mixed together.  Petroleum sulfur.
24     Q.    Okay.
25           So I'm going to specifically talk about

Page 110

1       A.    The same thing that's in there.
2       Q.    On the Facebook posts is what you're
3   referring to?
4       A.    Uh-huh.
5       Q.    Okay.
6             So when you smelled odors at your
7   property, and by that I mean the odors at issue in
8   this lawsuit, how would you react?
9       A.    How did I react?  Oh, my God.  I cried.
10  My eyes hurt.  My head hurt so bad that I couldn't
11  get rid of the headaches.  It's the migraines that
12  like to kill me.  Sometimes it was like I couldn't
13  breathe.  I felt like the air was smothering me.  It
14  was horrible.  It burned my nose.  It was horrible.
15            My poor husband on that oxygen, he would
16  be here today if not for that helping him die.
17      Q.    Okay.
18      A.    And I truly believe that.
19      Q.    Would the odors change any of your
20  activities?
21      A.    Well, I surely wouldn't go outside.  I'd
22  stay inside as much as I could.  Or leave.
23      Q.    Okay.
24            Were there any activities that you would
25  stop doing once you smelled the odors aside from

1    expect to do any of that.  But I wanted to know.
2        Q.    Yeah.  Okay.
3              I'm sure your attorney will give you a
4    similar warning for this next set of questions.  But
5    I just want to clarify in advance for these next few
6    questions.  I'm not asking about the substance of
7    any of your conversations with your attorneys.  Just
8    asking more facts about it.  So you don't need to
9    disclose any of the substance of those
10   conversations.
11       A.    Okay.
12       Q.    What is your understanding of what this
13   lawsuit is about?
14             MR. CHILDERS:  Admonishment since hers
15             is slightly off.  It's not that you don't
16             need to disclose the substance of the
17             conversation.  It's that you may not
18             disclose the substance of our
19             conversations.  It's privileged.  So
20             don't disclose anything we talked about,
21             okay?  If you can answer her question
22             without doing that.
23             THE WITNESS:  Okay.
24       A.    Will you repeat the question?
25       Q.    What is your understanding of what this

Page 150

1      lawsuit is about?
2          A.    I can tell you what my understanding and
3      what I am here for.
4          Q.    Okay.
5          A.    It's three things.  And I think I
6      mentioned this before.  First of all, I'm doing this
7      for my husband.  Because he would be here today, I
8      think, if he didn't have the fumes and the sulfur
9      and all in his lungs too.  Secondly, I'm doing it
10     for me because I feel like I suffered so much with
11     this and then worrying about him.  It was just -- it
12     went on so long and nobody would do anything about
13     it.  And three, I'm doing it for my neighbors and
14     the people on Facebook that have children that have
15     allergies and asthma and all, and had problems and
16     had to go through it.
17               That's my understanding.  I want it
18     brought forward what happened to us.  And how
19     detrimental that the people that are trying the
20     case, don't understand -- seem not to understand how
21     we suffered and all.  And nobody would do anything
22     about it.
23         Q.    Okay.  Sorry to ask these questions.
24     Just want a little bit of background.
25               But with respect to your husband, did

1           You know, it's like I said, that's just
2   me.  I'm just very protective.
3        Q.    What about 2018?  Same question.
4        A.    The same.
5        Q.    Same answer?
6        A.    Same answer.
7        Q.    What about 2019?
8        A.    '19 they maybe came over a little bit
9   more.  But they're getting older and they starting
10  to have their own life.  And...
11       Q.    Okay.
12             Prior to the smell, prior to the odor
13  that you're making a claim for, did your
14  grandchildren come over to see you more often then
15  they did when the odor was present?
16       A.    The younger ones did.  Because I'd keep
17  them and they'd sleep over a few times when they
18  were young.
19       Q.    Okay.
20             Really, this is your chance to tell the
21  Defendants and their lawyers anything else.  Is
22  there anything else that you feel like you should
23  have talked about today that you didn't get an
24  opportunity to do when Ms. Krebs was asking you
25  questions?

1      A.   No.  I think I explained myself.  That
2  this is a threefold thing for me.  One, for my
3  husband, one for me and one for my neighbors.  And
4  my heart goes out to all of them.  And I wish I had
5  my husband still here and he didn't have that.  And
6  that's about it.
7      Q.   I appreciate that.  I just want to make
8  sure that they understood.  So let's get the record
9  clear.  You are not claiming -- strike that.
10          Are you claiming that the smells caused
11  your husband's death?
12     A.   My whole heart thinks that he would be
13  here longer if it wasn't for that smell going
14  through his system.  Because I know what I went
15  through, so I can imagine what he went through.
16     Q.   I appreciate it.  I know it's difficult
17  for you to talk about this stuff.
18     A.   It is.
19     Q.   So I don't have any further questions.
20  They might have some follow-up questions.  If not,
21  you can go.
22     A.   Thank you.  You've got to call me an
23  Uber.
24     Q.   We'll call you an Uber.
25          MS. KREBS:  No further questions here.