UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>      Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>      Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### DEFENDANTS' MOTION IN *LIMINE* TO PROHIBIT COLLECTIVELY REFERRING TO DEFENDANTS AS "WASTE CONNECTIONS"

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. (collectively "Movants") respectfully submit this motion and request that the Court require all parties and their witnesses, both in argument and in testimony, to specify which Movant they are referring to, and prohibit them from collectively referring to them as "Waste Connections" or representing to the jury that Movants are all one company.

Movants' argument rests on two grounds: (1) there is no legal entity named "Waste Connections," so reference to Movants as one entity known as "Waste Connections" would be false and misleading; and (2) erroneously referring to Movants collectively as "Waste Connections" would violate each Movant's due process right to hear the individual evidence against it, would cause undue prejudice, and would likely to lead to jury confusion as to what evidence is produced against which Movant.

WHEREFORE, Movants respectfully request that the Court grant their Motion in *Limine* and require all parties and their witnesses, both in argument and in testimony, to specify which

Movant they are referring to, and prohibit them from collectively referring to Movants as "Waste Connections" or representing to the jury that Movants are all one company.

        Respectfully submitted,

        LISKOW & LEWIS, APLC

        By:   /s/ Michael C. Mims
             Michael Cash (#31655)
             Cherrell Simms Taplin (#28227)
             Michael C. Mims (#33991)
             Brady M. Hadden (#37708)
             Alec N. Andrade (#38659)
             J. Hunter Curtis (#39150)
             701 Poydras Street, Suite 5000
             New Orleans, LA 70139
             Telephone: (504) 581-7979
             Telefax: (504) 556-4108

        BEVERIDGE & DIAMOND, P.C.

        Megan R. Brillault (*pro hac vice*)
        Michael G. Murphy (*pro hac vice*)
        John H. Paul (*pro hac vice*)
        Katelyn E. Ciolino (*pro hac vice*)
        Katrina M. Krebs (*pro hac vice*)
        825 Third Avenue, 16th Floor
        New York, NY 10022
        (212) 702-5400

        James B. Slaughter (*pro hac vice*)
        1900 N Street, NW, Suite 100
        Washington, DC 20036
        (202) 789-6000

        Michael F. Vitris (*pro hac vice*)
        400 W. 15th Street, Suite 1410
        Austin, TX 78701
        (512) 391-8035

        *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case management system on July 17, 2024.

/s/ Michael C. Mims