

JOHN BEL EDWARDS
GOVERNOR

CHUCK CARR BROWN, PH.D.
SECRETARY

# State of Louisiana
## DEPARTMENT OF ENVIRONMENTAL QUALITY
## OFFICE OF ENVIRONMENTAL COMPLIANCE

June 22, 2018

CERTIFIED MAIL (7017 2400 0000 7557 4863)
RETURN RECEIPT REQUESTED

**JEFFERSON PARISH GOVERNMENT**
c/o Michael S. Yenni, Parish President
Agent for Service of Process
1221 Elmwood Park Blvd., Suite 1002
Jefferson, LA 70123

RE:  **COMPLIANCE ORDER**
     **ENFORCEMENT TRACKING NO. SE-C-18-00372**
     **AGENCY INTEREST NO. 6961**

Dear Sir:

Pursuant to the Louisiana Environmental Quality Act (La. R.S. 30:2001, et seq.), the attached **COMPLIANCE ORDER** is hereby served on **JEFFERSON PARISH GOVERNMENT (RESPONDENT)** for the violations described therein.

Compliance is expected within the maximum time period established by each part of the **COMPLIANCE ORDER**. The violations cited in the **COMPLIANCE ORDER** could result in the issuance of a civil penalty or other appropriate legal actions.

Any questions concerning this action should be directed to Kelly O'Neal at (225) 219-3932.

Sincerely,

Celena J. Cage
Administrator
Enforcement Division

CJC/KAO/kao
Alt ID No. P-0297R1
Attachment



EXHIBIT 13

Post Office Box 4312 • Baton Rouge, Louisiana 70821-4312 • Phone 225-219-3715 • Fax 225-219-3708
www.deq.louisiana.gov

WC_JPLF_00162520

STATE OF LOUISIANA
DEPARTMENT OF ENVIRONMENTAL QUALITY

OFFICE OF ENVIRONMENTAL COMPLIANCE

| | | |
|---|---|---|
| IN THE MATTER OF | * | |
| | * | |
| JEFFERSON PARISH GOVERNMENT | * | ENFORCEMENT TRACKING NO. |
| JEFFERSON PARISH | * | |
| ALT ID NO. P-0297R1 | * | SE-C-18-00372 |
| | * | |
| | * | AGENCY INTEREST NO. |
| | * | |
| PROCEEDINGS UNDER THE LOUISIANA | * | 6961 |
| ENVIRONMENTAL QUALITY ACT, | * | |
| La. R.S. 30:2001, ET SEQ. | * | |

## COMPLIANCE ORDER

The following **COMPLIANCE ORDER** is issued to the **JEFFERSON PARISH GOVERNMENT (RESPONDENT)** by the Louisiana Department of Environmental Quality (the Department), under the authority granted by the Louisiana Environmental Quality Act (the Act), La. R.S. 30:2001, et seq., and particularly by La. R.S. 30:2025(C) and 30:2050.2.

### FINDINGS OF FACT

I.

The Respondent owns and/or operates a landfill known as the Jefferson Parish Sanitary Landfill located at 5800 Highway 90 West in Avondale, Jefferson Parish, Louisiana. The facility is a Type I/II landfill permitted to accept municipal solid waste, commercial solid waste, non-hazardous industrial waste, trash, construction debris, vegetative waste, dewatered municipal wastewater sludge, and compatible non-hazardous industrial waste. The landfill is currently operating under Standard Permit P-0297R1.

II.

On or about April 27, 2018 and April 30, 2018, the Department conducted inspections at the above referenced facility to determine the degree of compliance with the Act and the supporting Regulations. While the investigation by the Department is not yet complete, the following violations were noted during the course of the inspection:

A.  The Respondent failed to provide sufficient daily cover to the entire open working face, in accordance with Part II, Section 521.E.4.a of the Solid Waste Permit Application and LAC 33:VII.711.B.2.a, in violation of Conditions 7 & 8 of Standard Permit P-0297R1, LAC 33:VII.711.B.2.f and LAC 33:VII.901.A. Specifically, prior to being uncovered for the day, areas of exposed wastes without tarps were observed near the tipping area. Additionally, a portion of the working face had exposed waste without adequate cover.

B.  The Respondent failed to properly operate the leachate collection system, in violation of Part II, Section 521.G.2.a of the Solid Waste Permit Application, in violation of Conditions 7 & 8 of Standard Permit P-0297R1, and LAC 33:VII.901.A. Specifically, areas of pooled leachate and one (1) area of leachate flowing downhill from the pooled leachate were observed. A representative of the Respondent stated that the leachate collection system was not operating properly.

## COMPLIANCE ORDER

Based on the foregoing, the Respondent is **hereby ordered:**

I.

To take, immediately upon receipt of this **COMPLIANCE ORDER**, any and all steps necessary to meet and maintain compliance with the Solid Waste Regulations and Standard Permit P-0297R1.

II.

To institute procedures, immediately upon receipt of this **COMPLIANCE ORDER**, to ensure daily cover material is applied to the entire open working face and maintained, in accordance with Part II, Section 521.E.4.a of the Solid Waste Permit Application, and LAC 33:VII.711.B.2.a.

III.

To remove, immediately upon receipt of this **COMPLIANCE ORDER**, any areas of pooled leachate, and ensure the leachate collection system is properly operated and maintained, in accordance with Part II, Section 521.G.2.a of the Solid Waste Permit Application.

IV.

To submit to the Enforcement Division, within thirty (30) days after receipt of this **COMPLIANCE ORDER**, a written report that includes a detailed description of the circumstances surrounding the cited violations and actions taken or to be taken to achieve compliance with the Order

WC_JPLF_00162522

Portion of this **COMPLIANCE ORDER**. This report and all other reports or information required to be submitted to the Enforcement Division by this **COMPLIANCE ORDER** shall be submitted to:

    Office of Environmental Compliance
    Post Office Box 4312
    Baton Rouge, Louisiana 70821-4312
    **Attn: Kelly O'Neal**
    **Re:**   **Enforcement Tracking No. SE-C-18-00372**
          **Agency Interest No. 6961**

**THE RESPONDENT SHALL FURTHER BE ON NOTICE THAT:**

I.

The Respondent has a right to an adjudicatory hearing on a disputed issue of material fact or of law arising from this **COMPLIANCE ORDER**. This right may be exercised by filing a written request with the Secretary no later than thirty (30) days after receipt of this **COMPLIANCE ORDER**.

II.

The request for an adjudicatory hearing shall specify the provisions of the **COMPLIANCE ORDER** on which the hearing is requested and shall briefly describe the basis for the request. This request should reference the Enforcement Tracking Number and Agency Interest Number, which are located in the upper right-hand corner of the first page of this document and should be directed to the following:

    Department of Environmental Quality
    Office of the Secretary
    Post Office Box 4302
    Baton Rouge, Louisiana 70821-4302
    **Attn: Hearings Clerk, Legal Division**
    **Re:**   **Enforcement Tracking No. SE-C-18-00372**
          **Agency Interest No. 6961**

III.

Upon the Respondent's timely filing a request for a hearing, a hearing on the disputed issue of material fact or of law regarding this **COMPLIANCE ORDER** may be scheduled by the Secretary of the Department. The hearing shall be governed by the Act, the Administrative Procedure Act (La. R.S. 49:950, et seq.), and the Division of Administrative Law's (DAL) Procedural Rules. The Department may amend or supplement this **COMPLIANCE ORDER** prior to the hearing, after providing sufficient notice and an opportunity for the preparation of a defense for the hearing.

IV.

This **COMPLIANCE ORDER** shall become a final enforcement action unless the request for hearing is timely filed. Failure to timely request a hearing constitutes a waiver of the Respondent's right

3

IV.

This **COMPLIANCE ORDER** shall become a final enforcement action unless the request for hearing is timely filed. Failure to timely request a hearing constitutes a waiver of the Respondent's right to a hearing on a disputed issue of material fact or of law under Section 2050.4 of the Act for the violation(s) described herein.

V.

The Respondent's failure to request a hearing or to file an appeal or the Respondent's withdrawal of a request for hearing on this **COMPLIANCE ORDER** shall not preclude the Respondent from contesting the findings of facts in any subsequent penalty action addressing the same violation(s), although the Respondent is estopped from objecting to this **COMPLIANCE ORDER** becoming a permanent part of its compliance history.

VI.

Civil penalties of not more than twenty-seven thousand five hundred dollars ($27,500) for each day of violation for the violation(s) described herein may be assessed. For violations which occurred on August 15, 2004, or after, civil penalties of not more than thirty-two thousand five hundred dollars ($32,500) may be assessed for each day of violation. The Respondent's failure or refusal to comply with this **COMPLIANCE ORDER** and the provisions herein will subject the Respondent to possible enforcement procedures under La. R.S. 30:2025, which could result in the assessment of a civil penalty in an amount of not more than fifty thousand dollars ($50,000) for each day of continued violation or noncompliance.

VII.

For each violation described herein, the Department reserves the right to seek civil penalties in any manner allowed by law, and nothing herein shall be construed to preclude the right to seek such penalties.

VIII.

To request closure of this **COMPLIANCE ORDER**, the Respondent must demonstrate compliance with the "Order" portion of this **COMPLIANCE ORDER** by completing the attached "**COMPLIANCE ORDER REQUEST TO CLOSE**" form and returning it to the address specified.

WC_JPLF_00162524

IX.

This **COMPLIANCE ORDER** is effective upon receipt.

Baton Rouge, Louisiana, this 22rd day of June, 2018.

Lourdes Iturralde
Assistant Secretary
Office of Environmental Compliance

5

, WC_JPLF_00162525

Copies of a request for a hearing and/or related correspondence should be sent to:

Louisiana Department of Environmental Quality
Office of Environmental Compliance
Enforcement Division
P.O. Box 4312
Baton Rouge, LA  70821-4312
Attention:  Kelly O'Neal

6

WC_JPLF_00162526

| LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY<br>OFFICE OF ENVIRONMENTAL COMPLIANCE<br>ENFORCEMENT DIVISION<br>POST OFFICE BOX 4312<br>BATON ROUGE, LOUISIANA 70821-4312 | | COMPLIANCE ORDER<br>REQUEST TO CLOSE | |  | |
|---|---|---|---|---|---|
| **Enforcement Tracking No.** | SE-C-18-00372 | **Contact Name** | Kelly O'Neal | | |
| **Agency Interest (AI) No.** | 6961 | **Contact Phone No.** | (225) 219-3932 | | |
| **Alternate ID No.** | P-0297R1 | | | | |
| **Respondent:** | JEFFERSON PARISH GOVERNMENT | **Facility Name:** | Jefferson Parish Sanitary Landfill | | |
| | c/o Michael S. Yenni, Parish President<br>Agent for Service of Process | **Physical Location:** | 5800 Highway 90 West | | |
| | 1221 Elmwood Park Blvd., Suite 1002 | **City, State, Zip:** | Avondale, LA 70094 | | |
| | Jefferson, LA 70123 | **Parish:** | JEFFERSON | | |

### STATEMENT OF COMPLIANCE

| STATEMENT OF COMPLIANCE | Date Completed | Copy Attached? |
|---|---|---|
| A written report was submitted in accordance with Paragraph IV of the "Order" portion of the **COMPLIANCE ORDER**. | | |
| All items in the "Findings of Fact" portion of the **COMPLIANCE ORDER** were addressed and the facility is being operated to meet and maintain the requirements of the "Order" portion of the **COMPLIANCE ORDER**. Final compliance was achieved as of: | | |

### CERTIFICATION STATEMENT

*I certify, under provisions in Louisiana and United States law that provide criminal penalties for false statements, that based on information and belief formed after reasonable inquiry, the statements and information attached and the compliance statement above, are true, accurate, and complete. I also certify that I do not owe outstanding fees or penalties to the Department for this facility or any other facility I own or operate. I further certify that I am either the Respondent or an authorized representative of the Respondent.*

| Respondent's Signature | Respondent's Printed Name | Respondent's Title |
|---|---|---|
| | | |

| Respondent's Physical Address | Respondent's Phone # | Date |
|---|---|---|
| | | |

### MAIL COMPLETED DOCUMENT TO THE ADDRESS BELOW:

Louisiana Department of Environmental Quality
Office of Environmental Compliance
Enforcement Division
P.O. Box 4312
Baton Rouge, LA 70821
Attn: Kelly O'Neal

7