UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL** | * | **CIVIL ACTION NO.** |
| | * | **19-11133 C/W 19-14512** |
| | * | |
| | * | **SECTION "E-5"** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| | * | |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL** | * | **MAGISTRATE JUDGE NORTH** |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION DATE

PLEASE TAKE NOTICE that Defendants', Aptim Corp. and Jefferson Parish, Motion in Limine to Exclude Introduction of the Compliance Orders Issued by the Louisiana Department of Environmental Quality is noticed for submission on August 14, 2024, at 10:00 a.m. before the Honorable Susie Morgan, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

In light of the August 12, 2024 trial date, Defendants intend to contact the Court following the filing of their Motion to inquire as to the possibility of a submission date of August 1, 2024 or other appropriate date.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading was served upon all counsel of record in the parties named herein through the Court's ECF system.

Metairie, Louisiana, this 17th day of July, 2024.

    /s/ *Michael S. Futrell*
    MICHAEL S. FUTRELL

Respectfully submitted,

**CONNICK AND CONNICK, LLC**

    */s/ Michael S. Futrell*
W. PETER CONNICK, LA. BAR NO. 14158
MICHAEL S. FUTRELL, LA. BAR NO. 20819
MATTHEW D. MOGHIS, LA. BAR NO. 33994
3421 N. Causeway Boulevard, Suite 408
Metairie, Louisiana 70002
Telephone:   (504) 681-6663
Facsimile:   (504) 838-9903
E-mail:   mfutrell@connicklaw.com
          moghis@connicklaw.com

*Counsel for Defendant, Jefferson Parish*

**GIEGER, LABORDE & LAPEROUSE, L.L.C.**

By:   /s/ Nicholas S. Bergeron
Ernest P. Gieger, Jr. (6154)
John E. W. Baay (22928)
J. Michael DiGiglia (24378)
Nicholas S. Bergeron (37585)
Blaise Chadwick Hill (*pro hac vice*)
Gieger, Laborde & Laperouse, L.L.C.
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*