# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## CONTRACTOR DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE OF THE WEALTH, REVENUE, PROFITS, AND SIZE OF DEFENDANTS

Defendants Aptim Corporation, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc. and Waste Connections US, Inc. (collectively, the "Contractor Defendants"), respectfully request that the Court preclude all reference, evidence, and argument concerning the wealth, revenue, profits, or size of the Contractor Defendants. For the reasons set forth more fully in the accompanying memorandum of law, the size or wealth of a party is irrelevant to Plaintiffs' nuisance and negligence claims and evidence or argument of this type will only cause prejudice and confusion in the upcoming jury trial.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, the Contractor Defendants pray that their Motion to Exclude be granted, and that the Court order the exclusion of all reference, evidence, and testimony concerning the wealth, profits, revenue, and size of the parties.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:   */s/ Michael C. Mims*
      Michael Cash (#31655)
      Cherrell Simms Taplin (#28227)
      Michael C. Mims (#33991)
      Brady M. Hadden (#37708)
      J. Hunter Curtis (#39150)
      Alec Andrade (#38659)
      701 Poydras Street, Suite 5000
      New Orleans, Louisiana  70139
      (504) 581-7979


BEVERIDGE & DIAMOND, P.C.

John H. Paul (*pro hac vice*)
Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

2

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   /s/ J. Michael DiGiglia
      Ernest P. Gieger, Jr. (6154)
      John E. W. Baay (22928)
      J. Michael DiGiglia (24378)
      Nicholas S. Bergeron (37585)
      Blaise Chadwick Hill (*pro hac vice*)
      Gieger, Laborde & Laperouse, L.L.C.
      Hancock Whitney Center
      701 Poydras Street, Suite 4800
      New Orleans, Louisiana 70139
      Telephone: (504) 561-0400
      Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on July 17, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Michael C. Mims    
OF COUNSEL
