# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

### WASTE CONNECTIONS DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY AND OTHER DISCOVERY DISPUTES

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc. and Waste Connections US, Inc. ("Waste Connections Defendants"), respectfully request that the Court exclude any evidence or testimony concerning Plaintiffs' state court motion for expedited discovery (including the Waste Connections Defendants' opposition), other discovery motions, affidavits and declarations filed in support of those other motions, and the court's decisions on the discovery motions. For the reasons set forth more fully in the accompanying memorandum of law, this evidence and testimony are not probative to any material facts of this case, would merely present evidence available through witnesses and other documents, and would be unduly prejudicial to the Defendants because they would confuse and distract the jury from the evidence presented in this case.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, Waste Connections Defendants pray that their Motion to Exclude be granted, and that the Court order the exclusion of any evidence or testimony concerning Plaintiffs' state court motion for expedited discovery (including the Waste Connections Defendants' opposition), other discovery motions,

affidavits and declarations filed in support of those motions, and the court's decisions on those motions.

        Respectfully submitted,

        LISKOW & LEWIS, APLC

        By:   */s/ Michael C. Mims*
            Michael Cash (#31655)
            Cherrell Simms Taplin (#28227)
            Michael C. Mims (#33991)
            Brady M. Hadden (#37708)
            J. Hunter Curtis (#39150)
            Alec Andrade (#38659)
            701 Poydras Street, Suite 5000
            New Orleans, Louisiana  70139
            (504) 581-7979

        BEVERIDGE & DIAMOND, P.C.

        John H. Paul (*pro hac vice*)
        Megan R. Brillault (*pro hac vice*)
        Michael G. Murphy (*pro hac vice*)
        Katelyn E. Ciolino (*pro hac vice*)
        Katrina M. Krebs (*pro hac vice*)
        825 Third Avenue, 16th Floor
        New York, NY 10022
        (212) 702-5400

        James B. Slaughter (*pro hac vice*)
        1900 N Street, NW, Suite 100
        Washington, DC 20036
        (202) 789-6000

        Michael F. Vitris (*pro hac vice*)
        400 W. 15th Street, Suite 1410
        Austin, TX 78701
        (512) 391-8035

        *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on July 17, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael C. Mims
OF COUNSEL
