UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Defendants Louisiana Reginal Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. (collectively, the "Waste Connections Defendants") will bring the attached Motion *in Limine* for submission before the Honorable Susie Morgan, United States District Judge, 500 Poydras Street, New Orleans, Louisiana 70130, on August 14, 2024, at 10:00 a.m., or as soon thereafter as counsel can be heard.

In light of the August 12, 2024 trial date, the Waste Connections Defendants intend to contact the Court following the filing of their motion to inquire as to the possibility of a submission date of August 1, 2024 or other appropriate date.

        Respectfully submitted,

        LISKOW & LEWIS, APLC

    By:   /s/ Michael C. Mims
           Michael Cash (#31655)
           Cherrell Simms Taplin (#28227)
           Michael C. Mims (#33991)
           Brady M. Hadden (#37708)
           J. Hunter Curtis (#39150)
           Alec Andrade (#38659)
           701 Poydras Street, Suite 5000
           New Orleans, LA 70139
           (504) 581-7979

2

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on July 17, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael C. Mims
OF COUNSEL
