UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>**Plaintiffs**<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL**<br>**COMPANY, ET AL.,**<br>**Defendants** | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants Aptim Corp., Louisiana Regional Landfill Company, Waste Connections Bayou, Inc. and Waste Connections US, Inc. will bring the attached Motion *in Limine* for submission before the Honorable Susie Morgan, United States District Judge, 500 Poydras Street, New Orleans, Louisiana 70130, on August 14, 2024, at 10:00 a.m., or as soon thereafter as counsel can be heard.

In light of the August 12, 2024 trial date, Defendants intend to contact the Court following the filing of their motion to inquire as to the possibility of a submission date of August 1, 2024 or other appropriate date.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:  /s/ Michael C. Mims
  Michael Cash (#31655)
  Cherrell Simms Taplin (#28227)
  Michael C. Mims (#33991)
  Brady M. Hadden (#37708)
  J. Hunter Curtis (#39150)
  Alex Andrade (#38659)
  701 Poydras Street, Suite 5000
  New Orleans, LA 70139
  (504) 581-7979

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000


Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*


GIEGER, LABORDE & LAPEROUSE, L.L.C.

By: ___/s/ Nicholas S. Bergeron_____
Ernest P. Gieger, Jr. (6154)
John E. W. Baay (22928)
J. Michael DiGiglia (24378)
Nicholas S. Bergeron (37585)
Blaise Chadwick Hill (*pro hac vice*)
Gieger, Laborde & Laperouse, L.L.C.
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on July 17, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                 /s/ Michael C. Mims
                                                                     OF COUNSEL