## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** <br> **Plaintiffs** | **CIVIL ACTION** <br><br> **NO. 19-11133, c/w 19-14512** |
| **VERSUS** | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL** <br> **COMPANY, ET AL.,** <br> **Defendants** | **JUDGE: Morgan** <br> **MAGISTRATE JUDGE: North** |

## WASTE CONNECTIONS DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF GENEVA GREEN

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of the District Court for the Eastern District of Louisiana, Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company (collectively, the "Waste Connections Defendants") propound the following interrogatories on Plaintiff Geneva Green.

## INTERROGATORIES

The definitions and instructions attached as Appendix A (after the Certificate of Service) apply to these interrogatories.

## INTERROGATORY NO. 1:

Identify all persons and governmental entities with whom you have communicated or to whom you have complained about emissions, including odors, gases, and particulates, on your property or elsewhere in Jefferson Parish from January 1, 2015, to present, and describe the dates, times, and substance of all such communications.

**INTERROGATORY NO. 2:**

Identify all persons who experienced or may have experienced symptoms or an illness caused by onsite exposure to emissions, including odors, gases, and particulates, at the Jefferson Parish Landfill, River Birch Landfill, or Hwy 90 Construction & Demolition Debris Landfill between January 1, 2015, to present that are known to you or your counsel, and describe the dates, symptoms, or illness, and circumstances of exposure.

**INTERROGATORY NO. 3:**

Identify every demand, lawsuit, or workers' compensation claim that you have made or filed or that has been made or filed on your behalf involving (i) allegations of exposure to emissions, including odors, gases, and particulates, (regardless of the source), or (ii) since January 1, 2015, allegations of the types of injuries you allege in this action. Your response should identify the case or claim number; all parties and their attorneys; the date the demand, lawsuit, or claim was made or filed; the body before which the demand, suit, or claim was made or filed; the nature of the demand, lawsuit, or claim; the present status of the demand, suit, or claim; and if concluded, the final result of the demand, suit, or claim, including the amount of any settlement or judgment.

**INTERROGATORY NO. 4:**

Identify all community or neighborhood meetings or meetings of a governmental entity you attended between January 1, 2015 to present, relating to (i) the Jefferson Parish Landfill or any other alleged source of emissions, including odors, gases, and particulates, (ii) emissions, including odors, gases, and particulates, you experienced in Jefferson Parish, or (iii) the facts, claims, or injuries you allege in this action. Your response should identify the date and time of, speakers at, and subject of the meeting.

**INTERROGATORY NO. 5:**

Identify each of your places of employment from January 1, 2015 to present, including:

    a.  The name and address of each of your employers;

    b.  For each employer, the dates of your employment;

    c.  For each employer, the job title(s) or position(s) you held;

    d.  For each employer, your job duties during the term of employment; and

    e.  For each employer, whether you ever handled gaseous or odorous materials or were exposed to any emissions, including odors, gases, and particulates, during your employment, including the type and nature of the exposures; the duration, strength, and frequency of the exposures; any injuries or annoyances that you experienced in connection with such exposures; whether you placed any complaints to your employer or any governmental agency concerning such exposure; whether you took any leave as a result of such exposure; and whether you received any compensation related to such exposure or the leave that you took as a result of such exposure.

**INTERROGATORY NO. 6:**

Identify all physicians, healthcare providers, or other medical professionals who treated, consulted with, or examined you between January 1, 2015, to present, including:

    a.  The name of the physician, health care provider, or other medical professional;

    b.  The name and address of the facility at which you sought treatment, were examined by, or consulted with the physician, health care provider, or other medical professional;

    c.  The dates when you sought treatment from, were examined by, or consulted with the

physician, health care provider, or other medical professional; and

d.  The condition for which you sought treatment from, were examined by, or consulted with the physician, health care provider, or other medical professional.

**INTERROGATORY NO. 7:**

Identify all pharmacies where you filled your prescription(s) between January 1, 2015, to present, including (i) the name and address of the pharmacy, (ii) the dates during which you filled prescriptions at the pharmacy, and (iii) the prescriptions you filled at the pharmacy.

**INTERROGATORY NO. 8:**

For each category of damages that you claim or seek, identify the amount of damages you claim or seek and explain in detail the basis for the amount.

**INTERROGATORY NO. 9:**

State the facts supporting your contention that your injuries were caused by emissions, including odors, gases, or particulates, from the Jefferson Parish Landfill.

**INTERROGATORY NO. 10:**

State the facts supporting your contention that your injuries were caused by:

a.  The Waste Connections Defendants

b.  Aptim Corp.

c.  Parish of Jefferson

Date: May 2, 2023                    Respectfully submitted,

                                     LISKOW & LEWIS, APLC

                                     By:    /s/ Michael C. Mims        
                                           Michael C. Mims (#33991)
                                           Charles B. Wilmore (#28812)
                                           J. Hunter Curtis (#39150)
                                           Alec Andrade (#38659)
                                           Cecilia Vazquez Wilson (#39373)
                                         Brady M. Hadden (#37708)
                                         701 Poydras Street, Suite 5000
                                         New Orleans, Louisiana 70139
                                         (504) 581-7979

                                         BEVERIDGE & DIAMOND, P.C.

                                       Megan R. Brillault (*pro hac vice*)
                                         Michael G. Murphy (*pro hac vice*)
                                         John H. Paul (*pro hac vice*)
                                       Katelyn E. Ciolino (*pro hac vice*)
                                       Katrina M. Krebs (*pro hac vice*)
                                       825 Third Avenue, 16th Floor
                                       New York, NY 10022
                                       (212) 702-5400

                                       James B. Slaughter (*pro hac vice*)
                                       1900 N Street, NW, Suite 100
                                       Washington, DC 20036
                                       (202) 789-6000

                                       Michael F. Vitris (*pro hac vice*)
                                       400 W. 15th Street, Suite 1410
                                       Austin, TX 78701
                                       (512) 391-8035

                                       *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was served on all counsel of record by e-mail this 2nd day of May 2023.

/s/ Michael C. Mims
OF COUNSEL

## APPENDIX A

## DEFINITIONS

The following definitions shall apply to the interrogatories:

1.      "Communicate" or "communication" refers to the transmittal of information by any means, and includes every discussion, conversation, conference, meeting, interview, letter, e-mail, telephone call, voicemail, text message, social media post, or other electronic instant message.

1.      "Complaint" means Plaintiffs' First Amended and Supplemental Omnibus Complaint for Damages and Injunctive Relief, filed July 14, 2020, ECF No. 109, as well as any amendment to that Complaint.

2.      "Concerning" means relating to, referring to, describing, stating, restating, evidencing, evaluating, constituting, addressing, regarding, discussing, mentioning, reflecting, responding to, identifying, pertaining to, about, or being in any way relevant to the given subject.

3.      "Data" means information, including information for reading, storage, or access on a computer.

4.      "Describe" means to state all grounds, bases, facts, and applicable dates (e.g., the dates of any events, incidents, or communications), and identify all persons involved and related documents.

5.      "Document" means any written, printed, typed, recorded, or graphic matter of any kind and shall include the original or a duplicate and all non-duplicate copies and all drafts thereof, which presently are or have been in the actual or constructive possession, custody, or control of Plaintiffs or their counsel, or which have been otherwise available to Plaintiffs, in paper, electronic, or other recording medium, including correspondence, letters, memoranda, telephone messages, logs, delivery invoices, sales receipts, notes, Internet search results, electronic mail (e-mail)

correspondence and any electronic document or data attached thereto (attachments), bookmarked WebPages, Internet or social media communication and posts (including on Nextdoor, Facebook, Twitter, Instagram, Reddit, and other social media and social messaging platforms, and including any posts in private groups or message rooms), reports, files, books, records, agreements, applications, manuals, guidelines, pamphlets, telegrams, telexes, wires, and other communications sent or received, print-outs, diary entries, calendars, tables, archive, calculations, maps, charts, graphs, plot plans, surveys, blueprints, diagrams, recommendations, work papers, summaries, minutes, digests, and other records or recordings of any conferences, meetings, visits, interviews, telephone conversations, and financial or statistical data, analyses, surveys, transcripts or testimony or written statements, affidavits, or printed matter. The term "document" shall also include every other means by which information is recorded, stored, or transmitted including tape recordings, microfilms, microfiche, data compilations, chromatographs, hard disks, floppy disks, social media posts, data processing and computer records, however produced or reproduced, and the written information necessary to understand and use such material. The term "document" shall also include all photographs, films, slides, audio recordings, video recordings, and tapes, however produced or reproduced. The term "non-duplicate copy" means any copy which is not a precise duplicate of its original, such as any copy with marks or notation or any type of description which are not reflected in the original. The term "document" shall also include all records created by, received on, or kept on a computer, mobile device or telephone, or tablet computer.

      6.     "Emissions" means any airborne substance discharged from any source, including odors, fumes, gases, chemicals, toxins, dust, particulates, and particles.

7.    "Governmental entity" means any local, state, or federal government; any department, agency, committee, council, or other subdivision thereof; or any representative, agent, or employee thereof.

8.    "Hwy 90 Construction & Demolition Debris Landfill" means the landfill located at 5000 Highway 90 West, Avondale, Louisiana 70094.

9.    "Identify" or "identity" means, when used in reference to:

   a.  A natural person, their:

      i.    Full name;

      ii.   Present or last-known home and business address(es) (including street name and number, city or town, state, and zip code) and telephone number(s); and

      iii.  Present or last-known position, business affiliation, and job description.

   b.  A company, corporation, association, partnership, or any legal entity other than   a natural person, its:

      i.    Full name and type of organization or entity;

      ii.   Address and telephone of its principal place of business; and

      iii.  Jurisdiction and date of incorporation or organization, if known.

   c.  A document:

      i.    Its description (e.g., letter, memorandum, report) and number of pages;

      ii.   Its subject matter;

      iii.  The identity of its author, signor, and any person(s) who participated in its preparation;

      iv.   The identity of its addressee or recipient;

     v.   The identity of each person to whom copies were sent and each person by whom copies were received; and

     vi.   Its present location and the identity of its custodian (if any such document was but is no longer in the possession of or subject to the control of Plaintiff, state what disposition was made of it and when in accordance with the instructions below).

   d.  A communication:

     i.   The date, time, and place when and where it occurred;

     ii.   The complete substance of the communication; and

     iii.   The identity of each person to whom such communication was made, each person by whom such communication was made, and each person who was present when such communication was made.

10.     "Including" means including but not limited to.

2.     "Jefferson Parish" means the Parish of Jefferson, Louisiana.

3.     "Jefferson Parish Landfill" means the landfill located at 5800 Highway 90 West, Avondale, Louisiana.

11.     "Person" shall mean any natural or legal entity, including any person, business, or governmental entity or association.

12.     "Relating to" means relating to, concerning, comprising, alluding to, connected with, commenting on, with respect to, about, resulting from, embodying, explaining, supporting, showing, analyzing, setting forth, in respect of, referring to, describing, evidencing, constituting, containing, identifying, stating, dealing with, reflecting, bearing upon, addressing, respecting,

regarding, discussing, mentioning, responding to, pertaining to, to do with, or being in any way relevant to the given subject.

13.     "River Birch Landfill" means the landfill located at 2000 S Kenner Avenue, Avondale, Louisiana 70094.

14.     "Waste Connections Defendants" means Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company.

15.     "You" or "your" shall mean the individual Plaintiff responding to these discovery requests, and counsel, experts, investigators, or other persons acting on Plaintiff's behalf.

## INTERROGATORY INSTRUCTIONS

The following instructions shall apply to all of the interrogatories:

1.     The connectives "and" and "or" shall both mean "and/or" and be construed either disjunctively or conjunctively as necessary to bring within the scope of the interrogatory all responses that might otherwise be construed to be outside of its scope.

2.     The use of the singular form includes the plural, and the use of the plural form includes the singular.

3.     Reference to particular types of documents or facts is not intended to change or waive any definition set forth above.

4.     Respond to each interrogatory. If your response to a specific interrogatory is "none" or "unknown," please write "none" or "unknown" as your response.

5.     If you believe that any interrogatory or some portion thereof is ambiguous or otherwise unclear, identify the language that you deem to be ambiguous or unclear and explain what construction of that language you are using in answering the interrogatory.

6.      If you object to any interrogatory or some portion thereof, set forth all of the reasons for the objection and respond to any unobjectionable portion(s) of the interrogatory not subject to objection.

7.      Each of the interrogatories shall be deemed a continuing request up to and until the time of final judgment in this action.

8.      Verify your responses to the interrogatories.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>**Plaintiffs** | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512** |
| **VERSUS** | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL**<br>**COMPANY, ET AL.,**<br>**Defendants** | |
| | **JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |
| *Applies to: All Cases* | |

## WASTE CONNECTIONS DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION
## TO PLAINTIFF GENEVA GREEN

Pursuant to Rules 26 and 34 of the Federal Rules for Civil Procedure and the Local Rules of the District Court for the Eastern District of Louisiana, Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company (collectively, the "Waste Connections Defendants") propound the following requests for production on Plaintiff Geneva Green.

## REQUESTS FOR PRODUCTION

The definitions and instructions attached as Appendix A (after the Certificate of Service) apply to these requests for production.

## REQUEST FOR PRODUCTION NO. 1:

All documents that you referred to or relied on in responding to any of the Defendants' interrogatories to you, including any documents identified in your responses thereto.

**REQUEST FOR PRODUCTION NO. 2:**

To the extent not already produced, all documents containing general causation information, as identified on pages 5–6 of the Court's First Case Management Order, ECF No. 80.

**REQUEST FOR PRODUCTION NO. 3:**

All communications between you and any Defendant or governmental entity from January 1, 2015, to present, including any confirmations of odor complaints received, relating to (i) the Jefferson Parish Landfill or any other alleged source of emissions, including odors, gases, and particulates, (ii) emissions, including odors, gases, and particulates, you experienced in Jefferson Parish, or (iii) the facts, claims, or injuries you allege in this action.

**REQUEST FOR PRODUCTION NO. 4:**

All communications between you and persons involved with or employed by media organizations, including newspapers, radio stations, podcasts, and television stations, from January 1, 2015, to present, relating to (i) the Jefferson Parish Landfill or any other alleged source of emissions, including odors, gases, and particulates, (ii) emissions, including odors, gases, and particulates, you experienced in Jefferson Parish, or (iii) the facts, claims, or injuries you allege in this action.

**REQUEST FOR PRODUCTION NO. 5:**

All communications between you and any other person from January 1, 2015, to present, relating to (i) the Jefferson Parish Landfill or any other alleged source of emissions, including odors, gases, and particulates, (ii) emissions, including odors, gases, and particulates, you experienced in Jefferson Parish, or (iii) the facts, claims, or injuries you allege in this action.

**REQUEST FOR PRODUCTION NO. 6:**

All documents, including any notes, reports, minutes, videos, or descriptions, of any community or neighborhood meeting or meeting of a governmental entity between January 1, 2015, to present, relating to (i) the Jefferson Parish Landfill or any other alleged source of emissions, including odors, gases, and particulates, (ii) emissions, including odors, gases, and particulates, you experienced in Jefferson Parish, or (iii) the facts, claims, or injuries you allege in this action.

**REQUEST FOR PRODUCTION NO. 7:**

Documents showing your residency from January 1, 2015, to present. Such documents may include a deed, a lease or housing agreement, rent receipts, or utility bills. This includes your residency at 205 Cabinet Drive, Avondale, Louisiana 70094.

**REQUEST FOR PRODUCTION NO. 8:**

All documents from January 1, 2015, to present, relating to the alleged impact on you or your property of emissions, including odors, gases, and particulates, that you assert originated from the Jefferson Parish Landfill. This includes documents relating to any alleged interference with your use and enjoyment or property, interference with your enjoyment of life, or interference with your quality of life.

**REQUEST FOR PRODUCTION NO. 9:**

All documents from January 1, 2015, to present, identifying or relating to a source (known or unknown) of emissions, including odors, gases, and particulates, in Jefferson Parish, other than the Jefferson Parish Landfill, and the alleged impact on you or your property of emissions, including odors, gases, and particulates, from that source, including any alleged interference with

your use and enjoyment or property, interference with your enjoyment of life, or interference with your quality of life.

**REQUEST FOR PRODUCTION NO. 10:**

Photographs of your property where you allegedly experienced emissions, including odors, gases, or particulates, from the Jefferson Parish Landfill. This includes the property located at 205 Cabinet Drive, Avondale, Louisiana 70094.

**REQUEST FOR PRODUCTION NO. 11:**

Documents identifying your place or places of employment from January 1, 2015, to present.

**REQUEST FOR PRODUCTION NO. 12:**

All documents relating to the treatment you sought from a physician, healthcare provider, or other medical professional for physical or mental injury or injuries from January 1, 2015, to present.

**REQUEST FOR PRODUCTION NO. 13:**

All documents relating to or that you will use to support your contention that persons experienced or may have experienced symptoms or an illness caused by onsite exposure to emissions, including odors, gases, and particulates, at the Jefferson Parish Landfill, River Birch Landfill, or Hwy 90 Construction & Demolition Debris Landfill. This includes all documents in the possession of your counsel.

**REQUEST FOR PRODUCTION NO. 14:**

Any consultant or expert reports in your possession or the possession of your counsel relating to emissions, including odors, gases, and particulates, you have smelled at your property or elsewhere in Jefferson Parish.

**REQUEST FOR PRODUCTION NO. 15:**

All documents in your possession relating to any other demand, lawsuit, or worker's compensation claim that you have made or filed or that has been made or filed on your behalf involving (i) allegations of exposure to emissions, including odors, gases, and particulates, (regardless of the source), or (ii) since January 1, 2015, allegations of the types of injuries you allege in this action.

**REQUEST FOR PRODUCTION NO. 16:**

All documents relating to or that you will use to support your contention that Jefferson Parish Landfill emissions, including odors, gases, and particulates, or any of the Defendants caused your injuries.

**REQUEST FOR PRODUCTION NO. 17:**

Any documents that were the source of the information in your Fact Sheet, including any prior versions of the Fact Sheet with handwritten responses.

**REQUEST FOR PRODUCTION NO. 18:**

All documents, including any retainer or other agreement, relating to the terms of your representation by your lawyers in this case or the funding of this litigation.

**REQUEST FOR PRODUCTION NO. 19:**

All documents from January 1, 2015, to present relating to repairs at your property at 205 Cabinet Drive, Avondale, Louisiana 70094.

Date: May 2, 2023                    Respectfully submitted,

LISKOW & LEWIS, APLC

By:     /s/ Michael C. Mims
            Michael C. Mims (#33991)
            Charles B. Wilmore (#28812)
            J. Hunter Curtis (#39150)
            Alec Andrade (#38659)
            Cecilia Vazquez Wilson (#39373)
            Brady M. Hadden (#37708)
            701 Poydras Street, Suite 5000
            New Orleans, Louisiana  70139
            (504) 581-7979

            BEVERIDGE & DIAMOND, P.C.

            Megan R. Brillault (*pro hac vice*)
            Michael G. Murphy (*pro hac vice*)
            John H. Paul (*pro hac vice*)
            Katelyn E. Ciolino (*pro hac vice*)
            Katrina M. Krebs (*pro hac vice*)
            825 Third Avenue, 16th Floor
            New York, NY 10022
            (212) 702-5400

            James B. Slaughter (*pro hac vice*)
            1900 N Street, NW, Suite 100
            Washington, DC 20036
            (202) 789-6000

            Michael F. Vitris (*pro hac vice*)
            400 W. 15th Street, Suite 1410
            Austin, TX 78701
            (512) 391-8035

            *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all counsel of record by e-mail this 2nd day of May 2023.

/s/ Michael C. Mims
OF COUNSEL

## APPENDIX A

## DEFINITIONS

The following definitions show apply to the requests for production:

1.      "Communicate" or "communication" refers to the transmittal of information by any means, and includes every discussion, conversation, conference, meeting, interview, letter, e-mail, telephone call, voicemail, text message, social media post, or other electronic instant message.

2.      "Complaint" means Plaintiffs' First Amended and Supplemental Omnibus Complaint for Damages and Injunctive Relief, filed July 14, 2020, ECF No. 109, as well as any amendment to that Complaint.

3.      "Concerning" means relating to, referring to, describing, stating, restating, evidencing, evaluating, constituting, addressing, regarding, discussing, mentioning, reflecting, responding to, identifying, pertaining to, about, or being in any way relevant to the given subject.

4.      "Data" means information, including information for reading, storage, or access on a computer.

5.      "Defendants" means the "Waste Connections Defendants," the Parish of Jefferson, and Aptim Corp.

6.      "Document" means any written, printed, typed, recorded, or graphic matter of any kind and shall include the original or a duplicate and all non-duplicate copies and all drafts thereof, which presently are or have been in the actual or constructive possession, custody, or control of Plaintiffs or their counsel, or which have been otherwise available to Plaintiffs, in paper, electronic, or other recording medium, including correspondence, letters, memoranda, telephone messages, logs, delivery invoices, sales receipts, notes, Internet search results, electronic mail (e-mail) correspondence and any electronic document or data attached thereto (attachments), bookmarked

WebPages, Internet or social media communication and posts (including on Nextdoor, Facebook, Twitter, Instagram, Reddit, and other social media and social messaging platforms, and including any posts in private groups or message rooms), reports, files, books, records, agreements, applications, manuals, guidelines, pamphlets, telegrams, telexes, wires, and other communications sent or received, print-outs, diary entries, calendars, tables, archive, calculations, maps, charts, graphs, plot plans, surveys, blueprints, diagrams, recommendations, work papers, summaries, minutes, digests, and other records or recordings of any conferences, meetings, visits, interviews, telephone conversations, and financial or statistical data, analyses, surveys, transcripts or testimony or written statements, affidavits, or printed matter. The term "document" shall also include every other means by which information is recorded, stored, or transmitted including tape recordings, microfilms, microfiche, data compilations, chromatographs, hard disks, floppy disks, social media posts, data processing and computer records, however produced or reproduced, and the written information necessary to understand and use such material. The term "document" shall also include all photographs, films, slides, audio recordings, video recordings, and tapes, however produced or reproduced. The term "non-duplicate copy" means any copy which is not a precise duplicate of its original, such as any copy with marks or notation or any type of description which are not reflected in the original. The term "document" shall also include all records created by, received on, or kept on a computer, mobile device or telephone, or tablet computer.

7.      "Emissions" means any airborne substance discharged from any source, including odors, fumes, gases, chemicals, toxins, dust, particulates, and particles.

8.      "Fact Sheet" means your completed Plaintiff Fact Sheet required by the Court's December 12, 2019 Order, ECF No. 85, including any supplemental or amended Fact Sheets and

any corrections to the Fact Sheet you produced. A copy of your Fact Sheet and any supplemental or amended Fact Sheets and corrections thereto is attached as Appendix B .

9.      "Governmental entity" means any local, state, or federal government; any department, agency, committee, council, or other subdivision thereof; or any representative, agent, or employee thereof.

10.      "Hwy 90 Construction & Demolition Debris Landfill" means the landfill located at 5000 Highway 90 West, Avondale, Louisiana 70094.

11.      "Including" means including but not limited to.

12.      "Jefferson Parish" means the Parish of Jefferson, Louisiana.

13.      "Jefferson Parish Landfill" means the landfill located at 5800 Highway 90 West, Avondale, Louisiana.

14.      "Person" means any natural or legal entity, including any person, business, or governmental entity or association.

15.      "Relating to" means relating to, concerning, comprising, alluding to, connected with, commenting on, with respect to, about, resulting from, embodying, explaining, supporting, showing, analyzing, setting forth, in respect of, referring to, describing, evidencing, constituting, containing, identifying, stating, dealing with, reflecting, bearing upon, addressing, respecting, regarding, discussing, mentioning, responding to, pertaining to, to do with, or being in any way relevant to the given subject.

16.      "River Birch Landfill" means the landfill located at 2000 S Kenner Avenue, Avondale, Louisiana 70094.

17.      "Waste Connections Defendants" means Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company.

18.    "You" or "your" shall mean the individual Plaintiff responding to these discovery requests, and counsel, experts, investigators, or other persons acting on Plaintiff's behalf.

## REQUESTS FOR PRODUCTION INSTRUCTIONS

The following instructions shall apply to all of the requests for production:

1.    The connectives "and" and "or" shall both mean "and/or" and be construed either disjunctively or conjunctively as necessary to bring within the scope of the requests for production all responses that might otherwise be construed to be outside of its scope.

2.    The use of the singular form includes the plural, and the use of the plural form includes the singular.

3.    Reference to particular types of documents or facts is not intended to change or waive any definition set forth above.

4.    Respond to each request for production. If your response to a specific request for production is "none" or "unknown," please write "none" or "unknown" as your response.

5.    If you believe that any request for production or some portion thereof is ambiguous or otherwise unclear, identify the language that you deem to be ambiguous or unclear and explain what construction of that language you are using in answering the request for production.

6.    Produce social media content as allowed by the social media platform. For example, the following social media platforms provide the linked instructions for downloading an authentic copy of your social media data:

    a.   Facebook: https://www.facebook.com/help/212802592074644

    b.   Instagram: https://help.instagram.com/181231772500920

    c.   Twitter:   https://help.twitter.com/en/managing-Your-account/how-to-download-Your-twitter-archive.

7.     If you claim that any document that is required to be identified by you in response to any of these requests for production is protected from disclosure by a privilege or immunity, you are directed to:

    a.  Identify the portion of the request to which the document is responsive;

    b.  Identify the title and general subject matter of each document;

    c.  State the date of each document;

    d.  Identify the person(s) who participated in its preparation;

    e.  Identify the person(s) who signed it, or over whose name it was issued;

    f.  Identify the addressee(s) and all recipients of the document;

    g.  State the nature and substance of the document with sufficient particularity to enable it to be identified; and

    h.  State the nature of the privilege or immunity claimed.

8.     If you claim that any document that is responsive to any request for production is no longer in your control for any reason, including any documents that have been destroyed, you are directed to:

    a.  State the reason why the document is no longer in your control;

    b.  Identify the portion of the request to which the document is responsive;

    c.  Identify the title and general subject matter of each such document;

    d.  State the date of each document;

    e.  Identify all persons who participated in its preparation;

    f.  Identify the person(s) who signed it, or over whose name it was issued;

    g.  State the nature and substance of the document with sufficient particularity to enable it to be identified;

h.  State the date the document left your control; and

i.  Identify the name, address, and title of the person(s) who has control of the document.

9.  Each of the requests for production shall be deemed a continuing request up to and until the time of final judgment in this action.

# APPENDIX B

1   Ictech-Bendeck v. Waste Connections Bayou, Inc., et al, 2:18-cv-07889-SM-MBN
2   Addison, et al. v. Louisiana Regional Landfill Company, et al, 2:19-cv-11133-SM-MBN
3   U.S. District Court, Eastern District of Louisiana

4   ## PLAINTIFF FACT SHEET

5
6   ## DEFINITIONS AND INSTRUCTIONS

7       A. "Emissions" means any airborne substance from any source and includes, but is not
8          limited to, odors, fumes, gases, chemicals, toxins, dust, and particles.

9       B. "JP Landfill Emissions" means any Emissions that you believe have emanated from the
10         Jefferson Parish Landfill ("JP Landfill") located in Waggaman, Louisiana.

11      C. A "healthcare provider" includes physicians, nurses, physician's assistants, laboratory
12         technicians, psychologists, pharmacists, social workers, counselors, clinics, medical
13         institutions, hospitals, and laboratories.

14      D. If You do not know the information sought in a question, answer to the best of Your
15         knowledge, information, and/or belief, and so qualify Your answer.

16  ## Section 1: Plaintiff's Personal Information

17  Salutation: ☐Mr. ☒Ms. ☐Other: ___ Plaintiff's full name:___Geneva Green_____

18  Current physical address: _205 Cabinet Drive Avondale La 70094_____

19  Date of Birth: _8/22/57___; Marital Status: _no_____; Name of spouse:_____

20  Names and dates of birth of your children:_____

21  _Geraldmiah Green - 11/17/88_____

22  _____

23  _____

24  _____

25

26

27  Are you completing this fact sheet in a representative capacity? ☐Yes ☒No; If yes, state your
28  name and in what capacity you are representing Plaintiff? (e.g., curator, executor, tutor, parent);
29  Your name: _____; Capacity:_____

30

31  For any other Plaintiffs residing at the same address as you, please list their names and relation to
32  you: _Geraldmiah Green_____

33  _____

34  _____

35 _____

36 Have you ever had a social media account (e.g., Facebook, Instagram) since Jan. 1, 2015? ☐Yes

37 ☒No; If yes, identify the service(s) and your username/handle:_____

38 _____

39

40 Have you ever accepted a settlement agreement related to any offensive or unpleasant odors or

41 emissions encountered at your home or place of employment? ☐Yes ☒No; if yes, please

42 describe who you settled with, the amount, and the nature of the dispute:_____

43 _____

44

45 **Section 2: Background of claim:** have you been exposed to JP Landfill Emissions since Jan. 1,

46 2015? ☒Yes ☐No

47 Are you making a claim in connection with a specific home or property? ☐Yes ☐No  If so,

48 identify all properties that you have ever owned or at which you have ever resided that you

49 believe have been exposed to JP Landfill Emissions since Jan. 1, 2015, and for each property,

50 please indicate whether you ever owned or rented the property, the approximate dates, if any,

51 that you owned the property, and the approximate dates you resided, if any, at the property (or

52 indicate none):

| Property address | Own or rent? | Dates of ownership | Dates of residency |
|---|---|---|---|
| 205 Cabinet Dr. Avondale La 70094 | ☒Own ☐Rent☐N/A | 1985-present | 1985- present |
| | ☐Own ☐Rent☐N/A | | |
| | ☐Own ☐Rent☐N/A | | |

53 Are you making a claim in connection with a property that you have never owned and never

54 resided at? ☐Yes ☒No; If yes, identify the property and provide a brief description of the harm

55 you have suffered in connection with the property:_____

56 _____

57 _____

58 _____

59

60 Have you had any testing or laboratory analysis performed to determine the presence of JP

61 Landfill Emissions at any of the properties associated with your claim? ☐Yes ☒No; If yes:

62    Who did the testing? _____ When was the property tested?_____

63 Have you been exposed to JP Landfill Emissions at locations other than a place you resided?
64 ☐Yes ☒No; If Yes, identify the location of exposure and provide a brief description of the harm
65 you have suffered in connection with the exposure: _____
66
67 _____

68 Fill in the table below to indicate which seasons and years you smelled JP Landfill Emissions at
69 your residence and how many days per week you typically smelled JP Landfill Emissions at your
70 residence during those times (i.e., did you smell it about once per week or more often?).

| Season/Year (approximately) | Did you smell JP Landfill Emissions at your residence during this time? | About how many days per week did you typically smell JP Landfill Emissions at your residence during this time? (select one) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Summer 2017 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Fall 2017 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Winter 2017/2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Spring 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Summer 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Fall 2018 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Winter 2018/2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Spring 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☒7 |
| Summer 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Fall 2019 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |
| Winter 2019/2020 | ☒Yes ☐No ☐Don't know | ☐1 | ☐2 | ☐3 | ☒4 | ☐5 | ☐6 | ☐7 |

71 If further explanation of your responses in the table above is needed, including the number of
72 days, please explain:
73
74 _____

75 Did you smell JP Landfill Emissions at your home prior to Summer 2017? ☐Yes ☒No; if yes,
76 provide the approximate months/years and how often you smelled JP Landfill Emissions at your
77 home prior to Summer 2017: _____
78

79 Since January 2015, what types of odors have you encountered at your residence? Check all that
80 apply: ☐ chemical smell ☐ petroleum odor ☐ rotten egg ☐ ammonia smell ☒ garbage smell
81 ☐Other(s): _gas_____ ;

82  If you checked more than one type of odor, which type of odor have you encountered at your
83  residence most frequently since January 2015? _trash smell_

84

85  Have you ever encountered any dust or particulates (e.g., "snow," fine dust in air, dust layer on
86  top of cars, etc.) at your residence since January 2015? ☐ Yes ☒ No; if yes, how often? _____

87

88  **Section 3: Personal Injury:** are you making a claim for physical injury or mental injury (i.e.,
89  mental anguish, anxiety and/or emotional distress) from exposure to JP Landfill Emissions since
90  Jan. 1, 2015? ☒ Yes ☐ No; if yes, complete the questions below; if no, leave Section 3 blank
91  and proceed to Section 4.

92  Describe the physical or mental injury(ies) you believe were caused by JP Landfill Emissions:
93  _-Throat Scratching: 2018-present_

94  _-Coughing/Gagging: 2018 - present_

95  _- Sleepiness: 2018- present_

96  _Stress: 2018- present_

97  _Asthma: 2018-present_

98

99   For each physical or mental injury(ies) identified, indicate the approximate first date that you
100  believe JP Landfill Emissions caused such injuries and indicate the most recent date you
101  experienced such injury (e.g., "headaches, Sept. 2017 – Jan. 2018"): _same as above_
102

103

104

105

106

107

108  Have you sought treatment from a healthcare provider for the physical or mental injury(ies) you
109  believe were caused by exposure to JP Landfill Emissions? ☒ Yes ☐ No; If yes:

110  For each of the physical or mental injury(ies) noted above, please indicate each physical
111  injury for which you received treatment from a healthcare provider: _____
112  _Throat Scratching_

113  _-Coughing_

114  _-Asthma_

115

116  Identify the healthcare provider(s) and his/her address(es) who provided each such treatment
117  received: _Dr. William Long   (PCP) 1600 Paxton Street Harvey La                    ;_

Page 4 of 8

118    Dr. William Barron ( pulmonologist) 1100 Medical Center Blvd. Marrero La

119

120

121

122    At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
123    Medical Records for each healthcare provider indicated in lines 116-120 above; *see* Exhibit
124    A;

125    For each physical or mental injury(ies) identified in lines 110-114, have you ever suffered from
126    the same or similar condition prior to January 1, 2015? ☐Yes ☒No; If yes, please indicate:

127    Which conditions and the approximate dates you first experienced those conditions prior to
128    January 1, 2015:

129

130

131

132

133

134    The healthcare provider(s) and his/her address(es) who provided treatment for any such
135    injury:

136

137

138

139

140    At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
141    Medical Records for each healthcare provider indicated in lines 134-138 above; *see* Exhibit
142    B (if applicable, it is not necessary to complete Exhibit A and Exhibit B for the same
143    healthcare provider; only Exhibit B must be completed);

144    Have medications ever been prescribed to treat the physical or mental injury(ies) you believe
145    were caused by exposure to JP Landfill Emissions? ☒Yes ☐No; If yes:

146    Indicate the name of each of the medications prescribed: _____;

147    - Flonase

148    - medication for congestion; name unknown

149

150

151    Identify the name and addresses of the pharmacy(ies) where such prescription medications
152    were filled: Wallgreens - 2570 Barataria Marrero La _____;

Page **5** of **8**

153 _____

154 _____

155 _____

156     At the end of this Plaintiff Fact Sheet, *complete and sign* an Authorization For Release Of
157     Pharmacy Records for each pharmacy indicated in lines 151-155 above; *see* Exhibit C

158     Have you been on Medicare at any time from January 1, 2005 to the present?  ☒Yes ☐No

159     If yes, at the end of this Plaintiff Fact Sheet, *complete and sign* a Medicare Authorization
160     Form; *see* Exhibit D.

161     **Section 4: Lost Wages or Loss of Earning Capacity:** are you making a claim for "lost wages"
162     or "loss of earning capacity" you believe was caused by JP Landfill Emissions? ☐Yes ☒No; if
163     yes, complete the questions below; if no, leave Section 4 blank and proceed to Section 5.

164     For any employment for which you have lost wages, provide the following:

| **Employer name and address** | **Your position** | **Appx. dates of missed work** |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

165     Indicate your belief, to the best of your ability, of the amount of wages you have lost due to JP
166     Landfill Emissions as of the present date:_____

167     Are you making a claim for "loss of future earning capacity" you believe was caused by JP
168     Landfill Emissions? ☐Yes ☐No; If yes, describe how you believe your capacity to work in the
169     future has been affected by JP Landfill Emissions: _____

170 _____

171 _____

172 _____

173

174     **Section 5: Effect on the use of the home:** list the ways and indicate how frequently the JP
175     Landfill Emissions have affected your ability to use or enjoy your home since Jan. 1, 2015, if at
176     all:
177     avoid being outside when smell is strong; smell permeated home_____

178 _____

179 _____

180 _____

181 _____

182 _____

183 _____

184 _____

185 _____

186

187 How frequently?_evey day_____

188 _____

189

190 **Section 6: Physical Damage to Property:** are you making a claim for "physical damages to
191 home" you believe was caused by JP Landfill Emissions since Jan. 1, 2015? ☐Yes ☒No; if yes,
192 complete the questions below; if no, leave Section 6 blank and proceed to Section 7.

193 Address of property(ies) affected:_____

194 Describe the physical damages to home that you believe have been caused by the JP Landfill
195 Emissions_____.

196 _____

197 _____

198 _____

199 _____

200 _____

201

202 Do you have any photos/videos of such "physical damages to home" to your home? ☐Yes ☐No

203 Do you have any inspection reports indicating such "physical damages to home"? ☐Yes ☐No

204 Do you have any invoices, bills, receipts, or estimates for the repair or replacement of such
205 "physical damages to home"? ☐Yes ☐No

206

207 **Section 7: Diminution Of Property Value**

208 Are you asserting a claim for **"diminution of property value"** that you believe was caused by
209 JP Landfill Emissions since Jan. 1, 2015? ☒Yes ☐No; if yes, complete the questions below; if
210 no, leave Section 7 blank and proceed to Section 8.

211 Address of property(ies) affected:_205 Cabinet Dr. Avondale La_____

212 Indicate the approximate dollar amount of damages you believe you have suffered as of the
213 present date related to your "diminution of property value claim:" $_____

214 Describe how you learned that your property suffered a decrease in value:_____
215 _____

216 How much did you pay for the property(ies) when you acquired it? $_assumed loan for 80,000_

217 Since Jan. 1, 2015 to the present, has your property been appraised? ☐Yes ☐No;

218   Since Jan. 1, 2015 to the present, have you have ever tried to sell your affected property(ies)?
219   ☐Yes ☐No; if yes, then:

220      Indicate the approximate date range that you tried to sell such property(ies):_____

221      Indicate the asking price for each time you tried to sell the property(ies):_____

222      Did you list the property with a realtor? ☐Yes ☐No

223      Did you receive any offers to purchase your property? ☐Yes ☐No

224   Since Jan. 1, 2015 to the present, have you sold the property for which you are making a
225   "diminution of property value claim?" ☐Yes ☐No; if yes:

226      Date that you sold such property: _____; Sale price for such property:_____;

227

228   **Section 8: Sources of Exposure**

229   From Jan. 1, 2015 to the present, do you believe you have been exposed to Emissions from a
230   source(s) that is/are not the JP Landfill? ☐Yes ☒No ☐Don't know; if yes, complete the
231   questions below; otherwise, leave Section 8 blank and proceed to Verification.

232      What types of sources of Emissions do you believe you have been exposed to since Jan. 1,
233      2015? Check all that apply: ☐Chemical plants ☐Oil refineries ☐Waste water treatment
234      plants ☐Barge loading/unloading ☐Other landfills; if you can describe the source(s), identify
235      it here:_____

236

237   **Verification:** I declare under penalty of perjury that I have carefully reviewed the final responses
238   to this Plaintiff Fact Sheet and that all of the information provided is true and correct to the best
239   of my knowledge, information and belief.

240

241   Signature: _____ ; Date _____

Plaintiff's Full Name:   Green, Geneva

Deficiency Report and Deficiency Correction Form Date/Time: August 14, 2020 12:35 PM

Plaintiff's Unique ID:   817

**Section | Section 1**

| Requested Information | Description of Deficiency | Plaintiff's Entry | Notes Regarding Deficiency | Plaintiff's Corrected PFS Entry |
|---|---|---|---|---|
| Marital Status | (19) Marital Status is Non-Responsive | No | | single |

**Section | Other Plaintiffs Living at Same Residence**

| Requested Information | Description of Deficiency | Plaintiff's Entry | Notes Regarding Deficiency | Plaintiff's Corrected PFS Entry |
|---|---|---|---|---|
| Relationship | (31-32) Relationship of Other Plaintiffs Residing at Same Address is Missing | | for Geraldmiah | child- as listed on line 21 |

**Section | Section 2**

| Requested Information | Description of Deficiency | Plaintiff's Entry | Notes Regarding Deficiency | Plaintiff's Corrected PFS Entry |
|---|---|---|---|---|
| Are you making a claim in connection with a specific home or property (Line 47)? | (47) Failed to answer yes or no | | | Yes |
| Other Smell | (79-81) Failed to Check Other | | | check other box |
| If you checked more than one type of odor, which type of odor have you encountered more frequently (Line 83)? | (82-83) Answer Must be One of the Smells Checked Above | trash smell | | garbage smell |

**Section | Section 7**

| Requested Information | Description of Deficiency | Plaintiff's Entry | Notes Regarding Deficiency | Plaintiff's Corrected PFS Entry |
|---|---|---|---|---|
| Dollar amount of damages you believe you suffered (Lines 212-213)? | (212-213) Amount of Diminution Damages is Missing | | Question asks for a dollar amount | TBD- to be supplemented in accordance with orders of the court and federal rules of civil procedure |
| Describe how you learned your property suffered a decrease in value (Lines 214-215): | (214-215) Answer is Missing | | | personal observation |
| Since Jan.1, 2015 to the present, has your property been appraised (Line 217)? | (217) Failed to Answer Yes or No Regarding Whether Property Has Been Appraised | | | No |

Plaintiff's Full Name:    Green, Geneva

Deficiency Report and Deficiency Correction Form Date/Time: August 14, 2020 12:35 PM

Plaintiff's Unique ID:    817

| End of Green, Geneva  Deficiency Report and Deficiency Correction Form |
|---|