Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FREDERICK ADDISON, ET AL          CIVIL ACTION NO.
                                  19-11133, c/w 19-14512
VERSUS
                                  SECTION: "E" (5)
LOUISIANA REGIONAL
LANDFILL COMPANY, ET AL

* * * * * * * * * * * * * * * * * * * * * * * * * *
        TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:
                    WENDY GREMILLION,
TAKEN ON BEHALF OF DEFENDANTS LOUISIANA REGIONAL
LANDFILL COMPANY, WASTE CONNECTIONS BAYOU, INC., AND
WASTE CONNECTIONS US, INC.
* * * * * * * * * * * * * * * * * * * * * * * * * *
            REPORTED AT THE LAW OFFICES OF:
            FORREST CRESSEY & JAMES, LLC
            1222 ANNUNCIATION STREET
            NEW ORLEANS, LOUISIANA  70130

        COMMENCING AT 9:12 A.M., ON JUNE 7, 2023


Reported by:

    YOLANDA J. PENA, Certified
    Court Reporter No. 2017002
    in and for the State of
    Louisiana

Page 33

1  Q. A handful of times.
2      That you didn't smell it at the club, but then
3  you did smell it at your house?
4  A. Or vice versa.
5  Q. Or vice versa.
6  A. Didn't smell it at my house; smelled it at the
7  club. Or didn't smell it at either place but smelled
8  it on the way home, on the travel to and from.
9  Q. We talked about the frequency of not smelling
10 it at the club but then smelling it at home, and I
11 think you told me "a handful of times."
12     Same question for not smelling it at your home
13 but then smelling it at the club. You think you
14 experienced that a handful of times?
15 A. When we were at the --
16     MR. FOSTER: Objection; form.
17     THE WITNESS: Excuse me.
18     MR. FOSTER: Go ahead.
19 A. We were at the club, there were some times we
20 smelled it, and sometimes we didn't. When we did, we
21 left quickly.
22 BY MR. MIMS:
23 Q. And you remember multiple times where that
24 happened and you got home and didn't smell it at your
25 home?