UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE INTRODUCTION OF NEWS REPORTS AND TRANSCRIPTS AND VIDEOS OF PRESS CONFERENCES, AND COUNCIL MEETINGS**

Defendants Aptim Corp., Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc. and Waste Connections US, Inc. (collectively, "Defendants"), respectfully request that the Court exclude Plaintiffs' trial exhibits of new articles and transcribed and video-recorded news reports, press conferences, and council meetings related to the Jefferson Parish Landfill. For the reasons set forth more fully in the accompanying memorandum of law, these exhibits are quintessential examples of hearsay and are more prejudicial than probative.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, Defendants pray that their Motion to Exclude be granted, and that the Court order the exclusion of Plaintiffs' trial exhibits of news articles and transcribed and video-recorded news reports, press conferences, and council meetings related to the Jefferson Parish Landfill.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:  */s/ Michael C. Mims*
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Michael C. Mims (#33991)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139
(504) 581-7979


BEVERIDGE & DIAMOND, P.C.

John H. Paul (*pro hac vice*)
Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

2

CONNICK AND CONNICK, LLC

By:   /s/ Michael S. Futrell
      William P. Connick, La. Bar No. 14158
      Michael S. Futrell, La. Bar No. 20819
      Matthew D. Moghis, La. Bar No. 33994
      Anya M. Jones, La. Bar No. 36923
      3421 N. Causeway Blvd., Suite 408
      Metairie, Louisiana 70002
      Telephone: (504) 681-6658
      Facsimile: (504) 838-9903
      E-mail: moghis@connicklaw.com

*Counsel for Defendant Jefferson Parish*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   /s/ J. Michael DiGiglia
      Ernest P. Gieger, Jr. (6154)
      John E. W. Baay (22928)
      J. Michael DiGiglia (24378)
      Nicholas S. Bergeron (37585)
      Blaise Chadwick Hill (*pro hac vice*)
      Gieger, Laborde & Laperouse, L.L.C.
      Hancock Whitney Center
      701 Poydras Street, Suite 4800
      New Orleans, Louisiana 70139
      Telephone: (504) 561-0400
      Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that the foregoing was electronically filed on July 17, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                   /s/ Michael C. Mims
                    OF COUNSEL