

# Transcript of Jefferson Paris Residents Say

Case: Transcription Services

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
                                    1
 1
 2
 3
 4
 5
 6         TRANSCRIPT OF VIDEO-RECORDED
 7              TELEVISION REPORT
 8   "JEFFERSON PARISH RESIDENTS SAY MYSTERIOUS ODOR IS
 9               MAKING THEM SICK"
10
11
12
13
14
15
16
17
18
19
20   Job No.: 520186
21   Pages: 1 - 6
22   Transcribed by: Christian Naaden
```

                                    2
1          P R O C E E D I N G S
2       ANCHOR: No escaping it. That's how one woman
3   is describing a horrible stench along the river in
4   Harahan and River Ridge, and it's been an ongoing issue
5   for several months now. Paul Murphy went to investigate
6   and joins us now with the story. Paul?
7       MR. MURPHY: Tom [ph], folks here in the
8   Harahan, River Ridge area complain that a strong,
9   chemical spill quote, invades their homes periodically.
10  And when it does, they say it causes a variety of
11  health problems. And state environmental officials have
12  traced that smell, in part, to the Jefferson Parish
13  landfill right across the river from here in Waggaman.
14      MS. CAPDEPON: My 10-month-old had a nosebleed
15  a couple of weeks ago. I've been short of breath and
16  had a sinus infection for weeks now.
17      MR. MURPHY: Harahan resident Lindsey Capdepon
18  reads comments posted on a Facebook page she moderates
19  concerning a recurring strong odor in her neighborhood
20  and nearby River Ridge.
21      MS. CAPDEPON: It burns your eyes, it burns
22  your nose, it burns your throat, it gives you a

                                    3
1   headache, you can't sleep, you can't breathe, there's
2   no escape from it.
3       MR. MURPHY: Capdepon keeps a scented candle
4   burning in her home to mask the smell.
5       MS. CAPDEPON: I have to listen to my children
6   cough all night long when the smell is in my house, and
7   it's sad.
8       MR. MURPHY: Craig Guillot in River Ridge says
9   last night, the odor was particularly strong.
10      MR. GUILLOT: Just takes over your whole home,
11  and you can't get rid of it. You go outside in the
12  morning, it's in your car.
13      MR. MURPHY: A Department of Environmental
14  Quality report indicates the smell could be coming from
15  landfills on the west bank. One of them is the
16  Jefferson Parish-owned waste facility in Waggaman. Air
17  samples collected by DEQ showed elevated levels of
18  hydrogen sulfide and methane during an odor even in
19  April. JP Councilman Paul Johnston admits to smelling
20  the odor at his home in Harahan.
21      MR. JOHNSTON: We do have an issue at our --
22  our landfill. But we don't know if that's the whole

                                    4
1   problem with the -- with the -- with the -- with the
2   gases, or with the -- with the smell.
3       MR. MURPHY: The parish will soon be
4   installing special landfill covers in an attempt to
5   contain the smell. But long term, wells designed to
6   collect the gases underground may need to be replaced.
7       MS. CAPDEPON: It's a health crisis, and they
8   need to take responsibility, and they need to fix it,
9   or they need to shut down the landfill.
10      MR. MURPHY: The parish has now asked the
11  landfill operator to stop taking liquid waste and other
12  material that have the potential to cause that awful
13  smell. And Paul Johnston told us that the parish isn't
14  really happy with the current landfill operator, and
15  has put that contract back out for bid. We're live in
16  Harahan, Paul Murphy, Eyewitness News.
17      FEMALE 1: And -- and, Paul, real quick, can
18  you smell it right now?
19      MR. MURPHY: No. And -- and folks around here
20  tell us that the smell is really worse at night,
21  because the -- I -- I guess because the atmospheric
22  pressures at night.

```
                              5
1       But we don't smell it today. And sometimes
2  they say they smell it during the afternoon. But we
3  don't smell it here along the river.
4       FEMALE 1: Got you. I was just curious. It
5  comes and goes, I'm sure. Thank you very much, Paul.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

```
                              6
1            CERTIFICATE OF TRANSCRIBER
2       I, Chris Naaden, a transcriber, hereby declare
3  under penalty of perjury that to the best of my ability
4  from the audio recordings and supporting information;
5  and that I am neither counsel for, related to, nor
6  employed by any of the parties to this case and have no
7  interest, financial or otherwise, in its outcome, the
8  above 5 pages contain a full, true and correct
9  transcription of the tape-recording that I received
10 regarding the event listed on the caption on page 1.
11
12       I further declare that I have no interest in
13 the event of the action.
14       _____
15
16       January 5, 2024
17       Chris Naaden
18
19 (520186, Jefferson Parish residents say mysterious odor
20 is making them sick.)
21
22
```

| A | | | |
|---|---|---|---|
| ability 6:3 | because 4:21 | collected 3:17 | designed 4:5 |
| above 6:8 | been 2:4, 2:15 | comes 5:5 | down 4:9 |
| across 2:13 | best 6:3 | coming 3:14 | during 3:18, 5:2 |
| action 6:13 | bid 4:15 | comments 2:18 | **E** |
| admits 3:19 | breath 2:15 | complain 2:8 | elevated 3:17 |
| afternoon 5:2 | breathe 3:1 | concerning 2:19 | employed 6:6 |
| ago 2:15 | burning 3:4 | contain 4:5, 6:8 | environmental 2:11, 3:13 |
| air 3:16 | burns 2:21, 2:22 | contract 4:15 | escape 3:2 |
| all 3:6 | **C** | correct 6:8 | escaping 2:2 |
| along 2:3, 5:3 | can't 3:1, 3:11 | cough 3:6 | even 3:18 |
| anchor 2:2 | candle 3:3 | could 3:14 | event 6:10, 6:13 |
| any 6:6 | capdepon 2:14, 2:17, 2:21, 3:3, 3:5, 4:7 | councilman 3:19 | eyes 2:21 |
| april 3:19 | caption 6:10 | counsel 6:5 | eyewitness 4:16 |
| area 2:8 | car 3:12 | couple 2:15 | **F** |
| around 4:19 | case 6:6 | covers 4:4 | facebook 2:18 |
| asked 4:10 | cause 4:12 | craig 3:8 | facility 3:16 |
| atmospheric 4:21 | causes 2:10 | crisis 4:7 | female 4:17, 5:4 |
| attempt 4:4 | certificate 6:1 | curious 5:4 | financial 6:7 |
| audio 6:4 | chemical 2:9 | current 4:14 | fix 4:8 |
| awful 4:12 | children 3:5 | **D** | folks 2:7, 4:19 |
| **B** | chris 6:2, 6:17 | declare 6:2, 6:12 | full 6:8 |
| back 4:15 | christian 1:22 | department 3:13 | further 6:12 |
| bank 3:15 | collect 4:6 | deq 3:17 | **G** |
| | | describing 2:3 | gases 4:2, 4:6 |

| | | | |
|---|---|---|---|
| gives<br>2:22<br>go<br>3:11<br>goes<br>5:5<br>guess<br>4:21<br>guillot<br>3:8, 3:10<br>**H**<br>happy<br>4:14<br>harahan<br>2:4, 2:8, 2:17,<br>3:20, 4:16<br>headache<br>3:1<br>health<br>2:11, 4:7<br>here<br>2:7, 2:13,<br>4:19, 5:3<br>hereby<br>6:2<br>home<br>3:4, 3:10, 3:20<br>homes<br>2:9<br>horrible<br>2:3<br>house<br>3:6<br>hydrogen<br>3:18<br>**I**<br>indicates<br>3:14<br>infection<br>2:16<br>information<br>6:4<br>installing<br>4:4<br>interest<br>6:7, 6:12 | invades<br>2:9<br>investigate<br>2:5<br>issue<br>2:4, 3:21<br>**J**<br>january<br>6:16<br>jefferson<br>1:8, 2:12,<br>3:16, 6:19<br>job<br>1:20<br>johnston<br>3:19, 3:21,<br>4:13<br>joins<br>2:6<br>jp<br>3:19<br>**K**<br>keeps<br>3:3<br>know<br>3:22<br>**L**<br>landfill<br>2:13, 3:22,<br>4:4, 4:9, 4:11,<br>4:14<br>landfills<br>3:15<br>last<br>3:9<br>levels<br>3:17<br>lindsey<br>2:17<br>liquid<br>4:11<br>listed<br>6:10<br>listen<br>3:5 | live<br>4:15<br>long<br>3:6, 4:5<br>**M**<br>making<br>1:9, 6:20<br>mask<br>3:4<br>material<br>4:12<br>methane<br>3:18<br>moderates<br>2:18<br>month-old<br>2:14<br>months<br>2:5<br>morning<br>3:12<br>much<br>5:5<br>murphy<br>2:5, 2:7, 2:17,<br>3:3, 3:8, 3:13,<br>4:3, 4:10, 4:16,<br>4:19<br>mysterious<br>1:8, 6:19<br>**N**<br>naaden<br>1:22, 6:2, 6:17<br>nearby<br>2:20<br>need<br>4:6, 4:8, 4:9<br>neighborhood<br>2:19<br>neither<br>6:5<br>news<br>4:16<br>night<br>3:6, 3:9, 4:20,<br>4:22 | nose<br>2:22<br>nosebleed<br>2:14<br>**O**<br>odor<br>1:8, 2:19, 3:9,<br>3:18, 3:20, 6:19<br>officials<br>2:11<br>one<br>2:2, 3:15<br>ongoing<br>2:4<br>operator<br>4:11, 4:14<br>other<br>4:11<br>otherwise<br>6:7<br>out<br>4:15<br>outcome<br>6:7<br>outside<br>3:11<br>over<br>3:10<br>**P**<br>page<br>2:18, 6:10<br>pages<br>1:21, 6:8<br>parish<br>1:8, 2:12, 4:3,<br>4:10, 4:13, 6:19<br>parish-owned<br>3:16<br>part<br>2:12<br>particularly<br>3:9<br>parties<br>6:6<br>paul<br>2:5, 2:6, 3:19, |

4:13, 4:16, 4:17, 5:5
penalty 6:3
periodically 2:9
perjury 6:3
ph 2:7
posted 2:18
potential 4:12
pressures 4:22
problem 4:1
problems 2:11
put 4:15

**Q**
quality 3:14
quick 4:17
quote 2:9

**R**
reads 2:18
real 4:17
really 4:14, 4:20
received 6:9
recordings 6:4
recurring 2:19
regarding 6:10
related 6:5

replaced 4:6
report 1:7, 3:14
resident 2:17
residents 1:8, 6:19
responsibility 4:8
rid 3:11
ridge 2:4, 2:8, 2:20, 3:8
right 2:13, 4:18
river 2:3, 2:4, 2:8, 2:13, 2:20, 3:8, 5:3

**S**
sad 3:7
samples 3:17
say 1:8, 2:10, 5:2, 6:19
says 3:8
scented 3:3
several 2:5
short 2:15
showed 3:17
shut 4:9
sick 1:9, 6:20
signature-zrhbi 6:14
sinus 2:16

sleep 3:1
smell 2:12, 3:4, 3:6, 3:14, 4:2, 4:5, 4:13, 4:18, 4:20, 5:1, 5:2, 5:3
smelling 3:19
sometimes 5:1
soon 4:3
special 4:4
spill 2:9
state 2:11
stench 2:3
stop 4:11
story 2:6
strong 2:8, 2:19, 3:9
sulfide 3:18
supporting 6:4
sure 5:5

**T**
take 4:8
takes 3:10
taking 4:11
tape-recording 6:9
television 1:7
tell 4:20

term 4:5
thank 5:5
throat 2:22
today 5:1
told 4:13
tom 2:7
traced 2:12
transcribed 1:22
transcriber 6:1, 6:2
transcript 1:6
transcription 6:9
true 6:8

**U**
under 6:3
underground 4:6

**V**
variety 2:10
video-recorded 1:6

**W**
waggaman 2:13, 3:16
waste 3:16, 4:11
we're 4:15
weeks 2:15, 2:16
wells 4:5

```
went
2:5
west
3:15
whole
3:10, 3:22
woman
2:2
worse
4:20
```

|   1   |
|-------|
| 1     |
| 4:17, 5:4 |
| 10    |
| 2:14  |

|   2   |
|-------|
| 2024  |
| 6:16  |

|   5   |
|-------|
| 520186 |
| 1:20, 6:19 |