

**Planet Depos**
We Make It Happen

# Transcript of Odor From Jefferson Parish Landfill

**Case:** Transcription Services

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

VID_JPLF_000273

**Page 1**

```
                 TRANSCRIPT OF VIDEO-RECORDED
                      TELEVISION REPORT
  "ODOR FROM JEFFERSON PARISH LANDFILL IS GOING TO GET
              WORSE BEFORE IT GETS BETTER"




Job No.: 520186
Pages: 1 - 5
Transcribed by: Christian Naaden
```

**Page 2**

PROCEEDINGS

ANCHOR: It's the Jefferson Parish Landfill in Waggaman, and its horrible smell. And starting next week, crews are going to start installing a new $5 million gas collection system to help control the smell. But as David Hammer explains, things are going to get worse before they get better.

MR. HAMMER: River Birch runs the private landfill next to the Jefferson Parish Landfill in Waggaman. River Birch won a $5 million contract this summer to build 64 new gas wells, and install 10 miles of new piping in the newest sections of the Parish Landfill.

The wells will run down into the garbage, and collect potentially dangerous hydrogen sulfide and methane that's been escaping in recent years. The pipes will carry the gas next door to River Birch's gas plant so it can be sold as renewable natural gas. River Birch's Brian DeJean says the construction will take about a year.

MR. DEJEAN: The goal is to -- going forward is to -- is to be able to maximize the collection,

**Page 3**

which, in turn, minimizes the emissions.

MR. HAMMER: Parish environmental consultant, Chris Carlson, says that will mean fewer odors, but warns they could get worse before they get better.

MR. CARLSON: Destruction's one of the worst times that produces odors. And a lo-- -- a lot of it, we can't help. But we have some strategies and some techniques to help us.

MR. HAMMER: Carlson says the existing gas collection system will keep operating, hopefully controlling gas odors while crews drill new wells over the next three weeks, and again after February 1st.

MR. CARLSON: So I'll anticipate those may be the worst times of apparent odors, if there are odors coming from this construction.

MR. HAMMER: He said crews will also install vacuums and use an odor-neutralizing mist to keep the smell down. David Hammer, Eyewitness News.

ANCHOR: After River Birch takes the gas from the Parish Landfill and processes it at its gas plant, it's going to sell the renewable natural gas to the nearby Atlos Gas pipeline. Under the contract with

**Page 4**

River Birch, Jefferson Parish is going to get 12 percent of those gas sales.

VID_JPLF_000274

5

1        CERTIFICATE OF TRANSCRIBER
2     I, Chris Naaden, a transcriber, hereby declare
3  under penalty of perjury that to the best of my ability
4  from the audio recordings and supporting information;
5  and that I am neither counsel for, related to, nor
6  employed by any of the parties to this case and have no
7  interest, financial or otherwise, in its outcome, the
8  above 4 pages contain a full, true and correct
9  transcription of the tape-recording that I received
10 regarding the event listed on the caption on page 1.
11
12      I further declare that I have no interest in
13 the event of the action.
14
15 _____
16      January 5, 2024
17      Chris Naaden
18
19 (520186, Odor from Jefferson Parish landfill is going
20 to get worse before it gets better)
21
22

VID_JPLF_000275

Transcript of Odor From Jefferson Parish Landfill

3

**A**

ability
5:3
able
2:22
about
2:20
above
5:8
action
5:13
after
3:12, 3:19
again
3:12
also
3:16
anchor
2:2, 3:19
anticipate
3:13
any
5:6
apparent
3:14
atlos
3:22
audio
5:4

**B**

been
2:16
before
1:9, 2:7, 3:4,
5:20
best
5:3
better
1:9, 2:7, 3:4,
5:20
birch
2:8, 2:10,
3:19, 4:1
birch's
2:17, 2:19
brian
2:19

build
2:11

**C**

can't
3:7
caption
5:10
carlson
3:3, 3:5, 3:9,
3:13
carry
2:17
case
5:6
certificate
5:1
chris
3:3, 5:2, 5:17
christian
1:22
collect
2:15
collection
2:5, 2:22, 3:10
coming
3:15
construction
2:19, 3:15
consultant
3:2
contain
5:8
contract
2:10, 3:22
control
2:5
controlling
3:11
correct
5:8
could
3:4
counsel
5:5
crews
2:4, 3:11, 3:16

**D**

dangerous
2:15

david
2:6, 3:18
declare
5:2, 5:12
dejean
2:19, 2:21
destruction's
3:5
door
2:17
down
2:14, 3:18
drill
3:11

**E**

emissions
3:1
employed
5:6
environmental
3:2
escaping
2:16
event
5:10, 5:13
existing
3:9
explains
2:6
eyewitness
3:18

**F**

february
3:12
fewer
3:3
financial
5:7
forward
2:21
full
5:8
further
5:12

**G**

garbage
2:14

gas
2:5, 2:11,
2:17, 2:18, 3:9,
3:11, 3:19,
3:20, 3:21,
3:22, 4:2
goal
2:21
going
1:8, 2:4, 2:6,
2:21, 3:21, 4:1,
5:19

**H**

hammer
2:6, 2:8, 3:2,
3:9, 3:16, 3:18
help
2:5, 3:7, 3:8
hereby
5:2
hopefully
3:10
horrible
2:3
hydrogen
2:15

**I**

information
5:4
install
2:11, 3:16
installing
2:4
interest
5:7, 5:12

**J**

january
5:16
jefferson
1:8, 2:2, 2:9,
4:1, 5:19
job
1:20

**K**

keep
3:10, 3:17

VID_JPLF_000276

| L | | R | |
|---|---|---|---|
| **landfill** | **odor-neutralizing** | **received** | **strategies** |
| 1:8, 2:2, 2:9, | 3:17 | 5:9 | 3:7 |
| 2:13, 3:20, 5:19 | **odors** | **recent** | **sulfide** |
| **listed** | 3:3, 3:6, 3:11, | 2:16 | 2:15 |
| 5:10 | 3:14 | **recordings** | **summer** |
| **lo** | **one** | 5:4 | 2:11 |
| 3:6 | 3:5 | **regarding** | **supporting** |
| **lot** | **operating** | 5:10 | 5:4 |
| 3:6 | 3:10 | **related** | **system** |
| **M** | **otherwise** | 5:5 | 2:5, 3:10 |
| **maximize** | 5:7 | **renewable** | **T** |
| 2:22 | **outcome** | 2:18, 3:21 | **take** |
| **mean** | 5:7 | **report** | 2:19 |
| 3:3 | **over** | 1:7 | **takes** |
| **methane** | 3:11 | **river** | 3:19 |
| 2:16 | **P** | 2:8, 2:10, | **tape-recording** |
| **miles** | **page** | 2:17, 2:18, | 5:9 |
| 2:11 | 5:10 | 3:19, 4:1 | **techniques** |
| **million** | **pages** | **run** | 3:8 |
| 2:5, 2:10 | 1:21, 5:8 | 2:14 | **television** |
| **minimizes** | **parish** | **runs** | 1:7 |
| 3:1 | 1:8, 2:2, 2:9, | 2:8 | **things** |
| **mist** | 2:12, 3:2, 3:20, | **S** | 2:6 |
| 3:17 | 4:1, 5:19 | **said** | **three** |
| **N** | **parties** | 3:16 | 3:12 |
| **naaden** | 5:6 | **sales** | **times** |
| 1:22, 5:2, 5:17 | **penalty** | 4:2 | 3:6, 3:14 |
| **natural** | 5:3 | **says** | **transcribed** |
| 2:18, 3:21 | **percent** | 2:19, 3:3, 3:9 | 1:22 |
| **nearby** | 4:2 | **sections** | **transcriber** |
| 3:22 | **perjury** | 2:12 | 5:1, 5:2 |
| **neither** | 5:3 | **sell** | **transcript** |
| 5:5 | **pipeline** | 3:21 | 1:6 |
| **new** | 3:22 | **signature-d2yv1** | **transcription** |
| 2:4, 2:11, | **pipes** | 5:14 | 5:9 |
| 2:12, 3:11 | 2:16 | **smell** | **true** |
| **newest** | **piping** | 2:3, 2:6, 3:18 | 5:8 |
| 2:12 | 2:12 | **sold** | **turn** |
| **news** | **plant** | 2:18 | 3:1 |
| 3:18 | 2:17, 3:20 | **some** | **U** |
| **next** | **potentially** | 3:7 | **under** |
| 2:3, 2:9, 2:17, | 2:15 | **start** | 3:22, 5:3 |
| 3:12 | **private** | 2:4 | **use** |
| **O** | 2:8 | **starting** | 3:17 |
| **odor** | **processes** | 2:3 | **V** |
| 1:8, 5:19 | 3:20 | | **vacuums** |
| | **produces** | | 3:17 |
| | 3:6 | | |

VID_JPLF_000277

Transcript of Odor From Jefferson Parish Landfill

5

| video-recorded | 6 | |
|---|---|---|
| 1:6 | **64** | |
| **W** | 2:11 | |
| **waggaman** | | |
| 2:3, 2:10 | | |
| **warns** | | |
| 3:4 | | |
| **week** | | |
| 2:4 | | |
| **weeks** | | |
| 3:12 | | |
| **wells** | | |
| 2:11, 2:14, | | |
| 3:11 | | |
| **won** | | |
| 2:10 | | |
| **worse** | | |
| 1:9, 2:7, 3:4, | | |
| 5:20 | | |
| **worst** | | |
| 3:5, 3:14 | | |
| **Y** | | |
| **year** | | |
| 2:20 | | |
| **years** | | |
| 2:16 | | |
| **$** | | |
| **$5** | | |
| 2:4, 2:10 | | |
| **1** | | |
| **10** | | |
| 2:11 | | |
| **12** | | |
| 4:1 | | |
| **1st** | | |
| 3:12 | | |
| **2** | | |
| **2024** | | |
| 5:16 | | |
| **5** | | |
| **520186** | | |
| 1:20, 5:19 | | |

VID_JPLF_000278