1  **************************************************
2       The transcript of an online news story found on
3  the Internet at URL https://www.wwltv.com/article/
4  news/investigations/david-hammer/jefferson-parish-la
5  ndfill-investigation/289-84d9283d-c9ab-47d9-9019-cee
6  69ececcb5, purported to have been reported by David
7  Hammer, Eyewitness Investigator, and published and
8  aired by news station 4WWL on the 15th day of
9  November 2019, the request for transcription thereof
10 having been made to goDEPO Court Reporting and
11 Litigation Support on the 3rd day of August 2023, by
12 Kelley Videtich, Paralegal at Forrest, Cressy &
13 James, Attorneys at Law, 1222 Annunciation Street,
14 New Orleans, Louisiana 70130, and of which said
15 transcription was performed by and/or under the
16 supervision of Phillip A. Kaufman, Certified Court
17 Reporter, in and for the State of Louisiana.
18
19
20
21
22
23
24
25

```
 1  BY MR. HAMMER:
 2       You're about to hear something you rarely, if
 3       ever, hear from a bureaucrat.
 4  MR. BULLER:
 5       And it's my mistake.
 6  MR. HAMMER:
 7       That's Rick Buller.  He ran the Jefferson Parish
 8       Landfill for twenty-three years.  And he admits
 9       his own mistake caused high gas emissions at the
10       landfill.  Gas that many blame for a stench
11       that's descended on several neighborhoods.
12  MS. HEBERT:
13       I've been having my birds for like fifteen years
14       and last summer, within a week's time, I lost
15       four of them.
16  MR. HAMMER:
17       For Waggaman resident, Karen Hebert, the
18       proverbial canary in the coal mine was actually
19       four of her parakeets.
20  MS. HEBERT:
21       It was heartbreaking because that's my pets and
22       four of them died.  And we were scared.  So we
23       actually put them in a bigger cage and put them
24       inside.
25  MR. HAMMER:
```

1       And it wasn't just her pets that suffered.
2  MS. HEBERT:
3       I've had headaches.  I've had tightness --
4       tightness in my chest.  Eyes burning, skin
5       burning when we're cutting the grass or
6       something and the smells out here you get it --
7       You get it in your -- whatever exposes.  That's
8       where you get the tingling and the burning.
9  MR. HAMMER:
10      The same smells and the same symptoms traveled
11      across the river, too, to Harahan and River
12      Ridge.
13 MR. HERBERT:
14      When it comes across my back fence, it's coming
15      from the West.  It'll come right over that fence
16      and it'll settle down in here.
17 MR. HAMMER:
18      Harahan resident Gerald Herbert started
19      collecting detailed reports of the smells in
20      early 2018, from nearly three thousand members
21      of a Facebook group he runs.  Many of the first
22      person accounts are heart wrenching.
23 MR. HERBERT:
24      The worst smell ever.  Eyes burning, throat
25      burning, chest hurting.  My six year old chest

1       is hurting and she is coughing.
2  MR. HAMMER:
3       Herbert built smell maps tracking when and where
4       the stench was the worst.  We used his data to
5       create this mapping tool on our website.  And
6       you can see how the complaints hit a crescendo
7       in July 2018.  It's disputed whether those
8       smells are all from the parish landfill.  There
9       are three other landfills and several chemical
10      plants in that same area.  Buller says none of
11      the landfill workers have suffered the symptoms
12      reported by the residents.  And there have also
13      been concerns about snow-like particles at barge
14      boating operations along the river.  But the
15      State Department Environmental Quality is
16      convinced.
17 STATE DEPARTMENT ENVIRONMENTAL QUALITY
18 REPRESENTATIVE:
19      Well, right now, there is no doubt in my mind
20      that -- that right now the major source is the
21      Jefferson Parish Landfill.
22 MR. HAMMER:
23      And Parish President, Mike Yenni, acknowledged
24      the parish landfill was at least partly to
25      blame.

1 MR. YENNI:
2     Persistent off-site odors are not standard
3     operating procedures for a landfill. And not
4     acceptable to me.
5 MR. HAMMER:
6     The worst odors at any landfill tend to be
7     caused by Hydrogen Sulfide, or H2S. A gas
8     that's generated deep inside the piles of waste.
9     After covering those piles with clay, a landfill
10    can collect the buried gases in wells, so it
11    won't escape into the air.
12 MR. DEJEAN:
13    So everything on the left side of the road is
14    River Birch. Everything on the right hand side
15    is Jefferson Parish.
16 MR. HAMMER:
17    Brian Dejean runs the private River Birch
18    Landfill. He measures H2S inside River Birch's
19    gas collection system at eighty parts per
20    million. This chart from the parishes
21    environmental consultant says if a human were
22    exposed to that concentration of H2S, it could
23    cause digestive upset and loss of appetite.
24 MR. DEJEAN:
25    H2S monitors at a hundred PPM. And so in that

```
 1        area, we're in full-face mask gear in breathing
 2        air, to do pump changes.  To do it safely.
 3   MR. HAMMER:
 4        But then Dejean measured the H2S inside the
 5        Jefferson Parish Landfill gas system and it was
 6        literally off the charts.
 7   MR. DEJEAN:
 8        Into the plant we're about Two Thousand PPM
 9        taken Three B and Four A.  So, the drainer tube
10        just -- it pegs out at two thousand.  So --
11   MR. HAMMER:
12        Essentially --
13   MR. DEJEAN:
14        -- So that's a plus.
15   MR. HAMMER:
16        Essentially, your reader topped out at 2000 PPM?
17   MR. DEJEAN:
18        Yep.  Yep.  Yep.
19   MR. HAMMER:
20        Now, let's check the Human Health Effects chart.
21        Anything over 1000 PPM causes instant death.  So
22        why was the H2S so bad at Jefferson Parish
23        Landfill?
24        The easy explanation was liquid industrial
25        waste.  Sludge and waste water produced at
```

```
 1       chemical plants, then delivered to rhw landfill
 2       and dumped into a pit.  Former Parish President,
 3       John Young, said his administrative never
 4       accepted liquid industrial waste.
 5  MR. YOUNG:
 6       The one defining issue is -- is Yenni's
 7       administration accepting liquid industrial waste
 8       and those complaints in Harahan/River Ridge
 9       spiking.
10  MR. HAMMER:
11       The parish landfill started taking the liquid
12       waste in March 2016.  While places like River
13       Burch stopped taking it.
14  MALE SPEAKER FROM AUGUST 17, 2018:
15       If neighboring landfills are refusing to take
16       it, why are we taking it?
17  MR. HAMMER:
18       Buller, the longtime landfill engineer, says it
19       was his decision to take the landfill liquid
20       waste.  And he was essentially fired for it.
21  MR. BULLER:
22       Well, I thought I had the authority.  Obviously,
23       the administration thinks otherwise.
24  MR. HAMMER:
25       But here's the thing -- Buller says the liquid
```

```
 1      waste is not the source of the landfills H2S
 2      problem.
 3      So you don't think that the liquid industrial
 4      waste, itself, had anything to do with it?
 5 MR. BULLER:
 6      No.
 7 MR. HAMMER:
 8      What did?
 9 MR. BULLER:
10      I think it goes back to the -- the hydrated
11      lyme.
12 MR. HAMMER:
13      Hydrated or slaked lyme.  A chalk like powder
14      that's great for turning liquid industrial waste
15      into paste, so it can be safely dumped in a
16      landfill.
17 MR. BULLER:
18      It met all of our criteria for -- for waste.
19      And we started receiving it in large -- large
20      quantities.
21 MR. HAMMER:
22      Eighteen Thousand tons of it in two years.
23      That's a quarter of all industrial waste
24      accepted at the landfill during that time.
25 MR. BULLER:
```

```
 1         And it was my mistake.  I'm the one who reviewed
 2         it and -- and approved that.  That waste stream.
 3  MR. HAMMER:
 4         Without realizing that it was the source of
 5         hydrogen sulfide?
 6  MR. BULLER:
 7         Yes.
 8  MR. HAMMER:
 9         Hydrated lime isn't dangerous by itself, but
10         Buller now thinks it reacted with the water and
11         waste inside the landfill to produce huge
12         amounts of H2S.
13         So, if you told the Yenni Administration, "This
14         is my fault.  I didn't realize that this was
15         something I needed to screen more carefully
16         for."  Why wouldn't they listen to you?
17  MR. BULLER:
18         I don't know if we -- if our conversation ever -
19         - ever got that far.  To be honest with you.
20  MR. HAMMER:
21         Do you want to say anything to the residents
22         who've been suffering on -- with these smells
23         and the -- and the effects on their breathing
24         and their eyes and stuff?
25  MR. BULLER:
```

```
 1       Well, sure.  I'm -- I'm sorry.
 2  MR. HAMMER:
 3       Buller says he accepted the lyme because it
 4       meant more royalty fees for the parish.  He says
 5       he didn't realize it could produce H2S until it
 6       was too late.
 7  MR. BULLER:
 8       People may disagree with the decisions I made,
 9       but I always made them with, you know, honesty
10       and integrity.  I never accepted any illegal,
11       unethical benefits from anyone.
12  END OF VIDEO
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                        REPORTER'S PAGE


     I, Phillip Kaufman, Certified Court Reporter, in
and for the State of Louisiana, do hereby state on
the record:
     That due to the interaction in the spontaneous
discourse of this proceeding, dashes (--) have been
used to indicate pauses, changes in thought, and/or
talkovers; that same is the proper method for a
Court Reporter's transcription of proceeding, and
that the dashes (--) do not indicate that words or
phrases have been left out of this transcript;
     That any words and/or names which could not be
verified through reference material have been
denoted with the phrase "(spelled phonetically)."
```

CERTIFICATE

I, Phillip A. Kaufman, Certified Court Reporter in and for the State of Louisiana, do hereby certify the transcript of an online news story found on the Internet at URL https://www.wwltv.com/article/news/investigations/david-hammer/jefferson-parish-landfill-investigation/289-84d9283d-c9ab-47d9-9019-cee69eceeccb5, purported to have been reported by David Hammer, Eyewitness Investigator, and published and aired by news station 4WWL on the 15th day of November 2019, the request for transcription thereof having been made to goDEPO Court Reporting and Litigation Support on the 3rd day of August 2023, by Kelley Videtich, Paralegal at Forrest, Cressy & James, Attorneys at Law, 1222 Annunciation Street, New Orleans, Louisiana 70130, as hereinbefore set forth in the foregoing pages, was prepared and transcribed by me or under my personal supervision, and is true and correct to the best of my ability and understanding; that I was not present during the recording of the interview; that I am not related to counsel, I am in no manner associated with counsel for or any of the interested parties to this matter, and I am in no way concerned with the outcome

1  thereof.
2       This 8th day of January 2024, New Orleans,
3  Louisiana.



   Phillip A. Kaufman CCR# 87272