```
1      The transcript of an online news story found on
2      the Internet at URL
3      https://www.wwltv.com/article/news/investigation
4      s/david-hammer/stench-of-failure-part-2/289-84c9
5      6103-1832-4dae-a090-84e544d83a0f, purported to
6      have been reported by David Hammer, and
7      published and aired by news station 4WWL on the
8      18th day of November 2019, the request for
9      transcription thereof having been made to goDEPO
10      Court Reporting and Litigation Support on the
11      3rd day of August 2023, by Kelley Videtich,
12      Parlegal at Forrest, Cressy & James, Attorneys
13      at Law, 1222 Annunciation Street, New Orelans,
14      Louisiana 70130, for transcription purposes,
15      and of which said transcription was performed by
16      and/or under the supervision of Phillip A.
17      Kaufman, Certified Court Reporter, in and for
18      the State of Louisiana.
19
20
21
22
23
24
25
```

VID_JPLF_000019

```
 1  KATIE MOORE:
 2       Well, we've told you for years now about the
 3       issues with the Jefferson Parish Landfill.  The
 4       headaches, the smell, all of it.  And in Part
 5       One of our investigation, David Hammer looked
 6       into what caused that smell to descend into
 7       neighborhoods.
 8  CHARISSE GIBSON:
 9       And tonight, in Part Two, David investigates the
10       millions in tax payer dollars that have been
11       spent to try and fix gas emissions at the
12       landfill.  And why millions more are still
13       needed to stop the stench.
14  MR. BULLER:
15       The one outlier is that 18,000 plus tons of
16       hydrated lines that in there.
17  MR. HAMMER:
18       In our exclusive interview, former Jefferson
19       Parish Landfill Engineer, Rick Buller, said it
20       was his decision in 2016 to accept a white,
21       powdery industrial waste called hydrated lime.
22       That's the most likely cause of high emissions
23       of noxious hydrogen sulfide.
24  MR. BULLER:
25       And it was my mistake.  I'm the one who reviewed
```

1      it and approved that -- that waste stream.
2 MR. HAMMER:
3      Buller says it's too late to undue his mistake,
4      but there's one thing that can still stop the
5      stink.
6 MR. BULLER:
7      Well, the next step is to improve the gas
8      collections system.  Make sure it's operating
9      properly.
10 MR. HAMMER:
11      But that's easier said then done because the
12      internal workings of a landfill are more
13      complicated than you might think.
14      We all know rotting garbage is stinky.  And it's
15      even worse when it gets wet.  So you can bet the
16      stink is sickening when it rains on a 100 foot
17      tall mound of rotting garbage.  Of course, that
18      happens a lot at landfills here in Southeast
19      Louisiana.
20      When it rains at any landfill, water seeps down
21      through the grass and Earth, through the garbage
22      heap and collects on the bottom.  So do liquids
23      when it seeps out of the garbage when it
24      decomposes.  All that liquid is called leachate.
25      As the garbage decomposes, it emits gases like

VID_JPLF_000021

1    methane and CO2.  A layer of gas forms on top of

2    the leachate.  Landfills have a system to

3    collect both the leachate and the gas so they

4    don't contaminate the environment.  Pumps send

5    the leachate to retention ponds, where it is

6    treated and stored.  There are also vertical gas

7    wells running down through the landfill.  They

8    use vacuums to collect the gas.  Different pumps

9    inside those wells send the gas up and out to a

10   gas plant where it can be processed and sold as

11   useable natural gas.  Now, if these pumps are

12   working properly, there should be only one foot

13   of leachate under that 100 foot mound of

14   garbage.  The vacuums that suck the gas into the

15   well sit right above that normal leachate level.

16   But if the pumps are not working, like they

17   weren't at Jefferson Parish Landfill for years,

18   the mound of garbage becomes flooded with

19   leachate.  That flood of leachate can block the

20   vacuums from sucking the gas into the wells.

21   And now that layer of smelly toxic methane and

22   hydrogen sulfide isn't being collected anymore.

23   Instead, it rises up into the landfill and

24   escapes into the air.

25   Methane is odorless, but hydrogen sulfide smells

VID_JPLF_000022

1          like rotten eggs.  And residents across the

2          river in Harahan and River Ridge say its been

3          over-powering for over two years now.

4    RESIDENT:

5          People are livid.  They get depressed.  They get

6          angry.  And it's no way to live your life.  When

7          you're sitting outside trying to enjoy your

8          evening, and all of the sudden you're getting

9          stunk out, and you go inside and all of a sudden

10         it starts getting in your house.  That's no way

11         to live.

12   MR. HAMMER:

13         In the summer of 2018, Parish President Mike

14         Yenni started hiring outside contractors and

15         consultants to assess and try to fix the issues.

16   MR. YENNI:

17         Persistent off-site odors are not standard

18         operating procedures for a landfill and not

19         acceptable to me.

20   MR. HAMMER:

21         In December 2018, officials promised the odors

22         would be reduced in six weeks.

23   MR. GUY SPEAKING TO COUNCIL:

24         They'll start to pump the liquid out and then

25         hopefully the gas collections systems work

VID_JPLF_000023

```
 1          properly.  And then you should start to see
 2          reductions in odors anywhere in the surrounding
 3          area.
 4   MR. HAMMER:
 5          But now, almost a year later, residents say
 6          odors are still bad.  While the parish says
 7          consulting and repair costs have topped Six
 8          Million Dollars ($6,000,000.00).  Former Parish
 9          President John Young thinks the state should
10          look into that spending.
11   MR. YOUNG:
12          A legislative audit needs to be done to see what
13          money was spent.  What it was spent on.  And why
14          it hasn't resolved the issue.  Because that's a
15          lot of money -- that tax payer money.
16   MR. HAMMER:
17          We've already hundreds of contractor invoices
18          for repairs on wells, pipes, and pumps, and for
19          oversight and technical assistance.  Hundreds of
20          thousands of dollars is for unforeseen work or
21          unexpected tasks.  Some of which is not itemized
22          on the invoices.
23   RESIDENT:
24          This one seems for us as some kind of free for
25          all where people are taking this money, but
```

VID_JPLF_000024

1        clearly not doing the job.

2  MR. HAMMER:

3        We also found a consultant called P-P-M charging

4        the parish Seventy Eight Thousand Dollars

5        ($78,000.00) over six months.  For the former

6        Tangipahoa Landfill Manager, Terrance Stewart.

7        Jefferson Parish paid a Hundred Thirteen Dollars

8        ($113.00) an hour for Stewart's time.  Mostly

9        for him to prepare reports and hold meetings,

10       all while he was serving probation for felony

11       theft and malfeasance for pocketing about

12       Seventy Thousand Dollars ($70,000.00) under the

13       table.  Money that should have gone to the

14       Tangipahoa Parish Landfill.

15  RESIDENT:

16       Anyone who's taking cash under table at a

17       landfill, should never be working at a landfill

18       again.  And secondly, should not be thrown into

19       this job -- the state that this community is in

20       and the disaster that's gone on over there.

21  MR. HAMMER:

22       After a year of repairs, parish consultants and

23       state inspectors found a major pipe was

24       installed but never properly connected.  Others

25       were patched with duct tape.  And they measured

VID_JPLF_000025

1        high methane emissions at twenty four hotspots
2        at the landfill.
3  MR.  DEJEAN:
4        They have surface emission monitoring hits and -
5        - So that's why the focus, going forward is to
6        get -- get the gas collection system installed
7        as quickly as we possibly can.
8  MR.  HAMMER:
9        That's Brian Dejean.  He runs River Birch, the
10       private landfill next door.
11 MR.  DEJEAN:
12       That's the gas being pulled out of the landfill
13       from the well.
14 MR.  HAMMER:
15       River Birch just won a Five Million Dollar
16       ($5,000,000.00) contract to essentially build a
17       new gas collection system for Jefferson Parish.
18 MR.  DEJEAN:
19       The goal is to -- going forward is to -- is to
20       be able to maximize the collection, which in
21       turn minimizes the emissions.
22 MR.  HAMMER:
23       River Birch runs a state-of-the-art gas plant.
24       It's considered a high B-T-U plant cause it
25       produces almost pure methane.  That's sold to a

VID_JPLF_000026

1          nearby pipeline as renewable natural gas for
2          delivery to homes across the country.
3    MR. DEJEAN:
4          And once the methane comes through here, it's in
5          sale -- sellable gas form.
6    MR. HAMMER:
7          Now compare the River Birch plant with the small
8          one across the road at Jefferson Parish
9          Landfill.  Dejean said the gas produced there
10         was so impure a local chemical plant stopped
11         buying it altogether.  River Birch started
12         constucting the new gas wells in the Jefferson
13         Parish Landfill last week.  The work is expected
14         to take a year, and the parish will get to share
15         twelve percent of whatever gas River Birch
16         collects from the parish landfill and sells to
17         the Atmos Energy Pipeline.
18         River Birches' owners have been accused of
19         pressuring public officials to close public
20         landfills so they could corner the market.  But
21         Jefferson Parish President Elect, Cynthia Lee
22         Sheng, says River Birch earned its' current
23         construction work at Jefferson Parish Landfill.
24   MS. SHENG:
25         You know it's clear that they run a better site

VID_JPLF_000027

1        than we do.  So they certainly have the

2        expertise in this.  And they were the top ranked

3        firm on that.

4  MR. HAMMER:

5        Residents say they don't care about any of that.

6  RESIDENT:

7        We're smelling it.  We're angry.  Fix the wells.

8  MR. HAMMER:

9        You can hear the frustration there.  The Yenni

10       Administration did send us a statement Friday

11       defending some of the repairs and spending.  And

12       saying that it would take time to fix a system

13       that's become clogged over the last decade.

14       More specifically, it said the 10 inch pipe that

15       wasn't connected, will be connected as a part of

16       River Birches construction work.  It said the

17       duct tape flagged by the state inspector was

18       only a temporary patch and was permanently fixed

19       just two days later.

20       Now I did reach Terrance Stewart by phone.  He

21       defended his work at the Jefferson Parish

22       Landfill.  While serving his probation for

23       taking money at the Tangipahoa Landfill, adding

24       quote "I've been in the solid waste business for

25       over 23 years.  Whatever happened, happened, but

VID_JPLF_000028

```
 1        I have a family and need to make a living.
 2        Katie and Charisse.
 3 KATIE MOORE:
 4        So many shocking revelations in that story,
 5        David.
 6 MR. HAMMER:
 7        Yeah.
 8 KATIE MOORE:
 9        I know people have wanted answers on this for a
10        longtime, and I think they just got a lot.
11 MR. HAMMER:
12        Yes, we -- we -- We're going to keep on it, too.
13 KATIE MOORE:
14        Sounds good.
15 CHARISSE GIBSON:
16        Alright.  David, thanks a bunch.
17
18
19
20
21
22
23
24
25
```

VID_JPLF_000029

```
1                          REPORTER'S PAGE

2

3        I, Phillip Kaufman, Certified Court Reporter, in

4   and for the State of Louisiana, do hereby state on

5   the record:

6        That due to the interaction in the spontaneous

7   discourse of this proceeding, dashes (--) have been

8   used to indicate pauses, changes in thought, and/or

9   talkovers; that same is the proper method for a

10  Court Reporter's transcription of proceeding, and

11  that the dashes (--) do not indicate that words or

12  phrases have been left out of this transcript;

13       That any words and/or names which could not be

14  verified through reference material have been

15  denoted with the phrase "(spelled phonetically)."

16

17

18

19

20

21

22

23

24

25
```

CERTIFICATE

1

2

3    I, Phillip A. Kaufman, Certified Court Reporter

4 in and for the State of Louisiana, do hereby certify

5 the transcript of an online news story taken from

6 https://www.wwltv.com/article/news/investigations/da

7 vid-hammer/jefferson-parish-landfill-investigation/2

8 89-84d9283d-c9ab-47d9-9019-cee69ececcb5, purported

9 to be conducted by David Hammer, Eyewitness

10 Investigator, published on the 18th day of November

11 2019, for news station 4WWL, said recording having

12 been provided to goDEPO Court Reporting and

13 Litigation Support, the 3rd day of August 2023, by

14 Kelley Videtich of Forrest Cressy and James,

15 Attorneys at Law, 1222 Annunciation Street, New

16 Orelans, Louisiana 70130, for transcription

17 purposes, as hereinbefore set forth in the foregoing

18 pages, was prepared and transcribed by me or under

19 my personal supervision, and is true and correct to

20 the best of my ability and understanding; that I was

21 not present during the recording; that I am not

22 related to counsel, I am in no manner associated

23 with counsel for or any of the interested parties to

24 this matter, and I am in no way concerned with the

25 outcome thereof.

VID_JPLF_000031

1      This 8th day of January 2024, New Orleans,

2  Louisiana.

3  

4              Phillip A. Kaufman CCR# 87272

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

VID_JPLF_000032