

# Transcript of Jefferson Parish Council Meeting update on the landfill

**Date:** August 7, 2018
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

VID_JPLF_000693

**Page 1**

```
              TRANSCRIPT OF VIDEO-RECORDED

                  TELEVISION REPORT


   "8.17.2018 Jefferson Parish Council Meeting update on
                     the landfill"
```

Job No.: 520186
Pages: 1 - 85
Transcribed by: Christian Naaden

**Page 2**

PROCEEDINGS

FEMALE 1: -- one and two first. We will take one and two after we get through number three. I know most of you are here for item number 3, resolution number 3. We have number 1 and 2 first.

We will take 1 and 2 after we get through number 3 since we have a crowded house. And we al- -- also have a presentation by LDEQ here with us today. So I think we should let them, Councilman Johnston and Councilman Spears, let LDEQ make their remarks. So.

MR. JOHNSTON: I'd like to s- --

FEMALE 1: Yes. Okay. Councilman Johnston.

MR. JOHNSTON: -- say something first. First, I would like to thank everybody for coming out today. I know it's hard to get off on a -- two o'clock on a Friday afternoon. But we tried to have a special meeting, Mark Spears and myself, because our districts -- Mark's -- the landfills in Mark's district and his district and my dis- -- district is being affected the most.

We tried to have a special meeting a few weeks ago but we couldn't get all parties in -- into the

**Page 3**

meeting. So we figured if we called a special meeting, then we'll get everybody here. And so we did get everybody here that we -- we need here.

And I want to thank you for all the constituents that have come and I want to thank my fellow colleagues for coming because I know they had a busy schedule too. I want to thank you all for taking the time out because this is a very important issue.

It's affecting the lives of many people in Jefferson Parish and we need to do whatever we can do to correct the problem. I'm living the dream with you, ladies and gentlemen. I live in the area. I smell it. My nose burns. I have problems breathing sometimes.

We have a big concern for it. We're worried about our constituents. So we're definitely moving forward. I know the administration has a plan. We're going to move forward and try to correct the problems we have. And again, thank you all for coming.

MALE: No. We can have the floor.

FEMALE 1: Okay. Mr. Parish President, did you want to address the council?

PARISH PRESIDENT: Yes. We have a video of --

**Page 4**

of what we want to -- that -- that we'd like to address to the entire public and the council of what -- what is being done and what -- what's happening right now. So if we could go ahead and --

MALE: They're going to queue it up; right?

PARISH PRESIDENT: They're going to queue that up.

MALE: Every day, we're working harder to enhance, reengineer, and improve our gas and leachate collection system at the Jefferson Parish Landfill. The administration and the council have already made an impact by banning any and all industrial waste as well as commercial and residential waste not generated in Jefferson Parish.

The parish has contractors in the field on a daily basis identifying and taking corrective actions. The administration has made it a point to engage the public, keep them informed and updated on any and all steps we are taking to mitigate any identifiable sources of odor that may be emanating from our landfill.

This includes providing reports from the

VID_JPLF_000694

Transcript of Jefferson Parish Council Meeting update on the landfill   2 (5 to 8)
Conducted on August 7, 2018

5

1 Department of Environmental Affairs and taking every
2 effort to update the public on these improvements. At
3 the request of the administration, the council
4 advertised and selected an environmental engineering
5 firm to study, evaluate and provide the parish with an
6 assessment report of our gas collection system.
7        Jefferson Parish has been in close contact
8 with this consultant and began implementing
9 recommendations as soon as possible prior to the final
10 report. We have also been working closely with the
11 Louisiana Department of Environmental Quality, the
12 Parish Council, and community leaders to address the
13 concerns that have stemmed from the landfill.
14        Since the July 25th council meeting, we have
15 gradually been increasing the capacity of the gas
16 system vacuum. We are tuning the gas wells twice per
17 week as recommended by the consultant. Our contractor
18 has been working with the parish administration to make
19 the necessary repairs to the odor neutralizing misting
20 system.
21        The gasoline-powered system is operational.
22 LRLC purchased a tarping system for daily cover on June

6

1 29th. This is expected to provide more efficient daily
2 cover. Approximately three quarters of an acre of tarps
3 are ordered along with a tarping machine. The newest
4 addition to the improvements is expected to be on site
5 by the end of August.
6        Aptum is the on-site contractor responsible
7 for the gas collection system. The following is a
8 summary of work performed this week. Aptum has been
9 issued a notice to proceed to construct a pipeline that
10 would improve vacuum to eight new gas wells on the
11 southside of phase 4a.
12        This should eliminate fugitive gas emissions
13 from this area. Work is scheduled to be completed
14 within two weeks at a cost of approximately $56,000.
15 Aptum has also completed a number of inspections and
16 maintenance that are required for the gas collection
17 system to operate properly.
18        Aptum is constantly checking sump pumps,
19 adding new sample ports and maintaining the fields of
20 the landfill. The assessment of the leachate collection
21 system has been completed for the northernmost portion
22 of the landfill, phase 3b.

7

1        On August 1st, 2018, BLD was given a notice to
2 proceed to perform all work to repair, upgrade and
3 perform operations and maintenance of the leachate
4 collection system, beginning with phase 3b. The
5 following is a summary of work performed this week.
6        BLD directional drilling crews completed the
7 first segment of a new 10-inch leachate force main
8 approximately more than 1,800 linear feet. BLD received
9 the fiberglass wet well for rebuilding lift station
10 number one and installed the wet well shoring system
11 where they are currently excavating the pit.
12        They have also begun forming and tying restill
13 [ph] for the wet well bottom slab and pouring concrete
14 for the slab is set to begin this week. Planning
15 operations have also started for the assessment of the
16 leachate force main testing in phase 3b.
17        At the request of the administration, the
18 Jefferson Parish Council approved the resolution
19 authorizing the council clerk to advertise for
20 statements of qualification from firms and individuals
21 who provide professional engineering services for
22 oversight and technical assistance, to the Department

8

1 of Environmental Affairs, for the operation and
2 management of the Jefferson Parish Landfill at the
3 council meeting on August 8th, 2018.
4        The public notice was published in the JP
5 Official Journal on August 15th, 2018. The submittals
6 are due in the council clerk's office on Thursday,
7 August 30th, 2018. As you can see, the administration
8 is taking an aggressive approach to improving
9 operations at the landfill.
10        We will continue to work with the Jefferson
11 Parish Council and continue to be transparent to the
12 residents of the parish whom have entrusted us to
13 provide a high level of service.
14        FEMALE 1:  Any other comment?
15        MALE:  No. That's pretty much it.
16        FEMALE 1:  Okay. Councilman Johnston, do we
17 have a representative from LDEQ here? I don't know who
18 that person is then -- who?
19        MR. JOHNSTON:  Secretary Brown.
20        FEMALE 1:  Okay.
21        MR. JOHNSTON:  Dr. Brown.
22        FEMALE 1:  Dr. Brown?

VID_JPLF_000695

**9**

1      MR. JOHNSTON:  Dr Brown; right?
2      FEMALE 1:  Is that right? Yes. Yes, sir. Thank
3  you. Good afternoon.
4      DR. BROWN:  Thank you, Madam Chairwoman,
5  committee members. I am Dr. Chuck Carr Brown. I'm the
6  DEQ secretary. Got a note, got a call from
7  Representative Connick and Talbert [ph] and Bilyat [ph]
8  and asked if I'd be here this afternoon. Actually I was
9  traveling all week. Got back last night about midnight
10 but I wanted to make sure that I was here to kind of
11 answer any questions that -- that you as councilmembers
12 may have.
13      Let me just give you a little background on --
14 on what we call type 1 and type 2 landfills, the --
15 just like the one that would be here in Jefferson
16 Parish. Type 1 and type 2 landfills will take in
17 industrial waste, municipal waste. Every man, woman and
18 child generates five or six pounds of -- of trash a
19 day.
20      We all put it in our -- our black cans or
21 whatever we use, blue cans. You roll it out front and
22 it ends up in a facility. Subtitle D of the solid waste

**10**

1  regs created these types of facilities. They have
2  liners. They have leachate collection systems. They
3  have gas collection systems. I created a taskforce late
4  last year because the problem that's been experienced
5  here is not unique.
6      All of the large landfills have been plagued
7  with -- with -- with odor issues. So I brought in all
8  the operators, all 27 of them, from around the state,
9  and basically said that when -- when these regulations
10 were promulgated, we all stood up and said that these
11 facilities will be state-of-the-art and that they
12 wouldn't impact any -- any residents that were nearby,
13 either from a nuisance standpoint or from a safety
14 standpoint.
15      I said, so you can't tell me that there's not
16 some issue when I've got all of the landfills with some
17 type of problem. You can't tell me that when you got
18 two feet of compacted clay, that now all of a sudden
19 I'm getting fugitive emissions that are actually being
20 emitted from that clay.
21      So we -- we met two or three times and we kind
22 of came to the conclusion that the gas systems probably

**11**

1  are not functioning properly because the leachate
2  should have a maximum of one foot up head and therefore
3  if it's more than that, now what you're doing is you're
4  prohibiting the gas from actually getting to the flares
5  because it's -- there's liquid all around.
6      Well, one of the things we did, we dispatched
7  our guys, not only our inspectors but our actual
8  landfill experts and we determined that the facility
9  here in Jefferson Parish actually had an issue with
10 water basically. I called it leachate but it's -- it's
11 -- it's material that comes in contact with the waste
12 that's deteriorating creates leachate.
13      It has some characteristics that are hazardous
14 in nature but mainly it is pungent. It is something
15 that you don't want to actually come in contact with.
16 Well, when your facility is -- is full of water, then
17 your -- your gas collection system is not prop- --
18 properly functioning. Therefore you get breakthrough
19 from all angles and you have -- you have what you have,
20 an odor problem, in the immediate vicinity.
21      Now, we met with the parish. The parish had --
22 we've identified the problem. We actually have a path

**12**

1  forward to solving the problem and that's where we are.
2  I think that was the -- the video that you just saw.
3  We're going to actually find ways to actually empty out
4  the water and put a collection system in that's
5  actually working.
6      What I will say is it's probably going to get
7  a little worse before it gets better because it's just
8  going to take time. But that is the path forward and
9  there's -- there's no other way to fix what's going on
10 with your facility.
11      We did send our mobile air monitoring lab
12 throughout the community. There's a report that
13 actually came out today that should be available for
14 everybody to see. The -- the -- the numbers that we saw
15 for all the constituents, we didn't think they were
16 above any health levels, but that doesn't mean any --
17 that -- that it's not impacting folks that may have
18 some sensitivities.
19      So I would like for you to look at that
20 report. And so I'll answer some of your questions if
21 you have any and we'll be available of course
22 throughout this entire process from an oversight

VID_JPLF_000696

Transcript of Jefferson Parish Council Meeting update on the landfill   4 (13 to 16)
Conducted on August 7, 2018

13

1 standpoint to make sure it's done correctly. But I just
2 wanted to be here and kind of lay that out as a -- as a
3 starting point for your discussions.
4     FEMALE 1: [inaudible]
5     MR. SPEARS: When was the last time LEQ
6 visited the landfill?
7     DR. BROWN: LDEQ, we visit this landfill every
8 day.
9     MR. SPEARS: Okay. What was the emissions
10 yesterday?
11     DR. BROWN: All right. Well, we understand
12 that yesterday there was a -- a leachate, for lack of a
13 better term, a leachate vent that -- that showed high
14 concentrations of H2S.
15     MR. SPEARS: Okay. It's my understanding that
16 H2S, the average at the landfill is 1,000 parts per
17 million and exceeds 2,000 parts per million in phase 4.
18 What is the impact of human life and nuisance? What
19 would that -- how would that impact?
20     DR. BROWN: What I will do is refer any kind
21 of medical impacts to my -- my LDH partners. We know
22 that there's H2S. We know there's a leachate problem.

14

1 And yesterday we had a breakthrough. I -- I think I
2 just said it's probably going to get a little worse
3 before it gets better. But ultimately we're trying to
4 drain the material, the water, the liquid, out of that
5 facility.
6     MR. SPEARS: Okay. If the gas is not being
7 collected, will additional disposal increase emissions?
8     DR. BROWN: Well, if you want to address the
9 problem, you've got to -- you can add more waste to
10 your facility if you choose, as a council, and I'll
11 sort of leave it at that.
12     MR. SPEARS: So, well, if we stop collecting
13 waste temporarily, will that fix the problem faster? I
14 guess that's the question I'm asking of you all.
15     DR. BROWN: Well, there -- there are pros and
16 cons. I assume you mean closing your facility
17 temporarily.
18     MR. SPEARS: Temporarily to fix the problem.
19     DR. BROWN: There are pros and cons. One of
20 the pros is you will have all your resources focused on
21 solving the problem. One of the potential cons is you
22 may not have any alternative for your waste.

15

1     What I would do is tell you that we would be
2 neutral on whether or not you choose to close your
3 facility. Unless you create another problem somewhere
4 with waste collection, then -- then that's when we
5 would step in. But if you decided to go that route, you
6 donate all your time and focus to solving the problem.
7 So I will leave you with that.
8     MR. SPEARS: That's all I have for right now.
9     DR. BROWN: Thank you.
10     FEMALE 1: Councilwoman Van Vrancken?
11     MS. VAN VRANCKEN: One question and I'm not
12 sure if this is better addressed to you, Doctor, or to
13 the administration. If BLD is working on this problem,
14 do we have a timeframe on -- on how long we think this
15 will take to remedy?
16     MR. CONLEY: We have made an impact already in
17 some of the enhancements and reengineering. We don't
18 look it to be any longer than three to six months. It's
19 piping, it's tubing, it's force mains.
20     As the doctor said, it's getting the leachate
21 and -- and the condensate out of the lines to allow the
22 gas to hit the perforations and whatnot. We have had

16

1 crews out in the field now for two or three weeks.
2     You know, we're working actively to clear all
3 the lines of the leachate and the condensate. So and we
4 feel that we can do that without any closures and --
5 and all the problems a closure would -- would bring up.
6     FEMALE 1: Councilman Roberts?
7     MR. ROBERTS: The problems that we've
8 identified, and you said we had a release yesterday, is
9 that on capped sites that are already capped or is that
10 on the open cell where additional trash is continuing
11 to be dumped? Do we know?
12     MR. CONLEY: Well, I know that we have
13 identified a problem with an eight-inch header that has
14 gone under a haul road that, due to the heavy
15 equipment, has caused a belly in a pipe which collects
16 condensate which obstructs the gas from flowing through
17 the plant. That's --
18     MR. ROBERTS: Right. But is th- -- is that gas
19 coming from --
20     MR. CONLEY: That is in 4a. That is a gas
21 coming from the open phase.
22     MR. ROBERTS: From an open site.

VID_JPLF_000697

Transcript of Jefferson Parish Council Meeting update on the landfill  5 (17 to 20)
Conducted on August 7, 2018

17

1    MR. CONLEY:  But -- but it might be relieving
2  a lot of the other phases. As I said, it has one of the
3  larger pipes, the eight-inch header, going to the
4  plant. We have -- in -- in about a week, that will be
5  rerouted. We have about a -- a $60,000, $70,000 project
6  going on right now that Aptum is -- is -- has been
7  given a notice to proceed and that, which I consider a
8  major problem, will be remedied.
9    MR. ROBERTS:  Okay. The other questions that I
10  would have, as it relates to LDEQ, my understanding was
11  is that you all brought your mobile unit out to do air
12  quality testing; is that correct?
13    DR. BROWN:  That's correct. I think we spent
14  five days in the area.
15    MR. ROBERTS:  Okay. Is that continuing to
16  occur now or is it being done by -- Keith, by a private
17  contractor or --?
18    MR. CONLEY:  IESI has brought out a -- an odor
19  expert, a company, who are going to take odor samples
20  and studies. We also are relying on DEQ for their
21  findings so it's -- I think it's a group effort. We're
22  working in [inaudible]

18

1    DR. BROWN:  And -- and just so you know, we
2  did put out some new cannisters for a different
3  constituent we want to measure.
4    MR. ROBERTS:  Okay. The question -- the other
5  question I would have as well is that, what are we
6  registering as it relates to on the site of the
7  landfill and what you all are identifying? And what are
8  we registering in River Ridge and Harahan as it relates
9  to what's being recorded on the -- or what was recorded
10  on the mobile unit?
11    DR. BROWN:  If you're asking me, I'd have to
12  have my folks do that comparison for you.
13    MR. ROBERTS:  Okay.
14    DR. BROWN:  All right? But there was a report
15  that came out today and it's probably got e- -- all
16  areas that they went to and what the concentrations
17  were.
18    MR. ROBERTS:  Is -- is it -- I guess the point
19  I'm trying to get to is, is it the same substance or
20  however you all -- and I -- I'm not in the --
21    DR. BROWN:  Mm-hmm.
22    MR. ROBERTS:  -- biology industry or science

19

1  industry to know. But is it the same substance that's
2  being recorded there that is being recorded offsite, I
3  guess is my question. And let me -- let me tell you why
4  I ask that, is that I've had the opportunity to speak
5  to some of the residents in Waggaman and in Avondale
6  and some of them have actually driven over to River
7  Ridge and -- and Harahan; okay?
8    And they unequivocally say that there's
9  absolutely a smell; okay? They have distinguished it as
10  it being different from something that they have
11  traditionally smelled by living within the vicinity of
12  the landfill.
13    So what I'm trying to get at is, is that I
14  want to make sure -- I'm not discounting the fact that
15  there may be -- very well be odors that are coming out.
16  But, Keith, you and I had had a conversation about a
17  shipping company on the river that apparently has a
18  process that they've changed or accelerated and what
19  have we done? Have we exhausted the inquiries into that
20  to determine whether or not that's any contributing
21  factor to this?
22    MR. CONLEY:  One of the biggest challenges

20

1  that we've had and I think the state has had is to
2  identify the sources of all the odors. In River Ridge,
3  there were complaints and there's video well-documented
4  of particulates raining from the sky. That -- that
5  can't be landfill activity. So there's a -- you know,
6  there's a lot of questions.
7    I know the -- I -- I understand the -- the
8  state has issued a warning or compliance order to some
9  of the industry. In the river, you have a lot of
10  midstream loading and unloading of -- of different
11  products, which have a smell to them.
12    The whole process, it was done pro- -- not
13  done properly. So what we committed to -- to do, and
14  this was early on, was to make sure that we address our
15  issues. But we -- we still are knowledgeable that there
16  might be other activities out there that are -- that
17  are contributing.
18    MR. ROBERTS:  And the -- the point you're
19  making is that they may not be done properly, let me
20  ask this, is that that is something -- and correct me
21  if I'm wrong. But Jefferson Parish, from a standpoint
22  of regulating environmental issues on loading and

VID_JPLF_000698

Transcript of Jefferson Parish Council Meeting update on the landfill   6 (21 to 24)
Conducted on August 7, 2018

21

1 unloading on the river or whatever else it may be, that
2 is a state responsibility; is that correct?
3       MR. CONLEY:  That's my understanding. That --
4       MR. ROBERTS:  Okay. Which --
5       MR. CONLEY:  [inaudible] my jurisdiction.
6       MR. ROBERTS:  Which -- which typically is an
7 EPA responsibility that the state then assumes
8 responsibility for under a cooperative endeavor
9 arrangement with the EPA; is that right?
10       DR. BROWN:  So -- so we haven't discounted any
11 other sources, just so every -- it goes on record. We
12 know that the issues that we are addressing now are
13 primarily a result of your facility, but it's not 100
14 percent.
15       There are issues up and down the river that we
16 actually are a delegated state. We do our surveillance.
17 We've gone out. We've issued compliance orders. You
18 probably can be expecting one too. So let me just say
19 this.
20       MR. ROBERTS:  If you don't mind, Secretary,
21 let me -- let me add, i- -- if -- if you -- you know,
22 for just a moment. Okay. I happen to live on the river;

22

1 okay? So I -- I -- and I'm further down from where this
2 scenario is.
3       However, I can tell you in particularly more
4 times during the winter than it is during the summer,
5 because I guess of the humidity in the air and whether
6 or not the air is thinner or thicker or whatever else
7 it may be. There is no question that we have an issue
8 with unloading and loading as it relates to cargo
9 containers on the river.
10       We've woken up in the morning and had our cars
11 covered in an orange dust, you know, so it -- it's --
12 it seems to me -- and -- and I'm not trying to get off
13 topic on this but given the opportunity that you're
14 here today, I want to express to you that I don't think
15 we're doing quite enough to make sure that we are
16 holding these companies along the river accountable
17 like they should be.
18       Because we've had to call upon state reps and
19 senators in the past that have brought out temporary
20 monitoring. But these companies are no fools. They --
21 they do it a lot in the middle of the night; okay?
22       So you wake up in the morning and the smell's

23

1 there. And, you know, it dissipates in time but they're
2 sneaky about it. And I'm not sure what more we could do
3 to try and -- and monitor that more closely.
4       DR. BROWN:  All right. Well, I appreciate your
5 -- your position. Just keep it -- keep it in front of
6 me. This guy standing here is my surveillance
7 administrator, Brian too, sir, are you in here? Where
8 are you? He's a regional manager. So bring -- keep it
9 in front of me. We'll respond as quick as we can to any
10 complaint that we get. In this particular process,
11 we've inspected at least 12 facilities trying to
12 identify where these particular odors may be coming
13 from.
14       MR. ROBERTS:  The other thing I would add from
15 the parish's standpoint, Mr. Conley, is -- is that I
16 know we have been very vigilant as it relates to
17 providing the sheriff's office with additional
18 assistance with crime cameras and license plate
19 recognition cameras and other things.
20       We may want to find out from DEQ what you all
21 have determined is the best suitable testing devices or
22 other things and for us to supplement what the state is

24

1 doing but do it on a local level as well.
2       Because I think we're -- unfortunately from
3 the state's perspective, you guys are probably more
4 reactive than proactive because you get a call and a
5 complaint saying, okay. There's an odd odor coming from
6 XYZ in the state and you all send your mobile unit out
7 there to try and register the -- the odor.
8       DR. BROWN:  Mm-hmm.
9       MR. ROBERTS:  But we may want to be more
10 proactive on our end, given a lot of our parish
11 facilities are located along the river and the school
12 board has facilities along the river too, of trying to
13 put some of these monitoring stations there as well.
14 Just a thought.
15       DR. BROWN:  Thank you.
16       FEMALE 1:  One more question, Dr. Brown. If
17 you could go back to your comments, I thought you said
18 something about things are going to get better -- worse
19 before they get better. Can you just explain that so we
20 know --
21       DR. BROWN:  Yes.
22       FEMALE 1:  These people -- the expectation of

Transcript of Jefferson Parish Council Meeting update on the landfill   7 (25 to 28)
Conducted on August 7, 2018

---

25

1 what the next couple weeks will look like for them and
2 -- and why is that the case?
3      DR. BROWN: Well, just like Councilman Spears
4 mentioned, there was a -- there was a breakthrough
5 yesterday. You may have heavy rains. All those things
6 will contribute to not only possible breakthroughs but
7 ultimately slowing down, adding more liquid to the
8 liquid you're trying to actually discharge from this
9 facility.
10      So you're going to have intermittent problems,
11 some -- some as you -- as -- from a meteorological
12 standpoint, you may have something at night that may be
13 different during the day. So we're going to continue to
14 be diligent on our end. We're going to continue to
15 respond. I'm just letting everyone here know that it's
16 going to take time to solve the problem.
17      FEMALE 1: And the cooler weather would
18 probably mitigate the -- some of the odors do you think
19 or no?
20      DR. BROWN: I'm sorry. Say it again.
21      FEMALE 1: If the weather got cooler, would
22 that help with the odor problem or what are we

---

26

1 expecting?
2      DR. BROWN: Well, if -- with these volatiles,
3 of course, the cooler the weather, the -- the less they
4 expand. So that -- that won't hurt if we get cooler
5 temperatures. But as they're digging these trenches to
6 bury these -- these lines and they're -- they're
7 evacuating the landfill, if those -- if those trenches
8 are not closed quickly, then that's just another
9 pathway for escape.
10      So that -- those are the kind of things.
11 During this construction, during this process, it's
12 going to be all of those issues that have to be
13 addressed. And if for some reason you have a serious
14 weather event, and it could -- and it's a week before
15 they can even get back to it and they've left an
16 exposed area, then you're going to have a -- high
17 concentration from that particular spot for that short
18 period of time.
19      FEMALE 1: And someone told me that they
20 thought on sunny days it's not as bad as if the sun's -
21 - you know, if it was cloud cover for a few days, they
22 felt like they smelled it a little more. Is that -- is

---

27

1 there truth to that in -- in terms of how --?
2      DR. BROWN: Well, of course, I'm not the
3 weather man but ultimately --
4      FEMALE 1: But --
5      DR. BROWN: -- as you do have heavy humidity,
6 you have odors that will linger closer to the ground.
7
8      FEMALE 1: Kind of keep them suppressed.
9      DR. BROWN: Yes.
10      FEMALE 1: Yes. Correct. Okay.
11      DR. BROWN: Yes. Absolutely. So let me just
12 finally say that I'll -- I'll gladly come back any time
13 you need me, that we're going to continue to work
14 diligently to address the issues not only of the
15 council but of the community, and -- and that we're
16 here as a resource. Anything you need.
17      MR. JOHNSTON: Dr. Brown.
18      FEMALE 1: Thank you. Councilman Johnston.
19      MR. JOHNSTON: We know we have a problem in
20 our -- in our landfill. As -- as I tell the people when
21 I talk to them, we need to take care of our house. We
22 need to clean our house, get it straight. But we also

---

28

1 know there's problems along the river.
2      I've talked to some river people that have
3 told me the river is more active now. Seven perc--
4 seven times more active now than it's been in years
5 because China's coming in and buying a lot of grain up.
6      They're buying a lot of stuff because of the
7 tariff coming in in the next few months and it's going
8 to increase the prices. So there's a lot of activity in
9 the river. A lot of barges coming in. A lot of watching
10 of barges.
11      People are telling me who are in -- or in the
12 business are telling me some of the smells they smell,
13 it smells like petroleum that could possibly be
14 material they're using to clean the barges and they're
15 -- they're going into the river, the -- when they wash
16 the barges, the stuff goes into the river and it
17 smells.
18      Now, I know we have issues with -- with the
19 problem with the gases, but we also -- we need a -- who
20 is responsible for these boats? Is -- is -- is it the
21 coast guard? Is it -- is it you, the DEQ, that monitors
22 these boats being loaded cleaning -- cleaning barges?

VID_JPLF_000700

29

1 Who -- who is?
2      DR. BROWN:  Well, if there's actually a barge
3 cleaning operation, they get permits from us. If
4 there's some issue with a spill or an oil spill in the
5 river, then the Coast Guard would have primacy.
6      But we're involved 100 percent in just about
7 everything. We don't regulate everything like we do
8 certain point sources, but when there's an issue, all I
9 would say just bring it to our attention. We will put
10 every resource that we have on that issue.
11      So I just want you to know that. We can't be
12 everywhere at all times but we d- -- we certainly
13 depend on other eyes and ears to alert us of some
14 issues. If I find somebody dumping into the river,
15 they're going to have real trouble. Unless they don't
16 do it when I'm looking. But if we -- we find that
17 they're dumping in the river, we can trace it back to
18 that responsible party, that responsible party is going
19 to be held accountable. Period.
20      MR. JOHNSTON:  Well, Dr. Brown, I want to
21 thank you for coming and bringing your team here today
22 to go over the -- the problems we're having in the

30

1 area.
2      DR. BROWN:  Well, thank you. And again, our --
3 our door is open. Call us any time. I know this is a
4 very difficult, very sensitive issue, and I do
5 empathize with you. But we identified the problem,
6 we're addressing the problem. It's just going to take a
7 little time to get to that final end result.
8      MR. JOHNSTON:  Thank you.
9      DR. BROWN:  Thank you all.
10      FEMALE 1:  Thank you, Dr. Brown.
11      MR. JOHNSTON:  Administration, I have a
12 question. We -- Councilman Spears and myself put up
13 $100,000 a few months -- a few weeks ago to help pay
14 for overtime for people to go out there and also to buy
15 equipment to monitor the -- smell, to go out and
16 buy new equipment. What has happened? I know I'm being
17 told people coming out at night checking the --
18      FEMALE 1:  Councilman Johnston, if I could
19 just interrupt. Dr. Brown, before you leave, we have
20 one question from Councilman Impastato, so if you could
21 just stay for that. Go ahead, Councilman Johnston.
22      MR. JOHNSTON:  [inaudible]

31

1      FEMALE 1:  No. Go ahead. I just want -- I
2 didn't want him to walk out.
3      MR. JOHNSTON:  Go ahead. Ask. [inaudible]
4      MR. IMPASTATO:  Thank you. I just wanted to
5 confirm if I -- if I'm understanding some of the things
6 you said. First of all, of the testing that was done by
7 DEQ --
8      DR. BROWN:  Mm-hmm.
9      MR. IMPASTATO:  -- were there any levels of
10 toxins or gases that were deemed to provide a threat to
11 human -- human health, life, safety, etc.?
12      DR. BROWN:  In consultation with our
13 Department of Health, we reviewed that data and that
14 report is available today. It should be -- I have my
15 press secretary -- on that website shortly if you can
16 access it. There was nothing that was seen that was
17 above any health standards. Doesn't mean that it's not
18 impacting individuals in some form of fashion.
19      MR. IMPASTATO:  No. I understand that. I mean,
20 not -- not to suggest it's --
21      DR. BROWN:  Yeah.
22      MR. IMPASTATO:  -- not unpleasant or something

32

1 like that but, I mean, I want to know what is the
2 health hazard? What is the danger to our constituents
3 and to the people of Jefferson Parish? Is it fair for
4 me to say or to understand that you're saying or it is
5 -- it is the opinion of the Department of Health that
6 these levels at present do not present a threat to
7 health --
8      DR. BROWN:  I would think that would be the
9 conclusion that you would reach. I want to give you an
10 example of -- I've got River Ridge and Waggaman here.
11      MR. IMPASTATO:  Let me be clear. Not my
12 conclusion.
13      DR. BROWN:  Well, no. No. That -- that would
14 be the conclusion from the Department of Health.
15      MR. IMPASTATO:  Thanks.
16      DR. BROWN:  Eight-hour H2S standard is 237
17 parts per billion. What we've got here in Waggaman on
18 average for eight hours is 14. For River Ridge, it's
19 5.9. The standard is 237 so it's -- there's nothing we
20 found that's above the standard.
21      MR. IMPASTATO:  I understand. And -- and has
22 DEQ or any other agency, to your knowledge, issued any

VID_JPLF_000701

33

1  form and maybe Chief Operat- -- Chief Operating Officer
2  Conley, maybe you might have the in- -- in -- give some
3  input on this. Has there been any kind of compliance
4  order or determination by any agency telling the parish
5  this must be done or anything like that?
6      MR. CONLEY:  Well, on June 22nd, we did -- did
7  get a compliance order in the open phase about a cover
8  issue and a leachate seepage which is the
9  responsibility of the contractor and that's been
10 remedied.
11     MR. IMPASTATO:  Okay.
12     MR. CONLEY:  We have had no other compliance
13 order. As the doctor said, DEQ has our side
14 probably every day. They now enter our sewage systems
15 and whatnot and we welcome that. And to -- to this --
16 to my knowledge, to this moment, we haven't gotten any
17 compliance orders.
18     MR. IMPASTATO:  And that's consistent.
19     DR. BROWN:  That -- that's -- that's correct.
20 We've issued one here for -- for the issues that he
21 brought up and then one for another landfill in the
22 immediate area.

35

1  -- these remedies could be made while we still have the
2  landfill open. Of course, the revenue from the landfill
3  and the landfill open we're using to enhance and
4  reengineer the landfill.
5      So it'd be very problematic and would probably
6  make the -- make the situation worse if the landfill
7  were to close down. To get to some of Dr. Brown's other
8  points where he mentioned that it might get worse
9  before it gets better because you're digging into maybe
10 a closed section of the landfill.
11     Our biggest issues that we've identified are
12 pumps and sump pumps and condensate pumps and things of
13 that nature. There should be minimal digging or
14 trenching into the existing landfill other than the
15 eight-inch header that we spoke of and maybe some force
16 lines. We're increasing the capacity of the force main
17 to the lift station to handle the leachate. We did get
18 the leachate pond -- pond back up and running to aerate
19 the leachate.
20     But we don't think that, you know, we have too
21 much digging into a closed phase that would -- would --
22 would cause some odor issues to do. And if so, we

34

1      MR. IMPASTATO:  And a comment that you made in
2  response to Councilman Spears's questions regarding --
3  I believe it was regarding closing of the landfill. You
4  said one of the cons would be, where does your waste
5  go?
6      DR. BROWN:  Ultimately where would -- where
7  would your waste go?
8      MR. IMPASTATO:  So what are the options there
9  should the landfill be closed immediately? I mean, what
10 are the opt- -- what -- what is the oppor- -- option?
11     MR. CONLEY:  Well, I mean, that's -- that's
12 off a whole 'nother set of problems as far as state
13 procurement law and then you're at the other landfill's
14 mercy. And, you know, right now, we have a control of
15 what we take. We service the parish. We service the
16 municipalities in the parish as far as sewage sludge,
17 things of that nature. That has to be handled in a
18 certain manner.
19     If that were to get outsourced or
20 brought to another landfill, then you can -- I hate to
21 use the word extortion but you're at somebody else's
22 mercy. We don't think it's come to that. We think these

36

1  make sure there were misters on site, water it down to
2  capture some of that -- some of the odor issues.
3      DR. BROWN:  Mm-hmm.
4      MR. SPEARS:  I -- I have a question.
5      FEMALE 1:  Councilman [inaudible]
6      MR. SPEARS:  What would it take for us to
7  explore those options of bringing the stuff to another
8  landfill? I mean, not to say that we are going to do it
9  but just to see. Because, I mean, look. We continue to
10 receive the complaints. I know I receive them. I know
11 Paul receives them. So just to see the possibility --
12     MR. CONLEY:  Well, I would ask that you give
13 us about -- give us time to explore that and -- and to
14 give the -- to report back to the council maybe in 60
15 or 90 days of study that basically would say, you know,
16 what that would entail. This isn't going to be done
17 overnight. If -- if a -- if this landfill were to be
18 closed down now, we wouldn't be able to collect garbage
19 for the other 438,000 citizens of Jefferson Parish.
20     MR. SPEARS:  But let's -- let's explore that.
21 But 60 or 90 days is impossible. The only thing we need
22 to do is find out --

VID_JPLF_000702

---

**37**

1    MR. CONLEY:  It's not impossible. It's --

2    MR. SPEARS:  We need to -- we need to find out

3  the procurement -- procurement legally what we need to

4  do. Because I know the people out here -- I was in

5  Waggaman on Wednesday. And they feel as though this is

6  a crisis and emergency and I know that the

7  administration has powers, the parish president, has

8  powers to do things as it relates to contracts.

9    MR. CONLEY:  Well, that's something we'd have

10  to look into. If it is what would be decli- -- defined

11  as an emergency under state law, you know, this -- we

12  have -- we have [inaudible]

13    MR. SPEARS:  I'm sure if you ask them, they

14  would probably say it's an emergency.

15    MR. CONLEY:  Thank you. Thank you for that.

16    MR. SPEARS:  I'm just saying.

17    MR. CONLEY:  But we have never had this

18  discussion before right now. So, you know, you're going

19  to have to give me time to get -- get that information

20  and get it back to you.

21    MR. SPEARS:  Okay.

22    DR. BROWN:  Any other questions for me?

---

**38**

1    MR. SPEARS:  Thank you.

2    FEMALE 1:  Thank you, Dr. Brown.

3    DR. BROWN:  Thank you all. And look, again, we

4  are here and so don't hesitate to call on us.

5    MR. JOHNSTON:  Thank you, Doc.

6    FEMALE 1:  Paul, you want to [inaudible]

7    MR. JOHNSTON:  Yeah. To finish up, so of the

8  $100,000 we gave you, have you all gone out and bought

9  any equipment or are you just paying the overtime for

10  the people that go out at night? What exactly

11  [inaudible]

12    MR. CONLEY:  Right now, I think we're looking

13  at the equipment to get. We do have crews out every

14  evening from hazmat, from environmental, from emergency

15  operations. We have the emergency vehicle, the

16  emergency employment vehicle out. We are monitoring the

17  Facebook.

18    We've had a great relationship with Mr.

19  Herbert from the -- who's the administrator for the

20  Facebook page. He is submitting data to us. We're using

21  his information. We have boots on the ground.

22    Whenever there's a complaint -- a complaints

---

**39**

1  or an odor, a team goes out and documents it. We are

2  monitoring all landfills on a regular basis, driving

3  the perimeter and making sure that if any odors are --

4  are detected, it's documented.

5    All that information's going into the IEIS

6  system. So and we are interfacing and having contact

7  with the community. These crews have stop and talked to

8  people to see, you know, when the odors are worse, when

9  -- and -- and things of that nature.

10    MR. SPEARS:  And just to correct you, Keith,

11  we did -- a few hours ago on the phone, I did discuss

12  this with you. It wasn't the first conversation right

13  here right now.

14    MR. CONLEY:  I called you and asked you what -

15  - what should I expect at this meeting?

16    MR. SPEARS:  Oh. And I told you. I said,

17  that's one of the options.

18    MR. CONLEY:  That was two hours ago.

19    MR. SPEARS:  Well, I mean, it was one of the

20  options. I was asking.

21    [applause]

22    MR. CONLEY:  Thank you, Mark. Thank you.

---

**40**

1    FEMALE 1:  Okay. Now --

2    MR. JOHNSTON:  Is the administration have --

3  do any -- any other resources you need this council to

4  do? Do you need us to -- to do something to --

5    MR. CONLEY:  Well, thi- -- this council's been

6  very instrumental in -- in the Carlson, you know,

7  active advertising for that and procuring that service.

8  Last council meeting, this council approved the

9  advertising for a professional landfill manager to do

10  it by contract, to come in and deal with DEQ issues,

11  from the engineering side as well as the environmental

12  side.

13    That's -- that's a huge step. The moratorium

14  on the different waste streams that are coming in is

15  going to have an impact. So I think everything's

16  gelling together and I appreciate the -- you know, the

17  involvement and the cooperation of the council.

18    But, you know, certainly we'll -- we'll let

19  you know and let the counc- -- Councilman Spears know

20  as we go forward if there's any other things that we

21  see. We were at -- we did have construction contracts

22  already in place that allowed us to get a head start on

---

VID_JPLF_000703

41

1 a lot of the -- the construction projects.
2        One -- the -- the company that got the -- the
3 gas contract had done the due diligence phase in the
4 landfills, they had -- they had a good assessment of
5 the gas field and we were able to use that information
6 as well to pinpoint some -- some potential problem
7 areas, which is beneficial to us and them as well. So
8 we have a great game plan going forward, and like I
9 said, it's -- it's -- it's the leachate issue that --
10 that we're tackling right now. But thank you.
11        FEMALE 1:  Thank you, Mr. Conley. Okay. Any
12 one of the council members? Right. Now's the time that
13 we -- persons can appear before the council regarding
14 this resolution. I know we want to hear from everyone.
15        We want to hear your concerns. We want to hear
16 -- hear your experiences. I know there are some folks
17 here who are kind of group leaders and are representing
18 a number of people and we would ask that everyone else
19 limit their time to three minutes so that everybody has
20 a chance to -- to speak.
21        MR. SPEARS:  Let me -- before -- before we go
22 forward, just so I can be clear, can I -- I'm asking

42

1 the parish attorney. How long would it take to
2 determine, as it relates legally, how we can
3 temporarily close the landfill? Would it take 60 to 90
4 days?
5        MR. DWYER:  I- -- it wouldn't take that long
6 for us to determine the procurement methods but as far
7 as all of the options of -- of what would happen --
8 because it's not just -- just the stream of waste going
9 elsewhere. It's also the contractors that are currently
10 on site, funding those, what -- what would happen with
11 all of that kind of stuff.
12        MR. SPEARS:  Mm-hmm.
13        MR. DWYER:  You know, at -- probably at least
14 two or three weeks would -- would be able to get a
15 solid answer.
16        MR. SPEARS:  Okay. Well, the next council
17 meeting is on the 29th, which is roughly, what, two
18 weeks from now?
19        MR. DWYER:  12 days. Yep.
20        MR. SPEARS:  Is that -- is that too much to
21 ask for that date?
22        MR. DWYER:  We could try.

43

1        MR. SPEARS:  Okay. All right. Thank you.
2        FEMALE 1:  Good afternoon.
3        MR. HEANEY:  Good afternoon. My name's Tom
4 Heaney. I'm a resident of Metairie. I'm really
5 concerned about this. I've -- I've appeared before this
6 council numerous times. This is yet another example of
7 no big contracting and -- and what happens.
8        You know, the -- the [inaudible] project was
9 an EPA grant-funded project and, you know, I spoke in
10 the past couple of council meetings where the -- the
11 contracts were handed out for, you know, other EPA-
12 sponsored programs, Brownsfield as well as some of the
13 engineers that are looking at the parish landfill.
14        And they're done no bid which violates federal
15 procurement regulation. You know, if -- if the people
16 are being given contracts that aren't -- aren't the
17 best qualified or the bidder, you know, you're -- Mr.
18 Johnston said he's -- he's living -- he's living the
19 life. Well, yeah. You're living your life.
20        This was -- Margie Seamans put this together
21 because this is a program we were working on. This was
22 a part of the meeting that I had with the OIG, the

44

1 parish OIG, which that video has been destroyed and
2 they claim now that that -- that meeting never took
3 place. But you can look at the campaign contributions
4 that -- that IESI paid, okay, to campaign -- to
5 councilmembers to get that contract. You know, this has
6 got to stop. You know, the no-bid, this -- this SOQ
7 program.
8        [applause]
9        MR. HEANEY:  It's not in the best interest --
10 it's not in the best interest of the parish. It's in
11 your best interest but it's not in our best interest;
12 okay? And -- and if it doesn't stop, it's going to be a
13 huge campaign issue coming up. I can guarantee that
14 right now, okay, because I'm going to give my records -
15 -
16        [applause]
17        MR. HEANEY:  -- to anybody that runs against
18 you if you don't change the ways that you're doing
19 these -- these -- awarding these contracts. Now, I -- I
20 talked about CFR-200. You're trying to apply that to
21 HUD only and that's not true. You know, I got news for
22 you. The federal government put out, through the OMB,

VID_JPLF_000704

45

1  they put out that instruction that all grants --
2       FEMALE 1:  One minute.
3       MR. HEANEY:  -- they're supposed to be done by
4  bid under extraordinarily different venues, an
5  emergency or if there's no one else to bid but one
6  person. And -- and you continue to do this.
7       You did it just recently in two -- two -- two
8  of the past council meetings and I spoke on it. And let
9  -- let -- I -- I don't think there's too many people
10 here that doesn't know who I am and what happened to me
11 when I spoke on this originally.
12      So, you know, guys, you -- you know, karma.
13 That's all I can tell you. It's coming home to roost.
14 You better do something or you're going to find
15 yourselves, you know, not having a job. Thank you.
16      [applause]
17      FEMALE 1:  If anyone would like -- else would
18 like to address the council. I know many people have
19 signed up but I don't know the order in which you came
20 so if you could just come up one by one and there's no
21 particular order. If you could. And also state your
22 name for the record please.

46

1       MR. HERBERT:  My name's Gerald Herbert and I'm
2  a resident of Harahan. I live on Murlesan Avenue and I
3  grew up in Harahan. Never experienced this smell. But
4  returning home recently in -- we bought a home in
5  September and within three days, we were encountering
6  this smell.
7       And I since have been collecting data -- and
8  many of you have -- you all have these on your desk and
9  these are -- I started a Facebook page for residents to
10 come together to try to determine where the smell came
11 from and to talk about a solution.
12      In the process, we created smell reports and
13 just since April 25th, we've collected 3,000 -- over
14 3,300 smell reports from residents. And they're all
15 documented in the folders there with their comments.
16      So I recommend you take a look at them. And I
17 don't expect you to read every one but if you gander
18 through them, you can see what the residents have --
19 have been going through. The only way I can describe
20 this to you to frame it up for you is that it's like a
21 thick, invisible fog that is overwhelming and
22 unlivable.

47

1       And it comes at -- randomly at night, and if
2  you're outside it chases you inside and many times you
3  wake up at two, three in the morning and the smell is
4  all through the house. You can't even escape it in your
5  own bedroom. It really is unlivable and this community,
6  we're about 30,000 people that are affected and it's
7  been going on for such a long time that people are
8  exasperated and at wit's end.
9       And you can see them coming on the page every
10 night and if it doesn't hit my neighborhood one night,
11 it'll hit someone else's neighborhood one night. The
12 Facebook group is 70 percent female and I believe
13 that's because mothers are very concerned about what
14 their children are breathing. They expre- --
15      [applause]
16      MR. HERBERT:  They express it on the page.
17 They say -- many reporting health issues that they
18 think are associated with the smell such as bronchitis,
19 nosebleeds and other issues. I don't know what to make
20 of these but I think that all of these mothers need to
21 be taken seriously.
22      For every person -- the Facebook group is now

48

1  at 2,000 people and that's just a fraction of the
2  community. And for everybody on this Facebook group,
3  they represent a household probably of two, three other
4  people at minimum. So I'm trying to express to you not
5  only how intense it is but how broad it is and how much
6  it's affected everyone and how long it's been.
7       And when you come home at night from another
8  part of the city and the air is clear wherever you are
9  or you come home from vacation and you're enjoying
10 clean air, it's not until you get to Colonial Club
11 Drive and Jefferson Highway or Earhart and Dickory or
12 Williams Boulevard, when finally you get to your
13 community and it hits you right in the face.
14      And it's depressing. It makes you angry. I
15 just want you to know that it's affecting people
16 psychologically as well and you can see that on the
17 Facebook page. And it truly is an -- an unlivable
18 situation.
19      The people can beg for nothing more than the
20 quickest resolvement possible. I do have a couple
21 questions. I know that the parish was taking industrial
22 waste, liquid industrial waste, for the last year. And

VID_JPLF_000705

49

1  I'd like to know if this was done in accordance with
2  the ordinances and -- and of Jefferson Parish and were
3  things being handled properly at the landfill or not?
4       And also, these liquid industrial wastes --
5  wastes, and I don't know if anyone here can answer
6  this. Maybe someone from the LDEQ. But are there any
7  lingering issues where we will continue to have smell
8  while that is buried? And will you all have to excavate
9  some of this and remove it?
10      And my other question is, given that we're
11 30,000 people lining the river, the most densely part -
12 - populated part of Jefferson Parish and one of
13 probably the most de- -- den -- densely populated parts
14 of the state, will you all and the LDEQ consider
15 establishing permanent air monitoring stations along
16 the river, given that the heavy industry and the
17 landfills are all upwind from us?
18      I do feel as a resident that as the industry
19 expands on the west bank, west bank residents are
20 affected and east bank residents are affected if things
21 are not done right. And it's a wakeup call for our
22 community to be vigilant from now on and not allow

50

1  encroachment of heavy industry without careful planning
2  so that we can maintain the quality of life that we've
3  enjoyed here in Harahan and River Ridge and these
4  mothers can raise their families the way they wish to.
5  That's all I have.
6       FEMALE 1:  Thank you, Mr. Herbert. [inaudible]
7
8       [applause]
9       FEMALE 1:  He had -- Mr. Herbert did have the
10 question about the liquid industrial waste and I know
11 that is being talked about a lot so if you could --
12      MR. CONLEY:  Right. When --
13      FEMALE 1:  -- just explain the history of
14 that.
15      MR. CONLEY:  When we discovered that that was
16 going on, we seized it. We put a moratorium on it July
17 2nd. The parish attorney's looking into the contract
18 and researching the -- you know, what council action
19 was taken. We'll have that answer by the next council
20 meeting as well.
21      FEMALE 2:  Was it approved?
22      MR. ROBERTS:  Wait. Let -- let me ask a

51

1  question. When -- when you all discovered that -- that
2  you were taking in liquid industrial waste, was that --
3       MR. CONLEY:  I'm sorry. Say it again. Who
4  approved it?
5       MR. ROBERTS:  Who -- who made -- okay. My
6  understanding is, in order to take liquid industrial
7  waste, required an amendment to the parish's permit on
8  the landfill; is that correct?
9       MR. CONLEY:  That's my understanding also.
10      MR. ROBERTS:  Who made that request?
11      MR. CONLEY:  I believe the parish did but the
12 parish attorney's office is looking into it and we'll
13 get you that information.
14      FEMALE 2:  Really? Come on.
15      FEMALE 3:  [inaudible]
16      MR. ROBERTS:  Okay. I -- I can tell you that
17 I've been told that that never came before this council
18 for a vote.
19      FEMALE 4:  Who decided to get rid of the
20 [inaudible]
21      MR. ROBERTS:  So I guess the question is I'm
22 pretty sure that the application ought to show who made

52

1  the request.
2       FEMALE 4:  Who approved it?
3       MR. CONLEY:  [inaudible] We're -- we're
4  getting that information now.
5       MR. ROBERTS:  So we -- we don't know that yet.
6       MR. CONLEY:  I was told it was done lawfully
7  but we're -- we're -- we're making sure it was.
8       MR. ROBERTS:  Okay.
9       MALE:  What was the waste? What exactly was
10 the waste?
11      MALE:  My con- -- my concern would be if -- if
12 neighboring landfills are refusing to take it, why are
13 we taking it?
14      [applause]
15      FEMALE 1:  Sir, Sir, I realize that. We're
16 going to -- if you could get in line, we will get your
17 question. I realize. And if it's relevant, please step
18 in line right after this. Let's just try to -- if we
19 don't do things in order, everybody won't have a chance
20 to get their concerns heard. And it is a question that
21 I have as well, so we will definitely get back to it.
22 But let's just -- this lady's been standing up here;

VID_JPLF_000706

53

1  okay?
2       MS. MAZZA:  So the ball's already rolling. My
3  name's Juliana Mazza. I work for WDSU News and my
4  question also pertained to the liquid industrial waste.
5       And I had a conversation with Councilman
6  Johnston right before this meeting started where he
7  informed me that the council, to the best of his
8  knowledge, was never made aware of or never took a vote
9  on the liquid industrial waste. So my question was just
10 to verify if that was in fact the case and whether or
11 not that amendment did require council approval?
12      And from there, if it did require council
13 approval, and that was not the case. I know that that
14 liquid industrial waste, for I want to say maybe at
15 least the last month, if not longer, has not been
16 accepted at the landfill. But what does that mean
17 moving forward if decisions were made on such a large
18 scale without council approval if that was necessary?
19      FEMALE 1:  Do we have -- Mr. Conley or Mr. --
20      MR. CONLEY:  Bottom line, that would be a
21 contractual breach. That would be a violation that the
22 contractor was doing and we'll take legal recourse

54

1  against them.
2       MS. MAZZA:  But for a contractor to do that,
3  there would have had -- it's not like they would just
4  do that on their own; right? I mean, there must have
5  been some kind of directive to allow that liquid
6  industrial waste to be collected. So I -- we're still
7  trying to determine exactly who made that directive to
8  start accepting that?
9       MR. CONLEY:  If -- if that directive was made.
10 We don't know.
11      FEMALE 5:  Oh come on.
12      MS. MAZZA:  Okay.
13      MR. CONLEY:  The attorney's looking at it and
14 it's --
15      MS. MAZZA:  And council, this would though --
16 this would in fact require your approval though;
17 correct?
18      FEMALE 1:  My unders- --
19      MALE:  As far as we know, it would take our
20 approval.
21      FEMALE 1:  It -- when we looked at the -- when
22 our office looked at the amendments to the contract, I

55

1  believe there were three. We're talking about the IESI
2  contract I guess. This was not included in those
3  amendments. So.
4       MS. MAZZA:  Thank you. I appreciate it.
5       FEMALE 5:  Who approved it?
6       FEMALE 1:  Good afternoon.
7       MS. ANDERSON:  Good afternoon. My name is
8  Hermene Anderson. I'm a resident of River Ridge. I was
9  the person that organized the very peaceful protest out
10 front, I mean, on the side of the building an hour
11 prior to this meeting. I am not here to name-call
12 anybody, to point the finger, to undermine anything
13 here.
14      I talk from my heart and my soul. I am
15 representing all these women sitting here and the ones
16 that could not attend this meeting that are at work and
17 have children that they need to take care of and they
18 wanted to be here. They want to express their concerns.
19      And we held signs, close the landfill. We just
20 heard from the doctor from DEQ that it would happen on
21 a much faster basis to repair, make the necessary
22 repairs and fix it, if the landfill was closed. Divert

56

1  the trash. Thank you, Representative Councilman Spears.
2  I'm glad you brought that up --
3       [applause]
4       MS. ANDERSON:  -- because I want to see this
5  landfill closed and so does many people here. We are
6  suffering every day from this and I am speaking for all
7  mothers, grandmothers myself whose grandchild started
8  complaining of a headache two weeks -- she doesn't even
9  know what a headache is. I mean, seriously. We need the
10 landfill shut down. I beg you all. Please follow
11 through. Okay. That's all I have to say.
12      FEMALE 1:  Thank you, Ms. Anderson.
13      [applause]
14      FEMALE 1:  Good afternoon.
15      MR. BRUNET:  My name is Michael Brunet. I'm a
16 resident [inaudible]
17      FEMALE 1:  Michael. I'm sorry?
18      MR. BRUNET:  Brunet.
19      FEMALE 1:  Brunet. Thank you.
20      MR. BRUNET:  Resident of River Ridge. My
21 question is, what is the liquid waste Cornerstone was
22 bringing to -- to be processed?

VID_JPLF_000707

57

1    FEMALE 1: Okay.
2    MR. BRUNET: The -- the contents of the liquid
3 waste. Secondly is, with all this air quality issues
4 we're having right now, why would someone permit
5 burning of trash on the west bank? This -- I guess
6 they're building a sports complex. Why would someone
7 permit the burning of trash with all the air quality
8 issues we're having right now?
9    MALE: We're having air quality issues. It
10 doesn't matter if it's trees or trash.
11    MR. BRUNET: I'm speaking. I'm speaking. I'm
12 speaking. Thank you.
13    FEMALE 1: Mr. --
14    MR. BRUNET: So can we -- can we just figure
15 out why -- what the liquid was and why are we still --
16    FEMALE 1: Okay.
17    MR. BRUNET: -- burning? Thank you.
18    FEMALE 1: Mr. Conley, do you have that
19 answer?
20    MR. CONLEY: I don't have it right now but
21 I'll get it. As far as the burning, I -- that was --
22 that was --

58

1    MULTIPLE: We can't hear you.
2    FEMALE 1: They can't hear.
3    MR. CONLEY: Yeah. I -- about the burning,
4 I'll have to see what the permitting process was with
5 that -- you know, with that. And I'm getting the
6 information on what the liquid was right now.
7    MR. JOHNSTON: Would the burning be a DEQ
8 permit? Who would permit the burning in the -- in the
9 area?
10    MR. CONLEY: I'm not sure who would permit
11 that.
12    MR. SPEARS: That's the -- it's a state
13 project. That's the -- the baseball fields off of
14 Nicole. I don't know [inaudible]
15    MR. CONLEY: [inaudible] Westwego Sports
16 Complex.
17    MR. SPEARS: Yeah. Sport com- -- complex but I
18 don't know -- it's -- was it -- it's a state project.
19    MR. ROBERTS: If it's --
20    FEMALE 1: Councilman Roberts.
21    MR. ROBERTS: As Councilman Spears said, if
22 it's a state project and the -- the state is

59

1 constructing that, then they would have dealt directly
2 with the State Fire Marshal's Office for permitting on
3 that. I don't think the parish would have had any
4 involvement in that at all.
5    FEMALE 1: Good afternoon, sir.
6    MR. HAYDEL: Hi. Jean Haydel, River Ridge. The
7 -- I read in the newspaper there was a report from
8 Carlson Environmental Consultants recently. And it
9 reminded me of what has been going on in Orleans Parish
10 with the sewage and water board in relationship to the
11 drainage and the maintenance of the equipment.
12 Carlson's Environmental Consultants report that during
13 their inspection, there were 16 of the 34 pumps were
14 operating, a deficiency in operation.
15    95 of the 225 vertical wells were operating.
16 Another deficiency. And also, 70 vertical wells were
17 found with high oxygen levels that are above the stan-
18 -- the state requirements. Now, either we have a
19 deficiency in the design of the landfill, or we have a
20 deficiency in the operation of the landfill.
21    And I believe based on those numbers, we have
22 a deficiency in the operation of the landfill. Also,

60

1 the report said that it recommended -- that it is going
2 to recommend additional pumps for the area. And my
3 question is, when will that report be coming forth?
4 Thank you.
5    MR. O'BRIEN: Good afternoon. Michael O'Brien,
6 152 Garden Road, River Ridge. I think the biggest
7 problem in this -- in this situation is that our parish
8 made a bad business decision. Why would we, as one of
9 the representatives said earlier, why would we accept
10 industrial waste from outside of our parish, especially
11 from a refinery, and think that that was okay?
12    Are the profits going to outweigh the
13 potential hazard to the residents? And although I
14 understand the legality of the term acceptable being
15 used today, I just want to let you guys know as a
16 resident of ridge -- River Ridge, it's not acceptable
17 to the quality of life. Not with my kids outside in it.
18    [applause]
19    MR. O'BRIEN: Also, I've been reading and
20 watching on the news that this administration,
21 President Yenni's administration, has put the blame
22 partially or all on our prior administration. So I ask

VID_JPLF_000708

Transcript of Jefferson Parish Council Meeting update on the landfill   16 (61 to 64)
Conducted on August 7, 2018

61

1  this question. Has your administration, President
2  Yenni, admitted any permits, any contracts pertaining
3  especially to this industrial waste contract? Thank
4  you.
5      [applause]
6  FEMALE 1:  Thank you.
7      MR. BOWLER:  Hi. Mike Bowler. Far be it for me
8  to ever accuse this administration of lying, but
9  somebody just asked about the permit and I believe Mr.
10 Conley's response was, we're looking into how the
11 permit application was made.
12     But I'm looking at your signature on the
13 application for that permit and so I'm -- I'm a little
14 confused as to how you don't know that you signed the
15 application on behalf of the parish to get the permit
16 to do the industrial -- the liquid industrial waste.
17 I'm looking at it. It's -- it's dated February of 2016.
18 So how -- how are you still looking into this?
19     FEMALE 5:  Thank you. Thank you. Thank you.
20     [applause]
21     MS. PEARSON:  You ought to go after that.
22     FEMALE 4:  Can we get a response?

62

1      FEMALE 3:  Yeah.
2      [crosstalk]
3      MR. CONLEY:  [inaudible] I'd like to go over
4  it. This is -- I don't see my signature on this.
5      FEMALE 5:  Oh come on.
6      FEMALE 1:  You [inaudible]
7      MR. CONLEY:  He gave this to him.
8      MS. PEARSON:  Hi. I'm Nancy Pearson, 8924
9  Rensu Drive. I received a letter earlier this week from
10 Mr. Clark, who's the president of the River Ridge
11 Community Association, and he asked me if I would come
12 today and represent him. I'm going to give you -- I
13 have many copies of some questions that we would like
14 to get responses from.
15     I know we don't have time today to do that. If
16 I could give them to whoever is going to be able to
17 answer these questions and send them back to us. I was
18 born and raised two blocks from the river. I've spent
19 almost 65 years within two blocks of the river. So
20 we're used to smells and different things coming.
21     As a child, they said the soot. They used to
22 clean the ships at night so nobody could catch them

63

1  They said it was okay. Well, we found out later it
2  wasn't okay. I have a good friend who died recently of
3  mesothelioma. When he was working at Avondale
4  Shipyards, they said it was safe to work there and he
5  died from it.
6      Today, Dr. Brown said the levels are safe,
7  that we can breathe whatever that is that's in the air.
8  It's safe. What's going to happen in 10, 15 or 20 years
9  when they say those levels weren't safe and they were
10 harmful to us? It's too late then.
11     [applause]
12     MS. PEARSON:  This morning, I changed my air
13 conditioning filter. It wasn't time yet. But when I
14 checked it, it was solid black from my -- you know, and
15 my ceiling and for the air conditioning.
16     And it's like, well, wait. I've only had it up
17 there less than a month. It shouldn't be that way. I
18 buy the good one for three months. It was solid black
19 like this. It's never been like that. I've been in that
20 house 30 years.
21     I usually change it every three months as it's
22 called for. I changed it this morning. It's in my

64

1  recycle bin if you want to see it. I was speaking to
2  someone out here. There's was in less than three weeks
3  and they had to change the air conditioning filter.
4      So if this stuff is in the air, how many of us
5  have vegetable gardens? How many of us have fruit
6  trees? Not only are we breathing it but we're eating
7  something that's harmful for us. The lady said she
8  spoke for the mothers and the grandmothers who couldn't
9  be here.
10     What are these children going to come --
11 what's going to happen to them in 20 and 30 years when
12 we do find out that this was harmful for us? And I'm
13 not saying it's just the landfill. I don't think
14 anybody knows if it's just the landfill. DEQ has been
15 out there for months measuring the air quality.
16     So I would just like to see if we could look
17 into this, see what it is. We know -- all of us who
18 live by the river, we know they work on those boats all
19 night long. You can hear them working on those boats
20 all night long.
21     So if they're doing something, it's not during
22 the middle of the day when we see the plane going back

65

1  up and down the river, it goes up and down the river
2  several times during the daytime. They're doing it at
3  nighttime. That's why when we wake up at five in the
4  morning, we smell it. We see it.
5      But I'm very concerned about the quality. I'm
6  65. If I get it, I've had a good life. But what about
7  these young children? These babies that we have right
8  here in the audience? What future do they have? So
9  thank you. And can I give these to someone to --
10     FEMALE 1:  Yes.
11     MS. PEARSON:  Thank you.
12     FEMALE 1:  Thank you, Ms. Pearson.
13     [applause]
14     FEMALE 1:  Good afternoon.
15     MR. RISHU:  Good afternoon. My name's Darryl
16 Rishu [ph]. My wife and I are both homeowners in
17 Harahan. And the first question I'd like to ask is at
18 the last emergency meeting that was held in the west
19 bank, Parish President Yenni stated that someone from
20 the John Young Administration wrote a side letter
21 relinquishing IESI of three of the four mandates that
22 the city council had put forth so that IESI could

66

1  operate that landfill.
2      They reduced it down to one. I'm calling you
3  out today, Mr. Yenni, for a transparency, to let me
4  know who signed that letter. We have a Freedom of
5  Information Act in -- in place in this country and we
6  haven't gotten the answer to it yet. You point the
7  finger at past administration but my bet is that
8  person's still under your administration. I want to
9  know who is it.
10     [applause]
11     MR. RISHU:  Secondly, I'm not in the -- in the
12 industrial waste business and I'm not in politics but I
13 understand a lot of things. I understand why the smell
14 comes in our neighborhood. I understand that in 2016,
15 Mr. Conley, we were supposed to be not taking liquid
16 waste anymore from Jefferson Parish Landfill.
17     They found a workaround by mixing it with fly
18 ash which is coal ash. The process to make that is
19 supposed to be compressed with a certain ratio of
20 liquids with fly ash compressing it at 7,000 PSI,
21 letting it sit for 45 days until it becomes ultimate
22 strength before it can be put into the landfill.

67

1      Who's monitoring that that process is going
2  along like it's supposed to? The result of it not going
3  through like it's supposed to emits hydrogen sulfide,
4  the stuff we're smelling, the stuff that's mixing with
5  the waste that's making even more toxic soup as -- as
6  I'll call it, in the landfill we have.
7      Who's mandating that? Who's watching that
8  operation? Is it going through like it's supposed to?
9  Again, back to the first question, who signed that
10 letter relinquishing IESI of three of the mandates of
11 the four?
12     MR. CONLEY:  The letter -- the letter was
13 signed by Rick Buller, the landfill engineer who we
14 accepted his resignation under this administration. He
15 worked under both.
16     MR. RISHU:  And what about the process of the
17 solidifying of the liquid waste?
18     MR. CONLEY:  That landfill engineer was also
19 over that process and we ended that process as well.
20     MR. RISHU:  Thank you.
21     MS. HELWIG:  Hi. My name is Erin Helwig. I'm
22 also a River Ridge resident. To answer the question

68

1  about Rick Buller, who -- does he have the authority to
2  sign that? Or did he have the authority? No? Okay.
3      FEMALE 5:  Can anybody -- can anybody answer a
4  question?
5      MS. HELWIG:  So I came up here to say this
6  didn't happen overnight. Obviously, this is years and
7  years of negligence. Who in our council decided to
8  ignore this and, you know, I'm sure over the past two
9  or three years, you've been asked for money to -- to
10 maintain the leachate system. What happened? Whose --
11 whose decision was this? That's what I want to know.
12     [applause]
13     MS. CAPDEPON:  Hi. My name is Lindsay
14 Capdepon. I live in Harahan. Years ago, I married a
15 wonderful man. He was a Marine, a Marine Corps officer.
16 He had just come back from a very difficult deployment.
17     He could have lived anywhere he wanted but he
18 wanted somewhere that was quiet and beautiful and a
19 relaxing place to live and he picked Harahan. And now
20 we're considering moving. We cannot live there any
21 longer.
22     I don't know who's going to buy our house but

VID_JPLF_000710

69

1  it's getting to be unlivable. I have two children who
2  cough at night. The smell gets in our house multiple
3  times a week. Our eyes burn. Our noses burn. Our
4  throats burn.
5       I'm tired of people telling me that this is
6  not causing health issues. You know, my husband, who's
7  a -- I view as the strongest man in the world, sits
8  there coughing in his bed at night and it's
9  heartbreaking.
10      My kids can't go outside and play all because
11 of the landfill. And I know there are -- there's a lot
12 of talk about the barges and I do agree that the barges
13 do cause many, many issues. But I am 100 percent
14 certain that the smell is not one of them. They do
15 cause the particles, the particulate matter.
16      The barges have been an issue for many, many
17 of us. But that smell that we smell is coming from the
18 landfill. I have been to Live Oak Boulevard on three
19 separate occasions now when we have had a southwest
20 wind and when I have ha- -- smelled the smell at my
21 home in Harahan.
22      It is the same exact smell when you're sitting

70

1  next to the landfill. So I don't know why we're still
2  saying there may be other sources. The source of the
3  odor is the landfill and it is due to the negligence.
4  It is due to the industrial waste. The industrial waste
5  is sitting in there.
6      So even though you've stopped accepting it,
7  it's just buried in there and I don't know how you get
8  that. I don't know how you remedy that situation. I
9  don't know how you get that out of there. But, you
10 know, I don't -- something needs to be done. I just
11 wanted to stand up here as a mother and let you know my
12 thoughts.
13      But I'm very concerned and I'm especially
14 concerned about the industrial waste that's sitting in
15 there basically poisoning us. I know that that is
16 releasing hydrogen sulfide at very high levels and I --
17 I don't know what the solution is but I hope you're
18 able to find one.
19      I don't know if you need to permanently cover
20 the landfill and close it. Perhaps River Birch can take
21 the -- the trash. I don't know. But something needs to
22 be done and I just wanted to express my opinions. Thank

71

1  you.
2      [applause]
3      FEMALE 1:  Thank you, Ms. Capdepon.
4      MR. PETERSON:  Good afternoon. My name's
5  George Peterson. I live in Waggaman. Most of you all
6  are familiar with me. I've been coming to this parish
7  council since Aaron Broussard was parish president. I
8  live directly between the landfill and the Harahan
9  River Ridge community.
10      I walk every morning and I call the odor
11 number when I smell landfill. I've called when I smell
12 smoke. I've -- I'm not -- everyone knows I'm not a fan
13 of this administration so I'm not here to defend this
14 administration for any of their actions and everyone
15 should know that over the years, I have never been a
16 fan of the landfills because I've been before this
17 council to complain about landfill issues. Sewer
18 sludge, mold and mildew after Katrina and so forth.
19      There is a problem. There's a problem on the
20 east bank and I've done in- -- independent
21 investigating by going over to River Ridge and Harahan,
22 sitting out at Rotolo's, smelling the oil, petroleum

72

1  smells. It's different than the landfill odors that I
2  smell in -- in Waggaman. That's not saying that there
3  isn't a problem on the east bank.
4      There is a problem on the east bank. But I
5  want the truth and we're not going to find the truth if
6  we point the finger at one culprit when there's a dozen
7  culprits along the river. We're not going to find the
8  truth if we point the finger at one.
9      And to tell you the truth, there are four
10 landfills in the Waggaman area. There's the GNOL, which
11 was been closed by the DEQ but never properly finished
12 and closed. There's of course the parish landfill.
13      There's the River Birch landfill and then
14 there's the C&D site. And I believe there's a fifth
15 landfill on the southside of Highway 90 that's been
16 there for decades. These landfills have been in that
17 area for over 50 years.
18      There's -- is this industrial waste a problem?
19 Oh yeah. I'm sure it is. But like what the other lady
20 said, I change my air filters on a monthly basis and
21 they're not black. Whatever's going on on the east bank
22 needs to be found and we need to find the truth. We

VID_JPLF_000711

Transcript of Jefferson Parish Council Meeting update on the landfill
19 (73 to 76)
Conducted on August 7, 2018

73

1  can't just sit there and say, well. Close the landfill
2  because where's it going to go?
3       It's going to go right next door to River
4  Birch; all right? So that's not going to be your
5  solution. That's not going to fix or solve my problem
6  smelling the -- the landfill in the morning when I go
7  walking. That's not going to close -- that's not going
8  to solve the problem because you've still got the River
9  Birch.
10      You've still got the landfill. You've still
11 got the GNOL. You've still got the C&D with the mold
12 and mildew that we had after Katrina. You know, you're
13 not going to solve it by just focusing on the landfill.
14      You need to solve it by finding what's the
15 real problem on the east bank. I've gone there. I got a
16 headache when I was sitting in front of Rotolo's
17 smelling that oily smell. It's the re- -- it's a real
18 thing.
19      We're not getting burning eyes and nosebleeds
20 and those other types of respiratory problems that
21 these children are suffering from on the east bank. We
22 need to find the truth and we can't find the truth if

74

1  we use the landfill as a deflection. So let's get to
2  the truth. Thank you.
3      [applause]
4      FEMALE 1:  Thank you, Mr. Peterson.
5      MR. PETTY:  Good afternoon.
6      FEMALE 1:  Good afternoon, sir.
7      MR. PETTY:  My name is Wyatt S. Petty and I
8  live in Waggaman. Matter of fact, I can walk out my
9  door and walk down the street about two, two-and-a-half
10 blocks, go over the train tracks, and I'm standing on
11 the landfill.
12      And I listened to everyone from Harahan and
13 River Ridge. But it's coming to us first. It's coming
14 to my family first and my neighborhood. My kids wake up
15 coughing, sneezing, you know, eyes red, running, water.
16      They can't play outside in the grass because
17 of nosebleeds and all that coming from out of the
18 ground. I have a pecan tree that I placed in my yard
19 eight years ago and it's a little bit taller than me
20 now; okay? It won't grow.
21      A lot of residents have moved out and I'm
22 talking about $300,000 homes that Sunrise is building

75

1  right off of Rivet Road and Live Oak Boulevard in -- in
2  -- in my neighborhood. And they're still building homes
3  in that area right now.
4       And I just would like to get a solution
5  because by me being a -- a war vet, Desert Seal, Desert
6  Storm, 100 percent disabled veteran, I have COPD and my
7  doctor's telling me I need to move; okay? I have to go
8  take another breathing test next week; all right?
9  Because my lungs are -- are -- are -- are slowly
10 decreasing.
11      That smell, whatever it is, I don't know what
12 it is. But I do know one thing, that it's affecting a
13 whole lot of people and a whole lot of children,
14 including mine. So let's just fix the problem. Thank
15 you.
16      [applause]
17      FEMALE 1:  Thank you, Mr. Petty.
18      MS. ZIMMER:  I'm Jenny Zimmer. I live in River
19 Ridge and I have one question for the council. Can we
20 commit to passing -- can you all commit to passing an
21 ordinance that no landfill on the west bank accept any
22 industrial waste? None of them?

76

1       FEMALE 1:  We can -- we can -- somebody can
2  make a motion and second it at a council meeting today
3  from the floor. It would have to be unanimous but
4  certainly I think we would --
5       MS. ZIMMER:  Maybe at the next council
6  meeting.
7       FEMALE 1:  Yes. I think we're going to look at
8  a lot of things. I -- I think we really will, Ms.
9  Zimmer.
10      MS. ZIMMER:  Thank you.
11      MR. ROBERTS:  Let me add, if I can.
12      FEMALE 1:  Councilman Roberts.
13      MR. ROBERTS:  I -- I would certainly be in
14 favor of that. I think -- I don't want to give false
15 expectations, however, on whether or not we have the
16 authority to do that or we don't. And the parish
17 attorney is telling me that -- that we don't. So.
18      MR. DWYER:  We have the authority over our
19 landfill but --
20      MR. ROBERTS:  But not the others. DEQ would --
21      MR. DWYER:  Correct.
22      MR. ROBERTS:  -- as it relates to the others.

VID_JPLF_000712

77

1  So we could specifically pass something as it relates
2  to the parish landfill. However, DEQ would have
3  regulatory authority on the other landfills.
4      MS. ZIMMER:  Did they all leave already?
5      MR. JOHNSTON:  Yeah. But we could do a
6  resolution to --
7      MR. ROBERTS:  We could ask the state
8  delegation to --
9      MR. JOHNSTON:  Could ask -- yeah. We could ask
10  the state.
11      MR. ROBERTS:  The council has already --
12      MR. SPEARS:  Yeah. We did that.
13      MR. ROBERTS:  -- adopted the moratorium
14  stopping industrial waste at the parish.
15      MR. SPEARS:  Maybe at council meeting. Yeah.
16  We did that.
17      MR. JOHNSTON:  But privately owned, we could
18  send a resolution to the DEQ, ask them, requesting them
19  to do it and involve our state reps and see if we can
20  do it that way. Yeah.
21      MS. ZIMMER:  When can that be done by?
22      MR. JOHNSTON:  Well, we'd have to check and

78

1  see. We can do a resolution at the next council meeting
2  requesting DEQ to -- to move on that.
3      MR. ROBERTS:  To the best of my knowledge, I
4  don't believe any of them are taking it right now
5  anyway; is that right?
6      MR. JOHNSTON:  I don't believe.
7      FEMALE 1:  Councilman Impastato?
8      MR. IMPASTATO:  Mr. Dwyer, parish attorney,
9  you just said something that I want to make sure
10  doesn't get lost or overlooked. Can -- can you talk
11  about the moratorium that's in place now?
12      MR. DWYER:  Yeah. The -- the council passed a
13  resolution a couple of meetings ago. I -- I don't
14  remember the exact date of that council meeting.
15      FEMALE 1:  I think it was after -- you stopped
16  taking it July 2nd. I believe it was the meeting after
17  that; correct?
18      MR. SPEARS:  In grand all.
19      MR. DWYER:  The grand all meeting, the -- the
20  council passed a moratorium no longer accepting
21  industrial waste or any other --
22      MR. JOHNSTON:  Or sludge. No sludge either.

79

1      MR. DWYER:  And any residential commercial
2  waste --
3      MR. SPEARS:  Can you make that -- can you make
4  that clear over the mike please?
5      MR. DWYER:  -- not generated in Jefferson
6  Parish.
7      MR. CONLEY:  The council adopted a -- a
8  moratorium on, one, we're not taking any industrial
9  waste and, two, we're not taking any commercial or
10  residential waste that's not generated in Jefferson
11  Parish.
12      FEMALE 1:  So it's all Jefferson Parish
13  residential --
14      MR. CONLEY:  And commercial.
15      FEMALE 1:  -- including municipalities. What
16  municipalities do we take?
17      MR. CONLEY:  I'm not sure if we take -- I'm --
18      FEMALE 1:  Do we take Gretna?
19      MR. CONLEY:  Do we take --
20      FEMALE 1:  I think we take Gretna; right?
21      MR. CONLEY:  We take Gretna and Harahan and --
22  and that's -- that's all I know.

80

1      FEMALE 1:  Any commercial business, we will --
2      MR. CONLEY:  If it's located --
3      FEMALE 1:  -- not indust- --
4      MR. CONLEY:  If it's located in Jefferson
5  Parish.
6      MALE:  And Kenner i- -- Kenner is River Birch.
7      MR. CONLEY:  Kenner is River Birch. Right.
8      FEMALE 1:  Okay.
9      FEMALE 6:  Can I ask also just two questions
10  or -- or requests of the administration. When we asked
11  earlier for a timeline of how long it would take for
12  this to be repaired, you said three to six months. BLD
13  is -- is doing that work.
14      MR. CONLEY:  That's correct.
15      FEMALE 6:  Can you give us an estimate of if
16  we chose to close our landfill, how much faster does
17  BLD expect the work could be done if we did not
18  continue to add additional trash?
19      MR. CONLEY:  It -- it would not -- it would
20  not --
21      FEMALE 6:  Can you ask them?
22      MR. CONLEY:  It -- yeah. I will ask them. But

VID_JPLF_000713

81

1 from what I've been told, it won't affect the time --
2 timeline at all.
3        FEMALE 6:  The other thing --
4        MR. CONLEY:  A lot of the pumps and -- and the
5 work are being done in the closed phase.
6        FEMALE 1:  Please be quiet so Mr. Conley can
7 speak.
8        MR. CONLEY:  A lot -- like I said earlier, a
9 lot of the work and a lot of the rehab and enhancements
10 are being done in the closed areas anyway. So.
11        FEMALE 6:  Well, again, if BLD can -- can
12 maybe give us something to --
13        MR. CONLEY:  Sure.
14        FEMALE 6:  -- to that effect. And also if IESI
15 is our current contractor over operations and
16 maintenance at the landfill and we are at the place
17 we're at, do we have someone else looking over them
18 now?
19        MR. CONLEY:  We have the director of
20 environmental services there and this SOQ that the
21 council has put out for adv- -- advertisement that
22 would be due back August 30th. It would be a selection

82

1 of that firm that would have complete oversight of all
2 the contracts, DEQ permitting and all the activities at
3 the landfill.
4        FEMALE 6:  Okay. Thank you.
5        FEMALE 1:  Good afternoon.
6        MS. ANTONION:  Hi. My name is Victoria
7 Antonion. I live in Waggaman and I want to make sure
8 this council understands that George does not speak for
9 Waggaman because we have --
10        [applause]
11        MS. ANTONION:  -- dealt with this problem over
12 and over again and my son has dealt with it. Three
13 o'clock comes around when school normally lets out and
14 he wants to go outside and play and he comes in and
15 says, it smells like a sewer.
16        He's had a dry throat and he's coughed. He's
17 had bloody noses since we moved here two years ago and
18 we never had this problem before when we lived in
19 Georgia. Once we moved to Waggaman, it started.
20        So it is the landfill. For him to say it's
21 not, good for you it doesn't affect you but it affects
22 us and it affects our children. And I need y'all to

83

1 understand it is not an east bank problem. It is both
2 the west and the east bank.
3        FEMALE 1:  Thank you, Ms. Antonion.
4        [applause]
5        MR. REAM:  Hello. John Ream. I live in Harahan
6 and I have some complaints from neighbors that are not
7 far from my house and it's only about four blocks from
8 Harahan City Hall. And it seems like that odor and
9 whatever is affecting -- whatever chemical is affecting
10 the residents have affected the people on r- -- on
11 Riverside Drive, that they've been getting nosebleeds
12 now and I think they even called Mike Yenni up and --
13 and talked to him.
14        And some -- something needs to be done. You
15 know, if you say it's not the landfills, whatever
16 they've got to do to -- to stop it from coming out. Any
17 industrial activity along the river in that area needs
18 to be shut down.
19        Anything that's causing this problem -- and
20 we've been pointing at the landfill but it could be
21 barges or something. All of it needs to be shut down
22 until we can identify what's going on. And when we

84

1 identify what's going on, then you can start one thing
2 up at a time and then you'll know what's going on.
3        So until we do something like that, nothing's
4 going to be accomplished. We're just going to be finger
5 pointing here and there and everywhere. So appreciate
6 anything that anybody can do that would relieve this
7 problem here. So thank you very much.
8        FEMALE 1:  Thank you, Mr. Ream.
9        [applause]
10
11
12
13
14
15
16
17
18
19
20
21
22

VID_JPLF_000714

85

```
 1            CERTIFICATE OF TRANSCRIBER
 2      I, Chris Naaden, a transcriber, hereby declare
 3   under penalty of perjury that to the best of my ability
 4   from the audio recordings and supporting information;
 5   and that I am neither counsel for, related to, nor
 6   employed by any of the parties to this case and have no
 7   interest, financial or otherwise, in its outcome, the
 8   above 84 pages contain a full, true and correct
 9   transcription of the tape-recording that I received
10   regarding the event listed on the caption on page 1.
11
12      I further declare that I have no interest in
13   the event of the action.
14
15   _____
16      January 5, 2024
17      Chris Naaden
18
19   (520186, 8.17.2018 Jefferson Parish Council Meeting
20   update on the landfill)
21
22
```

VID_JPLF_000715

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                    23

**A**

aaron
71:7
ability
85:3
able
36:18, 41:5,
42:14, 62:16,
70:18
about
3:15, 9:9,
17:4, 17:5,
19:16, 23:2,
24:18, 29:6,
33:7, 36:13,
43:5, 44:20,
46:11, 47:6,
47:13, 50:10,
50:11, 55:1,
58:3, 61:9,
65:5, 65:6,
67:16, 68:1,
69:12, 70:14,
71:17, 74:9,
74:22, 78:11,
83:7
above
12:16, 31:17,
32:20, 59:17,
85:8
absolutely
19:9, 27:11
accelerated
19:18
accept
60:9, 75:21
acceptable
60:14, 60:16
accepted
53:16, 67:14
accepting
54:8, 70:6,
78:20
access
31:16
accomplished
84:4

accordance
49:1
accountable
22:16, 29:19
accuse
61:8
acre
6:2
act
66:5
action
50:18, 85:13
actions
4:16, 71:14
active
28:3, 28:4,
40:7
actively
16:2
activities
20:16, 82:2
activity
20:5, 28:8,
83:17
actual
11:7
actually
9:8, 10:19,
11:4, 11:9,
11:15, 11:22,
12:3, 12:5,
12:13, 19:6,
21:16, 25:8,
29:2
add
14:9, 21:21,
23:14, 76:11,
80:18
adding
6:19, 25:7
addition
6:4
additional
14:7, 16:10,
23:17, 60:2,
80:18
address
3:21, 4:1,

5:12, 14:8,
20:14, 27:14,
45:18
addressed
15:12, 26:13
addressing
21:12, 30:6
administration
3:16, 4:11,
4:17, 5:3, 5:18,
7:17, 8:7,
15:13, 30:11,
37:7, 40:2,
60:20, 60:21,
60:22, 61:1,
61:8, 65:20,
66:7, 66:8,
67:14, 71:13,
71:14, 80:10
administrator
23:7, 38:19
admitted
61:2
adopted
77:13, 79:7
adv
81:21
advertise
7:19
advertised
5:4
advertisement
81:21
advertising
40:7, 40:9
aerate
35:18
affairs
5:1, 8:1
affect
81:1, 82:21
affected
2:19, 47:6,
48:6, 49:20,
83:10
affecting
3:9, 48:15,
75:12, 83:9

affects
82:21, 82:22
after
2:3, 2:6,
52:18, 61:21,
71:18, 73:12,
78:15, 78:16
afternoon
2:16, 9:3, 9:8,
43:2, 43:3,
55:6, 55:7,
56:14, 59:5,
60:5, 65:14,
65:15, 71:4,
74:5, 74:6, 82:5
again
3:18, 25:20,
30:2, 38:3,
51:3, 67:9,
81:11, 82:12
against
44:17, 54:1
agency
32:22, 33:4
aggressive
8:8
ago
2:22, 30:13,
39:11, 39:18,
68:14, 74:19,
78:13, 82:17
agree
69:12
ahead
4:4, 30:21,
31:1, 31:3
air
12:11, 17:11,
22:5, 22:6,
48:8, 48:10,
49:15, 57:3,
57:7, 57:9,
63:7, 63:12,
63:15, 64:3,
64:4, 64:15,
72:20
al
2:7

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                      24

alert
29:13
all
2:22, 3:4, 3:7,
3:18, 4:12,
4:18, 7:2, 9:9,
9:20, 10:6,
10:7, 10:8,
10:10, 10:16,
10:18, 11:5,
11:19, 12:15,
13:11, 14:14,
14:20, 15:6,
15:8, 16:2,
16:5, 17:11,
18:7, 18:14,
18:15, 18:20,
20:2, 23:4,
23:20, 24:6,
25:5, 26:12,
29:8, 29:12,
30:9, 31:6,
38:3, 38:8,
39:2, 39:5,
42:7, 42:11,
43:1, 45:1,
45:13, 46:8,
46:14, 47:4,
47:20, 49:8,
49:14, 49:17,
50:5, 51:1,
55:15, 56:6,
56:10, 56:11,
57:3, 57:7,
59:4, 60:22,
64:17, 64:18,
64:20, 69:10,
71:5, 73:4,
74:17, 75:8,
75:20, 77:4,
78:18, 78:19,
79:12, 79:22,
81:2, 82:1,
82:2, 83:21
allow
15:21, 49:22,
54:5
allowed
40:22

almost
62:19
along
6:3, 22:16,
24:11, 24:12,
28:1, 49:15,
67:2, 72:7,
83:17
already
4:11, 15:16,
16:9, 40:22,
53:2, 77:4,
77:11
also
2:8, 5:10,
6:15, 7:12,
7:15, 17:20,
27:22, 28:19,
30:14, 42:9,
45:21, 49:4,
51:9, 53:4,
59:16, 59:22,
60:19, 67:18,
67:22, 80:9,
81:14
alternative
14:22
although
60:13
amendment
51:7, 53:11
amendments
54:22, 55:3
anderson
55:7, 55:8,
56:4, 56:12
angles
11:19
angry
48:14
another
15:3, 26:8,
33:21, 34:20,
36:7, 43:6,
48:7, 59:16,
75:8
answer
9:11, 12:20,

42:15, 49:5,
50:19, 57:19,
62:17, 66:6,
67:22, 68:3
antonion
82:6, 82:7,
82:11, 83:3
any
4:12, 4:18,
4:19, 8:14,
9:11, 10:12,
12:16, 12:21,
13:20, 14:22,
15:18, 16:4,
19:20, 21:10,
23:9, 27:12,
30:3, 31:9,
31:17, 32:22,
33:3, 33:4,
33:16, 37:22,
38:9, 39:3,
40:3, 40:20,
41:11, 49:6,
59:3, 61:2,
68:20, 71:14,
75:21, 78:4,
78:21, 79:1,
79:8, 79:9,
80:1, 83:16,
85:6
anybody
44:17, 55:12,
64:14, 68:3,
84:6
anymore
66:16
anyone
45:17, 49:5
anything
27:16, 33:5,
55:12, 83:19,
84:6
anyway
78:5, 81:10
anywhere
68:17
apparently
19:17

appear
41:13
appeared
43:5
applause
39:21, 44:8,
44:16, 45:16,
47:15, 50:8,
52:14, 56:3,
56:13, 60:18,
61:5, 61:20,
63:11, 65:13,
66:10, 68:12,
71:2, 74:3,
75:16, 82:10,
83:4, 84:9
application
51:22, 61:11,
61:13, 61:15
apply
44:20
appreciate
23:4, 40:16,
55:4, 84:5
approach
8:8
approval
53:11, 53:13,
53:18, 54:16,
54:20
approved
7:18, 40:8,
50:21, 51:4,
52:2, 55:5
approximately
6:2, 6:14, 7:8
april
46:13
aptum
6:6, 6:8, 6:15,
6:18, 17:6
area
3:12, 6:13,
17:14, 26:16,
30:1, 33:22,
58:9, 60:2,
72:10, 72:17,
75:3, 83:17

VID_JPLF_000717

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                                    25

areas
18:16, 41:7,
81:10
aren't
43:16
around
10:8, 11:5,
82:13
arrangement
21:9
ash
66:18, 66:20
asked
9:8, 39:14,
61:9, 62:11,
68:9, 80:10
asking
14:14, 18:11,
39:20, 41:22
assessment
5:6, 6:20,
7:15, 41:4
assistance
7:22, 23:18
associated
47:18
association
62:11
assume
14:16
assumes
21:7
attend
55:16
attention
29:9
attorney
42:1, 76:17,
78:8
attorney's
50:17, 51:12,
54:13
audience
65:8
audio
85:4
august
6:5, 7:1, 8:3,

8:5, 8:7, 81:22
authority
68:1, 68:2,
76:16, 76:18,
77:3
authorizing
7:19
available
12:13, 12:21,
31:14
avenue
46:2
average
13:16, 32:18
avondale
19:5, 63:3
awarding
44:19
aware
53:8

**B**

babies
65:7
back
9:9, 24:17,
26:15, 27:12,
29:17, 35:18,
36:14, 37:20,
52:21, 62:17,
64:22, 67:9,
68:16, 81:22
background
9:13
bad
26:20, 60:8
ball's
53:2
bank
49:19, 49:20,
57:5, 65:19,
71:20, 72:3,
72:4, 72:21,
73:15, 73:21,
75:21, 83:1,
83:2
banning
4:12

barge
29:2
barges
28:9, 28:10,
28:14, 28:16,
28:22, 69:12,
69:16, 83:21
baseball
58:13
based
59:21
basically
10:9, 11:10,
36:15, 70:15
basis
4:16, 39:2,
55:21, 72:20
beautiful
68:18
because
2:17, 3:6, 3:8,
10:4, 11:1,
11:5, 12:7,
22:5, 22:18,
24:2, 24:4,
28:5, 28:6,
35:9, 36:9,
37:4, 42:8,
43:21, 44:14,
47:13, 56:4,
69:10, 71:16,
73:2, 73:8,
74:16, 75:5,
75:9, 82:9
becomes
66:21
bed
69:8
bedroom
47:5
been
5:7, 5:10,
5:15, 5:18, 6:8,
6:21, 9:8, 10:4,
10:6, 17:6,
23:16, 28:4,
33:3, 33:9,
33:13, 40:5,

44:1, 46:7,
46:19, 47:7,
48:6, 51:17,
52:22, 53:15,
54:5, 59:9,
60:19, 63:19,
64:14, 68:9,
69:16, 69:18,
71:6, 71:15,
71:16, 72:11,
72:15, 72:16,
81:1, 83:11,
83:20
before
12:7, 14:3,
24:19, 26:14,
30:19, 35:9,
37:18, 41:13,
41:21, 43:5,
51:17, 53:6,
66:22, 71:16,
82:18
beg
48:19, 56:10
began
5:8
begin
7:14
beginning
7:4
begun
7:12
behalf
61:15
being
2:19, 4:3,
10:19, 14:6,
17:16, 18:9,
19:2, 19:10,
28:22, 30:16,
43:16, 49:3,
50:11, 60:14,
75:5, 81:5,
81:10
believe
34:3, 47:12,
51:11, 55:1,
59:21, 61:9,

VID_JPLF_000718

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                        26

72:14, 78:4,
78:6, 78:16
**belly**
16:15
**beneficial**
41:7
**best**
23:21, 43:17,
44:9, 44:10,
44:11, 53:7,
78:3, 85:3
**bet**
66:7
**better**
12:7, 13:13,
14:3, 15:12,
24:18, 24:19,
35:9, 45:14
**between**
71:8
**bid**
43:14, 45:4,
45:5
**bidder**
43:17
**big**
3:14, 43:7
**biggest**
19:22, 35:11,
60:6
**billion**
32:17
**bilyat**
9:7
**bin**
64:1
**biology**
18:22
**birch**
70:20, 72:13,
73:4, 73:9,
80:6, 80:7
**bit**
74:19
**black**
9:20, 63:14,
63:18, 72:21
**blame**
60:21

**bld**
7:1, 7:6, 7:8,
15:13, 80:12,
80:17, 81:11
**blocks**
62:18, 62:19,
74:10, 83:7
**bloody**
82:17
**blue**
9:21
**board**
24:12, 59:10
**boats**
28:20, 28:22,
64:18, 64:19
**boots**
38:21
**born**
62:18
**both**
65:16, 67:15,
83:1
**bottom**
7:13, 53:20
**bought**
38:8, 46:4
**boulevard**
48:12, 69:18,
75:1
**bowler**
61:7
**breach**
53:21
**breakthrough**
11:18, 14:1,
25:4
**breakthroughs**
25:6
**breathe**
63:7
**breathing**
3:13, 47:14,
64:6, 75:8
**brian**
23:7
**bring**
16:5, 23:8,

29:9
**bringing**
29:21, 36:7,
56:22
**broad**
48:5
**bronchitis**
47:18
**brought**
10:7, 17:11,
17:18, 22:19,
33:21, 34:20,
56:2
**broussard**
71:7
**brown**
8:19, 8:21,
8:22, 9:1, 9:4,
9:5, 13:7,
13:11, 13:20,
14:8, 14:15,
14:19, 15:9,
17:13, 18:1,
18:11, 18:14,
18:21, 21:10,
23:4, 24:8,
24:15, 24:16,
24:21, 25:3,
25:20, 26:2,
27:2, 27:5,
27:9, 27:11,
27:17, 29:2,
29:20, 30:2,
30:9, 30:10,
30:19, 31:8,
31:12, 31:21,
32:8, 32:13,
32:16, 33:19,
34:6, 36:3,
37:22, 38:2,
38:3, 63:6
**brown's**
35:7
**brownsfield**
43:12
**brunet**
56:15, 56:18,
56:19, 56:20,

57:2, 57:11,
57:14, 57:17
**building**
55:10, 57:6,
74:22, 75:2
**buller**
67:13, 68:1
**buried**
49:8, 70:7
**burn**
69:3, 69:4
**burning**
57:5, 57:7,
57:17, 57:21,
58:3, 58:7,
58:8, 73:19
**burns**
3:13
**bury**
26:6
**business**
28:12, 60:8,
66:12, 80:1
**busy**
3:7
**buy**
30:14, 30:16,
63:18, 68:22
**buying**
28:5, 28:6

**C**

**c&d**
72:14, 73:11
**call**
9:6, 9:14,
22:18, 24:4,
30:3, 38:4,
49:21, 67:6,
71:10
**called**
3:1, 11:10,
39:14, 63:22,
71:11, 83:12
**calling**
66:2
**came**
10:22, 12:13,

VID_JPLF_000719

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018

18:15, 45:19,
46:10, 51:17,
68:5
**cameras**
23:18, 23:19
**campaign**
44:3, 44:4,
44:13
**can't**
10:15, 10:17,
20:5, 29:11,
47:4, 58:1,
58:2, 69:10,
73:1, 73:22,
74:16
**cannisters**
18:2
**cannot**
68:20
**cans**
9:20, 9:21
**capacity**
5:15, 35:16
**capdepon**
68:13, 68:14,
71:3
**capped**
16:9
**caption**
85:10
**capture**
36:2
**care**
27:21, 55:17
**careful**
50:1
**cargo**
22:8
**carlson**
40:6, 59:8
**carlson's**
59:12
**carr**
9:5
**cars**
22:10
**case**
25:2, 53:10,

53:13, 85:6
**catch**
62:22
**cause**
35:22, 69:13,
69:15
**caused**
16:15
**causing**
69:6, 83:19
**ceiling**
63:15
**cell**
16:10
**certain**
29:8, 34:18,
66:19, 69:14
**certainly**
29:12, 40:18,
76:4, 76:13
**certificate**
85:1
**cfr**
44:20
**chairwoman**
9:4
**challenges**
19:22
**chance**
41:20, 52:19
**change**
44:18, 63:21,
64:3, 72:20
**changed**
19:18, 63:12,
63:22
**characteristics**
11:13
**chases**
47:2
**check**
77:22
**checked**
63:14
**checking**
6:18, 30:17
**chemical**
83:9

**chief**
33:1
**child**
9:18, 62:21
**children**
47:14, 55:17,
64:10, 65:7,
69:1, 73:21,
75:13, 82:22
**china's**
28:5
**choose**
14:10, 15:2
**chose**
80:16
**chris**
85:2, 85:17
**christian**
1:22
**chuck**
9:5
**citizens**
36:19
**city**
48:8, 65:22,
83:8
**claim**
44:2
**clark**
62:10
**clay**
10:18, 10:20
**clean**
27:22, 28:14,
48:10, 62:22
**cleaning**
28:22, 29:3
**clear**
16:2, 32:11,
41:22, 48:8,
79:4
**clerk**
7:19
**clerk's**
8:6
**close**
5:7, 15:2,
35:7, 42:3,

55:19, 70:20,
73:1, 73:7,
80:16
**closed**
26:8, 34:9,
35:10, 35:21,
36:18, 55:22,
56:5, 72:11,
72:12, 81:5,
81:10
**closely**
5:10, 23:3
**closer**
27:6
**closing**
14:16, 34:3
**closure**
16:5
**closures**
16:4
**cloud**
26:21
**club**
48:10
**coal**
66:18
**coast**
28:21, 29:5
**colleagues**
3:6
**collect**
36:18
**collected**
14:7, 46:13,
54:6
**collecting**
14:12, 46:7
**collection**
4:10, 5:6, 6:7,
6:16, 6:20, 7:4,
10:2, 10:3,
11:17, 12:4,
15:4
**collects**
16:15
**colonial**
48:10
**com**
58:17

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                          28

come
3:5, 11:15,
27:12, 34:22,
40:10, 45:20,
46:10, 48:7,
48:9, 51:14,
54:11, 62:5,
62:11, 64:10,
68:16
comes
11:11, 47:1,
66:14, 82:13,
82:14
coming
2:14, 3:6,
3:18, 16:19,
16:21, 19:15,
23:12, 24:5,
28:5, 28:7,
28:9, 29:21,
30:17, 40:14,
44:13, 45:13,
47:9, 60:3,
62:20, 69:17,
71:6, 74:13,
74:17, 83:16
comment
8:14, 34:1
comments
24:17, 46:15
commercial
4:13, 79:1,
79:9, 79:14,
80:1
commit
75:20
committed
20:13
committee
9:5
community
5:12, 12:12,
27:15, 39:7,
47:5, 48:2,
48:13, 49:22,
62:11, 71:9
compacted
10:18

companies
22:16, 22:20
company
17:19, 19:17,
41:2
comparison
18:12
complain
71:17
complaining
56:8
complaint
23:10, 24:5,
38:22
complaints
20:3, 36:10,
38:22, 83:6
complete
82:1
completed
6:13, 6:15,
6:21, 7:6
complex
57:6, 58:16,
58:17
compliance
20:8, 21:17,
33:3, 33:7,
33:12, 33:17
compressed
66:19
compressing
66:20
con
52:11
concentration
26:17
concentrations
13:14, 18:16
concern
3:14, 52:11
concerned
43:5, 47:13,
65:5, 70:13,
70:14
concerns
5:13, 41:15,
52:20, 55:18

conclusion
10:22, 32:9,
32:12, 32:14
concrete
7:13
condensate
15:21, 16:3,
16:16, 35:12
conditioning
63:13, 63:15,
64:3
confirm
31:5
confused
61:14
conley
15:16, 16:12,
16:20, 17:1,
17:18, 19:22,
21:3, 21:5,
23:15, 33:2,
33:6, 33:12,
34:11, 36:12,
37:1, 37:9,
37:15, 37:17,
38:12, 39:14,
39:18, 39:22,
40:5, 41:11,
50:12, 50:15,
51:3, 51:9,
51:11, 52:3,
52:6, 53:19,
53:20, 54:9,
54:13, 57:18,
57:20, 58:3,
58:10, 58:15,
62:3, 62:7,
66:15, 67:12,
67:18, 79:7,
79:14, 79:17,
79:19, 79:21,
80:2, 80:4,
80:7, 80:14,
80:19, 80:22,
81:4, 81:6,
81:8, 81:13,
81:19
conley's
61:10

connick
9:7
cons
14:16, 14:19,
14:21, 34:4
consider
17:7, 49:14
considering
68:20
consistent
33:18
constantly
6:18
constituent
18:3
constituents
3:5, 3:15,
12:15, 32:2
construct
6:9
constructing
59:1
construction
26:11, 40:21,
41:1
consultant
5:8, 5:17
consultants
59:8, 59:12
consultation
31:12
contact
5:7, 11:11,
11:15, 39:6
contain
85:8
containers
22:9
contents
57:2
continue
8:10, 8:11,
25:13, 25:14,
27:13, 36:9,
45:6, 49:7,
80:18
continuing
16:10, 17:15

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018

29

contract
40:10, 41:3,
44:5, 50:17,
54:22, 55:2,
61:3
contracting
43:7
contractor
5:17, 6:6,
17:17, 33:9,
53:22, 54:2,
81:15
contractors
4:15, 42:9
contracts
37:8, 40:21,
43:11, 43:16,
44:19, 61:2,
82:2
contractual
53:21
contribute
25:6
contributing
19:20, 20:17
contributions
44:3
control
34:14
conversation
19:16, 39:12,
53:5
cooler
25:17, 25:21,
26:3, 26:4
cooperation
40:17
cooperative
21:8
copd
75:6
copies
62:13
cornerstone
56:21
corps
68:15
correct
3:11, 3:17,

17:12, 17:13,
20:20, 21:2,
27:10, 33:19,
39:10, 51:8,
54:17, 76:21,
78:17, 80:14,
85:8
corrective
4:16
correctly
13:1
cost
6:14
cough
69:2
coughed
82:16
coughing
69:8, 74:15
could
4:4, 23:2,
24:17, 26:14,
28:13, 30:18,
30:20, 35:1,
42:22, 45:20,
45:21, 50:11,
52:16, 55:16,
62:16, 62:22,
64:16, 65:22,
68:17, 77:1,
77:5, 77:7,
77:9, 77:17,
80:17, 83:20
couldn't
2:22, 64:8
counc
40:19
council
1:9, 3:21, 4:2,
4:11, 5:3, 5:12,
5:14, 7:18,
7:19, 8:3, 8:6,
8:11, 14:10,
27:15, 36:14,
40:3, 40:8,
40:17, 41:12,
41:13, 42:16,
43:6, 43:10,

45:8, 45:18,
50:18, 50:19,
51:17, 53:7,
53:11, 53:12,
53:18, 54:15,
65:22, 68:7,
71:7, 71:17,
75:19, 76:2,
76:5, 77:11,
77:15, 78:1,
78:12, 78:14,
78:20, 79:7,
81:21, 82:8,
85:19
council's
40:5
councilman
2:9, 2:10,
2:12, 8:16,
16:6, 25:3,
27:18, 30:12,
30:18, 30:20,
30:21, 34:2,
36:5, 40:19,
53:5, 56:1,
58:20, 58:21,
76:12, 78:7
councilmembers
9:11, 44:5
councilwoman
15:10
counsel
85:5
country
66:5
couple
25:1, 43:10,
48:20, 78:13
course
12:21, 26:3,
27:2, 35:2,
72:12
cover
5:22, 6:2,
26:21, 33:7,
70:19
covered
22:11

create
15:3
created
10:1, 10:3,
46:12
creates
11:12
crews
7:6, 16:1,
38:13, 39:7
crime
23:18
crisis
37:6
crosstalk
62:2
crowded
2:7
culprit
72:6
culprits
72:7
current
81:15
currently
7:11, 42:9

D

d
29:12
daily
4:16, 5:22, 6:1
danger
32:2
darryl
65:15
data
31:13, 38:20,
46:7
date
42:21, 78:14
dated
61:17
day
4:8, 9:19,
13:8, 25:13,
33:14, 56:6,
64:22

VID_JPLF_000722

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                    30

| | | | |
|---|---|---|---|
| **days**<br>17:14, 26:20,<br>26:21, 36:15,<br>36:21, 42:4,<br>42:19, 46:5,<br>66:21<br>**daytime**<br>65:2<br>**de**<br>49:13<br>**deal**<br>40:10<br>**dealt**<br>59:1, 82:11,<br>82:12<br>**decades**<br>72:16<br>**decided**<br>15:5, 51:19,<br>68:7<br>**decision**<br>60:8, 68:11<br>**decisions**<br>53:17<br>**declare**<br>85:2, 85:12<br>**decli**<br>37:10<br>**decreasing**<br>75:10<br>**deemed**<br>31:10<br>**defend**<br>71:13<br>**deficiency**<br>59:14, 59:16,<br>59:19, 59:20,<br>59:22<br>**defined**<br>37:10<br>**definitely**<br>3:15, 52:21<br>**deflection**<br>74:1<br>**delegated**<br>21:16<br>**delegation**<br>77:8 | **den**<br>49:13<br>**densely**<br>49:11, 49:13<br>**department**<br>5:1, 5:11,<br>7:22, 31:13,<br>32:5, 32:14<br>**depend**<br>29:13<br>**deployment**<br>68:16<br>**depressing**<br>48:14<br>**deq**<br>9:6, 17:20,<br>23:20, 28:21,<br>31:7, 32:22,<br>33:13, 40:10,<br>55:20, 58:7,<br>64:14, 72:11,<br>76:20, 77:2,<br>77:18, 78:2,<br>82:2<br>**describe**<br>46:19<br>**desert**<br>75:5<br>**design**<br>59:19<br>**desk**<br>46:8<br>**destroyed**<br>44:1<br>**detected**<br>39:4<br>**deteriorating**<br>11:12<br>**determination**<br>33:4<br>**determine**<br>19:20, 42:2,<br>42:6, 46:10,<br>54:7<br>**determined**<br>11:8, 23:21<br>**devices**<br>23:21 | **dickory**<br>48:11<br>**died**<br>63:2, 63:5<br>**different**<br>18:2, 19:10,<br>20:10, 25:13,<br>40:14, 45:4,<br>62:20, 72:1<br>**difficult**<br>30:4, 68:16<br>**digging**<br>26:5, 35:9,<br>35:13, 35:21<br>**diligence**<br>41:3<br>**diligent**<br>25:14<br>**diligently**<br>27:14<br>**directional**<br>7:6<br>**directive**<br>54:5, 54:7,<br>54:9<br>**directly**<br>59:1, 71:8<br>**director**<br>81:19<br>**dis**<br>2:19<br>**disabled**<br>75:6<br>**discharge**<br>25:8<br>**discounted**<br>21:10<br>**discounting**<br>19:14<br>**discovered**<br>50:15, 51:1<br>**discuss**<br>39:11<br>**discussion**<br>37:18<br>**discussions**<br>13:3<br>**dispatched**<br>11:6 | **disposal**<br>14:7<br>**dissipates**<br>23:1<br>**distinguished**<br>19:9<br>**district**<br>2:18, 2:19<br>**districts**<br>2:17<br>**divert**<br>55:22<br>**doc**<br>38:5<br>**doctor**<br>15:12, 15:20,<br>33:13, 55:20<br>**doctor's**<br>75:7<br>**documented**<br>39:4, 46:15<br>**documents**<br>39:1<br>**doing**<br>11:3, 22:15,<br>24:1, 44:18,<br>53:22, 64:21,<br>65:2, 80:13<br>**donate**<br>15:6<br>**done**<br>4:3, 13:1,<br>17:16, 19:19,<br>20:12, 20:13,<br>20:19, 31:6,<br>33:5, 36:16,<br>41:3, 43:14,<br>45:3, 49:1,<br>49:21, 52:6,<br>70:10, 70:22,<br>71:20, 77:21,<br>80:17, 81:5,<br>81:10, 83:14<br>**door**<br>30:3, 73:3,<br>74:9<br>**down**<br>21:15, 22:1, |

VID_JPLF_000723

25:7, 35:7,
36:1, 36:18,
56:10, 65:1,
66:2, 74:9,
83:18, 83:21
**dozen**
72:6
**dr**
8:21, 8:22,
9:1, 9:4, 9:5,
13:7, 13:11,
13:20, 14:8,
14:15, 14:19,
15:9, 17:13,
18:1, 18:11,
18:14, 18:21,
21:10, 23:4,
24:8, 24:15,
24:16, 24:21,
25:3, 25:20,
26:2, 27:2,
27:5, 27:9,
27:11, 27:17,
29:2, 29:20,
30:2, 30:9,
30:10, 30:19,
31:8, 31:12,
31:21, 32:8,
32:13, 32:16,
33:19, 34:6,
35:7, 36:3,
37:22, 38:2,
38:3, 63:6
**drain**
14:4
**drainage**
59:11
**dream**
3:11
**drilling**
7:6
**drive**
48:11, 62:9,
83:11
**driven**
19:6
**driving**
39:2

**dry**
82:16
**due**
8:6, 16:14,
41:3, 70:3,
70:4, 81:22
**dumped**
16:11
**dumping**
29:14, 29:17
**during**
22:4, 25:13,
26:11, 59:12,
64:21, 65:2
**dust**
22:11
**dwyer**
42:5, 42:13,
42:19, 42:22,
76:18, 76:21,
78:8, 78:12,
78:19, 79:1,
79:5

---
**E**
---
**e**
18:15
**earhart**
48:11
**earlier**
60:9, 62:9,
80:11, 81:8
**early**
20:14
**ears**
29:13
**east**
49:20, 71:20,
72:3, 72:4,
72:21, 73:15,
73:21, 83:1,
83:2
**eating**
64:6
**effect**
81:14
**efficient**
6:1

**effort**
5:2, 17:21
**eight**
6:10, 32:18,
74:19
**eight-hour**
32:16
**eight-inch**
16:13, 17:3,
35:15
**either**
10:13, 59:18,
78:22
**eliminate**
6:12
**else**
21:1, 22:6,
41:18, 45:5,
45:17, 81:17
**else's**
34:21, 47:11
**elsewhere**
42:9
**emanating**
4:20
**emergency**
37:6, 37:11,
37:14, 38:14,
38:15, 38:16,
45:5, 65:18
**emissions**
6:12, 10:19,
13:9, 14:7
**emits**
67:3
**emitted**
10:20
**empathize**
30:5
**employed**
85:6
**employment**
38:16
**empty**
12:3
**encountering**
46:5
**encroachment**
50:1

**end**
6:5, 24:10,
25:14, 30:7,
47:8
**endeavor**
21:8
**ended**
67:19
**ends**
9:22
**engage**
4:17
**engineer**
67:13, 67:18
**engineering**
5:4, 7:21,
40:11
**engineers**
43:13
**enhance**
4:9, 35:3
**enhancements**
15:17, 81:9
**enjoyed**
50:3
**enjoying**
48:9
**enough**
22:15
**entail**
36:16
**enter**
33:14
**entire**
4:2, 12:22
**entrusted**
8:12
**environmental**
5:1, 5:4, 5:11,
8:1, 20:22,
38:14, 40:11,
59:8, 59:12,
81:20
**epa**
21:7, 21:9,
43:9, 43:11
**equipment**
16:15, 30:15,

VID_JPLF_000724

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                    32

30:16, 38:9,
38:13, 59:11
**erin**
67:21
**escape**
26:9, 47:4
**especially**
60:10, 61:3,
70:13
**establishing**
49:15
**estimate**
80:15
**etc**
31:11
**evacuating**
26:7
**evaluate**
5:5
**even**
26:15, 47:4,
56:8, 67:5,
70:6, 83:12
**evening**
38:14
**event**
26:14, 85:10,
85:13
**ever**
61:8
**every**
4:8, 5:1, 9:17,
13:7, 21:11,
29:10, 33:14,
38:13, 46:17,
47:9, 47:22,
56:6, 63:21,
71:10
**everybody**
2:14, 3:2, 3:3,
12:14, 41:19,
48:2, 52:19
**everyone**
25:15, 41:14,
41:18, 48:6,
71:12, 71:14,
74:12
**everything**
29:7

**everything's**
40:15
**everywhere**
29:12, 84:5
**exact**
69:22, 78:14
**exactly**
38:10, 52:9,
54:7
**example**
32:10, 43:6
**exasperated**
47:8
**excavate**
49:8
**excavating**
7:11
**exceeds**
13:17
**exhausted**
19:19
**existing**
35:14
**expand**
26:4
**expands**
49:19
**expect**
39:15, 46:17,
80:17
**expectation**
24:22
**expectations**
76:15
**expected**
6:1, 6:4
**expecting**
21:18, 26:1
**experienced**
10:4, 46:3
**experiences**
41:16
**expert**
17:19
**experts**
11:8
**explain**
24:19, 50:13

**explore**
36:7, 36:13,
36:20
**exposed**
26:16
**expre**
47:14
**express**
22:14, 47:16,
48:4, 55:18,
70:22
**extortion**
34:21
**extraordinarily**
45:4
**eyes**
29:13, 69:3,
73:19, 74:15

**F**

**face**
48:13
**facebook**
38:17, 38:20,
46:9, 47:12,
47:22, 48:2,
48:17
**facilities**
10:1, 10:11,
23:11, 24:11,
24:12
**facility**
9:22, 11:8,
11:16, 12:10,
14:5, 14:10,
14:16, 15:3,
21:13, 25:9
**fact**
19:14, 53:10,
54:16, 74:8
**factor**
19:21
**fair**
32:3
**false**
76:14
**familiar**
71:6

**families**
50:4
**family**
74:14
**fan**
71:12, 71:16
**far**
34:12, 34:16,
42:6, 54:19,
57:21, 61:7,
83:7
**fashion**
31:18
**faster**
14:13, 55:21,
80:16
**favor**
76:14
**february**
61:17
**federal**
43:14, 44:22
**feel**
16:4, 37:5,
49:18
**feet**
7:8, 10:18
**fellow**
3:6
**felt**
26:22
**female**
2:2, 2:12,
3:20, 8:14,
8:16, 8:20,
8:22, 9:2, 13:4,
15:10, 16:6,
24:16, 24:22,
25:17, 25:21,
26:19, 27:4,
27:8, 27:10,
27:18, 30:10,
30:18, 31:1,
36:5, 38:2,
38:6, 40:1,
41:11, 43:2,
45:2, 45:17,
47:12, 50:6,

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                                33

50:9, 50:13,
50:21, 51:14,
51:15, 51:19,
52:2, 52:15,
53:19, 54:11,
54:18, 54:21,
55:5, 55:6,
56:12, 56:14,
56:17, 56:19,
57:1, 57:13,
57:16, 57:18,
58:2, 58:20,
59:5, 61:6,
61:19, 61:22,
62:1, 62:5,
62:6, 65:10,
65:12, 65:14,
68:3, 71:3,
74:4, 74:6,
75:17, 76:1,
76:7, 76:12,
78:7, 78:15,
79:12, 79:15,
79:18, 79:20,
80:1, 80:3,
80:8, 80:9,
80:15, 80:21,
81:3, 81:6,
81:11, 81:14,
82:4, 82:5,
83:3, 84:8
**few**
2:21, 26:21,
28:7, 30:13,
39:11
**fiberglass**
7:9
**field**
4:15, 16:1,
41:5
**fields**
6:19, 58:13
**fifth**
72:14
**figure**
57:14
**figured**
3:1

**filter**
63:13, 64:3
**filters**
72:20
**final**
5:9, 30:7
**finally**
27:12, 48:12
**financial**
85:7
**find**
12:3, 23:20,
29:14, 29:16,
36:22, 37:2,
45:14, 64:12,
70:18, 72:5,
72:7, 72:22,
73:22
**finding**
73:14
**findings**
17:21
**finger**
55:12, 66:7,
72:6, 72:8, 84:4
**finish**
38:7
**finished**
72:11
**fire**
59:2
**firm**
5:5, 82:1
**firms**
7:20
**first**
2:2, 2:5, 2:13,
7:7, 31:6,
39:12, 65:17,
67:9, 74:13,
74:14
**five**
9:18, 17:14,
65:3
**fix**
12:9, 14:13,
14:18, 55:22,
73:5, 75:14

**flares**
11:4
**floor**
3:19, 76:3
**flowing**
16:16
**fly**
66:17, 66:20
**focus**
15:6
**focused**
14:20
**focusing**
73:13
**fog**
46:21
**folders**
46:15
**folks**
12:17, 18:12,
41:16
**follow**
56:10
**following**
6:7, 7:5
**fools**
22:20
**foot**
11:2
**force**
7:7, 7:16,
15:19, 35:15,
35:16
**form**
31:18, 33:1
**forming**
7:12
**forth**
60:3, 65:22,
71:18
**forward**
3:16, 3:17,
12:1, 12:8,
40:20, 41:8,
41:22, 53:17
**found**
32:20, 59:17,
63:1, 66:17,

**72:22**
**four**
65:21, 67:11,
72:9, 83:7
**fraction**
48:1
**frame**
46:20
**freedom**
66:4
**friday**
2:16
**friend**
63:2
**front**
9:21, 23:5,
23:9, 55:10,
73:16
**fruit**
64:5
**fugitive**
6:12, 10:19
**full**
11:16, 85:8
**functioning**
11:1, 11:18
**funding**
42:10
**further**
22:1, 85:12
**future**
65:8

**G**

**game**
41:8
**gander**
46:17
**garbage**
36:18
**garden**
60:6
**gardens**
64:5
**gas**
4:9, 5:6, 5:15,
5:16, 6:7, 6:10,
6:12, 6:16,

VID_JPLF_000726

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                              34

| | | | |
|---|---|---|---|
| 10:3, 10:22, | gnol | 73:7, 73:13, | 47:12, 47:22, |
| 11:4, 11:17, | 72:10, 73:11 | 76:7, 83:22, | 48:2 |
| 14:6, 15:22, | **go** | 84:1, 84:2, 84:4 | **grow** |
| 16:16, 16:18, | 4:4, 15:5, | **gone** | 74:20 |
| 16:20, 41:3, | 24:17, 29:22, | 16:14, 21:17, | **guarantee** |
| 41:5 | 30:14, 30:15, | 38:8, 73:15 | 44:13 |
| **gases** | 30:21, 31:1, | **good** | **guard** |
| 28:19, 31:10 | 31:3, 34:5, | 9:3, 41:4, | 28:21, 29:5 |
| **gasoline-powered** | 34:7, 38:10, | 43:2, 43:3, | **guess** |
| 5:21 | 40:20, 41:21, | 55:6, 55:7, | 14:14, 18:18, |
| **gave** | 61:21, 62:3, | 56:14, 59:5, | 19:3, 22:5, |
| 38:8, 62:7 | 69:10, 73:2, | 60:5, 63:2, | 51:21, 55:2, |
| **gelling** | 73:3, 73:6, | 63:18, 65:6, | 57:5 |
| 40:16 | 74:10, 75:7, | 65:14, 65:15, | **guy** |
| **generated** | 82:14 | 71:4, 74:5, | 23:6 |
| 4:13, 79:5, | **goes** | 74:6, 82:5, | **guys** |
| 79:10 | 21:11, 28:16, | 82:21 | 11:7, 24:3, |
| **generates** | 39:1, 65:1 | **gotten** | 45:12, 60:15 |
| 9:18 | **going** | 33:16, 66:6 | |
| **gentlemen** | 3:17, 4:5, 4:6, | **government** | **H** |
| 3:12 | 12:3, 12:6, | 44:22 | **h2s** |
| **george** | 12:8, 12:9, | **gradually** | 13:14, 13:16, |
| 71:5, 82:8 | 14:2, 17:3, | 5:15 | 13:22, 32:16 |
| **georgia** | 17:6, 17:19, | **grain** | **ha** |
| 82:19 | 24:18, 25:10, | 28:5 | 69:20 |
| **gerald** | 25:13, 25:14, | **grand** | **hall** |
| 46:1 | 25:16, 26:12, | 78:18, 78:19 | 83:8 |
| **getting** | 26:16, 27:13, | **grandchild** | **handed** |
| 10:19, 11:4, | 28:7, 28:15, | 56:7 | 43:11 |
| 15:20, 52:4, | 29:15, 29:18, | **grandmothers** | **handle** |
| 58:5, 69:1, | 30:6, 36:8, | 56:7, 64:8 | 35:17 |
| 73:19, 83:11 | 36:16, 37:18, | **grant-funded** | **handled** |
| **give** | 39:5, 40:15, | 43:9 | 34:17, 49:3 |
| 9:13, 32:9, | 41:8, 42:8, | **grants** | **happen** |
| 33:2, 36:12, | 44:12, 44:14, | 45:1 | 21:22, 42:7, |
| 36:13, 36:14, | 45:14, 46:19, | **grass** | 42:10, 55:20, |
| 37:19, 44:14, | 47:7, 50:16, | 74:16 | 63:8, 64:11, |
| 62:12, 62:16, | 52:16, 59:9, | **great** | 68:6 |
| 65:9, 76:14, | 60:1, 60:12, | 38:18, 41:8 | **happened** |
| 80:15, 81:12 | 62:12, 62:16, | **gretna** | 30:16, 45:10, |
| **given** | 63:8, 64:10, | 79:18, 79:20, | 68:10 |
| 7:1, 17:7, | 64:11, 64:22, | 79:21 | **happening** |
| 22:13, 24:10, | 67:1, 67:2, | **grew** | 4:3 |
| 43:16, 49:10, | 67:8, 68:22, | 46:3 | **happens** |
| 49:16 | 71:21, 72:5, | **ground** | 43:7 |
| **glad** | 72:7, 72:21, | 27:6, 38:21, | **harahan** |
| 56:2 | 73:2, 73:3, | 74:18 | 18:8, 19:7, |
| **gladly** | 73:4, 73:5, | **group** | 46:2, 46:3, |
| 27:12 | | 17:21, 41:17, | |

VID_JPLF_000727

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                    35

| | | | |
|---|---|---|---|
| 50:3, 65:17, | heart | hi | human |
| 68:14, 68:19, | 55:14 | 59:6, 61:7, | 13:18, 31:11 |
| 69:21, 71:8, | heartbreaking | 62:8, 67:21, | humidity |
| 71:21, 74:12, | 69:9 | 68:13, 82:6 | 22:5, 27:5 |
| 79:21, 83:5, | heavy | high | hurt |
| 83:8 | 16:14, 25:5, | 8:13, 13:13, | 26:4 |
| hard | 27:5, 49:16, | 26:16, 59:17, | husband |
| 2:15 | 50:1 | 70:16 | 69:6 |
| harder | held | highway | hydrogen |
| 4:8 | 29:19, 55:19, | 48:11, 72:15 | 67:3, 70:16 |
| harmful | 65:18 | history | |
| 63:10, 64:7, | hello | 50:13 | **I** |
| 64:12 | 83:5 | hit | |
| hate | help | 15:22, 47:10, | identifiable |
| 34:20 | 25:22, 30:13 | 47:11 | 4:19 |
| haul | helwig | hits | identified |
| 16:14 | 67:21, 68:5 | 48:13 | 11:22, 16:8, |
| haydel | herbert | holding | 16:13, 30:5, |
| 59:6 | 38:19, 46:1, | 22:16 | 35:11 |
| hazard | 47:16, 50:6, | home | identify |
| 32:2, 60:13 | 50:9 | 45:13, 46:4, | 20:2, 23:12, |
| hazardous | here | 48:7, 48:9, | 83:22, 84:1 |
| 11:13 | 2:4, 2:8, 3:2, | 69:21 | identifying |
| hazmat | 3:3, 8:17, 9:8, | homeowners | 4:16, 18:7 |
| 38:14 | 9:10, 9:15, | 65:16 | ieis |
| head | 10:5, 11:9, | homes | 39:5 |
| 11:2, 40:22 | 13:2, 22:14, | 74:22, 75:2 | iesi |
| headache | 23:6, 23:7, | hope | 17:18, 44:4, |
| 56:8, 56:9, | 25:15, 27:16, | 70:17 | 55:1, 65:21, |
| 73:16 | 29:21, 32:10, | hour | 65:22, 67:10, |
| header | 32:17, 33:20, | 55:10 | 81:14 |
| 16:13, 17:3, | 37:4, 38:4, | hours | ignore |
| 35:15 | 39:13, 41:17, | 32:18, 39:11, | 68:8 |
| health | 45:10, 49:5, | 39:18 | immediate |
| 12:16, 31:11, | 50:3, 52:22, | house | 11:20, 33:22 |
| 31:13, 31:17, | 55:11, 55:13, | 2:7, 27:21, | immediately |
| 32:2, 32:5, | 55:15, 55:18, | 27:22, 47:4, | 34:9 |
| 32:7, 32:14, | 56:5, 64:2, | 63:20, 68:22, | impact |
| 47:17, 69:6 | 64:9, 65:8, | 69:2, 83:7 | 4:12, 10:12, |
| heaney | 68:5, 70:11, | household | 13:18, 13:19, |
| 43:3, 43:4, | 71:13, 82:17, | 48:3 | 15:16, 40:15 |
| 44:9, 44:17, | 84:5, 84:7 | however | impacting |
| 45:3 | hereby | 18:20, 22:3, | 12:17, 31:18 |
| hear | 85:2 | 76:15, 77:2 | impacts |
| 41:14, 41:15, | hermene | hud | 13:21 |
| 41:16, 58:1, | 55:8 | 44:21 | impastato |
| 58:2, 64:19 | hesitate | huge | 30:20, 31:4, |
| heard | 38:4 | 40:13, 44:13 | 31:9, 31:19, |
| 52:20, 55:20 | | | 31:22, 32:11, |

32:15, 32:21,
33:11, 33:18,
34:1, 34:8,
78:7, 78:8
**implementing**
5:8
**important**
3:8
**impossible**
36:21, 37:1
**improve**
4:9, 6:10
**improvements**
5:2, 6:4
**improving**
8:8
**inch**
7:7
**included**
55:2
**includes**
4:22
**including**
75:14, 79:15
**increase**
14:7, 28:8
**increasing**
5:15, 35:16
**independent**
71:20
**individuals**
7:20, 31:18
**indust**
80:3
**industrial**
4:12, 9:17,
48:21, 48:22,
49:4, 50:10,
51:2, 51:6,
53:4, 53:9,
53:14, 54:6,
60:10, 61:3,
61:16, 66:12,
70:4, 70:14,
72:18, 75:22,
77:14, 78:21,
79:8, 83:17
**industry**
18:22, 19:1,

20:9, 49:16,
49:18, 50:1
**information**
37:19, 38:21,
41:5, 51:13,
52:4, 58:6,
66:5, 85:4
**information's**
39:5
**informed**
4:18, 53:7
**input**
33:3
**inquiries**
19:19
**inside**
47:2
**inspected**
23:11
**inspection**
59:13
**inspections**
6:15
**inspectors**
11:7
**installed**
7:10
**instruction**
45:1
**instrumental**
40:6
**intense**
48:5
**interest**
44:9, 44:10,
44:11, 85:7,
85:12
**interfacing**
39:6
**intermittent**
25:10
**interrupt**
30:19
**investigating**
71:21
**invisible**
46:21
**involve**
77:19

**involved**
29:6
**involvement**
40:17, 59:4
**issue**
3:8, 10:16,
11:9, 22:7,
29:4, 29:8,
29:10, 30:4,
33:8, 41:9,
44:13, 69:16
**issued**
6:9, 20:8,
21:17, 32:22,
33:20
**issues**
10:7, 20:15,
20:22, 21:12,
21:15, 26:12,
27:14, 28:18,
29:14, 33:20,
35:11, 35:22,
36:2, 40:10,
47:17, 47:19,
49:7, 57:3,
57:8, 57:9,
69:6, 69:13,
71:17
**it'd**
35:5
**it'll**
47:11
**item**
2:4

|  | J |  |
|---|---|---|

**january**
85:16
**jean**
59:6
**jefferson**
1:9, 3:10,
4:10, 4:14, 5:7,
7:18, 8:2, 8:10,
9:15, 11:9,
20:21, 32:3,
36:19, 48:11,
49:2, 49:12,

66:16, 79:5,
79:10, 79:12,
80:4, 85:19
**jenny**
75:18
**job**
1:20, 45:15
**john**
65:20, 83:5
**johnston**
2:9, 2:11,
2:12, 2:13,
8:16, 8:19,
8:21, 9:1,
27:17, 27:18,
27:19, 29:20,
30:8, 30:11,
30:18, 30:21,
30:22, 31:3,
38:5, 38:7,
40:2, 43:18,
53:6, 58:7,
77:5, 77:9,
77:17, 77:22,
78:6, 78:22
**journal**
8:5
**jp**
8:4
**juliana**
53:3
**july**
5:14, 50:16,
78:16
**june**
5:22, 33:6
**jurisdiction**
21:5

|  | K |  |
|---|---|---|

**karma**
45:12
**katrina**
71:18, 73:12
**keep**
4:18, 23:5,
23:8, 27:8
**keith**
17:16, 19:16,

VID_JPLF_000729

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                        37

| | | | |
|---|---|---|---|
| 39:10 | 53:16, 55:19, | **lay** | **letting** |
| **kenner** | 55:22, 56:5, | 13:2 | 25:15, 66:21 |
| 80:6, 80:7 | 56:10, 59:19, | **ldeq** | **level** |
| **kids** | 59:20, 59:22, | 2:8, 2:10, | 8:13, 24:1 |
| 60:17, 69:10, | 64:13, 64:14, | 8:17, 13:7, | **levels** |
| 74:14 | 66:1, 66:16, | 17:10, 49:6, | 12:16, 31:9, |
| **kind** | 66:22, 67:6, | 49:14 | 32:6, 59:17, |
| 9:10, 10:21, | 67:13, 67:18, | **ldh** | 63:6, 63:9, |
| 13:2, 13:20, | 69:11, 69:18, | 13:21 | 70:16 |
| 26:10, 27:8, | 70:1, 70:3, | **leachate** | **license** |
| 33:3, 41:17, | 70:20, 71:8, | 4:9, 6:20, 7:3, | 23:18 |
| 42:11, 54:5 | 71:11, 71:17, | 7:7, 7:16, 10:2, | **life** |
| **knowledge** | 72:1, 72:12, | 11:1, 11:10, | 13:18, 31:11, |
| 32:22, 33:16, | 72:13, 72:15, | 11:12, 13:12, | 43:19, 50:2, |
| 53:8, 78:3 | 73:1, 73:6, | 13:13, 13:22, | 60:17, 65:6 |
| **knowledgeable** | 73:10, 73:13, | 15:20, 16:3, | **lift** |
| 20:15 | 74:1, 74:11, | 33:8, 35:17, | 7:9, 35:17 |
| **knows** | 75:21, 76:19, | 35:18, 35:19, | **limit** |
| 64:14, 71:12 | 77:2, 80:16, | 41:9, 68:10 | 41:19 |
| **L** | 81:16, 82:3, | **leaders** | **lindsay** |
| **lab** | 82:20, 83:20, | 5:12, 41:17 | 68:13 |
| 12:11 | 85:20 | **least** | **line** |
| **lack** | **landfill's** | 23:11, 42:13, | 52:16, 52:18, |
| 13:12 | 34:13 | 53:15 | 53:20 |
| **ladies** | **landfills** | **leave** | **linear** |
| 3:12 | 2:18, 9:14, | 14:11, 15:7, | 7:8 |
| **lady** | 9:16, 10:6, | 30:19, 77:4 | **liners** |
| 64:7, 72:19 | 10:16, 39:2, | **left** | 10:2 |
| **lady's** | 41:4, 49:17, | 26:15 | **lines** |
| 52:22 | 52:12, 71:16, | **legal** | 15:21, 16:3, |
| **landfill** | 72:10, 72:16, | 53:22 | 26:6, 35:16 |
| 1:10, 4:10, | 77:3, 83:15 | **legality** | **linger** |
| 4:21, 5:13, | **large** | 60:14 | 27:6 |
| 6:20, 6:22, 8:2, | 10:6, 53:17 | **legally** | **lingering** |
| 8:9, 11:8, 13:6, | **larger** | 37:3, 42:2 | 49:7 |
| 13:7, 13:16, | 17:3 | **leq** | **lining** |
| 18:7, 19:12, | **last** | 13:5 | 49:11 |
| 20:5, 26:7, | 9:9, 10:4, | **less** | **liquid** |
| 27:20, 33:21, | 13:5, 40:8, | 26:3, 63:17, | 11:5, 14:4, |
| 34:3, 34:9, | 48:22, 53:15, | 64:2 | 25:7, 25:8, |
| 34:20, 35:2, | 65:18 | **let's** | 48:22, 49:4, |
| 35:3, 35:4, | **late** | 36:20, 52:18, | 50:10, 51:2, |
| 35:6, 35:10, | 10:3, 63:10 | 52:22, 74:1, | 51:6, 53:4, |
| 35:14, 36:8, | **later** | 75:14 | 53:9, 53:14, |
| 36:17, 40:9, | 63:1 | **letter** | 54:5, 56:21, |
| 42:3, 43:13, | **law** | 62:9, 65:20, | 57:2, 57:15, |
| 49:3, 51:8, | 34:13, 37:11 | 66:4, 67:10, | 58:6, 61:16, |
| | **lawfully** | 67:12 | 66:15, 67:17 |
| | 52:6 | | |

VID_JPLF_000730

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                              38

liquids
66:20
listed
85:10
listened
74:12
little
9:13, 12:7,
14:2, 26:22,
30:7, 61:13,
74:19
live
3:12, 21:22,
46:2, 64:18,
68:14, 68:19,
68:20, 69:18,
71:5, 71:8,
74:8, 75:1,
75:18, 82:7,
83:5
lived
68:17, 82:18
lives
3:9
living
3:11, 19:11,
43:18, 43:19
loaded
28:22
loading
20:10, 20:22,
22:8
local
24:1
located
24:11, 80:2,
80:4
long
15:14, 42:1,
42:5, 47:7,
48:6, 64:19,
64:20, 80:11
longer
15:18, 53:15,
68:21, 78:20
look
12:19, 15:18,
25:1, 36:9,

37:10, 38:3,
44:3, 46:16,
64:16, 76:7
looked
54:21, 54:22
looking
29:16, 38:12,
43:13, 50:17,
51:12, 54:13,
61:10, 61:12,
61:17, 61:18,
81:17
lost
78:10
lot
17:2, 20:6,
20:9, 22:21,
24:10, 28:5,
28:6, 28:8,
28:9, 41:1,
50:11, 66:13,
69:11, 74:21,
75:13, 76:8,
81:4, 81:8, 81:9
louisiana
5:11
lrlc
5:22
lungs
75:9
lying
61:8

_____

M

machine
6:3
madam
9:4
made
4:11, 4:17,
15:16, 34:1,
35:1, 51:5,
51:10, 51:22,
53:8, 53:17,
54:7, 54:9,
60:8, 61:11
main
7:7, 7:16,

35:16
mainly
11:14
mains
15:19
maintain
50:2, 68:10
maintaining
6:19
maintenance
6:16, 7:3,
59:11, 81:16
major
17:8
make
2:10, 5:18,
9:10, 13:1,
19:14, 20:14,
22:15, 35:6,
36:1, 47:19,
55:21, 66:18,
76:2, 78:9,
79:3, 82:7
makes
48:14
making
20:19, 39:3,
52:7, 67:5
male
3:19, 4:5, 4:8,
8:15, 52:9,
52:11, 54:19,
57:9, 80:6
man
9:17, 27:3,
68:15, 69:7
management
8:2
manager
23:8, 40:9
mandates
65:21, 67:10
mandating
67:7
manner
34:18
many
3:9, 45:9,

45:18, 46:8,
47:2, 47:17,
56:5, 62:13,
64:4, 64:5,
69:13, 69:16
margie
43:20
marine
68:15
mark
2:17, 39:22
mark's
2:18
married
68:14
marshal's
59:2
material
11:11, 14:4,
28:14
matter
57:10, 69:15,
74:8
maximum
11:2
maybe
33:1, 33:2,
35:9, 35:15,
36:14, 49:6,
53:14, 76:5,
77:15, 81:12
mazza
53:2, 53:3,
54:2, 54:12,
54:15, 55:4
mean
12:16, 14:16,
31:17, 31:19,
32:1, 34:9,
34:11, 36:8,
36:9, 39:19,
53:16, 54:4,
55:10, 56:9
measure
18:3
measuring
64:15
medical
13:21

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                    39

meeting
1:9, 2:17,
2:21, 3:1, 5:14,
8:3, 39:15,
40:8, 42:17,
43:22, 44:2,
50:20, 53:6,
55:11, 55:16,
65:18, 76:2,
76:6, 77:15,
78:1, 78:14,
78:16, 78:19,
85:19
meetings
43:10, 45:8,
78:13
members
9:5, 41:12
mentioned
25:4, 35:8
mercy
34:14, 34:22
mesothelioma
63:3
met
10:21, 11:21
metairie
43:4
meteorological
25:11
methods
42:6
michael
56:15, 56:17,
60:5
middle
22:21, 64:22
midnight
9:9
midstream
20:10
might
17:1, 20:16,
33:2, 35:8
mike
61:7, 79:4,
83:12
mildew
71:18, 73:12

million
13:17
mind
21:20
mine
75:14
minimal
35:13
minimum
48:4
minute
45:2
minutes
41:19
misters
36:1
misting
5:19
mitigate
4:19, 25:18
mixing
66:17, 67:4
mm-hmm
18:21, 24:8,
31:8, 36:3,
42:12
mobile
12:11, 17:11,
18:10, 24:6
mold
71:18, 73:11
moment
21:22, 33:16
money
68:9
monitor
23:3, 30:15
monitoring
12:11, 22:20,
24:13, 38:16,
39:2, 49:15,
67:1
monitors
28:21
month
53:15, 63:17
monthly
72:20

months
15:18, 28:7,
30:13, 63:18,
63:21, 64:15,
80:12
moratorium
40:13, 50:16,
77:13, 78:11,
78:20, 79:8
more
6:1, 7:8, 11:3,
14:9, 22:3,
23:2, 23:3,
24:3, 24:9,
24:16, 25:7,
26:22, 28:3,
28:4, 48:19,
67:5
morning
22:10, 22:22,
47:3, 63:12,
63:22, 65:4,
71:10, 73:6
most
2:4, 2:20,
49:11, 49:13,
71:5
mother
70:11
mothers
47:13, 47:20,
50:4, 56:7, 64:8
motion
76:2
move
3:17, 75:7,
78:2
moved
74:21, 82:17,
82:19
moving
3:15, 53:17,
68:20
much
8:15, 35:21,
42:20, 48:5,
55:21, 80:16,
84:7

multiple
58:1, 69:2
municipal
9:17
municipalities
34:16, 79:15,
79:16
murlesan
46:2
must
33:5, 54:4
myself
2:17, 30:12,
56:7

— N —

naaden
1:22, 85:2,
85:17
name
45:22, 55:7,
56:15, 67:21,
68:13, 74:7,
82:6
name's
43:3, 46:1,
53:3, 65:15,
71:4
name-call
55:11
nancy
62:8
nature
11:14, 34:17,
35:13, 39:9
nd
33:6
nearby
10:12
necessary
5:19, 53:18,
55:21
need
3:3, 3:10,
27:13, 27:16,
27:21, 27:22,
28:19, 36:21,
37:2, 37:3,

VID_JPLF_000732

40:3, 40:4,
47:20, 55:17,
56:9, 70:19,
72:22, 73:14,
73:22, 75:7,
82:22
**needs**
70:10, 70:21,
72:22, 83:14,
83:17, 83:21
**negligence**
68:7, 70:3
**neighborhood**
47:10, 47:11,
66:14, 74:14,
75:2
**neighboring**
52:12
**neighbors**
83:6
**neither**
85:5
**neutral**
15:2
**neutralizing**
5:19
**never**
37:17, 44:2,
46:3, 51:17,
53:8, 63:19,
71:15, 72:11,
82:18
**new**
6:10, 6:19,
7:7, 18:2, 30:16
**newest**
6:3
**news**
44:21, 53:3,
60:20
**newspaper**
59:7
**next**
25:1, 28:7,
42:16, 50:19,
70:1, 73:3,
75:8, 76:5, 78:1
**nicole**
58:14

**night**
9:9, 22:21,
25:12, 30:17,
38:10, 47:1,
47:10, 47:11,
48:7, 62:22,
64:19, 64:20,
69:2, 69:8
**nighttime**
65:3
**no-bid**
44:6
**nobody**
62:22
**none**
75:22
**normally**
82:13
**northernmost**
6:21
**nose**
3:13
**nosebleeds**
47:19, 73:19,
74:17, 83:11
**noses**
69:3, 82:17
**note**
9:6
**nother**
34:12
**nothing**
31:16, 32:19,
48:19
**nothing's**
84:3
**notice**
6:9, 7:1, 8:4,
17:7
**now's**
41:12
**nuisance**
10:13, 13:18
**number**
2:3, 2:4, 2:5,
2:7, 6:15, 7:10,
41:18, 71:11
**numbers**
12:14, 59:21

**numerous**
43:6

---
**O**
---

**o'brien**
60:5, 60:19
**o'clock**
2:15, 82:13
**oak**
69:18, 75:1
**obstructs**
16:16
**obviously**
68:6
**occasions**
69:19
**occur**
17:16
**odd**
24:5
**odor**
4:20, 5:19,
10:7, 11:20,
17:18, 17:19,
24:5, 24:7,
25:22, 35:22,
36:2, 39:1,
70:3, 71:10,
83:8
**odors**
19:15, 20:2,
23:12, 25:18,
27:6, 39:3,
39:8, 72:1
**office**
8:6, 23:17,
51:12, 54:22,
59:2
**officer**
33:1, 68:15
**official**
8:5
**offsite**
19:2
**oh**
39:16, 54:11,
62:5, 72:19
**oig**
43:22, 44:1

**oil**
29:4, 71:22
**oily**
73:17
**okay**
2:12, 3:20,
8:16, 8:20,
13:9, 13:15,
14:6, 17:9,
17:15, 18:4,
18:13, 19:7,
19:9, 21:4,
21:22, 22:1,
22:21, 24:5,
27:10, 33:11,
37:21, 40:1,
41:11, 42:16,
43:1, 44:4,
44:12, 44:14,
51:5, 51:16,
52:8, 53:1,
54:12, 56:11,
57:1, 57:16,
60:11, 63:1,
63:2, 68:2,
74:20, 75:7,
80:8, 82:4
**omb**
44:22
**on-site**
6:6
**once**
82:19
**one**
2:2, 2:3, 7:10,
9:15, 11:2,
11:6, 14:19,
14:21, 15:11,
17:2, 19:22,
21:18, 24:16,
30:20, 33:20,
33:21, 34:4,
39:17, 39:19,
41:2, 41:12,
45:2, 45:5,
45:20, 46:17,
47:10, 47:11,
49:12, 60:8,

VID_JPLF_000733

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                                41

| | | | |
|---|---|---|---|
| 63:18, 66:2, | 39:17, 39:20, | 12:13, 13:2, | 82:1 |
| 69:14, 70:18, | 42:7 | 14:4, 15:21, | **overtime** |
| 72:6, 72:8, | **orange** | 16:1, 17:11, | 30:14, 38:9 |
| 75:12, 75:19, | 22:11 | 17:18, 18:2, | **overwhelming** |
| 79:8, 84:1 | **order** | 18:15, 19:15, | 46:21 |
| **ones** | 20:8, 33:4, | 20:16, 21:17, | **own** |
| 55:15 | 33:7, 33:13, | 22:19, 23:20, | 47:5, 54:4 |
| **only** | 45:19, 45:21, | 24:6, 30:14, | **owned** |
| 11:7, 25:6, | 51:6, 52:19 | 30:15, 30:17, | 77:17 |
| 27:14, 36:21, | **ordered** | 31:2, 36:22, | **oxygen** |
| 44:21, 46:19, | 6:3 | 37:2, 37:4, | 59:17 |
| 48:5, 63:16, | **orders** | 38:8, 38:10, | |
| 64:6, 83:7 | 21:17, 33:17 | 38:13, 38:16, | **P** |
| **open** | **ordinance** | 39:1, 43:11, | |
| 16:10, 16:21, | 75:21 | 44:22, 45:1, | **page** |
| 16:22, 30:3, | **ordinances** | 55:9, 57:15, | 38:20, 46:9, |
| 33:7, 35:2, 35:3 | 49:2 | 63:1, 64:2, | 47:9, 47:16, |
| **operat** | **organized** | 64:12, 64:15, | 48:17, 85:10 |
| 33:1 | 55:9 | 66:3, 70:9, | **pages** |
| **operate** | **originally** | 71:22, 74:8, | 1:21, 85:8 |
| 6:17, 66:1 | 45:11 | 74:17, 74:21, | **paid** |
| **operating** | **orleans** | 81:21, 82:13, | 44:4 |
| 33:1, 59:14, | 59:9 | 83:16 | **parish** |
| 59:15 | **other** | **outcome** | 1:9, 3:10, |
| **operation** | 8:14, 12:9, | 85:7 | 3:20, 3:22, 4:6, |
| 8:1, 29:3, | 17:2, 17:9, | **outside** | 4:10, 4:14, |
| 59:14, 59:20, | 18:4, 20:16, | 47:2, 60:10, | 4:15, 5:5, 5:7, |
| 59:22, 67:8 | 21:11, 23:14, | 60:17, 69:10, | 5:12, 5:18, |
| **operational** | 23:19, 23:22, | 74:16, 82:14 | 7:18, 8:2, 8:11, |
| 5:21 | 29:13, 32:22, | **outsourced** | 8:12, 9:16, |
| **operations** | 33:12, 34:13, | 34:19 | 11:9, 11:21, |
| 7:3, 7:15, 8:9, | 35:7, 35:14, | **outweigh** | 20:21, 24:10, |
| 38:15, 81:15 | 36:19, 37:22, | 60:12 | 32:3, 33:4, |
| **operators** | 40:3, 40:20, | **over** | 34:15, 34:16, |
| 10:8 | 43:11, 47:19, | 19:6, 29:22, | 36:19, 37:7, |
| **opinion** | 48:3, 49:10, | 46:13, 62:3, | 42:1, 43:13, |
| 32:5 | 70:2, 72:19, | 67:19, 68:8, | 44:1, 44:10, |
| **opinions** | 73:20, 77:3, | 71:15, 71:21, | 48:21, 49:2, |
| 70:22 | 78:21, 81:3 | 72:17, 74:10, | 49:12, 50:17, |
| **oppor** | **others** | 76:18, 79:4, | 51:11, 51:12, |
| 34:10 | 76:20, 76:22 | 81:15, 81:17, | 59:3, 59:9, |
| **opportunity** | **otherwise** | 82:11, 82:12 | 60:7, 60:10, |
| 19:4, 22:13 | 85:7 | **overlooked** | 61:15, 65:19, |
| **opt** | **ought** | 78:10 | 66:16, 71:6, |
| 34:10 | 51:22, 61:21 | **overnight** | 71:7, 72:12, |
| **option** | **out** | 36:17, 68:6 | 76:16, 77:2, |
| 34:10 | 2:14, 3:8, | **oversight** | 77:14, 78:8, |
| **options** | 9:21, 12:3, | 7:22, 12:22, | 79:6, 79:11, |
| 34:8, 36:7, | | | 79:12, 80:5, |

VID_JPLF_000734

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                              42

| | | | |
|---|---|---|---|
| 85:19 | pearson | 57:7, 58:8, | pipeline |
| **parish's** | 61:21, 62:8, | 58:10, 61:9, | 6:9 |
| 23:15, 51:7 | 63:12, 65:11, | 61:11, 61:13, | **pipes** |
| **part** | 65:12 | 61:15 | 17:3 |
| 43:22, 48:8, | **pecan** | **permits** | **piping** |
| 49:11, 49:12 | 74:18 | 29:3, 61:2 | 15:19 |
| **partially** | **penalty** | **permitting** | **pit** |
| 60:22 | 85:3 | 58:4, 59:2, | 7:11 |
| **particles** | **people** | 82:2 | **place** |
| 69:15 | 3:9, 24:22, | **person** | 40:22, 44:3, |
| **particular** | 27:20, 28:2, | 8:18, 45:6, | 66:5, 68:19, |
| 23:10, 23:12, | 28:11, 30:14, | 47:22, 55:9 | 78:11, 81:16 |
| 26:17, 45:21 | 30:17, 32:3, | **person's** | **placed** |
| **particularly** | 37:4, 38:10, | 66:8 | 74:18 |
| 22:3 | 39:8, 41:18, | **persons** | **plagued** |
| **particulate** | 43:15, 45:9, | 41:13 | 10:6 |
| 69:15 | 45:18, 47:6, | **perspective** | **plan** |
| **particulates** | 47:7, 48:1, | 24:3 | 3:16, 41:8 |
| 20:4 | 48:4, 48:15, | **pertained** | **plane** |
| **parties** | 48:19, 49:11, | 53:4 | 64:22 |
| 2:22, 85:6 | 56:5, 69:5, | **pertaining** | **planning** |
| **partners** | 75:13, 83:10 | 61:2 | 7:14, 50:1 |
| 13:21 | **perc** | **peterson** | **plant** |
| **parts** | 28:3 | 71:4, 71:5, | 16:17, 17:4 |
| 13:16, 13:17, | **percent** | 74:4 | **plate** |
| 32:17, 49:13 | 21:14, 29:6, | **petroleum** | 23:18 |
| **party** | 47:12, 69:13, | 28:13, 71:22 | **play** |
| 29:18 | 75:6 | **petty** | 69:10, 74:16, |
| **pass** | **perforations** | 74:5, 74:7, | 82:14 |
| 77:1 | 15:22 | 75:17 | **please** |
| **passed** | **perform** | **ph** | 45:22, 52:17, |
| 78:12, 78:20 | 7:2, 7:3 | 7:13, 9:7, | 56:10, 79:4, |
| **passing** | **performed** | 65:16 | 81:6 |
| 75:20 | 6:8, 7:5 | **phase** | **point** |
| **past** | **perhaps** | 6:11, 6:22, | 4:17, 13:3, |
| 22:19, 43:10, | 70:20 | 7:4, 7:16, | 18:18, 20:18, |
| 45:8, 66:7, 68:8 | **perimeter** | 13:17, 16:21, | 29:8, 55:12, |
| **path** | 39:3 | 33:7, 35:21, | 66:6, 72:6, 72:8 |
| 11:22, 12:8 | **period** | 41:3, 81:5 | **pointing** |
| **pathway** | 26:18, 29:19 | **phases** | 83:20, 84:5 |
| 26:9 | **perjury** | 17:2 | **points** |
| **paul** | 85:3 | **phone** | 35:8 |
| 36:11, 38:6 | **permanent** | 39:11 | **poisoning** |
| **pay** | 49:15 | **picked** | 70:15 |
| 30:13 | **permanently** | 68:19 | **politics** |
| **paying** | 70:19 | **pinpoint** | 66:12 |
| 38:9 | **permit** | 41:6 | **pond** |
| **peaceful** | 51:7, 57:4, | **pipe** | 35:18 |
| 55:9 | | 16:15 | |

VID_JPLF_000735

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                             43

populated
49:12, 49:13
portion
6:21
ports
6:19
position
23:5
possibility
36:11
possible
5:9, 25:6,
48:20
possibly
28:13
potential
14:21, 41:6,
60:13
pounds
9:18
pouring
7:13
powers
37:7, 37:8
present
32:6
presentation
2:8
president
3:20, 3:22,
4:6, 37:7,
60:21, 61:1,
62:10, 65:19,
71:7
press
31:15
pretty
8:15, 51:22
prices
28:8
primacy
29:5
primarily
21:13
prior
5:9, 55:11,
60:22
private
17:16

privately
77:17
pro
20:12
proactive
24:4, 24:10
probably
10:22, 12:6,
14:2, 18:15,
21:18, 24:3,
25:18, 33:14,
35:5, 37:14,
42:13, 48:3,
49:13
problem
3:11, 10:4,
10:17, 11:20,
11:22, 12:1,
13:22, 14:9,
14:13, 14:18,
14:21, 15:3,
15:6, 15:13,
16:13, 17:8,
25:16, 25:22,
27:19, 28:19,
30:5, 30:6,
41:6, 60:7,
71:19, 72:3,
72:4, 72:18,
73:5, 73:8,
73:15, 75:14,
82:11, 82:18,
83:1, 83:19,
84:7
problematic
35:5
problems
3:13, 3:17,
16:5, 16:7,
25:10, 28:1,
29:22, 34:12,
73:20
proceed
6:9, 7:2, 17:7
process
12:22, 19:18,
20:12, 23:10,
26:11, 46:12,

58:4, 66:18,
67:1, 67:16,
67:19
processed
56:22
procurement
34:13, 37:3,
42:6, 43:15
procuring
40:7
products
20:11
professional
7:21, 40:9
profits
60:12
program
43:21, 44:7
programs
43:12
prohibiting
11:4
project
17:5, 43:8,
43:9, 58:13,
58:18, 58:22
projects
41:1
promulgated
10:10
prop
11:17
properly
6:17, 11:1,
11:18, 20:13,
20:19, 49:3,
72:11
pros
14:15, 14:19,
14:20
protest
55:9
provide
5:5, 6:1, 7:21,
8:13, 31:10
providing
4:22, 23:17
psi
66:20

psychologically
48:16
public
4:2, 4:18, 5:2,
8:4
published
8:4
pumps
6:18, 35:12,
59:13, 60:2,
81:4
pungent
11:14
purchased
5:22
put
9:20, 12:4,
18:2, 24:13,
29:9, 30:12,
43:20, 44:22,
45:1, 50:16,
60:21, 65:22,
66:22, 81:21

---

Q

qualification
7:20
qualified
43:17
quality
5:11, 17:12,
50:2, 57:3,
57:7, 57:9,
60:17, 64:15,
65:5
quarters
6:2
question
14:14, 15:11,
18:4, 18:5,
19:3, 22:7,
24:16, 30:12,
30:20, 36:4,
49:10, 50:10,
51:1, 51:21,
52:17, 52:20,
53:4, 53:9,
56:21, 60:3,

VID_JPLF_000736

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                      44

61:1, 65:17,
67:9, 67:22,
68:4, 75:19
**questions**
9:11, 12:20,
17:9, 20:6,
34:2, 37:22,
48:21, 62:13,
62:17, 80:9
**queue**
4:5, 4:6
**quick**
23:9
**quickest**
48:20
**quickly**
26:8
**quiet**
68:18, 81:6
**quite**
22:15

**R**

**r**
83:10
**raining**
20:4
**rains**
25:5
**raise**
50:4
**raised**
62:18
**randomly**
47:1
**ratio**
66:19
**reach**
32:9
**reactive**
24:4
**read**
46:17, 59:7
**reading**
60:19
**real**
29:15, 73:15,
73:17

**realize**
52:15, 52:17
**really**
43:4, 47:5,
51:14, 76:8
**ream**
83:5, 84:8
**reason**
26:13
**rebuilding**
7:9
**receive**
36:10
**received**
7:8, 62:9, 85:9
**receives**
36:11
**recently**
45:7, 46:4,
59:8, 63:2
**recognition**
23:19
**recommend**
46:16, 60:2
**recommendations**
5:9
**recommended**
5:17, 60:1
**record**
21:11, 45:22
**recorded**
18:9, 19:2
**recordings**
85:4
**records**
44:14
**recourse**
53:22
**recycle**
64:1
**red**
74:15
**reduced**
66:2
**reengineer**
4:9, 35:4
**reengineering**
15:17

**refer**
13:20
**refinery**
60:11
**refusing**
52:12
**regarding**
34:2, 34:3,
41:13, 85:10
**regional**
23:8
**register**
24:7
**registering**
18:6, 18:8
**regs**
10:1
**regular**
39:2
**regulate**
29:7
**regulating**
20:22
**regulation**
43:15
**regulations**
10:9
**regulatory**
77:3
**rehab**
81:9
**related**
85:5
**relates**
17:10, 18:6,
18:8, 22:8,
23:16, 37:8,
42:2, 76:22,
77:1
**relationship**
38:18, 59:10
**relaxing**
68:19
**release**
16:8
**releasing**
70:16
**relevant**
52:17

**relieve**
84:6
**relieving**
17:1
**relinquishing**
65:21, 67:10
**relying**
17:20
**remarks**
2:10
**remedied**
17:8, 33:10
**remedies**
35:1
**remedy**
15:15, 70:8
**remember**
78:14
**reminded**
59:9
**remove**
49:9
**rensu**
62:9
**repair**
7:2, 55:21
**repaired**
80:12
**repairs**
5:19, 55:22
**report**
1:7, 5:6, 5:10,
12:12, 12:20,
18:14, 31:14,
36:14, 59:7,
59:12, 60:1,
60:3
**reporting**
47:17
**reports**
4:22, 46:12,
46:14
**represent**
48:3, 62:12
**representative**
8:17, 9:7, 56:1
**representatives**
60:9

VID_JPLF_000737

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                              45

| | | | |
|---|---|---|---|
| representing<br>41:17, 55:15<br>**reps**<br>22:18, 77:19<br>**request**<br>5:3, 7:17,<br>51:10, 52:1<br>**requesting**<br>77:18, 78:2<br>**requests**<br>80:10<br>**require**<br>53:11, 53:12,<br>54:16<br>**required**<br>6:16, 51:7<br>**requirements**<br>59:18<br>**rerouted**<br>17:5<br>**researching**<br>50:18<br>**resident**<br>43:4, 46:2,<br>49:18, 55:8,<br>56:16, 56:20,<br>60:16, 67:22<br>**residential**<br>4:13, 79:1,<br>79:10, 79:13<br>**residents**<br>8:12, 10:12,<br>19:5, 46:9,<br>46:14, 46:18,<br>49:19, 49:20,<br>60:13, 74:21,<br>83:10<br>**resignation**<br>67:14<br>**resolution**<br>2:4, 7:18,<br>41:14, 77:6,<br>77:18, 78:1,<br>78:13<br>**resolvement**<br>48:20<br>**resource**<br>27:16, 29:10 | resources<br>14:20, 40:3<br>**respiratory**<br>73:20<br>**respond**<br>23:9, 25:15<br>**response**<br>34:2, 61:10,<br>61:22<br>**responses**<br>62:14<br>**responsibility**<br>21:2, 21:7,<br>21:8, 33:9<br>**responsible**<br>6:6, 28:20,<br>29:18<br>**restill**<br>7:12<br>**result**<br>21:13, 30:7,<br>67:2<br>**returning**<br>46:4<br>**revenue**<br>35:2<br>**reviewed**<br>31:13<br>**rick**<br>67:13, 68:1<br>**rid**<br>51:19<br>**ridge**<br>18:8, 19:7,<br>20:2, 32:10,<br>32:18, 50:3,<br>55:8, 56:20,<br>59:6, 60:6,<br>60:16, 62:10,<br>67:22, 71:9,<br>71:21, 74:13,<br>75:19<br>**right**<br>4:3, 4:5, 9:1,<br>9:2, 13:11,<br>15:8, 16:18,<br>17:6, 18:14,<br>21:9, 23:4, | 34:14, 37:18,<br>38:12, 39:12,<br>39:13, 41:10,<br>41:12, 43:1,<br>44:14, 48:13,<br>49:21, 50:12,<br>52:18, 53:6,<br>54:4, 57:4,<br>57:8, 57:20,<br>58:6, 65:7,<br>73:3, 73:4,<br>75:1, 75:3,<br>75:8, 78:4,<br>78:5, 79:20,<br>80:7<br>**rishu**<br>65:15, 65:16,<br>66:11, 67:16,<br>67:20<br>**river**<br>18:8, 19:6,<br>19:17, 20:2,<br>20:9, 21:1,<br>21:15, 21:22,<br>22:9, 22:16,<br>24:11, 24:12,<br>28:1, 28:2,<br>28:3, 28:9,<br>28:15, 28:16,<br>29:5, 29:14,<br>29:17, 32:10,<br>32:18, 49:11,<br>49:16, 50:3,<br>55:8, 56:20,<br>59:6, 60:6,<br>60:16, 62:10,<br>62:18, 62:19,<br>64:18, 65:1,<br>67:22, 70:20,<br>71:9, 71:21,<br>72:7, 72:13,<br>73:3, 73:8,<br>74:13, 75:18,<br>80:6, 80:7,<br>83:17<br>**riverside**<br>83:11<br>**rivet**<br>75:1 | road<br>16:14, 60:6,<br>75:1<br>**roberts**<br>16:6, 16:7,<br>16:18, 16:22,<br>17:9, 17:15,<br>18:4, 18:13,<br>18:18, 18:22,<br>20:18, 21:4,<br>21:6, 21:20,<br>23:14, 24:9,<br>50:22, 51:5,<br>51:10, 51:16,<br>51:21, 52:5,<br>52:8, 58:19,<br>58:20, 58:21,<br>76:11, 76:12,<br>76:13, 76:20,<br>76:22, 77:7,<br>77:11, 77:13,<br>78:3<br>**roll**<br>9:21<br>**rolling**<br>53:2<br>**roost**<br>45:13<br>**rotolo's**<br>71:22, 73:16<br>**roughly**<br>42:17<br>**route**<br>15:5<br>**running**<br>35:18, 74:15<br>**runs**<br>44:17<br><br>**S**<br><br>**s**<br>2:11<br>**safe**<br>63:4, 63:6,<br>63:8, 63:9<br>**safety**<br>10:13, 31:11<br>**said**<br>10:9, 10:10, |

VID_JPLF_000738

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                    46

10:15, 14:2,
15:20, 16:8,
17:2, 24:17,
31:6, 33:13,
34:4, 39:16,
41:9, 43:18,
58:21, 60:1,
60:9, 62:21,
63:1, 63:4,
63:6, 64:7,
72:20, 78:9,
80:12, 81:8
**same**
18:19, 19:1,
69:22
**sample**
6:19
**samples**
17:19
**saw**
12:2, 12:14
**say**
2:13, 12:6,
19:8, 21:18,
25:20, 27:12,
29:9, 32:4,
36:8, 36:15,
37:14, 47:17,
51:3, 53:14,
56:11, 63:9,
68:5, 73:1,
82:20, 83:15
**saying**
24:5, 32:4,
37:16, 64:13,
70:2, 72:2
**says**
82:15
**scale**
53:18
**scenario**
22:2
**schedule**
3:7
**scheduled**
6:13
**school**
24:11, 82:13

**science**
18:22
**seal**
75:5
**seamans**
43:20
**second**
76:2
**secondly**
57:3, 66:11
**secretary**
8:19, 9:6,
21:20, 31:15
**section**
35:10
**see**
8:7, 12:14,
36:9, 36:11,
39:8, 40:21,
46:18, 47:9,
48:16, 56:4,
58:4, 62:4,
64:1, 64:16,
64:17, 64:22,
65:4, 77:19,
78:1
**seems**
22:12, 83:8
**seen**
31:16
**seepage**
33:8
**segment**
7:7
**seized**
50:16
**selected**
5:4
**selection**
81:22
**senators**
22:19
**send**
12:11, 24:6,
62:17, 77:18
**sensitive**
30:4
**sensitivities**
12:18

**separate**
69:19
**september**
46:5
**serious**
26:13
**seriously**
47:21, 56:9
**service**
8:13, 34:15,
40:7
**services**
7:21, 81:20
**set**
7:14, 34:12
**seven**
28:3, 28:4
**several**
65:2
**sewage**
33:14, 34:16,
59:10
**sewer**
71:17, 82:15
**sheriff's**
23:17
**shipping**
19:17
**ships**
62:22
**shipyards**
63:4
**shoring**
7:10
**short**
26:17
**shortly**
31:15
**should**
2:9, 6:12,
11:2, 12:13,
22:17, 31:14,
34:9, 35:13,
39:15, 71:15
**shouldn't**
63:17
**show**
51:22

**showed**
13:13
**shut**
56:10, 83:18,
83:21
**side**
33:13, 40:11,
40:12, 55:10,
65:20
**sign**
68:2
**signature**
61:12, 62:4
**signature-sc3**
85:14
**signed**
45:19, 61:14,
66:4, 67:9,
67:13
**signs**
55:19
**since**
2:7, 5:14,
46:7, 46:13,
71:7, 82:17
**sir**
9:2, 23:7,
52:15, 59:5,
74:6
**sit**
66:21, 73:1
**site**
6:4, 16:22,
18:6, 36:1,
42:10, 72:14
**sites**
16:9
**sits**
69:7
**sitting**
55:15, 69:22,
70:5, 70:14,
71:22, 73:16
**situation**
35:6, 48:18,
60:7, 70:8
**six**
9:18, 15:18,

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                    47

| | | | |
|---|---|---|---|
| 80:12 | solution | somewhere | 42:12, 42:16, |
| **sky** | 46:11, 70:17, | 15:3, 68:18 | 42:20, 43:1, |
| 20:4 | 73:5, 75:4 | **son** | 56:1, 58:12, |
| **slab** | **solve** | 82:12 | 58:17, 58:21, |
| 7:13, 7:14 | 25:16, 73:5, | **soon** | 77:12, 77:15, |
| **slowing** | 73:8, 73:13, | 5:9 | 78:18, 79:3 |
| 25:7 | 73:14 | **soot** | **spears's** |
| **slowly** | **solving** | 62:21 | 34:2 |
| 75:9 | 12:1, 14:21, | **soq** | **special** |
| **sludge** | 15:6 | 44:6, 81:20 | 2:16, 2:21, 3:1 |
| 34:16, 71:18, | **some** | **sorry** | **specifically** |
| 78:22 | 10:16, 11:13, | 25:20, 51:3, | 77:1 |
| **smell** | 12:18, 12:20, | 56:17 | **spent** |
| 3:12, 19:9, | 15:17, 18:2, | **sort** | 17:13, 62:18 |
| 20:11, 28:12, | 19:5, 19:6, | 14:11 | **spill** |
| 30:15, 46:3, | 20:8, 24:13, | **soul** | 29:4 |
| 46:6, 46:10, | 25:11, 25:18, | 55:14 | **spoke** |
| 46:12, 46:14, | 26:13, 28:2, | **soup** | 35:15, 43:9, |
| 47:3, 47:18, | 28:12, 29:4, | 67:5 | 45:8, 45:11, |
| 49:7, 65:4, | 29:13, 31:5, | **source** | 64:8 |
| 66:13, 69:2, | 31:18, 33:2, | 70:2 | **sponsored** |
| 69:14, 69:17, | 35:7, 35:15, | **sources** | 43:12 |
| 69:20, 69:22, | 35:22, 36:2, | 4:20, 20:2, | **sport** |
| 71:11, 72:2, | 41:6, 41:16, | 21:11, 29:8, | 58:17 |
| 73:17, 75:11 | 43:12, 49:9, | 70:2 | **sports** |
| **smell's** | 54:5, 62:13, | **southside** | 57:6, 58:15 |
| 22:22 | 83:6, 83:14 | 6:11, 72:15 | **spot** |
| **smelled** | **somebody** | **southwest** | 26:17 |
| 19:11, 26:22, | 29:14, 34:21, | 69:19 | **stan** |
| 69:20 | 61:9, 76:1 | **speak** | 59:17 |
| **smelling** | **someone** | 19:4, 41:20, | **stand** |
| 67:4, 71:22, | 26:19, 47:11, | 81:7, 82:8 | 70:11 |
| 73:6, 73:17 | 49:6, 57:4, | **speaking** | **standard** |
| **smells** | 57:6, 64:2, | 56:6, 57:11, | 32:16, 32:19, |
| 28:12, 28:13, | 65:9, 65:19, | 57:12, 64:1 | 32:20 |
| 28:17, 62:20, | 81:17 | **spears** | **standards** |
| 72:1, 82:15 | **something** | 2:10, 2:17, | 31:17 |
| **smoke** | 2:13, 11:14, | 13:5, 13:9, | **standing** |
| 71:12 | 19:10, 20:20, | 13:15, 14:6, | 23:6, 52:22, |
| **sneaky** | 24:18, 25:12, | 14:12, 14:18, | 74:10 |
| 23:2 | 31:22, 37:9, | 15:8, 25:3, | **standpoint** |
| **sneezing** | 40:4, 45:14, | 30:12, 36:4, | 10:13, 10:14, |
| 74:15 | 64:7, 64:21, | 36:6, 36:20, | 13:1, 20:21, |
| **solid** | 70:10, 70:21, | 37:2, 37:13, | 23:15, 25:12 |
| 9:22, 42:15, | 77:1, 78:9, | 37:16, 37:21, | **start** |
| 63:14, 63:18 | 81:12, 83:14, | 38:1, 39:10, | 40:22, 54:8, |
| **solidifying** | 83:21, 84:3 | 39:16, 39:19, | 84:1 |
| 67:17 | **sometimes** | 40:19, 41:21, | **started** |
| | 3:13 | | 7:15, 46:9, |

VID_JPLF_000740

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                    48

53:6, 56:7,
82:19
**starting**
13:3
**state**
10:8, 20:1,
20:8, 21:2,
21:7, 21:16,
22:18, 23:22,
24:6, 34:12,
37:11, 45:21,
49:14, 58:12,
58:18, 58:22,
59:2, 59:18,
77:7, 77:10,
77:19
**state's**
24:3
**state-of-the-art**
10:11
**stated**
65:19
**statements**
7:20
**station**
7:9, 35:17
**stations**
24:13, 49:15
**stay**
30:21
**stemmed**
5:13
**step**
15:5, 40:13,
52:17
**steps**
4:19
**still**
20:15, 35:1,
54:6, 57:15,
61:18, 66:8,
70:1, 73:8,
73:10, 73:11,
75:2
**stood**
10:10
**stop**
14:12, 39:7,

44:6, 44:12,
83:16
**stopped**
70:6, 78:15
**stopping**
77:14
**storm**
75:6
**straight**
27:22
**stream**
42:8
**streams**
40:14
**street**
74:9
**strength**
66:22
**strongest**
69:7
**studies**
17:20
**study**
5:5, 36:15
**stuff**
28:6, 28:16,
36:7, 42:11,
64:4, 67:4
**submittals**
8:5
**submitting**
38:20
**substance**
18:19, 19:1
**subtitle**
9:22
**sudden**
10:18
**suffering**
56:6, 73:21
**suggest**
31:20
**suitable**
23:21
**sulfide**
67:3, 70:16
**summary**
6:8, 7:5

**summer**
22:4
**sump**
6:18, 35:12
**sun's**
26:20
**sunny**
26:20
**sunrise**
74:22
**supplement**
23:22
**supporting**
85:4
**supposed**
45:3, 66:15,
66:19, 67:2,
67:3, 67:8
**suppressed**
27:8
**sure**
9:10, 13:1,
15:12, 19:14,
20:14, 22:15,
23:2, 36:1,
37:13, 39:3,
51:22, 52:7,
58:10, 68:8,
72:19, 78:9,
79:17, 81:13,
82:7
**surveillance**
21:16, 23:6
**system**
4:10, 5:6,
5:16, 5:20,
5:21, 5:22, 6:7,
6:17, 6:21, 7:4,
7:10, 11:17,
12:4, 39:6,
68:10
**systems**
10:2, 10:3,
10:22, 33:14

---
**T**
**tackling**
41:10

**take**
2:2, 2:6, 9:16,
12:8, 15:15,
17:19, 25:16,
27:21, 30:6,
34:15, 36:6,
42:1, 42:3,
42:5, 46:16,
51:6, 52:12,
53:22, 54:19,
55:17, 70:20,
75:8, 79:16,
79:17, 79:18,
79:19, 79:20,
79:21, 80:11
**taken**
47:21, 50:19
**taking**
3:7, 4:16,
4:19, 5:1, 8:8,
48:21, 51:2,
52:13, 66:15,
78:4, 78:16,
79:8, 79:9
**talbert**
9:7
**talk**
27:21, 46:11,
55:14, 69:12,
78:10
**talked**
28:2, 39:7,
44:20, 50:11,
83:13
**talking**
55:1, 74:22
**taller**
74:19
**tape-recording**
85:9
**tariff**
28:7
**tarping**
5:22, 6:3
**tarps**
6:2
**taskforce**
10:3

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                          49

team
29:21, 39:1
technical
7:22
television
1:7
tell
10:15, 10:17,
15:1, 19:3,
22:3, 27:20,
45:13, 51:16,
72:9
telling
28:11, 28:12,
33:4, 69:5,
75:7, 76:17
temperatures
26:5
temporarily
14:13, 14:17,
14:18, 42:3
temporary
22:19
term
13:13, 60:14
terms
27:1
test
75:8
testing
7:16, 17:12,
23:21, 31:6
th
5:14, 6:1, 8:5,
8:7, 16:18,
42:17, 46:13,
81:22
thank
2:14, 3:4, 3:5,
3:7, 3:18, 9:2,
9:4, 15:9,
24:15, 27:18,
29:21, 30:2,
30:8, 30:9,
30:10, 31:4,
37:15, 38:1,
38:2, 38:3,
38:5, 39:22,

41:10, 41:11,
43:1, 45:15,
50:6, 55:4,
56:1, 56:12,
56:19, 57:12,
57:17, 60:4,
61:3, 61:6,
61:19, 65:9,
65:11, 65:12,
67:20, 70:22,
71:3, 74:2,
74:4, 75:14,
75:17, 76:10,
82:4, 83:3,
84:7, 84:8
thanks
32:15
therefore
11:2, 11:18
thi
40:5
thick
46:21
thicker
22:6
thing
23:14, 36:21,
73:18, 75:12,
81:3, 84:1
things
11:6, 23:19,
23:22, 24:18,
25:5, 26:10,
31:5, 34:17,
35:12, 37:8,
39:9, 40:20,
49:3, 49:20,
52:19, 62:20,
66:13, 76:8
think
2:9, 12:2,
12:15, 14:1,
15:14, 17:13,
17:21, 20:1,
22:14, 24:2,
25:18, 32:8,
34:22, 35:20,
38:12, 40:15,

45:9, 47:18,
47:20, 59:3,
60:6, 60:11,
64:13, 76:4,
76:7, 76:8,
76:14, 78:15,
79:20, 83:12
thinner
22:6
thought
24:14, 24:17,
26:20
thoughts
70:12
threat
31:10, 32:6
three
2:3, 6:2,
10:21, 15:18,
16:1, 41:19,
42:14, 46:5,
47:3, 48:3,
55:1, 63:18,
63:21, 64:2,
65:21, 67:10,
68:9, 69:18,
80:12, 82:12
throat
82:16
throats
69:4
through
2:3, 2:6,
16:16, 44:22,
46:18, 46:19,
47:4, 56:11,
67:3, 67:8
throughout
12:12, 12:22
thursday
8:6
time
3:8, 12:8,
13:5, 15:6,
23:1, 25:16,
26:18, 27:12,
30:3, 30:7,
36:13, 37:19,

41:12, 41:19,
47:7, 62:15,
63:13, 81:1,
84:2
timeframe
15:14
timeline
80:11, 81:2
times
10:21, 22:4,
28:4, 29:12,
43:6, 47:2,
65:2, 69:3
tired
69:5
today
2:8, 2:14,
12:13, 18:15,
22:14, 29:21,
31:14, 60:15,
62:12, 62:15,
63:6, 66:3, 76:2
together
40:16, 43:20,
46:10
told
26:19, 28:3,
30:17, 39:16,
51:17, 52:6,
81:1
tom
43:3
took
44:2, 53:8
topic
22:13
toxic
67:5
toxins
31:10
trace
29:17
tracks
74:10
traditionally
19:11
train
74:10

VID_JPLF_000742

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                      50

| | | | |
|---|---|---|---|
| transcribed | 25:8, 44:20, | understand | usually |
| 1:22 | 48:4, 54:7 | 13:11, 20:7, | 63:21 |
| transcriber | tubing | 31:19, 32:4, | **V** |
| 85:1, 85:2 | 15:19 | 32:21, 60:14, | vacation |
| transcript | tuning | 66:13, 66:14, | 48:9 |
| 1:6 | 5:16 | 83:1 | vacuum |
| transcription | twice | understanding | 5:16, 6:10 |
| 85:9 | 5:16 | 13:15, 17:10, | van |
| transparency | two | 21:3, 31:5, | 15:10, 15:11 |
| 66:3 | 2:2, 2:3, 2:15, | 51:6, 51:9 | vegetable |
| transparent | 6:14, 10:18, | understands | 64:5 |
| 8:11 | 10:21, 16:1, | 82:8 | vehicle |
| trash | 39:18, 42:14, | unequivocally | 38:15, 38:16 |
| 9:18, 16:10, | 42:17, 45:7, | 19:8 | vent |
| 56:1, 57:5, | 47:3, 48:3, | unfortunately | 13:13 |
| 57:7, 57:10, | 56:8, 62:18, | 24:2 | venues |
| 70:21, 80:18 | 62:19, 68:8, | unique | 45:4 |
| traveling | 69:1, 74:9, | 10:5 | verify |
| 9:9 | 79:9, 80:9, | unit | 53:10 |
| tree | 82:17 | 17:11, 18:10, | vertical |
| 74:18 | two-and-a-half | 24:6 | 59:15, 59:16 |
| trees | 74:9 | unless | vet |
| 57:10, 64:6 | tying | 15:3, 29:15 | 75:5 |
| trenches | 7:12 | unlivable | veteran |
| 26:5, 26:7 | type | 46:22, 47:5, | 75:6 |
| trenching | 9:14, 9:16, | 48:17, 69:1 | vicinity |
| 35:14 | 10:17 | unloading | 11:20, 19:11 |
| tried | types | 20:10, 21:1, | victoria |
| 2:16, 2:21 | 10:1, 73:20 | 22:8 | 82:6 |
| trouble | typically | unpleasant | video |
| 29:15 | 21:6 | 31:22 | 3:22, 12:2, |
| true | **U** | until | 20:3, 44:1 |
| 44:21, 85:8 | ultimate | 48:10, 66:21, | video-recorded |
| truly | 66:21 | 83:22, 84:3 | 1:6 |
| 48:17 | ultimately | update | view |
| truth | 14:3, 25:7, | 1:9, 5:2, 85:20 | 69:7 |
| 27:1, 72:5, | 27:3, 34:6 | updated | vigilant |
| 72:8, 72:9, | unanimous | 4:18 | 23:16, 49:22 |
| 72:22, 73:22, | 76:3 | upgrade | violates |
| 74:2 | under | 7:2 | 43:14 |
| try | 16:14, 21:8, | upwind | violation |
| 3:17, 23:3, | 37:11, 45:4, | 49:17 | 53:21 |
| 24:7, 42:22, | 66:8, 67:14, | use | visit |
| 46:10, 52:18 | 67:15, 85:3 | 9:21, 34:21, | 13:7 |
| trying | undermine | 41:5, 74:1 | visited |
| 14:3, 18:19, | 55:12 | using | 13:6 |
| 19:13, 22:12, | unders | 28:14, 35:3, | volatiles |
| 23:11, 24:12, | 54:18 | 38:20 | 26:2 |

VID_JPLF_000743

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018                                        51

vote
51:18, 53:8
vrancken
15:10, 15:11

**W**

waggaman
19:5, 32:10,
32:17, 37:5,
71:5, 72:2,
72:10, 74:8,
82:7, 82:9,
82:19
wait
50:22, 63:16
wake
22:22, 47:3,
65:3, 74:14
wakeup
49:21
walk
31:2, 71:10,
74:8, 74:9
walking
73:7
want
3:4, 3:5, 3:7,
3:21, 4:1,
11:15, 14:8,
18:3, 19:14,
22:14, 23:20,
24:9, 29:11,
29:20, 31:1,
31:2, 32:1,
32:9, 38:6,
41:14, 41:15,
48:15, 53:14,
55:18, 56:4,
60:15, 64:1,
66:8, 68:11,
72:5, 76:14,
78:9, 82:7
wanted
9:10, 13:2,
31:4, 55:18,
68:17, 68:18,
70:11, 70:22
wants
82:14

war
75:5
warning
20:8
wash
28:15
waste
4:12, 4:13,
9:17, 9:22,
11:11, 14:9,
14:13, 14:22,
15:4, 34:4,
34:7, 40:14,
42:8, 48:22,
50:10, 51:2,
51:7, 52:9,
52:10, 53:4,
53:9, 53:14,
54:6, 56:21,
57:3, 60:10,
61:3, 61:16,
66:12, 66:16,
67:5, 67:17,
70:4, 70:14,
72:18, 75:22,
77:14, 78:21,
79:2, 79:9,
79:10
wastes
49:4, 49:5
watching
28:9, 60:20,
67:7
water
11:10, 11:16,
12:4, 14:4,
36:1, 59:10,
74:15
way
12:9, 46:19,
50:4, 63:17,
77:20
ways
12:3, 44:18
wdsu
53:3
we'll
3:2, 12:21,

23:9, 40:18,
50:19, 51:12,
53:22
we're
3:14, 3:15,
3:16, 4:8, 12:3,
14:3, 16:2,
17:21, 22:15,
24:2, 25:13,
25:14, 27:13,
27:15, 29:6,
29:22, 30:6,
35:3, 35:16,
38:12, 38:20,
41:10, 47:6,
49:10, 52:3,
52:7, 52:15,
54:6, 55:1,
57:4, 57:8,
57:9, 61:10,
62:20, 64:6,
67:4, 68:20,
70:1, 72:5,
72:7, 73:19,
76:7, 79:8,
79:9, 81:17,
84:4
we've
11:22, 16:7,
20:1, 21:17,
22:10, 22:18,
23:11, 32:17,
33:20, 35:11,
38:18, 46:13,
50:2, 83:20
weather
25:17, 25:21,
26:3, 26:14,
27:3
website
31:15
wednesday
37:5
week
5:17, 6:8, 7:5,
7:14, 9:9, 17:4,
26:14, 62:9,
69:3, 75:8

weeks
2:21, 6:14,
16:1, 25:1,
30:13, 42:14,
42:18, 56:8,
64:2
welcome
33:15
well-documented
20:3
wells
5:16, 6:10,
59:15, 59:16
went
18:16
weren't
63:9
west
49:19, 57:5,
65:18, 75:21,
83:2
westwego
58:15
wet
7:9, 7:10, 7:13
whatever
3:10, 9:21,
21:1, 22:6,
63:7, 75:11,
83:9, 83:15
whatever's
72:21
whatnot
15:22, 33:15
whenever
38:22
wherever
48:8
whether
15:2, 19:20,
22:5, 53:10,
76:15
whoever
62:16
whole
20:12, 34:12,
75:13
wife
65:16

**williams**
48:12
**wind**
69:20
**winter**
22:4
**wish**
50:4
**wit's**
47:8
**within**
6:14, 19:11,
46:5, 62:19
**without**
16:4, 50:1,
53:18
**woken**
22:10
**woman**
9:17
**women**
55:15
**wonderful**
68:15
**word**
34:21
**work**
6:8, 6:13, 7:2,
7:5, 8:10,
27:13, 53:3,
55:16, 63:4,
64:18, 80:13,
80:17, 81:5,
81:9
**workaround**
66:17
**worked**
67:15
**working**
4:8, 5:10,
5:18, 12:5,
15:13, 16:2,
17:22, 43:21,
63:3, 64:19
**world**
69:7
**worried**
3:14

**worse**
12:7, 14:2,
24:18, 35:6,
35:8, 39:8
**wouldn't**
10:12, 36:18,
42:5
**wrong**
20:21
**wrote**
65:20
**wyatt**
74:7

**X**

**xyz**
24:6

**Y**

**y'all**
82:22
**yard**
74:18
**yeah**
31:21, 38:7,
43:19, 58:3,
58:17, 62:1,
72:19, 77:5,
77:9, 77:12,
77:15, 77:20,
78:12, 80:22
**year**
10:4, 48:22
**years**
28:4, 62:19,
63:8, 63:20,
64:11, 68:6,
68:7, 68:9,
68:14, 71:15,
72:17, 74:19,
82:17
**yenni**
61:2, 65:19,
66:3, 83:12
**yenni's**
60:21
**yep**
42:19

**yesterday**
13:10, 13:12,
14:1, 16:8, 25:5
**young**
65:7, 65:20
**yourselves**
45:15

**Z**

**zimmer**
75:18, 76:5,
76:9, 76:10,
77:4, 77:21

**$**

**$100,000**
30:13, 38:8
**$300,000**
74:22
**$56,000**
6:14
**$60,000**
17:5
**$70,000**
17:5

**.**

**.2018**
1:9, 85:19

**1**

**1**
2:2, 2:12,
3:20, 8:14,
8:16, 8:20,
8:22, 9:2, 13:4,
15:10, 16:6,
24:16, 24:22,
25:17, 25:21,
26:19, 27:4,
27:8, 27:10,
27:18, 30:10,
30:18, 31:1,
36:5, 38:2,
38:6, 40:1,
41:11, 43:2,
45:2, 45:17,
50:6, 50:9,

50:13, 52:15,
53:19, 54:18,
54:21, 55:6,
56:12, 56:14,
56:17, 56:19,
57:1, 57:13,
57:16, 57:18,
58:2, 58:20,
59:5, 61:6,
62:6, 65:10,
65:12, 65:14,
71:3, 74:4,
74:6, 75:17,
76:1, 76:7,
76:12, 78:7,
78:15, 79:12,
79:15, 79:18,
79:20, 80:1,
80:3, 80:8,
81:6, 82:5,
83:3, 84:8
**1,000**
13:16
**1,800**
7:8
**10**
7:7, 63:8
**100**
21:13, 29:6,
69:13, 75:6
**12**
23:11, 42:19
**14**
32:18
**15**
8:5, 63:8
**152**
60:6
**16**
59:13
**1st**
7:1

**2**

**2**
50:21, 51:14
**2,000**
13:17, 48:1

VID_JPLF_000745

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 7, 2018

53

| | | |
|---|---|---|
| **20** | **45** | 42:3, 72:15 |
| 63:8, 64:11 | 66:21 | **92** |
| **200** | **4a** | 85:14 |
| 44:20 | 6:11, 16:20 | **95** |
| **2016** | **5** | 59:15 |
| 61:17, 66:14 | **5** | |
| **2018** | 54:11, 55:5, | |
| 7:1, 8:3, 8:5, | 61:19, 62:5, | |
| 8:7 | 68:3 | |
| **2024** | **5.9** | |
| 85:16 | 32:19 | |
| **22** | **50** | |
| 33:6 | 72:17 | |
| **225** | **520186** | |
| 59:15 | 1:20, 85:19 | |
| **237** | **6** | |
| 32:16, 32:19 | **6** | |
| **25** | 80:9, 80:15, | |
| 5:14, 46:13 | 80:21, 81:3, | |
| **27** | 81:11, 81:14, | |
| 10:8 | 82:4 | |
| **29** | **60** | |
| 6:1, 42:17 | 36:14, 36:21, | |
| **2nd** | 42:3 | |
| 50:17, 78:16 | **65** | |
| **3** | 62:19, 65:6 | |
| **3** | **7** | |
| 51:15, 62:1 | **7,000** | |
| **3,000** | 66:20 | |
| 46:13 | **70** | |
| **3,300** | 47:12, 59:16 | |
| 46:14 | **8** | |
| **30** | **8.17** | |
| 8:7, 63:20, | 1:9, 85:19 | |
| 64:11, 81:22 | **84** | |
| **30,000** | 85:8 | |
| 47:6, 49:11 | **85** | |
| **34** | 1:21 | |
| 59:13 | **8924** | |
| **3b** | 62:8 | |
| 6:22, 7:4, 7:16 | **8th** | |
| **4** | 8:3 | |
| **4** | **9** | |
| 51:19, 52:2, | **90** | |
| 61:22 | 36:15, 36:21, | |
| **438,000** | | |
| 36:19 | | |

VID_JPLF_000746