Case 2:19-cv-11133-SM-MBN   Document 670-9   Filed 07/17/24   Page 1 of 20



# Planet Depos
*We Make It Happen*

---

# Transcript of Jefferson Parish Council Meeting update on the landfill

Date: August 29, 2018
Case: Transcription Services

Planet Depos
Phone: 888.433.3767
Email: transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

VID_JPLF_000500

```
              TRANSCRIPT OF VIDEO-RECORDED
                    TELEVISION REPORT

      "8.29.2018 Jefferson Parish Council Meeting update on
                          the landfill"




Job No.: 520186
Pages: 1 - 28
Transcribed by: Christian Naaden
```

PROCEEDINGS

FEMALE 1: An update on the landfill. So why don't we have the Parish president to address the council and then we can do the landfill update after that, okay?

MALE 2: Ma'am. Okay, just briefly, the monthly tax reports for June of 2018.

Unincorporated Jefferson Parish sales tax receipts for the month of June -- sorry, for the month of August 2018, which reflects sales taxes paid by consumers in June, reflect a 3.8 percent increase compared to the same month last year.

Overall year to date sales tax collections reflect a cumulative 3.36 percent increase compared to the same period of last year. Vehicle says are up 2 percent. Lakeside is up 7 percent. Oakwood, however, is down 4 percent. Clearview down 5 percent. Manhattan, up 17 percent and Elmwood up 3 percent.

Okay, and now I guess [inaudible]. I'll ask Mike Lockwood, our environmental affairs director, to come up and give us a status report for the council.

FEMALE 1: Thank you. Good morning, Mr. Lockwood.

MR. LOCKWOOD: As to the -- the status of the repairs at the landfill, specifically, contractors are working on a daily basis to affect improvements, enhancements and repairs to the infrastructure of the landfill that involve both the leachate collection system and the gas collection system.

These are the two elements of the infrastructure that have been found to possibly be the source of some of the odors that -- that have been experienced in -- by residents in Jefferson Parish.

The contractor doing the gas collection system just last week established a reestablished vacuum to eight wells on the south side of one of the active phases of the landfill. These wells, because there was no vacuum to these wells, they were definitely emitting fugitive gasses.

We have now three to five inches of negative pressure or vacuum on those wells, so they're no longer emitting those gases. The DEQ also found one leachate riser in an inspection that they did two weeks ago that was emitting some fumes and about 20 parts per million of $H_2S$ gas.

This has been sealed. This was also in the same section of the landfill that we reestablished vacuum, so gasses being drawn off of that section of the landfill now.

COUNCILMAN SPEARS: What -- what specific cell are you talking about?

MR. LOCKWOOD: This -- this is phase 4A. The active cell of the landfill. And these were new gas wells that were just installed this year. Actually, what we had to do for expediency's sake, the -- as you all know, most of the infrastructure at the landfill is below ground.

So in a sense of expediency and to stop these emissions as soon as possible, the gas field contractor built a -- basically a bypass line that went from an area of the landfill that had adequate vacuum over to this section.

They did that within a week, of seven days of work, once issued the notice to proceed. We have another contractor on site whose responsibility is to look at -- evaluate, look at, test and improve the

Page 5

1 leachate collection system.
2         They are in the process now, they're about 60
3 percent complete on rebuilding of one of the pumping
4 stations at the landfill.
5         They also completed directional drilling of --
6 let me see, 4000 linear feet of 10-inch force main
7 connecting that lift station with the lift -- leachate
8 lift station number two, which in effect, moves the
9 leachate from the site over ultimately to the Bridge
10 City Wastewater Treatment Plant.
11         That's been completed. They've completed all
12 preliminary assessments on the -- on the leachate
13 risers in phases 2, 3A and 3B. They are in the process
14 now of testing, completely going around sections 3A and
15 3B is the main pipeline that receives the leachate from
16 the leachate pumps that are on the cells.
17         Before we start replacing pumps, I needed to
18 make sure that there were no problems in that force
19 main that would cause back pressure on the new pumps
20 and result in those pumps failing as fast as we put
21 them in. This has been an issue at the landfill
22 previously.

Page 6

1         So they are in the process now of testing that
2 entire perimeter, force main and making any repairs or
3 bypasses as necessary.
4         All of the pumps, motors and any of the other
5 equipment necessary to affect the repairs on the
6 leachate collection system have been ordered and are
7 awaiting the delivery from the manufacturers.
8         COUNCILMAN SPEARS: All right. I have a few
9 questions. One of the questions. In our contract with
10 IESI, it provides for -- and this is in section M under
11 liquidated damages.
12         Failure to maintain control and landfill odor
13 when detected offsite by Jefferson Parish Environmental
14 Affairs personnel or authorized contractors and
15 verified reasonable determination of the landfill
16 engineer to emanate the landfill, $3000 per day.
17         Part 13 under M. Failure to perform odor
18 monitoring and control activities are required by the
19 existing landfill odor management plan. If that's not
20 done, that's $5000 a day.
21         Failure to maintain under -- 6, failure to
22 maintain proper drainage for contaminated and non-

Page 7

1 contaminated water within 24 hours of notification by
2 the parish or state $3000 per day until corrected.
3         All in a -- fines are -- are -- it's stated
4 that it's until corrected. I was just wondering if we -
5 - have we tried to obtain some of these liquidated
6 damages?
7         Because I think it's kind of clear that they
8 are in -- they're not in compliance with this. So I'm
9 just wondering.
10         I mean, this would add up to a lot. I know
11 Paul and I put up $50,000 each as it relates to this.
12 Maybe we can recoup some of our money based on this
13 with the liquidated damages that's in the contract.
14         And this is -- some of this stuff --
15         MR. LOCKWOOD: The short answer to your
16 question is, as of right now, we have not assessed any
17 of these liquidated damages. I'll defer to the parish
18 attorney for the contractual issues.
19         MALE 4: Yeah. Just give it to Jeremy.
20         MALE 5: I'm going to defer to Toni Hurley of
21 our office, who's been involved with reviewing the
22 contract and I know that a lot of the -- the items that

Page 8

1 you mentioned, I think we should be collecting
2 liquidated damages on and it's a matter of us getting
3 notice in order to give them notice to pay us the
4 liquidated damages.
5         MS. HURLEY: We have assessed liquidated
6 damages for garbage pickups, for that part of the
7 contract, but we have not, for this part of the
8 contract, primarily because we were not made aware of
9 it by the landfill engineer.
10         And so as soon as we were put on notice by DEQ
11 when we had two minor violations, immediately they did
12 fix that within a 24-hour period. But certainly going
13 forward, I would agree.
14         COUNCILMAN SPEARS: Mike just mentioned, Mr.
15 Lockwood just mentioned, that you had the emissions
16 going on. I think we were notified that the emissions
17 were going on. I'm -- I'm just not understanding,
18 where's the disconnect?
19         If the emissions are going on and that's what
20 they could --
21         MR. LOCKWOOD: The gas collection system is
22 not part of IESI's contract.

**9**

COUNCILMAN SPEARS: But the -- the new cell they are responsible for, correct?

MR. LOCKWOOD: Not for gas collection, no, sir.

COUNCILMAN SPEARS: So for the new cell 4A, they're not responsible for it even though they put the stuff in there?

MR. LOCKWOOD: No, sir. [inaudible] Gas -- gas collection is -- is contracted out. The ONM of the gas collection system in the whole facility is contracted out.

COUNCILMAN SPEARS: What are they responsible for then?

MR. LOCKWOOD: Who, sir?

COUNCILMAN SPEARS: The IESI.

MR. LOCKWOOD: They're -- IESI is -- is responsible for the operation and maintenance of phase 4A.

The leachate system in phase 4A, there is a difference of opinion based on the historical aspects of the contract, so they had never assumed responsibility for the leachate collection system in

**10**

the rest of the landfill.

COUNCILMAN SPEARS: But I think in that contract, under liquidated damages, I gave it up now, but a portion of that is the leachate that we can pursue liquidated damages for.

MALE 5: I can tell you that, in speaking with our current attorneys and I stated this at the last meeting, we are posturing for litigation and all that would be resolved in future litigation.

That's something that the attorneys that have been brought on for this purpose is looking at and we expect it to be a focus of litigation.

COUNCILMAN SPEARS: Okay.

MALE 4: And as far as the leachate, I believe, and Mike correct me if I'm wrong, so far every notice that they've received from either us or the state they have corrected within 24 hours.

MR. LOCKWOOD: That's correct.

COUNCILMAN SPEARS: And -- and also the cover. I know that was another issue that we had. They corrected that within 24 hours also?

MALE 4: Within 24 hours, yeah.

**11**

COUNCILMAN SPEARS: Okay.

MR. LOCKWOOD: Yes.

COUNCILMAN SPEARS: The other question, I know under the status report, just at the last -- at the special council meeting we discussed about the feasibility of closing the landfill temporarily to fix the problem. How would we stand?

MALE 5: Legally, I can -- I can answer that. We would have some significant hurdles, not the least of which being is that that would be considered a termination for convenience.

COUNCILMAN SPEARS: How would that be convenience if it's --

MALE 5: It's not for cause.

COUNCILMAN SPEARS: Why? But the cause -- the cause wouldn't be the smell going on?

MALE 5: No. No, we don't -- we don't have, in my opinion, legal standing to shut down the landfill for the current smells. All of our DEQ reports, which most recent one came out a week or so ago, shows that all of the air monitoring is well below any thresholds that the DEQ requires.

**12**

So I don't believe that would allow us to close the landfill for cause. It would be for convenience and -- and we're required to give six months' notice if we're going to shut it down for convenience.

COUNCILMAN SPEARS: What if -- what if we pursue something, and this is just a thought, since, I mean, look like we have some liquidated damages. Of course that has to be determined about going back and forth, but to pursue with them to discuss with the contractor of temporarily doing it so we can get the problem fixed as soon as possible?

MALE 5: I'm sure that -- that we can discuss anything with them, whether they agree to it, you know, [inaudible].

COUNCILMAN SPEARS: Yeah, I mean, just to --

MALE 5: I can also say that -- that based on the --

COUNCILMAN SPEARS: Them being a good neighbor.

MALE 5: [inaudible] from the last meeting, BLD, who is the contractor out there making the repairs

### Page 13

1  and -- and enhancements, did put in writing that they
2  could not complete the project any sooner if the
3  landfill were closed.
4       The critical path items needed for completion
5  are in order. It's offsite fabrication and manufacture
6  that will determine the completion of the project. It
7  will not be affected in any way by operations at the
8  landfill.
9       So just to --
10      COUNCILMAN SPEARS:  Okay.
11      MALE 5:  [inaudible]
12      MR. LOCKWOOD:  Councilman Spears, I also -- I
13 also have some comments on some of the implications of
14 -- of trying to closing the landfill.
15      COUNCILMAN SPEARS:  Now, remember, this is not
16 a -- a complete closing. It's temporarily, just to fix
17 the problem.
18      MR. LOCKWOOD:  I -- I understand. It really
19 doesn't matter, because closing the landfill will have
20 virtually no impact on eliminating fugitive emissions
21 that may be contributing to the current odor issues.
22      COUNCILMAN SPEARS:  Now, the problem is the

### Page 14

1  secretary of the department, the state department, that
2  came up here last -- last week, whenever it was, said
3  that closing it would actually help out and make it
4  happen faster, even though it's contradictory to what
5  I'm hearing today, but he did say that on the record.
6       MR. LOCKWOOD:  And -- and -- but here are some
7  of the -- here -- here's some of the other
8  considerations, and I agree with the parish attorney. I
9  meet every week with all contractors on site, so we
10 coordinate all activities so no one is -- is stepping
11 on anyone's toes or preventing any progress in the
12 work.
13      The contractor has stipulated that it is the
14 offsite acquisition of pumps, motors and these -- and -
15 - and these kind of things that is only the time
16 limiting factor in affecting repairs at the landfill.
17 Not any of the current daily operations.
18      The problem -- closing the landfill does not -
19 -
20      COUNCILMAN SPEARS:  I'm not -- I'm not an
21 expert, but let me just conceptualize this. Okay, the
22 cell that's being used right now is 4A, correct? Trash

### Page 15

1  is being put out there every single day from all the
2  households in Jefferson Parish.
3       So a steady -- trash is steady going on that.
4  We're not collecting it correctly, correct? The
5  leachate -- the system is not being -- is -- it's not
6  being -- it's not correct.
7       MR. LOCKWOOD:  The leachate system in 4A is
8  operable and --
9       COUNCILMAN SPEARS:  So we're collecting -- no
10 gas is coming from 4A?
11      MR. LOCKWOOD:  That's not -- that's not so,
12 sir.
13      COUNCILMAN SPEARS:  Okay, so -- so --
14      MR. LOCKWOOD:  We [inaudible] collecting gas
15 from 4A now.
16      COUNCILMAN SPEARS:  A hundred percent?
17      MR. LOCKWOOD:  Well, 100 percent, I can't -- I
18 can't tell you 100 percent.
19      COUNCILMAN SPEARS:  Well, when DEQ goes out
20 there, that's what they determine, if --
21      MR. LOCKWOOD:  DEQ was out there yesterday,
22 did a complete survey.

### Page 16

1       COUNCILMAN SPEARS:  What were they finding?
2       MR. LOCKWOOD:  Air people did a complete
3  survey of the entire landfill. They found one leachate
4  riser, not even in section 4A that was emitting, I
5  believe it was something like 12.6 ppm of H2S.
6       All that required was for the landfill
7  personnel to tighten some bolts and that eliminated.
8  But they surveyed the entire landfill and that was the
9  only measurements that they found on their instruments.
10      COUNCILMAN SPEARS:  So 4A, none of the other
11 cells had a problem as of yesterday?
12      MR. LOCKWOOD:  As of yesterday, no, sir.
13      COUNCILMAN SPEARS:  So then in all this other
14 work that we're doing with BLD, what is that to
15 correct?
16      MR. LOCKWOOD:  That's to correct the leachate
17 collection system. So to enhance the collection of gas.
18      COUNCILMAN SPEARS:  Okay. Can you -- I would
19 like to see that report when you have a chance. You can
20 email it to me. The report that --
21      MR. LOCKWOOD:  From DEQ?
22      COUNCILMAN SPEARS:  From DEQ, yes.

17

1  MR. LOCKWOOD: Yes, sir. I have that.
2  COUNCILMAN SPEARS: Okay.
3  MR. LOCKWOOD: But Jefferson Parish takes in
4  about 1000 to 1200 tons of domestic trash per day. If
5  we close the landfill, even for a week, we have to find
6  some place to put that trash.
7  The garbage collection contract specifies the
8  Jefferson Parish Sanitary Landfill as the disposal site
9  specifically in the contract. And that any change in
10 the disposal site has to be approved by council.
11 This would be considered a change of scope and
12 would probably result in a fee increase for the
13 collection of garbage, because of the -- of the --
14 because their scope was -- their price was based on
15 bringing that trash to the Jefferson Parish Landfill.
16 The landfill operator's contractual
17 responsibility to complete construction of the new cell
18 would be halted. This would require demobilization of
19 all contractors working on this project.
20 COUNCILMAN SPEARS: Let me -- let me ask this
21 right quick, to cut you off, I'm sorry to cut you off.
22 So in the resolution that was passed, we're still

18

1  looking at the feasibility to go to other contractors
2  in the area to see if it's feasible to be done if we
3  temporarily close the landfill. Was that done?
4  Did we reach out to any other contractors in
5  the area?
6  MALE 5: I can answer that. We're not allowed
7  to pull for pricing. We would have to actually go out
8  for the procurement. So we can't just call around and
9  ask for pricing without going forward with the
10 procurement method.
11 COUNCILMAN SPEARS: Okay. I guess only if it's
12 -- it has to be a certain threshold? A certain amount?
13 MALE 5: Correct.
14 COUNCILMAN SPEARS: Okay.
15 MR. LOCKWOOD: The Jefferson Parish landfill
16 is a valuable piece of infrastructure in the event of a
17 natural disaster. Having the facility available
18 exclusively for our use helps expedite recovery and
19 reconstruction.
20 If the landfill were closed, it is highly
21 likely that the sheer volume of users at an alternate
22 site has the potential to cause backlogs and delays in

19

1  recovery as trucks will have long waits at the facility
2  and debris will be left on the street for longer
3  periods of time.
4  In addition, pursuant to LDEQ regulations, if
5  the landfill is closed for even 30 days, final capping
6  and -- and cover installation must -- must begin within
7  30 days after final receipt of waste in the unit.
8  These costs would be incurred way before they
9  would be -- would be required for final cap of that --
10 of the -- of the cell. In addition, there would have to
11 be a permit modification as the active unit is not up
12 to grade right now.
13 In addition, regulatory requirements for
14 monitoring the landfill continue for 30 years after the
15 landfill is closed, whether it's temporary or
16 permanent.
17 Currently, the landfill contractor is
18 responsible for following the following regulatory
19 requirements, which must continue even if the landfill
20 were closed. Storm water sampling and reporting,
21 groundwater sampling and reporting and grounds
22 maintenance.

20

1  The parish would have to contract and pay for
2  these services. All aspects of -- involving the
3  operation and maintenance of the gas collection system
4  and the leachate collection system would have to
5  continue if the landfill was closed.
6  This includes all regulatory monitoring and
7  reporting -- requirements. And as the parish attorney
8  said, there -- I'm sure there will probably be
9  contractual issues with the operator.
10 COUNCILMAN SPEARS: I'm -- I'm just going to
11 say this. It seemed like it was more time spent in
12 saying that we can't temporarily close it than it was
13 to see if we can get liquidated damages that we're
14 probably due because of the smell that was out there.
15 When I go to the civic associations in
16 Waggaman, I'm sure as Paul, when you go to River Ridge
17 and [inaudible], the people are still complaining. So I
18 just -- I hope it gets fixed soon. I don't think that
19 the due diligence was due, what we were asking for at
20 the last council meeting, because it just seems one-
21 sided.
22 I know it was talked against with

**Page 21**

administration about temporarily closing the landfill, but it was something that -- it wasn't an idea that I came up with. It was what the people wanted in the community to try and fix the problem as fast as possible.

The secretary of DEQ stood at that podium and said that, yes, it would be able to -- it would -- we can fix the problem faster if we temporarily close it, but we might have some issues legally. That was stated.

But I don't think that you all were thorough enough to determine if that is a way to make it happen, and that's just my opinion. Thank you.

FEMALE 1: Any other questions? Councilman [inaudible]?

MALE 7: Mr. Lockwood, I would ask, dovetailing on something Councilman Spears asked for, I wasn't aware of what frequency DEQ was going back -- is going back out there. I mean, I guess it would be assumed they're going to stay with this for some time.

But for example, you know, DEQ's testing results, I mean, I just saw pretty recently, within the last day or so, I would ask that immediately upon

**Page 22**

receipt of anything from them, that we be provided that information unless there's some reason that can't be done.

MR. LOCKWOOD: No, that's [inaudible].

MALE 7: And unless there's disagreement by my colleagues. I mean, I think that's something -- I think we need to know when they're going out. What is the frequency that they're coming back out there, I presume to test the same areas they tested once before?

Is that -- is that right?

MR. LOCKWOOD: Well, they -- in -- in the event that they had a problem with -- when they came out before --

MALE 7: Yeah.

MR. LOCKWOOD: They had, again, one problem in one area of the landfill. They certainly went right back to that area to see if it had been repaired and it had. But they also still did --

MALE 7: And that's the one I went to the other -- on Monday, right?

MR. LOCKWOOD: Yes, sir.

MALE 7: Where we -- there was no odor being

**Page 23**

emitted?

MR. LOCKWOOD: Yes. And DEQ was just out there yesterday.

MALE 7: Okay. So I take it they're going to continue to come back to those areas and test those areas?

MR. LOCKWOOD: I -- I can't speak to their frequency, but they have been out very frequently, multiple divisions, air quality, solid waste, stormwater.

Just about every permit that the landfill holds has seen a representative from DEQ inspecting their area of -- of responsibility --

MALE 7: Is that done --

MR. LOCKWOOD: -- in the last month or two months.

MALE 7: Is that done, you know, instantaneous without notice or is that some coordinated --

MR. LOCKWOOD: It is totally without notice.

MALE 7: Okay. All right. Well, I think -- I know I'd like to know, even though the landfill is not in district four, I think it's something that, you

**Page 24**

know, relates to all of our issues and certainly, you know, we're all part of this trying to find a solution.

I think we all need to know when they're come out -- when they've come out there so that we can know when to expect some sort of results of that testing, certainly to compare with what was done already.

MR. LOCKWOOD: When -- when they -- when they inspect the facility, and really any facility that they inspect, landfill, water, wastewater, they issue an exit interview form and I will -- I will -- I will forward the last two that the air folks have -- have done at the landfill.

I will forward that to you all.

MALE 7: Please.

MALE 8: And he'll also include that in his weekly report.

FEMALE 1: Councilman Johnston?

COUNCILMAN JOHNSTON: My question is this. We passed a resolution asking for information and you all have been getting this information on a weekly basis, what we asked for. But you came here today and gave us information that we knew nothing about.

Page 25

1  Mark's asking questions and you responded, why
2  didn't we get this information beforehand? Maybe Mark
3  would have had more -- been more educated in what you
4  just told us about the landfill being shut down and we
5  can't do this, we can't do that.
6  We -- we know what we asked for you guys to do
7  and you guys were supposed to get back to us. Don't
8  keep us in the dark. Just let us know what's going on.
9  That information should be given to us before this
10 meeting so we would have known.
11 MR. LOCKWOOD: I'm -- I'm really not sure what
12 you mean specifically.
13 COUNCILMAN JOHNSTON: Well, what you said
14 about the landfill and you were talking about the
15 landfill and all the information you just read to us.
16 Why -- why couldn't we have had that ahead of time? You
17 said --
18 MR. LOCKWOOD: Well, the -- if -- if I
19 remember the resolution, it asked specifically for
20 weekly reports on the progress at the landfill of the -
21 - of the -- of the contractors that were -- were
22 affecting repairs.

Page 26

1  And I think I've done that. This thing about
2  the possible implications of closing the landfill only
3  came up, I think, at the -- at the -- at the special
4  council meeting and I would -- I'd certainly be glad to
5  answer any questions any time you ask, but it wasn't
6  part of my mandate for that resolution.
7  COUNCILMAN JOHNSTON: Any information you
8  have, we'd appreciate you give it to us. Anything.
9  Anything comes up, just give it to us. We need to know
10 what's going on in the landfill. You know, we need to
11 know what's being done with the progresses.
12 We still get -- my calls have slacked down a
13 little bit.
14 MR. LOCKWOOD: Yes, sir.
15 COUNCILMAN JOHNSTON: But we're still having
16 some -- some smells, you know? But you know, it's
17 different smells.
18 MR. LOCKWOOD: Well, I will tell you --
19 COUNCILMAN JOHNSTON: We -- we had the burning
20 smell for about a week and a half. We're still having
21 that with them burning the wood across the river.
22 MR. LOCKWOOD: Absolutely.

Page 27

1  COUNCILMAN JOHNSTON: So we're having that,
2  but as far as that petroleum-based smell, that's kind
3  of slacked own a little bit.
4  We're still having issues on odor. But all I
5  ask is -- is you guys just to keep us informed what's
6  going on.
7  Any -- any new information you get, just pass
8  it on to us. We'd appreciate it.
9  MR. LOCKWOOD: Yes, sir.
10 COUNCILMAN JOHNSTON: Thank you.
11 FEMALE 1: Thank you. Anyone else? Thank you,
12 Mr. Lockwood. Thank you. Mr. Parish President, do you
13 have further comments on your -- on -- okay. Okay, with
14 that, I think we will go to executive session. Excuse
15 me, I'm sorry.

Page 28

CERTIFICATE OF TRANSCRIBER

I, Chris Naaden, a transcriber, hereby declare under penalty of perjury that to the best of my ability from the audio recordings and supporting information; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome, the above 27 pages contain a full, true and correct transcription of the tape-recording that I received regarding the event listed on the caption on page 1.

I further declare that I have no interest in the event of the action.

_____
January 5, 2024
Chris Naaden

(520186, 8.29.2018 Jefferson Parish Council Meeting update on the landfill)

Case 2:19-cv-11133-SM-MBN   Document 670-9   Filed 07/17/24   Page 9 of 20

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on August 29, 2018                                                8

| A | | | |
|---|---|---|---|
| ability | affecting | another | attorney |
| 28:3 | 14:16, 25:22 | 4:21, 10:20 | 7:18, 14:8, |
| able | after | answer | 20:7 |
| 21:7 | 2:4, 19:7, | 7:15, 11:8, | attorneys |
| about | 19:14 | 18:6, 26:5 | 10:7, 10:10 |
| 3:22, 4:7, 5:2, | again | any | audio |
| 11:5, 12:9, | 22:15 | 6:2, 6:4, 7:16, | 28:4 |
| 17:4, 21:1, | against | 11:21, 13:2, | august |
| 23:11, 24:22, | 20:22 | 13:7, 14:11, | 2:10 |
| 25:4, 25:14, | ago | 14:17, 17:9, | authorized |
| 26:1, 26:20 | 3:21, 11:20 | 18:4, 21:13, | 6:14 |
| above | agree | 24:8, 26:5, | available |
| 28:8 | 8:13, 12:14, | 26:7, 27:7, 28:6 | 18:17 |
| absolutely | 14:8 | anyone | awaiting |
| 26:22 | ahead | 27:11 | 6:7 |
| acquisition | 25:16 | anyone's | aware |
| 14:14 | air | 14:11 | 8:8, 21:17 |
| across | 11:21, 16:2, | anything | B |
| 26:21 | 23:9, 24:11 | 12:14, 22:1, | back |
| action | all | 26:8, 26:9 | 5:19, 12:10, |
| 28:13 | 4:12, 5:11, | appreciate | 21:17, 21:18, |
| active | 6:4, 6:8, 7:3, | 26:8, 27:8 | 22:8, 22:17, |
| 3:14, 4:9, | 10:8, 11:19, | approved | 23:5, 25:7 |
| 19:11 | 11:21, 14:9, | 17:10 | backlogs |
| activities | 14:10, 15:1, | area | 18:22 |
| 6:18, 14:10 | 16:6, 16:13, | 4:17, 18:2, | based |
| actually | 17:19, 20:2, | 18:5, 22:16, | 7:12, 9:20, |
| 4:10, 14:3, | 20:6, 21:10, | 22:17, 23:13 | 12:17, 17:14 |
| 18:7 | 23:20, 24:1, | areas | basically |
| add | 24:2, 24:3, | 22:9, 23:5, | 4:16 |
| 7:10 | 24:13, 24:19, | 23:6 | basis |
| addition | 25:15, 27:4 | around | 3:4, 24:20 |
| 19:4, 19:10, | allow | 5:14, 18:8 | because |
| 19:13 | 12:1 | asked | 3:15, 7:7, 8:8, |
| address | allowed | 21:16, 24:21, | 13:19, 17:13, |
| 2:3 | 18:6 | 25:6, 25:19 | 17:14, 20:14, |
| adequate | already | asking | 20:20 |
| 4:17 | 24:6 | 20:19, 24:19, | been |
| administration | also | 25:1 | 3:9, 3:10, 4:2, |
| 21:1 | 3:20, 4:2, 5:5, | aspects | 5:11, 5:21, 6:6, |
| affairs | 10:19, 10:21, | 9:20, 20:2 | 7:21, 10:11, |
| 2:20, 6:14 | 12:17, 13:12, | assessed | 22:17, 23:8, |
| affect | 13:13, 22:18, | 7:16, 8:5 | 24:20, 25:3 |
| 3:4, 6:5 | 24:15 | assessments | before |
| affected | alternate | 5:12 | 5:17, 19:8, |
| 13:7 | 18:21 | associations | 22:9, 22:13, |
| | amount | 20:15 | 25:9 |
| | 18:12 | assumed | |
| | | 9:21, 21:19 | |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

VID_JPLF_000508

| | | | |
|---|---|---|---|
| beforehand 25:2 | 21:3, 22:12, 24:21, 26:3 | 18:3, 20:12, 21:8 | completely 5:14 |
| begin 19:6 | can't 15:17, 15:18, 18:8, 20:12, 22:2, 23:7, 25:5 | closed 13:3, 18:20, 19:5, 19:15, 19:20, 20:5 | completion 13:4, 13:6 |
| being 4:4, 11:10, 12:19, 14:22, 15:1, 15:5, 15:6, 22:22, 25:4, 26:11 | cap 19:9 | closing 11:6, 13:14, 13:16, 13:19, 14:3, 14:18, 21:1, 26:2 | compliance 7:8 |
| | capping 19:5 | | conceptualize 14:21 |
| | caption 28:10 | | connecting 5:7 |
| believe 10:15, 12:1, 16:5 | case 28:6 | colleagues 22:6 | considerations 14:8 |
| below 4:13, 11:21 | cause 5:19, 11:14, 11:15, 11:16, 12:2, 18:22 | collecting 8:1, 15:4, 15:9, 15:14 | considered 11:10, 17:11 |
| best 28:3 | | collection 3:6, 3:7, 3:12, 5:1, 6:6, 8:21, 9:3, 9:9, 9:10, 9:22, 16:17, 17:7, 17:13, 20:3, 20:4 | construction 17:17 |
| bit 26:13, 27:3 | | | consumers 2:11 |
| bld 12:22, 16:14 | cell 4:6, 4:9, 9:1, 9:5, 14:22, 17:17, 19:10 | | contain 28:8 |
| bolts 16:7 | | | contaminated 6:22, 7:1 |
| both 3:6 | cells 5:16, 16:11 | collections 2:13 | continue 19:14, 19:19, 20:5, 23:5 |
| bridge 5:9 | certain 18:12 | come 2:21, 23:5, 24:3, 24:4 | contract 6:9, 7:13, 7:22, 8:7, 8:8, 8:22, 9:21, 10:3, 17:7, 17:9, 20:1 |
| briefly 2:6 | certainly 8:12, 22:16, 24:1, 24:6, 26:4 | comes 26:9 | |
| bringing 17:15 | certificate 28:1 | coming 15:10, 22:8 | contracted 9:9, 9:10 |
| brought 10:11 | chance 16:19 | comments 13:13, 27:13 | contractor 3:12, 4:15, 4:21, 12:11, 12:22, 14:13, 19:17 |
| built 4:16 | change 17:9, 17:11 | community 21:4 | |
| burning 26:19, 26:21 | chris 28:2, 28:17 | compare 24:6 | |
| bypass 4:16 | christian 1:22 | compared 2:12, 2:14 | contractors 3:3, 6:14, 14:9, 17:19, 18:1, 18:4, 25:21 |
| bypasses 6:3 | city 5:10 | complaining 20:17 | |
| **C** | civic 20:15 | complete 5:3, 13:2, 13:16, 15:22, 16:2, 17:17 | contractual 7:18, 17:16, 20:9 |
| call 18:8 | clear 7:7 | | |
| calls 26:12 | clearview 2:17 | completed 5:5, 5:11 | contradictory 14:4 |
| came 11:20, 14:2, | close 12:2, 17:5, | | |

contributing
13:21
control
6:12, 6:18
convenience
11:11, 11:13,
12:3, 12:5
coordinate
14:10
coordinated
23:18
correct
9:2, 10:15,
10:18, 14:22,
15:4, 15:6,
16:15, 16:16,
18:13, 28:8
corrected
7:2, 7:4,
10:17, 10:21
correctly
15:4
costs
19:8
could
8:20, 13:2
couldn't
25:16
council
1:9, 2:4, 2:21,
11:5, 17:10,
20:20, 26:4,
28:19
councilman
4:6, 6:8, 8:14,
9:1, 9:5, 9:12,
9:15, 10:2,
10:13, 10:19,
11:1, 11:3,
11:12, 11:15,
12:6, 12:16,
12:19, 13:10,
13:12, 13:15,
13:22, 14:20,
15:9, 15:13,
15:16, 15:19,
16:1, 16:10,
16:13, 16:18,

16:22, 17:2,
17:20, 18:11,
18:14, 20:10,
21:13, 21:16,
24:17, 24:18,
25:13, 26:7,
26:15, 26:19,
27:1, 27:10
counsel
28:5
course
12:9
cover
10:19, 19:6
critical
13:4
cumulative
2:14
current
10:7, 11:19,
13:21, 14:17
currently
19:17
cut
17:21

### D

daily
3:4, 14:17
damages
6:11, 7:6,
7:13, 7:17, 8:2,
8:4, 8:6, 10:3,
10:5, 12:8,
20:13
dark
25:8
date
2:13
day
6:16, 6:20,
7:2, 15:1, 17:4,
21:22
days
4:19, 19:5,
19:7
debris
19:2

declare
28:2, 28:12
defer
7:17, 7:20
definitely
3:16
delays
18:22
delivery
6:7
demobilization
17:18
department
14:1
deq
3:20, 8:10,
11:19, 11:22,
15:19, 15:21,
16:21, 16:22,
21:6, 21:17,
23:2, 23:12
deq's
21:20
detected
6:13
determination
6:15
determine
13:6, 15:20,
21:11
determined
12:9
didn't
25:2
difference
9:20
different
26:17
diligence
20:19
directional
5:5
director
2:20
disagreement
22:5
disaster
18:17

disconnect
8:18
discuss
12:11, 12:13
discussed
11:5
disposal
17:8, 17:10
district
23:22
divisions
23:9
doesn't
13:19
doing
3:12, 12:11,
16:14
domestic
17:4
done
6:20, 18:2,
18:3, 22:3,
23:14, 23:17,
24:6, 24:12,
26:1, 26:11
dovetailing
21:16
down
2:17, 11:18,
12:4, 25:4,
26:12
drainage
6:22
drawn
4:4
drilling
5:5
due
20:14, 20:19

### E

each
7:11
educated
25:3
effect
5:8
eight
3:14

| | | | |
|---|---|---|---|
| either 10:16 | 19:5, 19:19, 23:21 | 27:2 | form 24:10 |
| elements 3:8 | event 18:16, 22:12, 28:10, 28:13 | fast 5:20, 21:4 | forth 12:10 |
| eliminated 16:7 | every 10:15, 14:9, 15:1, 23:11 | faster 14:4, 21:8 | forward 8:13, 18:9, 24:11, 24:13 |
| eliminating 13:20 | example 21:20 | feasibility 11:6, 18:1 | found 3:9, 3:20, 16:3, 16:9 |
| elmwood 2:18 | exclusively 18:18 | feasible 18:2 | four 23:22 |
| else 27:11 | excuse 27:14 | fee 17:12 | frequency 21:17, 22:8, 23:8 |
| email 16:20 | executive 27:14 | feet 5:6 | frequently 23:8 |
| emanate 6:16 | existing 6:19 | female 2:2, 2:22, 21:13, 24:17, 27:11 | fugitive 3:17, 13:20 |
| emissions 4:15, 8:15, 8:16, 8:19, 13:20 | exit 24:10 | few 6:8 | full 28:8 |
| emitted 23:1 | expect 10:12, 24:5 | field 4:15 | fumes 3:22 |
| emitting 3:16, 3:20, 3:22, 16:4 | expediency 4:14 | final 19:5, 19:7, 19:9 | further 27:13, 28:12 |
| employed 28:6 | expediency's 4:11 | financial 28:7 | future 10:9 |
| engineer 6:16, 8:9 | expedite 18:18 | find 17:5, 24:2 | **G** |
| enhance 16:17 | experienced 3:11 | finding 16:1 | garbage 8:6, 17:7, 17:13 |
| enhancements 3:5, 13:1 | expert 14:21 | fines 7:3 | gas 3:7, 3:12, 4:1, 4:9, 4:15, 8:21, 9:3, 9:8, 9:9, 15:10, 15:14, 16:17, 20:3 |
| enough 21:11 | **F** | five 3:18 | |
| entire 6:2, 16:3, 16:8 | fabrication 13:5 | fix 8:12, 11:6, 13:16, 21:4, 21:8 | gases 3:20 |
| environmental 2:20, 6:13 | facility 9:10, 18:17, 19:1, 24:8 | fixed 12:12, 20:18 | gasses 3:17, 4:4 |
| equipment 6:5 | factor 14:16 | focus 10:12 | gave 10:3, 24:21 |
| established 3:13 | failing 5:20 | folks 24:11 | getting 8:2, 24:20 |
| evaluate 4:22 | failure 6:12, 6:17, 6:21 | following 19:18 | give 2:21, 7:19, |
| even 9:6, 14:4, 16:4, 17:5, | far 10:14, 10:15, | force 5:6, 5:18, 6:2 | |

8:3, 12:3, 26:8, 26:9
given
25:9
glad
26:4
go
18:1, 18:7, 20:15, 20:16, 27:14
goes
15:19
going
5:14, 7:20, 8:12, 8:16, 8:17, 8:19, 11:16, 12:4, 12:10, 15:3, 18:9, 20:10, 21:17, 21:18, 21:19, 22:7, 23:4, 25:8, 26:10, 27:6
good
2:22, 12:19
grade
19:12
ground
4:13
grounds
19:21
groundwater
19:21
guess
2:19, 18:11, 21:18
guys
25:6, 25:7, 27:5

**H**
h2s
4:1, 16:5
half
26:20
halted
17:18
happen
14:4, 21:11

he'll
24:15
hearing
14:5
help
14:3
helps
18:18
here
14:2, 14:6, 14:7, 24:21
here's
14:7
hereby
28:2
highly
18:20
historical
9:20
holds
23:12
hope
20:18
hour
8:12
hours
7:1, 10:17, 10:21, 10:22
households
15:2
however
2:16
hundred
15:16
hurdles
11:9
hurley
7:20, 8:5

**I**
idea
21:2
iesi
6:10, 9:15, 9:16
iesi's
8:22
immediately
8:11, 21:22

impact
13:20
implications
13:13, 26:2
improve
4:22
improvements
3:4
inch
5:6
inches
3:18
include
24:15
includes
20:6
increase
2:11, 2:14, 17:12
incurred
19:8
information
22:2, 24:19, 24:20, 24:22, 25:2, 25:9, 25:15, 26:7, 27:7, 28:4
informed
27:5
infrastructure
3:5, 3:9, 4:12, 18:16
inspect
24:8, 24:9
inspecting
23:12
inspection
3:21
installation
19:6
installed
4:10
instantaneous
23:17
instruments
16:9
interest
28:7, 28:12

interview
24:10
involve
3:6
involved
7:21
involving
20:2
issue
5:21, 10:20, 24:9
issued
4:20
issues
7:18, 13:21, 20:9, 21:9, 24:1, 27:4
items
7:22, 13:4

**J**
january
28:16
jefferson
1:9, 2:8, 3:11, 6:13, 15:2, 17:3, 17:8, 17:15, 18:15, 28:19
jeremy
7:19
job
1:20
johnston
24:17, 24:18, 25:13, 26:7, 26:15, 26:19, 27:1, 27:10
june
2:7, 2:9, 2:11

**K**
keep
25:8, 27:5
kind
7:7, 14:15, 27:2
knew
24:22

| | | | |
|---|---|---|---|
| **know** 4:12, 7:10, 7:22, 10:20, 11:3, 12:14, 20:22, 21:20, 22:7, 23:17, 23:21, 24:1, 24:2, 24:3, 24:4, 25:6, 25:8, 26:9, 26:10, 26:11, 26:16 **known** 25:10 **L** **lakeside** 2:16 **landfill** 1:10, 2:2, 2:4, 3:3, 3:6, 3:15, 4:3, 4:5, 4:9, 4:12, 4:17, 5:4, 5:21, 6:12, 6:15, 6:16, 6:19, 8:9, 10:1, 11:6, 11:18, 12:2, 13:3, 13:8, 13:14, 13:19, 14:16, 14:18, 16:3, 16:6, 16:8, 17:5, 17:8, 17:15, 17:16, 18:3, 18:15, 18:20, 19:5, 19:14, 19:15, 19:17, 19:19, 20:5, 21:1, 22:16, 23:11, 23:21, 24:9, 24:12, 25:4, 25:14, 25:15, 25:20, 26:2, 26:10, 28:20 **last** 2:12, 2:15, 3:13, 10:7, | 11:4, 12:21, 14:2, 20:20, 21:22, 23:15, 24:11 **ldeq** 19:4 **leachate** 3:6, 3:20, 5:1, 5:7, 5:9, 5:12, 5:15, 5:16, 6:6, 9:19, 9:22, 10:4, 10:14, 15:5, 15:7, 16:3, 16:16, 20:4 **least** 11:9 **left** 19:2 **legal** 11:18 **legally** 11:8, 21:9 **lift** 5:7, 5:8 **likely** 18:21 **limiting** 14:16 **line** 4:16 **linear** 5:6 **liquidated** 6:11, 7:5, 7:13, 7:17, 8:2, 8:4, 8:5, 10:3, 10:5, 12:8, 20:13 **listed** 28:10 **litigation** 10:8, 10:9, 10:12 **little** 26:13, 27:3 **lockwood** 2:20, 3:1, 3:2, | 4:8, 7:15, 8:15, 8:21, 9:3, 9:8, 9:14, 9:16, 10:18, 11:2, 13:12, 13:18, 14:6, 15:7, 15:11, 15:14, 15:17, 15:21, 16:2, 16:12, 16:16, 16:21, 17:1, 17:3, 18:15, 21:15, 22:4, 22:11, 22:15, 22:21, 23:2, 23:7, 23:15, 23:19, 24:7, 25:11, 25:18, 26:14, 26:18, 26:22, 27:9, 27:12 **long** 19:1 **longer** 3:19, 19:2 **look** 4:22, 12:8 **looking** 10:11, 18:1 **lot** 7:10, 7:22 **M** **ma'am** 2:6 **made** 8:8 **main** 5:6, 5:15, 5:19, 6:2 **maintain** 6:12, 6:21, 6:22 **maintenance** 9:17, 19:22, 20:3 **make** 5:18, 14:3, 21:11 | **making** 6:2, 12:22 **male** 2:6, 7:19, 7:20, 10:6, 10:14, 10:22, 11:8, 11:14, 11:17, 12:13, 12:17, 12:21, 13:11, 18:6, 18:13, 21:15, 22:5, 22:14, 22:19, 22:22, 23:4, 23:14, 23:17, 23:20, 24:14, 24:15 **management** 6:19 **mandate** 26:6 **manhattan** 2:17 **manufacture** 13:5 **manufacturers** 6:7 **mark** 25:2 **mark's** 25:1 **matter** 8:2, 13:19 **maybe** 7:12, 25:2 **mean** 7:10, 12:8, 12:16, 21:18, 21:21, 22:6, 25:12 **measurements** 16:9 **meet** 14:9 **meeting** 1:9, 10:8, 11:5, 12:21, 20:20, 25:10, 26:4, 28:19 |

| | | | |
|---|---|---|---|
| mentioned<br>8:1, 8:14, 8:15<br>method<br>18:10<br>might<br>21:9<br>mike<br>2:20, 8:14,<br>10:15<br>million<br>3:22<br>minor<br>8:11<br>modification<br>19:11<br>monday<br>22:20<br>money<br>7:12<br>monitoring<br>6:18, 11:21,<br>19:14, 20:6<br>month<br>2:9, 2:12,<br>23:15<br>monthly<br>2:7<br>months<br>12:4, 23:16<br>more<br>20:11, 25:3<br>morning<br>2:22<br>most<br>4:12, 11:20<br>motors<br>6:4, 14:14<br>moves<br>5:8<br>multiple<br>23:9<br>must<br>19:6, 19:19<br>─── N ───<br>naaden<br>1:22, 28:2,<br>28:17 | natural<br>18:17<br>necessary<br>6:3, 6:5<br>need<br>22:7, 24:3,<br>26:9, 26:10<br>needed<br>5:17, 13:4<br>negative<br>3:18<br>neighbor<br>12:20<br>neither<br>28:5<br>never<br>9:21<br>new<br>4:9, 5:19, 9:1,<br>9:5, 17:17, 27:7<br>non<br>6:22<br>none<br>16:10<br>nothing<br>24:22<br>notice<br>4:20, 8:3,<br>8:10, 10:16,<br>12:4, 23:18,<br>23:19<br>notification<br>7:1<br>notified<br>8:16<br>number<br>5:8<br>─── O ───<br>oakwood<br>2:16<br>obtain<br>7:5<br>odor<br>6:12, 6:17,<br>6:19, 13:21,<br>22:22, 27:4<br>odors<br>3:10 | office<br>7:21<br>offsite<br>6:13, 13:5,<br>14:14<br>okay<br>2:5, 2:6, 2:19,<br>10:13, 11:1,<br>13:10, 14:21,<br>15:13, 16:18,<br>17:2, 18:11,<br>18:14, 23:4,<br>23:20, 27:13<br>once<br>4:20, 22:9<br>one<br>3:14, 3:20,<br>5:3, 6:9, 11:20,<br>14:10, 16:3,<br>20:20, 22:15,<br>22:16, 22:19<br>only<br>14:15, 16:9,<br>18:11, 26:2<br>onm<br>9:9<br>operable<br>15:8<br>operation<br>9:17, 20:3<br>operations<br>13:7, 14:17<br>operator<br>20:9<br>operator's<br>17:16<br>opinion<br>9:20, 11:18,<br>21:12<br>order<br>8:3, 13:5<br>ordered<br>6:6<br>other<br>6:4, 11:3,<br>14:7, 16:10,<br>16:13, 18:1,<br>18:4, 21:13, | 22:20<br>otherwise<br>28:7<br>out<br>9:9, 9:11,<br>11:20, 12:22,<br>14:3, 15:1,<br>15:19, 15:21,<br>18:4, 18:7,<br>20:14, 21:18,<br>22:7, 22:8,<br>22:13, 23:2,<br>23:8, 24:4<br>outcome<br>28:7<br>over<br>4:17, 5:9<br>overall<br>2:13<br>own<br>27:3<br>─── P ───<br>page<br>28:10<br>pages<br>1:21, 28:8<br>paid<br>2:10<br>parish<br>1:9, 2:3, 2:8,<br>3:11, 6:13, 7:2,<br>7:17, 14:8,<br>15:2, 17:3,<br>17:8, 17:15,<br>18:15, 20:1,<br>20:7, 27:12,<br>28:19<br>part<br>6:17, 8:6, 8:7,<br>8:22, 24:2, 26:6<br>parties<br>28:6<br>parts<br>3:22<br>pass<br>27:7<br>passed<br>17:22, 24:19 |

path
13:4
paul
7:11, 20:16
pay
8:3, 20:1
penalty
28:3
people
16:2, 20:17,
21:3
percent
2:11, 2:14,
2:16, 2:17,
2:18, 5:3,
15:16, 15:17,
15:18
perform
6:17
perimeter
6:2
period
2:15, 8:12
periods
19:3
perjury
28:3
permanent
19:16
permit
19:11, 23:11
personnel
6:14, 16:7
petroleum-based
27:2
phase
4:8, 9:17, 9:19
phases
3:15, 5:13
pickups
8:6
piece
18:16
pipeline
5:15
place
17:6
plan
6:19

plant
5:10
please
24:14
podium
21:6
portion
10:4
possible
4:15, 12:12,
21:5, 26:2
possibly
3:9
posturing
10:8
potential
18:22
ppm
16:5
preliminary
5:12
president
2:3, 27:12
pressure
3:19, 5:19
presume
22:8
pretty
21:21
preventing
14:11
previously
5:22
price
17:14
pricing
18:7, 18:9
primarily
8:8
probably
17:12, 20:8,
20:14
problem
11:7, 12:12,
13:17, 13:22,
14:18, 16:11,
21:4, 21:8,
22:12, 22:15

problems
5:18
proceed
4:20
process
5:2, 5:13, 6:1
procurement
18:8, 18:10
progress
14:11, 25:20
progresses
26:11
project
13:2, 13:6,
17:19
proper
6:22
provided
22:1
provides
6:10
pull
18:7
pumping
5:3
pumps
5:16, 5:17,
5:19, 5:20, 6:4,
14:14
purpose
10:11
pursuant
19:4
pursue
10:5, 12:7,
12:10
put
5:20, 7:11,
8:10, 9:6, 13:1,
15:1, 17:6

Q

quality
23:9
question
7:16, 11:3,
24:18
questions
6:9, 21:13,

25:1, 26:5
quick
17:21

R

reach
18:4
read
25:15
really
13:18, 24:8,
25:11
reason
22:2
reasonable
6:15
rebuilding
5:3
receipt
19:7, 22:1
receipts
2:9
received
10:16, 28:9
receives
5:15
recent
11:20
recently
21:21
reconstruction
18:19
record
14:5
recordings
28:4
recoup
7:12
recovery
18:18, 19:1
reestablished
3:13, 4:3
reflect
2:11, 2:14
reflects
2:10
regarding
28:10

| | | | |
|---|---|---|---|
| regulations<br>19:4<br>regulatory<br>19:13, 19:18,<br>20:6<br>related<br>28:5<br>relates<br>7:11, 24:1<br>remember<br>13:15, 25:19<br>repaired<br>22:17<br>repairs<br>3:3, 3:5, 6:2,<br>6:5, 12:22,<br>14:16, 25:22<br>replacing<br>5:17<br>report<br>1:7, 2:21,<br>11:4, 16:19,<br>16:20, 24:16<br>reporting<br>19:20, 19:21,<br>20:7<br>reports<br>2:7, 11:19,<br>25:20<br>representative<br>23:12<br>require<br>17:18<br>required<br>6:18, 12:3,<br>16:6, 19:9<br>requirements<br>19:13, 19:19,<br>20:7<br>requires<br>11:22<br>residents<br>3:11<br>resolution<br>17:22, 24:19,<br>25:19, 26:6<br>resolved<br>10:9 | responded<br>25:1<br>responsibility<br>4:21, 9:22,<br>17:17, 23:13<br>responsible<br>9:2, 9:6, 9:12,<br>9:17, 19:18<br>rest<br>10:1<br>result<br>5:20, 17:12<br>results<br>21:21, 24:5<br>reviewing<br>7:21<br>ridge<br>20:16<br>right<br>6:8, 7:16,<br>14:22, 17:21,<br>19:12, 22:10,<br>22:16, 22:20,<br>23:20<br>riser<br>3:21, 16:4<br>risers<br>5:13<br>river<br>20:16, 26:21<br>**S**<br>said<br>14:2, 20:8,<br>21:7, 25:13,<br>25:17<br>sake<br>4:11<br>sales<br>2:8, 2:10, 2:13<br>same<br>2:12, 2:15,<br>4:3, 22:9<br>sampling<br>19:20, 19:21<br>sanitary<br>17:8<br>saw<br>21:21 | say<br>12:17, 14:5,<br>20:11<br>saying<br>20:12<br>says<br>2:15<br>scope<br>17:11, 17:14<br>sealed<br>4:2<br>secretary<br>14:1, 21:6<br>section<br>4:3, 4:4, 4:18,<br>6:10, 16:4<br>sections<br>5:14<br>see<br>5:6, 16:19,<br>18:2, 20:13,<br>22:17<br>seemed<br>20:11<br>seems<br>20:20<br>seen<br>23:12<br>sense<br>4:14<br>services<br>20:2<br>session<br>27:14<br>seven<br>4:19<br>sheer<br>18:21<br>short<br>7:15<br>should<br>8:1, 25:9<br>shows<br>11:20<br>shut<br>11:18, 12:4,<br>25:4<br>side<br>3:14 | sided<br>20:21<br>signature-1apgj<br>28:14<br>significant<br>11:9<br>since<br>12:7<br>single<br>15:1<br>sir<br>9:4, 9:8, 9:14,<br>15:12, 16:12,<br>17:1, 22:21,<br>26:14, 27:9<br>site<br>4:21, 5:9,<br>14:9, 17:8,<br>17:10, 18:22<br>six<br>12:3<br>slacked<br>26:12, 27:3<br>smell<br>11:16, 20:14,<br>26:20, 27:2<br>smells<br>11:19, 26:16,<br>26:17<br>solid<br>23:9<br>solution<br>24:2<br>some<br>3:10, 3:22,<br>7:5, 7:12, 7:14,<br>11:9, 12:8,<br>13:13, 14:6,<br>14:7, 16:7,<br>17:6, 21:9,<br>21:19, 22:2,<br>23:18, 24:5,<br>26:16<br>something<br>10:10, 12:7,<br>16:5, 21:2,<br>21:16, 22:6,<br>23:22 |

| | | | |
|---|---|---|---|
| **soon** 4:15, 8:10, 12:12, 20:18 **sooner** 13:2 **sorry** 2:9, 17:21, 27:15 **sort** 24:5 **source** 3:10 **south** 3:14 **speak** 23:7 **speaking** 10:6 **spears** 4:6, 6:8, 8:14, 9:1, 9:5, 9:12, 9:15, 10:2, 10:13, 10:19, 11:1, 11:3, 11:12, 11:15, 12:6, 12:16, 12:19, 13:10, 13:12, 13:15, 13:22, 14:20, 15:9, 15:13, 15:16, 15:19, 16:1, 16:10, 16:13, 16:18, 16:22, 17:2, 17:20, 18:11, 18:14, 20:10, 21:16 **special** 11:5, 26:3 **specific** 4:6 **specifically** 3:3, 17:9, 25:12, 25:19 **specifies** 17:7 **spent** 20:11 | **stand** 11:7 **standing** 11:18 **start** 5:17 **state** 7:2, 10:17, 14:1 **stated** 7:3, 10:7, 21:9 **station** 5:7, 5:8 **stations** 5:4 **status** 2:21, 3:2, 11:4 **stay** 21:19 **steady** 15:3 **stepping** 14:10 **still** 17:22, 20:17, 22:18, 26:12, 26:15, 26:20, 27:4 **stipulated** 14:13 **stood** 21:6 **stop** 4:14 **storm** 19:20 **stormwater** 23:10 **street** 19:2 **stuff** 7:14, 9:7 **supporting** 28:4 **supposed** 25:7 **sure** 5:18, 12:13, | 20:8, 20:16, 25:11 **survey** 15:22, 16:3 **surveyed** 16:8 **system** 3:7, 3:12, 5:1, 6:6, 8:21, 9:10, 9:19, 9:22, 15:5, 15:7, 16:17, 20:3, 20:4 **T** **take** 23:4 **takes** 17:3 **talked** 20:22 **talking** 4:7, 25:14 **tape-recording** 28:9 **tax** 2:7, 2:8, 2:13 **taxes** 2:10 **television** 1:7 **tell** 10:6, 15:18, 26:18 **temporarily** 11:6, 12:11, 13:16, 18:3, 20:12, 21:1, 21:8 **temporary** 19:15 **termination** 11:11 **test** 4:22, 22:9, 23:5 **tested** 22:9 | **testing** 5:14, 6:1, 21:20, 24:5 **thank** 2:22, 21:12, 27:10, 27:11, 27:12 **they've** 5:11, 10:16, 24:4 **thing** 26:1 **things** 14:15 **think** 7:7, 8:1, 8:16, 10:2, 20:18, 21:10, 22:6, 23:20, 23:22, 24:3, 26:1, 26:3, 27:14 **thorough** 21:10 **thought** 12:7 **three** 3:18 **threshold** 18:12 **thresholds** 11:21 **tighten** 16:7 **time** 14:15, 19:3, 20:11, 21:19, 25:16, 26:5 **today** 14:5, 24:21 **toes** 14:11 **told** 25:4 **toni** 7:20 **tons** 17:4 **totally** 23:19 |

| | | | |
|---|---|---|---|
| transcribed<br>1:22<br>transcriber<br>28:1, 28:2<br>transcript<br>1:6<br>transcription<br>28:9<br>trash<br>14:22, 15:3,<br>17:4, 17:6,<br>17:15<br>treatment<br>5:10<br>tried<br>7:5<br>trucks<br>19:1<br>true<br>28:8<br>try<br>21:4<br>trying<br>13:14, 24:2<br>two<br>3:8, 3:21, 5:8,<br>8:11, 23:15,<br>24:11<br>**U**<br>ultimately<br>5:9<br>under<br>6:10, 6:17,<br>6:21, 10:3,<br>11:4, 28:3<br>understand<br>13:18<br>understanding<br>8:17<br>unincorporated<br>2:8<br>unit<br>19:7, 19:11<br>unless<br>22:2, 22:5<br>until<br>7:2, 7:4 | update<br>1:9, 2:2, 2:4,<br>28:20<br>use<br>18:18<br>users<br>18:21<br>**V**<br>vacuum<br>3:13, 3:16,<br>3:19, 4:4, 4:17<br>valuable<br>18:16<br>vehicle<br>2:15<br>verified<br>6:15<br>video-recorded<br>1:6<br>violations<br>8:11<br>virtually<br>13:20<br>volume<br>18:21<br>**W**<br>waggaman<br>20:16<br>waits<br>19:1<br>wanted<br>21:3<br>wasn't<br>21:2, 21:17,<br>26:5<br>waste<br>19:7, 23:9<br>wastewater<br>5:10, 24:9<br>water<br>7:1, 19:20,<br>24:9<br>way<br>13:7, 19:8,<br>21:11<br>we're<br>12:3, 12:4, | 15:4, 15:9,<br>16:14, 17:22,<br>18:6, 20:13,<br>24:2, 26:15,<br>26:20, 27:1,<br>27:4<br>week<br>3:13, 4:19,<br>11:20, 14:2,<br>14:9, 17:5,<br>26:20<br>weekly<br>24:16, 24:20,<br>25:20<br>weeks<br>3:21<br>wells<br>3:14, 3:15,<br>3:16, 3:19, 4:10<br>went<br>4:16, 22:16,<br>22:19<br>whenever<br>14:2<br>whether<br>12:14, 19:15<br>whole<br>9:10<br>within<br>4:19, 7:1,<br>8:12, 10:17,<br>10:21, 10:22,<br>19:6, 21:21<br>without<br>18:9, 23:18,<br>23:19<br>wondering<br>7:4, 7:9<br>wood<br>26:21<br>work<br>4:20, 14:12,<br>16:14<br>working<br>3:4, 17:19<br>wouldn't<br>11:16<br>writing<br>13:1 | wrong<br>10:15<br>**Y**<br>yeah<br>7:19, 10:22,<br>12:16, 22:14<br>year<br>2:12, 2:13,<br>2:15, 4:10<br>years<br>19:14<br>yesterday<br>15:21, 16:11,<br>16:12, 23:3<br>**$**<br>$3000<br>6:16, 7:2<br>$50,000<br>7:11<br>$5000<br>6:20<br>**.**<br>.2018<br>1:9, 28:19<br>**1**<br>1<br>2:2, 2:22,<br>21:13, 24:17,<br>27:11<br>10<br>5:6<br>100<br>15:17, 15:18<br>1000<br>17:4<br>12.6<br>16:5<br>1200<br>17:4<br>13<br>6:17<br>17<br>2:18<br>**2**<br>2<br>2:6 |

| | | |
|---|---|---|
| **20** <br> 3:22 <br> **2018** <br> 2:7, 2:10 <br> **2024** <br> 28:16 <br> **24** <br> 7:1, 8:12, 10:17, 10:21, 10:22 <br> **27** <br> 28:8 <br> **28** <br> 1:21 | 18:13 <br> **520186** <br> 1:20, 28:19 | |
| **3** | **6** | |
| **3.36** <br> 2:14 <br> **3.8** <br> 2:11 <br> **30** <br> 19:5, 19:7, 19:14 <br> **3a** <br> 5:13, 5:14 <br> **3b** <br> 5:13, 5:15 | **60** <br> 5:2 | |
| | **7** | |
| | **7** <br> 21:15, 22:5, 22:14, 22:19, 22:22, 23:4, 23:14, 23:17, 23:20, 24:14 | |
| **4** | **8** | |
| **4** <br> 7:19, 10:14, 10:22 <br> **4000** <br> 5:6 <br> **4a** <br> 4:8, 9:5, 9:18, 9:19, 14:22, 15:7, 15:10, 15:15, 16:4, 16:10 | **8** <br> 24:15 <br> **8.29** <br> 1:9, 28:19 | |
| **5** | | |
| **5** <br> 7:20, 10:6, 11:8, 11:14, 11:17, 12:13, 12:17, 12:21, 13:11, 18:6, | | |