

**Planet Depos**
We Make It *Happen*

# Transcript of Jefferson Parish Council Meeting update on the landfill

**Date:** September 19, 2018
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**Page 1**

```
            TRANSCRIPT OF VIDEO-RECORDED

                TELEVISION REPORT


   "9.19.2018 Jefferson Parish Council Meeting update on
                    the landfill"
```

Job No.: 520186

Pages: 1 - 34

Transcribed by: Christian Naaden

**Page 2**

                    P R O C E E D I N G S

1  FEMALE 1:  I believe we had a landfi- -- you
2  have a landfill update, mis- -- Councilman Spears would
3  like to do that now, right? Okay. Can we do that,
4  please?
5  MR. SPEARS:  Mr. Lockwood's going to do it.
6  FEMALE 1:  Okay. Thank you.
7  MR. LOCKWOOD:  Good morning. As far as a
8  update of the landfill over what was reported at the
9  last council meeting, we continue to aggressively
10 repair and upgrade the water or leachate collection
11 system at the landfill and the -- and the gas
12 collection system.
13     The contractors have replaced thousands of
14 linear feet of leachate collection line, and are in --
15 in the process of final upgrades to the two pumping
16 stations. As we remove water, the ultimate goal is to
17 increase the pull of gas from the landfill which will
18 then ultimately decrease the fugitive emissions from
19 the landfill.
20 MALE 1:  When was the last time DEQ was out
21 there?

**Page 3**

1  MR. LOCKWOOD:  DEQ, well, we haven't had an
2  in- -- an inspection. But DEQ representatives Brian
3  Tusa, and Mike Algero, with Dr. Raoult Ratard visited
4  the landfill on September 12th. Specifically, Dr.
5  Ratard wanted to go around the landfill and -- and get
6  his own personal feeling about the -- the odors of the
7  landfill.
8      What they wrote at their exit interview was,
9  quote, at the time of the site tour, normal landfill
10 odors were noted when downwind of the active working
11 face. They also requested some documentation, which was
12 provided the next day to DEQ Agent Wayne Desselle.
13 MALE 1:  Did they have any parts per million?
14 What -- what was the reading on that day when they were
15 out there?
16 MR. LOCKWOOD:  There were no readings taken by
17 the DEQ people.
18 MALE 1:  Is that normal? I thought --
19 MR. LOCKWOOD:  Again, I -- I believe this was
20 a courtesy to Dr. Ratard. They -- they basically
21 conducted a drive-through visit of the landfill.
22 MALE 1:  I don't know about other offices, but

**Page 4**

1  I can speak for mine. Also, when I went to -- no. I --
2  I'm sorry. I didn't go -- I didn't go. But I went to --
3  members of my staff was at the Waggaman Civic
4  Association meeting last week. And that was -- the
5  entire discussion was they were complaining about the
6  smell. We continue to receive the complaints.
7      I just want to know and just feel comfortable
8  that everything is being done, because I know my office
9  received the phone calls all during the day. On my way
10 here, I received a phone call.
11     So it's just something that -- that's very
12 concerning, and it will be con- -- it will continue to
13 be concerning until the smell, or -- or until the
14 complaints go away.
15 MR. LOCKWOOD:  Yes, sir.
16 FEMALE 1:  Councilman Johnston?
17 MR. JOHNSTON:  I, too, am receiving calls and
18 [it's been very active ?] for over a year now. And I
19 know I -- I tell my constituents when they call, I tell
20 them that we're doing everything we can in our landfill
21 to correct the problem we've had.
22     My question is, and I always ask the question,

VID_JPLF_000967

5

1 they ask me the same question, is how did we allow this
2 to get to this point over these years it's been going
3 on? And I can't give them an answer for that. All I can
4 tell them is that we're trying to correct the problem
5 right now.
6 We've spent over $2 million in the past couple
7 of months trying to -- to do improvements. We are --
8 today, we are approving the new company to come in to
9 take over the -- the environmental job at the -- at the
10 landfill. So that's going to be another move forward.
11 Last night, I had calls. A lady called me up,
12 she walked out of the house, she said, the mel- -- the
13 smell was horrible. And that was last night.
14 And her husband, who has a wind director on
15 his roof, on the top of his room, he took a picture.
16 The roof -- the -- the wind director was pointing to
17 the river. So that tells me that the wind was blowing
18 towards the landfill and not away from the landfill.
19 MR. LOCKWOOD: Yes, sir.
20 MR. JOHNSTON: So here we have a smell last
21 night, and the wind director shows the wind's blowing
22 to the landfill, and the smell was bad. So we have

6

1 situations of -- our landfill is a problem, but we got
2 problems other wa- -- other places. And we need to find
3 out where this other -- these other problems are.
4 It's getting bad. I'm getting complaints from
5 people in Kenner, are calling me. People I know in
6 Kenner complaining. It -- is it --? We don't know
7 what's going on. I mean, it's getting worse and worse.
8 And -- and I know we're trying to correct our
9 problem, but we're all -- I know -- I know Dominick and
10 them are getting calls, I mean, from people. It's just
11 -- and I know Jennifer, I know for a fact Jennifer's
12 getting calls. I have people, live in her district,
13 call me too about the problem and the smell. We're
14 getting the calls from Old Jefferson now.
15 I mean, it's all over. So it can't be just our
16 landfill doing this, it's got to be some other
17 problems. And we need to find out what it is, because
18 it's getting worse. But thank you, I know you're doing
19 what you can on the landfill.
20 And hopefully, we move it in the right
21 direction with this new company we're bringing in to do
22 the environmental, and -- and correct the problems that

7

1 we're having. Thank you.
2 FEMALE 1: Councilman Roberts?
3 MR. ROBERTS: Is there any reasonable
4 explanation as to why these smells are just occurring
5 at night?
6 MR. LOCKWOOD: I -- I think -- I think the
7 weather conditions at night may have something to do
8 with it. There's certainly activities that go on at
9 night that don't go on during the day when we talk
10 about -- or activities that go on all through the
11 night, specifically the midstream loading operations in
12 -- in the river, and so forth. But --
13 MR. ROBERTS: How cooperative have they been
14 in providing information about what they are loading
15 and unloading at their site?
16 MR. LOCKWOOD: I -- I can't answer that. We
17 have no jurisdiction over them. That -- that is a DEQ
18 issue.
19 MR. ROBERTS: Has this board required to keep
20 a manifest of what they're --?
21 MR. LOCKWOOD: I would imagine they are. Yes,
22 sir.

8

1 MR. ROBERTS: Have we requested that?
2 MR. LOCKWOOD: My department has not. No.
3 MR. ROBERTS: No. Do you know if Emergency
4 Management has requested that? Or --
5 MR. LOCKWOOD: I -- I do not.
6 MR. ROBERTS: -- are we notified? Mr.
7 Valiente, I'm sorry. If you could ste- --
8 MR. VALIENTE: I'm sorry. What was the
9 question?
10 MR. ROBERTS: The question is -- is that, do
11 we have an idea of what mid- -- Marine is loading and
12 unloading at their site? And is there a manifest kept
13 of what is being taken on and off of the vessels that
14 are docked at that location?
15 MR. VALIENTE: To answer your question is,
16 yes. There is a manifest, and the -- Customs has
17 control of those manifests. And everything has to re-
18 - be registered with Customs prior to any ship entering
19 the Mississippi River from the Gulf, or if it's loaded
20 upriver, and it is headed downriver toward --
21 MR. ROBERTS: Do we have access to that? Or do
22 we have --?

VID_JPLF_000968

9

1    MR. VALIENTE:  We are in the process of making
2 that happen.
3    MR. ROBERTS:  And we have not received so far
4 any documentation?
5    MR. VALIENTE:  We have not. And so to -- we're
6 going to make some specific requests as it relates to
7 barges that are -- ships that are carrying chemicals
8 and commodities such as grain or anything that could
9 possibly spoil. And so we want to make sure that we
10 target our request appropriately.
11    Also, the administration is also working on
12 some monitoring systems, and we're working closely with
13 the riverboat pilot associations in terms of setting up
14 cameras at various buoys. Especially that are located
15 right off of River Ridge, Harahan area where they're
16 unloading a tremendous amount of grain, especially at
17 night.
18    So we're putting those plans together. We're
19 working closely with communications and Jeb Tate to
20 make sure that that information will tie into our SCADA
21 system. And then we'll be able to have some warning
22 devices where, just like when a canal starts to

10

1 overflow, or if a pump goes down, we'll know
2 immediately if there's any dust in the air that's being
3 kicked up by these -- by these grain operations that
4 are occurring.
5    But to answer your question, yes. We are aware
6 that we have to get that manifest. TUFNC is the
7 organization that we're working with now, or the agency
8 that we're working with now. So that -- the -- that
9 issue is in the process.
10    MR. ROBERTS:  Would it be a situation where we
11 have to make a FOIA request routinely, or do you think
12 that they would be in a circumstance where they would
13 just share that with us --
14    MR. VALIENTE:  Oh, they'll share it with us.
15    MR. ROBERTS:  -- on an ongoing basis?
16    MR. VALIENTE:  The -- that's not an issue. We
17 had a --
18    MR. ROBERTS:  [inaudible].
19    MR. VALIENTE:  -- Emergency Management --
20    MR. ROBERTS:  Not to -- not to -- to bla- --
21 if they'll share it with us -- I'm not being critical,
22 want to just understand wa- -- why don't we have it

11

1 yet?
2    MR. VALIENTE:  Be honest with you, there was
3 never a need at this point. So we don't have any
4 specific jurisda- -- jurisdiction over the river, that
5 falls under the Coast Guard. We met with the Coast
6 Guard yesterday, as a matter of fact, and we made that
7 request, we made them aware of that need for us to get
8 that manifest.
9    And they're going to reach out to Customs for
10 us, and they're going to -- we're going to -- we're
11 going to set up a protocol or a standard operating
12 procedure where we're going to get a weekly, or a
13 monthly report of what's coming into the river.
14    MR. ROBERTS:  And I -- I would suggest that --
15 and I don't know -- I think we probably should've made
16 that request some time ago. Because, I mean, there's
17 been some discussions that this could be related to
18 both a combination of what's going on in the river, and
19 what's going on at the landfill.
20    The -- the other thing I would suggest is
21 that, equally, since it is a federal jurisdictional
22 issue, then we need to engage the congressional

12

1 offices, and the senators, if we have not done so
2 already, so that they understand the importance of us
3 getting cooperation from those agencies to try and get
4 this information.
5    MR. VALIENTE:  I feel confident that we're not
6 going to have any issues at all collecting that
7 information, and collecting it on a regular basis. But
8 you have to recall, July 19th was when we started this
9 operation, in terms of the odor taskforce.
10    MR. ROBERTS:  Sure.
11    MR. VALIENTE:  And we've been collecting
12 information on a daily basis, and I know the council's
13 been receiving those reports via Director Lockwood's
14 office. And Jeb Tate has been instrumental in -- in --
15 in working with the GIS maps to make sure that we get
16 the wind directions correct, the ambient air
17 conditions, the humidity, things of that nature.
18    But, Councilman Johnston, to address your --
19 your question about the wind, it's a great question. So
20 the atmospheric conditions, or the weather conditions
21 that we have at this time of year are not associated
22 with fronts.

VID_JPLF_000969

13

1   So it's not a direct line of wind that's
2 coming from point A to point B, and then out into the
3 Gulf, or out toward the Gulf Coast.
4   So what you get is a high pressure system or a
5 low pressure system that develops around the area, and
6 you start getting wind that comes in from a certain
7 direction.
8   But because it's not associated with a front,
9 what has a -- a hard push behind it, what happens is
10 that anything that that wind hits, like a building,
11 like a -- even -- even a river, anything like that, it
12 -- it affects the direction of the wind, and it -- and
13 it causes vortices.
14   When we met with the riverboat pilots, they
15 were telling us what they think is happening. And these
16 are people that make their livelihood on understanding
17 what the winds and the currents are doing on the river.
18   As the gases rise from the landfill, it -- as
19 it goes over the river, it actually cools off, and it
20 drops down, much as 200, 300, 400 feet.
21   That would explain why River Ridge and Harahan
22 take such a hit every time the wind's coming from the

14

1 southwest, or from a westerly direction. So it's coming
2 from the landfill, it rises because it's heated all day
3 long. So in the afternoon, late evening, that -- that -
4 - that's going to occur.
5   As it hits that river, the air there is
6 cooler, and it actually drops, and it comes down lower
7 where the residents can actually smell it. That would
8 also explain why it's extremely temporary. Because once
9 it diffuses, it goes away.
10   And we made a -- numerous scenes that we've
11 made, we've had people block away or two, we smell it,
12 we log a time, and then 10 minutes later, it's gone. So
13 it's -- it's -- it's a very tricky problem to track.
14   But I will say that we have noticed that the
15 data supports, in those graphs that we send you, that
16 when we have rain after 3:00 p.m. until about 7:00 or
17 8:00 p.m., that seems to reduce the amount of
18 complaints, if not completely eliminate complaints for
19 that day.
20   So we know that the rain also is another
21 factor involved. So it's a complicated issue. We are
22 collecting the data, Councilman Roberts. And we are --

15

1 we continue to make steps forward to the next problem.
2 And --
3   MR. ROBERTS:  So le- -- let me ask you this.
4 If -- if -- if the rain is doing that, as temporary
5 relief, wo- -- is there any benefit to irrigating the -
6 - from an aerial irrigation, the landfill site to try
7 and -- I mean, if the water itself can hold the gases
8 down?
9   MR. LOCKWOOD:  We have a misting system at the
10 landfill, sir, that -- that is in -- in -- in operation
11 with a odor-neutralizing compound. Just last week, we -
12 - the landfill operator established another 1,000
13 linear feet to the misting system. So that system is in
14 place. Yes, sir.
15   MR. VALIENTE:  So I also want to add, and --
16 and this is important, that we understand that we've
17 got Cornerstone Chemical Company that is only three or
18 four miles away from that area.
19   And also, we have the activity that goes on in
20 the river itself, which is -- in that particular bend
21 there, there's a tremendous amount of loading and
22 unloading of chemicals and commodities like -- like

16

1 grain.
2   So we definitely feel that it's a combination
3 of the three. Especially the way the odors are
4 occurring during the wind.
5   So another issue that I want to address is
6 that we are planning to use EMPG grant money from the
7 state to buy additional wind meters that we're going to
8 put along the five stations in Harahan and River Ridge,
9 which is going to give them -- give us more data points
10 for wind.
11   So you're going to have the wind blowing from
12 the south, southwest in one block, and six blocks
13 later, it might be coming from the west. Again, that'll
14 give us additional information to pinpoint where these
15 odors can -- could be originating from. But I believe
16 it -- based on what I've seen on the data, it's a
17 combination of the river and possibly the landfill too.
18 So --
19   MS. VAN VRANCKEN:  And, again --
20   MALE 2:  Council --
21   FEMALE 1:  Council- -- Councilwoman Van
22 Vrancken?

VID_JPLF_000970

Transcript of Jefferson Parish Council Meeting update on the landfill   5 (17 to 20)
Conducted on September 19, 2018

---

**17**

1    MS. VAN VRANCKEN:  [inaudible] say, also
2  because I -- I represent Metairie, Old Metairie, and
3  Bucktown, not near the landfill, not as close to the
4  river, don't forget the rail line. Because, again, a
5  lot of rail traffic moves through that area, there are
6  a lot of cars that have release valves.
7    So -- excuse me. Much to what Councilman
8  Johnston was saying, you know, if we can arm our
9  citizens. I think we're getting the calls because
10 everyone has a bit of a heightened awareness about
11 smells --
12   MR. ROBERTS:  True.
13   MS. VAN VRANCKEN:  -- in their neighborhoods.
14 If we can arm them with some information -- I was at a
15 -- a good meeting just about two weeks ago, and there
16 was some information presented about railcar activity,
17 about release valves.
18   About, again, documenting maybe the time
19 you're smelling something, what that smell is, maybe if
20 you're aware if there is a train moving through the
21 area, calling 911, having people be able to check it
22 out in a timely manner.

**19**

1  the cars could derail, and then it becomes a problem.
2  But the whole purpose of this committee will be to
3  establish some type of emergency alert system via a
4  website, or Facebook, or whatever other social media is
5  --
6    They can employ, and let people know when
7  dangerous chemicals are coming through, and if there's
8  a problem if one of those cars becomes detained, or
9  stopped, or derailed. So we're looking at that also.
10   MR. IMPASTATO:  Council --
11   FEMALE 1:  Councilman Impastato?
12   MR. IMPASTATO:  If -- if I could ask for some
13 clarification. Because now -- now I'm a little
14 confused. And it's probably my fault. But I thought,
15 Mr. Lockwood, you explained that the emissions from the
16 landfill were under control, and that we're not having
17 emissions from the landfill.
18   But then Mr. Valiente seems to suggest that,
19 in fact, what is being detected in River Ridge and
20 Harahan is from the landfill by virtue of some river-
21 jumping mechanism or something like that. Which one is
22 it?

**18**

1    So if there's also the ability to -- to arm
2  our citizens with what they should do to provide us
3  with better information to -- to arm us with -- with
4  something to help in this process, that would be great.
5    MR. VALIENTE:  Councilmember Van Vrancken,
6  it's interesting that you brought that up. I spoke with
7  Drew Tessier from -- he's a public information officer
8  with Union Pacific, last week. And they are in the
9  process of forming a taskforce with all the regional
10 railroads, including the New Orleans Public Belt. And
11 exactly what you just asked for, that's exactly what
12 we're going to do.
13   We've already assigned one of our person,
14 Kevin Woods [ph], one of our [inaudible] coordinators,
15 he will be a member of that committee. And -- but also
16 learned that any chemicals that are toxic in nature or
17 extremely hazardous to the public are -- are only
18 assigned homerun shots. So that means once they enter
19 the metro area, they're given priority, and they run
20 straight through. Those cars are not allowed to stop.
21   Now, there's always a possibility what
22 happened about 15 years ago in New Orleans where one of

**20**

1    MR. LOCKWOOD:  Well, first of all, I didn't
2  say --
3    MR. IMPASTATO:  Okay.
4    MR. LOCKWOOD:  -- the emissions were -- were
5  under control. I apologize if I ga- -- gave that
6  impression.
7    MR. IMPASTATO:  I might've misunder- --
8    MR. LOCKWOOD:  What I said is that we were
9  continuing the improvements and the repairs to the
10 infrastructure with the ultimate goal to get the gas --
11 any fugitive emissions of gas from the landfill under
12 control. That is the ultimate goal. But we have not
13 achieved that as of -- as of yet. Work still continues.
14   And I will please re- -- you know, reiterate
15 that there are three active landfills over there side
16 by side, and a total of five in very close proximity
17 surrounding that area in -- on the west bank.
18   MALE 3:  Councilman, thank you. [inaudible]
19 landfill, it could be any -- any one of the five. It
20 doesn't necessar- -- doesn't necessarily mean it's
21 solely ours. It's any -- any odor-emanating. And then,
22 like he just said, it's -- it could be any odors that

VID_JPLF_000971

Transcript of Jefferson Parish Council Meeting update on the landfill   6 (21 to 24)
Conducted on September 19, 2018

21

1 could be emanating from the river also, and any of the
2 chemical plants over there.
3       And, like -- I mean, as Councilman Johnston
4 just said, that's what we've been trying to tell D- --
5 DEQ, there's obviously a problem, because even when the
6 wind direction doesn't come from the landfills, we're -
7 - we're still getting an odor.
8       MR. IMPASTATO:  And that get -- and -- and
9 that get -- gets back to the central point, which has
10 been for a couple of months now is that, with the wind
11 direction, as Councilman Johnston explained, would seem
12 to defy the logic that it would be coming from the
13 landfill. But I just -- I just want -- and -- and maybe
14 I misunderstood. It just seemed like --
15       MR. LOCKWOOD:  We -- we agree with you on
16 that.
17       MR. IMPASTATO:  -- two different things were
18 kind of being communicated. I mean, I want to know if
19 we have emissions coming from the landfill that are
20 problematic or abnormal, you know, beyond what is
21 normally associated with just a normal landfill, then I
22 just -- I wanted to know that.

22

1       And -- and I didn't -- I didn't gather that
2 from the -- from the presentation. That's all I was --
3 that's all I was really trying to figure out is what --
4       MALE 3:  I -- I had a ca- --
5       MR. IMPASTATO:  -- what was going on.
6       MALE 3:  I had a call yesterday from a lady in
7 River Ridge whose parents live right on the river, and
8 she lives right on the other side. And she -- she says,
9 my dad has told me time and time again, this is some
10 type of chemical odor, it is -- and it's coming in
11 their house, they -- it stays in the house.
12       And she says, we've never smelled ye- --
13 anything that -- that we believe is associated with the
14 landfill, this is a chemical odor. So those are the
15 types of documentation we get, and we've been
16 forwarding those on to -- on to DEQ to investigate
17 those times and -- and those -- when that -- if that's
18 --
19       MR. IMPASTATO:  And on that, I had a meeting
20 with State Representative Stagni, who's going to
21 somehow be involved in the meeting with DEQ, the
22 hearing with -- the Senate hearing with DEQ.

23

1       And we talked about some questions that they
2 want to ask, and some demands that they're going to
3 place on DEQ for air monitoring and -- and hopefully to
4 be able to -- to trace -- to trace those odors at well
5 -- as well to determine all of those issues.
6       And just to clarify something else, you know,
7 I -- I have not gotten calls. Now, maybe Kenner
8 residents are calling other councilman, I can't speak
9 to that. The only calls I've gotten have been from
10 River Ridge, Harahan, you know, but not from Kenner
11 residents.
12       So just for you all's purposes, in terms of
13 studying, I'm not saying it's not going on in Kenner,
14 but they might be telling somebody else about it, and
15 not me. So I'm -- I'm not aware of that other than one
16 e-mail I got.
17       But it was a -- it turned out that was a -- it
18 was actually a Veolia surge issue in Kenner. So nothing
19 having to do with this. But anyway. Thank you.
20       FEMALE 1:  Councilman Spears?
21       MR. SPEARS:  I want to just be clear, on
22 August 31st, they had an inspection by DEQ. And DEQ

24

1 went to our landfill, and they said at some point it
2 was detected it was 3,000 parts per million. So I -- I
3 mean, it is clear that we do have some problems, and we
4 continue to have problems. That's why we're doing all
5 the work.
6       MR. LOCKWOOD:  Uh-huh. Those readings were
7 taken directly inside a gas pipe itself, where you
8 would -- you would certainly expect to have high
9 readings of gas.
10       DEQ Regional Supervisor Mike Algero pointed
11 out to me when they were at the -- the facility on 9/12
12 that DEQ absolutely does not have any regulatory
13 authority about the gas that's within the pipe.
14       MR. SPEARS:  That's --
15       MR. LOCKWOOD:  But they're --
16       MR. SPEARS:  -- in the ground -- on the
17 ground, they had bubbling up.
18       MALE 3:  Saw that too.
19       MR. LOCKWOOD:  They're -- they're --
20       MR. SPEARS:  Oh, and that was at a landfill --
21       MR. LOCKWOOD:  Now --
22       MR. SPEARS:  -- in the storm.

VID_JPLF_000972

25

1    MR. LOCKWOOD: Yes, sir. They're --
2    MR. SPEARS: So I mean, we do have problems
3 out there.
4    MR. LOCKWOOD: No question. I -- I -- I -- we
5 were the first ones to raise our hand and say that we
6 have infrastructure issues at the landfill. No
7 question, never have denied it.
8    I -- I think we put ourselves in a position of
9 low-hanging fruit at that point, to be honest. But we
10 have infrastructure problems in -- at the landfill that
11 is inhibiting the -- the efficient and effective
12 collection of gas. And that is what we're targeting
13 with repairs.
14    MR. SPEARS: And to say this [ph], I remember
15 at one point we were only collecting 20, 30 percent.
16 What -- what are the collections now? Do we know? Are
17 we still trying to figure that out? But what -- how --
18 what percentage of gas is being collected in --?
19    MR. LOCKWOOD: I -- I don't have that data
20 right now. There -- there are some changes in the
21 infrastructure of the landfill that would allow us to -
22 - those -- those data were --

26

1    MR. SPEARS: It's -- it's been a few --
2    MR. LOCKWOOD: -- gases. But, you know, again,
3 everything we're doing right now is to improve the
4 efficiency of gas collection.
5    MR. JOHNSTON: And just one thing I'd like to
6 say before we --
7    FEMALE 1: Councilman Johnston?
8    MR. JOHNSTON: First thing, it's gotten so
9 bad, I'm having people call my office and tell me that
10 they hate to do it, but they're going to sell their
11 house and move across the lake. I've had more than one
12 person tell me that.
13    So I mean, it -- it's getting to a point --
14 and -- and like I said, I could go back, I know we're
15 trying to correct the problem.
16    But we've got to get DEQ more involved with
17 whatever they got to do to find out where all this
18 odor's coming from. When we get our houses intact, and
19 we take care of our house, if we have odor, we need to
20 get out there and find where it's at.
21    I had a lady walking the levee the other day,
22 she told me she smelled it in the levee, she walked a

27

1 block, then she didn't smell it. Then she walked
2 another block, she smelled it again. She walked another
3 block, she didn't smell it. She says, it's in spots.
4    But this is now affecting -- well, it's been
5 affecting the quality of life by the citizens, and we
6 need to do everything about -- and I know we are -- I
7 know we are, as an administration.
8    I'm not saying the administration's not -- I
9 know you're out there working real hard to correct the
10 problem. But we need to really get this thing taken
11 care of. Because now, it's affecting people where they
12 want to move out. Thank you.
13    FEMALE 1: Thank you. Mr. Lock- -- me- -- in a
14 minute, Mr. Valiente.
15    MR. VALIENTE: I just have one last thing, and
16 this is important. Over the weekend, I received
17 information from the company that's going to be working
18 with us as far as tracking the various types of
19 freighters, and the cargos that they're going to be
20 carrying that we're going to verify through Customs.
21    And they noticed based on videos, and based on
22 the information that we've been sending them that the -

28

1 - that there's a large amount of activity between 4:00
2 p.m. and 10:00 p.m. as it relates to unloading grain at
3 the location at Wood and -- and -- and Company, which
4 has the four river buoys where these -- where these
5 grain freighters dock, and where they unload.
6    So we just received the information, we really
7 haven't had a chance to disseminate it. But initially,
8 there seems to be a strong cause and effect
9 relationship that these odors are being -- they appear
10 to have some affect on the odor that's being smelled in
11 River Ridge and Harahan during these hours. Which will
12 bri- -- which kind of leads to the question, why does
13 it only happen in the evening?
14    So -- but again, we haven't collected enough
15 data on that to say emphatically, yes, we think it's
16 that. But -- but -- but there is -- there appears to be
17 some strong evidence now that this activity between
18 4:00 p.m. and 10:00 p.m. is when a lot of these
19 complaints occur.
20    So we're still collecting data, it's a
21 complicated problem. You're talking about riverboat
22 pilots, Coast Guard, and Customs, and navigating those

VID_JPLF_000973

29

1  three organizations are not easy. We're doing it. And -
2  - and so -- but it's going to take a while longer for
3  us to figure this out and completely understand the
4  nature of this problem.
5       MR. JOHNSTON:  Joe, since you brought that up
6  -- I was going to mention it earlier, but I didn't. I
7  was told by some people that work the river that the
8  activity on the river is seven times more than it was a
9  year and a half ago because of the possibil- -- we're
10 not -- what's going with the tariff coming in.
11      And China's over here buying all of our grain
12 and everything they can buy right now. And I'm being
13 told the -- the river is very active with loading grain
14 and other -- other chemic- -- other products. Is -- is
15 that --? That's what they --
16      MR. VALIENTE:  The Coast Guard actually
17 confirmed that, and said that the activity for the
18 grain-loading has increased tremendously almost --
19 almost around the clock. And -- and that --
20      MR. JOHNSTON:  As its ever been.
21      MR. VALIENTE:  Well -- and that's another part
22 of the problem, because those -- those barges are being

30

1  loaded improperly, because they're moving so quickly.
2       Again, part of our plan to mitigate that is to
3  put cameras on there so that we can have real-time
4  video and information on that. But again, all that
5  takes time to put together. It has to be tied in with
6  communications, and it -- it's a complicated process.
7  We want to make sure that we do it right.
8       MR. JOHNSTON:  Well, the barges that are
9  there. After they unload the barges, do they clean the
10 barges there, or they take them away?
11      MR. VALIENTE:  Mike Lockwood would probably be
12 better. Because I don't understand the exact mechanism
13 of how they decontaminate those -- those -- those
14 barges. There is a process that -- that I've been told.
15 But -- and they use several different types of
16 chemicals that they use.
17      But I don't know which chemicals they're using
18 there, or if the individual freighters, or barge
19 companies -- there are a certain number of chemicals
20 that are allowed by the EPA to decone- -- to
21 decontaminate those -- those grain barges.
22      But I -- I don't know which ones they're

31

1  using. And I'm not even sure if the fumes from those
2  chem- --
3       MALE 3:  We'll try to get somebody here to
4  answer that question.
5       MR. VALIENTE:  Mike says, no.
6       MALE 3:  That -- somebody that knows how that
7  -- that process is done.
8       MR. JOHNSTON:  What you're saying about
9  cameras, and we've discussed -- Mark [ph] and I have
10 discussed about, why can't we put cameras on the river
11 to see? But we don't have any jurisdiction on the
12 river. That's what they're telling us. I mean, we can't
13 do that.
14      So maybe you can get the feds or the -- the
15 Coast Guard, or whoever it is to maybe put -- like you
16 had mentioned, putting cameras up there to see what's
17 going on on the river. You know, because we -- we --
18 we've been -- been told we can't do it, because that's
19 the -- that's not our jurisdiction. So --
20      MR. VALIENTE:  Well, we can set up cameras,
21 and we can look. And -- and --
22      MR. JOHNSTON:  Yeah. But can you get into the

32

1  -- over the levee? Can you --
2       MR. VALIENTE:  We -- we --
3       MR. JOHNSTON:  -- get down there and see --
4       MR. VALIENTE:  We --
5       MR. JOHNSTON:  -- what's going on?
6       MR. VALIENTE:  -- spoke with the Coast Guard
7  on that yesterday. And the Coast Guard wants to sit
8  down, and they want to develop a plan or protocol that
9  we can use. So the Coast Guard received a new commodore
10 for the New Orleans area.
11      He's very proactive, he's been at every
12 Homeland Security meeting, he's be- -- he's been to
13 every Emergency Management meeting. And he seems like
14 he's going to really want to work with us and solve
15 this problem. He is, in fact, aware of it.
16      MALE 3:  Councilman, to answer your question
17 though, before the -- at the next council meeting, we
18 should have a contract up for this council to select a
19 group that has the infrastructure on the river that Mr.
20 Lockwood was talking about and Mr. Valiente referred to
21 that'll have cameras, real-time feed, and have the
22 data, and just -- and on every freighter and every

VID_JPLF_000974

33

1  barge that comes into the river.
2        We had a presentation by them last week. And
3  we're going to nail down that contract, and have it
4  before this council so that we will have that
5  intelligence.
6        FEMALE 1:  Anyone else? Okay. Thank you.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

34

1        CERTIFICATE OF TRANSCRIBER
2        I, Chris Naaden, a transcriber, hereby declare
3  under penalty of perjury that to the best of my ability
4  from the audio recordings and supporting information;
5  and that I am neither counsel for, related to, nor
6  employed by any of the parties to this case and have no
7  interest, financial or otherwise, in its outcome, the
8  above 33 pages contain a full, true and correct
9  transcription of the tape-recording that I received
10  regarding the event listed on the caption on page 1.
11
12        I further declare that I have no interest in
13  the event of the action.
14
15  _____
16        January 5, 2024
17        Chris Naaden
18
19  (520186, 9.19.2018 Jefferson Parish Council Meeting
20  update on the landfill)
21
22

VID_JPLF_000975

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on September 19, 2018                                    10

| A |
| --- |
| **ability** |
| 18:1, 34:3 |
| **able** |
| 9:21, 17:21, |
| 23:4 |
| **abnormal** |
| 21:20 |
| **about** |
| 3:6, 3:22, 4:5, |
| 6:13, 7:10, |
| 7:14, 12:19, |
| 14:16, 17:10, |
| 17:15, 17:16, |
| 17:17, 17:18, |
| 18:22, 23:1, |
| 23:14, 24:13, |
| 27:6, 28:21, |
| 31:8, 31:10, |
| 32:20 |
| **above** |
| 34:8 |
| **absolutely** |
| 24:12 |
| **access** |
| 8:21 |
| **achieved** |
| 20:13 |
| **across** |
| 26:11 |
| **action** |
| 34:13 |
| **active** |
| 3:10, 4:18, |
| 20:15, 29:13 |
| **activities** |
| 7:8, 7:10 |
| **activity** |
| 15:19, 17:16, |
| 28:1, 28:17, |
| 29:8, 29:17 |
| **actually** |
| 13:19, 14:6, |
| 14:7, 23:18, |
| 29:16 |
| **add** |
| 15:15 |

**additional**
16:7, 16:14
**address**
12:18, 16:5
**administration**
9:11, 27:7
**administration's**
27:8
**aerial**
15:6
**affect**
28:10
**affecting**
27:4, 27:5,
27:11
**affects**
13:12
**after**
14:16, 30:9
**afternoon**
14:3
**again**
3:19, 16:13,
16:19, 17:4,
17:18, 22:9,
26:2, 27:2,
28:14, 30:2,
30:4
**agencies**
12:3
**agency**
10:7
**agent**
3:12
**aggressively**
2:10
**ago**
11:16, 17:15,
18:22, 29:9
**agree**
21:15
**air**
10:2, 12:16,
14:5, 23:3
**alert**
19:3
**algero**
3:3, 24:10

**all**
4:9, 5:3, 6:9,
6:15, 7:10,
12:6, 14:2,
18:9, 20:1,
22:2, 22:3,
23:5, 24:4,
26:17, 29:11,
30:4
**all's**
23:12
**allow**
5:1, 25:21
**allowed**
18:20, 30:20
**almost**
29:18, 29:19
**along**
16:8
**already**
12:2, 18:13
**also**
3:11, 4:1,
9:11, 14:8,
14:20, 15:15,
15:19, 17:1,
18:1, 18:15,
19:9, 21:1
**always**
4:22, 18:21
**ambient**
12:16
**amount**
9:16, 14:17,
15:21, 28:1
**another**
5:10, 14:20,
15:12, 16:5,
27:2, 29:21
**answer**
5:3, 7:16,
8:15, 10:5,
31:4, 32:16
**any**
3:13, 7:3,
8:18, 9:4, 10:2,
11:3, 12:6,
15:5, 18:16,

**20:11, 20:19,**
20:21, 20:22,
21:1, 24:12,
31:11, 34:6
**anyone**
33:6
**anything**
9:8, 13:10,
13:11, 22:13
**anyway**
23:19
**apologize**
20:5
**appear**
28:9
**appears**
28:16
**appropriately**
9:10
**approving**
5:8
**area**
9:15, 13:5,
15:18, 17:5,
17:21, 18:19,
20:17, 32:10
**arm**
17:8, 17:14,
18:1, 18:3
**around**
3:5, 13:5,
29:19
**asked**
18:11
**assigned**
18:13, 18:18
**associated**
12:21, 13:8,
21:21, 22:13
**association**
4:4
**associations**
9:13
**atmospheric**
12:20
**audio**
34:4
**august**
23:22

VID_JPLF_000976

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on September 19, 2018                                            11

**authority**
24:13
**aware**
10:5, 11:7,
17:20, 23:15,
32:15
**awareness**
17:10
**away**
4:14, 5:18,
14:9, 14:11,
15:18, 30:10

**B**

**back**
21:9, 26:14
**bad**
5:22, 6:4, 26:9
**bank**
20:17
**barge**
30:18, 33:1
**barges**
9:7, 29:22,
30:8, 30:9,
30:10, 30:14,
30:21
**based**
16:16, 27:21
**basically**
3:20
**basis**
10:15, 12:7,
12:12
**because**
4:8, 6:17,
11:16, 13:8,
14:2, 14:8,
17:2, 17:4,
17:9, 19:13,
21:5, 27:11,
29:9, 29:22,
30:1, 30:12,
31:17, 31:18
**becomes**
19:1, 19:8
**been**
4:18, 5:2,

7:13, 11:17,
12:11, 12:13,
12:14, 21:4,
21:10, 22:15,
23:9, 26:1,
27:4, 27:22,
29:20, 30:14,
31:18, 32:11,
32:12
**before**
26:6, 32:17,
33:4
**behind**
13:9
**being**
4:8, 8:13,
10:2, 10:21,
19:19, 21:18,
25:18, 28:9,
28:10, 29:12,
29:22
**believe**
2:2, 3:19,
16:15, 22:13
**belt**
18:10
**bend**
15:20
**benefit**
15:5
**best**
34:3
**better**
18:3, 30:12
**between**
28:1, 28:17
**beyond**
21:20
**bit**
17:10
**bla**
10:20
**block**
14:11, 16:12,
27:1, 27:2, 27:3
**blocks**
16:12
**blowing**
5:17, 5:21,

**16:11**
**board**
7:19
**both**
11:18
**bri**
28:12
**brian**
3:2
**bringing**
6:21
**brought**
18:6, 29:5
**bubbling**
24:17
**bucktown**
17:3
**building**
13:10
**buoys**
9:14, 28:4
**buy**
16:7, 29:12
**buying**
29:11

**C**

**ca**
22:4
**call**
4:10, 4:19,
6:13, 22:6, 26:9
**called**
5:11
**calling**
6:5, 17:21,
23:8
**calls**
4:9, 4:17,
5:11, 6:10,
6:12, 6:14,
17:9, 23:7, 23:9
**cameras**
9:14, 30:3,
31:9, 31:10,
31:16, 31:20,
32:21
**can't**
5:3, 6:15,

7:16, 23:8,
31:10, 31:12,
31:18
**canal**
9:22
**caption**
34:10
**care**
26:19, 27:11
**cargos**
27:19
**carrying**
9:7, 27:20
**cars**
17:6, 18:20,
19:1, 19:8
**case**
34:6
**cause**
28:8
**causes**
13:13
**central**
21:9
**certain**
13:6, 30:19
**certainly**
7:8, 24:8
**certificate**
34:1
**chance**
28:7
**changes**
25:20
**check**
17:21
**chem**
31:2
**chemic**
29:14
**chemical**
15:17, 21:2,
22:10, 22:14
**chemicals**
9:7, 15:22,
18:16, 19:7,
30:16, 30:17,
30:19

VID_JPLF_000977

china's
29:11
chris
34:2, 34:17
christian
1:22
circumstance
10:12
citizens
17:9, 18:2,
27:5
civic
4:3
clarification
19:13
clarify
23:6
clean
30:9
clear
23:21, 24:3
clock
29:19
close
17:3, 20:16
closely
9:12, 9:19
coast
11:5, 13:3,
28:22, 29:16,
31:15, 32:6,
32:7, 32:9
collected
25:18, 28:14
collecting
12:6, 12:7,
12:11, 14:22,
25:15, 28:20
collection
2:11, 2:13,
2:15, 25:12,
26:4
collections
25:16
combination
11:18, 16:2,
16:17
come
5:8, 21:6

comes
13:6, 14:6,
33:1
comfortable
4:7
coming
11:13, 13:2,
13:22, 14:1,
16:13, 19:7,
21:12, 21:19,
22:10, 26:18,
29:10
committee
18:15, 19:2
commodities
9:8, 15:22
commodore
32:9
communicated
21:18
communications
9:19, 30:6
companies
30:19
company
5:8, 6:21,
15:17, 27:17,
28:3
complaining
4:5, 6:6
complaints
4:6, 4:14, 6:4,
14:18, 28:19
completely
14:18, 29:3
complicated
14:21, 28:21,
30:6
compound
15:11
con
4:12
concerning
4:12, 4:13
conditions
7:7, 12:17,
12:20
conducted
3:21

confident
12:5
confirmed
29:17
confused
19:14
congressional
11:22
constituents
4:19
contain
34:8
continue
2:10, 4:6,
4:12, 15:1, 24:4
continues
20:13
continuing
20:9
contract
32:18, 33:3
contractors
2:14
control
8:17, 19:16,
20:5, 20:12
cooler
14:6
cools
13:19
cooperation
12:3
cooperative
7:13
coordinators
18:14
cornerstone
15:17
correct
4:21, 5:4, 6:8,
6:22, 12:16,
26:15, 27:9,
34:8
could
8:7, 9:8,
11:17, 16:15,
19:1, 19:12,
20:19, 20:22,

21:1, 26:14
council
1:9, 2:10,
16:20, 16:21,
19:10, 32:17,
32:18, 33:4,
34:19
council's
12:12
councilman
2:3, 4:16, 7:2,
12:18, 14:22,
17:7, 19:11,
20:18, 21:3,
21:11, 23:8,
23:20, 26:7,
32:16
councilmember
18:5
councilwoman
16:21
counsel
34:5
couple
5:6, 21:10
courtesy
3:20
critical
10:21
currents
13:17
customs
8:16, 8:18,
11:9, 27:20,
28:22

_____
          D
_____
d
21:4
dad
22:9
daily
12:12
dangerous
19:7
data
14:15, 14:22,
16:9, 16:16,

VID_JPLF_000978

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on September 19, 2018                                                13

25:19, 25:22,
28:15, 28:20,
32:22
**day**
3:12, 3:14,
4:9, 7:9, 14:2,
14:19, 26:21
**declare**
34:2, 34:12
**decone**
30:20
**decontaminate**
30:13, 30:21
**decrease**
2:19
**definitely**
16:2
**defy**
21:12
**demands**
23:2
**denied**
25:7
**department**
8:2
**deq**
2:21, 3:1, 3:2,
3:12, 3:17,
7:17, 21:5,
22:16, 22:21,
22:22, 23:3,
23:22, 24:10,
24:12, 26:16
**derail**
19:1
**derailed**
19:9
**desselle**
3:12
**detained**
19:8
**detected**
19:19, 24:2
**determine**
23:5
**develop**
32:8
**develops**
13:5

**devices**
9:22
**different**
21:17, 30:15
**diffuses**
14:9
**direct**
13:1
**direction**
6:21, 13:7,
13:12, 14:1,
21:6, 21:11
**directions**
12:16
**directly**
24:7
**director**
5:14, 5:16,
5:21, 12:13
**discussed**
31:9, 31:10
**discussion**
4:5
**discussions**
11:17
**disseminate**
28:7
**district**
6:12
**dock**
28:5
**docked**
8:14
**documentation**
3:11, 9:4,
22:15
**documenting**
17:18
**doing**
4:20, 6:16,
6:18, 13:17,
15:4, 24:4,
26:3, 29:1
**dominick**
6:9
**done**
4:8, 12:1, 31:7
**down**
10:1, 13:20,

14:6, 15:8,
32:3, 32:8, 33:3
**downriver**
8:20
**downwind**
3:10
**dr**
3:3, 3:4, 3:20
**drew**
18:7
**drive-through**
3:21
**drops**
13:20, 14:6
**during**
4:9, 7:9, 16:4,
28:11
**dust**
10:2

**E**

**e-mail**
23:16
**earlier**
29:6
**easy**
29:1
**effect**
28:8
**effective**
25:11
**efficiency**
26:4
**efficient**
25:11
**eliminate**
14:18
**else**
23:6, 23:14,
33:6
**emanating**
21:1
**emergency**
8:3, 10:19,
19:3, 32:13
**emissions**
2:19, 19:15,
19:17, 20:4,

20:11, 21:19
**empg**
16:6
**emphatically**
28:15
**employ**
19:6
**employed**
34:6
**engage**
11:22
**enough**
28:14
**enter**
18:18
**entering**
8:18
**entire**
4:5
**environmental**
5:9, 6:22
**epa**
30:20
**equally**
11:21
**especially**
9:14, 9:16,
16:3
**establish**
19:3
**established**
15:12
**even**
13:11, 21:5,
31:1
**evening**
14:3, 28:13
**event**
34:10, 34:13
**ever**
29:20
**every**
13:22, 32:11,
32:13, 32:22
**everyone**
17:10
**everything**
4:8, 4:20,

VID_JPLF_000979

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on September 19, 2018                                                    14

8:17, 26:3,
27:6, 29:12
**evidence**
28:17
**exact**
30:12
**exactly**
18:11
**excuse**
17:7
**exit**
3:8
**expect**
24:8
**explain**
13:21, 14:8
**explained**
19:15, 21:11
**explanation**
7:4
**extremely**
14:8, 18:17

**F**

**face**
3:11
**facebook**
19:4
**facility**
24:11
**fact**
6:11, 11:6,
19:19, 32:15
**factor**
14:21
**falls**
11:5
**far**
2:8, 9:3, 27:18
**fault**
19:14
**federal**
11:21
**feds**
31:14
**feed**
32:21
**feel**
4:7, 12:5, 16:2

**feeling**
3:6
**feet**
2:15, 13:20,
15:13
**female**
2:2, 2:7, 4:16,
7:2, 16:21,
19:11, 23:20,
26:7, 27:13,
33:6
**few**
26:1
**figure**
22:3, 25:17,
29:3
**final**
2:16
**financial**
34:7
**find**
6:2, 6:17,
26:17, 26:20
**first**
20:1, 25:5,
26:8
**five**
16:8, 20:16,
20:19
**foia**
10:11
**forget**
17:4
**forming**
18:9
**forth**
7:12
**forward**
5:10, 15:1
**forwarding**
22:16
**four**
15:18, 28:4
**freighter**
32:22
**freighters**
27:19, 28:5,
30:18

**front**
13:8
**fronts**
12:22
**fruit**
25:9
**fugitive**
2:19, 20:11
**full**
34:8
**fumes**
31:1
**further**
34:12

**G**

**ga**
20:5
**gas**
2:12, 2:18,
20:10, 20:11,
24:7, 24:9,
24:13, 25:12,
25:18, 26:4
**gases**
13:18, 15:7,
26:2
**gather**
22:1
**gave**
20:5
**getting**
6:4, 6:7, 6:10,
6:12, 6:14,
6:18, 12:3,
13:6, 17:9,
21:7, 26:13
**gis**
12:15
**give**
5:3, 16:9,
16:14
**given**
18:19
**go**
3:5, 4:2, 4:14,
7:8, 7:9, 7:10,
26:14

**goal**
2:17, 20:10,
20:12
**goes**
10:1, 13:19,
14:9, 15:19
**going**
2:6, 5:2, 5:10,
6:7, 9:6, 11:9,
11:10, 11:11,
11:12, 11:18,
11:19, 12:6,
14:4, 16:7,
16:9, 16:11,
18:12, 22:5,
22:20, 23:2,
23:13, 26:10,
27:17, 27:19,
27:20, 29:2,
29:6, 29:10,
31:17, 32:5,
32:14, 33:3
**gone**
14:12
**good**
2:8, 17:15
**gotten**
23:7, 23:9,
26:8
**grain**
9:8, 9:16,
10:3, 16:1,
28:2, 28:5,
29:11, 29:13,
30:21
**grain-loading**
29:18
**grant**
16:6
**graphs**
14:15
**great**
12:19, 18:4
**ground**
24:16, 24:17
**group**
32:19
**guard**
11:5, 11:6,

VID_JPLF_000980

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on September 19, 2018                                    15

| | | | |
|---|---|---|---|
| 28:22, 29:16, 31:15, 32:6, 32:7, 32:9 | **hits** 13:10, 14:5 | **improvements** 5:7, 20:9 | **irrigation** 15:6 |
| **gulf** 8:19, 13:3 | **hold** 15:7 | **including** 18:10 | **issue** 7:18, 10:9, 10:16, 11:22, 14:21, 16:5, 23:18 |
| **H** | **homeland** 32:12 | **increase** 2:18 | |
| **half** 29:9 | **homerun** 18:18 | **increased** 29:18 | **issues** 12:6, 23:5, 25:6 |
| **hand** 25:5 | **honest** 11:2, 25:9 | **individual** 30:18 | **itself** 15:7, 15:20, 24:7 |
| **happen** 9:2, 28:13 | **hopefully** 6:20, 23:3 | **information** 7:14, 9:20, 12:4, 12:7, 12:12, 16:14, 17:14, 17:16, 18:3, 18:7, 27:17, 27:22, 28:6, 30:4, 34:4 | |
| **happened** 18:22 | **horrible** 5:13 | | **J** |
| **happening** 13:15 | **hours** 28:11 | | **january** 34:16 |
| **happens** 13:9 | **house** 5:12, 22:11, 26:11, 26:19 | | **jeb** 9:19, 12:14 |
| **harahan** 9:15, 13:21, 16:8, 19:20, 23:10, 28:11 | **houses** 26:18 | **infrastructure** 20:10, 25:6, 25:10, 25:21, 32:19 | **jefferson** 1:9, 6:14, 34:19 |
| **hard** 13:9, 27:9 | **humidity** 12:17 | **inhibiting** 25:11 | **jennifer** 6:11 |
| **hate** 26:10 | **husband** 5:14 | **initially** 28:7 | **jennifer's** 6:11 |
| **hazardous** 18:17 | **I** | **inside** 24:7 | **job** 1:20, 5:9 |
| **headed** 8:20 | **idea** 8:11 | **inspection** 3:2, 23:22 | **joe** 29:5 |
| **hearing** 22:22 | **imagine** 7:21 | **instrumental** 12:14 | **johnston** 4:16, 4:17, 5:20, 12:18, 17:8, 21:3, 21:11, 26:5, 26:7, 26:8, 29:5, 29:20, 30:8, 31:8, 31:22, 32:3, 32:5 |
| **heated** 14:2 | **immediately** 10:2 | **intact** 26:18 | |
| **heightened** 17:10 | **impastato** 19:10, 19:11, 19:12, 20:3, 20:7, 21:8, 21:17, 22:5, 22:19 | **intelligence** 33:5 | |
| **help** 18:4 | | **interest** 34:7, 34:12 | |
| **here** 4:10, 5:20, 29:11, 31:3 | **importance** 12:2 | **interesting** 18:6 | **july** 12:8 |
| **hereby** 34:2 | **important** 15:16, 27:16 | **interview** 3:8 | **jumping** 19:21 |
| **high** 13:4, 24:8 | **impression** 20:6 | **investigate** 22:16 | **jurisda** 11:4 |
| **hit** 13:22 | **improperly** 30:1 | **involved** 14:21, 22:21, 26:16 | **jurisdiction** 7:17, 11:4, |
| | **improve** 26:3 | **irrigating** 15:5 | |

VID_JPLF_000981

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on September 19, 2018                                    16

31:11, 31:19
**jurisdictional**
11:21

**K**

**keep**
7:19
**kenner**
6:5, 6:6, 23:7,
23:10, 23:13,
23:18
**kept**
8:12
**kevin**
18:14
**kicked**
10:3
**kind**
21:18, 28:12
**know**
3:22, 4:7, 4:8,
4:19, 6:5, 6:6,
6:8, 6:9, 6:11,
6:18, 8:3, 10:1,
11:15, 12:12,
14:20, 17:8,
19:6, 20:14,
21:18, 21:20,
21:22, 23:6,
23:10, 25:16,
26:2, 26:14,
27:6, 27:7,
27:9, 30:17,
30:22, 31:17
**knows**
31:6

**L**

**lady**
5:11, 22:6,
26:21
**lake**
26:11
**landfi**
2:2
**landfill**
1:10, 2:3, 2:9,
2:12, 2:18,

2:20, 3:4, 3:5,
3:7, 3:9, 3:21,
4:20, 5:10,
5:18, 5:22, 6:1,
6:16, 6:19,
11:19, 13:18,
14:2, 15:6,
15:10, 15:12,
16:17, 17:3,
19:16, 19:17,
19:20, 20:11,
20:19, 21:13,
21:19, 21:21,
22:14, 24:1,
24:20, 25:6,
25:10, 25:21,
34:20
**landfills**
20:15, 21:6
**large**
28:1
**last**
2:10, 2:21,
4:4, 5:11, 5:13,
5:20, 15:11,
18:8, 27:15,
33:2
**late**
14:3
**later**
14:12, 16:13
**le**
15:3
**leachate**
2:11, 2:15
**leads**
28:12
**learned**
18:16
**levee**
26:21, 26:22,
32:1
**life**
27:5
**line**
2:15, 13:1,
17:4
**linear**
2:15, 15:13

**listed**
34:10
**little**
19:13
**live**
6:12, 22:7
**livelihood**
13:16
**lives**
22:8
**loaded**
8:19, 30:1
**loading**
7:11, 7:14,
8:11, 15:21,
29:13
**located**
9:14
**location**
8:14, 28:3
**lock**
27:13
**lockwood**
2:8, 3:1, 3:16,
3:19, 4:15,
5:19, 7:6, 7:16,
7:21, 8:2, 8:5,
15:9, 19:15,
20:1, 20:4,
20:8, 21:15,
24:6, 24:15,
24:19, 24:21,
25:1, 25:4,
25:19, 26:2,
30:11, 32:20
**lockwood's**
2:6, 12:13
**log**
14:12
**logic**
21:12
**long**
14:3
**longer**
29:2
**look**
31:21
**looking**
19:9

**lot**
17:5, 17:6,
28:18
**low**
13:5
**low-hanging**
25:9
**lower**
14:6

**M**

**made**
11:6, 11:7,
11:15, 14:10,
14:11
**make**
9:6, 9:9, 9:20,
10:11, 12:15,
13:16, 15:1,
30:7
**making**
9:1
**male**
2:21, 3:13,
3:18, 3:22,
16:20, 20:18,
22:4, 22:6,
24:18, 31:3,
31:6, 32:16
**management**
8:4, 10:19,
32:13
**manifest**
7:20, 8:12,
8:16, 10:6, 11:8
**manifests**
8:17
**manner**
17:22
**maps**
12:15
**marine**
8:11
**mark**
31:9
**matter**
11:6
**maybe**
17:18, 17:19,

VID_JPLF_000982

21:13, 23:7,
31:14, 31:15
**mean**
6:7, 6:10,
6:15, 11:16,
15:7, 20:20,
21:3, 21:18,
24:3, 25:2,
26:13, 31:12
**means**
18:18
**mechanism**
19:21, 30:12
**media**
19:4
**meeting**
1:9, 2:10, 4:4,
17:15, 22:19,
22:21, 32:12,
32:13, 32:17,
34:19
**mel**
5:12
**member**
18:15
**members**
4:3
**mention**
29:6
**mentioned**
31:16
**met**
11:5, 13:14
**metairie**
17:2
**meters**
16:7
**metro**
18:19
**mid**
8:11
**midstream**
7:11
**might**
16:13, 23:14
**might've**
20:7
**mike**
3:3, 24:10,

**miles**
15:18
**million**
3:13, 5:6, 24:2
**mine**
4:1
**minute**
27:14
**minutes**
14:12
**mis**
2:3
**mississippi**
8:19
**misting**
15:9, 15:13
**misunder**
20:7
**misunderstood**
21:14
**mitigate**
30:2
**money**
16:6
**monitoring**
9:12, 23:3
**monthly**
11:13
**months**
5:7, 21:10
**more**
16:9, 26:11,
26:16, 29:8
**morning**
2:8
**move**
5:10, 6:20,
26:11, 27:12
**moves**
17:5
**moving**
17:20, 30:1
**much**
13:20, 17:7

N

**naaden**
1:22, 34:2,

30:11, 31:5

**nail**
33:3
**nature**
12:17, 18:16,
29:4
**navigating**
28:22
**near**
17:3
**necessar**
20:20
**necessarily**
20:20
**need**
6:2, 6:17,
11:3, 11:7,
11:22, 26:19,
27:6, 27:10
**neighborhoods**
17:13
**neither**
34:5
**never**
11:3, 22:12,
25:7
**new**
5:8, 6:21,
18:10, 18:22,
32:9, 32:10
**next**
3:12, 15:1,
32:17
**night**
5:11, 5:13,
5:21, 7:5, 7:7,
7:9, 7:11, 9:17
**normal**
3:9, 3:18,
21:21
**normally**
21:21
**noted**
3:10
**nothing**
23:18
**noticed**
14:14, 27:21

34:17

**notified**
8:6
**number**
30:19
**numerous**
14:10

O

**obviously**
21:5
**occur**
14:4, 28:19
**occurring**
7:4, 10:4, 16:4
**odor**
12:9, 21:7,
22:10, 22:14,
26:19, 28:10
**odor's**
26:18
**odor-emanating**
20:21
**odor-neutralizing**
15:11
**odors**
3:6, 3:10,
16:3, 16:15,
20:22, 23:4,
28:9
**office**
4:8, 12:14,
26:9
**officer**
18:7
**offices**
3:22, 12:1
**oh**
10:14, 24:20
**okay**
2:4, 2:7, 20:3,
33:6
**old**
6:14, 17:2
**once**
14:8, 18:18
**one**
16:12, 18:13,
18:14, 18:22,

VID_JPLF_000983

19:8, 19:21,
20:19, 23:15,
25:15, 26:5,
26:11, 27:15
**ones**
25:5, 30:22
**ongoing**
10:15
**only**
15:17, 18:17,
23:9, 25:15,
28:13
**operating**
11:11
**operation**
12:9, 15:10
**operations**
7:11, 10:3
**operator**
15:12
**organization**
10:7
**organizations**
29:1
**originating**
16:15
**orleans**
18:10, 18:22,
32:10
**other**
3:22, 6:2, 6:3,
6:16, 11:20,
19:4, 22:8,
23:8, 23:15,
26:21, 29:14
**otherwise**
34:7
**ourselves**
25:8
**out**
2:21, 3:15,
5:12, 6:3, 6:17,
11:9, 13:2,
13:3, 17:22,
22:3, 23:17,
24:11, 25:3,
25:17, 26:17,
26:20, 27:9,

27:12, 29:3
**outcome**
34:7
**over**
2:9, 4:18, 5:2,
5:6, 5:9, 6:15,
7:17, 11:4,
13:19, 20:15,
21:2, 27:16,
29:11, 32:1
**overflow**
10:1
**own**
3:6

### P

**pacific**
18:8
**page**
34:10
**pages**
1:21, 34:8
**parents**
22:7
**parish**
1:9, 34:19
**part**
29:21, 30:2
**particular**
15:20
**parties**
34:6
**parts**
3:13, 24:2
**past**
5:6
**penalty**
34:3
**people**
3:17, 6:5,
6:10, 6:12,
13:16, 14:11,
17:21, 19:6,
26:9, 27:11,
29:7
**percent**
25:15
**percentage**
25:18

**perjury**
34:3
**person**
18:13, 26:12
**personal**
3:6
**ph**
18:14, 25:14,
31:9
**phone**
4:9, 4:10
**picture**
5:15
**pilot**
9:13
**pilots**
13:14, 28:22
**pinpoint**
16:14
**pipe**
24:7, 24:13
**place**
15:14, 23:3
**places**
6:2
**plan**
30:2, 32:8
**planning**
16:6
**plans**
9:18
**plants**
21:2
**please**
2:5, 20:14
**point**
5:2, 11:3,
13:2, 21:9,
24:1, 25:9,
25:15, 26:13
**pointed**
24:10
**pointing**
5:16
**points**
16:9
**position**
25:8

**possibil**
29:9
**possibility**
18:21
**possibly**
9:9, 16:17
**presentation**
22:2, 33:2
**presented**
17:16
**pressure**
13:4, 13:5
**prior**
8:18
**priority**
18:19
**proactive**
32:11
**probably**
11:15, 19:14,
30:11
**problem**
4:21, 5:4, 6:1,
6:9, 6:13,
14:13, 15:1,
19:1, 19:8,
21:5, 26:15,
27:10, 28:21,
29:4, 29:22,
32:15
**problematic**
21:20
**problems**
6:2, 6:3, 6:17,
6:22, 24:3,
24:4, 25:2,
25:10
**procedure**
11:12
**process**
2:16, 9:1,
10:9, 18:4,
18:9, 30:6,
30:14, 31:7
**products**
29:14
**protocol**
11:11, 32:8

VID_JPLF_000984

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on September 19, 2018                                            19

provide
18:2
provided
3:12
providing
7:14
proximity
20:16
public
18:7, 18:10,
18:17
pull
2:18
pump
10:1
pumping
2:16
purpose
19:2
purposes
23:12
push
13:9
put
16:8, 25:8,
30:3, 30:5,
31:10, 31:15
putting
9:18, 31:16

Q

quality
27:5
question
4:22, 5:1, 8:9,
8:10, 8:15,
10:5, 12:19,
25:4, 25:7,
28:12, 31:4,
32:16
questions
23:1
quickly
30:1
quote
3:9

R

rail
17:4, 17:5

railcar
17:16
railroads
18:10
rain
14:16, 14:20,
15:4
raise
25:5
raoult
3:3
ratard
3:3, 3:5, 3:20
reach
11:9
reading
3:14
readings
3:16, 24:6,
24:9
real
27:9
real-time
30:3, 32:21
really
22:3, 27:10,
28:6, 32:14
reasonable
7:3
recall
12:8
receive
4:6
received
4:9, 4:10, 9:3,
27:16, 28:6,
32:9, 34:9
receiving
4:17, 12:13
recordings
34:4
reduce
14:17
referred
32:20
regarding
34:10
regional
18:9, 24:10

registered
8:18
regular
12:7
regulatory
24:12
reiterate
20:14
related
11:17, 34:5
relates
9:6, 28:2
relationship
28:9
release
17:6, 17:17
relief
15:5
remember
25:14
remove
2:17
repair
2:11
repairs
20:9, 25:13
replaced
2:14
report
1:7, 11:13
reported
2:9
reports
12:13
represent
17:2
representative
22:20
representatives
3:2
request
9:10, 10:11,
11:7, 11:16
requested
3:11, 8:1, 8:4
requests
9:6
required
7:19

residents
14:7, 23:8,
23:11
ridge
9:15, 13:21,
16:8, 19:19,
22:7, 23:10,
28:11
right
2:4, 5:5, 6:20,
9:15, 22:7,
22:8, 25:20,
26:3, 29:12,
30:7
rise
13:18
rises
14:2
river
5:17, 7:12,
8:19, 9:15,
11:4, 11:13,
11:18, 13:11,
13:17, 13:19,
13:21, 14:5,
15:20, 16:8,
16:17, 17:4,
19:19, 19:20,
21:1, 22:7,
23:10, 28:4,
28:11, 29:7,
29:8, 29:13,
31:10, 31:12,
31:17, 32:19,
33:1
riverboat
9:13, 13:14,
28:21
roberts
7:2, 7:3, 7:13,
7:19, 8:1, 8:3,
8:6, 8:10, 8:21,
9:3, 10:10,
10:15, 10:18,
10:20, 11:14,
12:10, 14:22,
15:3, 17:12
roof
5:15, 5:16

VID_JPLF_000985

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on September 19, 2018                                        20

| | | | |
|---|---|---|---|
| **room** | **sell** | **site** | 19:21, 23:6 |
| 5:15 | 26:10 | 3:9, 7:15, | **sorry** |
| **routinely** | **senate** | 8:12, 15:6 | 4:2, 8:7, 8:8 |
| 10:11 | 22:22 | **situation** | **south** |
| **run** | **senators** | 10:10 | 16:12 |
| 18:19 | 12:1 | **situations** | **southwest** |
| **S** | **send** | 6:1 | 14:1, 16:12 |
| **said** | 14:15 | **six** | **speak** |
| 5:12, 20:8, | **sending** | 16:12 | 4:1, 23:8 |
| 20:22, 21:4, | 27:22 | **smell** | **spears** |
| 24:1, 26:14, | **september** | 4:6, 4:13, | 2:3, 2:6, |
| 29:17 | 3:4 | 5:13, 5:20, | 23:20, 23:21, |
| **same** | **set** | 5:22, 6:13, | 24:14, 24:16, |
| 5:1 | 11:11, 31:20 | 14:7, 14:11, | 24:20, 24:22, |
| **saw** | **setting** | 17:19, 27:1, | 25:2, 25:14, |
| 24:18 | 9:13 | 27:3 | 26:1 |
| **say** | **seven** | **smelled** | **specific** |
| 14:14, 17:1, | 29:8 | 22:12, 26:22, | 9:6, 11:4 |
| 20:2, 25:5, | **several** | 27:2, 28:10 | **specifically** |
| 25:14, 26:6, | 30:15 | **smelling** | 3:4, 7:11 |
| 28:15 | **share** | 17:19 | **spent** |
| **saying** | 10:13, 10:14, | **smells** | 5:6 |
| 17:8, 23:13, | 10:21 | 7:4, 17:11 | **spoil** |
| 27:8, 31:8 | **ship** | **social** | 9:9 |
| **says** | 8:18 | 19:4 | **spoke** |
| 22:8, 22:12, | **ships** | **solely** | 18:6, 32:6 |
| 27:3, 31:5 | 9:7 | 20:21 | **spots** |
| **scada** | **shots** | **solve** | 27:3 |
| 9:20 | 18:18 | 32:14 | **st** |
| **scenes** | **should** | **some** | 23:22 |
| 14:10 | 18:2, 32:18 | 3:11, 6:16, | **staff** |
| **security** | **should've** | 9:6, 9:12, 9:21, | 4:3 |
| 32:12 | 11:15 | 11:16, 11:17, | **stagni** |
| **see** | **shows** | 17:14, 17:16, | 22:20 |
| 31:11, 31:16, | 5:21 | 19:3, 19:12, | **standard** |
| 32:3 | **side** | 19:20, 22:9, | 11:11 |
| **seem** | 20:15, 20:16, | 23:1, 23:2, | **start** |
| 21:11 | 22:8 | 24:1, 24:3, | 13:6 |
| **seemed** | **signature-k9lvk** | 25:20, 28:10, | **started** |
| 21:14 | 34:14 | 28:17, 29:7 | 12:8 |
| **seems** | **since** | **somebody** | **starts** |
| 14:17, 19:18, | 11:21, 29:5 | 23:14, 31:3, | 9:22 |
| 28:8, 32:13 | **sir** | 31:6 | **state** |
| **seen** | 4:15, 5:19, | **somehow** | 16:7, 22:20 |
| 16:16 | 7:22, 15:10, | 22:21 | **stations** |
| **select** | 15:14, 25:1 | **something** | 2:17, 16:8 |
| 32:18 | **sit** | 4:11, 7:7, | **stays** |
| | 32:7 | 17:19, 18:4, | 22:11 |

VID_JPLF_000986

Transcript of Jefferson Parish Council Meeting update on the landfill
Conducted on September 19, 2018                                        21

ste
8:7
steps
15:1
still
20:13, 21:7,
25:17, 28:20
stop
18:20
stopped
19:9
storm
24:22
straight
18:20
strong
28:8, 28:17
studying
23:13
suggest
11:14, 11:20,
19:18
supervisor
24:10
supporting
34:4
supports
14:15
sure
9:9, 9:20,
12:10, 12:15,
30:7, 31:1
surge
23:18
surrounding
20:17
system
2:12, 2:13,
9:21, 13:4,
13:5, 15:9,
15:13, 19:3
systems
9:12

**T**

take
5:9, 13:22,
26:19, 29:2,

30:10
taken
3:16, 8:13,
24:7, 27:10
takes
30:5
talk
7:9
talked
23:1
talking
28:21, 32:20
tape-recording
34:9
target
9:10
targeting
25:12
tariff
29:10
taskforce
12:9, 18:9
tate
9:19, 12:14
television
1:7
tell
4:19, 5:4,
21:4, 26:9,
26:12
telling
13:15, 23:14,
31:12
tells
5:17
temporary
14:8, 15:4
terms
9:13, 12:9,
23:12
tessier
18:7
th
3:4, 12:8
thank
2:7, 6:18, 7:1,
20:18, 23:19,
27:12, 27:13,

33:6
thing
11:20, 26:5,
26:8, 27:10,
27:15
things
12:17, 21:17
think
7:6, 10:11,
11:15, 13:15,
17:9, 25:8,
28:15
thought
3:18, 19:14
thousands
2:14
three
15:17, 16:3,
20:15, 29:1
through
7:10, 17:5,
17:20, 18:20,
19:7, 27:20
tie
9:20
tied
30:5
time
2:21, 3:9,
11:16, 12:21,
13:22, 14:12,
17:18, 22:9,
30:5
timely
17:22
times
22:17, 29:8
today
5:8
together
9:18, 30:5
told
22:9, 26:22,
29:7, 29:13,
30:14, 31:18
took
5:15
top
5:15

total
20:16
tour
3:9
toward
8:20, 13:3
towards
5:18
toxic
18:16
trace
23:4
track
14:13
tracking
27:18
traffic
17:5
train
17:20
transcribed
1:22
transcriber
34:1, 34:2
transcript
1:6
transcription
34:9
tremendous
9:16, 15:21
tremendously
29:18
tricky
14:13
true
17:12, 34:8
try
12:3, 15:6,
31:3
trying
5:4, 5:7, 6:8,
21:4, 22:3,
25:17, 26:15
tufnc
10:6
turned
23:17
tusa
3:3

VID_JPLF_000987

two
2:16, 14:11,
17:15, 21:17
type
19:3, 22:10
types
22:15, 27:18,
30:15

**U**

uh-huh
24:6
ultimate
2:17, 20:10,
20:12
ultimately
2:19
under
11:5, 19:16,
20:5, 20:11,
34:3
understand
10:22, 12:2,
15:16, 29:3,
30:12
understanding
13:16
union
18:8
unload
28:5, 30:9
unloading
7:15, 8:12,
9:16, 15:22,
28:2
until
4:13, 14:16
update
1:9, 2:3, 2:9,
34:20
upgrade
2:11
upgrades
2:16
upriver
8:20
use
16:6, 30:15,

30:16, 32:9
using
30:17, 31:1

**V**

valiente
8:7, 8:8, 8:15,
9:1, 9:5, 10:14,
10:16, 10:19,
11:2, 12:5,
12:11, 15:15,
18:5, 19:18,
27:14, 27:15,
29:16, 29:21,
30:11, 31:5,
31:20, 32:2,
32:4, 32:6,
32:20
valves
17:6, 17:17
van
16:19, 16:21,
17:1, 17:13,
18:5
various
9:14, 27:18
veolia
23:18
verify
27:20
vessels
8:13
via
12:13, 19:3
video
30:4
video-recorded
1:6
videos
27:21
virtue
19:20
visit
3:21
visited
3:3
vortices
13:13

vrancken
16:19, 16:22,
17:1, 17:13,
18:5

**W**

wa
6:2, 10:22
waggaman
4:3
walked
5:12, 26:22,
27:1, 27:2
walking
26:21
want
4:7, 9:9,
10:22, 15:15,
16:5, 21:13,
21:18, 23:2,
23:21, 27:12,
30:7, 32:8,
32:14
wanted
3:5, 21:22
wants
32:7
warning
9:21
water
2:11, 2:17,
15:7
way
4:9, 16:3
wayne
3:12
we'll
9:21, 10:1,
31:3
we're
4:20, 5:4, 6:8,
6:9, 6:13, 6:21,
7:1, 9:5, 9:12,
9:18, 10:7,
10:8, 11:10,
11:12, 12:5,
16:7, 17:9,
18:12, 19:9,

19:16, 21:6,
21:7, 24:4,
25:12, 26:3,
26:14, 27:20,
28:20, 29:1,
29:9, 33:3
we've
4:21, 5:6,
12:11, 14:10,
14:11, 15:16,
18:13, 21:4,
22:12, 22:15,
26:16, 27:22,
31:9, 31:18
weather
7:7, 12:20
website
19:4
week
4:4, 15:11,
18:8, 33:2
weekend
27:16
weekly
11:12
weeks
17:15
went
4:1, 4:2, 24:1
west
16:13, 20:17
westerly
14:1
whatever
19:4, 26:17
whoever
31:15
whole
19:2
wind
5:14, 5:16,
5:17, 5:21,
12:16, 12:19,
13:1, 13:6,
13:10, 13:12,
16:4, 16:7,
16:10, 16:11,
21:6, 21:10

VID_JPLF_000988

wind's
5:21, 13:22
winds
13:17
within
24:13
wo
15:5
wood
28:3
woods
18:14
work
20:13, 24:5,
29:7, 32:14
working
3:10, 9:11,
9:12, 9:19,
10:7, 10:8,
12:15, 27:9,
27:17
worse
6:7, 6:18
wrote
3:8

**Y**

ye
22:12
yeah
31:22
year
4:18, 12:21,
29:9
years
5:2, 18:22
yesterday
11:6, 22:6,
32:7

**$**

$2
5:6

**.**

.2018
1:9, 34:19

**0**

00
14:16, 14:17,

28:1, 28:2,
28:18

**1**

1
2:2, 2:7, 2:21,
3:13, 3:18,
3:22, 4:16, 7:2,
16:21, 19:11,
23:20, 26:7,
27:13, 33:6
1,000
15:12
10
14:12, 28:2,
28:18
12
3:4, 24:11
15
18:22
19
12:8

**2**

2
16:20
20
25:15
200
13:20
2024
34:16

**3**

3
14:16, 20:18,
22:4, 22:6,
24:18, 31:3,
31:6, 32:16
3,000
24:2
30
25:15
300
13:20
31
23:22
33
34:8

34
1:21

**4**

4
28:1, 28:18
400
13:20

**5**

520186
1:20, 34:19

**7**

7
14:16

**8**

8
14:17

**9**

9.19
1:9, 34:19
911
17:21

VID_JPLF_000989