

**Planet Depos®**
We Make It *Happen*™

# Transcript of Jefferson Parish Council Meeting

**Date:** November 6, 2019
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019

---

**1**

```
                    In re:

        JEFFERSON PARISH COUNCIL MEETING


                  RECORDED MEETING

            Wednesday, November 6, 2019










Job No.:  528482

Pages:  1 - 26

Transcribed by: Lauren Bishop
```

---

**2**

PARISH VICE PRESIDENT: And with that I think before we go into executive session, we're going to get the landfill update because I see many of you were here for that reason. So, Mr. Lockwood if he will come up. I don't know -- I believe Carls -- Mr. Carlson's here. Okay. So, Mr. Lockwood if you could come up? Thank you.

MR. MIKE LOCKWOOD: I'll be very brief on mine. Starting in August 2018, we -- we undertook a very moves to increase the infrastructure and involved in the leachate collection system. When in August of 2018 literally half of the leachate pumps and the landfill were not functioning. Since then and up until April of 2019 through numerous infrastructure improvements and -- and capital improvements, hundred percent of the leachate system is currently functioning. The next Landmark that we were able to do through the RFP process was to unite the leachate collection in the landfill with the gas collection because they are so into interrelated and interdependent. These were united under one point of responsibility. Again through the

---

**3**

RFP process, so now the leachate system is -- is -- maintains 100% functionality week by week. Anytime the contractor sees a leachate pump out of service, it probably is repaired and put back in service within 24 hours. Currently, now, we are at the stage where we're going to undertake major improvements to the gas collection system and this has taken some time to design it. We also have worked with all of our -- the operator, all of our parties out there at the landfill and a collaborative effort to work out a plan to do the major construction project and still keep the landfill functioning. Kris Carlson is here. He designed the system. He was a major part in coordinating the efforts of all the contractors out there. So, I'll let him give you an update on this project. Thank you.

MR. KRIS CARLSON: Thank you, Mike. We got our PowerPoint coming up here in a second. Again, my name is Kris Carlson. Carlson Environmental and Mike and the administration acts and I come to give an update on the landfill gas system and all the work being done out there and so as Mike kind of pointed

---

**4**

out, we're pleased with the progress. There's a long way to go but we were pleased where we are. Now -- here we go. So what we talked about today is again a status update on the gas systems and accomplishments we've had to date, what's planned, timelines, a methodology for reducing odors during construction and then future plans that we've got for the site. So this is a slide that we talked about last presentation I made and these are the four main performance objectives that we have for the gas system. These are same objectives that any landfill gas system that is well operator has. One of the challenges is obviously trying to do all of them very well. And so what we have been tasked with and challenged with from the parish is to do all of them very well and so that has developed the size and the scope and the breadth of what we have planned to do. And so each one of these again very important for a well a well run system and we'll refer back to this slide further in the presentation.

Okay. So this slide shows a timeline of essentially where we are with the various resolutions

---

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019

5

1 and agreements and whatnot that was part of the gas
2 system essentially started back in February and see
3 what's authorized to begin work on a conceptual
4 design. We produced our report in May. A --
5 additional resolutions were made also in May to get
6 River Birch involved with the landfill gas operations
7 and maintenance then you had again they started to do
8 some assessments on site, right? To get their hands
9 dirty able to see what's going on. And then a further
10 resolution was made from the council to allow us to
11 do a construction design based on these assessments
12 and based on our conceptual design, we merge those
13 together into a construction plan. That then was
14 authorized to renewable energy of in in October and I
15 believe they signed that agreement in early October.
16 Notice to proceed was issued October 8th, I believe
17 and so therefore that constructions proceeding
18 materials are ordered and then again an agreement was
19 made between the operator of the site, Regional
20 Landfill Corporation and River Birch to understand as
21 far as who's doing what and again when you have
22 construction occurring with an active operating

6

1 landfill and one of the major areas and we'll go over
2 that in a second of where we're doing construction,
3 there was some overlap and so of course some
4 agreements had we made concerning that and so that
5 was done in the middle of October and that pushes us
6 out to November 11th to which we're planning on
7 starting construction, which is next Monday. So
8 that's our existing timeline. And so again, what
9 improvements have we made? And this is a list that we
10 did as of last fall to now or to April. And this list
11 was presented last -- last presentation. Essentially,
12 you know more leachate pumps as Mike mentioned
13 operational we had more vertical gas wells installed,
14 more are enforced main lines. There was a dual 10-
15 inch header force main put in for moving liquids off-
16 site, lower floor upgrades and additional work on the
17 infrastructure. Again, pumps and well heads. So what
18 have we done since River Birch took over, right? This
19 summer in between some of the dates that we
20 previously looked at. Essentially the assessment was
21 done. So again and what came out of that assessment
22 was a need for more pumps, more force main, more air

7

1 and more wellhead work. And so that was an immediate
2 work that was done. Those materials were ordered.
3 We're still waiting on some pumps and while it's to
4 come in but a lot of the will had worked work was
5 done. There was a focus on dewatering gas wells and
6 focus on trying to get the leachate system up and
7 running. As Mike pointed out, currently it's a much
8 quicker process in which leachate system is back up
9 and operational. If it is down, pumps are pulled.
10 More -- more liquid is moved from the landfill. There
11 is an improved air supplying in 4A. This is an
12 important one that was done. Essentially, the air
13 supply runs the pumps, right? And this is the pumps
14 in the gas wells and so when that air supply system
15 was down in 4A, and that's the most critical area
16 that we're looking at what stage one. Less pumps were
17 able to run, more liquid in the wells, less gas could
18 be pulled out and so by looking at that and making
19 sure we upgraded that, we got more gas out. Repairs
20 the concepts thumps. So there were several sumps that
21 were damaged or ineffective and so we ended up having
22 to fix those sumps and got more system vacuum

8

1 throughout the landfill. And again, system vacuum is
2 the amount of vacuum that we can apply to the waist
3 mass and the more vacuum we have, the more gas we can
4 theoretically pull up a lot of the hill. We focused
5 on the wall head integrity and lowering air
6 intrusion. That's essentially about putting in
7 better, stainless steel well heads and we're getting
8 more of those with the stage one. Again, the stage
9 one design was done during this time period too. And
10 the last one there is one that we put the eight
11 horizontal collectors. Those are being done starting
12 next week and going into early December. We're
13 putting an eight more horizontal collectors in the
14 phase 4A area and those are intended on being able to
15 extract more gas from that area while constructions
16 going. The landfill operator continues to push trash
17 over those areas. We're able to mitigate additional
18 gas that could come out of there, using those a
19 horizontal collectors allow River Birds to continue
20 to put gas system in the back part of landfill 3B and
21 we'll get to that drawing in a second too. And so
22 that this has been done for the last six months. So

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019

9

1 what has this given us? So, this is a good slide.
2 Essentially, you know, we're looking at additional
3 gas flow here. So between May and November, we've
4 increased gas flow or recovery from the landfill
5 about 450 standard cubic feet per minute. And these
6 are average numbers. Again, this -- you could spot
7 check it and every day the gas flow goes up or down
8 but based on averages, this is the improvement
9 that has been made primarily just with additional
10 operations and maintenance, these additional pump
11 work, the sump punk we talked about before and adding
12 of the air forced main lines. This has nothing to do
13 with the major stage one infrastructure upgrades.
14 This is just boots on the ground, working hard,
15 trying to get gas flow up. So this is an improvement.
16 We're very happy about this.
17      So this is the team involved in the stage
18 one work. Again, going through the list to your
19 Jefferson Parish, Louisiana Regional Landfill
20 Incorporation and operator, River Birch LLC is the
21 O&M Contractor, REJ is the landfill gas and energy
22 operator, Tricon Works is the insulation contractor,

10

1 Dufresne Surveying is surveying and we're providing
2 the engineering design and the CQA.
3      Just a drawing or a map that shows
4 essentially the layout of the site for those of you
5 who may not you know. We're talking about Phase 1,
6 Phase 2 and Phase 4A and so this -- this depicts --
7 those areas. Again, most of stage one or all of stage
8 one will be in 4A or 3B. The landfill essentially was
9 built out by phase. And so again Phase 1, 2, 3A have
10 the older waste there. Phase 4B is not yet
11 constructed. This is a map that shows the stage
12 designs. This is what came out of our May report to
13 the parish and stage one is essentially what we're
14 doing now. Stages two, three and four are to be
15 evaluated after stage one goes in and we're looking
16 to evaluate those in the spring. Stage one, as you
17 can see on this drawing, shows a pretty comprehensive
18 upgrade to 4A and 3B and that comprehensiveness goes
19 away a little bit on two, three and four because
20 again, those areas are older. Less gas there. Less
21 recoverable waste or recoverable gas. And the idea is
22 to try to collect the choice, the 60% that you can

11

1 really get pretty easily and again to maximize the
2 Parish's money when it comes to install -- installing
3 gas system. Let's see. So this is the final stage 1.
4 So this is again a little different from what we had
5 designed back in May. And this is based on the
6 assessment work, the work that our team also did and
7 again it's a very comprehensive upgrade of 4A and
8 I'll show you this next slide shows the list of
9 what's going to be installed. So 64 wells, new well
10 board seals, stainless steel wellheads, was there 52
11 thousand feet of piping over 10 plus miles and that
12 includes air, gas, liquids. It's 100% of
13 infrastructure upgrades in 4A and that was different
14 from what we had originally projected. We thought we
15 could use some of the existing piping there. It
16 turned out that most of that was what was bad. It's
17 about 30% new piping in 3B. Three sumps, new leachate
18 clean-out connections 5,000 feet of horizontal
19 collectors and the new air compressor system to help
20 us apply are again to those of various pumps. So very
21 comprehensive expansion. This is a schedule showing
22 what we intend on doing for the upgrade and so I

12

1 won't go through all these dates, but essentially it
2 shows it starting here in November and extending
3 until February of '21.
4      The timeline based on this is again in
5 multiple parts. That first part is the installation
6 of the eight horizontal collectors in phase 4A. And
7 again that is to provide an immediate need of
8 extracting more gas out of that area. We're then
9 going to split the project into essentially two
10 halves. The 3B half which we're calling the northeast
11 corner and then the southwest corner being the 4A
12 half. Now, part of the project kind of splits between
13 those a little more than what she's calling them by
14 phase which is why we -- we broke it into corners.
15 But this allows Louisiana Regional Landfill
16 Corporation to continue filling in several of the
17 cells that would be impacted by the 4A portion or the
18 Southwest portion and so this allows them to continue
19 filling. We can start the gas construction now in the
20 back portion of the landfill. We're not impacting
21 each other and then I think the dates there is end of
22 January. So end of January, January 31st, 2020, they

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019

---

**13**

1 project that we finish with the waste filling and
2 they'll be moving down into cell 24S, 24 South. And
3 so at that point then Renewable Energy of Jefferson
4 will be able to proceed with completion of a
5 Southwest portions. We've also got in this schedule a
6 90-day startup period. So I want that to be real
7 clear that once we install, it takes about 90 days to
8 get the gas system tuned up properly. So you can't
9 just flip a switch that turns on automatically you
10 got to start very low vacuum and you start ramping it
11 up. I do want to point out and will point this out
12 later on in the other productions that the existing
13 system will be in place all while this construction
14 goes on. So nothing gets turned off. Everything stays
15 like it is. We're essentially over laying on top of
16 the old system. So as we started up, the old system
17 will still be running and we'll turn one back as we
18 turn one up. And then over those 90 day period, then
19 the old system gets turned off and then that system
20 will get capped and cut off below ground. Let's see.
21        Okay. So this is a slide that shows what
22 we had originally projected as far as gas flow and

---

**14**

1 cost and what we have now. And so again, the stage
2 one area is the same. We're also projecting the same
3 general flow rate out of stage one that 1100 to 1700
4 ish SCFM. We have no reason to think that you know,
5 that that's going to change and we hope we exceed
6 those numbers, but that's -- that's what the models
7 are showing. The cost did go up. So the cost of the
8 original project was 3.5 million roughly. The cost of
9 this one's about 4.9. I think I put five million
10 there, but so again, the drivers of that cost
11 increase, 4A piping, much worse shape than we
12 thought. And I think I've got a slide showing that
13 and I'll look at the timeline there. Timeline did
14 also increase too based on the scope increase. Let's
15 see. There you go. So this slide does show you the
16 rationale for the increase in cost. So again, after
17 River Birch assessment, we -- we realized again more
18 that piping in 4A was -- was problematic. We did --
19 we do need more pumps and spare parts of the site.
20 The site does not have a lot of spare parts and
21 that's -- that's problematic in it if there's a
22 problem or if there's a damaged or if there needs to

---

**15**

1 be a repair, it takes us now a couple weeks to get
2 the proper parts there. And so we're moving to use
3 this project to supply this site with those needed
4 parts. We've also got an increased need for some
5 health and safety concerns. And so those were
6 budgeted into this revised budget and then we have an
7 increased contingency budget of 20 percent on the
8 project and I think it was -- so, of course time was
9 allowed to make sure that we had enough scope and
10 include the 90 days and of course we -- we -- our
11 goal is to exceed this budget or exceed the time. If
12 we can get it shorter and if we can save more money,
13 that is always the goal.
14        And so how are we going to do that? Well,
15 so the project is to be largely managed by River
16 Birch. They're the ones who hired the contractor and
17 so they'll be managing the project but gas system
18 projects are on a unit cost basis and so our job or
19 our role with the parishes to ensure that what goes
20 in, is what you pay for. And so the surveying team
21 will be assisting us with that to ensure that we
22 measure everything out. And again, we'll be paying

---

**16**

1 the on a unit cost basis.
2        Let's see. And of course, our goal is to
3 complete under the budget and of course, there's many
4 things that can affect that but obviously, you know,
5 the contingency is there to ensure that we have
6 resources available to us as things change. And
7 again, there's a lot still unknown out there, but for
8 the most part we are swapping at everything that's
9 there. Let's see. And so one of the questions that
10 came up to us was what are we doing to control odors
11 during construction? Construction is one of the worst
12 times that produces odors and a lot of it we can't
13 help but we have some strategies and some techniques
14 to help us. And some of those are, again, we keep
15 that existing gas system going. We don't turn it off
16 and we try to maximize it. This is not the time
17 during construction to get cute and try to you know,
18 test different things. We'll just try to maximize the
19 extraction rate will make sure that everything where
20 we're doing construction is open to the maximum
21 within the regulatory limits. We're also going to be
22 installing these temporary devices that we're

---

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019

17

1  stalling these eight horizontal collectors. That's
2  going to help definitely in these areas where we're
3  doing construction because we know our weakest gas
4  system is in 4A. Let's see. We're going to limit
5  expose waste and we're going to limit the pathways
6  for that exposed waste to allow gas to escape and so
7  what does that mean? Well, that's trenches and holes
8  and you got to dig piping in, but we can sure limit
9  the amount of time that those holes are open and so
10 that's the goal is to cover those open trenches with
11 tarps, plywood, soil or whatever we can do. You know
12 landfill gas systems job is to collect gas quicker
13 than what it can escape through the cover, right?
14 That's just what it does. And so we are purpose in
15 this construction is ensure that we cover that hole
16 and try to let the gases and do his job. We also can
17 use a vacuum here and again, this is like a slide here
18 following this one to show you what that is, but
19 essentially during drilling that's probably the
20 highest amount of gas odors and the drilling will
21 take the first two to three weeks here in November
22 and part of December and the doors going to come back

18

1  again after the first of February on that second
2  phase. So, I would anticipate those may be the worst
3  times of apparent odors if there are odors coming
4  from this construction, but we can use these vacuum
5  boxes to be able to extract gas as it's coming out of
6  the hole and ship it back to the to the gas system.
7  So I'm going to show a picture show. Of course
8  maintaining existing misting system, the site has an
9  odor neutralizing misting system essentially when
10 it's right down the middle of where we're doing
11 construction. And so that will be continued to be
12 used.
13      Let's see. Yes. There's a picture. So this
14 is a vacuum box. And again the one that actually
15 maybe use may be different from this. But again, you
16 see the piping. You see the valve. The drill bucket
17 goes through that hole and again that hole could
18 extend from 50 to 100 feet and of course by
19 extracting vacuum on that hole, you're helping to
20 prevent odors from escaping. All right. So future
21 projects. So once we get done with this, this project
22 -- and this is a pretty significant project. Once we

19

1  get done with this what's next? Well, we talked about
2  installing those down well pumps, you know and
3  upgraded well heads while stage one is working. So
4  stage one is going to take what? We say two years? A
5  year and a half? So what can be done in between that?
6  Well, we have ordered a lot of significant number of
7  pumps. 30 to 50 pumps. We've ordered new well heads
8  and so the operations maintenance team will be out
9  there swapping those out. And as you saw earlier from
10 the improved -- improved recovery numbers, right?
11 That came from a limited amount of that work this
12 summer, we're hoping that we can get additional
13 recovery of gas during this time period, even while
14 we're waiting for the stage one project to finish.
15 We've also got work to be done on phases 1, 2 and 3A
16 and again that was a stage two, three and four, but
17 we know based on what River Birch has told us and
18 what we've seen that there are existing problems with
19 the air enforcement system. There's existing needs
20 out there and so we'll be addressing those. Some of
21 those will be done on a normal basis as what all
22 normal landfills do but there will be an evaluation

20

1  this spring on whether or not we need to go to stage
2  two, three and four, you know, whether or not that
3  makes financial sense for the Parish. What needs are
4  out there based on the infrastructure and whatnot?
5      And then let's see. These last three or
6  things that we've been talking about. Again,
7  developing a master plan a long-term budgeting. You
8  know, you guys have the budget conversation earlier
9  in this meeting and same thing with landfill. We need
10 to look at the landfill gas system as it relates to
11 its own long-term costs and the same thing with the
12 solid waste portion of a landfill. In other words,
13 the waste cells, the phases. Those need to be planned
14 out. And again, we need to look at upgrading the
15 landfill liquid system. The liquid system at this
16 point is -- is maxing out and so we're looking at
17 right now improvements to that, that make the most
18 sense of the Parish.
19      I think that's it. So, any questions from
20 the council.
21      MS. CYNTHIA LEE SHENG: I just had a
22 question. When you say upgrade that future needs

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019

21

1 upgrade, the landfill liquid system. How is that
2 different from all the improvements from the leachate
3 collection? That -- what's the difference?
4        MR. KRIS CARLSON: There's several show
5 points. I'll call them that on the exit of the
6 liquid. So we've upgraded the liquids on the waist
7 footprint and around the waist footprint, getting the
8 liquids from the waste mass to, let's just say the
9 haul road of the roadways on the internal part of
10 landfill. We now have to worry about where that
11 liquid goes. And so there are existing lift stations
12 that channel that liquid to the POTW, the publicly
13 owned treatment works, the wastewater treatment
14 plant. And so during major storm events, rainfall
15 events, those liquids exceed what the capacity is of
16 the that pumping system. And as we upgrade our
17 internal pumps, we have to think that we're going to
18 get more liquid out of the landfill. And so therefore
19 knowing that's coming, we need to make sure that we
20 have that assessed.
21        MS. CYNTHIA LEE SHENG: So it's beyond the
22 interior of the landfill is what you're saying?

22

1        MR. KRIS CARLSON: Correct. Yes.
2        MS. CYNTHIA LEE SHENG: Okay. Thank you.
3        MR. KRIS CARLSON: Questions?
4        MARK D. SEARS JR.: So my understanding the
5 active cell is 4A. Correct?
6        MR. KRIS CARLSON: Correct.
7        MARK D. SEARS JR.: All right. And it's my
8 understanding that the wells are damaged currently or
9 consistently because of the stuff -- is the act of
10 cells, so you have those trucks coming in and
11 destroying the wells, correct? It's damage to the
12 wells?
13        MR. KRIS CARLSON: Well, it's difficult to
14 push trash around wells. And so where the landfill
15 has existing wells, that's still part of the open
16 area of the landfill. And so it's a -- we'll just
17 call it a conundrum a little bit. You got extract
18 gaps in those areas to try to control odors. However,
19 you also got to be able to manage your intake --
20 intake of trash. And so, yes. Landfill gas systems do
21 get damaged by that pushing of trash and by the --
22 the movement of heavy equipment around them. I think

23

1 they're that they take all the protection necessary
2 trying to protect those, but that -- yes. So those do
3 get damaged.
4        MARK D. SEARS JR.: So what's the time
5 frame in this this cell being -- being kept off? Do
6 you know?
7        MR. KRIS CARLSON: So the time --
8        MARK D. SEARS JR.: 4A.
9        MR. KRIS CARLSON: -- for which one? 4A? I
10 think we got about four to five more years before
11 that's done.
12        MARK D. SEARS JR.: Okay. Okay. So you know
13 how much -- that's approximately how much money and
14 damage that has occurred to those wells, I guess in
15 the last year or so.
16        MR. KRIS CARLSON: I don't think that
17 number has been calculated. No.
18        MARK D. SEARS JR.: Okay. All right. Thank
19 you.
20        MS. CYNTHIA LEE SHENG: Councilman Postato?
21 Mr. Carlson, if you could.
22        MR. POSTATO: I have no doubt it was

24

1 included in your presentation, but just to pull out
2 and kind of maybe get a summary or a one-on-one
3 answer this, I mean this all emanated or should I say
4 the public outcry emanated from the odor. The odor
5 coming from the landfill. Based on your timeline that
6 -- of anticipated projects or the remainder of what
7 is to be done, when would you expect to see more odor
8 reduction if you will emanating from the landfill.
9        MR. KRIS CARLSON: I would hope that we're
10 going to see it on a stair step basis. I would hope
11 that after these eight horizontal that we put in here
12 in the next month, you see a reduction. To what
13 reduction that is, I can't say but I would hope that
14 we're going to get more gas. Every SCFM that as I
15 showed on the screen that we extract from the
16 landfill was one more SCFM that theoretically is not
17 leaving the landfill. And so we can continue to show
18 progress by extracting more gas and putting it where
19 we want to take it as opposed to it leaving. I think
20 his progress.
21        MR. POSTATO: That's what I'm getting at.
22 That process is not just -- it's directly related to

VID_JPLF_000198

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019

25

1  capturing the odor and preventing it from escaping
2  from the landfill.
3          MR. KRIS CARLSON: Correct. Yes.
4          MR. POSTATO: So as you're -- you're doing
5  greater gas collection, that's helping solve --
6  that's solving that problem?
7          MR. KRIS CARLSON: It is. Yes, sir.
8          MR. POSTATO: And incrementally as that
9  process proceeds?
10         MR. KRIS CARLSON: Yes.
11         MR. POSTATO: What is an S. What did you
12 say FSCF?
13         MR. KRIS CARLSON: Standard cubic feet per
14 minute is the measure of gas flow.
15         MR. POSTATO: Thank you.
16         MR. KRIS CARLSON: Thank you.
17         MS. CYNTHIA LEE SHENG: Anyone else? Okay.
18 With that, I think Madam clerk we have an executive
19 session item, correct?
20         (The recording was concluded.)
21
22

26

1          CERTIFICATE OF TRANSCRIBER
2          I, Lauren Bishop, do hereby certify that
3  the transcript was prepared from the digital audio
4  recording of the foregoing proceeding; that said
5  proceedings were reduced to typewriting under my
6  supervision; that said transcript is a true and
7  accurate record of the proceedings to the best of my
8  knowledge, skills, and ability; and that I am neither
9  counsel for, related to, nor employed by any of the
10 parties to the case and have no interest, financial
11 or otherwise, in its outcome.
12
13
14 _Lauren Bishop_____
15 LAUREN BISHOP
16 Planet Depos,
17 March 11, 2024
18
19
20
21
22

VID_JPLF_000199

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019                                    8

| **A** | | | |
|---|---|---|---|
| **ability** | 8:8, 9:6, 9:8, | **17:20, 19:11** | **automatically** |
| 26:8 | 9:18, 10:7, | **answer** | 13:9 |
| **able** | 10:9, 10:20, | 24:3 | **available** |
| 2:18, 5:9, | 11:1, 11:4, | **anticipate** | 16:6 |
| 7:17, 8:14, | 11:7, 11:20, | 18:2 | **average** |
| 8:17, 13:4, | 12:4, 12:7, | **anticipated** | 9:6 |
| 18:5, 22:19 | 14:1, 14:10, | 24:6 | **averages** |
| **about** | 14:16, 14:17, | **any** | 9:8 |
| 4:3, 4:8, 8:6, | 15:22, 16:7, | 4:11, 20:19, | **away** |
| 9:5, 9:11, 9:16, | 16:14, 17:17, | 26:9 | 10:19 |
| 10:5, 11:17, | 18:1, 18:14, | **anyone** | |
| 13:7, 14:9, | 18:15, 18:17, | 25:17 | **B** |
| 19:1, 20:6, | 19:16, 20:6, | **anytime** | **back** |
| 21:10, 23:10 | 20:14 | 3:2 | 3:4, 4:19, 5:2, |
| **accomplishments** | **agreement** | **apparent** | 7:8, 8:20, 11:5, |
| 4:4 | 5:15, 5:18 | 18:3 | 12:20, 13:17, |
| **accurate** | **agreements** | **apply** | 17:22, 18:6 |
| 26:7 | 5:1, 6:4 | 8:2, 11:20 | **bad** |
| **act** | **air** | **approximately** | 11:16 |
| 22:9 | 6:22, 7:11, | 23:13 | **based** |
| **active** | 7:12, 7:14, 8:5, | **april** | 5:11, 5:12, |
| 5:22, 22:5 | 9:12, 11:12, | 2:14, 6:10 | 9:8, 11:5, 12:4, |
| **acts** | 11:19, 19:19 | **area** | 14:14, 19:17, |
| 3:20 | **all** | 7:15, 8:14, | 20:4, 24:5 |
| **actually** | 3:8, 3:9, 3:14, | 8:15, 12:8, | **basis** |
| 18:14 | 3:21, 4:13, | 14:2, 22:16 | 15:18, 16:1, |
| **adding** | 4:15, 10:7, | **areas** | 19:21, 24:10 |
| 9:11 | 12:1, 13:13, | 6:1, 8:17, | **because** |
| **additional** | 18:20, 19:21, | 10:7, 10:20, | 2:3, 2:20, |
| 5:5, 6:16, | 21:2, 22:7, | 17:2, 22:18 | 10:19, 17:3, |
| 8:17, 9:2, 9:9, | 23:1, 23:18, | **around** | 22:9 |
| 9:10, 19:12 | 24:3 | 21:7, 22:14, | **been** |
| **addressing** | **allow** | 22:22 | 4:14, 8:22, |
| 19:20 | 5:10, 8:19, | **assessed** | 9:9, 20:6, 23:17 |
| **administration** | 17:6 | 21:20 | **before** |
| 3:20 | **allowed** | **assessment** | 2:2, 9:11, |
| **affect** | 15:9 | 6:20, 6:21, | 23:10 |
| 16:4 | **allows** | 11:6, 14:17 | **begin** |
| **after** | 12:15, 12:18 | **assessments** | 5:3 |
| 10:15, 14:16, | **also** | 5:8, 5:11 | **being** |
| 18:1, 24:11 | 3:8, 5:5, 11:6, | **assisting** | 3:22, 8:11, |
| **again** | 13:5, 14:2, | 15:21 | 8:14, 12:11, |
| 2:22, 3:18, | 14:14, 15:4, | **audio** | 23:5 |
| 4:3, 4:18, 5:7, | 16:21, 17:16, | 26:3 | **believe** |
| 5:18, 5:21, 6:8, | 19:15, 22:19 | **august** | 2:5, 5:15, 5:16 |
| 6:17, 6:21, 8:1, | **always** | 2:9, 2:12 | **below** |
| | 15:13 | **authorized** | 13:20 |
| | **amount** | 5:3, 5:14 | **best** |
| | 8:2, 17:9, | | 26:7 |

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019                    9

| | | | |
|---|---|---|---|
| **better** | **call** | **change** | **conceptual** |
| 8:7 | 21:5, 22:17 | 14:5, 16:6 | 5:3, 5:12 |
| **between** | **calling** | **channel** | **concerning** |
| 5:19, 6:19, | 12:10, 12:13 | 21:12 | 6:4 |
| 9:3, 12:12, 19:5 | **came** | **check** | **concerns** |
| **beyond** | 6:21, 10:12, | 9:7 | 15:5 |
| 21:21 | 16:10, 19:11 | **choice** | **concluded** |
| **big** | **can't** | 10:22 | 25:20 |
| 2:17 | 13:8, 16:12, | **clean-out** | **connections** |
| **birch** | 24:13 | 11:18 | 11:18 |
| 5:6, 5:20, | **capacity** | **clear** | **consistently** |
| 6:18, 9:20, | 21:15 | 13:7 | 22:9 |
| 14:17, 15:16, | **capital** | **clerk** | **constructed** |
| 19:17 | 2:15 | 25:18 | 10:11 |
| **birds** | **capped** | **collaborative** | **construction** |
| 8:19 | 13:20 | 3:10 | 3:11, 4:6, |
| **bishop** | **capturing** | **collect** | 5:11, 5:13, |
| 1:22, 26:2, | 25:1 | 10:22, 17:12 | 5:22, 6:2, 6:7, |
| 26:15 | **carls** | **collection** | 12:19, 13:13, |
| **bit** | 2:5 | 2:11, 2:19, | 16:11, 16:17, |
| 10:19, 22:17 | **carlson** | 2:20, 3:7, 21:3, | 16:20, 17:3, |
| **board** | 3:12, 3:17, | 25:5 | 17:15, 18:4, |
| 11:10 | 3:19, 21:4, | **collectors** | 18:11 |
| **boots** | 22:1, 22:3, | 8:11, 8:13, | **constructions** |
| 9:14 | 22:6, 22:13, | 8:19, 11:19, | 5:17, 8:15 |
| **box** | 23:7, 23:9, | 12:6, 17:1 | **contingency** |
| 17:17, 18:14 | 23:16, 23:21, | **come** | 15:7, 16:5 |
| **boxes** | 24:9, 25:3, | 2:5, 2:7, 3:20, | **continue** |
| 18:5 | 25:7, 25:10, | 7:4, 8:18, 17:22 | 8:19, 12:16, |
| **breadth** | 25:13, 25:16 | **comes** | 12:18, 24:17 |
| 4:17 | **carlson's** | 11:2 | **continued** |
| **brief** | 2:6 | **coming** | 18:11 |
| 2:8 | **case** | 3:18, 18:3, | **continues** |
| **broke** | 26:10 | 18:5, 21:19, | 8:16 |
| 12:14 | **cell** | 22:10, 24:5 | **contractor** |
| **bucket** | 13:2, 22:5, | **complete** | 3:3, 9:21, |
| 18:16 | 23:5 | 16:3 | 9:22, 15:16 |
| **budget** | **cells** | **completion** | **contractors** |
| 15:6, 15:7, | 12:17, 20:13, | 13:4 | 3:14 |
| 15:11, 16:3, | 22:10 | **comprehensive** | **control** |
| 20:8 | **certificate** | 10:17, 11:7, | 16:10, 22:18 |
| **budgeted** | 26:1 | 11:21 | **conundrum** |
| 15:6 | **certify** | **comprehensiveness** | 22:17 |
| **budgeting** | 26:2 | 10:18 | **conversation** |
| 20:7 | **challenged** | **compressor** | 20:8 |
| **built** | 4:15 | 11:19 | **coordinating** |
| 10:9 | **challenges** | **concepts** | 3:14 |
| **C** | 4:13 | 7:20 | **corner** |
| **calculated** | | | 12:11 |
| 23:17 | | | |

VID_JPLF_000201

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019                                    10

corners
12:14
corporation
5:20, 12:16
correct
22:1, 22:5,
22:6, 22:11,
25:3, 25:19
cost
14:1, 14:7,
14:8, 14:10,
14:16, 15:18,
16:1
costs
20:11
could
2:7, 7:17,
8:18, 9:6,
11:15, 18:17,
23:21
council
1:2, 5:10,
20:20
councilman
23:20
counsel
26:9
couple
15:1
course
6:3, 15:8,
15:10, 16:2,
16:3, 18:7,
18:18
cover
17:10, 17:13,
17:15
cqa
10:2
critical
7:15
cubic
9:5, 25:13
currently
2:17, 3:5, 7:7,
22:8
cut
13:20

cute
16:17
cynthia
20:21, 21:21,
22:2, 23:20,
25:17

                D
damage
22:11, 23:14
damaged
7:21, 14:22,
22:8, 22:21,
23:3
date
4:5
dates
6:19, 12:1,
12:21
day
9:7, 13:6,
13:18
days
13:7, 15:10
december
8:12, 17:22
definitely
17:2
depicts
10:6
depos
26:16
design
3:8, 5:4, 5:11,
5:12, 8:9, 10:2
designed
3:13, 11:5
designs
10:12
destroying
22:11
developed
4:16
developing
20:7
devices
16:22
dewatering
7:5

difference
21:3
different
11:4, 11:13,
16:18, 18:15,
21:2
difficult
22:13
dig
17:8
digital
26:3
directly
24:22
dirty
5:9
doing
5:21, 6:2,
10:14, 11:22,
16:10, 16:20,
17:3, 18:10,
25:4
done
3:22, 6:5,
6:18, 6:21, 7:2,
7:5, 7:12, 8:9,
8:11, 8:22,
18:21, 19:1,
19:5, 19:15,
19:21, 23:11,
24:7
doors
17:22
doubt
23:22
down
7:9, 7:15, 9:7,
13:2, 18:10,
19:2
drawing
8:21, 10:3,
10:17
drill
18:16
drilling
17:19, 17:20
drivers
14:10

dual
6:14
dufresne
10:1
during
4:6, 8:9,
16:11, 16:17,
17:19, 19:13,
21:14

                E
each
4:18, 12:21
earlier
19:9, 20:8
early
5:15, 8:12
easily
11:1
effort
3:10
efforts
3:14
eight
8:10, 8:13,
12:6, 17:1,
24:11
else
25:17
emanated
24:3, 24:4
emanating
24:8
employed
26:9
end
12:21, 12:22
ended
7:21
energy
5:14, 9:21,
13:3
enforced
6:14
enforcement
19:19
engineering
10:2

VID_JPLF_000202

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019                                          11

enough
15:9
ensure
15:19, 15:21,
16:5, 17:15
environmental
3:19
equipment
22:22
escape
17:6, 17:13
escaping
18:20, 25:1
essentially
4:22, 5:2,
6:11, 6:20,
7:12, 8:6, 9:2,
10:4, 10:8,
10:13, 12:1,
12:9, 13:15,
17:19, 18:9
evaluate
10:16
evaluated
10:15
evaluation
19:22
even
19:13
events
21:14, 21:15
every
9:7, 24:14
everything
13:14, 15:22,
16:8, 16:19
exceed
14:5, 15:11,
21:15
executive
2:2, 25:18
existing
6:8, 11:15,
13:12, 16:15,
18:8, 19:18,
19:19, 21:11,
22:15
exit
21:5

expansion
11:21
expect
24:7
expose
17:5
exposed
17:6
extend
18:18
extending
12:2
extract
8:15, 18:5,
22:17, 24:15
extracting
12:8, 18:19,
24:18
extraction
16:19

**F**

fall
6:10
far
5:21, 13:22
february
5:2, 12:3, 18:1
feet
9:5, 11:11,
11:18, 18:18,
25:13
filling
12:16, 12:19,
13:1
final
11:3
financial
20:3, 26:10
finish
13:1, 19:14
first
12:5, 17:21,
18:1
five
14:9, 23:10
fix
7:22

flip
13:9
floor
6:16
flow
9:3, 9:4, 9:7,
9:15, 13:22,
14:3, 25:14
focus
7:5, 7:6
focused
8:4
following
17:18
footprint
21:7
force
6:15, 6:22
forced
9:12
foregoing
26:4
four
4:9, 10:14,
10:19, 19:16,
20:2, 23:10
frame
23:5
fscf
25:12
functionality
3:2
functioning
2:13, 2:17,
3:12
further
4:20, 5:9
future
4:7, 18:20,
20:22

**G**

gaps
22:18
gas
2:20, 3:7,
3:21, 4:4, 4:10,
4:12, 5:1, 5:6,

6:13, 7:5, 7:14,
7:17, 7:19, 8:3,
8:15, 8:18,
8:20, 9:3, 9:4,
9:7, 9:15, 9:21,
10:20, 10:21,
11:3, 11:12,
12:8, 12:19,
13:8, 13:22,
15:17, 16:15,
17:3, 17:6,
17:12, 17:20,
18:5, 18:6,
19:13, 20:10,
22:20, 24:14,
24:18, 25:5,
25:14
gases
17:16
general
14:3
getting
8:7, 21:7,
24:21
give
3:15, 3:20
given
9:1
go
2:2, 4:2, 4:3,
6:1, 12:1, 14:7,
14:15, 20:1
goal
15:11, 15:13,
16:2, 17:10
goes
9:7, 10:15,
10:18, 13:14,
15:19, 18:17,
21:11
going
2:3, 3:6, 5:9,
8:12, 8:16,
9:18, 11:9,
12:9, 14:5,
15:14, 16:15,
16:21, 17:2,
17:4, 17:5,

VID_JPLF_000203

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019                                    12

**17:22, 18:7,**
**19:4, 21:17,**
**24:10, 24:14**
**good**
9:1
**greater**
25:5
**ground**
9:14, 13:20
**guess**
23:14
**guys**
20:8

---

**H**

---
**half**
2:12, 12:10,
12:12, 19:5
**halves**
12:10
**hands**
5:8
**happy**
9:16
**hard**
9:14
**haul**
21:9
**head**
8:5
**header**
6:15
**heads**
6:17, 8:7,
19:3, 19:7
**health**
15:5
**heavy**
22:22
**help**
11:19, 16:13,
16:14, 17:2
**helping**
18:19, 25:5
**here**
2:4, 2:6, 3:12,
3:18, 4:3, 9:3,
12:2, 17:17,

**17:21, 24:11**
**hereby**
26:2
**highest**
17:20
**hill**
8:4
**hired**
15:16
**hole**
17:15, 18:6,
18:17, 18:19
**holes**
17:7, 17:9
**hope**
14:5, 24:9,
24:10, 24:13
**hoping**
19:12
**horizontal**
8:11, 8:13,
8:19, 11:18,
12:6, 17:1,
24:11
**hours**
3:5
**however**
22:18
**hundred**
2:16

---

**I**

---
**idea**
10:21
**immediate**
7:1, 12:7
**impacted**
12:17
**impacting**
12:20
**important**
4:18, 7:12
**improved**
7:11, 19:10
**improvement**
9:8, 9:15
**improvements**
2:15, 2:16,

**3:6, 6:9, 20:17,**
**21:2**
**inch**
6:15
**include**
15:10
**included**
24:1
**includes**
11:12
**incorporation**
9:20
**increase**
2:10, 14:11,
14:14, 14:16
**increased**
9:4, 15:4, 15:7
**incrementally**
25:8
**ineffective**
7:21
**infrastructure**
2:10, 2:15,
6:17, 9:13,
11:13, 20:4
**install**
11:2, 13:7
**installation**
12:5
**installed**
6:13, 11:9
**installing**
11:2, 16:22,
19:2
**insulation**
9:22
**intake**
22:19, 22:20
**integrity**
8:5
**intend**
11:22
**intended**
8:14
**interdependent**
2:21
**interest**
26:10

**interior**
21:22
**internal**
21:9, 21:17
**interrelated**
2:21
**intrusion**
8:6
**involved**
2:11, 5:6, 9:17
**ish**
14:4
**issued**
5:16
**item**
25:19

---

**J**

---
**january**
12:22
**jefferson**
1:2, 9:19, 13:3
**job**
1:20, 15:18,
17:12, 17:16
**jr**
22:4, 22:7,
23:4, 23:8,
23:12, 23:18

---

**K**

---
**keep**
3:12, 16:14
**kept**
23:5
**kind**
3:22, 12:12,
24:2
**know**
2:5, 6:12, 9:2,
10:5, 14:4,
16:4, 16:17,
17:3, 17:11,
19:2, 19:17,
20:2, 20:8,
23:6, 23:12
**knowing**
21:19

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019                                        13

knowledge
26:8
kris
3:12, 3:17,
3:19, 21:4,
22:1, 22:3,
22:6, 22:13,
23:7, 23:9,
23:16, 24:9,
25:3, 25:7,
25:10, 25:13,
25:16

**L**

landfill
2:3, 2:13,
2:19, 3:10,
3:12, 3:21,
4:11, 5:6, 5:20,
6:1, 7:10, 8:1,
8:16, 8:20, 9:4,
9:19, 9:21,
10:8, 12:15,
12:20, 17:12,
20:9, 20:10,
20:12, 20:15,
21:1, 21:10,
21:18, 21:22,
22:14, 22:16,
22:20, 24:5,
24:8, 24:16,
24:17, 25:2
landfills
19:22
landmark
2:17
largely
15:15
last
4:8, 6:10,
6:11, 8:10,
8:22, 20:5,
23:15
later
13:12
lauren
1:22, 26:2,
26:15

laying
13:15
layout
10:4
leachate
2:11, 2:12,
2:16, 2:19, 3:1,
3:3, 6:12, 7:6,
7:8, 11:17, 21:2
leaving
24:17, 24:19
lee
20:21, 21:21,
22:2, 23:20,
25:17
less
7:16, 7:17,
10:20
let's
11:3, 13:20,
14:14, 16:2,
16:9, 17:4,
18:13, 20:5,
21:8
lift
21:11
limit
17:4, 17:5,
17:8
limited
19:11
limits
16:21
lines
6:14, 9:12
liquid
7:10, 7:17,
20:15, 21:1,
21:6, 21:11,
21:12, 21:18
liquids
6:15, 11:12,
21:6, 21:8,
21:15
list
6:9, 6:10,
9:18, 11:8
literally
2:12

little
10:19, 11:4,
12:13, 22:17
llc
9:20
lockwood
2:4, 2:6, 2:8
long
4:1
long-term
20:7, 20:11
look
14:13, 20:10,
20:14
looked
6:20
looking
7:16, 7:18,
9:2, 10:15,
20:16
lot
7:4, 8:4,
14:20, 16:7,
16:12, 19:6
louisiana
9:19, 12:15
low
13:10
lower
6:16
lowering
8:5

**M**

madam
25:18
made
4:9, 5:5, 5:10,
5:19, 6:4, 6:9,
9:9
main
4:9, 6:14,
6:15, 6:22, 9:12
maintaining
18:8
maintains
3:2
maintenance
5:7, 9:10, 19:8

major
3:6, 3:11,
3:13, 6:1, 9:13,
21:14
make
15:9, 16:19,
20:17, 21:19
makes
20:3
making
7:18
manage
22:19
managed
15:15
managing
15:17
many
2:3, 16:3
map
10:3, 10:11
march
26:17
mark
22:4, 22:7,
23:4, 23:8,
23:12, 23:18
mass
8:3, 21:8
master
20:7
materials
5:18, 7:2
maximize
11:1, 16:16,
16:18
maximum
16:20
maxing
20:16
maybe
18:15, 24:2
mean
17:7, 24:3
measure
15:22, 25:14
meeting
1:2, 1:4, 20:9

VID_JPLF_000205

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019                                    14

mentioned
6:12
merge
5:12
methodology
4:6
middle
6:5, 18:10
mike
2:8, 3:17,
3:19, 3:22,
6:12, 7:7
miles
11:11
million
14:8, 14:9
mine
2:9
minute
9:5, 25:14
misting
18:8, 18:9
mitigate
8:17
models
14:6
monday
6:7
money
11:2, 15:12,
23:13
month
24:12
months
8:22
more
6:12, 6:13,
6:14, 6:22, 7:1,
7:10, 7:17,
7:19, 7:22, 8:3,
8:8, 8:13, 8:15,
12:8, 12:13,
14:17, 14:19,
15:12, 21:18,
23:10, 24:7,
24:14, 24:16,
24:18
most
7:15, 10:7,

11:16, 16:8,
20:17
moved
7:10
movement
22:22
moves
2:10
moving
6:15, 13:2,
15:2
much
7:7, 14:11,
23:13
multiple
12:5

**N**

name
3:19
necessary
23:1
need
6:22, 12:7,
14:19, 15:4,
20:1, 20:9,
20:13, 20:14,
21:19
needed
15:3
needs
14:22, 19:19,
20:3, 20:22
neither
26:8
neutralizing
18:9
new
11:9, 11:17,
11:19, 19:7
next
2:17, 6:7,
8:12, 11:8,
19:1, 24:12
normal
19:21, 19:22
northeast
12:10

nothing
9:12, 13:14
notice
5:16
november
1:5, 6:6, 9:3,
12:2, 17:21
number
19:6, 23:17
numbers
9:6, 14:6,
19:10
numerous
2:14

**O**

o&m
9:21
objectives
4:10, 4:11
obviously
4:13, 16:4
occurred
23:14
occurring
5:22
october
5:14, 5:15,
5:16, 6:5
odor
18:9, 24:4,
24:7, 25:1
odors
4:6, 16:10,
16:12, 17:20,
18:3, 18:20,
22:18
okay
2:6, 4:21,
13:21, 22:2,
23:12, 23:18,
25:17
old
13:16, 13:19
older
10:10, 10:20
once
13:7, 18:21,

18:22
one
2:22, 4:12,
4:18, 6:1, 7:12,
7:16, 8:8, 8:9,
8:10, 9:13,
9:18, 10:7,
10:8, 10:13,
10:15, 10:16,
13:17, 13:18,
14:2, 14:3,
16:9, 16:11,
17:18, 18:14,
19:3, 19:4,
19:14, 23:9,
24:16
one's
14:9
one-on-one
24:2
ones
15:16
open
16:20, 17:9,
17:10, 22:15
operating
5:22
operational
6:13, 7:9
operations
5:6, 9:10, 19:8
operator
3:9, 4:12,
5:19, 8:16,
9:20, 9:22
opposed
24:19
ordered
5:18, 7:2,
19:6, 19:7
original
14:8
originally
11:14, 13:22
other
12:21, 13:12,
20:12
otherwise
26:11

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019                                          15

| | | | |
|---|---|---|---|
| **out** | **parts** | **plus** | **problem** |
| 3:3, 3:9, 3:10, | 12:5, 14:19, | 11:11 | 14:22, 25:6 |
| 3:14, 3:22, 4:1, | 14:20, 15:2, | **plywood** | **problematic** |
| 6:6, 6:21, 7:7, | 15:4 | 17:11 | 14:18, 14:21 |
| 7:18, 7:19, | **pathways** | **point** | **problems** |
| 8:18, 10:9, | 17:5 | 2:22, 13:3, | 19:18 |
| 10:12, 11:16, | **pay** | 13:11, 20:16 | **proceed** |
| 12:8, 13:11, | 15:20 | **pointed** | 5:16, 13:4 |
| 14:3, 15:22, | **paying** | 3:22, 7:7 | **proceeding** |
| 16:7, 18:5, | 15:22 | **points** | 26:4 |
| 19:8, 19:9, | **percent** | 21:5 | **proceedings** |
| 19:20, 20:4, | 2:16, 15:7 | **portion** | 26:5, 26:7 |
| 20:14, 20:16, | **performance** | 12:17, 12:18, | **proceeds** |
| 21:18, 24:1 | 4:10 | 12:20, 20:12 | 25:9 |
| **outcome** | **period** | **portions** | **process** |
| 26:11 | 8:9, 13:6, | 13:5 | 2:18, 3:1, 7:8, |
| **outcry** | 13:18, 19:13 | **postato** | 24:22, 25:9 |
| 24:4 | **phase** | 23:20, 23:22, | **produced** |
| **over** | 8:14, 10:5, | 24:21, 25:4, | 5:4 |
| 6:1, 6:18, | 10:6, 10:9, | 25:8, 25:11, | **produces** |
| 8:17, 11:11, | 10:10, 12:6, | 25:15 | 16:12 |
| 13:15, 13:18 | 12:14, 18:2 | **potw** | **productions** |
| **overlap** | **phases** | 21:12 | 13:12 |
| 6:3 | 19:15, 20:13 | **powerpoint** | **progress** |
| **own** | **picture** | 3:18 | 4:1, 24:18, |
| 20:11 | 18:7, 18:13 | **preceding** | 24:20 |
| **owned** | **piping** | 5:17 | **project** |
| 21:13 | 11:11, 11:15, | **prepared** | 3:11, 3:16, |
| **P** | 11:17, 14:11, | 26:3 | 12:9, 12:12, |
| **pages** | 14:18, 17:8, | **presentation** | 13:1, 14:8, |
| 1:21 | 18:16 | 4:9, 4:20, | 15:3, 15:8, |
| **parish** | **place** | 6:11, 24:1 | 15:15, 15:17, |
| 1:2, 2:1, 4:15, | 13:13 | **presented** | 18:21, 18:22, |
| 9:19, 10:13, | **plan** | 6:11 | 19:14 |
| 20:3, 20:18 | 3:11, 5:13, | **president** | **projected** |
| **parish's** | 20:7 | 2:1 | 11:14, 13:22 |
| 11:2 | **planet** | **pretty** | **projecting** |
| **parishes** | 26:16 | 10:17, 11:1, | 14:2 |
| 15:19 | **planned** | 18:22 | **projects** |
| **part** | 4:5, 4:17, | **prevent** | 15:18, 18:21, |
| 3:13, 5:1, | 20:13 | 18:20 | 24:6 |
| 8:20, 12:5, | **planning** | **preventing** | **proper** |
| 12:12, 16:8, | 6:6 | 25:1 | 15:2 |
| 17:22, 21:9, | **plans** | **previously** | **properly** |
| 22:15 | 4:7 | 6:20 | 13:8 |
| **parties** | **plant** | **primarily** | **protect** |
| 3:9, 26:10 | 21:14 | 9:9 | 23:2 |
| | **pleased** | **probably** | **protection** |
| | 4:1, 4:2 | 3:4, 17:19 | 23:1 |

VID_JPLF_000207

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019                                    16

| | | | |
|---|---|---|---|
| provide<br>12:7<br>providing<br>10:1<br>public<br>24:4<br>publicly<br>21:12<br>pull<br>8:4, 24:1<br>pulled<br>7:9, 7:18<br>pump<br>3:3, 9:10<br>pumping<br>21:16<br>pumps<br>2:12, 6:12,<br>6:17, 6:22, 7:3,<br>7:9, 7:13, 7:16,<br>11:20, 14:19,<br>19:2, 19:7,<br>21:17<br>punk<br>9:11<br>purpose<br>17:14<br>push<br>8:16, 22:14<br>pushes<br>6:5<br>pushing<br>22:21<br>put<br>3:4, 6:15,<br>8:10, 8:20,<br>14:9, 24:11<br>putting<br>8:6, 8:13,<br>24:18<br><br>**Q**<br>question<br>20:22<br>questions<br>16:9, 20:19,<br>22:3<br>quicker<br>7:8, 17:12 | **R**<br>rainfall<br>21:14<br>ramping<br>13:10<br>rate<br>14:3, 16:19<br>rationale<br>14:16<br>real<br>13:6<br>realized<br>14:17<br>really<br>11:1<br>reason<br>2:4, 14:4<br>record<br>26:7<br>recorded<br>1:4<br>recording<br>25:20, 26:4<br>recoverable<br>10:21<br>recovery<br>9:4, 19:10,<br>19:13<br>reduced<br>26:5<br>reducing<br>4:6<br>reduction<br>24:8, 24:12,<br>24:13<br>refer<br>4:19<br>regional<br>5:19, 9:19,<br>12:15<br>regulatory<br>16:21<br>rej<br>9:21<br>related<br>24:22, 26:9<br>relates<br>20:10 | remainder<br>24:6<br>renewable<br>5:14, 13:3<br>repair<br>15:1<br>repaired<br>3:4<br>repairs<br>7:19<br>report<br>5:4, 10:12<br>resolution<br>5:10<br>resolutions<br>4:22, 5:5<br>resources<br>16:6<br>responsibility<br>2:22<br>revised<br>15:6<br>rfp<br>2:18, 3:1<br>right<br>5:8, 6:18,<br>7:13, 17:13,<br>18:10, 18:20,<br>19:10, 20:17,<br>22:7, 23:18<br>river<br>5:6, 5:20,<br>6:18, 8:19,<br>9:20, 14:17,<br>15:15, 19:17<br>road<br>21:9<br>roadways<br>21:9<br>role<br>15:19<br>roughly<br>14:8<br>run<br>4:19, 7:17<br>running<br>7:7, 13:17<br>runs<br>7:13 | **S**<br>safety<br>15:5<br>said<br>26:4, 26:6<br>same<br>4:11, 14:2,<br>20:9, 20:11<br>save<br>15:12<br>saw<br>19:9<br>say<br>19:4, 20:22,<br>21:8, 24:3,<br>24:13, 25:12<br>saying<br>21:22<br>scfm<br>14:4, 24:14,<br>24:16<br>schedule<br>11:21, 13:5<br>scope<br>4:17, 14:14,<br>15:9<br>screen<br>24:15<br>seals<br>11:10<br>sears<br>22:4, 22:7,<br>23:4, 23:8,<br>23:12, 23:18<br>second<br>3:18, 6:2,<br>8:21, 18:1<br>see<br>2:3, 5:2, 5:9,<br>10:17, 11:3,<br>13:20, 14:15,<br>16:2, 16:9,<br>17:4, 18:13,<br>18:16, 20:5,<br>24:7, 24:10,<br>24:12<br>seen<br>19:18 |

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019                    17

sees
3:3
sense
20:3, 20:18
service
3:3, 3:4
session
2:2, 25:19
several
7:20, 12:16,
21:4
shape
14:11
sheng
20:21, 21:21,
22:2, 23:20,
25:17
ship
18:6
shorter
15:12
should
24:3
show
11:8, 14:15,
17:18, 18:7,
21:4, 24:17
showed
24:15
showing
11:21, 14:7,
14:12
shows
4:21, 10:3,
10:11, 10:17,
11:8, 12:2,
13:21
signature-p1kal
26:13
signed
5:15
significant
18:22, 19:6
since
2:13, 6:18
sir
25:7
site
4:7, 5:8, 5:19,

6:16, 10:4,
14:19, 14:20,
15:3, 18:8
six
8:22
size
4:16
skills
26:8
slide
4:8, 4:20,
4:21, 9:1, 11:8,
13:21, 14:12,
14:15, 17:17
soil
17:11
solid
20:12
solve
25:5
solving
25:6
some
3:7, 5:8, 6:3,
6:19, 7:3,
11:15, 15:4,
16:13, 16:14,
19:20
south
13:2
southwest
12:11, 12:18,
13:5
spare
14:19, 14:20
split
12:9
splits
12:12
spot
9:6
spring
10:16, 20:1
st
12:22
stage
3:5, 7:16, 8:8,
9:13, 9:17,

10:7, 10:11,
10:13, 10:15,
10:16, 11:3,
14:1, 14:3,
19:3, 19:4,
19:14, 19:16,
20:1
stages
10:14
stainless
8:7, 11:10
stair
24:10
stalling
17:1
standard
9:5, 25:13
start
12:19, 13:10
started
5:2, 5:7, 13:16
starting
2:9, 6:7, 8:11,
12:2
startup
13:6
stations
21:11
status
4:4
stays
13:14
steel
8:7, 11:10
step
24:10
still
3:11, 7:3,
13:17, 16:7,
22:15
storm
21:14
strategies
16:13
stuff
22:9
summary
24:2

summer
6:19, 19:12
sump
9:11
sumps
7:20, 7:22,
11:17
supervision
26:6
supply
7:13, 7:14,
15:3
supplying
7:11
sure
7:19, 15:9,
16:19, 17:8,
21:19
surveying
10:1, 15:20
swapping
16:8, 19:9
switch
13:9
system
2:11, 2:16,
3:1, 3:7, 3:13,
3:21, 4:11,
4:12, 4:19, 5:2,
7:6, 7:8, 7:14,
7:22, 8:1, 8:20,
11:3, 11:19,
13:8, 13:13,
13:16, 13:19,
15:17, 16:15,
17:4, 18:6,
18:8, 18:9,
19:19, 20:10,
20:15, 21:1,
21:16
systems
4:4, 17:12,
22:20
_____
T
take
17:21, 19:4,
23:1, 24:19

VID_JPLF_000209

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019                                    18

| | | | |
|---|---|---|---|
| taken | thousand | treatment | unite |
| 3:7 | 11:11 | 21:19 | 2:19 |
| takes | three | trenches | united |
| 13:7, 15:1 | 10:14, 10:19, | 17:7, 17:10 | 2:21 |
| talked | 11:17, 17:21, | tricon | unknown |
| 4:3, 4:8, 9:11, | 19:16, 20:2, | 9:22 | 16:7 |
| 19:1 | 20:5 | trucks | until |
| talking | through | 22:10 | 2:14, 12:3 |
| 10:5, 20:6 | 2:14, 2:18, | true | update |
| tarps | 2:22, 9:18, | 26:6 | 2:3, 3:15, |
| 17:11 | 12:1, 17:13, | try | 3:21, 4:4 |
| tasked | 18:17 | 10:22, 16:16, | upgrade |
| 4:14 | throughout | 16:17, 16:18, | 10:18, 11:7, |
| team | 8:1 | 17:16, 22:18 | 11:22, 20:22, |
| 9:17, 11:6, | thumps | trying | 21:1, 21:16 |
| 15:20, 19:8 | 7:20 | 4:13, 7:6, | upgraded |
| techniques | time | 9:15, 23:2 | 7:19, 19:3, |
| 16:13 | 3:8, 8:9, 15:8, | tuned | 21:6 |
| temporary | 15:11, 16:16, | 13:8 | upgrades |
| 16:22 | 17:9, 19:13, | turn | 6:16, 9:13, |
| test | 23:4, 23:7 | 13:17, 13:18, | 11:13 |
| 16:18 | timeline | 16:15 | upgrading |
| th | 4:21, 6:8, | turned | 20:14 |
| 6:6 | 12:4, 14:13, | 11:16, 13:14, | use |
| thank | 24:5 | 13:19 | 11:15, 15:2, |
| 2:7, 3:16, | timelines | turns | 17:17, 18:4, |
| 3:17, 22:2, | 4:5 | 13:9 | 18:15 |
| 23:18, 25:15, | times | two | using |
| 25:16 | 16:12, 18:3 | 10:14, 10:19, | 8:18 |
| theoretically | today | 12:9, 17:21, | ——— V ——— |
| 8:4, 24:16 | 4:3 | 19:4, 19:16, | vacuum |
| therefore | together | 20:2 | 7:22, 8:1, 8:2, |
| 5:17, 21:18 | 5:13 | typewriting | 8:3, 13:10, |
| thing | told | 26:5 | 17:17, 18:4, |
| 20:9, 20:11 | 19:17 | ——— U ——— | 18:14, 18:19 |
| things | took | under | valve |
| 16:4, 16:6, | 6:18 | 2:22, 16:3, | 18:16 |
| 16:18, 20:6 | top | 26:5 | various |
| think | 13:15 | understand | 4:22, 11:20 |
| 2:2, 12:21, | transcribed | 5:20 | vertical |
| 14:4, 14:9, | 1:22 | understanding | 6:13 |
| 14:12, 15:8, | transcriber | 22:4, 22:8 | vice |
| 20:19, 21:17, | 26:1 | undertake | 2:1 |
| 22:22, 23:10, | transcript | 3:6 | ——— W ——— |
| 23:16, 24:19, | 26:3, 26:6 | undertook | waist |
| 25:18 | trash | 2:9 | 8:2, 21:6, 21:7 |
| thought | 8:16, 22:14, | unit | |
| 11:14, 14:12 | 22:20, 22:21 | 15:18, 16:1 | |

VID_JPLF_000210

Transcript of Jefferson Parish Council Meeting
Conducted on November 6, 2019                                    19

waiting
7:3, 19:14
wall
8:5
want
13:6, 13:11,
24:19
waste
10:10, 10:21,
13:1, 17:5,
17:6, 20:12,
20:13, 21:8
wastewater
21:13
way
4:2
we'll
4:19, 6:1,
8:21, 13:17,
15:22, 16:18,
19:20, 22:16
we're
2:2, 3:6, 4:1,
6:2, 6:6, 7:3,
7:16, 8:7, 8:12,
8:17, 9:2, 9:16,
10:1, 10:5,
10:13, 10:15,
12:8, 12:10,
12:20, 13:15,
14:2, 15:2,
16:20, 16:21,
16:22, 17:2,
17:4, 17:5,
18:10, 19:12,
19:14, 20:16,
21:17, 24:9,
24:14
we've
4:5, 4:7, 9:3,
13:5, 15:4,
19:7, 19:15,
19:18, 20:6,
21:6
weakest
17:3
wednesday
1:5

week
3:2, 8:12
weeks
15:1, 17:21
wellhead
7:1
wellheads
11:10
wells
6:13, 7:5,
7:14, 7:17,
11:9, 22:8,
22:11, 22:12,
22:14, 22:15,
23:14
whatever
17:11
whatnot
5:1, 20:4
whether
20:1, 20:2
within
3:5, 16:21
words
20:12
work
3:10, 3:21,
5:3, 6:16, 7:1,
7:2, 7:4, 9:11,
9:18, 11:6,
19:11, 19:15
worked
3:8, 7:4
working
9:14, 19:3
works
9:22, 21:13
worry
21:10
worse
14:11
worst
16:11, 18:2

| Y |
year
19:5, 23:15
years
19:4, 23:10

| 1 |
10
6:14, 11:11
100
3:2, 11:12,
18:18
11
6:6, 26:17
1100
14:3
1700
14:3

| 2 |
20
15:7
2018
2:9, 2:12
2019
1:5, 2:14
2020
12:22
2024
26:17
21
12:3
24
3:5, 13:2
26
1:21

| 3 |
3.5
14:8
30
11:17, 19:7
31
12:22
3a
10:9, 19:15
3b
8:20, 10:8,
10:18, 11:17,
12:10

| 4 |
4.9
14:9

450
9:5
4a
7:11, 7:15,
8:14, 10:6,
10:8, 10:18,
11:7, 11:13,
12:6, 12:11,
12:17, 14:11,
14:18, 17:4,
22:5, 23:8, 23:9
4b
10:10

| 5 |
5,000
11:18
50
18:18, 19:7
52
11:10
528482
1:20

| 6 |
60
10:22
64
11:9

| 8 |
8th
5:16

| 9 |
90
13:6, 13:7,
13:18, 15:10

VID_JPLF_000211