Revised 7/11/00 FR

# INCIDENT REPORT FORM

Received by: spoc v m     Dispatch # c18-111823     Incident # T 184132

Date Reported: 4/16/18     Time Reported: 8:04a

Spill Incident/Release ☐    Citizen Complaint ☒    Emergency? ☐ Yes ☐ No    Drill? ☐ Yes ☐ No

**CALLER INFORMATION:**    Citizen ☒    Industry ☐    Anonymous Complaint ☐
Other (i.e. Coast Guard): _____

Name/Company: Mary Ann     Title: _____

Address: _____

Is caller requesting a follow-up call? Yes ☒   No ☐    Date of Caller Contact: _____

Telephone No. 504-495-0903     Parish (of occurrence): Jefferson

**SITE INFORMATION:**
Company Name / Alleged Violator: _____     Agency Interest # _____ Other: _____

Location Address: Donelon Dr.   Harahan

Site is Active or Inactive: _____

Date of discharge if different from date report: _____    Time discharge noticed: Began _____ Ended _____

Media Affected: Air ☒    Land ☐    Surface Water ☐    Ground Water ☐    Other

If water affected, name of nearest water body (Basin/Subsegment): _____

If air affected, note wind direction and weather conditions (if provided): _____

**DESCRIPTION OF RELEASE/SPILL/COMPLAINT:**
Product/material release and quantity (reported): _____

Product/material released and quantity (actual): _____

Description of release/complaint: Ongoing problems with strong gas (natural or propane type) odors. Complainant's husband is ill and she's concerned that this is making his situation worse.

How was spill contained? Offsite Impact? _____

How was spilled cleaned/remediated? _____

**DIRECTIONS FOR REACHING THE SITE:** _____

Investigator's Comments: _____

Region Assigned: _____     Summary Report
Investigator Assigned: _____     Date: _____
Investigator's Signature: _____     Reviewer's Initials & Date: _____
Date Closed: _____     Closed by: Site Visit ☐   Telephone ☐   Other: _____

DEPOSITION EXHIBIT 114

WC_JPLF_00168182

Case 2:19-cv-11133-SM-MBN   Document 676-1   Filed 07/24/24   Page 2 of 4
LDEQ_PRR_00010281

Revised 7/11/00 – ER

# INCIDENT REPORT FORM

Received by: Cindy     Dispatch # _____     Incident # _____

Date Reported: 8/14/17     Time Reported: 12:28p

Spill Incident/Release ☐     Citizen Complaint ☒     Emergency? ☐ Yes ☐ No     Drill? ☐ Yes ☐ No

**CALLER INFORMATION:**   Citizen ☒     Industry ☐     Anonymous Complaint ☐
Other (i.e. Coast Guard): _____

Name/Company: Mary Ann Winningkoff     Title: _____

Address: 47 Donelon Dr     Harahan

Is caller requesting a follow-up call?   Yes ☒   No ☐     Date of Caller Contact: _____

Telephone No. 504-495-0903 cell     Parish (of occurrence): Jefferson

**SITE INFORMATION:**
Company Name/
Alleged Violator: Harahan pump station/Chalmette Refining     Agency Interest # _____   Other: _____

Location Address: near 47 Donelon Dr and throughout Harahan

Site is Active or Inactive: _____

Date of discharge if different from date report: _____     Time discharge noticed: Began _____ Ended _____

Media Affected: Air ☒     Land ☐     Surface Water ☐     Ground Water ☐     Other

If water affected, name of nearest water body (Basin/Subsegment): _____

If air affected, note wind direction and weather conditions (if provided): _____

**DESCRIPTION OF RELEASE/SPILL/COMPLAINT:**
Product/material release and quantity (reported): _____

Product/material released and quantity (actual): _____

Description of release/complaint: Mrs. Winningkoff is concerned about the strong odors emitting throughout the Harahan area, likely from the Harahan station that's accepting Chalmette Refinery waste. It's bad quite often but Friday night (8/11) it was the worst they've experienced. Mrs. Winningkoff's husband is on oxygen and she's concerned that fumes are causing additional issues with his breathing problems.

How was spill contained?  Offsite Impact? _____

How was spilled cleaned/remediated?

**DIRECTIONS FOR REACHING THE SITE:** _____

Investigator's Comments: _____

Region Assigned: Summary Report: Yes ☐ No ☐
Investigator Assigned: _____     Date: _____     Time: _____
Investigator's Signature: _____     Reviewer's Initials & Date: _____



Revised 7/11/00 ER

# INCIDENT REPORT FORM

Received by: cindy  Dispatch #: c18-109954  Incident #: T 183357

Date Reported: 3/7/18  Time Reported: 8:57a

Spill Incident/Release ☐   Citizen Complaint ☒   Emergency? ☐ Yes ☐ No   Drill? ☐ Yes ☐ No

**CALLER INFORMATION:**   Citizen ☒   Industry ☐   Anonymous Complaint ☐
Other (i.e. Coast Guard): _____

Name/Company: Mary Ann Winningkoff   Title: _____

Address: 47 Donalon Dr.   Harahan

Is caller requesting a follow-up call? Yes ☒   No ☐   Date of Caller Contact: _____

Telephone No. 504-495-0903   Parish (of occurrence): Jefferson

**SITE INFORMATION:**
Company Name/Alleged Violator: _____   Agency Interest #: _____   Other: _____

Location Address: see above

Site is Active or Inactive: _____

Date of discharge if different from date report: _____   Time discharge noticed: Began _____ Ended _____

Media Affected: Air ☒   Land ☐   Surface Water ☐   Ground Water ☐   Other

If water affected, name of nearest water body (Basin/Subsegment): _____

If air affected, note wind direction and weather conditions (if provided): _____

**DESCRIPTION OF RELEASE/SPILL/COMPLAINT:**
Product/material release and quantity (reported): _____

Product/material released and quantity (actual): _____

Description of release/complaint: Last night (3/6/18) experienced horrible odors - worse than it has been before. Mrs. Winningkoff's husband is on a oxygen system that recirculates the air and she's concerned about what is coming thru his oxygen unit.

How was spill contained? Offsite Impact? _____

How was spilled cleaned/remediated? _____

**DIRECTIONS FOR REACHING THE SITE:** _____

Investigator's Comments: _____

Region Assigned: _____   Summary Report: _____
Investigator Assigned: _____   Date: _____
Investigator's Signature: _____   Reviewer's Initials & Date: _____
Date Closed: _____   Closed by: Site Visit ☐   Telephone ☐   Other: _____

DEPOSITION EXHIBIT 112

WC_JPLF_00167980

Revised 7/11/00  TR

# INCIDENT REPORT FORM

Received by: SPOC v/m                    Dispatch #: c18-112889              Incident #: T 184554

Date Reported: 5/5/18                                                    Time Reported: 0825 vm

Spill Incident/Release ☐    Citizen Complaint ☒    Emergency? ☐ Yes ☐ No    Drill? ☐ Yes ☐ No

**CALLER INFORMATION:**    Citizen ☒    Industry ☐    Anonymous Complaint ☐
Other (i.e. Coast Guard): _____

Name/Company: Mary Ann Winningkoff                              Title: _____

Address: 47 Donalyn Dr., Harahan

Is caller requesting a follow-up call?   Yes ☒    No ☐    Date of Caller Contact: _____

Telephone No. 504-495-0903                         Parish (of occurrence): Jefferson

**SITE INFORMATION:**
Company Name/Alleged Violator: _____                   Agency Interest #: _____
                                                             Other: _____

Location Address: _____

Site is Active or Inactive: _____

Date of discharge if different from date report: _____   Time discharge noticed: Began _____ Ended _____

Media Affected:  Air ☐   Land ☐   Surface Water ☐   Ground Water ☐   Other

If water affected, name of nearest water body (Basin/Subsegment): _____

If air affected, note wind direction and weather conditions (if provided): _____

**DESCRIPTION OF RELEASE/SPILL/COMPLAINT:**
Product/material release and quantity (reported): _____

Product/material released and quantity (actual): _____

Description of release complaint: smell back - woke up w/ headache - husband has started w/ lung problems getting worse - didn't start until moved to Harahan - something has to be done b/c everyone will be moving out - gives migraine headaches

How was spill contained? Offsite Impact? _____

How was spilled cleaned/remediated? _____

**DIRECTIONS FOR REACHING THE SITE:** _____

Investigator's Comments: _____

Region Assigned: _____                                      Summary Report
Investigator Assigned: _____                                Date: _____
Investigator's Signature: _____                             Reviewer's Initials & Date: _____
Date Closed: _____         Closed by: Site Visit ☐   Telephone ☐   Other: _____
Referred to: _____                                          Date: _____

DEPOSITION EXHIBIT 113
PENGAD 800-631-6989

WC_JPLF_00174805