CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO. 19-10629                                       DIVISION "C-10"

STANLEY MEYERS

VERSUS

SAFEWAY INSURANCE COMPANY, CHERYL WEST, GEICO CASUALTY
INSURANCE COMPANY, AND INDIAN HARBOR INSURANCE COMPANY

FILED: _____          _____
                                              DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Petitioner, STANLEY MEYERS, a person of the age of majority and domiciled in Jefferson Parish, State of Louisiana, who respectfully represents the following:

1.

Made defendants herein are the following:

A. **SAFEWAY INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana;

B. **CHERYL WEST**, upon information and belief, a person of the age of majority and resident of the State of Louisiana;

C. **GEICO CASUALTY INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the Parish of Orleans, State of Louisiana; and

D. **INDIAN HARBOR INSURANCE COMPANY**, a foreign corporation authorized to do and doing business in the State of Louisiana.

2.

Defendants are liable jointly, severally, and *in solido*, unto Petitioner for such damages as are reasonable in the premises, including past, present, and future physical pain and suffering, past, present, and future mental pain and suffering, medical expenses, loss of earnings, future loss of earning capacity, and permanent disability to the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following to-wit:

EXHIBIT A

3.

On or about November 30, 2018, Petitioner, **STANLEY MEYERS**, while in the course and scope of his employment with **LYFT, INC.**, was proceeding in a 2011 Mercedes C-class owned by Stephanie Brooks southbound on O'Bannon at its intersection with Gaudacanal in New Orleans, LA when suddenly and without warning Petitioner's vehicle was struck on the rear passenger side by a 2016 Nissan Sentra owned and operated by **CHERYL WEST**.

4.

At the time of the accident, defendant, CHERYL WEST, was proceeding eastbound on Gaudacanal St. and disregarded the fact that her lane of travel was governed by a stop sign.

5.

As a result of the collision described in paragraphs (3 and 4.), Petitioner suffered severe and debilitating injuries.

6.

The sole and proximate cause of the accident described above and personal injuries suffered by Petitioner was the negligence of Defendant, **CHERYL WEST**, in the following non-exclusive acts and/or omissions:

a) Disregarding a stop sign;

b) Improper lane usage;

c) Failure to yield to vehicle with the right of way;

d) Failure to see what she should have seen;

e) Failure to keep a good and careful lookout;

f) Failure to maintain reasonable and proper control of the vehicle, which she was operating;

g) Driving at a speed greater than was reasonable and prudent under the circumstances;

h) Operating the vehicle in a careless and reckless manner without regard for the safety of others; and

    i) Any and all other acts of negligence, which may be proven at the trial of this matter.

7.

That no action or inaction on the part of the Petitioner caused or contributed to the happening of the incident aforesaid.

8.

At all times pertinent hereto, **STANLEY MEYERS** was in the course and scope of his employment with **LYFT, INC.**

9.

As a result of the above referenced accident and negligence of the defendant, plaintiff **STANLEY MEYERS** suffered injuries and asserts to the Court that the damages meet this Court's jurisdiction, but which need to be determined by this Court at the trial in the following particulars:

    a) Past, present, and future mental and physical pain and suffering;

    b) Past, present, and future medical expenses;

    c) Past, present and future pain, suffering, and mental anguish and emotional distress;

    d) Loss of enjoyment of life;

    e) Past, present, and future loss of wages;

    f) Loss of future earning capacity; and

    g) Such other elements of damages which will be more fully shown at a trial on the merits.

10.

Upon information and belief, it is alleged that at all times material hereto, **INDIAN HARBOR INSURANCE COMPANY** provided a policy of uninsured/underinsured motorist insurance to **STANLEY MEYERS AND LYFT, INC.** on the date of this accident, which said policy provided coverage for the type of loss sued upon herein, thus rendering the said defendant, **INDIAN HARBOR INSURANCE COMPANY** liable to petitioner along with the other named defendants.

11.

Upon information and belief, it is alleged that at all times material hereto, **GEICO CASUALTY INSURANCE COMPANY** provided a policy of uninsured/underinsured motorist insurance to **STANLEY MEYERS** on the date of this accident, which said policy provided coverage for the type of loss sued upon herein, thus rendering the said defendant, **GEICO**

**CASUALTY INSURANCE COMPANY** liable to petitioner along with the other named defendants.

12.

Upon information and belief, it is alleged that at all times material hereto, **SAFEWAY INSURANCE COMPANY** provided a policy of automobile liability insurance to **CHERYL WEST** on the date of this accident, which said policy provided coverage for the type of loss sued upon herein, thus rendering the said defendant, **SAFEWAY INSURANCE COMPANY** liable to petitioner along with the other named defendants.

WHEREFORE, Petitioner, **STANLEY MEYERS**, prays that after due proceedings be had that there be judgment herein and in his favor and against Defendants, **SAFEWAY INSURANCE COMPANY, CHERYL WEST, GEICO CASUALTY INSURANCE COMPANY, AND INDIAN HARBOR INSURANCE COMPANY** jointly and in solido in amounts as are reasonable in the premises, including past, present, and future physical pain and suffering, past, present, and future mental pain and suffering, medical expenses, loss of past earnings, loss of future earning capacity, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief.

Respectfully Submitted:

Alvendia, Kelly & Demarest, LLC

*[signature]*

**J. BART KELLY III, 24488**
**RODERICK "RICO" ALVENDIA, 25554**
**JEANNE K. DEMAREST, 23032**
**KURT A. OFFNER, 28176**
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001

AND

SARAH E. SPIGENER (#31975)
SPIGENER LAW FIRM
201 St. Charles Ave., Ste. 2506
New Orleans, LA 70170
Telephone: (504) 300-9932
Facsimile: (504) 556-2870
***ATTORNEYS FOR PLAINTIFF***