Charles Santos, MD 1

January 15, 2024

Liskow and Lewis
Attn: Michael Mims, esq.
Hancock Whitney Center
701 Poydras St. Suite 5000
New Orleans, LA, 70139

Re: *Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.,* No. 18-7889; c/w No. 18-8071, No. 18-8218, and No. 18-9312, Section "E" 5, United States District Court for the Eastern District of Louisiana*; and Frederick Addison, et al. v. Louisiana Regional Landfill Company, et al.,* No. 19-11133, Section "E" 5, United States District Court for the Eastern District of Louisiana

Dear Mr. Mims,

As you know, I reviewed the records with regards to the above case, and on January 15, 2024, evaluated Mr. Stanley Meyers at the office of Drs. Combs and Lutz on 2622 Jena St. in New Orleans, LA. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**EXHIBIT B**

Charles Santos, MD 2



Subsequent History

Beginning in 2018, Mr. Meyers had several medical issues that came to occupy much of his attention:

1. Firstly, he was involved in a motor vehicle collision in 2018 when he was rear ended while driving for Lyft. He said that his headaches worsened at this time, and he has persistent neck pain, for which he follows with several physicians including pain management at the VA. He has had some imaging and reports his spine was "messed up" but is unsure of the precise findings. He denies having any sort of surgery. He also notes that he developed "foot drop" because of this accident and wears a medical brace on his right foot.
2. 



**Thank you for the opportunity to participate in the evaluation of Stanley Meyers. My findings are based on review of the cited records, direct report of the patient, and my personal evaluation of the patient. This evaluation is valid at the time of writing with the information available to me. I reserve the right to revise it should more information become available.**

Respectfully submitted,

X _Charles Santos MD_

Charles Santos, MD