Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL | CIVIL ACTION NO. 19-11133, c/w 19-14512 |
| VERSUS | |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL | SECTION: "E" (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

JONATHAN TATE

TAKEN AT THE LAW OFFICES OF FORREST CRESSY & JAMES,

1222 ANNUNCIATION STREET, NEW ORLEANS, LOUISIANA

70130, COMMENCING AT 9:10 A.M., ON FEBRUARY 8, 2024

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Reported by:

YOLANDA J. PENA, Certified
Court Reporter No. 2017002
in and for the State of
Louisiana



EXHIBIT C

```
                                                   Page 35
 1        A.    Lady Tigers.
 2        Q.    Lady Tigers.
 3              What about the 2019 softball team that you
 4   were the head coach for?  Do you remember the name of
 5   that team?
 6        A.    Lady Tigers.
 7        Q.    All right.  When you were coaching softball
 8   from 2016 to 2020, was Deborah always on your team?
 9        A.    No, sir.
10        Q.    Okay.  But she was in 2017 and 2019?
11        A.    Correct.
12        Q.    And for softball, those years where you were
13   the head coach, was it your responsibility to schedule
14   practice?
15        A.    Yes, sir.
16        Q.    And if there was ever a reason to cancel
17   practice, would that have fallen to you?
18        A.    That would be a decision between myself and
19   the park supervisor.
20        Q.    I have written here that in your first
21   deposition, you told us that for the spring of 2018,
22   you think you had to cancel about 50 percent of your
23   practices.  Is that accurate?
24        A.    Yes, sir.
25        Q.    And would that have been the same in 2017 and
```

Page 36

1  2019?
2      A.   Correct.
3      Q.   And that would have been true for -- let me
4  ask it this way.  Fair to say that in 2017, 2018, and
5  2019, about 50 percent of the softball practices that
6  you were involved with got canceled?
7      A.   Correct.
8      Q.   Due to odors?
9      A.   I would say due to players being -- throwing
10 up and getting nauseous, complaining about the odor,
11 and saying they can't take the smell.  And they're
12 throwing up because of it.  And with teenagers and
13 young kids, when one throw up, they all start throwing
14 up, and now I got throw-up all over the softball field.
15 And I would go and discuss it with the park supervisor.
16 They say, "Well, go ahead and cancel practice."  Or if
17 at the time when -- in the group chat, I had parents
18 saying, "The smell is too bad.  My kid not coming to
19 practice."  If we have too many of them, I'd have to
20 cancel practice.
21     Q.   For softball for that 2017 to 2019 period, how
22 often did you see players throwing up because of odors?
23     A.   We had at least one or two players every
24 practice, even during the game.
25     Q.   And that would have been true for that -- for