Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    FREDERICK ADDISON, ET AL      CIVIL ACTION NO.
                                    19-11133, c/w 19-14512
 5    VERSUS
                                    SECTION: "E" (5)
 6    LOUISIANA REGIONAL
      LANDFILL COMPANY, ET AL
 7
 8
 9    * * * * * * * * * * * * * * * * * * * * * * * *
10          TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:
11                      WENDY GREMILLION,
12    TAKEN ON BEHALF OF DEFENDANTS LOUISIANA REGIONAL
13    LANDFILL COMPANY, WASTE CONNECTIONS BAYOU, INC., AND
14    WASTE CONNECTIONS US, INC.
15    * * * * * * * * * * * * * * * * * * * * * * * *
16             REPORTED AT THE LAW OFFICES OF:
17             FORREST CRESSEY & JAMES, LLC
18             1222 ANNUNCIATION STREET
19             NEW ORLEANS, LOUISIANA  70130
20
           COMMENCING AT 9:12 A.M., ON JUNE 7, 2023
21
22
      Reported by:
23
         YOLANDA J. PENA, Certified
24       Court Reporter No. 2017002
         in and for the State of
25       Louisiana
```

1   Q.   How did you originally meet Heather and
2   Curtis?
3   A.   Paradise Manor.  It's a swim club.
4   Q.   Were you ever members of Paradise Manor?
5   A.   We were.
6   Q.   Do you know about what years?
7   A.   2016 or 2017, but I can get that for you.
8   Q.   Were you members of Paradise Manor -- I'll
9   just ask it this way.  Did you ever stop being members
10  of Paradise Manor?
11  A.   Not until we moved.
12  Q.   Okay.  So sometime in 2020 is when you would
13  have stopped being members of Paradise Manor?
14  A.   Correct.
15  Q.   Can you tell me what information Heather and
16  Curtis Adams would have related to this litigation that
17  we're here for today?
18  A.   Can you specify what you're looking for?
19  Q.   Sure.  I understand that at some point, those
20  names were given as people that might have information
21  related to this litigation, and I'm just trying to
22  understand why those people.
23       Is there something that they would know about
24  this litigation?
25  A.   We've had discussions with them based on the

Page 28

1     smells that we have smelled in the area.  We spent a
2     lot of time with them.
3          Q.   Those conversations you had, fair to say that
4     would have been in the 2017 to 2020 time period?
5          A.   Correct.
6          Q.   During that time period, how often did you see
7     the Adams family?
8          A.   You're speaking about 2017 to 2020?
9          Q.   Yes.
10         A.   A fairly good amount.  Anytime there was a
11    swim meet or possibly a Friday night barbecue.  During
12    the football season, we would go to their house; they
13    would come to our house on occasions to watch the
14    games.
15         Q.   Like LSU and Saints?
16         A.   Correct.
17         Q.   So for 2017 to 2020, you think you might have
18    seen them once a week or once every other week,
19    something like that?
20         A.   I would say once every other week would be a
21    safe time frame, especially during the summer months.
22    As school started, people got busy with their kids, so
23    it wasn't quite as often.
24         Q.   Heather and Curtis have kids around the same
25    age as your kids?

Page 29

1  A. They do. They have a daughter -- two
2  daughters, excuse me. One is a year older than my
3  daughter, and one is, I think, two and a half years
4  older.
5  Q. Were they also a Kehoe-France family?
6  A. No, they were not.
7  Q. Okay. You mentioned that they lived in
8  Harahan, near the line between River Ridge and Harahan.
9  Do you know specifically what their address was?
10 A. I can tell you the street. I don't know the
11 address.
12 Q. What's the street?
13 A. Generes.
14 Q. Could you spell that?
15 A. G-e-n-e-r-e-s.
16 Q. Can you tell me about what those conversations
17 you-guys had about the odors -- what -- what were those
18 conversations like?
19 A. I complained. I complained a lot. I would
20 ask her if she smelled it or he, if she -- he smelled
21 it. And just frustration on my end, more of a venting
22 because they lived by us.
23 Q. And what was their response?
24 A. It varied depending on the day and the time
25 frame that I talked to them.

Page 57

1    kids would -- they knew that it was out there.  They
2    said, "Who's farted?"  I mean, it wasn't even a joke.
3    But it had that sulfur, egg smell, and they knew right
4    away too.  So no, we didn't go to practice on those
5    days.
6         Q.   Do you know if practice was ever canceled at
7    Elmwood because of odors?
8         A.   Not to my knowledge.
9         Q.   And what about at Paradise Manor?  Was -- was
10   your kids' involvement in the swim team there ever
11   affected based on the odors?
12        A.   Exact same situation.  If I smelled it, we
13   weren't going to the club.  We were not going to sit
14   outside and inhale that, nor would I subject my kids to
15   that.
16               MS. JAMES:  If we're at a place we could
17          take a quick break so I can use the restroom?
18               MR. MIMS:  Sure.
19               THE VIDEOGRAPHER:  We're going off --
20          we're going off the record at 10:21 a.m.
21                    (Recess taken.)
22               THE VIDEOGRAPHER:  We are back on the
23          record at 10:41 a.m.
24   BY MR. MIMS:
25        Q.   Okay.  We were talking about activities that

1    frustration because, I mean, I'm their parent, you
2    know.
3         Q.   I think you mentioned there were times that
4    you got to Elmwood for swim practice and you went back
5    home because you didn't want your kids being outside in
6    the odors.  Is that correct?
7         A.   If I smelled it there and we pulled up, I
8    would not leave her because she was swimming outside.
9    If I smelled it in my house on our way to swim, I
10   wouldn't go bring her because I wasn't going to chance
11   the smell, while she's swimming outside, going that
12   area.
13        Q.   Were those decisions that -- that you and
14   your children made together, or did you ever have
15   disagreements about that?
16        A.   No.  She -- she -- I think she respected me as
17   a parent and understood that I was doing what was best.
18        Q.   Okay.
19        A.   I mean, she wasn't -- the smell wasn't
20   pleasant.  You don't understand.  Like, it didn't take
21   me to have to tell her it smelled bad outside.  And her
22   eyes burned.  I mean, her throat.  She was aware of the
23   symptoms.
24        Q.   In terms of swim practices that your kids had
25   to miss because of the odors, we've talked about Adelyn

Page 139

1     at Elmwood --
2         A.   Correct.
3         Q.   -- right?  Did that also happen for Adelyn at
4     Paradise Manor?
5         A.   If the smell was around, the answer is yes.
6     And the same thing for my son.  If he was swimming --
7     and I might have failed to -- to mention that he did
8     dive as well.  There was a small dive team.  And he did
9     do that for probably two summers.
10        Q.   At Paradise Manor?
11        A.   That is correct.
12        Q.   And so were there practices for swim or dive
13    at Paradise Manor that Braxton missed because of the
14    odors?
15        A.   Yes.
16        Q.   And I'm sorry if we talked about this.  Was
17    Braxton also on the Elmwood swim team at some point?
18        A.   He was not.
19        Q.   Okay.  Did he swim anywhere other than
20    Paradise Manor?
21        A.   No, he didn't.
22        Q.   During the period where Adelyn was swimming
23    for Elmwood and had times where she had to miss
24    practice because of the odors, who was Adelyn's swim
25    coach?