Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL | CIVIL ACTION NO. 19-11133, c/w 19-14512 |
| VERSUS | SECTION: "E" (5) |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL | |
| Related Case: ELIAS JORGE "GEORGE" ICTECH-BENDECK | CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| VERSUS | SECTION: "E" (5) |
| WASTE CONNECTIONS BAYOU, INC., ET AL. | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

CURTIS LEE ADAMS,

TAKEN AT THE LAW OFFICES OF FORREST CRESSY & JAMES,

1222 ANNUNCIATION STREET, NEW ORLEANS, LOUISIANA

70130, COMMENCING AT 1:08 P.M., ON JANUARY 30, 2024

* * * * * * * * * * * * * * * * * * * * * * * * * *

Reported by:

    YOLANDA J. PENA, Certified
    Court Reporter No. 2017002
    in and for the State of
    Louisiana

EXHIBIT E

|      |    |                                                    |
|------|----|----------------------------------------------------|
|      |    | Page 19                                            |
| 1    | A. | Yes, five days a week.                             |
| 2    | Q. | Are you a member of any neighborhood or            |
| 3    |    | community organizations?                           |
| 4    | A. | No, sir.                                           |
| 5    | Q. | I don't know if Paradise Manor would fit in        |
| 6    |    | that category or not, but can you tell me what role you |
| 7    |    | hold with Paradise Manor?                          |
| 8    | A. | I'm currently vice president of                    |
| 9    |    | Paradise Manor.                                    |
| 10   | Q. | How long have you held that?                       |
| 11   | A. | I've held that position since 2021.                |
| 12   | Q. | Did you hold any leadership position at            |
| 13   |    | Paradise Manor prior to that?                      |
| 14   | A. | Yes.                                               |
| 15   | Q. | Can you tell me about that?                        |
| 16   | A. | I was president of the club from 2017 to 2020.     |
| 17   | Q. | As president of the club from 2017 to 2020,        |
| 18   |    | what were some of your responsibilities?           |
| 19   | A. | Overall management of the club.                    |
| 20   | Q. | Was that a paid position?                          |
| 21   | A. | No, sir.                                           |
| 22   | Q. | In your role as president from 2017 to 2020,       |
| 23   |    | would you go be able to tell me, on average, how many |
| 24   |    | hours per week you spent performing duties in      |
| 25   |    | connection with that position?                     |

Page 40

```
1      Q.   Okay.  And the email response is dated
2   December 18th, 2023, correct?
3      A.   That is correct.
4      Q.   And you authored this email?
5      A.   Yes, sir.
6      Q.   We're going to get into some of the documents
7   that were attached, but I want to start with No. 7
8   through 11.  Number 7 -- PMCC, that's Paradise Manor
9   Community Club?
10     A.   Yes, sir.
11     Q.   "PMCC has no documentation pertaining to the
12  presence of odors or pollutants at or around the club
13  from July 1, 2012, to present."
14          Is that accurate, as far as you know?
15     A.   That is accurate.
16     Q.   What did you -- you were involved in looking
17  for that documentation?
18     A.   Yes.  I visited the club, looked for any
19  documentations in our files and could not find any.
20     Q.   And what -- what files would you have been
21  looking at?
22     A.   Whatever available files that we would have
23  had that were stored there.
24     Q.   Number 8, "PMCC has no documentation
25  identifying any closures of club due to odors or
```

Page 41

1  pollutants from July 1, 2012, to present."

2         Is that accurate?

3     A.  Yes, sir.

4     Q.  And that is a response that you prepared,
5  correct?

6     A.  Yes.

7     Q.  Number 9, "PMCC has no documentation
8  pertaining to the cancellation of swim practices at the
9  club due to odors or pollutants from July 1, 2012, to
10 present."

11        Is that accurate?

12    A.  That is accurate.

13    Q.  And that is a response that you prepared,
14 correct?

15    A.  Yes, sir.

16    Q.  Number 10, "PMCC has no documentation
17 pertaining to the cancellation of tennis practice at
18 the club due to odors or pollutants from July 1, 2012,
19 to present."

20        Is that accurate?

21    A.  That is accurate.

22    Q.  And that's a response that you prepared?

23    A.  Yes, sir.

24    Q.  Number 11, "PMCC has no documentation
25 pertaining to the cancellation of any events due to

1  odors or pollutants from July 1, 2012, to present."
2         Is that accurate?
3     A.  Yes.
4     Q.  And you prepared that response?
5     A.  Yes, sir, I did.
6     Q.  I'm going to pull up some of the various
7  documents that were attached to that email.  And I'm
8  going to start with the membership summary from 2018,
9  which I will mark as Adams 3.
10        (Adams No. 3 was marked for identification.)
11 BY MR. MIMS:
12    Q.  Do you recognize this document?
13    A.  Yes, sir, I do.
14    Q.  What is it?
15    A.  That's our membership -- total number of
16 members with our revenue for that year.
17    Q.  And this year is 2018?
18    A.  Yes, sir.
19    Q.  Did you prepare this document?
20    A.  I did.
21    Q.  How did you prepare this document?
22    A.  I pulled it from QuickBooks.
23    Q.  So when you say you pulled it from QuickBooks,
24 what do you mean by that?
25    A.  I just pulled it out of QuickBooks and

1 summarized it with a calculator and put the numbers in
2 there as a total.
3     Q.   So this is actually a -- a document that was
4 prepared in 2023. Is that fair to say?
5     A.   Yeah. Yes, sir.
6     Q.   But it was a reflection of data that was in
7 QuickBooks?
8     A.   From 2018.
9     Q.   Right. And although this document was
10 prepared in 2023, is it fair to say that the data that
11 you relied on in creating that document -- that data
12 was recorded at or near the 2018 time period?
13     A.   Yes, sir.
14     Q.   By somebody with knowledge of the club's
15 membership for 2018?
16     A.   Probably our treasurer.
17     Q.   And as far as you know, it was kept in the
18 course of your regularly conducted business activity?
19     A.   Yes, sir.
20     Q.   You have no reason to doubt those numbers?
21     A.   No, sir.
22     Q.   I'm sorry. Let me pull that back up really
23 quick. And so this document shows that in 2018, there
24 were 117 members that renewed from the prior year; is
25 that right?

```
                                                        Page 44
 1        A.    That's correct.
 2        Q.    And 23 tennis-only members?
 3        A.    Yes, sir.
 4        Q.    For a grand total of 140 members; is that
 5   right?
 6        A.    Yes, sir.
 7        Q.    Does that mean that there were not any new
 8   members that year?
 9        A.    I just pulled from what the category --
10   categories were in that particular year.
11        Q.    So what does "tennis-only" mean?
12        A.    "Tennis-only" means tennis members who don't
13   pay for full use of the facilities.  They are only able
14   to use the tennis courts.  They -- they are unable to
15   use the pool or -- any of our facilities inside, such
16   as the pool or sitting around the pool deck, stuff like
17   that.
18        Q.    Okay.  And do you see my question?  Does this
19   imply that there were no just brand-new members in
20   2018?
21        A.    I see your question that it doesn't imply new
22   members.
23        Q.    Okay.  And $80,894.40, that would have been
24   the revenue from memberships in 2018?
25        A.    Yes, sir.
```

1      Q.   Okay.  Now, do you recall preparing similar
2   documents for the years 2012 through 2023?
3      A.   Yes, I do.
4      Q.   And I could run through each of those, but I
5   think these folks might kill me if I do that.
6           Those documents -- the membership summaries
7   for 2012 through 2023 that were attached to your email
8   that we looked at as Exhibit Adams 2, those were also
9   pulled from QuickBooks data?
10     A.   Yes, sir.
11     Q.   Those were also pulled from data that was
12  recorded at or near the time that the data was actually
13  created?
14     A.   With available -- that was available to me,
15  yes.
16     Q.   All right.  You have no reason to doubt the
17  accuracy of that data for the documents, membership
18  summary 2012 to 2023?
19     A.   No, sir.
20     Q.   The membership data you produced for the years
21  2012 to 2023 was conducted as part of a regularly
22  conducted business activity?
23     A.   Yes.
24              MR. MIMS:  Okay.  I'm marking as Adams 4
25          this document.

Page 46

1      (Adams No. 4 was marked for identification.)
2  BY MR. MIMS:
3      Q.   Do you recognize this document?
4      A.   Yes, I do.
5      Q.   What is this document?
6      A.   This is our -- I think these are all of the
7  events and programs, such as tennis, swim, I think -- I
8  think snack bar is involved in that -- no.  I'm sorry,
9  rentals.  I think rentals are involved in that as well.
10     Q.   Okay.  Did you prepare this document?
11     A.   Yes, I did.
12     Q.   How did you prepare this document?
13     A.   I pulled the data from QuickBooks and
14 summarized it into that spreadsheet.
15     Q.   That QuickBooks data that you used to prepare
16 this document also would have been prepared as a
17 regularly conducted business activity?
18     A.   Correct.  If I needed to use that, this is
19 what I would use.
20     Q.   And this reflects the revenue from event and
21 programs for the years 2012 through 2023?
22     A.   Yes, sir.
23          MR. MIMS:  I'm going to mark as Adams 5
24          this document.
25     (Adams No. 5 was marked for identification.)

```
 1                MS. JAMES:  Excuse me.
 2   BY MR. MIMS:
 3        Q.   Can you tell me what this document is?
 4        A.   Guest fees.
 5        Q.   And did you prepare this document?
 6        A.   Yes, sir, I did.
 7        Q.   So what does this document show?
 8        A.   It represent all the guest fees for each
 9   calendar year from 2012 to 2023.
10        Q.   Did you also pull this from QuickBooks?
11        A.   Yes, sir.
12        Q.   All the spreadsheets that you prepared for
13   your subpoena responses, were those all data pulled
14   from QuickBooks?
15        A.   Right.
16        Q.   And when you say "QuickBooks," you're talking
17   about the same QuickBooks database?
18        A.   Yeah.  Same -- yeah.
19        Q.   And that -- that database would have been
20   prepared as a regularly conducted business activity?
21        A.   Yes.  If I had to run summaries, that's what I
22   would have done.
23                MR. MIMS:  I'll mark as Adams 6 this
24           document.
25           (Adams No. 6 was marked for identification.)
```

```
 1  BY MR. MIMS:
 2      Q.   Do you know what this is?
 3      A.   (No audible response.)
 4      Q.   It was produced us titled -- oh, did I not
 5  share it?
 6               MS. JAMES:  No.
 7  BY MR. MIMS:
 8      Q.   Okay.  You see it now?
 9      A.   Yes.
10      Q.   Do you know what this document is?
11      A.   Summary of all rental income from years 2012
12  through 2023.  Excuse me.
13      Q.   Did you prepare this document?
14      A.   Yes, sir, I did.
15      Q.   You prepared it based on QuickBooks data for
16  Paradise Manor?
17      A.   Yes, sir.
18      Q.   And what is it showing us?
19      A.   Shows the number of rentals with the revenue
20  for -- total revenue for each year -- excuse me -- for
21  those rentals.
22      Q.   And rentals of what?
23      A.   Rentals of the facility.
24      Q.   Meaning the -- how -- tell me about the
25  facility being rented out.
```

```
                                                         Page 49
 1      A.   The facility can be rented for pool parties,
 2 usually birthday parties or a baby shower.  Or we've
 3 had graduation parties there.  Swim -- swim rentals,
 4 such as, like, a school or, like, a camp will rent the
 5 pool.  That's what it entails.
 6      Q.   Are there specific rooms to be rented?
 7      A.   We do have -- well, we have one specific room
 8 to be rented.  And then we have a pool area, like a --
 9 they call it a -- we call it a bathhouse, and it's
10 really just a bunch of picnic tables underneath a
11 covered patio.
12      Q.   Okay.  What -- tell me about the indoor area
13 that can be rented.
14      A.   The -- it's on the second floor.  It has a
15 handful of tables.  It has two restrooms and two
16 entrances to get in to and out of.
17      Q.   And so this document that we're looking at
18 here, this would encompass both rentals of the pool
19 area, the bathhouse area but could also include the
20 indoor area?
21      A.   That is correct, yeah.
22           MS. JAMES:  That was 6, right?
23           MR. MIMS:  That was 6.  And I'm marking
24       as Adams 7 the next one.
25      (Adams No. 7 was marked for identification.)
```

```
                                                      Page 50
 1   BY MR. MIMS:
 2       Q.   Do you know what this document is?
 3       A.   Yes, sir.
 4       Q.   What is this?
 5       A.   This is summary of snack bar sales from 2012
 6   to 2023.
 7       Q.   Did you prepare this document?
 8       A.   Yes, sir.
 9       Q.   Did you rely on the QuickBooks data to prepare
10   this document?
11       A.   Yes, sir, I did.
12       Q.   What would be included in snack bar revenue?
13       A.   It would be -- we would have any -- any food
14   product that would come out of the snack bar.  We would
15   have fries, hamburgers, cokes.  Friday night dinners,
16   we would host on occasion.  The people would pay there.
17   General food and beverage.
18                MR. MIMS:  I'm marking this next one as
19          Adams 8.
20       (Adams No. 8 was marked for identification.)
21   BY MR. MIMS:
22       Q.   Can you tell me what this document is?  Sorry.
23   Okay.  That document?
24       A.   This is our membership sponsor summary from
25   2013 to 2012.
```

1     Q.   And what does that mean?

2     A.   We ask for members to sponsor their business

3 if they can, and that -- we just separate that to show.

4     Q.   Okay.  You prepared this document?

5     A.   Yes, sir.

6     Q.   You relied on the QuickBooks data to prepare

7 this?

8     A.   Yes, sir.

9         MR. MIMS:  All right.  This next one I'm

10    marking as D9.

11 (Exhibit No. 9 was marked for identification.)

12 BY MR. MIMS:

13     Q.   And it appears to be titled "Sports Income."

14        Do you recognize this document?

15     A.   Yes, sir.

16     Q.   What is this?

17     A.   It's a summary data of all years from 2012 to

18 2013 for our sports activities.

19     Q.   Did you prepare this document?

20     A.   Yes, sir.

21     Q.   Did you rely on the QuickBooks data to prepare

22 it?

23     A.   Yes, sir.

24     Q.   What would fall under the umbrella of sports

25 income?