Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   FREDERICK ADDISON, ET AL.,    CIVIL ACTION NO.
              Plaintiffs,          19-11133, c/w 19-14512
 5   VERSUS
                                   SECTION: "E" (5)
 6   LOUISIANA REGIONAL
     LANDFILL COMPANY, ET AL.,
 7            Defendants.
 8   * * * * * * * * * * * * * * * * * * * * * * * * *
 9         TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:
10                    SCOTT GREMILLION,
11   TAKEN ON BEHALF OF DEFENDANTS, LOUISIANA REGIONAL
12   LANDFILL COMPANY, WASTE CONNECTIONS BAYOU, INC., WASTE
13   CONNECTIONS US, INC., JEFFERSON PARISH, AND APTIM
14   CORP.
15   * * * * * * * * * * * * * * * * * * * * * * * * *
16             REPORTED AT THE LAW OFFICES OF:
17             LISKOW & LEWIS, APLC
18             701 POYDRAS STREET, SUITE 5000
19             NEW ORLEANS, LOUISIANA  70139
20
         COMMENCING AT 9:08 A.M., ON JUNE 8, 2023
21
22   Reported by:
23      YOLANDA J. PENA, Certified
        Court Reporter No. 2017002
24      in and for the State of
        Louisiana
25
```

Page 59

1    smell was there two to five times per week.  Right?
2         A.   Right.
3         Q.   So how -- I know that there will be occasions
4    where she may get sick, she's a child, that is not
5    accompanied with the smell.  But I would imagine that a
6    vast majority of the times that she would complain of
7    this -- a couple times a week, as you put it -- the
8    smell would have been present; is that fair?
9         A.   That's fair.
10        Q.   Okay.  So -- and I'm -- so to clear up my
11   question, I'm not asking if you knew what you were
12   smelling or anything like that.  But you associated the
13   illnesses with the smell, correct?
14        A.   Correct.
15        Q.   Okay.  All right.  And you say she didn't want
16   to go outside.  I'm assuming you were referring to at
17   your home?
18        A.   Either that or at swim practice.
19        Q.   Okay.  And where did she have swim practice
20   at?
21        A.   She had it at Paradise Manor and at Elmwood
22   Fitness.
23        Q.   Where is Paradise Manor?
24        A.   It's at the end of -- what's the name of that?
25   It's not Sauve.  It might be Sauve.

Page 69

1    Q.   Got it.  And then at Elmwood during the months
2    where Paradise Manor was not open, you said it could be
3    up to five times a week, depending.
4    A.   Correct.
5    Q.   How often did she typically go?
6    A.   I would say -- I mean, I'm guessing -- three
7    to four.
8    Q.   Okay.
9    A.   We typically like to give a Friday off.
10   Q.   Sure.  And then you had told me before there
11   were some times where you would not go to swim practice
12   at Paradise Manor because of you'd walk out and
13   experience the smell or she would complain of it; is
14   that fair?
15   A.   Correct.
16   Q.   Did you have that same kind of exchange with
17   Elmwood?
18   A.   Yes.
19   Q.   And how often did that occur?
20   A.   A handful of times.
21   Q.   Okay.  Handful of times throughout the
22   duration of the --
23   A.   I would say a handful of times each year.
24   Q.   What is a handful of times?  Less than five?
25   A.   I would say, yes.

Page 178

1  cancel a golf round because of any odors or anything
2  you smelled?
3       A.   No.  I mean, those golf courses were -- I
4  don't think they would be affected.  But no.  Like I
5  said, I didn't -- at that point, the kids were so young
6  and I was working.  Golf is a -- was fun but it wasn't
7  priority.
8       Q.   Got you.  You mentioned a lot of sports,
9  football, basketball, baseball, softball.  How many
10 days a week were you at Little Farms with practices and
11 games during the relevant time period?
12      A.   Probably two.  I mean, at that age, I think we
13 had one practice a week and then one game.
14      Q.   Got you.  So you were pretty busy with --
15 between the swimming and the play --
16      A.   I didn't coach swimming, but we would go to
17 the meets.
18      Q.   Got you.  And that was Paradise Manor?
19      A.   Paradise Manor and Elmwood.
20      Q.   Do you know the exact address of
21 Paradise Manor?
22      A.   We could google it.  I don't know off the top
23 of my head.
24      Q.   Got you.  Did you ever smell the odors while
25 you were at Paradise Manor?

```
                                                        Page 179
 1        A.    Absolutely.
 2        Q.    Did you -- as a board member, did you receive
 3   any complaints from members regarding odors?
 4        A.    If you consider complaints frustrations, then
 5   yes.  I mean, that was a common topic there, just
 6   frustrated with feeling deceived by the -- you know,
 7   everyone involved.
 8        Q.    Were those complaints verbal or written?
 9        A.    Verbal.  I mean, that would be kind of weird,
10   sitting at a club, writing notes on having a
11   conversation with a friend.
12        Q.    Earlier you had mentioned you received an
13   offer from IronPlanet.
14        A.    Yes.
15        Q.    Do you remember that?
16              Was that a remote position as well?
17        A.    That was not.
18        Q.    Okay.  Would you have -- where would you have
19   had to move?
20        A.    Fort Worth.  Potentially other places.  I
21   mean, it's a worldwide company, so.
22        Q.    You ended up turning down IronPlanet Sulfur,
23   correct?
24        A.    Yes.
25        Q.    Was relocation a consideration for you turning
```