Snack Bar Income 12-23 Summary

| Year | Revenue |
|---|---|
| 2012 | 17097.64 |
| 2013 | 15473.52 |
| 2014 | 15118.34 |
| 2015 | 15524.58 |
| 2016 | 18564.38 |
| 2017 | 13203.07 |
| 2018 | 18390.88 |
| 2019 | 16606.45 |
| 2020 | 4213.83 |
| 2021 | 17340.23 |
| 2022 | 20009.36 |
| 2023 | 23567.13 |
| Total | 195109.41 |

EXHIBIT G

Rental Income 12-23 Summary

Rental Income

| Year | Total Rentals | Revenue |
|---|---|---|
| 2012 | 38 | 8817.5 |
| 2013 | 56 | 15000 |
| 2014 | 43 | 11900 |
| 2015 | 34 | 9720 |
| 2016 | 26 | 12482 |
| 2017 | 29 | 10102 |
| 2018 | 42 | 15688 |
| 2019 | 51 | 18099.5 |
| 2020 | 9 | 4080 |
| 2021 | 26 | 16451.25 |
| 2022 | 43 | 23352.18 |
| 2023 | 32 | 15629.3 |

Events and Programs 12-23 Summary

| Year | Revenue |
|---|---|
| 2012 | 8161 |
| 2013 | 6919.88 |
| 2014 | 9752.3 |
| 2015 | 9747.12 |
| 2016 | 10651.36 |
| 2017 | 13590.5 |
| 2018 | 15147.59 |
| 2019 | 22399.43 |
| 2020 | 17311.42 |
| 2021 | 5756.26 |
| 2022 | 7917.8 |
| 2023 | 8268.34 |
| Grand Total | 135623 |