


May 30, 2018

Mr. Keith Conley, Chief Operating Officer
Jefferson Parish – Parish Presidents Office
834 S. Clearview Parkway
Harahan, LA 70123

RE: May 8, 2018 Meeting

Dear Mr. Conley:

The purpose of this letter is to follow up on our May 8, 2018 meeting between Jefferson Parish and Waste Connections (WCI) personnel. During the meeting you had requested we provide documentation related to the deficiencies of the pumping system at the Jefferson Parish Landfill during initiation of the operating contract of Phase 4A. Below is a summary timeline of the events that took place when the operating contract was initiated.

**General Timeline:**

- February 4, 2011 – Addendum No. 3, Request for Proposals To Provide Landfill Operations, Management, and Maintenance Services for the Jefferson Parish Landfill, RFP – 0227. Question 77 found on Page 16 of 20 states: "*Will all leachate pumps, lift stations, aerators, and other major equipment be in full working order when the contractor assumes responsibility for maintenance?*" The Parish Answer: "*Yes.*"
- May 12, 2012 – Signed Landfill Operational Contract between IESI LA Landfill Corporation (IESI) and the Parish of Jefferson. This contract is to Operate, Manage, and Maintain the Jefferson Parish Sanitary Landfill Site. IESI's full responsibilities were to commence following the completion of Services that were currently being maintained by the Waste Management Inc. (WMI) the current contractor. As of the date of this contract, all leachate pumps, lift stations, aerators, and other major equipment have not been in full working order despite numerous attempts made by the Parish to WMI to fulfill their previous contract obligations.
- May 28, 2012 – IESI and their subcontractor commence earth work activities and cell construction on Phase 4A Cells 20/21.

- May 1, 2013 – IESI takes over waste disposal operations and officially starts receiving waste in Phase 4A (Cell 20). WMI maintains representative on-site to complete contractual obligations such as construction and full closure of Phase 3B, asphalt the main haul road up to the intersection of Phase 3B and Phase 4A, electrical issues, leachate forcemain and entire leachate conveyance system repairs, main building repairs, and general improvements of deficiencies throughout the facility (Old landfill Phases I and II, Phase 3A, Phase 3B and surrounding areas and controls). Ultimately, the Parish pursued legal action against WMI for claims that WMI failed to complete their contractual obligations. The status of any resolution to legal actions or mutually agreed mediations resulting from operational and contractual deficiencies remains uncertain to WCI.

**Transition meeting(s) with IESI and Parish outlining non-conforming operational contract requirements and deficiencies between WMI and Jefferson Parish:**

- August 24, 2012 – Meeting at the Parish Administrative office between the Administration of Jefferson Parish and IESI to identify non-conforming operational contract requirements and facility deficiencies between WMI and Jefferson Parish. During the transitional period (throughout 2012 & 2013) several meetings were held between the Administration of Jefferson Parish and IESI to work hand in hand with all the deficiencies that need to be completed before IESI can take over those responsibilities. Mr. Jeff Palutis (IESI) followed up with an email summary discussed on the next bullet.
- September 17, 2012 *(Attachment 1)* – Mr. Jeff Palutis sends an email (Subject Jefferson Parish Operational Contract) to Jacques Molaison and Rick Buller summarizing the August 24th Meeting. The three page email summary starts out with: "*Jacques, Thank you for organizing the meeting on Friday August 24, 2012 regarding the Jefferson Parish operational contract. As requested, I'm sending you this email to summarize any current non-conforming operational contract requirements that will have to be completed prior to IESI/Progressive Waste Solutions taking over this contract from WMI. The items shown below are mostly pertaining to tasks not being performed as identified in the contract between the Parish of Jefferson and John Sexton Sand & Gravel dated October 1996; this Original Contract was sold, transferred, and assigned to Waste Management (WMI) on October 14, 1999.*" The email summary gives a very good understanding of the numerous non-conforming operational contract issues and deficiencies. Additionally, at the request of the Parish, an estimated cost to complete each non-conforming issue was provided. The summary also stated that the list was "*not all inclusive*" and if the Parish wanted IESI to perform the work because WMI refused, that "*any additional work will need to be agreed upon and properly compensated*". The email list was also prepared prior to

hurricane Isaac and any additional non-conforming deficiencies or operational requirements following the hurricane were not listed.

- September 21, 2012 *(Attachment 2)* – Mr. Jeff Palutis sends an email (Subject Jefferson Parish Meeting and follow-up issues discussed) to Rick Buller. " I want to thank you for raising the issues yet again, but at this point WMI needs to perform the activities and do the right thing."
    1. Drainage around Phase 3B – "...*These Leachate seeps and spills have been an ongoing issue from day one.*"
    2. Leachate Seeps and running leachate into the Phase 4A/Phase 3B tie in area – "... *I know you have been after WMI for months to fix this, but they are not responding. Additionally, all four sides of the landfill are running heavy amounts of leachate in the drainage area. In my opinion, this type of situation takes years to build that much leachate head from not pumping...*"
    3. Canal near Phase 3A/4B – "*as previously discussed the soil was removed* (by WMI during previous operations) *from the back side of the Levee potentially creating a slope failure during rain events when the canal is filling...*"
- September 21, 2012 *(Attachment 3)* – Mr. Jeff Palutis sends an email (Subject Sept 20 Jefferson Parish Construction Schedule.xlsx) to Rick Buller. More discussions about non-conforming operational issues with WMI. It reads: "*It is very important that WMI fix the Leachate spilling along the Phase 4A/Phase 3B tie in and along pump out the drainage ditches to complete the forcemain installation.*"
- September 21, 2012 *(Attachment 4)* – Email to Rick Buller (Subject RE: Excavation pricing for daily cover). Additional operational issues, "Rick, there are so many issues at the site, that you may want to bring this option up to the city council just in case IESI (or its contractor) need to work on stuff that is time sensitive that WMI is not doing..."
- April 19, 2013 *(Attachment 5)* – Mr. Jeff Palutis sends an email to Marnie Winter. "...*As discussed in our Transition Meeting there are still many areas of the existing units not up to compliance or permit design. We will need these area(s) properly fixed and maintained prior to IESI taking over responsibilities for long term maintenance...*"
- April 22, 2013 *(Attachment 6)* – Mr. Jeff Palutis sends an email to Jacques Molaison, Marnie Winter, Rick Buller, and other IESI representatives. This email summarizes the recent Parish and IESI Transition Meeting and provides yet again bullet points of continued overwhelming deficiencies not resolved by the Parish and WMI. One bullet point reads: "*Jefferson Parish stated they would abide by the contract and hold WM's feet to the fire...*" Ultimately the Parish was not successful in working with WMI as many of the deficiencies were not resolved.

  This email also stated that the Parish performed its own in-house building inspection of deficiencies and sent the list of deficiencies to WMI on April 14,

2013; the Parish is waiting on an independent report of existing landfill units (as IESI will not take over maintenance of the existing units until everything is in compliance *"IESI (if possible) will help the Parish, but will need instruction and look for compensation of extra work needed."*

- April 23, 2013 (Attachment 7 and 7A – Parish letter) – Email from Marnie Winters with letter attachment requesting Manny Silver (Entergy Louisiana, Inc.) to inspect the power lines and transformers serving Jefferson Parish Landfill.
- During operations in 2013, IESI assisted the Parish with leachate issues neglected from the previous contractor to help keep the site in compliance. Many of the tasks to assist the Parish were performed at no charge and in the spirit of cooperation. See (Attachment 8 and 8A - invoice) for one example of many.

**<u>Parish Engineer Authorizes Partial Extra Work for Site Compliance and Failure of Parish/WMI to address site deficiencies (estimated, September 2013 – January 2014):</u>**

- As some of the extra work being performed by IESI to help the Parish started to uncover more complicated, additional, and previously existing deficiencies. The Parish Engineer ordered IESI to perform the extra work on a Time and Materials basis. The Time and Materials extra work was performed around September 2013 through January 2014. Even though many long hours, expense, and equipment time (IESI and IESI's subcontractors) was provided to the Parish to help keep things moving before the T&M extra work.
- IESI invoiced the Parish for the extra work performed as requested and followed up with a certified letter from IESI's Legal Counsel dated October 22, 2014. Resolution No. 124050, adopted by the Jefferson Parish Council December 10, 2014, IESI was paid for the extra work authorized and requested by the Parish Engineer. This extra work was minimal compared to the huge amount of non-conforming and deficiencies throughout the facility and years of neglect.
- The extra work was getting more complex and consuming much of the on-site Landfill Managers time and costs were about to start increasing significantly. As the extra work was being completed by IESI and their subcontractors, Rick Buller was drafting an "Additional Services Request" for much of the deficiencies requiring repair and correction due to incomplete work by the prior Landfill Contractor (WMI).
- December 2, 2013 – Rick Buller sends an Additional Services Request letter to Mr. Jeff Palutis, Director of Landfills (IESI). The request reads in part: *"Jefferson Parish requests that IESI begin work to address the deficiencies requiring repair and correction at the Jefferson Parish Sanitary Landfill due to incomplete work by the prior Landfill Contractor."* The letter continued to read: *"For each of the tasks below, Jefferson Parish requests that IESI provide a cost estimate and unit costs to complete the tasks. Jefferson Parish will prepare a supplemental agreement for*

*approval by the* Parish Council and IESI for the compensation for the additional Services/Work." The Additional Services/Work requested was associated with: Surveying work for the Phase 3B incomplete final cover, completion of Phase 3B final cover, Phase 3B Ditches and Service road, Leachate forcemain leak from Lift Station No. 1 to Lift Station No. 2 Leachate pumps "remove all pumps from the leachate collection system risers and repair all pumps and appurtenances as noted on the attached Table entitled "*Inspection of Leachate Collection Systems.*", Cleaning Leachate Sumps, Leachate Pump Aerator/Lift Station Control Panels, and Electric Power Supply (Including replacement of transformers and work included in the "*Inspection of Power Poles*").

- January 2, 2014 – IESI drafts a letter to Rick Buller in response to his December 2, 2013 Request for Additional Services. This letter was either provided informally or formally to Mr. Buller in early January 2014. The cost estimate to fulfill the Additional Services requested was over $2,400,000 and both parties agreed this was a WMI/Parish issue and should be resolved accordingly. Additionally, the extra work tasks were too big to undertake and could possibly take away valuable time associated with IESI's responsibilities to operate and maintain the current operations that were in compliance and to focus on proper disposal of waste in Phase 4A.
- On January 9, 2014, the Parish ordered IESI to stop the "Partial" extra work that was previously authorized by the Parish Engineer because the revised extra work associated with the Parish December 2, 2013 "Additional Services Request" was so enormous the Parish needed to consider other options (including forcing WMI to complete its contractual obligations).
- February 2014 (Attachment 9) – IESI generated an additional Punch List of deficiencies in addition to Mr. Buller's December 2, 2013 letter for Additional Services. The IESI Punch list continued to show deficiencies and issues not addressed by WMI and the Parish over and beyond any other list generated at the time. The additional issues dealt with: General Issues throughout the facility, Phase I & II, Lift Station, Phase 3A, Phase 3B, Main Building, and Asphalt Road.
- November 26, 2014 (Attachment 10) – IESI contracted with Sigma Engineers to prepare hydraulic modeling of the forcemain system. The results of the modeling were shared with the Parish and their consultant, Infinity Engineering. This modeling was an out of scope item that IESI paid for in good faith and did not request compensation for the additional work that totaled over $44,000.

In summary, you can clearly see that the deficiencies with the leachate system were due to years of neglect by WMI. As noted above, the Parish stated in Addendum 3 that all leachate pumps, lift stations, aerators, and other major equipment be in full working order when the contractor assumes responsibility for maintenance. IESI acted as a critical partner with Jefferson Parish to identify and help build a case against WMI and their derelict of duties as it pertained to their operating contract. IESI was in constant communication with the

Parish's engineering and legal team while expending critical resources to help the Parish fix the issues outlined above. At the commencement of the operating contract IESI presumed the leachate pumping system was designed and maintained properly by WMI. With being told the pumping system would be operational IESI anticipated the annual operations and maintenance of landfill pumping systems to be minimal and essentially a negligible cost of operating the landfill.

If you have any questions, need any additional information or would like to consider a proposal from Waste Connections to correct the leachate pumping and conveyance system at the Landfill, please feel free to call me at (832) 442-2900 or email at RobN@WasteConnections.com.

Sincerely,

Rob Nielsen
Region Vice President

Attachments:
Attachment 1 – September 17, 2012 (email)
Attachment 2 – September 21, 2012 (email)
Attachment 3 – September 21, 2012 (email)
Attachment 4 – September 21, 2012 (email)
Attachment 5 – April 19, 2013 (email)
Attachment 6 – April 22, 2013 (email)
Attachment 7 – April 23, 2013 (email)
Attachment 7A – Attached Letter from April 23, 2013 email
Attachment 8 – June 12, 2013 (email)
Attachment 8A – Attached invoice from June 12, 2013 email
Attachment 9 – February 24, 2014 additional Punch list
Attachment 10 – November 26, 2014 (email) – Extra work Sigma Engineers