```
 1  J10897892 sh

 2
                  UNITED STATES DISTRICT COURT
 3                EASTERN DISTRICT OF LOUISIANA

 4
    ELIAS JORGE "GEORGE"          |
 5  ICTECH-BENDECK,               |    CIVIL ACTION
          Plaintiff              |
 6                                |    NO. 18-7889
    VERSUS                        |    c/w 18-8071,
 7                                |    18-8218, 18-9312
    PROGRESSIVE WASTE SOLUTIONS   |
 8  OF LA, INC., ET AL.,          |    SECTION: "E" (5)
          Defendants             |
 9                                |
    Related Case:                 |
10                                |
    FREDERICK ADDISON, ET AL.,    |
11        Plaintiff              |    CIVIL ACTION
                                  |
12  VERSUS                        |    NO. 19-11133 c/w 19-14512
                                  |
13  LOUISIANA REGIONAL LANDFILL   |    SECTION: "E" (5)
    COMPANY (LRLC), ET AL.,       |
14        Defendants             |
    _____|_____
15

16

17            VIDEOCONFERENCE ORAL DEPOSITION OF

18                       ROB NIELSEN

19                     FEBRUARY 9, 2024

20                  (Reported remotely.)

21

22

23

24

25
```



| | | |
|---|---|---|
| 1 | A.  Thirty days. | 11:57AM |
| 2 | Q.  I'm sorry.  Thirty days.  You're right. | 11:57AM |
| 3 | Thirty days.  "That has never happened.  It is well | 11:57AM |
| 4 | documented by the parish through hundreds of documents | 11:57AM |
| 5 | and three contract amendments and hundreds of pages of | 11:57AM |
| 6 | e-mails," right? | 11:57AM |
| 7 | You said that, right? | 11:57AM |
| 8 | A.  Yes. | 11:57AM |
| 9 | Q.  Okay.  Well, now, when you were speaking on | 11:57AM |
| 10 | behalf of -- when you were speaking with Mr. Calder off | 11:58AM |
| 11 | the record, were you doing so in your position as | 11:58AM |
| 12 | vice -- as region vice president, Waste Connections? | 11:58AM |
| 13 | A.  Well, there's what my title was, so, of course, | 11:58AM |
| 14 | that's what I was speaking to him from. | 11:58AM |
| 15 | Q.  And -- and -- | 11:58AM |
| 16 | (Simultaneous discussion.) | 11:58AM |
| 17 | A.  I'm not sure what you were asking. | 11:58AM |
| 18 | Q.  (BY MR. ROWE)  Well, I'm asking if you were | 11:58AM |
| 19 | doing it pursuant to your job duties.  You know, | 11:58AM |
| 20 | speaking to the press was, you know, in the course and | 11:58AM |
| 21 | scope of what your job duties were at Waste Connections, | 11:58AM |
| 22 | right? | 11:58AM |
| 23 | A.  Ask that again. | 11:58AM |
| 24 | Q.  Okay.  You're the region vice president for | 11:58AM |
| 25 | Waste Connections, right? | 11:58AM |



| | | |
|---|---|---|
| 1 | A.  At that time, yes. | 11:58AM |
| 2 | Q.  At that time.  And -- and there is an issue | 11:58AM |
| 3 | that came up involving Jefferson Parish that had | 11:58AM |
| 4 | garnered attention in the press, right? | 11:58AM |
| 5 | A.  We've been through this. | 11:58AM |
| 6 | Q.  And Jefferson Parish was within the southern | 11:58AM |
| 7 | region of which you were the region vice president, | 11:58AM |
| 8 | right? | 11:59AM |
| 9 | A.  Yes. | 11:59AM |
| 10 | Q.  So, when you were talking to the -- the | 11:59AM |
| 11 | reporters, Mr. Calder being one of them, you were | 11:59AM |
| 12 | talking to them in your capacity as region vice | 11:59AM |
| 13 | president, were you not? | 11:59AM |
| 14 | A.  Of course. | 11:59AM |
| 15 | Q.  Yeah.  Okay.  And, so, you were speaking on | 11:59AM |
| 16 | behalf of the company.  Would you agree with that? | 11:59AM |
| 17 | MS. CIOLINO:  Object to form. | 11:59AM |
| 18 | A.  Speaking on behalf of LRLC. | 11:59AM |
| 19 | Q.  (BY MR. ROWE)  Okay.  Now, let's talk about | 11:59AM |
| 20 | that for a minute.  You're not employed by LRLC; is that | 11:59AM |
| 21 | right? | 11:59AM |
| 22 | A.  I don't know who I'm employed by. | 11:59AM |
| 23 | Q.  Okay.  Who do you think you're employed by? | 11:59AM |
| 24 | MS. CIOLINO:  Object to form. | 11:59AM |
| 25 | A.  I -- I don't know what corporation. | 11:59AM |



| | | |
|---|---|---|
| 1 | Q.  (BY MR. ROWE)  Okay.  And, so, are we talking | 11:59AM |
| 2 | now or are we talk -- let's talk -- I mean, let's -- | 11:59AM |
| 3 | well, let's ask both.  Do you know who you're employed | 11:59AM |
| 4 | by now, February 2024? | 12:00PM |
| 5 | A.  If you're asking me to get into the details of | 12:00PM |
| 6 | which corporation employs me, I don't know the answer to | 12:00PM |
| 7 | that.  I will tell you I work for Waste Connections. | 12:00PM |
| 8 | I'm not sure which corporation. | 12:00PM |
| 9 | Q.  Now, if that's true now, was it also true in | 12:00PM |
| 10 | 2016 to 2019? | 12:00PM |
| 11 | A.  I don't believe that who I've been attached to | 12:00PM |
| 12 | is -- has ever changed. | 12:00PM |
| 13 | Q.  Okay.  But you don't even know who that is at | 12:00PM |
| 14 | this point. | 12:00PM |
| 15 | A.  I don't know the -- the proper corporate | 12:00PM |
| 16 | entity. | 12:00PM |
| 17 | Q.  Okay.  And, so, how is it that you are speaking | 12:00PM |
| 18 | on behalf of LRLC? | 12:00PM |
| 19 | A.  Because I was the region vice president over | 12:00PM |
| 20 | LRLC. | 12:00PM |
| 21 | Q.  Okay.  All right.  Now -- now -- and then in | 12:00PM |
| 22 | this e-mail where you're talking in -- let's see.  We -- | 12:01PM |
| 23 | okay.  And you say, "This is clearly an effort by River | 12:01PM |
| 24 | Birch to close this landfill and get the waste to | 12:01PM |
| 25 | theirs," okay? | 12:01PM |



| | |
|---|---|
| **From:** | Calder, Chad [ccalder@theadvocate.com] |
| **Sent:** | Wednesday, July 25, 2018 1:05 AM |
| **To:** | Rob Nielsen |
| **Subject:** | RE: Louisiana Regional Landfill Company reply to Jefferson Parish Press Conference today July 23 2018 |

Will look into it.

I won't put this in your mouth (or anyone's for now) but does it seem like the parish was taking all the credit for that hire. They told me they hired them for a story I wrote well over a week ago and didn't mention you guys at all.

---

**From:** Rob Nielsen <RobN@WasteConnections.com>
**Sent:** Tuesday, July 24, 2018 7:03 PM
**To:** Calder, Chad <ccalder@theadvocate.com>
**Subject:** Re: Louisiana Regional Landfill Company reply to Jefferson Parish Press Conference today July 23 2018

Correct on Odor Consultant, our cost and we make public no matter the results.  NCM Odor control.

Carlson is the JP consultant and I'm not sure who they are, but  I'm told they are consultant of Riverbirch.... surprise.

Verify that.

Sent from my iPhone

On Jul 24, 2018, at 6:44 PM, Calder, Chad <ccalder@theadvocate.com> wrote:

> Quick question …
>
> This:
>
> In addition, LRLC, at its own expense, has hired a nationally known odor mitigation firm in order to assist the Parish in identifying all sources of local odors, including the two River Birch landfills immediately adjacent to the Jefferson Parish Landfill.  A final report detailing those findings will be made public in the coming weeks.
>
> Is this Carlson Environmental Consultants?
>
> ---
> **From:** Rob Nielsen <RobN@WasteConnections.com>
> **Sent:** Tuesday, July 24, 2018 5:16 PM
> **To:** Calder, Chad <ccalder@theadvocate.com>
> **Subject:** RE: Louisiana Regional Landfill Company reply to Jefferson Parish Press Conference today July 23 2018
>
> Yes, I sent you the parish contract and the amendments.  Let me see if I can split them up and send it.
>
> ---
> **From:** Calder, Chad [mailto:ccalder@theadvocate.com]
> **Sent:** Tuesday, July 24, 2018 5:13 PM
> **To:** Rob Nielsen

1

**Subject:** RE: Louisiana Regional Landfill Company reply to Jefferson Parish Press Conference today July 23 2018

I don't know if there was supposed to be an attachment to this, but I didn't get it.

cc

---

**From:** Rob Nielsen <RobN@WasteConnections.com>
**Sent:** Tuesday, July 24, 2018 5:04 PM
**To:** Calder, Chad <ccalder@theadvocate.com>
**Subject:** RE: Louisiana Regional Landfill Company reply to Jefferson Parish Press Conference today July 23 2018

Off the record. Look at the Paragraph on page 13 I am sending you, that talks about the leachate system working for 30 days... it has never worked for 30 days, JPLF and their consultants agree and there are hundreds of documents about this.

---

**From:** Calder, Chad [mailto:ccalder@theadvocate.com]
**Sent:** Tuesday, July 24, 2018 5:01 PM
**To:** Rob Nielsen
**Subject:** RE: Louisiana Regional Landfill Company reply to Jefferson Parish Press Conference today July 23 2018

Got it. Off the record. I can talk tomorrow before 10 a.m. or after 1 p.m.

cc

---

**From:** Rob Nielsen <RobN@WasteConnections.com>
**Sent:** Tuesday, July 24, 2018 4:48 PM
**To:** Calder, Chad <ccalder@theadvocate.com>
**Subject:** RE: Louisiana Regional Landfill Company reply to Jefferson Parish Press Conference today July 23 2018

All of this is off the record. The disagreement stems from the leachate system having never worked. The contract contemplates a leachate control system handed to us after it have functioned for 30 days. That has never happened, it is well documented by the Parish through hundreds of documents, and three contract amendments and hundreds of pages of emails. We take in 900 tons per day, the Riverbirch's landfills on each side of us take in 5-6 times more waste daily. This clearly is an effort by Riverbirch to close this landfill and get the waste to theirs. The JP landfill has odor issues stemming from the lack of the systems working properly, no doubt, but it is not the major cause of the odors, but a contributor. Go stand downwind of the RB Construction and demo landfill and smell the sulfur smell coming from the degrading drywall.

I can talk tomorrow via telephone if you like, but again, none of the above is suited for print.

---

**From:** Calder, Chad [mailto:ccalder@theadvocate.com]
**Sent:** Tuesday, July 24, 2018 4:40 PM
**To:** Rob Nielsen
**Subject:** RE: Louisiana Regional Landfill Company reply to Jefferson Parish Press Conference today July 23 2018

2

WC_JPLF_00275944

I did not, but I got this one. Thank you for sending. Are you going to leave the comment at this? I can also talk off-the-record if there is any background you think I should have.

cc

**From:** Rob Nielsen <RobN@WasteConnections.com>
**Sent:** Tuesday, July 24, 2018 4:36 PM
**To:** Calder, Chad <ccalder@theadvocate.com>
**Subject:** FW: Louisiana Regional Landfill Company reply to Jefferson Parish Press Conference today July 23 2018

Hey Chad, I sent this to you last night, but is looks like you did not get it?

See last paragraph about who is driving this.

## Rob Nielsen | Region Vice President
Waste Connections, Inc.
Southern Region
3 Waterway Square Place, Ste. 550
The Woodlands, TX 77380

Office: 281.873.3912 |Mobile: 832.904.7439 | Fax: 281.873.3299
E-Mail:  RobN@wasteconnections.com

<image001.png>

---

**From:** Rob Nielsen
**Sent:** Monday, July 23, 2018 4:44 PM
**To:** 'ccalder@theadvocate.com'; 'news@wgno.com'; 'jlarino@nola.com'; 'lbale@wwltc.com'
**Subject:** Louisiana Regional Landfill Company reply to Jefferson Parish Press Conference today July 23 2018

Please see attached company response to Jefferson Parish Press Conference held today on the Jefferson Parish Landfill:

On July 18, 2018, Louisiana Regional Landfill Company (formerly known as IESI LA Landfill Corporation) ("LRLC") received a Notice of Breach from the Jefferson Parish Attorney, Michael Power, related to LRLC's operation of the Jefferson Parish Sanitary Landfill Site (the "Landfill"). LRLC has operated Phase IV of the Landfill since May 2012 pursuant to the terms and conditions of that certain *Contract to Provide Services to Operate, Manage, and Maintain the Jefferson Parish Sanitary Landfill Site* between LRLC and Jefferson Parish (the "Landfill Operating Agreement"). LRLC strongly denies the Parish's assertion that LRLC is in breach of the Landfill Operating Agreement. LRLC has at all times operated the Landfill in accordance with the provisions of the Landfill Operating Agreement and under the direction and supervision of Jefferson Parish, which has approved all waste streams accepted by LRLC at the Landfill.

As it relates to the allegation of foul odors coming from the Landfill, the landfill gas collection and control system at the Landfill is designed to capture landfill gases which cause odors. Jefferson Parish

3

WC_JPLF_00275945

operates and maintains the landfill gas collection and control system at the Landfill, not LRLC. It is well documented that the landfill gas collection and control system at the Landfill does not function properly. In an effort to assist Jefferson Parish with potential odors that may be coming from the Landfill, LRLC, by letter dated July 20, 2018, has offered to take over the operation, inspection, adjustment, repair, and maintenance of the landfill gas collection and control system for Phase III-B and Phase IV-A of the Landfill for 90 days at LRLC's sole cost and expense. The Parish has not yet responded to that offer. In addition, LRLC, at its own expense, has hired a nationally known odor mitigation firm in order to assist the Parish in identifying all sources of local odors, including the two River Birch landfills immediately adjacent to the Jefferson Parish Landfill. A final report detailing those findings will be made public in the coming weeks.

We were led to believe today's press conference was intended to alert the public to our offer to resolve the Parish's odor issue at the Landfill and thank us for our offer. We are dismayed by the Parish's actions today and can only speculate on what may have transpired behind the scenes since our offer, especially in light of the troubled history of the site prior to our involvement and historical political influence of the neighboring River Birch landfill.

Contact:

Worthing Jackman

President

Waste Connections

3 Waterway Square Place

Suite 110

Worthing.Jackman@wasteconnections.com

832 442 2200

WC_JPLF_00275946