

JOHN BEL EDWARDS
GOVERNOR

CHUCK CARR BROWN, PH.D.
SECRETARY

# State of Louisiana

## DEPARTMENT OF ENVIRONMENTAL QUALITY
## OFFICE OF ENVIRONMENTAL COMPLIANCE

INS 20190058

### Air, Solid Waste, and Water Assessment Inspection Report

Inspection Date: __10/1/2018 through 11/30/2018__   Incident No.: __N/A__

AI No.: __6961__                          Alt. ID/Permit No: __D-075-1639-P-171 R2__

Company Name: __Jefferson Parish Government dba. Jefferson Parish Sanitary Landfill__

__5800 U.S. Hwy 90__

Physical Location: __Avondale__              __LA__     Parish: __Jefferson__
                   (City)                    (State)

Mailing Address: __5800 U.S Highway 90__    __Avondale__        __LA__      __700__
                 (Address)                   (City)            (State)   (Zip)

Facility Representative/Title: __Richard Mayer, Michael Desoto, Mark Klym__

Facility Representative Telephone No.: __504-361-0094__

LDEQ Lead Inspector: __Wayne J. Desselle__

Other Inspectors: __Dionne Magness, Holly Herrmann, Zoila Osteicoechea,__

__Lindsay Maloan, Daniel Cristina, Jeff Parham, Jessica Barbe__

__Angela Scheuer, Tyler Williams, Karen Price, Malcolm Andry__

__Vincent Cheramie, Martin Perilloux, Donelson Caffery, Brian Tusa,__

__Hoa Van Nguyen, David Malta__

Report By: _Wayne J. Desselle_____   _12/3/2018_
           Wayne J. Desselle, Environmental Scientist Staff   (Date)

Reviewed By: _Brian Tusa_____   _12/3/18_
             Brian Tusa, Environmental Scientist Manager   (Date)

APTIM-0008447

## LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
## INTRA-AGENCY ROUTING FORM

**TO:**  Enforcement Division

**FROM:**  Surveillance Division

**Routing Date:**  12/3/2018

---

### Facility Information

| | |
|---|---|
| **Company Name:** | Jefferson Parish Government |
| **Facility Site Name:** | Jefferson Parish Sanitary Landfill |
| **Agency Interest No:**  6961 | **Alt. AI No:**   D-051-0090, P-0297R1-M7 |

| Mailing Address: | Physical Address: |
|---|---|
| **Street:**   834 S. Clearview Parkway | **Street**   5800 Highway 90 W. |
| **City, State, Zip:**   Harahan, LA 70123 | **City, Parish**   Avondale, Jefferson |

**Responsible Party/Contact Person:**   Michael P. Lockwood, Director
Jefferson Parish Department of Environmental Affairs

**Responsible Party/Contact Person Telephone No:**   (504) 436-0152

---

### Inspection/Referral Information

| | |
|---|---|
| **Inspection Date:**   10/01/2018 thru 11/30/2018 | **Hours Spent On Inspection/Report:**   150 |

**Media:** Check all that apply

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Air (inc. asbestos/lead): | ☒ | Water: | ☒ | Haz. Waste: | ☒ | Risk MPs: | ☐ | Remediation: | ☐ |
| Solid Waste (inc. tires): | ☒ | UST: | ☐ | Radiation: | ☐ | Stage 1 & 2: | ☐ | | |

| **Complaint?** ☐ Yes  ☒ No | **Follow up?** ☐ Yes  ☒ No | *If yes* |
|---|---|---|
| | | *Enforcement Action Number* |

**Inspector/Team Leader Name:**   Wayne Desselle

**Inspector/Team Leader Contact No.:**   504-736-7712

| **Approved By:** | *Bill* | **Date:** | 12/3/18 |
|---|---|---|---|
| **Approved By:** | | **Date:** | |
| **Circuit Rider Review:** | | **Date** | |

BT
12/3/18 - (ENF)

APTIM-0008448

| Basis for Routing (check all that apply) | | | |
|---|---|---|---|
| **Areas of Concern:** | ☒ | **Contamination Above RECAP:** | ☐ |
| ☐ | **Conveyance Notice Only** | **TEMPO Task ID No:** | |
| **Other:** ☐ | Please Explain: | | |

**Additional Information:** *This section should state the specific reason for the referral, actions that have been taken by the referring division and supporting documentation. This section should also provide sufficient discussion and/or documentation for the Division receiving the referral to take action including documentation of events leading to the referral and company contact information.*

- The facility failed to properly operate the leachate collection system in violation of Part II, Section 521.G.2.a. of the Solid Waste Permit Application, in violation of Conditions 7 & 8 of Standard Permit P-0297R1, and LAC 33:VII.901.A.

- The facility caused and/or allowed the discharge of leachate and stormwater that had been in contact with leachate or exposed waste into the Waggaman Canal, waters of the state, through storm water Outfall 011, on whenever it rains at Jefferson Parish Landfill in violation of La. R.S. 30:2075. *#006,009 + 012*

- The facility failed to diligently maintain control equipment in violation of LAC 33:III.905.

- The facility failed to maintain the leachate head in a pumped-down condition such that not more than one (1) foot of head exists above the lowest elevation of the leachate collection lines, in accordance with Part II, Section 521.E.3.f and 521.G.2.a. of the Solid Waste Permit Application, in violation of Conditions 7 & 8 of Standard Permit P-0297R1, and LAC 33:VII.901.A.

- The facility failed to implement erosion control measures on slopes on which interim cover was installed in violation of LAC 33:VII.711.B.2.e. and LAC 33:VII.711.B.2.f.

Revised 11/14/2016

APTIM-0008449

AI No.: 6961
Alt. ID No.: D-051-0090, P-0297-R1, LAR05M138, 1340-00140-V7

Facility: Jefferson Parish Sanitary Landfill
Inspection Date: 10/1/2018 thru 11/30/2018

## INTRODUCTION

LDEQ was tasked to conduct multimedia (Air, Water, and Solid Waste) assessment inspections at Jefferson Parish Sanitary Landfill (JPLF) beginning on October 1, 2018 as a result of repeated citizen odor complaints.

This report is to document all violations noted during multimedia assessment inspections at JPLF from October 1, 2018 through November 30, 2018. I reviewed all documentation from the inspections from October 1, 2018 through November 30, 2018.  Only the inspections that noted violations are included in the Areas Evaluated section of this report

## FACILITY DESCRIPTION

JPLF is registered with the LADEQ, under the registration number D-051-0090, as a Type I and II Sanitary Landfill which consists of approximately 848 acres and is operated by IESI LA Landfill Corporation. The permitted capacity of the landfill, according to the Certification of Compliance dated September 28, 2018, is 25,462,672 cubic yards, with 14,562,135 cubic yards remaining.  The estimated remaining life of the landfill is 385 months.

The landfill is divided into four phases, I, II, III A&B, and IV.  Phases I and II are collectively known as the Kelvin Tract.  Until January 2010, the Kelvin tract was permitted under Standard Permit P-0006.  Jefferson Parish (JP) consolidated the facility's two solid waste permits, P-0006 and P-0297, into one permit (P-0297-R1) in the last permit renewal application. The solid waste standard permit P-0297R1 had the modifications P-0297R1M1 approved on January 18, 2012, P-027R1M2 approved on September 16, 2012, P-0297R1M3 approved on October 22, 2012, P-0297R1M4 approved on January 10, 2013, P-0297R1M5 approved on March 3, 2013, P-0297R1M6 approved on October 20, 2014, and P-0297R1M7 approved on April 6, 2016.

Phase III began accepting waste January 1998.  Phase III-A is no longer receiving waste and the west, north, and south sides have synthetic cover installed.

The west, north, and south sides of Phase III-A have synthetic cover installed. The east side of Phase III-A does not have synthetic cover installed. Phase III-B (cells 13-19) the east, north, and south sides of Phase III-B have synthetic cover installed. The west side of Phase III-B does not have synthetic cover installed. Phase IVA is the current operating area. Phase IVA will connect Phases IIIA and IIIB together (see Attachment 1, Jefferson Parish Landfill Map for details)

JPLF also has a permitted Type I and Type II surface impoundment (Leachate Treatment Pond).  The SI is permitted to receive leachate from Phases I and II of the landfill. The Leachate Treatment Pond in not currently in service (it has rainwater in it).

2

APTIM-0008450

AI No.: <u>6961</u>
Alt. ID No.: <u>D-051-0090, P-0297-R1, LAR05M138, 1340-00140-V7</u>

Facility: <u>Jefferson Parish Sanitary Landfill</u>
Inspection Date: 10/1/2018 thru 11/30/2018

The facility has Air Permit 1340-00140-V7 that was issued July 15, 2016 and Water Multisector General Permit LAR05M138 that was reauthorized in May 2016

## FACILITY HISTORY

**COMPLIANCE ORDER SE-C-18-00372 issued June 22, 2018**
**An Adjudicatory Hearing was requested on July 27, 2018.**
**The following violations were cited:**

- The Respondent failed to provide sufficient daily cover to the entire open working face.

- The Respondent failed to properly operate the leachate collection system.

**CONOPP MM-CN-18-00614 issued September 18, 2018**
**An Adjudicatory Hearing was requested on 10/26/2018 & 10/29/2018.**
**The following violations were cited:**

- The Respondent failed to properly operate the leachate collection system.

- The Respondent failed to maintain the leachate head in a pumped-down condition such that not more than one (1) foot of head exists above the lowest elevation of the leachate collection lines.

- The Respondent failed to maintain on-site and provide records of the results of the quarterly gas emission.

- The Respondent caused and/or allowed the discharge of leachate into the Waggaman Canal, waters of the state.

- The August 28, 2018 file review revealed that the Respondent exceeded effluent limitations.

- The August 28, 2018 file review revealed the Respondent failed to conduct benchmark sampling for the first, second, and third quarters of 2017

- The August 10, 2018 inspection revealed that the Respondent had an inadequate Storm Water Pollution Prevention Plan (SWPPP).

- The August 28, 2018 file review revealed that the Respondent failed to submit annual DMRs for Outfalls 002, 003, 006, 007, 007A, 008, 009, 010, 011, and 012 for 201and for Outfall 012 for 2016.

- The Respondent operated the 11 engines prior to submitting a permit application and receiving authorization from the Department.

- The Respondent failed to submit the Title V 2016 First Semiannual Monitoring Report by the September 30, 2016 due date.

3

APTIM-0008451

AI No.: <u>6961</u>
Alt. ID No.: <u>D-051-0090, P-0297-R1, LAR05M138, 1340-00140-V7</u>

Facility: <u>Jefferson Parish Sanitary Landfill</u>
Inspection Date: 10/1/2018 thru 11/30/2018

- The Respondent failed to submit the Title V 2017 Second Semiannual Monitoring Report.
- The Respondent failed to submit the Title V 2017 Annual Compliance Certification. by March 31st for the preceding calendar year.
- The Respondent failed to diligently maintain control equipment.
- The Respondent failed to diligently maintain control equipment.
- Failure to comply with New Source Performance Standards (NSPS) for Municipal Solid Waste (MSW) Landfills, 40 CFR 60, Subpart WWW and the permitted operating parameters.

**NOTICE OF POTENTIAL PENALTY SE-PP-18-00875 issued November 19, 2018**
**A Notice of Potential Penalty was issued for:**
- Failure to provide sufficient daily cover to the entire open working face near the tipping area. Additionally, a portion of the working face had exposed waste without adequate cover.
- Failure to properly operate the leachate collection system.

**AREAS EVALUATED**

The focus of the multimedia assessment inspections was to document facility activities and progress with repairs. At the time of these inspections there were 77 Leachate Risers and 222 Landfill Gas Collection Wells at the JPLF. Listed below are the dates of site assessments where violations were observed. The violations were observed included leachate breakouts, landfill gas emissions from leachate risers, greater than 12" of leachate in cells, leachate risers not in service, unpermitted discharges of leachate and or contaminated stormwater, and failure to maintain interim cover. The violations in these categories are explained below. Only the lead inspector's name in listed by each inspection date.

**Leachate breakouts**

10/29/2018  Inspector – Karen Price.
A leachate breakout was observed on the south slope of cell 13S. Stormwater contaminated with leachate from this area drains into the canal located along the south access road. (Attachment 9)

10/31/2018  Inspector – Lindsay Maloan.
A leachate breakout was observed on the north slope of the landfill at the boundary of Phases IIIB and IVA. Stormwater contaminated with leachate from this area drains into the canal located along the north access road. (Attachment 11- See photos 1 through 13)

APTIM-0008452

AI No.: 6961                                    Facility: Jefferson Parish Sanitary Landfill
Alt. ID No.: D-051-0090, P-0297-R1, LAR05M138, 1340-00140-V7    Inspection Date: 10/1/2018 thru 11/30/2018

11/8/2018    Inspector – Daniel Cristina.
             A leachate breakout was observed on the north slope of the landfill at the
             boundary of Phases IIIB and IVA.  Stormwater contaminated with leachate from
             this area drains into the canal located along the north access road.
             (Attachment 14)

11/9/2018    Inspector – Angela Scheuer.
             The leachate breakout that was observed on the north slope of the landfill at the
             boundary of Phases IIIB and IVA was fixed by covering with clay. (Attachment 15)

**The facility failed to properly operate the leachate collection system in violation of Part II,
Section 521.G.2.a. of the Solid Waste Permit Application, in violation of Conditions 7 & 8
of Standard Permit P-0297R1, and LAC 33:VII.901.A.** Specifically, leachate breakouts and
contaminated stormwater were allowed to drain into the ditches that collect runoff from the
landfill and discharge through Outfall 011.

**The facility was cited in Item IIB of the Findings of Fact of Compliance Order SE-C-18-
00372 for failure to properly operate the leachate collection system.  Compliance Order SE-
C-18-00372 was appealed.** (Attachment 2)

**The facility was cited in Item IIIA of the Findings of Fact of CONOPP MM-CN-18-00614
for failure to properly operate the leachate collection system.  CONOPP MM-CN-18-00614
was appealed.** (Attachment 3)

**Discharge of contact storm water/leachate**

10/29/2018   Inspector – Karen Price.
             A leachate breakout was observed on the south slope of cell 13S Stormwater
             contaminated with leachate from this area drains into the ditch located along the
             south access road.  (Attachment 9)

10/31/2018   Inspector – Lindsay Maloan.   A leachate breakout was observed on the north
             access road at the boundary of Phases IIIB and IVA. Stormwater contaminated
             with leachate from this area drains into the ditch located along the north access
             road.  (Attachment 11-See photos 1 through 13)

11/05/2018   Inspector – Zoila Osteicoechea.
             Exposed waste was observed on the north slope between cells 20N and 22N.
             Stormwater that was in contact with exposed waste from this area drains into the
             ditch located along the north access road.  (Attachment 13)

APTIM-0008453

AI No.: 6961
Alt. ID No.: D-051-0090, P-0297-R1, LAR05M138, 1340-00140-V7

Facility: Jefferson Parish Sanitary Landfill
Inspection Date: 10/1/2018 thru 11/30/2018

Exposed waste was observed on the west slope of cell 22S. According to Mr. Desoto, the contact water from the west slope of cell 22S drains to a contact water ditch which is connected to the four inch leachate force main.

It was determined on 11/29/2018 in a discussion with Rickie Falgoust that water from the north side cell 22N drains to the ditch adjacent to the north access road that discharges through outfalls 011 and 12. Stormwater that was in contact with exposed waste from this area drains into the ditch located along the north access road. (WJD comment) (Attachment 13)

11/8/2018     Inspector – Daniel Cristina.
A leachate breakout was observed on the north slope of the landfill at the boundary of Phases IIIB and IVA. Stormwater contaminated with leachate from this area drains into the canal located along the north access road. (Attachment 14)

11/26/2018    Inspector – Wayne Desselle.
On the northwest corner of cell 22N, there is a diversion berm that prevents water from the west side of cell 22N from flowing into cell 23N. There is an erosion channel on the east side of the diversion berm that has exposed waste and several leachate seeps. Contact stormwater/leachate flows into to a ditch located along the north access road on the north side of Phases IIIB and IV A. (Attachment 16). This water flows into the ditch that is adjacent to the north access road. This water is discharged through outfalls 11 and 12 into the Waggaman Canal then to Lake Cataouche.

On the west slope of cell 22S, there are a large number of erosion channels with exposed waste and several leachate seeps. Water is pooled against a diversion berm on the west toe of cell 22S. Landfill gas was bubbling in pools of standing leachate and ponded contact stormwater/leachate. Contact stormwater/leachate flows into to a contaminated stormwater retention ditch located on the south side of phase IV A. This water is pumped into the leachate force main.

On 12/14/2018 a site visit was conducted to investigate landfill drainage around Phases IIIB and IV A. Malcolm Andry and I met with Richard Mayer, Jefferson Parish Engineer 2. We toured the facility after reviewing the drainage map from the JP Landfill SWPPP.

Water from the west side of cell 22S drains to a contaminated stormwater retention pond on the south side of Phase IVA then into the leachate collection system.

Water from the north side of Phases IIIB and IVA drain to the ditch adjacent to the North Access Road then through outfalls 011 and 012 into the Waggaman Canal.

6

APTIM-0008454

AI No.: 6961
Alt. ID No.: D-051-0090, P-0297-R1, LAR05M138, 1340-00140-V7

Facility: Jefferson Parish Sanitary Landfill
Inspection Date: 10/1/2018 thru 11/30/2018

Water from the south side of Phases IIIB and IVA drain to the ditch adjacent to the South Access Road then through outfalls 006 and 009 into the Waggaman Canal. The Waggaman Canal discharges into Lake Cataouche. (Attachment 19)

**The facility caused and/or allowed the discharge of leachate and stormwater that had been in contact with leachate or exposed waste through Outfalls 006, 009, 011, and 012 into the Waggaman Canal, then into Lake Cataouche whenever it rains at Jefferson Parish Landfill in violation of La. R.S. 30:2075.**

**The facility was cited in Item IVA of the Findings of Fact of CONOPP MM-CN-18-00614 for discharge of leachate of into waters of the state. CONOPP MM-CN-18-00614 was appealed.** (Attachment 3)

### Landfill gas emissions

10/22/2018    Inspector – Wayne Desselle.
Leachate riser 14N had a landfill gas leak where the force main penetrates the 16" casing. MultiRAE readings, which were taken at the site of the leak, were $O_2$ = 6.6ppm, $SO_2$ = 14ppm, LEL = 99%, and $H_2S$ = 15.9ppm (Attachment 6)

Leachate riser 20N had a landfill gas leak where the force main penetrates the 16" casing. MultiRae readings, which were taken at the site of the leak, were $O_2$ = 1.0ppm, LEL = 99%, and $H_2S$ = 41ppm.No photo was taken. The area of the leak in the same as leachate riser 14N. (Attachment 6)

Leachate riser 11N had the compression plug on the 16" casing open. There was no landfill gas odor detected at the time of the inspection. (Attachment 6)

10/29/2018    Inspector – Karen Price.
Leachate riser 14N had landfill gas emissions at leachate force main penetration into 16" leachate riser casing. MultiRAE Readings were LEL = 99%, $H_2S$ = 0.8 ppm and $O_2$ = 20.9%.   (Attachment 9)

Leachate riser 20N had landfill gas emissions at leachate force main penetration into 16" leachate riser casing, 16" leachate riser casing end cap, and the cleanout pipe. MultiRAE Readings were LEL = 99%, $H_2S$ = 6.0 ppm and $O_2$ = 20.9%. (Attachment 9)

Leachate riser 11N had landfill gas emissions at leachate force main penetration into 16" leachate riser casing. (Attachment 9)

APTIM-0008455

AI No.: <u>6961</u>                                                  Facility: <u>Jefferson Parish Sanitary Landfill</u>
Alt. ID No.: <u>D-051-0090, P-0297-R1, LAR05M138, 1340-00140-V7</u>   Inspection Date: 10/1/2018 thru 11/30/2018

11/26/2018      <u>Inspector – Wayne Desselle</u>.
                Leachate riser 20N had landfill gas emissions at leachate force main penetration
                into 16" leachate riser casing, and the cleanout pipe. MultiRAE readings which
                were taken at the end of the cleanout pipe were $O_2$ = 10.6 ppm, LEL = 99%, and
                $H_2S$ = 13.1 ppm, VOC = 1.0 ppm,  CO = 0.0 ppm. (Attachment 17)

                Leachate riser 21N had landfill gas emissions at leachate force main penetration
                into 16" leachate riser casing and the flange on the 16" leachate riser casing.
                Landfill gas being released from the flange was hissing loudly.  It could be heard
                20 to 25 feet away from the flange. MultiRAE readings which were taken at the
                end of the cleanout pipe were $O_2$ = 12.4ppm, LEL = 99%, and $H_2S$ = 20.1 ppm,
                VOC = 1.0 ppm,  CO = 0.0 ppm. (Attachment 17)

11/30/2018      <u>Inspector – Jeff Parham</u>.
                Landfill gas was being emitted from the lid on manhole #3 which was not closed
                properly. The Jerome meter reading in the open manhole was $H_2S$ = 44ppm. The
                lid was placed back onto the manhole but did not seal properly. (Attachment 18)

**The facility failed to diligently maintain control equipment in violation of LAC 33:III.905.**
Specifically, during the inspections listed above, emissions of landfill gasses (Methane, hydrogen
sulfide, and other components of landfill gasses) were detected coming from four leachate risers
and an uncovered leachate manhole.  Most Type I/II landfills have the leachate risers hooked into
the landfill gas recovery system (vacuum connected to extract landfill gas from the leachate riser).

**The facility was cited in Item VE of the Findings of Fact of CONOPP MM-CN-18-00614
for failure to diligently maintain control equipment.  CONOPP MM-CN-18-00614 was
appealed.** (Attachment 3)

**Greater than 12" of leachate in cell**

10/26/2018      <u>Inspector – Zoila Osteicoechea</u>.
                Cell 23 N – The facility self-reported that there was greater than 12" of contact
                stormwater in cell 23N due to heavy rains. The sump area on the north side of cell
                23N filled with contact storm water/leachate.  This is a cell that was recently put
                into operation.  The tire chips for the leachate collection had not been covered
                with waste yet. Water was ponded on the north side of the cell where the leachate
                riser sump is located. (Attachment 7)

APTIM-0008456

AI No.: 6961
Alt. ID No.: D-051-0090, P-0297-R1, LAR05M138, 1340-00140-V7

Facility: Jefferson Parish Sanitary Landfill
Inspection Date: 10/1/2018 thru 11/30/2018

10/27/2018    Inspector – Tyler Williams.
              Cell 23 N – The sump area on the north side of cell 23N was filled with contact
              storm water.  Contact storm water/leachate being pumped to frack tank.
              (Attachment 8)

10/29/2018    Inspector – Karen Price.
              Cell 23N – Contact storm water/leachate was not maintained in a pumped down
              condition.  The transducer read 59 inches (pumped down reading is approximately
              34 inches) and a high level alarm light was lit.  This was from the rain reported on
              10/26. (Attachment 9)

10/30/2018    Inspector – Zoila Osteicoechea.
              Cell 23N – The sump area on the north side of cell 23N is still holding contact
              storm water/leachate.  Contact storm water/leachate was being pumped to a frack
              tank and hauled by a vacuum truck to lift station #2. (Attachment 10)

11/2/2018     Inspector – Daniel Cristina.
              Cell 23N – The sump area on the north side of cell 23N is still holding contact
              storm water/leachate.  (Attachment 12)

11/5/2018     Inspector – Zoila Osteicoechea.

              Cell 23N – contact stormwater ws observed in cell 23N.  The contact storm
              water/leachate was being pumped lift station #2 using temporary 10 inch line
              since Friday morning. (Attachment 13)

11/8/2018     Inspector – Daniel Cristina.

              Cell 23N – No standing water was observed in the sump area on the north side of
              cell 23N. (Attachment 14)

**The facility failed to maintain the leachate head in a pumped-down condition such that not
more than one (1) foot of head exists above the lowest elevation of the leachate collection
lines, in accordance with Part II, Section 521.E.3.f and 521.G.2.a. of the Solid Waste Permit
Application, in violation of Conditions 7 & 8 of Standard Permit P-0297R1, and LAC
33:VII.901.A.** Specifically, on October 26, 2018, the facility self-reported that there was greater
than 12" of contact stormwater in cell 23N due to heavy rains. The sump area on the north side
of cell 23N was filled with contact storm water/leachate.  This is a cell that was recently put into
operation.  Water was ponded on the north side of the cell where the leachate riser sump is
located from October 26, 2018 through November 7, 2018. This violation was corrected on
11/8/2018.

APTIM-0008457

AI No.: <u>6961</u>                                                              Facility: <u>Jefferson Parish Sanitary Landfill</u>
Alt. ID No.: <u>D-051-0090, P-0297-R1, LAR05M138, 1340-00140-V7</u>   Inspection Date: 10/1/2018 thru 11/30/2018

**The facility was cited in Item IIIB of the Findings of Fact of CONOPP MM-CN-18-00614 for failure to maintain the leachate head in a pumped-down condition. CONOPP MM-CN-18-00614 was appealed.** (Attachment 3)

**Leachate risers not in service**

10/15/2018    Inspector – Wayne Desselle
              There were 38 leachate risers not in service. (Attachment 5)

11/30/2018    Inspector – Jeff Parham
              There were 26 leachate risers not in service. (Attachment 18)

**The facility failed to properly operate the leachate collection system, in accordance with Part II, Sections 521.C.2.b and 521.G.2.a. of the Solid Waste Permit Application, in violation of Conditions 7 & 8 of Standard Permit P-0297R1, and LAC 33:VII.901.A.** There are a total of 77 leachate risers at the Jefferson Parish Sanitary Landfill. Specifically, all assessment inspection reports between October 2, 2018 and November 30, 2018 were reviewed. No assessment inspection reports between October 2, 2018 and November 30, 2018 had any less than 23 leachate risers which were not in service. The assessment inspection report for 10/15/2018 had 38 leachate risers that were not in service. The assessment inspection report for 11/30/2018 had 26 leachate risers that were not in service.

**The facility failed to maintain the leachate head in a pumped-down condition such that not more than one (1) foot of head exists above the lowest elevation of the leachate collection lines, in accordance with Part II, Section 521.E.3.f and 521.G.2.a. of the Solid Waste Permit Application, in violation of Conditions 7 & 8 of Standard Permit P-0297R1, and LAC 33:VII.901.A.** There are a total of 77 leachate risers at the Jefferson Parish Sanitary Landfill. Specifically, according to the Solid Waste Permit Application, leachate levels are maintained through the use of leachate pumps containing integral level controls calibrated to maintain less than one (1) foot of head within the leachate sumps which are inspected on a monthly basis to ensure proper operation. No assessment inspection reports between October 2, 2018 and November 30, 2018 had any less than 23 leachate risers which were not in service. The assessment inspection report for 10/15/2018 had 38 leachate risers which were not in service. The assessment inspection report for 11/30/2018 had 26 leachate risers which were not in service. Since these leachate risers are not operable, the leachate level in them is greater than one (1) foot of head.

**The facility was cited in Item IIIB of the Findings of Fact of CONOPP MM-CN-18-00614 for failure to maintain the leachate head in a pumped-down condition. CONOPP MM-CN-18-00614 was appealed.** (Attachment 3)

APTIM-0008458

AI No.: 6961
Alt. ID No.: D-051-0090, P-0297-R1, LAR05M138, 1340-00140-V7

Facility: Jefferson Parish Sanitary Landfill
Inspection Date: 10/1/2018 thru 11/30/2018

**Interim cover**

11/26/2018   Inspector – Wayne Desselle.
On the northwest corner of cell 22N, there is a diversion berm that prevents water from the west side of cell 22N from flowing into cell 23 N. There is an erosion channel on the east side of the diversion berm that has exposed waste and leachate seeps. (Attachment 17)

On the west slope of cell 22S, there is a large number of erosion channels with exposed waste and several leachate seeps. Water is pooled against a diversion berm on the west toe of cell 22S. Landfill gas was bubbling in pools of standing leachate and ponded stormwater/leachate. (Attachment 17)

11/30/2018   Inspector – Jeff Parham.
Additional cover was installed on the erosion channel on the east side of the diversion berm on the northwest corner of cell 22N. All exposed waste was covered. (Attachment 18)

Additional cover was installed on the west slope of cell 22S. All exposed waste was covered. (Attachment 18)

**The facility failed to implement erosion control measures on slopes on which interim cover was installed in violation of LAC 33:VII.711.B.2.e.** and **LAC 33:VII**.711.B.2.f. Specifically, no more waste is being disposed of in cells 22N and 22S. Interim cover has been placed on these cells. There are erosion channels on northwest corner of cell 22N and have exposed waste and leachate visible in the erosion channels. When it rains, runoff form the erosion channels in in contact with exposed waste and leachate. Contaminated stormwater and leachate from this area drains to the ditch that runs adjacent to the north access road around Phases IIIB and IVA then through outfalls 011 and 012 into the Waggaman Canal. The Waggaman Canal discharges into Lake Cataouche. (Attachment 19)

**SUMMARY**

The following areas of concern were noted during the inspection:

**The facility was cited in Item IIB of the Findings of Fact of Compliance Order SE-C-18-00372 for failure to properly operate the leachate collection system. Compliance Order SE-C-18-00372 was appealed.** (Attachment 2)

11

APTIM-0008459

AI No.: 6961
Alt. ID No.: D-051-0090, P-0297-R1, LAR05M138, 1340-00140-V7

Facility: Jefferson Parish Sanitary Landfill
Inspection Date: 10/1/2018 thru 11/30/2018

**The facility was cited in Item IIIA of the Findings of Fact of CONOPP MM-CN-18-00614 for failure to properly operate the leachate collection system.  CONOPP MM-CN-18-00614 was appealed.** (Attachment 3)

**The facility was cited in Item IVA of the Findings of Fact of CONOPP MM-CN-18-00614 for discharge of leachate of into waters of the state.  CONOPP MM-CN-18-00614 was appealed.** (Attachment 3)

**The facility was cited in Item VE of the Findings of Fact of CONOPP MM-CN-18-00614 for failure to diligently maintain control equipment.  CONOPP MM-CN-18-00614 was appealed.** (Attachment 3)

**The facility was cited in Item IIIB of the Findings of Fact of CONOPP MM-CN-18-00614 for failure to maintain the leachate head in a pumped-down condition.  CONOPP MM-CN-18-00614 was appealed.** (Attachment 3)

The following violations were noted during the assessment inspections conducted between October 1, 2018 and November 30, 2018.

- **The facility failed to properly operate the leachate collection system in violation of Part II, Section 521.G.2.a. of the Solid Waste Permit Application, in violation of Conditions 7 & 8 of Standard Permit P-0297R1, and LAC 33:VII.901.A.**
- **The facility caused and/or allowed the discharge of leachate and stormwater that had been in contact with leachate or exposed waste into the Waggaman Canal, waters of the state, through storm water Outfalls 006, 009, 011 and 012 on whenever it rains at Jefferson Parish Landfill in violation of La. R.S. 30:2075.**
- **The facility failed to diligently maintain control equipment in violation of LAC 33:III.905.**
- **The facility failed to maintain the leachate head in a pumped-down condition such that not more than one (1) foot of head exists above the lowest elevation of the leachate collection lines, in accordance with Part II, Section 521.E.3.f and 521.G.2.a. of the Solid Waste Permit Application, in violation of Conditions 7 & 8 of Standard Permit P-0297R1, and LAC 33:VII.901.A.**
- **The facility failed to implement erosion control measures on slopes on which interim cover was installed in violation of LAC 33:VII.711.B.2.e. and LAC 33:VII.711.B.2.f.**

12

APTIM-0008460

AI No.: 6961
Alt. ID No.: D-051-0090, P-0297-R1, LAR05M138, 1340-00140-V7

Facility: Jefferson Parish Sanitary Landfill
Inspection Date: 10/1/2018 thru 11/30/2018

# LIST OF ATTACHMENTS

| | |
|---|---|
| **ATTACHMENT 1** | **Jefferson Parish Landfill Map** |
| **ATTACHMENT 1A** | **Jefferson Parish Stormwater Flow Phases IIIB/IVA** |
| **ATTACHMENT 2** | **Compliance Order SE-C-18-0372 dated June 22, 2018** |
| **ATTACHMENT 3** | **CONOPP MM-CN-18-00614 dated September 18, 2018** |
| **ATTACHMENT 4** | **NOPP SE-PP-18-00875 dated November 19, 2018** |
| **ATTACHMENT 5** | **10/15/2018 Inspection FIF, Photos & Checklists** |
| **ATTACHMENT 6** | **10/22/2018 Inspection FIF, Photos & Checklists** |
| **ATTACHMENT 7** | **10/26/2018 Inspection FIF & Checklists** |
| **ATTACHMENT 8** | **10/27/2018 Inspection FIF & Checklists** |
| **ATTACHMENT 9** | **10/29/2018 Inspection FIF, Photos & Checklists** |
| **ATTACHMENT 10** | **10/30/2018 Inspection FIF, Photos & Checklists** |
| **ATTACHMENT 11** | **10/31/2018 Inspection FIF, Photos & Checklists** |
| **ATTACHMENT 12** | **11/2/2018 Inspection FIF, Photos & Checklists** |
| **ATTACHMENT 13** | **11/5/2018 Inspection FIF, Photos & Checklists** |
| **ATTACHMENT 14** | **11/8/2018 Inspection FIF, Photos & Checklists** |
| **ATTACHMENT 15** | **11/9/2018 Inspection FIF & Checklists** |
| **ATTACHMENT 16** | **11/19/2018 Inspection FIF & Checklists** |
| **ATTACHMENT 17** | **11/26/2018 Inspection FIF, Photos & Checklists** |
| **ATTACHMENT 18** | **11/30/2018 Inspection FIF, Photos & Checklists** |
| **ATTACHMENT 19** | **12/14/2018 Inspection FIF, and map** |

13

APTIM-0008461