1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4

5   ELIAS JORGE "GEORGE"          CIVIL ACTION NO.
    ICTECH-BENDECK                18-7889, C/W 18-8071,
6                                 18-8218, 18-9312
    VS.
7

    WASTE CONNECTIONS BAYOU,
8   INC., ET AL.
9

    *** CONSOLIDATED WITH ***
10

11  FREDERICK ADDISON, ET AL.,    CIVIL ACTION NO.
                                  19-11133,
12  VS.                           C/W 19-14512
13  LOUISIANA REGIONAL
    LANDFILL COMPANY, ET AL.
14

15   * * * * * * * * * * * * * * * * * * * * * * *
16        THE VIDEOTAPED DEPOSITION OF JAANA PIETARI,
17   PH.D., MBA, PE, taken in connection with the
18   captioned cause at Liskow & Lewis, 701 Poydras
19   Street, Suite 5000, New Orleans, Louisiana,
20   pursuant to the following stipulations before
21   RITA A. DEROUEN, Certified Court Reporter, on the
22   16th of April, 2024, beginning at 9:26 a.m.
23

24

25

1    prevented you from comparing your model results to

2    actual observations of H2S at the landfill in the

3    field, right?

4         MR. LANDRY:

5              Object to the form.

6         A.  I'm sorry, can you just repeat that again?

7    BY MR. VITRIS:

8         Q.  Yeah.  Let me -- let me back up and try to

9    orient us both.

10             We've talked, I guess you could say over

11   the years, about how the Anderson report and

12   the -- or the Anderson paper and the Shaha paper

13   compared their modeling results against actual H2S

14   data collected from the study sites, right?

15        A.  That's right.

16        Q.  And we've talked about how the lack of

17   site-specific H2S data for the Jefferson Parish

18   Landfill has prevented you from making a similar

19   comparison of your modeling results to

20   site-specific data; is that right?

21        A.  Correct.  I'm not able to do similar

22   comparisons, but I'm able to do sort of

23   directional comparisons to -- at least to conclude

24   that my model is -- the model estimates are at

25   least consistent with those measurements that have

                                                    Page 52

1    the limitations.

2         Q.   Okay.  And I think we're -- I think we're

3    on the same page now.

4              And so one of the data limitations in this

5    case was that some of the H2S measurements used

6    field equipment that could only measure H2S up to a

7    certain level; is that right?

8         A.   That's correct.

9         Q.   Okay.  So in this Section 3.5.1, you

10   discuss the May 2018 CEC data collection, right?

11        A.   That's correct.

12        Q.   And CEC discusses in their report that

13   they had measurements that exceeded the detection

14   level of their equipment; is that right?

15        A.   That's correct.

16        Q.   And that detection level of the equipment

17   CEC used was 2,000 ppmv for H2S, right?

18        A.   That's correct.

19        Q.   Okay.  Now, that was in May 2018.  And

20   then in November 2018, your company, Ramboll, went

21   out to the Jefferson Parish Landfill, right?

22             MR.  LANDRY:

23                  Object to the form.

24        A.   That's correct.

25             By the way, I wasn't employed at Ramboll

Page 71

1   your estimates.

2       A.   So I already talked about the variability

3   in my -- in my estimates.  So that variability, at

4   its worst, it was 27 percent, and at its best, all

5   of those estimates were in agreement at the point

6   of calibration.

7       Q.   Yeah, I should have been more specific.

8           You cannot compute a margin of error that

9   represents the range of uncertainty around your

10   estimate as compared to the amount of H2S that was

11   actually generated by the spent lime and C&D

12   waste; is that right?

13          MR. LANDRY:

14               Object to the form.

15      A.   So we -- because of that lack of data, we

16   cannot compute what was actually generated.  And

17   that's why my analysis is an underestimate.  And

18   my choices that went into my analysis support that

19   being an underestimate.

20   BY MR. VITRIS:

21      Q.   I understand that.  I'm just trying to get

22   an answer to the following question:  You cannot

23   compute a margin of error that represents the

24   range of uncertainty around your estimate as

25   compared to the actual amount of H2S that was

Page 72

1    generated by the spent lime and C&D waste disposed
2    of at the landfill, right?
3              MR. LANDRY:
4                   Object to the form.  Asked and
5              answered.
6         A.   Yeah, so that is correct, because we don't
7    know -- we have -- that lack of the data that we
8    already discussed is not due to because I chose to
9    either ignore data or not to collect data, but
10   it's because you, as defendants, your experts did
11   not allow or did not collect that data, even if
12   you knew that that data would have been helpful.
13             MR. VITRIS:
14                  Just give me one minute, Dr. Pietari.
15             We can stay on.
16   BY MR. VITRIS:
17        Q.   I briefly want to look at a new paper that
18   you cited in your work.  Let me try to pull it up.
19             MR. VITRIS:
20                  Try to get the exhibit number right
21             here.  So we were on 1571.  So this will
22             be Exhibit 1572.
23             (Exhibit 1572, remotely introduced and
24             provided electronically to the reporter.)
25   BY MR. VITRIS: