# EXHIBIT A



# Safe, Reliable and Cost-Effective CCR Disposal

WASTE CONNECTIONS, INC.
*Connect with the Future®*

WC_JPLF_00523447




# Safety. Integrity. Customer Service.



## CCR REGULATIONS

The United States Environmental Protection Agency (EPA) finalized national regulations to provide a comprehensive set of requirements for the safe disposal of coal combustion residuals (CCRs), commonly known as coal ash, from coal-fired power plants. The rule establishes technical requirements for CCR landfills and surface impoundments under **Subtitle D of the Resource Conservation and Recovery Act (RCRA).** The final rule provides greater clarity on technical requirements.

These regulations address the risks from coal ash disposal:

• Leaking of contaminants into ground water;

• Discharging fugitive dust into the atmosphere; and

• The catastrophic failure of coal ash surface impoundments.

Additionally, the rule defines recordkeeping and reporting requirements as well as the requirement for each facility to establish and post specific information to a publically accessible website.

Waste Connections is an integrated solid waste services company with a network of operations in 32 states resulting in annual revenues of $2.2 billion. We provide waste collection, transfer, disposal and recycling services to more than two million residential, commercial, industrial and oil and energy customers. Waste Connections also provides intermodal rail services for the movement of cargo and solid waste containers.

As the premier waste services company, Waste Connections strives to create a safe and rewarding environment while protecting the health and welfare of communities it serves.

Waste Connections is the third largest solid waste services company in the United States operating:

• 58 MSW, NON-MSW and E&P landfills;

• 22 E&P liquid waste injection wells; and

• 7 intermodal facilities, capable of providing rail services

## COMPREHENSIVE SOLUTIONS FOR MANAGING COAL COMBUSTION RESIDUALS (CCR)

New environmental regulations and growing public scrutiny is creating compliance challenges for companies' legacy assets. Both conditions require additional capital to manage new reliable disposal solutions for power plants with high-volume CCR waste streams.

Waste Connections is the solutions partner that can help you solve your additional operational challenges and meet the new demands placed on your coal fired power generation facilities. Whether treating legacy impoundments or the current generation of coal ash, Waste Connections has the expertise, capabilities and financial strength to provide a viable solution.

**Timely questions arise and decisions need to be made**

• *What are the public perceptions and citizen lawsuits?*

• *Do you keep your existing landfills or ponds open?*

• *Can you effectively comply with the new regulations?*

• *What are the operational impact and liability risks associated with your actions?*

• *What are the capital costs associated with your decisions?*

WC_JPLF_00523448



## WASTE CONNECTIONS DELIVERS WITH DECADES OF LANDFILL MANAGEMENT EXPERIENCE

Waste Connections will assess and address your operations, compliance needs, and then will provide an implementation plan to minimize both costs and risks associated with remediation compliance. Waste Connections has the regulatory experience to navigate new and future compliance demands. Our extensive network of disposal facilities offers a variety of on- and off-site disposal options. Our operational expertise and stable, experienced staff can deliver turn-key solutions that provide optimum value and the highest safety standards in the industry.

Waste Connections also provides:

• The strongest industry balance sheet affording customers the luxury of having Waste Connections build a Subtitle D landfill on the customer's own site

• Alignment with the largest CCR beneficial use company in the industry

• Mono-fill landfill cells for coal ash that later can be harvested for beneficial use

• Dewatering of on-site impoundments necessary for transportation and passing the paint filter test for landfill storage and/or disposal

## SAFETY IS OUR 1ST OPERATING VALUE

At Waste Connections, the safety of our employees, customers and the communities we serve takes first priority in all that we do.

Waste Connections has consistently led the industry in safety performance with industry leading TRIR's (Total Recordable Incident Rates), EMR's (Experience Modification Rates) and some of the lowest accident frequency rates. Our empowered employees are proud to deliver the safest service in the industry.





WC_JPLF_00523449



**WASTE CONNECTIONS IS READY TO HELP YOU MANAGE YOUR CCR DISPOSAL CHALLENGES.**

Contact Joe Laubenstein, Director of CCR Disposal
directly today at 832.442.2127
or via e-mail at JoeLa@WasteConnections.com



**Waste Connections**
3 Waterway Square Place, Suite 110
The Woodlands, Texas 77380
832.442.2200
www.wasteconnections.com

WC_JPLF_00523450