# EXHIBIT B

```
 1  J10734240 eb

 2

 3        IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF LOUISIANA
 4

 5  ELIAS JORGE "GEORGE"          * CIVIL ACTION
    ICTECH-BENDECK,               *
 6       Plaintiff                * NO. 18-7889
                                  * c/w 18-8071,
 7  VERSUS                        * 18-8218, 18-9312
                                  *
 8  PROGRESSIVE WASTE SOLUTIONS   *
    OF LA, INC., ET AL            *
 9       Defendants               * SECTION: "E"(5)
                                  *
10                                *
    RELATED CASE:                 *
11                                *
    FREDERICK ADDISON, ET AL      * CIVIL ACTION
12       Plaintiff                *
                                  * NO. 19-11133
13  VERSUS                        * c/w 19-14512
                                  *
14  LOUISIANA REGIONAL LANDFILL   * SECTION: "E"(5)
    COMPANY (LRLC), ET AL         *
15       Defendants               *

16

17
              VIDEOCONFERENCED DEPOSITION OF
18                JOSEPH WILLIAM LAUBENSTEIN

19

20

21

22
    Date                          Edith A. Boggs, CSR
23

24

25  1-8-2024                      HOUSTON, TEXAS
```



```
 1  Connections that knows more about the disposal of coal         05:27PM
 2  ash than you do?                                                05:27PM
 3              MS. KREBS:  Object to form.                         05:27PM
 4      A.  Could be.                                               05:27PM
 5              (Exhibit 1292 marked.)                              05:27PM
 6      Q.  (BY MR. FOSTER)  I'm showing you Exhibit 1292,          05:27PM
 7  Bates number WC_JPLF_00523445 through 417.  Well, that          05:28PM
 8  doesn't make much sense, does it?                               05:28PM
 9              The first one is 445 through 450, and               05:28PM
10  attached to it is an E-mail chain WC_JPLF_00523416              05:28PM
11  through 417.  This is all Exhibit 1292.                         05:28PM
12              And the first we look at is an E-mail from          05:29PM
13  you to Carlos Gonzalez at AES Puerto Rico dated                 05:29PM
14  February 4, 2017, and you're talking about a meeting            05:29PM
15  with AES in Puerto Rico, right?                                 05:29PM
16              MS. KREBS:  And just to clarify, you're             05:29PM
17  talking about the first E-mail on 523445?                       05:29PM
18              MR. FOSTER:  Correct.                               05:29PM
19      A.  I have no idea where you are.                           05:29PM
20      Q.  (BY MR. FOSTER)  The first page of                      05:29PM
21  Exhibit 1292.                                                   05:29PM
22      A.  This right here?                                        05:29PM
23      Q.  Yes, that one.                                          05:29PM
24      A.  And you're --                                           05:29PM
25      Q.  The first E-mail.                                       05:29PM
```



| | | |
|---|---|---|
| 1 | A. 2-4-2017? | 05:29PM |
| 2 | Q. Yes. | 05:29PM |
| 3 | A. That one to Carlos from me? | 05:29PM |
| 4 | Q. That one to Carlos from you. | 05:29PM |
| 5 | A. I'm with you. | 05:29PM |
| 6 | Q. And you are talking about who is going to | 05:29PM |
| 7 | attend the meeting in Puerto Rico to discuss this | 05:29PM |
| 8 | business opportunity, right? | 05:29PM |
| 9 | A. Can you give me a minute so I can read it? | 05:29PM |
| 10 | Q. Sure. | 05:30PM |
| 11 | A. (Witness peruses document.) | 05:30PM |
| 12 | Okay.  I was just confused because the | 05:33PM |
| 13 | E-mail on the back of this is the same as the front, so | 05:33PM |
| 14 | that kind of threw me a little curve ball.  Okay. | 05:33PM |
| 15 | Q. Okay.  You've read Exhibit 1292, right? | 05:33PM |
| 16 | A. Yes. | 05:33PM |
| 17 | Q. Okay.  And you are writing, telling Carlos who | 05:33PM |
| 18 | the Waste Connections attendees are going to be at the | 05:33PM |
| 19 | meeting in Puerto Rico involving the AES fly ash, right? | 05:33PM |
| 20 | A. Yes. | 05:33PM |
| 21 | Q. And Nielsen, Ruane and O'Connor are all going? | 05:33PM |
| 22 | A. Yes. | 05:33PM |
| 23 | Q. But you are not? | 05:33PM |
| 24 | A. Correct. | 05:33PM |
| 25 | Q. And why couldn't you go?  Because you have the | 05:33PM |



```
 1  Connections talking about disposal, you had Headwaters       05:36PM
 2  to handle the beneficial use side of the coin, right?        05:36PM
 3       A.   Yes.                                               05:36PM
 4       Q.   Then you say, "They also have the strongest R      05:36PM
 5  and D program of anyone when it comes to developing new      05:36PM
 6  processes for transforming coal ashes into new               05:36PM
 7  beneficial use products that can be used in additional       05:36PM
 8  market outlets that previously could not use these CCR       05:36PM
 9  products," right?                                            05:36PM
10       A.   Yes.                                               05:36PM
11       Q.   So you relied upon the Headwaters R and D          05:37PM
12  program for aspects of your sales pitch for the handling     05:37PM
13  of CCR materials, right?                                     05:37PM
14       A.   Some aspects.                                      05:37PM
15       Q.   Okay.  And you say, "Waste Connections is the      05:37PM
16  third largest solid waste company in North America, with     05:37PM
17  annual revenues exceeding 4.3 billion."  It was              05:37PM
18  important to you to convey that to this potential            05:37PM
19  customer, right?                                             05:37PM
20       A.   Yes.                                               05:37PM
21       Q.   And then you go on to explain why it was           05:37PM
22  important.  You say, "We have made a commitment to the       05:37PM
23  management of CCRs from the coal burning power industry      05:37PM
24  that far exceeds all our competitors participating in        05:37PM
25  the market," right?                                          05:37PM
```



| | | |
|---|---|---|
| 1 | A. Yes. | 05:37PM |
| 2 | Q. Waste Connections, in your words, was going -- | 05:38PM |
| 3 | was the leader in the market for CCR disposal, right? | 05:38PM |
| 4 | MS. KREBS: Object to form. | 05:38PM |
| 5 | A. What's the definition of leader? | 05:38PM |
| 6 | Q. (BY MR. FOSTER) Number one. Because you had | 05:38PM |
| 7 | made a commitment that far exceeds all of your | 05:38PM |
| 8 | competitors, right? So you were number one by a large | 05:38PM |
| 9 | margin -- | 05:38PM |
| 10 | MS. KREBS: Object to form. | 05:38PM |
| 11 | Q. (BY MR. FOSTER) -- in your market words -- | 05:38PM |
| 12 | MS. KREBS: Object to form. | 05:38PM |
| 13 | Q. (BY MR. FOSTER) -- in the management of CCR, | 05:38PM |
| 14 | right? | 05:38PM |
| 15 | A. It depends on the definition of -- you know, | 05:38PM |
| 16 | of -- it far exceeds all of our competitors, you know, | 05:38PM |
| 17 | it depends on that, on the definition. | 05:39PM |
| 18 | Q. Well, what did you mean when you said that | 05:39PM |
| 19 | you've made a commitment that far exceeds all our | 05:39PM |
| 20 | competitors? What did you mean by that? | 05:39PM |
| 21 | A. Many different things. | 05:39PM |
| 22 | Q. Well, what all did you mean by it? | 05:39PM |
| 23 | A. We have a strong team. | 05:39PM |
| 24 | Q. Anything else? | 05:39PM |
| 25 | A. We can handle your material properly. | 05:39PM |



```
 1      Q.   Okay.  You can handle it properly?                05:39PM
 2      A.   Yeah.                                             05:39PM
 3      Q.   And by properly, you mean safely, in accordance   05:39PM
 4   with regulations and rules?                               05:39PM
 5      A.   Yes.                                              05:39PM
 6      Q.   Using best practices like Mr. Little talked       05:39PM
 7   about?                                                    05:39PM
 8              MS. KREBS:  Object to form.                    05:39PM
 9      A.   Best -- you've got to go back to give me your     05:40PM
10   definition -- the definition of best practices.           05:40PM
11      Q.   (BY MR. FOSTER)  Mr. Little talked about best     05:40PM
12   practices, not me.  He talked about them.  And your --    05:40PM
13   your commitment to handle CCRs properly included what     05:40PM
14   Mr. Little said about best practices with regard to       05:40PM
15   leachate and odors; isn't that right?                     05:40PM
16              MS. KREBS:  Object to form.                    05:40PM
17      A.   Yes, but not CCR.                                 05:40PM
18      Q.   (BY MR. FOSTER)  You don't think that leachate    05:40PM
19   and odors have anything to do with CCRs?                  05:40PM
20              MS. KREBS:  Object to form.                    05:40PM
21      A.   It depends.                                       05:40PM
22      Q.   (BY MR. FOSTER)  It depends?                      05:40PM
23      A.   It depends.                                       05:40PM
24      Q.   Okay.  And you go on to say, "No others can       05:40PM
25   offer what we do with our 93 North American landfills,"   05:40PM
```



```
 1  right?                                                        05:40PM
 2       A.   Yes.                                                05:40PM
 3       Q.   You have the strongest balance sheet in the         05:40PM
 4  solid waste industry, right?                                  05:41PM
 5       A.   Yes.                                                05:41PM
 6       Q.   And that balance sheet is important because of      05:41PM
 7  your commitment to capitalize, design, build and operate      05:41PM
 8  mono-fill CCR landfill cells, right?                          05:41PM
 9            MS. KREBS:   Object to form.                        05:41PM
10       A.   Yes.                                                05:41PM
11       Q.   (BY MR. FOSTER)  And you say that, "Those           05:41PM
12  mono-fill CCR landfill sites are either at our landfill       05:41PM
13  locations or directly at the point of generation of the       05:41PM
14  CCR materials," right?                                        05:41PM
15       A.   Correct.                                            05:41PM
16       Q.   So you use your strong -- you're advertising to     05:41PM
17  this potential customer that Waste Connections can use        05:41PM
18  the power of its balance sheet to design and build            05:41PM
19  mono-fill cells for CCR disposal either at your existing      05:41PM
20  landfills or at the customer's site, right?                   05:41PM
21       A.   Yes.                                                05:42PM
22       Q.   Then you say, "With our alliance with               05:42PM
23  Headwaters and the commitment and financial strength of       05:42PM
24  Waste Connections is the reason we know we can                05:42PM
25  unequivocally manage CCR materials better and more            05:42PM
```



```
 1   economically than others."                                    05:42PM
 2              So you are saying that Waste Connections is        05:42PM
 3   the company that can best manage CCR materials, right?        05:42PM
 4              MS. KREBS:  Object to the form.                    05:42PM
 5       A.  Better than others.                                   05:42PM
 6       Q.  (BY MR. FOSTER)  Better than others?                  05:42PM
 7       A.  Better than others.                                   05:42PM
 8       Q.  Okay.  Then the last sentence, you're looking         05:42PM
 9   forward -- "We are looking forward to our meeting on the      05:42PM
10   15th to discuss how we can develop the most cost              05:42PM
11   effective and environmentally safe program to handle the      05:43PM
12   ash from the AES Puerto Rico facility," right?                05:43PM
13       A.  Yes.                                                  05:43PM
14       Q.  And environmentally safe programs are programs        05:43PM
15   that, for example, don't generate noxious odors; isn't        05:43PM
16   that right?                                                   05:43PM
17              MS. KREBS:  Object to form.                        05:43PM
18       A.  Repeat the question.                                  05:43PM
19       Q.  (BY MR. FOSTER)  Yes.  Environmentally safe           05:43PM
20   programs to handle this ash are programs which do not --      05:43PM
21   among other things, do not generate noxious odors; isn't      05:43PM
22   that correct?                                                 05:43PM
23              MS. KREBS:  Object to form.                        05:43PM
24       A.  It depends.                                           05:43PM
25       Q.  (BY MR. FOSTER)  It certainly wouldn't be             05:43PM
```

