UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**  Plaintiffs  V.  **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**  Defendants  *Applies to: Both Cases* | CIVIL ACTION  NO. 19-11133, c/w 19-14512  SECTION: "E" (5)  JUDGE: Morgan  MAGISTRATE JUDGE: North |

**PLAINTIFFS' RESPONSE TO MOTION IN LIMINE BY APTIM CORP. AND WASTE CONNECTIONS DEFENDANTS TO EXCLUDE ALL EVIDENCE AND ARGUMENT OF JEFFERSON PARISH' PROCESS TO PAY A JUDGMENT**

Plaintiffs respond as follows to Aptim's and the Waste Connections Defendants' Motion In Limine By Aptim Corp. And Waste Connections Defendants To Exclude All Evidence And Argument Of Jefferson Parish' Process To Pay A Judgment. (R.Doc. 668).

Plaintiffs do not intend to offer the evidence or argument complained of by Aptim and the Waste Connections Defendants, and Movants have not cited to any basis for believing that Plaintiffs would do so. Therefore, Waste Connection Defendants and Aptim's Motion *in Limine* is not in order and should be summarily denied.

Respectfully submitted, this 24th day of July, 2024.

/s/ S. Eliza James
FORREST CRESSY & JAMES, LLC
Byron M. Forrest (La. Bar No. 35480)

Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fdjlaw.com
eliza@fcjlaw.com

     /s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@whiteforlaw.com
erowe@whitefordlaw.com
mchilders@whitefordlaw.com

Harry S. Johnson, (Admitted Pro Hac Vice)
James R. Jeffcoat (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
hjohnson@whitefordlaw.com
jjeffcoat@whitefordlaw.com

*Counsel For Addison Plaintiffs*