UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | NO. 19-11133 c/w 19-14512 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL | * | |
| | * | JUDGE: MORGAN |
| | * | |
| | * | MAGISTRATE: NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JEFFERSON PARISH'S PROPOSED SPECIAL VOIR DIRE QUESTIONS

NOW INTO COURT, through undersigned counsel, comes Defendant, Jefferson Parish, in this matter to present Jefferson Parish's Proposed Special Voir Dire Questions. In accordance with the Thirteenth Case Management Order, R. Doc. 498, and the Minute Entry and Revised Schedule, R. Doc. 643, Jefferson Parish submits Proposed Special Voir Dire Questions.

**WHEREFORE**, Defendant Jefferson Parish, prays that Defendant Jefferson Parish's Proposed Special Voir Dire Questions be asked to potential jurors during voir dire.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
| I HEREBY CERTIFY that a copy of the foregoing pleading was served upon all counsel of record in the parties named herein through the Court's ECF system. | **CONNICK AND CONNICK, LLC**<br><br>    */s/ Michael S. Futrell*<br>W. PETER CONNICK, LA. BAR NO. 14158<br>MICHAEL S. FUTRELL, LA. BAR NO. 20819<br>MATTHEW D. MOGHIS, LA. BAR NO. 33994<br>3421 N. Causeway Boulevard, Suite 408 |
| Metairie, Louisiana, this 29th day of July 2024. | Metairie, Louisiana 70002<br>Telephone:    (504) 681-6663<br>Facsimile:    (504) 838-9903<br>E-mail:    mfutrell@connicklaw.com<br>    moghis@connicklaw.com |
|     */s/ Michael S. Futrell*<br>    MICHAEL S. FUTRELL | *Counsel for Defendant, Jefferson Parish* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | NO. 19-11133 c/w 19-14512 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL | * | |
| | * | JUDGE: MORGAN |
| | * | |
| | * | MAGISTRATE: NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JEFFERSON PARISH'S PROPOSED SPECIAL VOIR DIRE QUESTIONS

In accordance with the Thirteenth Case Management Order, R. Doc. 498, and the Minute Entry and Revised Schedule, R. Doc. 643, Jefferson Parish submits the following Proposed Special Voir Dire Questions to be presented to the jury during trial:

Q. Do you know anything about this case?

Q. Have you ever been to the Jefferson Parish Landfill (JPLF)? When? For what purpose? Any issues?

Q. Do you know anyone that is currently or was previously employed at the JPLF?

Q. Have you or anyone you know ever worked in the waste industry?

Q. Have you or anyone you know ever worked for River Birch?

Q. Have you or anyone you know ever worked for Cornerstone?

Q. Have you or anyone you know ever worked at the Harahan Wastewater Treatment Plant?

Q. Have you or anyone you know ever worked for Waste Connections? IESI? Louisiana Regional Landfill Company?

Q. Have you or anyone you know ever worked for Aptim? CB&I?

Q. Have you or anyone you know ever worked for The Parish of Jefferson?

Q. Have you ever been a plaintiff or defendant in a lawsuit?

Q. Have you ever testified in Court before?

Q. Do any of you believe that someone should be awarded money just because they claim that something someone else did caused them damage?

Q. Do you agree that you want to hear the testimony of witnesses and review the evidence presented in order to make the decision whether or not plaintiffs are entitled to recover?

Q. That is why the plaintiffs have the burden of proof. The plaintiffs must prove by a preponderance of the evidence that any or all of the defendants acted unreasonably and that those unreasonable actions caused them damages for which they are entitled to recover. Can everyone agree to hold plaintiffs to that burden?

Q. Because plaintiffs have the burden of proof, they are allowed to present their case first. Can you all agree to keep an open mind until you hear all the testimony and review all of the evidence presented?

Q. If chosen as a juror one of your main jobs will be to determine the credibility of witnesses. You can look at their demeanor, what they say, how they say it, what do they have to gain or lose by testifying in a certain way in order to evaluate their testimony. Do you agree to do that?

Q. Your decision is not to be based on the number of witnesses called by any party. The plaintiffs may very well call some or all of the witnesses that the defendants would call.

Q. If you determine Plaintiffs are entitled to recover, do you agree to evaluate all of the evidence and determine the obligations and liabilities of all Defendants and nonparties who caused or contributed to those damages?

Q. Do you agree that simply being the owner of the property does not cause the owner to be liable from any damages that may have resulted from any uses of the property? You will be asked to evaluate all of the evidence and determine the obligations and liabilities of all Defendants and nonparties who caused or contributed to the claimed damages. Can you agree to do that?

Q. Do you agree that if you hire a professional to perform a job, that person or company should adequately and safely perform the task(s) for which they were hired? Do you agree that it is reasonable for a person or company hiring a professional to perform a task to rely on the professional hired to do so in a safe and prudent manner?

Q. For instance, if you were to hire a plumber to perform plumbing work on your home and shortly after that work the plumbing fails and floods your neighbor's home and yard, do you believe the plumber should be responsible for those damages?

## CONCLUSION

In accordance with the Thirteenth Case Management Order, R. Doc. 498, and the Minute Entry and Revised Schedule, R. Doc. 643, Jefferson Parish submits Proposed Special Voir Dire Questions and requests that these Proposed Special Voir Dire Questions be asked to the potential jurors during voir dire.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading was served upon all counsel of record in the parties named herein through the Court's ECF system.

Metairie, Louisiana, this 29th day of July 2024.

/s/ *Michael S. Futrell*
MICHAEL S. FUTRELL

Respectfully submitted,

**CONNICK AND CONNICK, LLC**

/s/ *Michael S. Futrell*
W. PETER CONNICK, LA. BAR NO. 14158
MICHAEL S. FUTRELL, LA. BAR NO. 20819
MATTHEW D. MOGHIS, LA. BAR NO. 33994
3421 N. Causeway Boulevard, Suite 408
Metairie, Louisiana 70002
Telephone:   (504) 681-6663
Facsimile:   (504) 838-9903
E-mail:   *mfutrell@connicklaw.com*
          *moghis@connicklaw.com*

*Counsel for Defendant, Jefferson Parish*