UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** <br> **Plaintiffs** <br><br> VERSUS <br><br> **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** <br> **Defendants** <br><br> *Applies to: Both Cases* | CIVIL ACTION <br><br> NO. 19-11133, c/w 19-14512 <br><br> SECTION: "E" (5) <br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

**JOINT LIST OF DEPOSITION TESTIMONY TO BE OFFERED INTO EVIDENCE**

Pursuant to the Thirteenth Case Management Order (R. Doc. 498) and July 1, 2024 Minute Entry and Pre-Trial Notice (R. Doc. 643), the parties jointly submit the below list of deposition designations to be offered into evidence at trial and the corresponding objections and counter-designations. Copies of the deposition transcripts will be delivered to the Court in accordance with this Court's Pre-Trial Notice (R. Doc. 643-1). The parties' respective designations are color-coded, as follows:

- o   Plaintiffs' Designations – Purple
- o   Plaintiffs' Counter-Designations – Light Purple
- o   Plaintiffs' Objections - Orange
- o   WC Defendants' Designations – Blue
- o   WC Defendants' Counter-designations – Light Blue
- o   WC Defendants' Objections - Green
- o   Parish Objections - Pink
- o   Aptim Objections – Gray

The parties designated testimony for the following depositions are annexed hereto:

I. Deposition of Aptim's Corporate Representative, Joshua Broggi, taken November 11, 2020

II. Deposition of Jefferson Parish's Corporate Representative, Michael Lockwood, taken December 1, 2020

III. Deposition of Jefferson Parish's Corporate Representative, Mark Drewes, taken May 11, 2023[1]

IV. Deposition of Aptim's Corporate Representative, Joshua Broggi, taken May 19, 2023

V. Deposition of Chelsey Armstrong, taken October 18 and 19, 2023

VI. Deposition of Jeff Palutis, taken October 18, 2023

VII. Deposition of Nikki Crews, taken October 19, 2023

VIII. Deposition of Joe Laubenstein, taken January 8, 2024

IX. Deposition of Nick Collins, taken January 12, 2024

X. Deposition of River Birch LLC's Corporate Representative, Brian Dejean, taken January 15, 2024

XI. Deposition of Hwy-90 LLC's Corporate Representative, Brian DeJean, taken January 15, 2024

XII. Deposition of Bruce Emley, taken January 19, 2024

Dated: July 29, 2024

        Respectfully submitted,

        FORREST CRESSY & JAMES, LLC

        By:  /s/ S. Eliza James
        Byron M. Forrest (La. Bar No. 35480)
        Nicholas V. Cressy (La. Bar No. 35725)
        S. Eliza James (La. Bar No. 35182)

---

[1] Jefferson Parish is objecting to the introduction into evidence of the Rule 30(b)(6) deposition testimony of its corporate representative Mark Drewes in light of the fact that Mr. Drewes will be testifying at trial. All other objections (by any party) are listed in the attached appendices.

1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com


WHITEFORD, TAYLOR & PRESTON, L.L.P.

By:     /s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Harry S. Johnson (Admitted Pro Hac Vice)
James Jeffcoat (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele:   (202) 659.6800
Fax:    (202) 331.0573
Email: cafoster@whitefordlaw.com
erowe@whitefordlaw.com
hjohnson@whitefordlaw.com
jjeffcoat@whitefordlaw.com
mchilders@whitefordlaw.com
*Counsel For Addison Plaintiffs*


LISKOW & LEWIS, APLC

By:     /s/ Michael C. Mims
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Michael C. Mims (#33991)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139
(504) 581-7979

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)

3


John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*


CONNICK AND CONNICK, LLC

By:  \_\_\_/s/ William P. Connick_____
William P. Connick, La. Bar No. 14158
Michael S. Futrell, La. Bar. No. 20819
Anya M. Jones, La. Bar. No. 36923
Matthew D. Moghis, La. Bar. No. 33994
3421 N. Causeway Blvd., Suite 408
Metairie, Louisiana 70002
Telephone: (504) 681-6658
Facsimile: (504) 838-9903
E-mail: moghis@connicklaw.com

*Counsel for Defendant Jefferson Parish*


GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:  \_\_\_/s/ Michael DiGiglia_____
Ernest P. Gieger, Jr. (6154)
John E. W. Baay (22928)
J. Michael DiGiglia (24378)
Nicholas S. Bergeron (37585)
Hancock Whitney Center

4

        701 Poydras Street, Suite 4800
        New Orleans, Louisiana 70139
        Telephone: (504) 561-0400
        Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was electronically filed on July 29, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                   /s/ Michael C. Mims