I. **Joshua Broggi (Aptim 30(b)(6)), November 11, 2020 Deposition**\*

Pg: 11 Ln: 3 - 14

    **Linked Issues:** WC Designation

Pg: 15 Ln: 9 - 16

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 19 Ln: 6 - 23

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 19 Ln: 24 - 25

    **Linked Issues:** WC Counterdesignation

Pg: 26 Ln: 7 - 15

    **Linked Issues:** WC Designation

Pg: 28 Ln: 5 - 8

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 30 Ln: 15 - 20

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 30 Ln: 21 - Pg: 31 Ln: 4

    **Linked Issues:** WC Designation

Pg: 32 Ln: 5 - 9

    **Linked Issues:** WC Designation

Pg: 33 Ln: 20 - Pg: 34 Ln: 15

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 37 Ln: 13 - Pg: 38 Ln: 7

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 38 Ln: 8 - Pg: 39 Ln: 11

    **Linked Issues:** WC Designation

Pg: 39 Ln: 5 - 11

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 40 Ln: 2 - Pg: 41 Ln: 17

\*Aptim is objecting to the introduction of its 30(b)(6) depositions into evidence in light of the fact that Mr. Broggi will be testifying at trial.

   **Linked Issues:** WC Designation

**Pg: 46 Ln: 21 - 24**

   **Linked Issues:** WC Designation

**Pg: 46 Ln: 25 - Pg: 47 Ln: 5**

   **Linked Issues:** WC Designation

**Pg: 49 Ln: 2 - 9**

   **Linked Issues:** WC Designation

**Pg: 49 Ln: 10 - Pg: 50 Ln: 1**

   **Linked Issues:** WC Designation

**Pg: 50 Ln: 2 - 25**

   **Linked Issues:** WC Designation

**Pg: 51 Ln: 16 - Pg: 52 Ln: 10**

   **Linked Issues:** WC Designation

**Pg: 52 Ln: 14 - 19**

   **Linked Issues:** WC Designation

**Pg: 53 Ln: 7 - Pg: 54 Ln: 9**

   **Linked Issues:** WC Designation

**Pg: 54 Ln: 21 - Pg: 55 Ln: 5**

   **Linked Issues:** WC Designation

**Pg: 55 Ln: 6 - Pg: 56 Ln: 6**

   **Linked Issues:** WC Designation

**Pg: 62 Ln: 22 - Pg: 64 Ln: 4**

   **Linked Issues:** WC Designation

**Pg: 64 Ln: 5 - 9**

   **Linked Issues:** WC Designation

**Pg: 66 Ln: 2 - 4**

   **Linked Issues:** WC Designation

**Pg: 67 Ln: 24 - Pg: 68 Ln: 14**

**Linked Issues:** WC Designation

Pg: 68 Ln: 15 - Pg: 69 Ln: 3

**Linked Issues:** WC Designation

Pg: 73 Ln: 4 - 10

**Linked Issues:** WC Designation

Pg: 73 Ln: 11 - Pg: 74 Ln: 20

**Linked Issues:** WC Designation

Pg: 74 Ln: 24 - Pg: 75 Ln: 20

**Linked Issues:** WC Designation

Pg: 77 Ln: 24 - Pg: 78 Ln: 6

**Linked Issues:** WC Designation

Pg: 78 Ln: 10 - Pg: 80 Ln: 5

**Linked Issues:** WC Designation

Pg: 82 Ln: 11 - 18

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 85 Ln: 9 - Pg: 86 Ln: 5

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 89 Ln: 25 - Pg: 90 Ln: 8

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 90 Ln: 23 - Pg: 92 Ln: 11

**Linked Issues:** WC Designation

Pg: 95 Ln: 18 - Pg: 97 Ln: 7

**Linked Issues:** WC Designation

Pg: 97 Ln: 11 - 17

**Linked Issues:** WC Designation

Pg: 97 Ln: 21 - Pg: 98 Ln: 25

**Linked Issues:** WC Designation

Pg: 99 Ln: 4 - 18

    **Linked Issues:** WC Designation

Pg: 99 Ln: 19 - Pg: 100 Ln: 25

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 104 Ln: 25 - Pg: 105 Ln: 13

    **Linked Issues:** WC Designation

Pg: 106 Ln: 2 - 4

    **Linked Issues:** WC Designation

Pg: 106 Ln: 8 - 18

    **Linked Issues:** WC Designation

Pg: 106 Ln: 22 - Pg: 107 Ln: 13

    **Linked Issues:** WC Designation

Pg: 107 Ln: 14 - 17

    **Linked Issues:** WC Designation

Pg: 107 Ln: 20 - 21

    **Linked Issues:** WC Designation

Pg: 109 Ln: 11 - 15

    **Linked Issues:** WC Designation

Pg: 109 Ln: 21 - Pg: 110 Ln: 16

    **Linked Issues:** WC Designation

Pg: 111 Ln: 16 - 22

    **Linked Issues:** WC Designation

Pg: 112 Ln: 12 - Pg: 113 Ln: 25

    **Linked Issues:** WC Designation

Pg: 114 Ln: 4 - Pg: 115 Ln: 11

    **Linked Issues:** WC Designation

Pg: 115 Ln: 15 - 17

    **Linked Issues:** WC Designation

Pg: 118 Ln: 18 - 25

**Linked Issues:** WC Designation

**Pg: 125 Ln: 12 - 23**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 127 Ln: 1 - 19**

**Linked Issues:** WC Designation

**Pg: 127 Ln: 20 - Pg: 128 Ln: 25**

**Linked Issues:** WC Designation

**Pg: 132 Ln: 6 - 17**

**Linked Issues:** WC Designation

**Pg: 136 Ln: 11 - 24**

**Linked Issues:** WC Designation

**Pg: 136 Ln: 25 - Pg: 138 Ln: 3**

**Linked Issues:** WC Designation

**Pg: 138 Ln: 7 - 8**

**Linked Issues:** WC Designation

**Pg: 142 Ln: 20 - Pg: 143 Ln: 13**

**Linked Issues:** WC Designation

**Pg: 143 Ln: 17 - Pg: 144 Ln: 2**

**Linked Issues:** WC Designation

**Pg: 144 Ln: 5 - 20**

**Linked Issues:** WC Designation

**Pg: 144 Ln: 24 - Pg: 145 Ln: 8**

**Linked Issues:** WC Designation

**Pg: 145 Ln: 11 - 12**

**Linked Issues:** WC Designation

**Pg: 145 Ln: 15 - Pg: 146 Ln: 16**

**Linked Issues:** WC Designation