## II.    Michael Lockwood (Jefferson Parish 30(B)(6), December 1, 2020 Deposition

**Pg: 14 Ln: 10 - 12**

**Linked Issues:** WC Designation

**Pg: 15 Ln: 14 - 17**

**Linked Issues:** WC Designation

**Pg: 19 Ln: 21 - Pg: 20 Ln: 6**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 19 Ln: 25 - Pg: 20 Ln: 4**

**Linked Issues:** WC Designation

**Pg: 20 Ln: 15 - 23**

**Linked Issues:** WC Designation

**Pg: 20 Ln: 24 - Pg: 21 Ln: 2**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 23 Ln: 4 - 5**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 24 Ln: 10 - 21**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 24 Ln: 18 - 21**

**Note:** Lack of foundation; applies broadly to all listed documents without foundation necessary for specific documents.

**Linked Issues:** WC Objection

**Pg: 30 Ln: 11 - 12**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 30 Ln: 23 - Pg: 31 Ln: 5**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 31 Ln: 17 - 21**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 34 Ln: 25 - Pg: 35 Ln: 1**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 35 Ln: 13 - 19**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 35 Ln: 13 - Pg: 37 Ln: 1**

**Linked Issues:** WC Designation

**Pg: 38 Ln: 10 - 11**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 38 Ln: 20 - Pg: 39 Ln: 1**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 40 Ln: 12 - 20**

**Linked Issues:** WC Counterdesignation

**Pg: 43 Ln: 22 - Pg: 44 Ln: 8**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 44 Ln: 5 - 8**

**Note:** Vague as to timeline of disposal of spent lime.

**Linked Issues:** WC Objection

**Pg: 44 Ln: 11 - 12**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 44 Ln: 19 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 55 Ln: 2 - 12**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 56 Ln: 15 - Pg: 57 Ln: 2**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 57 Ln: 3 - 20**

**Linked Issues:** WC Counterdesignation

**Pg: 58 Ln: 13 - Pg: 59 Ln: 15**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 61 Ln: 21 - Pg: 62 Ln: 6**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 63 Ln: 1 - Pg: 65 Ln: 8**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 63 Ln: 13 - Pg: 64 Ln: 24**

**Note:** Lack of foundation re knowledge of emissions from various sources. Calls for expert opinion testimony.

**Linked Issues:** WC Objection

**Pg: 67 Ln: 8 - 18**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 68 Ln: 4 - 13**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 70 Ln: 11 - 17**

**Note:** Hearsay. Vague.

**Linked Issues:** WC Objection

**Pg: 72 Ln: 6 - 15**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 72 Ln: 6 - 15**

**Note:** Calls for expert opinion testimony. Lack of foundation: calls for speculation. Lack of personal knowledge or qualification. Vague.

**Linked Issues:** WC Objection

**Pg: 74 Ln: 4 - 19**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 77 Ln: 14 - 15**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 77 Ln: 25 - Pg: 79 Ln: 24**

**Note:** Lack of personal knowledge. Lack of foundation. Witness testifies that he had never seen the document other than in preparation for deposition.

**Linked Issues:** WC Objection

**Pg: 78 Ln: 4 - Pg: 79 Ln: 24**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 80 Ln: 10 - Pg: 86 Ln: 12**

**Note:** Witness testifying to hearsay statements. Lack of foundation, lack of personal knowledge.

**Linked Issues:** WC Objection

**Pg: 88 Ln: 7 - 9**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 88 Ln: 14 - 18**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 89 Ln: 12 - Pg: 90 Ln: 6**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 89 Ln: 12 - Pg: 90 Ln: 6**

**Note:** Hearsay. Lack of foundation. Lack of personal knowledge.

**Linked Issues** WC Objection

**Pg: 97 Ln: 3 - 12**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 99 Ln: 9 - 19**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 100 Ln: 3 - 7**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 100 Ln: 8 - 18**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 111 Ln: 10 - 21**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 111 Ln: 22 - Pg: 112 Ln: 3**

**Linked Issues:** WC Counterdesignation

**Pg: 113 Ln: 25 - Pg: 114 Ln: 3**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 115 Ln: 12 - 24**

**Note:** Calls for expert opinion.

**Linked Issues:** WC Objection

**Pg: 116 Ln: 4 - 12**

**Linked Issues:** WC Designation

**Pg: 117 Ln: 15 - 17**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 118 Ln: 1 - 14**

**Note:** Witness testifying to hearsay statements.

**Linked Issues:** WC Objection

**Pg: 118 Ln: 1 - 14**

**Note:** Witness testifying to hearsay statements.

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 119 Ln: 2 - 7**

**Note:** Witness testifying to hearsay statements.

**Linked Issues:** WC Objection

**Pg: 119 Ln: 2 - 7**

**Note:** Witness testifying to hearsay statements.

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 122 Ln: 1 - 9**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 122 Ln: 9 - 11**

**Linked Issues:** WC Counterdesignation

**Pg: 122 Ln: 24 - Pg: 123 Ln: 14**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 124 Ln: 20 - 24**

> **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 125 Ln: 4 - 22**

> **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 126 Ln: 10 - 20**

> **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 128 Ln: 25 - Pg: 129 Ln: 20**

> **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 129 Ln: 20 - Pg: 130 Ln: 6**

> **Linked Issues:** WC Counterdesignation

**Pg: 133 Ln: 22 - 25**

> **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 135 Ln: 4 - 7**

> **Linked Issues:** WC Designation

**Pg: 135 Ln: 10 - Pg: 136 Ln: 20**

> **Linked Issues:** WC Designation

**Pg: 141 Ln: 12 - 15**

> **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 142 Ln: 8 - 14**

> **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 145 Ln: 23 - Pg: 146 Ln: 12**

> **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 158 Ln: 4 - 21**

> **Note:** Witness testifying to hearsay statements. Lack of foundation. Lack of personal knowledge.

> **Linked Issues:** WC Objection

**Pg: 165 Ln: 22 - Pg: 166 Ln: 9**

> **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 171 Ln: 1 - 19**

**Note:** Calls for expert opinion testimony. Witness reading hearsay testimony.

**Linked Issues:** WC Objection

**Pg: 183 Ln: 14 - 15**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 184 Ln: 11 - 17**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 184 Ln: 20 - Pg: 186 Ln: 13**

**Note:** Witness is testifying to multiple layers of hearsay. Hearsay includes opinion testimony.

**Linked Issues:** WC Objection

**Pg: 212 Ln: 2 - 16**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 215 Ln: 1 - 9**

**Note:** Hearsay testimony.

**Linked Issues:** WC Objection

**Pg: 217 Ln: 8 - 9**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 217 Ln: 24 - Pg: 218 Ln: 6**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 219 Ln: 18 - Pg: 220 Ln: 6**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 223 Ln: 21 - 22**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 224 Ln: 5 - 13**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 225 Ln: 10 - 11**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 225 Ln: 18 - 25**

>   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 230 Ln: 14 - 15**

>   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 231 Ln: 1 - 9**

>   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 231 Ln: 10 - 16**

>   **Linked Issues:** WC Counterdesignation