### III.   Mark Drewes (Parish 30(B)(6)), May 11, 2023 Deposition

**Pg: 12 Ln: 1 - 3**

  **Linked Issues:** WC Designation

**Pg: 15 Ln: 5 - 16**

  **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 18 Ln: 11 - 16**

  **Linked Issues:** WC Designation

**Pg: 20 Ln: 4 - 10**

  **Linked Issues:** WC Designation

**Pg: 22 Ln: 3 - 20**

  **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 28 Ln: 23 - Pg: 30 Ln: 3**

  **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 29 Ln: 17 - 23**

  **Note:** Lack of foundation; improper opinion testimony of lay witness

  **Linked Issues:** WC Objection

**Pg: 30 Ln: 20 - Pg: 31 Ln: 1**

  **Note:** lack of foundation - Waste Connections not defined.

  **Linked Issues:** WC Objection

**Pg: 30 Ln: 20 - Pg: 31 Ln: 17**

  **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 31 Ln: 15 - 17**

  **Note:** Lack of foundation; improper opinion testimony from lay witness

  **Linked Issues:** WC Objection

**Pg: 37 Ln: 1 - 18**

  **Linked Issues:** WC Designation

**Pg: 37 Ln: 19 - Pg: 38 Ln: 20**

  **Linked Issues:** Plaintiffs' Counter-Designations

**Pg: 37 Ln: 19 - Pg: 38 Ln: 20**

    **Note:** Lack of foundation - Waste Connections

    **Linked Issues:** WC Objection

**Pg: 38 Ln: 23 - Pg: 39 Ln: 1**

    **Linked Issues:** WC Designation

**Pg: 39 Ln: 5 - 12**

    **Linked Issues:** WC Designation

**Pg: 40 Ln: 16 - 23**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 41 Ln: 19 - 22**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 42 Ln: 9 - 12**

    **Linked Issues:** WC Counterdesignation

**Pg: 42 Ln: 18 - Pg: 43 Ln: 8**

    **Linked Issues:** WC Counterdesignation

**Pg: 43 Ln: 9 - 17**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 43 Ln: 14 - 25**

    **Note:** Lack of foundation - Waste Connections; speculation.

    **Linked Issues:** WC Objection

**Pg: 43 Ln: 20 - 25**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 44 Ln: 2 - 16**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 46 Ln: 14 - Pg: 47 Ln: 6**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 47 Ln: 8 - 9**

    **Linked Issues:** WC Counterdesignation

**Pg: 47 Ln: 10 - 20**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 47 Ln: 21 - Pg: 48 Ln: 7**

   **Linked Issues:** WC Counterdesignation

**Pg: 48 Ln: 8 - 16**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 49 Ln: 19 - 24**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 49 Ln: 19 - Pg: 50 Ln: 1**

   **Note:** Lack of foundation; assumes facts not in evidence; speculation.

   **Linked Issues:** WC Objection

**Pg: 50 Ln: 3 - 23**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 50 Ln: 13 - 23**

   **Note:** Relevancy.

   **Linked Issues:** WC Objection

**Pg: 51 Ln: 24 - Pg: 52 Ln: 2**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 51 Ln: 24 - Pg: 52 Ln: 2**

   **Note:** Vague - "concerns"

   **Linked Issues:** WC Objection

**Pg: 55 Ln: 24 - Pg: 56 Ln: 3**

   **Note:** Lack of foundation - misstates evidence.

   **Linked Issues:** WC Objection

**Pg: 55 Ln: 24 - Pg: 56 Ln: 15**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 56 Ln: 13 - 19**

**Note:** Lack of personal knowledge; lack of foundation - no explanation as to which Waste Connections and IESI entity

**Linked Issues:** WC Objection

**Pg: 56 Ln: 18 - 19**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 57 Ln: 14 - 15**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 57 Ln: 23 - Pg: 58 Ln: 5**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 60 Ln: 23 - Pg: 61 Ln: 4**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 60 Ln: 23 - Pg: 61 Ln: 4**

**Note:** Speculation.

**Linked Issues:** WC Objection

**Pg: 61 Ln: 2 - 3**

**Note:** Incomplete designation

**Linked Issues:** WC Objection

**Pg: 61 Ln: 7 - 21**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 62 Ln: 10 - 14**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 62 Ln: 10 - 14**

**Note:** Lack of foundation - Waste Connections

**Linked Issues:** WC Objection

**Pg: 62 Ln: 24 - Pg: 64 Ln: 1**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 63 Ln: 23 - Pg: 64 Ln: 1**

**Note:** Relevancy.

**Linked Issues:** WC Objection

**Pg: 64 Ln: 15 - 19**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 74 Ln: 12 - 24**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 75 Ln: 9 - 12**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 75 Ln: 9 - 17**

    **Note:** Speculation; vague question - understood by whom

    **Linked Issues:** WC Objection

**Pg: 75 Ln: 15 - 17**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 76 Ln: 3 - 5**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 76 Ln: 12 - 21**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 77 Ln: 13 - 21**

    **Note:** Hearsay.

    **Linked Issues:** WC Objection

**Pg: 77 Ln: 13 - Pg: 78 Ln: 3**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 77 Ln: 22 - Pg: 78 Ln: 3**

    **Note:** Hearsay.

    **Linked Issues:** WC Objection

**Pg: 78 Ln: 21 - 24**

    **Note:** Speculation; lack of foundation as to interpreting permit

    **Linked Issues:** WC Objection

**Pg: 78 Ln: 21 - Pg: 79 Ln: 10**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 79 Ln: 13 - 17**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 81 Ln: 14 - Pg: 82 Ln: 22**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 83 Ln: 2 - 16**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 83 Ln: 17 - 19**

    **Linked Issues:** WC Counterdesignation

**Pg: 83 Ln: 22 - Pg: 84 Ln: 4**

    **Linked Issues:** WC Counterdesignation

**Pg: 85 Ln: 10 - Pg: 88 Ln: 13**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 85 Ln: 11 - 14**

    **Note:** Object to exhibit as hearsay.

    **Linked Issues:** WC Objection

**Pg: 86 Ln: 20 - Pg: 87 Ln: 3**

    **Note:** Hearsay

    **Linked Issues:** WC Objection

**Pg: 87 Ln: 4 - 9**

    **Note:** Hearsay

    **Linked Issues:** WC Objection

**Pg: 87 Ln: 10 - 16**

    **Note:** Speculation.

    **Linked Issues:** WC Objection

**Pg: 88 Ln: 1 - 7**

    **Note:** Hearsay.

    **Linked Issues:** WC Objection

**Pg: 88 Ln: 14 - 22**

**Linked Issues:** WC Designation

`Pg: 88 Ln: 23 - Pg: 90 Ln: 4`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 89 Ln: 1 - Pg: 90 Ln: 4`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 91 Ln: 12 - 21`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 91 Ln: 16 - 21`

**Note:** Lack of foundation and vague re Waste Connections.

**Linked Issues:** WC Objection

`Pg: 92 Ln: 20 - 22`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 93 Ln: 5 - 6`

**Linked Issues:** WC Designation

`Pg: 93 Ln: 13 - 16`

**Linked Issues:** WC Designation

`Pg: 94 Ln: 16 - Pg: 95 Ln: 15`

**Linked Issues:** WC Designation

`Pg: 95 Ln: 16 - Pg: 96 Ln: 17`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 96 Ln: 18 - 25`

**Linked Issues:** WC Designation

`Pg: 97 Ln: 20 - Pg: 98 Ln: 2`

**Linked Issues:** WC Designation

**Pg: 98 Ln: 3 - 14**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 98 Ln: 15 - 18**

**Linked Issues:** WC Designation

**Pg: 101 Ln: 19 - Pg: 102 Ln: 8**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 101 Ln: 24 - Pg: 102 Ln: 4**

**Note:** Speculation; lack of foundation/personal knowledge.

**Linked Issues:** WC Objection

**Pg: 103 Ln: 8 - Pg: 104 Ln: 20**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 104 Ln: 16 - 24**

**Note:** Compound

**Linked Issues:** WC Objection

**Pg: 105 Ln: 1 - 3**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 105 Ln: 1 - 8**

**Note:** Speculation - not reviewing document and guessing at what was in the permit modification.

**Linked Issues:** WC Objection

**Pg: 105 Ln: 6 - 19**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 105 Ln: 13 - 19**

**Note:** Lack of foundation - Waste Connections.

**Linked Issues:** WC Objection

**Pg: 112 Ln: 6 - 20**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 112 Ln: 6 - 24**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**Pg: 112 Ln: 22 - Pg: 113 Ln: 6**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 113 Ln: 9 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 113 Ln: 12 - 16**

**Note:** Hearsay

**Linked Issues:** WC Objection

**Pg: 113 Ln: 20 - 25**

**Note:** Hearsay; lack of foundation - Waste Connections

**Linked Issues:** WC Objection

**Pg: 114 Ln: 14 - 18**

**Linked Issues:** WC Counterdesignation

**Pg: 114 Ln: 19 - Pg: 115 Ln: 12**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 115 Ln: 8 - 16**

**Note:** Lack of foundation - Waste Connections

**Linked Issues:** WC Objection

**Pg: 115 Ln: 15 - 22**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 115 Ln: 23 - 25**

**Linked Issues:** WC Counterdesignation

**Pg: 116 Ln: 1 - 3**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 116 Ln: 6 - 7**

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 116 Ln: 12 - 17`

**Note:** Non-responsive answer -- confusing.

**Linked Issues:** WC Objection

`Pg: 116 Ln: 12 - 22`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 119 Ln: 4 - 21`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 119 Ln: 20 - 21`

**Note:** Lack of foundation - Waste Connections

**Linked Issues:** WC Objection

`Pg: 121 Ln: 15 - Pg: 122 Ln: 1`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 121 Ln: 15 - Pg: 122 Ln: 1`

**Note:** Lack of foundation - Waste Connections

**Linked Issues:** WC Objection

`Pg: 123 Ln: 3 - 8`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 124 Ln: 20 - 23`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 124 Ln: 20 - 23`

**Note:** Object to document as hearsay.

**Linked Issues:** WC Objection

`Pg: 125 Ln: 3 - 14`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 125 Ln: 10 - 14`

**Note:** Hearsay.

**Linked Issues:** WC Objection

**Pg: 126 Ln: 4 - 13**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 126 Ln: 9 - 20**

    **Note:** Speculation; lack of personal knowledge; seeking opinion from a lay witness

    **Linked Issues:** WC Objection

**Pg: 126 Ln: 18 - 20**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 128 Ln: 11 - 23**

    **Note:** Hearsay

    **Linked Issues:** WC Objection

**Pg: 128 Ln: 11 - Pg: 130 Ln: 20**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 128 Ln: 24 - Pg: 129 Ln: 9**

    **Note:** Speculation

    **Linked Issues:** WC Objection

**Pg: 130 Ln: 13 - 18**

    **Note:** Hearsay

    **Linked Issues:** WC Objection

**Pg: 130 Ln: 23 - Pg: 131 Ln: 4**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 131 Ln: 4 - 12**

    **Note:** Speculation

    **Linked Issues:** WC Objection

**Pg: 131 Ln: 8 - 15**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 131 Ln: 18 - 24**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 132 Ln: 2 - 13**

**Note:** Hearsay.

**Linked Issues:** WC Objection

`Pg: 132 Ln: 2 - Pg: 133 Ln: 17`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 132 Ln: 21 - 25`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 134 Ln: 14 - 21`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 134 Ln: 15 - 20`

**Note:** Object to exhibit - hearsay

**Linked Issues:** WC Objection

`Pg: 135 Ln: 7 - 12`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 137 Ln: 10 - 25`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 138 Ln: 8 - Pg: 140 Ln: 8`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 138 Ln: 12 - 24`

**Note:** Hearsay; lack of foundation in answer - Waste Connection

**Linked Issues:** WC Objection

`Pg: 138 Ln: 25 - Pg: 139 Ln: 7`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 140 Ln: 11 - Pg: 142 Ln: 20`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 140 Ln: 15 - Pg: 141 Ln: 1`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 141 Ln: 10 - 19`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 142 Ln: 6 - 10`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 143 Ln: 12 - Pg: 145 Ln: 3`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 143 Ln: 21`

**Note:** Lack of foundation - Waste Connections

**Linked Issues:** WC Objection

`Pg: 144 Ln: 12 - 23`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 144 Ln: 24 - Pg: 145 Ln: 12`

**Note:** hearsay; lack of foundation

**Linked Issues:** WC Objection

`Pg: 145 Ln: 8 - 19`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 146 Ln: 1 - Pg: 147 Ln: 11`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 146 Ln: 5 - 17`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 146 Ln: 18 - 24`

**Note:** Lack of foundation - Waste Connections

**Linked Issues:** WC Objection

**Pg: 147 Ln: 23 - Pg: 148 Ln: 4**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 147 Ln: 24 - Pg: 148 Ln: 4**

**Note:** Object to document - hearsay

**Linked Issues:** WC Objection

**Pg: 148 Ln: 13 - 21**

**Note:** lack of foundation - Waste Connections

**Linked Issues:** WC Objection

**Pg: 148 Ln: 13 - Pg: 150 Ln: 20**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 149 Ln: 19 - 21**

**Note:** Lack of foundation - Waste Connections

**Linked Issues:** WC Objection

**Pg: 150 Ln: 17 - Pg: 151 Ln: 2**

**Note:** lack of foundation - assumes facts not in evidence

**Linked Issues:** WC Objection

**Pg: 151 Ln: 1 - 21**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 151 Ln: 24 - Pg: 152 Ln: 12**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 152 Ln: 11 - 18**

**Note:** Speculation

**Linked Issues:** WC Objection

**Pg: 152 Ln: 14 - 20**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 152 Ln: 19 - 24**

**Note:** Speculation; lack of foundation - Waste Connections

**Linked Issues:** WC Objection

**Pg: 152 Ln: 23 - 24**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 153 Ln: 1 - Pg: 156 Ln: 3**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 154 Ln: 6 - 19**

**Note:** Hearsay

**Linked Issues:** WC Objection

**Pg: 155 Ln: 3 - 12**

**Note:** hearsay

**Linked Issues:** WC Objection

**Pg: 155 Ln: 13 - Pg: 156 Ln: 9**

**Note:** Hearsay

**Linked Issues:** WC Objection

**Pg: 156 Ln: 6 - Pg: 157 Ln: 19**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 156 Ln: 15 - 23**

**Note:** Hearsay

**Linked Issues:** WC Objection

**Pg: 157 Ln: 4 - 25**

**Note:** Hearsay

**Linked Issues:** WC Objection

**Pg: 157 Ln: 24 - Pg: 158 Ln: 10**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 158 Ln: 3 - 9**

**Note:** Hearsay

**Linked Issues:** WC Objection

**Pg: 158 Ln: 13 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 158 Ln: 22 - 25**

    **Note:** Hearsay

    **Linked Issues:** WC Objection

**Pg: 159 Ln: 6 - 7**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 159 Ln: 6 - 14**

    **Note:** Lack of foundation - Waste Connections; speculation

    **Linked Issues:** WC Objection

**Pg: 159 Ln: 12 - Pg: 160 Ln: 14**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 160 Ln: 11 - 14**

    **Note:** Lack of foundation - Waste Connections

    **Linked Issues:** WC Objection

**Pg: 161 Ln: 3 - 14**

    **Note:** Lack of foundation - Waste Connections

    **Linked Issues:** WC Objection

**Pg: 161 Ln: 3 - 21**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 161 Ln: 24 - 25**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 162 Ln: 10 - 13**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 162 Ln: 11 - 18**

    **Note:** Lack of foundation - Waste Connections

    **Linked Issues:** WC Objection

**Pg: 162 Ln: 16 - Pg: 163 Ln: 3**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 163 Ln: 6 - 7**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 164 Ln: 21 - Pg: 165 Ln: 1**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 165 Ln: 4 - 22**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 165 Ln: 19 - 22**

**Note:** Object to document - hearsay

**Linked Issues:** WC Objection

**Pg: 166 Ln: 5 - Pg: 168 Ln: 13**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 167 Ln: 13 - 25**

**Note:** Hearsay

**Linked Issues:** WC Objection

**Pg: 168 Ln: 4 - 8**

**Note:** Hearsay

**Linked Issues:** WC Objection

**Pg: 168 Ln: 21 - Pg: 169 Ln: 4**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 169 Ln: 3 - 11**

**Note:** Hearsay; misstates evidence.

**Linked Issues:** WC Objection

**Pg: 169 Ln: 9 - 11**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 169 Ln: 17 - 23**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 170 Ln: 3 - 9**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 170 Ln: 4 - 8**

**Note:** Object to document - hearsay

**Linked Issues:** WC Objection

`Pg: 170 Ln: 16 - 19`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 171 Ln: 3 - Pg: 173 Ln: 23`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 171 Ln: 6 - 21`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 172 Ln: 6 - Pg: 173 Ln: 2`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 173 Ln: 7 - 11`

**Note:** Lack of foundation - Waste Connections

**Linked Issues:** WC Objection

`Pg: 173 Ln: 12 - 20`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 173 Ln: 21 - 23`

**Note:** Object to document  - hearsay

**Linked Issues:** WC Objection

`Pg: 174 Ln: 7 - 21`

**Note:** hearsay

**Linked Issues:** WC Objection

`Pg: 174 Ln: 7 - Pg: 177 Ln: 4`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 175 Ln: 3 - Pg: 176 Ln: 13`

**Note:** Hearsay.

**Linked Issues:** WC Objection

`Pg: 176 Ln: 20 - Pg: 177 Ln: 18`

**Note:** Lack of foundation - calls for expert opinion from lay witness; speculation

**Linked Issues:** WC Objection

`Pg: 177 Ln: 10 - 14`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 177 Ln: 17 - 18`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 178 Ln: 10 - Pg: 179 Ln: 8`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 178 Ln: 11 - 19`

**Note:** Hearsay; lack of foundation - calls for expert opinion from lay witness

**Linked Issues:** WC Objection

`Pg: 179 Ln: 4 - 21`

**Note:** lack of foundation - calls for expert opinion

**Linked Issues:** WC Objection

`Pg: 179 Ln: 11 - 17`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 179 Ln: 20 - 21`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 181 Ln: 12 - 17`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 181 Ln: 13 - 17`

**Note:** Lack of foundation - calls for expert opinion

**Linked Issues:** WC Objection

`Pg: 189 Ln: 16 - 20`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 189 Ln: 16 - 25`

**Note:** Misstates testimony.

**Linked Issues:** WC Objection

`Pg: 189 Ln: 23 - 25`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 190 Ln: 9 - Pg: 192 Ln: 10`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 192 Ln: 24 - Pg: 193 Ln: 12`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 197 Ln: 12 - Pg: 198 Ln: 4`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 197 Ln: 17 - 22`

**Note:** Hearsay.

**Linked Issues:** WC Objection

`Pg: 199 Ln: 11 - Pg: 200 Ln: 16`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 200 Ln: 19 - Pg: 201 Ln: 15`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 208 Ln: 2 - 6`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 208 Ln: 9 - 11`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 208 Ln: 13 - 18`

**Linked Issues:** WC Counterdesignation

`Pg: 208 Ln: 23 - Pg: 210 Ln: 1`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 209 Ln: 1 - Pg: 210 Ln: 1`

**Note:** Object to document - hearsay, lack of foundation - expert type report

**Linked Issues:** WC Objection

**Pg: 210 Ln: 10 - Pg: 211 Ln: 16**

**Note:** lack of foundation - expert report; hearsay

**Linked Issues:** WC Objection

**Pg: 210 Ln: 10 - Pg: 211 Ln: 19**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 214 Ln: 18 - Pg: 216 Ln: 18**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 214 Ln: 19 - 20**

**Note:** Object to document - hearsay.

**Linked Issues:** WC Objection

**Pg: 216 Ln: 1 - 4**

**Note:** Hearsay

**Linked Issues:** WC Objection

**Pg: 216 Ln: 11 - Pg: 217 Ln: 3**

**Note:** Hearsay; speculation

**Linked Issues:** WC Objection

**Pg: 217 Ln: 1 - 3**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 220 Ln: 25 - Pg: 221 Ln: 5**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 220 Ln: 25 - Pg: 221 Ln: 9**

**Note:** Hearsay

**Linked Issues:** WC Objection

**Pg: 221 Ln: 8 - 10**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 221 Ln: 11 - 23**

**Linked Issues:** WC Designation

**Pg: 221 Ln: 24 - Pg: 222 Ln: 16**

**Linked Issues:** Plaintiffs' Counter-Designations

`Pg: 223 Ln: 12 - Pg: 224 Ln: 1`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 223 Ln: 12 - Pg: 224 Ln: 1`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 224 Ln: 2 - 11`

**Linked Issues:** WC Designation

`Pg: 226 Ln: 16 - Pg: 227 Ln: 3`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 226 Ln: 16 - Pg: 227 Ln: 3`

**Note:** Lack of foundation - Waste Connections

**Linked Issues:** WC Objection

`Pg: 227 Ln: 13 - 17`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 227 Ln: 14 - 16`

**Note:** Object to document - hearsay

**Linked Issues:** WC Objection

`Pg: 228 Ln: 6 - 13`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 228 Ln: 16 - 17`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 229 Ln: 1 - 13`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 229 Ln: 1 - Pg: 230 Ln: 21`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 229 Ln: 20 - Pg: 230 Ln: 5`

**Linked Issues:** Plaintiffs' Designation (SC)

<mark>Pg: 230 Ln: 8 - 12</mark>

**Linked Issues:** Plaintiffs' Designation (SC)

<mark>Pg: 230 Ln: 15 - 21</mark>

**Linked Issues:** Plaintiffs' Designation (SC)

<mark>Pg: 231 Ln: 8 - 12</mark>

**Linked Issues:** Plaintiffs' Designation (SC)

<mark>Pg: 231 Ln: 8 - Pg: 232 Ln: 6</mark>

**Note:** Lack of foundation - calls for expert opinion

**Linked Issues:** WC Objection

<mark>Pg: 231 Ln: 15 - Pg: 232 Ln: 2</mark>

**Linked Issues:** Plaintiffs' Designation (SC)

<mark>Pg: 232 Ln: 5 - 20</mark>

**Linked Issues:** Plaintiffs' Designation (SC)

<mark>Pg: 232 Ln: 24 - Pg: 233 Ln: 17</mark>

**Note:** Hearsay

**Linked Issues:** WC Objection

<mark>Pg: 232 Ln: 24 - Pg: 234 Ln: 8</mark>

**Linked Issues:** Plaintiffs' Designation (SC)

<mark>Pg: 235 Ln: 18 - 23</mark>

**Linked Issues:** Plaintiffs' Designation (SC)

<mark>Pg: 235 Ln: 18 - Pg: 236 Ln: 4</mark>

**Note:** Lack of foundation - Waste Connections; lack of foundation, assumes facts not in evidence; relevancy

**Linked Issues:** WC Objection

<mark>Pg: 236 Ln: 1 - 4</mark>

**Linked Issues:** Plaintiffs' Designation (SC)

<mark>Pg: 237 Ln: 11 - 22</mark>

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 237 Ln: 11 - 22`

**Note:** Lack of foundation - Waste Connections

**Linked Issues:** WC Objection

`Pg: 239 Ln: 10 - 25`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 240 Ln: 3 - 10`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 240 Ln: 6 - 15`

**Note:** hearsay

**Linked Issues:** WC Objection

`Pg: 240 Ln: 13 - 15`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 240 Ln: 16 - 18`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 240 Ln: 17 - 23`

**Note:** Lack of foundation - seeks expert opinion

**Linked Issues:** WC Objection

`Pg: 240 Ln: 21 - Pg: 241 Ln: 1`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 240 Ln: 25 - Pg: 241 Ln: 5`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 241 Ln: 4 - 5`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 241 Ln: 12 - Pg: 242 Ln: 5`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 242 Ln: 12 - 24`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 242 Ln: 18 - 24`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 244 Ln: 5 - Pg: 245 Ln: 1`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 244 Ln: 6 - Pg: 245 Ln: 1`

**Note:** Relevancy

**Linked Issues:** WC Objection

`Pg: 245 Ln: 4 - 14`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 247 Ln: 5 - 7`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 248 Ln: 1 - 7`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 249 Ln: 1 - 7`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 249 Ln: 1 - 7`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 251 Ln: 9 - 21`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 251 Ln: 9 - 25`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 251 Ln: 22 - Pg: 252 Ln: 4`

**Note:** Lack of foundation/personal knowledge

**Linked Issues:** WC Objection

**Pg: 252 Ln: 3 - 16**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 252 Ln: 6 - 10**

**Note:** Lack of foundation/personal knowledge

**Linked Issues:** WC Objection

**Pg: 253 Ln: 18 - Pg: 254 Ln: 3**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 254 Ln: 1 - 8**

**Note:** Lack of foundation/personal knowledge

**Linked Issues:** WC Objection

**Pg: 254 Ln: 6 - 21**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 254 Ln: 22 - Pg: 255 Ln: 3**

**Linked Issues:** WC Designation

**Pg: 255 Ln: 4 - 10**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 256 Ln: 2 - Pg: 258 Ln: 5**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 258 Ln: 6 - Pg: 261 Ln: 7**

**Linked Issues:** WC Designation

**Pg: 261 Ln: 10 - 11**

**Linked Issues:** WC Designation

**Pg: 261 Ln: 12 - Pg: 262 Ln: 13**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 270 Ln: 23 - Pg: 271 Ln: 11**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 271 Ln: 8 - 11**

**Note:** Misstates evidence.

**Linked Issues:** WC Objection

`Pg: 276 Ln: 13 - Pg: 278 Ln: 8`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 278 Ln: 9 - 23`

**Linked Issues:** WC Counterdesignation

`Pg: 280 Ln: 4 - 9`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 280 Ln: 14 - 16`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 280 Ln: 20 - Pg: 281 Ln: 25`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 282 Ln: 17 - 22`

**Linked Issues:** WC Designation

`Pg: 282 Ln: 25 - Pg: 283 Ln: 10`

**Linked Issues:** WC Designation

`Pg: 283 Ln: 11 - 21`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 289 Ln: 18 - Pg: 290 Ln: 22`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 290 Ln: 25 - Pg: 291 Ln: 2`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 290 Ln: 25 - Pg: 291 Ln: 2`

**Note:** Incomplete designation; no question

**Linked Issues:** WC Objection

`Pg: 291 Ln: 11 - Pg: 292 Ln: 2`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 292 Ln: 6 - 7`

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 292 Ln: 6 - 17**

**Note:** Rule 403 - see Motion in Limine

**Linked Issues:** WC Objection

**Pg: 292 Ln: 10 - 17**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 293 Ln: 6 - 22**

**Note:** Rule 403 - see Motion in Limine

**Linked Issues:** WC Objection

**Pg: 293 Ln: 6 - Pg: 294 Ln: 13**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 293 Ln: 23 - Pg: 294 Ln: 13**

**Note:** Rule 403 - See motion in limine

**Linked Issues:** WC Objection

**Pg: 295 Ln: 7 - 8**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 295 Ln: 20 - 23**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 295 Ln: 20 - 23**

**Note:** Hearsay; Rule 408; see also motion in limine

**Linked Issues:** WC Objection

**Pg: 299 Ln: 3 - 12**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 299 Ln: 3 - 16**

**Note:** Hearsay; Rule 408; see also motion in limine;  and lack of foundation - Waste Connections

**Linked Issues:** WC Objection

**Pg: 299 Ln: 15 - 16**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 304 Ln: 20 - 22**

**Linked Issues:** WC Designation

`Pg: 304 Ln: 25 - Pg: 305 Ln: 3`

**Linked Issues:** WC Designation

`Pg: 305 Ln: 5 - Pg: 306 Ln: 4`

**Linked Issues:** WC Designation

`Pg: 306 Ln: 7 - 14`

**Linked Issues:** WC Designation

`Pg: 306 Ln: 17 - Pg: 307 Ln: 2`

**Linked Issues:** WC Designation

`Pg: 307 Ln: 5 - 13`

**Linked Issues:** WC Designation

`Pg: 307 Ln: 16 - Pg: 308 Ln: 1`

**Linked Issues:** WC Designation

`Pg: 308 Ln: 4 - 13`

**Linked Issues:** WC Designation

`Pg: 308 Ln: 18 - 22`

**Linked Issues:** WC Designation

`Pg: 308 Ln: 23 - Pg: 309 Ln: 14`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 308 Ln: 24 - Pg: 309 Ln: 1`

**Note:** Vague and confusing

**Linked Issues:** WC Objection

`Pg: 309 Ln: 2 - 14`

**Note:** Lack of foundation/personal knowledge

**Linked Issues:** WC Objection

`Pg: 309 Ln: 17 - Pg: 310 Ln: 23`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 309 Ln: 17 - Pg: 310 Ln: 23`

**Note:** Hearsay

**Linked Issues:** WC Objection

`Pg: 316 Ln: 10 - Pg: 317 Ln: 13`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 317 Ln: 16 - Pg: 318 Ln: 16`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 318 Ln: 19 - 20`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 318 Ln: 22 - 24`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 319 Ln: 2 - 9`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 319 Ln: 12 - 13`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 319 Ln: 14 - 18`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 319 Ln: 21 - 23`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 322 Ln: 14 - 17`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 322 Ln: 22 - Pg: 323 Ln: 9`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 323 Ln: 12 - Pg: 324 Ln: 10`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 324 Ln: 5 - 14`

**Note:** lack of foundation; relevancy and rule 403 - discussing all plaintiffs, not just trial plaintiffs

**Linked Issues:** WC Objection

`Pg: 324 Ln: 13 - 23`

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 324 Ln: 16 - 19**

**Note:** lack of foundation; assumes facts not in evidence

**Linked Issues:** WC Objection

**Pg: 325 Ln: 1 - 7**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 325 Ln: 10 - Pg: 326 Ln: 7**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 326 Ln: 11 - 12**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 327 Ln: 4 - Pg: 331 Ln: 4**

**Linked Issues:** WC Designation

**Pg: 341 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 347 Ln: 18 - 22**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 347 Ln: 19 - Pg: 348 Ln: 2**

**Note:** Relevancy; Rule 403 - see motion in limine

**Linked Issues:** WC Objection

**Pg: 347 Ln: 25 - Pg: 348 Ln: 2**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 357 Ln: 16 - Pg: 358 Ln: 5**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 358 Ln: 12 - 14**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 358 Ln: 18 - 20**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 360 Ln: 22 - Pg: 361 Ln: 17**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 361 Ln: 10 - 14**

**Note:** Lack of foundation

**Linked Issues:** WC Objection

**Pg: 361 Ln: 15 - 25**

**Note:** lack of foundation; misstates evidence and conclusion

**Linked Issues:** WC Objection

**Pg: 361 Ln: 22 - Pg: 362 Ln: 9**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 362 Ln: 12 - Pg: 363 Ln: 4**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 364 Ln: 8 - 13**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 364 Ln: 23 - Pg: 367 Ln: 1**

**Linked Issues:** WC Designation

**Pg: 367 Ln: 7 - Pg: 368 Ln: 10**

**Linked Issues:** WC Designation

**Pg: 372 Ln: 8 - Pg: 373 Ln: 3**

**Linked Issues:** WC Designation

**Pg: 383 Ln: 6 - 9**

**Linked Issues:** WC Designation

**Pg: 383 Ln: 12 - 19**

**Linked Issues:** WC Designation

**Pg: 388 Ln: 5 - 16**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 391 Ln: 25 - Pg: 392 Ln: 5**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 42 Ln: 13 - 17**

**Linked Issues:** Plaintiffs' Counter-Designations

**Pg: 42 Ln: 15 - 17**

**Note:** Lack of foundation - Waste Connections

**Linked Issues:** WC Objection

**Pg: 60 Ln: 23 - Pg: 61 Ln: 4**

**Note:** Speculation.

**Linked Issues:** WC Objection

**Pg: 74 Ln: 25 - Pg: 75 Ln: 5**

**Linked Issues:** Plaintiffs' Counter-Designations

**Pg: 74 Ln: 25 - Pg: 75 Ln: 5**

**Note:** Speculation; lack of foundation - Waste Connections

**Linked Issues:** WC Objection

**Pg: 77 Ln: 4 - 6**

**Linked Issues:** Plaintiffs' Counter-Designations

**Pg: 78 Ln: 4 - 14**

**Linked Issues:** Plaintiffs' Counter-Designations

**Pg: 78 Ln: 9 - 14**

**Note:** Hearsay

**Linked Issues:** WC Objection

**Pg: 106 Ln: 24 - Pg: 107 Ln: 13**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 107 Ln: 5 - 9**

**Note:** Lack of foundation; assumes facts not in evidence; speculation.

**Linked Issues:** WC Objection

**Pg: 107 Ln: 10 - 17**

**Note:** Lack of foundation; assumes facts not in evidence; speculation.

**Linked Issues:** WC Objection

**Pg: 107 Ln: 16 - 20**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 107 Ln: 19 - 24**

**Note:** Lack of foundation - Waste Connections; assumes facts not in evidence (from prior question); speculation.

**Linked Issues:** WC Objection

**Pg: 107 Ln: 23 - Pg: 108 Ln: 2**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 108 Ln: 5 - 9**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 108 Ln: 15 - 24**

**Note:** Object to document - hearsay.

**Linked Issues:** WC Objection

**Pg: 108 Ln: 15 - Pg: 109 Ln: 9**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 109 Ln: 1 - 6**

**Note:** Lack of foundation - Waste Connections; speculation

**Linked Issues:** WC Objection

**Pg: 109 Ln: 12 - 19**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**Pg: 109 Ln: 12 - Pg: 110 Ln: 6**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 109 Ln: 23 - Pg: 110 Ln: 2**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**Pg: 110 Ln: 3 - 12**

**Note:** Speculation.

**Linked Issues:** WC Objection

**Pg: 110 Ln: 11 - Pg: 111 Ln: 5**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 110 Ln: 14 - 21**

**Note:** Speculation; lack of personal knowledge; lack of foundation - Waste Connections.

**Linked Issues:** WC Objection

**Pg: 116 Ln: 1 - 7**

**Note:** unclear and confusing question

**Linked Issues:** WC Objection