### IV. Joshua Broggi (Aptim 30(B)(6)), May 19, 2023 Deposition*

**Pg: 13 Ln: 8 - 10**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 15 Ln: 17 - 23**

**Linked Issues:** WC Designation

**Pg: 21 Ln: 25 - Pg: 22 Ln: 2**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 34 Ln: 10 - Pg: 35 Ln: 5**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 35 Ln: 14 - 19**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 42 Ln: 15 - 18**

**Linked Issues:** WC Designation

**Pg: 42 Ln: 22 - Pg: 43 Ln: 3**

**Linked Issues:** WC Designation

**Pg: 43 Ln: 4 - 6**

**Linked Issues:** WC Designation

**Pg: 43 Ln: 11 - 14**

**Linked Issues:** WC Designation

**Pg: 45 Ln: 24 - Pg: 46 Ln: 13**

**Linked Issues:** WC Designation

**Pg: 50 Ln: 19 - 21**

**Linked Issues:** WC Designation

**Pg: 50 Ln: 24 - Pg: 51 Ln: 6**

**Linked Issues:** WC Designation

**Pg: 51 Ln: 9 - 10**

**Linked Issues:** WC Designation

**Pg: 56 Ln: 21 - 25**

*Aptim is objecting to the introduction of its 30(b)(6) depositions into evidence in light of the fact that Mr. Broggi will be testifying at trial.

1

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 83 Ln: 10 - 12

**Linked Issues:** WC Designation

Pg: 101 Ln: 13 - 21

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 120 Ln: 12 - 15

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 134 Ln: 17 - Pg: 135 Ln: 24

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 136 Ln: 13 - 21

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 136 Ln: 13 - 21

**Note:** Lack of foundation. Assumes facts not in evidence.

**Linked Issues:** WC Objection

Pg: 138 Ln: 2 - 4

**Linked Issues:** WC Designation

Pg: 138 Ln: 7 - 13

**Linked Issues:** WC Designation

Pg: 138 Ln: 16 - 19

**Linked Issues:** WC Designation

Pg: 138 Ln: 21 - Pg: 139 Ln: 16

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 149 Ln: 7 - 12

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 161 Ln: 16 - Pg: 162 Ln: 13

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 163 Ln: 18 - Pg: 164 Ln: 24

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 167 Ln: 20 - Pg: 168 Ln: 14

**Linked Issues:** WC Designation

Pg: 168 Ln: 17 - 21

**Linked Issues:** WC Designation

Pg: 168 Ln: 24 - 25

**Linked Issues:** WC Designation

Pg: 171 Ln: 5 - 9

**Linked Issues:** WC Designation

Pg: 201 Ln: 15 - 22

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 213 Ln: 3 - 12

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 216 Ln: 9 - 19

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 234 Ln: 2 - 23

**Linked Issues:** WC Designation

Pg: 235 Ln: 1 - 2

**Linked Issues:** WC Designation

Pg: 235 Ln: 5 - 8

**Linked Issues:** WC Designation

Pg: 235 Ln: 11 - Pg: 237 Ln: 1

**Linked Issues:** WC Designation

Pg: 237 Ln: 4 - Pg: 238 Ln: 2

**Linked Issues:** WC Designation

Pg: 238 Ln: 4 - 6

**Linked Issues:** WC Designation

Pg: 238 Ln: 11 - Pg: 239 Ln: 6

**Linked Issues:** WC Designation

**Pg: 239 Ln: 9**

    **Linked Issues:** WC Designation

**Pg: 244 Ln: 1 - 2**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 257 Ln: 16 - Pg: 258 Ln: 8**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 260 Ln: 13 - Pg: 261 Ln: 16**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 266 Ln: 6 - 13**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 266 Ln: 23 - Pg: 267 Ln: 8**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 272 Ln: 12 - 16**

    **Linked Issues:** WC Objection

**Pg: 272 Ln: 12 - 16**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 273 Ln: 11 - 24**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 273 Ln: 11 - 24**

    **Note:** Calls for speculation. Lack of foundation.

    **Linked Issues:** WC Objection, Plaintiffs' Designation (SC)

**Pg: 274 Ln: 4 - 7**

    **Note:** Lack of foundation. Assumes facts not in evidence.

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 274 Ln: 11 - 22**

    **Note:** Lack of foundation. Assumes facts not in evidence. Vague.

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 286 Ln: 8 - 12**

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 287 Ln: 4 - 19

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 295 Ln: 25 - Pg: 296 Ln: 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 295 Ln: 25 - Pg: 296 Ln: 25

**Note:** Lack of foundation. Calls for speculation.

**Linked Issues:** WC Objection

Pg: 297 Ln: 3 - 5

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 305 Ln: 16 - 20

**Linked Issues:** WC Designation

Pg: 308 Ln: 12 - Pg: 309 Ln: 1

**Linked Issues:** WC Designation

Pg: 313 Ln: 1 - 9

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 313 Ln: 19 - 21

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 314 Ln: 24 - Pg: 315 Ln: 13

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 316 Ln: 7 - 12

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 321 Ln: 13 - 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 376 Ln: 22 - 24

**Linked Issues:** WC Designation

Pg: 377 Ln: 2 - 8

**Linked Issues:** WC Designation

**Pg: 380 Ln: 23 - Pg: 381 Ln: 22**

    **Note:** Stipulation

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 383 Ln: 17 - Pg: 384 Ln: 24**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 397 Ln: 13 - 16**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 409 Ln: 22 - Pg: 412 Ln: 19**

    **Linked Issues:** Plaintiffs' Designation (SC)