## V.   <u>Chelsey Armstrong, October 18-19, 2023 Depositions</u>

[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 15 Ln: 5 - 8

**Linked Issues:** Plaintiffs' Designation (SC)

[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 15 Ln: 5 - 8

**Note:** Vague; lack of foundation. No definition as to "Waste Connections"

**Linked Issues:** WC Objection

[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 15 Ln: 17 - Pg: 18 Ln: 25

**Linked Issues:** Plaintiffs' Designation (SC)

[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 16 Ln: 1

**Note:** Move to strike; misstates testimony.

**Linked Issues:** WC Objection

[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 18 Ln: 16 - 25

**Note:** Hearsay.

**Linked Issues:** WC Objection

[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 19 Ln: 1 - 6

**Linked Issues:** WC Counterdesignation

[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 21 Ln: 10 - 14

**Linked Issues:** WC Counterdesignation

[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 21 Ln: 21 - Pg: 22 Ln: 23

**Linked Issues:** Plaintiffs' Designation (SC)

[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 22 Ln: 3 - 4

**Note:** Lack of foundation.

**Linked Issues:** WC Objection

[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 22 Ln: 5 - 23

**Note:** Relevancy; confusing and misleading jury. Ms. Armstrong testified that she did not screen waste for JPLF and therefore these questions are not relevant to issues at the JPLF.

**Linked Issues:** WC Objection

[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 23 Ln: 1 - 7

**Linked Issues:** WC Counterdesignation

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 23 Ln: 8 - Pg: 24 Ln: 5**

**Linked Issues:** Plaintiffs' Counter-Designations

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 25 Ln: 8 - 11**

**Note:** Assumes facts not in evidence. She described her role as a gatekeeper, not the others.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 25 Ln: 8 - 19**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 26 Ln: 7 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 27 Ln: 1 - 13**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 27 Ln: 18 - Pg: 28 Ln: 10**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 28 Ln: 19 - Pg: 29 Ln: 11**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 33 Ln: 12 - 16**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 33 Ln: 17 - 21**

**Linked Issues:** WC Counterdesignation

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 33 Ln: 22**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 34 Ln: 4 - 23**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 34 Ln: 4 - 23**

**Note:** Hearsay

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 35 Ln: 24 - Pg: 36 Ln: 13**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 37 Ln: 6 - 15**

**Note:** Hearsay; relevancy

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 37 Ln: 6 - Pg: 39 Ln: 20**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 38 Ln: 14 - 18**

**Note:** Hearsay

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 39 Ln: 6 - 15**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 39 Ln: 18 - 23**

**Note:** Hearsay

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 39 Ln: 22 - Pg: 40 Ln: 13**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 40 Ln: 3 - 6**

**Note:** Compound; lack of foundation.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 40 Ln: 14 - 20**

**Linked Issues:** WC Counterdesignation

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 40 Ln: 14 - Pg: 41 Ln: 9**

**Linked Issues:** Plaintiffs' Counter-Designations

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 41 Ln: 9 - 14**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 41 Ln: 15 - 24**

**Linked Issues:** WC Counterdesignation

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 42 Ln: 4 - 12**

**Linked Issues:** WC Counterdesignation

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 42 Ln: 15 - Pg: 43 Ln: 4**

**Linked Issues:** WC Counterdesignation

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 43 Ln: 6 - 9**

**Linked Issues:** WC Counterdesignation

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 43 Ln: 11 - 15**

**Linked Issues:** WC Counterdesignation

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 43 Ln: 16 - Pg: 46 Ln: 20**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 44 Ln: 2 - 4**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 44 Ln: 11 - 17**

**Note:** Confusing; vague.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 44 Ln: 20 - Pg: 45 Ln: 4**

**Note:** Compound; vague and confusing; speculation; lack of foundation.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 45 Ln: 15 - 24**

**Note:** Lack of foundation; relevancy; hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 45 Ln: 25 - Pg: 46 Ln: 2**

**Note:** Relevancy

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 46 Ln: 3 - 6**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 46 Ln: 19 - 20**

**Note:** hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 73 Ln: 12 - Pg: 76 Ln: 10**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 73 Ln: 16 - 19**

**Note:** Vague; lack of foundation re Waste Connections.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 74 Ln: 10 - 17**

**Note:** Lack of foundation; assumes facts not in evidence.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 75 Ln: 3 - 14**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 75 Ln: 18 - 21**

**Note:** Assumes facts not in evidence; lack of foundation.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 75 Ln: 22 - 24**

**Note:** Lack of foundation re Waste Connections

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 75 Ln: 25 - Pg: 76 Ln: 6**

**Note:** Relevancy.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 76 Ln: 7 - 10**

**Note:** Assumes facts not in evidence; lack of foundation.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 76 Ln: 18 - Pg: 77 Ln: 8**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 78 Ln: 11 - Pg: 79 Ln: 18**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 78 Ln: 14 - 19**

**Note:** Lack of foundation; confusing.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 79 Ln: 7 - 18**

**Note:** Relevancy. She testified she was not involved in approval of spent lime or any approvals for JPLF at all.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 80 Ln: 22 - Pg: 83 Ln: 3**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 81 Ln: 6 - 8**

**Note:** Lack of foundation re Waste Connections.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 82 Ln: 8 - 21**

**Note:** Hearsay

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 82 Ln: 22 - Pg: 83 Ln: 3**

**Note:** Speculation; hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 83 Ln: 13 - 25**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 83 Ln: 13 - Pg: 84 Ln: 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 84 Ln: 12 - 15**

**Note:** Lack of foundation - this building.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 84 Ln: 16 - 18**

**Note:** Stricken per comment of questioner.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 84 Ln: 19 - 21**

**Note:** Relevancy.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 84 Ln: 22 - Pg: 85 Ln: 3**

**Note:** Lack of foundation; speculation. also only question is designated.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 84 Ln: 25**

**Linked Issues:** Plaintiffs' Counter-Designations

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 85 Ln: 3**

**Linked Issues:** Plaintiffs' Counter-Designations

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 85 Ln: 5 - 24**

**Linked Issues:** Plaintiffs' Counter-Designations

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 85 Ln: 10 - 12**

**Note:** Lack of foundation - Waste Connections

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 87 Ln: 6 - 9**

**Note:** Lack of foundation re Waste Connections.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 87 Ln: 6 - 18**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 87 Ln: 10 - 13**

**Note:** Relevancy; cummulative/wrong witness

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 87 Ln: 14 - 17**

**Note:** Relevancy. She testified that she was not involved in JPLF landfill so her understanding of composition of spent lime is irrelevant.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 87 Ln: 18**

**Note:** impartial designation. should be removed.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 90 Ln: 22 - Pg: 91 Ln: 2**

**Note:** hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 90 Ln: 22 - Pg: 93 Ln: 22**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 91 Ln: 3 - 19**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 91 Ln: 20 - Pg: 92 Ln: 2**

**Note:** Assumes facts not in evidence; lack of foundation; speculation; hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 92 Ln: 5 - 7**

**Linked Issues:** WC Counterdesignation

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 92 Ln: 9 - 14**

**Linked Issues:** WC Counterdesignation

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 92 Ln: 15 - 20**

**Note:** Speculation.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 92 Ln: 21 - Pg: 93 Ln: 2**

**Note:** Lack of foundation; assumes facts not in evidence; speculation.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 96 Ln: 1 - 11**

**Note:** hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 96 Ln: 1 - Pg: 97 Ln: 5**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 96 Ln: 11 - Pg: 97 Ln: 5**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 98 Ln: 2 - 18**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 99 Ln: 24 - Pg: 100 Ln: 2**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 99 Ln: 24 - Pg: 100 Ln: 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 101 Ln: 1 - 2**

**Linked Issues:** Plaintiffs' Counter-Designations

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 101 Ln: 3 - 10**

**Note:** Hearsay for first two questions, and third question has not context, lacks foundation with the first two.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 101 Ln: 3 - 20**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 101 Ln: 24 - Pg: 102 Ln: 5**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 102 Ln: 8 - 17**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 102 Ln: 8 - Pg: 104 Ln: 12**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 103 Ln: 11 - 17**

**Note:** hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 103 Ln: 25 - Pg: 104 Ln: 3**

**Note:** Hearsay

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 105 Ln: 15 - 22**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 105 Ln: 15 - Pg: 107 Ln: 7**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 105 Ln: 23 - Pg: 106 Ln: 1**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 106 Ln: 13 - 14**

**Note:** Should be stricken per questioner comment.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 106 Ln: 15 - 24**

**Note:** Hearsay for first question; lack of foundation for second - "information" if objection to prior question is sustained.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 106 Ln: 25 - Pg: 107 Ln: 5**

**Note:** hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 107 Ln: 14 - Pg: 109 Ln: 8**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 108 Ln: 3 - 7**

**Note:** hearsay

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 108 Ln: 17 - Pg: 109 Ln: 3**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 112 Ln: 19 - 23**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/18/2023] Chelsey Armstrong (10/18/2023) - Pg: 113 Ln: 1 - 15**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 6 Ln: 20 - Pg: 7 Ln: 7**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 6 Ln: 21**

**Note:** Objecting to document, dep. ex. 1151, as hearsay.

**Linked Issues:** WC Objection

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 7 Ln: 13 - Pg: 8 Ln: 1**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 8 Ln: 11 - 12**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 8 Ln: 11 - 12**

**Note:** Object to document Dep Ex. 1152 as hearsay.

**Linked Issues:** WC Objection

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 8 Ln: 15 - Pg: 9 Ln: 11**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 8 Ln: 16 - 23**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 9 Ln: 6 - 11**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 10 Ln: 4 - Pg: 11 Ln: 13**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 10 Ln: 7 - 9**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 11 Ln: 14 - 16**

**Linked Issues:** WC Counterdesignation

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 38 Ln: 3 - 6**

**Note:** Lack of foundation -- no clarity on Waste Connections.

**Linked Issues:** WC Objection

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 38 Ln: 3 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 38 Ln: 18 - 20**

**Note:** Lack of foundation; assumes facts not in evidence.

**Linked Issues:** WC Objection

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 50 Ln: 14 - Pg: 51 Ln: 1**

**Note:** Lack of foundation - no clarity as to "Waste Connections"

**Linked Issues:** WC Objection

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 50 Ln: 14 - Pg: 51 Ln: 9**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 56 Ln: 10 - 21**

**Note:** relevancy

**Linked Issues:** WC Objection

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 56 Ln: 10 - 21**

**Linked Issues:** Plaintiffs' Designation (SC)

**[10/19/2023] Chelsey Armstrong (10/19/2023) - Pg: 56 Ln: 22 - Pg: 57 Ln: 6**

**Linked Issues:** WC Counterdesignation