## VI.   Jeff Palutis, October 18, 2023 Deposition

**Pg: 6 Ln: 3 - 6**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 7 Ln: 22 - 24**

   **Linked Issues:** WC Counterdesignation

**Pg: 9 Ln: 10 - 15**

   **Linked Issues:** WC Counterdesignation

**Pg: 14 Ln: 2 - 5**

   **Linked Issues:** WC Counterdesignation

**Pg: 14 Ln: 11 - 20**

   **Linked Issues:** WC Counterdesignation

**Pg: 17 Ln: 13 - 22**

   **Linked Issues:** WC Counterdesignation

**Pg: 17 Ln: 22 - Pg: 18 Ln: 7**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 18 Ln: 16 - Pg: 19 Ln: 2**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 18 Ln: 18 - 23**

   **Note:** Lack of foundation; vague; assumes facts not in evidence.

   **Linked Issues:** WC Objection

**Pg: 20 Ln: 13 - Pg: 21 Ln: 12**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 21 Ln: 23 - Pg: 22 Ln: 1**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 22 Ln: 24 - Pg: 23 Ln: 21**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 23 Ln: 17 - 21**

**Note:** Lack of foundation; assumes facts not in evidence. Specifically, Mr. Foster is asking "You" to Mr. Palutis, but it was IESI's contract, not Mr. Palutis' contract and this was not a 30b6 deposition.

**Linked Issues:** WC Objection

**Pg: 26 Ln: 14 - 16**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 26 Ln: 17 - 23**

**Linked Issues:** WC Counterdesignation

**Pg: 26 Ln: 25 - Pg: 27 Ln: 1**

**Linked Issues:** WC Counterdesignation

**Pg: 27 Ln: 3 - 6**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 27 Ln: 7 - 22**

**Linked Issues:** WC Counterdesignation

**Pg: 27 Ln: 24 - Pg: 28 Ln: 21**

**Linked Issues:** WC Counterdesignation

**Pg: 28 Ln: 18 - Pg: 30 Ln: 2**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 37 Ln: 4 - 13**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 38 Ln: 5 - 10**

**Linked Issues:** WC Counterdesignation

**Pg: 39 Ln: 18 - 23**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 40 Ln: 2 - 7**

**Linked Issues:** WC Counterdesignation

**Pg: 40 Ln: 8 - Pg: 43 Ln: 14**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 40 Ln: 15 - 19**

**Note:** Vague; confusing.

**Linked Issues:** WC Objection

<mark style="background-color: #00ff00">Pg: 41 Ln: 14 - 20</mark>

**Note:** Assumes facts in evidence; mischaracterizes the evidence. Asking Mr. Palutis what he did before he negotiated the contract.

**Linked Issues:** WC Objection

<mark style="background-color: #00ff00">Pg: 41 Ln: 22 - Pg: 42 Ln: 1</mark>

**Note:** Compound; vague; ambiguous.

**Linked Issues:** WC Objection

<mark style="background-color: #00ff00">Pg: 42 Ln: 8 - 18</mark>

**Note:** Lack of foundation - no evidence that Mr. Palutis negotiated or had any understanding as to what IESI was committing itself to do.  Also hearsay for reading document into record; speculation.

**Linked Issues:** WC Objection

<mark style="background-color: #00ff00">Pg: 42 Ln: 19 - Pg: 43 Ln: 6</mark>

**Note:** Speculation; lack of foundation. Asking him questions before establishing whether he knew the odor control plan and did not show him the actual plan.

**Linked Issues:** WC Objection

<mark style="background-color: #00ff00">Pg: 43 Ln: 7 - 14</mark>

**Note:** Lack of foundation; speculation.  Asking him questions without showing him the document or establishing that he had reviewed the odor control plan at any point in time.

**Linked Issues:** WC Objection

<mark style="background-color: #cc99ff">Pg: 44 Ln: 16 - 23</mark>

**Linked Issues:** Plaintiffs' Designation (SC)

<mark style="background-color: #00ffff">Pg: 45 Ln: 12 - Pg: 46 Ln: 7</mark>

**Linked Issues:** WC Counterdesignation

<mark style="background-color: #00ffff">Pg: 54 Ln: 12 - 21</mark>

**Linked Issues:** WC Counterdesignation

<mark style="background-color: #00ff00">Pg: 54 Ln: 22 - Pg: 55 Ln: 1</mark>

**Note:** Lack of foundation; speculation.

**Linked Issues:** WC Objection

<mark style="background-color: #cc99ff">Pg: 54 Ln: 22 - Pg: 55 Ln: 11</mark>

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 55 Ln: 5 - 11

    **Note:** Lack of foundation; speculation; seeks opinion testimony of a lay witness.

    **Linked Issues:** WC Objection

Pg: 56 Ln: 5 - Pg: 57 Ln: 13

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 57 Ln: 14 - 21

    **Linked Issues:** WC Counterdesignation

Pg: 58 Ln: 24 - Pg: 59 Ln: 16

    **Linked Issues:** WC Counterdesignation

Pg: 59 Ln: 17 - Pg: 60 Ln: 14

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 60 Ln: 16 - Pg: 61 Ln: 8

    **Linked Issues:** WC Counterdesignation

Pg: 68 Ln: 5 - 13

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 71 Ln: 7 - 9

    **Linked Issues:** WC Counterdesignation

Pg: 71 Ln: 16 - Pg: 72 Ln: 17

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 72 Ln: 5 - 8

    **Note:** lack of foundation. No discussion as to what corporate was or Mr. Palutis' understanding of that term.

    **Linked Issues:** WC Objection

Pg: 73 Ln: 11 - 13

    **Linked Issues:** WC Counterdesignation

Pg: 73 Ln: 15 - Pg: 74 Ln: 1

    **Linked Issues:** WC Counterdesignation

Pg: 74 Ln: 3 - 7

    **Linked Issues:** WC Counterdesignation

Pg: 75 Ln: 1 - Pg: 76 Ln: 17

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 75 Ln: 9 - 20

    **Note:** Assumes facts not in evidence; speculation.

    **Linked Issues:** WC Objection

Pg: 79 Ln: 17 - 21

    **Linked Issues:** WC Counterdesignation

Pg: 80 Ln: 15 - 25

    **Linked Issues:** WC Counterdesignation

Pg: 81 Ln: 2 - 4

    **Linked Issues:** WC Counterdesignation

Pg: 82 Ln: 1 - Pg: 84 Ln: 21

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 84 Ln: 23 - Pg: 85 Ln: 1

    **Linked Issues:** WC Counterdesignation

Pg: 85 Ln: 3

    **Linked Issues:** WC Counterdesignation

Pg: 87 Ln: 12 - Pg: 88 Ln: 3

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 90 Ln: 9 - 16

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 93 Ln: 21 - Pg: 94 Ln: 1

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 95 Ln: 3 - Pg: 98 Ln: 18

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 95 Ln: 11

**Note:** Move to strike "ha ha". this is taken out of context and his "ha ha" response is due to Mr. Foster's prior question that said day one.

**Linked Issues:** WC Objection

Pg: 97 Ln: 6 - 10

**Note:** improper lay witness opinion; speculation.

**Linked Issues:** WC Objection

Pg: 97 Ln: 12 - 20

**Note:** Assumes facts not in evidence. Mr. Palutis did not negotiate the contract with the Parish.

**Linked Issues:** WC Objection

Pg: 98 Ln: 7 - 11

**Note:** Compound question; argumentative.

**Linked Issues:** WC Objection

Pg: 99 Ln: 6 - Pg: 100 Ln: 12

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 100 Ln: 24 - Pg: 101 Ln: 3

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 101 Ln: 7 - 9

**Linked Issues:** WC Counterdesignation

Pg: 101 Ln: 14 - Pg: 102 Ln: 6

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 102 Ln: 14 - 16

**Note:** Assumes facts not in evidence; vague.

**Linked Issues:** WC Objection

Pg: 102 Ln: 14 - Pg: 103 Ln: 2

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 105 Ln: 2 - 24

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 105 Ln: 21 - 24

**Note:** Relevancy.

**Linked Issues:** WC Objection

**Pg: 106 Ln: 1 - 5**

**Linked Issues:** WC Counterdesignation

**Pg: 106 Ln: 7 - Pg: 107 Ln: 13**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 106 Ln: 20 - Pg: 107 Ln: 6**

**Note:** Relevancy.

**Linked Issues:** WC Objection

**Pg: 107 Ln: 7 - 13**

**Note:** Argumentative; vague; speculation.

**Linked Issues:** WC Objection

**Pg: 107 Ln: 20 - Pg: 108 Ln: 3**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 108 Ln: 16 - Pg: 109 Ln: 8**

**Linked Issues:** WC Counterdesignation

**Pg: 109 Ln: 12 - Pg: 110 Ln: 1**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 111 Ln: 3 - 8**

**Note:** Lack of foundation; relevancy.

**Linked Issues:** WC Objection

**Pg: 111 Ln: 3 - Pg: 116 Ln: 17**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 115 Ln: 18 - 20**

**Note:** Relevancy.

**Linked Issues:** WC Objection

**Pg: 116 Ln: 16 - 22**

**Note:** Confusing; unintelligible.

**Linked Issues:** WC Objection

**Pg: 118 Ln: 5 - 14**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 119 Ln: 4 - Pg: 121 Ln: 17**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 121 Ln: 20 - 25**

    **Linked Issues:** WC Counterdesignation

**Pg: 126 Ln: 10 - Pg: 127 Ln: 1**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 126 Ln: 10 - Pg: 127 Ln: 1**

    **Note:** relevancy; hearsay.

    **Linked Issues:** WC Objection

**Pg: 140 Ln: 11 - 15**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 141 Ln: 18 - Pg: 142 Ln: 6**

    **Note:** lack of foundation; hearsay.

    **Linked Issues:** WC Objection

**Pg: 141 Ln: 18 - Pg: 151 Ln: 10**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 142 Ln: 19 - 22**

    **Note:** Argumentative; lack of foundation.

    **Linked Issues:** WC Objection

**Pg: 142 Ln: 24 - 25**

    **Note:** argumentative; lack of foundation.

    **Linked Issues:** WC Objection

**Pg: 143 Ln: 23 - Pg: 145 Ln: 11**

    **Note:** argumentative; relevancy.

    **Linked Issues:** WC Objection

**Pg: 145 Ln: 12 - Pg: 146 Ln: 17**

**Note:** argumentative; asked and answered.

**Linked Issues:** WC Objection

**Pg: 147 Ln: 23 - Pg: 148 Ln: 1**

**Note:** Speculation; lack of foundation.

**Linked Issues:** WC Objection

**Pg: 158 Ln: 8 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 158 Ln: 14 - 16**

**Note:** Speculation; lack of foundation

**Linked Issues:** WC Objection

**Pg: 158 Ln: 21 - 25**

**Note:** Relevancy.

**Linked Issues:** WC Objection

**Pg: 164 Ln: 14 - 19**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 164 Ln: 14 - 19**

**Note:** Relevancy.

**Linked Issues:** WC Objection