## VII.    Nikki Crews, October 19, 2023 Deposition

**Pg: 12 Ln: 18 - Pg: 14 Ln: 1**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 14 Ln: 5 - 19**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 14 Ln: 20 - 24**

**Linked Issues:** WC Counterdesignation

**Pg: 16 Ln: 23 - Pg: 18 Ln: 5**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 17 Ln: 6 - Pg: 18 Ln: 6**

**Note:** Relevance

**Linked Issues:** WC Objection

**Pg: 18 Ln: 13 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 18 Ln: 17 - 19**

**Note:** Relevance

**Linked Issues:** WC Objection

**Pg: 19 Ln: 7 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 19 Ln: 25**

**Note:** Move to strike, fragment of a question.

**Linked Issues:** WC Objection

**Pg: 20 Ln: 2 - 5**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 23 Ln: 17 - 20**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 24 Ln: 1 - Pg: 26 Ln: 13**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 26 Ln: 16 - Pg: 28 Ln: 7**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 27 Ln: 18 - Pg: 28 Ln: 7**

    **Note:** Hearsay

    **Linked Issues:** WC Objection

**Pg: 28 Ln: 22 - Pg: 29 Ln: 1**

    **Note:** Asked and answered.

    **Linked Issues:** WC Objection

**Pg: 28 Ln: 22 - Pg: 30 Ln: 20**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 29 Ln: 2 - Pg: 30 Ln: 13**

    **Note:** Relevance

    **Linked Issues:** WC Objection

**Pg: 30 Ln: 24 - Pg: 31 Ln: 25**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 32 Ln: 12 - 17**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 32 Ln: 19 - 22**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 33 Ln: 9 - 17**

    **Linked Issues:** WC Counterdesignation

**Pg: 36 Ln: 18 - 25**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 36 Ln: 24 - 25**

    **Note:** Move to strike, incomplete question.

    **Linked Issues:** WC Objection

**Pg: 37 Ln: 2**

    **Note:** Vague

    **Linked Issues:** WC Objection Maintained

Pg: 37 Ln: 8 - 24

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 37 Ln: 11

    **Note:** Vague as to "okay" and "sloppy," compound.

    **Linked Issues:** WC Objection Maintained

Pg: 37 Ln: 15

    **Note:** Counsel testifying.

    **Linked Issues:** WC Objection

Pg: 39 Ln: 6 - 8

    **Linked Issues:** WC Counterdesignation

Pg: 40 Ln: 1 - 4

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 40 Ln: 1 - 23

    **Note:** Hearsay

    **Linked Issues:** WC Objection

Pg: 40 Ln: 9 - 23

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 42 Ln: 21 - Pg: 43 Ln: 3

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 43 Ln: 4

    **Note:** Vague as to "a lot of activity," compound.

    **Linked Issues:** WC Objection Maintained

Pg: 43 Ln: 5

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 43 Ln: 10 - Pg: 44 Ln: 9

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 43 Ln: 24 - Pg: 44 Ln: 3

**Note:** Foundation.

**Linked Issues:** WC Objection

Pg: 44 Ln: 9

**Note:** Move to strike, fragment of a question.

**Linked Issues:** WC Objection

Pg: 44 Ln: 21 - Pg: 45 Ln: 9

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 44 Ln: 21 - Pg: 46 Ln: 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 45 Ln: 11

**Note:** Vague as to "your thing."

**Linked Issues:** WC Objection Maintained

Pg: 45 Ln: 22 - Pg: 46 Ln: 9

**Note:** Hearsay.

**Linked Issues:** WC Objection

Pg: 46 Ln: 12

**Note:** Foundation.

**Linked Issues:** WC Objection Maintained

Pg: 47 Ln: 1 - 3

**Linked Issues:** WC Counterdesignation

Pg: 47 Ln: 7 - 12

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 47 Ln: 11

**Note:** Foundation.

**Linked Issues:** WC Objection Maintained

Pg: 48 Ln: 14 - Pg: 49 Ln: 18

**Linked Issues:** Plaintiffs' Designation (SC)

4

**Pg: 48 Ln: 21 - Pg: 49 Ln: 5**

    **Note:** Hearsay

    **Linked Issues:** WC Objection

**Pg: 49 Ln: 12 - 18**

    **Note:** Hearsay.

    **Linked Issues:** WC Objection

**Pg: 51 Ln: 7 - 22**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 51 Ln: 22 - Pg: 52 Ln: 1**

    **Linked Issues:** WC Counterdesignation

**Pg: 52 Ln: 7 - Pg: 53 Ln: 21**

    **Linked Issues:** WC Counterdesignation

**Pg: 53 Ln: 22 - Pg: 54 Ln: 5**

    **Linked Issues:** WC Counterdesignation

**Pg: 61 Ln: 5 - 7**

    **Linked Issues:** WC Counterdesignation

**Pg: 64 Ln: 4 - 18**

    **Linked Issues:** WC Counterdesignation

**Pg: 65 Ln: 20 - Pg: 66 Ln: 11**

    **Linked Issues:** WC Counterdesignation

**Pg: 75 Ln: 23 - 25**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 75 Ln: 23 - 25**

    **Note:** Hearsay.

    **Linked Issues:** WC Objection

**Pg: 76 Ln: 4 - Pg: 77 Ln: 10**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 76 Ln: 4 - Pg: 77 Ln: 11**

**Note:** Hearsay.

**Linked Issues:** WC Objection

Pg: 78 Ln: 2 - 4

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 78 Ln: 2 - 4

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 78 Ln: 8 - 12

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 78 Ln: 8 - 12

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 78 Ln: 25 - Pg: 79 Ln: 12

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 78 Ln: 25 - Pg: 79 Ln: 12

**Note:** Questioning arises from same hearsay objection.

**Linked Issues:** WC Objection

Pg: 80 Ln: 7 - 9

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 81 Ln: 25 - Pg: 82 Ln: 8

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 81 Ln: 25 - Pg: 82 Ln: 8

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 82 Ln: 13 - 15

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 82 Ln: 13 - Pg: 83 Ln: 3

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 82 Ln: 18

**Note:** Vague as to important.

**Linked Issues:** WC Objection Maintained

Pg: 84 Ln: 16 - 21

**Linked Issues:** WC Counterdesignation

Pg: 86 Ln: 8 - Pg: 87 Ln: 8

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 88 Ln: 23 - Pg: 89 Ln: 14

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 89 Ln: 17 - 18

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 89 Ln: 17 - 18

**Note:** Hearsay, foundation. Defendant objects to all subsequent questioning arising from this document.

**Linked Issues:** WC Objection

Pg: 97 Ln: 1 - 15

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 97 Ln: 6

**Note:** Foundation, speculation.

**Linked Issues:** WC Objection Maintained

Pg: 97 Ln: 13

**Note:** Foundation, speculation.

**Linked Issues:** WC Objection Maintained

Pg: 98 Ln: 1 - 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 98 Ln: 6

**Note:** Foundation, speculation, vague as to "excessive odors."

7

**Linked Issues:** WC Objection Maintained

**Pg: 98 Ln: 13**

**Note:** Foundation, vague.

**Linked Issues:** WC Objection Maintained

**Pg: 98 Ln: 25**

**Note:** Move to strike given that answer not designated; also, foundation, vague, calls for expert opinion testimony.

**Linked Issues:** WC Objection Maintained

**Pg: 99 Ln: 18**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 99 Ln: 18**

**Note:** Move to strike this fragment of an answer without a designated question.

**Linked Issues:** WC Objection

**Pg: 100 Ln: 1 - 4**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 101 Ln: 20 - Pg: 104 Ln: 3**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 109 Ln: 7 - 11**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 109 Ln: 7 - 11**

**Note:** Vague as to "problematic," compound.

**Linked Issues:** WC Objection

**Pg: 109 Ln: 17 - 20**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 109 Ln: 17 - 20**

**Note:** Assumes facts not in evidence.

**Linked Issues:** WC Objection

**Pg: 110 Ln: 22 - 25**

**Linked Issues:** WC Counterdesignation

**Pg: 111 Ln: 1 - 3**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 145 Ln: 8 - 10**

    **Note:** Vague, foundation.

    **Linked Issues:** WC Objection

**Pg: 145 Ln: 8 - 14**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 145 Ln: 11 - 14**

    **Note:** Vague, foundation.

    **Linked Issues:** WC Objection

**Pg: 146 Ln: 8 - 10**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 146 Ln: 8 - 10**

    **Note:** Hearsay, foundation.

    **Linked Issues:** WC Objection

**Pg: 147 Ln: 6 - 25**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 147 Ln: 6 - 25**

    **Note:** Hearsay.

    **Linked Issues:** WC Objection

**Pg: 148 Ln: 4 - 5**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 148 Ln: 4 - 5**

    **Note:** Hearsay

    **Linked Issues:** WC Objection

**Pg: 148 Ln: 8 - 11**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 148 Ln: 8 - 11**

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 148 Ln: 15 - 18

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 148 Ln: 15 - 18

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 149 Ln: 19 - Pg: 150 Ln: 20

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 149 Ln: 19 - Pg: 150 Ln: 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 150 Ln: 21 - 24

**Note:** Hearsay, vague.

**Linked Issues:** WC Objection

Pg: 150 Ln: 25

**Note:** Move to strike this fragment of a question.

**Linked Issues:** WC Objection

Pg: 151 Ln: 8 - 10

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 151 Ln: 8 - 10

**Note:** Compound, vague.

**Linked Issues:** WC Objection

Pg: 151 Ln: 14 - 17

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 151 Ln: 14 - 17

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 152 Ln: 10 - 16

**Note:** Compound

**Linked Issues:** WC Objection

Pg: 152 Ln: 13 - 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 155 Ln: 23 - Pg: 156 Ln: 14

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 155 Ln: 23 - Pg: 156 Ln: 20

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 156 Ln: 8 - 20

**Note:** Speculation

**Linked Issues:** WC Objection

Pg: 157 Ln: 1

**Note:** Move to strike. No question designated with this partial answer.

**Linked Issues:** WC Objection

Pg: 157 Ln: 1 - Pg: 158 Ln: 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 157 Ln: 2 - 8

**Note:** Hearsay, speculation.

**Linked Issues:** WC Objection

Pg: 157 Ln: 9 - Pg: 158 Ln: 1

**Note:** Compound, speculation, hearsay.

**Linked Issues:** WC Objection

Pg: 158 Ln: 2 - 15

**Note:** Hearsay.

**Linked Issues:** WC Objection

Pg: 158 Ln: 16 - 25

**Note:** Hearsay, speculation.

**Linked Issues:** WC Objection

Pg: 169 Ln: 4 - Pg: 170 Ln: 3

**Note:** Hearsay, foundation.

**Linked Issues:** WC Objection

Pg: 169 Ln: 4 - Pg: 172 Ln: 10

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 170 Ln: 4 - 22

**Note:** Hearsay, foundation.

**Linked Issues:** WC Objection

Pg: 170 Ln: 23 - Pg: 171 Ln: 19

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 171 Ln: 20 - Pg: 172 Ln: 10

**Note:** Hearsay, foundation, counsel testifying.

**Linked Issues:** WC Objection

Pg: 172 Ln: 15 - 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 172 Ln: 15 - 25

**Note:** Hearsay, foundation.

**Linked Issues:** WC Objection

Pg: 176 Ln: 25 - Pg: 177 Ln: 12

**Note:** Hearsay, foundation.

**Linked Issues:** WC Objection

Pg: 177 Ln: 1 - Pg: 186 Ln: 14

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 177 Ln: 13 - 20

**Note:** Hearsay, speculation.

**Linked Issues:** WC Objection

Pg: 177 Ln: 21 - Pg: 178 Ln: 7

**Note:** Hearsay, speculation.

**Linked Issues:** WC Objection

Pg: 178 Ln: 8 - 19

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 178 Ln: 20 - 23

**Note:** Speculation, foundation.

**Linked Issues:** WC Objection

Pg: 178 Ln: 24 - Pg: 179 Ln: 8

**Note:** Hearsay, foundation, compound.

**Linked Issues:** WC Objection

Pg: 179 Ln: 10 - 18

**Note:** Hearsay.

**Linked Issues:** WC Objection

Pg: 179 Ln: 19 - 22

**Note:** Hearsay, foundation, speculation.

**Linked Issues:** WC Objection

Pg: 179 Ln: 25 - Pg: 180 Ln: 8

**Note:** Move to strike, counsel testifying.

**Linked Issues:** WC Objection

Pg: 180 Ln: 9 - 18

**Note:** Hearsay, foundation, speculation, counsel testifying.

**Linked Issues:** WC Objection

Pg: 180 Ln: 19 - 23

**Note:** Hearsay, foundation, speculation.

**Linked Issues:** WC Objection

**Pg: 180 Ln: 25 - Pg: 181 Ln: 6**

**Note:** Hearsay, foundation, speculation.

**Linked Issues:** WC Objection

**Pg: 181 Ln: 7 - 10**

**Note:** Vague as to "important."

**Linked Issues:** WC Objection

**Pg: 181 Ln: 12 - 18**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**Pg: 181 Ln: 19 - Pg: 182 Ln: 14**

**Note:** Hearsay.

**Linked Issues:** WC Objection

**Pg: 182 Ln: 15 - 20**

**Note:** Counsel testifying, calls for improper opinion testimony.

**Linked Issues:** WC Objection

**Pg: 183 Ln: 12 - 20**

**Note:** Compound, counsel testifying, vague as to "okay," calls for legal conclusion on contract interpretation.

**Linked Issues:** WC Objection

**Pg: 183 Ln: 22 - Pg: 184 Ln: 7**

**Note:** Incomplete hypothetical, calls for legal conclusion regarding contract interpretation, vague as to "acceptable."

**Linked Issues:** WC Objection

**Pg: 184 Ln: 8 - 10**

**Note:** Foundation, calls for legal conclusion regarding contract interpretation.

**Linked Issues:** WC Objection

**Pg: 184 Ln: 11 - 22**

**Note:** Foundation, incomplete hypothetical.

**Linked Issues:** WC Objection

Pg: 185 Ln: 3 - 7

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 185 Ln: 8 - 15

**Note:** Foundation

**Linked Issues:** WC Objection

Pg: 185 Ln: 16 - 19

**Note:** Move to strike, not a question.

**Linked Issues:** WC Objection

Pg: 185 Ln: 20 - Pg: 186 Ln: 3

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 186 Ln: 4 - 8

**Note:** Speculation

**Linked Issues:** WC Objection

Pg: 37 Ln: 6 - 24

**Linked Issues:** Plaintiffs' Counter-Designations

Pg: 99 Ln: 1 - 18

**Linked Issues:** Plaintiffs' Counter-Designations

Pg: 99 Ln: 19 - 25

**Linked Issues:** WC Counterdesignation

Pg: 151 Ln: 1 - 25

**Linked Issues:** Plaintiffs' Counter-Designations