## VIII.     Joe Laubenstein, January 8, 2024 Deposition

**Pg: 9 Ln: 1 - 10**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 9 Ln: 5 - 10**

   **Note:** Relevance

   **Linked Issues:** WC Objection

**Pg: 10 Ln: 12 - 16**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 10 Ln: 17 - 18**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 10 Ln: 19 - 20**

   **Linked Issues:** WC Counterdesignation

**Pg: 10 Ln: 21 - Pg: 11 Ln: 12**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 12 Ln: 10 - 13**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 13 Ln: 21 - Pg: 14 Ln: 9**

   **Linked Issues:** WC Counterdesignation

**Pg: 14 Ln: 18 - 21**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 14 Ln: 18 - 21**

   **Note:** Vague and ambiguous as to which corporate entity is being asked about

   **Linked Issues:** WC Objection

**Pg: 15 Ln: 5 - 13**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 15 Ln: 5 - 13**

   **Note:** Vague and ambiguous as to which corporate entity is being asked about

   **Linked Issues:** WC Objection

1

**Pg: 15 Ln: 22 - 24**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 16 Ln: 20 - Pg: 17 Ln: 7**

    **Linked Issues:** WC Counterdesignation

**Pg: 17 Ln: 11 - 24**

    **Linked Issues:** WC Counterdesignation

**Pg: 18 Ln: 10 - 19**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 18 Ln: 16 - 19**

    **Note:** Foundation, vague as to "best practices," calls for expert opinion.

    **Linked Issues:** WC Objection

**Pg: 19 Ln: 15 - 19**

    **Note:** Vague as to "odor problems," compound.

    **Linked Issues:** WC Objection

**Pg: 19 Ln: 15 - 24**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 19 Ln: 20 - 24**

    **Note:** Vague as to "odor problems," foundation, assumes facts not in evidence.

    **Linked Issues:** WC Objection

**Pg: 20 Ln: 7 - 10**

    **Note:** Vague as to "odor problems."

    **Linked Issues:** WC Objection

**Pg: 20 Ln: 7 - 24**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 20 Ln: 11 - 15**

    **Note:** Vague as to "odor problems."

    **Linked Issues:** WC Objection Maintained

**Pg: 20 Ln: 16 - 20**

**Note:** Vague as to "odor problems."

**Linked Issues:** WC Objection Maintained

Pg: 20 Ln: 21 - 24

**Note:** Vague

**Linked Issues:** WC Objection

Pg: 20 Ln: 21 - 24

**Note:** Vague as to "odor problems."

**Linked Issues:** WC Objection Maintained

Pg: 22 Ln: 4 - 24

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 23 Ln: 16 - Pg: 24 Ln: 1

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 25 Ln: 17 - Pg: 26 Ln: 7

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 26 Ln: 14 - 24

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 26 Ln: 14 - 24

**Note:** Foundation, counsel testifying, assumes facts not in evidence.

**Linked Issues:** WC Objection

Pg: 27 Ln: 10 - 17

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 27 Ln: 10 - 17

**Note:** Foundation, vague and ambiguous as to which corporate entity is being asked about.

**Linked Issues:** WC Objection

Pg: 28 Ln: 19 - Pg: 29 Ln: 5

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 28 Ln: 19 - Pg: 29 Ln: 5

**Note:** Foundation, relevance, vague as to "putting stuff in landfills business."

3

**Linked Issues:** WC Objection

Pg: 29 Ln: 19 - 23

**Note:** Foundation, relevance.

**Linked Issues:** WC Objection Maintained

Pg: 29 Ln: 19 - Pg: 32 Ln: 21

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 29 Ln: 24 - Pg: 30 Ln: 4

**Note:** Foundation, relevance.

**Linked Issues:** WC Objection Maintained

Pg: 30 Ln: 5 - 9

**Note:** Foundation, relevance, vague as to which Waste Connections entity is being referred to, vague as to "best at disposing of CCRs in landfills."

**Linked Issues:** WC Objection Maintained

Pg: 30 Ln: 10 - 16

**Note:** Foundation, relevance, vague as to which Waste Connections entity is being referred to.

**Linked Issues:** WC Objection Maintained

Pg: 30 Ln: 17 - Pg: 31 Ln: 2

**Note:** Compound, foundation, relevance, vague as to which Waste Connections entity is being referred to.

**Linked Issues:** WC Objection Maintained

Pg: 31 Ln: 3 - 11

**Note:** Foundation, relevance, vague as to which Waste Connections entity is being referred to.

**Linked Issues:** WC Objection Maintained

Pg: 31 Ln: 12 - 20

**Note:** Foundation, relevance, vague as to which Waste Connections entity is being referred to.

**Linked Issues:** WC Objection Maintained

Pg: 31 Ln: 21 - Pg: 32 Ln: 1

**Note:** Foundation, relevance, vague as to which Waste Connections entity is being referred to.

**Linked Issues:** WC Objection Maintained

Pg: 32 Ln: 2 - 5

**Note:** Move to strike, counsel did not allow witness to answer; foundation, relevance, vague as to which Waste Connections entity is being referred to.

**Linked Issues:** WC Objection Maintained

Pg: 32 Ln: 6 - 10

**Note:** Foundation, relevance, vague as to which Waste Connections entity is being referred to, vague as to "an aspect."

**Linked Issues:** WC Objection Maintained

Pg: 32 Ln: 11 - 16

**Note:** Foundation, relevance, vague as to which Waste Connections entity is being referred to, vague as to "an aspect."

**Linked Issues:** WC Objection Maintained

Pg: 32 Ln: 17 - 21

**Note:** Foundation, relevance, vague as to which Waste Connections entity is being referred to, vague as to "an aspect."

**Linked Issues:** WC Objection Maintained

Pg: 33 Ln: 5 - 11

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 33 Ln: 5 - 11

**Note:** Compound, relevance.

**Linked Issues:** WC Objection Maintained

Pg: 37 Ln: 15 - Pg: 38 Ln: 10

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 39 Ln: 18 - Pg: 40 Ln: 3

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 40 Ln: 8 - Pg: 41 Ln: 21

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 41 Ln: 24 - 25

**Linked Issues:** WC Counterdesignation

Pg: 42 Ln: 1 - 8

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 42 Ln: 9 - 11**

**Linked Issues:** WC Counterdesignation

**Pg: 45 Ln: 17 - Pg: 48 Ln: 2**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 45 Ln: 17 - Pg: 48 Ln: 2**

**Note:** Relevance

**Linked Issues:** WC Objection

**Pg: 49 Ln: 11 - 13**

**Note:** Relevance

**Linked Issues:** WC Objection

**Pg: 49 Ln: 11 - 13**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 61 Ln: 21 - Pg: 62 Ln: 22**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 67 Ln: 24 - Pg: 68 Ln: 9**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 93 Ln: 12 - 17**

**Note:** Foundation, vague as to "best practices."

**Linked Issues:** WC Objection Maintained

**Pg: 93 Ln: 12 - Pg: 94 Ln: 15**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 93 Ln: 21 - Pg: 94 Ln: 15**

**Note:** Foundation, relevance, incomplete hypothetical, vague as to "best practices for X, Y, and Z."

**Linked Issues:** WC Objection Maintained

**Pg: 100 Ln: 5 - 14**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 100 Ln: 5 - 14**

**Note:** Hearsay.

**Linked Issues:** WC Objection

Pg: 101 Ln: 19 - Pg: 102 Ln: 5

**Note:** Hearsay, relevance.

**Linked Issues:** WC Objection

Pg: 101 Ln: 19 - Pg: 102 Ln: 18

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 102 Ln: 6 - 18

**Note:** Hearsay, relevance.

**Linked Issues:** WC Objection

Pg: 102 Ln: 19 - 25

**Linked Issues:** WC Counterdesignation

Pg: 103 Ln: 24 - Pg: 104 Ln: 7

**Note:** Vague as to "danger."

**Linked Issues:** WC Objection Maintained

Pg: 103 Ln: 24 - Pg: 105 Ln: 13

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 104 Ln: 8 - 22

**Note:** Vague as to "danger."

**Linked Issues:** WC Objection Maintained

Pg: 104 Ln: 23 - Pg: 105 Ln: 13

**Note:** Vague as to "danger."

**Linked Issues:** WC Objection

Pg: 105 Ln: 22

**Note:** Move to strike this answer for which a question has not been designated.

**Linked Issues:** WC Objection

Pg: 105 Ln: 22 - Pg: 113 Ln: 7

**Linked Issues:** Plaintiffs' Designation (SC)

7

Pg: 105 Ln: 23 - Pg: 106 Ln: 4

**Note:** Foundation.

**Linked Issues:** WC Objection Maintained

Pg: 107 Ln: 1 - 5

**Note:** Foundation, vague as to which Waste Connections entity is being referred to.

**Linked Issues:** WC Objection Maintained

Pg: 107 Ln: 6 - 16

**Note:** Relevance.

**Linked Issues:** WC Objection Maintained

Pg: 107 Ln: 17 - 21

**Note:** Foundation, vague as to which Waste Connections entity is being referred to.

**Linked Issues:** WC Objection

Pg: 107 Ln: 22 - Pg: 109 Ln: 8

**Note:** Relevance, foundation, speculation.

**Linked Issues:** WC Objection Maintained

Pg: 109 Ln: 9 - Pg: 110 Ln: 13

**Note:** Hearsay.

**Linked Issues:** WC Objection

Pg: 110 Ln: 14 - Pg: 113 Ln: 7

**Note:** Hearsay.

**Linked Issues:** WC Objection

Pg: 113 Ln: 19 - Pg: 114 Ln: 1

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 113 Ln: 19 - Pg: 117 Ln: 17

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 114 Ln: 2 - Pg: 115 Ln: 14

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 116 Ln: 2 - 13

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 116 Ln: 14 - Pg: 117 Ln: 12

**Note:** Relevance, speculation.

**Linked Issues:** WC Objection

Pg: 117 Ln: 13 - 17

**Note:** Hearsay, authentication, foundation.

**Linked Issues:** WC Objection

Pg: 118 Ln: 2 - 11

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 118 Ln: 2 - 11

**Note:** Hearsay.

**Linked Issues:** WC Objection

Pg: 119 Ln: 8 - 9

**Note:** Relevance.

**Linked Issues:** WC Objection

Pg: 119 Ln: 8 - Pg: 121 Ln: 18

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 119 Ln: 10 - Pg: 120 Ln: 3

**Note:** Hearsay, foundation, relevance.

**Linked Issues:** WC Objection

Pg: 120 Ln: 4 - 12

**Note:** Foundation, relevance.

**Linked Issues:** WC Objection

Pg: 120 Ln: 13 - 14

**Note:** Counsel testifying, assumes facts not in evidence, relevance.

**Linked Issues:** WC Objection

Pg: 120 Ln: 15 - 17

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 120 Ln: 18 - Pg: 121 Ln: 1

**Note:** Calls for expert opinion, vague as to "significant concern."

**Linked Issues:** WC Objection Maintained

Pg: 121 Ln: 2 - 5

**Note:** Calls for expert opinion, vague as to "possibly be significant."

**Linked Issues:** WC Objection Maintained

Pg: 121 Ln: 6 - 10

**Note:** Calls for expert opinion, hearsay.

**Linked Issues:** WC Objection Maintained

Pg: 121 Ln: 11 - 18

**Note:** Calls for expert opinion, hearsay, vague as to "serious health concerns."

**Linked Issues:** WC Objection Maintained

Pg: 123 Ln: 3 - 13

**Note:** Hearsay, foundation.

**Linked Issues:** WC Objection Maintained

Pg: 123 Ln: 3 - Pg: 124 Ln: 5

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 123 Ln: 14 - 18

**Note:** Foundation

**Linked Issues:** WC Objection

Pg: 123 Ln: 19 - 23

**Note:** Compound, foundation.

**Linked Issues:** WC Objection Maintained

Pg: 125 Ln: 14 - 19

10

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 125 Ln: 14 - 19

**Note:** Hearsay, foundation.

**Linked Issues:** WC Objection

Pg: 126 Ln: 11 - 22

**Note:** Hearsay, foundation.

**Linked Issues:** WC Objection

Pg: 126 Ln: 11 - Pg: 128 Ln: 11

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 126 Ln: 23 - Pg: 127 Ln: 5

**Note:** Hearsay, foundation, calls for speculation.

**Linked Issues:** WC Objection Maintained

Pg: 127 Ln: 6 - 12

**Note:** Foundation, compound, hearsay.

**Linked Issues:** WC Objection Maintained

Pg: 127 Ln: 18 - 25

**Note:** Hearsay, foundation.

**Linked Issues:** WC Objection

Pg: 128 Ln: 1 - 7

**Note:** Compound, foundation, hearsay, calls for speculation, relevance.

**Linked Issues:** WC Objection

Pg: 128 Ln: 8 - 11

**Note:** Hearsay, foundation, calls for speculation, vague as to "best practices."

**Linked Issues:** WC Objection

Pg: 129 Ln: 1 - 12

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 129 Ln: 1 - 12

**Note:** Hearsay, foundation.

**Linked Issues:** WC Objection

Pg: 130 Ln: 1 - Pg: 132 Ln: 2

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 130 Ln: 1 - Pg: 132 Ln: 2

**Note:** Hearsay, relevance.

**Linked Issues:** WC Objection

Pg: 133 Ln: 20 - 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 133 Ln: 20 - 25

**Note:** This line of questioning is about an attachment to an email. Hearsay, foundation, relevance.

**Linked Issues:** WC Objection

Pg: 134 Ln: 9 - Pg: 138 Ln: 17

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 134 Ln: 9 - Pg: 138 Ln: 17

**Note:** This line of questioning is about an attachment to an email. Hearsay, foundation, relevance.

**Linked Issues:** WC Objection

Pg: 144 Ln: 1 - 18

**Note:** This line of questioning is about an attachment to an email.  Hearsay, foundation, relevance.

**Linked Issues:** WC Objection

Pg: 144 Ln: 1 - Pg: 148 Ln: 14

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 144 Ln: 19 - 25

**Note:** Foundation, calls for expert opinion.

**Linked Issues:** WC Objection

Pg: 145 Ln: 1 - 6

**Note:** Foundation, calls for expert opinion.

**Linked Issues:** WC Objection

Pg: 145 Ln: 7 - 12

**Note:** Hearsay, foundation, calls for expert opinion.

**Linked Issues:** WC Objection

Pg: 145 Ln: 13 - 17

**Note:** Hearsay, foundation, calls for expert opinion.

**Linked Issues:** WC Objection

Pg: 145 Ln: 18 - 22

**Note:** Hearsay, foundation, calls for expert opinion.

**Linked Issues:** WC Objection

Pg: 145 Ln: 23 - Pg: 146 Ln: 4

**Note:** Vague and ambiguous.

**Linked Issues:** WC Objection Maintained

Pg: 146 Ln: 5 - 21

**Note:** Hearsay, foundation, calls for expert opinion.

**Linked Issues:** WC Objection

Pg: 146 Ln: 22 - Pg: 147 Ln: 14

**Note:** Foundation, relevance, calls for expert opinion.

**Linked Issues:** WC Objection

Pg: 147 Ln: 15 - 20

**Note:** Hearsay, foundation, calls for expert opinion.

**Linked Issues:** WC Objection

Pg: 147 Ln: 21 - 25

**Note:** Hearsay, foundation, calls for expert opinion.

**Linked Issues:** WC Objection

Pg: 148 Ln: 1 - 8

**Note:** Compound, vague as to which Waste Connections entity is being referred to, vague as to "problem of odors."

**Linked Issues:** WC Objection Maintained

Pg: 148 Ln: 9 - 14

**Note:** Vague as to which Waste Connections entity is being referred to, vague as to "problem of odors."

**Linked Issues:** WC Objection Maintained

Pg: 149 Ln: 22 - Pg: 150 Ln: 5

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 149 Ln: 22 - Pg: 150 Ln: 5

**Note:** Hearsay, foundation, relevance.

**Linked Issues:** WC Objection

Pg: 157 Ln: 17 - Pg: 158 Ln: 12

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 157 Ln: 17 - Pg: 158 Ln: 12

**Note:** Foundation, calls for expert opinion; line of questioning is about an inadmissible document and therefore hearsay.

**Linked Issues:** WC Objection

Pg: 160 Ln: 9 - 15

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 160 Ln: 9 - 15

**Note:** Hearsay, foundation, calls for expert opinion.

**Linked Issues:** WC Objection

Pg: 172 Ln: 1 - 10

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 172 Ln: 1 - 10

**Note:** Hearsay, foundation.

**Linked Issues:** WC Objection

Pg: 173 Ln: 14 - Pg: 174 Ln: 7

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 173 Ln: 14 - Pg: 174 Ln: 7

**Note:** Hearsay, foundation, calls for expert opinion.

**Linked Issues:** WC Objection

**Pg: 177 Ln: 2 - 18**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 177 Ln: 2 - 18**

**Note:** Hearsay, foundation, calls for expert opinion, vague as to which Waste Connections entity is being referred to.

**Linked Issues:** WC Objection Maintained

**Pg: 204 Ln: 13 - Pg: 207 Ln: 14**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 204 Ln: 13 - Pg: 207 Ln: 14**

**Note:** Hearsay, foundation, relevance.

**Linked Issues:** WC Objection

**Pg: 209 Ln: 4 - Pg: 210 Ln: 8**

**Linked Issues:** WC Counterdesignation

**Pg: 215 Ln: 19 - Pg: 228 Ln: 20**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 215 Ln: 19 - Pg: 228 Ln: 20**

**Note:** Hearsay, foundation, relevance.

**Linked Issues:** WC Objection

**Pg: 234 Ln: 6 - Pg: 235 Ln: 2**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 234 Ln: 6 - Pg: 235 Ln: 2**

**Note:** Hearsay, foundation, relevance.

**Linked Issues:** WC Objection

**Pg: 235 Ln: 17 - 22**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 235 Ln: 17 - 22**

**Note:** Hearsay, foundation, relevance.

**Linked Issues:** WC Objection

**Pg: 236 Ln: 15 - Pg: 238 Ln: 3**

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 236 Ln: 15 - Pg: 238 Ln: 3

**Note:** Hearsay, foundation, relevance.

**Linked Issues:** WC Objection

Pg: 238 Ln: 15 - 20

**Note:** Hearsay, foundation, relevance, more prejudicial than probative.

**Linked Issues:** WC Objection

Pg: 238 Ln: 15 - Pg: 241 Ln: 15

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 238 Ln: 21 - Pg: 241 Ln: 15

**Note:** Hearsay, foundation, relevance.

**Linked Issues:** WC Objection

Pg: 242 Ln: 8 - 13

**Note:** Hearsay, foundation, relevance.

**Linked Issues:** WC Objection

Pg: 242 Ln: 8 - Pg: 244 Ln: 3

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 242 Ln: 14 - Pg: 244 Ln: 3

**Note:** Foundation, relevance, questioning is about a hearsay document, vague as to "noxious odors."

**Linked Issues:** WC Objection

Pg: 245 Ln: 2 - 15

**Note:** Hearsay, foundation, relevance.

**Linked Issues:** WC Objection

Pg: 245 Ln: 2 - Pg: 247 Ln: 18

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 245 Ln: 16 - Pg: 247 Ln: 18

**Note:** Foundation, relevance, calls for speculation, incomplete hypothetical, vague as to "noxious odors."

**Linked Issues:** WC Objection

Pg: 255 Ln: 8 - Pg: 259 Ln: 8

**Note:** Hearsay, foundation, relevance.

**Linked Issues:** WC Objection

Pg: 255 Ln: 8 - Pg: 273 Ln: 23

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 259 Ln: 9 - Pg: 264 Ln: 6

**Note:** Hearsay, foundation.

**Linked Issues:** WC Objection

Pg: 264 Ln: 7 - 13

**Note:** Hearsay, foundation, relevance.

**Linked Issues:** WC Objection

Pg: 264 Ln: 14 - 19

**Note:** Foundation, calls for speculation, relevance.

**Linked Issues:** WC Objection

Pg: 264 Ln: 20 - Pg: 266 Ln: 4

**Note:** Foundation, relevance, calls for expert opinion.

**Linked Issues:** WC Objection

Pg: 266 Ln: 5 - Pg: 270 Ln: 25

**Note:** Hearsay, entire exchange arises from a hearsay document about a landfill in Florida; foundation, relevance, calls for expert opinion.

**Linked Issues:** WC Objection

Pg: 271 Ln: 1 - 12

**Note:** Hearsay, foundation, relevance, calls for expert opinion.

**Linked Issues:** WC Objection Maintained

Pg: 271 Ln: 13 - Pg: 272 Ln: 7

**Note:** Hearsay, foundation, relevance, calls for expert opinion.

**Linked Issues:** WC Objection Maintained

Pg: 272 Ln: 8 - 14

**Note:** Hearsay, foundation, relevance, calls for expert opinion.

**Linked Issues:** WC Objection Maintained

Pg: 272 Ln: 15 - 20

**Note:** Foundation, relevance, calls for expert opinion.

**Linked Issues:** WC Objection Maintained

Pg: 272 Ln: 21 - Pg: 273 Ln: 1

**Note:** Foundation, relevance, calls for expert opinion.

**Linked Issues:** WC Objection Maintained

Pg: 273 Ln: 2 - 8

**Note:** Foundation, relevance, calls for expert opinion.

**Linked Issues:** WC Objection Maintained

Pg: 273 Ln: 9 - 19

**Note:** Foundation, relevance, calls for expert opinion.

**Linked Issues:** WC Objection Maintained