## IX.    Nick Collins, January 12, 2024 Deposition

**Pg: 14 Ln: 20 - Pg: 15 Ln: 5**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 15 Ln: 17 - Pg: 16 Ln: 3**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 17 Ln: 12 - 17**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 17 Ln: 18 - Pg: 18 Ln: 8**

   **Linked Issues:** WC Counterdesignation

**Pg: 18 Ln: 13 - 14**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 19 Ln: 9 - 12**

   **Note:** Object as the designation does not include the question; and object to lack of foundation re Waste Connections

   **Linked Issues:** WC Objection

**Pg: 19 Ln: 11 - 16**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 19 Ln: 17 - Pg: 20 Ln: 1**

   **Linked Issues:** WC Counterdesignation

**Pg: 20 Ln: 2 - 14**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 20 Ln: 15 - 25**

   **Linked Issues:** WC Counterdesignation

**Pg: 21 Ln: 2 - 14**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 21 Ln: 17 - 20**

   **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 22 Ln: 7 - 17**

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 22 Ln: 21 - Pg: 23 Ln: 7

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 32 Ln: 11 - Pg: 33 Ln: 4

    **Linked Issues:** WC Counterdesignation

Pg: 34 Ln: 1 - 10

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 42 Ln: 6 - 18

    **Linked Issues:** WC Counterdesignation

Pg: 43 Ln: 7 - 20

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 43 Ln: 16 - 20

    **Note:** Speculation

    **Linked Issues:** WC Objection

Pg: 45 Ln: 10 - 22

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 46 Ln: 16 - Pg: 47 Ln: 1

    **Linked Issues:** Plaintiffs' Designation (SC)

Pg: 46 Ln: 24 - Pg: 47 Ln: 1

    **Note:** Lack of foundation - Waste Connections

    **Linked Issues:** WC Objection

Pg: 47 Ln: 2 - Pg: 49 Ln: 3

    **Linked Issues:** WC Counterdesignation

Pg: 49 Ln: 16 - Pg: 52 Ln: 1

    **Linked Issues:** WC Counterdesignation

Pg: 64 Ln: 6 - 13

    **Linked Issues:** WC Counterdesignation

Pg: 70 Ln: 21 - Pg: 71 Ln: 3

**Linked Issues:** WC Counterdesignation

Pg: 71 Ln: 19 - 21

**Linked Issues:** WC Counterdesignation

Pg: 71 Ln: 23 - Pg: 72 Ln: 1

**Linked Issues:** WC Counterdesignation

Pg: 74 Ln: 18 - 19

**Note:** Hearsay; lack of foundation - no questions or testimony regarding the document was designated

**Linked Issues:** WC Objection

Pg: 74 Ln: 18 - 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 74 Ln: 25

**Note:** Partial question.

**Linked Issues:** WC Objection

Pg: 75 Ln: 18 - 22

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 75 Ln: 18 - 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 76 Ln: 3 - Pg: 78 Ln: 5

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 77 Ln: 2 - 4

**Note:** Lack of foundation - Waste Connections.

**Linked Issues:** WC Objection

Pg: 77 Ln: 10 - 17

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 77 Ln: 22 - 23

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 78 Ln: 12 - 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 79 Ln: 9 - Pg: 88 Ln: 16

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 80 Ln: 6 - 22

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 80 Ln: 23 - 25

**Note:** lack of foundation - as to Waste Connections;

**Linked Issues:** WC Objection

Pg: 81 Ln: 21 - 24

**Note:** Speculation; statement not a question

**Linked Issues:** WC Objection

Pg: 82 Ln: 13 - 16

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 83 Ln: 3 - 8

**Note:** Compound; vague and confusing question

**Linked Issues:** WC Objection

Pg: 83 Ln: 14 - 20

**Note:** Speculation

**Linked Issues:** WC Objection

Pg: 83 Ln: 22 - 24

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 86 Ln: 15 - 22

**Note:** Speculation.

**Linked Issues:** WC Objection

Pg: 88 Ln: 17 - 25

**Linked Issues:** WC Counterdesignation

Pg: 89 Ln: 22 - 25

**Note:** Object to depo exhibit - hearsay

**Linked Issues:** WC Objection

Pg: 89 Ln: 22 - Pg: 92 Ln: 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 90 Ln: 12 - 22

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 91 Ln: 1 - 6

**Note:** Improper opinion from lay witness

**Linked Issues:** WC Objection

Pg: 91 Ln: 14 - 22

**Note:** Hearsay

**Linked Issues:** WC Objection

Pg: 91 Ln: 24 - Pg: 92 Ln: 3

**Note:** lack of foundation; hearsay

**Linked Issues:** WC Objection

Pg: 93 Ln: 3 - 6

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 93 Ln: 4 - 6

**Note:** hearsay

**Linked Issues:** WC Objection

Pg: 93 Ln: 12 - Pg: 94 Ln: 7

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 93 Ln: 12 - Pg: 94 Ln: 7

**Note:** Hearsay.

**Linked Issues:** WC Objection

Pg: 106 Ln: 18 - 21

**Note:** Lack of foundation- Waste Connections

**Linked Issues:** WC Objection

Pg: 106 Ln: 18 - Pg: 107 Ln: 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 107 Ln: 20 - 25

**Note:** Lack of foundation - Waste Connections

**Linked Issues:** WC Objection

Pg: 137 Ln: 4 - 5

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 137 Ln: 9 - Pg: 140 Ln: 5

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 140 Ln: 7 - 9

**Linked Issues:** WC Counterdesignation

Pg: 140 Ln: 10 - 16

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 141 Ln: 14 - 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 142 Ln: 1 - 19

**Linked Issues:** WC Counterdesignation

Pg: 142 Ln: 20 - 23

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 143 Ln: 8 - 13

**Note:** Speculation

**Linked Issues:** WC Objection

Pg: 143 Ln: 8 - 18

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 143 Ln: 21 - Pg: 144 Ln: 4

**Linked Issues:** WC Counterdesignation

Pg: 144 Ln: 6 - 11

**Linked Issues:** WC Counterdesignation

Pg: 146 Ln: 10 - 12

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 146 Ln: 10 - 12

**Note:** Hearsay.

**Linked Issues:** WC Objection

Pg: 146 Ln: 19 - Pg: 150 Ln: 9

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 146 Ln: 22 - Pg: 147 Ln: 6

**Note:** hearsay

**Linked Issues:** WC Objection

Pg: 147 Ln: 11 - 18

**Note:** hearsay

**Linked Issues:** WC Objection

Pg: 149 Ln: 6 - 9

**Note:** Lack of Foundation - Waste Connections

**Linked Issues:** WC Objection

Pg: 149 Ln: 14 - 20

**Note:** Lack of foundation - Waste Connections and decision made at The Woodlands without defining which entity at The Woodlands

**Linked Issues:** WC Objection

Pg: 149 Ln: 22 - Pg: 150 Ln: 9

**Note:** Lack of foundation - Waste Connections and use of The Woodlands without identifying entity

**Linked Issues:** WC Objection

Pg: 150 Ln: 10 - 13

**Linked Issues:** WC Counterdesignation

Pg: 150 Ln: 15 - Pg: 151 Ln: 7

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 151 Ln: 22 - Pg: 153 Ln: 2

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 153 Ln: 3 - 15

**Linked Issues:** WC Counterdesignation

Pg: 153 Ln: 16 - Pg: 154 Ln: 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 154 Ln: 25

**Note:** only partial question.

**Linked Issues:** WC Objection

Pg: 160 Ln: 8 - 9

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 160 Ln: 16 - 23

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 161 Ln: 3 - Pg: 162 Ln: 13

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 162 Ln: 3 - 13

**Note:** Lack of foundation - not a recipient on the email.; hearsay

**Linked Issues:** WC Objection

Pg: 162 Ln: 19 - Pg: 163 Ln: 1

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 162 Ln: 19 - Pg: 163 Ln: 1

**Note:** Relevancy; speculation

**Linked Issues:** WC Objection

Pg: 163 Ln: 3 - 5

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 163 Ln: 3 - 5**

**Note:** Hearsay

**Linked Issues:** WC Objection

**Pg: 163 Ln: 16 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 163 Ln: 23 - Pg: 164 Ln: 11**

**Note:** hearsay; relevancy

**Linked Issues:** WC Objection

**Pg: 164 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Counter-Designations

**Pg: 164 Ln: 12 - 16**

**Note:** Speculation

**Linked Issues:** WC Objection

**Pg: 164 Ln: 24 - Pg: 165 Ln: 3**

**Note:** Lack of Foundation - Waste Connections

**Linked Issues:** WC Objection

**Pg: 165 Ln: 1 - 3**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 171 Ln: 16 - Pg: 172 Ln: 9**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 172 Ln: 3 - 5**

**Note:** Lack of foundation; assumes facts not in evidence.

**Linked Issues:** WC Objection

**Pg: 172 Ln: 6 - 9**

**Note:** Lack of foundation; assumes facts not in evidence

**Linked Issues:** WC Objection

**Pg: 172 Ln: 11 - 14**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 173 Ln: 1 - 14**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 173 Ln: 20 - Pg: 174 Ln: 6**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 174 Ln: 10 - Pg: 177 Ln: 12**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 175 Ln: 14 - 19**

**Note:** Lack of foundation - Waste Connections

**Linked Issues:** WC Objection

**Pg: 175 Ln: 22 - Pg: 176 Ln: 2**

**Note:** Misrepresents the evidence-- does not say this in the Louisiana section.

**Linked Issues:** WC Objection

**Pg: 176 Ln: 3 - 10**

**Note:** Speculation

**Linked Issues:** WC Objection

**Pg: 176 Ln: 12 - 18**

**Note:** Speculation; vague as to high sulfate content.

**Linked Issues:** WC Objection

**Pg: 176 Ln: 23 - Pg: 177 Ln: 5**

**Note:** Lack of foundation; misstates testimony, confusing and vague question.

**Linked Issues:** WC Objection

**Pg: 180 Ln: 2 - 12**

**Linked Issues:** WC Counterdesignation

**Pg: 183 Ln: 22 - Pg: 184 Ln: 6**

**Linked Issues:** WC Counterdesignation