## X. Brian DeJean (River Birch 30(B)(6)), January 15, 2024 Deposition

**Pg: 13 Ln: 7 - 8**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 13 Ln: 9 - 18**

    **Linked Issues:** WC Designation

**Pg: 18 Ln: 14 - Pg: 19 Ln: 21**

    **Linked Issues:** WC Designation

**Pg: 19 Ln: 22 - Pg: 20 Ln: 11**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 20 Ln: 12 - 18**

    **Linked Issues:** WC Counterdesignation

**Pg: 20 Ln: 25 - Pg: 21 Ln: 18**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 24 Ln: 5 - 18**

    **Linked Issues:** WC Counterdesignation

**Pg: 25 Ln: 14 - 16**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 25 Ln: 21 - 25**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 27 Ln: 22 - 25**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 29 Ln: 4 - 10**

    **Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 29 Ln: 12 - 21**

    **Linked Issues:** WC Counterdesignation

**Pg: 30 Ln: 10 - Pg: 31 Ln: 17**

    **Linked Issues:** WC Designation

**Pg: 31 Ln: 25 - Pg: 33 Ln: 8**

**Linked Issues:** WC Designation

Pg: 33 Ln: 18 - Pg: 34 Ln: 2

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 34 Ln: 7 - 23

**Linked Issues:** WC Counterdesignation

Pg: 35 Ln: 8 - 13

**Linked Issues:** WC Designation

Pg: 35 Ln: 16 - 20

**Linked Issues:** WC Designation

Pg: 36 Ln: 2 - 5

**Linked Issues:** WC Designation

Pg: 36 Ln: 8 - Pg: 39 Ln: 3

**Linked Issues:** WC Designation

Pg: 39 Ln: 17 - Pg: 40 Ln: 25

**Linked Issues:** WC Designation

Pg: 46 Ln: 3 - 15

**Linked Issues:** WC Designation

Pg: 46 Ln: 18 - Pg: 47 Ln: 1

**Linked Issues:** WC Designation

Pg: 49 Ln: 18 - Pg: 50 Ln: 2

**Linked Issues:** WC Designation

Pg: 50 Ln: 11 - 18

**Linked Issues:** WC Designation

Pg: 50 Ln: 25 - Pg: 52 Ln: 14

**Linked Issues:** WC Designation

Pg: 52 Ln: 16 - Pg: 55 Ln: 2

**Linked Issues:** WC Designation

Pg: 55 Ln: 4 - 20

**Linked Issues:** WC Designation

Pg: 57 Ln: 15 - 20

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 57 Ln: 21 - Pg: 58 Ln: 1

**Linked Issues:** WC Counterdesignation

Pg: 58 Ln: 7 - 16

**Linked Issues:** WC Designation

Pg: 59 Ln: 15 - 16

**Linked Issues:** WC Designation

Pg: 59 Ln: 18 - 25

**Linked Issues:** WC Designation

Pg: 60 Ln: 2

**Linked Issues:** WC Designation

Pg: 60 Ln: 12 - 21

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 61 Ln: 9 - 21

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 62 Ln: 3 - 14

**Linked Issues:** WC Counterdesignation

Pg: 62 Ln: 15 - 16

**Linked Issues:** WC Designation

Pg: 62 Ln: 18 - Pg: 63 Ln: 21

**Linked Issues:** WC Designation

Pg: 63 Ln: 22 - Pg: 64 Ln: 2

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 64 Ln: 7 - 12

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 67 Ln: 6 - 8

**Linked Issues:** WC Designation

Pg: 67 Ln: 13 - 18

**Linked Issues:** WC Designation

Pg: 67 Ln: 20 - Pg: 69 Ln: 9

**Linked Issues:** WC Designation

Pg: 69 Ln: 11 - 12

**Linked Issues:** WC Designation

Pg: 69 Ln: 17 - Pg: 70 Ln: 12

**Linked Issues:** WC Designation

Pg: 70 Ln: 15 - 20

**Linked Issues:** WC Designation

Pg: 70 Ln: 21 - Pg: 71 Ln: 11

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 71 Ln: 19 - Pg: 72 Ln: 2

**Linked Issues:** WC Designation

Pg: 73 Ln: 13 - Pg: 74 Ln: 4

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 74 Ln: 6 - 9

**Linked Issues:** WC Counterdesignation

Pg: 74 Ln: 14 - 24

**Linked Issues:** WC Designation

Pg: 75 Ln: 15 - 21

**Linked Issues:** WC Designation

Pg: 75 Ln: 22 - Pg: 76 Ln: 2

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 76 Ln: 9 - 14

**Linked Issues:** WC Designation

Pg: 76 Ln: 16

**Linked Issues:** WC Designation

Pg: 76 Ln: 18 - 24

**Linked Issues:** WC Designation

Pg: 77 Ln: 1 - 2

**Linked Issues:** WC Designation

Pg: 77 Ln: 24 - Pg: 78 Ln: 1

**Linked Issues:** WC Designation

Pg: 78 Ln: 17 - 24

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 79 Ln: 5 - 7

**Linked Issues:** WC Designation

Pg: 82 Ln: 1 - 3

**Linked Issues:** WC Designation

Pg: 82 Ln: 7 - 13

**Linked Issues:** WC Designation

Pg: 85 Ln: 11 - Pg: 88 Ln: 7

**Linked Issues:** WC Designation

Pg: 89 Ln: 14 - 21

**Linked Issues:** WC Designation

Pg: 90 Ln: 4 - 17

**Linked Issues:** WC Designation

Pg: 90 Ln: 23 - Pg: 91 Ln: 7

**Linked Issues:** WC Designation

Pg: 91 Ln: 9 - Pg: 92 Ln: 6

**Linked Issues:** WC Designation

Pg: 92 Ln: 7 - 21

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 93 Ln: 23 - Pg: 94 Ln: 16

**Linked Issues:** WC Designation

Pg: 95 Ln: 22 - Pg: 96 Ln: 16

**Linked Issues:** WC Designation

Pg: 96 Ln: 24 - Pg: 97 Ln: 2

**Linked Issues:** WC Designation

Pg: 97 Ln: 10 - Pg: 98 Ln: 6

**Linked Issues:** WC Designation

Pg: 98 Ln: 8 - 25

**Linked Issues:** WC Designation

Pg: 99 Ln: 2

**Linked Issues:** WC Designation

Pg: 99 Ln: 8 - 10

**Linked Issues:** WC Designation

Pg: 99 Ln: 20 - 24

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 100 Ln: 22 - Pg: 101 Ln: 5

**Linked Issues:** WC Designation

Pg: 101 Ln: 7

**Linked Issues:** WC Designation

Pg: 101 Ln: 9 - Pg: 102 Ln: 4

**Linked Issues:** WC Designation

Pg: 102 Ln: 6

**Linked Issues:** WC Designation

Pg: 102 Ln: 14 - 24

**Linked Issues:** WC Designation

Pg: 103 Ln: 1 - 11

**Linked Issues:** WC Designation

Pg: 103 Ln: 12 - 14

**Linked Issues:** WC Designation

Pg: 103 Ln: 23 - Pg: 105 Ln: 4

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 105 Ln: 22 - Pg: 106 Ln: 4

**Linked Issues:** WC Designation

Pg: 107 Ln: 20 - 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 109 Ln: 8 - 13

**Linked Issues:** WC Designation

Pg: 109 Ln: 13 - Pg: 110 Ln: 7

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 111 Ln: 2 - 4

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 112 Ln: 4 - 8

**Linked Issues:** WC Designation

Pg: 112 Ln: 12 - Pg: 113 Ln: 20

**Linked Issues:** WC Designation

Pg: 113 Ln: 25 - Pg: 114 Ln: 5

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 114 Ln: 19 - 24

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 115 Ln: 1 - 14

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 125 Ln: 15 - 21

**Linked Issues:** WC Designation

Pg: 126 Ln: 4 - 17

**Linked Issues:** WC Designation

Pg: 126 Ln: 19

**Linked Issues:** WC Designation

Pg: 126 Ln: 25 - Pg: 127 Ln: 3

**Linked Issues:** WC Designation

Pg: 127 Ln: 6 - 16

**Linked Issues:** WC Designation

Pg: 127 Ln: 17 - Pg: 128 Ln: 3

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 129 Ln: 11 - Pg: 130 Ln: 14

**Linked Issues:** WC Designation

Pg: 130 Ln: 15 - 16

**Linked Issues:** WC Counterdesignation

Pg: 130 Ln: 18 - 20

**Linked Issues:** WC Counterdesignation

Pg: 130 Ln: 21 - 25

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 131 Ln: 6 - 8

**Linked Issues:** WC Designation

Pg: 131 Ln: 11

**Linked Issues:** WC Designation

Pg: 131 Ln: 13 - 14

**Linked Issues:** WC Designation

Pg: 131 Ln: 16 - 23

**Linked Issues:** WC Designation

Pg: 132 Ln: 2 - 5

**Linked Issues:** WC Designation

Pg: 132 Ln: 8 - 9

**Linked Issues:** WC Counterdesignation

Pg: 132 Ln: 9 - 15

**Linked Issues:** WC Designation

`Pg: 132 Ln: 16 - 17`

**Linked Issues:** WC Counterdesignation

`Pg: 132 Ln: 19 - 20`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 132 Ln: 22 - 25`

**Linked Issues:** WC Designation

`Pg: 133 Ln: 3 - 9`

**Linked Issues:** WC Designation

`Pg: 133 Ln: 11`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 135 Ln: 1 - 7`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 135 Ln: 7 - 20`

**Linked Issues:** WC Counterdesignation

`Pg: 135 Ln: 24 - Pg: 136 Ln: 6`

**Linked Issues:** WC Counterdesignation

`Pg: 138 Ln: 24 - Pg: 139 Ln: 8`

**Linked Issues:** WC Counterdesignation

`Pg: 139 Ln: 9 - 23`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 140 Ln: 25 - Pg: 141 Ln: 13`

**Linked Issues:** Plaintiffs' Designation (SC)

`Pg: 141 Ln: 14 - 22`

**Linked Issues:** WC Counterdesignation

`Pg: 141 Ln: 24`

**Linked Issues:** WC Counterdesignation

`Pg: 141 Ln: 24 - Pg: 142 Ln: 20`

**Linked Issues:** WC Designation

Pg: 142 Ln: 21 - 23

**Linked Issues:** WC Counterdesignation

Pg: 142 Ln: 25 - Pg: 143 Ln: 8

**Linked Issues:** WC Counterdesignation

Pg: 143 Ln: 9 - Pg: 144 Ln: 6

**Linked Issues:** WC Designation

Pg: 149 Ln: 12 - 15

**Linked Issues:** WC Designation

Pg: 149 Ln: 12 - 22

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 149 Ln: 23 - Pg: 150 Ln: 9

**Linked Issues:** WC Designation

Pg: 150 Ln: 12 - 17

**Linked Issues:** WC Designation

Pg: 152 Ln: 5 - 12

**Linked Issues:** WC Counterdesignation

Pg: 153 Ln: 8 - 15

**Linked Issues:** WC Counterdesignation

Pg: 154 Ln: 16 - 18

**Linked Issues:** WC Counterdesignation

Pg: 155 Ln: 10 - 18

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 157 Ln: 14 - 19

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 159 Ln: 19 - Pg: 160 Ln: 14

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 160 Ln: 16 - Pg: 161 Ln: 23

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 168 Ln: 18 - Pg: 169 Ln: 21

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 170 Ln: 24 - Pg: 171 Ln: 18

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 174 Ln: 8 - Pg: 175 Ln: 14

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 175 Ln: 17 - 20

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 176 Ln: 9 - 19

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 179 Ln: 6 - Pg: 181 Ln: 16

**Note:** Leading. Mis-states facts in the record.

**Linked Issues:** WC Objection, Plaintiffs' Designation (SC)

Pg: 187 Ln: 20 - 22

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 187 Ln: 25 - Pg: 189 Ln: 7

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 189 Ln: 10 - 12

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 189 Ln: 21 - 23

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 190 Ln: 11 - Pg: 192 Ln: 6

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 192 Ln: 24 - Pg: 195 Ln: 19

**Linked Issues:** Plaintiffs' Designation (SC)

Pg: 197 Ln: 5 - 20

**Linked Issues:** WC Counterdesignation

**Pg: 197 Ln: 21 - Pg: 198 Ln: 3**

**Linked Issues:** WC Counterdesignation