## XI.     Brian DeJean (Hwy-90 30(b)(6)), January 15, 2024 Deposition

Pg: 11 Ln: 5 - 11

**Linked Issues:** WC Designation

Pg: 14 Ln: 22 - Pg: 15 Ln: 1

**Linked Issues:** WC Designation

Pg: 15 Ln: 19 - Pg: 16 Ln: 5

**Note:** No Note Provided

**Linked Issues:** WC Designation

Pg: 22 Ln: 25 - Pg: 23 Ln: 3

**Note:** No Noted Provided

**Linked Issues:** WC Designation

Pg: 26 Ln: 11 - Pg: 27 Ln: 13

**Linked Issues:** Plaintiffs' Designation (SC)