## XII. Bruce Emley, January 19, 2024 Deposition

**Pg: 9 Ln: 1 - 7**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 11 Ln: 6 - 23**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 11 Ln: 10 - 23**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 12 Ln: 13 - 16**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 12 Ln: 13 - 16**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 12 Ln: 20 - 24**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 12 Ln: 20 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 13 Ln: 1 - 3**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 15 Ln: 10 - 25**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 15 Ln: 10 - 25**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 16 Ln: 1 - 5**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 16 Ln: 1 - 5**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 16 Ln: 14 - 15**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 16 Ln: 14 - 15**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 16 Ln: 23 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 16 Ln: 23 - 25**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 17 Ln: 1 - 2**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 17 Ln: 1 - 2**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 17 Ln: 5 - 6**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 17 Ln: 5 - 6**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 18 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 18 Ln: 1 - 25**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 19 Ln: 1 - 23**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 19 Ln: 1 - 23**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 20 Ln: 2 - 5**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 20 Ln: 2 - 5**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 21 Ln: 1 - 12**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 21 Ln: 1 - 19**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 21 Ln: 13 - 14**

**Note:** Foundation - objection to “for Waste Connections” - vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 22 Ln: 3 - 23**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 22 Ln: 6 - 23**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 23 Ln: 19 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 23 Ln: 19 - 25**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 24 Ln: 1 - 20**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 24 Ln: 1 - 20**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 25 Ln: 6 - 22**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 25 Ln: 6 - 22**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 38 Ln: 19 - 24**

**Linked Issues:** WC Counterdesignation

**Pg: 39 Ln: 8 - 23**

**Linked Issues:** WC Counterdesignation

**Pg: 40 Ln: 23 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 40 Ln: 23 - 25**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 41 Ln: 1 - 6**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 41 Ln: 1 - 6**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 45 Ln: 16 - 24**

**Note:** Foundation - the witness denied knowledge; assumes facts not in evidence; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** WC Objection

**Pg: 45 Ln: 16 - 24**

**Note:** Foundation - the witness denied knowledge; assumes facts not in evidence; vague and ambiguous as to which corporate entity is being asked about

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 65 Ln: 13 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 66 Ln: 1 - 8**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 66 Ln: 21 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 67 Ln: 1 - 2**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 67 Ln: 7 - 11**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 68 Ln: 7 - 20**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 68 Ln: 9 - 20**

**Note:** Foundation

**Linked Issues:** WC Objection

**Pg: 69 Ln: 15 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 69 Ln: 15 - 25**

**Note:** Foundation

**Linked Issues:** WC Objection

**Pg: 70 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 70 Ln: 1 - Pg: 75 Ln: 25**

**Note:** Foundation; hearsay; relevance

**Linked Issues:** WC Objection

**Pg: 71 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 72 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 73 Ln: 1 - 10**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 73 Ln: 17 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 74 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 75 Ln: 1 - 14**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 76 Ln: 9 - 19**

**Note:** Foundation; hearsay; relevance

**Linked Issues:** WC Objection

**Pg: 76 Ln: 9 - 19**

**Note:** Foundation; hearsay; relevance

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 78 Ln: 7 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 78 Ln: 7 - 25**

**Note:** Foundation; relevance

**Linked Issues:** WC Objection

**Pg: 79 Ln: 1 - 11**

**Note:** Foundation; hearsay

**Linked Issues:** WC Objection

**Pg: 79 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 79 Ln: 13 - Pg: 80 Ln: 22**

**Note:** Foundation

**Linked Issues:** WC Objection

**Pg: 80 Ln: 1 - 22**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 81 Ln: 15 - 21**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about; vague and ambiguous as to “problematic”

**Linked Issues:** WC Objection

**Pg: 81 Ln: 15 - 21**

**Note:** Foundation; vague and ambiguous as to which corporate entity is being asked about; vague and ambiguous as to “problematic”

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 83 Ln: 5 - 16**

**Note:** Foundation; vague and ambiguous

**Linked Issues:** WC Objection

**Pg: 83 Ln: 5 - 16**

**Note:** Foundation; vague and ambiguous

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 95 Ln: 1 - Pg: 101 Ln: 25**

**Note:** Foundation; vague and ambiguous; relevance; calls for improper opinion testimony

**Linked Issues:** WC Objection

**Pg: 95 Ln: 13 - 23**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 96 Ln: 10 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 97 Ln: 1 - 2**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 97 Ln: 10 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 98 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 99 Ln: 1 - 23**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 100 Ln: 6 - 9**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 100 Ln: 15 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 101 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 107 Ln: 1 - Pg: 111 Ln: 25**

**Note:** Foundation; vague and ambiguous; relevance; argumentative

**Linked Issues:** WC Objection

**Pg: 107 Ln: 9 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 108 Ln: 1 - 6**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 108 Ln: 15 - 24**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 109 Ln: 7 - 23**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 110 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 111 Ln: 1 - 24**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 114 Ln: 1 - Pg: 115 Ln: 25**

**Note:** Foundation; vague and ambiguous as to which corporation being asked about, "potential issues" and "problems in your landfill"; calls for improper opinion testimony; relevance as to what issues Mr. Emley is concerned about

**Linked Issues:** WC Objection

**Pg: 114 Ln: 7 - 23**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 115 Ln: 1 - 10**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 122 Ln: 7 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 122 Ln: 7 - Pg: 124 Ln: 11**

**Note:** Foundation; vague and ambiguous as to which corporation being asked about; relevance

**Linked Issues:** WC Objection

**Pg: 123 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 124 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 124 Ln: 12 - Pg: 125 Ln: 1**

**Note:** Foundation; vague and ambiguous as to which corporation being asked about; hearsay; relevance

**Linked Issues:** WC Objection

**Pg: 125 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 125 Ln: 2 - 21**

**Note:** Foundation; improper opinion testimony

**Linked Issues:** WC Objection

**Pg: 125 Ln: 22 - Pg: 127 Ln: 23**

**Note:** Foundation; vague and ambiguous as to which corporation being asked about; hearsay; relevance

**Linked Issues:** WC Objection

**Pg: 126 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 127 Ln: 2 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 127 Ln: 24 - Pg: 128 Ln: 4**

**Note:** Foundation; improper opinion testimony

**Linked Issues:** WC Objection

**Pg: 128 Ln: 2 - 4**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 128 Ln: 8 - 25**

**Note:** Foundation; vague and ambiguous as to which corporation being asked about; hearsay; relevance

**Linked Issues:** WC Objection

**Pg: 128 Ln: 8 - 25**

**Note:** Foundation; vague and ambiguous as to which corporation being asked about; hearsay; relevance

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 133 Ln: 6 - 20**

**Note:** Foundation; hearsay; relevance

**Linked Issues:** WC Objection

**Pg: 133 Ln: 6 - 20**

**Note:** Foundation; hearsay; relevance

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 133 Ln: 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 134 Ln: 2 - 13**

**Note:** Foundation; hearsay; relevance

**Linked Issues:** WC Objection

**Pg: 134 Ln: 2 - 13**

**Note:** Foundation; hearsay; relevance

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 135 Ln: 1 - 9**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 136 Ln: 22 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 136 Ln: 22 - Pg: 138 Ln: 17**

**Note:** Foundation; hearsay; relevance

**Linked Issues:** WC Objection

**Pg: 137 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 138 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 139 Ln: 1 - 16**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 139 Ln: 5 - 16**

**Note:** Foundation; vague and ambiguous as to which corporation being asked about

**Linked Issues:** WC Objection

**Pg: 156 Ln: 4 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 156 Ln: 4 - Pg: 160 Ln: 1**

**Note:** Foundation; hearsay; improper opinion testimony

**Linked Issues:** WC Objection

**Pg: 157 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 158 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 159 Ln: 2 - 5**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 159 Ln: 12 - 18**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 159 Ln: 21 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 160 Ln: 1**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 161 Ln: 20 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 161 Ln: 20 - Pg: 169 Ln: 5**

**Note:** Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about

**Linked Issues:** WC Objection

**Pg: 162 Ln: 1 - 8**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 163 Ln: 8 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 164 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 165 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 166 Ln: 1 - 11**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 166 Ln: 24 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 167 Ln: 1 - 24**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 168 Ln: 2 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 169 Ln: 1 - 12**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 169 Ln: 6 - 12**

**Note:** Foundation; vague and ambiguous as to which corporation being asked about

**Linked Issues:** WC Objection

**Pg: 171 Ln: 4 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 171 Ln: 4 - Pg: 178 Ln: 23**

**Note:** Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about

**Linked Issues:** WC Objection

**Pg: 172 Ln: 1 - 8**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 173 Ln: 11 - 16**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 177 Ln: 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 178 Ln: 1 - 23**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 179 Ln: 14 - 17**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 179 Ln: 14 - Pg: 181 Ln: 11**

**Note:** Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about

**Linked Issues:** WC Objection

**Pg: 179 Ln: 22 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 180 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 181 Ln: 1 - 11**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 193 Ln: 21 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 193 Ln: 21 - Pg: 195 Ln: 20**

**Note:** Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about

**Linked Issues:** WC Objection

**Pg: 194 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 195 Ln: 1 - 20**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 203 Ln: 9 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 203 Ln: 9 - Pg: 207 Ln: 5**

**Note:** Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about

**Linked Issues:** WC Objection

**Pg: 204 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 205 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 206 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 207 Ln: 1 - 5**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 219 Ln: 11 - 23**

**Note:** Foundation; argumentative; assumes facts not in evidence

**Linked Issues:** WC Objection

**Pg: 219 Ln: 11 - 23**

**Note:** Foundation; argumentative; assumes facts not in evidence

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 221 Ln: 7 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 221 Ln: 7 - Pg: 224 Ln: 11**

**Note:** Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about; argumentative; more prejudicial than probative

**Linked Issues:** WC Objection

**Pg: 222 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 223 Ln: 1 - 8**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 223 Ln: 22 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 224 Ln: 1 - 11**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 227 Ln: 10 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 227 Ln: 10 - Pg: 229 Ln: 20**

**Note:** Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about; argumentative

**Linked Issues:** WC Objection

**Pg: 228 Ln: 1 - 4**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 228 Ln: 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 229 Ln: 1 - 20**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 233 Ln: 20 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 233 Ln: 20 - Pg: 234 Ln: 2**

**Note:** Foundation; hearsay; vague and ambiguous as to which corporation being asked about; argumentative

**Linked Issues:** WC Objection

**Pg: 234 Ln: 1 - 2**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 238 Ln: 10 - 16**

**Linked Issues:** WC Counterdesignation

**Pg: 239 Ln: 10 - 14**

**Linked Issues:** WC Counterdesignation

**Pg: 240 Ln: 2 - 5**

**Note:** Foundation; vague and ambiguous as to which corporation being asked about; relevance (his lack of memory is not relevant)

**Linked Issues:** WC Objection

**Pg: 240 Ln: 2 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 240 Ln: 6 - Pg: 241 Ln: 16**

**Note:** Foundation; hearsay; vague and ambiguous as to which corporation being asked about; relevance

**Linked Issues:** WC Objection

**Pg: 241 Ln: 1 - 16**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 248 Ln: 17 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 248 Ln: 17 - Pg: 250 Ln: 24**

**Note:** Foundation; hearsay; vague and ambiguous as to which corporation being asked about

**Linked Issues:** WC Objection

**Pg: 249 Ln: 1 - 25**

**Linked Issues:** Plaintiffs' Designation (SC)

**Pg: 250 Ln: 1 - 24**

**Linked Issues:** Plaintiffs' Designation (SC)