# VERDICT SHEET

1. Do you find by a preponderance of the evidence that any one or more of the following Defendants knew, or through the exercise of reasonable care should have known, that allowing noxious odors to escape from the Jefferson Parish Landfill would likely cause harm or disruption to life or loss of use and enjoyment of property to persons in surrounding neighborhoods, that the Defendant failed to exercise reasonable care to prevent the escape such noxious odors, and that the exercise of reasonable care would have prevented the escape of the noxious odors?

| Yes | No | |
|------|------|------|
| ___ | ___ | Louisiana Regional Landfill Company, Waste Connections Bayou, Inc. and Waste Connections US, Inc. (hereafter: "Waste Connections") |
| ___ | ___ | Jefferson Parish |
| ___ | ___ | Aptim, Inc |

Regardless of your answer to question #1, proceed to question #2.

2. Do you find by a preponderance of the evidence that any one or more of the Defendants carried on any work or activity at the Jefferson Parish Landfill which would likely deprive a neighbor of the liberty of enjoying his or her own property and knew, or in the exercise of reasonable care should have known, that its work or activity would likely cause damage, the damage could have been prevented by the exercise of reasonable care, and it failed to exercise such reasonable care?

| Yes | No | |
|------|------|------|
| ___ | ___ | Waste Connections |
| ___ | ___ | Jefferson Parish |
| ___ | ___ | Aptim, Inc. |

If your answer to questions #1 and #2 is "No" as to all defendants, then your deliberations are concluded.  Stop here.  Please sign the verdict sheet and notify the Clerk that you have reached a verdict.

If your answer to question #1 or question #2 is "Yes" as to any Defendant, then proceed to question #3.

1

3. Do you find by a preponderance of the evidence that the Defendant(s) failure to exercise reasonable care was a contributing cause of harm to any one or more of the following Plaintiffs?

| Yes | No | |
| --- | --- | --- |
| ___ | ___ | Geneva Green |
| ___ | ___ | Jonathan Tate |
| ___ | ___ | Vernice Lewis |
| ___ | ___ | Terrance Thompson |
| ___ | ___ | Tyrone Thompson |
| ___ | ___ | Stanley Meyers |
| ___ | ___ | Rashonda Richardson |
| ___ | ___ | Andrew Section |
| ___ | ___ | Scott Gremillion |
| ___ | ___ | Wendy Gremillion |
| ___ | ___ | Adelyn Gremillion (DOB 4/7/09) |
| ___ | ___ | Braxton Gremillion (DOB 3/11/12) |
| ___ | ___ | Mary Ann Winningkoff |

If your answer to question #3 is "No" as to all Plaintiffs, then your deliberations are concluded.  Stop here.  Please sign the verdict sheet and notify the Clerk that you have reached a verdict.

If your answer to question #3 is "Yes" as to any Plaintiff, then proceed to question #4.

4. As to each Plaintiff for whom you answered "Yes" to question #3, please answer the following questions:

    A. Geneva Green

        1. What amount of money do you find would compensate Ms. Green for the harm or disruption to life or loss of use of her property she suffered?

            $_____

        2. Was any portion of Ms. Green's damage caused by her not being a person of normal sensibilities?

            ___ Yes      ___ No      If yes, what percent: _____%

B. Jonathan Tate

   1. What amount of money do you find would compensate Mr. Tate for the harm or disruption to life or loss of use of his property he suffered?
   $_____

   2. Was any portion of Mr. Tate's damage caused by his not being a person of normal sensibilities?

   ___ Yes       ____ No       If yes, what percent: ____%

C. Vernice Lewis

   1. What amount of money do you find would compensate Ms. Lewis for the harm or disruption to life or loss of use of her property she suffered?
   $_____

   2. Was any portion of Ms. Lewis's damage caused by her not being a person of normal sensibilities?

   ___ Yes       ____ No       If yes, what percent: _____%

D. Terrence Thompson

   1. What amount of money do you find would compensate Mr. Terrence Thompson for the harm or disruption to life or loss of use of his property he suffered?       $_____

   2. Was any portion of Mr. Terrence Thompson's damage caused by his not being a person of normal sensibilities?

   ___ Yes       ____ No       If yes, what percent: _____%

E. Tyrone Thompson

   1. What amount of money do you find would compensate Mr. Tyrone Thompson for the harm or disruption to life or loss of use of his property he suffered?       $_____

   2. Was any portion of Mr. Tyrone Thompson's damage caused by his not being a person of normal sensibilities?

   ___ Yes       ____ No       If yes, what percent: _____%

F. Stanley Meyers

   1. What amount of money do you find would compensate Mr. Meyers for the harm or disruption to life or loss of use of his property he suffered ?
   $_____

3

2. Was any portion of Mr. Meyer's damage caused by his not being a person of normal sensibilities?

___ Yes        ____ No       If yes, what percent: _____%

G. Rashonda Richardson

1. What amount of money do you find would compensate Ms. Richardson for the harm or disruption to life or loss of use of her property she suffered?
$_____

2. Was any portion of Ms. Richardson's damage caused by her not being a person of normal sensibilities?

___ Yes        ____ No       If yes, what percent: _____%

H. Andrew Section

1. What amount of money do you find would compensate Mr. Section for the harm or disruption to life or loss of use of his property he suffered?
$_____

2. Was any portion of Mr. Section's damage caused by his not being a person of normal sensibilities?

___ Yes        ____ No       If yes, what percent: _____%

I. Scott Gremillion

1. What amount of money do you find would compensate Mr. Gremillion for the harm or disruption to life or loss of use of his property he suffered?
$_____

2. Was any portion of Mr. Gremillion's damage caused by his not being a person of normal sensibilities?

___ Yes        ____ No       If yes, what percent: _____%

J. Wendy Gremillion

1. What amount of money do you find would compensate Ms. Gremillion for the harm or disruption to life or loss of use of her property she suffered?
$_____

2. Was any portion of Ms. Gremillion's damage caused by her not being a person of normal sensibilities?

___ Yes        ____ No       If yes, what percent: _____%

K. Aydlen Gremillion

    1. What amount of money do you find would compensate Miss Gremillion for the harm or disruption to life or loss of use of her property she suffered?

        $_____

    2. Was any portion of Miss Gremillion's damage caused by her not being a person of normal sensibilities?

      ___ Yes      _____ No     If yes, what percent: _____%

L. Braxton Gremillion

    1. What amount of money do you find would compensate Braxton Gremillion for the harm or disruption to life or loss of use of his property he suffered?

        $_____

    2. Was any portion of Braxton Gremillion's damage caused by his not being a person of normal sensibilities?

      ___ Yes      _____ No     If yes, what percent: _____%

M. Mary Ann Winningkoff

    1. What amount of money do you find would compensate Ms. Winningkoff for the harm or disruption to life or loss of use of her property she suffered?

        $_____

    2. Was any portion of Ms. Winningkoff's damage caused by her not being a person of normal sensibilities?

      ___ Yes      _____No     If yes, what percent: _____%

If your answer to question #4 did not award damages to any Plaintiff, then your deliberations are concluded.  Stop here.  Please sign the verdict sheet and notify the Clerk that you have reached a verdict.

If your answer to question #4 awarded damages to any Plaintiff, then proceed to question #5.

5. What percentage of fault to you attribute to each of the following Defendants (must total 100%)

    Percentage

    ___%         Waste Connections

    ___%         Jefferson Parish

___%    Aptim, Inc.

_____

Jury Foreperson