UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>**Plaintiffs**<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL**<br>**COMPANY, ET AL.,**<br>**Defendants** | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## VERDICT FORM

**TO THE MEMBERS OF THE JURY:**
**This Verdict Form must be filled out in accordance with the directions given by the Court. Nine of you must agree before answering any of the below questions.**

1. Do you find, by a preponderance of the evidence, that the Jefferson Parish Landfill emitted odors and/or emissions which were a proximate cause of any injuries to Plaintiff, **Geneva Green**, during the period of July 1, 2017 to December 31, 2019?

    _____  _____
    Yes          No

If you answered "No" to Question #1, your deliberations are concluded. Please stop here, sign and date the verdict form, and notify the Clerk that you have reached a verdict.
If you answered "Yes" to Question #1, please proceed to Question #2.

2. Do you find, by a preponderance of the evidence, that **Geneva Green** had any pre-existing injuries, prior to the period of July 1, 2017?

    _____  _____
    Yes          No

If you answered "No" to Question #2, please proceed to Question #4. If you answered "Yes" to Question #2, please proceed to Question #3.

3. Please identify what percentage **Geneva Green's** preexisting injuries were aggravated during the period of July 1, 2017 to December 31, 2019.

    _____%

Please proceed to Question #4.

1

4. Do you find, by a preponderance of the evidence, that **Aptim Corp.** failed to exercise reasonable care related to any works at the Jefferson Parish Landfill during the period of July 1, 2017 to December 31, 2019?

   _____   _____
   Yes        No

Proceed to Question #5. If you answered "No" to Question #4, please select "N/A" for Question #5.

5. Do you find, by a preponderance of the evidence, that the failure to exercise reasonable care by **Aptim Corp.** was the proximate cause of any injuries sustained by Plaintiff, **Geneva Green**, during the period of July 1, 2017 to December 31, 2019?

   _____   _____   _____
   Yes        No        N/A

Regardless of your answer to Question #5, please proceed to Question #6.

6. Do you find, by a preponderance of the evidence, that **Geneva Green** sustained injuries that were proximately caused by **Jefferson Parish** during the period of July 1, 2017 to December 31, 2019?

   _____   _____
   Yes        No

If you answered "No" to Question #6, please proceed to Question #12. If you answered "Yes" to Question #6, please proceed to Question #7.

7. Do you find, by a preponderance of the evidence, that **Geneva Green** sustained any damages as a result of those injuries that were proximately caused by **Jefferson Parish** during the period of July 1, 2017 to December 31, 2019?

   _____   _____
   Yes        No

If you answered "No" to Question #7, please proceed to Question #12. If you answered "Yes" to Question #7, please proceed to Question #8.

8. Do you find, by a preponderance of the evidence, that **Jefferson Parish** had actual or constructive notice of any unreasonably dangerous condition at the Jefferson Parish Landfill during the period of July 1, 2017 to December 31, 2019, which was the cause-in-fact and proximate cause of Plaintiff's damages?

   _____   _____
   Yes        No

Regardless of your answer to Question #8, please proceed to Question #9.

9. Do you find, by a preponderance of the evidence, that **Jefferson Parish** had a reasonable opportunity to remedy any unreasonably dangerous condition at the Jefferson Parish Landfill which was the cause-in-fact and proximate cause of Plaintiff's damages and failed to do so?

   _____   _____
   Yes         No

If your answer to Question #8 or Question #9 is "No", please select "N/A" for Question #10 and Question #11, please proceed to Question #12. If your answer to Question #8 and Question #9 is yes, please proceed to Question #10.

10. Do you find, by a preponderance of the evidence, that **Jefferson Parish** failed to exercise reasonable care related to any works at the Jefferson Parish Landfill during the period of July 1, 2017 to December 31, 2019?

    _____   _____   _____
    Yes         No          N/A

Proceed to Question #11. If you answered "No" to Question #10, please select "N/A" for Question #11.

11. Do you find, by a preponderance of the evidence, that the failure to exercise reasonable care by **Jefferson Parish** was the proximate cause of any injuries sustained by Plaintiff, **Geneva Green**, during the period of July 1, 2017 to December 31, 2019?

    _____   _____   _____
    Yes         No          N/A

Regardless of your answer to Question #11, please proceed to Question #12.

12. Do you find, by a preponderance of the evidence, that **Louisiana Regional Landfill Company** failed to exercise reasonable care related to any works at the Jefferson Parish Landfill during the period of July 1, 2017 to December 31, 2019?

    _____   _____
    Yes         No

Proceed to Question #13. If you answered no to Question #12, please select "N/A" for Question #13.

13. Do you find, by a preponderance of the evidence, that the failure to exercise reasonable care by **Louisiana Regional Landfill Company** was the proximate cause of any injuries sustained by Plaintiff, **Geneva Green**, during the period of July 1, 2017 to December 31, 2019?

   _____   _____   _____
   Yes         No         N/A

Regardless of your answer to Question #13, please proceed to Question #14.

14. Do you find, by a preponderance of the evidence, that **Waste Connections Bayou, Inc.** failed to exercise reasonable care related to any works at the Jefferson Parish Landfill during the period of July 1, 2017 to December 31, 2019?

   _____   _____
   Yes         No

Proceed to Question #15. If you answered no to Question 14, please select "N/A" for Question #15.

15. Do you find, by a preponderance of the evidence, that the failure to exercise reasonable care by **Waste Connections Bayou, Inc.** was the proximate cause of any injuries sustained by Plaintiff, **Geneva Green**, during the period of July 1, 2017 to December 31, 2019?

   _____   _____   _____
   Yes         No         N/A

Regardless of your answer to Question #15, please proceed to Question #16.

16. Do you find, by a preponderance of the evidence, that **Waste Connections US, Inc.** failed to exercise reasonable care related to any works at the Jefferson Parish Landfill during the period of July 1, 2017 to December 31, 2019?

   _____   _____
   Yes         No

Proceed to Question #17. If you answered no to Question #16, please select "N/A" for Question #17.

17. Do you find, by a preponderance of the evidence, that the failure to exercise reasonable care by **Waste Connections US, Inc.** was the proximate cause of any injuries sustained by Plaintiff, **Geneva Green**, during the period of July 1, 2017 to December 31, 2019?

   _____   _____   _____
   Yes         No         N/A

If you answered "No" or "N/A" to **all of the questions** in Questions #2-17, your deliberations are concluded. Please stop here, sign and date the verdict form, and notify the Clerk that you have reached a verdict.

If you answered "Yes" to **any** of Questions #2-17, please proceed to Question #18.

18. Please state in percentages (the total must be 100%), what percentage of fault you attribute to the following entities for Plaintiff Geneva Green's injuries, if any:

| | |
|---|---|
| **Aptim Corp.**<br>(if your answer to question #4 was "no," enter 0%; if your answer to question #5 was *either* "no" or "N/A," enter 0%;) | _____% |
| **Jefferson Parish**<br>(if your answer to question #6 was "no," enter 0%; if your answer to question #10 was *either* "no," or "N/A," enter 0%; if your answer to question #11 was *either* "no" or "N/A," enter 0%;) | _____% |
| **Louisiana Regional Landfill Company**<br>(if your answer to question #12 was "no," enter 0%; if your answer to question #13 was *either* "no" or "N/A," enter 0%;) | _____% |
| **Waste Connections Bayou, Inc.**<br>(if your answer to question #14 was "no," enter 0%; if your answer to question #15 was *either* "no" or "N/A," enter 0%;) | _____% |
| **Waste Connections US, Inc.**<br>(if your answer to question #16 was "no," enter 0%; if your answer to question #17 was *either* "no" or "N/A," enter 0%;) | _____% |
| **Total** | 100 % |

Please proceed to Question #19.

19. Please state the total amount in dollars, if any, that will fairly compensate Plaintiff Geneva Green for her injuries.

$ _____

Signed this ____ day of _____, 2024, in New Orleans, Louisiana.

_____
Jury Foreperson

5