UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## VERDICT FORM

**TO THE MEMBERS OF THE JURY:**
**This Verdict Form must be filled out in accordance with the directions given by the Court. Nine of you must agree before answering any of the below questions.**

1. Do you find, by a preponderance of the evidence, that the Jefferson Parish Landfill emitted odors and/or emissions which were a proximate cause of any injuries to Plaintiff, **Geneva Green**, during the period of July 1, 2017 to December 31, 2019?

    _____   _____
    Yes           No

If you answered "No" to Question #1, your deliberations are concluded. Please stop here, sign and date the verdict form, and notify the Clerk that you have reached a verdict.
If you answered "Yes" to Question #1, please proceed to Question #2.

2. Do you find, by a preponderance of the evidence, that **Aptim Corp.** failed to exercise reasonable care related to any works at the Jefferson Parish Landfill during the period of July 1, 2017 to December 31, 2019?

    _____   _____
    Yes           No

Proceed to Question #3. If you answered no to Question #2, please select "N/A" for Question #3.

3. Do you find, by a preponderance of the evidence, that the failure to exercise reasonable care by **Aptim Corp.** was the proximate cause of any injuries sustained by Plaintiff, **Geneva Green**, during the period of July 1, 2017 to December 31, 2019?

    _____   _____   _____
    Yes           No           N/A

1

Regardless of your answer to Question #3, please proceed to Question #4.

4. Do you find, by a preponderance of the evidence, that **Jefferson Parish** failed to exercise reasonable care related to any works at the Jefferson Parish Landfill during the period of July 1, 2017 to December 31, 2019?

   _____   _____
   Yes         No

Proceed to Question #5. If you answered no to Question #4, please select "N/A" for Question #5.

5. Do you find, by a preponderance of the evidence, that the failure to exercise reasonable care by **Jefferson Parish** was the proximate cause of any injuries sustained by Plaintiff, **Geneva Green**, during the period of July 1, 2017 to December 31, 2019?

   _____   _____   _____
   Yes         No          N/A

Regardless of your answer to Question #5, please proceed to Question #6.

6. Do you find, by a preponderance of the evidence, that **Louisiana Regional Landfill Company** failed to exercise reasonable care related to any works at the Jefferson Parish Landfill during the period of July 1, 2017 to December 31, 2019?

   _____   _____
   Yes         No

Proceed to Question #7. If you answered no to Question #6, please select "N/A" for Question #7.

7. Do you find, by a preponderance of the evidence, that the failure to exercise reasonable care by **Louisiana Regional Landfill Company** was the proximate cause of any injuries sustained by Plaintiff, **Geneva Green**, during the period of July 1, 2017 to December 31, 2019?

   _____   _____   _____
   Yes         No          N/A

Regardless of your answer to Question #7, please proceed to Question #8.

8. Do you find, by a preponderance of the evidence, that **Waste Connections Bayou, Inc.** failed to exercise reasonable care related to any works at the Jefferson Parish Landfill during the period of July 1, 2017 to December 31, 2019?

   _____   _____
   Yes         No

Proceed to Question #9. If you answered no to Question #8, please select "N/A" for Question #9.

9. Do you find, by a preponderance of the evidence, that the failure to exercise reasonable care by **Waste Connections Bayou, Inc.** was the proximate cause of any injuries sustained by Plaintiff, **Geneva Green**, during the period of July 1, 2017 to December 31, 2019?

   _____     _____     _____
   Yes          No          N/A

Regardless of your answer to Question #9, please proceed to Question #10.

10. Do you find, by a preponderance of the evidence, that **Waste Connections US, Inc.** failed to exercise reasonable care related to any works at the Jefferson Parish Landfill during the period of July 1, 2017 to December 31, 2019?

    _____     _____
    Yes          No

Proceed to Question #11. If you answered no to Question #10, please select "N/A" for Question #11.

11. Do you find, by a preponderance of the evidence, that the failure to exercise reasonable care by **Waste Connections US, Inc.** was the proximate cause of any injuries sustained by Plaintiff, **Geneva Green**, during the period of July 1, 2017 to December 31, 2019?

    _____     _____     _____
    Yes          No          N/A

If you answered "No" or "N/A" to **all of the questions** in Questions #2-11, your deliberations are concluded. Please stop here, sign and date the verdict form, and notify the Clerk that you have reached a verdict.

If you answered "Yes" to **any** of Questions #2-11, please proceed to Question #12.

12. Please state in percentages (the total must be 100%), what percentage of fault you attribute to the following entities for Plaintiff Geneva Green's injuries, if any:

| | |
|---|---|
| **Aptim Corp.** <br> (if your answer to question #2 was "no," enter 0%; if your answer to question #3 was *either* "no" or "N/A," enter 0%;) | _____% |
| **Jefferson Parish** <br> (if your answer to question #4 was "no," enter 0%; if your answer to question #5 was *either* "no" or "N/A," enter 0%;) | _____% |
| **Louisiana Regional Landfill Company** <br> (if your answer to question #6 was "no," enter 0%; if your answer to question #7 was *either* "no" or "N/A," enter 0%;) | _____% |

| | |
|---|---|
| **Waste Connections Bayou, Inc.**<br>(if your answer to question #8 was "no," enter 0%; if your answer to question #9 was *either* "no" or "N/A," enter 0%;) | _____% |
| **Waste Connections US, Inc.**<br>(if your answer to question #10 was "no," enter 0%; if your answer to question #11 was *either* "no" or "N/A," enter 0%;) | _____% |
| **Total** | 100 % |

Please proceed to Question #13.

13. Please state the total amount in dollars, if any, that will fairly compensate Plaintiff Geneva Green for her injuries.

    $ _____

Signed this \_\_\_\_ day of _____, 2024, in New Orleans, Louisiana.

_____

Jury Foreperson

4