| | |
|---|---|
| From: | Clay Richardson |
| Sent: | Thursday, July 12, 2018 3:17 AM |
| To: | Rickie Falgoust |
| Cc: | Brett O'Connor; Bruce Emley |
| Subject: | Re: [Harahan/River Ridge Air Quality] People say not to fixate on one odor source, and... |

Agree.

On Jul 11, 2018, at 9:14 PM, Rickie Falgoust <rickie.falgoust@wasteconnections.com> wrote:

> I really feel it's time for the parish to be upfront with everyone. The parish is responsible for supplying the pumps to dewater the wells. There are many wells that do not have positive pressure. We are constantly battling gas outbreaks that cause leachate outbreaks.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> From: Lindsey Capdepon <notification+zrdzo=fd1rfe@facebookmail.com>
>> Date: July 11, 2018 at 8:59:23 PM CDT
>> To: Harahan/River Ridge Air Quality <1010381042447805@groups.facebook.com>
>> Subject: [Harahan/River Ridge Air Quality] People say not to fixate on one odor source, and...
>> Reply-To: Reply to Comment <g+40vqevev000zg7h4z0s100aiv4pi36kr0000000c5abc3st46@groups.facebook.com>

 Facebook

Lindsey Capdepon posted in Harahan/River Ridge Air Quality.

 **Lindsey Capdepon**
July 11 at 7:59 PM

People say not to fixate on one odor source, and I agree with that, but my personal research has been focused on the landfill so that's the info I'm sharing here. Some of you may already know this info, but in case you don't: The JP landfill has issues with their gas collection system. The wells aren't holding gasses like they should and the gas is seeping up and into the air. Hydrogen sulfide (same thing DEQ found in our air months ago) was detected in multiple spots at the landfill. There are vents that need new covers and wells that need to be fixed/replaced/sealed. They are also working to expand their gas collection capabilities and this should be completed in October. The JP landfill has several issues and the parish is working to fix them but it will take time. Cornerstone Chemical and barges may be contributing

1

EXHIBIT 1408

WC_JPLF_00270238

to this odor but we have DEFINITE proof that the landfill is leaking hydrogen sulfide. If we're still smelling the smell after the landfill is fixed then at least we can rule them out, but the JP landfill definitely has issues that are currently being taken care of. We need this fixed as fast as possible, and unfortunately there's so much that needs to be done. It'll take time. But we can't let JP drag their feet about this at all. I know people are working around the clock trying to fix it, and we need to make sure they continue to do so. We also need to question how our landfill got to this point. Why wasn't anyone keeping tabs on the company contracted to take care of the JP dump? What kind of company lets the wells get THIS bad to the point that they're all malfunctioning? Are there landfill inspections that occur throughout the year and if so, can we request those results? Jenny Zimmer or Gerald Herbert feel free to add anything I left out. This is a very simplified explanation but it's hard to remember everything I was told

Like    Comment    Share

View on Facebook    Edit Email Settings

Reply to this email to comment on this post.

This message was sent to rfalgoust@iesi.com. If you don't want to receive these emails from Facebook in the future, please unsubscribe. Facebook, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025



2

WC_JPLF_00270239