# In the Matter Of:

## ICTECH-BENDECK V. PROGRESSIVE WASTE

18-7889

## BRUCE EMLEY

*January 19, 2024*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   ELIAS JORGE "GEORGE"          CIVIL ACTION NO.
     ICTECH-BENDECK,                   18-7889
 5           PLAINTIFF                C/W 18-8071,
                                    18-8218, 18-9312
 6   VERSUS

 7

 8   PROGRESSIVE WASTE             SECTION "E"(5)
     SOLUTIONS OF LA.,
 9   INC., ET AL,
             DEFENDANTS
10

11   RELATED CASE:

12

13   FREDERICK ADDISON,            CIVIL ACTION NO.
     ET AL,                         19-11133 C/W
14           PLAINTIFF                19-14512

15

16   VERSUS                        SECTION "E" (5)

17

18   LOUISIANA REGIONAL
     LANDFILL COMPANY (LRLC),
19   ET AL,
             DEFENDANTS
20
        *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
21

22

23

24

25
```



1       The deposition of BRUCE EMLEY
2   taken in connection with the captioned
3   cause, pursuant to the following
4   stipulations before Nicole R.
5   Poirrier, Certified Court Reporter, at
6   the offices of Liskow & Lewis, 1200
7   Camellia Blvd., Suite 300, Lafayette,
8   Louisiana, on the 19th day of January,
9   2024, beginning at 9:12 a.m.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1   A    I want to say 2014, sometime in that
 2        neighborhood.
 3   Q    So it coincided with your move to Lafayette?
 4   A    That's correct.
 5   Q    And that would make sense from a geography
 6        standpoint.  You were now closer to the
 7        Jefferson Parish Landfill once you moved to
 8        Lafayette?
 9   A    Yes.
10   Q    So can you tell me about your roles and
11        responsibilities as the division vice
12        president of the Bayou Division?
13   A    That's a pretty broad question.
14   Q    I'll have -- even broader, what do you do?
15   A    That's a good question.  I'm responsible for
16        hiring the district managers, primarily, that
17        report to me that are over sites.  I'm
18        responsible for the overall strategic
19        decisions that are made in regards to
20        different marketplaces, you know, where we
21        operate, where we don't, that type of thing.
22        The general overall P&L responsibilities at
23        the end of the day, for the bayou division
24   Q    And for those who later read this transcript,
25        P&L, you mean profits and liabilities?
```



```
 1   A    Profit and loss.
 2   Q    Profit and loss.  Okay.  And so considering
 3        you are in charge of the decision making for
 4        certain marketplaces, that would include
 5        business plans.
 6             MR. MIMS:
 7                  Object to form.
 8   BY MR. LANDRY:
 9   Q    You can answer.
10   A    Okay.  I -- business plan.  I --
11   Q    Yeah.  You know, a plan to generate revenue.
12             MR. MIMS:
13                  Object to form.
14   A    Among -- with others, yes.  Yeah.  With the
15        district managers, yes.
16   BY MR. LANDRY:
17   Q    Okay.  So with the district managers below
18        you?
19   A    Yes.
20   Q    What about the folks above you?
21   A    What's -- I'm sorry, what's the question?
22        What do you mean?
23   Q    Yeah.  So you would work with the district
24        managers below you in coming up with business
25        plans to generate revenue.  What about
```



18

1  Q    Is that a fair characterization?  You're
2       responsible for the landfills in Louisiana as
3       division vice president of the Bayou
4       Division?
5  A    Responsible in what manner?  I -- not
6       necessarily, no.
7  Q    Well, you tell me, because what I'm trying to
8       figure out in this litigation, Mr. Emley, is
9       who's responsible for anything in the Waste
10      Connections company.  And so if the division
11      vice president is not responsible for the
12      operations decision-making compliance of the
13      landfills in Louisiana, who would be?
14           MR. MIMS:
15                Object to form.
16 A    It depends on exactly what aspect.  There's a
17      lot of people.  You know, we have an
18      environmental team, we have engineering
19      group, we have local site managers.
20      Different people are responsible for
21      different aspects.
22 BY MR. LANDRY:
23 Q    And you say environmental team.  You're
24      referring to a corporate environmental team
25      in The Woodlands?

[1/19/2024] Bruce Emley (01/19/2024)

```
 1                  Object to form.
 2   A    Yeah, I would be, in aggregate, in general.
 3        As far as the details of that plan, not
 4        necessarily.
 5   BY MR. LANDRY:
 6   Q    Focusing on special waste.  That was --
 7        that's a corporate-wide strategy for Waste
 8        Connections, correct?
 9             MR. MIMS:
10                  Object to form.
11   A    Don't really know how to answer that.
12        Strategy?
13   BY MR. LANDRY:
14   Q    It's a way to generate revenue, right?
15   A    Of course, yes.
16   Q    Sure.  And that has been a corporate-wide
17        aspect of the business plans for the
18        landfills under Waste Connections since
19        you've been there since 2016, right.
20             MR. MIMS:
21                  Object to form.
22   A    Yes.
23   BY MR. LANDRY:
24   Q    Yeah.  And that was also a corporate-wide
25        business plan when you worked at Progressive
```



```
 1            positive pressure.
 2       You recall Falgoust correcting that email
 3       saying they have positive pressure?
 4   A   Yes.
 5   Q   (Reading):
 6               We are constantly battling
 7           gas outbreaks that cause leachate
 8           outbreaks.
 9       Right?
10   A   Yes.
11   Q   These are all items that Mr. Falgoust is
12       writing about that pertain to odor issues
13       from landfills, correct?
14           MR. MIMS:
15               Object to form.
16   A   Quite frankly, I don't know if they have
17       anything to do with the odor issues or not.
18  BY MR. LANDRY:
19   Q   Do you see anything in this email chain and
20       the one we just reviewed where anyone from
21       Waste Connections is disputing whether the
22       Jefferson Parish Landfill was emitting odors
23       that were traveling off site and affecting
24       surrounding citizens?
25           MR. MIMS:
```



```
 1                         Object to form.
 2    A    I didn't read anything in there about that.
 3    BY MR. LANDRY:
 4    Q    Me either, Mr. Emley.  And as I see this, Mr.
 5         Falgoust's email saying the parish needs to
 6         be up front about the odors because it
 7         appears in Mr. Falgoust's and Mr.
 8         Richardson's opinion that the odor issues are
 9         the parish's fault, right?
10              MR. MIMS:
11                    Objection.  That's not what
12              it says.
13    BY MR. LANDRY:
14    Q    Is that how you read it, Mr. Emley?
15    A    No.  I think it's Rickie's opinion when he
16         says the parish is responsible for supplying
17         the pumps.  That's what he's referring to
18         here.
19    Q    Yeah.  He's saying their responsibility to
20         supply the pumps that dewater the wells.
21         (Reading):
22                    There are so many wells with
23              positive pressure that we are
24              constantly battling gas outbreaks
25              that cause leachate outbreaks.
```



```
 1             Right?
 2     A       That is what the email says.  That doesn't --
 3     Q       Can this reasonably be read to not be
 4             speaking to odors being created and emitted
 5             at the Jefferson Parish Landfill?
 6             MR. MIMS:
 7                     Object to form.  He's already
 8                     answered your question, Jason.
 9             MR. LANDRY:
10                     Stop coaching the witness,
11                     Michael.
12     A       I don't read it, Mr. Landry, that way,
13             leachate outbreaks, to me -- and again, to
14             this, to me, that's really not an odor issue.
15             To me, it's more of aesthetics issue.
16     BY MR. LANDRY:
17     Q       Mr. Emley, the context of this email is an
18             odor complaint by a nearby resident, correct?
19             MR. MIMS:
20                     Object to form.
21     A       Yes.  That's the context of the email.
22     BY MR. LANDRY:
23     Q       And you agree that Rickie Falgoust's email
24             should be read in that context, correct?
25     A       I guess.  I guess it would.  That isn't how I
```



```
 1         maintenance items that need to be dealt with
 2         and repair them, yes.
 3   BY MR. LANDRY:
 4   Q     So Ms. Wilson responds to Mr. Jackman's email
 5         thanking him and saying she'll (Reading):
 6                  Make sure it gets reported
 7               during our nightly news because
 8               it arrived too late for the early
 9               evening report.
10         Right.  See that?
11   A     Yes.
12   Q     Okay.  And Mr. Jackman sends this -- and it
13         looks like Rob Nielsen sends an email to you,
14         Little O'Connor, Ruane, Perkey, and Jackman
15         stating that (Reading):
16                  So two (2) of the five (5) we
17               sent it to have replied.
18         Right?
19   A     Yes.
20   Q     Do you see any Waste Connections personnel
21         local to the Jefferson Parish Landfill who
22         are involved in this media outreach effort?
23   A     No.
24   Q     Being controlled by corporate folks at The
25         Woodlands, right?
```



```
 1   A    This response -- this particular response
 2        was, yes.
 3   Q    Pulling up what I'll mark as Exhibit 1423.
 4        Okay.  This is a two (2) page email beginning
 5        Bates WC underscore JPLF underscore 00275291.
 6                (EXHIBIT NO. 1423 ATTACHED)
 7   BY MR. LANDRY:
 8   Q    And so, Mr. Emley, this first email is that -
 9        - earlier, you know, we saw where Rob Nielsen
10        sent it, the statement to four (4) reporters,
11        right?
12   A    Yes.
13   Q    Okay.  And then we have an email from Barry
14        Bordelon to the honorable council members,
15        right?
16   A    Yes.
17   Q    These are the same individuals you called
18        clowns twelve (12) days before.
19   A    Not sure all those people would have been my
20        reference to that, but it possible one of
21        them was.
22   Q    And Mr. Bordelon says (Reading):
23                Honorable Council Members,
24             please find the attached press
25             release in response to Mr.
```

