# In the Matter Of:

## ICTECH-BENDECK V. PROGRESSIVE WASTE

NO. 18-7889

# CHELSEY ARMSTRONG

*October 18, 2023*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2                  OCTOBER 18, 2023

 3   ELIAS JORGE "GEORGE"        ) CIVIL ACTION
     ICTECH-BENDECK,             )
 4          Plaintiff            ) NO. 18-7889
                                 ) C/w 18-8071,
 5   VERSUS                      ) 18-8218, 18-9312
                                 )
 6   PROGRESSIVE WASTE           ) SECTION: "E" (5)
     SOLUTIONS OF LA, INC., ET   )
 7   AL.,                        ) CIVIL ACTION
            Defendants           )
 8                               ) NO. 19-11133 c/w
     Related Case:               ) 19-14512
 9                               )
     FREDERICK ADDISON, ET       ) SECTION: "E" (5)
10   AL.,                        )
            Plaintiff            )
11                               )
     VERSUS                      )
12                               )
     LOUISIANA REGIONAL          )
13   LANDFILL COMPANY (LRLC),    )
     ET AL.,                     )
14          Defendants           )

15   ************************************************************

16              ORAL AND VIDEOTAPED DEPOSITION OF

17                      CHELSEY ARMSTRONG

18                      OCTOBER 18, 2023

19   ************************************************************

20       ORAL AND VIDEOTAPED DEPOSITION OF CHELSEY ARMSTRONG,

21   produced as a witness at the instance of the Defendant

22   and duly sworn, was taken in the above-styled and

23   -numbered cause on Wednesday, October 18, 2023, from

24   3:02 p.m. to 5:24 p.m., before Jessica Jefferson, a

25   Shorthand Reporter, in the State of Texas, reported by
```



1  computerized stenotype machine in Houston, Texas,
2  pursuant to the Texas Rules of Civil Procedure, the 22nd
3  COVID-19 State of Disaster, and the provisions stated on
4  the record herein.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1    something as nonhazardous in the state of Texas.
2        Q.   Okay.  But it was focused on that designation,
3    the line drawn between hazardous and nonhazardous?
4        A.   Yes, sir, it was.
5        Q.   Okay.  All right.  So you make the move to
6    Waste Connections January 2018, why?
7        A.   To be honest, I wanted to get out of oil and gas.
8        Q.   Fair enough.
9             Did anyone in particular have a hand in
10   recruiting you over to Waste Connections?
11       A.   No, sir.
12       Q.   And it wasn't somewhere you bumped into someone
13   at lunch nearby because you often saw them because you
14   worked so close?
15       A.   No.  I -- I googled chemist jobs in
16   The Woodlands, and it popped up.
17       Q.   Who was your employer when you started in January
18   of 2018?  I know you list Waste Connections, but do you
19   know who your employer was for this specific company?
20       A.   As far as my manager goes or --
21       Q.   No.
22       A.   -- the -- the subsidiary of Waste --
23   Waste Connections?
24       Q.   Whoever it is that was your employer?
25       A.   Okay.  It was Waste Connections of Texas.



```
 1        Q.   Waste Connections.
 2             Who's your employer today?
 3        A.   Same, Waste Connections of Texas.
 4        Q.   Okay.  Have you had any other employers between
 5   January 2018 and the present?
 6        A.   I had one there in the middle.  It was at our --
 7   our Humble hauling yard, and to be honest, I don't know
 8   if that falls under the Waste Connections of Texas or
 9   not.
10        Q.   Okay.  So you started as an environmental
11   compliance specialist in January 2018?
12        A.   Yes, sir.
13        Q.   And did you als- -- you held a position of
14   environmental chemist, right?
15        A.   Yes, sir.
16        Q.   Okay.  And you kind of used those
17   interchangeably?
18        A.   Yeah.
19        Q.   And what is an environmental chemist?
20        A.   It is somebody who is able to analyze
21   environmental issues from a chemist's standpoint.
22        Q.   Okay.  So what was your role?  You started in
23   January 2018.  What's your role as an environmental
24   chemist?
25        A.   My main role at that time was to analyze special
```



```
 1   Turkey Creek, East Texas Regional.  I would have to go
 2   back to find all 16, but I know Seabreeze, Turkey Creek,
 3   East Texas, Weatherford, Timberlane, White Oaks,
 4   Sabine Parish, JED Landfill, Heart of Florida,
 5   Cherokee Village in Arkansas.  There were
 6   three landfills in Mississippi, and I can't tell you
 7   their names.  And then we had Blossom Prairie here in
 8   Texas, and then there were another one or two in Texas
 9   also that I can't remember.
10       Q.   Okay.  Why wasn't Jefferson Parish Landfill
11   within your role?
12       A.   By the time I transitioned into working with
13   Louisiana landfills, we were no longer accepting waste
14   at Jefferson Parish.
15       Q.   And when did you transition into
16   Louisiana landfills?
17       A.   The beginning of 2020.
18       Q.   Okay.  You are familiar with the Jefferson Parish
19   Landfill, am I correct?
20       A.   I'm -- I'm familiar with the name of it.
21       Q.   In that first bullet point, you're environmental
22   compliance specialist.  Towards the end, you talk about
23   45 percent of all wastes for the company.
24            Who is the company?
25       A.   The company is Waste Connections.
```



```
 1   fair?
 2       A.   That is correct.
 3       Q.   So as an environmental compliance specialist, you
 4   were never involved in the approval of the spent lime
 5   stream of waste, correct?
 6       A.   That's correct.
 7       Q.   Okay.  But you do know that spent lime can
 8   potentially contain calcium sulfate, correct?
 9       A.   I believe it can contain it, yes.
10       Q.   Okay.  When did you first learn that?
11       A.   I first learned that in 2018.
12       Q.   This is around the time of your Google searches?
13       A.   Yes.
14       Q.   So how did you learn that spent lime can contain
15   calcium sulfate?
16       A.   Through those Google searches.
17       Q.   Just the Google searches?
18       A.   Yeah.  Yes, sir.
19       Q.   Do you know how spent lime is made?
20       A.   Not really, no.
21       Q.   Are you familiar with sulfur dioxide
22   emission-scrubbing processes?
23       A.   I am familiar with scrubbing processes.
24       Q.   Tell me about them.  What's your understanding of
25   the emission-scrubbing process?
```

