EXHIBIT D

**WASTE CONNECTIONS DEFENDANTS' CATEGORIZED OBJECTIONS BY TRANSCRIPT**

**I.  Deposition of Aptim Corp's Corporate Representative, Josh Broggi, November 11, 2020**

| Page From | Line From | Page to | Line to | Objection |
|-----------|-----------|---------|---------|-----------|
| 19 | 24 | 19 | 25 | Hearsay. Lack of foundation. |

**II.  Deposition of Jefferson Parish's Corporate Representative, Michael Lockwood, December 1, 2020**

**A.  Testimony concerning hearsay statements and lack of personal knowledge**

| Page From | Line From | Page To | Line To | Objection |
|-----------|-----------|---------|---------|-----------|
| 24 | 18 | 24 | 21 | Lack of foundation; applies broadly to all listed documents without foundation necessary for specific documents. |
| 44 | 5 | 44 | 8 | Vague as to timeline of disposal of spent lime. |
| 63 | 13 | 64 | 24 | Lack of foundation re knowledge of emissions from various sources. Calls for expert opinion testimony. |
| 70 | 11 | 70 | 17 | Hearsay. Vague. |
| 72 | 6 | 72 | 15 | Calls for expert opinion testimony. Lack of foundation: calls for speculation. Lack of personal knowledge or qualification. Vague. |
| 77 | 25 | 79 | 24 | Lack of personal knowledge. Lack of foundation. Witness testifies that he had never seen the document other than in preparation for deposition. |
| 80 | 10 | 86 | 12 | Witness testifying to hearsay statements. Lack of foundation, lack of personal knowledge. |
| 89 | 12 | 90 | 6 | Hearsay. Lack of foundation. Lack of personal knowledge. |
| 118 | 1 | 118 | 14 | Witness testifying to hearsay statements. |
| 119 | 2 | 119 | 7 | Witness testifying to hearsay statements. |
| 158 | 4 | 158 | 21 | Witness testifying to hearsay statements. Lack of foundation. Lack of personal knowledge. |
| 171 | 1 | 171 | 19 | Calls for expert opinion testimony. Witness reading hearsay testimony. |
| 184 | 20 | 186 | 13 | Witness is testifying to multiple layers of hearsay. Hearsay includes opinion testimony. |
| 215 | 1 | 215 | 9 | Hearsay testimony. |

### B. Calls for Expert Opinion

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 63 | 13 | 64 | 24 | Lack of foundation re knowledge of emissions from various sources. Calls for expert opinion testimony. |
| 115 | 12 | 115 | 24 | Calls for expert opinion. |
| 171 | 1 | 171 | 19 | Calls for expert opinion testimony. Witness reading hearsay testimony. |
| 208 | 3 | 208 | 23 | Lack of foundation. Lack of personal knowledge. Calls for expert opinion testimony. Calls for witness to repeat hearsay expert opinion. |

## III. Deposition of Jefferson Parish's Corporate Representative, Mark Drewes, May 11, 2023

### A. Testimony concerning hearsay statements and lack of personal knowledge

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 29 | 17 | 29 | 23 | Lack of foundation; improper opinion testimony of lay witness |
| 30 | 20 | 31 | 1 | lack of foundation - Waste Connections not defined. |
| 31 | 15 | 31 | 17 | Lack of foundation; improper opinion testimony from lay witness |
| 37 | 19 | 38 | 20 | Lack of foundation - Waste Connections |
| 43 | 14 | 43 | 25 | Lack of foundation - Waste Connections; speculation. |
| 49 | 19 | 50 | 1 | Lack of foundation; assumes facts not in evidence; speculation. |
| 51 | 24 | 52 | 2 | Vague - "concerns" |
| 55 | 24 | 56 | 3 | Lack of foundation - misstates evidence. |
| 56 | 13 | 56 | 19 | Lack of personal knowledge; lack of foundation - no explanation as to which Waste Connections and IESI entity |
| 60 | 23 | 61 | 4 | Speculation. |
| 62 | 10 | 62 | 14 | Lack of foundation - Waste Connections |
| 63 | 23 | 64 | 1 | Relevancy. |
| 75 | 9 | 75 | 17 | Speculation; vague question - understood by whom |
| 77 | 13 | 77 | 21 | Hearsay. |
| 77 | 22 | 78 | 3 | Hearsay. |
| 78 | 21 | 78 | 24 | Speculation; lack of foundation as to interpreting permit |
| 85 | 11 | 85 | 14 | Object to exhibit as hearsay. |
| 86 | 20 | 87 | 3 | Hearsay |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 87 | 4 | 87 | 9 | Hearsay |
| 87 | 10 | 87 | 16 | Speculation. |
| 88 | 1 | 88 | 7 | Hearsay. |
| 89 | 1 | 90 | 4 | Hearsay |
| 91 | 16 | 91 | 21 | Lack of foundation and vague re Waste Connections. |
| 101 | 24 | 102 | 4 | Speculation; lack of foundation/personal knowledge. |
| 104 | 16 | 104 | 24 | Compound |
| 105 | 1 | 105 | 8 | Speculation - not reviewing document and guessing at what was in the permit modification. |
| 105 | 13 | 105 | 19 | Lack of foundation - Waste Connections. |
| 112 | 6 | 112 | 24 | Hearsay. |
| 113 | 12 | 113 | 16 | Hearsay |
| 113 | 20 | 113 | 25 | Hearsay; lack of foundation - Waste Connections |
| 115 | 8 | 115 | 16 | Lack of foundation - Waste Connections |
| 119 | 20 | 119 | 21 | Lack of foundation - Waste Connections |
| 121 | 15 | 122 | 1 | Lack of foundation - Waste Connections |
| 124 | 20 | 124 | 23 | Object to document as hearsay. |
| 125 | 10 | 125 | 14 | Hearsay. |
| 126 | 9 | 126 | 20 | Speculation; lack of personal knowledge; seeking opinion from a lay witness |
| 128 | 11 | 128 | 23 | Hearsay |
| 128 | 24 | 129 | 9 | Speculation |
| 130 | 13 | 130 | 18 | Hearsay |
| 131 | 4 | 131 | 12 | Speculation |
| 132 | 2 | 132 | 13 | Hearsay. |
| 132 | 21 | 132 | 25 | Hearsay |
| 134 | 15 | 134 | 20 | Object to exhibit - hearsay |
| 138 | 12 | 138 | 24 | Hearsay; lack of foundation in answer -  Waste Connections |
| 138 | 25 | 139 | 7 | Hearsay |
| 140 | 15 | 141 | 1 | Hearsay |
| 141 | 10 | 141 | 19 | Hearsay |
| 142 | 6 | 142 | 10 | Hearsay |
| 143 | 21 | 143 | 21 | Lack of foundation - Waste Connections |
| 144 | 12 | 144 | 23 | Hearsay |
| 144 | 24 | 145 | 12 | hearsay; lack of foundation |
| 146 | 5 | 146 | 17 | Hearsay |
| 146 | 18 | 146 | 24 | Lack of foundation - Waste Connections |
| 147 | 24 | 148 | 4 | Object to document - hearsay |
| 148 | 13 | 148 | 21 | lack of foundation - Waste Connections |
| 149 | 19 | 149 | 21 | Lack of foundation - Waste Connections |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 150 | 17 | 151 | 2 | lack of foundation - assumes facts not in evidence |
| 152 | 11 | 152 | 18 | Speculation |
| 152 | 19 | 152 | 24 | Speculation; lack of foundation - Waste Connections |
| 154 | 6 | 154 | 19 | Hearsay |
| 155 | 3 | 155 | 12 | hearsay |
| 155 | 13 | 156 | 9 | Hearsay |
| 156 | 15 | 156 | 23 | Hearsay |
| 157 | 4 | 157 | 25 | Hearsay |
| 158 | 3 | 158 | 9 | Hearsay |
| 158 | 22 | 158 | 25 | Hearsay |
| 159 | 6 | 159 | 14 | Lack of foundation - Waste Connections; speculation |
| 160 | 11 | 160 | 14 | Lack of foundation - Waste Connections |
| 161 | 3 | 161 | 14 | Lack of foundation - Waste Connections |
| 162 | 11 | 162 | 18 | Lack of foundation - Waste Connections |
| 165 | 19 | 165 | 22 | Object to document - hearsay |
| 167 | 13 | 167 | 25 | Hearsay |
| 168 | 4 | 168 | 8 | Hearsay |
| 169 | 3 | 169 | 11 | Hearsay; misstates evidence. |
| 170 | 4 | 170 | 8 | Object to document - hearsay |
| 171 | 6 | 171 | 21 | Hearsay |
| 172 | 6 | 173 | 2 | Hearsay |
| 173 | 7 | 173 | 11 | Lack of foundation - Waste Connections |
| 173 | 12 | 173 | 20 | Hearsay |
| 173 | 21 | 173 | 23 | Object to document  - hearsay |
| 174 | 7 | 174 | 21 | hearsay |
| 175 | 3 | 176 | 13 | Hearsay. |
| 176 | 20 | 177 | 18 | Lack of foundation - calls for expert opinion from lay witness; speculation |
| 178 | 11 | 178 | 19 | Hearsay; lack of foundation - calls for expert opinion from lay witness |
| 179 | 4 | 179 | 21 | lack of foundation - calls for expert opinion |
| 181 | 13 | 181 | 17 | Lack of foundation - calls for expert opinion |
| 189 | 16 | 189 | 25 | Misstates testimony. |
| 197 | 17 | 197 | 22 | Hearsay. |
| 209 | 1 | 210 | 1 | Object to document - hearsay, lack of foundation - expert type report |
| 210 | 10 | 211 | 16 | lack of foundation - expert report; hearsay |
| 214 | 19 | 214 | 20 | Object to document - hearsay. |
| 216 | 1 | 216 | 4 | Hearsay |
| 216 | 11 | 217 | 3 | Hearsay; speculation |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 220 | 25 | 221 | 9 | Hearsay |
| 223 | 12 | 224 | 1 | Hearsay |
| 226 | 16 | 227 | 3 | Lack of foundation - Waste Connections |
| 227 | 14 | 227 | 16 | Object to document - hearsay |
| 229 | 1 | 230 | 21 | Hearsay |
| 231 | 8 | 232 | 6 | Lack of foundation - calls for expert opinion |
| 232 | 24 | 233 | 17 | Hearsay |
| 235 | 18 | 236 | 4 | Lack of foundation - Waste Connections; lack of foundation, assumes facts not in evidence; relevancy |
| 237 | 11 | 237 | 22 | Lack of foundation - Waste Connections |
| 240 | 6 | 240 | 15 | hearsay |
| 240 | 17 | 240 | 23 | Lack of foundation - seeks expert opinion |
| 240 | 25 | 241 | 5 | Hearsay |
| 242 | 18 | 242 | 24 | Hearsay |
| 244 | 6 | 245 | 1 | Relevancy |
| 249 | 1 | 249 | 7 | Hearsay |
| 251 | 9 | 251 | 21 | Hearsay |
| 251 | 22 | 252 | 4 | Lack of foundation/personal knowledge |
| 252 | 6 | 252 | 10 | Lack of foundation/personal knowledge |
| 254 | 1 | 254 | 8 | Lack of foundation/personal knowledge |
| 295 | 20 | 295 | 23 | Hearsay; Rule 408; see also motion in limine |
| 299 | 3 | 299 | 16 | Hearsay; Rule 408; see also motion in limine;  and lack of foundation - Waste Connections |
| 309 | 2 | 309 | 14 | Lack of foundation/personal knowledge |
| 309 | 17 | 310 | 23 | Hearsay |
| 324 | 5 | 324 | 14 | lack of foundation; relevancy and rule 403 - discussing all plaintiffs, not just trial plaintiffs |
| 324 | 16 | 324 | 19 | lack of foundation; assumes facts not in evidence |
| 361 | 10 | 361 | 14 | Lack of foundation |
| 361 | 15 | 361 | 25 | lack of foundation; misstates evidence and conclusion |

**B.  Failure to Distinguish Corporate entity**

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 30 | 20 | 31 | 1 | lack of foundation - Waste Connections not defined. |
| 37 | 19 | 38 | 20 | Lack of foundation - Waste Connections |
| 42 | 15 | 42 | 17 | Lack of Foundation – Waste Connections |
| 43 | 14 | 43 | 25 | Lack of foundation - Waste Connections; speculation. |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 56 | 13 | 56 | 19 | Lack of personal knowledge; lack of foundation - no explanation as to which Waste Connections and IESI entity |
| 62 | 10 | 62 | 14 | Lack of foundation - Waste Connections |
| 74 | 25 | 75 | 5 | Speculation; lack of foundation - Waste Connections |
| 91 | 16 | 91 | 21 | Lack of foundation and vague re Waste Connections. |
| 105 | 13 | 105 | 19 | Lack of foundation - Waste Connections. |
| 107 | 19 | 107 | 24 | Lack of foundation - Waste Connections; assumes facts not in evidence (from prior question); speculation. |
| 109 | 1 | 109 | 6 | Lack of foundation - Waste Connections; speculation |
| 110 | 14 | 110 | 21 | Speculation; lack of personal knowledge; lack of foundation - Waste Connections |
| 113 | 20 | 113 | 25 | Hearsay; lack of foundation - Waste Connections |
| 115 | 8 | 115 | 16 | Lack of foundation - Waste Connections |
| 119 | 20 | 119 | 21 | Lack of foundation - Waste Connections |
| 121 | 15 | 122 | 1 | Lack of foundation - Waste Connections |
| 138 | 12 | 138 | 24 | Hearsay; lack of foundation in answer -  Waste Connections |
| 143 | 21 | 143 | 21 | Lack of foundation - Waste Connections |
| 148 | 13 | 148 | 21 | lack of foundation - Waste Connections |
| 149 | 19 | 149 | 21 | Lack of foundation - Waste Connections |
| 152 | 19 | 152 | 24 | Speculation; lack of foundation - Waste Connections |
| 159 | 6 | 159 | 14 | Lack of foundation - Waste Connections; speculation |
| 160 | 11 | 160 | 14 | Lack of foundation - Waste Connections |
| 161 | 3 | 161 | 14 | Lack of foundation - Waste Connections |
| 162 | 11 | 162 | 18 | Lack of foundation - Waste Connections |
| 173 | 7 | 173 | 11 | Lack of foundation - Waste Connections |
| 226 | 16 | 227 | 3 | Lack of foundation - Waste Connections |
| 235 | 18 | 236 | 4 | Lack of foundation - Waste Connections; lack of foundation, assumes facts not in evidence; relevancy |
| 237 | 11 | 237 | 22 | Lack of foundation - Waste Connections |

### C. Calls for Expert Opinion

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 29 | 17 | 29 | 23 | Lack of foundation; improper opinion testimony of lay witness |
| 31 | 15 | 31 | 17 | Lack of foundation; improper opinion testimony from lay witness |
| 126 | 9 | 126 | 20 | Speculation; lack of personal knowledge; seeking opinion from a lay witness |

| 176 | 20 | 177 | 18 | Lack of foundation - calls for expert opinion from lay witness; speculation |
| 178 | 11 | 178 | 19 | Hearsay; lack of foundation - calls for expert opinion from lay witness |
| 179 | 4 | 179 | 21 | lack of foundation - calls for expert opinion |
| 181 | 13 | 181 | 17 | Lack of foundation - calls for expert opinion |
| 209 | 1 | 210 | 1 | Object to document - hearsay, lack of foundation - expert type report |
| 210 | 10 | 211 | 16 | lack of foundation - expert report; hearsay |
| 231 | 8 | 232 | 6 | Lack of foundation - calls for expert opinion |
| 240 | 17 | 240 | 23 | Lack of foundation - seeks expert opinion |

## D.  Other Objections

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 50 | 13 | 50 | 23 | Relevancy. |
| 61 | 2 | 61 | 3 | Incomplete designation |
| 78 | 9 | 78 | 14 | Hearsay |
| 92 | 20 | 92 | 21 | Incomplete designation. |
| 107 | 5 | 107 | 9 | Lack of foundation; assumes facts not in evidence; speculation. |
| 107 | 10 | 107 | 17 | Lack of foundation; assumes facts not in evidence; speculation. |
| 108 | 15 | 107 | 24 | Object to document - hearsay. |
| 109 | 12 | 109 | 19 | Hearsay |
| 109 | 23 | 110 | 2 | Hearsay |
| 110 | 3 | 110 | 12 | Speculation |
| 116 | 1 | 116 | 7 | Unclear and confusing question. |
| 116 | 12 | 116 | 17 | Non-responsive answer -- confusing. |
| 271 | 8 | 271 | 11 | Misstates evidence. |
| 290 | 25 | 291 | 2 | Incomplete designation; no question |
| 292 | 6 | 292 | 17 | Rule 403 - see Motion in Limine |
| 293 | 6 | 293 | 22 | Rule 403 - see Motion in Limine |
| 293 | 23 | 294 | 13 | Rule 403 - See motion in limine |
| 308 | 24 | 309 | 1 | Vague and confusing |
| 347 | 19 | 348 | 2 | Relevancy; Rule 403 - see motion in limine |

## IV.  Deposition of Aptim Corp.'s Corporate Representative, Josh Broggi, May 19, 2023

| Page From | Line From | Page to | Line to | Objection |
|---|---|---|---|---|
| 136 | 13 | 136 | 21 | Lack of foundation. Assumes facts not in evidence. |
| 272 | 12 | 272 | 16 | Calls for speculation. Lack of foundation. |
| 273 | 11 | 273 | 24 | Calls for speculation. Lack of foundation. |

## V.  Deposition of Chelsey Armstrong, October 18, 2023

### A.  Testimony concerning hearsay statements and lack of personal knowledge

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 16 | 1 | 16 | 1 | Move to strike; misstates testimony. |
| 18 | 16 | 18 | 25 | Hearsay. |
| 22 | 3 | 22 | 4 | Lack of foundation. |
| 22 | 5 | 22 | 23 | Relevancy; confusing and misleading jury. Ms. Armstrong testified that she did not screen waste for JPLF and therefore these questions are not relevant to issues at the JPLF. |
| 25 | 8 | 25 | 11 | Assumes facts not in evidence. She described her role as a gatekeeper, not the others. |
| 34 | 4 | 34 | 23 | Hearsay |
| 37 | 6 | 37 | 15 | Hearsay; relevancy |
| 38 | 14 | 38 | 18 | Hearsay |
| 39 | 6 | 39 | 15 | Hearsay. |
| 39 | 18 | 39 | 23 | Hearsay |
| 40 | 3 | 40 | 6 | Compound; lack of foundation. |
| 44 | 2 | 44 | 4 | Hearsay. |
| 44 | 20 | 45 | 4 | Compound; vague and confusing; speculation; lack of foundation. |
| 45 | 15 | 45 | 24 | Lack of foundation; relevancy; hearsay. |
| 46 | 3 | 46 | 6 | Hearsay. |
| 46 | 19 | 46 | 20 | hearsay. |
| 74 | 10 | 74 | 17 | Lack of foundation; assumes facts not in evidence. |
| 75 | 18 | 75 | 21 | Assumes facts not in evidence; lack of foundation. |
| 76 | 7 | 76 | 10 | Assumes facts not in evidence; lack of foundation. |
| 78 | 14 | 78 | 19 | Lack of foundation; confusing. |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 79 | 7 | 79 | 18 | Relevancy. She testified she was not involved in approval of spent lime or any approvals for JPLF at all. |
| 82 | 22 | 83 | 3 | Speculation; hearsay. |
| 84 | 12 | 84 | 15 | Lack of foundation - this building. |
| 84 | 22 | 85 | 1 | Lack of foundation; speculation. also only question is designated. |
| 87 | 10 | 87 | 13 | Relevancy; cumulative/wrong witness |
| 87 | 14 | 87 | 17 | Relevancy. She testified that she was not involved in JPLF landfill so her understanding of composition of spent lime is irrelevant. |
| 91 | 20 | 92 | 2 | Assumes facts not in evidence; lack of foundation; speculation; hearsay. |
| 92 | 15 | 92 | 20 | Speculation. |
| 92 | 21 | 93 | 2 | Lack of foundation; assumes facts not in evidence; speculation. |
| 99 | 24 | 100 | 2 | Hearsay. |
| 101 | 3 | 101 | 10 | Hearsay for first two questions, and third question has not context, lacks foundation with the first two. |
| 103 | 11 | 103 | 17 | hearsay. |
| 103 | 25 | 104 | 3 | Hearsay |
| 105 | 15 | 105 | 22 | Hearsay. |
| 106 | 15 | 106 | 24 | Hearsay for first question; lack of foundation for second - "information" if objection to prior question is sustained. |
| 106 | 25 | 107 | 5 | hearsay. |
| 108 | 3 | 108 | 7 | hearsay |
| 108 | 17 | 109 | 3 | Hearsay. |
| 6 | 21 | 6 | 21 | Objecting to document, dep. ex. 1151, as hearsay. |
| 8 | 11 | 8 | 12 | Object to document Dep Ex. 1152 as hearsay. |
| 8 | 16 | 8 | 23 | Hearsay. |
| 9 | 6 | 9 | 11 | Hearsay. |
| 10 | 7 | 10 | 9 | Hearsay. |
| 38 | 18 | 38 | 20 | Lack of foundation; assumes facts not in evidence. |

## B. Failure to Distinguish Corporate Entity

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 15 | 5 | 15 | 8 | Vague; lack of foundation. No definition as to "Waste Connections" |
| 73 | 16 | 73 | 19 | Vague; lack of foundation re Waste Connections. |
| 75 | 22 | 75 | 24 | Lack of foundation re Waste Connections |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 81 | 6 | 81 | 8 | Lack of foundation re Waste Connections. |
| 87 | 6 | 87 | 9 | Lack of foundation re Waste Connections. |
| 38 | 3 | 38 | 6 | Lack of foundation -- no clarity on Waste Connections. |
| 50 | 14 | 51 | 1 | Lack of foundation - no clarity as to "Waste Connections" |

### C.  Other Objections

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 44 | 11 | 44 | 17 | Confusing; vague. |
| 45 | 25 | 46 | 2 | Relevancy |
| 75 | 3 | 75 | 14 | Hearsay. |
| 75 | 25 | 76 | 6 | Relevancy. |
| 82 | 8 | 82 | 21 | Hearsay |
| 83 | 13 | 83 | 25 | Hearsay. |
| 84 | 16 | 84 | 18 | Stricken per comment of questioner. |
| 84 | 19 | 84 | 21 | Relevancy. |
| 87 | 18 | 87 | 18 | impartial designation. should be removed. |
| 90 | 22 | 91 | 2 | hearsay. |
| 91 | 3 | 91 | 19 | Hearsay. |
| 96 | 1 | 96 | 11 | hearsay. |
| 100 | 25 | 100 | 25 | Partial designation; this line should be removed. |
| 101 | 3 | 101 | 10 | Hearsay for first two questions, and third question has not context, lacks foundation with the first two. |
| 102 | 8 | 102 | 17 | Hearsay. |
| 105 | 23 | 106 | 1 | Hearsay. |
| 106 | 13 | 106 | 14 | Should be stricken per questioner comment. |
| 56 | 10 | 56 | 21 | relevancy |

## VI.  Deposition of Jeff Palutis, October 18, 2023

### A.  Testimony concerning hearsay statements and lack of personal knowledge

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 18 | 18 | 18 | 23 | Lack of foundation; vague; assumes facts not in evidence. |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 23 | 17 | 23 | 21 | Lack of foundation; assumes facts not in evidence. Specifically, Mr. Foster is asking "You" to Mr. Palutis, but it was IESI's contract, not Mr. Palutis' contract and this was not a 30b6 deposition. |
| 40 | 15 | 40 | 19 | Vague; confusing. |
| 41 | 14 | 41 | 20 | Assumes facts in evidence; mischaracterizes the evidence. Asking Mr. Palutis what he did before he negotiated the contract. |
| 41 | 22 | 42 | 1 | Compound; vague; ambiguous. |
| 42 | 8 | 42 | 18 | Lack of foundation - no evidence that Mr. Palutis negotiated or had any understanding as to what IESI was committing itself to do.  Also hearsay for reading document into record; speculation. |
| 42 | 19 | 43 | 6 | Speculation; lack of foundation. Asking him questions before establishing whether he knew the odor control plan and did not show him the actual plan. |
| 43 | 7 | 43 | 14 | Lack of foundation; speculation.  Asking him questions without showing him the document or establishing that he had reviewed the odor control plan at any point in time. |
| 54 | 22 | 55 | 1 | Lack of foundation; speculation. |
| 72 | 5 | 72 | 8 | lack of foundation. No discussion as to what corporate was or Mr. Palutis' understanding of that term. |
| 75 | 9 | 75 | 20 | Assumes facts not in evidence; speculation. |
| 97 | 12 | 97 | 20 | Assumes facts not in evidence. Mr. Palutis did not negotiate the contract with the Parish. |
| 98 | 7 | 98 | 11 | Compound question; argumentative. |
| 105 | 21 | 105 | 24 | Relevancy. |
| 111 | 3 | 111 | 8 | Lack of foundation; relevancy. |
| 116 | 16 | 116 | 22 | Confusing; unintelligible. |
| 126 | 10 | 127 | 1 | relevancy; hearsay. |
| 141 | 18 | 142 | 6 | lack of foundation; hearsay. |
| 142 | 19 | 142 | 22 | Argumentative; lack of foundation. |
| 142 | 24 | 142 | 25 | argumentative; lack of foundation. |
| 143 | 23 | 145 | 11 | argumentative; relevancy. |
| 145 | 12 | 146 | 17 | argumentative; asked and answered. |
| 147 | 23 | 148 | 1 | Speculation; lack of foundation. |
| 158 | 14 | 158 | 16 | Speculation; lack of foundation |
| 164 | 14 | 164 | 19 | Relevancy. |

**B.  Calls for Expert Opinion**

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 55 | 5 | 55 | 11 | Lack of foundation; speculation; seeks opinion testimony of a lay witness. |
| 97 | 6 | 97 | 10 | improper lay witness opinion; speculation. |
| 106 | 20 | 107 | 6 | Relevancy. |
| 107 | 7 | 107 | 13 | Argumentative; vague; speculation. |

### C. Other Objections

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 95 | 11 | 95 | 11 | Move to strike "ha ha". this is taken out of context and his "ha ha" response is due to Mr. Foster's prior question that said day one. |
| 102 | 14 | 102 | 16 | Assumes facts not in evidence; vague. |
| 115 | 18 | 115 | 20 | Relevancy. |
| 158 | 21 | 158 | 25 | Relevancy. |

## VII. Deposition of Nikki Crews, October 19, 2023

### A. Testimony concerning hearsay statements and lack of personal knowledge

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 18 | 17 | 18 | 19 | Relevance |
| 27 | 18 | 28 | 7 | Hearsay |
| 29 | 2 | 30 | 13 | Relevance |
| 43 | 24 | 44 | 3 | Foundation. |
| 44 | 21 | 45 | 9 | Hearsay |
| 45 | 22 | 46 | 9 | Hearsay. |
| 46 | 12 | 46 | 12 | Foundation. |
| 47 | 11 | 47 | 11 | Foundation. |
| 48 | 21 | 49 | 5 | Hearsay |
| 49 | 12 | 49 | 18 | Hearsay. |
| 75 | 23 | 75 | 25 | Hearsay. |
| 97 | 6 | 97 | 6 | Foundation, speculation. |
| 97 | 13 | 97 | 13 | Foundation, speculation. |
| 98 | 6 | 98 | 6 | Foundation, speculation, vague as to "excessive odors." |
| 98 | 13 | 98 | 13 | Foundation, vague. |
| 98 | 25 | 98 | 25 | Move to strike given that answer not designated; also, foundation, vague, calls for expert opinion testimony. |

| Page From | Line From | Page To | Line To | Objection |
|-----------|-----------|---------|---------|-----------|
| 99 | 18 | 99 | 18 | Move to strike this fragment of an answer without a designated question. |
| 145 | 8 | 145 | 10 | Vague, foundation. |
| 145 | 11 | 145 | 14 | Vague, foundation. |
| 146 | 8 | 146 | 10 | Hearsay, foundation. |
| 155 | 23 | 156 | 14 | Hearsay |
| 156 | 8 | 156 | 20 | Speculation |
| 157 | 2 | 157 | 8 | Hearsay, speculation. |
| 157 | 9 | 158 | 1 | Compound, speculation, hearsay. |
| 158 | 16 | 158 | 25 | Hearsay, speculation. |
| 169 | 4 | 170 | 3 | Hearsay, foundation. |
| 170 | 4 | 170 | 22 | Hearsay, foundation. |
| 170 | 23 | 171 | 19 | Hearsay |
| 171 | 20 | 172 | 10 | Hearsay, foundation, counsel testifying. |
| 172 | 15 | 172 | 25 | Hearsay, foundation. |
| 176 | 25 | 177 | 12 | Hearsay, foundation. |
| 177 | 13 | 177 | 20 | Hearsay, speculation. |
| 178 | 20 | 178 | 23 | Speculation, foundation. |
| 178 | 24 | 179 | 8 | Hearsay, foundation, compound. |
| 179 | 10 | 179 | 18 | Hearsay. |
| 179 | 19 | 179 | 22 | Hearsay, foundation, speculation. |
| 180 | 9 | 180 | 18 | Hearsay, foundation, speculation, counsel testifying. |
| 180 | 19 | 180 | 23 | Hearsay, foundation, speculation. |
| 180 | 25 | 181 | 6 | Hearsay, foundation, speculation. |
| 183 | 12 | 183 | 20 | Compound, counsel testifying, vague as to "okay," calls for legal conclusion on contract interpretation. |
| 183 | 22 | 184 | 7 | Incomplete hypothetical, calls for legal conclusion regarding contract interpretation, vague as to "acceptable." |
| 184 | 8 | 184 | 10 | Foundation, calls for legal conclusion regarding contract interpretation. |
| 184 | 11 | 184 | 22 | Foundation, incomplete hypothetical. |
| 185 | 3 | 185 | 7 | Hearsay |
| 185 | 8 | 185 | 15 | Foundation |
| 185 | 20 | 186 | 3 | Hearsay |
| 186 | 4 | 186 | 8 | Speculation |

### B. Failure to Distinguish Corporate entity

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 37 | 2 | 37 | 2 | Vague |
| 37 | 11 | 37 | 11 | Vague as to "okay" and "sloppy," compound. |
| 82 | 18 | 82 | 18 | Vague as to important. |
| 98 | 25 | 98 | 25 | Move to strike given that answer not designated; also, foundation, vague, calls for expert opinion testimony. |
| 109 | 7 | 109 | 11 | Vague as to "problematic," compound. |
| 152 | 10 | 152 | 16 | Compound |
| 157 | 9 | 158 | 1 | Compound, speculation, hearsay. |
| 181 | 7 | 181 | 10 | Vague as to "important." |
| 182 | 15 | 182 | 20 | Counsel testifying, calls for improper opinion testimony. |

### C. Other Objections

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 17 | 6 | 18 | 6 | Relevance |
| 19 | 25 | 19 | 25 | Move to strike, fragment of a question. |
| 28 | 22 | 29 | 1 | Asked and answered. |
| 36 | 24 | 36 | 25 | Move to strike, incomplete question. |
| 37 | 15 | 37 | 15 | Counsel testifying. |
| 40 | 1 | 40 | 23 | Hearsay |
| 43 | 4 | 43 | 4 | Vague as to "a lot of activity," compound. |
| 44 | 9 | 44 | 9 | Move to strike, fragment of a question. |
| 45 | 11 | 45 | 11 | Vague as to "your thing." |
| 76 | 4 | 77 | 11 | Hearsay. |
| 78 | 2 | 78 | 4 | Hearsay |
| 78 | 8 | 78 | 12 | Hearsay |
| 78 | 25 | 79 | 12 | Questioning arises from same hearsay objection. |
| 81 | 25 | 82 | 8 | Hearsay |
| 82 | 13 | 82 | 15 | Hearsay |
| 89 | 17 | 89 | 18 | Hearsay, foundation. Defendant objects to all subsequent questioning arising from this document. |
| 109 | 17 | 109 | 20 | Assumes facts not in evidence. |
| 147 | 6 | 147 | 25 | Hearsay. |
| 148 | 4 | 148 | 5 | Hearsay |
| 148 | 8 | 148 | 11 | Hearsay |
| 148 | 15 | 148 | 18 | Hearsay |
| 149 | 19 | 150 | 20 | Hearsay |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 150 | 21 | 150 | 24 | Hearsay, vague. |
| 150 | 25 | 150 | 25 | Move to strike this fragment of a question. |
| 151 | 8 | 151 | 10 | Compound, vague. |
| 151 | 14 | 151 | 17 | Hearsay |
| 157 | 1 | 157 | 1 | Move to strike. No question designated with this partial answer. |
| 158 | 2 | 158 | 15 | Hearsay. |
| 177 | 21 | 178 | 7 | Hearsay, speculation. |
| 178 | 8 | 178 | 19 | Hearsay |
| 179 | 25 | 180 | 8 | Move to strike, counsel testifying. |
| 181 | 12 | 181 | 18 | Hearsay. |
| 181 | 19 | 182 | 14 | Hearsay. |
| 185 | 16 | 185 | 19 | Move to strike, not a question. |

## VIII.  Deposition of Joe Laubenstein, January 8, 2024

### A.  Testimony concerning hearsay statements and lack of personal knowledge

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 19 | 15 | 19 | 19 | Vague as to "odor problems," compound. |
| 19 | 20 | 19 | 24 | Vague as to "odor problems," foundation, assumes facts not in evidence. |
| 26 | 14 | 26 | 24 | Foundation, counsel testifying, assumes facts not in evidence. |
| 28 | 19 | 29 | 5 | Foundation, relevance, vague as to "putting stuff in landfills business." |
| 29 | 19 | 29 | 23 | Foundation, relevance. |
| 29 | 24 | 30 | 4 | Foundation, relevance. |
| 93 | 12 | 93 | 17 | Foundation, vague as to "best practices." |
| 100 | 5 | 100 | 14 | Hearsay. |
| 101 | 19 | 102 | 5 | Hearsay, relevance. |
| 102 | 6 | 102 | 18 | Hearsay, relevance. |
| 107 | 22 | 109 | 8 | Relevance, foundation, speculation. |
| 109 | 9 | 110 | 13 | Hearsay. |
| 110 | 14 | 113 | 7 | Hearsay. |
| 113 | 19 | 114 | 1 | Hearsay |
| 116 | 14 | 117 | 12 | Relevance, speculation. |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 117 | 13 | 117 | 17 | Hearsay, authentication, foundation. |
| 118 | 2 | 118 | 11 | Hearsay. |
| 119 | 10 | 120 | 3 | Hearsay, foundation, relevance. |
| 120 | 15 | 120 | 17 | Hearsay |
| 121 | 6 | 121 | 10 | Calls for expert opinion, hearsay. |
| 121 | 11 | 121 | 18 | Calls for expert opinion, hearsay, vague as to "serious health concerns." |
| 123 | 3 | 123 | 13 | Hearsay, foundation. |
| 123 | 14 | 123 | 18 | Foundation |
| 123 | 19 | 123 | 23 | Compound, foundation. |
| 125 | 14 | 125 | 19 | Hearsay, foundation. |
| 126 | 11 | 126 | 22 | Hearsay, foundation. |
| 126 | 23 | 127 | 5 | Hearsay, foundation, calls for speculation. |
| 127 | 6 | 127 | 12 | Foundation, compound, hearsay. |
| 127 | 18 | 127 | 25 | Hearsay, foundation. |
| 128 | 1 | 128 | 7 | Compound, foundation, hearsay, calls for speculation, relevance. |
| 128 | 8 | 128 | 11 | Hearsay, foundation, calls for speculation, vague as to "best practices." |
| 129 | 1 | 129 | 12 | Hearsay, foundation. |
| 130 | 1 | 132 | 2 | Hearsay, relevance. |
| 133 | 20 | 133 | 25 | This line of questioning is about an attachment to an email. Hearsay, foundation, relevance. |
| 134 | 9 | 138 | 17 | This line of questioning is about an attachment to an email. Hearsay, foundation, relevance. |
| 144 | 1 | 144 | 18 | This line of questioning is about an attachment to an email. Hearsay, foundation, relevance. |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 145 | 7 | 145 | 12 | Hearsay, foundation, calls for expert opinion. |
| 145 | 13 | 145 | 17 | Hearsay, foundation, calls for expert opinion. |
| 145 | 18 | 145 | 22 | Hearsay, foundation, calls for expert opinion. |
| 146 | 5 | 146 | 21 | Hearsay, foundation, calls for expert opinion. |
| 147 | 15 | 147 | 20 | Hearsay, foundation, calls for expert opinion. |
| 147 | 21 | 147 | 25 | Hearsay, foundation, calls for expert opinion. |
| 149 | 22 | 150 | 5 | Hearsay, foundation, relevance. |
| 157 | 17 | 158 | 12 | Foundation, calls for expert opinion; line of questioning is about an inadmissible document and therefore hearsay. |
| 160 | 9 | 160 | 15 | Hearsay, foundation, calls for expert opinion. |
| 172 | 1 | 172 | 10 | Hearsay, foundation. |
| 173 | 14 | 174 | 7 | Hearsay, foundation, calls for expert opinion. |
| 177 | 2 | 177 | 18 | Hearsay, foundation, calls for expert opinion, vague as to which Waste Connections entity is being referred to. |
| 204 | 13 | 207 | 14 | Hearsay, foundation, relevance. |
| 215 | 19 | 228 | 20 | Hearsay, foundation, relevance. |

| Page From | Line From | Page To | Line To | Objection |
|-----------|-----------|---------|---------|-----------|
| 234 | 6 | 235 | 2 | Hearsay, foundation, relevance. |
| 235 | 17 | 235 | 22 | Hearsay, foundation, relevance. |
| 236 | 15 | 238 | 3 | Hearsay, foundation, relevance. |
| 238 | 15 | 238 | 20 | Hearsay, foundation, relevance, more prejudicial than probative. |
| 238 | 21 | 241 | 15 | Hearsay, foundation, relevance. |
| 242 | 8 | 242 | 13 | Hearsay, foundation, relevance. |
| 242 | 14 | 244 | 3 | Foundation, relevance, questioning is about a hearsay document, vague as to "noxious odors." |
| 245 | 2 | 245 | 15 | Hearsay, foundation, relevance. |
| 245 | 16 | 247 | 18 | Foundation, relevance, calls for speculation, incomplete hypothetical, vague as to "noxious odors." |
| 255 | 8 | 259 | 8 | Hearsay, foundation, relevance. |
| 259 | 9 | 264 | 6 | Hearsay, foundation. |
| 264 | 7 | 264 | 13 | Hearsay, foundation, relevance. |
| 264 | 14 | 264 | 19 | Foundation, calls for speculation, relevance. |
| 266 | 5 | 270 | 25 | Hearsay, entire exchange arises from a hearsay document about a landfill in Florida; foundation, relevance, calls for expert opinion. |
| 271 | 1 | 271 | 12 | Hearsay, foundation, relevance, calls for expert opinion. |
| 271 | 13 | 272 | 7 | Hearsay, foundation, relevance, calls for expert opinion. |
| 272 | 8 | 272 | 14 | Hearsay, foundation, relevance, calls for expert opinion. |

## B.  Failure to Distinguish Corporate Entity

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 14 | 18 | 14 | 21 | Vague and ambiguous as to which corporate entity is being asked about |
| 15 | 5 | 15 | 13 | Vague and ambiguous as to which corporate entity is being asked about |
| 27 | 10 | 27 | 17 | Foundation, vague and ambiguous as to which corporate entity is being asked about. |
| 30 | 5 | 30 | 9 | Foundation, relevance, vague as to which Waste Connections entity is being referred to, vague as to "best at disposing of CCRs in landfills." |
| 30 | 10 | 30 | 16 | Foundation, relevance, vague as to which Waste Connections entity is being referred to. |
| 30 | 17 | 31 | 2 | Compound, foundation, relevance, vague as to which Waste Connections entity is being referred to. |
| 31 | 3 | 31 | 11 | Foundation, relevance, vague as to which Waste Connections entity is being referred to. |
| 31 | 12 | 31 | 20 | Foundation, relevance, vague as to which Waste Connections entity is being referred to. |
| 31 | 21 | 32 | 1 | Foundation, relevance, vague as to which Waste Connections entity is being referred to. |
| 32 | 2 | 32 | 5 | Move to strike, counsel did not allow witness to answer; foundation, relevance, vague as to which Waste Connections entity is being referred to. |
| 32 | 6 | 32 | 10 | Foundation, relevance, vague as to which Waste Connections entity is being referred to, vague as to "an aspect." |
| 32 | 11 | 32 | 16 | Foundation, relevance, vague as to which Waste Connections entity is being referred to, vague as to "an aspect." |
| 32 | 17 | 32 | 21 | Foundation, relevance, vague as to which Waste Connections entity is being referred to, vague as to "an aspect." |
| 33 | 5 | 33 | 11 | Compound, relevance. |
| 45 | 17 | 48 | 2 | Relevance |
| 107 | 1 | 107 | 5 | Foundation, vague as to which Waste Connections entity is being referred to. |
| 107 | 6 | 107 | 16 | Relevance. |
| 107 | 17 | 107 | 21 | Foundation, vague as to which Waste Connections entity is being referred to. |

| 120 | 4 | 120 | 12 | Foundation, relevance. |
|---|---|---|---|---|
| 148 | 1 | 148 | 8 | Compound, vague as to which Waste Connections entity is being referred to, vague as to "problem of odors." |
| 148 | 9 | 148 | 14 | Vague as to which Waste Connections entity is being referred to, vague as to "problem of odors." |
| 149 | 22 | 150 | 5 | Hearsay, foundation, relevance. |
| 177 | 2 | 177 | 18 | Hearsay, foundation, calls for expert opinion, vague as to which Waste Connections entity is being referred to. |

## C.  Calls for Expert Opinion

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 18 | 16 | 18 | 19 | Foundation, vague as to "best practices," calls for expert opinion. |
| 103 | 24 | 104 | 7 | Vague as to "danger." |
| 104 | 8 | 104 | 22 | Vague as to "danger." |
| 104 | 23 | 105 | 13 | Vague as to "danger." |
| 120 | 18 | 121 | 1 | Calls for expert opinion, vague as to "significant concern." |
| 121 | 2 | 121 | 5 | Calls for expert opinion, vague as to "possibly be significant." |
| 121 | 6 | 121 | 10 | Calls for expert opinion, hearsay. |
| 121 | 11 | 121 | 18 | Calls for expert opinion, hearsay, vague as to "serious health concerns." |
| 144 | 19 | 144 | 25 | Foundation, calls for expert opinion. |
| 145 | 1 | 145 | 6 | Foundation, calls for expert opinion. |
| 145 | 7 | 145 | 12 | Hearsay, foundation, calls for expert opinion. |
| 145 | 13 | 145 | 17 | Hearsay, foundation, calls for expert opinion. |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 145 | 18 | 145 | 22 | Hearsay, foundation, calls for expert opinion. |
| 146 | 5 | 146 | 21 | Hearsay, foundation, calls for expert opinion. |
| 146 | 22 | 147 | 14 | Foundation, relevance, calls for expert opinion. |
| 147 | 15 | 147 | 20 | Hearsay, foundation, calls for expert opinion. |
| 147 | 21 | 147 | 25 | Hearsay, foundation, calls for expert opinion. |
| 157 | 17 | 158 | 12 | Foundation, calls for expert opinion; line of questioning is about an inadmissible document and therefore hearsay. |
| 160 | 9 | 160 | 15 | Hearsay, foundation, calls for expert opinion. |
| 173 | 14 | 174 | 7 | Hearsay, foundation, calls for expert opinion. |
| 177 | 2 | 177 | 18 | Hearsay, foundation, calls for expert opinion, vague as to which Waste Connections entity is being referred to. |
| 264 | 20 | 266 | 4 | Foundation, relevance, calls for expert opinion. |
| 266 | 5 | 270 | 25 | Hearsay, entire exchange arises from a hearsay document about a landfill in Florida; foundation, relevance, calls for expert opinion. |
| 271 | 1 | 271 | 12 | Hearsay, foundation, relevance, calls for expert opinion. |
| 271 | 13 | 272 | 7 | Hearsay, foundation, relevance, calls for expert opinion. |
| 272 | 8 | 272 | 14 | Hearsay, foundation, relevance, calls for expert opinion. |

| Page From | Line From | Page To | Line To | Objection |
|-----------|-----------|---------|---------|-----------|
| 272 | 15 | 272 | 20 | Foundation, relevance, calls for expert opinion. |
| 272 | 21 | 273 | 1 | Foundation, relevance, calls for expert opinion. |
| 273 | 2 | 273 | 8 | Foundation, relevance, calls for expert opinion. |
| 273 | 9 | 273 | 19 | Foundation, relevance, calls for expert opinion. |

### D.  Other Objections

| Page From | Line From | Page To | Line To | Objection |
|-----------|-----------|---------|---------|-----------|
| 9 | 5 | 9 | 10 | Relevance |
| 20 | 7 | 20 | 10 | Vague as to "odor problems." |
| 20 | 11 | 20 | 15 | Vague as to "odor problems." |
| 20 | 16 | 20 | 20 | Vague as to "odor problems." |
| 20 | 21 | 20 | 24 | Vague |
| 20 | 21 | 20 | 24 | Vague as to "odor problems." |
| 49 | 11 | 49 | 13 | Relevance |
| 105 | 22 | 105 | 22 | Move to strike this answer for which a question has not been designated. |
| 114 | 2 | 115 | 14 | Hearsay |
| 116 | 2 | 116 | 13 | Hearsay |
| 120 | 13 | 120 | 14 | Counsel testifying, assumes facts not in evidence, relevance. |
| 145 | 23 | 146 | 4 | Vague and ambiguous. |

## IX.  Deposition of Nick Collins, January 12, 2024

### A.  Testimony concerning hearsay statements and lack of personal knowledge

| Page From | Line From | Page To | Line To | Objection |
|-----------|-----------|---------|---------|-----------|
| 19 | 9 | 19 | 12 | Object as the designation does not include the question; and object to lack of foundation re Waste Connections |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 43 | 16 | 43 | 20 | Speculation |
| 46 | 24 | 47 | 1 | Lack of foundation - Waste Connections |
| 77 | 2 | 77 | 4 | Lack of foundation - Waste Connections. |
| 77 | 10 | 77 | 17 | Hearsay |
| 77 | 22 | 77 | 23 | Hearsay |
| 80 | 6 | 80 | 22 | Hearsay |
| 80 | 23 | 80 | 25 | lack of foundation - as to Waste Connections; |
| 82 | 13 | 82 | 16 | Hearsay |
| 83 | 14 | 83 | 20 | Speculation |
| 83 | 22 | 83 | 24 | Hearsay |
| 89 | 22 | 89 | 25 | Object to depo exhibit - hearsay |
| 90 | 12 | 90 | 22 | Hearsay |
| 91 | 14 | 91 | 22 | Hearsay |
| 91 | 24 | 92 | 3 | lack of foundation; hearsay |
| 93 | 4 | 93 | 6 | hearsay |
| 93 | 12 | 94 | 7 | Hearsay. |
| 106 | 18 | 106 | 21 | Lack of foundation- Waste Connections |
| 107 | 20 | 107 | 25 | Lack of foundation - Waste Connections |
| 149 | 6 | 149 | 9 | Lack of Foundation - Waste Connections |
| 149 | 14 | 149 | 20 | Lack of foundation - Waste Connections and decision made at The Woodlands without defining which entity at The Woodlands |
| 149 | 22 | 150 | 9 | Lack of foundation - Waste Connections and use of The Woodlands without identifying entity |
| 162 | 3 | 162 | 13 | Lack of foundation - not a recipient on the email.; hearsay |
| 165 | 1 | 165 | 3 | incomplete designation |
| 172 | 3 | 172 | 5 | Lack of foundation; assumes facts not in evidence. |
| 172 | 6 | 172 | 9 | Lack of foundation; assumes facts not in evidence |
| 175 | 14 | 175 | 19 | Lack of foundation - Waste Connections |
| 176 | 23 | 177 | 5 | Lack of foundation; misstates testimony, confusing and vague question. |

## B.  Failure to Distinguish Corporate entity

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 106 | 18 | 106 | 21 | Lack of foundation- Waste Connections |
| 107 | 20 | 107 | 25 | Lack of foundation - Waste Connections |
| 149 | 6 | 149 | 9 | Lack of Foundation - Waste Connections |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 149 | 14 | 149 | 20 | Lack of foundation - Waste Connections and decision made at The Woodlands without defining which entity at The Woodlands |
| 149 | 22 | 150 | 9 | Lack of foundation - Waste Connections and use of The Woodlands without identifying entity |
| 175 | 14 | 175 | 19 | Lack of foundation - Waste Connections |

### C. Calls for Expert Opinion

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 91 | 1 | 91 | 6 | Improper opinion from lay witness |
| 176 | 3 | 176 | 10 | Speculation |
| 176 | 12 | 176 | 18 | Speculation; vague as to high sulfate content. |

### D. Other Objections

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 74 | 18 | 74 | 19 | Hearsay; lack of foundation - no questions or testimony regarding the document was designated |
| 74 | 25 | 74 | 25 | Partial question. |
| 75 | 18 | 75 | 22 | Hearsay |
| 81 | 21 | 81 | 24 | Speculation; statement not a question |
| 83 | 3 | 83 | 8 | Compound; vague and confusing question |
| 86 | 15 | 86 | 22 | Speculation. |
| 143 | 8 | 143 | 13 | Speculation |
| 146 | 10 | 146 | 12 | Hearsay. |
| 146 | 22 | 147 | 6 | hearsay |
| 147 | 11 | 147 | 18 | hearsay |
| 154 | 25 | 154 | 25 | only partial question. |
| 162 | 19 | 163 | 1 | Relevancy; speculation |
| 163 | 3 | 163 | 5 | Hearsay |
| 163 | 23 | 164 | 11 | Hearsay; relevancy |
| 164 | 12 | 164 | 16 | Speculation |
| 164 | 24 | 165 | 3 | Lack of foundation |
| 165 | 1 | 165 | 3 | incomplete designation |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 175 | 22 | 176 | 2 | Misrepresents the evidence-- does not say this in the Louisiana section. |
| 176 | 23 | 177 | 5 | Lack of foundation; misstates testimony, confusing and vague question. |

## X. Deposition of River Birch LLC's Corporate Representative, Brian Dejean, January 15, 2024

### A. Other Objections

| Page From | Line From | Page to | Line to | Objection |
|---|---|---|---|---|
| 179 | 6 | 181 | 16 | Leading. Mis-states facts in the record |

## XI. Deposition of Hwy-90 LLC's Corporate Representative, Brian DeJean, January 15, 2024

No objections.

## XII. Deposition of Bruce Emley, January 19, 2023

### A. Testimony concerning hearsay statements and lack of personal knowledge

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 70 | 1 | 75 | 25 | Foundation; hearsay; relevance |
| 76 | 9 | 76 | 19 | Foundation; hearsay; relevance |
| 79 | 1 | 79 | 11 | Foundation; hearsay |
| 95 | 1 | 101 | 25 | Foundation; vague and ambiguous; relevance; calls for improper opinion testimony |
| 114 | 1 | 115 | 25 | Foundation; vague and ambiguous as to which corporation being asked about, "potential issues" and "problems in your landfill"; calls for improper opinion testimony; relevance as to what issues Mr. Emley is concerned about |
| 124 | 12 | 125 | 1 | Foundation; vague and ambiguous as to which corporation being asked about; hearsay; relevance |
| 125 | 2 | 125 | 21 | Foundation; improper opinion testimony |
| 125 | 22 | 127 | 23 | Foundation; vague and ambiguous as to which corporation being asked about; hearsay; relevance |
| 127 | 24 | 128 | 4 | Foundation; improper opinion testimony |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 128 | 8 | 128 | 25 | Foundation; vague and ambiguous as to which corporation being asked about; hearsay; relevance |
| 133 | 6 | 133 | 20 | Foundation; hearsay; relevance |
| 134 | 2 | 134 | 13 | Foundation; hearsay; relevance |
| 136 | 22 | 138 | 17 | Foundation; hearsay; relevance |
| 156 | 4 | 160 | 1 | Foundation; hearsay; improper opinion testimony |
| 161 | 20 | 169 | 5 | Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about |
| 171 | 4 | 178 | 23 | Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about |
| 179 | 14 | 181 | 11 | Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about |
| 193 | 21 | 195 | 20 | Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about |
| 203 | 9 | 207 | 5 | Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about |
| 221 | 7 | 224 | 11 | Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about; argumentative; more prejudicial than probative |
| 227 | 10 | 229 | 20 | Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about; argumentative |
| 233 | 20 | 234 | 2 | Foundation; hearsay; vague and ambiguous as to which corporation being asked about; argumentative |
| 240 | 6 | 241 | 16 | Foundation; hearsay; vague and ambiguous as to which corporation being asked about; relevance |
| 248 | 17 | 250 | 24 | Foundation; hearsay; vague and ambiguous as to which corporation being asked about |

## B. Failure to Distinguish Corporate Entity

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 11 | 10 | 11 | 23 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 12 | 13 | 12 | 16 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 12 | 20 | 12 | 24 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 15 | 10 | 15 | 25 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 16 | 1 | 16 | 5 | Foundation; vague and ambiguous as to which corporate entity is being asked about |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 16 | 14 | 16 | 15 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 16 | 23 | 16 | 25 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 17 | 1 | 17 | 2 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 17 | 5 | 17 | 6 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 18 | 1 | 18 | 25 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 19 | 1 | 19 | 23 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 20 | 2 | 20 | 5 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 21 | 1 | 21 | 12 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 21 | 13 | 21 | 14 | Foundation - objection to "for Waste Connections" - vague and ambiguous as to which corporate entity is being asked about |
| 22 | 6 | 22 | 23 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 23 | 19 | 23 | 25 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 24 | 1 | 24 | 20 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 25 | 6 | 25 | 22 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 40 | 23 | 40 | 25 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 41 | 1 | 41 | 6 | Foundation; vague and ambiguous as to which corporate entity is being asked about |
| 45 | 16 | 45 | 24 | Foundation - the witness denied knowledge; assumes facts not in evidence; vague and ambiguous as to which corporate entity is being asked about |
| 81 | 15 | 81 | 21 | Foundation; vague and ambiguous as to which corporate entity is being asked about; vague and ambiguous as to "problematic" |
| 83 | 5 | 83 | 16 | Foundation; vague and ambiguous |
| 114 | 1 | 115 | 25 | Foundation; vague and ambiguous as to which corporation being asked about, "potential issues" and "problems in your landfill"; calls for improper opinion testimony; relevance as to what issues Mr. Emley is concerned about |
| 122 | 7 | 124 | 11 | Foundation; vague and ambiguous as to which corporation being asked about; relevance |

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 124 | 12 | 125 | 1 | Foundation; vague and ambiguous as to which corporation being asked about; hearsay; relevance |
| 125 | 22 | 127 | 23 | Foundation; vague and ambiguous as to which corporation being asked about; hearsay; relevance |
| 128 | 8 | 128 | 25 | Foundation; vague and ambiguous as to which corporation being asked about; hearsay; relevance |
| 139 | 5 | 139 | 16 | Foundation; vague and ambiguous as to which corporation being asked about |
| 161 | 20 | 169 | 5 | Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about |
| 169 | 6 | 169 | 12 | Foundation; vague and ambiguous as to which corporation being asked about |
| 171 | 4 | 178 | 23 | Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about |
| 179 | 14 | 181 | 11 | Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about |
| 193 | 21 | 195 | 20 | Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about |
| 203 | 9 | 207 | 5 | Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about |
| 221 | 7 | 224 | 11 | Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about; argumentative; more prejudicial than probative |
| 227 | 10 | 229 | 20 | Foundation; hearsay; improper opinion testimony; vague and ambiguous as to which corporation being asked about; argumentative |
| 233 | 20 | 234 | 2 | Foundation; hearsay; vague and ambiguous as to which corporation being asked about; argumentative |
| 240 | 2 | 240 | 5 | Foundation; vague and ambiguous as to which corporation being asked about; relevance (his lack of memory is not relevant) |
| 240 | 6 | 241 | 16 | Foundation; hearsay; vague and ambiguous as to which corporation being asked about; relevance |
| 248 | 17 | 250 | 24 | Foundation; hearsay; vague and ambiguous as to which corporation being asked about |

## C. Other Objections

| Page From | Line From | Page To | Line To | Objection |
|---|---|---|---|---|
| 68 | 9 | 68 | 20 | Foundation |
| 69 | 15 | 69 | 25 | Foundation |
| 78 | 7 | 78 | 25 | Foundation; relevance |
| 79 | 13 | 80 | 22 | Foundation |

| 107 | 1 | 111 | 25 | Foundation; vague and ambiguous; relevance; argumentative |
| 219 | 11 | 219 | 23 | Foundation; argumentative; assumes facts not in evidence |