## In the Matter Of:

## ICTECH-BENDECK vs PROGRESSIVE WASTE

18-7889

## JOSEPH WILLIAM LAUBENSTEIN

*January 08, 2024*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1  J10734240 eb

 2

 3           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF LOUISIANA
 4

 5  ELIAS JORGE "GEORGE"          * CIVIL ACTION
    ICTECH-BENDECK,               *
 6       Plaintiff                * NO. 18-7889
                                  * c/w 18-8071,
 7  VERSUS                        * 18-8218, 18-9312
                                  *
 8  PROGRESSIVE WASTE SOLUTIONS   *
    OF LA, INC., ET AL            *
 9       Defendants               * SECTION: "E"(5)
                                  *
10                                *
    RELATED CASE:                 *
11                                *
    FREDERICK ADDISON, ET AL      * CIVIL ACTION
12       Plaintiff                *
                                  * NO. 19-11133
13  VERSUS                        * c/w 19-14512
                                  *
14  LOUISIANA REGIONAL LANDFILL   * SECTION: "E"(5)
    COMPANY (LRLC), ET AL         *
15       Defendants               *

16

17
              VIDEOCONFERENCED DEPOSITION OF
18                JOSEPH WILLIAM LAUBENSTEIN

19

20

21

22
    Date                      Edith A. Boggs, CSR
23

24

25  1-8-2024                  HOUSTON, TEXAS
```



8                DEPOSITION OF JOSEPH WILLIAM LAUBENSTEIN

11      DEPOSITION AND ANSWERS of JOSEPH WILLIAM
12   LAUBENSTEIN, taken before Edith A. Boggs, a certified
13   shorthand reporter in Harris County for the State of
14   Texas, taken at the offices of Waste Connections, 3
15   Waterway Square Place, Suite 110, The Woodlands, Texas,
16   on the 8th day of January, 2024, between the hours of
17   10:01 a.m. and 7:05 p.m.



| | | |
|---|---|---|
| 1 | composition of CCRs, right? | 10:12AM |
| 2 | A.  On coal burning for electricity. | 10:12AM |
| 3 | Q.  Okay.  And your educational background in soil | 10:12AM |
| 4 | chemistry helped you to understand that? | 10:12AM |
| 5 | A.  Yes. | 10:12AM |
| 6 | Q.  Okay.  And it was your job -- it's your job to | 10:12AM |
| 7 | know the government regulations that affect CCR | 10:12AM |
| 8 | disposal, right? | 10:12AM |
| 9 | A.  Yes. | 10:12AM |
| 10 | Q.  And it's your job to know about the best | 10:12AM |
| 11 | practices of disposing of CCR residuals, right? | 10:12AM |
| 12 | A.  In certain circumstances. | 10:12AM |
| 13 | Q.  What circumstances? | 10:12AM |
| 14 | A.  Generation of CCR from coal burning power | 10:12AM |
| 15 | plants generating electricity. | 10:13AM |
| 16 | Q.  And wouldn't the best practices of disposing of | 10:13AM |
| 17 | those CCR residuals also apply to the same CCR residuals | 10:13AM |
| 18 | regardless of how they were generated? | 10:13AM |
| 19 | A.  I'm not aware.  I couldn't answer that. | 10:13AM |
| 20 | Q.  Okay.  Now, is it your job to know about issues | 10:13AM |
| 21 | that can occur during the process of disposing of CCRs? | 10:13AM |
| 22 | MS. KREBS:  Object to form. | 10:13AM |
| 23 | A.  What specific issues? | 10:13AM |
| 24 | Q.  (BY MR. FOSTER)  Generally speaking, issues | 10:13AM |
| 25 | that may arise in connection with disposing of CCRs. | 10:13AM |



```
 1      Q.  Okay.  Look at the next page, 211.  This is       02:27PM
 2   entitled Challenges For Municipal Solid Waste Landfills  02:27PM
 3   Handling CCRs, right?                                    02:28PM
 4      A.  Correct.                                          02:28PM
 5      Q.  And the challenge is odor/gas generation,         02:28PM
 6   right?                                                   02:28PM
 7      A.  Yes.                                              02:28PM
 8      Q.  It says, "FGD, flue gas desulfurization, can be   02:28PM
 9   calcium sulfite, magnesium sulfate or calcium sulfate,   02:28PM
10   among others," right?                                    02:28PM
11      A.  Yes.                                              02:28PM
12      Q.  You knew that, right?                             02:28PM
13      A.  Calcium sulfate is?                               02:28PM
14      Q.  CaSO4.                                            02:28PM
15      A.  Is it?                                            02:28PM
16      Q.  I think.  My inorganic chemistry course was       02:28PM
17   65 years ago.                                            02:28PM
18      A.  Yeah.  What's the question again?                 02:28PM
19      Q.  You knew that flue gas desulfurization            02:28PM
20   materials can be calcium sulfite, magnesium sulfite or   02:29PM
21   calcium sulfate, among others, right?                    02:29PM
22      A.  No.                                               02:29PM
23      Q.  Okay.  Did you know that those compounds of       02:29PM
24   sulfur are highly soluble?                               02:29PM
25      A.  No.                                               02:29PM
```

