UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>      Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>      Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## JOINT NOTICE OF PROPOSED JURY INSTRUCTIONS

The Addison Trial Plaintiffs[1] and Defendants Aptim Corp., Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc. and Waste Connections US, Inc. pursuant to this Court's Thirteenth Case Management Order (R. Doc. 498), respectfully submit the attached proposed jury instructions.

Respectfully submitted,

FORREST CRESSY & JAMES, LLC

By:    /s/ S. Eliza James
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
         nicholas@fcjlaw.com

---

[1] The Trial Plaintiffs are Stanley Meyers, Geneva Green, Jonathan Tate, Reshaun Richardson, Mary Ann Winningkoff, Andrew Section, Vernice Lewis, Tyrone Thompson, Terrance Thompson, Wendy Gremillion, Scott Gremillion, and the Gremillions' two minor children A.G. and B.G.

1

eliza@fcjlaw.com

WHITEFORD, TAYLOR & PRESTON, L.L.P.

By:  /s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Harry S. Johnson (Admitted Pro Hac Vice)
James Jeffcoat (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele:   (202) 659.6800
Fax:    (202) 331.0573
Email: cafoster@whitefordlaw.com
         erowe@whitefordlaw.com
         hjohnson@whitefordlaw.com
         jjeffcoat@whitefordlaw.com
         mchilders@whitefordlaw.com

*Counsel For Addison Plaintiffs*

LISKOW & LEWIS, APLC

By:   /s/ Michael C. Mims
         Michael Cash (#31655)
         Cherrell Simms Taplin (#28227)
         Michael C. Mims (#33991)
         Brady M. Hadden (#37708)
         J. Hunter Curtis (#39150)
         Alec Andrade (#38659)
         701 Poydras Street, Suite 5000
         New Orleans, Louisiana  70139
         (504) 581-7979

         BEVERIDGE & DIAMOND, P.C.

         Megan R. Brillault (*pro hac vice*)
         Michael G. Murphy (*pro hac vice*)
         John H. Paul (*pro hac vice*)
         Katelyn E. Ciolino (*pro hac vice*)
         Katrina M. Krebs (*pro hac vice*)
         825 Third Avenue, 16th Floor
         New York, NY 10022

(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*


CONNICK AND CONNICK, LLC

By: \_\_\_/s/ William P. Connick_____
William P. Connick, La. Bar No. 14158
Michael S. Futrell, La. Bar. No. 20819
Anya M. Jones, La. Bar. No. 36923
Matthew D. Moghis, La. Bar. No. 33994
3421 N. Causeway Blvd., Suite 408
Metairie, Louisiana 70002
Telephone: (504) 681-6658
Facsimile: (504) 838-9903
E-mail: moghis@connicklaw.com

*Counsel for Defendant Jefferson Parish*


GIEGER, LABORDE & LAPEROUSE, L.L.C.

By: \_\_\_/s/ Michael DiGiglia_____
Ernest P. Gieger, Jr. (6154)
John E. W. Baay (22928)
J. Michael DiGiglia (24378)
Nicholas S. Bergeron (37585)
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

3

*Attorneys for Defendant Aptim Corp.*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was electronically filed on July 29, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael C. Mims