| Exhibit No. | Exhibit Description | Bates Begin | Offered By | Stipulated into Evidence |
|---|---|---|---|---|
| 46 | Quarterly SEM Reports - Compilation from 2015 - 1Q 2019, 3Q 2019 - 3Q 2020 (WC_JPLF_GC_00022760 - WC_JPLF_GC_00023146) | WC_JPLF_GC_00022760 | WC | Yes |
| 148 | Third Amendment to Agreement By and Between the Parish of Jefferson and Aptim Environmental & Infrastructure, Inc. adopted on June 27, 2018 and entered into on July 25, 2018 | ADD_P00105768 | Parish, Aptim, Plaintiffs | Yes |
| 155 | Second Amendment to Agreement By and Between the Parish of Jefferson and Aptim Environmental & Infrastructure, Inc. adopted on December 6, 2017 and entered into on January 11, 2018 | ADD_P00106237 | Parish, Aptim, Plaintiffs | Yes |
| 156 | Executed CBI Adm1 LF Gas O&M extend 2yr term | ADD_P00106259 | WC, Aptim, Plaintiffs, Parish | Yes |
| 371 | Golder Associates, 2017. Landfill Gas Collection and Control Plan, Jefferson Parish Sanitary Landfill, Phase IVA. January. | APTIM-0009090 | WC, Plaintiffs, Aptim | Yes |
| 868 | Contract Termination | APTIM-0231309 | WC | Yes |
| 1196 | Contract Between IESI LA Landfill Corporation and the Parish of Jefferson dated May 17, 2012 | JP_JPLF_00032310 | Parish | Yes |
| 1237 | Response to Request for Proposals by IESI LA Corporation, Appendix D | JP_JPLF_00063691 | Parish, WC | Yes |
| 1352 | February 19, 2018 MAML Report | JP_JPLF_0009800 | WC, Plaintiffs | Yes |
| 1354 | October 8, 2018 MAML Report | JP_JPLF_0009996 | WC, Plaintiffs | Yes |
| 1368 | (2019.09.12) Cells 20-22 Cover Thickness Investigation Log | JP_JPLF_0012996 | WC | Yes |
| 1428 | Agreement By and Between the Parish of Jefferson and CB&I Environmental & Infrastructure, Inc. dated December 28, 2015 | JP_JPLF_0017211 | Parish | Yes |
| 1433 | December 10, 2018 Jefferson Parish and APTIM Agreement | JP_JPLF_0018035 | WC, Aptim, Parish | Yes |
| 1470 | May 30, 2018 Waste Connections letter to Keith Conley re May 8, 2018 Meeting (with attachments) | JP_JPLF_0019123 | WC, Parish | Yes |

| Exhibit No. | Exhibit Description | Bates Begin | Offered By | Stipulated into Evidence |
|---|---|---|---|---|
| 1481 | May 7, 2019 High BTU Landfill Gas Utilization Plan for the Jefferson Parish Landfill | JP_JPLF_0019496 | WC, Plaintiffs, Parish, Aptim | Yes |
| 1490 | May 31, 2018 letter to Conley re Preliminary Landfill Gas System Assessment Findings Jefferson Parish Landfill-Waggaman, LA | JP_JPLF_0019675 | WC, Plaintiffs, Parish | Yes |
| 1555 | Attachment O – Odor Control Program | JP_JPLF_0023384-23390 | Parish | Yes |
| 1727 | RFP 227_RFP Document - Landfill | JP_JPLF_00691832 | WC, Plaintiffs | Yes |
| 1729 | RFP 227 - Addendum 1 | JP_JPLF_00692267 | WC | Yes |
| 1730 | RFP 227 - Addendum 2 | JP_JPLF_00692292 | WC | Yes |
| 1731 | RFP 227 - Addendum 3 | JP_JPLF_00692293 | WC | Yes |
| 1732 | RFP 227 - Addendum 4 | JP_JPLF_00692415 | WC | Yes |
| 1733 | RFP 227 - Addendum 5 | JP_JPLF_00692427 | WC | Yes |
| 1734 | RFP 227 - Addendum 6 | JP_JPLF_00692429 | WC | Yes |
| 1735 | RFP0227_ Addendum 7 | JP_JPLF_00692431 | WC | Yes |
| 1736 | RFP0227_ Addendum 8 | JP_JPLF_00692642 | WC | Yes |
| 2208 | April 27, 2018 MAML Report | WC_JPLF_00158132 | WC, Plaintiffs | Yes |
| 2225 | July 20, 2018 MAML Report | WC_JPLF_00163056 | WC, Plaintiffs | Yes |
| 3149 | Crockett to Lockwood re cover - 2018-12-03 | WC_JPLF_00278210 | Plaintiffs, WC | Yes |
| 3250 | LDEQ, *Mobile Air Monitoring Lab: Jefferson Parish Odors* (Dec. 16, 2019) | WC_JPLF_00315889 | WC | Yes |
| 3254 | January 14, 2019 LDH Report | WC_JPLF_00316722 | WC, Plaintiffs | Yes |
| 3421 | Amendment No. 2 | WC_JPLF_00407557 | WC | Yes |
| 3422 | Amendment No. 3 | WC_JPLF_00407581 | WC | Yes |
| 3439 | 2019 Fourrier Engineers Interim Cover Thickness Investigation, Cells 20-22 | WC_JPLF_00410195 | WC, Plaintiffs | Yes |
| 3444 | July 12, 2018 Default Notice | WC_JPLF_00410568 | WC, Plaintiffs, Parish | Yes |
| 3524 | July 21, 2017 Fourth Amendment to Landfill Contract | WC_JPLF_00413298 | WC | Yes |
| 3563 | Email from Rickie Falgoust of Waste Connections to Michael Lockwood of Jefferson Parish, September 4, 2018 | WC_JPLF_00414810 | Aptim, WC | Yes |

| Exhibit No. | Exhibit Description | Bates Begin | Offered By | Stipulated into Evidence |
|---|---|---|---|---|
| 3621 | Jefferson Parish, LA - Louisiana Regional Landfill Company. Notice of Proposal (R. Nielsen) (00081971) | WC_JPLF_00418239 | WC | Yes |
| 3622 | Jefferson Parish, LA - Louisiana Regional Landfill Company. Response to M. Power Notice of Breach (00081970) | WC_JPLF_00418242 | WC | Yes |
| 6475 | Aug. 15, 2018 CEC Landfill Gas System Assessment | | WC | Yes |