# EXHIBIT 1
# PLAINTIFFS' OBJECTIONS TO MEDICAL RECORD EXHIBITS

| TX#. | Description | Bates Begin | Objection |
|---|---|---|---|
| 49 | WCI_ Green, Geneva_Omni Home Care-00001 | WCI_ Green, Geneva_Omni Home Care-00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 50 | WCI_ Gremillion, B_CVS_00001 | WCI_ Gremillion, B_CVS_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 51 | WCI_Green, Geneva_Pippin, Dr. G.-0001 | WCI_Green, Geneva_Pippin, Dr. G.-0001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 52 | WCI_Green, Gevena_WJMC_WH-0001 | WCI_Green, Gevena_WJMC_WH-0001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 53 | WCI_Greillion, B_Brousse, MD, Robert-00001 | WCI_Greillion, B_Brousse, MD, Robert-00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 60 | WCI_Winningkoff, A_Dr. Cangelosi-0001 | WCI_Winningkoff, A_Dr. Cangelosi-0001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 61 | WCI_Winningkoff, Mary_DR.CANGELOSI_0001 | WCI_Winningkoff, Mary_DR.CANGELOSI_0001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 2000 | InclusivCare medical records and billing | Tate_000002 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4451 | WCI_ Green, Geneva_West Jefferson_00001 | WCI_ Green, Geneva_West Jefferson_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4452 | WCI_ Gremillion, A._Walgreens Pharmacy_0001 | WCI_ Gremillion, A._Walgreens Pharmacy_0001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4453 | WCI_ Gremillion, B_Walgreens_00001 | WCI_ Gremillion, B_Walgreens_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4454 | WCI_ Gremillion, Scott_Walgreens Pharmacy_00001 | WCI_ Gremillion, Scott_Walgreens Pharmacy_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4455 | WCI_ Gremillion, Wendy_CVS-Minute 00001 | WCI_ Gremillion, Wendy_CVS-Minute00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4456 | WCI_ Lewis, Verince_Walgreens Pharmacy_0001 | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |

| TX#. | Description | Bates Begin | Objection |
|---|---|---|---|
| 4457 | WCI_ Lewis, Vernice_Dr. Thomas Lyons_00001 | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4458 | WCI_ Lewis, Vernice_UMC_00001 | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4459 | WCI_ Meyers, Stanley_LeBlanc Chiro_00001 | WCI_ Meyers, Stanley_LeBlanc Chiro_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4460 | WCI_ Meyers, Stanley_Walgreens Pharmacy_0001 | WCI_ Meyers, Stanley_Walgreens Pharmacy_0001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4461 | WCI_ Section, Andrew Westcare Medical Ctr_00001 | WCI_ Section, Andrew Westcare Medical Ctr_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4462 | WCI_ Thompson, Tyrone_Walgreens Pharmacy_0001 | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4463 | WCI_ Thompson, Tyrone_Walmart_0001 | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4465 | WCI_Geneva Green_ Glovinsky., Dr. Marc S-00001 | WCI_Geneva Green_ Glovinsky., Dr. Marc S-00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4466 | WCI_Green, G_Dynamic PT Westwego_00001 | WCI_Green, G_Dynamic PT Westwego_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4467 | WCI_Green, Geneva_CMS | WCI_Green, Geneva_CMS | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4468 | WCI_Green, Geneva_Walmart Pharmacy_00001 | WCI_Green, Geneva_Walmart Pharmacy_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4469 | WCI_Green, Geneva_Westcare Medical Ctr_00001 | WCI_Green, Geneva_Westcare Medical Ctr_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4470 | WCI_Green, Geneva_WJMC-FDL_00001 | WCI_Green, Geneva_WJMC-FDL_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4471 | WCI_GREEN,GENEVA_BJC_000001 | WCI_GREEN,GENEVA_BJC_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4472 | WCI_GREEN,GENEVA_WALGREENS_000001 | WCI_GREEN,GENEVA_WALGREENS_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |

| TX#. | Description | Bates Begin | Objection |
|---|---|---|---|
| 4473 | WCI_GREEN,GENEVA_WJMC-FDL_000001 | WCI_GREEN,GENEVA_WJMC-FDL_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4474 | WCI_GREEN,GENEVA_WJMC-P_000001 | WCI_GREEN,GENEVA_WJMC-P_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4475 | WCI_Gremillion, A._Blue Ridge Pediatrics_00001 | WCI_Gremillion, A._Blue Ridge Pediatrics_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4476 | WCI_GREMILLION, A._EJGH_000001 | WCI_GREMILLION, A._EJGH_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4477 | WCI_GREMILLION, A._OCH-NOLA_000001 | WCI_GREMILLION, A._OCH-NOLA_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4478 | WCI_Gremillion, A._Pelican St.OutPt -00001 | WCI_Gremillion, A._Pelican St.OutPt -00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4479 | WCI_Gremillion, A._Walmart Pharmacy_00001 | WCI_Gremillion, A._Walmart Pharmacy_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4480 | WCI_Gremillion, B_Blue Ridge Pediatrics_00001 | WCI_Gremillion, B_Blue Ridge Pediatrics_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4481 | WCI_Gremillion, B_Children Hospital NO_00001 | WCI_Gremillion, B_Children Hospital NO_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4482 | WCI_GREMILLION, B_CHMPC_00001 | WCI_GREMILLION, B_CHMPC_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4483 | WCI_GREMILLION, B_CVS_00001 | WCI_GREMILLION, B_CVS_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4484 | WCI_GREMILLION, B_EJGH_000001 | WCI_GREMILLION, B_EJGH_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4485 | WCI_Gremillion, B_Lakeside Childrens_0001 | WCI_Gremillion, B_Lakeside Childrens_0001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4486 | WCI_GREMILLION, B_OCH-NOLA_000001 | WCI_GREMILLION, BRAXTON_OCH-NOLA_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4487 | | WCI_Gremillion, Braxton_Pelican St.OutPt-.00001-00018 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |

| TX#. | Description | Bates Begin | Objection |
|---|---|---|---|
| 4488 | WCI_GREMILLION, SCOTT_OCH-NOLA_000001 | WCI_GREMILLION, SCOTT_OCH-NOLA_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4489 | WCI_Gremillion, Wendy_Doctors After Hour UC_00001 | WCI_Gremillion, Wendy_Doctors After Hour UC_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4490 | WCI_Gremillion, Wendy_EJGH_000001 | WCI_Gremillion, Wendy_EJGH_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4491 | WCI_Gremillion, Wendy_OCH-NOLA_000001 | WCI_Gremillion, Wendy_OCH-NOLA_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4492 | WCI_Lewis Vernice_ JenCare Senior_00001 | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4493 | WCI_Lewis, Vernice_Dr. Yuatrich 00001 | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4494 | WCI_Lewis, Vernice_EJGH_00001 | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4495 | WCI_Lewis, Vernice_LA Pain Doctor_00001 | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4496 | WCI_Lewis, Vernice_Ochsner 180_00001 | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4497 | WCI_Lewis, Vernice_Walmart Pharmacy_00001 | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4498 | WCI_Meyers, Stanley_ Culicchia Neurological Clinic_00001 | WCI_Meyers, Stanley_ Culicchia Neurological Clinic_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4499 | WCI_MEYERS, STANLEY_BJC_000001 | WCI_MEYERS, STANLEY_BJC_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4500 | WCI_MEYERS, STANLEY_BJC_000238 | WCI_MEYERS, STANLEY_BJC_000238 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4501 | WCI_Meyers, Stanley_Dr. B. Bartholomew_00001 | WCI_Meyers, Stanley_Dr. B. Bartholomew_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4502 | WCI_Meyers, Stanley_Norco-Ochsner- Lapalco_00001 | WCI_Meyers, Stanley_Norco-Ochsner-Lapalco_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |

| TX#. | Description | Bates Begin | Objection |
|---|---|---|---|
| 4506 | WCI_SECTION, ANDREW_JCHCC_000001 | WCI_SECTION, ANDREW_JCHCC_00 0001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4507 | WCI_Tate, Jonathan_ CVS Pharmacy_00001 | WCI_Tate, Jonathan_ CVS Pharmacy_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4508 | WCI_Tate, Jonathan_IC_000001 | WCI_Tate, Jonathan_IC_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4509 | WCI_Tate, Jonathan_Inter. Pain and Neuro-00001 | WCI_Tate, Jonathan_Inter. Pain and Neuro-00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4510 | WCI_Tate, Jonathan_L.I.F.T._00001 | WCI_Tate, Jonathan_L.I.F.T._000 01 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4511 | WCI_Tate, Jonathan_Magnolia Diagnostic_00001 | WCI_Tate, Jonathan_Magnolia Diagnostic_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4512 | WCI_Tate, Jonathan_UMC-00001 | WCI_Tate, Jonathan_UMC-00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4513 | WCI_Tate, Jonathan_Walmart Pharmacy_00001 | WCI_Tate, Jonathan_Walmart Pharmacy_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4514 | WCI_Thompson, T_La Pain Specialists_00001 | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4515 | WCI_THOMPSON, TERRANCE_IC_000001 | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4517 | WCI_THOMPSON, TERRANCE_OCH-PHARMACY_000001 | WCI_THOMPSON, TERRANCE_OCH-PHARMACY_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4518 | WCI_Thompson, Terrance_OMC-Main_000001 | WCI_Thompson, Terrance_OMC-Main_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4519 | | WCI_THOMPSON, TERRANCE_WALMAR T_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4520 | WCI_Thompson, Tyrone_ Ochsner-Metairie_00001 | WCI_Thompson, Tyrone_ Ochsner-Metairie_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |

| TX#. | Description | Bates Begin | Objection |
|---|---|---|---|
| 4521 | WCI_Thompson, Tyrone_ UMC_00001 | WCI_Thompson, Tyrone_ UMC_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4522 | WCI_Thompson, Tyrone_EJGH_00001 | WCI_Thompson, Tyrone_EJGH_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4523 | WCI_Thompson, Tyrone_Ochsner Metairie_00001 | WCI_Thompson, Tyrone_Ochsner Metairie_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4524 | WCI_THOMPSON, TYRONE_OCHSNER-KENNER_000001 | WCI_THOMPSON, TYRONE_OCHSNER-KENNER_000001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4525 | WCI_Thompson, Tyrone_Ochsner-Kenner_00001 | WCI_Thompson, Tyrone_Ochsner-Kenner_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4526 | WCI_Thompson, Tyrone_UMC_00001 | WCI_Thompson, Tyrone_UMC_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4534 | WCI-Section, Andrew_Walgreens_00001 | WCI-Section, Andrew_Walgreens_00001 | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4741 | Gremillion_AG_Birth Certificate | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4742 | 2023.05.31 CVS Pharmacy (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4743 | 2023.06.05 Children's Pediatrics (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4750 | 2023.06.09 Walgreens (CERT Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4751 | 2023.07.11 InclusivCare (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4752 | State of Louisiana Secretary of State Records for Rocky Rock LLC | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4760 | Gremillion_B_Birth Certificate | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4761 | 2023.06.01 CVS Pharmacy (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |

| TX#. | Description | Bates Begin | Objection |
|---|---|---|---|
| 4762 | 2023.06.05 Children's Pediatrics (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4768 | 2023.06.05 WJMC - Dr. Borron (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4769 | 2023.06.09 Bone & Joint (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4770 | 2023.06.24 Walgreens Pharmacy (CERT Records) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4771 | 2023.08.30 Marc Glovinsky (CERT Billing & Med Rec CD) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4772 | 2024.01.24 Dynamic PT (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4773 | 2024.01.30 WJMC - Lapalco Clinic (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4774 | Geneva Green (Med Records) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4787 | 2023.04.11 Tate_Inclusive Care (CERT Med Recs & Billing) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4788 | 2023.06.01 Walmart Pharmacy (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4789 | 2023.06.06 Walgreens Pharmacy (CERT Pharmacy Records) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4790 | 2023.12.20 CVS (CERT Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4791 | 2023-04-04 - Tate, Jonathan - Inclusive Care | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4792 | 2023-04-04 - Tate, Jonathan - Wal-Mart Pharmacy | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4793 | 2024.01.25 Ochsner Kenner (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |

| TX#. | Description | Bates Begin | Objection |
|---|---|---|---|
| 4794 | 2024.01.30 UMC (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4810 | 2023.04.24 Ochsner Urgent Care River Ridge (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4811 | 2023.06.05 EJGH - Women's Health (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4812 | 2023.06.06 Ochsner Primary Care (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4813 | 2023.06.08 Ochsner Main Campus (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4814 | 2023.07.11 MD Claiborne & Assoc. (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4815 | 2023.11.09 Dr. Kellene Cole (Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4816 | 2024.02.05 Dr. Glen Cangelosi (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4817 | Mary Winningkoff (Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4818 | 2024.01.03 JenCare Med Center (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4830 | 2023.10.06 MedRehab Metairie (Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4837 | 2023.05.31 CVS Pharmacy (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4838 | 2023.06.21 Ochsner Main Campus (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4848 | 2023.05.11 VA Med Center (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4849 | 2023.05.05 Lapalco Drugs (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |

| TX#. | Description | Bates Begin | Objection |
|------|-------------|-------------|-----------|
| 4850 | 2023.05.09 Culicchia Neuro (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4851 | 2023.05.18 Ochsner Main Campus (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4852 | 2023.05.24 Ochsner Lapalco (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4853 | 2023.05.31 Walgreens (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4854 | 2023.06.20 LA Pain Specialists (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4855 | 2023.06.29 EJGH (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4856 | 2024.02.27 LeBlanc Chiro Clinic (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4867 | 2023.05.31 Ochsner Kenner (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4868 | 2023.06.21 Ochsner Main Campus (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4869 | Terrance Thompson (WalMart Pharm.) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4881 | 2023.05.24 Ochsner - Kenner (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4882 | 2023.05.25 Winn-Dixie Pharmacy (CERT Records) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4883 | 2023.06.12 Dr. Raul Estaris (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4891 | 2023.05.23 LA Pain Doctor (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4892 | 2023.06.05 Walgreens (CERT Records) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |

| TX#. | Description | Bates Begin | Objection |
|---|---|---|---|
| 4893 | 2023.06.21 UMC (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4903 | 2023.09.06 Ochsner Main Campus (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4904 | 2023.09.06 Ochsner Urgent Care - River Ridge (CERT Med Recs) | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 4969 | Any additional medical records received relating to the Trial Plaintiffs | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |
| 6363 | Insurance Card, AmeriHealth Caritas | | Hearsay, foundation, confidential health record, not relevant, prejudice outweighs probative value |