**EXHIBIT 3**
**PLAINTIFFS' OBJECTIONS TO GOVERNMENT AND**
**ASSOCIATION DOCUMENTS**

| TX# . | Description | Bates Begin | Objection |
|---|---|---|---|
| 5090 | American Lung Association. 2020. VOCs can harm health. | https://www.lung.org/clean-air/at-home/indoor-air-pollutants/volatile-organic-compounds | Not relevant; hearsay, cumulative |
| 5771 | ACGIH. (2010). Hydrogen Sulfide. Documentation of Threshold Limit Values and Biological Exposure Indices | | Not relevant; hearsay, cumulative |
| 5793 | CARB. (2023). Hydrogen Sulfide & Health. | | Not relevant; hearsay, cumulative |
| 5794 | CDC. (2022a, December 15). Estimates of Emergency Department Visits in the United, 2016- 2020. | | Not relevant; hearsay, cumulative |
| 5795 | CDC. (2022b, September 30). All About Your A1C. | | Not relevant; hearsay, cumulative |
| 5796 | CDC. (2023, July 3). Estimates of Emergency Department Visits in the United States, 2016-2021. | | Not relevant; hearsay, cumulative |
| 5803 | ERPG. (2014). Emergency Response Planning Guidelines for Hydrogen Sulfide. American Industrial Hygiene Association. | | Not relevant; hearsay, cumulative |
| 5843 | NRC. (2010). Acute Exposure Guideline Levels for Selected Airborne Chemicals: Hydrogen Sulfide. 9. | | Not relevant; hearsay, cumulative |
| 5844 | NRC. (2011). Reference Manual on Scientific Evidence. | https://doi.org/10.17226/13163 | Not relevant; hearsay, cumulative |
| 5868 | WHO. (1981). Hydrogen sulfide (Environmental Health Criteria). World Health Organization. | http://www.inchem.org/documents/ehc/ehc/ehc019.htm | Not relevant; hearsay, cumulative |
| 5869 | WHO. (2003). Hydrogen sulfide: human health aspects (Concise International Chemical Assessment Document). World Health Organization. | | Not relevant; hearsay, cumulative |
| 5907 | World Health Organization, Hydrogen Sulfide (2000) | https://www.euro.who.int/__data/assets/pdf_file/0019/123076/AQG2ndEd_6_6Hydrogensulfide.PDF | Not relevant; hearsay, cumulative |

| TX# . | Description | Bates Begin | Objection |
|---|---|---|---|
| 5908 | National Library of Medicine - Environmental Toxicology of Hydrogen Sulfide | https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5777517/ | Not relevant; hearsay, cumulative |
| 5967 | American Industrial Hygiene Association (AIHA): Odor Thresholds for Chemicals with Established Occupational Health Standards. Second Edition, 2013. | | Not relevant; hearsay, cumulative |
| 5977 | EP-454/R-99-005, Meteorological Monitoring Guidance for Regulatory Modeling Applications | | Not relevant; hearsay, cumulative |
| 5986 | User's Guide for the AERMOD Meteorological Preprocessor (AERMET) | | Not relevant; hearsay, cumulative |
| 5996 | US Consumer Product Safety Commission – Carbon Monoxide Questions & Answers | | Not relevant; hearsay, cumulative |
| 5997 | (2013) Murnane et. al – American Industrial Hygiene Association (AIHA): Odor Thresholds for Chemicals with Established Occupational Health Standards. Second Edition, 2013 | | Not relevant; hearsay, cumulative |
| 5998 | (2011.09) City of San Jose – San Jose–Santa Clara Water Pollution Control Plant Master Plan – Odor Treatment Alternatives | | Not relevant; hearsay, cumulative |
| 6003 | (2019.04.17) NOAA – Acute Exposure Guideline Levels (AEGLs) | | Not relevant; hearsay, cumulative |
| 6004 | (2019.09.25) NOAA Office of Response & Restoration – Emergency Response Planning Guidelines | | Not relevant; hearsay, cumulative |
| 6005 | NOAA - Chemical Identifiers | | Not relevant; hearsay, cumulative |