# EXHIBIT 4
# PLAINTIFFS' OBJECTIONS TO DOCUMENTS THAT PRE-DATE THE RELEVANT TIME PERIOD OF THIS CASE

| TX#. | Exhibit Description | Bates Begin | Objection |
|---|---|---|---|
| 123 | June 19, 1996 Greater New Orleans Landfill Initial Design Capacity Report Form | ADD_P00009607 | Not relevant, outside the relevant time period, prejudice outweighs probative value. |
| 124 | 1489325 93/25/2002 SEM [second half 2001] | ADD_P00009731 | Not relevant, outside the relevant time period, prejudice outweighs probative value. |
| 125 | 2301755 [6/16/2999 JPLF air permit approval] | ADD_P00014192 | Not relevant, outside the relevant time period, prejudice outweighs probative value. |
| 131 | LDEQ Doc. ID No. 6073154 [July 2008 JPLF permit renewal application volume 5 of 5] | ADD_P00042414 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 132 | LDEQ Doc. ID No. 6629296 [1/22/2010 issuance of permit renewal] | ADD_P00048718 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 133 | LDEQ Doc. ID No. 7644384 [July 2008 JPLF permit renewal application volume 2 of 5] | ADD_P00053848 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 163 | CBNI SHAW REPORT -- LANDFILL DEFICIENCIES  [2013] | ADD_P00109560 | Not relevant, outside the relevant time period, prejudice outweighs probative value. |
| 165 | EXCEL JPL DAILY INSPECTION REPORT 05-2016 | ADD_P00109778 | Not relevant, outside the relevant time period, prejudice outweighs probative value. |
| 194 | 2838-Revised Well Numbers As-built8326 - Phase 3B-2 (2004) | APTIM-0000372 | Not relevant, outside the relevant time period, prejudice outweighs probative value. |
| 195 | 2928-JP Site _ State Plane Layouts Ortho LW | APTIM-0000375 | Not relevant, outside the relevant time period, prejudice outweighs probative value. |
| 196 | 2929-JPSL LFG As-Builts 10-23-18 to Franklin_JPSL LFG As-Builts (2018-06) | APTIM-0000376 | Not relevant, prejudice outweighs probative value. |
| 197 | 3034-JPSL 2015 Gas System 2015 WELL DATA | APTIM-0000380 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 298 | 4/21/2006 Shaw Well Completion Log | APTIM-0005624 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 671 | Alt Operating Status Request 9-2-15 | APTIM-0152785 | Not relevant, outside the relevant time period, prejudice outweighs probative value |

| TX#. | Exhibit Description | Bates Begin | Objection |
|---|---|---|---|
| 672 | JP Alternative Timeline request draft letter_wells 137_146_148_151_362 | APTIM-0152804 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 674 | 10165675_1of2 | APTIM-0162028 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 676 | 10166146 | APTIM-0162162 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 677 | 10166146 | APTIM-0162162 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 678 | High Temp 04-12-11 | APTIM-0164438 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 679 | Jefferson Parish Title V_SSM Jan-June 2015 SAR | APTIM-0164619 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 680 | Alt Op Std Approved 04-06-16 | APTIM-0164711 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 682 | Shaw Environmental & Infrastructure, Inc. (Shaw), 2009. Jefferson Parish Leachate Levels. March – December. | APTIM-0168049 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 684 | 2016.01.21_JPL Alternative Timeline Request_5 LFG Wells | APTIM-0178112 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 685 | 2017.08.28_JPL Alternative Timeline Request_Well 362 | APTIM-0178126 | Not relevant, prejudice outweighs probative value |
| 686 | 2017.12.21_JPL Alternative Timeline Request_13 LFG Wells | APTIM-0178130 | Not relevant, prejudice outweighs probative value |
| 705 | 2016.12.08_JPL Alternative Timeline Request_Well 362-374-423 | APTIM-0196682 | Not relevant, prejudice outweighs probative value |
| 815 | APTIM-0230376 | APTIM-0230376 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 1166 | 2016 ERIC Summary [River Birch landfill] | GEOSYNTEC_00015937 | Not relevant; no foundation, prejudice outweighs probative value |
| 1232 | 2003 Master Plan for JPLF | JP_JPLF_00056885 | Not relevant, prejudice outweighs probative value |
| 1233 | JP_JPLF_00061201 2016 R. Buller + Golder e-mails re GCCS Design | JP_JPLF_00061201 | Not relevant, outside the relevant time period, prejudice outweighs probative value |

| TX#. | Exhibit Description | Bates Begin | Objection |
|---|---|---|---|
| 1234 | JP_JPLF_00061655 | JP_JPLF_00061655 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 1241 | JP_JPLF_00067188 | JP_JPLF_00067188 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 1242 | JP_JPLF_00067324 | JP_JPLF_00067324 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 1243 | JP_JPLF_00067328 | JP_JPLF_00067328 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 1244 | JP_JPLF_00067334 | JP_JPLF_00067334 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 1561 | (2015.06.30) DEQ Solid Waste Certification of Compliance.docx | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 2031 | 10028327 | WC_JPLF_00000114 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 2032 | 10173016 | WC_JPLF_00000978 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 2033 | 10174704 | WC_JPLF_00001192 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 2034 | LSP Incident Report (June 30, 2016) | WC_JPLF_00001288 | No foundation, not relevant |
| 2035 | 10320637 | WC_JPLF_00001327 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 2036 | 10342685 | WC_JPLF_00001358 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 2166 | DocID; 9907470 (14010 - 7-16-2015 - Incidents - Non-Emergency - Surface Water - Reports - Incident - INS20160001) | WC_JPLF_00113450 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 2184 | 9946069 [9/11/2-15] | WC_JPLF_00118539 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 2185 | 9634240 [2/4/2015] | WC_JPLF_00118625 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 2186 | 10111417 [1/25/2016] | WC_JPLF_00118630 | Not relevant, outside the relevant time period, prejudice outweighs probative value |

| TX#. | Exhibit Description | Bates Begin | Objection |
|---|---|---|---|
| 2187 | 10307421 [7/27/2016] | WC_JPLF_00118636 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 2188 | 10330634 [8/10/2016] | WC_JPLF_00118642 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 2359 | JPL - Ox Pond LDEQ Notification of Potential Leak | WC_JPLF_00194189 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 2363 | Overage Explanation Letter (signed) | WC_JPLF_00194342 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 3295 | Circle K UST Soil Analytical Report 5-25-16 | WC_JPLF_00324554 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5018 | Jefferson Parish Landfill, 2013. Solid Waste Certification of Compliance Part I & Part II, Jefferson Parish Sanitary Landfill. September 24 | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5019 | Jefferson Parish Landfill, 2014. Solid Waste Certification of Compliance Part I & Part II, Jefferson Parish Sanitary Landfill. September 29 | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5020 | Jefferson Parish Landfill, 2015. Solid Waste Certification of Compliance Part I & Part II, Jefferson Parish Sanitary Landfill. September 30 | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5049 | Jefferson Parish. 2013. Solid waste certification of compliance Part I & Part II. July 1, 2012 to June 30, 2013. Jefferson Parish Government, Avondale, LA. Permit Number P-0297-R1. September 24 | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5050 | Jefferson Parish. 2014. Solid waste certification of compliance Part I & Part II. July 1, 2013 to June 30, 2014. Jefferson Parish Government, Avondale, LA. Permit Number P-0297-R1. September 29 | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5051 | Jefferson Parish. 2015. Solid waste certification of compliance Part I & Part II. July 1, 2014 to June 30, 2015. Jefferson Parish Government, Avondale, LA. Permit Number P-0297-R1. September 30 | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5052 | Jefferson Parish. 2016. Sewage sludge and biosolids use of disposal reporting form for receivers of sewage sludge from outside sources. January 1, 2015 to | | Not relevant, outside the relevant time period, prejudice outweighs probative value |

| TX#. | Exhibit Description | Bates Begin | Objection |
|---|---|---|---|
| | December 31, 2015. Jefferson Parish Sanitary Landfill. January 25 | | |
| 5932 | Certification of Compliance, LDEQ EDMS Doc. ID 10367638 (Sept. 29, 2016) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5933 | Certification of Compliance, LDEQ EDMS Doc. ID 9948092 (Sept. 28, 2015) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5934 | Certification of Compliance, LDEQ EDMS Doc. ID 9562417 (Sept. 22, 2014) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5936 | Certification of Compliance, LDEQ EDMS Doc. ID 9054227 (Sept. 20, 2013) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5937 | Solid Waste Annual Disposer Report, LDEQ EDMS Doc. ID 9054227 (July 13, 2012) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5938 | Solid Waste Annual Disposal Report, LDEQ EDMS Doc. ID 8051174 (July 15, 2011) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5939 | Solid Waste Annual Disposal Report, LDEQ EDMS Doc. ID 7827694 (Oct. 15, 2010) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5940 | Solid Waste Annual Disposal Report, LDEQ EDMS Doc. ID 6535639 (Aug. 8, 2009) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5941 | Solid Waste Annual Disposal Report, LDEQ EDMS Doc. ID 3610715 (Aug. 1, 2008) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5942 | Solid Waste Annual Disposal Report, LDEQ EDMS Doc. ID 5955015 (Aug. 1, 2007) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5943 | Solid Waste Annual Disposal Report, LDEQ EDMS Doc. ID 5652387 (Aug. 4, 2006) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5944 | Solid Waste Annual Disposal Report, LDEQ EDMS Doc. ID 5021795 (Aug. 3, 2005) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5945 | Standard Solid Waste Type III Permit, LDEQ EDMS Doc. ID (Nov. 5, 2004) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 6068 | Sept. 20, 2013 River Birch landfill certification of compliance (LDEQ Doc. 90541790) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 6069 | Sept. 22, 2014 River Birch landfill certification of compliance (LDEQ Doc. 9561991) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |

| TX#. | Exhibit Description | Bates Begin | Objection |
|---|---|---|---|
| 6070 | Sept. 15, 2015 River Birch landfill certification of compliance (LDEQ Doc. 9948088) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |