# EXHIBIT 5

# PLAINTIFFS' OBJECTIONS TO TRIAL EXHIBITS THAT POST-DATE THE RELEVANT TIME PERIOD OF THIS CASE

| TX#. | Exhibit Description | Bates Begin | Objection |
|---|---|---|---|
| 42 | LDEQ Waggaman Playground Station Data - Compilation of LDEQ Waggaman Playground Station Data, January 2020-March 2021 (WC_JPLF_GC_00002228 - WC_JPLF_GC_00002302) | WC_JPLF_GC_00002228 | Not relevant, probative value outweighed by prejudice; not during the relevant time period |
| 1761 | JPLF STAGE 1 CONSTRUCTED ASBUILT - NOV.2020 | JP_JPLF_00742906 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 1763 | Leachate Flow Data 2020 | JP_JPLF_00742921 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 2390 | Meteorological Data [jan 2020] | WC_JPLF_00211444 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 2424 | Meteorological Data[march 2020] | WC_JPLF_00223290 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 3332 | Meteorological Data | WC_JPLF_00337965 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 3336 | Meteorological Data [August 2020] | WC_JPLF_00401468 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 3337 | Meteorological Data | WC_JPLF_00401469 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 3362 | April 13, 2020 Exponent Jefferson Parish Landfill Air Monitoring for Hydrogen Sulfide | WC_JPLF_00402145 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 3892 | 2022 Permit Renewal | WC_JPLF_00461438 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4056 | DEQ.INSPECTION.08.20.2020 | WC_JPLF_00493026 | |
| 4057 | WCI plans - 2020-03-05 | WC_JPLF_00493047 | |
| 4064 | Lockwood re readings - 2020-05-27 | WC_JPLF_00493593 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4065 | D Thibodaux re weather data - 2020-05-27 | WC_JPLF_00493613 | Not relevant, outside the relevant time period, prejudice outweighs probative value |

Plaintiffs' Objections To Trial Exhibits That Post-Date The Relevant Time Period -- Page **1** of **5**

| TX#. | Exhibit Description | Bates Begin | Objection |
|---|---|---|---|
| 4066 | Carlson request for info - 2020-03-08 | WC_JPLF_00493653 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4067 | Progress on improvements - 2020-07-23 | WC_JPLF_00493866 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4068 | elevated readings - 2020-05-19 | WC_JPLF_00493872 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4069 | elevated readings - 2020-06-22 | WC_JPLF_00493999 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4070 | elevate readings - 2020-08-03 | WC_JPLF_00494251 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4071 | elevated levels vs complaints - 2020-05-15 | WC_JPLF_00494507 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4072 | elevated levels - 2020-07-15 | WC_JPLF_00494509 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4073 | Readings of levels - 2020-05-27 | WC_JPLF_00494564 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4074 | methane overnight - 2020-08-04 | WC_JPLF_00494590 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4075 | Readings of levels - 2020-05-27 | WC_JPLF_00494564 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4076 | methane overnight - 2020-08-04 | WC_JPLF_00494590 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4077 | Jones re readings - 2020-06-22 | WC_JPLF_00494942 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4078 | Lockwood summary of work - 2020-09-22 | WC_JPLF_00494995 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4079 | elevated readings - 2020-07-07 | WC_JPLF_00495180 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4083 | Jones re readings - 2020-03-13 | WC_JPLF_00495897 | Not relevant, outside the relevant time period, prejudice outweighs probative value |

| TX#. | Exhibit Description | Bates Begin | Objection |
|---|---|---|---|
| 4085 | Jones re elevated readings - 2020-08-14 | WC_JPLF_00496026 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4092 | Odor issues - 2020-09-03 | WC_JPLF_00499750 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4093 | JPSL 2019 Phase II Const Cert Report | WC_JPLF_00509155 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 4097 | SCS notes re collections - 2020-06-26 | WC_JPLF_00509417 | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5023 | Jefferson Parish Landfill, 2020. Annual Certification of Compliance, Jefferson Parish Sanitary Landfill. September 30 | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5056 | Jefferson Parish. 2020. Sewage sludge and biosolids use of disposal reporting form for receivers of sewage sludge from outside sources. January 1, 2019 to December 31, 2019. Jefferson Parish Sanitary Landfill. February 11 | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5551 | LDEQ. (April 18, 2020). Air Permit Routing/Approval Slip - Permits Number 1340-002260-11. | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5553 | LDEQ. (April 25, 2020). Air Permit Routing/Approval Slip - Permits Number 2912-V9. | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5558 | LDEQ. (February 6, 2020). Air Permit Routing/Approval Slip - Permits Number 2520- 00023-13. | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5563 | LDEQ. (January 30, 2020). Air PermitRouting/Approval Slip - Permits Number 2107-V3. | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5564 | LDEQ. (January 9, 2020). Air Permit Routing/Approval Slip- Permits Number 2306-V5. | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5565 | LDEQ. (January 9. 2020). Air Permit Routing/Approval Slip- Permits Number 2306- V5. | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5570 | LDEQ. (March 11, 2020). Air Permit Routing/Approval Slip - Permits Number 3171-V0. | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5571 | LDEQ. (May 19, 2020). Air Permit Routing/Approval Slip - Permits Number 2520-00027-V18. | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5929 | Certification of Compliance, LDEQ EDMS Doc. ID 12931866 (Oct. 5, 2021) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |

| TX#. | Exhibit Description | Bates Begin | Objection |
|---|---|---|---|
| 5930 | C&D Disposal amounts for 2020 Certification of Compliance, LDEQ EDMS Doc. ID 12512793 (Jan. 8, 2021) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5931 | Certification of Compliance, LDEQ EDMS Doc. ID 10825889 (Sept. 28, 2017) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5942 | Solid Waste Annual Disposal Report, LDEQ EDMS Doc. ID 5955015 (Aug. 1, 2007) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 5957 | 2020 Oct through Dec LDEQ Waggaman 5-minute Data | | |
| 5958 | 2020 Oct through Dec LDEQ Waggaman 1-hour Data | | |
| 6116 | 2/19/21 LDEQ Warning Letter, Enforcement Tracking No. MM-L-21-00130, from Waste Enforcement Section Manager Nicole Anthony to Jefferson Parish Government regarding 8/20/20 JPSL site inspection | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 6117 | 3/30/21 response letter to LDEQ Warning Letter, Enforcement Tracking No. MM-L-21-00130, from Jefferson Parish Legal Counsel (Berrigan Litchfield, LLC) to LDEQ (Kelly O'Neal) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 6118 | 7/8/21 Consolidated Compliance Order & Notice of Potential Penalty Enforcement Tracking No. MM-CN-21-00130 from LDEQ Enforcement Administrator Celena Cage to Jefferson Parish Government | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 6119 | 9/30/21 letter from Waste Connections (Brett O'Connor) to Jefferson Parish Legal Counsel (Berrigan Litchfield, LLC) detailing response to JPSL Consolidated Compliance Order and Notice of Penalty, Enforcement Tracking No. MM-CN-21-00130 | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 6120 | 10/11/21 Response to JPSL Consolidated Compliance Order and Notice of Penalty, Enforcement Tracking No. MM-CN-21-00130 from Carlson Environmental Consultants, PC on behalf of Jefferson Parish to LDEQ (Ms. Antoinette Cob) | | Not relevant, outside the relevant time period, prejudice outweighs probative value |
| 6470 | LDEQ February 15, 2024 Inspection Report (EDMS Doc No. 14234428) | | |
| 6471 | River Birch LLC May 17, 2024 Letter to LDEQ (EDMS Doc No.14319671) | | |