# EXHIBIT 7
# PLAINTIFFS' OBJECTIONS TO PARADISE MANOR COMMUNITY CLUB RECORDS

| TX#. | Description | Bates Begin | Objection |
|---|---|---|---|
| 4634 | Plaintiff Fact Sheet of Curtis Adams | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4635 | December 18, 2023 Response of Paradise Manor Country Club to Subpoena for Records | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4636 | Chart of 2018 Membership and Revenue for Paradise Manor Country Club | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4637 | Chart of 2012-2023 Membership and Revenue for Paradise Manor Country Club | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4638 | Chart of 2012-2023 Guest Fee Revenue for Paradise Manor Country Club | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4639 | Chart of 2012-2023 Rental Income for Paradise Manor Country Club | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4640 | Chart of 2012-2023 Revenue for Paradise Manor Country Club | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4641 | Chart of Revenue for Paradise Manor Country Club (2013-2014, 2017, 2021-2022) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4642 | Chart of 2012-2023 Sports Revenue for Paradise Manor Country Club | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4643 | January 29, 2024 Response of Paradise Manor Country Club to Subpoena for Records | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4644 | Chart of 2016-2019 Gremillion Paradise Manor Country Club Membership Dues | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4645 | May 24, 2017 Gremillion Rental at Paradise Manor Country Club | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4646 | May 23, 2018 Gremillion Girl Scouts event at Paradise Manor Country Club | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4647 | May 11, 2019 Gremillion event at Paradise Manor Country Club | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4923 | dar.google.com (Subpoena Response of Paradise | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4924 | Teri's Swim Lessons_97ip33iem307qvss9tcv4to1lg@group.cal endar.google.com.ics (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4925 | _External Email_ Records Only Subpoena response_ Paradise Manor (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |

| TX#. | Description | Bates Begin | Objection |
|---|---|---|---|
| 4926 | 2012 Membership Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4927 | 2013 Membership Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4928 | 2014 Membership Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4929 | 2015 Membership Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4930 | 2016 Membership Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4931 | 2017 Membership Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4932 | 2018 Membership Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4933 | 2019 Membership Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4934 | 2020 Membership Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4935 | 2021 Membership Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4936 | 2022 Membership Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4937 | 2023 Membership Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4938 | Employee Availability_ecpgvgj99qeicf3smsk248646c@group.calendar.google.com.ics (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4939 | Events and Programs 12-23 Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4940 | Guest Fees 12-23 Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4941 | PMCC Club Default_0senj1f3e21tuvsg6oqik0bqac@group.calendar.google.com.ics (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |

| TX#. | Description | Bates Begin | Objection |
|---|---|---|---|
| 4942 | PMCC Rentals_tq8m421nrt25c92err3fjnlp0g@group.cale ndar.google.com.ics (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4943 | PMCC Social_bbontt15imgsapv7fef2vbk9bc@group.calen dar.google.com.ics (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4944 | PMCC Tennis_paradisemanorcc@gmail.com .ics (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4945 | Rental Income 12-23 Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4946 | Snack Bar Income 12-23 Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4947 | Sponsorship 12-23 Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4948 | Sports Income 12-23 Summary (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4949 | Staff - Club Attendant_2as623qvp2e1krugu09tn 99j24@group.c alendar.google.com.ics (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4950 | Staff - Front Desk_rk0m9md00rv04emjib72jdesao@group.cale ndar.google.com.ics (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4951 | Staff - Lifeguard_eo3rk2g0k87vtref4bta010l30@group.cal endar.google.com.ics (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4952 | Staff - Manager_tgipe8vbked1djlbdane6p4g2g@group.cal endar.google.com.ics (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4953 | Staff - Snack Bar_hkcs9c2e93pfsl43rq5v2153hk@group.calend ar.google.com.ics (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4954 | Dive_7b78hg2akva9ecimp7gpiqm0io@group.calen dar.google.com | | Not relevant, hearsay, foundation; prejudice outweighs probative value |

| TX#. | Description | Bates Begin | Objection |
|---|---|---|---|
|  | (Subpoena Response of Paradise Manor) |  |  |
| 4955 | Employee Availability_ecpgvgj99qeicf3smsk248646c@group.calendar.google.com.ics (Subpoena Response of Paradise Manor) |  | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4956 | Gremillion PMCC data (Subpoena Response of Paradise Manor) |  | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4957 | Teri's Swim Lessons_97ip33iem307qvss9tcv4toll g@group.cal endar.google.com.ics (Subpoena Response of Paradise Manor) |  | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4958 | PMCC Club Default_0senj1f3e21tuvsg6oqik0bqac@group.cale ndar.google.com.ics (Subpoena Response of Paradise Manor) |  | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4959 | PMCC Rentals_tq8m421nrt25c92err3fjnlp0g@group.cale ndar.google.com.ics (Subpoena Response of Paradise Manor) |  | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4960 | PMCC Social_bbontt15imgsapv7fef2vbk9bc@group.calen dar.google.com.ics (Subpoena Response of Paradise Manor) |  | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4961 | PMCC Tennis_paradisemanorcc@gmail.com.ics (Subpoena Response of Paradise Manor) |  | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4962 | Staff - Club Attendant_2as623qvp2e1krugu09tn99j24@group.c alendar.google.com.ics (Subpoena Response of Paradise Manor) |  | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4963 | Staff - Front Desk_rk0m9md00rv04emjib72jdesao@group.cale ndar.google.com.ics (Subpoena Response of Paradise Manor) |  | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4964 | Staff - Lifeguard_eo3rk2g0k87vtref4bta010l30@group.cal endar.google.com.ics (Subpoena Response of Paradise Manor) |  | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 4965 | Staff - Manager_tgipe8vbked1djlbdane6p4g2g@group.cal endar.google.com.ics (Subpoena Response of Paradise Manor) |  | Not relevant, hearsay, foundation; prejudice outweighs probative value |

| TX#. | Description | Bates Begin | Objection |
|---|---|---|---|
| 4966 | Staff - Snack Bar_hkcs9c2e93pfsl43rq5v2153hk@group.calendar.google.com.ics (Subpoena Response of Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 5751 | 2016 Membership Summary (Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 5752 | 2017 Membership Summary (Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 5753 | 2018 Membership Summary (Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 5754 | 2019 Membership Summary (Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 5755 | Events and Programs 12-23 Summary (Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 5756 | Snack Bar Income 12-23 Summary (Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 5757 | Sponsorship 12-23 Summary (Paradise Manor) | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 5766 | Paradise Manor Community Club Website. Accessed February 26, 2024 | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 6406 | Deposition of Curtis Lee Adams, taken on January 30, 2024 | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 6407 | Plaintiff Fact Sheet | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 6408 | 12/18/2012 Email re: Records Only Subpoena Response | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 6409 | Excel Spreadsheet, 2018 Summary | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 6410 | Excel Spreadsheet, Events, Programs | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 6411 | Excel Spreadsheet, Guests | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 6412 | Excel Spreadsheet, Rental Income | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 6413 | Excel Spreadsheet, Snack Bar | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 6414 | Excel Spreadsheet, Sponsors | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 6415 | Excel Spreadsheet, Sports | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 6416 | 1/29/2024 Email re: Records Only Subpoena Response | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 6417 | Excel Spreadsheet, Membership Dues | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 6418 | PMCC Calendar Entry dated 5/24/2017 | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 6419 | PMCC Calendar Entry dated 5/23/2018 | | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 6420 | PMCC Calendar Entry dated 5/11/2019 | | Not relevant, hearsay, foundation; prejudice outweighs probative value |