# EXHIBIT 8
# PLAINTIFFS MISCELLANEOUS OTHER OBJECTIONS

| TX#. | Exhibit Description | Bates Begin | objection |
|---|---|---|---|
| 201 | 4785-JPSL LFG As-Builts (2018-06) [not phase 4A] | APTIM-0000446 | Not relevant, probative value outweighed by prejudice |
| 202 | 4830-JPSL LFG As-Builts (2018-06) [not phase 4A] | APTIM-0000453 | Not relevant, probative value outweighed by prejudice |
| 203 | 4843-Revised As-Builts [not phase 4A] | APTIM-0000460 | Not relevant, probative value outweighed by prejudice |
| 609 | 2017 01 – JPLF LFG collection and control plan (Golder) | APTIM-009090 | Not relevant, probative value outweighed by prejudice |
| 632 | Shaw Environmental & Infrastructure, Inc. (Shaw), 2012. Jefferson Parish Leachate Levels. June. | APTIM-0130544 | Not relevant, probative value outweighed by prejudice |
| 633 | Jefferson Parish Wellfield Data - 2016 | APTIM-0130545 | Not relevant, probative value outweighed by prejudice |
| 687 | JPSL LFG As-Builts (2018-06) | APTIM-0178350 | Not relevant, probative value outweighed by prejudice |
| 761 | Re: Blower Quote Number 1 for JP Flare | APTIM-0228805 | Not relevant, probative value outweighed by prejudice |
| 1157 | ERIC-RBL CY 2019 Emission Summary | GEOSYNTEC_00001527 | Hearsay; foundation |
| 1158 | CY 2019 RBL EI Calcs (October 30, 2020) | GEOSYNTEC_00001974 | Hearsay; foundation |
| 1159 | CY 2018 RBL EI Reporting (April 18, 2019) | GEOSYNTEC_00004148 | Hearsay; foundation |
| 1160 | Gas Plant Condensate Laboratory Report (Apr. 20, 2018) | GEOSYNTEC_00005848 | Hearsay, foundation, not relevant |
| 1161 | Email from Loren Monahan (River Birch) to Andrea Siefers (Geosyntec) re Destruction Efficiency (Sept. 20, 2018) | GEOSYNTEC_00006364 | Hearsay, foundation, not relevant |
| 1162 | ERIC Inventory Submittal Received | GEOSYNTEC_00006559 | Hearsay, foundation, not relevant |
| 1163 | River Birch email re VOC Calculation Methodology Update (April 24, 2018) | GEOSYNTEC_0000755 | Hearsay, foundation, not relevant |
| 1164 | RY2017 ERIC Report | GEOSYNTEC_00007592 | Hearsay, foundation, not relevant |
| 1165 | 2017 Reporting (April 11, 2018) | EOSYNTEC_00014948 | Hearsay, foundation, not relevant |
| 1167 | River Birch Calculations – ERIC (March 6, 2017) | GEOSYNTEC_00015942 | Hearsay, foundation, not relevant |
| 1169 | River Birch Responses to EPA (May 7, 2019) | GEOSYNTEC_00023101 | Hearsay, foundation, not relevant |
| 1170 | ERIC Summary_2019-04-18 | GEOSYNTEC_00023248 | Not relevant, hearsay, foundation; prejudice outweighs probative value |
| 1171 | Geosyntec Consultants, Part 70 Permit Significant Modification and Renewal Application (Aug. 2019) | GEOSYNTEC_00024268 | Hearsay, foundation, not relevant |
| 1175 | Highway 90 LLC responsive documents to subpoena request (received June 12, 2020) | HIGHWAY_90_000001 | Object to inclusion of the document production in its entirety |

| TX#. | Exhibit Description | Bates Begin | objection |
|---|---|---|---|
|  | (HIGHWAY_90_000001 - HIGHWAY_90_000669) |  |  |
| 1178 | Integral Consulting Time Records | INTEGRAL_Billing_Backup_000001 | Object to inclusion of the document production in its entirety |
| 1366 | Expansion of Landfill Gas Collection System, Phase IIIB, As-Built Drawings, February 12, 2015 | JP_JPLF_00120564 | Not relevant, probative value outweighed by prejudice |
| 1633 | 014-82-12 SET STAMPED & SIGNED 11-16-2016 (1) | JP_JPLF_00392174 | Not relevant, probative value outweighed by prejudice |
| 1762 | LCS | JP_JPLF_00742910 | Not relevant, probative value outweighed by prejudice |
| 1767 | XRLANDFILLREV_design base grades | JP_JPLF_00742932 | Not relevant, probative value outweighed by prejudice |
| 1849 | Responsive documents from subpoena to Nola Machinery | NOLA_MACHINERY_000001 | Not relevant, hearsay, confidential document, Rule 403 |
| 1850 | Responsive documents from subpoena to Nola Machinery | NOLA_MACHINERY_000031 | Not relevant, hearsay, confidential document, Rule 403 |
| 1851 | Responsive documents from subpoena to Nola Machinery | NOLA_MACHINERY_000068 | Not relevant, hearsay, confidential document, Rule 403 |
| 1852 | Responsive documents from subpoena to Nola Machinery | NOLA_MACHINERY_000103 | Not relevant, hearsay, confidential document, Rule 403 |
| 1853 | Responsive documents from subpoena to Nola Machinery | NOLA_MACHINERY_000139 | Not relevant, hearsay, confidential document, Rule 403 |
| 1854 | Invoices from Paul Chrostowski LLC | PLAINTIFF_EXP_INVS_000001 | Not relevant; hearsay |
| 1855 | Invoices from Malcolm M. Dienes, LLC | PLAINTIFF_EXP_INVS_000004 | Not relevant; hearsay |
| 1856 | Invoices from Integral Consulting | PLAINTIFF_EXP_INVS_000006 | Not relevant, duplicative |
| 1857 | February 1, 2019 Expert Invoice | PLAINTIFF_EXP_INVS_000090 | Object to inclusion of the document production in its entirety |
| 1858 | Invoices from Professional Consulting (Dr. DeLorenzo) | PLAINTIFF_EXP_INVS_000090 | Object to inclusion of the document production in its entirety |
| 1859 | May 25, 2023 Expert Invoice | PLAINTIFF_EXP_INVS_000092 | Object to inclusion of the document production in its entirety |
| 1860 | Invoices from Ramboll US Corporation | PLAINTIFF_EXP_INVS_000093 | Object to inclusion of the document production in its entirety |
| 1861 | Invoices from Dr. Susan Schiffman | PLAINTIFF_EXP_INVS_000142 | Object to inclusion of the document production in its entirety |
| 1862 | Invoices from Dr. Michael Spodak | PLAINTIFF_EXP_INVS_000154 | Object to inclusion of the document production in its entirety |
| 1885 | PLAINTIFFS_001574 | PLAINTIFFS_001574 | Hearsay, foundation, not relevant; confidential financial document (credit card statement) |
| 2375 | WC_JPLF_00202525 |  | Hearsay, not relevant; no foundation, prejudice outweighs probative value |
| 2376 | WC_JPLF_00202887 |  | Hearsay, not relevant; no foundation, prejudice outweighs probative value |

| TX#. | Exhibit Description | Bates Begin | objection |
|---|---|---|---|
| 3017 | 3057 Nebraska Ecology Landfill 2018 | WC_JPLF_00277207 | Fully redacted document |
| 3019 | 5152 Travis County Landfill Model 2018 (deemed) | WC_JPLF_00272356 | Fully redacted document |
| 3198 | Unknown document | WC_JPLF_0028771 | Cannot identriy |
| 3311 | 1475267157 02-29-16-CHALMETTE_TCLPs_report_for_ALI_16A-5976 | WC_JPLF_00332829 | Foundation, relevance |
| 4189 | BUTLER COUNTY - Butler County Board of Supervisors Supple Resp Brief... | WC_JPLF_00534861 | Hearsay, not relevant foundation |
| 4217 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538046 | Hearsay, not relevant foundation |
| 4218 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538052 | Hearsay, not relevant foundation |
| 4219 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538054 | Hearsay, not relevant foundation |
| 4220 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538055 | Hearsay, not relevant foundation |
| 4221 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538059 | Hearsay, not relevant foundation |
| 4222 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538067 | Hearsay, not relevant foundation |
| 4223 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538080 | Hearsay, not relevant foundation |
| 4224 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538083 | Hearsay, not relevant foundation |
| 4225 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538088 | Hearsay, not relevant foundation |
| 4226 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538090 | Hearsay, not relevant foundation |
| 4229 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538140 | Hearsay, not relevant foundation |
| 4230 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538154 | Hearsay, not relevant foundation |
| 4231 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538163 | Hearsay, not relevant foundation |
| 4233 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538354 | Hearsay, not relevant foundation |
| 4234 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538362 | Hearsay, not relevant foundation |
| 4238 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538692 | Hearsay, not relevant foundation |
| 4244 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538741 | Hearsay, not relevant foundation |
| 4246 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538750 | Hearsay, not relevant foundation |

| TX#. | Exhibit Description | Bates Begin | objection |
|---|---|---|---|
| 4247 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538758 | Hearsay, not relevant foundation |
| 4248 | Harahan public records request responsive documents (Oct. 11, 2023) | WC_JPLF_00538864 | Hearsay, not relevant foundation |
| 4250 | City of Kenner public records request responsive documents (Dec. 5, 2023) | WC_JPLF_00539076 WC_JPLF_00539160 | Hearsay, not relevant foundation |
| 4274 | Mike Mullin lawsuit | WC_JPLF_00539828 | Not relevant, hearsay |
| 4291 | LDEQ Waggaman Playground Station Data | WC_JPLF_GC_00022228-00002302 | Not relevant; hearsay; foundation |
| 5746 | 2015, 2016, 2017, 2018 & 2019 Wind Rose Data Tables | | Hearsay; foundation |