UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK E. ADDISON, SR., ET AL.,**<br>    Plaintiffs | **CIVIL DOCKET** |
| **VERSUS** | **NO. 19-11133**<br>    **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Applies to: Both Cases*

## ORDER

Before the Court are the Waste Connections Defendants'[1] Objections to certain Trial Exhibits[2] referenced in the joint Stipulation Regarding the Testimony of Christopher Ruane (the "Ruane Stipulation").

On July 29, 2024, the parties submitted to the Court the Ruane Stipulation.[3] The Ruane Stipulation references 32 documents identified as trial exhibits; the parties stipulate to the admission of 16 of the 32 Trial Exhibits referenced therein. The Waste Connections Defendants object to the admission of the remaining 16 documents, which they claim are inadmissible insofar as they are cumulative, irrelevant, hearsay, or are documents for which "other witnesses are more appropriate for purposes of laying []

---

[1] The Waste Connections Defendants are: Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.

[2] The Waste Connections Defendants object to the admission of the documents identified as Trial Exhibit Nos. 2432, 2435, 2886, 2897, 2917, 2977, 2992, 2997, 3027, 3060, 3623, 3704, 3727, 3748, 4148, and 4169. *See* Letter from Megan R. Brillault, Counsel for the Waste Connections Defendants, to the Court (July 29, 2024).

[3] According to the Ruane Stipulation, Mr. Ruane was the Director of Corporate Engineering for Waste Connections US, Inc. from October 30, 2012, to December 14, 2016, and worked as the first Engineering Manager for the Southern Region following the Progressive Waste Solutions merger from 2016 through at least the Summer of 2019. Ruane Stipulation at ¶¶ 1, 2.

foundation."[4]

The Court has reviewed the documents to which the Waste Connections Defendants object and will overrule their objections as to the 16 documents, with the exception of the Facebook post contained in Trial Exhibit No. 2886[5] and the email from Juliana Mazza dated August 17, 2018, contained in Trial Exhibit No. 3623.[6]

Accordingly;

**IT IS ORDERED** that the Waste Connections Defendants' Objections are **SUSTAINED** with respect to the Facebook post contained in Trial Exhibit No. 2886[7] and the email from Juliana Mazza dated August 17, 2018, contained in Trial Exhibit No. 3623.[8]

**IT IS ORDERED** that the Waste Connections Defendants' Objections are **OVERRULED** with respect to the remaining portions of Trial Exhibit Nos. 2886 and 3623.

**IT IS ORDERED** that the Waste Connections Defendants' Objections are **OVERRULED** with respect to the entirety of Trial Exhibit Nos. 2432, 2435, 2897, 2917, 2977, 2992, 2997, 3027, 3060, 3704, 3727, 3748, 4148, and 4169.

**New Orleans, Louisiana, this 30th day of July, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[4] *See* Letter from Megan R. Brillault, Counsel for the Waste Connections Defendants, to the Court (July 29, 2024).
[5] Ex. No. 2886 at p. 2 (BATES WC-JPLF-00270420).
[6] Ex. No. 3623 at pp. 3-4 (BATES WC-JPLF-00418251 through -00418252).
[7] Ex. No. 2886 at p. 2 (BATES WC-JPLF-00270420).
[8] Ex. No. 3623 at pp. 3-4 (BATES WC-JPLF-00418251 through -00418252).