**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | **CIVIL ACTION** |
| **Plaintiffs** | **NO. 19-11133, c/w 19-14512** |
| | **SECTION: "E" (5)** |
| **VERSUS** | |
| | **JUDGE: Morgan** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | **MAGISTRATE JUDGE: North** |
| **Defendants** | |
| *Applies to: Both Cases* | |

## <u>DECLARATION OF JULIA R. LEVINE</u>

I, Julia R. Levine, hereby declare and state as follows:

1. I make this declaration based on my personal knowledge, information and belief.

2. I am admitted to the Bar of the State of Maryland.  I am in good standing in all jurisdictions in which I am admitted and no disciplinary proceeding or criminal charges have been instituted against me in any court of jurisdiction.

3. I am attaching to this declaration a Certificate of Good Standing issued by the Supreme Court of Maryland (*See* Exhibit A).

4. I am a lawyer in the Baltimore, Maryland office of the law firm of Whiteford, Taylor & Preston, LLP, which is located at 7 Saint Paul Street, suite 1500, Baltimore, MD  21202.

5. I do not maintain my residence or my principal place of business in the Eastern District of Louisiana.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated:  July 30, 2024.

_____

Julia R. Levine