# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>　　Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>　　Defendants<br><br>*Applies to: Both Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## ORDER

Considering the foregoing Motion to Appear *Pro Hac Vice*:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion is GRANTED and that Julia R. Levine, Esq. of the firm Whiteford, Taylor & Preston, LLP be, and she is hereby enrolled as additional counsel for the Plaintiffs herein with all privileges and rights pertaining thereto.

New Orleans, Louisiana on the _____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. U.S. District Judge