UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | NO. 19-11133 c/w 19-14512 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL | * | |
| | * | JUDGE: MORGAN |
| | * | |
| | * | MAGISTRATE: NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JEFFERSON PARISH'S MEMORANDUM IN OPPOSITION TO APTIM'S MEMORANDUM IN SUPPORT OF OBJECTIONS TO TRIAL EXHIBITS

NOW INTO COURT, through undersigned counsel, comes Defendant, Jefferson Parish, who respectfully submits the following response in opposition to Aptim's Memorandum in Support of its Objections to Certain Trial Exhibits, R. Doc. 686. For the following reasons, Aptim's objections should be denied and Trial Exhibit 652 and Trial Exhibit 820 should be presented to the jury.

**I.  INTRODUCTION**

Jefferson Parish and CB&I Environmental Infrastructure, now Aptim Corporation, (hereinafter, "Aptim") entered into an agreement (hereinafter, the "Contract") on December 28, 2015.[1] The Contract was entered into after Jefferson Parish sought competitive proposals in a document entitled, "Request for Proposal to Provide Jefferson Parish Sanitary Landfill Gas Collection and Control System Operation and Maintenance Services," (hereinafter, "RFP") from entities interested in providing services at the Jefferson Parish Landfill (hereinafter, "JPLF").[2] Aptim submitted a proposal in response to this request entitled, "Jefferson Parish Sanitary Landfill Gas Collection and Control System Operation and Maintenance Services Technical Proposal

---

[1] The Contract is designated as Trial Exhibit 1428 and attached as Exhibit "A".
[2] The RFP is designated as Trial Exhibit 652.

1

(hereinafter, "Proposal").[3] The contract between Jefferson Parish and Aptim, clearly sets forth that both the RFP and the Proposal are a part of the Contract itself. As such, the RFP and the Proposal are therefore relevant and must be introduced at trial. Further, the representations made in the RFP and the Proposal go directly to Jefferson Parish's decision making process in selecting Aptim, instead of another bidder, to maintain the gas collection systems at the JPLF.

## II. LAW AND ARGUMENT

### A. The RFP and the Proposal are relevant as both are contained within the Contract and must be presented to the jury during trial.

Relevant evidence is that which "has any tendency to make a fact more or less probable than it would be without the evidence" and "the fact is of consequence in determining the action." Fed R. Evid. 401.

Aptim's contention that the RFP and the Proposal are not part of the Contract is incorrect. The contract itself states:

> **2.0 Scope of Agreement.** ... Firm shall meet the scope of services as per the RFP No. 0338 as amended and the FIRM'S written proposal dated August 21, 2015.[4] Clearly, the RFP and the Proposal are directly referenced within the Contract as part of the Scope of the Agreement between the parties.

Further, the Contract states:

> **11.8** Should there be any conflict among contract documents, the RFP and the Firm's Proposal, the following order of precedent shall govern the resolution of the conflict:
> 1) This Agreement;
> 2) RFP 0338 & addenda;
> 3) Resolution No. 113646
> 4) Firm's written proposal;[5]

---

[3] The Proposal is designated as Trial Exhibit 820.
[4] See Exhibit "A", p. 1 of 15 of the Contract.
[5] See Exhibit "A" p. 8 of 15 of the Contract.

Therefore, there is no question that the RFP and the Proposal are incorporated into the Contract that Jefferson Parish and Aptim entered into regarding the JPLF. The jury should be informed about the Proposal that Aptim submitted with regard to the work that was expected to be done as part of a bid that Aptim ultimately won with their Proposal. This information is relevant and necessary in order for the jury to assess the obligations of each party which is a critical issue to be resolved during trial. Therefore, it is imperative that the jury be presented with the entirety of the Contract documents which include the Contract, the RFP, the Proposal and the Council Resolution awarding the Contract to Aptim.

Additionally, as this Court is aware, before entering into contracts for tasks such as are present in this matter, Jefferson Parish must place the contracts out for public bid (RFP). The response by Aptim to that RFP is extremely probative and relevant as to why Jefferson Parish chose to contract with Aptim over other bidders and highlights for the jury that Jefferson Parish acted reasonably with who they hired to perform jobs at the JPLF as they evaluated representations made by Aptim to have them control the gas collection system at the JPLF. Trial Exhibit 652, the RFP, and Trial Exhibit 820, the Proposal, are extremely relevant as they are part of the Contract and should be presented to the jury.

III. CONCLUSION

The RFP and the Proposal are a part of the Contract between Aptim and Jefferson Parish. The RFP and the Proposal provide evidence as to why Jefferson Parish selected Aptim over other bidders. As such, these documents are important for the jury to consider when asked to assess this case and the alleged fault of the parties. The entirety of the Contract including the RFP and the Proposal are relevant and must be evaluated by the jury during trial. Defendant's objection should be denied.

Respectfully submitted,

**CONNICK AND CONNICK, LLC**

    */s/ Michael S. Futrell*
W. PETER CONNICK, LA. BAR NO. 14158
MICHAEL S. FUTRELL, LA. BAR NO. 20819
MATTHEW D. MOGHIS, LA. BAR NO. 33994
ANYA M. JONES, LA. BAR NO. 36923
3421 N. Causeway Boulevard, Suite 408
Metairie, Louisiana 70002
Telephone:   (504) 681-6663
Facsimile:    (504) 838-9903
E-mail:       mfutrell@connicklaw.com
               moghis@connicklaw.com

*Counsel for Defendant, Jefferson Parish*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading was served upon all counsel of record in the parties named herein through the Court's ECF system.

Metairie, Louisiana, this 30th day of July 2024.

    /s/ *Michael S. Futrell*
    MICHAEL S. FUTRELL