UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK E. ADDISON, SR., ET AL.,** <br>    Plaintiffs | CIVIL DOCKET |
| **VERSUS** | NO.  19-11133 <br>       c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** <br>    Defendants | SECTION: "E" (5) |

*Applies to: Both Cases*

## ORDER

On July 30, 2024, Plaintiffs' counsel submitted a request to the Court for an extension of the deadline to file responses to objections regarding exhibits and deposition designations. In that request, Plaintiffs' counsel represented that none of the Defendants opposes an extension of the deadline for responses to objections regarding exhibits. At the time counsel submitted their request to the Court, only Defendant Jefferson Parish consented to Plaintiffs' counsel's request to extend the deadline for responses to objections regarding deposition designations. Shortly after the request was received by the Court, counsel for Defendant Aptim and the Waste Connections Defendants notified the Court that they likewise do not oppose an extension for responses to objections regarding deposition designations.

Accordingly;

**IT IS ORDERED** that the parties' request for an extension is **GRANTED**. The parties must file responses to objections regarding exhibits and deposition designations on or before **Friday, August 2, 2024, at 5:00 p.m.**

1

New Orleans, Louisiana, this 30th day of July, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**