UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**     Plaintiff,<br><br>VERSUS<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**     Defendants. | CIVIL ACTION<br><br>NO. 18-7889<br>     c/w 18-8071,<br>     18-8218, 18-9312<br><br>SECTION: "E"(5) |
| *Related Case:*<br><br>**FREDERICK ADDISION ET AL.,**     Plaintiffs,<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**     Defendants. | CIVIL ACTION<br><br>NO. 19-11133<br><br>SECTION: "E"(5)<br><br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |
| *Applies to: All Cases* | |

**EX PARTE MOTION BY WASTE CONNECTIONS DEFENDANTS
TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD
\*\*WITHDRAWING COUNSEL HAVE CONSENTED\*\***

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Waste Connections Defendants") respectfully move this Court for an Order withdrawing **J. Hunter Curtis (Bar No. 39150)** of the law firm Liskow & Lewis and substituting in his place **Kelly B. Becker (Bar No. 27375) and Kathryn Z. Gonski (Bar No. 33442)** of the law firm Liskow & Lewis, as additional counsel of record on their behalf. **Mr. J. Hunter Curtis** consents to this motion. This withdrawal and substitution will not prejudice any party or affect any pre-trial or trial deadlines.

WHEREFORE, Waste Connections Defendants request that this Court issue an Order granting motion to withdraw **J. Hunter Curtis** as counsel and to substitute **Kelly B. Becker and Kathryn Z. Gonski** as additional counsel of record.

Respectfully submitted,

LISKOW & LEWIS, APLC

*/s/ Michael C. Mims*
Michael C. Mims (#33991)

*/s/ J. Hunter Curtis*
J. Hunter Curtis (#39150)

*/s/ Kelly B. Becker*
Kelly B. Becker (# 27375)

*/s/ Kathryn Z. Gonski*
Kathryn Z. Gonski (# 33442)


Brady M. Hadden (#37708)
Cherrell Simms Taplin (#28227)
Michael Cash (#31655)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax: (504) 556-4108

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400
James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035
*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 2, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/ *Michael C. Mims*
Michael C. Mims