**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** <br>     **Plaintiff,** <br><br> **VERSUS** <br><br><br> **WASTE CONNECTIONS BAYOU, INC., ET AL.,** <br>     **Defendants.** | **CIVIL ACTION** <br><br> **NO. 18-7889** <br>     **c/w 18-8071,** <br>     **18-8218, 18-9312** <br><br> **SECTION: "E"(5)** |
| *Related Case:* <br><br> **FREDERICK ADDISION ET AL.,** <br>     **Plaintiffs,** <br><br> **VERSUS** <br><br> **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** <br>     **Defendants.** | **CIVIL ACTION** <br><br> **NO. 19-11133** <br><br> **SECTION: "E"(5)** <br><br><br> **JUDGE: Morgan** <br> **MAGISTRATE JUDGE: North** |
| *Applies to: All Cases* | |

**ORDER**

Considering the foregoing motion to withdraw and substitute counsel by Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Waste Connections Defendants"), **IT IS ORDERED** that the motion is **GRANTED**. **J. Hunter Curtis** is **WITHDRAWN** as counsel of record for Waste Connections Defendants. **Kelly B. Becker (Bar No. 27375) and Kathryn Z. Gonski (Bar No. 33442)** shall be **ENROLLED** as counsel of record for Waste Connections Defendants.

New Orleans, Louisiana, this _____ day of _____, 2024.


_____
**UNITED STATES DISTRICT JUDGE**