Original

# Jefferson Parish Sanitary Landfill Gas Collection and Control System Operation and Maintenance Services
## Technical Proposal

RFP No. 0338

September 2015





Submitted to




CB&I Environmental & Infrastructure, Inc.

APTIM-0230710

## Section 2 – Landfill Gas System Operations & Maintenance Experience

### Representative Landfill Gas System Operations & Maintenance Projects

CB&I solid waste division has over 30 years of experience on LFG system design, construction, and O&M services nationwide. We have performed O&M services at over 300 landfills nationwide and through our LFG Specialties Division, supplied over 900 LFG blower flare stations and associated equipment services. To highlight our relevant experience, the three most similar projects are briefly described below. In addition, in Exhibit 3, we provide a high-level table of projects of similar in size and complexity as the Jefferson Parish project. CB&I has been providing continuous O&M services at 11 of these 13 projects for over 5 years, 7 of these projects for over 10 years.

### Jefferson Parish Sanitary Landfill Gas Collection & Control System Operation & Maintenance Services
#### Avondale, Louisiana

Since 1999, CB&I (f/k/a Shaw Environmental, Inc.) has been performing GCCS operations, monitoring, maintenance and repairs at this active facility in accordance with NSPS regulations. Our responsibilities include monthly GCCS monitoring and O&M, quarterly NSPS surface emissions monitoring and reporting, semi-annual Title V/NSPS monitoring reports, quarterly and semi-annual Title V deviation reports, semi-annual NESHAP SSM reporting, annual GHG reporting, annual air emission inventories, annual Title V reporting, and 24/7 emergency response.

Jefferson Parish retained CB&I to redesign and permit a LFG collection system installation and system expansion. CB&I reviewed plans, prepared the permit modifications and revisions, obtained approval from the Department of Environmental Quality (DEQ). Once the permit modification was issued, CB&I installed the collection facilities and performed start-up and performance testing at the flare.

Since the completion of construction of the gas system, CB&I has provided O&M for the system since 1999. We have been responsible for all labor, personnel, equipment, and tools necessary to maintain long-term operation of the gas collection system. Specifically, our scope also includes:

- Monitoring and balancing the 204-well system to maximize LFG quality and flow, reduce odors and maintain compliance with air regulations
- Monitoring the performance of the flare and repairing failed components as necessary
- Monitoring the performance of the condensate collection system and repairing or replacing if needed

CB&I also currently assists the Parish in operating their LFG utilization facility that distributes LFG to the nearby Fortier facility developed by Renovar Energy.

**Client:** Jefferson Parish, Rick Buller, Telephone: 504.736.6103



### North Landfill Gas Collection & Control System Operation & Maintenance Services
#### East Baton Rouge, Louisiana

Since 2009, CB&I performs monthly GCCS operations, monitoring, maintenance, and repairs at this active facility in accordance with NSPS regulations. Other responsibilities include quarterly NSPS surface emissions monitoring and reporting, semi-annual Title V/NSPS monitoring reports, quarterly and semi-annual Title V deviation reports, semi-annual NESHAP SSM reporting, annual air emission inventories, annual Title V reporting, and 24/7 emergency response.

CB&I Environmental & Infrastructure, Inc.                                                                                  RFP#0338
Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.         11
09C072015D – 000000000.0000000

APTIM-0230729

The CB&I team was responsible for designing, permitting, and construction of the GCCS system which includes:

- 70 wells
- Over 3,500 feet of header piping
- 7 sumps
- 4,000 scfm flare station

Our system provides LFG, which is further conditioned by the Advanced Disposal LFG conditioning system where conditioned LFG is supplied as fuel to Exxon where it is utilized in their industrial boilers. Throughout the contract, CB&I has maintained regulatory compliance and reduced odors through well tuning and balancing efforts.

**Client:** Advanced Disposal Services, Paul Barnett, Telephone: 678.576.7650

## Millersville Landfill Gas Collection & Control System Operation & Maintenance Services
### Severn, Maryland

Since 2009, CB&I has performed GCCS system operation, monitoring, maintenance, and repairs at this 110-well facility in accordance with NSPS regulations. Our responsibilities include minimizing odors, maintaining compliance and maximizing LFG production for the LFGTE power plant.

We have successfully implemented a well field balancing and tuning strategy to increase gas flow by 40 percent, increase gas quality by 15 percent, and reduce compliance issues to near zero during the course of one year. Using aggressive well tuning techniques and deodorizing stations, CB&I have reduced if not eliminated off site odors. CB&I has also provided GCCS expansion design, construction and construction quality assurance services for the County.

**Client:** Anne Arundel County, Chandra Chithaluru, Telephone: 410.222.6177

CB&I Environmental & Infrastructure, Inc.                                                                         RFP#0338
Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.    12
09C072015D – 000000000.0000000

APTIM-0230730

| | Jefferson Parish |
|---|---|
| | Jefferson Parish Sanitary Landfill Collection and Control System Operation and Maintenance Services |

**Education**
- Bachelor of Science, Construction Management Louisiana State University, Baton Rouge, LA

**Highlights**
- Current project manager for O&M services at the Jefferson Parish landfill
- Eleven years of project management and construction management experience

# Josh Broggi
# Project Manager

## Professional Qualifications

Mr. Broggi is a Project Manager with 11 years of experience in estimating and overseeing all phases of construction and environmental projects for commercial and government clients. His experience includes managing crews of up to 40 in landfill gas system installations. He effectively interacts with professionals of varied disciplines including accounting, engineering, construction, procurement and safety. His experience is backed by a proven history of safe, on time, on budget and high-quality project delivery.

## Relevant Project Experience

### Project Manager, CB&I Environmental & Infrastructure, Inc., Baton Rouge, LA, 2005 – Present

Mr. Broggi successfully manages projects ranging in size from $300K to $1 million by effectively communicating with clients, coordinating with field personnel, and strategic planning. He is responsible for maintaining a high level of organization in tracking project costs and properly handling and documenting items related to safety policies and procedures. He has completed all projects over the last five years without a loss time incident. His experience includes developing multi-million dollar proposals for solid waste and industrial projects, generating budgets for divisional projects prior to the start of construction, and procuring vendor and subcontractor pricing.

**Project Manager, Jefferson Parish Landfill Avondale, LA**

Mr. Broggi serves as the Project Manager specializing in landfill gas drilling, and construction. As the onsite operations and maintenance (O&M) contractor and data reporting agent, he provides day-to-day operations support and oversight of the field technician for this Gas Collection Facilities Upgrade, Condensate Pumping Capabilities project. Since the completion of construction of the gas system, CB&I continues to provide O&M for the system under a 10-year contract. CB&I supplies O&M services to Jefferson Parish at the Jefferson Parish landfill. During the past 10 years, the CB&I team has provided all personnel, equipment, monitoring and collection. As the project manager, Mr. Broggi is responsible for the oversight and onsite technician monitoring the well field tuning per NSPS requirements, liquid levels, pump maintenance, blower and flare operations and maintenance and surface emissions monitoring at this 175 well landfill gas to energy project. Mr. Broggi is also responsible for responding to emergency repairs needed to damaged pipe and other gas collection system components. Mr. Broggi provides Jefferson Parish with monthly reports, collection data, and performance indicators on the 204 well system. Also, under this O&M contract, Mr. Broggi oversees the monitoring and balancing of the 204-well system to maximize LFG quality and flow, reduce odors and maintain compliance with air regulations; monitoring the performance of the flare and repairs any

APTIM-0230736

failed components as necessary; and monitoring the performance of the condensate collection system and repairing or replacing if needed, as well as respond to all customer requests.

### Assistant Scheduler Internship, Jacobs Engineering, St. Gabriel, LA, 2003 – 2005
Mr. Broggi served as an Assistant Scheduler at Syngenta. He managed project schedules in support of two six-month plant maintenance outages and sourced materials utilizing SAP software.

### Minute Man Internship, Boh Brother Construction, New Orleans, LA, 2001 – 2003
In this role, Mr. Broggi tracked pile driving progress and productivity.

CB&I Environmental & Infrastructure, Inc.                                                                 RFP#0338
Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.   |   19
09C072015D – 000000000.0000000

APTIM-0230737

### Education
- High School Diploma

### Highlights
- Current onsite technician for the day-to-day O&M support at the Jefferson Parish landfill
- 30 years of experience as an environmental field technician
- Experienced with NSPS rules and regulations
- Familiar with various types of landfill gas monitoring and data recording equipment
- Well trained on QED and Black Hawk pneumatic pump systems

### Training
- OSHA 40-Hour HAZWOPER
- OSHA 8-Hour HAZWOPER Annual Refresher

# Nelson Ambeau
# Field Technician

## Professional Qualifications
Nelson Ambeau has 30 years of experience in the environmental field. He has been responsible for more than 11 landfills during this time. Mr. Ambeau has considerable experience with NSPS rules and regulations and all aspects of landfill gas collection system management and operations and maintenance. He is also fluent in the operation of the Landtec GEM 2000 instrument including download software and database systems. Mr. Ambeau is an expert of pneumatic pumps and experienced in the use of Drager tube and Tedlar bag sampling. He has extensive experience and knowledge of PVC and high-density polyethylene (HDPE) pipe fabrication, including butt fusion and electrofusion welding. He is proactive with preventative maintenance activities and maintains excellent client relations.

## Relevant Project Experience
### Engineering Technician, CB&I Environmental & Infrastructure, Inc., Baton Rouge, LA, April 2000 – Present
Mr. Ambeau is responsible for the day-to-day landfill gas collection system operations and maintenance of the Jefferson Parish Landfill located in Avondale and the East Baton Rouge North Landfill located in Zachary, Louisiana. Other responsibilities included operations and maintenance for nine Waste Management and BFI landfills across the states of Louisiana and Mississippi. He is responsible for well field tuning per NSPS requirements, explosive gas monitoring and surface emissions monitoring and odor control.

### Technician, Jefferson Parish Landfill, Jefferson Parish, Avondale, LA
CB&I supplies O&M services to Jefferson Parish at the Jefferson Parish landfill. During the past 10 years, the CB&I team has provided all personnel, equipment, monitoring and collection. As the onsite technician, Mr. Ambeau is responsible for well field tuning per NSPS requirements, liquid levels, pump maintenance, blower and flare operations and maintenance and surface emissions monitoring at this 175 well landfill gas to energy project. Mr. Ambeau is also responsible for emergency repairs needed to damaged pipe and other gas collection system components. As the onsite technician over the contract duration, Mr. Ambeau monitors and balances the 204-well system to maximize LFG quality and flow, reduce odors and maintain compliance with air regulations; monitors the performance of the flare and repairs any failed components as necessary; and monitors the performance of the condensate collection system and repairing or replacing if needed. He has successfully increased gas flow, system run time and reduced odors at this facility.

### Technician, North Landfill, Republic, Zachary, LA
Mr. Ambeau is responsible for well field tuning per NSPS requirements, liquid levels, pump maintenance, blower and flare operations and maintenance and surface emissions monitoring at this

CB&I Environmental & Infrastructure, Inc.                                                                                      RFP#0338
Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.      20
09C072015D – 000000000.0000000

APTIM-0230738

Case 2:19-cv-11133-SM-MBN   Document 706-2   Filed 08/02/24   Page 7 of 7

| | Jefferson Parish |
|---|---|
| | Jefferson Parish Sanitary Landfill Collection and Control System Operation and Maintenance Services |

53 well landfill gas to energy project. Mr. Ambeau is also responsible for repairs needed to damaged pipe and other gas collection system components and LFG Tedlar bag sampling. Mr. Ambeau was responsible for the new LFG collection system start up.

**Technician, Various Waste Management and BFI-Owned Landfills, Louisiana and Mississippi, 2004 - 2006**

Mr. Nelson is responsible for well field tuning per NSPS requirements, liquid levels, pump maintenance, blower and flare operations and maintenance, surface emissions monitoring and explosive gas monitoring at nine total landfills.

CB&I Environmental & Infrastructure, Inc.                                                                                           RFP#0338
Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.    21
09C072015D – 000000000.0000000

APTIM-0230739