# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>　　Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>　　Defendants<br><br>*Applies to: Both Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.2.5. of the United States District Court for the Eastern District of Louisiana ("Local Rule 83.2.5."), I hereby move this Court for *pro hac vice* admission of Julia R. Levine in the above-captioned action as an additional attorney representing Plaintiff Frederick Addison, et al. Ms. Levine is qualified for admission for *pro hac vice* as evidenced by the declaration and the attachments thereto which are attached to this Motion as Exhibit A. Ms. Levine's mailing address is 7 Saint Paul Street, Suite 1500, Baltimore, MD 21202 and her phone number is (410) 347-9422. Ms. Levine's Maryland Bar Number is 2311281203.

I aver that I am a member in good standing of the bar of this Court and will serve as a Trial Attorney and as one of the co-counsel for Plaintiffs Frederick Addison, *et al.*, pursuant to Local Rule 83.2.5.

Considering the foregoing and the attachments hereto, undersigned counsel moves the admission *pro hac vice* of Ms. Levine.

Respectfully submitted, this 30th day of July, 2024.

       /s/ S. Eliza James
FORREST CRESSY & JAMES, LLC
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fdjlaw.com
eliza@fcjlaw.com

       /s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@whiteforlaw.com
erowe@whitefordlaw.com
mchilders@whitefordlaw.com

Harry S. Johnson, (Admitted Pro Hac Vice)
James R. Jeffcoat (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
hjohnson@whitefordlaw.com
jjeffcoat@whitefordlaw.com

*Counsel For Addison Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically filed on July 30, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                         /s/ S. Eliza James
                                                                        S. Eliza James