**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512** |
| **VERSUS** | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL**<br>**COMPANY, ET AL.,**<br>    Defendants | **JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |
| *Applies to: Both Cases* | |

**ORDER**

Considering the foregoing Motion to Appear *Pro Hac Vice*:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion is GRANTED and

that Julia R. Levine, Esq. of the firm Whiteford, Taylor & Preston, LLP be, and she is hereby

enrolled as additional counsel for the Plaintiffs herein with all privileges and rights pertaining

thereto.

New Orleans, Louisiana on the _____ day of _____, 2024.


_____
Hon. U.S. District Judge