UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br><br>Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br><br>Defendants<br><br>*Applies to: Both Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## DECLARATION OF JULIA R. LEVINE

I, Julia R. Levine, hereby declare and state as follows:

1. I make this declaration based on my personal knowledge, information and belief.

2. I am admitted to the Bar of the State of Maryland. I am in good standing in all jurisdictions in which I am admitted and no disciplinary proceeding or criminal charges have been instituted against me in any court of jurisdiction.

3. I am attaching to this declaration a Certificate of Good Standing issued by the Supreme Court of Maryland (*See* Exhibit A).

4. I am a lawyer in the Baltimore, Maryland office of the law firm of Whiteford, Taylor & Preston, LLP, which is located at 7 Saint Paul Street, suite 1500, Baltimore, MD 21202.

5. I do not maintain my residence or my principal place of business in the Eastern District of Louisiana.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: July 30, 2024.

_____
Julia R. Levine