UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL** | * | **CIVIL ACTION NO.** |
| | * | **19-11133 C/W 19-14512** |
| | * | |
| | * | **SECTION "E-5"** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| | * | |
| **LOUISIANA REGIONAL LANDFILL** | * | **MAGISTRATE JUDGE EVA DOSSIER** |
| **COMPANY, ET AL** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT'S MOTION TO SUBSTITUTE LEAD TRIAL COUNSEL

**NOW INTO COURT,** through undersigned counsel comes Defendant, Jefferson Parish, who respectfully requests that Michael S. Futrell be substituted as lead trial counsel in place of William P. Connick.

**WHEREFORE**, Defendant, Jefferson Parish, respectfully requests the Court grant this Motion to Substitute Lead Trial Counsel substituting Michael S. Futrell as lead trial counsel in place of William P. Connick.

Respectfully submitted,

**CONNICK AND CONNICK, LLC**

    */s/ Michael S. Futrell*
**MICHAEL S. FUTRELL (20819)**
**WILLIAM P. CONNICK (14158)**
**MATTHEW D. MOGHIS (33994)**
3421 N. Causeway Boulevard, Suite 408
Metairie, Louisiana 70002
Telephone:   (504) 681-6663
Facsimile:   (504) 838-9903
E-mail:   mfutrell@connicklaw.com
*Counsel for Defendant, Jefferson Parish*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

      /s/ *Michael S. Futrell*
      MICHAEL S. FUTRELL