UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL** | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | NO. 19-11133 c/w 19-14512 |
| **VERSUS** | * | |
| | * | SECTION "E" (5) |
| **LOUISIANA REGIONAL LANDFILL** | * | |
| **COMPANY, ET AL** | * | JUDGE: MORGAN |
| | * | |
| | * | MAGISTRATE: DOSSIER |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**IT IS ORDERED** that Michael S. Futrell be and is hereby substituted as lead trial counsel for Defendant, Jefferson Parish, in place of William P. Connick.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____

JUDGE