**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **FREDERICK ADDISON, ET AL.,** | * | **CIVIL ACTION** |
| **Plaintiffs** | * | |
| | * | **NO. 19-11133 c/w 19-14512** |
| **VERSUS** | * | |
| | * | **SECTION "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL** | * | |
| **COMPANY, ET AL.,** | * | **JUDGE:  MORGAN** |
| **Defendants** | * | |
| | * | **MAGISTRATE:  DOSSIER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing Motion to Substitute Lead Trial Counsel;

**IT IS ORDERED** that the motion is **GRANTED**. Michael S. Futrell is hereby

substituted as lead trial counsel for Defendant Jefferson Parish, in place of William P. Connick.

**New Orleans, Louisiana, this 7th day of August, 2024.**

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**