UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL.<br>Plaintiffs<br><br>VERSUS<br><br>LOUISIANA REGIONAL LANDFILL<br>COMPANY, ET AL.,<br>Defendant | CIVIL ACTION<br><br>NOS. 19-11133, C/W 19-14512<br><br>SECTION: "E" (5)<br><br>JUDGE: SUSIE MORGAN<br><br>MAG. JUDGE : MICHAEL B. NORTH<br><br>*Applies to both cases* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MOTION TO WITHDRAW ERNEST P. GIEGER, JR. AS COUNSEL OF RECORD**

NOW COMES Defendant Aptim Corporation who respectfully moves this Honorable Court for an order allowing *Ernest P. Gieger, Jr* (6154) to withdraw as counsel for Aptim Corporation and designating *John E.W. Baay II* (22928) as the lead counsel for Aptim Corporation.

Respectfully submitted,

*/s/ John E.W. Baay II*
JOHN E. W. BAAY II (22928)
Email: jbaay@glllaw.com
J. MICHAEL DIGIGLIA (24378)
Email: mdigiglia@glllaw.com
NICHOLAS S. BERGERON (37585)
Email: nbergeron@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone:   (504) 561-0400
Facsimile:   (504) 561-1011
*Attorneys for Aptim Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was service upon opposing counsel of record this 7th day of August, 2024, by e-filing same into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

/s/ John E.W. Baay II