UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**<br>         **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Applies to: Both Cases*

# ORDER

Before the Court are Defendants' Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.'s ("Waste Connection Defendants") Objections to the Deposition Designation of Joshua Broggi taken on May 19, 2023.[1]

The Court sustains the following objections to the deposition designation:

- Page 136, lines 16-21;
- Page 272, lines 12-16;
- Page 273, lines 11-24;
- Page 295, line 25; and
- Page 296, lines 1-25.

---

[1] R. Doc. 692-4.

1

2

All remaining objections to the deposition designation of Joshua Broggi are **OVERRULED**.

**New Orleans, Louisiana, this 6th day of August, 2024.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**