UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**  **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**  Defendants | **SECTION: "E" (5)** |

*Applies to: Both Cases*

## ORDER

Before the Court is Defendants' Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.'s ("Waste Connection Defendants") Objection to the Deposition Designation of Joshua Broggi taken on November 11, 2020.[1]

The objection to the deposition designation of Joshua Broggi at page 19, lines 24-25, is **OVERRULED**.

**New Orleans, Louisiana, this 7th day of August, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 692-4.