UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>   Plaintiffs | CIVIL ACTION |
| **VERSUS** | NO. 19-11133<br>      c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**<br>   Defendants | SECTION: "E" (5) |

*Applies to: Both Cases*

# ORDER

Before the Court are Defendants' Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.'s ("Waste Connection Defendants") Objections to the Deposition Designation of Nick Collins taken on January 12, 2024.[1]

The Court sustains the following objection to the deposition designation:

- Page 47, lines 18-19;
- Page 80, lines 6-22;
- Page 81, lines 21-23 and part of line 24;
- Page 90, lines 12-22;
- Page 91, lines 14-22;
- Page 93, lines 4-6 and 12-25;
- Page 94, lines 1-7;
- Page 146, lines 10-12 and 22-25; and

---

[1] R. Doc. 692-4.

1

- Page 147, lines 1-7.

All remaining objections to the deposition designation of Nick Collins are **OVERRULED**.

**New Orleans, Louisiana, this 7th day of August, 2024.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**