UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs | CIVIL ACTION |
| **VERSUS** | NO. 19-11133<br>     c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**<br>    Defendants | SECTION: "E" (5) |

*Applies to: Both Cases*

# ORDER

Before the Court are Defendants' Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.'s ("Waste Connection Defendants") Objections to the Deposition Designation of Nikki Crews taken on October 19, 2023.[1]

The Court sustains the following objections to the deposition designation:

- Page 19, line 25;
- Page 20, line 1;
- Page 27, lines 18-25;
- Page 28, lines 1-7;
- Page 36, lines 24-25;
- Page 37, lines 1-5;
- Page 89, lines 17-18;
- Page 145, lines 8-14.

---

[1] R. Doc. 692-4.

1

- Page 152, lines 10-12;

- Page 169, lines 4-25;

- Page 170, lines 1-25;

- Page 171, lines 20-25;

- Page 172, lines 1-10;

- Page 178, lines 11-25;

- Page 179, lines 1-22 and 25;

- Page 180, lines 1-25;

- Page 181, lines 1-6;

- Page 183, lines 12-21;

All remaining objections to the deposition designation of Nikki Crews are **OVERRULED**.

**New Orleans, Louisiana, this 7th day of August, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**