## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**FREDERICK ADDISON, ET AL.,**
    **Plaintiffs**

**VERSUS**

**LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**
    **Defendants**

**CIVIL ACTION**

**NO.  19-11133**
    **c/w 19-14512**

**SECTION: "E" (5)**

***Applies to: Both Cases***

## ORDER

Before the Court are Defendants' Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.'s ("Waste Connection Defendants") Objections to the Deposition Designation of Mark R. Drewes taken on May 11, 2023.[1] Plaintiffs filed an opposition.[2]

The Court sustains the following objections to the deposition designation:

- Page 43, lines 14-25;

- Page 49, lines 19-25;

- Page 50, line 1;

- Page 50, lines 13-23;

- Page 51, lines 24-25;

- Page 52, lines 1-2;

- Page 60, lines 23-25;

---

[1] R. Doc. 692.
[2] R. Doc. 707.

- Page 61, lines 1-4;

- Page 77, lines 13-25

- Page 78, lines 1-3, 9-14, and 21-24;

- Page 101, lines 24-25;

- Page 102, lines 1-4;

- Page 112, lines 22-25;

- Page 113, lines 1-25;

- Page 115, lines 8-16;

- Page 116, lines 1-7 and 12-17;

- Page 126, lines 9-20;

- Page 128, lines 11-25;

- Page 129, lines 1-9;

- Page 147, lines 24-25;

- Page 148, lines 1-4;

- Page 152, lines 11-14 and 19-24;

- Page 159, lines 8-11;

- Page 293, lines 6-25;

- Page 294, lines 1-13;

- Page 295, lines 20-23;

- Page 299, lines 3-16;

- Page 309, lines 17-25;

- Page 310, lines 1-23;

- Page 324, lines 5-19;

- Page 347, lines 19-25; and

- Page 348, lines 1-2.

All remaining objections to the deposition designation of Mark R. Drewes are

**OVERRULED**.

**New Orleans, Louisiana, this 7th day of August, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**