UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>   Plaintiffs | CIVIL ACTION |
| **VERSUS** | NO. 19-11133<br>     c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**<br>   Defendants | SECTION: "E" (5) |

*Applies to: Both Cases*

## ORDER

Before the Court are Defendants' Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.'s ("Waste Connection Defendants") Objections to the Deposition Designation of Bruce Emley taken on January 19, 2024.[1]

The Court sustains the following objections to the deposition designation:

- Page 45, lines 16-24;
- Page 76, lines 16-19;
- Page 125, lines 2-21;
- Page 126, lines 1-25;
- Page 127, lines 1-16;
- Page 133, line 25;
- Page 134, lines 2-13;
- Page 172, lines 9-25;

---

[1] R. Doc. 692-4.

1

- Page 173, lines 1-10;
- Page 175, lines 21-25;
- Page 177, lines 1-25;
- Page 178, lines 1-23;
- Page 204, lines 8-25;
- Page 205, lines 1-25;
- Page 206, lines 1-25; and
- Page 207, lines 1-5.

All remaining objections to the deposition designation of Bruce Emley are **OVERRULED**.

**New Orleans, Louisiana, this 7th day of August, 2024.**

                                                        **SUSIE MORGAN**
                                      **UNITED STATES DISTRICT JUDGE**