UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs | CIVIL ACTION |
| **VERSUS** | NO. **19-11133**<br>         c/w **19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**<br>    Defendants | SECTION: "E" (5) |

*Applies to: Both Cases*

# ORDER

Before the Court are Defendants' Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.'s ("Waste Connection Defendants") Objections to the Deposition Designation of Joseph Laubenstein taken on January 8, 2024.[1]

The Court sustains the following objections to the deposition designation:

- Page 9, lines 5-10;
- Page 18, lines 16-19;
- Page 26, lines 14-25;
- Page 27, lines 10-17;
- Page 28, lines 19-25;
- Page 29, lines 1-5;
- Page 93, lines 12-25;
- Page 94, lines 1-15;

---

[1] R. Doc. 692-4.

1

- Page 113, lines 3-7;
- Page 116, lines 23-25;
- Page 117, lines 1-17;
- Page 118, lines 2-11;
- Page 119, part of line 8 and lines 9-25;
- Page 120, lines 1-17;
- Page 123, lines 14-18;
- Page 125, lines 14-19;
- Page 126, lines 11-22;
- Page 127, lines 18-25;
- Page 128, lines 1-11;
- Page 129, lines 1-12;
- Page 130, lines 1-25;
- Page 131, lines 1-25;
- Page 132, lines 1-2;
- Page 133, lines 20-25;
- Page 134, lines 9-25;
- Page 135, lines 1-25;
- Page 136, lines 1-25;
- Page 137, lines 1-25;
- Page 138, lines 1-17;
- Page 144, lines 1-25;
- Page 145, lines 1-22;

- Page 146, lines 5-25;
- Page 147, lines 1-25;
- Page 149, lines 22-25;
- Page 150, lines 1-5;
- Page 160, lines 9-12;
- Page 204, lines 13-25;
- Page 205, lines 1-25;
- Page 206, lines 1-25;
- Page 207, lines 1-14;
- Page 215, lines 19-25;
- Page 216, lines 1-25;
- Page 217, lines 1-25;
- Page 218, lines 1-25;
- Page 219, lines 1-25;
- Page 220, lines 1-25;
- Page 221, lines 1-25;
- Page 222, lines 1-24;
- Page 223, lines 11-25;
- Page 224, lines 1-25;
- Page 225, lines 1-25;
- Page 226, lines 1-4 and 15-25;
- Page 227, lines 1-25;
- Page 228, lines 1-20;

- Page 234, lines 16-25;
- Page 235, lines 1-2;
- Page 242, lines 8-25;
- Page 243, lines 1-25;
- Page 244, lines 1-3;
- Page 245, linnes 1-15;
- Page 260, lines 9-16;
- Page 261, lines 10-22;
- Page 262, lines 3-10;
- Page 265, lines 11-15;
- Page 267, lines 16-25;
- Page 268, lines 1-18;

All remaining objections to the deposition designation of Joseph Laubenstein are **OVERRULED**.

**New Orleans, Louisiana, this 7th day of August, 2024.**

                                            **SUSIE MORGAN**
                              **UNITED STATES DISTRICT JUDGE**