UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**<br>        **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL**<br>**COMPANY (LRLC), ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Applies to: Both Cases*

## ORDER

Before the Court are Defendants' Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.'s ("Waste Connection Defendants") Objections to the Deposition Designation of Michael Lockwood taken on December 1, 2020.[1]

All objections to the deposition designation of Michael Lockwood are **OVERRULED**.

New Orleans, Louisiana, this 7th day of August, 2024.

                    _____
                            **SUSIE MORGAN**
                    **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 692-4.