UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>   Plaintiffs | CIVIL ACTION |
| **VERSUS** | NO. 19-11133<br>         c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**<br>   Defendants | SECTION: "E" (5) |

*Applies to: Both Cases*

# ORDER

Before the Court are Defendants' Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.'s ("Waste Connection Defendants") Objections to the Deposition Designation of Jeff Palutis taken on October 18, 2023.[1]

The Court sustains the following objections to the deposition designation:

- Page 40, lines 15-19;
- Page 52, lines 22-25;
- Page 55, lines 1 and 5-11;
- Page 75, lines 9-20;
- Page 97, lines 6-20;
- Page 106, lines 20-25;
- Page 107, lines 1-13;
- Page 11, lines 3-8;

---

[1] R. Doc. 692-4.

1

- Page 115, lines 18-20;
- Page 116, lines 16-22;
- Page 144, lines 4-25;
- Page 145, lines 1-25;
- Page 146, lines 1-17;
- Page 147, lines 23-25;
- Page 148, line 1; and
- Page 158, lines 14-16 and 21-25.

All remaining objections to the deposition designation of Jeff Palutis are **OVERRULED**.

**New Orleans, Louisiana, this 7th day of August, 2024.**

                                                               _____
                                                                    **SUSIE MORGAN**
                                                         **UNITED STATES DISTRICT JUDGE**