UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>     Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO.  19-11133**<br>          **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**<br>     Defendants | **SECTION: "E" (5)** |

*Applies to: Both Cases*

## ORDER

Before the Court are Defendants' Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.'s ("Waste Connection Defendants") Objections to the Deposition Designation of Chelsey Armstrong taken on October 18-19, 2023.[1]

The Court sustains the following objections to the deposition designation taken on October 18, 2023:

- Page 16, line 1;
- Page 45, lines 15-16 and part of line 25;
- Page 46, lines 1-2;
- Page 75, linen 18-25;
- Page 76, lines 1-10;
- Page 84, lines 16-25;

---

[1] R. Doc. 692-4.

1

- Page 85, lines 1-2;
- Page 87, line 18;
- Page 92, lines 15-25;
- Page 93, lines 1-2; and
- Page 106, lines 13-14.

The Court sustains the following objections to the deposition designation taken on October 19, 2023:

- Page 38, lines 3-25;
- Page 50, lines 14-25; and
- Page 51, line 1.

All remaining objections to the deposition designation of Chelsey Armstrong are **OVERRULED**.

**New Orleans, Louisiana, this 7th day of August, 2024.**

                                              **SUSIE MORGAN**
                                 **UNITED STATES DISTRICT JUDGE**