UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK E. ADDISON, SR., ET AL.,**<br>    **Plaintiffs** | **CIVIL DOCKET** |
| **VERSUS** | **NO. 19-11133**<br>**c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    **Defendants** | **SECTION: "E" (5)** |

*Applies to: Both Cases*

## ORDER

The Court has received a letter from counsel for Defendant Jefferson Parish informing the Court that Jefferson Parish has reached a tentative settlement of all claims against it regarding the Jefferson Parish Landfill. Jefferson Parish has requested an opportunity to memorialize the agreement on the record prior to the first *Addison* Trial, which is scheduled to begin on Monday, August 12, 2024.

Accordingly;

**IT IS ORDERED** that an in-person status conference be held in the chambers of Judge Susie Morgan at **8:30 a.m., Friday, August 9, 2024**.

**IT IS FURTHER ORDERED** that Jefferson Parish will be provided an opportunity to memorialize the settlement agreement at a hearing on the record at **9:00 a.m., Friday, August 9, 2024**.

**IT IS FURTHER ORDERED** that counsel for all parties attend the status conference and the hearing.

New Orleans, Louisiana, this 7th day of August, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**