# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | CIVIL ACTION |
| Plaintiffs | NO. 19-11133, c/w 19-14512 |
| V. | SECTION: "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | |
| Defendants | JUDGE: Morgan<br>MAGISTRATE JUDGE: North |
| *Applies to: Both Cases* | |

## PLAINTIFFS' MOTION TO RECONSIDER ORDER ON OBJECTIONS TO THE DEPOSITION DESIGNATION OF JOSEPH LAUBENSTEIN

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, and the inherent power of the Court, and for the reason set forth in the accompanying Brief, the *Addison* Trial Plaintiffs respectfully request that the Court reconsider its ruling sustaining certain objections to the deposition designations of Waste Connections' Director of CCR Disposal/Director of CCR Management Joseph Laubenstein. R.Doc. 725. Reconsideration is sought with regard to the following:

 Testimony concerning industry standards and best practices. Testimony excluded: 116:23 – 117:17; 118:2-11; 119:8 – 120:17; 125:14-19; 126:11 – 22; 127:12; 127:18 – 128:11.

Testimony concerning a slide deck on the subject of co-disposal of CCRs in municipal solid waste landfills Testimony excluded: 129:1-12; 130:1 – 132:2; 133:20-25; 134:9 – 138:17; 144:1 – 145:22; 146:5 – 147:25; 150:1-5.

Testimony concerning an email from Jim Little, Executive Vice President of Waste Connections, to all Waste Connections' supervisory landfill personnel, Testimony excluded: 215:19 – 222:23; 223:11 – 226:4; 226:15 – 228:20

WHEREFORE, the *Addison* Trial Plaintiffs respectfully request reconsideration of the Order.

Respectfully submitted, this 8th day of August, 2024.

/s/ S. Eliza James
FORREST CRESSY & JAMES, LLC
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fdjlaw.com
eliza@fcjlaw.com

/s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@whiteforlaw.com
erowe@whitefordlaw.com
mchilders@whitefordlaw.com

Harry S. Johnson, (Admitted Pro Hac Vice)
James R. Jeffcoat (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
hjohnson@whitefordlaw.com
jjeffcoat@whitefordlaw.com

*Counsel For Addison Plaintiffs*