UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** <br><br> Plaintiffs <br><br> V. <br><br> **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** <br><br> Defendants <br><br> *Applies to: Both Cases* | CIVIL ACTION <br><br> NO. 19-11133, c/w 19-14512 <br><br> SECTION: "E" (5) <br><br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

**PLAINTIFFS' MOTION FOR EXPEDITED HEARING ON
THEIR MOTION TO RECONSIDER ORDER ON
OBJECTIONS TO THE DEPOSITION DESIGNATION OF
JOSEPH LAUBENSTEIN AND INCORPORATED
MEMORANDUM IN SUPPORT**

Plaintiffs respectfully move for an expedited hearing on their Motion To Reconsider Order On Objections To The Deposition Designation Of Joseph Laubenstein currently noticed for submission on August 28, 2024 at 10:00 a.m. Good cause exists for an expedited hearing, as trial in this matter is scheduled to commence on August 12, 2024.

WHEREFORE, Plaintiffs pray that the Court grant this Motion and set the matter for and expedited hearing as soon as possible.

Respectfully submitted, this 8th day of August, 2024.

                                                            /s/ S. Eliza James
                                         FORREST CRESSY & JAMES, LLC
                                         Byron M. Forrest (La. Bar No. 35480)
                                         Nicholas V. Cressy (La. Bar No. 35725)
                                         S. Eliza James (La. Bar No. 35182)
                                         1222 Annunciation Street

New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fdjlaw.com
eliza@fcjlaw.com

      /s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@whiteforlaw.com
erowe@whitefordlaw.com
mchilders@whitefordlaw.com

Harry S. Johnson, (Admitted Pro Hac Vice)
James R. Jeffcoat (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
hjohnson@whitefordlaw.com
jjeffcoat@whitefordlaw.com

*Counsel For Addison Plaintiffs*