UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br><br>  Plaintiffs<br><br>V.<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br><br>  Defendants<br><br>*Applies to: Both Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

# ORDER

Based on the foregoing Motion to Expedite Plaintiffs' Motion to Reconsider:

The Motion to Expedite is hereby GRANTED. Plaintiffs' Motion to Reconsider is set for submission on ____ day of August, 2024.

Respectfully submitted, this 8th day of August, 2024.

                                   /s/ S. Eliza James
                          FORREST CRESSY & JAMES, LLC
                          Byron M. Forrest (La. Bar No. 35480)
                          Nicholas V. Cressy (La. Bar No. 35725)
                          S. Eliza James (La. Bar No. 35182)
                          1222 Annunciation Street
                          New Orleans, Louisiana 70130
                          Tele:(504) 605.0777
                          Fax: (504) 322.3884
                          Email: byron@fcjlaw.com
                          nicholas@fdjlaw.com
                          eliza@fcjlaw.com

                                     /s/ Eric C. Rowe
                          C. Allen Foster (Admitted Pro Hac Vice)

Eric C. Rowe (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@whiteforlaw.com
erowe@whitefordlaw.com
mchilders@whitefordlaw.com

Harry S. Johnson, (Admitted Pro Hac Vice)
James R. Jeffcoat (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
hjohnson@whitefordlaw.com
jjeffcoat@whitefordlaw.com

*Counsel For Addison Plaintiffs*