UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | CIVIL ACTION |
| Plaintiffs | NO. 19-11133, c/w 19-14512 |
| V. | SECTION: "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | |
| | JUDGE: Morgan |
| Defendants | MAGISTRATE JUDGE: North |
| *Applies to: Both Cases* | |

# ORDER

Considering the foregoing Motion to Expedite Plaintiffs' Motion to Reconsider the Court's Order on Objections to the Deposition Designation of Joseph Laubenstein;

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Defendants file a response to Plaintiffs' Motion to Reconsider [R. Doc. 730], **by 12:00 p.m. on AUGUST 9, 2024**.

New Orleans, Louisiana, this 8th day of August, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**