UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDERICK ADDISON, ET AL., | * | CIVIL ACTION |
| Plaintiffs | * | |
| | * | NOS. 19-11133, C/W 19-14512 |
| VERSUS | * | |
| | * | SECTION: "E" (5) |
| LOUISIANA REGIONAL LANDFILL | * | |
| COMPANY, ET AL., | * | JUDGE: SUSIE MORGAN |
| Defendant | * | |
| | * | MAG. JUDGE : MICHAEL B. NORTH |
| | * | |
| | * | *Applies to both cases* |

## ORDER

Considering the *Motion to Withdraw Ernest P. Gieger, Jr. as Counsel of Record* filed by Aptim Corporation,

**IT IS ORDERED** that *Ernest P. Gieger, Jr* (6154) is hereby withdrawn as counsel of record for Aptim Corporation.

**IT IS FURTHER ORDERED** that *John E.W. Baay II* (22928) is hereby designated as the lead counsel for Aptim Corporation.

**New Orleans, Louisiana this 8th day August, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATE DISTRICT JUDGE**