**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**  **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133, c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**  **Defendants** | **SECTION: "E" (5)** |
| | **JUDGE: Morgan**  **MAGISTRATE JUDGE: North** |
| *Applies to: All Cases* | |

## WASTE CONNECTIONS DEFENDANTS' FINAL LIST OF WITNESSES TO BE CALLED AT TRIAL

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. (collectively, the "Waste Connections Defendants"), through undersigned counsel and pursuant to the Thirteenth Case Management Order (R. Doc. 498) and the Court's minute entry from the July 1, 2024 pre-trial conference (R. Doc. 643), respectfully submit the following final list of witnesses to be called at trial. The Waste Connections Defendants reserve the right to call any witness listed as a will call or may call witness by any other party.

### WILL CALL WITNESS LIST

1. Curtis (Lee) Adams

2. Michael Algero

3. Mario Bazile

4. Debra Breaux

5. Josh Broggi

6. Stephanie Brooks

7. Chuck Carr Brown

8.      Douglas Brown

9.      Howard Buhler

10.     Rick Buller

11.     Paul Burke

12.     Kris Carlson

13.     Matthew Crockett

14.     Brian Dejean

15.     Michael Desoto

16.     Wayne Deselle

17.     Mark Drewes, P.E.

18.     Ileanna Evens

19.     Rickie Falgoust

20.     A.G. (by deposition)

21.     B.G. (by deposition)

22.     Brent Griffin

23.     Terez Harris

24.     Holly Hermann

25.     Jeannette Johnson

26.     Mark Klymm

27.     Michael P. Lockwood

28.     David Lofthus

29.     Richard Mayer

30.     Jarrod Muller

31.   Michael Mullin

32.   Robert Nielsen

33.   Brett O'Connor

34.   Timothy Ponthieux

35.   Renell Shelby

36.   Dawn Thibodaux

37.   Nathan Williams

38.   Michael Corn, P.E., BCEE

39.   Pamela Dalton, PhD, MPH

40.   Joseph T. Gardemal III, CPA

41.   Ali Hashimi, P.E.

42.   John Kind, PhD, CIH, CSP

43.   Brobson Lutz, M.D.

44.   Bishow Shaha, PhD, P.E.

45.   Matthew Stutz, P.E.

46.   Paolo Zannetti, QEP

Respectfully submitted,

LISKOW & LEWIS, APLC

By:   /s/ Michael C. Mims
         Michael C. Mims (#33991)
         Michael Cash (#31655)
         Cherrell Simms Taplin (#28227)
         Brady M. Hadden (#37708)
         J. Hunter Curtis (#39150)
         Alex Andrade (#38659)
         701 Poydras Street, Suite 5000
         New Orleans, LA 70139
         Telephone: (504) 581-7979

Telefax: (504) 556-4108

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

4

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on August 8, 2024, a copy of the foregoing Waste Connections Defendants' Final List of Witnesses to be Called at Trial was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

<u>/s/ *Michael C. Mims*         </u>
Michael C. Mims