MINUTE ENTRY
MORGAN, J.
AUGUST 9, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK E. ADDISON, SR., ET AL. | CIVIL ACTION |
| VERSUS | NO. 19-11133<br>c/w 19-14512 |
| LOUISIANA REGIONAL LANDFILL CO., ET AL. | SECTION "E" (5) |

*Related Case:*

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, ET AL. | CIVIL ACTION |
| VERSUS | NO. 18-7889<br>c/w 18-8071, 18-8218, 18-9312 |
| PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL. | SECTION "E" (5) |

JUDGE SUSIE MORGAN, PRESIDING

**FRIDAY, AUGUST 9, 2024 (9:11 a.m. – 9:19 a.m.)**

COURTROOM DEPUTY:  Brad Newell
COURT REPORTER:    Nichelle Drake

APPEARANCES:       Charles Foster, Nicholas Cressy, Sara James, Eric Rowe, Harry Johnson, and James Jeffcoat, counsel for All *Addison* Plaintiffs;

                         Douglas Hammel, counsel for All *Ictech-Bendeck* Plaintiffs;

                         Michael Mims, Megan Brillault, John Paul, Michael Vitris, Katelyn Ciolino, Michael Cash, and Cherrell Taplin, counsel for Defendants, Louisiana Regional Landfill Company (LRLC), Waste Connections Bayou, Inc., and Waste Connections US, Inc.;

       John Baay, counsel for Defendant Aptim Corporation; and

       Michael Futrell and Matthew Moghis, counsel for Defendant Jefferson Parish.

**HEARING TO MEMORIALIZE PROPOSED SETTLEMENT AGREEMENT**

Case called for the record.

Michael Futrell informed the Court that Defendant Jefferson Parish and all Plaintiffs in both the *Addison* and *Ictech-Bendeck* cases have resolved their dispute.

Mr. Futrell disclosed the terms of the proposed settlement agreement on the record and informed the Court that the proposed settlement agreement will be memorialized in a written settlement agreement.

Douglas Hammel informed the Court that the *Ictech-Bendeck* Plaintiffs confirm to the terms of the proposed settlement agreement as disclosed by Mr. Futrell.

Eric Rowe informed the Court that the *Addison* Plaintiffs confirm to the terms of the proposed settlement agreement as disclosed by Mr. Futrell.

JS-10:  0:08