UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | CIVIL ACTION |
| Plaintiffs | NO. 19-11133, c/w 19-14512 |
| V. | SECTION: "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | |
| Defendants | JUDGE: Morgan<br>MAGISTRATE JUDGE: North |
| *Applies to: Both Cases* | |

## *EX PARTE* MOTION TO SUBSTITUTE LEAD TRIAL COUNSEL

**NOW INTO COURT**, come the *Addison* Plaintiffs, who respectfully move this Court for an Order substituting attorney C. Allen Foster of Whiteford Taylor Preston, LLP (admitted *Pro Hac Vice*) for attorney Byron Forrest of Forrest Cressy and James, LLC, as lead trial counsel for all *Addison* plaintiffs, and all plaintiffs listed on the consolidated case captioned *Fleming et al* v. *LRLC et al*, EDLA case no: 19-14512. Mr. Forrest shall remain as additional counsel for all plaintiffs in both actions.

**WHEREFORE**, Plaintiffs pray that this Motion is granted thereby substituting attorney C. Allen Foster as lead trial attorney for all Plaintiffs in the above-captioned cases.

Respectfully submitted, this 9th day of August, 2024.

                                               /s/ S. Eliza James
                                    FORREST CRESSY & JAMES, LLC
                                    Byron M. Forrest (La. Bar No. 35480)
                                    Nicholas V. Cressy (La. Bar No. 35725)
                                    S. Eliza James (La. Bar No. 35182)

1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fdjlaw.com
eliza@fcjlaw.com

    /s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@whiteforlaw.com
erowe@whitefordlaw.com
mchilders@whitefordlaw.com

Harry S. Johnson, (Admitted Pro Hac Vice)
James R. Jeffcoat (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
hjohnson@whitefordlaw.com
jjeffcoat@whitefordlaw.com

*Counsel For Addison Plaintiffs*