**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | **CIVIL ACTION** |
| **Plaintiffs** | **NO. 19-11133, c/w 19-14512** |
| **V.** | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | |
| **Defendants** | **JUDGE: Morgan** |
| | **MAGISTRATE JUDGE: North** |
| *Applies to: Both Cases* | |

## ORDER

Based on the foregoing:

Plaintiffs *Ex Parte* Motion to Substitute Lead Trial Counsel is hereby GRANTED thereby substituting attorney C. Allen Foster of Whiteford Taylor Preston, LLP (admitted *Pro Hac Vice*) for attorney Byron Forrest of Forrest Cressy and James, LLC, as lead trial counsel for all *Addison* plaintiffs, and for all plaintiffs listed on the consolidated case captioned *Fleming et al* v. *LRLC et al*, EDLA case no: 19-14512. Mr. Forrest shall remain as additional counsel for all plaintiffs in both actions.

New Orleans, Louisiana this _____ day of August, 2024.

_____
Hon. Judge Susie Morgan