UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | CIVIL ACTION |
| Plaintiffs | NO. 19-11133 c/w 19-14512 |
| V. | SECTION: "E" (5) |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | |
| | JUDGE: Morgan |
| Defendants | MAGISTRATE JUDGE: North |
| *Applies to: Both Cases* | |

## ORDER

Based on the foregoing:

**IT IS ORDERED** that Plaintiffs *Ex Parte* Motion to Substitute Lead Trial Counsel is hereby **GRANTED**. Attorney C. Allen Foster, of Whiteford Taylor Preston, LLP (admitted *Pro Hac Vice*) is hereby **SUBSTITUTED** for attorney Byron Forrest, of Forrest Cressy and James, LLC, as lead trial counsel for all *Addison* plaintiffs, and for all plaintiffs listed on the consolidated case captioned *Fleming et al* v. *LRLC et al*, EDLA case no: 19-14512. Mr. Forrest shall remain as additional counsel for all plaintiffs in both actions.

New Orleans, Louisiana this 9th day of August, 2024.

_____
**SUSIE MORGAN**
**EASTERN DISTRICT OF LOUISIANA**