# EXHIBIT 1

# DEFINITIONS

| | |
|---|---|
| **JP** | **JEFFERSON PARISH** |
| **MSWLF** | **MUNICIPAL SOLID WASTE LANDFILL** |
| **RIVER BIRCH** | **LANDFILL ON SOUTH SIDE OF JPLF** |
| **HY 90 C & D LANDFILL** | **COSTRUCTION AND DEMOLITION LANDFILL** |
| **METHANE GAS** | **GAS PRODUCED BY WASTE DECOMPOSITION** |
| **LEACHATE** | **LIQUID PRODUCED BY WASTE DECOMPOSITION** |
| **GAS COLLECTION SYSTEM** | **COLLECTS GAS TO BE SENT TO ANOTHER FACILITY** |
| **LDEQ** | **LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY** |
| **VOCs** | **VOLATILE ORGANIC CHEMICALS** |
| **HYDROGEN SULFIDE** | **BAD GAS** |
| **H2S** | **CHEMICAL NAME FOR HYDROGEN SULFIDE** |
| **IESI** | **OPERATOR OF LANDFILL HIRED BY JEFFERSON PARISH** |
| **WASTE CONNECTIONS** | **COMPANY THAT ACQUIRED IESI** |
| **SCMs** | **SULFER CONTAINING MATERIALS** |
| **SRBs** | **SULFUR REDUCING BACTERIA** |
| **CCRs** | **COAL COMBUSTION RESIDUES** |
| **FGDs** | **FLUE GAS DESULFURIZATION MATERIALS** |
| **SPENT LIME** | **AN FGD** |
| **GYPSUM** | **AN FGD** |
| **CaSO4** | **CALCIUM SULFATE** |
| **PHASE IV-A** | **ACTIVE PHASE OF LANDFILL** |
| **RAIN CARBON** | **COMPANY NEEDING TO DISPOSE OF SPENT LIME** |