# EXHIBIT 2



**Figure 1.**
Overview of Jefferson Parish Landfill and Addison Plaintiff Locations