# EXHIBIT 3

**To:**      Brett O'Connor[BrettO@WasteConnections.com]
**From:**    Joe Laubenstein
**Sent:**    Thur 10/20/2016 10:35:44 PM
**Subject:** FW: Tetra Tech Contact / Introduction  CCRs
**Received:**         Thur 10/20/2016 10:35:46 PM
Energy Waste (CCR) Disposal in Subtitle D Landfills_10-18-16.pdf



**EXHIBIT**
**Tr Ex 4133**

**From:** Grahlherr, Don [mailto:Don.Grahlherr@tetratech.com]
**Sent:** Wednesday, October 19, 2016 2:48 PM
**To:** Joe Laubenstein
**Subject:** RE: Tetra Tech Contact / Introduction CCRs

Joe

Sounds good.  Here is that draft presentation that I am reworking.  I need to add some more information like that I received from you today and some other tweaks.

Could you send me those new beneficial use numbers that came from ACAA as you discussed today?   I am not getting their information like I used to since moving over here....

Best Regards, Don

**Don Grahlherr, PE** | Vice President, National CCR Practice
Mobile: +1.314.306.6097   don.grahlherr@tetratech.com | 6426 Horneker Road, Pacific, MO 63069
**Tetra Tech** | Complex World, Clear Solutions™ www.tetratech.com | www.tetratech.com/CCR

**From:** Joe Laubenstein [mailto:JoeLa@WasteConnections.com]
**Sent:** Wednesday, October 19, 2016 1:49 PM
**To:** Grahlherr, Don <Don.Grahlherr@tetratech.com>
**Subject:** RE: Tetra Tech Contact / Introduction CCRs

Don:

Likewise was a pleasure talking to you. I think we can help each other in the CCR world.

Please find attached our brochure.  From your SOQ you certainly have done some exciting and challenging projects within the coal burning power industry.

Can you send me the power point presentation you said you just dusted off?

Regards,


**Joe Laubenstein** / *Director of CCR Disposal*
**Waste Connections**
3 Waterway Square Place, Suite 110
The Woodlands, TX 77380
Office: 832.442.2127 / Mobile: 281.889.0084



WASTE CONNECTIONS, INC.
*Connect with the Future*

WC_JPLF_00523182



# What are CCRs?

WC_JPLF_00523186

# Coal Combustion Residuals (CCR)

- **Fly Ash, Bottom Ash, Boiler Slag, Flue Gas Desulfurization (FGD) waste**
- ~ 115 million total tons produced in 2013
- ~ 50 million tons (45%) beneficially used
- ~ 65 million tons (55%) disposed in Landfills & Impoundments



WC_JPLF_00523188

# Engineering Properties

**Flue Gas Desulfurization (FGD)**

- By-product of scrubber system used to reduce sulfur dioxide – scrubbers utilize lime or pulverized limestone
- Fine grained, silt size; similar to fly ash
- Ranges from no cohesion (synthetic gypsum) to self-cementing; variable depending on system
- Dry Density 65 to 90 pcf
- Permeability $10^{-4}$ to $10^{-7}$ cm/sec; depends on Calcium Sulfate (gypsum) or Calcium Sulfite (wet or dry scrubber and/or whether or not there is forced oxidation)



WC_JPLF_00523192

# Challenges for MSW Landfills Handling CCRs

**Odor/Gas Generation**

- FGD can be calcium sulfite, magnesium sulfite, calcium sulfate among others
- Compounds are highly soluble
- Under conditions within a landfill, bacteria can convert the sulfates and sulfites into hydrogen sulfide which can cause odor problems
- pH likely will increase – may kill bugs and affect gas generation and extraction
- WWTP Sludge will add to this issue
- Helps to not comingle CCRs and MSW



WC_JPLF_00523211