# EXHIBIT 4

```
 1  J10734240 eb

 2

 3           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF LOUISIANA
 4

 5  ELIAS JORGE "GEORGE"         * CIVIL ACTION
    ICTECH-BENDECK,              *
 6       Plaintiff               * NO. 18-7889
                                 * c/w 18-8071,
 7  VERSUS                       * 18-8218, 18-9312
                                 *
 8  PROGRESSIVE WASTE SOLUTIONS  *
    OF LA, INC., ET AL           *
 9       Defendants              * SECTION: "E"(5)
                                 *
10                               *
    RELATED CASE:                *
11                               *
    FREDERICK ADDISON, ET AL     * CIVIL ACTION
12       Plaintiff               *
                                 * NO. 19-11133
13  VERSUS                       * c/w 19-14512
                                 *
14  LOUISIANA REGIONAL LANDFILL  * SECTION: "E"(5)
    COMPANY (LRLC), ET AL        *
15       Defendants              *

16

17
                 VIDEOCONFERENCED DEPOSITION OF
18                  JOSEPH WILLIAM LAUBENSTEIN

19

20

21

22
    Date                         Edith A. Boggs, CSR
23

24

25  1-8-2024                     HOUSTON, TEXAS
```



1
2
3
4
5
6
7
8              DEPOSITION OF JOSEPH WILLIAM LAUBENSTEIN
9
10
11     DEPOSITION AND ANSWERS of JOSEPH WILLIAM
12  LAUBENSTEIN, taken before Edith A. Boggs, a certified
13  shorthand reporter in Harris County for the State of
14  Texas, taken at the offices of Waste Connections, 3
15  Waterway Square Place, Suite 110, The Woodlands, Texas,
16  on the 8th day of January, 2024, between the hours of
17  10:01 a.m. and 7:05 p.m.
18
19
20
21
22
23
24
25



| | | |
|---|---|---|
| 1 | Q. Okay. Let's mark as Exhibit 1273 a copy that | 10:05AM |
| 2 | I'll represent to you is your LinkedIn profile. | 10:05AM |
| 3 | (Exhibit 1273 marked.) | 10:05AM |
| 4 | Q. (BY MR. FOSTER) Did you -- | 10:05AM |
| 5 | MS. KREBS: Do you have an additional copy? | 10:05AM |
| 6 | MR. FOSTER: I apologize. I sure do. | 10:05AM |
| 7 | MS. KREBS: Thank you. | 10:05AM |
| 8 | Q. (BY MR. FOSTER) Did you compose your LinkedIn | 10:05AM |
| 9 | profile? | 10:05AM |
| 10 | A. I believe so. | 10:05AM |
| 11 | Q. And you'll agree with me that it says that -- | 10:06AM |
| 12 | where you describe your job, you're director of coal ash | 10:06AM |
| 13 | management for the power generation industry? | 10:06AM |
| 14 | A. Yes. | 10:06AM |
| 15 | Q. But that's not your title, in fact? | 10:06AM |
| 16 | A. Not in Waste Connections. | 10:06AM |
| 17 | Q. Okay. Were you ever director of coal ash | 10:06AM |
| 18 | management for the power generation industry for any | 10:06AM |
| 19 | company? | 10:06AM |
| 20 | A. No. | 10:06AM |
| 21 | Q. Okay. Now, you describe yourself -- look down | 10:06AM |
| 22 | under professional qualifications. You describe | 10:06AM |
| 23 | yourself as having 25 years marketing and sales | 10:06AM |
| 24 | experience, right? | 10:06AM |
| 25 | A. Yes. | 10:06AM |



```
1      Q.  And all of that marketing and sales experience        10:06AM
2   had to do with residuals, either coal residuals or paper     10:06AM
3   company residuals?                                            10:06AM
4      A.  Yes.                                                   10:06AM
5      Q.  And you describe yourself as having business           10:06AM
6   development planning experience.  What is that in            10:07AM
7   connection with your job at Waste Connections?               10:07AM
8      A.  Developing business opportunities for CCR              10:07AM
9   residuals.                                                    10:07AM
10     Q.  Okay.  And how about strategic market planning?        10:07AM
11  You describe yourself as doing that.  How does that play     10:07AM
12  into your job for Waste Connections?                          10:07AM
13     A.  Just as it states, doing market planning.              10:07AM
14     Q.  All having to do with residuals?                       10:07AM
15     A.  Correct.                                               10:07AM
16     Q.  CCR residuals?                                         10:07AM
17     A.  Yes.                                                   10:07AM
18     Q.  Now, would it be fair to say that your job at          10:07AM
19  Waste Connections is to market waste disposal solutions      10:07AM
20  to entities that produce coal combustion residuals?           10:07AM
21     A.  Yes.                                                   10:07AM
22     Q.  Now, back in 2016, your title was director of          10:07AM
23  CCR disposal; is that correct?                                10:08AM
24     A.  I'm not sure.                                          10:08AM
25     Q.  Okay.  We'll see some documents later.                 10:08AM
```



| | | |
|---|---|---|
| 1 | other people that would be involved. | 10:11AM |
| 2 | Q.  Yes.  But it is your job to know where CCRs can | 10:11AM |
| 3 | properly be disposed of; isn't that right? | 10:11AM |
| 4 | A.  No. | 10:11AM |
| 5 | Q.  Among other people perhaps, but isn't that part | 10:11AM |
| 6 | of your job? | 10:11AM |
| 7 | A.  No. | 10:11AM |
| 8 | Q.  Okay.  It's certainly your job to know what | 10:11AM |
| 9 | CCRs are, correct? | 10:11AM |
| 10 | A.  Yes. | 10:11AM |
| 11 | Q.  And your -- it's part of your job to know how | 10:11AM |
| 12 | CCRs are created, correct? | 10:11AM |
| 13 | A.  In some circumstances. | 10:11AM |
| 14 | Q.  What would be the circumstances when it | 10:11AM |
| 15 | wouldn't be part of your job to know how CCRs are | 10:11AM |
| 16 | created? | 10:11AM |
| 17 | A.  I work on coal combustion residuals in coal | 10:11AM |
| 18 | burning power plants generating electricity. | 10:11AM |
| 19 | Q.  So it certainly would be your job to know how | 10:11AM |
| 20 | CCRs are created in coal burning power plants or other | 10:12AM |
| 21 | processes that burn coal, right? | 10:12AM |
| 22 | A.  No. | 10:12AM |
| 23 | Q.  Just power plants? | 10:12AM |
| 24 | A.  Just power plants. | 10:12AM |
| 25 | Q.  Okay.  You do know the basic chemical | 10:12AM |



| | | |
|---|---|---|
| 1 | composition of CCRs, right? | 10:12AM |
| 2 |    A.  On coal burning for electricity. | 10:12AM |
| 3 |    Q.  Okay.  And your educational background in soil | 10:12AM |
| 4 | chemistry helped you to understand that? | 10:12AM |
| 5 |    A.  Yes. | 10:12AM |
| 6 |    Q.  Okay.  And it was your job -- it's your job to | 10:12AM |
| 7 | know the government regulations that affect CCR | 10:12AM |
| 8 | disposal, right? | 10:12AM |
| 9 |    A.  Yes. | 10:12AM |
| 10 |    Q.  And it's your job to know about the best | 10:12AM |
| 11 | practices of disposing of CCR residuals, right? | 10:12AM |
| 12 |    A.  In certain circumstances. | 10:12AM |
| 13 |    Q.  What circumstances? | 10:12AM |
| 14 |    A.  Generation of CCR from coal burning power | 10:12AM |
| 15 | plants generating electricity. | 10:13AM |
| 16 |    Q.  And wouldn't the best practices of disposing of | 10:13AM |
| 17 | those CCR residuals also apply to the same CCR residuals | 10:13AM |
| 18 | regardless of how they were generated? | 10:13AM |
| 19 |    A.  I'm not aware.  I couldn't answer that. | 10:13AM |
| 20 |    Q.  Okay.  Now, is it your job to know about issues | 10:13AM |
| 21 | that can occur during the process of disposing of CCRs? | 10:13AM |
| 22 |       MS. KREBS:  Object to form. | 10:13AM |
| 23 |    A.  What specific issues? | 10:13AM |
| 24 |    Q.  (BY MR. FOSTER)  Generally speaking, issues | 10:13AM |
| 25 | that may arise in connection with disposing of CCRs. | 10:13AM |



| | | |
|---|---|---|
| 1 | Q. Okay. My question -- first question is Don | 01:53PM |
| 2 | Grahlherr, did I pronounce him correctly? | 01:53PM |
| 3 | A. I think so. | 01:53PM |
| 4 | Q. And you knew him at TETRA Tech, correct? | 01:53PM |
| 5 | A. Yes. | 01:53PM |
| 6 | Q. And how did you know him at TETRA Tech or | 01:53PM |
| 7 | before? | 01:53PM |
| 8 | A. I met him at conferences. | 01:53PM |
| 9 | Q. Okay. What kind of conferences did you meet | 01:53PM |
| 10 | him at? | 01:53PM |
| 11 | A. I don't recall exactly. Obviously, it was a | 01:53PM |
| 12 | waste conference. | 01:53PM |
| 13 | Q. And it had to do with the disposal of CCRs, | 01:53PM |
| 14 | right? | 01:53PM |
| 15 | A. Possibly. | 01:53PM |
| 16 | Q. And do you know by what company he was employed | 01:53PM |
| 17 | before he moved to TETRA Tech? | 01:53PM |
| 18 | A. I do not. | 01:53PM |
| 19 | Q. And the attachment is entitled Energy Waste, | 01:54PM |
| 20 | CCR, Disposal in Subtitle D Landfills, right? | 01:54PM |
| 21 | A. Yes. | 01:54PM |
| 22 | Q. And that attachment was something that Don | 01:54PM |
| 23 | Grahlherr at TETRA Tech had prepared, right? | 01:54PM |
| 24 | A. Yeah. "Here is a draft presentation that I'm | 01:54PM |
| 25 | reworking." Yes. | 01:54PM |



| | | |
|---|---|---|
| 1 | Q. Yes. | 01:56PM |
| 2 | A. Sounds like I might have been. | 01:56PM |
| 3 | Q. Yeah.  And what are Subtitle D landfills? | 01:56PM |
| 4 | A. Lined landfills. | 01:56PM |
| 5 | Q. They include municipal solid waste landfills if | 01:56PM |
| 6 | they are lined? | 01:56PM |
| 7 | A. Yes. | 01:56PM |
| 8 | Q. And the regulations required them to be lined | 01:56PM |
| 9 | if they are of a certain size, correct? | 01:56PM |
| 10 | A. If they're a certain size? | 01:56PM |
| 11 | Q. Yes. | 01:56PM |
| 12 | A. No. | 01:56PM |
| 13 | Q. What is the -- when does the requirement for | 01:56PM |
| 14 | lining kick in? | 01:56PM |
| 15 | A. Under the Subtitle D rule, if it's a solid | 01:56PM |
| 16 | waste. | 01:57PM |
| 17 | Q. So all solid waste landfills under Title D have | 01:57PM |
| 18 | to be lined? | 01:57PM |
| 19 | A. From what I understand, yes. | 01:57PM |
| 20 | Q. Okay.  Now, you say, "It was a pleasure talking | 01:57PM |
| 21 | to you.  I think we can help each other in the CCR | 01:57PM |
| 22 | world."  How did you think you and Mr. Grahlherr could | 01:57PM |
| 23 | help each other in the CCR world? | 01:57PM |
| 24 | A. With different opportunities. | 01:57PM |
| 25 | Q. You mean sales opportunities? | 01:57PM |



800.211.DEPO (3376)
EsquireSolutions.com

| | | |
|---|---|---|
| 1 | A.  Sales opportunities. | 01:57PM |
| 2 | Q.  He's selling engineering services and you are | 01:57PM |
| 3 | selling disposal services? | 01:57PM |
| 4 | A.  Well, he's working with power plants.  I'm | 01:57PM |
| 5 | working with coal burning power plants. | 01:57PM |
| 6 | Q.  Okay.  Now, in his return E-mail to you, he | 01:57PM |
| 7 | says -- with regard to the draft presentation that he's | 01:58PM |
| 8 | reworking that he's just dusted off, he says, "I need to | 01:58PM |
| 9 | add some more information like that I received from you | 01:58PM |
| 10 | today."  What information did you give him?  Do you | 01:58PM |
| 11 | remember? | 01:58PM |
| 12 | A.  No. | 01:58PM |
| 13 | Q.  Okay.  Now, is it your understanding that the | 01:58PM |
| 14 | Jefferson Parish landfill is a Title D landfill? | 01:58PM |
| 15 | A.  I assume it is. | 01:58PM |
| 16 | Q.  Okay.  Now let's look at his presentation, his | 01:58PM |
| 17 | slide show.  And the page numbered 185 is the agenda, | 01:58PM |
| 18 | right? | 01:59PM |
| 19 | A.  Yes. | 01:59PM |
| 20 | Q.  And the first topic on the agenda is, "What are | 01:59PM |
| 21 | CCRs," right? | 01:59PM |
| 22 | A.  Yes. | 01:59PM |
| 23 | Q.  And then when you go over another page, it | 01:59PM |
| 24 | says, "What are CCRs," right? | 01:59PM |
| 25 | A.  Correct. | 01:59PM |



```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF LOUISIANA
 2

 3   ELIAS JORGE "GEORGE"           * CIVIL ACTION
     ICTECH-BENDECK,                *
 4        Plaintiff                 * NO. 18-7889
                                    * c/w 18-8071,
 5   VERSUS                         * 18-8218, 18-9312
                                    *
 6   PROGRESSIVE WASTE SOLUTIONS    *
     OF LA, INC., ET AL             *
 7        Defendants                * SECTION: "E"(5)
                                    *
 8                                  *
     RELATED CASE:                  *
 9                                  *
     FREDERICK ADDISON, ET AL       * CIVIL ACTION
10        Plaintiff                 *
                                    * NO. 19-11133
11   VERSUS                         * c/w 19-14512
                                    *
12   LOUISIANA REGIONAL LANDFILL    * SECTION: "E"(5)
     COMPANY (LRLC), ET AL          *
13        Defendants                *

14            REPORTER'S CERTIFICATION OF THE ORAL
            DEPOSITION OF JOSEPH WILLIAM LAUBENSTEIN
15                         1-8-2024

16          I, Edith A. Boggs, a Certified Shorthand
     Reporter in and for the State of Texas, hereby certify
17   to the following:

18          That the witness, JOSEPH WILLIAM LAUBENSTEIN,
     was duly sworn by the officer and that the transcript of
19   the oral deposition is a true record of the testimony
     given by the witness;
20
            That the original deposition was delivered to
21   Bruce C. Betzer, Esq.;

22          That a copy of this certificate was served on
     all parties and/or the witness shown herein on
23   _____.
            I further certify that pursuant to FRCP Rule
24   30(e)(2) that the signature of the deponent:
            __X__ was requested by the deponent or a party
25   before the completion of the deposition and that the
```



```
 1  signature is to be before any notary public and returned
    within 30 days from date of receipt of the transcript.
 2  If returned, the attached Changes and Signature Page
    contains any changes and the reasons therefore:
 3          _____ was not requested by the deponent or a
    party before the completion of the deposition.
 4
            I further certify that I am neither counsel
 5  for, related to, nor employed by any of the parties or
    attorneys in the action in which this proceeding was
 6  taken, and further that I am not financially or
    otherwise interested in the outcome of the action.
 7

 8
            Certified to by me on this, the 10th day of
 9  January, 2024.

10
    
11  _____
    Edith A. Boggs, CSR No. 3022
12  Firm Registration No. 03
    Expiration Date:  7-31-2024
13  1235 North Loop West, Suite 510
    Houston, Texas  77008
14  Ph. No.:  (713) 524-4600

15

16

17

18

19

20

21

22

23

24

25
```