# EXHIBIT 5

# of complaints

1,500
1,400
1,300
1,200
1,100
1,000
900
800
700
600
500
400
300
200
100
0

intensity of odor

0 0 0 3 22 33 1,393 448 94

## 2012

- JP/IESI (Waste Connections) contract requires best practices to control odors
- Problems with leachate in all phases of Landfill

## 2013

- Problems with leachate in all phases of Landfill
- May - Phase IV-A first begins accepting waste

## 2014

- Problems with leachate in all phases of Landfill
- No GCS in Phase IV-A

## 2015

- Problems with leachate in all phases of Landfill
- No GCS in Phase IV-A
- December – Aptim proposal and contract includes "*pumping leachate from gas wells as needed*" & "*monitoring and balancing the 204-well system to maximize LFG quality and flow [and] reduce odors*"

## 2016

- Problems with leachate in all phases of Landfill
- No GCS in Phase IV-A
- July – RB landfill stops accepting spent lime
- September – RB landfill stops solidification b/c of odors
- October – JPLF starts accepting spent lime
- 2,601 tons of spent lime accepted into JPLF in 2016

## 2017

- Problems with leachate in all phases of Landfill
- No GCS in Phase IV-A
- JPLF begins using spent lime for solidification
- 13,905 tons of spent lime accepted into JPLF in 2017

## 2018

- Problems with leachate in all phases of Landfill
- 10 gas wells in Phase IV-A by February
- 5 additional gas wells in Phase IV-A by 5/18
- June 28 – Buller to O'Conner under subject *"lime for solidification pit" – "... close ... solidification pit. ... spent lime... it's 5-20% calcium sulfate [and] could be contributing to H2S also"*
- 6,498 tons of spent lime accepted into JPLF in 2018
- LDEQ Compliance Order June 22 (4/18): leachate, cover
- LDEQ Compliance Order September 18 (7/18 & 8/18): GCS, leachate
- LDEQ Compliance Order November 19 cover

## 2019

- 7 additional gas wells in Phase IV-A by February
- No vacuum in more than 50% of gas wells in Phase IV-A until June
- LDEQ Compliance Order March 11 (10/18): leachate, GCS
- November 9 – work begins on remediation of LCS and GCS
- December 5 – LDEQ investigation finds that *"the root of the [odor] problem is definitely, we think, the Landfill"*

## 2020

- Remediation of LCS and GCS complete by approx. May

**Odor complaints soared when spent lime met up with malfunctioning leachate & gas collection systems.**