# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3

 4

    ELIAS JORGE "GEORGE"          CIVIL ACTION NO.
 5  ICTECH-BENDECK                18-7889 C/W 18-8071,
                                  18-8218, 18-9312
 6
    VERSUS                        SECTION E (5)
 7
    PROGRESSIVE WASTE SOLUTIONS
 8  OF LA, INC., ET AL

 9                RELATED CASE:

10

    FREDERICK ADDISON, ET AL    CIVIL ACTION
11
    VERSUS                      NO. 19-1133
12
    LOUISIANA REGIONAL LANDFILL
13  COMPANY (LRLC), ET AL       SECTION E (5)

14

15

16

    VIDEOTAPED REMOTE CONFERENCE DEPOSITION OF JOSEPH
17  "RICK" BULLER, JR., TAKEN IN THE LAW OFFICES OF
    SALLEY, HITE, MERCER & RESOR, 365 CANAL STREET, ONE
18  CANAL PLACE, SUITE 1710, ON THE 2ND DAY OF DECEMBER,
    2020, COMMENCING AT 9:04 A.M. AND CONCLUDING AT
19  12:53 P.M.

20

21

22  REPORTED BY:

23

            RUBY M. WALLEN
24          CERTIFIED COURT REPORTER

25
```



1        Q.        Let me rephrase that, Mr. Buller.

2                  Are you aware of any facts that a 5 to

3    20 percent calcium sulfate composition would cause a

4    problem?

5        A.        Well, based on the document provided

6    by Carlson and referring to the attachment that had

7    the paper describing the sulfates and fly ash

8    producing hydrogen sulfide, I made the same

9    conclusion with the calcium sulfate in the spent lime

10   waste could be doing the same, having the same

11   reaction within our landfill.

12       Q.        So the calcium sulfate was being used

13   in the solidification pit.  Is that correct?

14       A.        Well, the calcium sulfate --

15       MS. BRILLAULT:

16                 Object to form.

17       MR. SALLEY:

18                 You can answer.

19       THE WITNESS:

20                 The calcium sulfate was within the

21   lime, the spent lime product, as being used within

22   the solidification pit.

23   BY MR. HAMMEL:

24       Q.        Got it.

25                 And what was it being used to

