# EXHIBIT 3

```
 1  J10803129 sh

 2
                  UNITED STATES DISTRICT COURT
 3                 EASTERN DISTRICT OF LOUISIANA

 4
    ELIAS JORGE "GEORGE"           |
 5  ICTECH-BENDECK,                 | CIVIL ACTION
         Plaintiff                  |
 6                                  | NO. 18-7889
    VERSUS                          | c/w 18-8071,
 7                                  | 18-8218, 18-9312
    PROGRESSIVE WASTE SOLUTIONS     |
 8  OF LA, INC., ET AL.,            | SECTION: "E" (5)
         Defendants                 |
 9                                  |
    Related Case:                   |
10                                  |
    FREDERICK ADDISON, ET AL.,      |
11       Plaintiff                  | CIVIL ACTION
                                    |
12  VERSUS                          | NO. 19-11133 c/w 19-14512
                                    |
13  LOUISIANA REGIONAL LANDFILL     | SECTION: "E" (5)
    COMPANY (LRLC), ET AL.,         |
14       Defendants                 |
    _____|_____
15

16

17                      ORAL DEPOSITION OF

18                     BRETT M. O'CONNOR, P.E.

19                        JANUARY 24, 2024

20

21

22

23

24

25
```



800.211.DEPO (3376)
*EsquireSolutions.com*

1
2
3
4
5
6
7                ORAL DEPOSITION of BRETT M. O'CONNOR, P.E.,
8  produced as a witness at the instance of the Addison and
9  Ictech-Bendeck Plaintiffs, and duly sworn, was taken in
10 the above-styled and numbered cause on the 24th of
11 January, 2024, from 9:03 a.m. to 5:55 p.m., Central
12 Time, before Shanon M. Hair, CSR in and for the State of
13 Texas, reported by machine shorthand, at the offices of
14 Waste Connections, 3 Waterway Square Place, Suite 110,
15 The Woodlands, Texas  77380, pursuant to the Federal
16 Rules of Civil Procedure and the provisions stated on
17 the record or attached hereto.
18
19
20
21
22
23
24
25



| | | |
|---|---|---|
| 1 | Mr. Laubenstein's e-mail to you -- you see any comment? | 12:25PM |
| 2 | A. No. | 12:25PM |
| 3 | Q. He sends this to you, a 33-page PDF | 12:25PM |
| 4 | presentation entitled "Energy Waste CCR Disposal in | 12:25PM |
| 5 | Subtitle D Landfills" and he sends it to you 10:35 and | 12:25PM |
| 6 | 44 seconds p.m. on October 20th, 2016, right? | 12:26PM |
| 7 | A. Yes. | 12:26PM |
| 8 | Q. Were you expecting this? | 12:26PM |
| 9 | A. Not that I can remember. | 12:26PM |
| 10 | Q. If this -- would you have -- in normal | 12:26PM |
| 11 | practice, if you received something like that that was | 12:26PM |
| 12 | unexpected, would you have replied by e-mail to Joe | 12:26PM |
| 13 | Laubenstein and said, "Hey, Joe, the heck is this?" | 12:26PM |
| 14 | A. No. | 12:26PM |
| 15 | Q. Would you just ignore it? | 12:26PM |
| 16 | A. Possibly. | 12:26PM |
| 17 | Q. You would. You would just ignore it. | 12:26PM |
| 18 | A. Possibly. | 12:26PM |
| 19 | Q. So, the director of CCR disposal sends this | 12:26PM |
| 20 | presentation to a new southern region engineer for Waste | 12:26PM |
| 21 | Connections who's been at the company just around | 12:26PM |
| 22 | eleven weeks and you're going to tell me under oath that | 12:26PM |
| 23 | you possibly just ignored this? | 12:27PM |
| 24 | A. Yes. Is there an e-mail that shows that I | 12:27PM |
| 25 | replied to it that you could show me? | 12:27PM |



| | | |
|---|---|---|
| 1 | Q. No. There's none, which indicates that you | 12:27PM |
| 2 | knew why Mr. Laubenstein was sending this to you, right? | 12:27PM |
| 3 | A. No. | 12:27PM |
| 4 | MS. CIOLINO: Object to form. | 12:27PM |
| 5 | Q. (BY MR. LANDRY) No? | 12:27PM |
| 6 | A. No. | 12:27PM |
| 7 | Q. Do you typically, as southern region engineer, | 12:27PM |
| 8 | in your role working for Waste Connections in serving | 12:27PM |
| 9 | the various Waste Connections affiliates, just ignore | 12:27PM |
| 10 | e-mails sent to you that can provide an industry | 12:27PM |
| 11 | knowledge with regard to special wastes in municipal | 12:27PM |
| 12 | solid waste landfills? | 12:27PM |
| 13 | MS. CIOLINO: Object to form. | 12:27PM |
| 14 | A. There are e-mails that I get that I don't | 12:27PM |
| 15 | respond to and that don't have any context in the body | 12:27PM |
| 16 | of the e-mail. | 12:28PM |
| 17 | Q. (BY MR. LANDRY) So, you just don't reply and | 12:28PM |
| 18 | say, "Hey, what's this?" | 12:28PM |
| 19 | A. If there's no context in the body and if | 12:28PM |
| 20 | there's no direction on what to do with it, I possibly | 12:28PM |
| 21 | could. | 12:28PM |
| 22 | Q. How about forwarded you a 33-page PDF with no | 12:28PM |
| 23 | comment? Don't you understand the implication is, hey, | 12:28PM |
| 24 | read this? | 12:28PM |
| 25 | A. No. | 12:28PM |



```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   ELIAS JORGE "GEORGE"          |
     ICTECH-BENDECK,               | CIVIL ACTION
 4        Plaintiff                |
                                   | NO. 18-7889
 5   VERSUS                        | c/w 18-8071,
                                   | 18-8218, 18-9312
 6   PROGRESSIVE WASTE SOLUTIONS   |
     OF LA, INC., ET AL.,          | SECTION: "E" (5)
 7        Defendants               |
                                   |
 8   Related Case:                 |
                                   |
 9   FREDERICK ADDISON, ET AL.,    |
          Plaintiff                | CIVIL ACTION
10                                 |
     VERSUS                        | NO. 19-11133 c/w 19-14512
11                                 |
     LOUISIANA REGIONAL LANDFILL   | SECTION: "E" (5)
12   COMPANY (LRLC), ET AL.,       |
          Defendants               |
13   _____|_____

14            REPORTER'S CERTIFICATION OF THE ORAL
              DEPOSITION OF BRETT M. O'CONNOR, P.E.
15                      JANUARY 24, 2024

16           I, Shanon M. Hair, a Certified Shorthand

17   Reporter in and for the State of Texas, hereby certify

18   to the following:

19           That the witness, BRETT M. O'CONNOR, P.E., was

20   duly sworn by the officer and that the transcript of the

21   oral deposition is a true record of the testimony given

22   by the witness;

23           That the original deposition was delivered to

24   JASON Z. LANDRY, ESQ.

25           That a copy of this certificate was served on
```



```
 1  all parties and/or the witness shown herein on
 2  _____.
 3          I further certify that pursuant to FRCP Rule
 4  30(e)(2) that the signature of the deponent:
 5          __X__ was requested by the deponent or a party
 6  before the completion of the deposition and that the
 7  signature is to be before any notary public and returned
 8  within 30 days from date of receipt of the transcript.
 9  If returned, the attached Changes and Signature Page
10  contains any changes and the reasons therefore:
11          _____ was not requested by the deponent or a
12  party before the completion of the deposition.
13          I further certify that I am neither counsel
14  for, related to, nor employed by any of the parties or
15  attorneys in the action in which this proceeding was
16  taken, and further that I am not financially or
17  otherwise interested in the outcome of the action.
18
19
20
21
22
23
24
25
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*

1      Certified to by me on this, the 8th day of
2  February, 2024.
3
4
5
6  _____
      Shanon M. Hair, CSR No. 6513
7     Firm Registration No. 03
      Expiration Date:  04-30-2024
8     1235 North Loop West, Suite 510
      Houston, Texas  77008
9     Ph. No.:  (713) 524-4600
      Fax No.:  (713) 524-4951
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

