| | |
|---|---|
| From: | Czischke, Thomas [Thomas.Czischke@raincarbon.com] |
| Sent: | Wednesday, January 24, 2018 2:37 PM |
| To: | Dawn Thibodaux |
| Cc: | Bourgeois, Beth |
| Subject: | Updates to Rain CII Invoice #113 |
| Attachments: | waste connections.pdf |

Dawn, I'm here with Beth at our Norco plant and we have your December invoice attached. Is it possible to change the Description on Ticket 2657 from Boiler Blowout to Lime. We have been getting very harshly audited internally over the last few months and want to get this correct.

Also, I talked with Nicole who said the next invoicing will have the old name "IESI LA LANDFILL" on the invoice. If that is the case, can you send THIS December invoice on the new form. If not, we need paperwork filled out from you to change your name to Waste Connections.

Give me a call if you have any questions.

**Thom Czischke**
Environmental Engineer



**Rain Carbon Inc.**
1330 Greengate Drive, Suite 300
Covington, LA  70433
USA
+1 985-635-3441 [OFFICE]
+1 985-201-4361 [CELL]
www.raincarbon.com

WC_JPLF_00279636

Waste Connections
Jefferson Parish Landfill
5800 Hwy 90 W
Avondale, LA 70094
(504) 436-0152

# JEFFERSON PARISH INVOICE

Page 1 of 2

| DATE | CUST ID |
|---|---|
| 12/31/17 | 2948 |

INVOICE NUMBER

113

$21,006.50

BILL TO:
Rain CII Carbon, LLC Norco
Mark Blanco 801 Prospect Avenue
Norco, LA 70079

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE PAYMENT MAY RESULT IN AN INTERUPTION OF SERVICE. ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A LATE CHARGE FOR EACH MONTH OR PART THEREOF THAT THE INVOICE IS PAST DUE.

DETACH AND RETURN TOP PORTION WITH REMITTANCE

| DATE | TICKET | MANIFEST | PO # | TRUCK ID | TONNAGE | VOLUME | DESCRIPTION | CHARGE |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | BALANCE FORWARD | $12,121.40 |
| 12/11/17 | 20 | LFL |  | LP196 | 5.60 | 0.00 | LIME | 168.00 |
| 12/11/17 | 55 | LFL |  | LP196 | 6.08 | 0.00 | LIME | 182.40 |
| 12/11/17 | 111 | LFL |  | LP196 | 5.38 | 0.00 | LIME | 161.40 |
| 12/12/17 | 227 | LFL |  | LP196 | 5.71 | 0.00 | LIME | 171.30 |
| 12/12/17 | 260 | LFL |  | LP196 | 5.12 | 0.00 | LIME | 153.60 |
| 12/12/17 | 362 | LFL | 22031268 | LP196 | 5.70 | 0.00 | LIME | 171.00 |
| 12/13/17 | 461 | LFL | 22031268 | LP196 | 3.39 | 0.00 | LIME | 101.70 |
| 12/13/17 | 514 | LFL | 22031268 | LP196 | 5.26 | 0.00 | LIME | 157.80 |
| 12/13/17 | 584 | LFL |  | LP196 | 6.20 | 0.00 | LIME | 186.00 |
| 12/14/17 | 831 |  | 22031268 | LP196 | 7.75 | 0.00 | LIME | 232.50 |
| 12/14/17 | 880 | LFL | 22031268 | LP196 | 5.18 | 0.00 | LIME | 155.40 |
| 12/15/17 | 949 |  | 22031268 | LP196 | 6.61 | 0.00 | LIME | 198.30 |
| 12/15/17 | 1062 |  |  | LP196 | 5.04 | 0.00 | LIME | 151.20 |
| 12/18/17 | 1299 |  | 22031268 | PIPE85 | 9.43 | 0.00 | LIME | 282.90 |
| 12/18/17 | 1415 |  | 22031268 | PIPE85 | 7.49 | 0.00 | LIME | 224.70 |
| 12/19/17 | 1487 |  | 22031268 | PIPE85 | 8.74 | 0.00 | LIME | 262.20 |
| 12/19/17 | 1580 |  | 22031268 | PIPE85 | 6.05 | 0.00 | LIME | 181.50 |
| 12/19/17 | 1642 |  | 22031268 | PIPE85 | 6.13 | 0.00 | LIME | 183.90 |
| 12/20/17 | 1722 |  | 22031268 | PIPE85 | 6.53 | 0.00 | LIME | 195.90 |
| 12/20/17 | 1830 |  | 22031268 | PIPE85 | 8.63 | 0.00 | LIME | 258.90 |
| 12/21/17 | 1991 |  |  | PIPE85 | 13.07 | 0.00 | LIME | 392.10 |
| 12/21/17 | 2074 |  |  | PIPE85 | 7.93 | 0.00 | LIME | 237.90 |
| 12/22/17 | 2181 |  | 22031268 | PIPE85 | 6.19 | 0.00 | LIME | 185.70 |
| 12/22/17 | 2247 |  | 22031268 | PIPE85 | 6.21 | 0.00 | LIME | 186.30 |
| 12/22/17 | 2291 |  | 22031268 | PIPE85 | 6.50 | 0.00 | LIME | 195.00 |
| 12/23/17 | 2329 |  | 22031268 | PIPE85 | 7.12 | 0.00 | LIME | 213.60 |
| 12/26/17 | 2481 |  | 22031268 | PIPE85 | 7.56 | 0.00 | LIME | 226.80 |
| 12/26/17 | 2486 |  | 22031268 | PIPE2 | 8.36 | 0.00 | LIME | 250.80 |
| 12/26/17 | 2572 |  | 22031268 | PIPE2 | 8.49 | 0.00 | LIME | 254.70 |
| 12/26/17 | 2593 |  | 22031268 | PIPE85 | 8.40 | 0.00 | LIME | 252.00 |
| 12/27/17 | 2653 |  | 22031268 | PIPE2 | 8.88 | 0.00 | LIME | 266.40 |
| 12/27/17 | 2657 |  | 22031268 | PIPE85 | 7.69 | 0.00 | BOILER BLOWOUT | 230.70 |
| 12/27/17 | 2720 |  | 2031268 | PIPE85 | 8.29 | 0.00 | LIME | 248.70 |
| 12/27/17 | 2788 |  | 22031268 | PIPE85 | 8.27 | 0.00 | LIME | 248.10 |
| 12/28/17 | 2910 |  | 22031268 | PIPE85 | 7.06 | 0.00 | LIME | 211.80 |
| 12/29/17 | 3063 |  | 22031268 | PIPE85 | 8.67 | 0.00 | LIME | 260.10 |

Confidential - Outside Counsel Only

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/29/17 | 3075 | 22031268 | PIPE2 | 6.41 | 0.00 | LIME | 192.30 |
| 12/29/17 | 3162 | 22031268 | PIPE2 | 6.97 | 0.00 | LIME | 209.10 |
| 12/29/17 | 3208 | 22031268 | PIPE85 | 8.83 | 0.00 | LIME | 264.90 |
| 12/30/17 | 3262 | 22031268 | PIPE85 | 9.46 | 0.00 | LIME | 283.80 |
| 12/30/17 | 3320 | 22031268 | PIPE85 | 9.79 | 0.00 | LIME | 293.70 |

Invoice Total   $8,885.10

Total Amount Due   $21,006.50

| 0 - 29 Days | 30 - 59 Days | 60 - 89 Days | Over 90 Days | Balance |
|---|---|---|---|---|
| $12,101.70 | $8,904.80 | $0.00 | $0.00 | $21,006.50 |

Confidential - Outside Counsel Only

WC_JPLF_00279638