UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**<br>         **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**<br>    **Defendants** | **SECTION: "E" (5)** |

*Applies to: Both Cases*

# ORDER

Before the Court is Defendants' Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.'s ("Waste Connection Defendants") Objection to a portion of the Deposition Designation of A.G., taken on February 15, 2024.

The Court **SUSTAINS** the following objection to the deposition designation:

- Page 43, lines 3-7.

**New Orleans, Louisiana, this 10th day of August, 2024.**

                                          _____
                                                **SUSIE MORGAN**
                                          **UNITED STATES DISTRICT JUDGE**