UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**<br>       **c/w 19-14512** |
| **LOUISIANA REGIONAL**<br>**LANDFILL COMPANY, ET AL.,**<br>    Defendants | **SECTION: "E"(5)** |

*Applies to: Both Cases*

# ORDER

Before the Court is Plaintiffs' Motion to Reconsider Order on Objections to the Deposition Designation of Joseph Laubenstein.[1] Defendants oppose this motion.[2]

Plaintiffs' motion is **GRANTED IN PART**.

The Court finds there is good cause to reconsider its Order[3] and hereby overrules objections to the following deposition designations for Joseph Laubenstein:

- Page 145, lines 1-22;
- Page 215, lines 10-25;
- Page 216, lines 1 – 16;
- Page 217, lines 18 – 22;
- Page 218, lines 22 – 25;
- Page 219, lines 1 – 5;
- Page 221, lines 16 – 25;

---

[1] R. Doc. 730.
[2] R. Doc. 742.
[3] R. Doc. 725.

1

- Page 222, lines 1 – 2;

- Page 223, lines 11 – 25;

- Page 225, lines 22 – 25; and

- Page 226, lines 1 – 2.

The testimony is offered not for its truth but to establish the Waste Connections Defendants were aware of industry concern about the co-disposal of CCR's and municipal solid waste because of the potential for odor generation.

**New Orleans, Louisiana, this 10th day of August, 2024.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

2