MINUTE ENTRY
MORGAN, J.
August 10, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL.,<br>    Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 19-11133<br>       c/w 19-14512 |
| LOUISIANA REGIONAL LANDFILL<br>COMPANY (LRLC), ET AL.,<br>    Defendants | SECTION: "E" (5) |

*Applies to: Both Cases*

## MINUTE ENTRY

A telephone status conference was held on August 10, 2024, at 12:00 p.m., in the chambers of Judge Susie Morgan.

Present:   Charles Foster, Sara James, Eric Rowe, Harry Johnson, and James Jeffcoat, counsel for All Plaintiffs;

Michael Mims, Megan Brillault, John Paul, Michael Vitris, Michael Cash, and Cherrell Taplin, counsel for Defendants, Louisiana Regional Landfill Company (LRLC), Waste Connections Bayou, Inc., and Waste Connections US, Inc.;

John Baay, counsel for Defendant, Aptim Corporation.

The Waste Connections Defendants filed objections to Plaintiffs' Opening Statement Demonstratives at Record Document 741.[1]

---

[1] R. Doc. 741.

1

With respect to Record Document 741-2,[2] Plaintiffs agree to define River Birch as being a Landfill located to the northwest of the Jefferson Parish Landfill.

With respect to Record Document 741-1,[3] the Court directed the Plaintiffs to revise their definition of hydrogen sulfide.

With respect to Record Document 741-3,[4] the Court has sustained objections to the email and attachment contained therein. As a result, they may not be used as demonstratives.

With respect to Record Document 741-5,[5] the Court clarified that the Plaintiffs' timeline demonstrative may be used in opening. The Court clarified that the Plaintiffs will be allowed to introduce during the trial evidence of increases in odor complaints in 2017 and 2018 and the Facebook page on which citizen complaints were posted.

The Plaintiffs will revise their demonstrative exhibits and provide them to the Defendants. If the Defendants have any objections, they will notify the Court.

**New Orleans, Louisiana, this 10th day of August, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:36)

---

[2] R. Doc. 741-2.
[3] R. Doc. 741-1.
[4] R. Doc. 741-3.
[5] R. Doc. 741-5.

2