# APPENDIX A TO THE JOINT PRETRIAL ORDER

## LIST OF UNCONTESTED MATERIAL FACTS

### OVERVIEW OF THE JEFFERSON PARISH LANDFILL

1. The Jefferson Parish Landfill ("JPLF") is located at 5800 Highway 90 West, Avondale, Louisiana, on the west bank of the Mississippi River in Jefferson Parish.

2. The JPLF was at all relevant times an active municipal solid waste ("MSW") landfill.

3. The JPLF is permitted by the Louisiana Department of Environmental Quality ("LDEQ") as a "Type I/II" landfill and is therefore permitted to receive MSW and non-hazardous industrial waste.

4. On January 22, 2010, a solid waste permit application for renewal and modification (P-0297-R1) was approved by LDEQ that included Phase 4A and Phase 4B.

5. On July 15, 2016, LDEQ issued Title V Air Permit No. 1340-00140-V7.

6. On December 18, 2018, LDEQ issued Solid Waste Permit No. P-0297-RI-M8.

7. The JPLF has accepted waste since 1982 and encompasses approximately 441 acres, of which about 328 acres had been developed for waste disposal as of 2022.

8. The JPLF abuts the River Birch Landfill, the Highway 90 Construction and Demolition Debris Landfill ("Hwy 90 C&D Landfill"), and undeveloped land.

### OWNER AND OPERATORS OF THE JEFFERSON PARISH LANDFILL

9. The Parish of Jefferson is the owner of the JPLF.

10. CB&I Environmental & Infrastructure operated and maintained the landfill gas collection and control system ("GCCS") from before January 1, 2015, until July 1, 2017.

1

11. CB&I Environmental and Infrastructure changed its name to Aptim Corporation ("Aptim") and, under that name, operated and maintained the GCCS from July 1, 2017, until May 17, 2019.

12. River Birch, LLC began operation and maintenance of the GCCS and portions of the leachate collection system on May 20, 2019.

13. The Louisiana Regional Landfill Company, f/k/a IESI LA Landfill Corporation, operated portions of the JPLF from May 2013 through December 31, 2020.

14. Renewable Energy of Jefferson, LLC (a River Birch, LLC affiliate) began operating the JPLF on January 1, 2021.

## ACTIVE AND CLOSED PHASES OF THE JPLF

15. The JPLF consists of six phases (i.e., Phases 1, 2, 3A, 3B, 4A, and 4B).

16. Each landfill phase is a discrete operation, and the phases have been developed, permitted, operated, and—where relevant—closed separately.

17. Phase 1 is approximately 75 acres and first accepted waste in June 1982.

18. Phase 1 temporarily ceased accepting waste in August 1988 and was reopened in 1993 following approval of a vertical expansion.

19. By the time of its closure in December 1997, Phase 1 had accepted approximately 3,338,414 tons of waste.

20. Phase 2 consists of approximately 78 acres.

21. Phase 2 accepted approximately 2,021,721 tons of waste from August 1988 until October 1993.

22. Phase 3A consists of approximately 88 acres.

23. According to the Part 70 Operating Permit for the JPLF, Phase 3A accepted approximately 4,430,063 tons of waste from January 1988 to 2013.

24. Phase 3B consists of approximately 55 acres.

25. Phase 3B began accepting waste in August 2005 and continued accepting waste until 2013.

26. According to the Part 70 Operating Permit, from August 2005 until 2013, Phase 3B accepted 3,034,487 tons of waste.

27. Phase 4A is approximately 55 acres and is comprised of Cells 20, 21, 22, 23, 24, and 25.

28. Phase 4A does and will overlay onto a portion of Phase 3A and Phase 3B and fills the valley between.

29. Waste acceptance in Phase 4A began in approximately May 2013.

30. Between July 1, 2017, and December 31, 2019, Phase 4A was the active phase. Phase 4B was not yet constructed.

31. The working face of a landfill is the area where waste is currently being placed. Beginning in approximately May 2013 and up through at least December 31, 2019, the working face of the JPLF was located in Phase 4A.

32. Plaintiffs have only modeled emissions from Phase 4A.

## LANDFILL DESIGN AND OPERATIONS

**Leachate Collection System and Landfill Liners**

33. Leachate is defined by LDEQ as "a liquid that has passed through or emerged from solid waste and may contain soluble, suspended, or miscible materials removed from such wastes." LAC 33:VII.115. Leachate is generated within landfills as a result of waste degradation and rainwater infiltration.

34. All phases of the JPLF have been permitted with individual leachate collection systems that contain pipes and pumps intended to remove the leachate from the landfill cells.

35. Leachate collection systems have been installed in each of the phases.

36. During all relevant times, leachate from the JPLF was transported to the Jefferson Parish Bridge City Wastewater Treatment Plant for treatment.

37. Subtitle D of the Resource Conservation and Recovery Act ("RCRA") requires MSW landfills to be designed and constructed with bottom liner systems.

38. Phases 3A, 3B, and 4A all include RCRA Subtitle D liner systems, consisting of a synthetic liner over native clays that form the base of the landfill.

39. Phases 1 and 2 predate the design requirements of RCRA Subtitle D and therefore do not have a Subtitle D liner system.

40. Phase 4A has a composite bottom liner system made of recompacted clay, a 40-mil high density polyethylene ("HDPE") layer, a geosynthetic clay liner, and a 60-mil HDPE geomembrane.

41. Each constructed cell in Phase 4A has a separately contoured bottom liner. Each cell has a north and south half.

42. Phase 4A has a leachate collection system, which includes leachate sumps on the north and south sides of each cell. The leachate collection system for each cell was installed when the Phase 4A bottom liner was built.

43. Leachate sumps are engineered low points in the bottom liner of each cell. The liner of each north or south cell is contoured to convey leachate toward the sump in that cell.

**Landfill Cover Systems**

44. Landfill cover systems are intended to create a barrier between the solid waste in the landfill and the atmosphere.

45. Landfill cover systems are important systems for containing and reducing the potential emission of odors.

46. Landfill cover systems are intended to create a low-permeability barrier that helps contain landfill gas ("LFG") within the landfill and allows for a landfill GCCS to effectively collect and remove the LFG from the waste mass.

47. Daily cover was required to be placed over the solid waste disposed at the JPLF working face at the end of each operating day.

48. Interim (or "intermediate") cover was required for areas of the JPLF that were not actively receiving waste but were not yet full, or that were awaiting final cover. Interim cover is required to consist of at least one foot of soil.

49. For the areas of the JPLF that are closed—areas that have been filled to their permitted volume and will not accept any more waste—a final cover system was installed. Phases 1 and 2 and most of Phases 3A and 3B are closed and have a final cover system in place.

50. Portions of Phases 3A and 3B have final cover systems, which includes compacted clay, heavy plastic sheets, topsoil, and vegetation.

51. Phases 1 and 2 ceased operations and were capped with 24 inches of clay, and 6 inches of vegetative soil.

52. Phases 3A and 3B ceased operations and all but 15 acres in each phase were under final cover as of 2022. The 15 acres in each of Phases 3A and 3B that are overlain by part of Phase 4A were covered with an interim cover system.

**Overview of the Gas Collection and Control System**

53. A completed landfill GCCS is typically composed of (i) vertical wells drilled into waste to extract gas, (ii) lateral piping and headers to convey collected gas, collected liquids, and supply compressed air, (iii) blowers that exert vacuum throughout the system, and (iv) either or both a flare to destroy collected gases, or a LFG-to-energy system to beneficially reuse portions of the collected gas.

54. In January 2017, Jefferson Parish submitted to LDEQ a Landfill Gas Collection and Control Plan prepared by Golder Associates ("Golder"), a consultant hired by Jefferson Parish, which included the incremental expansion of the GCCS in Phase 4A throughout Cells 20 to 25.

55. Golder's plan proposed to construct vertical LFG extraction wells in Phase 4A and connect them to the existing systems in Phase 3A and Phase 3B.

56. The upper segment of the LFG extraction wells consists of a solid pipe extending down from the top of the landfill, followed by a perforated pipe or screen from which gas is intended to be extracted from the landfill media. According to Golder, "all vertical LFG extraction wells are designed to be offset ten (10) feet above the protective cover layer of the liner system."

57. As of May 2018, across the entire JPLF, the GCCS had at least 215 LFG extraction points.

58. By May 2019, across the entire JPLF, the GCCS had at least 228 LFG extraction points.

59. By December 2020, across the entire JPLF, the GCCS had at least 298 LFG extraction points.

60. As of December 3, 2020, there were 50 vertical gas wells in the Phase 1 GCCS.

61. As of December 3, 2020, there were 31 vertical gas wells in the Phase 2 GCCS.

62. As of December 3, 2020, there were 70 vertical gas wells in the Phase 3A GCCS.

63. As of December 3, 2020, there were 75 vertical gas wells in the Phase 3B GCCS.

64. The first phase of the LFG collection system was first installed and became operational in Phase 4A Cells 20, 21, and 22 in the second quarter of 2018.

65. Between January and February 2018, 10 vertical gas extraction wells were drilled in Phase 4A: GW-500, GW-501 (overlapping Phase 3B), GW-502, GW-509, GW-510, GW-511,

GW-512, GW-513, GW-522, and GW-524. Such wells were connected to LFG collection system and brought on line in April 2018.

66. Five additional vertical gas wells were then drilled and installed, connected to LFG collection system, and became operational in Phase 4A in May 2018: GW-507, GW-516, GW-517, GW-518, and GW-519.

67. The LFG collection system in Phase 4A was expanded in January/February 2019 to include seven additional vertical LFG wells: GW-514, GW-508, GW-515, GW-521, GW-523, GW-520, and GW-506. These gas wells were operational by about February 1, 2019. Down-hole pneumatic pumps and infrastructure to support their operation were first installed in Phase 4A in February 2019.

68. In about February 2019, Phase 4A vertical LFG well GW-522 was replaced with GW-522R.

69. The GCCS in Phase 4A and Phase 3B was expanded beginning in November 2019 and substantially completed around June 2020, and included the staging of materials, drilling and installation of additional vertical and horizontal LFG wells, and odor mitigation procedures.

70. As of December 3, 2020, there were 51 vertical gas wells and 21 horizontal gas collectors in the Phase 4A GCCS.

71. Designed LFG well spacing ranged from 200 feet to approximately 220 feet. Various regulatory agencies, including the U.S. Environmental Protection Agency ("EPA"), cite similar well spacing distances.

## ACCEPTED WASTES

**Municipal Solid Waste**

72. The JPLF accepts MSW, which consists of residential or commercial solid waste.

**Special Waste and Solidification Agents**

73. The company Rain CII Carbon LLC ("Rain Carbon") manufactures calcined coke.

74. Rain Carbon uses lime-based sorbents to reduce the amounts of sulfur dioxide from the company's air emissions. This pollution control process is often referred to as a flue gas desulphurization ("FGD") process.

75. The Rain Carbon FGD process generates a byproduct called "spent lime."

76. From October 17, 2016, until July 2018, the JPLF accepted about 23,000 tons of spent lime from Rain Carbon Norco and Chalmette. The JPLF received approximately 2,601 tons in 2016, 13,905 tons in 2017, and 6,498 tons in 2018.

77. Spent lime was first accepted for disposal by the JPLF as a "special waste" in October 2016.

78. Rain Carbon's spent lime was granted "beneficial use" status by the LDEQ in or around December 2017. Thereafter, Rain Carbon's spent lime was still accepted for disposal but no longer considered a "special waste" for reporting requirements.

79. The spent lime was disposed of in Phase 4A.

80. Beginning sometime in the second half of 2017, spent lime was used as a solidification agent to solidify or reduce the moisture content in various liquid wastes before being deposited in the JPLF.

81. In addition to spent lime, fly ash was also used as a solidification agent. The JPLF received fly ash on December 20, 2017, December 21, 2017, June 20, 2018, and June 21, 2018, for a total amount of 149.2 tons.

82. Liquid wastes were mixed with spent lime or fly ash in a solidification pit in Phase 4A and then disposed of in the Phase 4A working face.

83. The spent lime disposed of at the JPLF contained some amount of sulfate.

84. Sulfate-containing wastes can generate hydrogen sulfide ("$H_2S$") gas under certain landfill conditions.

85. Wastes other than MSW and spent lime were received at the JPLF as "special waste." These wastes included non-hazardous materials generated by commercial or industrial facilities.

**Construction and Demolition Debris**

86. LDEQ defines "Construction/Demolition ("C&D") Debris" in part as "nonhazardous waste generally considered not water-soluble that is produced in the process of construction, remodeling, repair, renovation, or demolition of structures, including buildings of all types (both residential and nonresidential)." LAC 33:VII.115.

87. Between July 2013 and June 2014, the JPLF accepted 1,087.6 tons of construction and demolition debris waste.

88. Between July 2014 and July 2015, the JPLF accepted 9,400.8 tons of construction and demolition debris waste.

## ONSITE AND OFFSITE SAMPLING & MONITORING

**Daily Activity Logs and Reports**

89. Jefferson Parish employees prepared Daily Activity Logs and Reports concerning the JPLF.

90. The Daily Activity Logs generally included information related to weather, the working face area, observations regarding landfill conditions, descriptions of landfill cover, leachate depths, and status of landfill equipment.

**Phase 4A Well Field Assessments by Parish Contractors**

91. Aptim and River Birch, LLC conducted assessments of the GCCS during the respective time periods covered by their operating agreements.

92. These assessments generally included information related to regulatory reporting requirements, gas compressor operation data, gas extraction well data, the landfill flare, methane and oxygen levels, temperature, gas pressure, periodic liquid levels in the wells, and gas flow.

**Quarterly Surface Emissions Monitoring and Semi-Annual Reports**

93. Surface Emissions Monitoring ("SEM") events were conducted quarterly at the JPLF by the operator of the GCCS in accordance with the Part 70 Operating Permit issued by the LDEQ and 40 C.F.R. § 60.755(c) and (d), and 40 C.F.R. § 60, and Appendix A Method 21.

94. To perform the SEM, personnel generally traversed the perimeter of the JPLF, the entirety of Phases 1, 2, 3A, and 3B (and accessible sections of 4A beginning in September 2018) using a serpentine pathway with 30-meter spacing intervals between monitoring paths. Personnel also monitored in any areas where visual observation indicated the potential for elevated concentrations of methane. $H_2S$ was not measured or monitored during SEM efforts.

95. SEM results are reported to LDEQ and the EPA in Semi-Annual Reports to comply with New Source Performance Standards ("NSPS") air pollution control reporting requirements.

96. The Semi-Annual Reports cover a six-month period and provide monthly reporting on wellfield monitoring, LFG bypass operations, control device operations, and reporting on gas collection system installation and expansion, in addition to SEM results.

97. NSPS require that any reading of 500 parts per million ("ppm") (as monitored by the FID) or more above site background at any location be recorded as a monitored exceedance and the actions specified in paragraphs 40 C.F.R. § 60.755(c)(4)(i) through (v) of the applicable regulatory section be taken.

98. Such actions include ten-day and one-month re-monitoring.

99. As long as the specified actions are taken in accordance with 40 C.F.R. § 60.755(c)(4)(i) through (v), an exceedance is not a violation of the operational requirements of 40 C.F.R. § 60.753(d).

100. The EPA designates the quarterly SEM to be an essential means of determining whether a GCCS is effective at preventing emission of LFG through the surface of a landfill.

**Carlson Environmental Consultants Assessment and Reports**

101. On or before May 2018, Carlson Environmental Consultants ("CEC" or "Carlson") was retained by Jefferson Parish to assist with assessing the condition and operation of the existing GCCS.

102. The performance objectives originally given to CEC by Jefferson Parish were to maximize recovery of available LFG and to maximize gas quality.

103. On May 7, 2019, CEC issued its High BTU LFG Utilization Plan for the JPLF.

104. On November 6, 2019, CEC provided an LFG Update to Jefferson Parish.

**2018–2019 LDEQ Air Monitoring Efforts**

105. LDEQ conducted air monitoring using the Mobile Air Monitoring Lab ("MAML") in Jefferson Parish between February 19, 2018, and December 20, 2019.

106. The MAML is equipped with specialized air monitoring and support equipment and is a self-contained mobile laboratory capable of continuous, real-time sampling and analysis of ambient air quality.

107. The MAML is also equipped with meteorological sensors to monitor wind speed, wind direction, temperature, barometric pressure, and relative humidity.

108. LDEQ utilized the MAML to monitor for $H_2S$, among other compounds and particulates.

109. LDEQ also collected $H_2S$ samples using a Jerome meter and grab samples using summa canisters, including during periods of elevated $H_2S$.

110. The MAML was deployed to 9220 Jefferson Highway, River Ridge, Louisiana, (Riverside Baptist Church) from February 19–23, 2018. LDEQ issued a February 2018 report summarizing its findings and conclusions.

111. The MAML was deployed to 9220 Jefferson Highway, River Ridge, Louisiana, from April 27–May 2, 2018. LDEQ issued an April 2018 report summarizing its findings and conclusions.

112. The MAML was deployed to 9220 Jefferson Highway, River Ridge, Louisiana, from July 20–25, 2018, and was then relocated to the corner of Dandelion Drive and River Road in Waggaman, Louisiana, from July 25–28, 2018. LDEQ issued a July 2018 report summarizing its findings and conclusions.

113. The MAML was deployed to 9220 Jefferson Highway, River Ridge, Louisiana, from October 8–10, 2018, and was then relocated to 4040 Highway 90 in Waggaman, Louisiana, from October 10–12, 2018. LDEQ issued an October 2018 report summarizing its findings and conclusions.

114. From December 16–20, 2019, LDEQ conducted additional MAML monitoring, including for airborne metal levels, in River Ridge and Waggaman. LDEQ issued a December 2019 report summarizing its findings and conclusions.

115. Between October 9 and December 14, 2018, LDEQ took instantaneous readings (which may represent brief peak $H_2S$ levels) with a handheld $H_2S$ meter during "odor patrols." LDEQ's findings are summarized in the January 2019 Louisiana Department of Health ("LDH") Report.

12

**January 2019 Louisiana Department of Health Report**

116.  The LDH issued a report on January 14, 2019, summarizing its review of the LDEQ air monitoring data collected between February 19, 2018, and December 14, 2018, and odor complaints documented by LDEQ and the River Ridge/Harahan Air Quality Facebook page.

**October 2019 TRC On-Site Sampling**

117.  On October 4–5, 2019, TRC performed gas well sampling at the JPLF, which included the collection of $H_2S$ concentration data from certain Phase 4A LFG wells.

118.  During the October 2019 sampling event, TRC collected LFG samples from 18 gas wells, which included 10 of the 22 vertical gas wells in Phase 4A.

119.  According to the corresponding August 30, 2020 report, the $H_2S$ concentrations were measured in the gas wells using Draeger tubes (i.e., sorbent tubes), Tedlar Bags, steel canisters, or a GEM 5000.

**November 4–8, 2019 Ramboll Sampling**

120.  Ramboll conducted LFG sampling and monitoring activities between November 4 and 8, 2019, including UAS fugitive methane emission mapping, UAS topographic survey and aerial imagery, surface emissions monitoring, field screening of potential fixed sources, and LFG sampling for chemical and odor analysis.

**JPLF North and South Station Meteorological and Ambient Air Monitoring (October 2019 – July 2021)**

121.  Exponent began continuous, ambient $H_2S$ and local meteorological monitoring at two locations at the JPLF beginning in October 2019 and ending in July 2021.

## ODORS REPORTED BY RESIDENTS

**Odor Complaints Reported to the JPLF and LDEQ**

122.  Jefferson Parish has a dedicated "odor complaint hotline."

123. Residents could call the Jefferson Parish odor complaint hotline to report odors.

124. Residents made reports to the Jefferson Parish odor complaint hotline regarding odors in Jefferson Parish.

125. LDEQ has a process in place that allows a person to lodge a complaint about odor(s).

126. Residents made reports to LDEQ regarding odors in Jefferson Parish.

**"Smell Reports" Made on Social Media**

127. Certain Jefferson Parish residents asked members of the Harahan/River Ridge Air Quality Facebook group to share odor complaints (called "smell reports") through an online form and/or Facebook posts.

## *ADDISON* TRIAL PLAINTIFFS

**Mary Ann Winningkoff**

128. Between July 1, 2017, and December 31, 2019, Plaintiff Mary Ann Winningkoff resided at 47 Donelon Drive, Harahan, Louisiana 70123.

129. The immovable property located at 47 Donelon Drive Harahan, Louisiana 70123 was purchased by Mary Ann Scandaliato Winningkoff and her husband, Adam Winningkoff via Act of Cash sale on December 12, 2005.

**Geneva Green**

130. Between July 1, 2017, and December 31, 2019, Plaintiff Geneva Green resided at 205 Cabinet Drive, Avondale, Louisiana 70094.

131. Geneva Green purchased the immovable property at 205 Cabinet Drive Avondale, Louisiana 70094 via Act of Sale on October 31, 1990.

**Jonathan Tate**

132. Between July 1, 2017, and December 31, 2019, Plaintiff Jonathan Tate resided at 21 Richelle Street, Waggaman, Louisiana 70094.

**Stanley Meyers**

133. Between July 1, 2017, and December 31, 2019, Plaintiff Stanley Meyers resided at 2100 Sawmill Road, Apt. 12-101, River Ridge Louisiana 70123.

**Reshaun Richardson**

134. Between July 1, 2017, and December 31, 2019, Plaintiff Reshaun Richardson resided at 624 Wilker Neal Avenue, Apartment B, River Ridge, Louisiana.

**Andrew Section**

135. Plaintiff Andrew Section purchased the immovable property located at 537 George Street Avondale, Louisiana via Act of Cash Sale on July 13, 2004.

136. Between July 1, 2017, and December 31, 2019, Plaintiff Andrew Section resided at 537 George Street, Avondale, Louisiana 70094.

**Thompson and Lewis Family**

137. Between July 1, 2017, and December 31, 2019, Plaintiffs Tyrone Thompson, Vernice Lewis, and Terrance Thompson resided at 1116 South Starrett Road, Metairie, Louisiana 70003.

**Gremillion Family**

138. Plaintiffs Wendy Gremillion and Scott Gremillion are the natural parents of their minor children, A.G. and B.G..

139. Plaintiffs Wendy and Scott Gremillion purchased the immovable property located at 9701 Robin Lane River Ridge, Louisiana 70123 via Act of Cash Sale on April 7, 2009.

140. Between July 1, 2017, and December 31, 2019, Plaintiffs Wendy, Scott, and their minor children, A.G. and B.G., resided at 9701 Robin Lane, River Ridge, Louisiana 70123.

141. On April 21, 2020, Wendy and Scott Gremillion sold their property located 9701 Robin Lane, River Ridge, Louisiana.

142. Terez Harris was employed by Wendy and Scott Gremillion as the real estate agent for the sale of their property located at 9701 Robin Lane, River Ridge, Louisiana.

143. On April 22, 2020, Wendy and Scott Gremillion purchased the immovable property located at 509 Beacon Shores Drive, Seneca, South Carolina 29672.