UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>   Plaintiff<br><br>**VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>   Defendants | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312**<br><br><br>**SECTION: "E" (5)** |
| *Related Case:*<br><br>**FREDERICK ADDISON, ET AL.,**<br>   Plaintiffs<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>   Defendants<br><br>*Applies to: Both Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133**<br>**c/w 10-14512**<br><br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

**STIPULATION REGARDING THE TESTIMONY OF
MR. CHRISTOPHER RUANE**

In light of the health issues that have prevented Mr. Christopher Ruane ("Mr. Ruane") from being deposed in this case and to testify live as a witness at trial, the Parties hereby stipulate as follows:

   1. From October 30, 2012, to December 14, 2016, Mr. Ruane was the Director of Corporate Engineering for Waste Connections US, Inc.

   2. From 2016 through at least the Summer of 2019, Mr. Ruane was the first Engineering Manager for the Southern Region following the Progressive Waste Solutions merger.

   3. Mr. Ruane is not a Professional Engineer and does not hold any engineering degrees or certificates. He worked in the waste management and disposal industry for decades prior to 2016.

4.  Mr. Ruane's compensation included restricted stock units of the publicly traded parent company.

5.  Mr. Ruane was the Southern Region Engineering Manager at the time the waste profile for Rain Carbon's spent lime was reviewed by the Southern Region Environmental Compliance Team as part of the approval process at the Jefferson Parish Landfill.

6.  In 2014, Mr. Ruane hired Nikki Crews to be the Corporate Environmental Engineer for Waste Connections US, Inc.

7.  Mr. Ruane was aware that Nikki Crews was not a Professional Engineer.

8.  In 2016, Nikki Crews became the Southern Region Environmental Compliance Team Manager.

9.  In 2016, the Southern Region Environmental Compliance Team reported to Nikki Crews and Ms. Crews, in turn, reported to Mr. Ruane.

10.  In his role with the Southern Region Environmental Compliance Team, Mr. Ruane knew:

   a.  That the Southern Region Environmental Compliance Team determined whether a proposed special waste complied with regulatory and permit limits;
   b.  He does not remember whether any permits for facilities in the Southern Region placed restrictions on the sulfate content of special wastes, but if they did, then the Southern Region Environmental Compliance Team would have considered a proposed special waste's sulfate content; and
   c.  Typically, except as potentially required for compliance reasons, and Mr. Ruane does not remember that to have ever been the case, the Southern Region Environmental Compliance Team did not evaluate whether a proposed special waste's sulfate content would affect its potential to generate H2S.

11.  Mr. Ruane and Nikki Crews hired Nick Collins to join the Southern Region Environmental Compliance Team.

12.  Mr. Ruane does not recall what college degree Nick Collins has.

13.  Brian Handley was part of the Southern Region Environmental Compliance Team.

14.  Troy Lietschuh was a member of the Southern Region Environmental Compliance Team.

15.  Mr. Ruane did not train members of the Southern Region Environmental Compliance Team.

16.  **Trial Exhibit 4018, WC_JPLF_00488501-2** (email thread dated September 6 and 8, 2016 with subject line of earliest email in thread "Looking for a new disposal company for waste

loads requiring solidification"). Mr. Ruane agrees that he sent and received the emails dated September 2016, as set forth above.

17. Prior to September 2016, Mr. Ruane knew that coal combustion residuals (CCR) from flue gas desulfurization (FGD) processes contained calcium sulfate.

18. Mr. Ruane knew that the calcium sulfate content of FGD material has the potential to generate hydrogen sulfide at Municipal Solid Waste (MSW) landfills, like many other wastes.

19. Mr. Ruane knows that coal combustion residuals (CCR) from flue gas desulfurization (FGD) processes were known as or considered to be synthetic gypsum, but does not recall the timing of his knowledge.

20. Prior to September 2016, Mr. Ruane was aware that gypsum (calcium sulfate) comes in forms other than wallboard, including C&D fines and coal combustion residuals (CCR) waste, such as flue gas desulfurization (FGD) materials.

21. **Trial Exhibit 3651, WC_JPLF_00418514** email thread ending July 20, 2018 with subject line of earliest email in thread "time line of actions taken"),

> Mr. Ruane sent and received the emails as set forth above.
> Mr. Ruane prepared an initial timeline of actions taken at the Jefferson Parish Landfill, which Brett O'Connor supplemented. The list accurately reflects at least **some** of the actions that were taken by LRLC between June 29 and July 19, 2018.

22. **Trial Exhibit 3022, WC_JPLF_00272650-51** (email thread ending July 20, 2018, with subject line of earliest email in thread "Spent lime from Rain Carbon and Hydrogen Sulfide Production").

> Mr. Ruane sent and received the above emails.
> On July 19, 2018, Mr. Ruane asked Chelsey Armstrong, a member of the Southern Region Environmental Compliance Team, to research wastes, including Rain Carbon spent lime, to see if there were any concerns about acceptance at Jefferson Parish Landfill.

23. **Trial Exhibit 1439, JP_JPLF_00184282-84** (Letter dated July 20, 2018, from Robert Nielsen, Regional Vice President, Waste Connections US, Inc. to Keith Conley, Chief Operating Officer, Jefferson Parish).

> Mr. Ruane was a copied recipient to the July 20, 2018 letter from Mr. Nielsen to Mr. Conley.

24. **Trial Exhibit 3623, WC_JPLF_00418249-52** (email thread ending August 22, 2018, with subject line of earliest email "NEED RESPONSE ASAP").

> On August 22, 2018, Mr. Ruane received the email chain as set forth above.

25. **Trial Exhibit 3673, WC_JPLF_00419216-17** (email dated August 22, 2018, with subject line "Nielsen Response to Juliana Mazza").

Mr. Ruane was blind copied as a recipient of the above, and received this email.

26. As the Southern Region Engineering Manager, Mr. Ruane directly managed and supervised the Southern Region Engineers, including Brett O'Connor and Matt Crocket.

27. As the Southern Region Engineering Manager, Mr. Ruane provided support to Waste Connections affiliated landfills in the Southern Region States, including Louisiana, Mississippi, Alabama, Florida, Georgia, Arkansas, and part of Tennessee.

28. **Trial Exhibit 3731, WC_JPLF_00420401-02** (email thread ending March 16, 2016" with subject line of earliest email "special waste question")

Mr. Ruane sent and received the above emails. One of Mr. Ruane's roles as Director of Engineering for Waste Connections US, Inc. was to evaluate the operations of Progressive Waste sites in the Southern Region to integrate each site's processes and personnel.

29. **Trial Exhibit 3734, WC_JPLF_00420436-37** (email thread dated February 17 and 18, 2016 with subject line of earliest email "PWS E. TX & LA")

Mr. Ruane sent the above email.
At the time Mr. Ruane sent this email, he was aware of the identities of Mssrs. Boeck, Nielsen, Schreiber, and Little, as well as the positions they held within Waste Connections US, Inc.

30. At the time Mr. Ruane sent the email set forth in document WC_JPLF_00420436-37:

Mr. Little worked out of the Waste Connections US, Inc. offices in The Woodlands, Texas.
Mr. Boeck worked out of the Waste Connections US, Inc. offices in The Woodlands, Texas.
Mr. Schreiber worked out of the Waste Connections US, Inc. offices in The Woodlands, Texas.
Mr. Ruane worked out of the Waste Connections US, Inc. offices in The Woodlands, Texas.

31. **Trial Exhibit 4028, WC_JPLF_00488735-36** (email thread dated June 29 and 30, 2016, with subject line of earliest email "Landfills that perform solidification").

Mr. Ruane sent and received the above emails.
As of June 30, 2016, Mr. Ruane understood that solidification operations were part of a plan to increase revenues at the Jefferson Parish Landfill.
As of June 30, 2016, Mr. Ruane knew that the Jefferson Parish Landfill had been permitted to perform solidification operations.

32. Mr. Ruane was aware in September 2016 that spent lime contained sulfur.

33. **Trial Exhibit 4148, WC_JPLF_00523445-50** (email dated February 4, 2017, with subject line "Meeting with AES Puerto Rico").

Mr. Ruane received the email and attachment on February 7, 2017, from Joe Laubenstein. Mr. Laubenstein's signature block, at the time he sent this email, states he is the Director of CCR Disposal for Waste Connections.

34. **Trial Exhibit 4169, WC_JPLF_00526563** (email dated June 19, 2017, with subject line "WCN Coal Ash Program").

Mr. Ruane received the above email.
At some point, Mr. Ruane was aware that the United States Environmental Protection Agency had issued regulations to provide a comprehensive set of requirements for the safe disposal of CCRs, commonly known as coal ash, from coal-fired power plants.

35. **Trial Exhibit 4174, WC_JPLF_00527020-21** (email thread ending January 16, 2017, with subject line of latest email "RE: Recommendations – Agenda for April 19-21, 2017 Landfill manager meeting").

Mr. Ruane sent and received the above emails.

36. **Trial Exhibit 4251, WC_JPLF_00539227-40** (Master Service Agreement for Consulting Services Between IEIS Corporation and Stearns, Conrad, and Schmidt Consulting Engineers, Inc.).

The above is a true and accurate copy of the document titled "Master Services Agreement for Consulting Services," which provides a "Scope of Services" as defined in the document.
When Mr. Ruane signed this document, he was acting in his capacity as Southern Region Engineering Manager.

37. **Trial Exhibit 3653, WC_JPLF_00418548-56** (email dated September 29, 2016, attaching file named Attachment O - Odor Control.pdf).

On September 29, 2016, Mr. Ruane received the above email from Brett O'Connor, attaching a copy of the odor control plan, entitled Attachment O – Odor Control, which was an attachment to the Jefferson Parish Landfill operating agreement between Jefferson Parish and Louisiana Regional Landfill Company (f/k/a IESI LA Landfill Corporation).

Mr. Ruane does not recall whether there was a comprehensive odor control plan for the Jefferson Parish Landfill that contained both operational best management practices and odor control systems.

38. **Trial Exhibit 3603, WC_JPLF_00417428-31** (email thread ending on May 17, 2018, with subject line of earliest email "JP Landfill").

Mr. Ruane received the above email inclusive of the email chain.

39. **Trial Exhibit 3737, WC_JPLF_00420445-46** (email thread dated July 9, 2018, with subject line of earliest email "Odor Report to Parish").

Mr. Ruane received and sent the above emails.

40. **Trial Exhibit 2977, WC_JPLF_00271381-84** (email thread ending July 12, 2018, with subject line of earliest email "[Harahan/River Ridge Air Quality] People say not to fixate on one odor source, and...")

Mr. Ruane received the above emails.

41. **Trial Exhibit 3583, WC_JPLF_00415719-20** (email thread dated November 29, 2016, with subject line of earliest email "Leachate management")

Mr. Ruane received the above emails.

42. **Trial Exhibit 3687, WC_JPLF_00419521-22** (email thread ending February 13, 2018, with subject line of earliest email "Leachate Management").

Mr. Ruane sent and received the above emails.

43. **Trial Exhibit 3704, WC_JPLF_00419876-77** (email thread ending May 15, 2018, with subject line of earliest email "JP Landfill").

Mr. Ruane received the email chain and sent the email as set forth in the above.

44. **Trial Exhibit 3002, WC_JPLF_00271702** (email dated June 26, 2018, with subject line "JP Landfill").

Mr. Ruane sent the email as set forth above. Mr. Ruane knew the identities of the recipients to the email that he sent as well as their positions at the time the email was sent.

45. **Trial Exhibit 2432, WC_JPLF_00223331-32** (email thread ending June 28, 2018, with subject line of earliest email "lime for solidification pit").

Mr. Ruane received the emails above.
As of June 27, 2018, Mr. Ruane was aware of the existence of the Carlson Environmental Consultants (CEC) preliminary report.

    46. **Trial Exhibit 2917 WC_JPLF_00270710-11** (email thread ending June 28, 2018 with subject line of earliest email "lime for solidification pit").

    Mr. Ruane received the above email chain.

    47. **Trial Exhibit 2897, WC_JPLF_00270577-81** (email thread ending July 3, 2018, with subject line of earliest email "Acceptance of Industrial Liquid Wastes")

    Mr. Ruane received the above email chain.

    48. **Trial Exhibit 2997, WC_JPLF_00271618-19** (email thread ending July 4, 2018, with subject line of earliest email "Liquids") and **Trial Exhibit 2435, WC_JPLF_00223333-34** email thread ending July 4, 2018 with subject line of earliest email "Liquids").

    Mr. Ruane received the above emails.

    49. **Trial Exhibit 2992, WC_JPLF_00271552-54** (email thread ending July 9, 2018, with subject line of latest email "RE: Landfill").

    Mr. Ruane received and responded to the above emails.
Mr. Ruane said he does not remember knowing what Brett O'Connor meant in his email when he said "that material."

    50. **Trial Exhibit 2886, WC_JPLF_00270419-20** (email thread ending July 12, 2018, with subject line of earliest email "[Harahan/River Ridge Air Quality] People say not to fixate on one odor source, and...").

    Mr. Ruane received the email, which included the email chain as set forth above.

    51. **Trial Exhibit 3748, WC_JPLF_00420582** (email thread dated July 17, 2018, with subject line of earliest email "Brad Robbins").

    Mr. Ruane sent and received the above emails.

    52. **Trial Exhibit 3027, WC_JPLF_00273262-63** (email thread ending July 20, 2018, with subject line of earliest email "Spent Lime from Rain Carbon").

    Mr. Ruane received the emails as set forth above.

    53. **Trial Exhibit 3727, WC_JPLF_00420394-96** (email thread ending September 10, 2018, with subject line of earliest email "Jefferson Parish/ESI").

    Mr. Ruane sent and received the above emails.

    54. **Trial Exhibit 3060, WC_JPLF_00274821-22** (email thread ending November 28, 2019, with subject line of earliest email "DEQ Visit 11/26/18").

55. For each of the above emails that was sent by Mr. Ruane, Mr. Ruane was acting within the course and scope of his employment, and was speaking on a matter within the scope of his employment relationship.

56. Presently, as to any statements that Mr. Ruane made in the above-referenced e-mails, Mr. Ruane does not possess any information that would cause him to dispute the accuracy of his statements.

57. The Plaintiffs and the Waste Connections Defendants stipulate to the admissibility of Trial Exhibits 1439, 3002, 3022, 3583, 3603, 3651, 3653, 3673, 3687, 3731, 3734, 3737, 4018, 4028, 4174. and 4251. The Waste Connections Defendants reserve objections to the remaining Trial Exhibits referred to above.

The foregoing is stipulated to this 29th day of July, 2024.

| For Plaintiffs: | For Defendants: |
|---|---|
| FORREST CRESSY & JAMES, LLC | LISKOW & LEWIS, APLC |
| By: /s/ S. Eliza James | By: /s/ Michael C. Mims |
| Byron M. Forrest (La. Bar No. 35480) | Michael Cash (#31655) |
| Nicholas V. Cressy (La. Bar No. 35725) | Michael C. Mims (#33991) |
| S. Eliza James (La. Bar No. 35182) | Cherrell Simms Taplin (#28227) |
| 1222 Annunciation Street | Brady M. Hadden (#37708) |
| New Orleans, Louisiana 70130 | J. Hunter Curtis (#39150) |
| Tele:(504) 605.0777 | Alex Andrade (#38659) |
| Fax: (504) 322.3884 | 701 Poydras Street, Suite 5000 |
| Email: byron@fcjlaw.com | New Orleans, LA 70139 |
| nicholas@fcjlaw.com | Telephone: (504) 581-7979 |
| eliza@fcjlaw.com | Telefax: (504) 556-4108 |
| WHITEFORD, TAYLOR & PRESTON, L.L.P. | BEVERIDGE & DIAMOND, P.C. |
| By: /s/ Eric C. Rowe | Megan R. Brillault (*pro hac vice*) |
| C. Allen Foster (Admitted Pro Hac Vice) | Michael G. Murphy (*pro hac vice*) |
| Eric C. Rowe (Admitted Pro Hac Vice) | John H. Paul (*pro hac vice*) |
| Harry S. Johnson (Admitted Pro Hac Vice) | Katelyn E. Ciolino (*pro hac vice*) |
| James Jeffcoat (Admitted Pro Hac Vice) | Katrina M. Krebs (*pro hac vice*) |
| WHITEFORD, TAYLOR & PRESTON, L.L.P. | 477 Madison Avenue, 15th Floor |
| 1800 M Street, NW, Suite 450N | New York, NY 10022 |
| Washington, DC 20036 | (212) 702-5400 |
| Tele: (202) 659.6800 | |
| Fax: (202) 331.0573 | |

Email: cafoster@whitefordlaw.com
erowe@whitefordlaw.com
hjohnson@whitefordlaw.com
jjeffcoat@whitefordlaw.com

*Counsel For Addison Plaintiffs*

  /s/ Bruce C. Betzer
Bruce C. Betzer (Bar No. 26800)
THE LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com

  /s/ Douglas S. Hammel
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

  /s/ Jason Z. Landry
Scott R. Bickford (#1165)
srb@mbfirm.com
Lawrence J. Centola, III (#27402)
ljc@mbfirm.com
Jason Z. Landry (#33932)
jzl@mbfirm.com
Jeremy J. Landry (#30588)
jjl@mbfirm.com
MARTZELL BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504)581-7635 – FACSIMILE

Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS

James B. Slaughter (*pro hac vice*)
1350 I Street, N.W., Suite 700
Washington, DC 20005
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th St., Suite 1410
Austin, TX 78701
(512)-391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

Page **9** of **10**

2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

John D. Sileo (La Bar No. 17797)
Casey W. Moll (La. Bar No. 35925)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave., Suite 101
New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com

*Counsel for Ictech-Bendeck Plaintiffs*