UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**<br>**c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Applies to: Both Cases*

## ORDER

The Court has been advised that the parties seek an extension of the Order of Dismissal[1] entered on August 12, 2024.

**IT IS ORDERED** that the Court's 60-day Order of Dismissal is hereby **EXTENDED** by 60 days, up to and including **December 9, 2024.**

The Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**New Orleans, Louisiana, this 11th day of October, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 756.