MINUTE ENTRY
MORGAN, J.
May 13, 2025

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>     Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**<br>      **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**<br>     Defendants | **SECTION: "E" (5)** |

*Applies to: Both Cases*

### MINUTE ENTRY

A video status conference was held on May 13, 2025, at 3:30 p.m. in the chambers of Judge Susie Morgan.

Present:   Sara Eliza James and Eric Rowe, counsel for All Plaintiffs; and

Michael Mims, Megan Brillault, and John Paul, counsel for Defendants, Louisiana Regional Landfill Company (LRLC), Waste Connections Bayou, Inc., and Waste Connections US, Inc.

The parties discussed the drafting of the settlement documents between Plaintiffs and the Waste Connections Defendants.

Eliza James will send revised drafts of the settlement documents to defense counsel on or before **Thursday, May 15, 2025.** Defendants will respond with any proposed changes on or before **Tuesday, May 20, 2025.**

1

2

A zoom status conference is **SET** for **Thursday, May 22, 2025 at 12:00 p.m.** Counsel will be provided with instructions to participate.

**New Orleans, Louisiana, this 13th day of May, 2025.**

                                                _____
                                                   **SUSIE MORGAN**
                                  **UNITED STATES DISTRICT JUDGE**

JS10 (1:27)