MINUTE ENTRY
MORGAN, J.
May 22, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**     Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**<br>**c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**     Defendants | **SECTION: "E" (5)** |

*Applies to: Both Cases*

## MINUTE ENTRY

A video status conference was held on May 22, 2025, at 12:00 p.m. in the chambers of Judge Susie Morgan.

Present:    Sara Eliza James and Eric Rowe, counsel for All Plaintiffs; and

Michael Mims, Megan Brillault, and John Paul, counsel for Defendants, Louisiana Regional Landfill Company (LRLC), Waste Connections Bayou, Inc., and Waste Connections US, Inc.

The parties discussed the drafting of the settlement documents between Plaintiffs and the Waste Connections Defendants.

**New Orleans, Louisiana, this 22nd day of May, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:36)