UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**<br>      **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**    Defendants | **SECTION: "E" (5)** |

*Applies to: Both Cases*

## ORDER

The Court has been advised that the parties seek an additional extension of the Order of Dismissal[1] entered on August 12, 2024, from the extensions entered on October 11, 2024,[2] December 9, 2024,[3] February 7, 2025,[4] and April 8, 2025.[5]

**IT IS ORDERED** that the Court's 60-day Order of Dismissal is hereby **EXTENDED** for an additional 60 days, **up to and including August 5, 2025**.

The Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**New Orleans, Louisiana, this 6th day of June, 2025.**

                                              _____
                                              **SUSIE MORGAN**
                                  **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 756.
[2] R. Doc. 759.
[3] R. Doc. 760.
[4] R. Doc. 761.
[5] R. Doc. 764.