UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | **CIVIL ACTION** |
| **PLAINTIFFS** | **NO. 19-11133, C/W 19-14512** |
| V. | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | |
| | **JUDGE: MORGAN** |
| **DEFENDANTS** | **MAGISTRATE JUDGE: NORTH** |
| *APPLIES TO: BOTH CASES* | |

### EX PARTE/CONSENT MOTION TO AMEND COMPLAINT AND SUBSTITUTE PLAINTIFFS

Pursuant to Rules 15, 17 and 25, and in conjunction with the pending settlements of all remaining claims in this action between the Plaintiffs and each of the Defendants, Plaintiffs move to amend the complaint to add and substitute parties to ensure that the parties to the settlements are bound by the Court's orders, including the final order of dismissal to be entered in this case. This Motion is filed with the Consent of all Defendants.

In support of this Motion, Plaintiffs respectfully states as follows:

### FACTS AND BACKGROUND

1. Each of the Defendants has agreed to settle this case by payment of a lump sum to the group of Plaintiffs as a whole, and the Plaintiffs have agreed among themselves to a Special Master arbitration proceeding to allocate the aggregate settlement amounts among them.

2. In addition to the Named Plaintiffs in this case, the settlement includes a limited number of other persons ("the Other Clients"), who are clients of Plaintiffs' counsel but who are not named Plaintiffs in this action, and have not yet brought an action. Each of the Other Clients

has agreed to be bound by the orders of the Court in this action, including the Order dated July 2, 2023, granting partial summary judgment in favor of the Defendants and limiting the Plaintiffs' recovery to the Allowed Claims, as defined therein, and the final order of dismissal in this case, which will stand as res judicata with respect to all claims that were or could have been brought in this action. To provide the Defendants with the finality for which they have bargained, it is necessary that the Other Clients be parties to this action and thereby subject to the Court's orders. Accordingly, the Parties respectfully request the persons listed on Exhibit A, be added to this action, as plaintiffs, prior to the entry of the final dismissal order in this case.

3. Since the filing of the Second Amended Complaint, sixteen (16) of the Plaintiffs who were listed as minors have since reached the age of majority. These persons are listed on Exhibit B. To ensure that they are bound by the Courts' orders as adults, the Parties respectfully request the persons listed on Exhibit B be substituted in as Plaintiffs in their own right, prior to the entry of the final dismissal order in this case.

4. Three of the Named Plaintiffs have recently died, and their heirs have agreed to participate in the settlement, and to be bound by the Court's orders. To ensure that they are bound by the Courts' orders, the Parties respectfully request the persons listed on Exhibit C be substituted in as Plaintiffs, prior to the entry of the final dismissal order in this case.

5. Plaintiff, Michelle Meyer has married and her new surname is Carpenter.

6. Plaintiff Shantel Evans has married and her new surname is Chatman.

7. To the extent not formally corrected previously, the correct name of "Julian Motion" as listed in the Second Amended Complaint is Julian Moton.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully request that the Court grant the Motion and such other relief as the Court may deem just and proper.

Respectfully submitted, this 27th day of June, 2025.

           <u>/s/ S. Eliza James</u>
        FORREST CRESSY & JAMES, LLC
        Byron M. Forrest (La. Bar No. 35480)
        Nicholas V. Cressy (La. Bar No. 35725)
        S. Eliza James (La. Bar No. 35182)
        1222 Annunciation Street
        New Orleans, Louisiana 70130
        Tele:(504) 605.0777
        Fax: (504) 322.3884
        Email: byron@fcjlaw.com
        nicholas@fdjlaw.com
        eliza@fcjlaw.com

           <u>/s/ Eric C. Rowe</u>
        C. Allen Foster (Admitted Pro Hac Vice)
        Eric C. Rowe (Admitted Pro Hac Vice)
        Masten Childers, III (Admitted Pro Hac Vice)
        WHITEFORD, TAYLOR & PRESTON, L.L.P.
        1800 M Street, NW, Suite 450N
        Washington, DC 20036
        Tele: (202) 659.6800
        Fax: (202) 331.0573
        Email: cafoster@whiteforlaw.com
        erowe@whitefordlaw.com
        mchilders@whitefordlaw.com

        Harry S. Johnson, (Admitted Pro Hac Vice)
        James R. Jeffcoat (Admitted Pro Hac Vice)
        WHITEFORD, TAYLOR & PRESTON L.L.P.
        Seven Saint Paul Street
        Baltimore, Maryland 21202-1636
        (410) 347-8700
        hjohnson@whitefordlaw.com
        jjeffcoat@whitefordlaw.com

        *Counsel For Addison Plaintiffs*

## EXHIBIT A
## LIST OF PERSONS TO BE ADDED AS PLAINTIFFS

|  | **Name** | **Address** |
|---|---|---|
| 1. | Bailey, Dedria | 209 N. Sibley Street, Metairie, LA |
| 2. | Bates, Daniel | 200 W Jeansonne Street, Gonzales LA |
| 3. | Bell, Jermani | 52 Winifred Street, Waggaman, LA |
| 4. | Bell, Lloyd | 125 Dillard Avenue, Westwego, LA |
| 5. | Birden, Dolly, as legal representative of David Birden, Jr., deceased | 209 Bishop Drive, Avondale, LA |
| 6. | Bradley, Shontel | 13650 Beechnut Street, Houston TX |
| 7. | Brathbury, Ashley | 39 Lucille Street, Waggaman LA |
| 8. | Brumfield, Anthony | 89 Clifford Court, Westwego LA |
| 9. | Collins, Delicia as legal representative of A.C., a minor | 3640 Edgewood Ct, Avondale LA |
| 10. | Collins, Shyrus | 3640 Edgewood Ct, Avondale LA |
| 11. | Farrell, Betty, as legal representative of S.F., a minor | |
| 12. | Green, Lori as legal representative of Z.G., a minor | 201 Della Lane, Avondale LA |
| 13. | Griffin, Jourdan, as legal representative of D.C., a minor | 32 Four O'Clock Lane, Waggaman LA |
| 14. | Heard, Rosalyn | 118 N. River Road, Denham Springs LA |
| 15. | Heath, Nathan | 38 Chalstrom Drive, River Ridge LA |
| 16. | Herbert, Gerard | 452 Upstream Street, River Ridge LA |
| 17. | Herbert, Gerard as legal representative of Ch.H., a minor | 452 Upstream Street, River Ridge LA |
| 18. | Herbert, Gerard as legal representative of Co.H., a minor | 452 Upstream Street, River Ridge LA |

|  | **Name** | **Address** |
|---|---|---|
| 19. | Herbert, Shelly | 452 Upstream Street, River Ridge LA |
| 20. | Johns, Graylind | 636 Azalea Drive, Westwego LA |
| 21. | Jones, Thomas Jr. | 248 Glen Della Drive, Avondale LA |
| 22. | Lang, Deveyon | 4218 Hessmer Avenue, Apt. 115, Metairie LA |
| 23. | Lewis, Nicholas | 1335 Tricou Street, New Orleans LA |
| 24. | Lowe, Lauren, as legal representative of E.L, a minor | 10120 St. Paul Avenue, River Ridge LA |
| 25. | Magri, Michael | 10004 Hyde Place, River Ridge LA |
| 26. | Magri, Michael as legal representative of A.M., a minor | 10004 Hyde Place, River Ridge LA |
| 27. | Magri, Michael as legal representative of C.M., a minor | 10004 Hyde Place, River Ridge LA |
| 28. | Obando-Rivera, Roberto | 426 Oak Road, Belle Chase LA |
| 29. | Rantz, Caroline | 909 Poydras Street Ste. 1400, New Orleans LA |
| 30. | Rantz, Holly | 909 Poydras Street Ste. 1400, New Orleans LA |
| 31. | Reed, Tara | PO Box 544, Westwego LA |
| 32. | Ridgley, Andre | 516 South Cumberland, River Ridge LA |
| 33. | Ridgley, Shakemia, as legal representative for A.R., a minor | 2646 Augusta Street, Kenner LA |
| 34. | Rimmer, Maurice | 329 Judiciary Drive, Avondale LA |
| 35. | Ringo, Charlotte, as legal representative for J.B., a minor | 701 Richard Avenue, River Ridge LA |
| 36. | Ross, Tyrese | 52 Winifred Street, Waggaman LA |
| 37. | Sheasby, Kelly | 1321 Jasmine Street, Mandeville LA |
| 38. | Solomon, Nykisha | 10141 North Kelly Lane, Waggaman LA |

|  | **Name** | **Address** |
|---|---|---|
| 39. | Taylor, Shelia as legal representative for August Taylor, III, deceased | 329 Judiciary Drive, Avondale LA |
| 40. | Thompson, Roshanda, as legal representative of J.A., a minor | 635 Mockingbird Lane, St. Rose LA |
| 41. | Tigler, Oscar | 29 Richelle Street, Waggaman LA |
| 42. | Veal, Mark | 400 Federal Drive, Avondale LA |
| 43. | Weaver, Miguel | 6 Jasmine Lane, Waggaman LA |
| 44. | Whittington, Walter | 205 Defourneau Lane, Avondale LA |
| 45. | Wilkinson, Charday | 8149 W St. Bernard Hwy Apt. 1206, Chalmette LA |
| 46. | Wilkinson, Charday, as legal representative of L.W., a minor | 8149 W St. Bernard Hwy Apt. 1206, Chalmette LA |
| 47. | Winningkoff, Mary Ann, as legal representative of Adam Winningkof, deceased | 47 Donelon Drive, Harahan LA |
| 48. | Young, Jacqueline | 304 Blossom Court, Westwego LA |

## EXHIBIT B

## MINORS LISTED IN THE SECOND AMENDED COMPLAINT WHO HAVE REACHED THE AGE OF MAJORITY

|  | **Former Minor** | **Substitute for parent/rep in Second Amended Complaint** |
|---|---|---|
| 1. | Adams, Sara | Heather Adams |
| 2. | Borskey, Nathaniel | Latoya Manson |
| 3. | Briody, Alyssa | Julie Burke |
| 4. | Brown, Melissa | Eric Brown |
| 5. | Clark, Trinity | Stacy Hobbs |
| 6. | Dixon, Crayonna | Yolanda Dixon |
| 7. | Evans, Christian | Lashandra Smith |
| 8. | Evans, Jaquan | Lashandra Smith |
| 9. | Harden, Da'Vantae | Rashwanda Harden |
| 10. | Harden, Dontae | Rashwanda Harden |
| 11. | Kelly, Ja'cayla | Michelle Lee |
| 12. | Little, Jr., Larry | Larry Little |
| 13. | McGee, Daisean | Shakemia Ridgley |
| 14. | McKnight, Isabelle | Frank McKnight |
| 15. | Ringo, Treyvon | Charlotte Ringo |
| 16. | Robinson, Darrel | Kizzie Cage |
| 17. | Solomon, Dewitt | Sandra Garner |
| 18. | Solomon, Dwight | Sandra Garner |

## EXHIBIT C
## DECEASED PERSONS FOR WHOM HEIRS OR LEGAL REPRESENTATIVES ARE SUBSTITUTED

|   | **Representative of Deceased Plaintiff** | **Deceased Plaintiff** |
|---|---|---|
| 1. | Claborn, Jarvis, surviving child | Darden, Lula |
| 2. | King, Toya, surviving spouse | Smith, Rayfield |
| 3. | Dixon, Francine Veal, surviving child | Walker, Francine |
| 4. | Patricia Brown and Anthony Brown, Surviving children | Arthur Brown |
| 5. | Jinnylynn Griffin, surviving wife | Darren Griffin |