UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | **CIVIL ACTION** |
| **PLAINTIFFS** | **NO. 19-11133, C/W 19-14512** |
| V. | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | |
| **DEFENDANTS** | **JUDGE: MORGAN**<br>**MAGISTRATE JUDGE: NORTH** |
| ***APPLIES TO: BOTH CASES*** | |

### ORDER GRANTING EX PARTE/CONSENT MOTION TO ADD AND SUBSTITUTE PLAINTIFFS

Having considered the Ex Parte/Consent Motion to Add and Substitute Plaintiffs, the arguments of counsel, the record of this case and the need and desire of the parties to conclude the settlement of this litigation, the Court finds that good cause exists to grant the Motion. Accordingly, it is hereby ORDERED as follows:

1. IT IS ORDERED that the following persons shall be added as Plaintiffs to this action:

| | Name | Address |
|---|---|---|
| 1. | Bailey, Dedria | 209 N. Sibley Street, Metairie, LA |
| 2. | Bates, Daniel | 200 W Jeansonne Street, Gonzales LA |
| 3. | Bell, Jermani | 52 Winifred Street, Waggaman, LA |
| 4. | Bell, Lloyd | 125 Dillard Avenue, Westwego, LA |
| 5. | Birden, Dolly, as legal representative of David Birden, Jr., deceased | 209 Bishop Drive, Avondale, LA |
| 6. | Bradley, Shontel | 13650 Beechnut Street, Houston TX |

|     | Name | Address |
| --- | --- | --- |
| 7.  | Brathbury, Ashley | 39 Lucille Street, Waggaman LA |
| 8.  | Brumfield, Anthony | 89 Clifford Court, Westwego LA |
| 9.  | Collins, Delicia as legal representative of A.C., a minor | 3640 Edgewood Ct, Avondale LA |
| 10. | Collins, Shyrus | 3640 Edgewood Ct, Avondale LA |
| 11. | Farrell, Betty, as legal representative of S.F., a minor | |
| 12. | Green, Lori as legal representative of Z.G., a minor | 201 Della Lane, Avondale LA |
| 13. | Griffin, Jourdan, as legal representative of D.C., a minor | 32 Four O'Clock Lane, Waggaman LA |
| 14. | Heard, Rosalyn | 118 N. River Road, Denham Springs LA |
| 15. | Heath, Nathan | 38 Chalstrom Drive, River Ridge LA |
| 16. | Herbert, Gerard | 452 Upstream Street, River Ridge LA |
| 17. | Herbert, Gerard as legal representative of Ch.H., a minor | 452 Upstream Street, River Ridge LA |
| 18. | Herbert, Gerard as legal representative of Co.H., a minor | 452 Upstream Street, River Ridge LA |
| 19. | Herbert, Shelly | 452 Upstream Street, River Ridge LA |
| 20. | Johns, Graylind | 636 Azalea Drive, Westwego LA |
| 21. | Jones, Thomas Jr. | 248 Glen Della Drive, Avondale LA |
| 22. | Lang, Deveyon | 4218 Hessmer Avenue, Apt. 115, Metairie LA |
| 23. | Lewis, Nicholas | 1335 Tricou Street, New Orleans LA |
| 24. | Lowe, Lauren, as legal representative of E.L, a minor | 10120 St. Paul Avenue, River Ridge LA |
| 25. | Magri, Michael | 10004 Hyde Place, River Ridge LA |

|  | **Name** | **Address** |
|---|---|---|
| 26. | Magri, Michael as legal representative of A.M., a minor | 10004 Hyde Place, River Ridge LA |
| 27. | Magri, Michael as legal representative of C.M., a minor | 10004 Hyde Place, River Ridge LA |
| 28. | Obando-Rivera, Roberto | 426 Oak Road, Belle Chase LA |
| 29. | Rantz, Caroline | 909 Poydras Street Ste. 1400, New Orleans LA |
| 30. | Rantz, Holly | 909 Poydras Street Ste. 1400, New Orleans LA |
| 31. | Reed, Tara | PO Box 544, Westwego LA |
| 32. | Ridgley, Andre | 516 South Cumberland, River Ridge LA |
| 33. | Ridgley, Shakemia, as legal representative for A.R., a minor | 2646 Augusta Street, Kenner LA |
| 34. | Rimmer, Maurice | 329 Judiciary Drive, Avondale LA |
| 35. | Ringo, Charlotte, as legal representative for J.B., a minor | 701 Richard Avenue, River Ridge LA |
| 36. | Ross, Tyrese | 52 Winifred Street, Waggaman LA |
| 37. | Sheasby, Kelly | 1321 Jasmine Street, Mandeville LA |
| 38. | Solomon, Nykisha | 10141 North Kelly Lane, Waggaman LA |
| 39. | Taylor, Shelia as legal representative for August Taylor, III, deceased | 329 Judiciary Drive, Avondale LA |
| 40. | Thompson, Roshanda, as legal representative of J.A., a minor | 635 Mockingbird Lane, St. Rose LA |
| 41. | Tigler, Oscar | 29 Richelle Street, Waggaman LA |
| 42. | Veal, Mark | 400 Federal Drive, Avondale LA |
| 43. | Weaver, Miguel | 6 Jasmine Lane, Waggaman LA |
| 44. | Whittington, Walter | 205 Defourneau Lane, Avondale LA |

|  | **Name** | **Address** |
|---|---|---|
| 45. | Wilkinson, Charday | 8149 W St. Bernard Hwy Apt. 1206, Chalmette LA |
| 46. | Wilkinson, Charday, as legal representative of L.W., a minor | 8149 W St. Bernard Hwy Apt. 1206, Chalmette LA |
| 47. | Winningkoff, Mary Ann, as legal representative of Adam Winningkof, deceased | 47 Donelon Drive, Harahan LA |
| 48. | Young, Jacqueline | 304 Blossom Court, Westwego LA |

2. IT IS ORDERED that the following persons, listed as minors in the Second Amended Complaint, but who have reached the age of majority, shall be substituted as Plaintiffs in their own right, in place of their previous legal representative:

|  | **Former Minor** | **Substitute for parent/rep in Second Amended Complaint** |
|---|---|---|
| 1. | Adams, Sarah | Heather Adams |
| 2. | Borskey, Nathaniel | Latoya Manson |
| 3. | Briody, Alyssa | Julie Burke |
| 4. | Brown, Melissa | Eric Brown |
| 5. | Clark, Trinity | Stacy Hobbs |
| 6. | Dixon, Crayonna | Yolanda Dixon |
| 7. | Evans, Christian | Lashandra Smith |
| 8. | Evans, Jaquan | Lashandra Smith |
| 9. | Harden, Da'Vantae | Rashwanda Harden |
| 10. | Harden, Dontae | Rashwanda Harden |
| 11. | Kelly, Ja'cayla | Michelle Lee |
| 12. | Little, Jr., Larry | Larry Little |
| 13. | McGee, Daisean | Shakemia Ridgley |
| 14. | McKnight, Isabelle | Frank McKnight |
| 15. | Ringo, Treyvon | Charlotte Ringo |
| 16. | Robinson, Darrel | Kizzie Cage |

| | | |
|---|---|---|
| 17. | Solomon, Dewitt | Sandra Garner |
| 18. | Solomon, Dwight | Sandra Garner |

3. IT IS ORDERED that the following persons shall be substituted in place of Plaintiffs who are now deceased:

| | **Representative of Deceased Plaintiff** | **Deceased Plaintiff** |
|---|---|---|
| 1. | Claborn, Jarvis | Darden, Lula |
| 2. | King, Toya | Smith, Rayfield |
| 3. | Dixon, Francine Veal | Walker, Francine |
| 4. | Patricia Brown and Anthony Brown | Arthur Brown |
| 5. | Jinnylynn Griffin | Darren Griffin |

4. It is ordered that the named of Plaintiff Shantel Evans be changed in the Court's record be changed to Shantel Chatman.

5. It is ordered that the name of Plaintiff Michelle Meyer be changed in the Court's record to Michelle Meyer Carpenter.

6. It is ordered that the name of Plaintiff Julian Motion be changed in the Court's record to Julian Moton.

New Orleans, Louisiana, the ___ day of June, 2025,

_____

**SUSIE MORGAN**
**UNITED STATE DISTRICT JUDGE**