## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | **CIVIL ACTION** |
| **Plaintiffs** | **NO. 19-11133, c/w 19-14512** |
| **V.** | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | |
| **Defendants** | **JUDGE: Morgan** |
| | **MAGISTRATE JUDGE: North** |
| *Applies to: Both Cases* | |

## MOTION FOR ENTRY OF FINAL ORDER OF DISMISSAL
## WITH PREJUDICE

**NOW INTO COURT** come the Plaintiffs, jointly with Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., Waste Connections US, Inc., the Parish of Jefferson and Aptim Corporation (collectively "Defendants"), who move for entry of a final order of dismissal of this action with prejudice. In support of this motion, the Parties show the following:

1. By order dated July 2, 2024 (R.Doc. 624), the Court entered summary judgment against the Plaintiffs and in favor of the Defendants, dismissing with prejudice (1) claims for injuries that are not Allowed Injuries as defined in the Order and (2) claims for damages incurred as a result of Allowed Injuries outside the relevant time period of July 1, 2017 through December 31, 2019.

2. The Plaintiffs and the Defendants have since reached a settlement of all remaining claims. The settlement includes a number of other clients of Plaintiffs' counsel. Prior the entry of the final order of dismissal, as a result of a consent motion filed concurrently with this motion, the

Court will have entered an order to amend the pleadings in this action to add them as Plaintiffs, as well as substituting minors who have reached the age of majority and representatives of Plaintiffs who are recently deceased, in order to ensure that they are bound by the Court's orders in this action, including the summary judgment order dated July 2, 2024 (R.Doc. 624), and the order of final dismissal sought by this motion.

3. This settlement includes payment by the Defendants of lump sums to the *Addison* Plaintiffs as a group, all of which sums have been paid to *Addison* counsel and which funds (the "Settlement Fund") are being held in trust by *Addison* counsel. With the specific agreement of the *Addison* Plaintiffs, a Special Master has been appointed to act as an arbitrator to allocate the lump sum between and among the *Addison* Plaintiffs.

4. Distribution of the Settlement Fund is also affected by the potential for health care liens being asserted against the amounts allocated to individual Plaintiffs. Plaintiffs have hired Zipliens Companies LLC to serve as Lien Resolution Administrator, and the Court has previously entered a qualified protective order (R.Doc. 763) to facilitate this process. The resolution process is underway, and because any such liens would be asserted only against the allocated portions of the Settlement Fund, the potential for such liens does not preclude dismissal of the Defendants with prejudice.

5. By agreeing to the Special Master process, the *Addison* Plaintiffs have effectively transferred their claim in this action from one against the Defendants to one against the Settlement Fund. Accordingly, no further claim by the *Addison* Plaintiffs exists against the Defendants, or any of them, and each of the *Addison* Plaintiffs shall be deemed to have waived and released all remaining claims against the Defendants in this action.

WHEREFORE, the Parties seek the entry of an order that dismisses this action with prejudice and that provides specifically that:

1. The July 3, 2024, Order of Summary Judgment (R.Doc. 624) is reaffirmed and incorporated into a Final Order of Dismissal, and all Non-Allowed Claims, as defined in that Order are and shall remain DISMISSED WITH PREJUDICE with respect to all *Addison* Plaintiffs, including those recently added by amendment.

2. All remaining claims by the *Addison* Plaintiffs, including those recently added by amendment, against the Defendants are hereby DISMISSED WITH PREJUDICE.

3. This Final Order of Dismissal with Prejudice may be pleaded as a complete defense to any future claim by or on behalf of any of the *Addison* Plaintiffs, including those recently added by amendment, that was, or could have been, asserted in this Action.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order or the settlement of this litigation.

Respectfully submitted, this ___ day of June, 2025.

　　　　　　/s/ S. Eliza James
FORREST CRESSY & JAMES, LLC
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fdjlaw.com
eliza@fcjlaw.com

　　　　　　/s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)

3

WHITEFORD, TAYLOR & PRESTON, L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@whiteforlaw.com
erowe@whitefordlaw.com

James R. Jeffcoat (Admitted Pro Hac Vice)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
jjeffcoat@whitefordlaw.com

*Counsel For Addison Plaintiffs*


_____/s/ Michael C. Mims_____
LISKOW & LEWIS, APLC
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Michael C. Mims (#33991)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alex Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
(504) 581-7979

BEVERIDGE & DIAMOND, P.C.
Megan R. Brillault (pro hac vice)
Michael G. Murphy (pro hac vice)
John H. Paul (pro hac vice)
Katelyn E. Ciolino (pro hac vice)
Katrina M. Krebs (pro hac vice)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (pro hac vice)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (pro hac vice)
400 W. 15th Street, Suite 1410

4

Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional
Landfill Company, Waste Connections Bayou, Inc.,
and Waste Connections US, Inc.*

        /s/ Michael S. Futrell
CONNICK AND CONNICK, LLC
Michael S. Futrell (#20819)
Matthew D. Moghis (#33994)
3421 N. Causeway Blvd., Suite 408
Metairie, Louisiana 70002
Telephone: (504) 681-6658
Facsimile: (504) 838-9903 C.

*Attorneys for Defendant Jefferson Parish*

        /s/ John E.W. Baay
GIEGER, LABORDE & LAPEROUSE, L.L.C.
John E. W. Baay (#22928)
J. Michael DiGiglia (#24378)
Nicholas S. Bergeron (#37585)
Gieger, Laborde & Laperouse, L.L.C.
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*