UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | **CIVIL ACTION** |
| **Plaintiffs** | **NO. 19-11133, c/w 19-14512** |
| V. | **SECTION: "E" (5)** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | |
| **Defendants** | **JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |
| *Applies to: Both Cases* | |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the Joint Motion of the Plaintiffs and Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., Waste Connections U.S., Inc., the Parish of Jefferson and Aptim Corporation (collectively "Defendants") for Dismissal of this Action with Prejudice, the representations of counsel and the record of this case, the Court finds and concludes as follows:

1. By order dated July 2, 2024 (R.Doc. 624), the Court entered summary judgment against the Plaintiffs and in favor of the Defendants, dismissing with prejudice (1) claims for injuries that are not Allowed Injuries as defined in the Order and (2) claims for damages incurred as a result of Allowed Injuries outside the relevant time period of July 1, 2017 through December 31, 2019.

2. The Plaintiffs and the Defendants have since reached a settlement of all remaining claims. Because the settlement includes certain parties who were not named Plaintiffs in this action, including minors who have reached the age of majority, successors of deceased Plaintiffs,

and other persons, all of whom intend to be bound by the Court's Orders, prior to entry of this Order, the Court has granted an order to amend the pleadings in this action to add such additional persons as Plaintiffs, all of whom are referred to herein as "*Addison* Plaintiffs."

3. This settlement includes payment by the Defendants of lump sums to the *Addison* Plaintiffs as a group, which funds (the "Settlement Fund") are being held in trust by *Addison* counsel. With the specific agreement of the *Addison* Plaintiffs, a Special Master has been appointed to act as an arbitrator to allocate the lump sum between and among the *Addison* Plaintiffs.

4. By agreeing to the Special Master process, the *Addison* Plaintiffs have effectively transferred their claim in this action from one against the Defendants to one against the Settlement Fund. Accordingly, no further claim by the *Addison* Plaintiffs exists against the Defendants, or any of them, and each of the *Addison* Plaintiffs shall be deemed to have waived and released all remaining claims against the Defendants in this action.

WHEREFORE, it is ORDERED, ADJUDGED and DECREED that:

1. The July 3, 2024, Order of Summary Judgment (R.Doc. 624) is reaffirmed and incorporated into this Final Order of Dismissal, and all Non-Allowed Claims, as defined in that Order are and shall remain DISMISSED WITH PREJUDICE with respect to all *Addison* Plaintiffs, including those recently added by amendment.

2. All remaining claims by the *Addison* Plaintiffs, including those recently added by amendment, against the Defendants are hereby DISMISSED WITH PREJUDICE.

3. This Final Order of Dismissal with Prejudice may be pleaded as a complete defense to any future claim by or on behalf of any of the *Addison* Plaintiffs, including those recently added by amendment, that was, or could have been, asserted in this Action.

4.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order or the settlement of this litigation.

New Orleans, Louisiana, this ____ day of _____, 2025.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE